| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Keith J. Wesley (SBN 229276) Jason Y. Kelly (SBN 274144) |
| BROWNE GEORGE ROSS LLP |
| 2121 Avenue of the Stars, Suite 2800 |
| Los Angeles, California 90067 |
| Tel: 310.274.7100 - Fax: 310.275.5697 |
| kwesley@bgrfirm.com; jkelly@bgrfirm.com |

ATTORNEY(S) FOR: Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| REDBUBBLE, INC., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Y.Y.G.M. SA d.b.a. BRANDY MELVILLE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation | Plaintiff |
| REDBUBBLE, INC. | Defendant |

May 28, 2019                        /s Keith J. Wesley
Date                                Signature
                                    Keith J. Wesley

                                    Attorney of record for (or name of party appearing in pro per):


American LegalNet, Inc.
www.FormsWorkFlow.com