BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Y.Y.G.M. SA d.b.a.
BRANDY MELVILLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC.,<br><br>Defendant. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF Y.Y.G.M. SA d.b.a. BRANDY MELVILLE**<br><br>**[Fed. R. Civ. P. 7.1]**<br><br>Trial Date:  None Set |
|---|---|

1268081.1

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville certifies that:

1. Plaintiff Y.Y.G.M. SA d.b.a. BRANDY MELVILLE is a corporation duly formed under the laws of Switzerland, having its principal place of business in Lugano, Switzerland. No parent entity or publicly held entity owns 10% or more of the stock of Y.Y.G.M. SA d.b.a. Brandy Melville.

DATED: May 28, 2019

BROWNE GEORGE ROSS LLP
  Keith J. Wesley
  Jason Y. Kelly

By: _____s/ Keith J. Wesley_____
   Keith J. Wesley
Attorneys for Y.Y.G.M. SA d.b.a. BRANDY MELVILLE