BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
 kwesley@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
 jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC.,<br><br>    Defendant. | Case No.<br><br>**NOTICE OF FILING FORM AO 120** |
|---|---|

1    Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville states that it has mailed the
2 attached Form AO 120, Report on the Filing or Determination of an Action
3 Regarding a Patent or Trademark, to the Director of the U.S. Patent and Trademark
4 Office on this 28th day of May, 2019.

6 Dated: May 28, 2019              BROWNE GEORGE ROSS LLP
                                    Keith J. Wesley


                                   By:   s/ Keith J. Wesley
                                          Keith J. Wesley
                                   Attorneys for Plaintiff
                                   Y.Y.G.A. SA d.b.a. BRANDY MELVILLE

-1-
NOTICE OF FILING FORM AO 120

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  CENTRAL DISTRICT OF CALIFORNIA  on the following

☒ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>Y.Y.G.M. SA d.b.a. BRANDY MELVILLE | | DEFENDANT<br>REDBUBBLE, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,373,397 | 01/09/2018 | Y.Y.G.M. SA |
| 2 | 5,238,856 | 07/11/2017 | Y.Y.G.M. SA |
| 3 | 5,748,883 | 05/14/2019 | Y.Y.G.M. SA |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

