KENNETH B. WILSON  (SBN 130009)
*ken@coastsidelegal.com*
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
*jmasur@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>REDBUBBLE INC.,<br><br>            Defendant. | Case No. 2:19-cv-04618-RGK-FFM<br><br>**DEFENDANT REDBUBBLE INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |

Defendant Redbubble Inc. ("Redbubble") hereby submits this Answer to the Complaint of plaintiff Y.Y.G.M. SSA dba Brandy Melville. ("YYGM"), on personal knowledge as to its own activities and on information and belief as to the activities of others, as follows.

/ / /

/ / /

/ / /

**RESPONSE TO SPECIFIC ALLEGATIONS**

1. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 1 of the Complaint and on that basis denies those allegations.

2. Redbubble admits the allegations of Paragraph 2 of the Complaint.

3. Answering the allegations of Paragraph 3 of the Complaint, Redbubble admits that this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 3.

4. Answering the allegations of Paragraph 4 of the Complaint, Redbubble admits that venue is proper in this district under 28 U.S.C. § 1391 because Redbubble is subject to personal jurisdiction here. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 4.

5. Answering the allegations of Paragraph 5 of the Complaint, Redbubble admits that this Court has personal jurisdiction because Redbubble is based in California. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 5.

6. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 6 of the Complaint and on that basis denies those allegations.

7. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 7 of the Complaint and on that basis denies those allegations.

8. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 8 of the Complaint and on that basis denies those allegations.

9. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 9 of the Complaint and on that basis denies those

allegations.

10. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 10 of the Complaint and on that basis denies those allegations.

11. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 11 of the Complaint and on that basis denies those allegations.

12. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 12 of the Complaint and on that basis denies those allegations.

13. Answering the allegations of Paragraph 13 of the Complaint, Redbubble admits that is describes itself on its website as a "global online marketplace powered by artists," and that it is in fact a global online marketplace powered by artists. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 13.

14. Answering the allegations of Paragraph 14 of the Complaint, Redbubble admits that users can upload designs to the Redbubble marketplace. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 14 of the Complaint.

15. Answering the allegations of Paragraph 15 of the Complaint, Redbubble admits that on or about May 14, 2018, Redbubble received a letter from representatives of Brandy Melville, the terms of which speak for themselves. Except as thus expressly admitted, Redbubble denies the allegations of Paragraph 15 of the Complaint.

16. Redbubble denies the allegations of Paragraph 16 of the Complaint.

17. Redbubble denies the allegations of Paragraph 17 of the Complaint.

18. Redbubble denies the allegations of Paragraph 18 of the Complaint.

/ / /

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement and Counterfeiting)

19. Answering the allegations of Paragraph 19 of the Complaint, Redbubble incorporates the responses set forth in Paragraph 1-18 of this Answer as if fully set forth herein.

20. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 20 of the Complaint and on that basis denies those allegations.

21. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 21 of the Complaint and on that basis denies those allegations.

22. Redbubble denies the allegations of Paragraph 22 of the Complaint.

23. Redbubble denies the allegations of Paragraph 23 of the Complaint.

24. Redbubble denies the allegations of Paragraph 24 of the Complaint, and specifically denies that it has used YYGM's trademarks.

25. Redbubble denies the allegations of Paragraph 25 of the Complaint.

26. Redbubble denies the allegations of Paragraph 26 of the Complaint.

27. Redbubble denies the allegations of Paragraph 27 of the Complaint.

28. Redbubble denies the allegations of Paragraph 28 of the Complaint.

29. Redbubble denies the allegations of Paragraph 29 of the Complaint.

## SECOND CLAIM FOR RELIEF

### (False Designation of Origin)

30. Answering the allegations of Paragraph 30 of the Complaint, Redbubble incorporates the responses set forth in Paragraph 1-29 of this Answer as if fully set forth herein.

31. Redbubble lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 31 of the Complaint and on that basis denies those allegations.

32. Redbubble denies the allegations of Paragraph 32 of the Complaint.

33. Redbubble denies the allegations of Paragraph 33 of the Complaint.

34. Redbubble denies the allegations of Paragraph 34 of the Complaint, and specifically denies that it has used YYGM's trademarks.

35. Redbubble denies the allegations of Paragraph 35 of the Complaint.

36. Redbubble denies the allegations of Paragraph 36 of the Complaint.

37. Redbubble denies the allegations of Paragraph 37 of the Complaint.

38. Redbubble denies the allegations of Paragraph 38 of the Complaint.

39. Redbubble denies the allegations of Paragraph 39 of the Complaint.

## THIRD CLAIM FOR RELIEF

### (Common Law Unfair Competition)

40. Answering the allegations of Paragraph 40 of the Complaint, Redbubble incorporates the responses set forth in Paragraph 1-39 of this Answer as if fully set forth herein.

41. Redbubble denies the allegations of Paragraph 41 of the Complaint.

42. Redbubble denies the allegations of Paragraph 42 of the Complaint.

43. Redbubble denies the allegations of Paragraph 43 of the Complaint.

44. Redbubble denies the allegations of Paragraph 44 of the Complaint.

45. Redbubble denies the allegations of Paragraph 45 of the Complaint.

## FOURTH CLAIM FOR RELIEF

### (Contributory Trademark Infringement Counterfeiting)

46. Answering the allegations of Paragraph 46 of the Complaint, Redbubble incorporates the responses set forth in Paragraph 1-45 of this Answer as if fully set forth herein.

47. Redbubble denies the allegations of Paragraph 47 of the Complaint.

48. Redbubble denies the allegations of Paragraph 48 of the Complaint.

49. Redbubble denies the allegations of Paragraph 49 of the Complaint.

50. Redbubble denies the allegations of Paragraph 50 of the Complaint.

## FIFTH CLAIM FOR RELIEF

### (Vicarious Trademark Infringement and Counterfeiting)

51. Answering the allegations of Paragraph 51 of the Complaint, Redbubble incorporates the responses set forth in Paragraph 1-50 of this Answer as if fully set forth herein.

52. Redbubble denies the allegations of Paragraph 52 of the Complaint.

53. Redbubble denies the allegations of Paragraph 53 of the Complaint.

54. Redbubble denies the allegations of Paragraph 54 of the Complaint.

## AFFIRMATIVE DEFENSES

Without admitting or acknowledging that it bears any burden of proof as to any of them, Redbubble asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

55. The Complaint, and each cause of action therein, fails to state facts sufficient to state a claim on which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Provide Notice)

56. YYGM's secondary infringement claims are barred, in whole or in part, because YYGM failed to provide proper notice of the alleged infringement, which is YYGM's burden to prove.

## THIRD AFFIRMATIVE DEFENSE

### (Lack of Knowledge of Specific Infringement)

57. YYGM's secondary infringement claims are barred, in whole or in part, because Redbubble lacked actual, specific and/or contemporary knowledge of the alleged infringement.

## FOURTH AFFIRMATIVE DEFENSE

### (Non-Trademark Use)

58. YYGM's Lanham Act and unfair competition claims are barred, in

whole or in part, because at least certain of the allegedly infringing uses of YYGM's asserted trademark(s) were done other than as a trademark or service mark and thus do not create a likelihood of confusion.

### FIFTH AFFIRMATIVE DEFENSE
### (Ornamental Use)

59. YYGM's Lanham Act and unfair competition claims are barred, in whole or in part, because at least certain of the allegedly infringing uses of YYGM's asserted trademark(s) were ornamental in nature and thus do not create a likelihood of confusion.

### SIXTH AFFIRMATIVE DEFENSE
### (Fair Use)

60. YYGM's claims are barred, in whole or in part, because at least certain of the allegedly infringing uses of YYGM's asserted trademark(s) were fair uses.

### SEVENTH AFFIRMATIVE DEFENSE
### (Protected Speech)

61. YYGM's Lanham Act and unfair competition claims are barred, in whole or in part, because at least certain of the allegedly infringing uses of YYGM's asserted trademark(s) were protected speech under the First Amendment of the United States Constitution and the California Constitution.

### EIGHTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

62. YYGM's claims are barred, in whole or in part, because YYGM failed to mitigate its alleged damages.

### NINTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

63. YYGM's claims are barred, in whole or in part, under the doctrine of unclean hands.

/ / /

## TENTH AFFIRMATIVE DEFENSE
### (Laches/Statute of Limitations)

64. YYGM's claims are barred, in whole or in part, under the doctrine of laches and/or the relevant statute of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Waiver)

65. YYGM's claims are barred, in whole or in part, under the equitable doctrines of waiver, acquiescence and/or estoppel.

## TWELFTH AFFIRMATIVE DEFENSE
### (Misuse)

66. YYGM's claims are barred, in whole or in part, because YYGM has misused its trademarks by enforcing and/or attempting to enforce them beyond their lawful scope.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Conduct of Third Parties)

67. YYGM's claims are barred, in whole or in part, because the actions complained of, to the extent they occurred, were the result of the conduct of third-parties.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Unilateral Proactive Conduct)

68. YYGM's claims are barred, in whole or in part, because Redbubble has implemented screening procedures to identify remove potentially infringing items as soon as reasonably practical, although Redbubble is under no legal obligation to do so.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Reasonable Steps)

69. YYGM's claims are barred, in whole or in part, because Defendant has taken all reasonable steps to remove all items from its website as soon as practical

after being made aware of such alleged infringement and/or prohibited use by YYGM.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Communications Decency Act)

70. YYGM's Fifth Cause of Action for Common Law Unfair Competition is barred under Section 230 of the Communications Decency Act, 47 U.S.C. § 230(c)(1).

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Abandonment)

71. YYGM's Lanham Act claims are barred because YYGM has abandoned the trademarks identified in the Complaint through (a) significant periods of non-use; (b) naked licensing; (c) failure to take any steps necessary to register and/or otherwise protect the Claimed Trademarks; and/or (d) other acts and/or omissions that caused the Claimed Trademarks to lose their significance as marks.

## PRAYER FOR RELIEF

WHEREFORE, Redbubble requests entry of judgment in its favor and against YYGM on YYGM's Complaint as follows:

A. Directing that YYGM take nothing by way of its Complaint and dismissing YYGM's Complaint with prejudice;

B. Declaring that YYGM's asserted trademarks are unenforceable and/or not infringed by Redbubble;

C. Awarding Redbubble its costs of suit, including reasonable attorneys' fees;

/ / /
/ / /
/ / /
/ / /

D. Granting any and all other relief that the Court deems just and proper.

Dated: July 29, 2019

Respectfully submitted,

**ZUBER LAWLER & DEL DUCA LLP**
JOSHUA M. MASUR

By:     */s/ Joshua M. Masur*
Attorneys for Defendant
REDBUBBLE INC.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, defendant Redbubble requests a trial by jury of any issues so triable.

Dated: July 29, 2019                    Respectfully submitted,

**ZUBER LAWLER & DEL DUCA LLP**
JOSHUA M. MASUR

By: ___*/s/ Joshua M. Masur*___
Attorneys for Defendant
REDBUBBLE INC.