Name, Address and Telephone Number of Attorney(s):
BROWNE GEORGE ROSS LLP
Keith J. Wesley (SBN 229276; kwesley@bgrfirm.com)
Jason Y. Kelly (SBN 274144; jkelly@bgrfirm.com)
2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067
Telephone: 310-274-7100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss Corporation,<br><br>v.<br>Plaintiff(s)<br><br>REDBUBBLE, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-04618-RGK (FFMx)<br><br>REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: October 11, 2019    /s/ Keith J. Wesley

Attorney for Plaintiff Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

Dated: _____    _____

Attorney for Plaintiff

Dated: October 11, 2019    /s/ Joshua M. Masur

Attorney for Defendant REDBUBBLE, INC.

Dated: _____    _____

Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)     REQUEST: ADR PROCEDURE SELECTION     Page 1 of 1