UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:19−cv−04618−RGK−FFM | Date  10/21/2019 |
| Title | Y.Y.G.M. SA V. REDBUBBLE, INC. | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Keith Wesley                                           Joshua Masur
Jason Kelly

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 5−8 days): | June 30, 2020 at 09:00 AM |
| Pretrial Conference: | June 15, 2020 at 09:00 AM |
| Motion Cut−Off Date (last day to file): | April 15, 2020 |
| Discovery Cut−Off Date: | April 1, 2020 |

Last day to motion the Court to add parties or amend complaint is 12/10/2019. Counsel inform the Court that they have selected settlement option number 2.

**IT IS SO ORDERED.**

:02
Initials of Preparer:  sw