BROWNE GEORGE ROSS LLP
Keith J. Wesley (SBN 229276)\Jason Y. Kelly (SBN 274144)
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Tel: 310-274-7100 \ Fax: 310-275-5697

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff(s)<br>v.<br><br>REDBUBBLE, INC.,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19-cv-04618-RGK (FFMx)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____Richard Chernick, Esq._____ may serve as the Panel Mediator in the above-captioned case. _____Jason Y. Kelly_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___March 16, 2020___ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: November 12, 2019            /s/ Keith J. Wesley
                                    Attorney For Plaintiff   Y.Y.G.M. SA d.b.a. Brandy Melville

Dated: _____                   _____
                                    Attorney For Plaintiff

Dated: November 12, 2019            /s/ Joshua M. Masur
                                    Attorney For Defendant   Redbubble, Inc.

Dated: _____                   _____
                                    Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)            **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**