BROWNE GEORGE ROSS LLP
Keith J. Wesley (SBN 229276)
  kwesley@bgrfirm.com
Jason Y. Kelly (SBN 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

COASTSIDE LEGAL
Kenneth B. Wilson (SBN 130009)
  ken@coastsidelegal.com
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

ZUBER LAWLER & DEL DUCA LLP
Joshua M. Masur (SBN 203510)
  jmasur@zuberlawler.com
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br><br>**JOINT REPORT RE ADR**<br><br>Pretrial Conference: June 15, 2020<br>Trial Date: June 30, 2020 |

Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") and Defendant Redbubble, Inc. ("Defendant"), by and through their respective counsel of record, hereby submit this Joint Report re ADR pursuant to this Court's Order/Referral to ADR (Dkt. No. 18), filed on October 23, 2019:

On March 16, 2020, counsel for Plaintiff and Defendant participated in a mediation where Richard Chernick, Esq. of JAMS served as the mediator. The parties discussed settlement of this action, but did not come to any agreement or resolution.

Dated: March 19, 2020	BROWNE GEORGE ROSS LLP
	Keith J. Wesley

	By:	*/s/ Keith J. Wesley*
		Keith J. Wesley
	Attorneys for Plaintiff
	Y.Y.G.A. SA d.b.a. BRANDY MELVILLE

Dated: March 19, 2020	ZUBER LAWLER & DEL DUCA LLP
	Joshua M. Masur

	By:	*/s/ Joshua M. Masur*
		Joshua M. Masur
	Attorneys for Defendant
	REDBUBBLE INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Keith J. Wesley, am the ECF User whose identification and password are being used to file this stipulation. Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 19, 2020	By:	*/s/ Keith J. Wesley*
		Keith J. Wesley