BROWNE GEORGE ROSS LLP
Keith J. Wesley (SBN 229276)
  kwesley@bgrfirm.com
Jason Y. Kelly (SBN 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Y.Y.G.M. SA d.b.a.
BRANDY MELVILLE

COASTSIDE LEGAL
Kenneth B. Wilson (SBN 130009)
  ken@coastsidelegal.com
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

ZUBER LAWLER & DEL DUCA LLP
Joshua M. Masur (SBN 203510)
  jmasur@zuberlawler.com
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br><br>**JOINT STIPULATION TO EXTEND CASE SCHEDULE**<br><br>Judge:  Hon. R. Gary Klausner<br><br>Pretrial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |

## JOINT STIPULATION

WHEREAS, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") initiated this action on May 28, 2019;

WHEREAS, Defendant Redbubble Inc. ("Defendant") answered Plaintiff's complaint on July 29, 2019;

WHEREAS, on October 21, 2019, this Court held the Scheduling Conference and set the following dates (Dkt. No. 16):

1. The Discovery Cut-Off Date is April 1, 2020,

2. The Motion Cut-Off Date is April 15, 2020,

3. The Pretrial Conference is scheduled on June 15, 2020 at 9:00 AM, and

4. The Jury Trial is scheduled to begin on June 30, 2020 at 9:00 AM;

WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have diligently engaged in discovery to complete discovery by the April 1, 2020 Discovery Cut-Off Date;

WHEREAS, on March 9, 2020, Plaintiff noticed a deposition of Defendant pursuant to Federal Rule of Civil Procedure 30(b)(6) (the "Rule 30(b)(6) Deposition") to take place on March 20, 2020 in San Francisco, CA;

WHEREAS, the Parties met and conferred and re-scheduled the Rule 30(b)(6) Deposition for March 27, 2020 to account for the witness's schedule;

WHEREAS, Defendant's counsel and designee reside in the County of San Mateo and the County of Marin, CA, respectively, and its designee is employed in the County of San Francisco;

WHEREAS, on March 16, 2020, the Counties of San Francisco, San Mateo, and Marin issued orders directing their residents to shelter at home through April 7, 2020, at a minimum, because of the coronavirus pandemic;

WHEREAS, on March 19, 2020, the City of Los Angeles issued an order directing residents to isolate themselves in their residences through April 19, 2020, at a minimum, because of the coronavirus pandemic;

WHEREAS, on March 19, 2020, Chief Judge Virginia A. Phillips of the Central District of California issued Order of Chief Judge No. 20-042, ordering that, *inter alia*, "All of the Courthouses of the Central District of California will be closed to the public except for hearings on criminal duty matters" and "In civil cases, no hearings will go forward except for emergency time-sensitive matters, such as requests for temporary restraining orders and preliminary injunctions . . . .";

WHEREAS, due to the coronavirus pandemic and the orders issued by the County of San Francisco, the County of San Mateo, the County of Marin, and the City of Los Angeles, the Parties will be unduly and substantially prejudiced if the April 1, 2020 Discovery Cut-Off Date is not continued, particularly as the Parties will not be able to complete the Rule 30(b)(6) Deposition in San Francisco, CA on March 27, 2020, and the Parties need to complete expert discovery;

WHEREAS, the Parties met and conferred and believe that—absent extensions of the order issued by the County of San Francisco, the County of San Mateo, the County of Marin, or the City of Los Angeles—a six- to seven-week extension of the case schedule will provide the Parties adequate time to complete discovery, including the Rule 30(b)(6) Deposition and expert discovery, consistent with anticipated obligations in other unrelated cases;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent to modify a scheduling order;

WHEREAS, there is good cause to modify the schedule in this case and the Parties do not believe a six- to seven-week extension will prejudice either party or result in undue delay; and

WHEREAS, the Parties have not previously requested any extensions from this Court;

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE AND MOVE THIS COURT FOR AN ORDER MODIFYING THE FOLLOWING DEADLINES AND DATES:**

1.  The Discovery Cut-Off Date shall be extended from April 1, 2020 to May 13, 2020;

2.  The Motion Cut-Off Date (last day to file) shall be extended from April 15, 2020 to May 27, 2020;

3.  The Pretrial Conference shall be continued from June 15, 2020 at 9:00 AM to August 3, 2020 at 9:00 AM; and

4.  The Jury Trial (Est. 5-8 days) shall be continued from June 30, 2020 at 9:00 AM to August 18, 2020 at 9:00 AM.

**IT IS SO STIPULATED AND AGREED.**

DATED: March 25, 2020          BROWNE GEORGE ROSS LLP
                               Jason Y. Kelly

                               By:  */s/ Jason Y. Kelly*
                                    Jason Y. Kelly
                               Attorneys for Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

Dated: March 25, 2020          ZUBER LAWLER & DEL DUCA LLP
                               Joshua M. Masur

                               By:  */s/ Joshua M. Masur*
                                    Joshua M. Masur
                               Attorneys for Defendant
                               REDBUBBLE INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Keith J. Wesley, am the ECF User whose identification and password are being used to file this stipulation. Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 25, 2020          By:  */s/ Jason Y. Kelly*
                                    Jason Y. Kelly