# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE SCHEDULE**<br><br>Judge:  Hon. R. Gary Klausner<br><br>Pretrial Conference: June 15, 2020<br>Trial Date:  June 30, 2020 |

Before the Court is the Joint Stipulation to Extend Case Schedule, filed jointly by Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville and Defendant Redbubble Inc. Good cause appearing therefor, the Court hereby **GRANTS** the Joint Stipulation to Extend Case Schedule. The Court sets the following dates:

1. The Discovery Cut-Off Date is May 13, 2020.
2. The Motion Cut-Off Date (last day to file) is May 27, 2020.
3. The Pretrial Conference is on August 3, 2020 at 9:00 AM.
4. The Jury Trial (Est. 5-8 days) begins on August 18, 2020 at 9:00 AM.

**IT IS SO ORDERED.**

DATED: March ___, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge