NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE SCHEDULE**<br><br>Judge:  Hon. R. Gary Klausner<br><br>Pretrial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |

1      Before the Court is the Joint Stipulation to Extend Case Schedule, filed jointly
2 by Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville and Defendant Redbubble Inc.
3 Good cause appearing therefor, the Court hereby **GRANTS** the Joint Stipulation to
4 Extend Case Schedule.  The Court sets the following dates:
5      1.  The Discovery Cut-Off Date is **April 20, 2020**.
6      2.  The Motion Cut-Off Date (last day to file) is **May 4, 2020**.
7      ~~3.  The Pretrial Conference is on August 3, 2020 at 9:00 AM.~~
8      ~~4.  The Jury Trial (Est. 5-8 days) begins on August 18, 2020 at 9:00 AM.~~
9      **IT IS SO ORDERED.**

11 DATED:  March 27, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge