Case: 2:19cv04618   Doc: 25



FILED
CLERK, U.S. DISTRICT COURT

APR - 6 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Richard H. Chernick
Richard Chernick Law Offices
3055 Wilshire Blvd
7th Floor
Los Angeles, CA 90010-1108

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<29545418@cacd.uscourts.gov>Subject:Activity in Case 2:19-cv-04618-RGK-FFM
Y.Y.G.M. SA v. Redbubble, Inc. Generic Text Only Entry Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/27/2020 at 12:37 PM PDT and filed on 3/27/2020

| | |
|---|---|
| **Case Name:** | Y.Y.G.M. SA v. Redbubble, Inc. |
| **Case Number:** | 2:19-cv-04618-RGK-FFM |
| **Filer:** | |
| **Document Number:** | 25 |

**Docket Text:**
**Text Only Entry: Pursuant to Local Rule 5-4.4.2, counsel for plaintiff shall immediately submit
the proposed order in connection with Docket Entry 24 (to the Judge's generic email address) in
Word or Word Perfect format. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS
ENTRY. (sw) TEXT ONLY ENTRY**

**2:19-cv-04618-RGK-FFM Notice has been electronically mailed to:**
Joshua M Masur    dsanfelippo@zuberlawler.com, jmasur@zuberlawler.com
Jason Yuegin Kelly    jkelly@bgrfirm.com, aporcellino@bgrfirm.com
Keith J Wesley    khall@bgrfirm.com, ntorrecillas@bgrfirm.com, kwesley@bgrfirm.com,
akneitel@bgrfirm.com, cbonilla@bgrfirm.com
Kenneth B Wilson    ken@coastsidelegal.com
**2:19-cv-04618-RGK-FFM Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Richard H. Chernick
Richard Chernick Law Offices
3055 Wilshire Blvd
7th Floor
Los Angeles CA 90010-1108



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS