1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2    kwesley@bgrfirm.com
   Ryan Q. Keech (State Bar No. 280306)
3    rkeech@bgrfirm.com
   Jason Y. Kelly (State Bar No. 274144)
4    jkelly@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
5  Los Angeles, California 90067
   Telephone: (310) 274-7100
6  Facsimile: (310) 275-5697

7  Attorneys for Plaintiff
   Y.Y.G.M. SA d.b.a. BRANDY
8  MELVILLE

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12  Y.Y.G.M. SA d.b.a. BRANDY            Case No. 2:19-cv-04618-RGK (FFMx)
    MELVILLE, a Swiss corporation,       Hon. R. Gary Klausner
13
             Plaintiff,                  **DECLARATION OF JASON Y.**
14                                       **KELLY IN SUPPORT OF**
                                         **PLAINTIFF'S *EX PARTE***
        vs.                              **APPLICATION FOR ORDER**
15                                       **THAT DEPOSITION BE TAKEN**
    REDBUBBLE, INC., a Delaware          **BY REMOTE MEANS**
16  corporation,
                                         *[Filed concurrently with Ex Parte*
17           Defendant.                  *Application for Order Granting*
                                         *Deposition to Be Taken By Remote*
18                                       *Means and [Proposed] Order]*

19                                       Pre-Trial Conference:   June 15, 2020
                                         Trial Date:             June 30, 2020
20

21

22

23

24

25

26

27

28

1498753
                                    -1-          Case No. 2:19-cv-04618-RGK (FFMx)
DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR
          ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS

1    I, Jason Y. Kelly, declare and state as follows:

2    1.    I am an attorney at law, duly admitted to practice before this Court and

3 all courts of the State of California.  I am an attorney with the firm of Browne George

4 Ross LLP, counsel for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff").  I

5 am over the age of eighteen years, have personal knowledge of the facts set forth

6 below, and could competently testify thereto if called as a witness.

7    2.    I reside in the State of California.

8    3.    Attached as **Exhibit 1** is a true and correct copy of the Notice of

9 Deposition of Defendant Redbubble, Inc. Pursuant to Federal Rule of Civil

10 Procedure 30(b)(6) (the "Deposition Notice"), served on March 9, 2020.

11    4.    Attached as **Exhibit 2** is true and correct copy of an email chain sent

12 between me, Josh Masur, and others between March 9 and 18, 2020.

13    5.    Attached as **Exhibit 3** is a true and correct copy of an email chain sent

14 between me, Mr. Masur, and others on March 20, 2020.

15    6.    Attached as **Exhibit 4** is a true and correct copy of an email chain sent

16 between me, Mr. Masur, and others on March 23, 2020.

17    7.    Attached as **Exhibit 5** is a true and correct copy of an email sent by me

18 to Mr. Masur and others on March 24, 2020.

19    8.    Attached as **Exhibit 6** is a true and correct copy of an email chain sent

20 between me, Mr. Masur, and others on March 25, 2020.

21    9.    Attached as **Exhibit 7** is a true and correct copy of an email chain sent

22 between me, Mr. Masur, and others between March 24 and 26, 2020.  Optimistic that

23 an in-person deposition might be possible after April 1, 2020, the Rule 30(b)(6)

24 Deposition did not take place on April 1, 2020.

25    10.    Attached as **Exhibit 8** is a true and correct copy of an email chain sent

26 between me, Mr. Masur, and others between April 3 and 9, 2020.

27    11.    Attached as **Exhibit 9** is a true and correct copy of an email chain sent

28 between me, Mr. Masur, and others on April 10, 2020.

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS

1      12.    On Monday, April 13, 2020, at 3:23 p.m., I met and conferred with Josh
2  Masur, Defendant's counsel, regarding the Rule 30(b)(6) Deposition.   I asked
3  Mr. Masur to reconsider his representation that Defendant would no longer agree to a
4  remote-video deposition under Federal Rule of Civil Procedure 30(b)(4).   Defendant
5  refused.  I then provided notice and advised Mr. Masur that Plaintiff would file an *ex*
6  *parte* application on Tuesday, April 14, 2020 for an order from the Court requiring
7  the Rule 30(b)(6) Deposition to proceed remotely via video teleconferencing services
8  by the discovery cut-off or within 5 days of the Court's Order, whichever is later (to
9  ensure adequate time for the court-reporting service to make the necessary
10  arrangements).  I told Mr. Masur that the *ex parte* application would also note that
11  Plaintiff is amenable to an extension of the case schedule so that the deposition could
12  proceed in person shortly after the relevant shelter-in-place orders expire.  I further
13  informed Mr. Masur that Defendant's opposing papers must be filed no later than
14  3:00 p.m. on the first business day following service and that, if Defendant does not
15  intend to oppose the application, it must inform the Courtroom Deputy Clerk at
16  213.894.2649.

17      13.    In response, Mr. Masur informed me that Defendant would oppose the
18  application as to the remote-video deposition and Defendant could not agree at this
19  time to any continuance of the case schedule.

20      14.    Attached as **Exhibit 10** is a true and correct copy of an email chain sent
21  between me, Mr. Masur, and others on April 14, 2020.

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS

15.     Plaintiff's counsel will be in southern California during the remote deposition of Defendant's witness and will not be physically around or alone with Defendant's witness.  I am not aware of any reason why the witness and his counsel will not able to communicate during breaks and on the record, just as they would at an in-person deposition.  Information for the court-reporting service's capabilities for video teleconferencing depositions is available at https://www.veritext.com/services/veritext-virtual/.  The Rule 30(b)(6) Deposition is the only fact deposition that Plaintiff is taking in this case.

Executed this 14th of April, 2020, at Moreno Valley, California.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*/s/ Jason Y. Kelly*
Jason Y. Kelly

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2020, I electronically filed the foregoing **DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### SERVICE LIST

**Y.Y.G.M. SA d.b.a. Brandy Melville v Redbubble, Inc.
USDC, Central District - Case No. 2:19-cv-04618 RGK
(FFMx)**

Joshua M. Masur                     *Counsel for Defendant*
ZUBER LAWLER                        *Redbubble, Inc.*
2000 Broadway Street, Suite 154
Redwood City, CA  94063
Tel:   (650)434-8538
Fax:   (213)596-5621
Email*:        imasur@zuberlaw.com*

Kenneth B Wilson                    *Co-Counsel for Defendant*
COASTSIDE LEGAL                     *Redbubble, Inc.*
455 1st Avenue
Half Moon Bay, CA 94019
Tel:   (650)440-4211
Fax:   (650)440-4851
Email*:*
       *ken@coastsidelegal.com*

_____

Jeremy Berk

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR
ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS