# EXHIBIT 1

# Jason Kelly

| | |
|---|---|
| **From:** | Lachmin Singh |
| **Sent:** | Monday, March 9, 2020 7:31 PM |
| **To:** | jmasur@zuberlaw.com; ken@coastsidelegal.com; dsanfelippo@zuberlawler.com |
| **Cc:** | Keith Wesley; Ryan Q. Keech; Jason Kelly; Claudia Bonilla |
| **Subject:** | Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc. |
| **Attachments:** | Plaintiff's NOD 30(b)(6) to Redbubble.pdf |

Dear Counsel,

Please find attached Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Notice of Deposition of Defendant Redbubble, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

Thank you,
Lachmin

**Lachmin Singh**
Legal Assistant to Richard Schwartz,
   Peter Smith and Jason Kelly
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
lsingh@bgrfirm.com

www.bgrfirm.com

| | |
|---|---|
| 1 | BROWNE GEORGE ROSS LLP |
| | Keith J. Wesley (State Bar No. 229276) |
| 2 | kwesley@bgrfirm.com |
| | Ryan Q. Keech (State Bar No. 280306) |
| 3 | rkeech@bgrfirm.com |
| | Jason Y. Kelly (State Bar No. 274144) |
| 4 | jkelly@bgrfirm.com |
| | 2121 Avenue of the Stars. Suite 2800 |
| 5 | Los Angeles, California 90067 |
| | Telephone: (310) 274-7100 |
| 6 | Facsimile: (310) 275-5697 |

Attorneys for Y.Y.G.M. SA d.b.a.
BRANDY MELVILLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 2:19-cv-04618-RGK (FFMx) |
| | Judge:  Hon. R. Gary Klausner |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** |
| REDBUBBLE, INC., a Delaware corporation, | |
| Defendant. | |
| | Trial Date:  June 30, 2020 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") will take the deposition upon oral and/or videotaped examination of Defendant Redbubble, Inc. ("Redbubble"), beginning at 10:00 a.m. on Friday, March 20, 2020 at the Veritext Legal Solutions office at 101 Montgomery Street, Suite 450, San Francisco, CA 94104, on the topics set forth below in **Exhibit A**.

The deposition will continue from day to day, Saturdays, Sundays, and legal holidays excluded, until completed. The deposition will be taken before a notary public or other officer authorized by law to administer oaths.

Brandy Melville intends to cause the proceedings to be recorded both stenographically, including by the instant display of testimony, before a certified court reporter, and by videotape. Brandy Melville specifically reserves the right to use the videotape at the time of trial.

//

//

Pursuant to Rule 30(b)(6), Redbubble is directed to designate one or more officers, directors, managing agents, or other persons who consent to testify upon its behalf and who have knowledge of and are adequately prepared to testify concerning the topics listed in Exhibit A.  Brandy Melville requests that, at least two days before the date of the deposition, Redbubble supply a written designation of the name(s) and position(s) of the designee(s) who will testify on Redbubble's behalf and an indication of the topic(s) for which each such designee will testify.

DATED:  March 9, 2020

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Ryan Q. Keech
Jason Y. Kelly

By: _____
Jason Y. Kelly
Attorneys for Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

# EXHIBIT A

# DEFINITIONS

1. "BRANDY MELVILLE" means Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville, as well as current or former directors, officers, employees, agents, contractors, attorneys, accountants, representatives, subsidiaries, divisions, affiliates, predecessors-in-interest, and successors-in-interest, and any other person acting on behalf of Y.Y.G.M. SA d.b.a. Brandy Melville pursuant to its authority or subject to its control.

2. "YOU," "YOUR," and "REDBUBBLE" means Defendant Redbubble, Inc., and any person acting directly or indirectly by, through, under, or on behalf of Redbubble, Inc., including but not limited to any current or former members, directors, officers, agents, attorneys, employees, partners, joint venturers, contractors, accountants, or representatives, and any current or former corporation, partnership, association, trust, parent, subsidiary, division, affiliate, predecessor-in-interest, and successor-in-interest of Redbubble, Inc.

3. "YOUR WEBSITE" means the Internet website with the URL address www.redbubble.com.

## TOPICS FOR DEPOSITION

1. YOUR corporate structure.

2. YOUR business model associated with the production, sale, and distribution of merchandise, including merchandise using or reflecting the intellectual property of BRANDY MELVILLE.

3. YOUR business model associated with the processing of payments for the production, sale, and distribution of merchandise, including merchandise using or reflecting the intellectual property of BRANDY MELVILLE.

4. YOUR policies and procedures regarding the use of intellectual property belonging to third parties on or in connection with goods offered for sale on YOUR WEBSITE, including goods using or reflecting the intellectual property of BRANDY

MELVILLE.

5. YOUR policies and procedures regarding the use of trademarked materials belonging to third parties, whether registered or unregistered, in search engine optimization.

6. YOUR use of intellectual property belonging to BRANDY MELVILLE in search engine optimization and knowledge of its users' use of the same.

7. YOUR use of intellectual property belonging to BRANDY MELVILLE on or in connection with goods offered for sale on YOUR WEBSITE.

8. YOUR use of intellectual property belonging to third parties on or in connection with goods offered for sale on YOUR WEBSITE.

9. YOUR knowledge of the offering for sale, sale, manufacture, and distribution of merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

10. Any communications to which YOU were a party reflecting actual consumer confusion as to the source, origin, or affiliation of goods bearing BRANDY MELVILLE's trademarks, registered or unregistered, appearing on YOUR WEBSITE.

11. YOUR actual sales and revenues derived from merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

12. YOUR costs incurred in connection with the sale of merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

13. YOUR revenues derived from the sale of merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

14. YOUR costs incurred in connection with the sale of merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

15. Other lawsuits or legal demands made against YOU concerning YOUR use of intellectual property owned by third parties.

16. Licensing agreements between YOU and any third parties for use of third

parties' intellectual property.

17. YOUR defenses in this case, including that BRANDY MELVILLE abandoned any intellectual property.

18. YOUR preservation, collection, and production of documents in this case.

19. YOUR efforts to stop or limit the use of intellectual property belonging to third parties on or in connection with goods offered for sale on YOUR WEBSITE, including goods using or reflecting the intellectual property of BRANDY MELVILLE.

1429845

-6-   Case No. 2:19-cv-04618-RGK (FFMx)
PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FRCP 30(B)(6)

# PROOF OF SERVICE

**Y.Y.G.M. SA d.b.a. BRANDY MELVILLE v REDBUBBLE, INC.**
**Case No. 2:19-cv-04618 RGK (FFMx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On March 9, 2020, I served true copies of the following document described as **PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** on the interested parties in this action as follows:

| | |
|---|---|
| Joshua M. Masur<br>ZUBER LAWLER<br>2000 Broadway Street, Suite 154<br>Redwood City, CA 94063<br>T: 650-434-8538<br>F: 213-596-5621<br>imasur@zuberlaw.com | *Counsel for Defendant*<br>*REDBUBBLE, INC.* |
| Kenneth B Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>T: 650-440-4211<br>F: 650-440-4851<br>ken@coastsidelegal.com | *Co-Counsel for Defendant*<br>*REDBUBBLE, INC.* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On March 9, 2020, I caused a copy of the document to be sent from e-mail address lsingh@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 9, 2020, at Los Angeles, California.

*/s/Lachmin Singh*
Lachmin Singh

1429845

Case No. 2:19-cv-04618-RGK (FFMx)

PROOF OF SERVICE