# EXHIBIT 2

# Jason Kelly

| | |
|---|---|
| **From:** | Jason Kelly |
| **Sent:** | Wednesday, March 18, 2020 1:21 AM |
| **To:** | Joshua Masur; ken@coastsidelegal.com; Debora Sanfelippo |
| **Cc:** | Keith Wesley; Ryan Q. Keech; Claudia Bonilla |
| **Subject:** | RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc. |

Counsel,

We will tentatively schedule the deposition for Friday, March 27, 2020; but I suspect we may need to revisit this as circumstances develop.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS** LLP
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, March 13, 2020 5:08 PM
**To:** Lachmin Singh <lsingh@bgrfirm.com>; Joshua Masur <JMasur@zuberlawler.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>; Jason Kelly <jkelly@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>
**Subject:** Re: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.

Counsel:

Redbubble can make its 30(b)(6) designee available in San Francisco on Thursday, March 26 or Friday, March 27. Please let us know which you prefer.

– Josh

Joshua M. Masur : : Zuber Lawler & Del Duca LLP
jmasur@zuberlawler.com : : +1 650 434 8538 direct : : +1 650 814 0352 cell

created using tiny "keys" - please forgive typos, abbreviations, terseness, and any appearance of illiteracy

---

**From:** Lachmin Singh <lsingh@bgrfirm.com>
**Sent:** Monday, March 9, 2020 4:30 PM
**To:** jmasur@zuberlaw.com; ken@coastsidelegal.com; dsanfelippo@zuberlawler.com
**Cc:** Keith Wesley; Ryan Q. Keech; Jason Kelly; Claudia Bonilla
**Subject:** Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.

Dear Counsel,

Please find attached Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Notice of Deposition of Defendant Redbubble, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

Thank you,
Lachmin

**Lachmin Singh**
Legal Assistant to Richard Schwartz,
    Peter Smith and Jason Kelly
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
lsingh@bgrfirm.com
www.bgrfirm.com

___

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

___