# EXHIBIT 3

**Jason Kelly**
___

| | |
|---|---|
| **From:** | Joshua Masur <JMasur@zuberlawler.com> |
| **Sent:** | Friday, March 20, 2020 3:57 PM |
| **To:** | Jason Kelly |
| **Cc:** | Debora Sanfelippo; Ken Wilson; Zachary S. Davidson |
| **Subject:** | RE: Brandy Melville v. Redbubble -- Deposition Schedule |

Thanks for calling, Jason.  I'll get back to you on whether the witness has availability on March 30 or 31.  In the meantime, I'll look forward to seeing your draft stipulation.

Caveat that, as we discussed, I have concerns about the schedule for the Atari case that dovetail with those you have about this case. While I've tried to discuss those with Matt and Keith, we have yet to make progress.  I think that, as a practical matter, we need to deal with the two cases together so that we don't end up with incompatible schedules.

Have a great weekend, and stay safe.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com  |  www.zuberlawler.com

___

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, March 20, 2020 1:35 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Deposition Schedule

Thank you, Josh.  Will do.

**Jason Kelly**
**BROWNE GEORGE ROSS** LLP
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

___

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, March 20, 2020 1:33 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Deposition Schedule

1

Feel free to call my direct line – it's forwarding to me.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, March 20, 2020 1:33 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Deposition Schedule

Hi Josh,

3:30 p.m. works for me. I can call you directly, or we can use a dial-in.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, March 20, 2020 1:19 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Deposition Schedule

Hi, Jason. I'm tied up until about 3:15, available after that. What works for you?

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, March 20, 2020 11:59 AM

2

**To:** Joshua Masur <JMasur@zuberlawler.com>
**Subject:** Brandy Melville v. Redbubble -- Deposition Schedule

Hi Josh,

I hope that you and your team are holding up and staying safe in these unprecedented times.  Do you have time today for a short discussion regarding next week's deposition?  I'm generally available.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
_____