# EXHIBIT 4

# Jason Kelly

| | |
|---|---|
| **From:** | Joshua Masur <JMasur@zuberlawler.com> |
| **Sent:** | Monday, March 23, 2020 7:56 PM |
| **To:** | Jason Kelly |
| **Cc:** | Debora Sanfelippo; Ken Wilson; Zachary S. Davidson; Keith Wesley |
| **Subject:** | RE: Brandy Melville v. Redbubble -- Case Schedule and Remote Deposition |

Thanks, Jason – let's talk then.

Redbubble's 30(b)(6) designee can be available on March 30.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Monday, March 23, 2020 7:16 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>; Keith Wesley <kwesley@bgrfirm.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Case Schedule and Remote Deposition

Josh,

I am available tomorrow at 9:30 a.m.  Please advise before the call whether Redbubble's Rule 30(b)(6) witness is available on March 30 or 31, 2020 to be deposed remotely.  Otherwise, a remote deposition will need to proceed on March 27, 2020.

**Jason Kelly**
**BROWNE GEORGE ROSS** LLP
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Monday, March 23, 2020 6:53 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>; Keith Wesley <kwesley@bgrfirm.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Case Schedule and Remote Deposition

I'm sorry, Jason, but we can't sign this as drafted.

As I noted to you during our phone call and follow-up emails, we can't agree to address the Brandy Melville schedule in isolation.

As I advised you on Friday, I currently have a ten-day trial set to start on May 19 in LA Superior Court, and expect that to be pushed to approximately July 20.  That would not leave me enough time to prepare for the Brandy Melville trial on August 11.

Moreover, your colleague, Matt Venezia, has not yet responded to my attached email regarding the schedule for the Atari case, which is set to go to trial on September 28, and which has substantially overlapping deadlines with those you propose here.

I'm available to discuss between 9 and 10am or 11am and 1pm tomorrow.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com |  www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Monday, March 23, 2020 11:51 AM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** Brandy Melville v. Redbubble -- Case Schedule and Remote Deposition

Josh,

Attached are the proposed joint stipulation and order to extend the case schedule by 6 weeks.  Please let me know if I have your authority to sign and file.

Also please let me know about the witness's availability on March 30/31, and provide your agreement to conduct the deposition remotely, as we discussed on Friday, this week or next week.  The court reporting service needs advance notice to finalize the logistics for a remote deposition.

I am available to discuss by phone this afternoon.  Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____