# EXHIBIT 5

**Jason Kelly**

| | |
|---|---|
| **From:** | Jason Kelly |
| **Sent:** | Tuesday, March 24, 2020 11:24 AM |
| **To:** | Joshua Masur |
| **Cc:** | Debora Sanfelippo; Ken Wilson; Zachary S. Davidson |
| **Subject:** | Brandy Melville v. Redbubble -- Remote Deposition |

Josh,

Here is the information about remote video depositions that you requested:  https://www.veritext.com/services/veritext-virtual/.  The webpage also has an on-demand webinar about Veritext's system.

As I mentioned on our call this morning, please confirm that Redbubble will stipulate to the Rule 30(b)(6) deposition—planned now to go forward on Monday, March 30, 2020—taking place remotely by video.  I would appreciate your response today or tomorrow morning to ensure adequate time to coordinate the logistics with the court reporter.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

1