# EXHIBIT 6

**Jason Kelly**

| | |
|---|---|
| **From:** | Joshua Masur <JMasur@zuberlawler.com> |
| **Sent:** | Wednesday, March 25, 2020 1:37 PM |
| **To:** | Jason Kelly |
| **Cc:** | Ken Wilson (ken@coastsidelegal.com); Zachary S. Davidson; Debora Sanfelippo |
| **Subject:** | RE: Brandy Melville v. Redbubble -- Case Schedule |

Thanks, Jason. Approved for my signature. I'll work with the client on the remote deposition as a backup, but let's get this filed asap to improve the possibility that we won't need to rush the depo.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Wednesday, March 25, 2020 1:16 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Ken Wilson (ken@coastsidelegal.com) <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Case Schedule

Thanks, Josh.

Attached is the joint stipulation and order – I accepted your changes, added the date and my signature, and cleaned up a nit. This is generally agreeable to us. However, even with a joint stipulation, there is a possibility the Court will not grant our request (in time or ever). Accordingly, before filing the stipulation, we need to secure a date to conduct the Rule 30(b)(6) deposition remotely by April 1, 2020 in the event the Court does not issue an order by the end of this week. Please let me know if you will agree to this—including stipulate to a remote deposition before the discovery cut-off—and provide a date that the witness is available so we can make the necessary arrangements with the vendor and issue an amended remote-deposition notice. I will also need your authorization to sign and file the attached before filing.

I am also available to discuss by phone.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Wednesday, March 25, 2020 12:50 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Ken Wilson (ken@coastsidelegal.com) <ken@coastsidelegal.com>; Zachary S. Davidson

<zdavidson@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Case Schedule

Hi, Jason.  Stuck on calls, will call when I get a opening, or feel free to email.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Wednesday, March 25, 2020 12:29 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Subject:** Brandy Melville v. Redbubble -- Case Schedule

Hi Josh,

I'm following up on my voicemail.  Please give me a call at 951.312.5165 when you have an opportunity.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
_____