# EXHIBIT 7

**Jason Kelly**

| | |
|---|---|
| **From:** | Jason Kelly |
| **Sent:** | Thursday, March 26, 2020 2:44 PM |
| **To:** | Joshua Masur |
| **Cc:** | Debora Sanfelippo; Ken Wilson; Zachary S. Davidson |
| **Subject:** | RE: Brandy Melville v. Redbubble -- Remote Deposition |

Josh,

We will make arrangements with the vendor for the deposition to take place remotely at 10 a.m. on April 1, 2020 in the event we do not get a decision from the Court. I will serve an amended deposition notice noting the new date and that it will be remote. Please provide the witness's name, as I know the vendor will need this information.

I agree that, if we do not get a decision by tomorrow morning, we may want to jointly reach out to the courtroom deputy to bring attention to the stipulation.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Thursday, March 26, 2020 11:52 AM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Remote Deposition

Jason –

We can set the depo for April 1 as a backstop.

I'm wondering whether we can send a copy of the proposed order to the courtroom deputy.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Tuesday, March 24, 2020 11:24 AM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** Brandy Melville v. Redbubble -- Remote Deposition

1

Josh,

Here is the information about remote video depositions that you requested:  https://www.veritext.com/services/veritext-virtual/.  The webpage also has an on-demand webinar about Veritext's system.

As I mentioned on our call this morning, please confirm that Redbubble will stipulate to the Rule 30(b)(6) deposition—planned now to go forward on Monday, March 30, 2020—taking place remotely by video.  I would appreciate your response today or tomorrow morning to ensure adequate time to coordinate the logistics with the court reporter.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
_____

2