# EXHIBIT 8

**Jason Kelly**
___

| | |
|---|---|
| **From:** | Jason Kelly |
| **Sent:** | Thursday, April 9, 2020 2:10 PM |
| **To:** | Joshua Masur |
| **Cc:** | Debora Sanfelippo; Ken Wilson; Zachary S. Davidson |
| **Subject:** | RE: Brandy Melville v. Redbubble -- Remote Deposition |

Josh,

Following up on the voicemail I left, we are fine with starting at 11 a.m. on Friday, April 17, 2020.  Separately, we are still working on the errata sheets and confidentiality designations for the Rianna and Elkins deposition transcripts.  Please let me know if Redbubble will agree to give Brandy Melville until April 20, 2020 to complete those.

Thank you for your attention.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Thursday, April 9, 2020 12:09 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Remote Deposition

Jason –

It looks like we should be able to make the 17th work.  It will be difficult, however, given that we also have an appeal brief due that day. Since you won't be taking a full day, perhaps we could plan to start late morning – say, 11am?  I will need to confirm with the client representative.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Joshua Masur
**Sent:** Monday, April 6, 2020 4:25 PM
**To:** 'Jason Kelly' <jkelly@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Remote Deposition

1

Thanks, Jason.  Let me see what we can do.

– Josh



JOSHUA M. MASUR
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Monday, April 6, 2020 4:25 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Remote Deposition

Hi Josh,

I can move things around so that the deposition goes forward on April 16 or 17, but we have conflicts on April 20.  Please let me know which of those days works best for your schedule and confirm that Redbubble will stipulate that the deposition be taken remotely by video.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Monday, April 6, 2020 2:14 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Remote Deposition

Hi, Jason.

Is there a reason we can't do it later in the week or on April 20?

We have conflicts in the early part of next week, including an appeal brief deadline, and given the likelihood that the Court will provide further schedule guidance in the next 10 days, we'd prefer to wait if possible.

– Josh



JOSHUA M. MASUR
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, April 3, 2020 2:36 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** Brandy Melville v. Redbubble -- Remote Deposition

Josh,

I write regarding Redbubble's Rule 30(b)(6) deposition.  Please let me know when Redbubble's witness is available for deposition between April 13 and 15, 2020, and please confirm that Redbubble will stipulate that the deposition be taken remotely by video.  I would appreciate your response early next week to ensure adequate time to coordinate the logistics with the court reporting service.

Thank you for your attention.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____