1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br>Judge:   Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS**<br><br>*[Filed Concurrently with Ex Parte Application for Order Granting Deposition to Be Taken By Remote Means and Declaration of Jason Y. Kelly]*<br><br>Pre-Trial Conference:     June 15, 2020<br>Trial Date:                    June 30. 2020 |

1    Before the Court is Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's
2  ("Plaintiff") *Ex Parte* Application for Order that Deposition Be Taken by Remote
3  Means (the "Application"), seeking an order that the deposition of Defendant
4  Redbubble, Inc. ("Defendant") pursuant to Federal Rule of Civil Procedure 30(b)(6)
5  be taken by the remote means of video teleconferencing services by the April 20, 2020
6  discovery cut-off or within five days of this Court's order, whichever date is later.

7    The Court hereby GRANTS Plaintiff's Application.  The Court finds that
8  Defendant has not demonstrated that it will be prejudiced by a remote deposition and
9  further finds that Plaintiff will be substantially prejudiced if the remote deposition is
10 not ordered.  Pursuant to Federal Rule of Civil Procedure 30(b)(4), Defendant is
11 ordered to produce its witness for deposition to be taken by the remote means of video
12 teleconferencing services, on or before April 20, 2020 or within five days of this order,
13 whichever date is later.

14    **IT IS SO ORDERED.**

15

16 DATED: _____, 2020

17

18                                      _____
19                                      Honorable R. Gary Klausner
                                        United States District Court Judge
20

21

22

23

24

25

26

27

28

1495861

-2-                          Case No. 2:19-cv-04618-RGK (FFMx)

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER THAT DEPOSITION
BE TAKEN BY REMOTE MEANS

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2020, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### SERVICE LIST

**Y.Y.G.M. SA d.b.a. Brandy Melville v Redbubble, Inc.**
**USDC, Central District - Case No. 2:19-cv-04618 RGK**
**(FFMx)**

Joshua M. Masur                          *Counsel for Defendant*
ZUBER LAWLER                          *Redbubble, Inc.*
2000 Broadway Street, Suite 154
Redwood City, CA  94063
Tel:   (650)434-8538
Fax:   (213)596-5621
Email*:        imasur@zuberlaw.com*

Kenneth B Wilson                        *Co-Counsel for Defendant*
COASTSIDE LEGAL                      *Redbubble, Inc.*
455 1st Avenue
Half Moon Bay, CA 94019
Tel:   (650)440-4211
Fax:   (650)440-4851
Email*:*
       *ken@coastsidelegal.com*

Jeremy Berk

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER TO TAKE
DEPOSITION BY REMOTE MEANS