1  KENNETH B. WILSON (SBN 130009)
    *ken@coastsidelegal.com*
2  COASTSIDE LEGAL
3  455 1st Avenue
    Half Moon Bay, California 94019
4  Telephone: (650) 440-4211

5  JOSHUA M. MASUR (SBN 203510)
    *jmasur@zuberlawler.com*
6  ZUBER LAWLER & DEL DUCA LLP
7  2000 Broadway Street, Suite 154
    Redwood City, California 94063
8  Telephone: (650) 866-5901
    Facsimile: (213) 596-5621
9

10 ZACHARY S. DAVIDSON (SBN 287041)
    *zdavidson@zuberlawler.com*
11 ZUBER LAWLER & DEL DUCA LLP
12 350 S. Grand Ave., 32nd Floor
    Los Angeles, California 90071
13 Telephone: (213) 596-5620
    Facsimile: (213) 596-5621
14

15 Attorneys for Defendant
    REDBUBBLE INC.
16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>REDBUBBLE INC.,<br><br>            Defendant. | Case No. 2:19-cv-04618-RGK-FFM<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS**<br><br>[Filed Concurrently with Opposition to Plaintiff's Ex Parte Application] |

## DECLARATION OF JOSHUA M. MASUR

I, Joshua M. Masur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler & Del Duca LLP, attorneys of record for Defendant Redbubble Inc. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of an email I received on or about January 16, 2020, from Keith Wesley, counsel for Plaintiff.

3. Attached hereto as Exhibit B is a true and correct copy of an email I received on or about February 24, 2020, from Jason Kelly, counsel for Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of April, 2020, at Redwood City, California.

*/s/ Joshua M. Masur*
Joshua M. Masur