# EXHIBIT A

## to

**Declaration of Joshua M. Masur in Support of Defendant Redbubble Inc.'s Opposition to Plaintiff's Ex Parte Application for an Order that Deposition be Taken by Remote Means**

# Joshua Masur

**From:** Keith Wesley <kwesley@bgrfirm.com>
**Sent:** Thursday, January 16, 2020 4:10 PM
**To:** Joshua Masur
**Subject:** Redbubble [IWOV-DOCSLA.FID342136]

Hi Josh –

I hope you had an enjoyable holiday season.

I am writing with two somewhat related requests.

1. I believe you designated as "Confidential" the entirety of the transcripts of the three Redbubble depositions in the Atari matter. I think you'd agree that substantial portions of the transcripts require de-designation. Assuming we are in agreement on that issue, we request that you confirm you will de-designate and provide an ETA for completion of that task.

2. Regardless of what you de-designate or not, I would like to be able to use at least some of the testimony in the Brandy Melville case. Will you consent to me being able to use and share the testimony with my client in the Brandy Melville case, subject to the following: (a) that the same confidentiality designations would apply, and (b) your preservation of any objections based on relevance? I think this is a sensible approach that would avoid motion practice and avoid unnecessary duplication of deposition testimony in the Brandy Melville case.

Please provide a response, at your earliest convenience.

Thanks.

Keith

**Keith J. Wesley, Esq.**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
kwesley@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
_____