# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:19-cv-04618 RGK (FFMx) |
| v. | |
| Redbubble, Inc. | NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER |
| DEFENDANT(S). | |

To:   All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for ☑ random ☐ direct reassignment.

Accordingly, this case has been reassigned to:
☐ Hon. _____, U.S. District Judge for all further proceedings.
☑ Hon. ____Jean P. Rosenbluth____, Magistrate Judge for:
  ☑ any discovery and/or post-judgment matters that may be referred.
  ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: __2:19-cv-04618 RGK (JPRx)__. This is very important because documents are routed by the initials.

Clerk U.S. District Court

04/15/2020
Date

By: Ed Sambrano
Deputy Clerk