NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br>Judge:   Hon. R. Gary Klausner<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER THAT DEPOSITION BE TAKEN BY REMOTE MEANS**<br><br>*[Filed Concurrently with Ex Parte Application for Order Granting Deposition to Be Taken By Remote Means and Declaration of Jason Y. Kelly]*<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:                      June 30. 2020 |

Before the Court is Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's ("Plaintiff") *Ex Parte* Application for Order that Deposition Be Taken by Remote Means (the "Application"), seeking an order that the deposition of Defendant Redbubble, Inc. ("Defendant") pursuant to Federal Rule of Civil Procedure 30(b)(6) be taken by the remote means of video teleconferencing services by the April 20, 2020 discovery cut-off or within five days of this Court's order, whichever date is later. Defendant filed opposition om April 15, 2020, which the Court has also read and considered.

The Court hereby GRANTS Plaintiff's Application. Given the extraordinary circumstances arising because of the coronavirus pandemic, the specifics of which could not have been entirely anticipated by anyone, and given the discovery-cutoff date of April 20, 2020, Plaintiff will be substantially prejudiced if the remote deposition is not ordered. During the deposition, the deponent and counsel must have leeway to communicate as necessary and appropriate, including confidentially during breaks by a separate phone line if they so desire. Pursuant to Federal Rule of Civil Procedure 30(b)(4), Defendant is ordered to produce its witness for deposition to be taken by the remote means of video teleconferencing services, on or before April 20, 2020 or within five days of this order, whichever date is later, unless the District Judge continues the discovery-cutoff date at the request of one or both parties.

**IT IS SO ORDERED.**

DATED: April 16, 2020

Honorable Jean P. Rosenbluth
United States Magistrate Judge