1
COASTSIDE LEGAL
Kenneth B. Wilson (SBN 130009)
2
  *ken@coastsidelegal.com*
455 1st Avenue
3
Half Moon Bay, California 94019
Telephone: (650) 440-4211
4

5
ZUBER LAWLER & DEL DUCA LLP
Joshua M. Masur (SBN 203510)
  *jmasur@zuberlawler.com*
6
2000 Broadway Street, Suite 154
Redwood City, California 94063
7
Telephone: (650) 434-8538
Facsimile: (213) 596-5621
8

9
Attorneys for Defendant
REDBUBBLE INC.
10

11
**UNITED STATES DISTRICT COURT**

12
**CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 2:19-cv-04618-RGK-JPR |
| 15         Plaintiff, | **DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO EXTEND CASE SCHEDULE** |
| 16     vs. | |
| 17  REDBUBBLE, INC., a Delaware corporation, | [Filed Concurrently with Ex Parte Application and [Proposed] Order] |
| 18         Defendant. | |
| 19 | Judge:  Hon. R. Gary Klausner |
| 20 | Pretrial Conference:  June 15, 2020 Trial Date:  June 30. 2020 |

21

22

23

24
**DECLARATION OF JOSHUA M. MASUR**

25
    I, Joshua M. Masur, declare as follows:

26
    1.    I am an attorney duly admitted to practice before this Court.  I am a

27
partner with Zuber Lawler & Del Duca LLP, attorneys of record for Defendant

28

2911-1006 / 1604463.1                   1

1  Redbubble Inc.  I have personal knowledge of the facts stated herein, and if called to

2  testify, I could competently do so.

3      2.     Attached hereto as Exhibit A is a true and correct copy of an email I

4  sent on April 16, 2020, to Jason Kelly and Keith Wesley, counsel for Plaintiff,

5  attaching a draft stipulation and proposed order.

6      3.     On Friday, April 17, 2020, at approximately 11:11 a.m., I received a

7  call from Jason Kelly, Plaintiff's counsel, regarding the draft stipulation and

8  proposed order.  Mr. Kelly advised me that Plaintiff would not agree to join a

9  stipulation.  Accordingly, I then provided Plaintiff's counsel notice that Defendant

10 would file this *Ex Parte* Application today, seeking the schedule relief to which

11 Defendant had proposed that the parties stipulate. I further informed Mr. Kelly that,

12 as he knew from meet and confer regarding Plaintiff's *ex parte* application earlier

13 this week, Plaintiff's opposing papers would need to be filed no later than 3:00 p.m.

14 on the first business day following service and that, if Plaintiff does not intend to

15 oppose the application, it must inform the Courtroom Deputy Clerk at

16 213.894.2649. In response, Mr. Kelly informed me that Plaintiff's counsel had

17 expected that Defendant would seek to file an *ex parte a*pplication, but had not yet

18 decided whether it would oppose.

19     I declare under penalty of perjury under the laws of the United States of

20 America that the foregoing is true and correct.

21     Executed on this 17th day of April, 2020, at Redwood City, California.

22

23                              */s/ Joshua M. Masur*

24                              Joshua M. Masur

25

26

27

28

2911-1006 / 1604463.1                    2