# EXHIBIT A

**to**

**Declaration of Joshua M. Masur in Support of Defendant's Ex Parte Application to Extend Case Schedule**

**Joshua Masur**

| | |
|---|---|
| **From:** | Joshua Masur |
| **Sent:** | Thursday, April 16, 2020 9:34 PM |
| **To:** | Jason Kelly; Keith Wesley |
| **Cc:** | Ken Wilson (ken@coastsidelegal.com); Zachary S. Davidson; Debora Sanfelippo |
| **Subject:** | RE: Brandy Melville v. Redbubble -- Case Schedule |
| **Attachments:** | 2020.04.16 DRAFT Joint Stip to Extend Case Schedule.docx; 2020.04.16 DRAFT Proposed Order granting Joint Stip to Extend Case Schedule.docx |

Jason and Keith –

Because the order granting your ex parte application appears to suggest that one or both parties request that Judge Klausner continue the discovery cut-off date, I've drafted a stipulation and proposed order, redlined against the one we submitted in March, for your consideration.

This stipulation would provide for the same dates we requested in March, for the sake of simplicity, but we'd be open to considering other dates if you prefer.

If you're amenable, we'd like to get this filed tomorrow morning.  Otherwise, if telephonic discussion would be useful, I can be available at 10am or 11am.

Thanks.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Wednesday, March 25, 2020 1:16 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Ken Wilson (ken@coastsidelegal.com) <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Case Schedule

Thanks, Josh.

Attached is the joint stipulation and order – I accepted your changes, added the date and my signature, and cleaned up a nit.  This is generally agreeable to us.  However, even with a joint stipulation, there is a possibility the Court will not grant our request (in time or ever).  Accordingly, before filing the stipulation, we need to secure a date to conduct the Rule 30(b)(6) deposition remotely by April 1, 2020 in the event the Court does not issue an order by the end of this week.  Please let me know if you will agree to this—including stipulate to a remote deposition before the discovery cut-off—and provide a date that the witness is available so we can make the necessary arrangements with the vendor and issue an amended remote-deposition notice.  I will also need your authorization to sign and file the attached before filing.

I am also available to discuss by phone.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Wednesday, March 25, 2020 12:50 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Ken Wilson (ken@coastsidelegal.com) <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>; Debora Sanfelippo <dsanfelippo@zuberlawler.com>
**Subject:** RE: Brandy Melville v. Redbubble -- Case Schedule

Hi, Jason.  Stuck on calls, will call when I get a opening, or feel free to email.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Wednesday, March 25, 2020 12:29 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Subject:** Brandy Melville v. Redbubble -- Case Schedule

Hi Josh,

I'm following up on my voicemail.  Please give me a call at 951.312.5165 when you have an opportunity.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

---

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your

computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

BROWNE GEORGE ROSS LLP
Keith J. Wesley (SBN 229276)
  kwesley@bgrfirm.com
Jason Y. Kelly (SBN 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Y.Y.G.M. SA d.b.a.
BRANDY MELVILLE

COASTSIDE LEGAL
Kenneth B. Wilson (SBN 130009)
  ken@coastsidelegal.com
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

ZUBER LAWLER & DEL DUCA LLP
Joshua M. Masur (SBN 203510)
  jmasur@zuberlawler.com
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>              Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br><br>**JOINT STIPULATION TO EXTEND CASE SCHEDULE**<br><br>Judge:  Hon. R. Gary Klausner<br><br>Pretrial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |

**JOINT STIPULATION**

WHEREAS, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") initiated this action on May 28, 2019;

WHEREAS, Defendant Redbubble Inc. ("Defendant") answered Plaintiff's complaint on July 29, 2019;

WHEREAS, on October 21, 2019, this Court held the Scheduling Conference and set the following dates (Dkt. No. 16):

1. The Discovery Cut-Off Date is April 1, 2020,

2. The Motion Cut-Off Date is April 15, 2020,

3. The Pretrial Conference is scheduled on June 15, 2020 at 9:00 AM, and

4. The Jury Trial is scheduled to begin on June 30, 2020 at 9:00 AM;

WHEREAS, Plaintiff and Defendant (collectively, the "Parties") have diligently engaged in discovery to complete discovery by the April 1, 2020 Discovery Cut-Off Date;

WHEREAS, on March 9, 2020, Plaintiff noticed a deposition of Defendant pursuant to Federal Rule of Civil Procedure 30(b)(6) (the "Rule 30(b)(6) Deposition") to take place on March 20, 2020 in San Francisco, CA;

WHEREAS, the Parties met and conferred and re-scheduled the Rule 30(b)(6) Deposition for March 27, 2020 to account for the witness's schedule;

WHEREAS, Defendant's counsel and designee reside in the County of San Mateo and the County of Marin, CA, respectively, and its designee is employed in the County of San Francisco;

WHEREAS, on March 16, 2020, the Counties of San Francisco, San Mateo, and Marin issued orders directing their residents to shelter at home through April 7, 2020, at a minimum, because of the coronavirus pandemic;

WHEREAS, on March 19, 2020, the City of Los Angeles issued an order directing residents to isolate themselves in their residences through April 19, 2020, at a minimum, because of the coronavirus pandemic;

1    WHEREAS, on March 19, 2020, Chief Judge Virginia A. Phillips of the Central

2   District of California issued Order of Chief Judge No. 20-042, ordering that, *inter*

3   *alia*, "All of the Courthouses of the Central District of California will be closed to the

4   public except for hearings on criminal duty matters" and "In civil cases, no hearings

5   will go forward except for emergency time-sensitive matters, such as requests for

6   temporary restraining orders and preliminary injunctions . . . .";

7    WHEREAS, on March 25, 2020, the Parties stipulated (Dkt. No. 24) to extend

8   the case schedule, requesting that the Court extend the following dates:

9    1.  The Discovery Cut-Off Date to May 13, 2020,

10    2.  The Motion Cut-Off Date to May 27, 2020,

11    3.  The Pretrial Conference to August 3, 2020 at 9:00 AM, and

12    4.  The Jury Trial to begin on August 18, 2020 at 9:00 AM;

13    WHEREAS, on March 27, 2020, the Court entered an Order (Dkt. No. 26)

14   extending the Discovery Cut-Off Date to April 20, 2020 and the Motion Cut-Off Date

15   to May 4, but maintaining the Pretrial Conference and Trial dates;

16    WHEREAS, on April 13, 2020, Chief Judge Virginia A. Phillips of the Central

17   District of California issued General Order No. 20-05, which extended Order of Chief

18   Judge No. 20-042 through and including June 1, 2020, and which suspended

19   "call[ing] in jurors for service in civil or criminal jury trials until after June 1, 2020

20   or otherwise ordered by the Court," while allowing "Individual Judges [to] issue other

21   orders concerning future continuances as necessary and appropriate";

22    WHEREAS, General Order No. 20-05 has ordered the Courthouse closed and

23   suspended empaneling juries until at least June 1, 2020, only two weeks before the

24   Pretrial Conference is currently scheduled, at which time the Parties anticipate a

25   backlog of other business before the Court, including criminal trials subject to

26   constitutional and statutory timing restrictions, if the Court is even able to resume

27   normal activities at that time;

28    WHEREAS, because the orders issued by the County of San Francisco, the

County of San Mateo, and the County of Marin made it impossible for Plaintiff to take Defendant's 30(b)(6) deposition before the April 20, 2020 Discovery Cut-Off, except by remote means and without Defendant's counsel in physical proximity to Defendant's designee, a dispute arose between the Parties regarding whether Plaintiff should be permitted to take said deposition remotely;

WHEREAS, the Parties briefed the dispute ex parte (Dkt. Nos. 28, 29), and on April 16, 2020, Magistrate Judge Rosenbluth issued an Order (Dkt. No. 31) requiring "Defendant … to produce its witness for deposition to be taken by the remote means of video teleconferencing services, on or before April 20, 2020 or within five days of this order, whichever date is later, *unless the District Judge continues the discovery-cutoff date at the request of one or both parties*" (emphasis added);

WHEREAS, due to what Magistrate Judge Rosenbluth described as "the

WHEREAS, the Parties met and conferred and believe that—absent extensions of the order issued by the County of San Francisco, the County of San Mateo, the County of Marin, or the City of Los Angeles—a six- to seven-week extension of the case schedule will provide the Parties adequate time to complete discovery, including the Rule 30(b)(6) Deposition and expert discovery, consistent with anticipated obligations in other unrelated cases;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and

WHEREAS, there is good cause to modify the schedule in this case and the Parties continue to believe that an extension of at least six- to seven-weeks will not prejudice either party or result in undue delay; and

WHEREAS, the Parties have previously requested the same extension sought at this time from this Court (Dkt. No. 24);

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY AGAIN STIPULATE AND MOVE THIS COURT FOR AN ORDER MODIFYING THE FOLLOWING DEADLINES AND DATES:**

1. The Discovery Cut-Off Date shall be extended from April 20, 2020 to



May 13, 2020;

2. The Motion Cut-Off Date (last day to file) shall be extended from May 4, 2020 to May 27, 2020;

3. The Pretrial Conference shall be continued from June 15, 2020 at 9:00 AM to August 3, 2020 at 9:00 AM; and

4. The Jury Trial (Est. 5-8 days) shall be continued from June 30, 2020 at 9:00 AM to August 18, 2020 at 9:00 AM.

**IT IS SO STIPULATED AND AGREED.**

DATED: ~~March 25~~April___, 2020   BROWNE GEORGE ROSS LLP
Jason Y. Kelly

By: ___/s/ ~~Jason Y. Kelly~~[draft]___
Jason Y. Kelly
Attorneys for Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

DATED: April___, 2020~~Dated: March 25, 2020~~   ZUBER LAWLER & DEL DUCA LLP

Joshua M. Masur

By: ___/s/ [draft]___
Joshua M. Masur
Attorneys for Defendant REDBUBBLE INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, ~~Keith J. Wesley~~_____, am the ECF User whose identification and password are being used to file this stipulation. Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April___, 2020~~Dated: March 25, 2020~~ By: ___/s/ ~~Jason Y. Kelly~~[draft]___

Formatted: Keep with next

-5-                    Case No  2:19-cv-04618-RGK (FFMx)
JOINT STIPULATION TO EXTEND CASE SCHEDULE



1    ~~Jason Y. Kelly~~[draft]
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10

11  Y.Y.G.M. SA d.b.a. BRANDY          Case No. 2:19-cv-04618-RGK (FFMx)
    MELVILLE, a Swiss corporation,
12                                      **[PROPOSED] ORDER GRANTING**
            Plaintiff,                  **JOINT STIPULATION TO**
13                                      **EXTEND CASE SCHEDULE**
        vs.
14                                      Judge:  Hon. R. Gary Klausner
    REDBUBBLE, INC., a Delaware
15  corporation,                        Pretrial Conference:  June 15, 2020
                                        Trial Date:  June 30, 2020
16          Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

1    Before the Court is the Joint Stipulation to Extend Case Schedule, filed jointly
2    by Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville and Defendant Redbubble Inc.
3    Good cause appearing therefor, the Court hereby **GRANTS** the Joint Stipulation to
4    Extend Case Schedule.  The Court sets the following dates:

5        1.  The Discovery Cut-Off Date is May 13, 2020.

6        2.  The Motion Cut-Off Date (last day to file) is May 27, 2020.

7        3.  The Pretrial Conference is on August 3, 2020 at 9:00 AM.

8        4.  The Jury Trial (Est. 5-8 days) begins on August 18, 2020 at 9:00 AM.

9    **IT IS SO ORDERED.**

10

11   DATED:  ~~March~~ April ____, 2020

12

13   _____

14   Honorable R. Gary Klausner
     United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28