UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-04618-RGK-JPR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO EXTEND CASE SCHEDULE**<br><br>[Filed concurrently with Ex Parte Application and Declaration of Joshua M. Masur]<br><br>Judge: Hon. R. Gary Klausner<br><br>Pretrial Conference: June 15, 2020<br>Trial Date: June 30. 2020 |

1

Before the Court is Defendant's *Ex Parte* Application to Extend Case Schedule.  Good cause appearing therefor, the Court hereby **GRANTS** the *Ex Parte* Application to Extend Case Schedule.  The Court sets the following dates:

1. The Discovery Cut-Off Date is May 13, 2020.
2. The Motion Cut-Off Date (last day to file) is May 27, 2020.
3. The Pretrial Conference is on August 3, 2020 at 9:00 AM.
4. The Jury Trial (Est. 5-8 days) begins on August 18, 2020 at 9:00 AM.

**IT IS SO ORDERED.**

DATED:  April ___, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge