BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, Plaintiff, vs. REDBUBBLE, INC., a Delaware corporation, Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |
|---|---|

Pursuant to Local Civil Rule 79-5.2.2 and the Stipulated Protective Order in this action (Dkt. No. 22), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") files its Application for Leave to File Under Seal (the "Application") Portions of Its Motion for Partial Summary Judgment (the "Motion").

This Application is made because Plaintiff seeks to use evidence in support of its Motion designated as "Confidential" by Defendant Redbubble, Inc. ("Redbubble") pursuant to this matter's Stipulated Protective Order (Dkt. No. 22). This Application is further made because Plaintiff seeks to use evidence in support of its Motion that includes its own trade secrets and commercially sensitive information.

Redbubble designated the following deposition transcripts, exhibits, and documents "Confidential" (collectively, the "Redbubble-Designated Materials"):

- The chart of designs produced by Redbubble, attached as Exhibit 64 to the Declaration of Jason Y. Kelly in Support of the Motion (the "Kelly Declaration");
- The customer correspondences produced by Redbubble, attached as Exhibit 65 to the Kelly Declaration;
- The spreadsheet of search terms produced by Redbubble, attached as Exhibit 66 to the Kelly Declaration;
- The document produced by Redbubble, attached as Exhibit 67 to the Kelly Declaration;
- The customer correspondences produced by Redbubble, attached as Exhibit 68 to the Kelly Declaration;
- The document regarding logos, labels, and designs, produced by Redbubble, attached as Exhibit 69 to the Kelly Declaration;
- The correspondence produced by Redbubble, attached as Exhibit 70 to the Kelly Declaration;
- The correspondence from Plaintiff's counsel, produced by Redbubble, attached as Exhibit 71 to the Kelly Declaration;

1531716.3

-2-

Case No. 2:19-cv-04618-RGK (JPRx)
PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

- The customer correspondence produced by Redbubble, attached as Exhibit 72 to the Kelly Declaration;
- The correspondence produced by Redbubble, attached as Exhibit 73 to the Kelly Declaration;
- The customer correspondences produced by Redbubble, attached as Exhibit 74 to the Kelly Declaration;
- The customer correspondences produced by Redbubble, attached as Exhibit 75 to the Kelly Declaration;
- The customer correspondence produced by Redbubble, attached as Exhibit 76 to the Kelly Declaration;
- The customer correspondence produced by Redbubble, attached as Exhibit 77 to the Kelly Declaration;
- The correspondence produced by Redbubble, attached as Exhibit 78 to the Kelly Declaration;
- The customer correspondence produced by Redbubble, attached as Exhibit 79 to the Kelly Declaration;
- The correspondence produced by Redbubble, attached as Exhibit 80 to the Kelly Declaration;
- The customer correspondences produced by Redbubble, attached as Exhibit 81 to the Kelly Declaration;
- The customer correspondence produced by Redbubble, attached as Exhibit 82 to the Kelly Declaration;
- The customer correspondence produced by Redbubble, attached as Exhibit 83 to the Kelly Declaration;
- The document concerning keywords produced by Redbubble, attached as Exhibit 84 to the Kelly Declaration;
- The deposition transcript of the April 21, 2020 deposition of James N. Toy, attached as Exhibit 90 to the Kelly Declaration;

1531716.3

-3-   Case No. 2:19-cv-04618-RGK (JPRx)
PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

- Excerpts from the deposition transcript of the December 10, 2019 deposition of Arnaud Deshais, attached as Exhibit 91 to the Kelly Declaration;

- Excerpts from the deposition transcript of the December 11, 2019 deposition of Jenny Greenhough, attached as Exhibit 92 to the Kelly Declaration; and

- Excerpts from the deposition transcript of the December 12, 2019 deposition of James N. Toy, attached as Exhibit 93 of the Kelly Declaration.

(Decl. of Jason Y. Kelly in Support of App'n ("Kelly Dec. ISO Seal"), filed concurrently, ¶ 3.)

The following documents were designated "Confidential," as they contain Plaintiff's trade secrets and commercially sensitive information (collectively, "Plaintiff's Confidential Materials"):

- A spreadsheet produced by Plaintiff that contains Plaintiff's commercially sensitive financial information regarding sales, attached as Exhibit 87 to the Kelly Declaration;

- Excerpts from the deposition transcript of the February 27, 2020 deposition of Salvatore Rianna, which discuss Plaintiff's internal strategies, trade secrets, and commercially sensitive information, attached as Exhibit 88 to the Kelly Declaration; and

- Excerpts from the deposition transcript of the February 28, 2020 deposition of Madison Elkins, which discuss Plaintiff's internal strategies and commercially sensitive information, attached as Exhibit 89 to the Kelly Declaration.

(Kelly Dec. ISO Seal ¶ 4.)

Submitted concurrently herewith is the Kelly Dec. ISO Seal which establishes that Redbubble designated the Redbubble-Designated Materials as "Confidential"

pursuant to the Stipulated Protective Order (Dkt. No. 22), and further establishes good cause for filing Plaintiff's Confidential Materials under seal.  (Kelly Dec. ISO Seal ¶¶ 3, 4, 6.)

Redbubble has expressed that it intend to oppose this Application.  (Kelly Dec. ISO Seal ¶ 7.)  Pursuant to Local Rule 79-5.2.2(b), Redbubble must file a declaration establishing that all or part of the designated material is sealable within four days.

DATED:  May 4, 2020

BROWNE GEORGE ROSS LLP
  Keith J. Wesley
  Ryan Q. Keech
  Jason Y. Kelly


By: ___*/s/ Keith J. Wesley*___
  Keith J. Wesley
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville