UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:                      June 30, 2020 |

Having considered Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's ("Plaintiff" or "Brandy Melville") Application for Leave to File Under Seal Portions of Its Motion for Partial Summary Judgment (the "Application"), **IT IS HEREBY ORDERED**:

1. Plaintiff's Application is **GRANTED**; and

2. Plaintiff is given leave to file under seal the following documents and portions of documents in support of Its Motion for Partial Summary Judgment:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Plaintiff's Motion for Partial Summary Judgment (the "Motion") | Those portions of the Motion that quote and/or paraphrase the sealed portions of the Declaration of Jason Y. Kelly in Support of the Motion (the "Kelly Dec.") or exhibits attached thereto. |
| Plaintiff's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of the Motion | Those portions that quote and/or paraphrase the sealed portions of the Kelly Dec. or exhibits attached thereto. |
| Exhibit 64 to the Kelly Dec. | The chart produced and designated Confidential by Redbubble. |
| Exhibit 65 to the Kelly Dec. | The customer correspondences produced and designated Confidential by Redbubble. |
| Exhibit 66 to the Kelly Dec. | The spreadsheet produced and designated Confidential by Redbubble. |
| Exhibit 67 to the Kelly Dec. | The document produced and designated Confidential by Redbubble. |
| Exhibit 68 to the Kelly Dec. | The customer correspondences produced and designated Confidential by Redbubble. |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 69 to the Kelly Dec. | The document regarding logos, labels, and designs produced and designated Confidential by Redbubble. |
| Exhibit 70 to the Kelly Dec. | The correspondence produced and designated Confidential by Redbubble. |
| Exhibit 71 to the Kelly Dec. | The correspondence from Plaintiff's counsel produced and designated Confidential by Redbubble. |
| Exhibit 72 to the Kelly Dec. | The customer correspondence produced and designated Confidential by Redbubble. |
| Exhibit 73 to the Kelly Dec. | The correspondence produced and designated Confidential by Redbubble. |
| Exhibit 74 to the Kelly Dec. | The customer correspondences produced and designated Confidential by Redbubble. |
| Exhibit 75 to the Kelly Dec. | The customer correspondences produced and designated Confidential by Redbubble. |
| Exhibit 76 to the Kelly Dec. | The customer correspondence produced and designated Confidential by Redbubble. |
| Exhibit 77 to the Kelly Dec. | The customer correspondence produced and designated Confidential by Redbubble. |
| Exhibit 78 to the Kelly Dec. | The correspondence produced and designated Confidential by Redbubble. |
| Exhibit 79 to the Kelly Dec. | The customer correspondence produced and designated Confidential by Redbubble. |
| Exhibit 80 to the Kelly Dec. | The correspondence produced and designated Confidential by Redbubble. |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Exhibit 81 to the Kelly Dec. | The customer correspondences produced and designated Confidential by Redbubble. |
| Exhibit 82 to the Kelly Dec. | The customer correspondence produced and designated Confidential by Redbubble. |
| Exhibit 83 to the Kelly Dec. | The customer correspondence produced and designated Confidential by Redbubble. |
| Exhibit 84 to the Kelly Dec. | The document concerning keywords produced and designated Confidential by Redbubble. |
| Exhibit 87 to the Kelly Dec. | The spreadsheet produced and designated Confidential by Plaintiff that contains Plaintiff's commercially sensitive financial information regarding its sales. |
| Unredacted version of Exhibit 88 to the Kelly Dec. | Excerpts from the deposition transcript of the February 27, 2020 deposition of Salvatore Rianna, which discuss Plaintiff's internal and commercially sensitive information. |
| Unredacted version of Exhibit 89 to the Kelly Dec. | Excerpts from the deposition transcript of the February 28, 2020 deposition of Madison Elkins, which discuss Plaintiff's internal and commercially sensitive information. |
| Exhibit 90 to the Kelly Dec. | The deposition transcript of the April 21, 2020 deposition of James N. Toy that Redbubble designated Confidential. |
| Unredacted version of Exhibit 91 to the Kelly Dec. | Excerpts from the deposition transcript of the December 10, 2019 deposition of Arnaud Deshais that Redbubble designated Confidential. |

| Document | Portions to Be Filed Under Seal |
|---|---|
| Unredacted version of Exhibit 92 to the Kelly Dec. | Excerpts from the deposition transcript of the December 11, 2019 deposition of Jenny Greenhough that Redbubble designated Confidential. |
| Unredacted version of Exhibit 93 to the Kelly Dec. | Excerpts from the deposition transcript of the December 12, 2019 deposition of James N. Toy that Redbubble designated Confidential. |

**IT IS SO ORDERED.**

Dated:  May ____, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge

1532496.3

-5-   Case No. 2:19-cv-04618-RGK (JPRx)
[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT