BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
BRANDY MELVILLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  June 1, 2020<br>Time:  9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |

1529169.1

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY IN SUPPORT OF
PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. Attached as **Exhibit 64** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM016058 to RBBM016099.

3. Attached as **Exhibit 65** is a true and correct copy of documents designated Confidential and produced by Redbubble with the Bates numbers RBBM08494, and RBBM084988 to RBBM084989.

4. Attached as **Exhibit 66** is a true and correct copy of an excerpt of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM148682 to RBBM148701.

5. Attached as **Exhibit 67** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM214322 to RBBM214326.

6. Attached as **Exhibit 68** is a true and correct copy of documents designated Confidential and produced by Redbubble with the Bates numbers RBBM190326 to RBBM190327, RBBM190328 to RBBM190329, RBBM190348 to RBBM190349, RBBM209653 to RBBM209654, and RBBM214133 to RBBM214134.

7. Attached as **Exhibit 69** is a true and correct copy of a document designated Confidential DENTIAL and produced by Redbubble with the Bates numbers RBBM016865 to RBBM016868.

8. Attached as **Exhibit 70** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM175095 to RBBM175097.

9. Attached as **Exhibit 71** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates number RBBM175967.

10. Attached as **Exhibit 72** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM175974 to RBBM175976.

11. Attached as **Exhibit 73** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates number RBBM176043.

12. Attached as **Exhibit 74** is a true and correct copy of documents designated Confidential and produced by Redbubble with the Bates numbers RBBM176423 to RBBM176425, RBBM176428 to RBBM176437, and RBBM176702.

13. Attached as **Exhibit 75** is a true and correct copy of documents designated Confidential and produced by Redbubble with the Bates numbers RBBM176537 to RBBM176541, RBBM180845 to RBBM180846, RBBM180872 to RBBM180877, RBBM180878 to RBBM180880, and RBBM180899 to RBBM180902.

14. Attached as **Exhibit 76** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM176667 to RBBM176669.

15. Attached as **Exhibit 77** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates number RBBM176730.

1    16.    Attached as **Exhibit 78** is a true and correct copy of documents designated Confidential and produced by Redbubble with the Bates numbers RBBM176774 to RBBM176775, and RBBM176780 to RBBM176781.

17.    Attached as **Exhibit 79** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM177377 to RBBM177379.

18.    Attached as **Exhibit 80** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM177383 to RBBM177388.

19.    Attached as **Exhibit 81** is a true and correct copy of documents designated Confidential and produced by Redbubble with the Bates numbers RBBM177978 to RBBM177981, and RBBM178553 to RBBM178556.

20.    Attached as **Exhibit 82** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates number RBBM181029.

21.    Attached as **Exhibit 83** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM182906 to RBBM182909.

22.    Attached as **Exhibit 84** is a true and correct copy of a document designated Confidential and produced by Redbubble with the Bates numbers RBBM185670 to RBBM185681.

23.    Attached as **Exhibit 85** is a true and correct copy of a pictures from Brandy Melville.

24.    Attached as **Exhibit 86** is a true and correct copy of a picture of a sticker from Brandy Melville.

25.    Attached as **Exhibit 87** is a true and correct copy of document designed Confidential and produced by Plaintiff with the Bates number BRANDY_0003294.

26. Attached as **Exhibit 88** is a true and correct copy of excerpts of the transcript from the February 27, 2020 deposition of Salvatore Rianna, portions of which were designated Confidential.

27. Attached as **Exhibit 89** is a true and correct copy of excerpts of the transcript from the February 28, 2020 deposition of Madison Elkins, portions of which were designated Confidential.

28. Attached as **Exhibit 90** is a true and correct copy of excerpts of the transcript from the April 21, 2020 deposition of James N. Toy, pursuant to Federal Rule of Civil Procedure 30(b)(6), the entirety of which Redbubble designated Confidential.

29. Attached as **Exhibit 91** is a true and correct copy of excerpts of the transcript from the December 10, 2019 deposition of Arnaud Deshais in *Atari Interactive, Inc. v. Redbubble, Inc.*, No. 4:18-cv-3451 (N.D. Cal.), portions of which Redbubble designated Confidential. The parties agreed to use portions of this deposition transcript in this litigation. (Declaration of Keith J. Wesley ("Wesley Dec."), filed concurrently, Exs. 35, 36.)

30. Attached as **Exhibit 92** is a true and correct copy of excerpts of the transcript from the December 11, 2019 deposition of Jenny Renee Greenhough in *Atari Interactive, Inc. v. Redbubble, Inc.*, No. 4:18-cv-3451 (N.D. Cal.), portions of which Redbubble designated Confidential. The parties agreed to use portions of this deposition transcript in this litigation. (Wesley Dec., filed concurrently, Exs. 35, 36.)

31. Attached as **Exhibit 93** is a true and correct copy of excerpts of the transcript from the December 12, 2019 deposition of James N. Toy, pursuant to Federal Rule of Civil Procedure 30(b)(6), in *Atari Interactive, Inc. v. Redbubble, Inc.*, No. 4:18-cv-3451 (N.D. Cal.), portions of which Redbubble designated Confidential. The parties agreed to use portions of this deposition transcript in this litigation. (Wesley Dec., filed concurrently, Exs. 35, 36.)

32. Attached as **Exhibit 94** is a true and correct copy of a screenshot of the Redbubble website (https://www.redbubble.com/about) on May 2, 2020.

Executed this 4th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Jason Y. Kelly*
Jason Y. Kelly