# REDACTED

# To Be Filed Under Seal

# EXHIBIT 89

Page 1

1  UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
2  ----------------------------------x
   Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,
3  a Swiss Corporation,

4           Plaintiff,

5       v.                  Case No.
                            2:19-cv-04618-RGK (FFMx)
6
   REDBUBBLE, INC., a Delaware
7  Corporation,

8           Defendant.
   ----------------------------------x
9

10                        NEW YORK, NEW YORK
                          FEBRUARY 28, 2020
11

12

13

14      VIDEO RECORDED DEPOSITION

15          OF MADISON ELKINS

16

17

18

19  Reported by:

20  MARK RICHMAN, CCR, RPR, CM

21  JOB NO:  177882

22

23

24

25
                 TSG Reporting - Worldwide  877-702-9580

Page 2

1

2

3          NEW YORK, NEW YORK

4              10:10 A.M.

5

6          VIDEO RECORDED DEPOSITION OF MADISON

7   ELKINS, held at the offices of Zuber Lawler &

8   Del Duca LLP, 1 Penn Plaza New York, New York,

9   before Mark Richman, a Certified Shorthand

10  Reporter, Registered Professional Reporter and

11  Notary Public within and for the State of New

12  York

13

14

15

16

17

18

19

20

21

22

23

24

25

Ex. 89
Page 234

```
                                                              Page 3
 1   APPEARANCES:

 2

 3   BROWNE GEORGE ROSS

 4   Attorneys for Plaintiff

 5       5 Penn Plaza

 6       New York, NY 10001

 7   BY:    JEFFREY MITCHELL, ESQ.

 8

 9

10

11   ZUBER LAWLER & DEL DUCA

12   Attorneys for Defendant

13       350 South Grand Avenue

14       Los Angeles, CA 90071

15   BY:   ZACHARY DAVIDSON, ESQ.

16

17

18

19

20   PRESENT:

21   LEM LATTIMER, Videographer

22

23

24

25
               TSG Reporting - Worldwide  877-702-9580
```

Ex. 89
Page 235

Page 4

```
 1        THE VIDEOGRAPHER:  This is the
 2   start of media labeled number 1 of
 3   the video recorded deposition of
 4   Madison Elkins in the matter of
 5   Y.Y.G.M. SA d/b/a Brandy Melville
 6   versus Redbubble, Inc. on February
 7   the 28th, 2020 at approximately 10:10
 8   a.m.
 9        My name is Lem Lattimer, I'm the
10   legal video specialist from TSG
11   Reporting.  The court reporter is
12   Mark Richman from TSG Reporting.
13        Counsels, please introduce
14   yourselves.
15        MR. DAVIDSON:  Zach Davidson, on
16   behalf of defendant Redbubble, from
17   Zuber Lawler & Del Duca.
18        MR. MITCHELL:  Jeffrey Mitchell,
19   Browne George Ross, for the
20   plaintiff.
21        THE VIDEOGRAPHER:  Will the court
22   reporter please swear the witness in.
23        MADISON ELKINS, called as a
24   witness, having been first duly sworn
25   by the Notary Public (Mark Richman),
```

TSG Reporting - Worldwide  877-702-9580

Page 5

1      was examined and testified as

2      follows:

3              MR. MITCHELL:  Speak up.

4              EXAMINATION BY MR. DAVIDSON:

5      Q.    Good morning, Ms. Elkins.  Have

6    you ever been deposed before?

7      A.    No.

8      Q.    Would you start by stating your

9    name for the record or spelling your

10   name for the record?

11     A.    Madison Elkins.

12     Q.    Could you spell it please.

13     A.    M-A-D-I-S-O-N E-L-K-I-N-S.

14     Q.    Okay.  So I'm going to go over a

15   few points on how it's going to work

16   today.  I'm sure you spoke about it with

17   your counsel but I'm going to review

18   some of the sort of ground rules.  Let

19   me know if you have any questions as we

20   go.

21             So you understand the oath you

22   just took is the same as if you were

23   testifying in court.  You have to give

24   me the most truthful, best answer you

25   can give today?

Page 31

1          What sort of knowledge about

2     Brandy Melville marketing do you have?

3     I can ask it a different way if you

4     want.

5      A.    Can you?

6      Q.    What responsibilities at Brandy

7     Melville do you have that give you

8     knowledge of its marketing?

9      A.    I don't have any responsibilities

10    to marketing directly.  All I know is

11    I've been at the brand so long to

12    understand our version and our role of

13    marketing and that we don't do much.

14          I know Instagram is big for us.

15    It's probably the biggest role in our

16    marketing.

17     Q.    How does Brandy Melville use

18    Instagram to market?

19     A.    By posting photos of our

20    clothing.

21     Q.    So Brandy Melville has an

22    Instagram account, right?

23     A.    Yes.

24     Q.    Do you personally manage that

25    Instagram account?

1          MR. MITCHELL:  Can I hear that?

2     What was that question again?

3          MR. DAVIDSON:  "Can you recall an

4     instance where you saw a photo that

5     appeared to be taken by a customer

6     posted to the Brandy Melville

7     Instagram account?"  And she

8     answered.

9          MR. MITCHELL:  Okay.

10    Q.    Besides Instagram, there are

11    other ways that Brandy Melville markets?

12    A.    Through the stickers.

13    Q.    What do you mean?

14    A.    We have stickers that are

15    available in the store that we give away

16    for free that customers then take, they

17    put them on their laptops, on their, on

18    the back of their phones.

19    Q.    Brandy Melville gives the

20    stickers away for free?

21    A.    Yes.

22    Q.    All of them?

23    A.    Yes.

24    Q.    Does Brandy Melville ever sell a

25    sticker?

Page 35

1    A.    No.

2    Q.    As far as you're aware, are all

3    of those stickers original designs?

4    A.    Yes.

5    Q.    Why are you so confident that's

6    the case?

7    A.    They're designs from our

8    t-shirts.

9    Q.    And is it your understanding that

10   all of the designs on your t-shirts are

11   original designs?

12   A.    From what I know.

13   Q.    Beyond Instagram and the

14   stickers, is there any other form of

15   marketing that you're aware of that

16   Brandy Melville engages in?

17   A.    Not that I know of.

18   Q.    Before we talk about customer

19   relations, you mentioned earlier because

20   I've been at the brand this long.  How

21   long have you worked for Brandy

22   Melville?

23   A.    Seven years.

24   Q.    What was your first role at

25   Brandy Melville?

Page 48

1    A.    Yes, I think so.

2    Q.    Is this, the honey design you're

3    talking about, is this something that

4    was on a sticker?

5    A.    Yes.

6    Q.    So it's something you were giving

7    away for free?

8    A.    It was a t-shirt.

9    Q.    It was also on a t-shirt?

10   A.    Originally on a t-shirt.

11   Q.    And then it was on a sticker?

12   A.    We made that graphic on t-shirts,

13   on like many different styles of

14   t-shirts and then we produce it in a

15   sticker.

16   Q.    If you wanted to find out more

17   about how the honey sticker -- I'm

18   sorry, the honey design was created, who

19   would you speak with?

20   A.    I'm not sure.

21   Q.    There's no one at, for example,

22   the corporate office who you would think

23   to call if you wanted to know the answer

24   to that question?

25   A.    I'd ask our CEO.

Page 65

1    you say, seven years you started working

2    there?

3    A.    Mm-hmm.  Yes.

4    Q.    In your role as regional manager,

5    do you have knowledge of the sales

6    performance of the products sold at the

7    stores in your region?

8    A.    Of each product?

9    Q.    Yes.

10   A.    Yes.

11   Q.    And how do you get knowledge

12   about different performance of products?

13   A.    If it sells out, it's a good

14   seller.  If it doesn't, it doesn't.

15   Q.    Do you have access to sales

16   records?

17   A.    I'm not sure.  I haven't looked.

18   Q.    So your knowledge of relative

19   sales performance does not come from

20   looking at actual data, for example?

21   A.    No.

22   Q.    How frequently do you sell out of

23   a product?

24   A.    Very frequently.

25   Q.    What's the most recent example

Page 66

1    you can give me?

2    A.    On a business Saturday I can put

3    a product on the floor, it will sell out

4    by end of day.

5    Q.    What's a really hot seller right

6    now?

7    A.    All of our graphics are very

8    popular sellers.  If I were to put

9    butterfly hoodie on the floor on

10   Saturday it will sell out instantly.

11   Q.    Is butterflies a popular design?

12   A.    Yes.

13   Q.    What other designs are very

14   popular right now?

15   A.    Right now?  I have to think.  We

16   have motor show shirts, it's kind of

17   like car graphics, all of our collegiate

18   style prints.

19   Q.    Any other hot fashions now you

20   can think of?

21   A.    Yes, I'm thinking.

22   Q.    Take your time.

23   A.    Meet me in New York graphic.  To

24   be honest, everything we put on the

25   floor, mostly everything sells out.

Page 80

1          MR. MITCHELL:  I'm not -- I don't

2      think you heard what she's saying.

3      She's trying to be clear with what

4      you just -- she was asking you to

5      please clarify a bit.

6          MR. DAVIDSON:  Okay.

7          MR. MITCHELL:  Can you do that,

8      please?

9          MR. DAVIDSON:  Sure.

10     Q.    Including things that are

11  recently sold out, okay, because what I

12  want to know is the current popular

13  styles that Brandy Melville is selling

14  or has recently sold out of, okay?

15     A.    Okay.

16     Q.    Is there anything else you'd like

17  to add to the list?

18     A.    Our LA Lightning.

19     Q.    Tell me about the LA Lightning?

20     A.    LA Lightning we don't currently

21  have in our store.  I know we've sold it

22  online recently.  We have customers

23  coming in weekly asking for that

24  t-shirt.

25     Q.    When as far as you're aware did

eadfa

Page 86

1    saying.

2    Q.    What did you mean when you said

3    our graphics sell best in any --

4    A.    What is the question again.

5    Q.    What did you mean when you

6    testified our graphics sell best in any

7    t-shirt that we put it in?

8    A.    You said, but the question prior?

9    What did I put, say that response to?

10    Q.    Do you know what designs sell

11    best?

12    A.    If we have a basic t-shirt and

13    then we have a graphic t-shirt, the

14    graphic t-shirt is going to sell before

15    the basic t-shirt.  If parents come in

16    asking for recommendations for their

17    teenage daughter, automatically I

18    recommend, okay, if she's a fan of

19    Brandy Melville, get her a graphic

20    t-shirt because if that little girl is

21    wearing a Brandy Melville graphic

22    t-shirt, all of her little girlfriends

23    can see it.  And that's what makes it

24    cool.  And that's why they want to be

25    wearing Brandy Melville.

Page 87

1    Q.    Okay.  And in order to fully

2   understand this, what do you mean when

3   you say a graphic t-shirt?  What's your

4   definition of a graphic t-shirt?

5    A.    A t-shirt with a graphic on it.

6    Q.    Any graphic?

7         MR. MITCHELL:  Is this --

8    A.    What do you mean by any graphic?

9    Q.    When you say graphic t-shirts,

10  are you referring to a specific set of

11  designs or do you just mean any t-shirt

12  with designs that sell best?

13        MR. MITCHELL:  Can we go off the

14   record one second?  I'll talk to you

15   in the hallway and I can maybe -- if

16   you want to be helped I'll help you.

17   If you don't, you can decide.

18        MR. DAVIDSON:  I'll take you up

19   on that.  Let's go off the record.

20        THE VIDEOGRAPHER:  Time is 11:42

21   a.m., we're going off the record.

22        (A recess was had.)

23        THE VIDEOGRAPHER:  Time is 11:45

24   a.m., we're on the record.

25    Q.    So, Ms. Elkins I had a

Page 105

```
 1              The second one I can't remember
 2     if we've made it in blue.  Like I said,
 3     it's been around for a couple of years.
 4     Q.    Has the LA Lightning design been
 5     around for longer than the typical
 6     design lasts in a Brandy Melville store?
 7     A.    It's one of our most popular.
 8     Q.    And has it had a life longer than
 9     a typical design based on your
10     experience with the designs you guys
11     sell?
12     A.    Yes.
13     Q.    Just to confirm that I asked you
14     this before.  You haven't heard anyone
15     speak, speaking about this lawsuit at
16     work, right, other than in the context
17     of preparing for this deposition?
18     A.    No.
19     Q.    So other than the context of your
20     preparation for this deposition and
21     conversations with counsel that I don't
22     want you to tell me about, you wouldn't
23     have any way of knowing what specific
24     trademarks are at issue in this lawsuit,
25     right?
```

Page 116

13   Q.    Is Brandy Melville most popular

14   within any particular geographic regions

15   within the United States as far as you

16   know?

17   A.    I think we're popular in the

18   whole country.

19   Q.    But are there any particular

20   regions you think you're more popular

21   than other regions?

22   A.    I mean our biggest stores are in

23   New York City and Santa Monica in

24   California.

25   Q.    Returning to the logos, the flag

Page 128

1    call it the one size policy?

2    A.    Yes.

3    Q.    What is the one size policy?

4    A.    Each product that we make comes

5    in one size.  There are, however,

6    different styles that we produce.  There

7    are some that are large, there are some

8    that are extra large, there are some

9    that are small.

10   Q.    Has, for example, the LA

11   Lightning logo been placed on different

12   size apparel?

13   A.    On different products, yes.

14   Q.    Of different sizes?

15   A.    Different products that would be

16   different sizes.  We have it on crop

17   tops, we have it on hoodies.

18   Q.    In your experience engaging with

19   customers in the stores, how frequently,

20   if ever, does a customer come in looking

21   for a particular design, only to find it

22   doesn't come in their size?

23   A.    Not too frequently.

24   Q.    But it does happen?

25   A.    It does happen.  In which we

Page 133

13    Q.    Can you give me an example of

14    some of the social media influencers who

15    promote Brandy Melville's products on

16    Instagram?

17    A.    I know Kendall Jenner just wore

18    one of our t-shirts last week.

19    Q.    Which -- I'm sorry, I didn't mean

20    to interrupt.

21    A.    She wore an Aspen crop top.

22    Q.    Can you describe for me the Aspen

23    design?

24    A.    Yes, it was a cropped gray

25    t-shirt and it had our purple Aspen

Page 142

████████████████████████████

██████████████████

██████████████████████████████

████████████████████████

████████████████████████████

██████████

7    Q.    How many times, if ever, has a

8    customer attempted to return a

9    counterfeit Brandy Melville product in

10   one of your stores?

11   A.    I personally have never received

12   a counterfeit return.  I have only

13   received somebody trying to return from

14   our corner in Nordstrom, in which they

15   had a Nordstrom receipt for the

16   purchase.  However, it was authentic

17   Brandy Melville product.

18   Q.    So you personally have never

19   received a counterfeit return.  Are you

20   aware of anyone at Brandy Melville ever

21   receiving a counterfeit return?

22   A.    Not that I remember.

23   Q.    Would you characterize Brandy

24   Melville's clothing as generally

25   affordable?

Page 143

1    A.    Yes.

2    Q.    Does Brandy Melville sell any of

3    its products through, for example,

4    Amazon?

5    A.    No.

6    Q.    Any retail chain -- excuse me.

7    Strike that.

8          Does Brandy Melville sell its

9    products through any online retail

10   channels other than its own website, to

11   your knowledge?

12   A.    Not to my knowledge.

13   Q.    Does Brandy Melville allow anyone

14   else to sell Brandy Melville merchandise

15   through online retail channels at all?

16   A.    They do not.  I don't know what

17   the deal which is Nordstrom and PacSun.

18   But other than that, no.

19   Q.    When did you first hear of

20   Redbubble?

21   A.    When I was being briefed for this

22   case.

23   Q.    Never before the context of this

24   lawsuit?

25   A.    No.

TSG Reporting - Worldwide  877-702-9580

Page 161

1               MR. DAVIDSON:  Okay.  I want to

2        thank you for your time today.

3        That's all I've got.

4               Counsel.  Do you have anything?

5               MR. MITCHELL:  Nothing.  Thanks.

6               MR. DAVIDSON:  Let's go off the

7        record.

8               THE VIDEOGRAPHER:  Time is 2:17

9        p.m., we're off the record.

10              (Time noted:2:17 p.m.)

11

12

13

14

15   _____

16   MADISON ELKINS

17   _____

18   Subscribed and sworn to

19   before me this _____

20   day of _____, 2020.

21

22   _____

23        Notary Public

24

25

TSG Reporting - Worldwide  877-702-9580

Page 162

```
 1

 2

 3

 4                    E X H I B I T S

 5     NUMBER         DESCRIPTION              PAGE

 6   EXHIBIT 16    Entry from the website       73

 7                 Poshmark

 8   EXHIBIT 17    Image of Harvard            122

 9                 sweatshirt

10   EXHIBIT 18    From the website            123

11                 Poshmark

12

13

14             PREVIOUSLY MARKED EXHIBITS

15   EXHIBIT 3     (Defendant's Exhibit 3,      98

16                 previously marked and

17                 shown to witness.)

18   EXHIBIT 5     (Defendant's Exhibit 5,     109

19                 previously marked and

20                 shown to witness.)

21   EXHIBIT 13    (Defendant's Exhibit        145

22                 13, previously marked

23                 and shown to witness.)

24   EXHIBIT 14    (Defendant's Exhibit        157

25                 14, previously marked
```

Page 163

```
 1

 2              and shown to witness.)

 3                   I N D E X

 4

 5

 6    WITNESS EXAMINATION BY      PAGE
      ELKINS
 7
              DAVIDSON              5
 8

 9

10                    REQUESTS

11                Page       Line

12            NONE

13

14

15

16

17

18

19

20

21

22

23

24

25
```

TSG Reporting - Worldwide  877-702-9580

Page 164

1

2                        CERTIFICATION

3    STATE OF NEW YORK    )
                          : ss.
4    COUNTY OF NEW YORK   )

5        I, MARK RICHMAN, Certified Shorthand

6    Reporter, Registered Professional Reporter

7    and Notary Public for and within the State

8    of New York, do hereby certify:

9        That the witness whose testimony is

10   herein set forth, was duly sworn by me;

11   and that the within transcript is a true

12   record of the testimony given by said

13   witness.

14       I further certify that I am not

15   related to any of the parties to this

16   action by blood or marriage, and that I am

17   in no way interested in the outcome of

18   this matter.

19       IN WITNESS WHEREOF, I have hereunto

20   set my hand this 6th day of March, 2020.

21

22   _____

23   MARK RICHMAN, CSR, RPR, CM

24        *       *       *

25
                 TSG Reporting - Worldwide  877-702-9580

Ex. 89
Page 256