# REDACTED

# To Be Filed Under Seal

# EXHIBIT 93

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3    ATARI INTERACTIVE, INC.,              )
                                           )
4               Plaintiff,                 )
                                           )
5      VS.                                 )  NO. C 18-03451 JST
                                           )
6    REDBUBBLE, INC.,                      )
                                           )
7               Defendant.                 )
                                           )
8                                          )
     AND RELATED ACTIONS.                  )
9                                          )
10
11
12
13
14                    CONFIDENTIAL
15                VIDEOTAPED DEPOSITION
16      PURSUANT TO RULE 30(b)(6) OF REDBUBBLE, INC.
17                 BY JAMES N. TOY
18            San Francisco, California
19           Thursday, December 12, 2019
20
21
22
     Reported by:
23   LYDIA ZINN
     RPR, FCRR, CSR No. 9223
24   Job No. CA 3811316
25   PAGES 1 - 207

                                        Page 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3   ATARI INTERACTIVE, INC.,        )
                                     )
 4            Plaintiff,             )
                                     )
 5     VS.                           )  NO. C 18-03451 JST
                                     )
 6   REDBUBBLE, INC.,                )
                                     )
 7            Defendant.             )
                                     )
 8                                   )
     AND RELATED ACTIONS.            )
 9
10
11
12
13
14            Confidential videotaped deposition
15   pursuant to Rule 30(b)(6) of Redbubble, Inc., by
16   James N. Toy, taken on behalf of Plaintiff
17   Atari Interactive, Inc., at Browne George Ross, LLP,
18   44 Montgomery Street, Suite 1280, San Francisco, CA
19   94104, beginning at 10:17 a.m. and ending at
20   6:11 p.m., on Thursday, December 12, 2019, before
21   LYDIA ZINN, Certified Shorthand Reporter No. 9223.
22
23
24
25
                                          Page 2
```

CONFIDENTIAL

```
 1    APPEARANCES:
 2    For Plaintiff Atari Interactive ,Inc.:
                          Browne George Ross LLP
 3                        2121 Avenue of the Stars
                          Suite 2800
 4                        Los Angeles, CA  90067
                          (310) 274-7100
 5                        kwesley@bgrfirm.com
                     BY:  KEITH J. WESLEY
 6
      For Defendant Redbubble, Inc.:
 7                        Zuber Lawler Del Duca LLP
                          2000 Broadway Street
 8                        Suite 154
                          Redwood City, CA  94063
 9                        (650) 434-8538
                          jmasur@zuberlaw.com
10                   BY:  JOSHUA M. MASUR
11
      Also Present:
12
      Cassia Leet, Videographer, Veritext
13
14
15
16
17
18
19
20
21
22
23
24
25

                                        Page  3
```

CONFIDENTIAL

```
 1                      I N D E X

 2

 3    Thursday, December 12, 2019

 4    WITNESS                                 PAGE
      30(b)(6) Corporate Representative

 5    JAMES N. TOY
      (SWORN)                                  7

 6    Examination by Mr. Wesley                7

 7    EXHIBITS MARKED FOR IDENTIFICATION          PAGE

 8    EXHIBIT 1002  Plaintiff Atari Interactive, Inc.'s

 9                  Notice of Deposition of Defendant

                    Redbubble, Inc.                      8

10    EXHIBIT 1003  Defendant Redbubble, Inc.'s

11                  Responses to PLaintiff Atari, inc.'s

                    First Set of Interrogatories        60

12    EXHIBIT 1004  Exhibit A to Redbubble's 6/24/19

13                  Interrogatory Responses             60

14    EXHIBIT 1005  Exhibit B to Redbubble's 6/24/19

                    Interrogatory Responses             60

15    EXHIBIT 1006  Defendant Redbubble Inc.'s Responses

16                  to Plaintiff Atari, inc.'s, First Set

                    of Requests for Production          83

17    EXHIBIT 1007  Purchase Order Line Items           91

18    EXHIBIT 1008  Atari PO and POLI logs July 2019    91

19    EXHIBIT 1024  11/25/17 e-mail from Redbubble vis CS:

20                  DAS Records Stuart Hedges, Subject:

                    Return my Order                     98

21    EXHIBIT 1025  #4400373 Atari Phone Case           98

22    EXHIBIT 1028  Centipede Mural Slim Fit T-Shirt    111

23    EXHIBIT 1029  10/26/19 e-mail from Amazon Pay to

24                  Terri Walters, Subject:  Your payment

                    to Redbubble, inc. is complete      111

25

                                            Page 4
```

CONFIDENTIAL

```
 1    EXHIBITS MARKED FOR IDENTIFICATION              PAGE

 2    EXHIBIT 1034   Spreadsheet, Analysis, Works Sold
                     Detail                          157

 3      EXHIBIT 1036   Unusable Tags_July 2019        156

 4      EXHIBIT 1042   Spreadsheet, 2014Sales(1).csv  161

 5      EXHIBIT 1043   Spreadsheet, with categories Keyword;
                       Market; Device; Regional Monthly

 6                     Search Volume for October 2018, etc...  164

 7      EXHIBIT 1044   Spreadsheet:  Column A, search
                       keywords; Column B, # of searches  166

 8      EXHIBIT 1045   Spreadsheet with Columns A-H, relating

 9                     to keywords                      167

10      EXHIBIT 1046   Spreadsheet with Columns A-S, relating
                        to Lookup Suppressed Terms          169

11      EXHIBIT 1048   Spreadsheet with Columns A-W and A-I;

12                     (refers to "Pop" and "Non-Pop")    169

13      EXHIBIT 1049   Spreadsheet, Lifetime Sales of Works
                       Removed                             170

14      EXHIBIT 1050   Spreadsheet with Columns A-I

15                     classifying keywords as Referential
                       or Nonreferential                   173

16      EXHIBIT 1051   Spreadsheet with Columns A-K, refers

17                     to mapped_franchise

18      EXHIBIT 1053   List of terms in numeric and
                       alphabetic order                    177

19      EXHIBIT 1054   Analysis of number of works and total

20                     sales of works, by each keyword used
                       to identify works relevant to the

21                     property                            180

22      EXHIBIT 1058   Redbubble Annual Report 2018       14

23      EXHIBIT 1060   Redbubble Annual Report 2019       45

24      EXHIBIT 1073   Merchandising License Agreement    202

25


                                               Page 5
```

Ex. 93
Page 504

CONFIDENTIAL

```
1              San Francisco, California

2          Thursday, December 12, 2019, 10:17 a.m.

3              VIDEOGRAPHER:  Good morning.  We are going on

4     the record at 10:17 a.m. on December 12th, 2019.

5     Please note that the microphones are sensitive, and may    10:17:34

6     pick up whispering, private conversations, and

7     cell-phone interference.  Audio and video recording

8     will continue to take place, unless all parties agree

9     to go off the record.

10        This is Media Unit One of the video-recorded          10:17:49

11    deposition of James N. Toy, taken by counsel for

12    plaintiff in the matter of Atari Interactive, Inc.,

13    versus Redbubble, Inc., and related actions filed in

14    the United States District Court, Northern District of

15    California, Oakland Division, case number 4:18 CV       10:18:07

16    03451J.S.T.  This deposition is being held at

17    Browne George Ross, LLP, located at 44

18    Montgomery Street, Suite 1280 San Francisco 94104.

19        My name is Cassia Leet.  And I'm the videographer,

20    here with the court reporter, Lydia Zinn.  We are from    10:18:38

21    the firm Veritext Legal Solutions.

22        Will counsel please state your appearances and

23    affiliations for the record?

24            MR. WESLEY:  Keith Wesley, for the plaintiff.

25            MR. MASUR:  Josh Masur, of Zuber Lawler &        10:18:52
```

Page 6

CONFIDENTIAL

```
 1   Del Duca, LLP, for the defendant.                    10:18:54

 2        And actually I did want to correct something from

 3   what the videographer read in.  This is not the

 4   deposition of James N. Toy in his personal capacity.

 5   This is the Rule 30(b)(6) Deposition of Redbubble --   10:19:04

 6   sorry -- Redbubble, Inc., in which Mr. Toy is serving

 7   as the company's designee.

 8             VIDEOGRAPHER:  Thank you.  Will the court

 9   reporter please swear in the witness?

10                     JAMES N. TOY,                       10:19:18

11   called as a witness for the Plaintiff, having been

12   duly sworn, testified as follows:

13             THE WITNESS:  I swear.

14                     EXAMINATION

15   BY MR. WESLEY                                         10:19:29

16   Q.   Good morning, Mr. Toy.

17   A.   Good morning, Keith.

18   Q.   Please state and spell your full name for the

19   record.

20   A.   James N. Toy.  J-a-m-e-s.  N, as in Norman,      10:19:34

21   N-o-r-m-a-n.  T-o-y.

22   Q.   Okay.  Mr. Toy.  You understand you're here

23   testifying under penalty of perjury?

24   A.   Yes.

25   Q.   And any reason why you can't give your best      10:19:57
```

Page 7

CONFIDENTIAL

```
 1    limitations on our ability to prepare a witness to        10:21:55

 2    testify on certain topics.

 3         So I guess you can clarify whether you're prepared

 4    to testify on these topics, subject to the objections

 5    and limitations placed in our notice -- or -- sorry --    10:21:55

 6    our response to the notice or generally.

 7              THE WITNESS:  Okay.

 8    BY MR. WESLEY

 9    Q.   Are you prepared to testify on these topics?

10              MR. MASUR:  Same objection.                     10:21:55

11              THE WITNESS:  May I have one moment to just

12    review this?

13              MR. WESLEY:  Please.

14              MR. MASUR:  And again, same objection; that

15    his statement that he would be prepared to testify        10:21:55

16    would be subject to Redbubble's objections.

17              THE WITNESS:  Subject to what Counsel said,

18    yes.

19              MR. MASUR:  And, counsel, I do have -- again,

20    since there's not a question pending right now.  I do     10:21:55

21    have copies of those objections.  I'm not going to

22    introduce them as an exhibit, because I don't think

23    it's proper for me to do so; but I am going to put a

24    copy in front of the witness, in case he needs to refer

25    to it.                                                    10:21:55
```

Page 10

Ex. 93
Page 507

CONFIDENTIAL

```
 1              MR. WESLEY:  Okay.                    10:21:55

 2              MR. MASUR:  And I've got a copy for you, if

 3     you'd like.

 4     BY MR. WESLEY

 5     Q.   Okay.  Mr. Toy, are you an in-house lawyer at   10:32:22

 6     Redbubble?

 7     A.   Yes.

 8     Q.   Where did you go to college?

 9     A.   University of Memphis.

10     Q.   Where did you go to law school?             10:32:22

11     A.   Duke Law School.

12     Q.   Did you practice law, following graduation from

13     Duke?

14     A.   Yes.

15     Q.   Where did you practice law?                 10:32:22

16     A.   Simpson, Thacher & Bartlett, LLP.

17     Q.   Where?  In what office?

18     A.   Palo Alto, California.

19     Q.   Anywhere else?

20     A.   Covington & Burling, in the San Francisco office.   10:32:22

21     Q.   Anywhere else?

22     A.   No.

23     Q.   Were you an associate at both of those firms?

24     A.   Yes.

25     Q.   Are you currently employed by Redbubble, inc.?   10:32:22
```

Page 11

Veritext Legal Solutions
866 299-5127

Ex. 93
Page 508

CONFIDENTIAL

```
 1    A.   Yes.                                          10:32:22

 2    Q.   Does Redbubble, Inc., own and operate a website:

 3    Redbubble.com?

 4    A.   Yes.

 5    Q.   Redbubble, Inc., has a parent company that's based   10:32:22

 6    in Australia.   True?

 7    A.   True.

 8    Q.   Redbubble, Inc., also has sister corporations.   Is

 9    that true?

10         MR. MASUR:   Objection.   Vague and ambiguous   10:32:22

11    as to "sister."

12         But you can answer.

13              THE WITNESS:   True.

14    BY MR. WESLEY

15    Q.   One's in Europe.   Correct?                    10:32:22

16    A.   Yes.

17    Q.   Recently a company -- TeePublic -- became a sister

18    corporation.   True?

19              MR. MASUR:   Same objection.

20              THE WITNESS:   Yeah.                       10:32:22

21    BY MR. WESLEY

22    Q.   What's the relationship between TeePublic and

23    Redbubble, Inc.?

24    A.   Subsidiary of Redbubble, Inc.

25    Q.   Okay.   Got it.                                 10:32:22
```

Page 12

Ex. 93
Page 509

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Have you ever had your deposition taken before? | 10:32:22 |
| 2 | A.   Yes. | |
| 3 | Q.   How many times? | |
| 4 | A.   Once. | |
| 5 | Q.   In what matter? | 10:32:22 |
| 6 | A.   LTTB, LLC, versus Redbubble. | |
| 7 | Q.   Was that in your individual capacity, or as a | |
| 8 | corporate representative, or both? | |
| 9 | A.   The latter; corporate representative. | |
| 10 | Q.   So it was a similar capacity as you're here today? | 10:32:22 |
| 11 | A.   Yes. | |
| 12 | Q.   That was also an intellectual property | |
| 13 | infringement case.  True? | |
| 14 | A.   Can you please clarify the question? | |
| 15 | Q.   Was that an intellectual property infringement | 10:32:22 |
| 16 | case -- the LTTB case? | |
| 17 | A.   There were intellectual property infringement | |
| 18 | claims at issue. | |
| 19 | Q.   Right.  Okay.  Do you recall how long ago you | |
| 20 | testified? | 10:32:22 |
| 21 | A.   No, not specifically. | |
| 22 | Q.   What's your best estimate? | |
| 23 | A.   Within the last year. | |
| 24 | Q.   Are you currently scheduled to be deposed in any | |
| 25 | litigation? | 10:32:22 |

Page 13

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   No. | 10:32:22 |
| 2 | MR. MASUR:  And just because I think there | |
| 3 | was some ambiguity there -- or actually, there was no | |
| 4 | ambiguity there, in that the "you" there was clearly | |
| 5 | Mr. Toy; not Redbubble. | 10:32:22 |
| 6 | Just -- I may be interjecting and objecting from | |
| 7 | time to time, to clarify whether the "you" being used | |
| 8 | is the company or Mr. Toy. | |
| 9 | (Deposition Exhibit 1058 marked for identification.) | |
| 10 | BY MR. WESLEY | 10:32:22 |
| 11 | Q.   Okay.  I'm handing you what -- what I've marked as | |
| 12 | Exhibit 1058.  This is a copy of Redbubble's 2018 | |
| 13 | Annual Report. | |
| 14 | Do you see this document? | |
| 15 | A.   I see a cover page. | 10:32:22 |
| 16 | Q.   Okay.  And Redbubble's parent company in Australia | |
| 17 | is a public company.  True? | |
| 18 | A.   True. | |
| 19 | Q.   And it therefore files annual reports with | |
| 20 | securities regulators.  True? | 10:32:22 |
| 21 | A.   True. | |
| 22 | Q.   And are you involved in any way in preparing the | |
| 23 | annual reports for Redbubble? | |
| 24 | A.   Yes. | |
| 25 | Q.   In what capacity? | 10:32:22 |

Page 14

CONFIDENTIAL

1          MR. MASUR:  Actually, again, I'm going to          10:32:22

2    object that it's vague as to who.

3        But I believe he's asking you in your personal

4    capacity.

5          THE WITNESS:  Advising on legal questions, if      10:32:22

6    they happen to come up.

7    BY MR. WESLEY

8    Q.   All right.  And did you -- were you involved in

9    the preparation of this particular Annual Report; the

10   2018 year?                                               10:32:22

11   A.   I don't know.

12   Q.   Okay.  And is it your normal policy and practice

13   to review copies of the annual reports before they're

14   finalized?

15          MR. MASUR:  And same objection about whether      10:32:22

16   we're talking about you in your individual capacity, or

17   as a company.  Be clear in your answer.

18          THE WITNESS:  Personally, no.

19   BY MR. WESLEY

20   Q.   Yeah.  I'm just going to short-circuit this.        10:32:22

21   A.   Okay.  Yeah.

22   Q.   If I say "you," I mean James Toy.

23   A.   Okay.

24   Q.   If I mean the company -- if I'm talking about the

25   company, I'll say, "Redbubble."                          10:32:22

Page 15

Ex. 93
Page 512

CONFIDENTIAL

```
1    A.   Got it.                                          10:32:22

2              MR. MASUR:  Terrific.  Perfect.

3              THE WITNESS:  I do not.

4    BY MR. WESLEY

5    Q.   You do not have a policy or practice of reviewing   10:32:22

6    the annual reports before they go out.  True?

7    A.   Me, personally, no.

8    Q.   And do you know if you were consulted on any legal

9    questions in this 2018 Annual Report?

10   A.   I don't know.                                    10:32:22

11   Q.   Okay.  Would you agree that it's important for

12   Redbubble to be truthful in its annual reports?

13             MR. MASUR:  Objection.  Vague.  Ambiguous.

14             THE WITNESS:  I don't understand the

15   question.                                             10:32:22

16   BY MR. WESLEY

17   Q.   Does -- to your understanding, does Redbubble

18   attempt to convey accurate information in its annual

19   reports?

20   A.   Yes.                                             10:32:22

21   Q.   And there are even legal penalties if a company

22   intentionally misleads in an annual report.  True?

23             MR. MASUR:  Objection.  Calls for a legal

24   conclusion.

25        And ambiguous as to which law we're talking about;   10:32:22
```

Page 16

Ex. 93
Page 513

CONFIDENTIAL

1    that is, which country's laws.                    10:32:22

2              THE WITNESS:  I don't know.  Can you repeat

3    the question?

4    BY MR. WESLEY

5    Q.   There are legal penalties if a company such as    10:32:22

6    Redbubble intentionally misleads in annual reports

7    submitted to shareholders?

8              MR. MASUR:  Same objection.

9              THE WITNESS:  I -- I don't know, but sounds

10   reasonable.                                       10:32:22

11   BY MR. WESLEY

12   Q.   Okay.  Are you aware of any statements in any

13   Redbubble Annual Report that have been -- have been

14   determined to be false?

15   A.   I am not aware.                              10:32:22

16   Q.   Are you aware of Redbubble attempting to mislead

17   any shareholders in its annual reports?

18   A.   No.

19   Q.   All right.  Please take a look at page 69 of this

20   Annual Report.  The numbers are on the bottom, in the   10:32:22

21   middle.

22   A.   Okay.

23   Q.   Are you with me on 69?

24   A.   Yes.

25   Q.   Okay.  And there's a section called "Sales Tax."   10:32:22

Page 17

Veritext Legal Solutions
866 299-5127

Ex. 93
Page 514

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Do you see that? | 10:32:22 |
| 2 | A.    Yes. | |
| 3 | Q.    And it says, "A decision of the United States | |
| 4 | Supreme Court in June 2018 on a matter known as the | |
| 5 | Wayfair case has potentially changed the sales-tax | 10:32:22 |
| 6 | landscape in that country, by creating an economic | |
| 7 | nexus for the imposition of sales tax based on the | |
| 8 | residence of the customer, as opposed to the | |
| 9 | pre-existing nexus, which depends upon the physical | |
| 10 | presence of the seller." | 10:32:22 |
| 11 | Do you see that? | |
| 12 | A.    Yes. | |
| 13 | Q.    And did you have any involvement in -- in | |
| 14 | contributing to that analysis? | |
| 15 | A.    No. | 10:32:53 |
| 16 | Q.    Have you had any involvement in analyzing | |
| 17 | sales-tax issues for Redbubble? | |
| 18 | A.    Yes. | |
| 19 | Q.    In what capacity? | |
| 20 | A.    Providing legal advice. | 10:33:12 |
| 21 | Q.    Okay.  Did you provide any legal advice in | |
| 22 | relation to the Wayfair case? | |
| 23 | A.    No. | |
| 24 | Q.    Okay.  And it says, in the second paragraph of | |
| 25 | that section, "The Group already collects and remits | 10:33:27 |

Page 18

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | sales taxes in the state in which it has a physical | 10:33:31 |
| 2 | presence in the US (California), and is preparing to do | |
| 3 | the same for other US states, should the Wayfair | |
| 4 | decision get finalized in the manner it is expected." | |
| 5 |     Do you see that? | 10:33:48 |
| 6 | A.   Yes. | |
| 7 | Q.   And so is it -- | |
| 8 |     And I'll just represent on page 84 it says that | |
| 9 | this -- this report was signed off by directors on | |
| 10 | August 23rd, 2018.  And so -- | 10:34:12 |
| 11 |       MR. MASUR:  Objection.  Mischaracterizes that | |
| 12 | document.  That statement is related to the | |
| 13 | remuneration report included in pages 22 to 39 of the | |
| 14 | Directors' Report.  It does not appear to be the report | |
| 15 | generally. | 10:34:33 |
| 16 | BY MR. WESLEY | |
| 17 | Q.   So on page 79 there's a Director's Declaration | |
| 18 | dated August 23rd, 2018.  Do you see that? | |
| 19 | A.   Yes. | |
| 20 | Q.   And to your understanding, prior to August of 2018 | 10:34:50 |
| 21 | was Redbubble collecting and remitting sales tax in | |
| 22 | California? | |
| 23 | A.   I don't know. | |
| 24 | Q.   Do you have any reason to believe that the | |
| 25 | statement, "The Group already collects and remits sales | 10:35:10 |

Page 19

CONFIDENTIAL

```
 1    taxes in the state in which it has a physical presence    10:35:14

 2    in the US (California)," is false?

 3    A.    What page was that on?

 4    Q.    69.

 5    A.    Do you mind if I reread it?                          10:35:28

 6    Q.    Go ahead.

 7    A.    Can you repeat the question, please?

 8    Q.    Do you have any reason to believe that the

 9    statement in the 2018 Annual Report for Redbubble,

10    saying, "The Group already collects and remits sales      10:35:52

11    taxes in the state in which it has a physical presence

12    in the US (California)," is false?

13    A.    No, no reason to believe.

14    Q.    And do you have any knowledge as to why Redbubble

15    collects sales taxes in California?                       10:36:24

16          MR. MASUR:  I'm just going to caution the

17    witness that it's a "Yes" or "No" question.

18       To the extent you go beyond that, into

19    communications with counsel --

20          THE WITNESS:  Yeah.  Can you repeat the             10:36:37

21    question, please?

22    BY MR. WESLEY

23    Q.    Do you have any understanding as to why Redbubble

24    collects and remits sales taxes in California?

25    A.    Yes.                                                 10:36:50
```

Page 20

Ex. 93
Page 517

CONFIDENTIAL

1    Q.   Why does it do so?                                    10:36:51

2              MR. MASUR:   And I'm going to caution the

3    witness that, to the extent you can answer without

4    revealing attorney-client privileged information, you

5    can do so.  If not, or if you have any question, we can   10:36:59

6    take a break.

7              THE WITNESS:   Going off the sentence, it says

8    "physical presence" in California.

9    BY MR. WESLEY

10   Q.   Okay.  Do you have personal knowledge of -- that     10:37:17

11   that's the reason why, or are you just inferring that

12   from the sentence in the report you're reading?

13   A.   The latter.

14   Q.   Okay.  So you don't know, personally -- you,

15   James Toy -- why Redbubble collects and remits sales      10:37:32

16   tax in California.  True?

17   A.   I -- I don't know.

18   Q.   Does Redbubble have a Seller's Tax Permit from the

19   State of California?

20   A.   I don't know.                                         10:37:48

21   Q.   Does Redbubble sell any products?

22   A.   No.

23   Q.   Can you think of any reason why Redbubble would

24   collect and remit sales tax, if it doesn't sell any

25   products?                                                  10:38:01

                                                    Page 21

CONFIDENTIAL

```
1    give corporate testimony on this particular question      10:40:23

2    that you're asking, because it wasn't part of what we

3    were required to prepare him on.

4            MR. WESLEY:  The record's crystal clear.

5            MR. MASUR:  Great.                                 10:40:34

6    BY MR. WESLEY

7    Q.   So why does Redbubble -- as the corporate

8    representative of Redbubble, why does it collect and

9    remit sales tax in California?

10           MR. MASUR:  Same objection.                        10:40:43

11           THE WITNESS:  Because it has a physical

12   presence in California.

13   BY MR. WESLEY

14   Q.   And any other reason?

15           MR. MASUR:  Same objection.                        10:40:49

16           THE WITNESS:  I don't know.

17   BY MR. WESLEY

18   Q.   And is it Redbubble's position that it's required

19   to submit and -- submit sales tax, even if -- even

20   though it cells no products?                               10:41:03

21           MR. MASUR:  Same objection.  Mr. Toy is not

22   prepared to testify on tax issues.

23           THE WITNESS:  I don't know.

24   BY MR. WESLEY

25   Q.   Okay.  And do you know -- you, Mr. Toy -- whether     10:41:13
```

Page 24

CONFIDENTIAL

```
 1    or not the Group has actually changed its position          10:41:25

 2    regarding sales tax, following the Wayfair decision?

 3    A.   I don't know.

 4    Q.   So do you know whether or not Redbubble collects

 5    and remits sales taxes in states other than California      10:41:44

 6    currently?

 7    A.   I don't know.

 8    Q.   Is there somebody at the company who you think

 9    would know that information?

10    A.   Sonya Sadat.                                           10:42:02

11    Q.   Okay.  And what's her position?

12    A.   Tax accountant.

13    Q.   Is she internal, or --

14    A.   Internal.

15    Q.   All right.  Take a look at page 51, so flip            10:42:19

16    forward a few pages.  You see in the middle of the page

17    there's a section "Critical Accounting Estimates and

18    Judgments"?

19    A.   Yes.

20    Q.   And in the second paragraph it reads, "Given the       10:42:44

21    nature of the relationship between the Group and

22    product fulfillers and the associated risks and

23    rewards, the Group has determined, for accounting

24    purposes only, it is acting as a principal with respect

25    to fulfillers, as opposed to as an agent."                  10:43:04
```

Page 25

CONFIDENTIAL

```
 1        Do you see that?                                    10:43:08

 2    A.   Yes.

 3    Q.   And were you aware -- you, James Toy -- that the

 4    Group -- that the Redbubble Group has chosen to treat

 5    itself as a principal with respect to fulfillers for    10:43:22

 6    accounting purposes?

 7    A.    For accounting purposes only, it is acting as a

 8    principal with respect to fulfillers.  Is that the

 9    sentence you're referring to?

10    Q.   Yes.                                                10:43:38

11    A.    Hm.

12             MR. MASUR:  Objection.  He's actually asking

13    for your personal knowledge.

14             THE WITNESS:  Can you repeat the question,

15    please?                                                  10:43:47

16    BY MR. WESLEY

17    Q.   Did you, James Toy, know that, for accounting

18    purposes, Redbubble treats itself as a principal with

19    respect to its fulfillers?

20    A.    No.                                                10:43:59

21    Q.    And did you, James Toy, have any -- well, I guess

22    you wouldn't have had any involvement in that, then.

23        And as Redbubble's corporate representative, what

24    is Redbubble's position as to why it is acting as a

25    principal with respect to fulfillers, for accounting    10:44:23
```

Page 26

Ex. 93
Page 521

CONFIDENTIAL

```
1   purposes?                                          10:44:26

2               MR. MASUR:  I'm going to interject the same

3   objection about the -- this not being within the scope

4   of one of the noticed topics.  Also it calls for a

5   legal conclusion.  And also it's vague and ambiguous;  10:44:36

6   in particular, as to what law this is under.

7               THE WITNESS:  Yeah.  Can you repeat the

8   question, please?

9               MR. WESLEY:  I've forgotten it now.

10      Would you mind reading it back?                  10:44:47

11      (Record read.)

12              MR. MASUR:  Same objections are in place.

13              THE WITNESS:  I don't know.

14      May I have a tissue, please?  Thank you.

15  BY MR. WESLEY                                        10:45:20

16  Q.   Do you have any understanding as to what a

17  fulfiller is --

18  A.   Yeah.

19  Q.   -- being referenced here?

20  A.   Referenced here?  I don't know.                 10:45:32

21  Q.   Have you ever heard the term "fulfiller" in the

22  context of the Redbubble business?

23  A.   Yes.

24  Q.   And what is your understanding of what that term

25  means?                                               10:45:43
```

Page 27

Ex. 93
Page 522

CONFIDENTIAL

1    A.    A third-party participant in the Marketplace          10:45:45

2    hosted by Redbubble that provides manufacturing

3    services to artists.

4    Q.    Okay.  Do you personally -- you, James Toy -- have

5    an opinion as you sit here to as to whether or not          10:46:00

6    Redbubble fulfillers are principals or agents of

7    Redbubble?

8              MR. MASUR:  Object, to the extent it calls

9    for a legal conclusion, and also to the extent that

10   that required disclosure of privileged information.         10:46:18

11        But you can answer, if you can.

12             THE WITNESS:  "Fulfillers," as used in the

13   way you described last --

14        So sorry.  Let me make sure I'm answering the

15   correct question.  Do you mind repeating?                   10:46:36

16   BY MR. WESLEY

17   Q.    Yeah.  You, as a -- you, personally -- do you

18   consider the Redbubble fulfillers to be agents of

19   Redbubble, or principals of Redbubble?

20             MR. MASUR:  And same objection, as well as        10:46:50

21   vague and ambiguous, and compound and complex.

22             THE WITNESS:  Neither.  The third party

23   fulfillers are neither.

24   BY MR. WESLEY

25   Q.    And why is that your view?                            10:47:01

                                                      Page 28

CONFIDENTIAL

1          MR. MASUR:  And same objection.              10:47:04

2      That -- to the extent you can answer without

3  revealing privileged information, you should do so.

4  Please don't reveal any privileged information.

5          THE WITNESS:  Can you clarify your question?   10:47:13

6          MR. WESLEY:  I'll withdraw it.

7  Q.   Does it surprise you that Redbubble treats its

8  fulfillers for accounting purposes as agents?

9  A.   Me, personally?

10 Q.   Yeah.                                          10:47:27

11         MR. MASUR:  Sorry.  I'm making sure that

12 squares with the document.

13     Objection.  Mischaracterizes the document.

14         THE WITNESS:  Can you please clarify your

15 question for me?                                    10:47:42

16 BY MR. WESLEY

17 Q.   It says here that, for accounting purposes,

18 Redbubble is acting as a principal with respect to its

19 fulfillers.  And I'm wondering if that surprises you,

20 considering that you don't consider fulfillers either   10:47:56

21 principals or agents of Redbubble.

22         MR. MASUR:  Same objection, including legal

23 conclusion.  And ambiguity as to what law.

24         THE WITNESS:  I believe it says "acting as a

25 principal with respect to fulfillers."  You added in an   10:48:10

Page 29

CONFIDENTIAL

```
 1    extra word there.  Which question do you want me to --    10:48:14

 2    do you want me to answer the one as you asked, or as I

 3    see here on the document?

 4            MR. WESLEY:  I'll just ask it again.

 5    Q.   Does it surprise you that Redbubble is acting as a    10:48:26

 6    principal with respect to fulfillers, for accounting

 7    purposes?

 8            MR. MASUR:  Same objections.

 9            THE WITNESS:  I have no reaction to that in a

10    personal capacity.                                         10:48:41

11    BY MR. WESLEY

12    Q.   Okay.  Please turn to page 9.

13    A.   Okay.

14    Q.   Do you see this is part of a CEO's Review dated

15    October 8th, 2018?                                         10:49:11

16    A.   Yes.

17    Q.   And it's attributed to a Barry Newstead, Chief

18    Executive Officer.  Do you see that?

19    A.   I see it.

20    Q.   And are you familiar with Mr. Newstead?               10:49:23

21    A.   I am.

22    Q.   Have you personally communicated with him?

23    A.   Yes.

24    Q.   And is he the CEO of the Redbubble parent company

25    in Australia?                                              10:49:35
```

Page 30

CONFIDENTIAL

```
1    A.   Yes.                                              10:49:36

2    Q.   And what's the name of that corporate entity?

3    A.   Redbubble, Limited.

4    Q.   And is he also the CEO of Redbubble, Inc.?

5    A.   No.                                               10:49:56

6    Q.   Who's the CEO of Redbubble, Inc.?

7    A.   It doesn't have a CEO.

8    Q.   Does it have any officers?

9    A.   Yes.

10   Q.   What officers does it have?                       10:50:09

11   A.   It has a President, a Treasurer, a Secretary, a

12   Vice President, an Assistant Secretary, an Assistant

13   Treasurer.

14   Q.   Who's the President?

15   A.   Corina Davis.                                     10:50:37

16   Q.   Who's the Treasurer?

17   A.   Corina Davis.

18   Q.   Who's the Secretary?

19   A.   Corina Davis.

20   Q.   Who's the V.P.?                                   10:50:42

21   A.   James Toy.

22   Q.   That's you?

23   A.   Me.

24   Q.   Who's the Assistant Secretary?

25   A.   Me.                                               10:50:49
```

Page 31

CONFIDENTIAL

```
 1    Q.   Who's the Assistant Treasurer?                10:50:50

 2    A.   Me.

 3    Q.   Does it have a Board of Directors?

 4    A.   Yes.

 5    Q.   Does it share the same Directors as the parent    10:50:58

 6    company?

 7    A.   They are not identical.

 8    Q.   Does it share some of the same Directors?

 9    A.   I don't know.

10    Q.   Who are the Directors of Redbubble, Inc.?      10:51:17

11          MR. MASUR:  And I'm just going to caution the

12    witness that if -- if -- or not caution, but if there's

13    a document that you'd want to see that would help you

14    answer the question, I don't think counsel would object

15    to us doing that.                                   10:51:35

16          THE WITNESS:  Yeah.  I don't recall exactly.

17    BY MR. WESLEY

18    Q.   As you sit here today, you don't recall who the

19    Directors are?

20    A.   Of Inc.?                                       10:51:47

21    Q.   Yes.

22    A.   No.

23          MR. MASUR:  So, Counsel, we can try to get

24    you that answer, you know, sometime, for instance,

25    shortly after the next break, if that works.        10:51:54
```

Page 32

CONFIDENTIAL

| | |
|---|---|
| 1 | THE WITNESS:  Yeah.  I just -- I just don't    10:51:58 |
| 2 | know.  I don't recall. |
| 3 | BY MR. WESLEY |
| 4 | Q.   Okay.  So looking at page 9, in the first bullet |
| 5 | point in the last sentence it says, "In addition, our    10:52:10 |
| 6 | work on enhancing the mobile web experience has paid |
| 7 | off, with overall mobile growth of close to 60%." |
| 8 |      Do you see that? |
| 9 | A.   Yes. |
| 10 | Q.   And is it true that mobile growth has been    10:52:27 |
| 11 | increasing substantially over the past couple years for |
| 12 | Redbubble? |
| 13 | A.   I'm not sure about the time you gave -- the time |
| 14 | range; but mobile growth has increased recently. |
| 15 | Q.   Okay.  And what -- what -- what is your    10:52:45 |
| 16 | understanding of what it means by "mobile growth"? |
| 17 | A.   Users of the mobile app. |
| 18 | Q.   So are those customers who are purchasing products |
| 19 | through their, for example, smartphones? |
| 20 |      MR. MASUR:  Objection, to the extent that it    10:53:05 |
| 21 | calls for a legal conclusion. |
| 22 |      THE WITNESS:  Can you please repeat the |
| 23 | question? |
| 24 | BY MR. WESLEY |
| 25 | Q.   When talking about Redbubble mobile growth, I'm    10:53:10 |

Page 33

CONFIDENTIAL

1    new product launches and fulfiller onboarding."          10:54:22

2        Do you see that?

3    A.   Yes.

4    Q.   Are you -- and are you familiar with the new

5    platform that third party fulfillment partners that was   10:54:31

6    launched in June of 2018?

7    A.   No.

8    Q.   Do you have any idea what that's referring to?

9    A.   APIs.

10   Q.   And what do you mean by "APIs"?                       10:54:50

11   A.   This is -- I'm not sure, but probably

12   standardizing the APIs in the way that fulfillers can

13   connect to the platform, and get order information.

14   Q.   And when you use the letters "API," what are you

15   referring to?                                             10:55:12

16   A.   I'm not an engineer, but application interface.

17   Q.   Okay.  Please turn to page 15.

18   A.   Okay.

19   Q.   Do you see in the bottom right-hand corner there's

20   a section, "Principal Risks"?                             10:55:42

21   A.   Yes.

22   Q.   And it says, "The following are key risks that may

23   impact Redbubble's financial and operating result in

24   future periods."  Do you see that?

25   A.   Yes.                                                 10:55:57

Page 35

CONFIDENTIAL

1    Q.    And the second bullet point reads, "A prolonged        10:55:58

2    decline in content volume growth, as a result of the

3    removal of problematic content following content

4    management activities."

5        Do you see that?                                         10:56:12

6    A.    I see that sentence.

7    Q.    And do you agree that a prolonged decline in

8    content volume growth as a result of the removal of

9    problematic content following content management

10   activities is a key risk that may impact Redbubble's        10:56:25

11   financial and operating result in future periods?

12   A.    As a company representative?

13   Q.    Yes.

14   A.    Yes.

15   Q.    Okay.  And what is your understanding of what the      10:56:40

16   sentence, "A prolonged decline in content volume

17   growth, as a result of the removal of problematic

18   content following content management activities"

19   means?

20          MR. MASUR:  And object, to the extent that            10:57:02

21   it's vague and ambiguous about whether you're asking

22   for his personal or corporate understanding.

23          THE WITNESS:  It refers to removing listings

24   because of takedowns received from rights holders, or

25   our extensive proactive activities removing content.         10:57:28

                                                        Page 36

Veritext Legal Solutions
866 299-5127

Ex. 93
Page 530

CONFIDENTIAL

```
 1   BY MR. WESLEY                                   10:57:33

 2   Q.   So if there's too much removal, that could

 3   negatively impact Redbubble's bottom line.   True?

 4           MR. MASUR:  Objection.  Incomplete

 5   hypothetical.                                   10:57:43

 6       But you can answer.

 7           THE WITNESS:  I'm not sure I understand the

 8   question.

 9   BY MR. WESLEY

10   Q.   If there's substantial removal of content volume   10:57:50

11   from the web -- Redbubble website due to proactive

12   monitoring of infringing content, that may have a

13   significant impact negatively on Redbubble's financial

14   performance?

15           MR. MASUR:  Object, to the extent it calls   10:58:11

16   for -- I'm sorry.  Object as an incomplete

17   hypothetical.  Object, to the extent it calls for a

18   legal conclusion, and presumes facts.

19           THE WITNESS:  It is true that if Redbubble

20   removes content pursuant to a takedown or its proactive   10:58:27

21   activities, that would result in less content on the

22   site; and all that user-generated content is not --

23   yeah.  The sellers who uploaded it won't be selling it.

24   Yes, that's true.

25
```

Page 37

Ex. 93
Page 531

CONFIDENTIAL

1    BY MR. WESLEY                                          10:58:51

2    Q.   Okay.  Now I want to ask you, as representative --

3    as the corporate representative of Redbubble, has

4    Redbubble ever generated any revenue from the promotion

5    or sale of counterfeit products?                       10:59:05

6            MR. MASUR:  Objection, to the extent it calls

7    for a legal conclusion as to what is a counterfeit.

8            THE WITNESS:  No.

9    BY MR. WESLEY

10   Q.   And again as the corporate representative of       10:59:17

11   Redbubble, has Redbubble ever generated revenue from

12   the sale of products that infringe upon the rights of

13   any third party?

14           MR. MASUR:  And again, same objection:  Calls

15   for a legal conclusion as to infringing.                10:59:28

16           THE WITNESS:  Could you please repeat the

17   question?

18   BY MR. WESLEY

19   Q.   Has Redbubble ever generated any revenue from the

20   sale or promotion of products that infringed upon the   10:59:41

21   intellectual property rights of any third party?

22           MR. MASUR:  Same objection.  Calls for a

23   legal conclusion.

24           THE WITNESS:  To the extent that there are

25   cases that have been resolved, I believe, in Australia. 10:59:57

                                                    Page 38

Ex. 93
Page 532

CONFIDENTIAL

```
1   I don't -- I don't recall off the top of my head what      11:00:03

2   those judgments were, but I -- subject -- subject to

3   whatever those judgments said, the answer is no.

4   BY MR. WESLEY
```



```
                                                              11:01:21

                                                              Page 39
```

CONFIDENTIAL



11:02:53

Page 40

Ex. 93
Page 534

CONFIDENTIAL

16   BY MR. WESLEY

17   Q.   Does Redbubble believe that the presence of

18   infringing products -- let me start over.

19        Does Redbubble believe that the presence of

20   infringing works on Redbubble.com is a serious problem?   11:07:54

21           MR. MASUR:   Again, objection to "infringing,"

22   as calling for a legal conclusion.

23           THE WITNESS:   And can you please clarify what

24   you mean by "problem"?

25

Page 41

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. WESLEY | 11:08:14 |
| 2 | Q.   Well, something that potentially needs to be | |
| 3 | addressed or changed by Redbubble. | |
| 4 | A.   Redbubble is always responding promptly to | |
| 5 | allegations of infringement by rights holders.  And | 11:09:08 |
| 6 | those types of allegations create problems, yes. | |
| 7 | Q.   So it's the allegations that create the problems | |
| 8 | for Redbubble? | |
| 9 | A.   Can you please clarify your question?  Yes.  Well, | |
| 10 | yes. | 11:09:34 |
| 11 | Q.   Okay.  And have you ever seen a product -- you, | |
| 12 | James Toy -- on Redbubble's website that you thought, | |
| 13 | That's got to be infringing? | |
| 14 |           MR. MASUR:  Objection, to the extent it calls | |
| 15 | for a legal conclusion.  And vague and ambiguous as to | 11:09:48 |
| 16 | "product." | |
| 17 |           THE WITNESS:  Can you please clarify what you | |
| 18 | mean by "infringing"? | |
| 19 | BY MR. WESLEY | |
| 20 | Q.   Violating the intellectual property rights of a | 11:09:59 |
| 21 | third party. | |
| 22 | A.   I -- I think you'd have to know what the third | |
| 23 | party wants to -- like, how they would want to assert | |
| 24 | their rights.  You'd have to know what the images are; | |
| 25 | their logos or, you know, what they want to do with it. | 11:10:20 |

Page 42

Ex. 93
Page 536

CONFIDENTIAL

```
1    Q.   Sure.  And that's not what I'm asking.          11:10:24

2         I'm asking --

3         You've personally visited the Redbubble website.

4    Right?

5    A.   Yes.                                            11:10:32

6    Q.   And you've seen works on the site.  True?

7    A.   Yes.

8    Q.   Have you ever during -- when -- when reviewing the

9    Redbubble site, have you ever seen a work where you

10   think to yourself:  That sure looks like a counterfeit   11:10:44

11   product or a counterfeit design?

12            MR. MASUR:  And I'm just going to object

13   that, to the extent that the question is about you

14   viewing it as a consumer, or as someone looking at the

15   website generally, you can answer the question.     11:10:58

16       To the extent that you are -- either to the extent

17   the question reaches whether you were doing so in your

18   capacity as counsel for Redbubble, including to

19   investigate alleged infringements, I'm going to caution

20   you not to answer the question, because that would    11:11:15

21   invoke privilege.

22            THE WITNESS:  No.

23   BY MR. WESLEY

24   Q.   Have you ever reviewed the website, Redbubble,

25   outside of your role as counsel evaluating infringement  11:11:29
```

Page 43

CONFIDENTIAL

1    claims?                                                11:11:33

2           MR. MASUR:  Objection.  Vague and ambiguous

3    as to "review."

4           THE WITNESS:  Yes.

5           MR. WESLEY:  Do you --                          11:11:43

6           MR. MASUR:  You want me to explain more why?

7           MR. WESLEY:  Let me just say this.  All of

8    your objections are preserved.

9           MR. MASUR:  Okay.

10          MR. WESLEY:  Save your breath.  And            11:11:53

11   everything I say is vague and ambiguous, and totally

12   unintelligible.

13          MR. MASUR:  I have not used "unintelligible."

14          MR. WESLEY:  No.  It all is.  So just --

15   let's just --                                          11:12:03

16          MR. MASUR:  With that -- with that caveat, I

17   will try to restrict it to that which is absolutely

18   necessary.  I was just concerned about "review" in that

19   context.

20   BY MR. WESLEY                                           11:11:20

21   Q.   Okay.  Have you ever used your eyes, and looked at

22   a computer screen with the Redbubble.com website live

23   on the screen?

24   A.   Yes.

25   Q.   And have you ever done that outside of your        11:12:26

Page 44

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | context -- outside of your work as a lawyer for | 11:12:30 |
| 2 | Redbubble, evaluating infringement claims? | |
| 3 | A.   Yes. | |
| 4 | Q.   And in that context, have you ever seen a design | |
| 5 | where you thought or suspected that may be a | 11:12:43 |
| 6 | counterfeit? | |
| 7 | A.   No. | |
| 8 | Q.   Does Redbubble provide a venue that facilitates | |
| 9 | intellectual property infringement? | |
| 10 | A.   No, it does not. | 11:13:14 |
| 11 |        MR. WESLEY:  Okay.  I'm handing you what I've | |
| 12 | marked as Exhibit 1060. | |
| 13 | (Deposition Exhibit 1060 marked for identification.) | |
| 14 | BY MR. WESLEY | |
| 15 | Q.   This is a copy of the Redbubble 2019 Annual | 11:11:26 |
| 16 | Report.  Have you seen this document before? | |
| 17 | A.   The photograph looks familiar, but I don't recall | |
| 18 | ever seeing the document, just judging off of the cover | |
| 19 | of it. | |
| 20 | Q.   Okay.  So when I -- | 11:13:51 |
| 21 |        MR. MASUR:  Actually, please. | |
| 22 | BY MR. WESLEY | |
| 23 | Q.   When I hand you a document that has more than one | |
| 24 | page -- | |
| 25 | A.   Do you want me to look at it? | 11:13:59 |

Page 45

CONFIDENTIAL

1    Q.   -- I'd like you to look at it, and not just review    11:14:00

2    the cover.

3              MR. MASUR:  This does not appear to have been

4    produced in discovery.  Actually, are you representing

5    that it was obtained through public sources, a             11:14:09

6    Redbubble website, or some other website, and has not

7    been altered from the version that was there?

8              MR. WESLEY:  Yes.

9              MR. MASUR:  And the same, I'm assuming, for

10   Exhibit 1058?                                              11:14:21

11             MR. WESLEY:  Yes.

12             MR. MASUR:  Thanks.

13             THE WITNESS:  Yes, I'm familiar with this.

14   BY MR. WESLEY

15   Q.   Okay.  Please turn to pages 4 and 5.  The way it's    11:14:33

16   printed, there's two pages on a single actual sheet of

17   paper.  Do you see that?

18   A.   Yes.

19   Q.   And do you see on the left-hand side on page 4

20   there's a summary of Redbubble's financials?              11:14:57

21   A.   Yes.

22   Q.   And so is it fair to say that Redbubble's revenue

23   increased from fiscal year 2018 to 2019?

24   A.   What -- where are you referring to, or just the

25   whole --                                                   11:15:21

Page 46

CONFIDENTIAL

```
 1   BY MR. WESLEY                                    11:11:20

 2   Q.   The total receipt of products sold by Redbubble?

 3   A.   It looks like it's total -- total revenue from

 4   services --

 5   Q.   And what --                                 11:16:38

 6   A.   -- that's reported.

 7   Q.   And what types of services?

 8   A.   Online services to artists.

 9   Q.   Okay.  Do you have any understanding of what it

10   means -- the "Artists' margin"?                  11:16:57

11   A.   Yes.

12   Q.   And what does that mean?

13   A.   The Artist sets a price for the product that

14   they're selling.  And that is over a base price.  And

15   the difference between the base price and the price set  11:17:13

16   by the Artist is commonly referred to as the "Artist's

17   margin."

18   Q.   Okay.  A few lines down it mentions "Paid

19   acquisition costs (marketing)."  Do you see that?

20   A.   In the nonbold line on that fourth row from the  11:17:38

21   top?

22   Q.   Yes.

23   A.   "Paid acquisition costs (marketing)."  Yes.

24   Q.   Do you have any understanding as to what that's

25   referencing?                                     11:17:51
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    A.    Yes.  I believe that is fees paid to third party        11:17:53

2    advertising platforms; so just Google.

3    Q.    So in fiscal year 2019, Redbubble paid

4    approximately AU$27 million in paid acquisition costs

5    to companies like Google.  Is that correct?               11:18:21

6    A.    It does say paid acquisition costs for marketing;

7    and it has amounts there.  And I believe those were

8    paid to advertising companies like Google, yes.

9    Q.    What other companies besides Google does Redbubble

10   pay acquisition costs to?                                 11:18:46

11   A.    Acquisition costs are probably also paid to

12   Facebook.  Sorry.

13   Q.    That's okay.

14         Any others besides Facebook?

15   A.    Instagram.                                           11:19:28

16   Q.    Any others?

17   A.    That's all I can think of.

18   Q.    Okay.  On page 5 there's a section, "Business

19   Update."  And the first bullet point says, "Product

20   revenue1 from authentic sellers2 at Redbubble grew by      11:19:48

21   39%, and represented 76% of Redbubble product revenue."

22         Do you see that?

23   A.    On what -- what bullet is this?

24   Q.    The first bullet, under "Business Update."

25         MR. MASUR:  Oh.  That's -- (indicating) I            11:20:07

Page 49

Ex. 93
Page 542

CONFIDENTIAL

```
1    assume you don't mind me pointing?                    11:20:09

2             MR. WESLEY:  No.

3             THE WITNESS:  Okay.  Yes.  I see the bullet

4    you're referring to.

5    BY MR. WESLEY                                         11:20:15

6    Q.   Okay.  And beneath that, in footnote 1, "product

7    revenue" is defined as "the portion of Marketplace

8    revenue derived from Product sales.  It excludes

9    Shipping revenue."

10        Do you see that?                                 11:20:31

11   A.   I see that footnote.

12   Q.   Okay.  And does Redbubble make revenue from

13   product sales?

14            MR. MASUR:  Objection, to the extent it calls

15   for a legal conclusion.                               11:20:48

16        But you can answer.

17            THE WITNESS:  No.

18   BY MR. WESLEY

19   Q.   Do you have any understanding why, in Redbubble's

20   2019 investor reports, it defines "product revenue" as  11:20:57

21   "the portion of Marketplace revenue derived from

22   Product sales"?

23   A.   Can you please restate your -- the question prior

24   to what you just said?

25            MR. MASUR:  Maybe would it be better to have  11:21:15
```

Page 50

CONFIDENTIAL

```
1    it read back.                                      11:21:16

2              MR. WESLEY:  Well, hold on.

3              THE WITNESS:  Oh, okay.

4              MR. WESLEY:  I'm going to ask whatever --

5              THE WITNESS:  I just forgot what the question    11:21:22

6    was.

7    BY MR. WESLEY

8    Q.   Do you have any understanding why Redbubble

9    represents in its 2019 Annual Report that -- it refers

10   to "product revenue" as "the portion of Marketplace    11:21:32

11   revenue derived from Product sales"?

12   A.   I guess I just don't understand the accounting

13   terminology -- is my hangup.

14   Q.   Okay.  Well, if you don't -- if you don't know,

15   you don't know; or if you don't --              11:21:57

16        So is the answer "No"?

17   A.   The answer is "No."

18   Q.   All right.  It also says it excludes shipping

19   revenue.  Do you see that?

20   A.   Yes.                                           11:22:09

21   Q.   Does Redbubble make revenue from shipping?

22              MR. MASUR:  Objection.  Vague.

23              THE WITNESS:  What do you mean by, "make

24   revenue"?

25
```

Page 51

Ex. 93
Page 544

CONFIDENTIAL

```
 1    BY MR. WESLEY                                    11:22:26

 2    Q.   Make money.

 3    A.   No.

 4    Q.   Do you have any understanding of what is meant in

 5    footnote 1 by "Shipping revenue"?                11:22:32

 6    A.   Yes.

 7    Q.   And what is your understanding?

 8    A.   Cost of the third-party shipper, such as UPS.

 9    Q.   And why is that referred to as "revenue"?

10    A.   I -- I don't know.  I -- again --           11:22:55

11    Q.   Okay.

12    A.   I don't know the accounting terminology.

13    Q.   Okay.  And it references "authentic sellers."  And

14    it defines, in footnote 2, "authentic sellers" as

15    "those artists that tend to upload high-quality,  11:23:16

16    original works with resonate well with customers."

17         Do you see that?

18    A.   Is this footnote 2?

19    Q.   Yes.

20    A.   Define as -- I see the footnote you're referring  11:23:31

21    to, yes.

22    Q.   Okay.  And were you aware that -- or do you have

23    any understanding as to how Redbubble determined that

24    sales from authentic sellers grew by 39% in fiscal year

25    2019?                                            11:23:58

                                                      Page 52
```

Ex. 93
Page 545

CONFIDENTIAL

```
 1    A.   No.                                            11:24:00

 2    Q.   And it references a Data Science work during 2018.

 3    Do you see that in footnote 2?

 4    A.   I see that sentence, yes.

 5    Q.   Are you familiar with the Data Science work during  11:24:12

 6    2018?

 7    A.   Do you mind if I just read the whole sentence?

 8    Q.   Please.

 9    A.   I don't -- don't know what that refers to.

10    Q.   Have you ever heard of Data Science?            11:24:36

11    A.   Yes.

12    Q.   What is Data Science?

13              MR. MASUR:  Objection.  I'm trying not to

14    object to -- "Data Science" with caps -- both caps? --

15    as opposed to "data science" in lower case?  I'm sorry  11:24:48

16    to be -- to be -- but...

17              MR. WESLEY:  Yeah.

18              MR. MASUR:  In caps sounds to me like a

19    defined term.

20              MR. WESLEY:  Yeah.  That's what I'm referring  11:25:04

21    to.

22              MR. MASUR:  You're asking with caps?

23              MR. WESLEY:  Yeah.

24              MR. MASUR:  Okay.

25              THE WITNESS:  I would imagine if you're     11:25:10
```

Page 53

CONFIDENTIAL

```
 1        Well, let me start over.  Have you ever heard of    11:28:54

 2   AASB 15?

 3   A.   No.

 4   Q.   Did you have any personal role in Redbubble's

 5   response to AASB15?                                       11:29:05

 6   A.   No.

 7   Q.   Okay.  Let me read to you from underneath the

 8   chart on page 54.  There's a paragraph starting with

 9   "Prior to."  It says, "Prior to the adoption of

10   AASB 15, the Group had determined, for accounting         11:29:23

11   purposes, that it was acting as the artists' agent in

12   arranging for the selling of artists' goods to

13   customers, on the basis that the Group's agency

14   capacity is confirmed in the Group's user agreement."

15        Do you see that?                                     11:29:40

16   A.   I see that sentence.

17   Q.   And were you aware that prior to the adoption of

18   AASB, Redbubble, for accounting purposes, was deeming

19   itself the artists' agent?

20        MR. MASUR:  Objection.  Mischaracterizes the         11:29:56

21   document.

22        And also clarify.  You're asking for his

23   individual knowledge.

24        THE WITNESS:  Can I have the question

25   repeated, please?                                         11:30:09
```

Page 56

CONFIDENTIAL

```
1         (Record read.)                               11:30:10

2              THE WITNESS:  No.

3   BY MR. WESLEY

4   Q.   And were you aware that Redbubble has determined

5   that under AASB 15, the Group is acting as principal    11:30:35

6   for accounting purposes now?

7   A.   No.

8   Q.   And do you have any understanding, either based on

9   your education in college or law school, or your

10  experience, or otherwise, what the difference is       11:30:53

11  between a principal and an agent?

12  A.   In -- in this context -- the accounting context --

13  I don't know.

14  Q.   What about just in a general -- general terms?  Do

15  you have any understanding as to what a principal is,  11:31:07

16  versus an agent?

17             MR. MASUR:  Again, I'd object, to the extent

18  that it calls for a legal conclusion.

19             THE WITNESS:  Outside of -- yeah.  I know

20  what I learned in law school about principal-agent     11:31:20

21  relationship.

22  BY MR. WESLEY

23  Q.   And what's your understanding?

24  A.   A principal can -- so an agent can bind the

25  principal to a contract.                               11:31:37
```

Page 57

CONFIDENTIAL

```
1    Q.   Okay.  Anything else?                        11:31:39

2    A.   That's all I can think of.

3    Q.   Okay.  If you look on the next page, at page 56,

4    there's a section entitled "Revenue."  Do you see that?

5    A.   Yes.                                          11:32:02

6    Q.   And it says, "The Group has concluded that when

7    the customer contracts with the Group, there's only one

8    performance obligation for goods bearing the artists'

9    designs.  Both the artist and the Group are involved in

10   satisfying the performance obligation.  However, as the  11:32:18

11   Group controls a substantial part of the process, it is

12   construed to be the party primarily responsible for

13   satisfying the performance obligation.  The Group is

14   determined (for accounting purposes) to be the

15   principal in the sale."                           11:32:37

16        Do you see that?

17   A.   I see the paragraph you're referring to.

18   Q.   And do you have any understanding of what that

19   means?

20   A.   No.                                           11:32:46

21   Q.   All right.  Were you aware that, for accounting

22   purposes, Redbubble now treats itself as the principal,

23   and the artist as the agent, in any sale?

24        MR. MASUR:  Objection.  Vague and ambiguous

25   as to which Redbubble.  This is a document from    11:33:05
```

Page 58

CONFIDENTIAL

```
 1    Redbubble Limited, which is not a party to this case.      11:33:09

 2    BY MR. WESLEY

 3    Q.   Okay.  And, by the way, it -- is this, in fact --

 4         Are the annual reports for Redbubble Limited only

 5    to the Australian parent company; or does this relate      11:33:20

 6    to the entire group of companies, if you know?

 7    A.   It's consolidated.  All one group, yes.

 8    Q.   So that would include Redbubble, Inc.?

 9    A.   Yes.

10    Q.   All right.  Take a look at page 63.                    11:33:36

11    A.   Okay.

12    Q.   There's a section called "Other Receivables."  Do

13    you see that?

14    A.   Yeah.  I --

15    Q.   It's in the middle of the page.                        11:34:01

16    A.   I believe I see the section you're referring to.

17              MR. MASUR:  I'm sorry.  Which page is this?

18              MR. WESLEY:  63.

19    Q.   Okay.  So it says, "The Group is not exposed to

20    any significant credit risk on account of other            11:34:17

21    receivables.  The group accepts payments either via

22    credit card platforms, PayPal, Amazon Pay, or Apple

23    Pay.  In any case, the Group ensures that cash is

24    received prior to the product being manufactured.  The

25    other receivables balance as at 30 June 2019 represents    11:34:36
```

Page 59

Ex. 93
Page 550

CONFIDENTIAL



15:00:16

Page 135

Ex. 93
Page 551

CONFIDENTIAL

```
                                                    15:00:27
```

2    BY MR. WESLEY

3    Q.   You're familiar with the Redbubble Partner

4    Program?

5    A.   Yes.                                       15:00:39

6    Q.   And can you describe for me what that is?

7    A.   The Redbubble Partner Program -- so the company --

8    the company wanted a way for rights holders to be able

9    to participate in this user-generated-content platform

10   that we host without just having to say "Take it down,"   15:01:04

11   because they -- it's very, I think -- "binary" is what

12   I've heard it described at the company sometimes.  It's

13   like you either -- they either feel like they're

14   turning a blind eye to it or not enforcing their

15   rights, or they're telling us to take it down or to    15:01:28

16   proactively police for it, which is fine.  We'll do

17   that.

18        But some rights holders said, well, we are -- you

19   know, We don't want to it stay up there, but if you --

20   but if there were a way to take it down, do you have a   15:01:48

21   way to give us royalties, or something like that, to

22   make it permissible, you know, under their brand

23   guidelines, so that it's not just a free-for-all with

24   the user-generated content that gets uploaded every

25   day.                                             15:02:05

                                                    Page 136

CONFIDENTIAL

```
 1        So that -- yeah.  And then that's -- that was the      15:02:06

 2    initial motivation for the licensing program:  To

 3    create something where the rights holder -- there was

 4    no way for them to participate in it before, and have a

 5    piece of it.  So this is, so far, our best attempt at      15:02:21

 6    trying to do that.

 7    Q.   And is there any designation on the Redbubble site

 8    for works that are participants in the Partner Program,

 9    versus not?

10    A.   There -- some partners have wanted a specific,        15:02:42

11    like, line and page, or something, where a featured --

12    and it's a very evolving -- it's an evolving program,

13    because they also -- they have various, like, things

14    they want.  Like, some -- we want -- we want -- how can

15    you help us do marketing?  And so it's -- it's kind of    15:03:09

16    transformed from not only providing online services to

17    these third-party artists, but also these other -- this

18    other group of -- the other group -- these licensors --

19    who thought --

20        I'm sorry.                                             15:03:31

21        So the -- I lost track of myself.

22        So the -- so sometimes there is a landing page, I

23    believe, that -- there could be a tag, I think, that --

24    the rights holder may say, Well, once we approve

25    something, we want you to put a tag -- specific tag on    15:03:48
```

Page 137

CONFIDENTIAL

```
 1    it.  And then they'll tell us what that is.          15:03:52

 2         And then we'll, like, tell the artists to do that,

 3    like, as a condition to the licensor allowing this to

 4    stay up; and you have to apply this tag to it.

 5         So that could be one way.                        15:04:07

 6         But then a lot of times also, you know, part of

 7    the licensing program is to not only do IP enforcement

 8    for, like, this policing -- policing we've been talking

 9    about, but is what -- they may have brand requirements,

10    separate from intellectual property concerns; like they  15:04:32

11    don't want their brand associated with nudity or drugs.

12    And so they would say, Our logo is okay in these

13    certain contexts.

14         So we would --

15         So I think I'm rambling on, not answering your    15:04:59

16    question.

17              MR. WESLEY:  That's okay.  That's okay.

18              MR. MASUR:  Well, we debate that.  Probably

19    answering the question is a better idea.

20              THE WITNESS:  Okay.  Anyway, sorry.  If I     15:05:10

21    missed -- left something out, you can reask me.  I'll

22    try to be more specific.  You can just --

23              MR. WESLEY:  No problem.

24              THE WITNESS:  Sure.

25
```

Page 138

CONFIDENTIAL

```
 1    BY MR. WESLEY                                      15:05:18

 2    Q.   Is there a set license fee for every participant

 3    in the Partner Program, or is it on an

 4    individual-rights-holder basis?

 5    A.   Individual-rights-holder basis.              15:05:29

 6    Q.   And I looked at a document yesterday with

 7    Ms. Greenhough that indicated -- this was a page from

 8    the Redbubble website that indicated that artists'

 9    margins for works that are selected for the Redbubble

10    Partner Program are not decreased or not affected in   15:05:50

11    any way by being in the program.  And is that true?

12    A.   I believe so.  Yeah.

13    Q.   And so does the money that goes to the rights

14    holder come out of Redbubble's service fee?

15    A.   I believe that is the case, yes.             15:06:23
```

Page 139

CONFIDENTIAL



25

Page 140

Ex. 93
Page 556

CONFIDENTIAL



Page 142

Ex. 93
Page 557

CONFIDENTIAL



Page 143

CONFIDENTIAL



25

Page 144

Ex. 93
Page 559

CONFIDENTIAL



15:19:45

Page 145

Ex. 93
Page 560

CONFIDENTIAL



Page 146

Ex. 93
Page 561

CONFIDENTIAL

```
1    Q.   So there are certainly words that have normal        15:21:32

2    usage.  So, for example, "apple" is both an apple, and

3    a well-known technology and computer brand.  Wouldn't

4    you agree?

5    A.   I agree.                                              15:21:45

6    Q.   But there are other words that are not commonly

7    used, except when referring to a particular company or

8    product.  Wouldn't you agree?

9    A.   Can you please -- I'm not sure I understand your

10   question.                                                 15:22:05

11   Q.   Well, there are certain words that solely are used

12   to refer to a brand.  They're not just used in the --

13   in regular language.

14        MR. MASUR:  Objection.  Vague.

15        THE WITNESS:  If you are -- there are -- I           15:22:23

16   believe the first -- the first example you gave -- was

17   it -- would be a descrip- -- a word that has a

18   descriptive use, or used to denote source of goods or,

19   you know, whatever legal sense.

20        The -- what I was talking about was commentary.      15:22:42

21        So if a particular brand were in the news for

22   something, it could still refer to the brand.

23   Someone's use of that word could still refer to the

24   brand, but not -- but you know, it could be legitimate

25   commentary on the brand.                                  15:23:02
```

Page 147

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. WESLEY | 15:23:04 |
| 2 | Q.   So, for example, Chevrolet -- the only thing I | |
| 3 | think of when I hear the word "Chevrolet" is a car | |
| 4 | company.  Same with you? | |
| 5 | A.   I'm not sure I understand your question. | 15:23:23 |
| 6 | Q.   I'm just wondering if you -- when you hear the | |
| 7 | word "Chevrolet," what are you thinking? | |
| 8 | A.   I think of -- yeah, I think of the car brand. | |
| 9 | Q.   Okay.  And so wouldn't you say that if somebody's | |
| 10 | tagging their -- | 15:23:44 |
| 11 |     So an artist could tag their work with the name | |
| 12 | "Chevrolet," and it could have nothing to do with the | |
| 13 | car brand.  Right?  It could just be a picture of a | |
| 14 | tire.  True? | |
| 15 | A.   That's possible. | 15:24:01 |
| 16 | Q.   And so if you cut out the use of "Chevrolet" as a | |
| 17 | tag, then the -- somebody searching for that tire might | |
| 18 | not be able to find it by typing in "Chevrolet." | |
| 19 | Right? | |
| 20 | A.   In that example, yes. | 15:24:22 |
| ■ | ■     ██████████████████████████ | |
| ■ | ████████████████████████████████ | |
| ■ | ████████████████████████████████ | |
| ■ | ██████████████████████████████ | |
| ■ | ██████ | 15:24:49 |
| | | Page 148 |

CONFIDENTIAL



Page 149

Ex. 93
Page 564

CONFIDENTIAL



19          MR. MASUR:  Since right now we acknowledge we

20     will move on necessarily to a different document, but I     15:27:39

21     could use a break.

22          MR. WESLEY:  Let's take a break.

23          VIDEOGRAPHER:  Going off the record.  The

24     time is 3:27.

25     (Recess taken from 3:27 p.m. until 3:39 p.m.)          15:27:47

                                                    Page 150

Ex. 93
Page 565

CONFIDENTIAL

```
1          VIDEOGRAPHER:  Back on the record.  The time     15:39:58

2    is 3:39.

3    BY MR. WESLEY
```



```
                                                             Page 151
```

CONFIDENTIAL



Page 152

Ex. 93
Page 567

CONFIDENTIAL



20   BY MR. WESLEY                                    15:47:50

21   Q.   Does Redbubble take any affirmative steps to

22   increase the chance that certain words, if typed into

23   Google, will then pull up corresponding Redbubble web

24   pages that are tagged with that same word?

25        MR. MASUR:   Objection.   Compound.            15:48:20

                                                    Page 154

CONFIDENTIAL

```
 1              THE WITNESS:  I'm not sure what you're        15:48:22

 2    asking.

 3    BY MR. WESLEY

 4    Q.    Does Redbubble in any way take any steps to

 5    increase the likelihood that Google search results will   15:48:34

 6    lead consumers to Redbubble listings?

 7    A.    Through buying ads at -- like, ad space on a

 8    platform like Google?

 9    Q.    Through any means.

10    A.    Redbubble does purchase advertising space for the   15:48:54

11    people who put their listings on the Marketplace for --

12    so that those offers can be found when people search

13    for them, yes.

14    Q.    Okay.  And can you give me a basic explanation for

15    how that works?  In other words, if -- if somebody        15:49:19

16    types in a word into Google, what benefit does

17    Redbubble get by purchasing this ad space?

18              MR. MASUR:  Objection.  Compound.  Complex.

19              THE WITNESS:  Can you please repeat the

20    question for me, or --                                    15:49:45

21    BY MR. WESLEY

22    Q.    How does Redbubble's purchase of ad space on

23    Google benefit Redbubble?

24    A.    So if the artists who sell their products on the

25    Marketplace don't sell as many products on the           15:50:09
```

Page 155

Ex. 93
Page 569

CONFIDENTIAL

```
1    Marketplace, they probably wouldn't participate in the      15:50:11

2    Marketplace.  So I think it's --

3    Q.   So it increases the visibility of Redbubble

4    listings, by paying for ads on Google?  Is that a fair

5    characterization?                                            15:50:30

6    A.   It increases the visibility of the Third-Party

7    Sellers' listings on the Redbubble Marketplace.

8    (Deposition Exhibit 1036 marked for identification.)

9    BY MR. WESLEY
```

Page 156

Ex. 93
Page 570

CONFIDENTIAL



24    (`12 Exhibit 1034 marked for identification.)

25

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL



13          MR. WESLEY:  I'm handing you what I've marked

14   as Exhibit 1043.

15   (Deposition Exhibit 1043 marked for identification.)      16:09:20

16   BY MR. WESLEY

17   Q.   This is another spreadsheet produced by Redbubble.

18   Do you see this document?

19          MR. MASUR:  Again, another partial

20   spreadsheet, or a complete one.                           16:09:35

21          MR. WESLEY:  Yes.  This is the first page of

22   a voluminous spreadsheet, and then the page that

23   mentions Atari.  So 77592 and then 70664 will the Bates

24   numbers.

25          THE WITNESS:  I see this, yes; these two         16:09:56

                                                        Page 164

CONFIDENTIAL

1    pages.                                              16:09:57

2    BY MR. WESLEY

3    Q.   And do you have any idea what this document is?

4    A.   It appears to be search data, like somebody -- a

5    user went to Redbubble and typed in the word          16:10:48

6    "calendar."  And this shows what people have been

7    typing in, and corresponding to the number of -- looks

8    like approximate number of searches for that term or

9    phrase; and whether it came -- that search was done on

10   a desktop, smartphone.  That's my -- yeah.            16:11:16

11   Q.   Does Redbubble, as a normal -- as a matter of

12   course, keep track of what consumers are typing into

13   the Redbubble search feature?

14   A.   I'm not sure I understand your question.

15   Q.   So if I heard you correctly, your read of this    16:11:47

16   document is that, for example, there's a keyword,

17   "Calendar," and that this is indicating how many people

18   searched for the word "Calendar" on Redbubble.  Did I

19   misunderstand what you were saying?

20   A.   I think that is correct.                          16:12:10

21   Q.   You think what I said was correct?

22   A.   Yes.

23   Q.   Okay.  And so Redbubble keeps track of the words

24   that visitors are using to search on Redbubble.com.  Is

25   that correct?                                          16:12:24

                                                    Page 165

CONFIDENTIAL

1          MR. MASUR:  Objection.  Vague as to time.          16:12:27

2          THE WITNESS:  I -- I don't know if it goes

3     further than this spreadsheet, but this spreadsheet

4     does appear to be what you were describing; a tracking

5     of search -- people's search terms, yeah, on Redbubble.   16:12:38

6     BY MR. WESLEY

7     Q.   Do you know who created the document?

8     A.   I don't know.

9     Q.   Is there a certain group or person within

10    Redbubble whose job it is to focus on the volume of       16:12:52

11    searches on Redbubble based on particular keywords?

12    A.   The Design Engineering Product Team.  I'm not sure

13    about the exact -- what the acronym stands for, but

14    refer to it as "DEP."

15    Q.   And is there a particular person within DEP whose     16:13:24

16    job it is to track the volume of keyword searches on

17    Redbubble?

18    A.   I don't know.

19          MR. WESLEY:  I'm handing you what I'm marking

20    as Exhibit 1044.                                          16:13:51

21    (Deposition Exhibit 1044 marked for identification.)

22    BY MR. WESLEY

23    Q.   This is a document that in the bottom center says,

24    "Results 20181205-151019".  Do you see this document?

25    A.   I see the two-page document, yes.                    16:14:16

Page 166

CONFIDENTIAL

1   Q.   And again, this is the first page of a voluminous        16:14:20

2   document, and then the page that it references Atari.

3   Do you have any idea what this document is?

4   A.    It appears to be a search -- it appears to be data

5   on the searches that users are performing, but it             16:14:42

6   doesn't -- I mean, I -- both these documents -- I don't

7   know if this is just Redbubble, or if this is Google.

8   I don't know.

9   Q.   Do you know what time period this document relates

10  to?                                                           16:15:10

11  A.   I don't know, but there is a -- appears to be some

12  kind of a date indicated in the title of 1044.  I see

13  2018.  I don't know what that means.

14  Q.   Do you know who created this document?

15  A.   I don't know.                                            16:15:33

16  Q.   If you -- do you believe that it is somebody

17  within the DEP Team?

18  A.    Could be.  If -- if these two documents are not

19  Redbubble specific, but general to Google or some other

20  third-party platform search analysis, then it would be       16:16:15

21  probably the Marketing Team.

22          MR. WESLEY:  Okay.  I'm handing you what I've

23  marked as Exhibit 1045.

24  (Deposition Exhibit 1045 marked for identification.)

25

Page 167

Ex. 93
Page 575

CONFIDENTIAL



17:30:21

Page 183

Ex. 93
Page 576

CONFIDENTIAL



Page 184

Ex. 93
Page 577

CONFIDENTIAL



Page 185

Ex. 93
Page 578

CONFIDENTIAL



Page 186

Ex. 93
Page 579

CONFIDENTIAL



25

Page 187

Ex. 93
Page 580

CONFIDENTIAL



17:40:23

Page 188

CONFIDENTIAL



17:42:14

Page 189

Ex. 93
Page 582

CONFIDENTIAL



17:43:13

16    Q.    How many times has Redbubble been sued, whether in

17    the US or internationally, for intellectual-property

18    infringement?

19    A.    I am not sure of a specific number, but somewhere

20    between ten and twenty times, worldwide.         17:43:59

21    Q.    During your time at -- as a general counsel of

22    Redbubble, has it always had at least one active

23    litigation -- one active intellectual-property

24    litigation pending against it?

25              MR. MASUR:   Objection.   I think you misstated    17:44:21

Page 190

CONFIDENTIAL

```
 1    the witness' title.                                17:44:23

 2              THE WITNESS:  I was -- I was going to go with

 3    that.  Just kidding.

 4              MR. MASUR:  You promoted him.

 5              THE WITNESS:  I've been promoted.          17:44:30

 6        There -- yes, there was a time when we didn't have

 7    any -- there have been times in my time at Redbubble

 8    where we haven't had any litigation.

 9    BY MR. WESLEY

10    Q.    Intellectual-property litigation?             17:44:43

11    A.    Intellectual-property litigation.

12    Q.    And when's the last time that -- that was the

13    case, where there were -- there was no active

14    intellectual-property litigation pending against

15    Redbubble?                                          17:44:55

16    A.    Twenty -- around 2016/2015, I believe, was when

17    our first one was.

18    Q.    Has Redbubble had any judgments -- court

19    judgments -- entered against it for

20    intellectual-property infringement?                 17:45:30

21    A.    In -- I am not certain about the specifics of the

22    judgments, themselves; but in Germany, and in

23    Australia.

24    Q.    And what -- what rights holders obtained judgments

25    in Germany and Australia against Redbubble?         17:46:01
```

Page 191

Ex. 93
Page 584

CONFIDENTIAL

```
1    A.    BMW in Germany.                                    17:46:04

2          Pokémon in Australia.

3          And there may be another one in Australia.  I am

4    just not as familiar with the particulars of that

5    judgment.  And that would be the Hells Angels one.       17:46:28
```



```
                                                             17:48:00

                                                         Page 192
```

Ex. 93
Page 585

CONFIDENTIAL



Page 193

Ex. 93
Page 586

CONFIDENTIAL



Page 194

Ex. 93
Page 587

CONFIDENTIAL

```
 1    intellectual property?                          18:09:36

 2    A.   Not that I know of.

 3              MR. WESLEY:  Okay.  Okay.  I think that's all

 4    I have.

 5              MR. MASUR:  And I don't think I need to     18:10:55

 6    redirect.

 7              VIDEOGRAPHER:  Okay.

 8              MR. WESLEY:  Okay.  So we'll use the same

 9    stipulation as yesterday.  Is that adequate?

10              MR. MASUR:  Works for me.                18:10:55

11              MR. WESLEY:  All right.

12              VIDEOGRAPHER:  This concludes today's

13    deposition of 30(b)(6) corporate representative

14    James N. Toy.  The number of media used was four, and

15    will be retained by Veritext Legal Solutions.  The time  18:11:24

16    is 6:11 p.m.  We're off the record.

17         (At 6:11 p.m. the proceedings were adjourned.)

18

19              I declare under penalty of perjury that the
                                    with corrections as noted
20         foregoing is true and correct.  Subscribed at

21    Fairfax      ,  CA      ,  this    3    day of  February  2020.

22     (City)          (State)

23    _____      _____

24         JAMES N. TOY

25
```

Page 206

Veritext Legal Solutions
866 299-5127

Ex. 93
Page 588

CONFIDENTIAL

```
 1            I, the undersigned, a Certified
 2   Shorthand Reporter of the State of California, do
 3   hereby certify:
 4        That the foregoing proceedings were taken before
 5   me at the time and place herein set forth; that any
 6   witnesses in the foregoing proceedings, prior to
 7   testifying, were placed under oath; that a verbatim
 8   record of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; further, that the foregoing is an accurate
11   transcription thereof.
12            I further certify that I am neither financially
13   interested in the action nor a relative or employee of
14   any attorney or any of the parties.
15       IN WITNESS WHEREOF, I have this date subscribed my
16   name.
17   Dated: December 26, 2019
18
19
20
21
22
23            LYDIA ZINN, RPR, FCRR
24            CSR No. 9223
25
```

Page 207