BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   June 1, 2020<br>Time:   9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:   June 30, 2020 |
|---|---|

1542834

Case No. 2:19-cv-04618-RGK (JPRx)

PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, as well as the authorities cited herein, and in support of its motion for partial summary judgment, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") hereby requests that this Court take judicial notice of the following items:

- The oral arguments made by counsel, on March 12, 2020, in *The Ohio State University v. Redbubble, Inc.*, Case No. 19-3388 (6th Cir.), before the Sixth Circuit Court of Appeals. A true and correct copy of the Sixth Circuit's audio recording from this oral argument is on the court's website at: https://www.opn.ca6.uscourts.gov/internet/court_audio/aud2.php?link=recent/03-12-2020%20-%20Thursday/19-3388%20The%20Ohio%20State%20University%20v%20Redbubble%20Inc.mp3&name=19-3388%20The%20Ohio%20State%20University%20v%20Redbubble%20Inc.

- The Australian Federal Court decision in *Hells Angels Motorcycle Corp. (Aust.) Pty Ltd. v Redbubble Ltd.*, [2019] FCA 355. A true and correct copy of this decision, obtained from the Australian Federal Court's website, is attached hereto as **Exhibit 1**.

- The Australian Federal Court decision in *Pokémon Co. Int'l, Inc. v Redbubble Ltd.*, [2017] FCA 1541. A true and correct copy of this decision, obtained from the Australian Federal Court's website, is attached hereto as **Exhibit 2**.

- Documents obtained from the Internet archive, called the "Wayback Machine," for the webpage with the address www.redbubble.com/shop/brandy+melville for certain dates between December 3, 2015 and July 23, 2016, which were obtained from: https://web.archive.org/web/20140501000000*/www.redbubble.com/shop/

PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

brandy+melville. A true and correct copy of the documents obtained from the Wayback Machine are attached hereto as **Exhibit 3**.

I. **LEGAL STANDARD**

Judicial notice is appropriate for facts "not subject to reasonable dispute" because they are either: "(1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court must take judicial notice upon request if the court is supplied with the necessary information. Fed. R. Evid. 201(c)(2).

II. **JUDICIAL NOTICE OF THE ORAL ARGUMENT BEFORE THE SIXTH CIRCUIT IN *THE OHIO STATE UNIVERSITY V. REDBUBBLE, INC.* IS WARRANTED.**

Federal courts may take judicial notice of oral arguments made at hearings. *See, e.g., Engine Mfrs. Ass'n v. S. Coast Air Quality Mgmt. Dist.*, 498 F.3d 1031, 1039 n.2 (9th Cir. 2007) (taking judicial notice of oral argument before the Supreme Court); *see also, e.g., Reyn's Pasta Bella, LLC vs. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("[The Court] may take judicial notice of court filings and other matters of public record.").

Here, the audio recording of the oral argument before the Sixth Circuit in *The Ohio State University v. Redbubble, Inc.*, Case No. 19-3388 (6th Cir.), is maintained by the Sixth Circuit and is publicly available on the Sixth Circuit's website at: https://www.opn.ca6.uscourts.gov/internet/court_audio/aud2.php?link=recent/03-12-2020%20-%20Thursday/19-3388%20The%20Ohio%20State%20University%20v%20Redbubble%20Inc.mp3&name=19-3388%20The%20Ohio%20State%20University%20v%20Redbubble%20Inc. This Court may, therefore, take judicial notice of the statements made by Redbubble's counsel in oral argument.

## III. JUDICIAL NOTICE OF FOREIGN COURT DECISIONS IS WARRANTED.

Federal courts customarily take judicial notice of decisions made in foreign courts. *See, e.g., Cerner Middle E. Ltd. v. iCapital, LLC*, 939 F.3d 1016, 1023 n.8 (9th Cir. 2019) (taking judicial notice of French trial court decision); *Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-cv-00220, 2018 WL 5848999, at *6 (N.D. Cal. Nov. 6, 2018) (taking judicial notice of decision from United Kingdom High Court of Justice); *Tahaya Misr Inv., Inc. v. Helwan Cement S.A.E.*, No. 16-cv-01001, 2016 WL 4072332, at *1 n.3 (C.D. Cal. July 27, 2016) (taking judicial notice of Egyptian court orders). Here, the Australian Federal Court's decisions in *Hells Angels Motorcycle Corp. (Aust.) Pty Ltd. v Redbubble Ltd.*, [2019] FCA 355, and *Pokémon Co. Int'l, Inc. v Redbubble Ltd.*, [2017] FCA 1541, are decisions made in a foreign court. Thus, judicial notice of those decisions (**Exhibit 1** and **Exhibit 2**) is appropriate.

## IV. JUDICIAL NOTICE OF DOCUMENTS OBTAINED FROM THE WAYBACK MACHINE IS APPROPRIATE.

Federal courts routinely take judicial notice of the contents of web pages available through the Internet archive called the "Wayback Machine." *UL LLC v. Space Chariot Inc.*, 250 F. Supp. 3d 596, 604 (C.D. Cal. 2017); *Erickson v. Nebraska Mach. Co.*, No. 15-cv-01147, 2015 WL 4089849, at *1 (N.D. Cal. July 6, 2015)*; see also* Fed. R. Evid. 201; *Pond Guy, Inc. v. Aquascape Designs, Inc.*, No. 13-cv-13229, 2014 WL 2863871, at *4 (E.D. Mich. June 24, 2014) ("As a resource the accuracy of which cannot reasonably be questioned, the Internet Archive has been found to be an acceptable source for the taking of judicial notice.").

Attached as **Exhibit 3** are documents obtained from the Wayback Machine, reflecting the contents of the webpage with the address of www.redbubble.com/shop/brandy+melville on select dates between December 3, 2015 and July 23, 2016. This Court should take judicial notice of these documents.

/ / /

1542834

-3-   Case No. 2:19-cv-04618-RGK (JPRx)
PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

## V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court take judicial notice of the above-referenced documents.

DATED: May 4, 2020

BROWNE GEORGE ROSS LLP
   Keith J. Wesley
   Ryan Q. Keech
   Jason Y. Kelly

By:    */s/ Keith J. Wesley*
      Keith J. Wesley
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

1542834

-4-

Case No. 2:19-cv-04618-RGK (JPRx)

PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT