# EXHIBIT 3







