# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   June 1, 2020<br>Time:   9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:             June 30, 2020 |

1542956.1

-1-   Case No. 2:19-cv-04618-RGK (JPRx)

[PROPOSED] ORDER GRANTING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

# [PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE

Having considered Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Request for Judicial Notice in Support of Its Motion for Partial Summary Judgment (the "Request") and, good cause having been shown, **IT IS HEREBY ORDERED**:

1. The Request is **GRANTED**.
2. The Court takes judicial notice of the following:
   a. The oral arguments made by counsel, on March 12, 2020, before the Sixth Circuit Court of Appeals in *The Ohio State University v. Redbubble, Inc.*, Case No. 19-3388 (6th Cir.) (Exhibit 1 of the Request);
   b. The Australian Federal Court's decision in *Hells Angels Motorcycle Corp. (Aust.) Pty Ltd. v Redbubble Ltd.*, [2019] FCA 355 (Exhibit 2 of the Request);
   c. The Australian Federal Court decision in *Pokémon Co. Int'l, Inc. v Redbubble Ltd.*, [2017] FCA 1541 (Exhibit 3 of the Request); and
   d. The documents obtained from the Internet archive, called the "Wayback Machine," reflecting the contents of the webpage with the address of www.redbubble.com/shop/brandy+melville on select dates between December 3, 2015 and July 23, 2016 (Exhibit 4 of the Request).

**IT IS SO ORDERED.**

Dated: June _____, 2020

Honorable R. Gary Klausner
United States District Court Judge