BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge: Hon. R. Gary Klausner<br><br>**DECLARATION OF JAMIE GOLDBERG GERSON IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 1, 2020<br>Time: 9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference: June 15, 2020<br>Trial Date: June 30, 2020 |

1435654.1

-1-   Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JAMIE GOLDBERG GERSON IN SUPPORT OF
PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Jamie Goldberg Gerson, declare and state as follows:

1. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. I am an expert in the area of online protection of intellectual property. I have been retained by Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") as an expert witness in this case.

3. In connection with that retention, I prepared an expert report outlining my qualifications and providing my expert opinion. The statements in my expert report are accurate.

4. Attached as **Exhibit 4** is a true and correct copy of that expert report.

Executed this 1st day of May 2020, at Dallas, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Jamie Goldberg Gerson*
Jamie Goldberg Gerson