BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   June 1, 2020<br>Time:   9:00 a.m.<br>Crtrm.:   850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:   June 30, 2020 |

1435654

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF
Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. Attached as **Exhibit 5** is a true and correct copy of Brandy Melville's Registered Trademark, bearing Registration No. 5,238,856, registered July 11, 2017 with the United States Patent and Trademark Office, produced by Plaintiff with the Bates numbers BRANDY_0002175 to BRANDY_0002176.

3. Attached as **Exhibit 6** is a true and correct copy of Brandy Melville's Registered Trademark, bearing Registration No. 5,748,883, registered May 14, 2019 with the United States Patent and Trademark Office, produced by Plaintiff with the Bates numbers BRANDY_0002195 to BRANDY_0002196.

4. Attached as **Exhibit 7** is a true and correct copy of the Redbubble IP/Publicity Rights Policy obtained from on April 20, 2020 from Redbubble's website (https://help.redbubble.com/hc/en-us/articles/201579195).

5. Attached as **Exhibit 8** is a true and correct copy of Redbubble's User Agreement obtained on April 20, 2020 from Redbubble's website (https://www.redbubble.com/agreement#intellectual-property-rights-and-license).

6. Attached as **Exhibit 9** is a true and correct copy of Redbubble's webpage titled, "Artist Margins," obtained on April 17, 2020 from Redbubble's website (https://help.redbubble.com/hc/en-us/articles/202270799-Artist-Margins).

7. Attached as **Exhibit 10** is a true and correct copy of Redbubble's webpage titled, "Current Brand Partnerships," obtained on April 17, 2020 from Redbubble's website (https://help.redbubble.com/hc/en-us/articles/360001021543-Current-Brand-Partnerships).

/ / /

1435654

-1-

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF
Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

8.  Attached as **Exhibit 11** is a true and correct copy of a letter dated December 22, 2019 from Emancipation Capital to Redbubble Ltd.

9.  Attached as **Exhibit 12** is a true and correct copy of a screenshot from April 15, 2020 of an online article from Yahoo! that includes two advertisements from Redbubble.

10. Attached as **Exhibit 13** is a true and correct copy of a screenshot from April 15, 2020 of The Press-Enterprise homepage that includes an advertisement from Redbubble.

11. Attached as **Exhibit 14** is a true and correct copy of a screenshot of an advertisement from Redbubble, produced by Plaintiff with the Bates number BRANDY_0000095.

12. Attached as **Exhibit 15** is a true and correct copy of a screenshot of an advertisement from Redbubble, produced by Plaintiff with the Bates number BRANDY_0000096.

13. Attached as **Exhibit 16** is a true and correct copy of a screenshot of an advertisement from Redbubble, produced by Plaintiff with the Bates number BRANDY_0000097.

14. Attached as **Exhibit 17** is a true and correct copy of a screenshot of an advertisement from Redbubble, produced by Plaintiff with the Bates number BRANDY_0000098.

15. Attached as **Exhibit 18** is a true and correct copy of an image of a Redbubble hangtag, produced by Plaintiff with the Bates number BRANDY_0000415.

16. Attached as **Exhibit 19** is a true and correct copy of an image from April 8, 2020 of a Redbubble advertisement that includes a link titled, "Why Buy From Redbubble?"

/ / /

/ / /

17. Attached as **Exhibit 20** is a true and correct copy of a Brandy Melville presentation produced by Plaintiff with the Bates Numbers BRANDY_0000057 to BRANDY_0000075.

18. Attached as **Exhibit 21** is a true and correct copy of an image of a package ordered from the Redbubble website, produced by Plaintiff with the Bates Number BRANDY_0000416.

19. Attached as **Exhibit 22** is a true and correct copy of an image of an item purchased on the Redbubble website, including the accompanying Redbubble hangtag and sticker, produced by Plaintiff with Bates Number BRANDY_0000417.

20. Attached as **Exhibit 23** is a true and correct copy of an image of a package ordered from the Redbubble website, produced by Plaintiff with the Bates Number BRANDY_0000419.

21. Attached as **Exhibit 24** is a true and correct copy of a screenshot from April 15, 2020 of the Redbubble webpage featuring the "Fringed Coca Cola Sign Sticker" that was available for purchase on the Redbubble website.

22. Attached as **Exhibit 25** is a true and correct copy of a screenshot from April 15, 2020 of the Redbubble webpage featuring the "Pepsi Sticker Sticker" that was available for purchase on the Redbubble website.

23. Attached as **Exhibit 26** is a true and correct copy of a screenshot of the Brandy Melville website, produced by Plaintiff with the Bates Number BRANDY_0002198.

24. Attached as **Exhibit 27** is a true and correct copy of a screenshot of the Redbubble website, produced by Plaintiff with the Bates Numbers BRANDY_0002040 to BRANDY_0002042.

25. Attached as **Exhibit 28** is a true and correct copy of a screenshot of the Redbubble website, produced by Plaintiff with the Bates Numbers BRANDY_0002037 to BRANDY_0002039.

/ / /

26. Attached as **Exhibit 29** is a true and correct copy of a screenshot of the Redbubble website, produced by Plaintiff with the Bates Number BRANDY_0001823.

27. Attached as **Exhibit 30** is a true and correct copy of a screenshot of the Redbubble website, produced by Plaintiff with the Bates Number BRANDY_0001825.

28. Attached as **Exhibit 31** is a true and correct copy of a screenshot of the Redbubble website, produced by Plaintiff with the Bates Number BRANDY_0001817.

29. Attached as **Exhibit 32** is a true and correct copy of Shop Your TV's webpage titled, "Good Trouble: Season 1 Episode 1 Malika's Los Angeles Bolt Tee," obtained on April 29, 2020 from Shop Your TV's website (https://www.shopyourtv.com/good-trouble-season-1-episode-1-malikas-los-angeles-bolt-tee/).

30. Attached as **Exhibit 33** is a true and correct copy of a screenshot of the Redbubble website listing the results for searching "brandy melville" on the Redbubble website on September 10, 2018, produced by Plaintiff with the Bates Numbers BRANDY_0001740 to BRANDY_0001744.

31. Attached as **Exhibit 34** is a true and correct copy of a screenshot of the Google search results for "brandy melville t-shirts" on July 18, 2019, produced by Plaintiff with the Bates Numbers BRANDY_0002068 to BRANDY_0002069.

32. Attached as **Exhibit 35** is a true and correct copy of an email sent by Jason Kelly to Joshua Masur on February 18, 2020.

33. Attached as **Exhibit 36** is a true and correct copy of an email chain between Joshua Masur and Jason Kelly, dated February 24 and 25, 2020.

34. Attached as **Exhibit 37** is a true and correct copy of a screenshot of the Google search results for "redbubble brandy melville" on July 17, 2019, produced by Plaintiff with the Bates Numbers BRANDY_0002064 to BRANDY_0002065.

Case 2:19-cv-04618-RGK-JPR   Document 36-9   Filed 05/04/20   Page 6 of 8   Page ID #:1555

35.     Attached as **Exhibit 38** is a true and correct copy of a Redbubble video, titled "On Demand – The Market Opportunity," that my office obtained and that was, but no longer is, on Redbubble's website.

36.     Attached as **Exhibit 39** is a true and correct copy of a Redbubble video, titled "Redbubble Productions – Independent Art on Awesome Stuff," that my office obtained and that was, but no longer is, on Redbubble's website.

37.     Attached as **Exhibit 40** is a true and correct copy of a Redbubble video, titled "Quality, Service, Control – The Redbubble Supply Chain," that my office obtained and that was, but no longer is, on Redbubble's website.

38.     Attached as **Exhibit 41** is a true and correct copy of Brandy Melville's Instagram account (@brandymelvilleusa), produced by Plaintiff with the Bates Numbers BRANDY_0000001 to BRANDY_0000032.

39.     Attached as **Exhibit 42** is a true and correct copy of a webpage titled "Trademark" from the Redbubble website, produced by Redbubble with the Bates Numbers RBBM214339 to RBBM214341.

40.     Attached as **Exhibit 43** is a true and correct copy of a webpage titled "Someone is Infringing My Rights or the Rights of Another" from the Redbubble website, produced by Redbubble with the Bates Numbers RBBM214335 to RBBM214338.

41.     Attached as **Exhibit 44** is a true and correct copy of a screenshot of the Redbubble website listing the results for searching "coca-cola" on the Redbubble website on April 27, 2020.

42.     Attached as **Exhibit 45** is a true and correct copy of a screenshot of the Redbubble website listing the results for searching "pepsi" on the Redbubble website on April 27, 2020.

43.     Attached as **Exhibit 46** is a true and correct copy of excerpts of Redbubble's 2018 Annual Report.

/ / /

1435654
-5-
Case No. 2:19-cv-04618-RGK (JPRx)
DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF
Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

44. Attached as **Exhibit 47** is a true and correct copy of excerpts of Redbubble's 2019 Annual Report.

45. Attached as **Exhibit 48** is a true and correct copy of a screenshot of the Redbubble website listing the results for searching "brandy melville" on the Redbubble website on July 2, 2018, produced by Plaintiff with the Bates Numbers BRANDY_0001832 to BRANDY_0001835.

46. Attached as **Exhibit 49** is a true and correct copy of a screenshot of the Redbubble website listing the results for searching "brandy melville" on the Redbubble website on July 2, 2018, produced by Plaintiff with the Bates Numbers BRANDY_0001836 to BRANDY_0001839.

47. Attached as **Exhibit 50** are online articles regarding Taylor Swift wearing Brandy Melville products and shopping at Brandy Melville, produced by Plaintiff with Bates Numbers BRANDY_0002127 to BRANDY_0002128, BRANDY_0002161, and BRANDY_0002163.

48. Attached as **Exhibit 51** are online articles regarding celebrities wearing Brandy Melville products, produced by Plaintiff with Bates Numbers BRANDY_0002138 to BRANDY_0002145, BRANDY_0002151 to BRANDY_0002153, and BRANDY_0002158 to BRANDY_0002159.

49. Attached as **Exhibit 52** are online articles regarding celebrities wearing Brandy Melville products, produced by Plaintiff with Bates Numbers BRANDY_0002121 to BRANDY_0002126, BRANDY_0002130 to BRANDY_0002137, BRANDY_0002162, and BRANDY_0002164 to BRANDY_0002165.

50. Attached as **Exhibit 53** is a letter from me to Redbubble, dated May 14, 2018 and produced by Plaintiff with Bates Numbers BRANDY_0000100 to BRANDY_0000102.

/ / /

/ / /

51. Attached as **Exhibit 54** is an email chain reflecting communications between me and Redbubble on May 15, 2018, produced by Plaintiff with Bates Numbers BRANDY_0000108 to BRANDY_0000111.

52. Attached as **Exhibit 55** is a letter from me to Joshua Masur, dated July 19, 2019 and produced by Plaintiff with Bates Numbers BRANDY_0000171 to BRANDY_0000186

53. Attached as **Exhibit 56** are images of Brandy Melville products.

Executed this 4th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　*/s/ Keith J. Wesley*
　　　　　　　　　　　　　　　　　Keith J. Wesley