# EXHIBIT 5

# United States of America
## United States Patent and Trademark Office

## Brandy ♥ Melville

**Reg. No. 5,238,856**
**Registered Jul. 11, 2017**
**Int. Cl.: 3, 14, 16, 18, 20, 24, 25**
**Trademark**
**Principal Register**

Y.Y.G.M. SA (SWITZERLAND Società anonima (SA))
Via Motta 44
CH-6900 Lugano
SWITZERLAND

CLASS 3: Cleaning and polishing preparations; non-medicated soaps for personal use; perfumery; essential oils; cosmetics; cosmetics preparations for skin care; hair lotions; dentifrices

CLASS 14: Precious metals and their alloys; jewelry, precious stones; timepieces and chronometric instruments

CLASS 16: Adhesive tapes for stationery or household purposes; drawings and stencils; stickers; sketch books; pamphlets in the field of fashion; calendars; pens; leaflets about fashion

CLASS 18: Leather and imitation leather, goods made of these materials not included in other classes, namely, bags, wallets and briefcases; animal skins; trunks and suitcases; umbrellas and parasols; walking sticks; whips, harnesses and saddlery

CLASS 20: Furniture, mirrors, picture frames; ornaments of bone, horn, ivory, whalebone and mother-of-pearl, whether unworked or semi-worked; shells; meerschaum, raw or partly worked; yellow amber, raw or partly worked

CLASS 24: Fabrics for the manufacture of bed blankets and table covers

CLASS 25: Dresses; berets; footwear; stockings; socks; shirts; hats; coats; waist belts; tights; bustiers; jackets; blousons; skirts; boxer shorts; pants; footwear; sandals; shawls; underpants; sashes for wear; beachwear; beach footwear; tee-shirts; underpants

The color(s) black and pink is/are claimed as a feature of the mark.

The mark consists of the wording "BRANDY MELVILLE" in black with a pink heart between "BRANDY" and "MELVILLE".

OWNER OF U.S. REG. NO. 4093051

PRIORITY DATE OF 02-04-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1327546 DATED 07-07-2016, EXPIRES 07-07-2026

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 79-200,021, FILED 07-07-2016
STEVEN W JACKSON, EXAMINING ATTORNEY

*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

BRANDY_0002175

Ex. 5
Page 9

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h**ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

BRANDY_0002176