# EXHIBIT 9



$125 base price + $25 artist margin makes for **$150 retail price**.

## Sales and Discounts

So how do sales and discounts fit into the equation?

Remember, your markup is a percentage of the base price, meaning if the base price changes, your artist margin changes. The visual equation looks something like this:



Some of our products have bulk discounts that can affect the base price of items in larger orders. Let's look at another example to see how this affects your margin.



Let's say stickers to the US have a base price of **US$2.00**

You set a markup of **50%**, which means your margin is **$1.00**. The retail price for one sticker is then **$3.00**.



Now, let's assume the volume discount for stickers is **50%** off the base price for 5+ stickers. This means that if a customer buys 5 or more stickers, then the new base price is **$1.00**.

If you kept your markup at 50%, then 50% of $1.00 is 50 cents. The new base price (**$1.00**) plus the new artist margin (**50 cents**) means the new retail price is **$1.50**.



At the end of the 5 sticker sale, costs and payments (before taxes) round up to:

Customer pays $1.50 per sticker, meaning they paid **$7.50** total.
The total base price after the discount was **$5.00**.
You receive **50%** of the base price, meaning you get **$2.50**.

Though site-wide discounts might feel like you're making less profit, it's good to keep in mind that discounts drive customers to the site and attract them to your work.

## GST, VAT and Taxes

Redbubble is an online marketplace where artists can sell their products to customers using the Redbubble platform. Redbubble collects proceeds on behalf of the artist and deducts Redbubble's service fee, shipping costs and the supplier's manufacturing fee, before paying the remaining funds to the artist (Artist Margin).

Tax is included in orders where applicable, and may include sales tax, GST, or VAT. Because taxes vary around the world and based on personal circumstances, it is the responsibility of all artists on Redbubble to make sure they are handling their personal taxes correctly. This is further outlined in our Services Agreement.

Depending on your account settings, base prices may include GST for Australian sales, resulting in your marked-up prices being different. We recommend that you seek professional advice on whether you should or should not register for GST, and update your tax settings accordingly.

United Kingdom VAT is charged for sales in the European Union. Redbubble collects and remits UK VAT for both the base price and shipping costs to the HMRC. If you are registered for VAT then you can provide your VAT number in the tax section of your

payment settings and we will include the VAT margin on your Artist Margin. If you are not sure if you need a VAT number we recommend speaking with a tax professional.

Was this article helpful? 👍 👎

RELATED ARTICLES

RECENTLY VIEWED ARTICLES

My Work Was Removed

Restricted and Deleted Accounts

FAQs: Redbubble and the novel coronavirus COVID-19

Can't find what you're looking for?

✉ Submit a Request        🐦 Tweet us

We'll reply within 12 hours

© Redbubble  /  User Agreement  /  Privacy Policy  /  Copyright

Language: English (US)

2:00:03 PM 4/17/2020