# EXHIBIT 10



Seis Manos
Shaun of the Dead (NBCUniversal)
Space: 1999
Steven Universe™
Star Trek (not currently accepting new submissions)
Subway Surfers
Tiswas
Thunderbirds
Thunderbirds Are Go
Twin Peaks (CBS)
UFO
The Venture Bros.™
Watership Down
We Bare Bears™
Zorro

**Coming Soon:**
stay tuned... it's a surprise!

Was this article helpful?

**RELATED ARTICLES**

**RECENTLY VIEWED ARTICLES**
Someone is Infringing My Rights or the Rights of Another
Trademark
Artist Margins
My Work Was Removed
Restricted and Deleted Accounts

Can't find what you're looking for?

Submit a Request     Tweet us

We'll reply within 12 hours

© Redbubble  /  User Agreement  /  Privacy Policy  /  Copyright

Language: English (US)

2:03:04 PM 4/17/2020

Ex. 10
Page 42