# EXHIBIT 14

BRANDY_0000095

