# EXHIBIT 16



BRANDY_0000097

Ex. 16
Page 54