# EXHIBIT 17



BRANDY_0000098

Ex. 17
Page 56