# EXHIBIT 18



BRANDY_0000415

Ex. 18
Page 58