# EXHIBIT 20



BRANDY_0000057



# Brandy ♥ Melville

## Table of Contents

1) Brand DNA
2) Marketing / PR
3) Retail Concept
4) Global Retail Locations

BRANDY_0000058

## Brand DNA





- The brand represents classic Italian fashion elements, combined with California lifestyle and vintage details.

- Designs are focused on fabrication, wash, fit and intellectual details rather than logos.

- The product line consists of a complete line of affordable (Avg. $20 USD) tops, sweaters, dresses and bottoms in a variety of extraordinary colors.

- Styles are produced in "one size fit most" to create a unique shopping experience and make customers feel individualistic.



Brandy ♥ Melville

## Marketing / PR

- Brandy Melville avoids traditional advertising methods (i.e. magazines, catalogues, e-mails, etc.) and logo-oriented branding. Instead, Brandy Melville takes an editorial approach, connecting with its consumer almost exclusively through authentic touchpoints via social media.



- Brandy Melville is ranked in the **Top 10** most popular brands on Instagram with currently **6 Million** engaged followers globally.



Brandy ♥ Melville

BRANDY_0000060

# Marketing / PR

- Brandy's marketing expresses youth, best friends, experiences and the love of life.

Brandy ♥ Melville

BRANDY_0000061

## Marketing / PR

- Within the marketing, product visual merchandising takes on an art form and is integrated in the social media campaign.



Brandy ♥ Melville

BRANDY_0000062

# Marketing / PR

- Within the marketing, product visual merchandising takes on an art form and is integrated in the social media campaign.



Brandy ♥ Melville

# Marketing / PR

- Brandy Melville has been embraced by one of music's most popular artist, Taylor Swift. Taylor has posted multiple pictures on herself wearing Brandy on her Instagram account shared with her **103 million followers.**



Brandy ♥ Melville

BRANDY_0000064

## Marketing / PR

- From celebrities to fashion bloggers and trend-setting teens, the fan base continues to grow rapidly.


SELENA GOMEZ


TAYLOR SWIFT


GIGI HADID


KYLIE JENNER


EMMA ROBERTS


VANESSA HUDGENS

Brandy ♥ Melville

BRANDY_0000065

# Marketing / PR


KENDALL JENNER


VANESSA HUDGENS




KYLIE JENNER


MILEY CYRUS


RUMI NEELY


WILLOW SMITH

Brandy ♥ Melville

BRANDY_0000066

# Marketing / PR

❤ Brandy Melville was recently described by the **Financial Times** as being a "phenomenon" and "the ultimate teen girl-gang brand."



Brandy ♥ Melville

BRANDY_0000067

Ex. 20
Page 72

BRANDY_0000068

Brandy ♥ Melville

## Marketing / PR

- The Business of Fashion, an important fashion industry resource, showcased Brandy Melville as "Brand that sells exactly what millennials want"

**THE FASHION LAW**

A LEADING SOURCE FOR FASHION LAW AND THE BUSINESS OF FASHION

ABOUT  OA11VLINtcS  REFERENCE  PRESS  PARTNERSHIPS  SEARCH

Brandy Melville: The Controversial Brand that Sells Exactly What Millennials Want



# Retail Design / Concept

- Brandy Melville stores are merchandised with a boutique feel leveraging antique furniture, warm lighting, weathered woods and custom signs.







Brandy ♥ Melville

BRANDY_0000069

# Retail Design / Concept

- New styles are produced in small batches and shipped to shops twice a week to consistently provide newness and increase customer frequency/visits



Brandy ♥ Melville

BRANDY_0000070

# Retail Design /Concept

- Custom Stickers, Brandy Melville Instagram cards, and vintage patches applied through the stores create a one-of-kind signature décor.









Brandy ♥ Melville

# Global Retail Locations

- Brandy Melville is currently distributed in over **500** points of sales around the world.

| | STORES | WHOLESALE | TOTAL |
|---|---|---|---|
| US | 33 | 410 | 443 |
| CANADA | 9 | 0 | 9 |
| **NORTH AMERICA** | 42 | 410 | **452** |
| ITALY | 16 | 0 | 16 |
| SWITZERLAND | 11 | 0 | 11 |
| GERMANY | 6 | 0 | 0 |
| SPAIN | 5 | 0 | 0 |
| UK | 5 | 1 | 6 |
| FRANCE | 5 | 0 | 5 |
| OTHER | 7 | 0 | 7 |
| **EUROPE** | 55 | 1 | **56** |
| SINGAPORE | 1 | 0 | 1 |
| HONG KONG | 1 | 0 | 1 |
| BANGKOK | 2 | 0 | 2 |
| BALI | 1 | 0 | 1 |
| **SOUTHEAST ASIA** | 5 | 0 | **5** |
| **TOTAL** | 102 | 411 | **513** |



Brandy ♥ Melville

BRANDY_0000072

Ex. 20
Page 77

## Global Retail Locations

- Brandy Melville has prime locations in the most influential cities in the world.

| | STORES |
|---|---|
| LOS ANGELES | 9 |
| SAN FRANCISCO | 7 |
| NEW YORK | 6 |
| LONDON | 5 |
| ROME | 3 |
| BERLIN | 3 |
| BARCELONA | 3 |
| PARIS | 2 |
| MILAN | 2 |
| ZURICH | 2 |
| BANGKOK | 2 |
| SINGAPORE | 1 |
| HONG KONG | 1 |
| BALI | 1 |
| OTHER | 71 |
| **TOTAL** | **102** |



Brandy ♥ Melville

BRANDY_0000073

# Global Retail Locations

- Brandy Melville has prime locations in the most influential cities in the world.









Brandy ♥ Melville

BRANDY_0000074



BRANDY_0000075