# EXHIBIT 21



BRANDY_0000416