# EXHIBIT 22



BRANDY_0000417