# EXHIBIT 23



BRANDY_0000419