# EXHIBIT 24







Ex. 24
Page 90

View YellowTeaCups's shop

## Similar designs
Explore similar designs from over 700,000 independent artists.

| Soda bottles by Cultured... | 7 Up by Brynloots | Coca Cola logo classic bi... | 7up logo by OceanWolffe | Netflix RED by sofiaprie | Google Chrome by Jaco... |
| --- | --- | --- | --- | --- | --- |
| $2.50 | $2.60 | $2.70 | $2.50 | $2.60 | $2.50 |
| Coca Cola Vintage Bottl... | Fresca by MattnEwan | Mr. Pibb by aBrandwNo... | Share a Coke by chvistine | Korean Berry Milk by cla... | FLAVOR TOWN USA - GU... |
| $2.91 | $2.50 | $3.64 | $3.33 | $2.50 | $2.50 |

Stickers Tags

1:42:54 PM 4/15/2020

Ex. 24
Page 91





