# EXHIBIT 25





2:06:09 PM 4/15/2020



2:07:09 PM 4/15/2020







2:10:03 PM 4/15/2020