# EXHIBIT 27



"los angeles lightning bolt teal - brandy melvile" T-shirt by Simplykatie | Redbubble

**Refer a friend**, get **$10 off** for them and **$10** for you. Use your offer on our newly discounted **tees**.

Sell your art Login Signup

REDBUBBLE brandy melville t-shirt los angeles

Women's Men's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

los angeles lightning bolt teal - brandy melvile Fitted V-Neck T-Shirt

Designed by **Katie's Stickers**

$26.52

S M L XL 2XL

Add to cart

View size guide

Delivery
Express by 29 May
Standard between 29 - 31 May

### Available t-shirt styles

Fitted T-Shirt
$20.78

Fitted Scoop T-Shirt
$26.52

Fitted V-Neck T-Shirt
$26.52

Premium Scoop T-Shirt
$23.77

View this design on +36 products

### Features

- Flattering slim fit (order a size up if you prefer less fitting)
- Solid colors are 100% cotton, heathered fabrics are 90% cotton, 10% polyester
- Cold wash and hang out to dry to preserve your print
- Printed specifically for you, using your individual choice of art
- Ethically sourced

### Reviews

+ Read all 28 reviews

Get 10% off when you sign up for super fun emails. Your email address Let's go!

https://www.redbubble.com/people/simplykatie/works/38633659-los-ang... 5/21/2019

BRANDY_0002040

Ex. 27
Page 105

"los angeles lightning bolt teal - brandy melvile" T-shirt by Simplykatie | Redbubble





