# EXHIBIT 28







"Copy of los angeles lightning bolt black - brandy melvile" T-shirt by Simplykatie | Redbubble

Get 25% off all clothing. Sartorialists rejoice. Code: STANDOUT
Offer ends in 09:51:28

Sell your art Login Signup

REDBUBBLE brandy melville t-shirt los angeles

Women's Men's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

## Copy of los angeles lightning bolt black - brandy melvile Slim Fit T-Shirt

Designed by Katie's Stickers

$20.78

S M L XL 2XL 3XL

Add to cart

View size guide

Delivery
Express by 30 May
Standard between 30 May - 3 June

### Available t-shirt styles

Classic T-Shirt
$20.78

Long Sleeve T-Shirt
$30.15

Long T-Shirt
$30.15

Baseball ¾ Sleeve T-Shirt
$30.15

View this design on +36 products

### Features

- Solid color t-shirts are 100% cotton; heather grey is 90% cotton, 10% polyester; charcoal heather is 52% cotton, 48% polyester
- Ethically sourced
- Slim fit, but if that's not your thing, order a size up
- 4.2 oz (145g), but if that's too light, try our heavier Classic T-Shirt

### Reviews

+ Read all 150 reviews

https://www.redbubble.com/people/simplykatie/works/38633665-copy-of... 5/21/2019

BRANDY_0002037

"Copy of los angeles lightning bolt black - brandy melvile" T-shirt by Simplykatie | Redbubble

T-Shirts Tags

Ron Jon Surf Surfing Surfer Beach Ocean Hydroflask Laptop Hydro Flask Mirror California Chill Tea Trendy Girly Trend Text Message Birks Crocs Sand Summer Lax Lacrosse Swim Soccer Gym G

Ron Jon Surf Surfing Surfer Beach Ocean Hydroflask Laptop Hydro Flask Mirror California Chill Tea Trendy Girly Trend Text Message Birks Crocs Sand Summer Lax Lacrosse Swim Soccer Gym G

Report Content / Copyright infringement

10% off, promos, and the best indie art ever!

Your email address

USD$ - English Mature content: Hidden

**Shop**
- Delivery
- Returns
- Login
- Signup
- Sell your art
- Bulk orders

**About**
- About Us
- Affiliates
- Give $10, Get $10
- Student Discount
- Jobs
- Blog
- Artist Blog

**Help**
- Help Center
- Guidelines
- Copyright
- Investor Center
- Contact Us

**Social**
- Instagram
- Facebook
- Twitter
- Tumblr
- Pinterest

REDBUBBLE

User Agreement Privacy Policy Redbubble uses cookies: Cookie Policy

App Store

© Redbubble. All Rights Reserved