# EXHIBIT 29



BRANDY_0001823