# EXHIBIT 30



BRANDY_0001825

Ex. 30
Page 115