# EXHIBIT 31

BRANDY_0001817

Ex. 31
Page 117