# EXHIBIT 32

4/29/2020 Good Trouble: Season 1 Episode 1 Malika's Los Angeles Bolt Tee | Shop Your TV

Type Category        Search


(https://www.shopyourtv.com/)



SEASON 1 EPISODES

SEASON 2 EPISODES

CHARACTERS

Know where at outfit is from/Want to find an outfit we don't have posted yet? Ask about it in our Facebook Forum (https://www.facebook.com/group/shopyourtvforum).

HOME (HTTPS://WWW.SHOPYOURTV.COM/) › GOOD TROUBLE (HTTPS://WWW.SHOPYOURTV.COM/GOOD-TROUBLE/) › GOOD TROUBLE: SEASON 1 EPISODE 1 MALIKA'S LOS ANGELES BOLT TEE

4/29/2020  Good Trouble: Season 1 Episode 1 Malika's Los Angeles Bolt Tee | Shop Your TV




(https://www.shopyourtv.com/)



### More from...

BRANDY MELVILLE,
GOOD TROUBLE SEASON 1,
ZURI ADELE

GOOD TROUBLE 1X01,
MALIKA WILLIAMS,

### Details...

Malika (Zuri Adele) wears this yellow graphic los angeles california bolt printed graphic cropped navy tee in this episode of Good Trouble, "DTLA".

It is the Brandy Melville Serena Los Angeles Lightning Bold Top. Buy it HERE (https://www.brandymelvilleusa.com/serena-los-angeles-lightning-bolt-top.html) for $20.00

More LA tees:

⊙  LEAVE A COMMENT (HTTPS://WWW.SHOPYOURTV.COM/GOOD-TROUBLE-SEASON-1-EPISODE-1-MALIKAS-LOS-ANGELES-BOLT-TEE/#RESPOND)   /
♡ 9 (HTTPS://WWW.SHOPYOURTV.COM/WP-ADMIN/ADMIN-AJAX.PHP?ACTION=PROCESS_SIMPLE_LIKE&NONCE=58208A9EAE&POST_ID=124002&DISABLED=TRUE&IS_COMMENT=0)

Ex. 32
Page 120

 (https://www.shopyourtv.com/)

Type Category    Search

f (//www.facebook.com/sharer.php?u=https://www.shopyourtv.com/good-trouble-season-1-episode-1-malikas-los-angeles-bolt-tee/)

(//twitter.com/share?url=https://www.shopyourtv.com/good-trouble-season-1-episode-1-malikas-los-angeles-bolt-tee/)

G+ (//plus.google.com/share?url=https://www.shopyourtv.com/good-trouble-season-1-episode-1-malikas-los-angeles-bolt-tee/)

in (//linkedin.com/shareArticle?mini=true&url=https://www.shopyourtv.com/good-trouble-season-1-episode-1-malikas-los-angeles-bolt-tee/&title=Good%20Trouble%3A%20Season%201%20Episode%201%20Malika%26%238217%3Bs%20Los%20Angeles%20Bolt%20Tee)

(//pinterest.com/pin/create/button/?url=https://www.shopyourtv.com/good-trouble-season-1-episode-1-malikas-los-angeles-bolt-tee/&media=https://www.shopyourtv.com/wp-content/uploads/2019/01/Good-Trouble-1x01-1.png&description=Good%20Trouble%3A%20Season%201%20Episode%201%20Malika%26%238217%3Bs%20Los%20Angeles%20Bolt%20Tee)

t (http://www.tumblr.com/share/link?url=https://www.shopyourtv.com/good-trouble-season-1-episode-1-malikas-los-angeles-bolt-tee/&title=Good%20Trouble%3A%20Season%201%20Episode%201%20Malika%26%238217%3Bs%20Los%20Angeles%20Bolt%20Tee)

**KIRSTY** (HTTPS://WWW.SHOPYOURTV.COM/AUTHOR/KIRSTY-BELL/)

Hey! I'm Kirsty, I am one of the original members of Shop Your TV starting in 2011. My sister owns the website and together we have helped to develop it to what it is today. I began working for Shop Your TV whilst studying, and after completing my University studies in 2016 I have committed to the website on a full time basis. I love posting for Shop Your TV, and it has become such a fun and important part of my life. I first started off with Disney and Nickelodeon shows and was the owner of: Dressing Like Disney (http://www.dressinglikedisney.com) and All About Sam and Cat (http://allaboutsamandcat.blogspot.com) . From there I have also owned multiple tumblr TV show fashion blogs for Riverdale (http://www.riverdalewardrobe.tumblr.com) and Runaways (http://runawaysfashion.tumblr.com) . My favourite shows are Riverdale (https://www.shopyourtv.com/riverdale), The Good Place (https://www.shopyourtv.com/the-good-place), The Last Man on Earth (https://www.shopyourtv.com/the-last-man-on-earth), Jane The Virgin (https://www.shopyourtv.com/jane-the-virgin), Atypical (https://www.shopyourtv.com/atypical), 13 Reason Why (https://www.shopyourtv.com/13-reasons-why), and Brooklyn Nine-Nine (https://www.shopyourtv.com/brooklyn-nine-nine). I also have a soft spot for binge-worthy Netflix shows .

(https://www.shopyourtv.com/author/kirsty-bell/)

f (http://www.facebook.com/shopyourtv)     (http://www.twitter.com/shopyourtv)     (http://www.instagram.com/shopyourtv)     (http://www.pinterest.com/shopyourtv)

**YOU MAY ALSO LIKE**

Ex. 32
Page 121

4/29/2020　　　　　　　　　Good Trouble: Season 1 Episode 1 Malika's Los Angeles Bolt Tee | Shop Your TV

| Type Category | Search |



(https://www.shopyourtv.com/good-trouble-season-2-episode-15-marianas-satin-robe/)

GOOD TROUBLE: SEASON 2 EPISO … (HTTPS://WWW.SHOPYOURTV.COM/GOOD-TROUBLE-SEASON-2-EPISODE-15-MARIANAS-SATIN-ROBE/)
13 FEBRUARY 2020



(https://www.shopyourtv.com/good-trouble-season-2-episode-15-davias-dyed-wrap-plaid-top/)

GOOD TROUBLE: SEASON 2 EPISO … (HTTPS://WWW.SHOPYOURTV.COM/GOOD-TROUBLE-SEASON-2-EPISODE-15-DAVIAS-DYED-WRAP-PLAID-TOP/)
13 FEBRUARY 2020

4/29/2020 Good Trouble: Season 1 Episode 1 Malika's Los Angeles Bolt Tee | Shop Your TV



(https://www.shopyourtv.com/)

| Type Category | Search |

(https://www.shopyourtv.com/good-trouble-season-2-episode-15-alices-striped-sleeve-hoodie/)

GOOD TROUBLE: SEASON 2 EPISO … (HTTPS://WWW.SHOPYOURTV.COM/GOOD-TROUBLE-SEASON-2-EPISODE-15-ALICES-STRIPED-SLEEVE-HOODIE/)
13 FEBRUARY 2020

---

LEAVE A COMMENT

Name *

Email *

Website

Your Comment *

POST COMMENT

Ex. 32
Page 123

| Type Category | Search |

© 2017 POWERED BY SHOPYOUR TV (HTTP://HTTPS://WWW.SHOPYOURTV.COM/)

 (http://www.facebook.com/shopyourtv)   (http://www.twitter.com/shopyourtv)  G+   (http://www.instagram.com/shopyourtv)   (http://www.pinterest.com/shopyourtv)
   (http://www.shopyourtv.tumblr.com)

Ex. 32
Page 124