# EXHIBIT 33





BRANDY_0001741

Ex. 33
Page 127

Brandy Melville: Gifts & Merchandise | Redbubble



https://www.redbubble.com/shop/brandy+melville?page=1&rbs=b5d2f5fe-9f19-47be-b692-4bfd0f484d81  09/10/2018

BRANDY_0001742



BRANDY_0001743

Ex. 33
Page 129



**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more

**Local Support**
24/7 Dedicated support
Submit a request

Home › Brandy Melville › Most Relevant

High quality Brandy Melville inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

## Related searches

Tumblr | Trendy | Hipster | Funny | Cute | Girly | Trending | Popular | Love | Fashion | Sticker

10% off, promos, and the best indie art ever!

Your email address

USD$ - English    Mature content: Hidden

**Shop**
- Delivery
- Returns
- Login
- Signup
- Sell your art

**About**
- About Us
- Affiliates
- Give $10, Get $10
- Student Discount
- Jobs
- Blog

**Help**
- Help Centre
- Guidelines
- Copyright
- Investor Centre
- Contact Us

**Social**
- Instagram
- Facebook
- Twitter
- Tumblr
- Pinterest

REDBUBBLE

User Agreement    Privacy Policy    Redbubble uses cookies: Cookie Policy

VISA  PayPal  Pay  pay

Download on the App Store

© Redbubble. All Rights Reserved