# EXHIBIT 34



Google brandy melville t-shirts Sign in

All Shopping Images Maps News More Settings Tools

Page 3 of about 3,490,000 results (0.53 seconds)

See brandy melville t-shirts Sponsored

Dartmouth College Lacros…
$14.95
Dartmouth Coop

Brandy Melville Tops | Brandy…
$35.00
Poshmark

Truly Madly Deeply Butterfl…
$29.00
Urban Outfitters

Brandy Melville Other | Last On…
$100.00
Used
Poshmark

Women's Cotton Box-Cut Pocke…
$18.00
Everlane
(848)

Tops - Clothing - Brandy Melville
https://www.brandymelville.co.uk/clothing/tops ▾
Graphics · Long Sleeves · Short Sleeves · Embroidery · Band **Tees** · Accessories · Jewellery + · Chokers · Bracelets · Necklaces · Earrings · Rings · Hats & Caps ...

7 Stories Like Brandy Melville That You'll Love | Who What Wear
https://www.whowhatwear.com/stores-like-brandy-melville ▾
Jul 10, 2019 - 7 Stores You'll Love If You Can't Get Enough of **Brandy Melville**. by Bianca ... Stitches Ladies Multi Stripe Cropped **T-Shirt** ($12) $6 · Pinterest.

#brandymelville - Depop
https://www.depop.com/search/?q=%23brandymelville ▾
$30 · **#brandymelville** heart top #croptop #unif. $19 · **brandy melville** floral genevieve skirt. $27 · honey **t shirt** from brandy. $6 · **brandy melville** green rae top. $25.

Brandy Melville T-Shirts | Redbubble
https://www.redbubble.com › T-Shirts › Brandy Melville ▾
High quality **Brandy Melville** inspired **T-Shirts** by independent artists and designers from around the world.All orders are custom made and most ship worldwide ...

What is the obsession with Brandy Melville? – The Apache Pow Wow
https://theapachepowwow.net/2514/.../what-is-the-obsession-with-brandy-melville/ ▾
Sep 29, 2017 - **Brandy Melville's** clothes are quite soft, or at least their **t-shirts** are. These simple tees with occasionally a small embroidery, are comfortable ...

Brandy Melville on Sale - Up to 85% off at Tradesy
https://www.tradesy.com/brandy-melville/ ▾
See why fashionistas trust Tradesy for guaranteed authentic **Brandy Melville** at up to 85% off. Safe shipping and easy returns.

Black Brandy Melville Tee Shirts - Up to 70% off a Tradesy
https://www.tradesy.com/brandy-melville-womens-tee-shirts/black/ ▾
Shop new and gently used Black **Brandy Melville Tee Shirts** and save up to 70% at Tradesy, the marketplace that makes designer resale easy.

Fashion 15 Things I Can't Help But Want From Brandy Melville I know ...
https://www.refinery29.com/en-us/.../brandy-melville-fall-2017-collection-best-styles ▾
Aug 4, 2017 - 15 Things I Can't Help But Want From **Brandy Melville** ... it's super-affordable, which is nice when I just paid rent but still want a few new **T-shirts**.

270 Best * Brandy Melville * images in 2019 | Dressy outfits ...
https://www.pinterest.com/haleygiavara/brandy-melville/
Serena Los Angeles Lightning Bolt Top **Brandy Melville** Graphic **Tees**, ..... Hailie Top - **Brandy Melville Brandy Melville**, Blue Tops, Cotton **Tee**, White Shorts ...

brandy melville t-shirts - Google Search                                                                                  Page 2 of 2

**36 Best Brandy Melville images in 2018 | Brandy melville clothing ...**
https://www.pinterest.com/eleanoracarter/brandy-melville/
the best clothes u will ever see. See more ideas about **Brandy melville** clothing, **Brandy melville** outfits and **T shirts**.

Searches related to brandy melville t-shirts

| | |
|---|---|
| brandy melville **tops** | **pacsun** brandy melville |
| brandy melville **near me** | brandy melville **car shirt** |
| brandy melville **graphic tees** | brandy melville **just in** |
| brandy melville **uk** | brandy melville **coupon code** |

Previous    1 2 **3** 4 5 6 7 8 9 10    Next

**90035, Los Angeles, CA** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

https://www.google.com/search?q=brandy+melville+t-shirts&client=firefox-b-1-d&ei=Ob…    7/18/2019

BRANDY_0002069