# EXHIBIT 35

**Jason Kelly**

| | |
|---|---|
| **From:** | Jason Kelly |
| **Sent:** | Tuesday, February 18, 2020 4:03 PM |
| **To:** | Joshua Masur |
| **Cc:** | Ken Wilson; Debora Sanfelippo; Keith Wesley; Ryan Q. Keech; Lachmin Singh |
| **Subject:** | Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc. -- Depositions |

Josh,

As we discussed this afternoon, the witnesses Redbubble noticed are available for deposition next week in New York City.  Please let me know if you intend to depose them then.

Also, below I have provided citations to deposition transcripts from *Atari v. Redbubble* that Redbubble designated confidential and that we propose using in this case.  Please let me know by the end of this week if you will allow us to use these excerpts in this case (subject to the protective order).

Thank you for your attention.

**Arnaud Deshais**
- 76:20-100:18
- 109:16-113:1

**Jenny Renee Greenhough**
- 24:18-20
- 36:4-37:1
- 39:6-40:16
- 55:18-58:9
- 68:2-69:13
- 70:24-72:17
- 77:12-78:7
- 82:16-91:12
- 121:7-19
- 123:16-125:19
- 131:24-25

**James Toy (Rule 30(b)(6))**
- 39:5-41:15
- 79:2-8; 79:19
- 80:8
- 87:14-88:11
- 98:6
- 123:8-128:11
- 128:22-136:1
- 139:16-146:25
- 148:21-150:18
- 151:4-154:19
- 156:10-157:23
- 158:2-161:12

- 161:17-163:18
- 170:19-171:14
- 174:2-177:6
- 177:10-178:2
- 181:16-190:15
- 192:6-194:19
- 198:18-24
- 202:23-203:9
- 205:6-15

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

2