# EXHIBIT 36

# Jason Kelly

| | |
|---|---|
| **From:** | Joshua Masur <JMasur@zuberlawler.com> |
| **Sent:** | Tuesday, February 25, 2020 11:06 AM |
| **To:** | Jason Kelly |
| **Cc:** | ken@coastsidelegal.com; Debora Sanfelippo; Keith Wesley; Ryan Q. Keech; Ashford Kneitel; Melissa Zito |
| **Subject:** | RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc. |

Thanks, Jason.

Please advise as to whom we should add to security for this week's depositions.

Please also confirm whether you plan to produce additional documents prior to the depositions.

Thanks.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Monday, February 24, 2020 6:42 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Keith Wesley <kwesley@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>
**Subject:** Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.

Mr. Masur,

I write to confirm our telephonic discussion this afternoon.

Regarding the deposition transcripts of Arnaud Deshais, Jenny Greenhough, and James Toy (Rule 30(b)(6)) from the *Atari v. Redbubble* litigation, Redbubble agrees that Brandy Melville may use in this case the non-confidential portions of those transcripts, as well as the confidential portions I identified in my e-mail sent on February 18, 2020.  The portions that Redbubble designated confidential will be treated as confidential under the protective order in this case.  The presumptive duration of any deposition of Deshais or Greenhough in this case will be reduced by 45 minutes; and the presumptive duration of the Rule 30(b)(6) deposition will be reduced by 2 hours.

Regarding Brandy Melville's responses to Redbubble's Requests for Production and Brandy Melville's document production, as I mentioned, Brandy Melville's responses were served nearly three months ago.  Redbubble did not take issue with these responses, the offer therein to meet and confer regarding the scope of certain of Redbubble's requests, or Brandy Melville's January 2020 document production of nearly 2,400 pages of relevant documents until last night.  We have produced another 800+ pages of relevant documents this evening (several of which are designated Confidential – Attorney's Eyes Only).

You mentioned you expect to serve the deposition notices for this week's depositions sometime this evening or tomorrow morning.  I also stated that we intend to depose Redbubble and its witnesses between March 18 and 31, 2020.  We plan to get you the deponents' names by the end of this week.

Thank you for your attention.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____