# EXHIBIT 37

7/17/2019                                                        redbubble brandy melville - Google Search

Google    | redbubble brandy melville                                    🔍 |                    Sign in

🔍 All      🛒 Shopping    🖼 Images    🗺 Maps    📰 News    ⋮ More          Settings    Tools

About 563,000 results (0.35 seconds)

See redbubble brandy melville                                              Sponsored

**Butterfly Brandy Melville**          **New Zealand (Brandy Melville**      **Brandy Melville Tops | Brandy**
**Design Unisex T-Shirt**              **style) Women's T-Shirt**            **Store Pick Ups | Color:...**
$17.20                                 $17.20                               $5.00
Redbubble                              Redbubble                            Poshmark

RedBubble - Awesome Products | Created By Independent Artists
[Ad] www.redbubble.com/ ▾
Connecting 700,000 independent artists with millions of fans around the world. Tons of Gift-
Worthy Gear. Hassle free returns. Categories: Kids & Babies, Wall Art, Greeting Cards, Stickers,...

**Top Selling Stickers**              **Trending Shirts**
New Designs Added Daily               Millions Of Unique Designs
See What's Trending Now               Ethically Sourced

Brandy Melville Stickers | Redbubble
https://www.redbubble.com › Brandy Melville › Stickers ▾
Stickers featuring millions of original designs created by independent artists. Decorate your
laptops, water bottles, notebooks and windows. White or transparent.

Brandymelville Stickers | Redbubble
https://www.redbubble.com › Brandymelville › Stickers ▾
Stickers featuring millions of original designs created by independent artists. Decorate your
laptops, water bottles, notebooks and windows. White or transparent.

Brandy Melville Gifts & Merchandise | Redbubble
https://www.redbubble.com/shop/brandy+melville ▾
High quality **Brandy Melville** inspired T-Shirts, Posters, Mugs and more by independent artists
and designers from around the world.All orders are custom made ...

Brandy Melville Women's Clothes | Redbubble
https://www.redbubble.com › Brandy Melville › Women's ▾
High quality **Brandy Melville** inspired Women's Clothes by independent artists and designers
from around the world.All orders are custom made and most ship ...

Brandy Melville T-Shirts | Redbubble
https://www.redbubble.com › T-Shirts › Brandy Melville ▾
High quality **Brandy Melville** inspired T-Shirts by independent artists and designers from around
the world.All orders are custom made and most ship worldwide ...

Brandy Melville Home Decor | Redbubble
https://www.redbubble.com › Home Decor › Brandy Melville ▾
Online shopping for high-quality **Brandy Melville** Home Decor by independent artists and
designers from around the world. Decorate your house with pillows, ...

https://www.google.com/search?source=hp&ei=NVcvXfX_KZTU-gSwqqz4Bw&q=redbubble+brandy+melville&oq=redbubble+brandy+melville&gs_l=ps...   1/2

BRANDY_0002064

Ex. 37
Page 141

7/17/2019                                    redbubble brandy melville - Google Search

### Teen-Favored Retailer Brandy Melville is Suing Over ...
www.thefashionlaw.com/.../teen-favored-retailer-brandy-melville-is-suing-... ▾
Jun 3, 2019 - image: **Brandy Melville**. Amazon is not the only platform filled with fakes.
According to a new lawsuit, **Redbubble** is, too. In a suit filed late last ...

### Brandy Melville Stickers in 2019 | Your Pinterest Likes ...
https://www.pinterest.com/pin/384283780694511149/
Jan 19, 2019- Shop from 1000**+** unique **Brandy Melville** Stickers on **Redbubble**. Buy 10, get 50**%**
off! Perfect to stick...

### Brandy Melville Stickers - Pinterest
https://www.pinterest.com/pin/471170523012025996/
Shop from 1000+ unique **Brandy Melville** Stickers on **Redbubble**. Buy 10, get 50% off! Perfect to
stick...

### Images for redbubble brandy melville



→   More images for redbubble brandy melville                     Report images

### Searches related to redbubble brandy melville

brandy melville **stickers amazon**              brandy melville **smiley face sticker**
**what to do with** brandy melville **stickers**    brandy melville **shark sticker**
**are** brandy melville **stickers waterproof**     **rare** brandy melville **stickers**
brandy melville **iron on stickers**              brandy melville **closing**

1  2  3  4  5  6  7  8  9  10        **Next**

**Beverly Hills, California** - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

BRANDY_0002065

Ex. 37
Page 142