**EXHIBIT FILED WITH THE COURT IN NATIVE FORMAT**

# EXHIBIT 40