# EXHIBIT 41



BRANDY_0000001



BRANDY_0000002

Ex. 41
Page 148



BRANDY_0000003

Ex. 41
Page 149



BRANDY_0000004



BRANDY_0000005

Ex. 41
Page 151



BRANDY_0000006

Ex. 41
Page 152



BRANDY_0000007

Ex. 41
Page 153



BRANDY_0000008

Ex. 41
Page 154



BRANDY_0000009

Ex. 41
Page 155



BRANDY_0000010

Ex. 41
Page 156



BRANDY_0000011

Ex. 41
Page 157



BRANDY_0000012

Ex. 41
Page 158



BRANDY_0000013



BRANDY_0000014



BRANDY_0000015

Ex. 41
Page 161



BRANDY_0000016

Ex. 41
Page 162



BRANDY_0000017

Ex. 41
Page 163



BRANDY_0000018

Ex. 41
Page 164



BRANDY_0000019



BRANDY_0000020

Ex. 41
Page 166



BRANDY_0000021

Ex. 41
Page 167



BRANDY_0000022

Ex. 41
Page 168



BRANDY_0000023



BRANDY_0000024

Ex. 41
Page 170



BRANDY_0000025

Ex. 41
Page 171



BRANDY_0000026

Ex. 41
Page 172



BRANDY_0000027



BRANDY_0000028

Ex. 41
Page 174



BRANDY_0000029

Ex. 41
Page 175



BRANDY_0000030



BRANDY_0000031

Ex. 41
Page 177



1:23:20 PM 1/17/2020                                    instagram.com/brandymelvilleusa