# EXHIBIT 42

Trademark – Redbubble

r

Sorry, our help centre doesn't currently work in browsers set to 'private mode', please disable and reload the page to 

# Trademark

[WhatÕs a trademark?](#)

[Can I use someone else's trademark in my own artwork?](#)

## WhatÕs a trademark?

A trademark is a word, phrase, design or combination of those things that identifies and distinguishes the source of a product from others. People often think of trademarks as representing brands.



*Here's an imaginary example of a trademarked company logo*

## Can I use someone elseÕs trademark in my own artwork?

A trademark is meant to represent a brand and protect against consumer confusion. If you were to use the title of a video game or a companyÕs logo in your artwork, depending on how itÕs used, it could amount to trademark infringement or lead a consumer to believe that the t-shirt youÕre selling is official merchandise being sold by the brand youÕve referenced. Unless youÕve worked out a deal with the owner of the specific trademark you used, or youÕre using the trademark in a legally acceptable way, your actions may infringe.

It can even be trademark infringement if you modify a companyÕs logo before using it in your art. Changing the color, shape, or font of *WatchimadoodadÕ*s logo may still be similar enough to the original and amount to trademark infringement or a similar violation of someoneÕs rights, like unfair competition or passing off.

CONFIDENTIAL

RBBM214339

Ex. 42
Page 180

Trademark – Redbubble



But what about fair use, you might ask? In some countries, there is something called "trademark fair use," but again, unfortunately it can be really hard to figure out if using a company's name or logo in your artwork is fair use. See "What's fair use?" for more info. There may also be other defenses or exceptions to trademark infringement in other countries. As always, if you're not sure whether your work would infringe someone's trademark rights, it's best to seek advice from an attorney before you upload it to the Redbubble marketplace.

### Obligatory Yet Very Important Legal Disclaimer:

Don't be fooled by any complicated jargon (and how snazzy we look in pinstripe). We are not your lawyer and this is not legal advice. We recommend contacting an attorney if you need an actual legal consultation.

Rather, this is general information aimed at giving you the legal lay of the land. While we can't defend you in court, we know that art and IP ownership can be murky territory; the least we can do is arm you with the right kind of knowledge to get you started.

Was this article helpful? 

### RELATED ARTICLES

Fair Use and Other Defenses

Publicity Rights

Intellectual Property FAQ

Copyright

CONFIDENTIAL                                                                                         RBBM214340

Trademark – Redbubble

Fan Art

Can't find what you're looking for?

Submit a Request

We'll reply within 4 hours

Tweet us

Mon. - Fri. 900 - 1800 PST

About Us      Blog
Ideas         Jobs
Contact Us    Help
Delivery      Returns

Language:   English (US)

© Redbubble  /  User Agreement  /  Privacy Policy  /  Copyright

**CONFIDENTIAL**                                              **RBBM214341**