# EXHIBIT 43



Sorry, our help centre doesn't currently work in browsers set to 'private mode', please disable and reload the page to



# Someone is Infringing My Rights or the Rights of Another

What if a user of the Redbubble marketplace is infringing my rights?

What should I do if I see something on Redbubble that I think may infringe another's rights?

What can I do if my artwork is being used somewhere on the Internet without my permission?

## What if a user of the Redbubble marketplace is infringing my rights?

Don't just scream "I DECLARE INFRINGEMENT!" into the sky loudly; we may not hear it over at HQ.

Seriously though, Redbubble follows a takedown process modeled after the process set forth in the U.S. Digital Millennium Copyright Act (DMCA), which provides rights holders the ability to issue takedown notices and the alleged infringers to counter claims of infringement.

To learn more about our takedown and counter notice process, please read our IP and Publicity Rights Policy, which can be found here.

## What should I do if I see something on Redbubble that I think may infringe another's rights?

First, resist the urge to go all vigilante crime-fighter.

While your intentions are good, only the person who holds the intellectual property rights (or someone acting on their behalf, like an attorney) can lodge a valid takedown notice under Redbubble policy and applicable law.

So why is the law set up this way? The rights holder is in the best position to identify what he or she considers infringing. There could be some fact that you don't know about as to why the content owner did or didn't file a complaint about a particular user's work. For example, perhaps a license has been granted or the owner considers the work fair use.

## What can I do if my works are being used somewhere on the Internet without my permission?



Eye patches, hook hands, phrases like "Argh Matey". Yeah. Pirates are awesome.

Internet pirates, on the other hand? Not so awesome. We don't stand for people stealing the work of Redbubble users (or stealing the work of anyone), so we do what we can to safeguard your artwork on our site. If you happen to find a work being used without your permission by another Redbubble user, you can send us a takedown notice and we'll handle it promptly according to our policies.

However, we aren't able to remove works from other websites for you. If your work is being used on another website without your permission, it's up to you to request its removal from the operator of that website.

This may be more straightforward than you'd think. You can visit the website in question and learn about its policy for removing infringing material. Most sites have a process in place for handling complaints. If they don't have a process, or you can't contact the website owner, you may be able to contact the website's Internet Service Provider (ISP) and ask them to block access to the web pages with infringing content.

---

## Obligatory Yet Very Important Legal Disclaimer:

Don't be fooled by any complicated jargon (and how snazzy we look in pinstripe). We are not your lawyer and this is not legal advice. We recommend contacting an attorney if you need an actual legal consultation.

Rather, this is general information aimed at giving you the legal lay of the land. While we can't defend you in court, we know that art and IP ownership can be murky territory; the least we can do is arm you with the right kind of knowledge to get you started.

Someone is Infringing My Rights or the Rights of Another – Redbubble

Was this article helpful?

RELATED ARTICLES

Redbubble IP/Publicity Rights Policy

My Work Was Removed

Intellectual Property FAQ

Fair Use and Other Defenses

Copyright

Can't find what you're looking for?

Submit a Request

We'll reply within 4 hours

Tweet us

Mon. - Fri. 900 - 1800 PST

About Us  Blog

Ideas  Jobs

CONFIDENTIAL                                                          RBBM214337

Contact Us Help

Delivery Returns

Language: English (US)

© Redbubble / User Agreement / Privacy Policy / Copyright

https://help.redbubble.com/hc/en-us/articles/210311426[5/23/19, 12:46:26 PM]

CONFIDENTIAL RBBM214338