# EXHIBIT 44

