# EXHIBIT 46



Ex. 46
Page 193

## 1. Revenue from services

The Group provides an internet-based marketplace platform and associated services to facilitate the sale of goods from artists to those who want to purchase goods bearing the artists' designs. Artists display and sell art via the Group's website. The Group aggregates demand from the buyers to support preferential relationships between third party suppliers, fulfillers and drop shippers and the artists, using the Group's platform.

Revenue from services provided in connection with facilitating the sale of goods is recognised when the goods are shipped and the amount can be measured reliably at the value of the consideration received or receivable. The Group is acting as the artists' agent in arranging for the selling of the artists' goods to customers. The amounts collected on behalf of artists are not recognised in the income statement. The revenue recognised by the Group is effectively the cost of fulfilment and shipment plus the Group's margin.

Amounts disclosed as revenue are net of trade discounts, returns, rebates, taxes and transaction fraud.

**Critical accounting estimates and judgements** - The Group is required to exercise critical judgement when determining whether it recognises revenue as either a principal or an agent. The Group has determined, for accounting purposes only, it is acting as the artists' agent in arranging for the selling of the artist's goods to customers.

Given the nature of the relationship between the Group and product fulfillers and the associated risks and rewards, the Group has determined, for accounting purposes only, it is acting as a principal with respect to fulfillers as opposed to as an agent.

The new revenue standard, AASB 15 – Revenue from contracts with customers, which supersedes all current revenue recognition requirements under Australian Accounting Standards, is effective for the Group for the next financial year (from 1 July 2018). The implications for the Group have been disclosed at note 23(i).

## 2. Employee and contractor costs

| | 2018 $'000 | 2017 $'000 |
|---|---|---|
| Salary costs | **24,976** | 20,765 |
| Contractor costs | **4,887** | 4,771 |
| Share-based payments expense | **2,701** | 2,552 |
| Superannuation costs and other pension related costs [(1)] | **2,137** | 1,643 |
| **Total employee and contractor costs** | **34,701** | 29,731 |

[(1)] *Includes contribution to 401K funds, which is the superannuation equivalent for the US subsidiary, and contributions to pension funds in Germany.*

*51*

## 17. Commitments and contingencies (continued)

**Operating leases – Group as lessor (continued)**

|  | 2018 $'000 | 2017 $'000 |
|---|---|---|
| Within one year | 662 | - |
| Later than one year but not later than five years | 1,234 | - |
| More than five years | - | - |
| **Total lease commitments** | **1,896** | **-** |

### (b) Contingencies

**Legal claim contingencies**

As at the date of these financial statements there are current lawsuits filed against some of the entities within the Group that relate to alleged intellectual property infringement and/or breach of consumer laws. There is no certainty around the amount or timing of any outflow should any of the actions ultimately be successful (at first instance or on appeal, as applicable). The Group does not consider that any of the current actions are likely to have a material adverse effect on the business or financial position of the Group.

**Sales tax**

A decision of the United States Supreme Court in June 2018 on a matter known as the Wayfair case has potentially changed the sales tax landscape in that country by creating an economic nexus for the imposition of sales tax based on the residence of the customer as opposed to the pre-existing nexus which depends upon the physical presence of the seller. Following the decision it is probable that a number of US States will enact legislation or enforce legislation that already exists to require the Group to collect and remit sales taxes in those States.  It is likely that the various state legislations will have prospective effect but there is the possibility of some states applying those taxes retrospectively.  Accordingly, there is considerable uncertainty when the taxes in each State will apply and the amount that might need to be collected and remitted.

The Group already collects and remits sales taxes in the state in which it has a physical presence in the US (California) and is preparing to do the same for other US states should the Wayfair decision get finalised in the manner it is expected.

## 18. Share-based payments

The Group operates equity-settled share-based payment employee share and option schemes. The fair value of the equity to which employees become entitled is measured at grant date and recognised as an expense over the vesting period, with a corresponding increase to an equity account.

The fair value of options is ascertained using a Black-Scholes pricing model which incorporates all market vesting conditions. The amount to be expensed is determined by reference to the fair value of the options or shares granted. This expense takes into account any market performance conditions and the impact of any non-vesting conditions but ignores the effect of any service and non-market performance vesting conditions. Non-market vesting conditions are taken into account when considering the number of options expected to vest and at the end of each reporting period, the Group revisits its estimate. Revisions to the prior period estimate are recognised in the income statement and equity.

# 23.   Other significant accounting policies (continued)

### (i) New and amended accounting standards and interpretations (continued)

An entity recognises revenue in accordance with that core principle by applying the following steps:
   (a) Step 1: Identify the contract(s) with a customer
   (b) Step 2: Identify the performance obligations in the contract
   (c) Step 3: Determine the transaction price
   (d) Step 4: Allocate the transaction price to the performance obligations in the contract
   (e) Step 5: Recognise revenue when (or as) the entity satisfies a performance obligation

Early application of this standard is permitted.

AASB 15 will also result in enhanced disclosures about revenue, provide guidance for transactions that were not previously addressed comprehensively and improve guidance for multiple-element arrangements.

**Group Assessment:**

The Group has conducted a rigorous assessment of AASB 15. It has concluded that when the customer contracts there is only one performance obligation for goods bearing the artists' designs. Both the artists and the Group are involved in satisfying the performance obligation. However, as the Group controls a substantial part of the process and is construed to be the party primarily responsible for satisfying the performance obligation, the Group is seen as the principal in the sale. Therefore, the Group has determined that the artists' margin should be included in revenue. Simultaneously, the Group will also recognise a cost for artists' margin in operating expenses. The performance obligation is satisfied upon shipment.

The standard will be adopted for the 2019 financial year by applying the "full retrospective" approach. The impact of this change, should it be applied to 2018 revenue, would be an increase in Revenue of approximately $35.9 million, with a corresponding increase in operating expenses. The adoption of the new standard will have no impact on the business model, pre or post tax earnings, cash flows or balance sheet representation.

| Reference | Title | Application date of Standard | Application date for the Group |
|---|---|---|---|
| AASB 16 | Leases | 1 January 2019 | 1 July 2019 |

**Summary:**

The key features of AASB 16 are as follows:

Lessee accounting

- Lessees are required to recognise assets and liabilities for all leases with a term of more than 12 months, unless the underlying asset is of low value.
- A lessee measures right-of-use assets similarly to other non-financial assets and lease liabilities similarly to other financial liabilities.
- Assets and liabilities arising from a lease are initially measured on a present value basis. The measurement includes non-cancellable lease payments (including inflation-linked payments), and also includes payments to be made in optional periods if the lessee is reasonably certain to exercise an option to extend the lease, or not to exercise an option to terminate the lease.
- AASB 16 contains disclosure requirements for lessees.

Lessor accounting

- AASB 16 substantially carries forward the lessor accounting requirements in AASB 117 other than in respect of sub-leases. Accordingly, a lessor continues to classify its leases as operating leases or finance leases, and to account for those two types of leases differently.
- AASB 16 also requires enhanced disclosures to be provided by lessors that will improve information disclosed about a lessor's risk exposure, particularly to residual value risk.

