# EXHIBIT 47

Case 2:19-cv-04618-RGK-JPR Document 36-52 Filed 05/04/20 Page 2 of 6 Page ID #:1751



Ex. 47
Page 199

REDBUBBLE

# Year in Review

ANNUAL REPORT 2019

# Highlights & Commentary

## FY2019 Financial Performance

Key financial measures for the consolidated Redbubble Group ("RB Group") in FY2019 (with year on year ("YoY") growth rates, where applicable) are:

- Marketplace Revenue of $257 million, up 41% (up 34% on a constant currency basis).
- Gross profit of $95 million, up 48% (up 41% on a constant currency basis).
- Gross profit margin up 1.8pp to 36.8% (based on Marketplace Revenue).
- Cash operating expenses of $64 million, up 25% (up 20% on a constant currency basis).
- Operating EBITDA profit of $3.8 million, an improvement of $7.7 million from a FY2018 loss of $3.8 million.
- EBITDA loss of $4.7 million, an improvement of $2.7 million from a FY2018 loss of $7.4 million.
- Income tax expense of $15.2 million resulting predominantly from Management's position to write off the deferred tax asset as communicated at the time of the July Appendix 4C.
- Net loss after tax of $27.7 million compared to $10.0 million in FY2018, mainly due to the write off of the deferred tax asset.

## FY2019 Cashflows

The total cash balance for FY2019 increased by $7.8 million compared to a $6.6 million decrease in FY2018. The closing cash balance at 30 June 2019 was $29.0 million. Aggregate operating and investing cash outflow (negative free cash flow) was $3.1 million in FY2019, improved by 56% compared to $6.9 million in FY2018. The RB Group has no debt.

## Business Update

The RB Group continues to make progress in areas of strategic investment that are critical to long term marketplace growth and profitability. FY2019 metrics are reported below and outlined in the July Investor Presentation:

- Product revenue[1] from authentic sellers[2] at Redbubble grew by 39% and represented 76% of Redbubble product revenue
- Marketplace revenue from members grew by 109%, equating to 29% of Redbubble marketplace revenue
- The RB Group has on-boarded a total of 48 brands, with 25 new brands in 4Q FY2019. In addition, licensed content increased 46% from 3Q totaling 350,000 works
- Five new products were launched resulting from re-platforming work enabling efficient and fast new product launches
- 140% growth in marketplace revenue from the iOS app. Work has commenced on the development of the Android app

| Key financial highlights (year on year comparison) | FY19 $'m | FY18 $'m Restated[(1)] | Change % |
|---|---|---|---|
| **Total reported revenue from services** | **307.0** | **218.7** | **40%** |
| Less Artists' margin | (50.1) | (35.9) | 40% |
| **Marketplace revenue** | **256.9** | **182.8** | **41%** |
| **Gross profit** | **94.5** | **63.9** | **48%** |
| **Gross profit margin on Marketplace revenue** | **36.8%** | **35.0%** | **5%** |
| Paid acquisition costs (marketing) | (27.1) | (16.8) | 61% |
| **Gross Profit After Paid Acquisition costs (GPAPA)** | **67.5** | **47.1** | **43%** |
| **GPAPA % (on marketplace revenue)** | **26.3%** | **25.8%** | **2%** |
| Operating expenses | (63.7) | (51.0) | 25% |
| **Operating EBITDA** | **3.8** | **(3.8)** | **200%** |
| **Operating EBITDA % (on marketplace revenue)** | **1.5%** | **(2.1%)** | **172%** |
| Other income/expenses | (8.5) | (3.5) | 143% |
| **EBITDA (loss/profit)** | **(4.7)** | **(7.4)** | **36%** |

(1) On 1 July 2018 the Group adopted AASB 15 – Revenue from Contracts with Customers using the full retrospective method of adoption. Prior year comparatives have been restated to align the accounting treatment across both periods.

---

1 Product revenue is the portion of Marketplace revenue derived from Product sales. It excludes Shipping revenue.
2 Defined as those artists that tend to upload high quality, original works which resonate well with customers. Data Science work during 2018 has helped identify this critical segment at Redbubble and significant development investment has been focused on increasing the output of this group. TeePublic's artists are yet to be segmented.

## 2. Changes in significant accounting policies

### AASB 15 Revenue from Contracts with Customers (AASB 15)

AASB 15 supersedes the prior standards for revenue recognition including, AASB 111 Construction Contracts, AASB 118 Revenue and related Interpretations. AASB 15 applies to all revenue arising from contracts with customers, unless those contracts are in the scope of other standards. The new standard establishes a five-step model to account for revenue arising from contracts with customers and is recognised at an amount that reflects the consideration to which an entity expects to be entitled in exchange for transferring goods or services to a customer.

The standard requires entities to exercise judgement, taking into consideration all of the relevant facts and circumstances when applying each step of the model to contracts with their customers. The standard also specifies the accounting for the incremental costs of obtaining a contract and the costs directly related to fulfilling a contract.

The Group adopted AASB 15 using the full retrospective method of adoption. The following tables show the impact of this new standard on the reported 30 June 2018 comparative figures.

#### Impact on Statement of Comprehensive Income

The impact on the Statement of Comprehensive Income for the year to 30 June 2018 is as follows:

| | Reported 30 June 2018 $'000 | AASB15 Adjustments $'000 | Restated 30 June 2018 $'000 |
|---|---|---|---|
| **Revenue** | | | |
| Marketplace revenue | 182,769 | 42 | 182,811 |
| Artists' revenue | - | 35,907 | 35,907 |
| **Total revenue impact** | 182,769 | 35,949 | 218,718 |
| **Operating expenses** | | | |
| Fulfiller expenses | (118,879) | (7) | (118,886) |
| Artists' margin | - | (35,907) | (35,907) |
| **Operating expenses impact** | (118,879) | (35,914) | (154,793) |
| **Net profit impact** | 63,890 | 35 | 63,925 |

Prior to the adoption of AASB 15 the Group had determined, for accounting purposes, that it was acting as the artists' agent in arranging for the selling of artists' goods to customers on the basis that the Group's agency capacity is confirmed in the Group's user agreement. This agreement is the contractual basis upon which artists upload their work, sell products to customers and upon which the Group provides marketplace services (including acting in an agency capacity in the transaction between artist and customer). Whilst the Group retains that view of its legal position (the user agreement remains unchanged) it has been determined under AASB 15 that the Group is acting as principal for accounting purposes.

Under AASB 15, the Group has concluded that when the customer contracts with the Group, there is only one performance obligation for goods bearing the artists' designs. Both the artist and the Group are involved in satisfying the performance obligation. However, as the Group controls a substantial part of the process it is construed to be the party primarily responsible for satisfying the performance obligation, the Group is determined (for accounting purposes) to be the principal in the sale. The performance obligation is satisfied when control of the goods is transferred to the customer (in the Group's case, when delivered to the customer).

As the Group is seen as the principal (for accounting purposes) in the sale of goods bearing artists' designs, artists' revenue is included in revenue with the corresponding artists' margin being recognised in operating expenses.

## 2. Changes in significant accounting policies (continued)

### Impact on Statement of Financial Position

The impact on the Statement of Financial Position as at 30 June 2018 is as follows:

| | Reported 30 June 2018 $'000 | AASB15 Adjustments $'000 | Restated 30 June 2018 $'000 |
|---|---|---|---|
| **Assets** | | | |
| Other assets | 248 | 1,825 | 2,073 |
| **Liabilities** | | | |
| Unearned revenue | 2,477 | 2,828 | 5,305 |
| **Equity** | | | |
| Accumulated losses | (48,806) | (1,003) | (49,809) |
| **Net assets** | 26,751 | (1,003) | 25,748 |

The impact on the Statement of Financial Position as at 1 July 2017 is as follows:

| | Reported 1 July 2017 $'000 | AASB15 Adjustments $'000 | Restated 1 July 2017 $'000 |
|---|---|---|---|
| **Assets** | | | |
| Other assets | 413 | 1,833 | 2,246 |
| **Liabilities** | | | |
| Unearned revenue | 2,527 | 2,871 | 5,398 |
| **Equity** | | | |
| Accumulated losses | (38,747) | (1,038) | (39,785) |
| **Net assets** | 33,649 | (1,038) | 32,611 |

Prior to the implementation of AASB 15, unearned revenue represented amounts received from customers for products that were not yet shipped. Once the item was shipped, revenue was recognised. Under the new standard the performance obligation is satisfied (and therefore revenue is recognised) when control of the goods is transferred to the customer, which is deemed to be when the product is delivered. This has impacted the timing of revenue recognition and increased the unearned revenue balance at 30 June 2018. The corresponding cost of goods that have been manufactured but are in transit to customers is not recognised as an expense until control of the goods is transferred to the customer.

There is no impact on the Statement of Cash Flows or basic and diluted EPS.

### AASB 9 Financial Instruments

AASB 9 Financial Instruments (AASB 9) replaces AASB 139 Financial Instruments: Recognition and Measurement, bringing together all three aspects of the accounting for financial instruments: classification and measurement; impairment; and hedge accounting. Due to the nature of the Group's financial instruments, the implementation of AASB 9 has not had a material impact on the Group.

## 26. Other significant accounting policies (continued)

### (f) Financial assets

Trade and other receivables and other financial assets are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. After initial recognition, loans and trade and other receivables are measured at amortised cost using the effective interest method. Any change in their value is recognised in the statement of comprehensive income.

The Group assesses at the end of each financial reporting period whether there is any objective evidence that a financial asset is impaired. If there is objective evidence that an impairment loss on loans and receivables has been incurred, the amount of the loss is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows.

### (g) Trade and other payables

Trade and other payables represent the liabilities for goods and services received by the Group that remain unpaid at the end of the reporting period. The balance is recognised as a current liability with the amounts normally paid within 30 days of recognition of the liability.

### (h) Other provisions

Other provisions are recognised when the Group has a present obligation (legal or constructive) as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation. When the Group expects some or all of a provision to be reimbursed, for example, under an insurance contract, the reimbursement is recognised as a separate asset, but only when the reimbursement is virtually certain. The expense relating to a provision is presented in the statement of income net of any reimbursement.

### (i) Sales Tax (includes Goods and Services Tax (GST) and Value Added Tax (VAT))

Revenue, expenses and assets are recognised net of the amount of sales tax, except where the amount incurred is not recoverable from the Australian Taxation Office (ATO) or other similar international bodies. Receivables and payables are stated inclusive of sales tax, where applicable. The net amount of sales tax recoverable from, or payable to, the ATO or other similar international bodies, is included as part of receivables or payables in the statement of financial position.

The statement of cash flows includes cash on a gross basis and the sales tax component of cash flows arising from investing and financing activities which is recoverable from, or payable to, the taxation authority is classified as operating cash flows.

### Critical accounting estimates and judgements

The Group currently collects and remits sales tax on sales made to customers in the US state of California as management believes that a sales tax nexus may exist due to its own offices in that state.

As a result of a decision in the United States Supreme Court, commonly known as the Wayfair case, management has reviewed the sales tax footprint of the Group. A number of individual states within the USA have enacted economic nexus laws. The Group has reviewed these laws and registered and begun collecting sales taxes where appropriate. Further, additional states are considering economic nexus laws which may impact the Group in FY20.

### (j) Accounting standards issued but not yet effective

The Group has not early adopted any standard, interpretation or amendment that has been issued but is not yet effective.

The Group's interpretation of the impact of certain new standards / amendments is set out below. There are other new accounting standards issued but not yet effective, over and above the ones mentioned below, however they are not considered relevant to the activities of the Group and are not expected to have a material impact on the financial statements of the Group.

---

## 26. Other significant accounting policies (continued)

### (c) Foreign currency transactions

**Functional and presentation currency**

The functional currency of each of the Group's entities is the currency of the primary economic environment in which that entity operates. The consolidated financial statements are presented in Australian dollars which is the parent entity's functional and presentation currency.

**Transactions and balances**

Transactions in foreign currencies are initially recorded by the Group's entities at their respective functional currency spot rates at the date the transaction first qualifies for recognition.

At the end of the reporting period:

- Foreign currency monetary items are translated using the closing exchange rate;
- Non-monetary items that are measured at historical cost are translated using the exchange rate at the date of the transaction; and
- Non-monetary items that are measured at fair value are translated using the exchange rate at the date when fair value was determined.

Exchange differences arising on the settlement of monetary items or on translating monetary items at exchange rates different from those at which they were translated on initial recognition or in prior reporting periods are recognised through the income statement, except where they relate to an item of other comprehensive income.

**Group companies**

The results and financial position of all the Group entities that have a functional currency different from the presentation currency are translated into the presentation currency (none of which has the currency of a hyperinflationary economy) as follows:

- Assets and liabilities for each balance sheet are translated at the closing exchange rate at the date of that balance sheet;
- Income and expenses for each income statement and statement of comprehensive income are translated at average exchange rates; and
- All resulting exchange differences are recognised in other comprehensive income.

### (d) Other income

**Finance income**

Finance income is recognised on an accruals basis using the effective interest method.

**Lease income**

Lease income from operating leases is recognised in income on a straight-line basis over the lease term.

### (e) Inventories

Inventories of packaging materials are measured at the lower of cost and net realisable value. Cost of inventory is determined using the first-in-first-out basis and are net of any rebates and discounts received.

Net realisable value is the estimated selling price in the ordinary course of business, less the estimated costs of completion and the costs necessary to make the sale. Net realisable value is estimated using the most reliable evidence available at the reporting date and inventory is written down through an obsolescence provision if necessary.



Ex. 47
Page 203