# EXHIBIT 48



BRANDY_0001832

Ex. 48
Page 205

7/02/2018   Brandy Melville: Gifts & Merchandise | Redbubble

https://www.redbubble.com/shop/brandy+melville?page=2&rbs=57c049ae-406d-4087-ab6b-875dd05fe7bb

BRANDY_0001833

7/02/2018 Brandy Melville: Gifts & Merchandise | Redbubble



https://www.redbubble.com/shop/brandy+melville?page=2&rbs=57c049ae-406d-4087-ab6b-875dd05fe7bb

BRANDY_0001834

Ex. 48
Page 207

7/02/2018 Brandy Melville: Gifts & Merchandise | Redbubble

https://www.redbubble.com/shop/brandy+melville?page=2&rbs=57c049ae-406d-4087-ab6b-875dd05fe7bb

BRANDY_0001835