# EXHIBIT 49

7/02/2018 Brandy Melville: Gifts & Merchandise | Redbubble

Sell your art Login Signup

REDBUBBLE brandy Melville

Men's Women's Kids & Babies Device Cases Stickers Greeting Cards Wall Art Home Decor Stationery Bags Gifts

Home › Brandy Melville

**Brandy Melville** 1,067 Results

Works Most Relevant

**Department**

- All Departments
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery
- Bags

**Product**

- All Products
- Acrylic Blocks
- Art Boards

https://www.redbubble.com/shop/brandy+melville?page=3&rbs=57c049ae-406d-4087-ab6b-875dd05fe7bb

BRANDY_0001836

7/02/2018                                    Brandy Melville: Gifts & Merchandise | Redbubble



https://www.redbubble.com/shop/brandy+melville?page=3&rbs=57c049ae-406d-4087-ab6b-875dd05fe7bb

BRANDY_0001837

7/02/2018                          Brandy Melville: Gifts & Merchandise | Redbubble



< Previous        1  2  **3**  4  5  ...  Last                    Next >

217 - 324 of 1,067 results

High quality Brandy Melville inspired T-Shirts, Posters, Mugs and more by independent artists and designers from around the world. All orders are custom made and most ship worldwide within 24 hours.

Related searches: Brandy Melville, Tumblr, Hipster, Trendy, Funny, Cute, Girly, Popular, Love, Trending, Fashion, Melville, Girl

**All orders are custom made and most ship worldwide within 24 hours.**
Search results and related search terms are automatically generated from information provided by users.

RSS Feed

10% off, promos, and the best
indie art ever!

https://www.redbubble.com/shop/brandy+melville?page=3&rbs=57c049ae-406d-4087-ab6b-875dd05fe7bb

BRANDY_0001838

Ex. 49
Page 212

7/02/2018

Brandy Melville: Gifts & Merchandise | Redbubble

Your email address

USD$ - English    Mature content: Hidden

VISA    MasterCard    PayPal    ⏴Pay    pay

About Us  |  Blog  |  Delivery  |  Investor Centre  |  Jobs  |  Returns  |  Contact Us  |  Help  |  Login  |  Signup

REDBUBBLE    App Store

User Agreement | Privacy Policy | Copyright | Affiliates | Guidelines | Redbubble uses cookies. Cookie Policy

© Redbubble. All Rights Reserved

https://www.redbubble.com/shop/brandy+melville?page=3&rbs=57c049ae-406d-4087-ab6b-875dd05fe7bb

BRANDY_0001839

Ex. 49
Page 213