# EXHIBIT 50



POP

# Fans on Taylor Swift's 'Swiftmas': 'No One in the Music Industry Has as Big a Heart as She Does'

12/24/2014 by Jenna Wang

  



ABC/Randy Holmes

Taylor Swift performs on Hollywood Boulevard for *Jimmy Kimmel Live* on October 23, 2014.

Move over, **Oprah**. Taylor Swift is the new ultimate gift-giver.

This holiday season, the 25-year-old pop star has been sending huge packages of early Christmas presents to fans. Since mid-November, 32 lucky Tumblr followers of Swift have received FedEx boxes in the mail from the starlet. The elated recipients have taken to social media, flooding Twitter, Facebook, and Tumblr with images and videos of themselves unwrapping the gifts. Fans have dubbed the event "Swiftmas."

How Taylor Swift Ruled 2014

On December 20th, **Rebecca Cox**, 16, of West Bloomfield, MI returned home from the library to find a 31-pound FedEx box on her doorstep from Swift.

Inside, she discovered a heap of items individually wrapped in glittery, embossed paper. The presents included a 2014

BRANDY_0002127

Ex. 50
Page 215

London Victoria's Secret Fashion Show duffel bag stuffed with exclusive merchandise, a Fujifilm Instax Mini 90 Polaroid camera with four packs of film and picture frames, bath and beauty products from Australia, Brandy Melville apparel, a large stuffed animal fox, blankets, throw pillows, candles, $200's worth of gift cards, and a Christmas sweater.

Cox's friend **Victor Vinson**, 17, also received a FedEx box to his home in Novi, MI. His gifts included a Polaroid camera with film, a box of cookies from Swift's favorite New York City bakery, four matte black Barney's boxes containing sweaters and hoodies, Ray-Bans, a blanket, a beanie hat, and a Burberry scarf.

Together, Cox and Vinson's gifts totaled up to around $4150 in retail value. The most priceless part, however, was the personalized notes that Taylor Swift included on almost every gift. The singer scrawled everything from tongue-in-cheek allusions to her songs (on Vinson's Ray-Bans: "*James Dean wore these back in the day. They never go out of style.*") to thoughtful messages (on Cox's picture frames: "*To Becca—I thought you could put Polaroids of you, me, and V in here*") in her large, loopy handwriting.

### Taylor Swift Accepts Billboard Woman of the Year Honor

So what inhuman feat of devotion did Cox and Vinson have to accomplish in order to receive Christmas presents from of one of the world's most famous celebrities? Apparently, nothing more than run a joint Tumblr blog dedicated to Swift.

The two teenagers created their blog on November 12th as a way to connect with other Swift fans online. They reblogged photos, GIFs, and text posts about the singer almost everyday. A mere three weeks later, their barrage of online adoration caught the attention of Swift's official personal Tumblr account. Taylor Swift followed them on December 4th. Shortly thereafter, Cox said, Swift started liking their posts ten and twenty at a time.

Then, on December 17th, Swift's management team Taylor Nation reached out to Cox and Vinson.

"At 2 p.m. Rebecca messaged me screaming that Taylor Nation contacted us on Twitter, and they were basically asking for our addresses and our birth dates," Vinson said. "We figured either she's sending us packages, or they just want our information on file."

Sure enough, it was packages. The presents arrived in the mail three days later, and the rest was social media history.

"There's no one in the music industry who has a big of a heart as she does," Cox said. "You can tell that she wrapped all the gifts personally. She uses a ridiculous amount of tape."

### Watch Aretha Franklin Sing 'Happy Birthday' to Taylor Swift

From events like Swiftmas, it's clear to see why Swift's fans are so loyal. 2014 has been her craziest year to date—she has sold over 3 million copies of her album *1989*, appeared on the covers of countless major magazines, and stacked up mountains of accolades from Billboard's 2014 Woman of the Year to the AMA's first ever Dick Clark Award for Excellence. And yet, amidst the whirlwind, the singer has still managed to find time to shop and shower her fans with expensive, personalized presents during the holiday season. Why so angelic, Taylor?

"[When] she changed from pop-country to completely pop, her fans really stood by her," Cox said. "I think this is her saying that she recognizes and really appreciates that. She's trying to really interact with her fans as much as possible now."

Cox has never met Swift in person before, but hopes to in the future. She and Vinson have already bought tickets to Swift's May 2015 concert in Detroit. If she ever does get to meet Swift in the flesh, she doesn't know how she might react. But for now, Cox said, having received Christmas gifts from Swift is good enough.

"It's just starting to dawn on me that the person who sent me all these gifts is the same person who tours the world and sells multimillion albums and..." She trailed off. "Oh my gosh."



Story from SHOPPING

# Taylor Swift Takes Her Cat For A Walk — & Looks Great Doing So

CASEY LEWIS
JANUARY 21, 2015, 5:30 AM

  







Taylor Swift has really gotten a handle on this whole winter-weather thing. She's been expertly championing the statement coat, typically plaid and consistently colorful, all season long, and she has yet to repeat one. It's really quite impressive. Who knew there were even so many plaid coats in the world? Where is she finding this never-ending stockpile of whimsically checked outerwear? We don't have all the answers, but we *do* know her latest one comes from Gestuz, an obscure but adorable brand based in Denmark. It's a good thing there are only a couple months left of cold temperatures, because she sure is searching far and wide at this point.



The thing about a great patterned jacket is that the rest of the outfit is simply ancillary. To run an errand accompanied by her cats, Swift wore a camel Brandy Melville skater skirt with burgundy rag & bone boots, both of which brought out the colors of the plaid. But, the coat was the clear star of the outfit — well, aside from Olivia Benson, anyway. Look ahead to snag her outfit, and look to ASPCA to adopt your own kitten (if you're ready for the responsibility, that is).



**More winter style:**
30 Colorful Coats To Brighten Up The Coldest Day
15 Beanie Alternatives That Will Keep Your Head Warm
The Easy Layering Trick To Staying Warm This Winter Is...

BEGIN SLIDESHOW >



   

TAYLOR SWIFT PLAID COAT OUTFIT

SHOPPING • COATS • FASHION • THE LATEST • TAYLOR SWIFT



BRANDY_0002161

Ex. 50
Page 217



# CELEBUZZ!

### TAYLOR SWIFT HANGING OUT IN NEW YORK LIKE A COMMONER LEADS THIS WEEKEND'S HOTTEST STAR SIGHTINGS

Jan 18, 2015 at 8:00 pm | By

*Advertisement*

View the Gallery

**Taylor Swift** turned heads in New York this weekend!

The 25-year-old pop star was out and about like a total commoner, shopping for clothes at Brandy Melville in Soho and then for some groceries at Whole Foods in Tribeca (with BFF and Victoria's Secret model **Martha Hunt** at her side).

Then her and her BFF's (Hunt, **Karlie Kloss**, **Ashley Avignone**, and **Tavi Gevinson**) stayed in from "Cold New York" all day and cooked. See her cute pics here!

Looks like Taylor had a great weekend shopping, and staying in with her girlfriends:

BRANDY_0002163

Ex. 50
Page 218