# EXHIBIT 51

# Celebrity StreetStyle

HOME   PHOTO GALLERIES   STYLE POLLS          SEARCH

## ASHLEY TISDALE ROCKS A TOTALLY AFFORDABLE OUTFIT FOR A LUNCH DATE

Monday, August 26, 2013



Ashley Tisdale may have kept the top half of her outfit simple with a cropped black baby tee, a black bowling hat and black Ray Bans, but this pair of Brandy Melville printed Aarika pants ($45) made her getup anything but basic!

Rather than a pair of black shoes, Ash wore a pair of brown Joie Leo cut-out sandals ($255, now on sale for $114 ... if you can find them in your size!), and seeing as the printed pants had shades of black and brown in them, she was totally able to pull this off. But what's a girl to do when it comes time to pick out a purse? Instead of worrying whether to go with a black or brown bag, Ash ended up leaving her purse at home, opting to carry her keys and phone in her hand. Hey, whatever works!

Categories: Ashley Tisdale                    Comments

**Stars**WithStyle

Victoria   Kim   Lindsay
Gwen   Nicole   Katie
Jessica   Mary Kate   Rihanna

**Comments**
No comments yet. Why not add one?

**Leave a Comment**
Your Name
Your Email
http://

type the text to the left in the field below:
☐ Remember me?

BRANDY_0002138

Ex. 51
Page 220





Tags: brandy melville, cat, cuore and pelle, fashion smashion, new york, olivia benson, rag and bone, street style, taylor swift

Permalink / Comment Here / Email this »

## Kylie Jenner Channels Kurt Cobain! How Did This Flannel Not Swallow Her Whole!?

Filed under: Fashion Smashion • Balenciaga • Retail Therapy • Street Style • Kylie Jenner

First it was punk rock and now it's all about nineties grunge for **Kylie Jenner**!

The 16-year-old debuted a tousled look while picking up a few things at Topshop Topman in El Lay's **The Grove** on Monday, but we can only hope it was to replace her oversized plaid shirt.

It's not horrible, but it completely drowned Kylie's petite frame and even gave her ensem a sort of sloppy touch!

We know she can do better, specially since she had the makings of a pretty killer look underneath with her **Brandy Melville** tee and leather leggings!

Kylie also topped it off with a black **Balenciaga** purse, ankle boots, and sunnies.

The accents are on point, but we're not too sure about the outfit as a whole. Huh. What do U think???

[*Image via AKM-GSI.*]

Tags: balenciaga, brandy melville, fashion smashion, kylie jenner, los angeles, retail therapy, street style, the grove

Permalink / Comments Off / Email this »

Advertising info

Zooey Deschanel Has Kept Her Baby Daddy Jacob Pechenik From The World Long Enough! 6 Things You NEED To...

EXCLUSIVE! This Woman Is Addicted To Not Only Smelling Air Fresheners... But Drinking Them Too!

The Weeknd Knows You *Earned It* So He Gifts The World A Sexy *50 Shades Of Grey*-Inspired Video! OH HELLO, Dakota...

Woman Visits Factory Filled With THOUSANDS Of Copies Of Her Vagina! Wait, WHAT?!

Kim Kardashian Tries To Outdo Amber Rose's SeXXXy Bikini Pics With Some Of Her Own! See The Furry Photos HERE!

Kim Kardashian Reveals Perfect Selfie For The Cover Of Her Highly Anticipated *Selfish* Picture Book!

Chrissy Teigen Defends Erin Andrews Against *Arrow* Actress Katie Cassidy's SHADE! See The Feud Go Down HERE!

PEREZCIOUS PIX

Jared Leto's Sexiest Red Carpet Moments!

Like

### Vanessa Hudgens Is A Wild Dandelion At LAX!

Filed under: Fashion Smashion • Vanessa Hudgens • Celebs At Airports

We're diggin' the crazy curly mane, V!

**Vanessa Hudgens** showed off her new ombre locks at LAX last night while spreading her flower power all over the Virgin America terminal.

The dandelion print **Brandy Melville** crop top, matching flowing pants and cozy black sweater allows for maximum comfort when traveling, which we can get behind!

Sure, she could've worn a much more flattering outfit, but it totes fits the her **Coachella** all day, every day mentality!

Could this look start a new hippy bag lady trend? Vanessa can totally make that happen!

Ch-ch-check out more shots of her luscious blonde locks and a closer look at the flower child outfit (below)!

[*Image via BauerGriffinOnline/GVK.*]

Tags: brandy melville, celebs at airports, fashion smashion, lax, vanessa hudgens, virgin america

Permalink / Comments Off / Email this »

brandy melville News and Photos | Perez Hilton

Page 4 of 4



### Ashley Tisdale Switches It Up For Retail & Hair Therapy

Filed under: Fashion Smashion • Ashley Tisdale • Hairstyles • Chanel • Retail Therapy • Celine • Street Style

**Ashley Tisdale** did two of her favorite things in West Hollywood on Tuesday: shop and get her hair did!

For her weekly spending spree at **Planet Blue**, the Tiz battled the warm El Lay weather in a tight, form-fitting, geometrically patterned **Motel Rocks** dress with **Jeffrey Campbell** studded boots.

A quick outfit change and blowout later, Ash emerged from the **Nine Zero One** salon looking like a completely different person in a black **Brandy Melville** "New York City bitch" tank top, short jean shorts, **Chanel** booties and carrying her bright yellow **Celine** bag.

We hope Ashley went straight home and kicked her feet up. The girl clearly had a rough day!

[*Image via Raef-Ramirez/EVGA/AKM-GSI.*]

Tags: ashley tisdale, brandy melville, celine, chanel, jeffrey campbell, motel rocks, nine zero one, planet blue, ray ban, retail therapy, shopping, street style, west hollywood

Permalink / Comments Off / Email this »

http://perezhilton.com/tag/brandy... Wednesday, January 21, 2015

BRANDY 0291

BRANDY_0002141

Ex. 51
Page 223

# Wear and tear! Vanessa Hudgens goes shopping for new clothes as she steps out in shirt with ripped shoulders

By LEAH SIMPSON

PUBLISHED: 18:26 EST, 11 June 2013 | UPDATED: 06:12 EST, 12 June 2013



●17 View comments

At first look it may seem she could indeed benefit from some new clothing.

But Vanessa Hudgens was simply rocking the signature California beach babe style on Monday as she ventured on a retail trip.

The 24-year-old was seen buying some hip pieces as she stepped out in a shirt with purposely ripped shoulders.



Retail therapy: Vanessa Hudgens was seen shopping at the Brandy Melville store in Studio City on Monday

Vanessa was spotted walking outside in a crumpled black and red checked shirt with skinny jeans and a spaghetti strap top.

**SHARE THIS ARTICLE**




**RELATED ARTICLES**

 Fitness fanatic Vanessa Hudgens shows off her hard-earned...

 Her time to shine! Monique Coleman steals spotlight in...



She teamed the items with a pair of flat ebony shoes and wore her hair up in a high ponytail.

http://www.dailymail.co.uk/tvshowb... Thursday, January 22, 2015

BRANDY_0002142

Ex. 51
Page 224

Vanessa Hudgens goes shopping for new clothes as she steps out in shirt with ripped shoulders | Daily ...   Page 2 of 5



Laid-back look: She was dressed in very casual fashion wearing black leggings and a checkered shirt with open shoulders

It seems the actress is interested in picking up more similar looks for her wardrobe as she left the Brandy Melville store in Studio City, California.

The Italian brand claims to be inspired by LA lifestyle and has gained its fame among Hollywood celebrities, including The Kardashians, Ashley Benson, Audrina Patridge, Paris Hilton, Lindsay Lohan, Miley Cyrus and Karlie Kloss.

She has completed filming her part as Agnes 'Apple' Bailey in this year's Gimme Shelter.

Vanessa Hudgens goes shopping for new clothes as she steps out in shirt with ripped shoulders | Daily ...  Page 3 of 5



Mission complete: She left her trip with a bulging bag of items

http://www.dailymail.co.uk/tvshowb...    Thursday, January 22, 2015

**BRANDY 0294**

Vanessa Hudgens goes shopping for new clothes as she steps out in shirt with ripped shoulders | Daily ...    Page 4 of 5





Stand-out style: Vanessa wore a pair of eye-catching leggings and a black and pink hoodie as she filled up her car on Tuesday



http://www.dailymail.co.uk/tvshowb...    Thursday, January 22, 2015

**BRANDY 0295**

BRANDY_0002145

Ex. 51
Page 227





Felipe Ramales / SplashNews.com

BRANDY_0002151

Ex. 51
Page 228


**Olivia Elgart**
FASHION & BEAUTY EDITOR

The latest trend taking Hollywood by storm is the blazer, and so many celebs have been rocking the jacket a variety of different ways — from casual to dressed up, there are so many ways to style the transitional trend.

[Gigi Hadid](#), 22, has been rocking the blazer trend all summer long, but her latest look is [seriously amazing](#). She stepped out in New York City on August 19, when she opted to wear a pair of skintight black biker **Tna Atmosphere Shorts** from **Aritzia**, which is the season's hottest trend, paired with a blue and pink tie-dye T-shirt. On top of her outfit, the supermodel threw on an oversized, crisp white blazer by **Wardrobe.NYC from Release 04 DENIM** which completely tied the look together. She accessorized with a pair white **Reebok Classic Sneakers**, **Mercii Solstice Earrings**, her fave **Missoma Axiom Chain Necklace**, a **Casetify Neon Sand Liquid iPhone Case**, white **Dmy by Dmy Valentina Sunglasses**, a **Jacquie Aiche Opal Inlay Eye Pendant Necklace**, and a colorful **Rogue Matilda** tote bag.

A D V E R T I S E M E N T

**Priyanka Chopra**, 36, rocked the trend when she was hanging out with **Mandy Kaling**, 37, in New York City on Sunday, April 7. Recently married Priyanka, opted to wear a $130 bright orange **Mango** Double Breasted Blazer, which she chose to leave unbuttoned with a high-neck white t-shirt underneath. She tucked the tee into a pair of super high-waisted, light wash cropped flare jeans, adding a pair of leopard print sock booties, red cat-eye sunglasses, and an oversized black leather tote bag. Aside from Priyanka, another celeb who has been loving this look is **Hailey Baldwin**, 22. The blonde model has [tried the trend multiple different ways](#). Most recently, Hailey was out in Beverly Hills on March 28 when she opted for a pair of super baggy **Maison Margiela** Cut Out Boot Jeans which she paired with a tiny

BRANDY_0002152

cropped white **Brandy Melville** Beyonca Tank. Tying the outfit together was a long, tan **Acne Studios** Jana Blazer, which she kept open, topping her look off with bold, neon green **Balenciaga** Square Knife Pumps. Another look Hailey has tried, was on March 27 in LA, when she donned a skin-tight black spaghetti strap **Brandy Melville** Kyran Dress with an oversized neon green **Acne Studios** Two-Button Blazer in Fluo on top, paired with chunky white **Adidas** Fyw S-97 Sneakers.

Another model who has been trying this trend a lot lately is **Kaia Gerber**, 17. The daughter of **Cindy Crawford**, has not only been trying the look out, she's been wearing the same exact blazer a ton of different ways. She was first spotted in the gray **Khaite** Petra Tweed Long Blazer in February while in NYC. Since then, she has transformed the blazer to suit the crazy weather changes we've been having. On March 30, Kaia rocked the blazer with a pair of tight, high-waisted black skinny jeans with a **Daydreamer** Led Zeppelin 1975 T-Shirt, accessorized with black **Converse** Chuck Taylor All Star Hi Sneakers. Most recently, she donned the blazer in NYC on April 7, with a pair of dark wash boyfriend jeans, a t-shirt, black leather **Jimmy Choo** Cruz Boots, and a black **Saint Laurent** Betty Bag.

A D V E R T I S E M E N T

BRANDY_0002153



BRANDY_0002158

Ex. 51
Page 231

Brandy❤Melville - Gwen Stefani rocking the Sadie Nirvana tank!
Spotted at BrandyMelville
Avril Lavigne media gallery on Coolspotters. See photos, videos, an...
Full sized photo of Sarah Hyland: Nintendo Sizzle Reel! and sarah...
Shirt – Brandy Melville Purse – Chanel Sunglasses – House of Harlow...
Ashley Tisdale rocking Brandy... twice!
Jordin Sparks and Brandy Melville
Kylie Jenner wearing Chanel Half Moon Bag, Chinese Laundry Whiplas...
Selena loves the Mirella! This time, she's wearing the Mirella Nirvana tank
Selena looks adorable with our Mirella heart flag tank <3
See more
More ideas
Explore more ideas with a Pinterest account
Sign up
Log in
Privacy



