# EXHIBIT 52



Ad closed by Google

*Brandy Melville Post*

## *Hailey Baldwin Leather Coat, Zipped Boots*

Posted by **Nazaret** on January 19, 2020 - **Leave a Comment**

*Hailey Baldwin out and about in West Hollywood January 16th, 2020 – photo: Stoianov-Iese / BACKGRID*

Hailey Baldwin was spotted out and about in West Hollywood wearing a **Single-Breasted Leather Coat** ($5,168.00) and a **Padded Cassette Shoulder Bag** ($2,480.00) both by Bottega Veneta, **Brandy Malville Carly Light Wash Jeans** ($38.00), **Anderson's Croc-effect Leather Belt** ($185.00), **Saint Laurent New Wave Sunglasses** ($380.00), **Jennifer Fisher Mini Jamma Hoops** ($450.00) and **The Row Zip-Front Leather Ankle Boots** ($1,227.00).

Belts Boots Cross Body Bag Earrings Jeans Outerwear Sunglasses

**More Hailey Baldwin Fashion**

## *Hailey Baldwin Shearling Jacket, Printed Sandals*

Posted by **Nazaret** on January 7, 2020 - **Leave a Comment**

Case 2:19-cv-04618-RGK-JPR Document 36-57 Filed 05/04/20 Page 3 of 18 Page ID #:1787



*Hailey Baldwin out and about in West Hollywood. January 4th, 2019 – photo. Clint Brewer / BACKGRID*

Hailey Baldwin was spotted out and about in West Hollywood wearing an **Arjé Reversible Suede-Shearling Jacket** (Sold Out), **Brandy Melville Addison Jeans** ($38.00), **Bottega Veneta Padded Cassette Bag** ($2,480.00), **Saint Laurent New Wave Sunglasses** ($380.00), **Jennifer Fisher Samira Huggies** ($265.00) and **Chloe Gosselin Delphinium Sandals** ($610.00).

Cross Body Bag    Earrings    Jackets    Jeans    Sandals
Sunglasses

More Hailey Baldwin Fashion

## Mackenzie Ziegler
## Black Top, Distressed Jeans

Posted by **Nazaret** on December 27, 2019 - Leave a Comment



*photo posted by Kenzie Ziegler on Instagram*

Kenzie Ziegler posted a picture on instagram wearing a **Brandy Melville Zelly Top** ($20.00), **Lexi Jayde x iamkoko.la Cross Over Reworked Levi's Jeans** ($98.00), a **Brandy Melville Stars Charm Necklace** ($8.00) and **Dr Martens Jadon Boots** ($170.00).

Boots    Jeans    Long Sleeve    Necklaces

More Mackenzie Ziegler Fashion



## Maddie Ziegler
## Black Puffer Coat, Green Pants

Posted by **Nazaret** on December 27, 2019 - Leave a Comment



BRANDY_0002122

Ex. 52
Page 235



Maddie Ziegler posted a picture on instagram wearing a **Fabletics Voyager Puffer Coat** ($119.95), **Brandy Melville Rosa Sweatpants** ($28.00 – wrong color) and **Converse Chuck 70 High Sneakers** ($85.00).

Outerwear | Pants | Sneakers
More Maddie Ziegler Fashion

## Hailey Baldwin
## Blue Crop Top, Black Jeans

Posted by Nazaret on November 7, 2019 - Leave a Comment



Hailey Baldwin out and about in West Hollywood, November 5th, 2019 – photo: Vasquez-Max Lopes / BACKGRID

Hailey Baldwin was spotted out and about in West Hollywood wearing a **Brandy Melville Amara Tank** ($16.00), **Ksubi Playback High-Rise Jeans** ($211.00), **Staud Frida Leather Handbag** ($325.00), **Oliver Peoples x The Row Square-Frame Sunglasses** (£329.17), **Jennifer Fisher Samira Huggies** ($265.00) and **Yeezy Graphite Stretch Canvas Ankle Boots** ($1,249.00).

Boots | Crop Top | Hand Bag | Jeans | Sunglasses
More Hailey Baldwin Fashion

## Kaia Gerber
## Grey Crop Top, Printed Skirt

Posted by Nazaret on October 17, 2019 - Leave a Comment



Kaia Gerber out and about in Malibu, October 14th, 2019 – photo: BMB/BACKGRID

BRANDY_0002123

Ex. 52
Page 236



Kaia Gerber was spotted out and about in Malibu wearing **Hanes x Karla The Sleeveless Crop Top** ($40.00), **Brandy Melville Phoebe Skirt** ($30.00), vintage **Ralph Lauren Sunglasses** ($45.00 – similar style), **Anita Ko Hepburn Diamond Choker** ($22,050.00) and Cactus Plant Flea Market x Nike Air Force 1 Low Sneakers (Sold Out).

Crop Top | Necklaces | Skirt | Sneakers | Sunglasses

More Kaia Gerber Fashion

## Madison Beer
### White Sweatshirt, Blue Jeans

Posted by Nazaret on September 24, 2019 - Leave a Comment

*Madison Beer exiting Matsuhisa after dinner September 21st, 2019 – photo: NGRE/BACKGRID*

Madison Beer was spotted out and about in Los Angeles wearing a **Brandy Melville Archer Sweatshirt** ($32.00), **Re/Done High-Rise Skinny Jeans** ($235.00), **By Far Rachel Small Patent Shoulder Bag** ($365.00), **Jennifer Fisher Mini Shane Hoops** ($220.00) and **New Balance 990 V5 Sneakers** ($175.00).

Earrings | Jeans | Shoulder Bag | Sneakers | Sweater

More Madison Beer Fashion

## Lana Del Rey
### "Doin' Time" Video Outfit

Posted by Nazaret on September 2, 2019 - Leave a Comment

BRANDY_0002124

Ex. 52
Page 237



Lana Del Rey appeared in her new video *Doin' Time* wearing a **Brandy Melville Lara Dress** (€35.00), **Gold Lunar Hoop Earrings with Shells** ($16.00) and **Billabong Crossing Over 2 Flat Sandals** ($16.80).

Dresses · Earrings · Sandals

More Lana Del Rey Fashion

Whirlpool — Complete coverage with the TotalCoverage Spray Arm.

## Lana Del Rey
## White Ribbed Top, Black Jeans

Posted by Nazaret on April 24, 2019 - Leave a Comment

*Lana Del Rey out and about in West Hollywood. April 17th, 2019 – photo: NGRE / BACKGRID*

Lana Del Rey was spotted shopping on Melrose in West Hollywood wearing a **Forever 21 Ribbed V-Neck Top** ($12.90), a **Brandy Melville Shannon Sweater** ($32.00), **L'Agence Margot Cropped High-Rise Skinny Jeans** ($225.00), sunglasses like the **Urban Outfitters New Metal Rectangle Sunglasses** ($20.00) and **Skechers Going Places Shoes** ($65.00).

Cardigan · Jeans · Sneakers · Sunglasses · T-Shirt

More Lana Del Rey Fashion

## Maggie Lindemann
## Coachella Day 1 Outfit

Posted by Nazaret on April 14, 2019 - Leave a Comment





BRANDY_0002126

Ex. 52
Page 239

WHO WHAT WEAR                TRENDS   CELEBRITY STYLE   OUTFITS   BEAUTY   THE LATEST   SHOPPING GUIDES   WELLNESS                    SIGN IN

KAIA GERBER — JUN 17, 2019

## 3 Brandy Melville Basics Kaia Gerber, Sofia Richie, and Lily-Rose Depp Own

by MEGAN BEAUCHAMP



PHOTO: GOTHAM/GC IMAGES

What's that? You want another story about celeb-endorsed basics? Well, you're in luck because we here at Who What Wear are more than happy to oblige. Frankly, "boring" wardrobe staples are a topic we'll never tire of. Sure, they're not the most exciting pieces to shop for, but they're the most versatile, hardest-working, essential items in anyone's closet—celebrities included.

When it comes to affordable basics beloved by the 23-and-under celeb set, there's one brand that clearly reigns supreme: Brandy Melville. The Italy-founded label has garnered something of a cult following among young, stateside It girls, spanning Kaia Gerber, Sofia Richie, Lily-Rose Depp, Kendall Jenner, and Hailey Beiber, to name a few. From classic button-down cardigans to knit tanks that go with everything to graphic tees boasting a bit of edge, these are the staples these It girls wear on repeat.

Keep scrolling to shop the Brandy Melville basics these young celebs can't stop wearing. Oh, and did we mention they're all under $32?

### Cardigans

Whether they're layered over printed midi skirts or high-waisted jeans, Brandy Melville's crazy-affordable button-down cardigans are staples in both Kaia Gerber's and Lily-Rose Depp's wardrobes.



PHOTO: GOTHAM/GC IMAGES

**On Kaia Gerber:** Brandy Melville Shannon Sweater in Navy (sold out); Chanel Rectangle Sunglasses ($630); Converse All Star '70s High Top Sneakers ($85)



BRANDY_0002130

Ex. 52
Page 240



Brandy Melville Shannon Sweater in Black ($32)



**On Lily-Rose Depp:** Brandy Melville Athelia Knit Top (sold out); Levi's High Rise Straight Jeans ($90); Gucci sunglasses; Chanel shoes; Hermès bag



Brandy Melville Shannon Sweater in Black ($32)

### Knit Tanks

Without a doubt, knit tanks are the hardest-working items in Sofia Richie's, Hailey Bieber's, Kendall Jenner's, and Kaia Gerber's closets. These It celebs wear the versatile basic with everything from statement pants to miniskirts.



BRANDY_0002131



**On Sofia Richie:** Alexander Wang Tie Front Pants; Gucci Brixton Convertable Loafers ($730); Hunting Season Top-Handle Bag



Brandy Melville Beyonca Tank in Grey ($16)



**On Hailey Bieber:** Acne Studios Jana Blazer; Balenciaga Locker Pouch; Maison Margiela Cut Out Boot Jeans; Balenciaga Square Knife Neon Leather Pumps ($950)



BRANDY_0002132

Ex. 52
Page 242



Brandy Melville Beyonca Tank in White ($16)



PHOTO: OSWALDO/BAUER-GRIFFIN/GC IMAGES

**On Kendall Jenner:** Brandy Melville Chanelle Tank (sold out); Ray-Ban Matte Classic Aviator Sunglasses ($168); Lululemon Wunder Under Pants in Black; Adidas Stan Smith Sneakers



Brandy Melville Marissa Tank in Black ($16)



PHOTO: BACKGRID

**On Kaia Gerber:** Brandy Melville McKenna Tank (sold out); Meshki Kasia Patent Miniskirt; Obey Jumbled Crew Socks ($10)

BRANDY_0002133

Ex. 52
Page 243



Brandy Melville Skylar Tank in White ($14)

**Graphic Tees**

For instant cool-girl vibes, Sofia Richie, Kaia Gerber, and Hailey Bieber reach for a graphic tee. Take it from these celebs: This basic lends a laid-back aesthetic to a casual ensemble.



**On Sofia Richie:** Brandy Melville Hailie Grand Tour Top (22); Chanel Royal Blue Vintage Velvet Tassel Mini Camera Bag



Brandy Melville Hailie Grand Tour Top ($22)





**On Kaia Gerber:** Alexander Wang x Gentle Monster Ceo Sunglasses; Re/Done Distressed High-Rise Loose Jeans ($250); Converse Chuck Taylor All-Star Hi Sneakers; Saint Laurent Monogram Sunset Leather Satchel Bag



Brandy Melville Pink Floyd Wish You Were Here Top ($28)



**On Hailey Bieber:** Brandy Melville Soraya Colorado Top (sold out); Dior Flowers Technical Canvas "B23" High-Top Sneakers ($1050)



BRANDY_0002135

Ex. 52
Page 245



**Brandy Melville** Samantha Colorado Top ($23)

*Up next, the three basics with a cult following in Hollywood.*

EXPLORE MORE: CELEBRITY STYLE , OUTFIT IDEAS , OUTFIT INSPIRATION , KAIA GERBER , SOFIA RICHIE , LILY-ROSE DEPP

**Related Stories**



KAIA GERBER — JAN 10, 2020
**Thanks to Kaia Gerber, This Is How Everyone Will Wear Their Leggings in 2020**
This outfit trend has legs.



KAIA GERBER — NOV 25, 2019
**So Kaia Gerber's and Pete Davidson's Wedding Guest Style Is Chic**
Her Reformation dress is so good.

**Trending Stories**



ONLINE SHOPPING
1 HOUR AGO
**These 37 Beauty Must-Haves Are Seriously on Sale RN at Net-a-Porter**



SHOES
12 HOURS AGO
**The Worst Shoes to Wear to the Office**



BRAS
12 HOURS AGO
**How This Lingerie Trend Weirdly Made Me Happier**



BASIC
13 HOURS AGO
**I'm in My 60s, and These Are the Basics I'm Shopping for at Nordstrom**



LEGGINGS
13 HOURS AGO
**6 Expensive-Looking Outfits to Wear With Leggings**

**Latest From Who What Wear**



MAKEUP — 13 HOURS AGO
**How My 73-Year-Old Mom and I Would Spend $250 at 4 Buzzy Beauty Retailers**
Click to see how our product hauls compare.



INSTAGRAM — 13 HOURS AGO
**The Internet Has Spoken—These Are the Top 5 It Items of the Month**
Your cheat sheet to what's cool right now.



HANDBAGS — 13 HOURS AGO
**11 Moderately Priced Bags That Will Be It Bags by Spring**
Get a head start.



BRANDY_0002137

Ex. 52
Page 247



HOME MESSAGE FAQ CONTACT PARTNER OUR PATREON

WELCOME
TAYLOR SWIFT STYLE

**THE ORIGINAL TAYLOR SWIFT FASHION BLOG**

**Taylor Swift Style Questions**
|| **Site Navigation** for mobile users ||

*Taylor Swift Style* is dedicated to identifying the fashion of singer/songwriter Taylor Swift and will host a collection of exact finds from her wardrobe.

NAVIGATION
FIND OUTFITS

OCCASION

ITEM

ERA

Shopping on Ventura Boulevard | Studio City, CA | March 10, 2015

Brandy Melville 'Veena New York Sweater' - $46.00

Taylor already owns this 'Veena' sweater from Brandy Melville inblack and green, but she also owns it with her current homebase New York emblazoned across it.

Taylor also happens to own a similar looking New York sweater with arm stripes byAqua.

You can purchase the Los Angeles version of it for $46here.

**Worn with:** Steve Madden oxfords

**Get the look with these New York sweater options:**

MARCH ... TAYLOR ... BRANDY MELVILLE ... THE LOOK

seeyouagain liked this

wildestdreams757 reblogged this from taylorswiftstyle

wildestdreams757 liked this

mrs-irwin-love liked this

BRANDY_0002162

## teenVOGUE
### Celebrity Style

# Kendall Jenner Wears Brandy Melville Tank Top at Skating Rink

Add to cart.

BY **LAUREN FRANKFORT** AND **SUE WILLIAMSON**

MARCH 7, 2019



GETTY IMAGES

Kendall Jenner is arguably one of the biggest street style stars of all time. From her everyday looks to her model-off-duty style, she *knows* what she's doing when it comes to fashion. If it's a red carpet, Kendall's usually at the top of the best-dressed list. Walking her dog? Might as well be a runway. Headed to a party? Get ready to be inspired to copy her festive, eye-catching 'fit. And don't even get us started on her spectacular runway looks. Ahead, see some of Kendall's most epic style moments through the years including the outfits we couldn't wait to recreate.



BRANDY_0002164

Ex. 52
Page 249



INSTAGRAM/KYLIEJENNER

1/55

Kendall Jenner hit the skating rink with her sister wearing a $14 Brandi Melville tank top with navy stitching paired with high-waisted jeans. Get her look with affordable options from Topshop and Free People.

GETTY IMAGES

2/55

Kendall rocked a white pants look at the 2018 Met Gala that looked like she was nearly going to melt into the red carpet.

GETTY IMAGES

3/55

Kendall can somehow take a demure white cocktail dress and make it party ready with a part of heels and just, well, being herself.

GETTY IMAGES

4/55

Kendall Jenner made a special appearance at the Golden Globes in 2018. She wore a black gown to support the #TimesUp protest that took place that night at the show.

GETTY IMAGES

5/55

Kendall wearing cut off jorts and heels is a vibe that I need more of forever. Her tube top and oversized leather jacket also helps.

GETTY IMAGES

6/55

Kendall opted for an all red look to sit front row during the Off-White show at Paris Fashion Week. Kendall is still one of the brand's biggest fans.

GETTY IMAGES

7/55

At Paris Fashion Week in 2016, Kendall and Gigi made waves for swapping hair colors at Balmain — but their looks after the show were just as attention grabbing. While Gigi chose an all-black ensemble, Kendall topped off her cropped tee with a fluffy multi-color coat.