# EXHIBIT 55

**BROWNE GEORGE ROSS** LLP
Los Angeles · New York · San Francisco

2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
T (310) 274-7100 F (310) 275-5697

Keith J. Wesley
kwesley@bgrfirm.com

File No. 7369-011

July 19, 2019

**Via Electronic Mail Only**

Joshua M. Masur
Zuber Lawler & Del Duca LLP
2000 Broadway Street, Suite 154
Redwood City, CA 94063
E-Mail: jmasur@zuberlawler.com

    Re:    *Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.*,
             No. 2:19-cv-4618 (C.D. Cal.)

Dear Josh:

    I write in response to your letter dated July 16, 2019.

    Redbubble apparently believes that continued use of the "Brandy Melville" trademark to drive sales of copies of Brandy Melville products is perfectly lawful under, for example, *Multi-Time Machine, Inc. v. Amazon.com, Inc.*, 804 F.3d 930 (9th Cir. 2015). Redbubble is mistaken. Below is a concrete illustration of why *Multi-Time Machine* provides Redbubble no defense to its knowing and continuing violations of the Lanham Act.

    A consumer searching for Brandy Melville stickers by typing into Google "Brandy Melville stickers" is led to the following link, which is listed amongst a collection of other links to websites offering actual authentic Brandy Melville products:

> **Brandy Melville Stickers | Redbubble**
> https://www.redbubble.com › Brandy Melville › Stickers ▾
> Stickers featuring millions of original designs created by independent artists. Decorate your laptops, water bottles, notebooks and windows. White or transparent.

    The full search results page is attached as Exhibit A.

    The consumer who clicks on that link (or a consumer who searches for "Brandy Melville stickers" in Redbubble's own search engine) is then led to the following "Brandy Melville Stickers" page on Redbubble:

1304126.1

**Browne George Ross LLP**

Joshua M. Masur
July 19, 2019
Page 2



The full page is attached hereto as Exhibit B.

Thereafter, whether consumer purchased something from Redbubble or simply spent a few seconds before turning her attention elsewhere, the consumer's computer will automatically receive pop-ups that show simply "Redbubble" and Brandy Melville designs, *including designs like that below that is a registered trademark of Brandy Melville and a design that had purportedly had been removed due to Redbubble's "proactive policing"*.



1304126.1

**Browne George Ross LLP**

Joshua M. Masur
July 19, 2019
Page 3

      The entirety of the screenshot from which the picture above is derived is attached hereto as Exhibit C.

      The situation here is thus materially different from the situation in *Multi-Time Machine*, where, among other things, the products on display were clearly labeled with *other brand names*, the goods were expensive, Amazon's category heading looked nothing like the "Brandy Melville Stickers" heading employed by Redbubble, a search of the plaintiff's name yielded a variety of results that had nothing to do with the plaintiff, and there was no comparable evidence of use of the plaintiff's trademark to drive traffic to the Amazon site.

      Redbubble has the means to stop using "Brandy Melville" as a keyword to drive traffic to products that are identical or nearly identical to those found at authentic Brandy Melville retailers. One need look no further than other sites similar to Redbubble that come up empty when the term "Brandy Melville" is searched thereon. The only logical reason for Redbubble's refusal to acknowledge, let alone solve, the real issue here is that Redbubble knows that the continued use of Brandy Melville's registered trademarks is beneficial to Redbubble's business.

      Until Redbubble ceases using the "Brandy Melville" trademark as a keyword to drive consumers to designs also found at Brandy Melville authentic retailers, there is no reason for a conference call to discuss potential resolution, and Redbubble's potential exposure increases by the day. If, however, Redbubble ceases this conduct, we would welcome the opportunity to discuss a reasonable resolution of Brandy Melville's claims.

Very truly yours,

*[signature]*

Keith J. Wesley

KJW:jyk
Enclosure

1304126.1

BRANDY_0000173

# EXHIBIT A

BRANDY_0000174



Google | brandy melville stickers | Sign in

All | Images | Shopping | News | Videos | More | Settings | Tools

About 904,000 results (0.39 seconds)

See brandy melville stickers — Sponsored

| NEW Brandy Melville Sticker... | Lot Of 200 Brandy Melville... | 10 Brandy Melville Sticker... | Brandy Melville Accessories \|... | Brandy Melville Laptop Stickers |
|---|---|---|---|---|
| $3.00 | $12.95 | $0.20 | $8.00 | $1.90 |
| Etsy | eBay | Etsy | Poshmark | Etsy |

Images for brandy melville stickers

More images for brandy melville stickers — Report images

Brandy melville stickers | Etsy
https://www.etsy.com/market/brandy_melville_stickers
Check out our **brandy melville stickers** selection for the very best in unique or custom, handmade pieces from our laptop shops.

Brandy Melville Sticker Bundle Lot Collection of 145 ... - Amazon.com
https://www.amazon.com/Brandy-Melville-Sticker-Bundle-Collection/.../B074PF8HTR
New **Brandy Melville Sticker** bundle! There are many different designs included in this bundle. You get one of each of the ones pictured above. Sizes, types, and ...

brandy melville stickers - Amazon.com
https://www.amazon.com/brandy-melville-stickers/s?k=brandy+melville+stickers
Results 1 - 48 of 166 - (14 Pack) Cute **Stickers** for Teens, Girls, Women - **Brandy Melville** and Laptop **Stickers**, Premium Cute **Stickers** for Water Bottles, Hydro ...

Brandy Melville Stickers | Redbubble
https://www.redbubble.com › Brandy Melville › Stickers
**Stickers** featuring millions of original designs created by independent artists. Decorate your laptops, water bottles, notebooks and windows. White or transparent.

Customer Service - Brandy Melville
https://www.brandymelvilleusa.com/customer-service
Unfortunately we don't know ahead of time if/when items will be in stock online or in store, but we do add new items almost daily! I LOVE YOUR **STICKERS**!

Free Brandy Melville Stickers on Poshmark
https://poshmark.com › Brandy Melville
Get the best deals on free **brandy melville stickers** and save up to 70% off at Poshmark now! Whatever you're shopping for, we've got it.

Brandy Melville Scrapbooking Stickers for sale | eBay
https://www.ebay.com › ... › Brandy Melville Scrapbooking Stickers

brandy melville stickers - Google Search

Page 2 of 2

Results 1 - 48 of 81 - Get the best deal for **Brandy Melville** Scrapbooking **Stickers** from the largest online selection at eBay.com. Browse your favorite brands ...

### 2017 los Angeles California locals only holographic brandy Melville ...
https://www.pinterest.com/pin/97179304444549683/
Apr 7, 2019- 2017 los Angeles California locals only holographic **brandy Melville sticker**.

### Brandy Melville Stickers Random 10 New 2018, High Quality, Unused ...
https://www.pinterest.com/pin/787989266028475255/
Discover ideas about **Brandy Melville Stickers**. July 2019. **Brandy Melville Stickers** Random 10 New High Quality, Unused, Waterproof. Brandy Melville ...

Searches related to brandy melville stickers

| | |
|---|---|
| brandy melville stickers **amazon** | brandy melville **shipping reviews** |
| **what to do with** brandy melville stickers | brandy melville stickers **etsy** |
| **rare** brandy melville stickers | brandy melville **shark sticker** |
| brandy melville stickers **ebay** | brandy melville **headquarters** |

1 2 3 4 5 6 7 8 9 10    Next

**90035, Los Angeles, CA** - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

https://www.google.com/search?client=firefox-b-1-d&q=brandy+melville+stickers          7/18/2019

BRANDY_0000176

Ex. 55
Page 266

# EXHIBIT B

BRANDY_0000177







Brandy Melville Stickers | Redbubble

Refer a friend and get $10 off. Use it on newly discounted tees and save crazy $$.

Sell your art Login Signup

REDBUBBLE brandy melville

Clothing Stickers Device Cases Wall Art Home Decor Kids & Babies Accessories Stationery Gifts

**Filters (1)**

Category
All Stickers

Finish
- Matte
- Glossy
- Transparent

Artwork Medium
All Mediums

## Brandy Melville Stickers 1,471 Results

Most Relevant

All Stickers ✕ Clear all

Tumblr sun Sticker
By elisazhang
$3.71

Tumblr Quote Sticker
By cheyannekailey
$2.58

Sun Child Sticker
By sxndrx19
$2.47

You're gold baby. solid g...
By Amanda M
$3.09

Yin Yang Faded Sticker
By cheyannekailey
$2.58

killin' it - pastel pink Stic...
By Gloria Lam
$2.68

Blue New York Sticker
By Moxie Graphics
$2.99

killin' it - black Sticker
By Gloria Lam
$2.68

killin' it - pastel blue Stic...
By Gloria Lam
$2.68

Loser Sticker
By HustlerJauregui
$2.47

Hang Loose Sticker
By HustlerJauregui
$2.47

California Sticker
By elisazhang
$3.71

Alien Sticker Sticker
By jesskoen
$3.30

Choose Kindness! Sticker
By quincywhipple
$2.47

Watermelon Sticker
By hrmattus
$3.30

and i oop- Sticker
By Katie's Stickers
$3.67

https://www.redbubble.com/shop/brandy+melville+stickers 7/17/2019

Brandy Melville Stickers | Redbubble

Bundle deal

Buy any **4** small stickers and get **25% off.**
Buy any **10** and get **50% off.**

Alien Sticker Sticker
By jesskoen
$3.30

phone case sticker pack...
By Katie's Stickers
$3.81

blue sticker pack Sticker
By Katie's Stickers
$3.81

Badlands Mountains Wit...
By HustlerJauregui
$2.47

Sun and Moon minimalis...
By cgnewman00
$2.51

Smoking Alien Sticker
By HustlerJauregui
$2.47

Don't Be a Prick Cactus S...
By Moxie Graphics
$2.99

I'll sleep when I'm dead S...
By Brandystickers
$2.47

Watermelon Sticker
By elisazhang
$3.71

malibu racing sticker Sti...
By Sammy Hopko
$4.12

emoji sticker pack #1 Stic...
By Sammy Hopko
$4.12

Blue Los Angeles Sticker
By Moxie Graphics
$2.99

Alien Sticker
By hannahshay123
$3.09

not today satan Sticker
By c. elizabeth
$3.03

Tumblr Inspired Sun Log...
By selinuenal13
$3.61

Gypsy Eyes Sticker
By cykyrath
$3.05

Brandy Melville Stickers | Redbubble

holographic heart Sticker
By c. elizabeth
$3.03

Boston Sign Sticker
By emmybdesigns
$3.30

hang loose sticker Sticker
By Sammy Hopko
$4.12

ok i'm taking a nap Sticker
By Katie's Stickers
$3.19

radiate positivity Sticker
By c. elizabeth
$3.03

Constellations Sticker
By elisazhang
$3.71

dripping lips Sticker
By catscollegecuts
$3.48

skip a straw save a turtle...
By Katie's Stickers
$3.19

go crazy ahhhhh go stup...
By Katie's Stickers
$3.19

LA glasses Sticker
By jackiekeating
$2.58

its ok to not be ok heart...
By c. elizabeth
$3.03

Gnarly slime Sticker
By vanessachammas
$2.47

Thailand Sticker
By destineyc
$2.88

Palm Tree - Cuba Sticker
By Anjali Devjani
$3.50

Sun, Moon, & Star Embroi...
By nikkitra
$2.47

i only like my lemons lulu...
By Katie's Stickers
$3.19

stripe star shaka Sticker
By Katie's Stickers
$3.19

SICK! Sticker
By Moxie Graphics
$2.99

nyc Sticker
By c. elizabeth
$3.03

yall Sticker
By c. elizabeth
$3.03

xoxo pink Sticker

Watermelon Sticker

Make It Happen Sticker

crackhead Sticker

https://www.redbubble.com/shop/brandy+melville+stickers 7/17/2019

BRANDY_0000180









Brandy Melville Stickers | Redbubble

By stickerzaf
$3.09

By Moxie Graphics
$2.99

By Alexandra Pentel
$3.07

By Katie's Stickers
$3.19

New York - Have a Nice D...
By Anjali Devjani
$3.15

Just Peachy Sticker
By SAKII
$2.47

RELAX. Sticker
By happyvalleygirl
$3.19

You Can't Sit With Us Sti...
By Moxie Graphics
$2.99

Holographic Melting Smi...
By vivienne G
$3.50

Orange yellow aesthetic...
By swaygirls
$4.12

Los Angeles Sticker
By elisazhang
$3.71

tie dye shakas Sticker
By stickerzaf
$3.09

star chart Sticker
By thenewromantic
$2.47

Happiness Sticker
By Anjali Devjani
$4.16

soulja boy tweet Sticker
By Katie's Stickers
$3.19

nobody knows - bisexual...
By HustlerJauregui
$2.47

billy ray cyrus tweet ~ Sti...
By c. elizabeth
$3.03

Girls Bite Back Fangs Sti...
By Moxie Graphics
$2.99

New York Home State O...
By Jamie Maher
$3.99

But First, Coffee Sticker
By happyvalleygirl
$3.19

dont forget the happy th...
By c. elizabeth
$3.03

Mermaids Don't Do Hom...
By caseyward
$3.71

los angeles 1984 sticker (...
By Sammy Hopko
$4.12

yolo Sticker
By Katie's Stickers
$3.19

https://www.redbubble.com/shop/brandy+melville+stickers 7/17/2019

Naps for Days Sticker
By Moxie Graphics
$2.99

great wave Sticker
By Katie's Stickers
$3.19

clout goggles Sticker
By Katie's Stickers
$3.19

pink and black wave Stic...
By Katie's Stickers
$3.19

Queen Of Fucking Everyt...
By Amanda M
$3.09

Killin' It Sticker
By wreckingball
$2.47

LA Sticker
By stickerzaf
$3.09

Space Hand Sticker
By thenewromantic
$2.47

just peachy Sticker
By c. elizabeth
$3.03

in and out Sticker
By SolisqueLuna
$3.71

It's Better In New York St...
By caseyward
$3.71

blue new york sticker Sti...
By Sammy Hopko
$4.12

That's the tea. Sticker
By Shhhugar
$2.58

Carpe Diem Sticker
By urbanewbie
$2.47

mario badescu spray set...
By bratayleyfanfic
$2.68

triggered meme sticker...
By Sammy Hopko
$4.12

Nevertheless, She Persist...
By Moxie Graphics
$2.99

Cheese Slice Sticker
By HustlerJauregui
$2.47

khalid tweet #1 Sticker
By Katie's Stickers
$3.19

Petty Sticker
By Danielle Fay
$3.09

Try it on these products

Brandy Melville Stickers | Redbubble

Stickers | Glossy Stickers | Transparent Stickers

OK, BUT FIRST TEA Sticker
By s l
$2.68

Peachy Peach Sticker
By Amanda M
$3.09

plants are friends sticker...
By Sammy Hopko
$4.12

Donut Sticker
By taliapaige
$3.09

Girls Bite Back Pink Editi...
By SpectreStudios
$2.99

Vibes Sticker
By marleylettering
$4.16

We grew here, you flew...
By carlieshorr
$2.47

karma Sticker
By Lauren Scott
$3.03

GIRL POWER Sticker
By shuemer
$3.30

Rainbow smile emoji Stic...
By charlc19
$2.68

crackhead Sticker
By Katie's Stickers
$3.19

Watercolor Pineapple Sti...
By Moxie Graphics
$2.99

‹ Previous Showing 1 - 108 of 1,471 unique designs Next ›

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more

**Local Support**
24/7 Dedicated support
Submit a request

Brandy Melville › Stickers
Stickers › Brandy Melville

One-off die-cut Stickers. Removable, waterproof and extremely awesome. All sizes have 1/8th" / 3.2mm white borders.

https://www.redbubble.com/shop/brandy+melville+stickers 7/17/2019

Brandy Melville Stickers | Redbubble

Related searches

Tumblr Cute Funny Girly Hipster Cool Basic Pink Aesthetic

10% off, promos, and the best indie art ever!

Your email address

USD$ - English Mature content: Hidden

**Shop**
- Delivery
- Returns
- Login
- Signup
- Sell your art
- Bulk orders

**About**
- About Us
- Social Responsibility
- Partner Program
- Affiliates
- Give $10, Get $10
- Student Discount
- Jobs
- Blog
- Artist Blog

**Help**
- Help Center
- Guidelines
- Copyright
- Investor Center
- Contact Us

**Social**
- Instagram
- Facebook
- Twitter
- Tumblr
- Pinterest

REDBUBBLE

User Agreement Privacy Policy Redbubble uses cookies: Cookie Policy

Download on the App Store

© Redbubble. All Rights Reserved

# EXHIBIT C

BRANDY_0000185



BRANDY_0000186