# EXHIBIT 56













