BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF PHILLIP PALEY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  June 1, 2020<br>Time:  9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |

Case No. 2:19-cv-04618-RGK (JPRx)
DECLARATION OF PHILLIP PALEY IN SUPPORT OF
PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Phillip Paley, declare as follows:

1. I am a paralegal with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. On April 22, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california Case & Skin for Samsung Galaxy." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as **Exhibit 57**.

3. On April 22, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california iPhone Case and Cover." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as **Exhibit 58**.

4. On April 22, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california Sticker." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as **Exhibit 59**.

5. On April 23, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california Sticker." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as **Exhibit 60**.

6. On April 23, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california Sticker." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached hereto as **Exhibit 61**.

7. On April 22, 2020, I purchased nine products from the Redbubble website: seven stickers and two phone cases. I captured a screenshot of the order summary. The order summary, on Redbubble's website, states: "We're on it!" and "Here's what happens next." The order summary also states that my order was successful on April 22 and the estimated date of delivery was April 28 to May 4. A true and correct copy of that screenshot is attached hereto as **Exhibit 62**.

8. On April 29, 2020, some of the products I purchased from the Redbubble website on April 22, 2020 were received via U.S. Mail by our office services personnel. The products were sent in 3 different envelopes. Photos of these envelopes, as well as photos and scans of the items therein that I purchased, were taken upon receipt. A true and correct copy of those photos and scans is attached hereto as **Exhibit 63**.

Executed this 4th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Phillip Paley