# EXHIBIT 57





| $29.46 | $30.51 | $25.25 | $31.56 | $26.30 | $27.35 |

### Cases & Skins for Samsung Galaxy Tags

los angeles cases & skins for samsung galaxy    la cases & skins for samsung galaxy    cali cases & skins for samsung galaxy

california cases & skins for samsung galaxy    brandi love cases & skins for samsung galaxy

melville cases & skins for samsung galaxy    vsco cases & skins for samsung galaxy

aesthetic cases & skins for samsung galaxy    groovy cases & skins for samsung galaxy

### All Product Tags

los angeles    la    cali    california    brandi love    melville    vsco    aesthetic    groovy

### Other Products

los angeles t-shirts    los angeles stickers    los angeles phone cases    los angeles posters

los angeles sweatshirts & hoodies


**Worldwide Shipping**
Available as Standard or Express delivery
Learn more


**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more


**Free Return**
Exchange or money back guarantee for all orders
Learn more


**Local Support**
24/7 Dedicated support
Submit a request

⚠ Report Content / Copyright infringement

 10% off, promos, and the best indie art ever!

Your email address 

🇺🇸 USD$ - English    Mature content: Hidden

Ex. 57
Page 6

