# EXHIBIT 58

Keep safe, be healthy, and stay creative. For Product & Delivery updates, check these **FAQs**.



Search designs and products  🔍       

Clothing   Stickers   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs

## los angeles california iPhone Case & Cover

Designed by **hannahwyt**

### $21.00

**Model**

iPhone 11 ⌄

**Case Style**

Soft Case ⌄

🛒 **Add to cart**

Soft Case ⌄

🛒 **Add to cart**

🇺🇸 Delivery

Soft Case ⌄

🛒 **Add to cart**

🇺🇸 Delivery

Soft Case ⌄

🛒 **Add to cart**

🇺🇸 Delivery

## Features

- Durable flexible case that grips around the edges of your phone

- Shock absorbent TPU case with anti-fingerprint finish

- Colors are ink printed on the frosted shell surface

- The design is featured on the back while the edges of the case are semi transparent and provide full access to ports

- Compatible with Qi-standard wireless charging

- Weight 26g

- Thickness 1/16 inch (1.6mm)

## Reviews

⭐⭐⭐⭐⭐
⭐⭐⭐⭐☆
⭐⭐⭐☆☆
⭐⭐☆☆☆
⭐☆☆☆☆

**+ Read all 93 reviews**

Ex. 58
Page 9

Soft Case ⌄

🛒 **Add to cart**

🇺🇸 Delivery

Soft Case ⌄

🛒 **Add to cart**

🇺🇸 Delivery

Soft Case ⌄

🛒 **Add to cart**

🇺🇸 Delivery

🛒 **Add to cart**

🇺🇸 Delivery

Express by 28 April

Standard between 28 - 30 April

**los angeles california**

Designed by hannahwyt

## Also available on

Sticker

$2.50

Available on +4 products  >

**hannahwyt**
Chicago, United States

Follow

iridescent trippy b...
$21.00

inhale exhale assc
$21.00

pink red flames
$21.00

flower boy
$21.00

trippy moon drip s...
$21.00

make america exo...
$21.00

View hannahwyt's shop  >

## Similar designs

Explore similar designs from over 700,000 independent artists.



| | | | | | |
|---|---|---|---|---|---|
| Malibu College Sty... | great wave by Sim... | Retro K (Blue) by k... | don't be shy put s... | Kermit In A Blanke... | 405 Freeway Sign ... |
| $21.00 | $25.38 | $21.00 | $26.25 | $21.88 | $22.40 |



| | | | | | |
|---|---|---|---|---|---|
| inhale exhale assc ... | Venice Capital by l... | cute lil stars by ste... | Jeep logo Pastel Pi... | orange monarch b... | aesthetic wave by ... |
| $21.00 | $21.00 | $22.75 | $23.63 | $25.38 | $21.00 |

### iPhone Cases & Covers Tags

los angeles iphone cases & covers    la iphone cases & covers    cali iphone cases & covers

california iphone cases & covers    brandi love iphone cases & covers    melville iphone cases & covers

vsco iphone cases & covers    aesthetic iphone cases & covers    groovy iphone cases & covers

### All Product Tags

los angeles    la    cali    california    brandi love    melville    vsco    aesthetic    groovy

### Other Products

los angeles t-shirts    los angeles stickers    los angeles phone cases    los angeles posters

los angeles sweatshirts & hoodies



**Worldwide Shipping**
Available as Standard or Express delivery
**Learn more**

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
**Learn more**

**Free Return**
Exchange or money back guarantee for all orders
**Learn more**

**Local Support**
24/7 Dedicated support
**Submit a request**

⚠ Report Content  /  Copyright infringement



**10% off, promos, and the
best indie art ever!**

Your email address                                    ⇗

🇺🇸 USD$ - English        Mature content: Hidden

**Shop**

Gift Guides

Fan Art

Blog

Give Savings, Get
Savings

Student Discount

Logout

Bulk orders

**About**

About Us

Social Responsibility

Partner Program

Affiliates

Sell your art

Jobs

Artist Blog

**Help**

Delivery

Returns

Help Center

Guidelines

Copyright

Investor Center

Contact Us

**Social**

📷 Instagram

f Facebook

🐦 Twitter

t Tumblr

📌 Pinterest

**REDBUBBLE**     User Agreement   Privacy Policy   Do not sell my personal information   Redbubble uses cookies: Cookie Policy

VISA   MasterCard   AMEX   PayPal   Pay   pay

Download on the App Store   GET IT ON Google Play

© Redbubble. All Rights Reserved

12:54:36 PM 4/22/2020