# EXHIBIT 59

Keep safe, be healthy, and stay creative. For Product & Delivery updates, check these **FAQs** .

 REDBUBBLE

Search designs and products

Clothing    Stickers    Phone Cases    Wall Art    Home & Living    Kids & Babies    Accessories    Stationery    Gifts    Explore designs



## los angeles california Sticker

Designed by hannahwyt

### $2.75

$2.06 when you buy 4+
$1.38 when you buy 10+

**Finish**

Glossy

**Size**

Small (4 x 1.2 in)

🛒 Add to cart

**Size**

Small (4 x 1.2 in)

🛒 Add to cart

**Size**

Small (4 x 1.2 in)

🛒 Add to cart

🛒 Add to cart

📏 View size guide

## Features

- Decorate notebooks, personalize laptops, or stick 'em wherever
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Glossy finish for vibrant, eye-catching colors
- Sticker types may be printed and shipped from different locations

## Reviews

★★★★★
★★★★☆
★★★☆☆
★★☆☆☆
★☆☆☆☆

**+ Read all 46 reviews**

 **los angeles california**
Designed by hannahwyt

Also available on

Ex. 59
Page 14

Also available on

Available on +4 products                                               >

🇺🇸  Delivery
Express by 28 April
Standard between 28 April - 1 May



**hannahwyt**
Chicago, United States                    Follow

| iridescent trippy b... | inhale exhale assc | white hydro flask r... | flower boy | make america exo... | AYAOTD glitter |
|---|---|---|---|---|---|
| $2.75 | $2.75 | $2.75 | $2.75 | $4.35 | $4.35 |

View hannahwyt's shop                                                   >

## Similar designs
Explore similar designs from over 700,000 independent artists.



| chill since 1993 ma... | Los Angeles by ell... | blue smoothie bo... | In-N-Out Sticker b... | vsco by bratayleyf... | Here Comes the S... |
|---|---|---|---|---|---|
| $2.75 | $2.75 | $3.78 | $2.98 | $2.75 | $2.75 |

| Girls Bite Back Fan... | VW Van by mad-d... | cool x6 by finesseco | american teen by ... | ru brandy by eggs... | cries in spanish by... |
|---|---|---|---|---|---|
| $2.75 | $2.75 | $2.75 | $2.75 | $4.58 | $2.75 |

**Stickers Tags**

los angeles stickers    la stickers    cali stickers    california stickers    brandi love stickers    melville stickers

vsco stickers    aesthetic stickers    groovy stickers

**All Product Tags**

Ex. 59
Page 15



los angeles    la    cali    california    brandi love    melville    vsco    aesthetic    groovy

**Other Products**

los angeles t-shirts    los angeles phone cases    los angeles posters    los angeles sweatshirts & hoodies

**Worldwide Shipping**
Available as Standard or Express delivery
**Learn more**

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
**Learn more**

**Free Return**
Exchange or money back guarantee for all orders
**Learn more**

**Local Support**
24/7 Dedicated support
**Submit a request**

⚠ Report Content  /  Copyright infringement



10% off, promos, and the best indie art ever!

Your email address

USD$ - English    Mature content: Hidden



**Shop**
Gift Guides
Fan Art
Blog
Give Savings, Get Savings
Student Discount
Logout
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
⊙ Instagram
f Facebook
🐦 Twitter
t Tumblr
ⓟ Pinterest

REDBUBBLE

Ex. 59
Page 16



Ex. 59
Page 17