# EXHIBIT 60

