# EXHIBIT 62

 **REDBUBBLE**

Search for products or designs  

Clothing    Stickers    Phone Cases    Wall Art    Home & Living    Kids & Babies    Accessories    Stationery    Gifts    Explore designs



Here's what happens next

✓
ORDER SUCCESSFUL
APRIL 22

MADE AND SHIPPED

EST. DELIVERY
28 APRIL - 4 MAY

## Shipping address

Phillip Paley

2121 Avenue of the Stars Ste 2800, Los Angeles

CA 90067 United States

VIA STANDARD POST

Need to change this address?

🍃 Redbubble is going carbon neutral.
Find out how.



## Get shipping notifications

Stay updated with our iOS mobile app.

3109238273

🍎 Send me the app

## Order summary

ORDER # 34427609

This order has been paid in full (**$122.26**) via Credit Card

ARTIST DETAILS                    PRODUCT                                        QTY            PRICE



| | | | | |
|---|---|---|---|---|
| **hannahwyt** Chicago, United States | | los angeles california Sticker Small (4.0" x 1.2") | 1 | **$2.72** |
| **hannahwyt** Chicago, United States | | los angeles california Glossy Sticker Small (4.0" x 1.2") | 1 | **$2.99** |
| **hannahwyt** Chicago, United States | | los angeles california Transparent Sticker Small (4.0" x 1.2") | 1 | **$3.34** |
| **hannahwyt** Chicago, United States | | los angeles california Transparent Sticker Medium (5.5" x 1.6") | 1 | **$7.82** |
| **hannahwyt** Chicago, United States | | los angeles california Glossy Sticker Medium (5.5" x 1.6") | 1 | **$7.18** |
| **hannahwyt** Chicago, United States | | los angeles california Glossy Sticker Large (8.5" x 2.5") | 1 | **$11.95** |
| **hannahwyt** Chicago, United States | | los angeles california Transparent Sticker Large (8.5" x 2.5") | 1 | **$13.03** |
| **hannahwyt** Chicago, United States | | los angeles california iPhone 11 Pro Max - Snap iPhone 11 Pro Max - Snap | 1 | **$27.43** |
| **hannahwyt** Chicago, United States | | los angeles california Samsung Galaxy S10 - Snap Samsung Galaxy S10 - Snap | 1 | **$27.43** |

Ex. 62
Page 24



| | |
|---|---|
| Made a mistake? | Subtotal $103.89 |
| We can help you with that | Shipping (Standard Post) $18.37 |

**Total Cost (USD)**                                    **$122.26**

Includes $8.79 in taxes

Kudos to the artists

Love what you bought? Tell the artists who designed it.



hannahwyt

You bought:

Tell hannahwyt what you love about their designs...

Send

## You might also like...



Here to help

**Useful links:** What's my order status?   |   When should I expect delivery?

For questions or concerns, please contact super friendly Redbubble Customer Support with your order number handy (34427609).

Mature Content: Hidden   🌐 United States - USD$ - English

