# EXHIBIT 63

















