Ex. 64

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 64

Ex. 64

Ex. 64

# ENTIRE EXHIBIT REDACTED

Ex. 64