Ex. 65

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 65

Ex. 65

Ex. 65

# ENTIRE EXHIBIT REDACTED

Ex. 65