Ex. 66

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 66

Ex. 66

# ENTIRE EXHIBIT REDACTED

Ex. 66