Ex. 67

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 67

Ex. 67

# ENTIRE EXHIBIT REDACTED

Ex. 67