Ex. 68

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 68

Ex. 68

# ENTIRE EXHIBIT REDACTED

Ex. 68