Ex. 69

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 69

# ENTIRE EXHIBIT REDACTED

Ex. 69