# REDACTED
# To Be Filed Under Seal

# EXHIBIT 70

Ex. 70

# ENTIRE EXHIBIT REDACTED

Ex. 70