Ex. 71

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 71

Ex. 71

Ex. 71

# ENTIRE EXHIBIT REDACTED

Ex. 71