Ex. 72

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 72

Ex. 72

# ENTIRE EXHIBIT REDACTED

Ex. 72