Ex. 73

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 73

Ex. 73

Ex. 73

# ENTIRE EXHIBIT REDACTED