Ex. 74

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 74

Ex. 74

Ex. 74

# ENTIRE EXHIBIT REDACTED

Ex. 74