Ex. 75

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 75

Ex. 75

# ENTIRE EXHIBIT REDACTED