Ex. 76

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 76

Ex. 76

Ex. 76

# ENTIRE EXHIBIT REDACTED

Ex. 76