Ex. 77

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 77

Ex. 77

Ex. 77

# ENTIRE EXHIBIT REDACTED