Ex. 78

# REDACTED
# To Be Filed Under Seal

**EXHIBIT 78**

Ex. 78

Ex. 78

# ENTIRE EXHIBIT REDACTED