# REDACTED
# To Be Filed Under Seal

# EXHIBIT 79

Ex. 79

Ex. 79

# ENTIRE EXHIBIT REDACTED