Ex. 80

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 80

Ex. 80

Ex. 80

# ENTIRE EXHIBIT REDACTED

Ex. 80