# REDACTED
# To Be Filed Under Seal

# EXHIBIT 81

Ex. 81

# ENTIRE EXHIBIT REDACTED

Ex. 81