# REDACTED
# To Be Filed Under Seal

# EXHIBIT 82

Ex. 82

Ex. 82

# ENTIRE EXHIBIT REDACTED