# REDACTED
# To Be Filed Under Seal

# EXHIBIT 83

Ex. 83

Ex. 83

# ENTIRE EXHIBIT REDACTED

Ex. 83