Ex. 84

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 84

Ex. 84

Ex. 84

# ENTIRE EXHIBIT REDACTED

Ex. 84