# EXHIBIT 85



















