Ex. 87

# REDACTED
# To Be Filed Under Seal

# EXHIBIT 87

Ex. 87

Ex. 87

# ENTIRE EXHIBIT REDACTED

Ex. 87