# REDACTED
# To Be Filed Under Seal

# EXHIBIT 88

Page 1

1  UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
2
   ------------------------------------x
3  Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,
   a Swiss Corporation
4
            Plaintiff,
5
        v.                    Case No.
6                             2:19-cv-04618-RGK (FFMx)

7  REDBUBBLE, INC., a Delaware
   Corporation
8
            Defendant.
9  ------------------------------------x

10
                            NEW YORK, NEW YORK
11                          FEBRUARY 27, 2020

12

13

14

15      VIDEO RECORDED DEPOSITION OF Y.Y.G.M.

16       BY ITS CORPORATE REPRESENTATIVE

17             SALVATORE RIANNA

18        AND IN HIS INDIVIDUAL CAPACITY

19

20

21

22

23  Reported by:

24  MARK RICHMAN, CCR, RPR, CM

25  JOB NO:  177881

```
 1

 2

 3          NEW YORK, NEW YORK

 4          11:11 A.M.

 5

 6          VIDEO RECORDED 30(B)(6) DEPOSITION of

 7   Y.Y.G.M. SA d.b.a BRANDY MELVILLE, by its

 8   Corporate Representative SALVATORE RIANNA and

 9   in his individual capacity, held at the offices

10   of Zuber Lawler & Del Duca LLP, 1 Penn Plaza

11   New York, New York, before Mark Richman, a

12   Certified Shorthand Reporter, Registered

13   Professional Reporter and Notary Public within

14   and for the State of New York

15                              ----

16

17

18

19

20

21

22

23

24

25
```

Ex. 88
Page 193

```
 1  APPEARANCES:

 2

 3  BROWNE GEORGE ROSS

 4  Attorneys for Plaintiff

 5      5 Penn Plaza

 6      New York, NY 10001

 7  BY:   JEFFREY MITCHELL, ESQ.

 8

 9

10

11  ZUBER LAWLER & DEL DUCA

12  Attorneys for Defendant

13      350 South Grand Avenue

14      Los Angeles, CA 90071

15  BY:   ZACHARY DAVIDSON, ESQ.

16

17

18

19

20  PRESENT:

21  LEM LATTIMER, Videographer

22

23

24

25
```

Ex. 88
Page 194

Page 4

1           THE VIDEOGRAPHER:  This is the

2    start of media labeled number 1 of

3    the video recorded deposition of

4    Salvatore Rianna in the matter of

5    Y.Y.G.M. SA d/b/a Brandy Melville

6    versus Redbubble, Inc. on February

7    27, 2020 at approximately is 11:11

8    a.m.

9           My name is Lem Lattimer, I'm the

10   legal video specialist from TSG

11   Reporting.  Court reporter is Mark

12   Richman from TSG Reporting.

13          Counsels, please introduce

14   yourselves.

15          MR. DAVIDSON:  On behalf of the

16   defendant, I'm Zachary Davidson from

17   Zuber Lawler & Del Duca.

18          MR. MITCHELL:  Jeffrey Mitchell,

19   Browne George Ross, for the

20   plaintiff.

21          THE VIDEOGRAPHER:  Will the court

22   reporter please swear the witness in.

23          SALVATORE M. RIANNA, called as a

24   witness, having been first duly sworn

25   by the Notary Public (Mark Richman),

1    was examined and testified as

2    follows:

3           EXAMINATION BY MR. DAVIDSON:

4    Q.    Good morning, Mr. Rianna.  Would

5    you please spell your name for the

6    record.

7    A.    Sure, Salvatore,

8    S-A-L-V-A-T-O-R-E, middle initial M,

9    last name Rianna, R-I-A-N-N-A.

10   Q.    Have you ever been deposed

11   before, sir?

12   A.    I have.

13   Q.    How many times?

14   A.    Twice.

15   Q.    When was the most recent time?

16   A.    Probably about approximately four

17   months ago.

18   Q.    Okay.  So you probably are

19   somewhat familiar with the process, but

20   I'm still going to go over some of the

21   ground rules here just to sort of

22   refamiliarize yourself with what's going

23   to happen today.

24          So this is a slightly informal

25   setting compared to being in court.  But



Page 84





Page 106

Ex. 88
Page 199





Page 108



1   referring to having reviewed before?

2    A.    Yes.

3    Q.    Let me direct your attention,

4   sir, to paragraph 11 on page 2 of the

5   complaint.

6    A.    Okay.

7    Q.    You see that paragraph 11

8   mentions three specific trademark

9   registrations, first number 5,373,397,

10  number 5,238,856, and number 5,748,883?

11   A.    I do.

12   Q.    Do you understand those to be

13  among the trademarks that Brandy

14  Melville is asserting in this case?

15   A.    I do.

16       MR. MITCHELL:  Among?  I thought

17    they were the only ones.

18       MR. DAVIDSON:  That's what I'm

19    driving at, counsel.

20   Q.    Are they the only ones from your

21  understanding?

22   A.    Brandy Melville and LA Lightning.

23  Yes.

24   Q.    Okay.  If you flip the page to

25  page 3.  You see depicted at the top of

1   the page an image that I'm going to

2   describe, and it says Los Angeles, has

3   an underscore that looks like a

4   lightning bolt and it says "California

5   1984."

6          Does that depict, per your

7   understanding, one of the trademarks at

8   issue in this case?

9   A.    Yes, it does.

10  Q.    And then I have the same question

11  with respect to the other image on this

12  page which reads "Brandy Melville" and

13  there is a heart interposed between the

14  two words.

15         Does that also depict one of the

16  trademarks at issue in this case?

17  A.    Yes, it does.

18  Q.    Is it Brandy Melville's

19  contention that each product that it

20  accuses of infringement in this case

21  bears one of those two images?

22  A.    Yes.  As well as other images

23  sold within the Brandy Melville

24  trademarked retail stores.

25  Q.    So any product sold in a Brandy

1   Melville retail store is covered by one

2   of these two marks per your

3   understanding?

4    A.     Any product sold in the Brandy

5   Melville has at least one of these two

6   trademarks on it.

7    Q.     Okay, you can put that aside for

8   now.  Keep it in front of you because

9   we're going to refer to it again soon.

10        But I'm going to put another

11  document in front of you, this will be

12  defendant's 4.

13        (Defendant's Exhibit 4, Plaintiff

14    Y.Y.G.M. SA d/b/a Brandy Melville's

15    responses and objections to defendant

16    Redbubble, Inc.'s first set of

17    interrogatories to plaintiff was

18    marked for identification.)

19        MR. DAVIDSON:  You know what?  I

20    want to do this in a different order.

21    I'm going to put defendant's 4 in

22    front of you but it's going to be a

23    set of discovery responses.

24   Q.    Sir, please take a moment to

25  review, let me know when you're ready to

1  description are limited to different

2  colors?

3   A.    What do you mean by that, limited

4  to the --

5   Q.    I mean are there other variations

6  of that logo besides different colors

7  that Brandy Melville contends are at

8  issue in this case?

9   A.    Not to my knowledge.

10   Q.    So sitting here today and having

11  discussed this list at some length, your

12  understanding is that this is a complete

13  account of the trademarks that are at

14  issue in this case; is that correct?

15   A.    Yes, I believe so.

16   Q.    Do you believe any of these marks

17  to be famous?

18   A.    I do.

19   Q.    Which?

20   A.    All.

21   Q.    Do you believe them all to be

22  equally famous?

23        MR. MITCHELL:  I'm sorry?

24   Q.    Do you believe them all to be

25  equally famous?

Ex. 88
Page 206

Page 159

```
 1              MR. MITCHELL:  Object to the form

 2     of the question.

 3     A.    Well, in the case of -- yes, I

 4   do.  Because even in the form of LA

 5   Lightning which has less years of

 6   exposure in our retail stores, it

 7   carries the Brandy Melville brand.

 8   Q.    Do you believe the LA Lightning

 9   logo to be independently famous?  Do

10   people seeing just that logo associate

11   it with Brandy Melville as a source?

12   A.    I do.

13   Q.    What's your basis for that

14   understanding?

15   A.    It's been, it's been a focal

16   point in social media marketing.

17   Q.    Do you -- is it your

18   understanding that consumers within the

19   United States generally recognize the LA

20   Lightning logo and associate it with

21   Brandy Melville?

22              MR. MITCHELL:  Object to the form

23     of the question.

24   A.    Could you say that again?

25   Apologies.
```

Page 160

1    Q.    Do you believe that across

2    demographics consumers in the United

3    States generally recognize the LA

4    Lightning logo and associate it with

5    Brandy Melville?

6         MR. MITCHELL:  Object to the form

7      of the question.

8    A.    I believe that our target

9    customer group associates LA Lightning

10   with Brandy Melville.

11   Q.    Is it a fair interpretation that

12   you don't believe other groups associate

13   LA Lightning with Brandy Melville?

14        MR. MITCHELL:  Object to the form

15     of the question.

16   A.    Yes, could you, could you

17   rephrase that?

18   Q.    What you said is I believe that

19   our target customer group associates LA

20   Lightning with Brandy Melville.  And

21   what I want to know is that statement

22   and that belief limited to your target

23   customer group?

24        MR. MITCHELL:  Note my objection

25     to you asking this witness that

Ex. 88
Page 208

Page 164

1      you heard parents to be mothers only

2      I would say that you're not

3      listening.

4            MR. DAVIDSON:  No, let me be

5      clear.

6    Q.    I was not asking you to explain

7    what you meant by parents.  I'm asking a

8    related question about whether or not

9    you think male consumers in the United

10   States generally recognize that logo and

11   associate it with Brandy Melville?

12           MR. MITCHELL:  Continuing

13      objection on this line of

14      questioning.

15           MR. DAVIDSON:  You're welcome to

16      have it.  Please stop disrupting in

17      exchange.

18   A.    I think males certainly can, can

19   relate and connect it to.

20   Q.    You said earlier, you used the

21   expression target customer, right?

22   A.    Mm-hmm.

23   Q.    What do you mean by target

24   customer?

25   A.    The customer for which we aim to

1   provide products to.

2    Q.    And how do you define that subset

3   of customers?

4    A.    By age.

5    Q.    And what is the age-based

6   definition of target customer that

7   you're using?

8    A.    Could be anywhere between 12 and

9   30.

10    Q.    Are there any other

11   characteristics of Brandy Melville's

12   target customers besides age?

13    A.    No, that's primary.

14    Q.    But are there others that are

15   nonprimary?

16    A.    Gender.  Female.

17    Q.    What about geographic?

18    A.    No, not to my knowledge.

19    Q.    Does Brandy Melville conduct or

20   commission any research regarding its

21   brand recognition?

22    A.    No, not to my knowledge.

23    Q.    Okay.  I'm going to put in front

24   of you defendant's 5.

25            (Defendant's Exhibit 5, Bates



Page 173



Ex. 88
Page 212

Page 184

1    Q.    Is it your contention that this

2    logo is used in connection with all of

3    the goods sold at the Brandy Melville

4    stores?

5    A.    I believe this logo is, from my

6    understanding and my observations, is on

7    all the products sold in our stores.

8    Q.    Physically on all the products?

9    A.    In the form of a hangtag as well,

10   yes.  Attached to or on.

11   Q.    Okay, then what about with

12   respect to the Brandy flag logo, is it

13   your contention that every product sold

14   in the retail store at least since you

15   started using that logo has been sold in

16   connection with the Brandy Melville flag

17   logo?

18   A.    It may have been used for

19   hangtags as well.

20   Q.    If it weren't used for hangtags,

21   wouldn't your contention be goods and

22   services were not sold in connection

23   with it?

24        MR. MITCHELL:  Sorry?

25   Q.    Is what you're saying a good is

1   goods or the allegedly infringing goods,

2   and degree of care likely to be

3   exercised by purchasers of your goods or

4   licensed goods or the allegedly

5   infringing goods."

6          Do you see what I'm referring to?

7   A.     I do.

8   Q.     Do you understand you're here to

9   testify on that topic today?

10  A.     I do.

11  Q.     Did you do anything in particular

12  to prepare for your testimony on that

13  topic today?

14  A.     No.

15  Q.     How would you describe Brandy

16  Melville's image?

17  A.     Brandy Melville's image is, in my

18  opinion, one of the most well respected

19  in the fashion industry.

20  Q.     Is there a particular look that

21  Brandy Melville markets that you can

22  describe for me?

23  A.     I would say our look is very

24  unique, detail oriented, and trendy.

25  Q.     What do you mean when you say

Page 220

1    A.    I'm not sure exactly how many

2    times.

3    Q.    Is this the first document of

4    this nature that you're aware of Brandy

5    Melville having created?

6    A.    I believe so, yes.

7    Q.    What sort of data did you draw on

8    to create this document?

9    A.    This -- this was information that

10   was readily available to us or on the

11   Internet.

12   Q.    So I want to direct your

13   attention to the third page first, the

14   third page of the document which is

15   Bates stamped Brandy_59.  Let me know

16   when you're there, please.  It's headed

17   Brand DNA.

18   A.    I'm here.

19   Q.    Did you author the contents of

20   this slide?

21   A.    Yes, along with CEO.

22   Q.    Is, reviewing it now, is it

23   accurate as far as you know?

24   A.    I believe it to be.

25   Q.    Is it still the case that the

Page 221

```
 1   product line consists of the complete
 2   line of affordable, average $20 US top
 3   sweaters, dresses, bottoms and in a
 4   variety of extraordinary colors?
 5    A.    The average price maybe has
 6   changed since then.  That's what it was
 7   at the time.
 8    Q.    Do you know roughly what it is
 9   now?
10    A.    Maybe 22.
11    Q.    So is it fair to say that Brandy
12   Melville is a relatively affordable
13   brand?
14    A.    It is.
```





Page 226

Page 235

```
 1   Q.    And when you say supplier system,
 2   does that mean they outsource the actual
 3   production of the apparel?
 4   A.    I believe so.
 5   Q.    Do you know whether or not they
 6   impose obligations on the supply chain
 7   to produce goods at a certain quality?
 8   A.    I'm not certain about the
 9   obligations to my knowledge quality is
10   certainly a, a request and desire.
11   Q.    But you're not sure whether any
12   steps are taken to, for example, enforce
13   a quality desire?
14   A.    From the CEO I've heard of, you
15   know, suppliers being let's say swapped
16   or changed because of quality issues.
17   Many of the products are also
18   manufactured in the country of Italy
19   which is known for artisan higher
20   quality products which is very different
21   in a fast fashion context.
22   Q.    Can you explain what is very
23   different in a fast fashion context?  I
24   didn't totally understand.
25   A.    Well, if you, I'll bring up other
```



Page 252

Page 253

21    Q.    When did Brandy Melville first

22    learn of Redbubble?

23    A.    I don't know exactly when, but I

24    would say probably a few weeks before

25    the legal letter was sent.

1    orders?

2     A.    I did not personally inspect

3    them.

4     Q.    Did anyone at Brandy Melville?

5     A.    I'm not sure.

6     Q.    So can you say with certainty

7    that there were any noticeable

8    differences in quality in the products

9    received from Redbubble versus what

10   Brandy Melville produces itself, sells

11   itself?

12    A.    Could you be more specific?  I'm

13   sorry.

14    Q.    Is it your belief that there's a

15   noticeable difference in quality between

16   the Brandy Melville items offered for

17   sale on Redbubble versus the Brandy

18   Melville items sold in, for example, a

19   Brandy Melville store?

20    A.    I've not viewed them side by

21   side.  I could -- I don't want to

22   necessarily speculate.  But as I

23   aforementioned, our products, most are

24   them are made in Italy.  There are

25   unique tailored bodies.  Many of our

Page 256

```
1   garments are washed and treated a

2   specific way.  So it isn't just, you

3   know, a Chinese blank t-shirt stamped

4   with a logo.
```

Page 346

1    that were designs, whether or not the

2    design itself is protected, but designs

3    that are available in Brandy Melville's

4    stores, correct?

5     A.    Correct.

6     Q.    Now is it fair to say, let's

7    start with Brandy Melville.  Brandy

8    Melville makes its own products, right?

9     A.    Mm-hmm.  That is correct.

10    Q.    Right.  And there's a certain

11    quality standard that Brandy Melville

12    requires for its products, correct?

13    A.    There is, yes.

14    Q.    And its customers come to know

15    that quality?

16    A.    Correct.

17    Q.    And Brandy Melville would never

18    use Redbubble to manufacture products

19    that it would sell, would it?

20    A.    No.

21    Q.    Can you think of would any --

22    take Nike.  Would Nike use a company

23    like Redbubble to have products

24    manufactured?

25          MR. DAVIDSON:  Objection, it

Page 360

████████████████████████████

███████████████████████

████████████████████████████

█████████████████████████████

██████████████████████████████

████████████████████

█████████████████████████████

███████████████████████████

████████████████████████████

███████████████████████████

██████████████████████████

12   Q.    Are there any other brands that

13   you're aware of at your price point

14   manufactured in Italy?

15   A.    I am not aware of other fast

16   fashion, if we want to label it as that.

17   Q.    And do you consider that one of

18   the important distinguishing features

19   for the Brandy Melville brand?

20   A.    Absolutely.

21   Q.    Thank you.

22        MR. MITCHELL:  I have nothing

23    else.

24        MR. DAVIDSON:  I have a couple

25    more inside the scope of that.  Won't

Page 364

1        Couldn't Care Less About the Average

2        Female?

3         A.    I'm not sure.

10                MR. DAVIDSON:  Okay, that's it.

11                MR. MITCHELL:  Thank you.

12                THE VIDEOGRAPHER:  Time is 8:12

13        p.m., we're off the record.

14            (Time noted:  8:12 p.m.)

15    _____

16          SALVATORE RIANNA

17

18    _____

19    Subscribed and sworn to

20    before me this _____

21    day of _____, 2020.

22

23    _____

24          Notary Public

25

```
                                                      Page 365
 1

 2

 3

 4                   E X H I B I T S

 5    NUMBER        DESCRIPTION            PAGE

 6   EXHIBIT 1    Plaintiff's Initial         52

 7                Disclosures

 8   EXHIBIT 2    Brandy Melville's         130

 9                responses and

10                objections to

11                Redbubble's notice of

12                deposition under Rule

13                30(B)(6)

14   EXHIBIT 3    Complaint in this        143

15                matter

16   EXHIBIT 4    Plaintiff Y.Y.G.M. SA    146

17                d/b/a Brandy Melville's

18                responses and

19                objections to defendant

20                Redbubble, Inc.'s first

21                set of interrogatories

22                to plaintiff

23   EXHIBIT 5    Bates stamp             165

24                BRANDY_0002185

25   EXHIBIT 6    Bates stamp             176
```

Ex. 88
Page 227

```
                                                          Page 366
 1

 2                   BRANDY_0002175

 3    EXHIBIT 7     Bates stamp                   189

 4                   BRANDY_0002195

 5    EXHIBIT 8     Bates stamp Brandy_57         217

 6    EXHIBIT 9     Bates stamp Brandy_99         261

 7    EXHIBIT 10    Bates stamp Brandy_100        261

 8    EXHIBIT 11    Bates stamp Brandy_103        268

 9    EXHIBIT 12    Bates stamp Brandy_105        268

10    EXHIBIT 13    Bates stamp Brandy_424        289

11    EXHIBIT 14    Bates stamp Brandy_656        309

12    EXHIBIT 15    Bates stamp Brandy_2455       329

13

14

15               PREVIOUSLY MARKED EXHIBITS

16    EXHIBIT     (Instruction not to       29

17                answer.)

18    EXHIBIT     (Instruction not to       39

19                answer.)

20    EXHIBIT     (Instruction not to       49

21                answer.)

22    EXHIBIT     (Instruction not to       337

23                answer.)

24

25
```

Ex. 88
Page 228

```
                                              Page 367
 1                    I N D E X

 2

 3

 4    WITNESS      EXAMINATION BY        PAGE
      RIANNA
 5

 6

 7              DAVIDSON                5, 361

 8              MITCHELL               339

 9

10

11                    REQUESTS

12              Page          Line

13                    NONE

14

15                    -----

16

17

18

19

20

21

22

23

24

25
```

Page 368

```
 1                  CERTIFICATION

 2   STATE OF NEW YORK    )
                          : ss.
 3   COUNTY OF NEW YORK   )

 4       I, MARK RICHMAN, Certified Shorthand

 5   Reporter, Registered Professional Reporter

 6   and Notary Public for and within the State

 7   of New York, do hereby certify:

 8       That the witness whose testimony is

 9   herein set forth, was duly sworn by me; and

10   that the within transcript is a true record

11   of the testimony given by said witness.

12       I further certify that I am not related

13   to any of the parties to this action by

14   blood or marriage, and that I am in no way

15   interested in the outcome of this matter.

16       IN WITNESS WHEREOF, I have hereunto set

17   my hand this 5th day of March, 2020.

18

19   _____

20   MARK RICHMAN, CSR, RPR, CM

21           *       *       *

22

23

24

25
```

Ex. 88
Page 230

Page 369

1                    ERRATA SHEET

2    CASE NAME: Y.Y.G.M. v. REDBUBBLE
     DATE OF DEPOSITION: FEBRUARY 27, 2020
3    WITNESS' NAME: SALVATORE RIANNA

4    PAGE/LINE(S)/    CHANGE        REASON
     _____/_____/_____/_____
5    _____/_____/_____/_____
     _____/_____/_____/_____
6    _____/_____/_____/_____
     _____/_____/_____/_____
7    _____/_____/_____/_____
     _____/_____/_____/_____
8    _____/_____/_____/_____
     _____/_____/_____/_____
9    _____/_____/_____/_____
     _____/_____/_____/_____
10   _____/_____/_____/_____
     _____/_____/_____/_____
11   _____/_____/_____/_____
     _____/_____/_____/_____
12   _____/_____/_____/_____
     _____/_____/_____/_____
13   _____/_____/_____/_____
     _____/_____/_____/_____
14   _____/_____/_____/_____
     _____/_____/_____/_____
15   _____/_____/_____/_____
     _____/_____/_____/_____
16   _____/_____/_____/_____
     _____/_____/_____/_____
17   _____/_____/_____/_____
     _____/_____/_____/_____
18

19        _____
               SALVATORE M. RIANNA
20
     SUBSCRIBED AND SWORN TO
21   BEFORE ME THIS_____DAY
     OF_____, 2020.
22
     _____
23        NOTARY PUBLIC

24   MY COMMISSION EXPIRES_____

25

Ex. 88
Page 231