# REDACTED
# To Be Filed Under Seal

# EXHIBIT 90

Ex. 90

Ex. 90

# ENTIRE EXHIBIT REDACTED

Ex. 90