# REDACTED

# To Be Filed Under Seal

# EXHIBIT 92

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3   ATARI INTERACTIVE, INC.,          )
                                      )
4               Plaintiff,            )
                                      )
5      VS.                            )   NO. C 18-03451 JST
                                      )
6   REDBUBBLE, INC.,                  )
                                      )
7               Defendant.            )
                                      )
8                                     )
    AND RELATED ACTIONS.              )
9                                     )

10

11

12

13

14

15                    CONFIDENTIAL

16     VIDEOTAPED DEPOSITION OF JENNY RENEE GREENHOUGH

17               San Francisco, California

18            Wednesday, December 11, 2019

19

20

21

22

    Reported by:

23  LYDIA ZINN

    RPR, FCRR, CSR No. 9223

24  Job No. CA 3795816

25  PAGES 1 - 140

                                        Page 1

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3   ATARI INTERACTIVE, INC.,          )
                                      )
4            Plaintiff,               )
                                      )
5    VS.                              )  NO. C 18-03451 JST
                                      )
6   REDBUBBLE, INC.,                  )
                                      )
7            Defendant.               )
                                      )
8                                     )
    AND RELATED ACTIONS.              )
9                                     )
10
11
12
13
14            Confidential videotaped deposition of
15  JENNY RENEE GREENHOUGH, taken on behalf of Plaintiff
16  Atari Interactive, Inc., at Browne George Ross, LLP,
17  44 Montgomery Street, Suite 1280, San Francisco, CA
18  94104, beginning at 10:06 a.m. and ending at 4:00
19  p.m., on Wednesday, December 11, 2019, before
20  LYDIA ZINN, Certified Shorthand Reporter No. 9223.
21
22
23
24
25
                                          Page 2
```

```
 1    APPEARANCES:
 2    For Plaintiff Atari Interactive ,Inc.:
                           Browne George Ross LLP
 3                         2121 Avenue of the Stars
                           Suite 2800
 4                         Los Angeles, CA  90067
                           (310) 274-7100
 5                         kwesley@bgrfirm.com
                   BY:   KEITH J. WESLEY
 6
      For Defendant Redbubble, Inc.:
 7                         Zuber Lawler Del Duca LLP
                           2000 Broadway Street
 8                         Suite 154
                           Redwood City, CA  94063
 9                         (650) 434-8538
                           jmasur@zuberlaw.com
10                 BY:   JOSHUA M. MASUR
11
      Also Present:
12
      James N. Toy, In-House Counsel, Redbubble
13
      Cassia Leet, Videographer, Veritext
14
15
16
17
18
19
20
21
22
23
24
25
                                       Page  3
```

```
 1                        I N D E X
 2   Wednesday, December 11, 2019
 3   WITNESS                                    PAGE
     JENNY RENEE GREENHOUGH
 4   (SWORN)                                       7
     Examination by Mr. Wesley                     7
 5   Examination by Mr. Masur                    137
 6   EXHIBITS MARKED FOR IDENTIFICATION         PAGE
 7   Exhibit 1001  Complaint                      99
 8   Exhibit 1011  Fan Art, The Redbubble Partner Program  108
 9   Exhibit 1012  Current Brand Partnerships    110
10   Exhibit 1013  Redbubble Help Center
                   Frequently Asked Questions    114
11
     Exhibit 1014  #71773 Infringement of Atari
12                 Interactive, Inc., Intellectual
                   Property                       41
13
     Exhibit 1015  #189777 RedBubble objection
14                 notification - Other (W8933881)  49
15   Exhibit 1016  #365664 Hi, I have received my
                   shirts and the Atari shirt...   51
16
     Exhibit 1017  12/10/15 email from Dustin E. to
17                 nicsurj@bigpond.net.au, Subject:
                   We've Shipped Part of Your Order
18                 7643472                         55
19   Exhibit 1018  #1866346 Re:  We've Shipped Your
                   Order - 10838267                59
20
     Exhibit 1019  12/13/16 email from Redbubble via
21                 CS: DAS Records to Kris P. Rigby,
                   Subject:  Request #2086814: How did
22                 Anthony do today?               61
23   Exhibit 1020  1/5/17 email from Redbubble via
                   CS: DAS Records to
24                 danmyersmusic@hotmail.co.uk, Subject:
                   Return my order                 65
25

                                            Page  4
```

Ex. 92
Page 446

```
 1    EXHIBITS MARKED FOR IDENTIFICATION           PAGE
 2    Exhibit 1021  #2684889 your chat with Adrian from
                Redbubble                           68
 3
      Exhibit 1022  Google Groups, Your Redbubble order
 4                  has arrived, February 17, 2017,
                    Delivery Summary Order #12631482    70
 5
      Exhibit 1023  We've Shipped Part of Your Order -
 6                  14067343 - Google Groups 5/31/2017   74
 7    Exhibit 1026  Marketplace Integrity Team          32
 8    Exhibit 1027  Policing Start Date 15 June 2018;
                    Policing for Trademarks in Titles;
 9                  Properties:  Atari, Pong, Centipede,
                    Asteroids, Breakout                 81
10
      Exhibit 1030  Proactive Roster - Privileged
11                  Confidential                       116
12    Exhibit 1031  5/7/19 email from Mareesa Valentine to
                    Ashley Mackey, Subject:  Content Team
13                  MPI Scripts, Pre-Takedown, Automated
                    response to DMCA Tender category    120
14
      Exhibit 1032  ZD Takedown Form Requirements,
15                  Privileged/Confidential            125
16    Exhibit 1033  Proactive Policing, Privileged/
                    Confidential                       133
17
18
19
20
21
22
23
24
25
                                           Page 5
```

```
1              San Francisco, California

2         Wednesday, December 11, 2019, 10:06 a.m.

3              VIDEOGRAPHER:  Good morning.  We are going on

4    the record at 10:06 a.m. on December 11th, 2019.

5    Please note that the microphones are sensitive, and may    10:06:15

6    pick up whispering, private conversations, and

7    cell-phone interference.  Audio and video recording

8    will continue to take place unless all parties agree to

9    go off the record.

10      This is Media Unit One of the video-recorded           10:06:30

11   deposition of Jenny Greenhough, taken by counsel for

12   plaintiff in the matter of Atari Interactive, Inc.,

13   versus Redbubble, Inc., and related actions, filed in

14   the United States District Court, Northern District of

15   California, Oakland Division, Case Number               10:06:48

16   4:18-CV-03451 JST.  This deposition is being held at

17   Browne George Ross LLP located at 44 Montgomery Street,

18   Suite 1280, San Francisco, California  94104.

19      My name is Cassia Leet, and I'm the videographer,

20   here with the court reporter, Lydia Zinn.  We are from   10:07:19

21   the firm Veritext Legal Solutions.  I am not related to

22   any party in this action, nor am I financially

23   interested in the outcome.

24      Would counsel please state your appearances and

25   affiliations for the record?                            10:07:34
```

                                                    Page 6

Ex. 92
Page 448

| | | |
|---|---|---|
| 1 | MR. WESLEY:  Keith Wesley, for the plaintiff. | 10:07:38 |
| 2 | MR. MASUR:  Joshua Masur, of Zuber Lawler & | |
| 3 | Del Duca, LLP, for the defendant and for the witness. | |
| 4 | VIDEOGRAPHER:  Thank you.  Would the court | |
| 5 | reporter please swear in the witness. | 10:07:47 |
| 6 | JENNY RENEE GREENHOUGH, | |
| 7 | called as a witness for the Plaintiff, having been | |
| 8 | duly sworn, testified as follows: | |
| 9 | EXAMINATION | |
| 10 | BY MR. WESLEY | 10:07:58 |
| 11 | Q.   Good morning. | |
| 12 | A.   Good morning. | |
| 13 | Q.   Please state and spell your full name for the | |
| 14 | record. | |
| 15 | A.   Jenny Renee Greenhough, spelled J-e-n-n-y | 10:08:05 |
| 16 | R-e-n-e-e G-r-e-e-n-h-o-u-g-h. | |
| 17 | Q.   Thank you.  Have you ever had your deposition | |
| 18 | taken before? | |
| 19 | A.   No. | |
| 20 | Q.   And when were you born? | 10:08:24 |
| ▮ | ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 22 | Q.   And where were you born? | |
| 23 | A.   Portland, Oregon. | |
| 24 | Q.   Okay.  Before we get into more background, since | |
| 25 | you haven't been deposed before, I know your stellar | 10:08:38 |

Page 7

```
 1   temp jobs; but after that I got a job at Rocket Lawyer    10:16:59

 2   as their Content Manager, and I worked there for five

 3   years.

 4   Q.   Was that in San Francisco?

 5   A.   Correct.                                             10:17:12

 6   Q.   And what types of tasks were you responsible for

 7   as the Content Manager at Rocket Lawyer?

 8   A.   When I joined it was a very small start-up.  So I

 9   did a very wide variety of different tasks there; but I

10   was valued for my writing skills, so I did a huge         10:17:36

11   amount of different types of writing for the company

12   over the years; also content marketing.  Yeah.

13   Q.   Okay.  And when you say "content marketing," can

14   you just give me a little more specific sense of what

15   types of marketing you were working on?                   10:17:58

16   A.   Sure.  I did social-media marketing.  And I also

17   did SEO marketing.  I did public relations.  I did

18   blogging.

19   Q.   Anything else that comes to mind?

20   A.   Not really.  I mean, lots of other little things.    10:18:34

                                                               10:18:55

                                                               Page 14
```

Ex. 92
Page 450

3   Q.   And did you go on to a new -- new job after that?

4   A.   Yes.  I went to Redbubble at that point.

5   Q.   Okay.  And you're still working for Redbubble          10:19:17

6   today.  Correct?

7   A.   Correct.

8   Q.   And have you worked for Redbubble continuously for

9   the last five or six years?

10  A.   Yes.                                                    10:19:30

11  Q.   How long specifically, or what's your best --

12  A.   I started --

13  Q.   -- recollection?

14  A.   -- in March of 2014.

15  Q.   So you've been with --                                  10:19:39

16  A.   Not quite six years.

17  Q.   Okay.  And what positions have you held with

18  Redbubble during that time?

19  A.   I started out as the Content Team Manager about

20  two years ago.  I don't know the exact date.  I was         10:19:58

21  promoted to Head of Marketplace Integrity.

22  Q.   And did your -- did your duties and

23  responsibilities change when you changed from a Content

24  Team Manager to Head of Marketplace Integrity?

25  A.   Yes.                                                    10:20:27

                                                        Page 15

Ex. 92
Page 451

1    Q.   In -- in what respect?                          10:20:29

2    A.   They expanded, and there were people beneath me

3    who were given promotions; so there were some things

4    that I no longer was directly part of.

5    Q.   So you were taking on more of a managerial role?   10:20:45

6    A.   I was a manager before that, but I had managers

7    beneath me in the new role.

8    Q.   In the new role.  Got it.

9         And who is your direct report, if you have one, as

10   Head of Marketplace Integrity?                       10:21:07

11   A.   I have multiple --

12        MR. MASUR:  Objection.  Vague and ambiguous

13   as to whether you're talking about reporting up or

14   down.

15        MR. WESLEY:  Oh, sorry.                          10:21:17

16   Q.   I'm -- I meant reporting up.

17   A.   Report up.  Corina Davis.

18   Q.   And what is her role with the company?

19   A.   She's the Chief Legal Counsel.

20   Q.   And what were your duties and responsibilities?   10:21:35

21   Going back to when you originally started and during

22   your time as a Content Team Manager, what were the

23   duties and responsibilities that you were handling?

24   A.   I managed the Content Team.  The Content Team's

25   responsible for carrying out Redbubble's intellectual   10:21:58

Page 16

```
1    does the Fraud Team -- what types of fraud does that        10:40:13

2    team focus on?

3    A.   Mostly payment fraud.  Customers -- or not

4    customers, but people coming, and using stolen credit

5    cards, for example.  Also other inauthentic behavior on     10:40:32

6    the marketplace, such as robots creating fake accounts.

7    Q.   Okay.  And then you mentioned controversial

8    content.  What is -- what is that area of the

9    Marketplace Integrity Group focused on?

10            MR. MASUR:  Objection.  Misstates testimony.        10:40:58

11       You can answer.

12            THE WITNESS:  That portion of the team is

13   responsible for carrying out the procedures around our

14   community and content guidelines.  So broadly,

15   that's -- that's anything that we might need to remove       10:41:16

16   that's not an intellectual-property-based policy.

17   BY MR. WESLEY

18   Q.   So that would include things like vulgarity and

19   scandalous material?

20   A.   Not -- well, it might, but Redbubble does allow         10:41:34

21   certain level of controversial content to be uploaded.

22   Q.   Okay.  Can you give me an example of something

23   that would be removed based on the

24   controversial-content policy?

25   A.   Racism.  Things that are racist; Nazi content.          10:41:53
```

Page 27

Ex. 92
Page 453

```
 1    Images of violence, extreme violence.  Harassment.      10:42:04

 2    Pornography.

 3    Q.   Okay.  To your knowledge as you sit here today,

 4    has Redbubble ever displayed on its site products that

 5    infringed upon the intellectual property rights of any   10:42:45

 6    other third party?

 7              MR. MASUR:  Objection.  Calls for legal

 8    conclusions.

 9              THE WITNESS:  I'm aware that people have made

10    allegations of infringement, but I'm not in a position   10:42:59

11    to say whether something was infringing or not.

12    BY MR. WESLEY

13    Q.   Okay.  So as you sit here today, you can't name a

14    single item that you personally have seen on the

15    Redbubble site where you came to the conclusion:  I       10:43:17

16    think that's -- I think that infringes upon the rights

17    of a third party.  Is that correct?

18    A.   It's not my responsibility to make that decision.

19    Q.   Fair enough.  I'm just looking for --

20    A.   No.                                                  10:43:39

21    Q.   -- your knowledge.

22    A.   No, I have not.

23    Q.   No.  Let me make sure that it's clear.  Have you

24    ever come to the conclusion personally that an item

25    displayed on Redbubble violates the intellectual         10:43:51
```

Page 28

Ex. 92
Page 454

```
 1    property rights of a third party?                    10:43:55

 2            THE WITNESS:  No.

 3            MR. MASUR:  Same objection as to legal

 4    conclusion.

 5    BY MR. WESLEY                                         10:43:09

 6    Q.   Okay.  Have you ever seen any products displayed

 7    on the Redbubble site that you suspected violated the

 8    rights of a third party -- the intellectual property

 9    rights of a third party?

10            MR. MASUR:  Same objection, to the extent it   10:44:22

11    calls for a legal conclusion.

12            THE WITNESS:  I've seen content that -- I

13    knew that a third party had allegations that it would

14    likely violate the rules that they had -- we had set

15    out in our policing guidelines.                       10:44:38

16    BY MR. WESLEY

17    Q.   Have you ever heard anyone say -- communicate,

18    whether in writing or verbally, internally at

19    Redbubble, that Redbubble has displayed infringing

20    product on its site?                                  10:45:08

21            MR. MASUR:  Objection.  Calls for a legal

22    conclusion.

23         And also to the extent that you can answer without

24    disclosing communications with lawyers -- he's looking

25    for content -- you can do so; but please restrict your  10:45:20
```

```
1    answer to communications with nonlawyers, and not at        10:45:23

2    the direction of lawyers.

3            THE WITNESS:  I can't think of any specific

4    instance of that.

5    BY MR. WESLEY                                               10:45:31

6    Q.   To your knowledge as you sit here today, has

7    Atari -- let me start over.

8        To your knowledge as you sit here today, has

9    Redbubble ever displayed any products that violate

10   Atari's rights?                                             10:45:48

11   A.   I don't know.

12   Q.   Are you the senior-most nonlawyer on the

13   Marketplace Integrity Team?

14   A.   What do you mean by "senior"?

15   Q.   The highest ranking.                                   10:46:14

16   A.   I suppose so.

17   Q.   Do you think that Redbubble has an intellectual

18   property infringement problem?

19           MR. MASUR:  Same objection to the extent it

20   calls for a legal conclusion.                               10:46:48

21       But you can answer.

22           THE WITNESS:  What do you mean by "problem"?

23   BY MR. WESLEY

24   Q.   That there's intellectual property infringement

25   going on on Redbubble that shouldn't be going on.           10:47:01
```

Page 30

Ex. 92
Page 456

```
 1            MR. MASUR:  Same objection.              10:47:05

 2            THE WITNESS:  I think that we have a

 3    reasonable process in place to handle allegations of

 4    infringement on Redbubble.

 5    BY MR. WESLEY                                     10:47:18

 6    Q.    Okay.  And has that been the case throughout your

 7    time at Redbubble; that you believe there's been a

 8    reasonable process in place for handling infringement

 9    allegations?

10    A.    Yes.                                        10:47:30

11    Q.    Has the process, in your view, improved at all

12    during the time that you've been at Redbubble?

13    A.    I think that we get more efficient at what we do,

14    but the values behind it have stayed the same.  And the

15    policies -- the external policies -- have basically    10:47:50

16    been the same ever since I've joined.

17    Q.    Do you think it's important to protect the

18    intellectual property rights of others?

19    A.    Yes.

20    Q.    Why?                                        10:48:04

21    A.    Let me qualify that.  Protect -- it is not my job

22    to protect someone else's intellectual property rights.

23    So I respect intellectual property rights.

24    Q.    Do you think that Redbubble has any role in

25    protecting the intellectual property rights of third    10:48:26
```

                                               Page 31

Ex. 92
Page 457

```
 1   parties?                                             10:48:30

 2   A.   Yes, to the extent that we can within the law.  We

 3   are a marketplace, so that puts us in a different kind

 4   of position.  And also, we don't know what people own.

 5   Q.   Has Redbubble ever evaluated whether or not      10:48:59

 6   intellectual property is owned by a particular third

 7   party?

 8            MR. MASUR:  Objection.  Lacks foundation.

 9   Calls for speculation.  Assumes facts.  And vague,

10   ambiguous.  Calls for a legal conclusion.            10:49:19

11        With all those caveats, you can answer.

12        Actually, it might be good to have the question

13   read back.

14            THE WITNESS:  Yeah, that would be great.

15        (Record read.)                                  10:49:35

16            THE WITNESS:  I don't know.

17            MR. WESLEY:  Okay.  I'm handing you what I've

18   marked as Exhibit 1026.  This appears to be a

19   description of the Marketplace Integrity Team.  I'll

20   represent to you that this was produced by Redbubble to  10:50:08

21   us in the context of this litigation.

22   (Deposition Exhibit 1026 marked for identification.)

23   BY MR. WESLEY

24   Q.   Do you see this document?

25   A.   Yes.                                            10:50:17
```

Page 32

```
 1   Q.   And have you ever --                         10:50:17

 2           MR. MASUR:  Sorry.  Just to make sure that I

 3   understand your representation, are you representing

 4   that this was produced as shown here, including the

 5   highlights?                                        10:50:28

 6           MR. WESLEY:  No.  I think those were

 7   mistakenly kept in the document.  So it was produced

 8   without the highlighting.  My apologies.

 9           MR. MASUR:  Thanks for clarifying.  I just

10   wanted to make sure the record's clear.            10:50:40

11           MR. WESLEY:  Of course.

12   Q.   Have you seen this document or a version of it

13   before?

14           MR. MASUR:  You want to look at the whole

15   document before --                                10:50:48

16           THE WITNESS:  Yes.

17       This looks like the team's confluence page.

18   BY MR. WESLEY

19   Q.   What do you mean by "the team's confluence page"?

20   A.   We have a -- a Wiki-type site.  And this looks   10:51:05

21   like the -- the main page at the front of that.

22   Q.   Okay.  And do you see that you're listed at the

23   top of the list of "Who We Are" as the Head of

24   Marketplace Integrity?

25   A.   Yes.                                          10:51:30
```

Page 33

Ex. 92
Page 459

```
 1    Integrity Team, have any members of either of those        10:53:54

 2    teams left the company since you started working there?

 3    A.    It's the Content Team, not the Content Management

 4    Team.  And, yes, we have had members leave.

 5    Q.    And who?                                              10:54:11

 6    A.    Leave the company -- to clarify.

 7    Q.    Yes.

 8    A.    Jamie.  I can't remember his last name.

 9    Q.    Is that with an "n"?

10    A.    J-a-m-i-e.                                            10:54:27

11    Q.    Jamie.  Got it.  Okay.

12          Anyone else?

13    A.    Yes.  Eunice.  E-u-n-i-c-e.  Gopez.  G-o-p-e-z.  I

14    think that's it.

15    Q.    Okay.  And to your knowledge, if you know, were       10:55:18

16    either Jamie or Eunice terminated, or did they leave

17    voluntarily?

18    A.    They left voluntarily.

19    Q.    Do you know where Jamie currently lives?

20    A.    I don't.                                              10:55:30

21    Q.    When did he leave the company, approximately?

22    A.    It was about six months after I started.

23    Q.    What about Eunice?  When did she leave the

24    company?

25    A.    A year or two ago.  I'm not exactly sure.  She'd      10:55:45
```

Page 35



1   already moved off my team by that point.       10:55:48

2   Q.  Do you know where Eunice currently lives?

3   A.  Ah, she lives in the Bay Area.

10:57:24

Page 36

10:57:25

2    Q.    Do you know how many designs are available on

3    Redbubble at any given moment currently?

4    A.    No.

5    Q.    Is it millions?                              10:57:52

6    A.    What do you mean by "design"?

7    Q.    Well, when I go to the Redbubble site and I

8    search, for example, "unicorn," the search result will

9    populate various designs, oftentimes unicorn-related,

10   that I can click on, and then potentially purchase a     10:58:16

11   product with that design on it.  Do you share that

12   understanding of how the Redbubble site works?

13   A.    Which question do you want me to answer?

14          MR. MASUR:  Before you do that, I think I

15   might be able to help a little bit here.  I think that   10:58:33

16   the term that you're trying to get to with "designs,"

17   as used internally, is "listings."

18          MR. WESLEY:  Is listings?

19          MR. MASUR:  Listings.

20          MR. WESLEY:  Okay.                           10:58:43

21          THE WITNESS:  I'm not sure I know what that

22   means.

23          MR. MASUR:  Oh.  Then maybe it's --

24          THE WITNESS:  Works.  So there's a

25   difference --                                        10:58:52

Page 37

Ex. 92
Page 462

```
 1              MR. MASUR:  Okay.                        10:58:53

 2              THE WITNESS:  -- between an artwork, and

 3      artwork plus product.

 4      BY MR. WESLEY

 5      Q.   Okay.  I think I was referring to works.    10:58:58

 6      A.   Okay.

 7      Q.   So at any given moment, do you have any sense of

 8      how many works are displayed on Redbubble?

 9      A.   I have no idea at any given moment how much is on

10      Redbubble.  There is a high volume.  And, yes, it would  10:59:12

11      be in the millions.

12      Q.   Do you think it's possible for Redbubble to stop

13      all intellectual property infringement on its site?

14              MR. MASUR:  I'd object to the extent that it

15      calls for a legal conclusion and for speculation.  10:59:34

16              THE WITNESS:  I -- if we do not know what is

17      infringing, it would be, logically, difficult to do so.

18      BY MR. WESLEY

19      Q.   Okay.  So the answer is "No"?

20      A.   No, not to my knowledge.  Can you rephrase that?  10:59:52

21      Q.   Okay.  I was just wondering if, in your view, as

22      the Head of Marketplace Integrity, and somebody who's

23      worked at Redbubble in that area for several years,

24      whether or not you think it's possible for Redbubble to

25      stop all intellectual property infringement on the  11:00:16
```

Page 38



```
1    site.                                              11:00:19

2           MR. MASUR:  Same objections.

3           THE WITNESS:  It's not something we -- it's

4    not our goal do that, so I don't know.

5    BY MR. WESLEY                                      11:00:40
```

Page 39

Ex. 92
Page 464



```
17            MR. MASUR:  And it seems like you're getting

18   to a point where just shy of an hour in, so we're

19   getting to the point where, if it makes sense for you

20   to take a break --                              11:03:17

21            MR. WESLEY:  Break any time.

22            VIDEOGRAPHER:  Okay.

23            MR. MASUR:  Why don't we go off the record.

24            VIDEOGRAPHER:  Going off the record.  The

25   time is 11:03 a.m.                              11:03:24
```

                                                        Page 40

Ex. 92
Page 465

```
1    (Recess taken from 11:03 a.m. until 11:21 a.m.)        11:03:28

2            VIDEOGRAPHER:  Back on the record.  The time

3    is 11:21.

4            MR. WESLEY:  Okay.  Welcome back,

5    Ms. Greenhough.  I'm handing you what I've marked as    11:21:29

6    Exhibit...

7            THE REPORTER:  1027.

8            MR. WESLEY:  I told you I'm a bad boy.

9        Exhibit 1014.

10           THE REPORTER:  Oh, okay.                        11:21:42

11           MR. MASUR:  I'll leave that one there.

12   (Deposition Exhibit 1014 marked for identification.)

13           MR. WESLEY:  I'm handing you what I've marked

14   as Exhibit 1014, which appears to be a document

15   regarding communications between                       11:22:05

16   jeffreystewart@atari.com and Redbubble.

17   Q.   Do you see this document?

18   A.   I see it.

19   Q.   Have you seen this document before?

20   A.   No.                                               11:22:21

21   Q.   Have you ever seen a document in this general

22   form?  So a number, and "Submitted," "Received via,"

23   "Requester," "Status," "Priority"?  Have you seen this

24   general form of a document?

25   A.   I don't understand the question.                  11:22:44
```

Page 41



12:07:41

Page 71

Ex. 92
Page 467



12:09:16

Page 72

Ex. 92
Page 468



12:10:28

Page 73



1    A.   Yes.                                           12:14:09

2    Q.   What products?

3    A.   I don't know.

4    Q.   You don't recall?

5    A.   I remember some products.                      12:14:19

6    Q.   Like what types?

7    A.   I ordered an artwork that hangs in my kitchen.

8    Q.   Anything else?

9    A.   A scarf.

10   Q.   Anything else?                                 12:14:37

11   A.   Christmas presents.

                                                         12:15:28

                                                         Page 77

Ex. 92
Page 470

8    Q.   Is it at all part of your job duty, as the Head of

9    the Marketplace Integrity Group, to keep track of which

10   brands Redbubble is selling?                          12:16:20

11            MR. MASUR:  Objection.  Mischaracterize the

12   testimony.  Lacks foundation.

13            THE WITNESS:  I don't understand the

14   question.

15   BY MR. WESLEY                                          12:16:30

16   Q.   So are you aware that Redbubble displays certain

17   products with trademarks on them?

18            MR. MASUR:  Objection.  Calls for a legal

19   conclusion.

20            THE WITNESS:  I don't know.                   12:16:48

21   BY MR. WESLEY

22   Q.   Are you aware that if you search Coca-Cola on the

23   Redbubble site today, you'll see the Coca-Cola logo?

24   A.   No, I'm not aware.

25            MR. MASUR:  Objection.  Calls for            12:17:01

                                                   Page 78

```
 1    speculation.                                      12:17:01

 2    BY MR. WESLEY

 3    Q.   Are you aware that if you search the -- for Pepsi

 4    on the Redbubble site today, you'll see the Pepsi

 5    trademark?                                         12:17:10

 6              MR. MASUR:  Same objection.

 7              THE WITNESS:  I don't know whether that's

 8    true or not.

 9              MR. WESLEY:  That's all I'm asking you.

10              THE WITNESS:  I don't know.             12:17:16

11    BY MR. WESLEY

12    Q.   Okay.  And as the Head of Marketplace Integrity

13    for Redbubble, would it matter to you if there were --

14    if the Coca-Cola logo was being displayed on the

15    Redbubble site today?                             12:17:28

16              MR. MASUR:  Objection.  Vague.  Ambiguous.

17    Incomplete hypothetical.  Calls for speculation.

18              THE WITNESS:  I don't know.

19              MR. WESLEY:  All right.  I'm going to skip

20    one --                                            12:18:06

21              MR. MASUR:  Appreciate it.

22              MR. WESLEY:  -- to make counsel happy.

23              MR. MASUR:  I appreciate the attempt,

24    Counsel.  I'm not sure that my happiness is achieved.

25              MR. WESLEY:  Actually, we've got to go off  12:18:20
```

Page 79

Ex. 92
Page 472

```
 1    the record.  We've got to change the tape.  Let's go        12:18:22

 2    off the record.

 3              VIDEOGRAPHER:  This marks the end of Volume

 4    One, Media Number One, of the deposition of

 5    Jenny Greenhough.  The time is 12:18 p.m.  We're off         12:18:29

 6    the record.

 7          (Luncheon recess was taken at 12:18 p.m.)

 8    AFTERNOON SESSION                        1:36 p.m.

 9              VIDEOGRAPHER:  We are back on the record at

10    1:36 p.m.  This marks the beginning of Volume One,           13:36:14

11    Media Number Two, of the deposition of

12    Jenny Greenhough.

13    BY MR. WESLEY

14    Q.   Okay.  Ms. Greenhough, earlier today you mentioned

15    the term "SEO."  Do you recall that?                         13:36:28

16    A.   Yes.

17    Q.   That stands for "search engine optimization."

18    Correct?

19    A.   Yes.

20    Q.   And you worked on search engine optimization as        13:36:35

21    part of your duties at Rocket Lawyer.  Correct?

22    A.   Yes.

23    Q.   Are -- is search engine optimization part of your

24    duties at Redbubble?

25    A.   No.                                                     13:36:50
```

Page 80



13:54:44

Page 90

Ex. 92
Page 474



13   moment, do you know how many Takedown Notices Redbubble

14   receives on, say, weekly basis?

15   A.   Not exactly.                                    13:55:37

16   Q.   What's your best estimate?

17   A.   Hundreds.

18   Q.   Hundreds per week?

19   A.   Yes.

20   Q.   And how many people does Redbubble have who are   13:55:53

21   responsible for handling those hundreds of Takedown

22   Notices per week currently?

23   A.   Currently.  Currently, there are two people

24   directly involved on my team.  And there are members of

25   the Legal Team who also are involved; at least three.   13:56:20

Page 91

1    Q.   And how about in, say, 2014?  How many people were    13:56:32

2    involved in responding to Takedown Notices?

3    A.   All four people who reported to me.  And then also

4    Legal would be involved, as needed.  So it would have

5    been at least two others.                                 13:56:57

6    Q.   And in your view, has Redbubble's takedown

7    procedures worked effectively?

8    A.   Yes.

9    Q.   And have you ever proposed implementing some

10   additional intellectual property enforcement procedures   13:57:30

11   that were rejected, for whatever reason?

12            MR. MASUR:  Objection.  Vague.

13        You can answer.

14            THE WITNESS:  I don't remember.

15   BY MR. WESLEY                                              13:57:44

16   Q.   Have you ever heard anyone internally at Redbubble

17   communicate that the policies and procedures in effect

18   are not adequate -- the intellectual property

19   monitoring policies and procedures?

20            MR. MASUR:  Objection.  Vague.                   13:58:04

21            THE WITNESS:  No.

22   BY MR. WESLEY

23   Q.   Have you ever discussed with anyone at Redbubble

24   whether or not the policies and procedures in effect

25   are effective?                                            13:58:18

                                               Page 92

```
1    BY MR. WESLEY                                      14:09:08

2    Q.   Okay.  Flipping through the -- sorry -- the pages

3    aren't numbered, although actually --

4              MR. MASUR:  I believe they are at the top.

5    Huh?                                               14:09:27

6              MR. WESLEY:  Yes, at the top.  You're right.

7    Q.   So if you flip through, about the middle of the

8    document it starts saying document 1-2, and then

9    ultimately, 1-3.  It's about halfway through the

10   document.  If you'd like me to find it, I can do it for   14:09:41

11   you.  The first page is Exhibit 7.  Yeah.  You're right

12   there.

13             MR. MASUR:  Just -- do you have a copy that's

14   yours?  Is that --

15             MR. WESLEY:  Oh, I'm sorry.              14:09:54

16             MR. MASUR:  Then you closed it on me.

17             MR. WESLEY:  I'm sorry.  Not intentional.

18   Sorry.  Okay.

19   Q.   So you're there on Exhibit 7?

20   A.   Yes.                                          14:10:09

21   Q.   And turn to page 1, please.  And on the next page

22   after Exhibit 7, it's page 2 of 109 on the top.  Do you

23   see that?

24   A.   Yes.

25   Q.   And do you see the Atari logo depicted in -- on    14:10:27

                                              Page 100
```

1    this document?                                        14:10:32

2    A.   Yes.

3    Q.   Do you see it depicted multiple times?

4    A.   Yes.

5    Q.   And as the Head of Marketplace Integrity at this   14:10:49

6    time, at the time of the filing of this Complaint,

7    were --

8         Well, let me start over.  You were the Head of

9    Redbubble Marketplace Integrity as of June 11, 2018.

10   Correct?                                              14:11:20

11   A.   Correct.

12   Q.   And you're aware that Atari, before this,

13   contacted Redbubble, and complained about infringement

14   of the Atari logo.  True?

15        MR. MASUR:  Sorry.  Can I have that question      14:11:40

16   read back?

17        (Record read.)

18        MR. MASUR:  Objection.  Vague as to "time of

19   her awareness."

20        THE WITNESS:  No, I'm not aware.                  14:11:59

21   BY MR. WESLEY

22   Q.   Okay.  And do you --

23        Looking at this printout -- and feel free to flip

24   through it -- can you understand why the owner of the

25   Atari trademark would be concerned with what's         14:12:22

                                          Page 101

```
1    depicted?                                           14:12:27

2            MR. MASUR:  Objection.  Vague.

3            THE WITNESS:  I don't know that they're

4    concerned, except for that we're being sued.

5    BY MR. WESLEY                                       14:12:40

6    Q.   Right.  And, as --

7         Can you understand why they're concerned, or do

8    you think there's no reason for concern?

9            THE WITNESS:  If they're concerned, that's --

10            MR. MASUR:  Objection.  Vague, and compound.   14:12:56

11            THE WITNESS:  I don't know enough about it to

12   be able to understand their concern.

13   BY MR. WESLEY

14   Q.   Do you have any understanding as to who at the

15   company knows anything about Atari's claims in this   14:13:11

16   case?

17            MR. MASUR:  It's just -- it's a "Yes" or "No"

18   question, so you can answer it that way, and not worry

19   about privilege.

20            THE WITNESS:  I'm -- I don't know for sure,    14:13:29

21   but it's the Legal Team.

22   BY MR. WESLEY

23   Q.   Okay.  And how do you know that?

24   A.   Because they handle litigation.

25   Q.   Who on the Legal Team?                          14:13:42
```

Page 102

```
 1    A.    James Toy; Corina Davis; our outside counsel,      14:13:45

 2    Paul Gordon.

 3    Q.    Okay.  Are you aware of any other instances where

 4    Redbubble's been sued for intellectual property

 5    infringement, other than by Atari?                       14:14:26

 6    A.    Yes.

 7    Q.    Who else are you aware of that has sued Redbubble?

 8    A.    Pokémon.  A company called "Let us Turn Up the

 9    Beat."  The Hells Angels.  That's all I can think of.

10    Q.    To your understanding, are you notified every time   14:14:55

11    that Redbubble is sued for intellectual property

12    infringement?

13    A.    No.

14    Q.    Would you like to know every time Redbubble's sued

15    for intellectual property infringement?                  14:15:10

16          MR. MASUR:  Objection.  Improper

17    hypothetical.

18          THE WITNESS:  I don't have an opinion about

19    it.

20    BY MR. WESLEY                                             14:15:16

21    Q.    Are you ever notified when Redbubble receives a

22    cease-and-desist letter from a brand owner; so a letter

23    from a lawyer or a company representative that's not a

24    formal lawsuit, but a letter saying, Stop infringing on

25    our rights?                                              14:15:35
```

Page 103

Ex. 92
Page 480

```
 1              MR. MASUR:  Objection.  Compound.  And        14:15:37

 2   continued objection to vague as to "brand."

 3              THE WITNESS:  I have a team of people who

 4   process these -- processes those types of letters.  And

 5   they do not need me to do their jobs, so no.           14:15:50

 6   BY MR. WESLEY

 7   Q.   And do you have an understanding as to how many

 8   cease-and-desist letters Redbubble receives on, say, a

 9   weekly basis?

10   A.   I don't.  I don't.  No.                           14:16:06

11   Q.   Does Redbubble have a repository or a specific

12   place where all cease-and-desist letters are kept?

13   A.   We keep all Takedown Notices in a Zendesk client.

14        Cease-and-desist letters are not -- I'm not aware

15   of any specific tracking for cease-and-desist letters.  14:16:40

16   Q.   In your -- has the quantity of Takedown Notices

17   increased, decreased, or stayed the same since you

18   joined Redbubble, or you have no idea?

19              MR. MASUR:  Objection.  Compound.

20        But you can answer.                               14:17:04

21              THE WITNESS:  I -- it's done all of those

22   things over time.

23   BY MR. WESLEY

24   Q.   Okay.  So would you say that the quantity today is

25   less, more, or around the same as when you started with 14:17:24
```

Page 104

Ex. 92
Page 481

```
1    the company in 2014?                              14:17:27

2           MR. MASUR:  I'm sorry.  What's that?  Can I

3    have that read back?

4       (Record read.)

5           MR. MASUR:  Okay.  Object as compound.      14:17:45

6        But you can answer.

7           THE WITNESS:  And the quantity of what?

8    BY MR. WESLEY

9    Q.  Takedown Notices that you receive.

10          MR. MASUR:  Same objection.                 14:17:53

11          THE WITNESS:  I don't know.

12   BY MR. WESLEY

13   Q.  Do you know if anyone at Redbubble monitors the

14   quantity of Takedown Notices it receives?

15   A.  Yes.                                           14:18:10

16   Q.  Who is that?

17   A.  I do.

18   Q.  Okay.

19   A.  I have records about that.

20   Q.  And in what form are your records?             14:18:20

21   A.  I have dashboards that track the number of

22   Takedown Notices we process.

23   Q.  But as you sit here today, you're not sure if the

24   number is higher or lower in 2019, as opposed to 2014?

25   A.  I haven't looked at it recently.               14:18:45
```

                                                Page 105

```
1    Q.    Okay.  So is the answer "No"?                14:18:49

2    A.    No, I don't know.

3    Q.    You don't know.

4          Have you ever had heard of the Redbubble Partner

5    Program?                                           14:19:01

6    A.    Yes.

7    Q.    And what's that?

8    A.    It's a program for rights holders to enable

9    artists to -- I don't know exactly on how to describe

10   the legal terms, but we collaborate with rights holders  14:19:20

11   so that artists can use their intellectual property

12   under certain guidelines on Redbubble.

13   Q.    And were you involved in creating the program?

14   A.    In its early days.

15   Q.    And when was the program started?             14:19:48

16   A.    I don't know exactly.

17   Q.    Was it before you became Head of Marketplace

18   Integrity, or after?

19   A.    I don't know.

20   Q.    You don't know?                               14:20:00

21   A.    I don't know what the start date would have been.

22   Q.    Whose idea was it in the first place, if you know?

23   A.    For the name?

24   Q.    No.  For the -- for the concept of having this

25   program, where you partner with brands.            14:20:13
```

                                                    Page 106

Ex. 92
Page 483

```
 1                MR. MASUR:  Same objection as to "brands."      14:20:16

 2                THE WITNESS:  Probably Corina.

 3    BY MR. WESLEY

 4    Q.   Who else, if you know, was involved in creating

 5    the Redbubble Partner Program, other than Corina?         14:20:32

 6    A.   There's a team of people.

 7    Q.   And who is that?

 8    A.   It's currently led by Eric Morse.  And there are a

 9    few people on that team.

10    Q.   Who's on the team?                                   14:20:58

11    A.   Keegan Helmbrecht, mentioned previously.

12         Panphilla.  And I can't remember her last name

13    P-a-n-p-h-i-l-l-a.

14         And there have been other people on the team that

15    are no longer with the company.                          14:21:22

16    Q.   Who are they?

17    A.   There was a former leader of the team named

18    Rodrigo.  And I can't remember his last name.

19         And also there was a person on the team named

20    Cynthia Money, who is no longer with Redbubble.          14:21:47

21    Q.   Did you say "Money"?

22    A.   Mm-hm.

23    Q.   Anyone else?

24    A.   That's all I can remember.  I'm -- there are

25    people who work on that project that are not -- who       14:21:59
```

Page 107

| | | |
|---|---|---|
| 1 | aren't on the technical side of things.  And I don't | 14:22:04 |
| 2 | have the knowledge about who all those people are. | |
| 3 | MR. WESLEY:  Okay.  I'm handing you what I've | |
| 4 | marked as Exhibit 1011. | |
| 5 | (Deposition Exhibit 1011 marked for identification.) | 14:22:22 |
| 6 | MR. WESLEY:  This is a printout from the | |
| 7 | Redbubble website, dated December 4th, 2019.  And it | |
| 8 | describes the Redbubble Partner Program. | |
| 9 | Q.   Do you see that? | |
| 10 | A.   Yes. | 14:22:40 |
| 11 | Q.   Have you ever visited this Web page on the | |
| 12 | Redbubble website? | |
| 13 | A.   At some point I have.  Possibly not the same | |
| 14 | version. | |
| 15 | Q.   And on the first page, the first sentence | 14:23:04 |
| 16 | underneath the title says, "we had a dream that fan | |
| 17 | artists on Redbubble could create officially licensed | |
| 18 | designs for their favorite brands." | |
| 19 | Do you see that? | |
| 20 | A.   Yes. | 14:23:16 |
| 21 | Q.   And do you have any understanding of what the term | |
| 22 | "brands" means there? | |
| 23 | A.   I didn't write it, so... | |
| 24 | Q.   No.  I know. | |
| 25 | A.   I think it means rights holders, probably. | 14:23:26 |

Page 108

1    Q.   And, to your knowledge and understanding, was one      14:23:31

2    of the purposes of the Redbubble Partner Program to

3    enable artists to create officially licensed designs

4    for their favorite brands?

5              MR. MASUR:  Objection.  Vague.                    14:23:48

6         But you can answer.

7              THE WITNESS:  I believe so, especially if

8    it's written there.

9    BY MR. WESLEY

10   Q.   Okay.  And have you ever communicated with a           14:23:53

11   rights holder regarding possibly becoming a member of

12   their Redbubble Partner Program?

13   A.   No.

14   Q.   Is there a person or persons within Redbubble, to

15   your knowledge, whose job it is to reach out to rights      14:24:18

16   holders to determine whether or not they want to join

17   the Partner Program?

18   A.   Yes.

19   Q.   Who's that?

20   A.   Eric Morse.                                            14:24:31

21   Q.   And do you have any understanding as to how

22   Ms. Morse [sic] selects which brands to invite into the

23   Partner Program?

24   A.   Mr. Morse.  I do not know what criteria he uses.

25   Q.   Okay.  Sorry.  Mr. Morse.  I thought you said          14:24:53

                                              Page 109

Ex. 92
Page 486

```
 1    "Erica."                                          14:24:56

 2    A.   Oh.  Eric.

 3    Q.   Eric.  Got it.

 4    A.   Mm-hm.

 5    Q.   You don't know what criteria?               14:25:01

 6    A.   He is a licensing-industry person, so no.

 7    Q.   Do you know if Mr. Morse reaches out to any brands

 8    that have not previously communicated with Redbubble?

 9         MR. MASUR:  Same objection as to "brands."

10         THE WITNESS:  I don't know.                 14:25:35

11    BY MR. WESLEY

12    Q.   Have you ever seen any written materials that

13    describe the criteria that Redbubble uses to assess

14    whether a brand should be accepted into the Redbubble

15    Partner Program?                                 14:26:01

16    A.   Can you repeat the question, please?

17    Q.   Have you ever seen any written materials that set

18    forth the criteria by which Redbubble determines

19    whether or not a brand can be accepted in the Redbubble

20    Partner Program?                                 14:26:16

21    A.   No, I've never seen any documentation about that.

22         MR. WESLEY:  Okay.  I'm handing you what I've

23    marked as Exhibit 1012.

24    (Deposition Exhibit 1012 marked for identification.)

25
```

Veritext Legal Solutions
866 299-5127

Ex. 92
Page 487

```
 1    team to do.  I set goals and strategy.  I communicate    15:23:05

 2    cross-functionally and across the business.  I manage

 3    the budget for the team.  I escalate problems that

 4    we're facing; technology problems, let's say, to the

 5    Technology Team.  I manage third-party vendors.  I deal    15:23:27

 6    with escalated content issues, like if there's a media

 7    inquiry regarding user generated content.  But there

 8    are a lot of different things I might do in any given

 9    day.

10    BY MR. WESLEY                                             15:22:35

11    Q.   Are there any established metrics for determining

12    how well the Marketplace Integrity Team or, before

13    that, the Content Team is doing?

14            MR. MASUR:  Objection.  Compound.

15            THE WITNESS:  There are some.  Yes.               15:24:08

16    BY MR. WESLEY

17    Q.   Such as?

18    A.   How many times we've been sued.

19    Q.   Is it -- so if -- if Redbubble gets sued, that's a

20    negative for your team?  Is that correct?                15:24:22

21    A.   Not necessarily, but I think that if -- it

22    depends, actually.  So it's not -- I'm not saying it's

23    a good measure.

24    Q.   Mm-hm.

25    A.   But it is one that we have looked at.  My team can   15:24:35
```

Page 130

1    be doing exactly what they're supposed to be doing, and    15:24:42

2    we can still be on -- you know -- subject to a lawsuit.

3    Q.    No doubt.

4         Any other metrics that you think your group is

5    judged on?                                                 15:24:57

6    A.    We judge ourselves to the standard of replying to

7    people promptly.  So we try to get back to rights

8    holders within 24 hours.  So that's something that we

9    track, and try to meet that expectation.

10   Q.    How long -- or is there a time period that you --    15:25:18

11   a time period in which, after receiving a takedown, and

12   verifying that it's legitimate, where the item will

13   actually be taken down from the site?  In other words,

14   do you endeavor to do that within 12 hours?  24 hours?

15   Three days?  Five days?  Or is there really no set time    15:25:50

16   limit?

17            MR. MASUR:  Objection.  Vague.  Ambiguous.

18   Compound and complex, but --

19            THE WITNESS:  I don't understand the

20   question.                                                  15:26:02

21   BY MR. WESLEY

22   Q.    So if there's a -- if a rights holder sends in a

23   Takedown Notice --

█    ███████████████████████████████████████████

█    ████████████████████████████████████████████         15:26:15

                                                     Page 131

```
 1    that trademark, let's say.  And your team verifies the        15:26:20

 2    -- the notification, checks all of the boxes, and

 3    follows your procedures, in that a takedown of that

 4    item is appropriate.  Is there a certain time period by

 5    which that should occur, according to Redbubble policy        15:26:36

 6    and procedure?

 7            MR. MASUR:  Objection.  Compound.  Complex.

 8    And incomplete hypothetical.

 9            THE WITNESS:  We don't have a time period

10    specified, no.                                                15:26:49

11        However, if we have made a determination that a

12    Takedown Notice follows the policy, then we immediately

13    remove the artwork.

14    BY MR. WESLEY

15    Q.   And when you say "immediately," are we talking           15:27:07

16    seconds?  Minutes?

17    A.   Yes.

18    Q.   Seconds?

19    A.   One or two minutes.

20    Q.   Okay.  And has a rights holder ever --                   15:27:24

21        Has it ever come to your -- to your knowledge that

22    a rights holder has complained that, despite sending

23    Takedown Notifications, infringing material continues

24    to get posted?

25    A.   It's possible that -- I don't know of a specific         15:27:50
```

Page 132

Ex. 92
Page 490

```
 1    one, but a Takedown Notice is a one-time event.  And        15:27:54

 2    artists continue to upload work.  So it's possible.

 3         Of course, whether it's infringing or not is not a

 4    determination I'd be making, unless I got a Takedown

 5    Notice; and even then, I'm not making it.                   15:28:21

 6    (Deposition Exhibit 1033 marked for identification.)

 7              MR. WESLEY:  Okay.  I'm handing you what I've

 8    marked as Exhibit 1033 which is a document entitled

 9    "Proactive Policing."

10              MR. MASUR:  And I'll confirm, because this         15:28:55

11    also does have this "Privilege" stamp at the top, that

12    this has, in fact, been produced intentionally.

13              THE WITNESS:  Okay.

14              MR. WESLEY:  Thank you.

15    Q.   Ms. Greenhough are you familiar with this              15:29:12

16    document, or a prior version thereof?

17    A.   I am not familiar with this document.

18    Q.   Have you ever heard of the phrase "tag removal"?

19    A.   Yes.

20    Q.   And have you heard of that in the context of your      15:29:55

21    work with Redbubble?

22    A.   Yes.

23    Q.   And what is your understanding of what tag removal

24    means, in the context of your work with Redbubble?

25    A.   In certain limited situations, as the team is          15:30:09
```

                                                        Page 133

1    directed by legal counsel, we may remove -- we may use      15:30:13

2    a tool to remove a user-generated tag from an

3    individual artwork.

4    Q.   And what is the purpose of removing a tag?

5    A.   It can have various purposes.                          15:30:33

6    Q.   Such as?

7    A.   Legal reasons.  It's more of a question for Jimmy.

8    Q.   Okay.  Do you have any understanding as to why

9    Redbubble removes tags for certain rights holders?

10   A.   I don't.                                               15:31:00

11   Q.   Have you heard the term "live policing"?  Do you

12   have any understanding -- and I'm asking in the context

13   of Redbubble.

14   A.   It's -- it's not a term I'd use; but yeah, it

15   sounds familiar.                                            15:31:22

16   Q.   Do you have any understanding of what the term

17   "live policing" means, when used internally at

18   Redbubble?

19   A.   Yes.  It refers to a queue of artwork that is

20   updated continually, based on what users upload.           15:31:41

21   Q.   And what do you mean by that?

22   A.   The team reviews queues of artworks.

23        Redbubble is never a stable place.  So it's in

24   contrast to a method of reviewing lists of artworks

25   with a specific time cutoff.                               15:32:08

                                                        Page 134

```
1    Q.   Got it.  So live policing is for works that have      15:32:10

2    recently been uploaded; new works.   True?

3    A.   It will include new and old.

4    Q.   Oh.

5    A.   Going forward, every new work going in might          15:32:24

6    appear in a queue.

7    Q.   Okay.  Have you ever heard the term "content

8    sweep?

9    A.   Yes.

10   Q.   And what's your understanding of "content sweep"?     15:32:39

11   A.   The team undertakes a content sweep when a new

12   policing agreement -- arrangement -- excuse me -- is

13   initiated that is to remove allegedly infringing

14   content, as per the policing guidelines of any

15   individual rights holder that we've made that           15:32:59

16   arrangement with.   And so it's to review historic works

17   that already exist on the website.   After that, the

18   life policing goes into effect.

19   Q.   Are there any tags that Redbubble has deemed off

20   limits, to your understanding?                          15:33:26

21   A.   I don't know.

22   Q.   Have you ever --

23   A.   I don't know.   Sorry.

24   Q.   Have you ever heard of the term "unusable tags"?

25   A.   Unusable tags?  Yes.                                 15:33:37
```

Page 135

```
 1    Q.   Do you have any understanding of what that means,        15:33:39

 2    in the context of Redbubble?

 3    A.   Yes.

 4    Q.   And what is your understanding?

 5    A.   It is a list of -- it is a blacklist of things           15:33:44

 6    that we don't want our Marketing Team to buy ads on.

 7    Q.   Okay.  And do you have any understanding of what

 8    criteria is used to determine whether or not a word is

 9    added to the unusable -- unusable-tag spreadsheet?

10    A.   Yes.                                                     15:34:13

11    Q.   And what is the criteria, to your understanding?

12    A.   It is that we've been instructed by the Legal Team

13    to do so, or there is a policing agreement/arrangement

14    in place, so we're aware of -- well, we -- we don't

15    want to actively advertise on those terms, because           15:34:50

16    we're trying to evaluate whether the works are

17    appropriate.

18         MR. WESLEY:  Okay.  All right.  Let's go off

19    the record for a moment, please.

20         MR. MASUR:  That's okay.                                 15:35:15

21         VIDEOGRAPHER:  This marks the end of Volume

22    One, Media Number Two, of the deposition of

23    Jenny Greenhough.  The time is 3:35 p.m.  We're off the

24    record.

25    (Recess taken from 3:35 p.m. until 3:57 p.m.)                 15:35:23
```

Page 136

Ex. 92
Page 494

```
1              VIDEOGRAPHER:  We are back on the record at      15:57:01

2     3:57 p.m.  This marks the beginning of Volume One,

3     Media Number Three, of the deposition of

4     Jenny Greenhough.

5              MR. WESLEY:  Okay.  I really don't have any      15:57:12

6     other questions.

7         Do you have any questions?

8              MR. MASUR:  Yeah.  I just -- just a quick

9     one, or a quick series.

10                     EXAMINATION                              15:57:21

11    BY MR. MASUR

12    Q.   Ms. Greenhough, I'm not going to ask you to refer

13    to these specifically, but exhibits designated numbers

14    1014 through 1023, or thereabouts, were put in front of

15    you by Mr. Wesley earlier.                               15:57:34

16    A.   Yes.

17    Q.   Generally speaking, these started with a 2011

18    document, "Infringement of Atari Interactive, Inc.,

19    Intellectual Property."  Do you recall those exhibits?

20    A.   Yes.                                                15:57:48

21    Q.   Were those exhibits from records that your team's

22    responsible for?

23    A.   No.

24    Q.   Do you know what team did have responsibility for

25    those records?                                           15:58:03
```

Page 137

Ex. 92
Page 495

```
1    Mr. Masur's office will hold onto the original, and        15:59:39

2    maintain custody, and make available upon reasonable

3    request at a proceeding in these -- in this case.

4        Is that generally acceptable?

5            MR. MASUR:  Yeah, with one minor                    15:59:52

6    clarification -- I don't think it's a modification --

7    which is that my off- -- for purposes of that

8    stipulation, my office would be my firm, and

9    specifically, my assistant, who's based out of our

10   Los Angeles office, because I should not be trusted        16:00:06

11   with originals of anything.

12       And we will follow up.  I will have her follow up

13   by e-mail with the court reporter and videographer to

14   give that contact information to where it should be

15   sent.                                                      16:00:19

16           MR. WESLEY:  Okay.  Very good.  Thank you,

17   everyone, for your time.

18           VIDEOGRAPHER:  This concludes today's

19   deposition of Jenny Greenhough.  The number of media

20   used was three, and will be retained by Veritext Legal    16:00:27

21   Solutions.  The time is 4:00 p.m.  We're off the

22   record.

23   (At 4:00 p.m. the proceedings were adjourned.)

24

25
```

Page 139

Ex. 92
Page 496

1          I, the undersigned, a Certified

2    Shorthand Reporter of the State of California, do

3    hereby certify:

4          That the foregoing proceedings were taken before

5    me at the time and place herein set forth; that any

6    witnesses in the foregoing proceedings, prior to

7    testifying, were placed under oath; that a verbatim

8    record of the proceedings was made by me using machine

9    shorthand which was thereafter transcribed under my

10   direction; further, that the foregoing is an accurate

11   transcription thereof.

12         I further certify that I am neither financially

13   interested in the action nor a relative or employee of

14   any attorney or any of the parties.

15   IN WITNESS WHEREOF, I have this date subscribed my name

16                  Dated:  12/23/2019

17

18

19

20

21              LYDIA ZINN, RPR, FCRR

22                CSR No. 9223

23

24

25

                                        Page 140

DECLARATION


    I hereby declare I am the deponent in the within matter; that I have read the foregoing transcript and know the contents thereof; and I declare that the same is true of my knowledge except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe them to be true.

    I declare under the penalties of perjury under the laws of the United States that the foregoing is true and correct.


    This declaration is executed this _third_ day of _February_, 20_20_, at _San Francisco_, _California_.


_Jenny Greenhough_
JENNY RENEE GREENHOUGH


Page 141