# EXHIBIT 94



Redbubble was born in 2006 in Melbourne, Australia. The dream was simple. Give independent artists a meaningful new way to sell their creations. Today, we connect over 700,000 artists and designers across the planet with millions of passionate fans. A brave (and dare we say stylish) new world of self expression.



## Uncommon designs on awesome stuff.

A shirt with an evil cat. A phone case with a galloping donut. A tote bag with a star-surfing astronaut. Whatever your thing, you can get art you love on super well made products. Personal, original, and high quality? It's a win-win-win.



## Tune into RBTV.

Everything you always wanted to know about Redbubble (but were afraid to ask). RBTV is a video series that takes you through our founding, brand, culture, and beyond. This is your place to deep dive into all things Redbubble.

Click here to watch



## Calling all artistic types.

Creative? Like money? Open a shop in minutes. For free. Just upload your art and designs and leave the rest to us. We arrange for all the printing (on over 60 quality products) and shipping to almost anywhere on earth. Ready? Let's go.

Sell your thing



