KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 *zdavidson@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**APPLICATION UNDER PROTEST TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANT REBUBBLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Declaration of Joshua M. Masur, Redacted and Unredacted Versions of Documents Proposed to be Filed Under Seal and [Proposed Order]*<br><br>Hearing Date: June 1, 2020<br>Time:           9:00 a.m.<br>Courtroom:   850 |

2911-1006 / 1611329.1                                1

As required by Local Rule 79-5.2.2(b), in light of Plaintiff's claim that it is entitled to confidential treatment of certain deposition testimony pursuant to the Stipulated Protective Order entered on February 6, 2020 (Dkt. 22), defendant Redbubble Inc. respectfully, but under protest, applies to the Court for an Order sealing portions of Exhibit F to the Masur Declaration in support of its motion for summary judgment.

Dated:  May 4, 2020.

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER & DEL DUCA LLP
JOSHUA M. MASUR
ZACHARY S DAVIDSON

By: */s/ Joshua M. Masur*

Attorneys for Defendant
Redbubble Inc.