# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING OR DENYING REDBUBBLE INC.'S APPLICATION UNDER PROTEST TO FILE DOCUMENTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>*[Filed concurrently with Application to File Documents Under Seal and Declaration of Joshua M. Masur]*<br><br>Hearing Date: June 1, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850 |

After consideration of the Application Under Protest of Defendant Redbubble Inc. to file under seal portions of Exhibit F to the Masur Declaration in support of its motion for summary judgment,

IT IS HEREBY ORDERED THAT:

2911-1006 / 1611330.1

1

1     [IF GRANTED:] The Court GRANTS Redbubble's application over
2 Redbubble's protests. Portions of Exhibit F to the Masur Declaration in support of
3 its motion for summary judgment, identified as pages 100, line 25 through page 102,
4 line 7 and page 109, line 22 through page 110, line 8 of the transcript of the
5 February 28, 2020 deposition of Madison Elkins shall be filed under seal.

7     [IF DENIED:] The Court DENIES Redbubble's application. Counsel will
8 publicly file the entirety of Exhibit F to the Masur Declaration for consideration by
9 the Court.

12 Dated: May ____, 2020.

                                       UNITED STATES DISTRICT COURT
                                       R. GARY KLAUSNER