BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, <br><br> Plaintiff, <br><br> vs. <br><br> REDBUBBLE, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:19-cv-04618-RGK (JPRx) <br> Judge:  Hon. R. Gary Klausner <br><br> **PROOF OF SERVICE OF PLAINTIFF'S SEALED DECLARATION IN SUPPORT OF APPLICATION TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT, SEPARATE STATEMENT, AND EXHIBITS UNDER SEAL** <br><br> Pre-Trial Conference:  June 15, 2020 <br> Trial Date:                  June 30, 2020 |
|---|---|

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On May 4, 2020, I served by email a true copy of the documents described below on the interested parties in this action as follows:

(1) UNREDACTED DOCUMENT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT;

(2) UNREDACTED DOCUMENT SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT;

(3) DECLARATION OF JASON Y. KELLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT;

(4) EXHIBIT 64 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(5) EXHIBIT 65 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(6) EXHIBIT 66 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(7) EXHIBIT 67 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(8) EXHIBIT 68 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(9) EXHIBIT 69 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'SMOTION FOR

PARTIAL SUMMARY JUDGMENT;

(10) EXHIBIT 70 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(11) EXHIBIT 71 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(12) EXHIBIT 72 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(13) EXHIBIT 73 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(14) EXHIBIT 74 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(15) EXHIBIT 75 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(16) EXHIBIT 76 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(17) EXHIBIT 77 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(18) EXHIBIT 78 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(19) EXHIBIT 79 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(20) EXHIBIT 80 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(21) EXHIBIT 81 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(22) EXHIBIT 82 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(23) EXHIBIT 83 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(24) EXHIBIT 84 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(25) EXHIBIT 87 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(26) EXHIBIT 88 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(27) EXHIBIT 89 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(28) EXHIBIT 90 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

(29) EXHIBIT 91 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

**(30) EXHIBIT 92 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**(31) EXHIBIT 93 TO THE DECLARATION OF JASON Y. KELLY IN SUPPORT OF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT; AND**

**(32) DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER PORTIONS OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT.**

| | |
|---|---|
| Joshua M. Masur<br>ZUBER LAWLER<br>2000 Broadway Street, Suite 154<br>Redwood City, CA  94063<br>Tel:   (650)434-8538<br>Fax:   (213)596-5621<br>Email*:       imasur@zuberlaw.com* | *Counsel for Defendant*<br>*Redbubble, Inc.* |
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>Email*:       ken@coastsidelegal.com* | *Co-Counsel for Defendant*<br>*Redbubble, Inc.* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION**:  On May 4, 2020, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the above listed documents to be sent from the e-mail address jkelly@bgrfirm.com to the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on May 4, 2020, at Los Angeles, California.

*/s/ Jason Y. Kelly*
Jason Y. Kelly

1546762

Case No. 2:19-cv-04618-RGK (JPRx)

PROOF OF SERVICE