DocuSign Envelope ID: 369DEB3F-27B0-4718-BA5C-16DD27811588

KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
*zdavidson@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>  Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>  Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF ANUJ LUTHRA IN SUPPORT OF DEFENDANT REBUBBLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion, Statement of Uncontroverted Facts and Conclusions of Law, supporting Declarations, and [Proposed] Judgment]*<br><br>Hearing Date: June 1, 2020<br>Time:         9:00 a.m.<br>Courtroom:    850 |

# DECLARATION OF ANUJ LUTHRA

I, Anuj Luthra, declare:

1. I am the Vice President of Engineering of Redbubble Inc. ("Redbubble"), the defendant in this lawsuit. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Redbubble Marketplace software automatically performs various online services to facilitate the transactions that occur through the Marketplace.

3. Marketplace software connects third-party Sellers to third-party Manufacturers who print the products, and such software also transmits purchase order and shipping information to such third-party Manufacturers. Marketplace software also provides third-party Sellers access to third-party payment processors who collect and process customer payments. Each transaction is entirely directed by Seller and customer and is automated by the Redbubble Marketplace software.

4. Before a third-party Seller can upload designs and sell products on the Redbubble Marketplace, he or she must become a registered user.

5. Furthermore, a third-party Seller must check a box confirming the following statement each time he or she uploads a design to the Redbubble Marketplace: "I have the right to sell products containing this artwork, including (1) any featured company's name or logo, (2) any featured person's name or face, and (3) any featured words or images created by someone else."

6. A third-party Seller uploading a design to the Redbubble Marketplace has exclusive control over the design he or she uploads and must (among other things) set the purchase price specify the physical product type(s) to which the design may be applied, and if desired by the Seller input a title, one or more keyword "tags" and a description.

7. The title and tags enable potential customers to search the Redbubble Marketplace for the Seller's design. Search results made available through the

Marketplace are based on the title and tags, which are created solely by the uploading Seller, not Redbubble. The Marketplace search function does not search the listing's description field.

8. Once a third-party Seller uploads a design and creates a listing page, it is automatically publicly displayed for sale on the Marketplace, unless a proprietary software tool called "ACE" prevents such immediate display due to the presence of an applicable keyword in the listing's title, tag and/or description.

9. Some listing pages contain to the right of the design the listing's title followed by the phrase "by [Seller]."

10. The upper limit on which a third-party Seller can set the price for his or her design is a percentage increase over the base price (or base amount) of five thousand percent (5000%).

11. When an order is placed on the Redbubble Marketplace, third party payment processors, like PayPal, Stripe, or Amazon Payments, receive payment directly from purchasing customers, and Marketplace software automatically facilitates the payment processing of sale proceeds from customers to Sellers.

12. Marketplace software also automatically routes the order information to a third-party Manufacturer based on certain criteria, such as location of the customer and the product type he or she ordered.

13. Marketplace software is also involved in proactive policing activities conducted by the Redbubble Marketplace Integrity Team or MPI Team. In addition to the ACE tool, which the MPI Team uses for proactive policing, the MPI Team uses another proprietary software tool to review and potentially disable or remove listings generated by third-party Sellers.

14. Policing keywords are input into this tool, which automatically and continuously monitors for changes in a dynamic database of Seller-generated titles, tags and descriptions on the Marketplace. In near real-time (i.e., approximately up to a minute from design upload to detection) the tool displays an image and other

1 relevant information of a Seller's listing based on a match between applicable
2 policing keywords and the listing's title, tags and/or description.
3     I declare under penalty of perjury under the laws of the United States of
4 America that the foregoing is true and correct and to the best of my knowledge and
5 information.
6     Executed this 4th day of May, 2020 at Melbourne, Australia.



Anuj Luthra

2911-1006 / 1610223.1

4