KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 *zdavidson@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>REDBUBBLE INC.,<br><br>                    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF ARNAUD DESHAIS IN SUPPORT OF DEFENDANT REBUBBLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion, Statement of Uncontroverted Facts and Conclusions of Law, supporting Declarations, and [Proposed] Judgment]*<br><br>Hearing Date: June 1, 2020<br>Time:              9:00 a.m.<br>Courtroom:    850 |

2911-1006 / 1610224.1                                    1


# DECLARATION OF ARNAUD DESHAIS

I, Arnaud Deshais, declare:

1. I am the Chief Supply Chain Officer of Redbubble Inc. ("Redbubble"), the defendant in this lawsuit. As such, I am very familiar with the details of the operation of the Redbubble Marketplace. I have personal knowledge of the facts set forth in this Declaration and can testify competently.

2. After a purchase is made on the Redbubble Marketplace, the Redbubble marketplace software routes the order information to a third-party manufacturer. The third-party manufacturer, not Redbubble, imprints the seller's design onto the product chosen by the customer.

3. These third-party manufacturers print and pack the products before third-party shippers pick up the products and deliver them to customers. These tasks are not performed by Redbubble personnel.

4. The third-party manufacturers who print products ordered through the Redbubble marketplace are independent of Redbubble. They are neither affiliates of Redbubble nor staffed by Redbubble.

5. Redbubble does not own the facilities where product is manufactured by these third-party manufacturers, nor does Redbubble own any of the equipment or employ any of the personnel at those facilities.

6. After a product ordered via the Redbubble marketplace is manufactured or printed, a third-party shipper picks up the product from the manufacturer's location and ships the product directly to the customer.

7. At all times between completion of manufacturing and the time the product is picked up by the shipper, the product remains at the location of the third-party manufacturer.

8. Redbubble is sometimes identified on shipping labels for products ordered via the Redbubble Marketplace. In those instances, the name on the return

address is "An Artist on Redbubble," and the return address itself is Redbubble's.

9. Redbubble does not design, upload, manufacture, sell, offer for sale or distribute the content printed on finished products, and at no time during the purchasing, manufacturing or shipping process does Redbubble possess, store or physically handle finished products.

10. I am familiar with the products that plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") has alleged are infringing in its Complaint and discovery responses (the "Accused Products").

11. All content offered for sale on the Redbubble Marketplace, including those designs displayed on the Accused Products, was designed and uploaded solely by third-party Sellers, without any participation by Redbubble. Redbubble was unaware of the content of those listings prior to their upload, and it had no involvement with the decision to offer the Accused Products. Furthermore, no Redbubble personnel participated in the manufacturing process, packed or shipped the Accused Products, performed quality control on them prior to shipment, or viewed or handled them at any time before they were picked up from the manufacturer by third-party shippers and delivered to the end customers. No Redbubble personnel reviewed the designs for the Accused Products prior to printing.

12. Third-party manufacturers sometimes place hang tags on products ordered via the Redbubble marketplace. Hang tags are intended to be temporary and removed by the customer prior to use of the purchased product. Hang tags include a statement to the customer that the artwork is "[c]reated just for you by an independent artist" or "by [NAME OF ARTIST]".

13. Neither Redbubble's name nor logo appear on any permanent branding on finished garments shipped to customers.

///

///

1  14. Redbubble never sells or re-sells products that were purchased on the Redbubble marketplace but later returned to Redbubble.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and to the best of my knowledge and information.

Executed this ____ day of May, 2020 at _____PACIFICA_____, California.

03 May 2020 | 4:29 PM PDT

DocuSigned by:

*Arnaud Deshais*

Arnaud Deshais

2911-1006 / 1610224.1

4