# EXHIBIT A

to Declaration of James Toy in

support of Redbubble Inc.'s Motion

for Summary Judgment

About Us | Redbubble



MENU ≡

visit redbubble.com

REDBUBBLE

Home  /  About Us  /  Our Business

  

Founded in 2006, the Redbubble Group (RB Group) incorporates Redbubble Limited and its subsidiaries including TP Apparel LLC (TeePublic). RB Group owns and operates the leading global marketplaces hosted at Redbubble (redbubble.com) and TeePublic (teepublic.com), powered by independent artists. Redbubble's community of passionate creatives sell uncommon designs on high-quality, everyday products such as apparel, stationery, housewares, bags, wall art and so on. Through the Redbubble and TeePublic marketplaces, independent artists are able to profit from their creativity and reach a new universe of adoring fans. For customers, it's the ultimate in self expression. A simple but meaningful way to show the world who they are and what they care about.

RB Group hosts three-sided global online marketplaces where independent artists upload their designs and creative works for sale on a range of products. When a customer places an order, the product is produced on demand and shipped by a fulfilment partner within RB Group's global third party supply network.

More than 800,000 independent artists currently use the RB Group platforms. Artists have earned more than $100 million through sales across both marketplaces since their launch. RB Group has also partnered with a number of rights holders to build a portfolio of licensed fan art, with a strong pipeline of partnerships to come.

Customers from approximately 200 countries have shopped on RB marketplaces, finding designs and creative works that reflect their individual interests, passions and creativity. On Redbubble alone, 4.0 million unique customers purchased approximately 2.0 million different designs and creative works, on 4.0 million unique items in FY2018.

About Us | Redbubble

RB Group currently works with fulfillers in North America, the United Kingdom, Europe, and Australia. They operate more than 32 different production centres to fulfil more than 66 different product types currently sold. The number of fulfillers and production centres continues to increase, improving local sourcing and reducing delivery times for customers.

RB Group's business model differs from the average retailer or online store because of the vast range of available designs and creative works made possible by the independent artists who sell in the RB Group marketplaces. RB Group appeals to consumers who are seeking affordable, distinctive and high-quality products. With consumers increasingly wanting to express their personal style and demanding customised experiences, RB Group is strongly positioned for growth.



SIGN UP FOR EMAIL ALERTS ☐

**REDBUBBLE**

**Home**

**About Us**
Our Story
Our Mission
Our Business
Board of Directors
Executive Team

**Investor Centre**
Investor Fact Sheet
RBTV
Key Dates
My Shareholding
Share Price Information
Corporate Governance
ASX Announcements
ADR Information

**Results and Reports**
Annual Reports
Financial Presentations
Investor Presentations

**Contact Us**
Contact Us
Email Alerts

About Us | Redbubble

Copyright © 52289 Redbubble      Privacy Policy      Search
Site Map                                                              Site by IRM