# EXHIBIT B

to Declaration of James Toy in

support of Redbubble Inc.'s Motion

for Summary Judgment

≧ Keep safe, be healthy, and stay creative. For Product & Delivery updates, check these **FAQs** , ≦

Sell Your Art   Log In   Sign Up

**REDBUBBLE**

Search for products or designs

Clothing   Stickers   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs



OUR MISSION

# Bringing more creativity into the world.

PLAY VIDEO

Redbubble was born in 2006 in Melbourne, Australia. The dream was simple. Give independent artists a meaningful new way to sell their creations. Today, we connect over 700,000 artists and designers across the planet with millions of passionate fans. A brave (and dare we say stylish) new world of self expression.



## Uncommon designs on awesome stuff.

A shirt with an evil cat. A phone case with a galloping donut. A tote bag with a star-surfing astronaut. Whatever your thing, you can get art you love on super well made products. Personal, original, and high quality? It's a win-win-win.



## Tune into RBTV.

Everything you always wanted to know about Redbubble (but were afraid to ask). RBTV is a video series that takes you through our founding, brand, culture, and beyond. This is your place to deep dive into all

things Redbubble.

Click here to watch



## Calling all artistic types.

Creative? Like money? Open a shop in minutes. For free. Just upload your art and designs and leave the rest to us. We arrange for all the printing (on over 60 quality products) and shipping to almost anywhere on earth. Ready? Let's go.

Sell your thing

## How Redbubble works.



Artists open a Redbubble shop          You find a design you love on a          Artists get paid and you get
and upload designs.                        product you want.                       something sweet.

## Nice, right? Now it's time to find your thing.

Search products, artworks and themes



Mature Content: Visible    🌐 United States - USD$ - English

### Subscribe for special offers & updates

Enter your email address          SUBSCRIBE

ABOUT US      SOCIAL RESPONSIBILITY      BLOG      DELIVERY      INVESTOR CENTRE      JOBS      CONTACT US      HELP

© Redbubble. All Rights Reserved  /  User Agreement  /  Privacy Policy  /  Do not sell my personal information  /  Copyright  /  Affiliates  /  Give $10, Get $10  /  Student Discount  /  Guidelines  /  Log In