# EXHIBIT F

to Declaration of James Toy in support of Redbubble Inc.'s Motion for Summary Judgment

**From:** Redbubble <dmca@redbubble.com>
**Sent:** Tuesday, May 15, 2018 5:47 PM EDT
**CC:** Peter Ross <pross@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Diane Torosyan <dtorosyan@bgrfirm.com>
**Subject:** [Redbubble] Update: Infringement of Trademark Rights of Brandy Melville

##- Please type your reply above this line -##

You are registered as a CC on this support request (3834238). Reply to this email to add a comment to the request.

**Redbubble Marketplace Integrity** (Redbubble)
May 15, 14:47 PDT

Dear Mr. Wesley,

Thank you for your reply. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

If there are any additional specific designs hosted on the marketplace that you would like removed, please identify those to us and we will ensure that they are promptly removed in a manner consistent with Redbubble's IP and publicity rights policy.

Regards,
Redbubble Marketplace Integrity

---

**Keith Wesley**
May 15, 11:32 PDT

Thank you for the response. I just searched for "Brandy Melville" on your site, and there continue to be over 1,000 results, including many products that specifically incorporate BRANDY MELVILLE. See https://www.redbubble.com/people/pasifa/works/23886270-brandy-melville-sticker?grid_pos=32&p=sticker&rbs=a3c2994b-6627-40a1-8734-551c66538624&ref=shop_grid

Please clarify what has been removed and why the aforementioned items remain displayed and available.

Thanks in advance.

Keith

[http://i9.createsend1.com/ti/y/36/E0C/F62/094609/images/fb_icon_2x.gif]<http://email.redbubble.com/t/y-l-itcal-l-t/>

[http://i1.createsend1.com/ti/y/36/E0C/F62/094609/images/twitter_icon_2x.gif]<http://email.redbubble.com/t/y-l-itcal-l-i/>

[http://i2.createsend1.com/ti/y/36/E0C/F62/094609/images/tumblr_icon_2x.gif]<http://email.redbubble.com/t/y-l-itcal-l-d/>

[Redbubble Logo]

**CONFIDENTIAL**                                                                                                                                                       RBBM176733

**Redbubble Marketplace Integrity** (Redbubble)

May 15, 10:23 PDT

Dear Mr. Wesley,

Thank you for your reply. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

Please note that Redbubble does not itself tag uploaded content, including with the words "Brandy Melville". Rather, users of the online marketplace may apply the term(s) "Brandy Melville" as a tag to their uploads, as they can any other words. Redbubble's search pages are dynamically generated and can contain unrelated content.

That said, if there are any additional specific designs hosted on the marketplace that you would like removed, please identify those to us and we will ensure that they are promptly removed in a manner consistent with Redbubble's IP and publicity rights policy.

Regards,
Redbubble Marketplace Integrity

**Redbubble Marketplace Integrity** (Redbubble)

May 14, 22:44 PDT

Dear Mr. Wesley,

Thank-you for contacting Redbubble. We are looking into your concerns and will be in contact with you again shortly.

Regards,
Redbubble Marketplace Integrity

**Claudia Bonilla**

May 14, 15:13 PDT

Please see attached letter from Keith J. Wesley to Redbubble of today's date.

Claudia Bonilla
Legal Assistant to Eric M. George,
and Keith J. Wesley

BROWNE GEORGE ROSS LLP

Los Angeles * New York * San Francisco

2121 Avenue of the Stars, Suite 2800

Los Angeles, California 90067

Main 310.274.7100 | Fax 310.275.5697

CBonilla@bgrfirm.com<mailto:CBonilla@bgrfirm.com>

www.bgrfirm.com<http://www.bgrfirm.com>

CONFIDENTIAL                                                                                                                                                           RBBM176734

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

Attachment(s)
[Keith Wesley letter to Redbubble of 5.14.18.pdf](#)