# EXHIBIT G

to Declaration of James Toy in support of Redbubble Inc.'s Motion for Summary Judgment

**From:** Keith Wesley <kwesley@bgrfirm.com>
**Sent:** Tuesday, May 15, 2018 7:10 PM EDT
**To:** corina.davis@redbubble.com <corina.davis@redbubble.com>
**Subject:** Infringement of Brandy Melville IP [IWOV-DOCSLA.FID326033]
**Attachment(s):** "followup.pdf","Keith Wesley letter to Redbubble of 5.14.18.pdf"

Dear Ms. Davis –

We represent the fashion brand Brandy Melville on intellectual property matters. We sent the attached letter to Redbubble's DMCA email address yesterday. We were encouraged by the response we received indicating that all infringing content had been removed from Redbubble. Unfortunately, when we went to verify that the infringing content had been removed, we discovered the opposite. The same content remained on Redbubble. When we notified the Redbubble DMCA email address of this fact, we received the same, seemingly auto-generated, response that the infringing content had been removed. Yet, the infringing content remains on Redbubble. A copy of the aforementioned correspondence is also attached.

Please let me know ASAP if Redbubble intends to remove the infringing content – as it mistakenly said had been done – or if there is some disconnect or miscommunication. We would appreciate your prompt response.

Sincerely,

**Keith J. Wesley, Esq.**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
kwesley@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
_____

CONFIDENTIAL                                                                                                                                          RBBM175967