# EXHIBIT H

to Declaration of James Toy in

support of Redbubble Inc.'s Motion

for Summary Judgment





Vinyl Heart Sticker
By Anjali Devjani
From $2.60

Miami Sign Sticker
By emmybdesigns
From $1.67

Petty Samsung Galaxy Snap ...
By Danielle Fay
$29.46

Honey | Vintage Premium S...
By koovox
$30.58

Turquoise sticker pack Sticker
By swaygirls
From $2.08

Madison Sign Sticker
By emmybdesigns
From $1.67

Wish You Were Weird - Alie...
By karmakunta
$29.46

Chi Town Sign Sticker
By emmybdesigns
From $1.67

Los Angeles Sign Sticker
By emmybdesigns
From $1.67

Simply Striped- White iPhon...
By altizzy
$21.88

Eiffel Tower Sticker
By Anjali Devjani
From $1.35

floral anatomical heart Stick...
By camillewahl
From $1.25

Heart Sticker
By jordancoh
From $1.35

heart Samsung Galaxy Snap ...
By Annieyu24
$25.25

CHECKERBOARD HEART Sti...
By cyberpeaches
From $1.56

Isla Vista Sign Sticker
By emmybdesigns
From $1.67

Mich Sign Sticker
By emmybdesigns
From $1.67

BTown Sign Sticker
By emmybdesigns
From $1.67

Chicago Sign Sticker
By emmybdesigns
From $1.67

yellow heart Sticker
By stickerzaf
From $1.56



Anatomic Heart Samsung G...
By brandydevoid
$24.20

Ann Arbor Sign Sticker
By emmybdesigns
From $1.67

smiley fry Sticker
By stickerzaf
From $1.56

Simply Striped iPhone Soft ...
By altizzy
$21.88

glossier heart sticker set Sti...
By meme queen
From $1.46

Ladies Heart V-Neck T-Shirt
By Moxie Graphics
$25.86

Boulder Sign Sticker
By emmybdesigns
From $1.67

Italy Sign Sticker
By emmybdesigns
From $1.67

Colorado Sign Sticker
By emmybdesigns
From $1.67

San Jose Heart Tag Sticker
By lukassfr
From $1.36

Cortland Sign Sticker
By emmybdesigns
From $1.67

emoji heart Sticker
By charlo19
From $1.35

Brandy Sticker
By Obercostyle
From $1.51

happy thoughts Sticker
By stickerzaf
From $1.56

Florence Sign Sticker
By emmybdesigns
From $1.67

Wisco Sign Sticker
By emmybdesigns
From $1.67

East Lansing Sign Sticker
By emmybdesigns
From $1.67

ugh sticker Sticker
By catscollegecuts
From $1.76

psycho sticker Sticker
By catscollegecuts
From $1.76

Philadelphia Sticker
By mcbrannau
From $1.46

**Shop by Category**

Clothing    Kids & Babies' Clothes    Phone Cases    Stickers    Wall Art    Home Decor





los angeles heart Sticker
By lolo dottie

From $1.62

Always flawless Duvet Cover
By MyBlueLight

$95.55

Best Coast Sign Sticker
By emmybdesigns

From $1.67

Love Spit Love Heart Art Print
By brandydevoid

From $17.18

PHILLY PHILLY iPhone Soft ...
By mcbrannau

$22.75

small heart Sticker
By jasmine ♥

From $1.48

Cloud heart Sticker
By Anjali Devjani

From $1.35

5th Avenue Love Circle Stick...
By lukassfr

From $1.36

New York Heart Tall Mug
By audrey5401

From $12.61

Pink heart Premium T-Shirt
By AmalieT

$28.22

Columbus Sign Sticker
By emmybdesigns

From $1.67

UGA Sign Sticker
By emmybdesigns

From $1.67

Vermont Sign Sticker
By emmybdesigns

From $1.67

Santa Cruz Heart Samsung ...
By abbiequail

$25.25

Pink hologram heart Art Bo...
By karmakunta

From $8.49

Reaching for Love Letters Ac...
By roseinthesun

From $21.46

Anaheim Heart Tag Sticker
By lukassfr

From $1.36

LONG ISLAND HEART STICK...
By Cassandra Cerbone

From $1.87

psycho Sticker
By stickerzaf

From $1.56

"Cotton Candy Heart" Trans...
By Gretu

From $1.54



watermelon heart Art Print
By Annieyu24

From $17.18

LOS ANGELES iPhone Soft C...
By tiffanywangg

$21.00

Change my Heart Sticker
By Alexandra Pentel

From $1.52

Yosemite Heart Tag Sticker
By lukassfr

From $1.36

Feminist Sticker
By Sierra Stringer

From $1.46

anti you patch Sticker
By stickerzaf

From $1.56

Ugh Tie Dye Heart Samsung...
By dddaniwilliams

$25.25

I Love Cheese Fries Travel M...
By abbiequail

$25.25

Illinois Sign Sticker
By emmybdesigns

From $1.67

LONG ISLAND STICKER Stick...
By Cassandra Cerbone

From $1.87

Delta Sticker
By zariagrace

From $1.25

palm leaf heart V-Neck T-Shirt
By Annieyu24

$22.16

‹ Previous     Showing 1 - 108 of 264 unique designs     Next ›


**Worldwide Shipping**
Available as Standard or Express delivery
Learn more


**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more


**Local Support**
24/7 Dedicated support
Submit a request

**Brandy Heart**

T-shirts, stickers, wall art, home decor, and more featuring designs by independent artists. Find Brandy Heart gifts and merchandise printed on quality products that are produced one at a time in socially responsible ways. Every purchase you make puts money in an artist's pocket.

**Related searches**



Heart   Hipster   Love   Brandy Melville   Tumblr   Pink   Funny   Brandy   Cute   White   Girly   Black

Hearts   Gifts



**10% off, promos, and the best indie art ever!**

Your email address

🇺🇸 USD$ - English    Mature content: Hidden

**Shop**

Gift Guides
Fan Art
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**

About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**

Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**

Instagram
Facebook
Twitter
Tumblr
Pinterest

**REDBUBBLE**

User Agreement    Privacy Policy    Do not sell my personal information    Redbubble uses cookies: Cookie Policy

© Redbubble. All Rights Reserved