# EXHIBIT I

to Declaration of James Toy in support of Redbubble Inc.'s Motion for Summary Judgment





