KENNETH B. WILSON (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
  zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDBUBBLE INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF KATE RICKERT IN SUPPORT OF DEFENDANT REBUBBLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion, Statement of Uncontroverted Facts and Conclusions of Law, supporting Declarations, and [Proposed] Judgment]*<br><br>Hearing Date:　June 1, 2020<br>Time:　　　　　9:00 a.m.<br>Courtroom:　　850 |

1

# DECLARATION OF KATE RICKERT

I, Kate Rickert, declare:

1. I am a Paralegal with Redbubble Inc. ("Redbubble"), the defendant in this lawsuit. In that role, I support Redbubble's Marketplace Integrity Team ("MPI Team"), which is involved with preventing infringement on the Redbubble marketplace. I also have access to internal databases that contain data about the Redbubble marketplace and Redbubble's proactive policing activities, which I reviewed in preparing this Declaration. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. As of April 27, 2020, there were approximately 2,161,420 third-party sellers, defined as active users of the Redbubble marketplace who have published at least one design to the marketplace.

3. As of April 27, 2020, purchasers could browse through approximately 27,062,051 listings on the Redbubble marketplace.

4. Between November 2014 and April 27, 2020, Redbubble received approximately 91,553 takedown requests from content owners, and pursuant to those requests, Redbubble removed approximately 755,826 listings.

5. On average, approximately 24,040 listings are uploaded to the Redbubble marketplace each day, based on the daily average number of uploads for the twelve months prior to April 28, 2020.

6. The average number of individual listings reviewed by the Marketplace Integrity Team or MPI Team each day is approximately 6,345, for the twelve month period prior to April 28, 2020.

7. As of April 29, 2020, Redbubble's proactive policing efforts have resulted in the disabling or removal of approximately 1,357,829 listings on the Redbubble marketplace. These numbers do not include listings in user accounts disabled by Sift Science, a commercially available software tool used by the MPI

1 | Team to fight repeat infringement, fraud and other abuses on the Redbubble
2 | marketplace
3 |     8.    As of April 29, 2020, Redbubble has disabled or removed
4 | approximately 390 listings under its proactive removal guidelines for Brandy
5 | Melville.
6 |     9.    If removal numbers account for Sift Science, then as of April 29, 2020,
7 | Redbubble's proactive policing efforts have resulted in the disabling or removal of
8 | approximately 3,692,040 listings on the Redbubble marketplace.
9 |     10.    As of April 29, 2020, Redbubble has disabled and/or terminated
10 | approximately 666,329 user accounts for violation of Redbubble policies, including
11 | its IP/Publicity Rights Policy.
12 |     11.    Attached to this Declaration as Exhibit A is a true and correct copy of a
13 | report prepared from Redbubble's business records that shows information about
14 | each listing that Redbubble is aware of that was uploaded by third-party sellers to
15 | the Redbubble marketplace for any product containing "the wording 'BRANDY
16 | MELVILLE' in black with a pink heart between BRANDY and MELVILLE," as
17 | depicted and described in the trademark registration attached to the Masur
18 | Declaration as Exhibit B; for any product containing the wording "'BRANDY
19 | MELVILLE' with a pair of crisscrossed flags between the 'Y' and 'M,'" as depicted
20 | and described in the trademark registration attached to the Masur Declaration as
21 | Exhibit C; or that were listed as T-shirts, tank tops or sweatshirts with the image
22 | depicted and described in the registered "LOSANGELES LIGHTNING" mark
23 | attached to the Masur Declaration as Exhibit D.
24 |     12.    Attached to this Declaration as Exhibit B is a true and correct copy of a
25 | report prepared from Redbubble's business records that shows information about
26 | each purchase that Redbubble is aware of involving a product sold by third-party
27 | sellers through the Redbubble marketplace containing "the wording 'BRANDY
28 | MELVILLE' in black with a pink heart between BRANDY and MELVILLE," as

depicted and described in the trademark registration attached to the Masur Declaration as Exhibit B; and containing the wording "'BRANDY MELVILLE' with a pair of crisscrossed flags between the 'Y' and 'M'," as depicted and described in the trademark registration attached to the Masur Declaration as Exhibit C. No T-shirts, tank tops or sweatshirts with the image depicted and described in the registered "LOSANGELES LIGHTNING" mark attached to the Masur Declaration as Exhibit D were sold through the Redbubble Marketplace.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and to the best of my knowledge and information.

Executed this 4th day of May, 2020 at San Francisco, California.

*Kate Rickert*
Kate Rickert