# EXHIBIT A

to Declaration of Kate Rickert in support of Redbubble Inc.'s Motion for Summary Judgment

| work_id | user id of seller | image | work link | work creation date (pst) | work title | tag_list | description | removal date (pst) | removal event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | seller margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47408754 | 139255287 | | http://www.redbubble.com/people/akainurat/works/47408754 | 2020-04-28 09:09:02-07 | | brandy melville,brandy melville gift,brandy melville merchandise,brandy melville stuff,brandy melville shirt,brandy melville hoodie,brandy melville long sleeve,brandy melville dresses,brandy melville scarves,brandy melville | | 2020-04-29 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 47327679 | 138858295 | | http://www.redbubble.com/people/dianagrac/works/47327679 | 2020-04-26 14:05:54-07 | brandy melville | | | 2020-04-27 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 47314297 | 138422677 | | http://www.redbubble.com/people/Peytoncrest/works/47314297 | 2020-04-26 08:15:37-07 | Brandy Melville | vsco,brandy,brandy melville,melville,heart,cute,trending,trends,trendy,small,designer,vsco girl,vsco stores,vsco hydro flask,hydro flask,sticker,stickers,clothing brands,brand,branding,vsco brands | | 2020-04-27 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 47286608 | 139060378 | | http://www.redbubble.com/people/theach/works/47286608 | 2020-04-25 15:15:43-07 | brandy fasion womens | brandy,tank tops,gina top,skylar thank,melville,skirt,brandy melville,fashion,womens | | 2020-04-27 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 47189174 | 115431390 | | http://www.redbubble.com/people/Oragland/works/47189174 | 2020-04-23 09:42:45-07 | Brandy Melville | brandy melville,brandy,trendy,skinny,trendy sticker,trendy stickers,cute,girly,mirror sticker,water bottle sticker,clothing brand,clothing sticker | | 2020-04-24 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 46505690 | 136931858 | | http://www.redbubble.com/people/LacrosseLover/works/46505690 | 2020-04-05 15:21:23-07 | Brandy Melville logo | brandy melville,vsco,fashion | | 2020-04-06 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 46205040 | 137413366 | | http://www.redbubble.com/people/lylataniss/works/46205040 | 2020-03-27 19:20:35-07 | Brandy Melville | brandymelville,sticker,trendy,cute,logo,lylataniss | cute brandy sticker!! | 2020-03-30 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 46190979 | 137011237 | | http://www.redbubble.com/people/anabelarts/works/46190979 | 2020-03-27 09:36:03-07 | brandy melville sticker | brandy,brandy melville | brandy melville | 2020-03-30 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 46176972 | 137011237 | | http://www.redbubble.com/people/anabelarts/works/46176972 | 2020-03-26 21:54:57-07 | brandy melville | brandy,brandy sticker,brandy melville,brandy melville sticker,trendy sticker | brandy melville sticker for the queens | 2020-03-27 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 45616795 | 126556281 | | http://www.redbubble.com/people/vscooogirlyvyy/works/45616795 | 2020-03-07 19:02:04-08 | Brandy Melville Logo | brandy,melville,logo,brandy melville logo,shopping,stylish,cute,sticker,water bottle,trendy,trending | Trendy Brandy Melville logo | 2020-03-10 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 44804549 | 115655339 | | http://www.redbubble.com/people/caitlynnjoy/works/44804549 | 2020-02-09 10:39:16-08 | Brandy Melville VSCO Logo Sticker | vsco,happy,brandymelville | Super cute Brandy Melville VSCO Logo Sticker | 2020-02-10 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 44789291 | 123272122 | | http://www.redbubble.com/people/Taylorallen44/works/44789291 | 2020-02-08 22:33:49-08 | Brandy Melville | | | 2020-02-10 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |

| work_id | user id of seller | image | work link | work creation date (pst) | work title | tag_list | description | removal date (pst) | removal event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | seller margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44330419 | 134467413 | | http://www.redbubble.com/people/sophiaschaeffer/works/44330419 | 2020-01-24 18:40:53-08 | Brandy Melville | | | 2020-01-27 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 44199692 | 115556539 | | http://www.redbubble.com/people/itzelita/works/44199692 | 2020-01-20 19:47:51-08 | Brandy Melville logo | brandy melville | | 2020-01-22 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 44163853 | 134186125 | | http://www.redbubble.com/people/bruh11/works/44163853 | 2020-01-19 21:19:36-08 | BRANDY MELVILLE | | | 2020-01-22 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 44135716 | 133359616 | | http://www.redbubble.com/people/dakamu/works/44135716 | 2020-01-19 03:30:13-08 | Brandy Melville | | brandy melville brandymelville cute vsco tiktok trendy pink pastel bright hype popular car heart | 2020-01-22 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 43843515 | 133338019 | | http://www.redbubble.com/people/asmann75/works/43843515 | 2020-01-10 18:49:28-08 | brandy melville | | | 2020-01-14 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 43839599 | 94897919 | | http://www.redbubble.com/people/mangkai/works/43839599 | 2020-01-10 16:19:42-08 | Brandy Melville | | | 2020-01-14 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 43805642 | 133626031 | | http://www.redbubble.com/people/sky276/works/43805642 | 2020-01-09 17:58:41-08 | brandy melville logo | brandy melville,pink,black,teen,aesthetic | | 2020-01-10 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 43798476 | 133574114 | | http://www.redbubble.com/people/Reesespiecez/works/43798476 | 2020-01-09 14:35:37-08 | Brandy logo sticker | | brandy melville vsco cute trendy trend sticker logo brandymelville | 2020-01-10 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 43796448 | 119267749 | | http://www.redbubble.com/people/Willkochart/works/43796448 | 2020-01-09 13:44:11-08 | brandy Melville sticker *not real* | trendy nyc gucci vsco | | 2020-01-10 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 43769260 | 133574114 | | http://www.redbubble.com/people/Reesespiecez/works/43769260 | 2020-01-08 18:50:50-08 | Brandy Melville | | | 2020-01-09 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 43012757 | 131280326 | | http://www.redbubble.com/people/e1abean/works/43012757 | 2019-12-05 09:01:07-08 | Brandy Melville Logo | | | 2019-12-06 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42385360 | 129398218 | | http://www.redbubble.com/people/Gemmadraws/works/42385360 | 2019-11-10 09:05:30-08 | Brandy Melville | | | 2019-11-11 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |

| work_id | user id of seller | image | work link | work creation date (pst) | work title | tag_list | description | removal date (pst) | removal event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | seller margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42225924 | 109126978 | | http://www.redbubble.com/people/e-steinman15/works/42225924 | 2019-11-03 15:31:09-08 | brands sticker pack | brands,sun bum,good vibes,brandy,brandy melville,ron jon surf shop,ron jon,surfer,jeep,cat,life is good,lululemon,avett brothers,trendy,cute,stickers,sticker,pack,sticker pack,pure vida,bracelets,trending,recent,best selling | | 2019-11-04 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42179985 | 111249466 | | http://www.redbubble.com/people/ryliewlkr/works/42179985 | 2019-11-01 15:07:47-07 | brandy melville logo | brandy melville logo cute aesthetic | | 2019-11-04 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42063253 | 128637208 | | http://www.redbubble.com/people/jcumberland1/works/42063253 | 2019-10-27 17:20:36-07 | Brandy Melville logo sticker | brandy melville,store,popular | | 2019-10-28 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42054405 | 128711572 | | http://www.redbubble.com/people/soph725/works/42054405 | 2019-10-27 11:39:46-07 | Brandy Melville logo | brandy melville,trend,trendy,sticker,heart,cute,logo,font | | 2019-10-28 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42003229 | 95407340 | | http://www.redbubble.com/people/averykatedraws/works/42003229 | 2019-10-25 15:55:58-07 | Brandy Melville Sticker | brandy melville,trendy,vsco,brandy | | 2019-10-28 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 41944214 | 108211127 | | http://www.redbubble.com/people/petrab24672/works/41944214 | 2019-10-23 18:09:31-07 | brandy melville sticker | brandy,brandy melville,vsco,tiktok,girl,heart,love | | 2019-10-25 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 41908996 | 117962515 | | http://www.redbubble.com/people/yunabatmunkh/works/41908996 | 2019-10-22 21:36:16-07 | Brandy Melville Sticker | brandy,melville,brandy melville,vsco,brandy melville sticker,trendy,tumblr,brandy sticker,laptop sticker,hydroflask sticker,waterbottle sticker,white sticker,white | | 2019-10-23 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 41024519 | 124564131 | | http://www.redbubble.com/people/vscooutlet/works/41024519 | 2019-09-07 07:54:07-07 | Brandy Melville | brandy,melville,brandy melville,sticker,stickers,brandy tee,brandy t shirt,brandy melville t shirt,hoodie,sweatshirt | | 2019-09-09 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 40912464 | 125181193 | | http://www.redbubble.com/people/mandyktk/works/40912464 | 2019-09-01 10:50:54-07 | Brandy melville | vsco,yellow,scrunchie,aesthetic,tumblr,cute,hair,logo,tags,tag,blue,blauw,pink,brand,brandy,melville,brandymelville | | 2019-09-03 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 40867379 | 99640306 | | http://www.redbubble.com/people/lilycic/works/40867379 | 2019-08-29 19:13:29-07 | brandy melville | brandymelville stickers | | 2019-08-30 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 40720142 | 123554447 | | http://www.redbubble.com/people/ToRi-Me/works/40720142 | 2019-08-21 14:46:59-07 | Brand Melville | original logo,pink heart,original,q,r and mel b,random lv,alvi,read melody,melody,read mulvey,brand melfi,brand melville,ranch melville | | 2019-08-27 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 40354434 | 123386130 | | http://www.redbubble.com/people/juulqueen/works/40354434 | 2019-08-01 20:00:26-07 | brandy melville sticker | brandy brandymelville ilovemaclaine | | 2019-08-02 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |

| work_id | user id of seller | image | work link | work creation date (pst) | work title | tag_list | description | removal date (pst) | removal event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | seller margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40354226 | 118900864 | | http://www.redbubble.com/people/jlee77/works/40354226 | 2019-08-01 19:46:31-07 | brandy sticker | brandy brandymelville | | 2019-08-02 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 40295324 | 122793249 | | http://www.redbubble.com/people/angelicverbatim/works/40295324 | 2019-07-29 15:34:52-07 | Brandy Melville logo | brandy melville | | 2019-07-30 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 40238188 | 115645726 | | http://www.redbubble.com/people/teresaaa-h/works/40238188 | 2019-07-26 10:51:27-07 | brandy melville sticker | | | 2019-07-26 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 38975747 | 70759489 | | http://www.redbubble.com/people/staylorr/works/38975747 | 2019-05-15 10:52:23-07 | Brandy Melville | logo,vintage,urban outfitters,brands,emma chamberlain,trendy,brandy melville,heart | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | | | | | | |
| 38916272 | 85103556 | | http://www.redbubble.com/people/Simplykatie/works/38916272 | 2019-05-12 10:16:23-07 | brandy melville | ron jon,surf,surfing,surfer,beach,ocean,hydroflask,laptop,hydro flask,mirror,california,chill,tea,trendy,girly,trend,text message,sticker,sticker pack,birks,crocs,sand,summer,lax,lacrosse,swim,soccer,gym,gymnastics,dance, | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | | | | | | |
| 37306100 | 112669691 | | http://www.redbubble.com/people/justinejane/works/37306100 | 2019-02-27 07:53:24-08 | brandy melville logo | brandy,brandy melville,brandy melville logo | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | | | | | | |
| 36669917 | 94221598 | | http://www.redbubble.com/people/hailstef/works/36669917 | 2019-01-30 11:59:55-08 | Brandy Melville | emma chamberlain,stickers,brandy melville | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 1.00 | 1.00 | 1.00 | $1.72 | $0.29 | $0.71 |
| 36663603 | 89202455 | | http://www.redbubble.com/people/maryrose123/works/36663603 | 2019-01-30 07:21:37-08 | Brandy Melville Sticker | sticker,brandy,brandy melville,trendy | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | | | | | | |
| 35816888 | 106084176 | | http://www.redbubble.com/people/baratayleyfanfic/works/35816888 | 2018-12-20 03:03:32-08 | Brandy Melville | aesthetic,cute,tumblr | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | | | | | | |
| 34639568 | 89096241 | | http://www.redbubble.com/people/bugs0814/works/34639568 | 2018-10-22 13:27:17-07 | Brandy Melville Logo | brandy,melville,brandy melville,logo,brandy logo,brandy melville logo | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 65.00 | 51.00 | 51.00 | $102.44 | $17.26 | $54.35 |
| 34283690 | 104914337 | | http://www.redbubble.com/people/aliyaarreguin/works/34283690 | 2018-10-02 20:46:21-07 | Brandy Melville logo | brandy melville,trendy,aesthetic,tumblr,stickers,laptop stickers,girly,basic,cute | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 6.00 | 4.00 | 4.00 | $61.53 | $10.25 | $24.15 |
| 32733465 | 85852818 | | http://www.redbubble.com/people/cgidesign2/works/32733465 | 2018-07-16 15:00:52-07 | brandy melville | brandy melville,brand,italy,california,west coast,brandy,melville,new york,nyc,city,la,los angeles,fashion,instagram,trendy,trending,popular,cute,beach,beachy,skate,skater,venice,santa monica,college,teen, | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 2,103.00 | 1,589.00 | 1,632.00 | $4,198.30 | $1,371.96 | $1,781.37 |

| work_id | user id of seller | image | work link | work creation date (pst) | work title | tag_list | description | removal date (pst) | removal event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | seller margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25107091 | 68272725 | | http://www.redbubble.com/people/kaat7/works/25107091 | 2017-02-01 18:26:48-08 | BRANDY MELVILLE | brandy melville,brandymelville,cozy,fancy,case,funny,indie,heart,lovely,hiphop,hollister,americaneagle,pink | | 2018-05-16 | Takedown Notice Moderation | Brandy Melville | Brandy Melville | 7.00 | 7.00 | 7.00 | $16.64 | $1.37 | $9.89 |
| 23207335 | 61577559 | | http://www.redbubble.com/people/sloanehaley/works/23207335 | 2016-09-18 20:13:38-07 | Brandy Melville | brandy,trendy,fun,logo | | 2018-05-16 | Takedown Notice Moderation | Brandy Melville | Brandy Melville | 158.00 | 126.00 | 127.00 | $275.72 | $63.04 | $113.16 |
| 23168419 | 61022522 | | http://www.redbubble.com/people/lel1dancer/works/23168419 | 2016-09-15 06:28:17-07 | Brandy Melville Logo Sticker | | | 2018-05-16 | Takedown Notice Moderation | Brandy Melville | Brandy Melville | 1.00 | 1.00 | 1.00 | $1.56 | $0.26 | $0.61 |
| 21164191 | 62331946 | | http://www.redbubble.com/people/red-hairspray/works/21164191 | 2016-03-07 17:54:25-08 | Brandy Melville | brandy melville,fashion,girls,heart,brand,logos | | 2018-05-16 | Takedown Notice Moderation | Brandy Melville | Brandy Melville | 2,319.00 | 1,653.00 | 1,733.00 | $3,137.26 | $521.93 | $1,386.17 |
| 31631712 | 83898876 | | http://www.redbubble.com/people/Maceywh/works/31631712 | 2018-05-07 07:15:23-07 | Brandy Melville | brandy melville,usa,brands,trendy,vintage | | 2018-05-15 | Takedown Notice Moderation | Brandy Melville | Brandy Melville | | | | | | |
| 30015810 | 73034222 | | http://www.redbubble.com/people/hallesanders/works/30015810 | 2018-01-22 15:55:41-08 | Brandy Melville | brandy melville,fashion,girls,tumblr,sticker,stickers,trending,trending stickers,cool,cute,heart,logo,brand | | 2018-05-15 | Takedown Notice Moderation | Brandy Melville | Brandy Melville | 1.00 | 1.00 | 1.00 | $25.94 | $4.32 | $11.48 |
| 27043688 | 77689511 | | http://www.redbubble.com/people/outtacontrol/works/27043688 | 2017-07-02 22:41:53-07 | brandy melville | brandymelville,love,instagood,photooftheday,beautiful,fashion,tbt,happy,cute,followme,like4like,follow,me,picoftheday,selfie,instadaily,friends,summer,girl,fun,repost,smile,nature,instalike,style,food,tagsforlikes | | 2018-05-15 | Takedown Notice Moderation | Brandy Melville | Brandy Melville | 2.00 | 2.00 | 2.00 | $5.02 | $2.06 | $1.91 |
| 23422357 | 68756961 | | http://www.redbubble.com/people/meganrankin/works/23422357 | 2016-10-07 13:28:01-07 | Brandy Melville logo | | | 2018-05-15 | Takedown Notice Moderation | Brandy Melville | Brandy Melville | 2.00 | 2.00 | 2.00 | $4.04 | $0.68 | $2.15 |
| **TOTAL** | | | | | | | | | | | | 4,665.00 | 3,437.00 | 3,561.00 | $7,830.17 | $1,993.42 | $3,385.95 |

| work_id | user id of seller | image | work link | work creation date (pst) | work title | tag_list | description | removal date (pst) | removal event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | seller margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43822059 | 133616189 | | http://www.redbubble.com/people/haileyypinter/works/43822059 | 2020-01-10 06:04:12-08 | Brandy Melville Logo Sticker | logos,brandy,brandy melville,trendy,stickers | | 2020-01-10 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42350402 | 129382480 | | http://www.redbubble.com/people/Rylstardesigns/works/42350402 | 2019-11-08 19:53:28-08 | Brandy Melville | brandy melville,brandy | | 2019-11-11 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42303493 | 75544243 | | http://www.redbubble.com/people/markashxx/works/42303493 | 2019-11-06 23:00:15-08 | Brandy Melville Logo Sticker | brandy melville,brandy,melville,emma chamberlain,dote,tiktok,chill since,italy,john galt,antonio garza,usa,malibu,new york,los angeles,cute,brandyusa,aspen,hawaii,vsco,jgaltusa,pacsun,sticker,brandy melville sticker | | 2019-11-07 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42004257 | 128565793 | | http://www.redbubble.com/people/naimakaldi/works/42004257 | 2019-10-25 16:58:08-07 | brandy melville | brandy,brandy melville,swiss,switzerland,united states,new york,bmny | | 2019-10-28 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 34309327 | 61022522 | | http://www.redbubble.com/people/lel1dancer/works/34309327 | 2018-10-04 07:20:28-07 | brandy melville logo sticker | | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | | | | | | |
| **TOTAL** | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |

| work_id | user id of seller | image | work link | work creation date (pst) | work title | tag_list | description | removal date (pst) | removal event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | seller margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42545465 | 129812620 | | http://www.redbubble.com/people/genevi3ve/works/42545465 | 2019-11-16 18:46:47-08 | Los Angeles | brandy melville los angeles graphic john galt | | 2019-11-18 | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 32473630 | 69054377 | | http://www.redbubble.com/people/pasifa/works/32473630 | 2018-06-29 17:48:57-07 | los angeles 1984 sticker pack | | | 2019-07-01 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 76.00 | 64.00 | 64.00 | $195.46 | $97.67 | $60.56 |
| 38633608 | 85103556 | | http://www.redbubble.com/people/Simplykatie/works/38633608 | 2019-04-28 17:09:22-07 | los angeles lightning bolt yellow - brandy melvile | ron jon,surf,surfing,surfer,beach,ocean,hydroflask,laptop,hydro flask,mirror,california,chill,tea,trendy,girly,trend,text message,sticker,sticker pack,birks,crocs,sand,summer,lax,lacrosse,swim,soccer,gym,gymnastics,dance, | | 2019-05-29 | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | | | | | | |