KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 *zdavidson@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REBUBBLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion, Statement of Uncontroverted Facts and Conclusions of Law, supporting Declarations, and [Proposed] Judgment]*<br><br>Hearing Date: June 1, 2020<br>Time:             9:00 a.m.<br>Courtroom:    850 |

1

I, Joshua M. Masur, declare:

1. I am an attorney with the law firm of Zuber Lawler & Del Duca LLP, counsel of record for defendant Redbubble Inc. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Attached to this Declaration as Exhibit A is a true and correct copy of Y.Y.G.M. SA d.b.a. Brandy Melville's ("Brandy Melville") Responses and Objections to Defendant Redbubble, Inc.'s First Set of Interrogatories to Plaintiff.

3. Attached to this Declaration as Exhibit B is a true and correct copy of U.S. Trademark Registration No. 5,238,856, which Brandy Melville produced during discovery bearing Bates Nos. BRANDY_0002175-76. During the course of this case, Plaintiff has not produced any document that shows the design depicted in this registration used on a Brandy Melville-produced sticker.

4. Attached to this Declaration as Exhibit C is a true and correct copy of U.S. Trademark Registration No. 5,373,397, which Brandy Melville produced during discovery bearing Bates Nos. BRANDY_0002185-87.

5. Attached to this Declaration as Exhibit D is a true and correct copy of U.S. Trademark Registration No. 5,748,883, which Brandy Melville produced during discovery bearing Bates Nos.

6. Attached to this Declaration as Exhibit E is a true and correct copy of Plaintiff Brandy Melville's Initial Disclosures, which were served on October 11, 2019. Brandy Melville never supplemented these Disclosures.

7. Attached to this Declaration as Exhibit F is a true and correct copy of the pages 1-5, 34-35, 98-102, 109-10, 118-20, and 125-27, and 164 from the February 28, 2020 deposition of Madison Elkins. Plaintiff has purported to designate page 100, line 25 through page 102, line 7 and page 109, line 22 through page 110, line 8, as confidential; a true and correct copy of the email correspondence documenting the parties' meet and confers on this issue is attached as Exhibits G, H, and I.

1    I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct to the best of my knowledge and
3 information.
4    Executed this 4th day of May, 2020 at Redwood City, California.

                                          */s Joshua M. Masur*
                                          Joshua M. Masur