# EXHIBIT C

to Declaration of Joshua M. Masur

in support of Redbubble Inc.'s Motion for

Summary Judgment

# United States of America
## United States Patent and Trademark Office


BRANDY MELVILLE

**Reg. No. 5,373,397**
**Registered Jan. 09, 2018**
**Int. Cl.: 16, 18, 25**
**Trademark**
**Principal Register**

Y.Y.G.M. SA (SWITZERLAND société anonyme (sa))
Via Motta 44
Lugano, SWITZERLAND 6900

CLASS 16: Stickers; Calendars; Rub down transfers; Labels of paper or cardboard; Pictures; Printed matter, namely, books, pamphlets, and magazines in the field of fashion; Pamphlets in the field of fashion; Printed publications, namely, books, pamphlets, and magazines in the field of fashion; Graphic representations; Printed packaging materials of paper; Photographs; Adhesives for stationery or household purposes; Office requisites, namely, staplers, rubber bands, paper trimmers; Plastic materials, namely, plastic film, bags, bubble packs for packaging; Writing stationery; Photocopy paper; Photographic albums; Photograph stands; Adhesive corners for photographs; Paper sheets for note taking; Stationery; Thumbtacks; Paper emblems; Labels of paper; Note paper; Wrapping paper; Envelope paper; Paper bags; desk, scribble, and ink pads; Paper ribbons; Paper stationery; Signboards of paper or cardboard; Self-adhesive tapes for stationery use; Double sided self-adhesive tapes for stationery use; Pastes and other adhesives for stationery or household purposes; Printing type; Notepads; Posters made of paper; Writing or drawing books; Rubber stamps; Informational flyers in the field of fashion; Coin, food wrappers; Placards of paper or cardboard; Envelopes; Visiting cards; Printed tickets; Organisers for stationery use; Paper; Paperboard; Cardboard boxes; Bags of paper or plastics, for packaging

CLASS 18: Casual weekend, tote, shoulder bags; Beach bags; Sport bags; Reusable shopping bags; Backpacks; Vanity cases, not fitted; Chain mesh purses; Purses; Travelling sets being travel bags of various sizes; Handbags; Parasols; Wallets; Keycases; Valises

CLASS 25: Visors being headwear; Combinations; Tee-shirts; Boots; Lace boots; Sashes for wear; Training shoes; Beach shoes; Gymnastic shoes; Shoes; Neck scarfs; Bath sandals; Trousers; Sweaters; Maillots; Hosiery; Leggings; Gloves; Skirts; Stuff jackets; Jackets; Scarves; Headbands; Headwear, namely, hats, caps; Belts; Hoods; Coats; Hats; Sports singlets; Bodices; Short-sleeve shirts; Shirts; Breeches; Stockings; Footwear; Berets; Gowns; Clothing for gymnastics, namely, gymnastic shoes, maillots, unitard; Leather clothing, namely, jackets, boots, gloves; Clothing of imitations of leather, namely, jackets, boots, gloves; Rainproof clothing, namely, jackets, pants; Clothing, namely, jackets, pants, socks; Bermuda shorts; Braces as suspenders for clothing; Teddies being underclothing; Socks; Tights; Swimming costumes; Sweat shirts; Garters; Leg warmers; Liveries; Boxer shorts; Mules; Parkas; Ponchos; Brassieres; Sandals; Shawls; Topcoats; Pyjamas; Underwear; Bathrobes; Bandanas; Beach clothing wraps; Flip-flops; Leather belts; Belts made from imitation leather

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 016492902, FILED 03-22-2017, REG. NO. 016492902, DATED 07-05-2017, EXPIRES 03-22-2027



The mark consists of "BRANDY MELVILLE" with a pair of crisscrossed flags between the "Y" and "M".

OWNER OF U.S. REG. NO. 4093051

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

Joseph Matol
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

SER. NO. 87-389,007, FILED 03-28-2017

Page: 2 of 3 / RN # 5373397

BRANDY_0002186

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.**

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

BRANDY_0002187