# EXHIBIT I

to Declaration of Joshua M. Masur in

support of Redbubble Inc.'s Motion

for Summary Judgment

## Joshua Masur

| | |
|---|---|
| **From:** | Joshua Masur |
| **Sent:** | Sunday, May 3, 2020 12:12 PM |
| **To:** | Jason Kelly |
| **Cc:** | Keith Wesley; ken@coastsidelegal.com; Debora Sanfelippo; Zachary S. Davidson |
| **Subject:** | RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc. |

Without seeing those documents and proposed redactions, we cannot evaluate their similarity or confirm whether they may be filed as you propose, so if you have any doubts about a specific document, please raise it immediately.

To the extent that you are seeking to file under seal documents that are not subject to "similar" redactions, you have not yet met and conferred as required by L.R. 79-5.2.2(b).

As for the Elkins testimony, leaving aside our documented disagreement, L.R. 79-5.2.2(b) required us to "confer with [you] in an attempt to eliminate or minimize the need for filing under seal by means of redaction." The rule does not contemplate meet and confer to increase the need for filing under seal.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Sunday, May 3, 2020 11:49 AM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Thank you, Josh. In connection with its FRCP 56 motion, Plaintiff will publicly file documents—produced and designated confidential by Redbubble—evidencing communications with customers after applying similar redactions to customer information. Other documents and testimony that Redbubble designated confidential will be filed under seal.

Regarding the portion of the Elkins testimony, Plaintiff will not agree to de-designate its confidentiality and will serve an amended confidentiality notice.

Thank you for your attention.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Saturday, May 2, 2020 1:41 PM

1

**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Thanks, Jason.

Redbubble does not oppose filing those redacted documents in the public record.

Redbubble is considering using a small section – page 109 line 22, through page 110 line 8 – of the Elkins deposition transcript, which plaintiff has purported to designate as confidential.  Leaving aside our established dispute about the confidentiality designations, about which we are at an impasse, we don't understand what about these 12 lines of testimony might be confidential, particularly since plaintiff has not purported to designate follow-up testimony on this issue, e.g., at page 127, lines 1 through11.

Please let us know by noon tomorrow whether plaintiff will permit us to file Elkins Tr. 109:22-110:8 in the public record.  Otherwise, we will file that testimony under seal, albeit under protest.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, May 1, 2020 4:56 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Josh,

Attached are two examples of proposed redactions of documents Redbubble designated confidential.  Before filing publicly, we would redact only the customer's name (except for the first letter), email address before the "@" symbol, and street address.  We would apply similar redactions to Redbubble's other documents that were designated confidential before filing them publicly.

Please let us know by tomorrow afternoon whether this agreeable; otherwise, we will file any such documents under seal without redaction.

Thank you for your attention.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, May 1, 2020 4:21 PM

**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Jason –

To confirm our earlier call, I understood that you'll be sending over samples of your proposed redactions.  Please let me know if I misunderstood.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, May 1, 2020 2:00 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Josh,

I think we should still meet and confer as planned.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, May 1, 2020 1:57 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Thanks, Jason.  We will discuss, but we won't have an answer in three minutes.  Is there anything else we need to talk about, or should we simply get back to you as soon as practicable?

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, May 1, 2020 1:42 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Josh,

In connection with its FRCP 56 motion, Plaintiff, at this time, intends to use information that Redbubble designated confidential.  This information will likely include, *inter alia*, evidence similar to last week's deposition exhibits 120 and 122.

**Jason Kelly**
**BROWNE GEORGE ROSS** LLP
Los Angeles • New York • San Francisco
Main 310.274.7100 | jkelly@bgrfirm.com

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, May 1, 2020 11:04 AM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Hi, Jason.

In preparation for our meet and confer this afternoon, please note that, at this time, Redbubble does not plan to include any information that plaintiff has designated as confidential in connection with its motion for summary judgment.

As we discussed at our last meet and confer, it would help make the meet and confer more productive if you would raise any Redbubble confidential information that you plan to use in advance.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Wednesday, April 22, 2020 4:58 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Hi, Jason. We also intend to file a motion pursuant to at least Rule 56, and intend to meet and confer on that as well.  I will be in a full-day hearing on Friday, and likely unavailable.  I could talk at 11:30 or after 2pm on Monday.


– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Wednesday, April 22, 2020 4:50 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble, Inc.

Josh,

Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville contemplates filing a motion pursuant to Federal Rule of Civil Procedure 56.  I write to schedule the Local Rule 7-3 conference of counsel to discuss the substance of the contemplated motion and any potential resolution.  Please let me know when you are available on Friday April 24 (between 12 p.m. and 2 p.m., and after 4 p.m.) or in the morning on Monday, April 27.


Thank you for your attention.

**Jason Kelly**
**BROWNE GEORGE ROSS** LLP
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com


_____


This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____


_____


This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are

hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____