# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion, Statement of Uncontroverted Facts and Conclusions of Law, and Supporting Declarations ]*<br><br>Hearing Date: June 1, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850 |

On June 1, 2020, defendant Redbubble Inc.'s ("Redbubble") Motion for Summary Judgment or, in the alternative, Summary Adjudication of Issues was heard in this Court before the Honorable R. Gary Klausner. After considering the materials and oral argument presented to the Court, and good cause appearing:

IT IS HEREBY ORDERED that Redbubble's motion is granted, the Court finding there is no genuine issue of any material fact and that Redbubble is entitled to judgment on Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's ("Brandy Melville") Complaint and each claim for relief therein, as well as on its prayer for damages, as

a matter of law. Judgment is hereby entered in Redbubble's favor on Brandy Melville's Complaint.

Dated: _____, 2020.

_____
UNITED STATES DISTRICT COURT
R. GARY KLAUSNER