1 | BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
2 |   kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
3 |   rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
4 |   jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
5 | Los Angeles, California 90067
Telephone: (310) 274-7100
6 | Facsimile: (310) 275-5697

7 | Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner |
| 12 | |
| 13 Plaintiff, | **PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION** |
| 14 vs. | |
| 15 REDBUBBLE, INC., a Delaware corporation, | |
| 16 Defendant. | Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |

17

18

19

20

21

22

23

24

25

26

27

28

1554993.2

-1-

1           Pursuant to Local Civil Rule 79-5.2.2 and the Stipulated Protective Order in

2 this action (Dkt. No. 22), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff"

3 or "Brandy Melville") files this Application for Leave to File Under Seal (the

4 "Application") Portions of Its Opposition to Defendant Redbubble, Inc.'s Motion for

5 Summary Judgment (Dkt. No. 40; the "Motion").

6           This Application is made because Plaintiff seeks to use evidence designated as

7 "Confidential" by Defendant Redbubble, Inc. ("Redbubble") pursuant to this matter's

8 Stipulated Protective Order in (1) Plaintiff's Opposition to the Motion (the

9 "Opposition"), (2) Plaintiff's Statement of Genuine Disputes of Material Fact in

10 Opposition to the Motion (the "Statement of Genuine Disputes"), and (3) Plaintiff's

11 Objections to Evidence Filed in Support of the Motion (the "Objections").

12 (Declaration of Jason Y. Kelly ("Kelly Dec. ISO Seal"), filed concurrently, ¶ 3.) This

13 Application is further made because Plaintiff seeks to use evidence in the Opposition,

14 Statement of Genuine Disputes, and Objections that includes its own commercially

15 sensitive information. (Kelly Dec. ISO Seal ¶ 4.) All of the "Confidential" evidence

16 Plaintiff seeks to use in opposition to the Motion has already been filed in this Court

17 under conditional seal (*see* Dkt. No. 34). (Kelly Dec. ISO Seal ¶¶ 3, 4.)

18           Submitted concurrently herewith is the Kelly Dec. ISO Seal, which establishes

19 that Redbubble designated the Redbubble-Designated Materials "Confidential" under

20 the Stipulated Protective Order, and further establishes good cause for filing

21 Plaintiff's Confidential Materials under seal. (Kelly Dec. ISO Seal ¶¶ 3-5.)

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1554993.2

Case No. 2:19-cv-04618-RGK (JPRx)

PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF
ITS OPPOSITION

1    Redbubble has not expressed that it intend to oppose this Application.  (Kelly

2  Dec. ISO Seal ¶ 6.)   Pursuant to Local Rule 79-5.2.2(b), Redbubble must file a

3  declaration establishing that all or part of the designated material is sealable within

4  four days.

5

6  DATED:  May 11, 2020                 BROWNE GEORGE ROSS LLP
                                                                      Keith J. Wesley
7                                                                     Ryan Q. Keech
                                                                      Jason Y. Kelly
8

9                                                     By:        */s/ Keith J. Wesley*
10                                                                     Keith J. Wesley
                                                     Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
11                                                   Brandy Melville

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF
ITS OPPOSITION