1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11  Y.Y.G.M. SA d.b.a. BRANDY
    MELVILLE, a Swiss corporation,
12
            Plaintiff,
13
        vs.
14
    REDBUBBLE, INC., a Delaware
15  corporation,

16          Defendant.

|  | Case No. 2:19-cv-04618-RGK (JPRx) |
|---|---|

Judge:   Hon. R. Gary Klausner

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION**

Pre-Trial Conference:   June 15, 2020
Trial Date:             June 30. 2020

17
18
19
20
21
22
23
24
25
26
27
28

Having considered Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's ("Plaintiff" or "Brandy Melville") Application for Leave to File Under Seal (the "Application") Portions of Its Opposition to Defendant Redbubble, Inc.'s ("Defendant") Motion for Summary Judgment (Dkt. No. 40; the "Motion"), **IT IS HEREBY ORDERED**:

1.      Plaintiff's Application is **GRANTED**; and

2.      Plaintiff is given leave to file under seal the following portions of documents in support of Its Opposition to Defendant's Motion for Summary Judgment:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Plaintiff's Opposition to the Motion | Those portions of the Opposition that quote and/or paraphrase the sealed portions of the Kelly Declaration (Dkt. No. 40) or exhibits attached thereto. |
| Plaintiff's Statement of Genuine Disputes of Material Fact in Opposition to the Motion | Those portions of the Statement of Genuine Disputes of Material Fact in Opposition to the Motion that quote and/or paraphrase the sealed portions of the Kelly Declaration (Dkt. No. 40) or exhibits attached thereto. |
| Plaintiff's Objections to Evidence Filed in Support of the Motion | Those portions of the Objections to Evidence Filed in Support of the Motion that quote and/or paraphrase the sealed portions of the Kelly Declaration (Dkt. No. 40) or exhibits attached thereto. |

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge