1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2    kwesley@bgrfirm.com
   Ryan Q. Keech (State Bar No. 280306)
3    rkeech@bgrfirm.com
   Jason Y. Kelly (State Bar No. 274144)
4    jkelly@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
5  Los Angeles, California 90067
   Telephone: (310) 274-7100
6  Facsimile: (310) 275-5697

7  Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
   Brandy Melville

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 Y.Y.G.M. SA d.b.a. BRANDY          Case No. 2:19-cv-04618-RGK (JPRx)
   MELVILLE, a Swiss corporation,     Judge:  Hon. R. Gary Klausner
12
          Plaintiff,                  **PLAINTIFF Y.Y.G.M. SA D.B.A.
13                                     BRANDY MELVILLE'S REQUEST
       vs.                            FOR JUDICIAL NOTICE IN
14                                     OPPOSITION TO DEFENDANT
   REDBUBBLE, INC., a Delaware        REDBUBBLE, INC.'S MOTION
15 corporation,                       FOR SUMMARY JUDGMENT**
16        Defendant.                  Date:    June 1, 2020
                                      Time:    9:00 a.m.
17                                    Crtrm.:  850
18
19                                    Pre-Trial Conference:  June 15, 2020
                                      Trial Date:            June 30. 2020
20
21
22
23
24
25
26
27
28
   1551663.1
                              -1-          Case No. 2:19-cv-04618-RGK (JPRx)
   PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE IN
   OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT

## <u>REQUEST FOR JUDICIAL NOTICE</u>

Pursuant to Federal Rule of Evidence 201, as well as the authorities cited herein, and in opposition to Defendant Redbubble, Inc.'s Motion for Summary Judgment, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") hereby requests that this Court take judicial notice of the following items:

- The oral arguments made by counsel, on March 12, 2020, in *The Ohio State University v. Redbubble, Inc.*, Case No. 19-3388 (6th Cir.), before the Sixth Circuit Court of Appeals.  A true and correct copy of the Sixth Circuit's audio recording from this oral argument is attached as **Exhibit 1** and is also available on the court's website at: https://www.opn.ca6.uscourts.gov/internet/court_audio/aud2.php?link=recent/03-12-2020%20-%20Thursday/19-3388%20The%20Ohio%20State%20University%20v%20Redbubble%20Inc.mp3&name=19-3388%20The%20Ohio%20State%20University%20v%20Redbubble%20Inc.

- The Australian Federal Court decision in *Hells Angels Motorcycle Corp. (Aust.) Pty Ltd. v Redbubble Ltd.* [2019] FCA 355.  A true and correct copy of this decision, obtained from the Australian Federal Court's website, is attached hereto as **Exhibit 2**.

- The amicus brief filed by the International Trademark Association in *The Ohio State University v. Redbubble, Inc.*, Case No. 19-3388 (6th Cir.), on September 5, 2019.  A true and correct copy of the International Trademark Association's amicus brief is attached as **Exhibit 3**.

## I.   <u>LEGAL STANDARD</u>

Judicial notice is appropriate for facts "not subject to reasonable dispute" because they are either: "(1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose

accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  A court must take judicial notice upon request if the court is supplied with the necessary information. Fed. R. Evid. 201(c)(2).

## II.   JUDICIAL NOTICE OF THE ORAL ARGUMENT BEFORE THE SIXTH CIRCUIT IN *THE OHIO STATE UNIVERSITY V. REDBUBBLE, INC.* IS WARRANTED.

Federal courts may take judicial notice of oral arguments made at hearings. *See, e.g., Engine Mfrs. Ass'n v. S. Coast Air Quality Mgmt. Dist.*, 498 F.3d 1031, 1039 n.2 (9th Cir. 2007) (taking judicial notice of oral argument before the Supreme Court); *see also, e.g., Reyn's Pasta Bella, LLC vs. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("[The Court] may take judicial notice of court filings and other matters of public record.").

Here, the audio recording of the oral argument before the Sixth Circuit in *The Ohio State University v. Redbubble, Inc.*, Case No. 19-3388 (6th Cir.), is maintained by the Sixth Circuit and is publicly available on the Sixth Circuit's website at: https://www.opn.ca6.uscourts.gov/internet/court_audio/aud2.php?link=recent/03-12-2020%20-%20Thursday/19-3388%20The%20Ohio%20State%20University%20v%20Redbubble%20Inc.mp3&name=19-3388%20The%20Ohio%20State%20University%20v%20Redbubble%20Inc.    This Court may, therefore, take judicial notice of the statements made by Redbubble's counsel in oral argument (**Exhibit 1**).

## III.   JUDICIAL NOTICE OF FOREIGN COURT DECISIONS IS WARRANTED.

Federal courts customarily take judicial notice of decisions made in foreign courts.  *See, e.g., Cerner Middle E. Ltd. v. iCapital, LLC*, 939 F.3d 1016, 1023 n.8 (9th Cir. 2019) (taking judicial notice of French trial court decision); *Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-cv-00220, 2018 WL 5848999, at *6 (N.D. Cal.

1   Nov. 6, 2018) (taking judicial notice of decision from United Kingdom High Court of

2   Justice); *Tahaya Misr Inv., Inc. v. Helwan Cement S.A.E.*, No. 16-cv-01001, 2016 WL

3   4072332, at *1 n.3 (C.D. Cal. July 27, 2016) (taking judicial notice of Egyptian court

4   orders).  Here, the Australian Federal Court's decision in *Hells Angels Motorcycle*

5   *Corp. (Aust.) Pty Ltd. v Redbubble Ltd.* [2019] FCA 355, is a decision made in a

6   foreign court.  Thus, judicial notice of the decision (**Exhibit 2**) is appropriate.

7   **IV.    JUDICIAL NOTICE OF THE AMICUS BRIEF IS WARRANTED.**

8        Federal courts may take judicial notice of amicus briefs filed in other matters

9   that relate to the matters at issue in the litigation.  *E.g.*, *In re Yahoo Mail Litig.*, 7 F.

10   Supp. 3d 1016, 1025 (N.D. Cal. 2014) ("Courts have taken judicial notice of amicus

11   briefs that relate to the matters at issue."); *Gustavson v. Wrigley Sales Co.*, 961 F.

12   Supp. 2d 1100, 1094 n.1 (N.D. Cal. 2013) (taking judicial notice of amicus brief filed

13   in the Supreme Court because "[t]he Court may take judicial notice of . . . proceedings

14   in other courts."); *see also Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007)

15   ("[W]e may take notice of proceedings in other courts, both within and without the

16   federal judicial system, if those proceedings have a direct relation to matters at issue.")

17   (internal quotations omitted; collecting cases).

18        Here, the International Trademark Association's amicus brief was filed in

19   another federal court and it relates to the matters in dispute in this case.  Indeed,

20   Defendant Redbubble has cited and relied upon the decision of the district court in

21   *Ohio State* in its motion for summary judgment.  Accordingly, this Court may take

22   judicial notice of the amicus brief (**Exhibit 3**), as well as the statements made by the

23   International Trademark Association therein.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1   **V.      <u>CONCLUSION</u>**

2          For the foregoing reasons, Plaintiff respectfully requests that this Court take

3   judicial notice of the above-referenced evidence (Exhibits 1 through 3).

4

5   DATED:  May 11, 2020                    BROWNE GEORGE ROSS LLP

6                                              Keith J. Wesley
                                               Ryan Q. Keech
7                                              Jason Y. Kelly

8                                      By:      */s/ Keith J. Wesley*
                                       _____
9                                              Keith J. Wesley
                                       Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
10                                     Brandy Melville

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28