1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            CENTRAL DISTRICT OF CALIFORNIA

10

11   Y.Y.G.M. SA d.b.a. BRANDY              Case No. 2:19-cv-04618-RGK (JPRx)
     MELVILLE, a Swiss corporation,         Judge:   Hon. R. Gary Klausner
12
              Plaintiff,
13                                           **[PROPOSED] ORDER GRANTING**
         vs.                                 **PLAINTIFF Y.Y.G.M. SA D.B.A.**
14                                           **BRANDY MELVILLE'S REQUEST**
                                             **FOR JUDICIAL NOTICE IN**
     REDBUBBLE, INC., a Delaware             **OPPOSITION TO DEFENDANT**
15   corporation,                            **REDBUBBLE, INC.'S MOTION**
                                             **FOR SUMMARY JUDGMENT**
16            Defendant.
                                             Date:    June 1, 2020
17                                           Time:    9:00 a.m.
                                             Crtrm.:  850
18

19
                                             Pre-Trial Conference:   June 15, 2020
20                                           Trial Date:             June 30. 2020

21

22

23

24

25

26

27

28

                                             -1-              Case No. 2:19-cv-04618-RGK (JPRx)

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE**

Having considered Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Request for Judicial Notice in Opposition to Defendant Redbubble, Inc.'s Motion for Summary Judgment (the "Request") and, good cause having been shown, **IT IS HEREBY ORDERED**:

1.    The Request is **GRANTED**.

2.    The Court takes judicial notice of the following:

a.    The oral arguments made by counsel, on March 12, 2020, before the Sixth Circuit Court of Appeals in *The Ohio State University v. Redbubble, Inc.*, Case No. 19-3388 (6th Cir.) (Exhibit 1 of the Request);

b.    The Australian Federal Court's decision in *Hells Angels Motorcycle Corp. (Aust.) Pty Ltd. v Redbubble Ltd.* [2019] FCA 355 (Exhibit 2 of the Request);

c.    The amicus brief filed by the International Trademark Association in *The Ohio State University v. Redbubble, Inc.*, Case No. 19-3388 (6th Cir.), on September 5, 2019 (Exhibit 3 of the Request).

**IT IS SO ORDERED.**

Dated:  June          , 2020

_____
Honorable R. Gary Klausner
United States District Court Judge

1551669.1

-2-

Case No. 2:19-cv-04618-RGK (JPRx)

[PROPOSED] ORDER GRANTING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REQUEST FOR JUDICIAL NOTICE IN OPP. TO DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT