BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**DECLARATION OF PHILLIP PALEY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 1, 2020<br>Time:   9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:   June 30. 2020 |

I, Phillip Paley, declare as follows:

1. I am a paralegal with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. On April 22, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california Case & Skin for Samsung Galaxy." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached to my declaration, filed May 4, 2020, as Exhibit 57 (Dkt. No. 36-63).

3. On April 22, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california iPhone Case and Cover." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached to my declaration, filed May 4, 2020, as Exhibit 58 (Dkt. No. 36-64).

4. On April 22, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california Sticker." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached to my declaration, filed May 4, 2020, as Exhibit 59 (Dkt. No. 36-65).

5. On April 23, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california Sticker." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached to my declaration, filed May 4, 2020, as Exhibit 60 (Dkt. No. 36-66).

6. On April 23, 2020, I accessed a product listing on the Redbubble website entitled "los angeles california Sticker." I captured a screenshot of the product listing. A true and correct copy of that screenshot is attached to my declaration, filed May 4, 2020, as Exhibit 61 (Dkt. No. 36-67).

7. On April 22, 2020, I purchased nine products from the Redbubble website: seven stickers and two phone cases. I captured a screenshot of the order summary. The order summary, on Redbubble's website, states: "We're on it!" and

1. "Here's what happens next." The order summary also states that my order was successful on April 22 and the estimated date of delivery was April 28 to May 4. A true and correct copy of that screenshot is attached to my declaration, filed May 4, 2020, as Exhibit 62 (Dkt. No. 36-68).

8. On April 29, 2020, some of the products I purchased from the Redbubble website on April 22, 2020 were received via U.S. Mail by our office services personnel. The products were sent in 3 different envelopes. Photos of these envelopes, as well as photos and scans of the items therein that I purchased, were taken upon receipt. A true and correct copy of that screenshot is attached to my declaration, filed May 4, 20201, as Exhibit 63 (Dkt. No. 36-69).

9. On May 4, 2020, the remaining products (2 phone cases) I purchased from the Redbubble website on April 22, 2020 were received via USPS by our office services personnel. The package included the 2 phone cases and 2 Redbubble-themed items. Photos of the phone cases and Redbubble-themed items were taken upon receipt. A true and correct copy of those photos are attached hereto as **Exhibit 4**.

Executed this 11th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Phillip Paley