BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**DECLARATION OF FRANCISCO CUELLAR IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     June 1, 2020<br>Time:    9:00 a.m.<br>Crtrm.:   850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:                   June 30. 2020 |
|---|---|

I, Francisco Cuellar, declare and state as follows:

1. I am the Office Services Manager for Browne George Ross LLP, counsel of record for Atari Interactive, Inc. in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. On July 19, 2018, I accessed Redbubble's website at redbubble.com and performed several searches for well-known intellectual properties.  I conducted searches for "calvin klein," "maserati," "marvel," "jimmy hendrix," "the wizard of oz," "pink floyd," "fortnite," "tesla," "coca-cola," "pepsi," "star wars," "jurassic park," "chicago cubs," "pokemon," and "yu-gi-oh."  For each search, I captured a screenshot of the first page of search results.  A true and correct copy of those screenshots is attached hereto as **Exhibit 5**.

Executed this 11th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Francisco Cuellar