# EXHIBIT 5

7/19/2018                    FireShot Capture 35 - Calvin Klein_ Gifts & Merchandi_ - https___www.redbubble.com_shop_calvin+klein



Ex. 5
Page 4

7/19/2018                FireShot Capture 35 - Calvin Klein_ Gifts & Merchandi_ - https___www.redbubble.com_shop_calvin+klein



Ex. 5
Page 5



Ex. 5
Page 6

7/19/2018                 FireShot Capture 35 - Calvin Klein_ Gifts & Merchandi_ - https___www.redbubble.com_shop_calvin+klein



Ex. 5
Page 7

7/19/2018          FireShot Capture 37 - Maserati_ Gifts & Merchandise I Red_ - https___www.redbubble.com_shop_maserati



Ex. 5
Page 8

7/19/2018　　　　　FireShot Capture 37 - Maserati_ Gifts & Merchandise I Red_ - https___www.redbubble.com_shop_maserati



Ex. 5
Page 9

7/19/2018                    FireShot Capture 37 - Maserati_ Gifts & Merchandise I Red_ - https___www.redbubble.com_shop_maserati



Ex. 5
Page 10

7/19/2018                         FireShot Capture 37 - Maserati_ Gifts & Merchandise I Red_ - https___www.redbubble.com_shop_maserati



Ex. 5
Page 11

7/19/2018                    FireShot Capture 38 - Marvel_ Gifts & Merchandise I Redbubb_ - https___www.redbubble.com_shop_marvel



Ex. 5
Page 12



Ex. 5
Page 13



Ex. 5
Page 14



Ex. 5
Page 15



Ex. 5
Page 16



Ex. 5
Page 17

Worldwide Shipping
Available as Standard or
Express delivery
Learn more

Secure Payments
100% Secure payment
with 256-bit SSL
Encryption
Learn more

Free Return
Exchange or money back
guarantee for all orders
Learn more

Local Support
24/7 Dedicated support
Submit a request

Ex. 5
Page 18



7/19/2018    FireShot Capture 40 - The Wizard of Oz_ Gifts & M_ - https___www.redbubble.com_shop_the+wizard+of+oz



Ex. 5
Page 20



Ex. 5
Page 21



Ex. 5
Page 22



Ex. 5
Page 23

7/19/2018          FireShot Capture 41 - Pink Floyd_ Gifts & Merchandise I_ - https___www.redbubble.com_shop_pink+floyd



Ex. 5
Page 24

7/19/2018                    FireShot Capture 41 - Pink Floyd_ Gifts & Merchandise I_ - https___www.redbubble.com_shop_pink+floyd



Ex. 5
Page 25

7/19/2018                FireShot Capture 41 - Pink Floyd_ Gifts & Merchandise I_ - https___www.redbubble.com_shop_pink+floyd



Ex. 5
Page 26



Ex. 5
Page 27

7/19/2018                    FireShot Capture 42 - Fortnite_ Gifts & Merchandise I Red_ - https___www.redbubble.com_shop_fortnite



Ex. 5
Page 28





Ex. 5
Page 30





Ex. 5
Page 32

7/19/2018          FireShot Capture 43 - Tesla_ Gifts & Merchandise I Redbubble_ - https___www.redbubble.com_shop_tesla



Ex. 5
Page 33



Ex. 5
Page 34



Ex. 5
Page 35

7/19/2018                FireShot Capture 44 - Coca-cola_ Gifts & Merchandise I R_ - https___www.redbubble.com_shop_coca-cola



Ex. 5
Page 36



Ex. 5
Page 37





Ex. 5
Page 39

7/19/2018          FireShot Capture 45 - Pepsi_ Gifts & Merchandise I Redbubble_ - https___www.redbubble.com_shop_pepsi



Ex. 5
Page 40



7/19/2018                    FireShot Capture 45 - Pepsi_ Gifts & Merchandise I Redbubble_ - https___www.redbubble.com_shop_pepsi



Ex. 5
Page 42



Ex. 5
Page 43

7/19/2018            FireShot Capture 46 - Star Wars_ Gifts & Merchandise I R_ - https___www.redbubble.com_shop_star+wars



Ex. 5
Page 44



Ex. 5
Page 45



Ex. 5
Page 46

7/19/2018                    FireShot Capture 46 - Star Wars_ Gifts & Merchandise I R_ - https___www.redbubble.com_shop_star+wars



Ex. 5
Page 47

7/19/2018          FireShot Capture 47 - Jurassic Park_ Gifts & Merchan_ - https___www.redbubble.com_shop_jurassic+park



Ex. 5
Page 48



Ex. 5
Page 49



7/19/2018          FireShot Capture 47 - Jurassic Park_ Gifts & Merchan_ - https___www.redbubble.com_shop_jurassic+park



Ex. 5
Page 51

7/19/2018          FireShot Capture 48 - Chicago Cubs_ Gifts & Merchandi_ - https___www.redbubble.com_shop_chicago+cubs



Ex. 5
Page 52



Ex. 5
Page 53

7/19/2018                    FireShot Capture 48 - Chicago Cubs_ Gifts & Merchandi_ - https___www.redbubble.com_shop_chicago+cubs



Ex. 5
Page 54



Ex. 5
Page 55

7/19/2018                    FireShot Capture 49 - Pokemon_ Gifts & Merchandise I Redbu_ - https___www.redbubble.com_shop_pokemon



Ex. 5
Page 56

7/19/2018          FireShot Capture 49 - Pokemon_ Gifts & Merchandise I Redbu_ - https___www.redbubble.com_shop_pokemon



Ex. 5
Page 57

7/19/2018                    FireShot Capture 49 - Pokemon_ Gifts & Merchandise I Redbu_ - https___www.redbubble.com_shop_pokemon



Ex. 5
Page 58

7/19/2018          FireShot Capture 49 - Pokemon_ Gifts & Merchandise I Redbu_ - https___www.redbubble.com_shop_pokemon



Ex. 5
Page 59

7/19/2018      FireShot Capture 50 - Yu-gi-oh_ Gifts & Merchandise I Red_ - https___www.redbubble.com_shop_yu-gi-oh



Ex. 5
Page 60

7/19/2018          FireShot Capture 50 - Yu-gi-oh_ Gifts & Merchandise I Red_ - https___www.redbubble.com_shop_yu-gi-oh



Ex. 5
Page 61

7/19/2018          FireShot Capture 50 - Yu-gi-oh_ Gifts & Merchandise I Red_ - https___www.redbubble.com_shop_yu-gi-oh



Ex. 5
Page 62



Ex. 5
Page 63