BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
 kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
 rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
 jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    June 1, 2020<br>Time:   9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:              June 30. 2020 |
|---|---|

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

2. Attached as **Exhibit 6** is a true and correct copy of a Redbubble video, titled "On Demand – The Market Opportunity," that my office obtained and that was, but no longer is, on Redbubble's website.

3. Attached as **Exhibit 7** is a true and correct copy of a Redbubble video, titled "Redbubble Productions – Independent Art on Awesome Stuff," that my office obtained and that was, but no longer is, on Redbubble's website.

4. Attached as **Exhibit 8** is a true and correct copy of a Redbubble video, titled "Quality, Service, Control – The Redbubble Supply Chain," that my office obtained and that was, but no longer is, on Redbubble's website.

5. Attached as **Exhibit 9** is a true and correct copy of a Redbubble advertisement that was played on YouTube on May 6, 2020.

6. Attached as **Exhibit 10** is a true and correct copy of a Redbubble advertisement that was played on YouTube on May 6, 2020.

7. Attached as **Exhibit 11** is a true and correct copy of a Redbubble advertisement that was played on YouTube on May 8, 2020.

8. Attached as **Exhibit 12** is a true and correct copy of an excerpt of the Defendant Redbubble's Rebuttal Expert Report of Michael Masnick.

9. On May 9, 2020, I accessed Redbubble's website at redbubble.com and I browsed for well-known intellectual properties, including "ucla," "university of southern california," "dodgers" stickers, and "amazon" stickers. For each of these terms, I captured a screenshot of the first set of search results. Attached as **Exhibit 13** is a true and correct copy of those screenshots.

10.    Attached as **Exhibit 14** is a true and correct copy of screenshot of the Redbubble webpage for Redbubble user "pasifa," taken on May 9, 2020.

11.    Attached as **Exhibit 15** is a true and correct copy of screenshot of the Redbubble webpage for Redbubble user "YourLenny," taken on May 9, 2020.

12.    Attached as **Exhibit 16** is a true and correct copy of screenshot of the Redbubble webpage for Redbubble user "lilycic," taken on May 9, 2020

Executed this 11th day of May 2020, at Moreno Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        */s/ Jason Y. Kelly*
                                        Jason Y. Kelly

1548473

-3-

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT