# EXHIBIT FILED WITH THE COURT IN NATIVE FORMAT

# EXHIBIT 10