# EXHIBIT 12

KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 *zdavidson@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDBUBBLE INC.,<br><br>　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**REBUTTAL EXPERT REPORT OF MICHAEL MASNICK** |

**I.     Introduction**

1. I have been asked to opine on issues facing websites like Redbubble that moderate content at scale in response to the Expert Witness report of Jamie Goldberg Gerson.

2. I am a journalist, researcher, writer, and consultant who has studied and written about issues related to online content moderation for over a decade. I have regularly written about and speak on these issues, and have written, edited, and published papers related to the topic. I have also conducted numerous interviews with content moderation experts, on the policy, legal and operations teams, from a variety of different internet platforms.

3. I am a frequent speaker on issues related to content moderation and, in particular, the challenges of content moderation with regards to intellectual property. I have spoken before a Copyright Office Roundtable discussion concerning an upcoming report considering changes to Section 512 of the DMCA, exploring how well the laws currently deal with issues around moderation and takedowns (https://www.copyright.gov/policy/section512/publicroundtable/ transcript_05-12-2016.pdf May 12, 2016). I have presented before the EU Parliament on issues related to copyright protection and internet platforms. I have spoken regularly about content moderation and IP issues at conferences including the Content Moderation at Scale Summit, CES (the Consumer Electronics Show), State of the Net, Leadership Music Digital Summit, NARM (National Association of Recording Merchandisers) Summit (now called the Music Business Association), MIDEM (the world's largest music trade show) and many others. Last year, I gave the keynote address at the California Lawyers Association "IP and the Internet" Conference, in which my talk was about the vast challenges for internet platforms being required to proactively moderate copyright-protected content (https://mk0californiala1yag7.kinstacdn.com/wp-content/uploads/2019/05/2019-IP-and-Internet- Conference-Brochure.pdf June 6, 2019).

11. I am being compensated at a rate of $300 per hour for my work in connection with this case.

**II.    Analysis of Expert Report by Jamie Goldberg Gerson**

12. I have reviewed the Expert Report of Jamie Goldberg Gerson regarding Redbubble's content moderation practices.

13. The Gerson Report claims that "there were more intellectual property violations on Redbubble than any other print-on-demand website to which our clients submit reports" and names a large number of other sites which Gerson compared Redbubble too. Ms. Gerson does not provide her data, so I have no way to evaluate the truth of her assertion. But even if her comparison were substantiated, however, the sites to which she compares Redbubble are either in very different businesses or significantly smaller than Redbubble.

14. A few companies are listed that have a larger web presence than Redbubble -- Amazon.com, Facebook.com, Etsy, Shopify, and Walmart.com. However, all are in very different businesses than Redbubble. Redbubble is exclusively in the business of enabling content creators to offer print-on-demand merchandise. Amazon, Walmart and Etsy are all large marketplaces for selling goods (with Etsy focused on home made goods, and Amazon and Walmart selling almost any product).

15. While Amazon does offer a print-on-demand t-shirt offering called "Merch by Amazon," it is not a very large part of Amazon's business. Entrepreneur Magazine called it "one of the best kept secrets out there." (https://www.entrepreneur.com/article/295010 May 31, 2017). On top of that, as one of the top 5 companies by valuation in the world, Amazon presumably has the resources to hire many more content moderators and build out much greater expertise in automated content moderation solutions, which would apply not only to its print-on-demand offerings but to other intellectual property assertions with regards to listings on its website.

students who were asked to attend school remotely were able to get the main application that schools were using for distance learning banned (temporarily) from the Apple app store by flooding it with 1-star reviews (https://www.techdirt.com/articles/20200308/22180044058/content-moderation-scale-is-impossible-naughty-kids-wuhan-edition.shtml March 10, 2020).

Executed this __30__ day of April, 2020.

*Michael Masnick*
Michael Masnick

## PROOF OF SERVICE

**Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.**
**Case No. (2:19-cv-04618-RGM (JPRx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 350 S. Grand Avenue, 32nd Floor, Los Angeles, CA 90071, USA.

On May 1, 2020, I served true copies of the following document(s) described as **REBUTTAL EXPERT REPORT OF MICHAEL MASNICK** on the interested parties in this action as follows:

| | |
|---|---|
| Keith J. Wesley<br>Ryan Q. Keech<br>Jason Y. Kelly<br>BROWN GEORGE ROSS LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067 | Counsel for Plaintiff,<br>Y.YG.M. SA d.b.a. Brandy Melville<br><br>Telephone:  (310) 274-7100<br>Facsimile: (310) 275-5697<br><br>email:   kwesley@bgrfirm.com<br>          jkelly@bgrfirm.com<br>          rkeech@bgrfirm.com<br>          lsingh@bgrfirm.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address dsanfelippo@zuberlawler.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2020, at Los Angeles, California.

_____
Debora L. Sanfelippo