# EXHIBIT 13







