# EXHIBIT 14



Ex. 14
Page 22