BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge: Hon. R. Gary Klausner<br><br>**PROOF OF SERVICE OF PLAINTIFF'S SEALED DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF OPPOSITION**<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |

Case No. 2:19-cv-04618-RGK (JPRx)

PROOF OF SERVICE

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On May 11, 2020, I served by email a true copy of the documents described below on the interested parties in this action as follows:

**(1) UNREDACTED DOCUMENT DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF OPPOSITION;**

**(2) UNREDACTED DOCUMENT PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT;**

**(3) UNREDACTED DOCUMENT PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT; AND**

**(4) UNREDACTED DOCUMENT PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OBJECTIONS TO EVIDENCE FILED IN SUPPORT OF DEFENDANT REDBUBBLE, INC.'S MOTION FOR SUMMARY JUDGMENT.**

| | |
|---|---|
| Joshua M. Masur<br>ZUBER LAWLER<br>2000 Broadway Street, Suite 154<br>Redwood City, CA  94063<br>Tel:   (650)434-8538<br>Fax:   (213)596-5621<br>Email:     imasur@zuberlaw.com | *Counsel for Defendant*<br>*Redbubble, Inc.* |
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>Email:     ken@coastsidelegal.com | *Co-Counsel for Defendant*<br>*Redbubble, Inc.* |

Case No. 2:19-cv-04618-RGK (JPRx)

PROOF OF SERVICE

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: On May 11, 2020, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the above listed documents to be sent from the e-mail address jkelly@bgrfirm.com to the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on May 11, 2020, at Los Angeles, California.

*/s/ Jason Y. Kelly*
Jason Y. Kelly

Case No. 2:19-cv-04618-RGK (JPRx)

PROOF OF SERVICE