KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 *zdavidson@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Declaration of Joshua M. Masur and [Proposed Order]*<br><br>Hearing Date: June 1, 2020<br>Time:         9:00 a.m.<br>Courtroom:    850 |

2911-1006 / 1614724.1

1

Pursuant to Local Rule 79-5.2.2 and the Stipulated Protective Order in this action (Dkt. 22), Defendant Redbubble Inc. ("Redbubble") applies for leave to file portions of certain documents in support of its Opposition to Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's ("Brandy Melville) Motion for Partial Summary Judgment under seal.

Redbubble seeks to use evidence in support of its Opposition designated as "Confidential" by Brandy Melville pursuant to the Stipulated Protective Order (Dkt. 22) as follows:

- Excerpts from the deposition transcript of the February 28, 2020 deposition of Madison Elkins, which was already filed as Docket Entry 38-1; and

- Statements contained in Defendant's Statement of Genuine Disputes of Material Fact in Support of Defendant Redbubble Inc.'s Opposition to Plaintiff's Motion for Partial Summary Judgment incorporates Plaintiff's Separate Statement of Uncontroverted Facts and Conclusions of Law, which Plaintiff sought to be filed under seal. Dkt. No. 34-4.

Dated: May 11, 2020.

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER & DEL DUCA LLP
JOSHUA M. MASUR
ZACHARY S DAVIDSON

By: */s/ Joshua M. Masur*

Attorneys for Defendant
Redbubble Inc.