# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING OR DENYING REDBUBBLE INC.'S APPLICATION TO FILE DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**<br><br>*[Filed concurrently with Application to File Documents Under Seal and Declaration of Joshua M. Masur]*<br><br>Hearing Date:  June 1, 2020<br>Time:                  9:00 a.m.<br>Courtroom:       850 |

After consideration of the Application of Defendant Redbubble Inc. to file under seal portions of certain documents in support of its Opposition to Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Motion for Partial Summary Judgment,

IT IS HEREBY ORDERED THAT:

3064-1002 / 1614998.1

1

1 [IF GRANTED:] The Court GRANTS Redbubble's application over Redbubble's protests. Portions of Exhibit F to the Masur Declaration (DE# 38-1) in support of its motion for summary judgment, identified as pages 100, line 25 through page 102, line 7 and page 109, line 22 through page 110, line 8 of the transcript of the February 28, 2020 deposition of Madison Elkins, as well as the sealed version of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment that quotes such testimony, shall be filed under seal.

[IF DENIED:] The Court DENIES Redbubble's application. Counsel will publicly file the entirety of Exhibit F to the Masur Declaration and Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment that quotes such testimony for consideration by the Court. Any Statements in Plaintiff's Separate Statement of Uncontroverted Facts and Conclusions of Law, which Plaintiff sought to be filed under seal, Dkt. No. 34-4, which this Court has ordered sealed, shall remain sealed here.

Dated: May ____, 2020.

UNITED STATES DISTRICT COURT
R. GARY KLAUSNER