KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
*zdavidson@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Opposition, Statement of Genuine Disputes of Material Fact, and [Proposed] Order]*<br><br>Hearing Date: June 1, 2020<br>Time:         9:00 a.m.<br>Courtroom:  850 |

1

I, Joshua M. Masur, declare:

1. I am an attorney with the law firm of Zuber Lawler & Del Duca LLP, counsel of record for defendant Redbubble Inc. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Attached to this Declaration as Exhibit J is a true and correct copy of a webpage from Amazon.com, titled "Marketplace Tax Collection," downloaded from <https://www.amazon.com/gp/help/customer/display.html?nodeId=202211260>.

3. Attached to this Declaration as Exhibit K is a true and correct copy of the January 4, 2019 Supplemental Declaration of Kenneth B. Wilson in *The Ohio State University v. Redbubble Inc.*, filed as Docket Entry No. 47 in Case No. 2:17-cv-01092-ALM-CMV in the Southern District of Ohio.

4. Attached to this Declaration as Exhibit J is a true and correct copy of an September 4, 2013 article by Rini Sampath from the website of the *Daily Trojan* titled "Brandy Melville Fuels Body Dysmorphia," downloaded from <https://dailytrojan.com/2013/09/04/brandy-melville-fuels-body-dysmorphia/>.

5. Attached to this Declaration as Exhibit M is a true and correct copy of pages 1-5, 31-35, 53-54, and 128 from the February 28, 2020 deposition of Madison Elkins.

6. Attached to this Declaration as Exhibit N is a true and correct copy of pages 1-3 and 94 from the December 11, 2019 deposition of Jenny Renee Greenhough.

7. Attached to this Declaration as Exhibit O is a true and correct copy of pages 1-3 and 218-19 from the April 21, 2020 deposition of James N. Toy as Redbubble's Rule 30(b)(6) designee.

8. Attached to this Declaration as Exhibit P is a true and correct copy of Redbubble's Amended First Trial Exhibit List, served on May 6, 2020.

9. Attached to this Declaration as Exhibit Q is a true and correct copy of the Rebuttal Expert Report of Michael Masnick, served on May 1, 2020.

|     |     |
| --- | --- |
| 1   | I declare under penalty of perjury under the laws of the United States of |
| 2   | America that the foregoing is true and correct to the best of my knowledge and |
| 3   | information. |
| 4   | Executed this 11th day of May, 2020 at Redwood City, California. |
| 5   |     |
| 6   |               */s/ Joshu M. Masur* |
| 7   | Joshua M. Masur |

1
2
3
4
5
6   /s/ Joshu M. Masur
7   Joshua M. Masur
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28