# EXHIBIT J

to Declaration of Joshua M. Masur in Support of Redbubble Inc.'s Opposition to Y.Y.G.M. SA d.b.a. Brandy Melville' Motion for Partial Summary Judgment

Amazon.com Help: Marketplace Tax Collection

# Help & Customer Service

‹ All Help Topics

**Sales Tax & Regulatory Fees**

- Taxes in the City of Chicago
- Battery Recycling Fees
- New Mexico Combined Reporting System (CRS) Number
- California Electronic Waste Fees
- Florida State and Local Communications Services Taxes
- About Tax on Items Sold by Sellers on Amazon.com
- Consumer Use Tax Requirements
- Bottle Deposit Fees
- About Tax
- Sales Tax Holidays
- Tax on Amazon Prime
- State Tire Fees
- Amazon Tax Exemption Program (ATEP)
- Alabama's Simplified Sellers Use Tax
- White Goods Disposal Fees
- Environmental Handling Charges
- Mattress Recycling Fees
- Tax on Digital Products and Services
- Spirits Taxes in Washington
- About Tax on Digital Products and Services sold on Amazon.com
- Amazon Tax Exempt Program (ATEP)
- Sweetened Beverage Tax
- **Marketplace Tax Collection**
- Australian Goods and Services Tax
- Amazon Subsidiaries and Tax
- New Zealand Low Value Goods and Services Tax
- About Goods and Services Tax (GST)

**Quick solutions**



- Your Orders — Track or cancel orders
- Returns & Refunds — Exchange or return items
- Manage Prime — Cancel or view benefits
- Payment Settings — Add or edit payment methods
- Carrier Info — Shipping carrier information
- Account Settings — Change email or password

**Find more solutions**

[Go]

Payment, Pricing & Promotions › Sales Tax & Regulatory Fees ›

## Marketplace Tax Collection

A Marketplace Facilitator is defined as a marketplace that contracts with third party sellers to promote their sale of physical property, digital goods, and services through the marketplace. As a result, Amazon is deemed to be a marketplace facilitator for third-party sales facilitated through www.amazon.com.

Marketplace Facilitator legislation is a set of laws that shifts the sales tax collection and remittance obligations from a third party seller to the marketplace facilitator. As the marketplace facilitator, Amazon will now be responsible to calculate, collect, remit, and refund state sales tax on sales sold by third party sellers for transactions destined to states where Marketplace Facilitator and/or Marketplace collection legislation is enacted. In certain states, local taxes are not included within Marketplace Facilitator Legislation; Amazon is not responsible for those taxes.

**Marketplace Facilitator legislation is currently in effect in the following states:**

| State | Effective Date | Marketplace Facilitator Legislation |
|---|---|---|
| Alabama | 1/1/2019 | https://revenue.alabama.gov/2018/07/03/ador-announces-sales-and-use-tax-guidance-for-online-sellers/ |
| Alaska | 4/1/2020 | For a list of jurisdictions/municipalities that have enacted marketplace collection, visit the following link: https://arsstc.org |
| Arizona | 10/1/2019 | https://azdor.gov/news-events-notices/news/new-tpt-law-remote-sellers-and-marketplace-facilitators-starting-october-1 |
| Arkansas | 7/1/2019 | https://www.dfa.arkansas.gov/excise-tax/sales-and-use-tax/arkansas-remote-seller-frequently-asked-questions-faqs |
| California | 10/1/2019 | https://www.cdtfa.ca.gov/industry/MPFAct.htm |
| Colorado | 10/1/2019 | https://leg.colorado.gov/bills/hb19-1240  Legislation does not include Colorado home rule city sales and use tax on third party sales |
| Connecticut | 12/1/2018 | https://portal.ct.gov/-/media/DRS/Publications/OCG/OCG-8.pdf?la=en |
| District of Columbia | 4/1/2019 | https://otr.cfo.dc.gov/sites/default/files/dc/sites/otr/page_content/attachments/Wayfair%20Response%20Notice%20%281%202%202019%29_0.pdf |

| State | Date | Information |
|---|---|---|
| Georgia | 4/1/2020 | For more information, contact the Georgia Department of Revenue (https://dor.georgia.gov) |
| Hawaii | 1/1/2020 | https://tax.hawaii.gov/https://tax.hawaii.gov/ |
| Idaho | 6/1/2019 | https://tax.idaho.gov/n-feed.cfm?idd=4279 |
| Illinois | 1/1/2020 | For more information, contact the Illinois Department of Revenue. Legislation does not include origin sales and use tax on third party sales. |
| Indiana | 7/1/2019 | For more information, contact the Indiana Department of Revenue(https://www.in.gov/dor/) |
| Iowa | 1/1/2019 | https://tax.iowa.gov/south-dakota-v-wayfair |
| Kentucky | 7/1/2019 | https://revenue.ky.gov/Pages/index.aspxhttps://revenue.ky.gov/Pages/index.aspxhttps://revenue.ky.gov/Pages/index.aspx |
| Maine | 10/1/2019 | https://legislature.maine.gov/legis/bills/getPDF.asp?paper=HP1064&item=1&snum=129 |
| Maryland | 10/1/2019 | For more information, contact the Comptroller of Maryland (https://taxes.marylandtaxes.gov/default.shtml) |
| Massachusetts | 10/1/2019 | https://www.mass.gov/info-details/remote-seller-and-marketplace-facilitator-faqs |
| Michigan | 1/1/2020 | For more information, contact the Michigan Department of Treasury (https://www.michigan.gov/treasury/) |
| Minnesota | 10/1/2018 | https://www.revenue.state.mn.us/sales-tax-update-marketplace-providers |
| Nebraska | 4/1/2019 | For more information, contact the Nebraska Department of Revenue (https://www.revenue.nebraska.gov/index.html) |
| Nevada | 10/1/2019 | For more information, contact the Nevada Department of Taxation (https://tax.nv.gov/) |
| New Jersey | 11/1/2018 | https://www.state.nj.us/treasury/taxation/index.shtml |
| New Mexico | 7/1/2019 | http://realfile.tax.newmexico.gov/FYI-105%20-%20Gross%20Receipts%20&%20Compensating%20Taxes%20-%20An%20Overview.pdfhttp://www.tax.newmexico.gov/http://realfile.tax.newmexico.gov/FYI-105%20-%20Gross%20Receipts%20& |

| | | | |
|---|---|---|---|
| | | | %20Compensating%20Taxes%20-%20An%20Overview.pdf |
| New York | 6/1/2019 | | For more information, contact the New York Department of Taxation and Finance (https://www.tax.ny.gov/default.htm). |
| North Carolina | 2/1/2020 | | For more information, contact the North Carolina Department of Revenue (https://www.ncdor.gov/). |
| North Dakota | 10/1/2019 | | For more information, contact the North Dakota Office of State Tax Commissioner (https://www.nd.gov/tax/) |
| Ohio | 9/1/2019 | | For more information, contact the Ohio Department of Tax Commission (https://www.tax.ohio.gov/). |
| Oklahoma | 7/1/2018 | | For more information, contact the Oklahoma Tax Commission (https://www.ok.gov/tax). |
| Pennsylvania | 4/1/2018 | | https://www.revenue.pa.gov/GeneralTaxInformation/Tax%20Types%20and%20Information/SUT/MarketPlaceSales/Pages/Marketplace-Facilitators.aspxhttps://www.revenue.pa.gov/Pages/default.aspxhttps://www.revenue.pa.gov/GeneralTaxInformation/Tax%20Types%20and%20Information/SUT/MarketPlaceSales/Pages/Marketplace-Facilitators.aspx |
| Rhode Island | 7/1/2019 | | http://www.tax.ri.gov/Advisory/ADV_2019_11.pdf |
| South Carolina | 4/29/2019 | | For more information, contact the South Carolina Department of Revenue (https://dor.sc.gov/). |
| South Dakota | 3/1/2019 | | For more information please contact the South Dakota Department of Revenue. |
| Texas | 10/1/2019 | | For more information, contact the Texas Comptroller of Public Accounts (https://comptroller.texas.gov/) |
| Utah | 10/1/2019 | | For more information, contact the Utah State Tax Commission (https://tax.utah.gov/) |
| Vermont | 6/7/2019 | | For more information, contact the Vermont Department of Taxes (https://tax.vermont.gov/). |
| Virginia | 7/1/2019 | | https://www.tax.virginia.gov/remote-sellers-marketplace-facilitators-economic-nexus |
| Washington | 1/1/2018 | | https://dor.wa.gov/find-taxes-rates/retail-sales-tax/tax-obligation-marketplace-facilitators |

| | | |
|---|---|---|
| West Virginia | 7/1/2019 | https://public.wvtax.gov/Business/SalesAndUseTax/ECommerce/MarketplaceFacilitators/Pages/MarketplaceFacilitators.aspx |
| Wisconsin | 1/1/2020 | For more information, contact the Wisconsin Department of Revenue (https://www.revenue.wi.gov/pages/home.aspx). |
| Wyoming | 7/1/2019 | For more information, contact the Wyoming Department of Revenue (https://revenue.wyo.gov/ |

Was this information helpful?

Submit Submit

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Rapids Fun stories for kids on the go
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-hour Delivery on Everyday Items
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust
Amazon Second Chance Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates

