# EXHIBIT K

to Declaration of Joshua M. Masur in Support of Redbubble Inc.'s Opposition to Y.Y.G.M. SA d.b.a. Brandy Melville' Motion for Partial Summary Judgment

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| THE OHIO STATE UNIVERSITY | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-01092-ALM-CMV |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| REDBUBBLE INC., et al., | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant. | : | |

### SUPPLEMENTAL DECLARATION OF KENNETH B. WILSON IN SUPPORT OF REDBUBBLE INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, Kenneth B. Wilson, declare:

1. I am an attorney with the law firm of Coastside Legal, counsel of record for defendant Redbubble Inc. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. On December 8, 2018, I went to the online Amazon Marketplace at Amazon.com to look for an outdoor smart plug. I decided to purchase the iClever Outdoor Smart Plug that was being offered by Thousandshores Inc. and went to the Product Page to place the order. Unfortunately, I did not save a copy of the Product Page at the time. However, attached to this Declaration as Exhibit A is a true and correct copy of a Product Page for the same product from the same third-party seller that I captured on January 2, 2019, which I believe is substantively identical to the page I accessed on December 8, 2018, other than the fact that Exhibit A contains a header noting that I already purchased this product on December 8, 2018.

3. On December 9, 2018, I went to the online Amazon Marketplace at Amazon.com to look for a replacement remote control for a TV. I decided to purchase the Insignia Roku TV Remote that was being offered by Genuine Parts Center and went to the Product Page to place

the order. Unfortunately, I did not save a copy of the Product Page at the time. However, attached to this Declaration as Exhibit B is a true and correct copy of a Product Page for the same product from the same third-party seller that I captured on January 2, 2019, which I believe is substantively identical to the page I accessed on December 9, 2018, other than the fact that Exhibit B contains a header noting that I already purchased this product on December 9, 2018.

4.      On December 23, 2018, I went to the online Amazon Marketplace at Amazon.com to look for a Larabar variety pack. I decided to purchase the Larabar 16-Flavor Variety (Pack of 16) that was being offered by RMJ Retail and went to the Product Page to place the order. Attached to this Declaration as Exhibit C is a true and correct copy of that Product Page.

5.      Exhibits A through C all identify the third-parties offering the products in the same manner, by placing the phrase "Sold by [Seller's Name]" in small type in the upper right portion of the Product Page. I have made dozens of purchases of products offered for sale by third-parties on the Amazon Marketplace over the past several years, and to the best of my recollection, they have all used the same format.

6.      Attached to this Declaration as Exhibit D is a true and correct copy of a page from the Amazon.com web site entitled "About Fulfilled by Amazon", which is accessed by clicking on the "Fulfilled by Amazon" link on Product Pages for products that use the Fulfilled by Amazon service, including the Product Pages attached to this Declaration as Exhibits A-C.

7.      Shortly after placing the order for the iClever Outdoor Smart Plugs referenced in Paragraph 2 above, I received an Order Confirmation email sent by Amazon.com from an Amazon.com email address. The Order Confirmation email covered two separate orders, but there is no mention on this email that the seller for at least one of those orders was someone other than Amazon, and the name of the third-party seller, Thousandshores Inc., appears

nowhere on the email. Attached to this Declaration as Exhibit E is a true and correct copy of that email.

8.      Shortly after placing the order for the Insignia Roku TV Remote referenced in Paragraph 3 above, I received an Order Confirmation email sent by Amazon.com from an Amazon.com email address. That email contains no indication that the Remote was being sold by someone other than Amazon, and the name of the third-party seller, Genuine Parts Center, appears nowhere on the email. Attached to this Declaration as Exhibit F is a true and correct copy of that email.

9.      On December 9, 2018, I received a Shipment Tracking email sent by Amazon.com from an Amazon.com email address that stated that my Orders for both the iClever Outdoor Smart Plugs and the Insignia Roku TV Remote had shipped and informing me of when I could expect to receive the Orders. There is no mention on this email that the seller for either of these Orders was someone other than Amazon.com, and the names of the third-party sellers, Thousandshores Inc. and Genuine Parts Center, appear nowhere on this email. Attached to this Declaration as Exhibit G is a true and correct copy of that email.

10.     On December 12, 2018, I received a package from Amazon.com containing both the iClever Outdoor Smart Plugs and the Insignia Roku TV Remote. That package was in Amazon's distinctive packaging, with Amazon's trademarked arrow on the back, and it contained a shipping label showing that the package came from Amazon Fulfillment Services and appearing to contain an Amazon return address. Attached to this Declaration as Exhibit H is a series of photographs showing the packaging.

11.     There was no invoice enclosed with the package. Instead, I was able to access the invoices from my account on the Amazon.com site. Attached to this Declaration as Exhibit I is a true and correct copy of the invoices for both the iClever Outdoor Smart Plugs and the Insignia

Roku TV Remote.

      12.     I paid for both of the products by making payment to Amazon directly using an Amazon Store Card. The charges show up on my Amazon Store Card statement as from Amazon.com. My statement contains no mention of third-party sellers Thousandshores Inc. and Genuine Parts Center.

      13.     When an Order is placed through the Amazon Marketplace, the site generates an Order Detail page for that Order. As an example, attached to this Declaration as Exhibit J is a true and correct copy of the Order Detail page for the iClever Outdoor Smart Plugs.

      14.     There is a button on the Order Detail page for the iClever Outdoor Smart Plugs entitled "Get product support". When I clicked on the Get Product Support button, I was directed to another Amazon.com page entitled "How can we resolve it?". Attached to this Declaration as Exhibit K is a true and correct copy of that page, which makes no mention of third-party seller Thousandshores Inc.

      15.     The How Can We Resolve it page has a button enabling a customer to provide technical support via Chat. When I clicked on that button, I was directed to another Amazon.com page entitled "Product Support / Amazon" with the header "Start chatting with an Amazon technician." Attached to this Declaration as Exhibit L is a true and correct copy of that page, which makes no mention of third-party seller Thousandshores Inc.

      16.     The Order Detail page also contains a button entitled "Return or replace items." When I clicked on that button for the iClever Outdoor Smart Plugs, I was directed to an Amazon.com page that asked why I was returning the product, and when I provided a reason and hit a button entitled "Continue," I was directed to another Amazon.com page entitled "How can we make it right," offering the opportunity to "Talk to an expert offered by Amazon," and offering other options to return or replace the product. Those options included "Replace with the

exact same item," "Refund to your Amazon account balance," and Refund to your [Amazon Store Card]." Attached to this Declaration as Exhibit M is a true and correct copy of that page, which makes no mention of third-party seller Thousandshores Inc.

17.     I selected the option of refunding the product, hit the Continue button, and was directed to another Amazon.com page asking me how I wanted to return the product. Attached to this Declaration as Exhibit N is a true and correct copy of that page.

18.     I selected "UPS Dropoff," clicked the button, and was directed to an Amazon.com page entitled "Your Return Summary." Attached to this Declaration as Exhibit O is a true and correct copy of that page, which makes no mention of third-party seller Thousandshores Inc.

19.     The Your Return Summary page contained a button entitled Print Label and Instructions. When I clicked on that button, I was directed to an Amazon.com page entitled "Your Return Instructions" that included both return instructions and a shipping label reflecting that the return would be sent to Amazon Returns. Attached to this Declaration as Exhibit P is a true and correct copy of that page, which makes no mention of third-party seller Thousandshores Inc.

20.     Shortly after clicking the "Return or replace items" button as described in Paragraph 16 above, I received a Return Summary email sent by Amazon.com from an Amazon.com email address. That email contains no indication that the Smart Plugs had been sold by someone other than Amazon, and the name of the third-party seller, Thousandshores Inc., appears nowhere on the email. Attached to this Declaration as Exhibit Q is a true and correct copy of that email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and information.

Executed this 4th day of January, 2019 at Half Moon Bay, California.


*Kenneth B. Wilson*
_____
Kenneth B. Wilson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2019, a copy of the foregoing Supplemental Declaration of Kenneth B. Wilson in Support of Redbubble Inc.'s Cross-Motion for Summary Judgment was filed with the Court using the Clerk of Court's electronic filing system, which will send notice of this filing to all parties that have entered an appearance in this matter.

*/s/ Gerhardt A. Gosnell II*
Gerhardt A. Gosnell II

# Exhibit A







SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK
Prime Video Stream movies & TV shows

amazon prime | Tools & Home Improvement

Deliver to Kenneth Half Moon... 94019 | Buy Again | Browsing History | Coach-... 's Amazon.com | Today's Deals | Gift Cards | Whole Foods | EN | Hello, Coach-Ken Account & Lists | Orders | Prime

Proceed to checkout
This order contains a gift

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad

Make your home smart
Philips Hue Starter Kit

$248.00 prime

Tools & Home Improvement › Electrical › Outlets & Accessories › Outlet Switches

You purchased this item on December 8, 2018.
View this order

# iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights, Timer Outlet, Works with Alexa/Google Assistant, Only Support 2.4GHz Wi-Fi [CNET / Wirecutter's Pick]

by iClever
173 customer reviews | 67 answered questions

Roll over image to zoom in

: $27.99 prime
Coupon Save an extra 5% when you apply this coupon.
Details
off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa

WORKS WITH ALEXA
Control this with your device: Echo +4 more
This item + You have this = "Alexa, turn on the tree lights."
See Less

ımazing Voice Controlled Power Strip]: Controlling your technology has never this simple. You can now use Amazon Alexa and Google Assistant to operate evices around your home! You'll be able to use simple voice commands to ate your appliances' functions
er in the Palm of your Hand]: Thanks to the free app, you can operate your es on your smartphone! Simply plug in a device, connect to your wifi network, download the iClever SmartHome app. It's as easy as one, two, three.Note: It only supports 2.4GHz Wi-Fi network, not support 5.0GHz Wi-Fi.

- [Handy Automatic Timers]: Need to leave your house for a while but don't want people to know you're gone? Want to come home to a place that's nice and cozy after a long day at work? Set your own automatic timers! Your lights and other devices will turn on (or off) automatically at the time you specify
- [Hazard-Proof]: At iClever, we put your safety first. This power strip is equipped with surge protection and timing settings that eliminates potential hazards like power surges and overheating. Both you and your devices will stay safe from harm
- [Inside, Outside, and Everywhere in Between]: Power your next barbecue or backyard party! Because the Power Strip is completely water-resistant, you can use it outside as well as inside. It's a great to use for your sprinklers, sound system, and more

› See more product details

Compare with similar items

New (3) from $27.99 prime

Report incorrect product information.

Share 140+ Shares

$27.99
prime

FREE Delivery by **Friday**
if you order within 11 hrs 17 mins.
Details

In Stock.
Sold by Thousandshores Inc and Fulfilled by Amazon. Gift-wrap available.

Qty: 1

**Add a Protection Plan:**
- SquareTrade 3-Year Home Improvement Extended Protection Plan ($0-49.99) for $1.41
- 3-Year Protection for $1.40

Add to Cart
or 1-Click Checkout
Buy now with 1-Click®

Order within 11hr 18min to get it: Fri, Jan 4
This is a gift

Deliver to Kenneth - Half Moon Bay 94019

Add to List

Add to your Dash Buttons

Saved for later (23)

### There is a newer model of this item:

iClever [15A Smart Plug] 2 Pack IC-BS08 Wi-Fi Mini Smart Switch, Wifi Timer Outlet, Remote Control Christmas Lights, Compatible with Alexa, Google Assistant and IFTTT, Only Support 2.4GHz Wi-Fi
$27.99
(48)
In Stock.

**Other Sellers on Amazon**
$29.99 prime — Add to Cart
Sold by: ZBetonline US
New (3) from $27.99 prime

Have one to sell? Sell on Amazon

**Expecting a delivery?**
Alexa can tell you when a package is at your door. Learn more

## Frequently bought together

Total price: $86.38
Add all three to Cart
Add all three to List

These items are shipped from and sold by different sellers. Show details

- **This item:** iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights… $27.99
- Wemo Mini Smart Plug, WiFi Enabled, Works with Alexa, Google Assistant & Apple HomeKit $28.40
- All-new Echo Dot (3rd Gen) - Smart speaker with Alexa - Charcoal $29.99

## Sponsored products related to this item

**What other items do customers buy after viewing this item?**

Wemo Mini Smart Plug, WiFi Enabled, Works with Alexa, Google Assistant & Apple HomeKit
★★★★☆ 7,205
$28.40 ✓prime

meross MSS620 WiFi Smart Outdoor Plug 2 Grounded, Plugin Heavy Duty Outlet, Remote Control, Timer, Waterproof, Works with Amazon Alexa, Google Assistant and IFTTT, FCC, ETL Certified
★★★★☆ 317
$27.99 ✓prime

iDevices Outdoor Switch - WiFi Outdoor Smart Plug w/ Energy Monitoring, No Hub Required, Works with Alexa
★★★☆☆ 194
$48.97 ✓prime

iHome iSP100 WiFi Outdoor Smart Plug, Water Resistant, Works with Alexa, Google Assistant and Siri
★★★☆☆ 988
$34.99 ✓prime

**Add Alexa for voice control**

This item requires an Alexa device for voice control.

This item  +  Alexa device
8 compatible

Alexa devices compatible with this item:

Fire TV Stick with Alexa ...
$39.99 ✓prime
**Add to Cart**

Echo Dot (2nd Generatio...
$24.99 ✓prime
**Add to Cart**

Fire TV Cube | Hands-Fre...
Currently unavailable

**Special offers and product promotions**
- Save 10% on this item when you purchase 1 or more Qualifying items offered by Thousandshores Inc. Enter code WIFIPLUGS at checkout. Here's how ∨ (restrictions apply)
- Clip this coupon to save 5% on this product when you buy from Amazon.com. Here's how ∨ (restrictions apply)
- Your cost could be $0.00 instead of $27.99! Get a $70 Amazon.com Gift Card instantly upon approval for the Amazon Prime Rewards Visa Card Apply now

**Have a question?**
Find answers in product info, Q&As, reviews

**From the manufacturer**





WORKS WITH
amazon alexa

WORKS WITH
Google Assistant

Smart Life

IFTTT

**Wirecutter's Pick - iClever Outdoor Smart Plug**

This iClever Smart Home Power Strip plugs into a single outlet and provides plug-in ports for multiple devices. It's so much more than just a simple power strip, however— it can also control your devices through voice commands or our app! You can use Amazon Alexa or Google Assistant to operate your TV, heater, air conditioner,lights and more without leaving your couch.

Ideal for outdoor use, such as landscape lighting, porch light, fountains, pumps and other outdoor plug-in appliances.

- Works with Alexa
- Works with Google Assistant
- Works with IFTTT
- App or Voice Control
- Timer/Countdown Function
- IP44 Waterproof



Cart
Subtotal: **$248.00**
Proceed to checkout
This order contains a gift



$248.00
prime

Saved for later (23)

### Control Your Home from Anywhere



Control from Anywhere
✓ Swimming Pool
✓ Irrigation
✓ Porch Light
✓ Fountains



Control Your Home with Voice



Waterproof
IP44

**Control from Anywhere at Anytime**

Simply download the Smart Life app, connect to your wifi network, and control your devices from smartphone.Then you can control your devices from anywhere at anytime,even when you're not at home.

**Control your Devices with Voice Commands**

Wish there was a way to control your devices with just your voice? Voice commands like 'Alexa, turn on the' do the work for you.

**Waterproof and Dustproof for Outdoor Use**

IP44 Waterproof Report No.: A1712004 and Sample Tested Date: Dec. 12, 2017 It's very safe to use regardless of the weather. Ideal for outdoor use .

### Enjoy Your Smart Life



THESE LIGHTS
AT 10:00PM

SET THEM
AT 7:30PM

PLAY THOSE
AT 8:45PM





**Personalize Your Schedule**

It's like having a universal remote in your pocket. You can also set automatic daily timers so that your devices can turn on and off on their own.

**Independent AC Outlets Control**

The outdoor smart plug has 2 independent outlets, you can control each outlet's on/off respectively through voice or Smart Life app.

**Decoration for the Holidays**

No hub required. It's smart home compatible gadget that makes outdoor lighting, whether for the holidays or just for your patio.It can be scheduled using the certain app,only take the swipe of a finger.

### Compare with similar items

 

| | **This item** iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights, Timer Outlet, Works with Alexa/Google Assistant, Only Support 2.4GHz Wi-Fi [CNET / Wirecutter's Pick] | meross MSS620 WiFi Smart Outdoor Plug 2 Grounded, Plugin Heavy Duty Outlet, Remote Control, Timer, Waterproof, Works with Amazon Alexa, Google Assistant and IFTTT, FCC, ETL Certified | Outdoor Smart Plug, Aiclv Wi-Fi Smart Outlet with 3 Individual Grounded Sockets, Compatible with Alexa and Google Home IFTTT, Remote Control Timer, IP44 Weatherproof for Indoor and Outdoor Use | Wifi Outdoor Smart Plug Outlet,Koolertron Wireless (1 In 3 Out) Individual Remote Control Switches Lights Timer Indoor Socket,On/Off,Work with Alexa/Echo Google Home Assistant By Smart Phone |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (173) | ★★★★½ (317) | ★★★★½ (42) | ★★★★☆ (93) |

| Price | $27.99 | $27.99 | $32.99 | $32.50 |
|---|---|---|---|---|
| Shipping | ✓prime | ✓prime | ✓prime | ✓prime |
| Sold By | Thousandshores Inc | Meross Direct | AiclivDirect | Kastonecorp |
| Color | Black | Outdoor Plug | Smart Plug | Black (1 In 3 Out) |
| Item Dimensions | 5.7 x 3.9 x 0.98 in | 5 x 2.8 x 1.5 in | 10.24 x 3.94 x 1.38 in | 5.1 x 3.7 x 1.4 in |
| Size | 5.7*3.9*0.98 inch | — | Small | — |



🛒 ₁ Cart
Subtotal: $248.00
Proceed to checkout
☐ This order contains a gift

$248.00
✓prime

Saved for later (23)

## Product description

▼ Specifications:
- Product Model: iClever IC-BS06 Smart Outdoor Plug
- AC Outlet: 2 Outlets US
- Waterproof Level: IP44
- WiFi Standard: WiFi 2.4GHz b/g/n
- Working Temperature: -20-60°C
- Product Dimensions: 5.7*3.9*0.98 inch
- Weight: 280g

▼ Tips:
1. The iClever smart plug can only support 2.4 Ghz Wifi.
2. Make sure there is no special symbol in your WiFi name and password. (Like a dash.) WiFi name should only contain letters and numbers.
3. Suitable for indoor/outdoor and damp locations. No for water immersion or for using directly exposed to water !

## Product information

### Technical Details

| | |
|---|---|
| Part Number | IC-BS06 |
| Item Weight | 10.4 ounces |
| Product Dimensions | 5.7 x 3.9 x 1 inches |
| Item model number | IC-BS06 |
| Size | 5.7*3.9*0.98 inch |
| Color | Black |
| Style | Outdoor Outlet,Black |
| Item Package Quantity | 1 |
| Included Components | iClever Outdoor Smart Plug |
| Batteries Included? | No |
| Batteries Required? | No |
| Warranty Description | worry-free 18-month warranty and friendly customer service |

### Technical Specification

User Manual [pdf ]

### Additional Information

| | |
|---|---|
| ASIN | B078TW292H |
| Customer Reviews | ★★★★☆ ⌄   173 customer reviews<br>3.9 out of 5 stars |
| Best Sellers Rank | #6,029 in Tools & Home Improvement (See top 100)<br>#64 in Tools & Home Improvement > Electrical > Outlets & Accessories > Outlet Switches<br>#78 in Tools & Home Improvement > Electrical > Switches > Plug-In Switches |
| Shipping Weight | 10.4 ounces (View shipping rates and policies) |
| Date First Available | January 5, 2018 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related Video Shorts  | Upload your video



Customer Review: THIS IS A NECESSITY LMAO
Tech HD



Customer Review: Simple and so Easy to Use
Jordan Opel



Customer Review: GREAT
fionachiu

## Sponsored products related to this item









WiOn 50049 Outdoor Wi-Fi Wireless Plug-In Switch, 2 Grounded Outlets
★★★★☆ 519
$26.23 ✓prime

WiOn 50054 Outdoor Wi-Fi Smart Box, Wireless Time Switch
★★★★☆ 192
$59.99 ✓prime

Wifi Outdoor Smart Outlet Plug, Benuo Wireless Smart Plug Waterproof Outlet Socket ...
★★★★☆ 132
$29.99 ✓prime

Outdoor Smart Plug, Waterproof Wifi Outlet Plug Compatible with Alexa and Google Ho...
★★★★☆ 57
$28.99 ✓prime

Outdoor Smart Plug, TESSAN Wi-Fi Smart Outlet with 3 Individual Sockets Work with A...
★★★★☆ 37
$28.04 ✓prime

Wifi Outdoor Smart Plug Outlet,Koolertron Wireless (1 In 3 Out) Individual Remote C...
★★★★☆ 93
$32.50 ✓prime

DOGAIN Wifi Plug with dual working individually,c...
★☆☆☆☆ 1
$32.99 ✓prime

Ad feedback ☐



Ad feedback

## Customer Questions & Answers

See questions and answers

---



**173 customer reviews**

★★★★☆ 3.9 out of 5 stars ∨

| | | |
|---|---|---|
| 5 star | | 58% |
| 4 star | | 16% |
| 3 star | | 6% |
| 2 star | | 4% |
| 1 star | | 16% |

**Review this product**

Share your thoughts with other customers

Write a customer review



Ad feedback

**Customer images**



See all customer images

**Read reviews that mention**

google home · smart life · smart plug · works great · christmas lights · life app · easy to set · stopped working · string lights · able to control · worked great · easy setup · smart plugs · smart home · works well

Showing 1-8 of 173 reviews

Top Reviews ∨

Leaveamark

★★★★★ **Works as described, makes household life better**

October 17, 2018

Verified Purchase

I now own two of the iClever smart plugs and they have worked flawlessly in all weather conditions thus far. The app that accompanies the plug is simple (as it should be) and allows countdown timers and schedules. I use schedules for outdoor lighting and countdown timers on my pool cover pump. The Smart Life app allows you to set separate schedules for each of the two outlets on the device.

I have not integrated them with Alexa or Google Home so I cannot comment on those applications. But the Smart Life app works well. Each plug is quite a distance from my home router (and through concrete walls) but I've had no issue with wifi connections. And yes, if wifi is not working you can always turn the plug on/off manually.

I initially bought one iClever smart plug to use with my pool cover pump but I found that it worked so well that I bought one for my front yard lighting. I've used manual timer plugs in the past (PITA, IMO) and even plugs that had remote controls (unreliable and limited range!). The iClever smart plug blows these other options away in terms of ease of use and reliability.

17 people found this helpful

Helpful | Comment | Report abuse

Jordan Opel

★★★★★ **Simple and so Easy to Use**

May 15, 2018

Verified Purchase



This smart plug feels very high-quality in my hands. It connected easily to my iPhone and Alexa system, meaning you can really turn lights on/off with only your voice. so cool! It's a great solution for those without any pre-existing smart outlets. I'm using mine for string lights in my backyard and I'm loving it.





29 people found this helpful

Helpful | Comment | Report abuse

Tech HD

**THIS IS A NECESSITY LMAO**
February 18, 2018

I love this iClever Outdoor Smart Plug because it not only gives me an extra port to turn anything into a smart device but I'm able to control the devices individually and/or simultaneously. It also works indoor and outdoor and so if I would like to connect stuff outside one day like Christmas Lights then I can do that and set a schedule on when to turn on and off the lights. Plus it's also weatherproof so I will have no problems with rain and snow. I currently use this to connect my two ceiling lights and like I said, I love that I am able to control them as a group or individually. Plus since this works with Amazon Alexa, I'm able to control it all with a simple voice command.

51 people found this helpful

Helpful | Comment | Report abuse

Amazon Customer

**Works as advertised!**
March 18, 2018
Verified Purchase

Works as advertised. Using Echo/Alexa can control each outlet individually. it can set as many on/off events in timer as I wish. So far so good!

21 people found this helpful

Helpful | Comment | Report abuse

John

**you will be appreciated it when you need to turn on/off outdoor electric devices in the bad weather.**
April 30, 2018
Verified Purchase

I have to add this outdoor WiFi smart plug into my smart home configuration. A remote control/ waterproof/fireproof power plug will allow me to control outdoor electric devices much easier, particularly in bad weather (raining, snowing, winter days). The power plug works as described. It has two individually remote controllable outlets with timer. It was quite easy to configure and connect to my network and it is great that it works with the same App as for my other indoor smart plugs (Smart Life), so I don't need to install another App in my phone. It works with Alex too.

17 people found this helpful

Helpful | Comment | Report abuse

FLIGHTMEDIC

**Five Stars**
March 5, 2018
Verified Purchase

Very easy to use and provides great options for programming

19 people found this helpful

Helpful | Comment | Report abuse

SimpsonsTX

**Relatively easy**
October 8, 2018
Verified Purchase

Instructions aren't fantastic, but if you're buying this to hook up your christmas lights, here's how I did it (Android):

1. plug it in near your wifi router - only 2.4G is supported
2. Connect your phone to your 2G wifi network
3. EIther scan the QR code, or just go to the google play store and find the "Smart Life" app
4. Download, install, add yourself a user/password
5. Make sure the light is flashing on the front of the power plug, if it's not, hold down the button for 10 seconds until it does.
6. Add a new device in the app, pick electrical outlet
7. You may have to type in your wifi password, again, make sure you're using your 2G SSID.
8. Hopefully it finds it, and adds it. There's two independent ports, you can give them each a name (i.e. christmas lights & inflatable snowman)
9. Move it to where you want it to be working (i.e. your front door where your christmas lights are plugged in)
10. Check it still works from the app by turning lights on/off. You can also set an automatic schedule in here to

1 Cart
Subtotal: $248.00
Proceed to checkout
This order contains a gift

$248.00
prime

Saved for later (23)

⌄ Read more

11 people found this helpful

Helpful | Comment | Report abuse

Tim

★☆☆☆☆ **Worked Great Until It Got Rained On**
August 29, 2018
Verified Purchase

Easy to set up and it has been working fine for about two months. Today it rained and my outside fountain wasn't on. Checked the unit and it had water dripping out of the socket and it had tripped the ground fault plug. Drying it out now to see if it is still working. The unit was under an eave but that didn't help. I guess I should of used a plastic bag and some duct tape to protect it better.

Update: I sealed it up with some superglue and taped a plastic bag over it. Now it wants to update the firmware but keeps failing. I put it right next to my router and it fails. Since it keeps asking for a firmware update the on/off setting don't work. Now the device is useless because it won't update. Also putting it in one star because I can no longer use it with the auto setting.

12 people found this helpful

Helpful | Comment | Report abuse

See all 173 reviews ›

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights, Timer Outlet, Works with Alexa/Google Assistant, Only Support 2.4GHz Wi-Fi [CNET / Wirecutter's Pick]

Set up a giveaway

**Customers who bought this item also bought**







amazon English United States

Cart 1

Subtotal: $248.00

Proceed to checkout

This order contains a gift

$248.00 prime

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals |
| Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products<br>with a warranty | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates

Saved for later (23)

# Exhibit B








SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

amazon prime | Electronics | NS-RCRUS-17 | Prime Video Stream movies & TV shows

Deliver to Kenneth Half Moon... 94019 | Buy Again | Browsing History | Coach-... 's Amazon.com | Today's Deals | Gift Cards | Whole Foods | EN | Hello, Coach-Ken Account & Lists | Orders | Prime

1 Cart | Proceed to checkout | This order contains a gift | $248.00 prime

All Electronics | Deals | Best Sellers | TV & Video | Audio & Home Theater | Computers | Camera & Photo | Wearable Technology | Car Electronics & GPS | Portable Audio | Cell Phones

amazon music 3 MONTHS FOR $0.99 OFFER ENDS TONIGHT

Electronics › Accessories & Supplies › Audio & Video Accessories › Remote Controls & Accessories › Remote Controls

You purchased this item on December 9, 2018.
View this order

Roll over image to zoom in

# Replaced NS-RCRUS-17 Insignia Roku TV Remote for NSRCRUS17 NS-32DR420NA16 NS-43DR620CA18 NS-48DR510NA17 NS-49DR420NA18 NS-50DR710NA17 NS-55DR710NA17 NS-65DR620NA18

by Smartby
15 customer reviews

Price: $8.20 prime

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

- High quality replaced remote control INSIGNIA NS-RCRUS-17 LED ROKU TV REMOTE CONTROL; 4 Shortcut keys: Netflix, Sling, Hulu, Google play.
- Originally supplied for Models: NSRCRUS17 NS24DR220CA-18 NS-24DR220CA-18 NS24DR220CA18 NS-24DR220NA-18 NS-24DR220NA18 NS24DR220NA18 NS-24ER310NA17 NS24ER310NA17 NS-32DR310NA17 NS32DR310NA17 NS-43DR620CA-18 NS-43DR620CA18 NS43DR620CA18 NS-48DR510NA17 NS48DR510NA17 NS-49DR420NA-18 NS-49DR420NA18 NS49DR420NA18 NS-50DR620CA-18 NS50DR620CA18 NS50DR620CA18 NS-55DR620CA-18 NS55DR620CA18 NS-55DR620CA18 NS-65DR620NA-18 NS-65DR620NA18 NS65DR620NA18
- No programming needed. Requires 2 x AAA Batteries (Batteries are not included)
- Amazon warehouse fast shipping

Compare with similar items

New (2) from $8.20 prime

Report incorrect product information.

Expecting a delivery?
Alexa can tell you when a package is at your door.
Learn more

Share

$8.20
prime

FREE Delivery by Friday
if you order within 7 hrs 1 min.
Details

In Stock.
Sold by Genuine Parts Center and Fulfilled by Amazon. Gift-wrap available.

Qty: 1

Add to Cart

or 1-Click Checkout

Buy now with 1-Click®

Order within 7hr 2min to get it: Fri, Jan 4

This is a gift

Deliver to Kenneth - Half Moon Bay 94019

Add to List

Add to your Dash Buttons

**Other Sellers on Amazon**

$8.56 Add to Cart
+ Free Shipping
Sold by: Xtrasaver

New (2) from $8.20 prime

Have one to sell? Sell on Amazon

Saved for later (23)

## Frequently bought together

Total price: $18.19
Add both to Cart
Add both to List

- **This item:** Replaced NS-RCRUS-17 Insignia Roku TV Remote for NSRCRUS17 NS-32DR420NA16 NS-43DR620CA18 NS... $8.20
- Remote Control for Insignia NS-RCRUS-17 Roku TV NS-32DR420NA16 NS-32DR420NA16A NS-32DR420NA16B NS... $9.99

## Sponsored products related to this item

Remote Control for Insignia NS-RCRUS-17 Roku TV NS-32DR420NA16 NS- 129 $8.97 prime

NS-RCRUS-16 Remote Fit for Insignia Roku TV NS-24ER310NA17 NS-32DR310NA17 NS- $10.29 prime

fire Cable (New) Wireless Remote w/Touchpad Keyboard | for All Smart TV Sticks, Str... 11 $24.99

Fintie Case for Roku Ultra 2018/2017, Roku 4 3 2 1 Remote - Casebot [Honey Comb Ser... 7 $6.99 prime

LuckyStar Replacement Remote Control for Roku Models: Roku 1/2/3/4 (HD, LT, XS, XD)... 13 $8.49 prime

LC-RCRUS-18 Remote Control & Silicone Remote Case Cover for Sharp Roku TV LC-32LB59... 1 $11.98 prime

Roku Gaming SIKAI Shockp Protective Ca (4230 and 42 $8.99

Ad feedback

## Customers also shopped for

New NS-RCRUS-16

Smartby Rm-vd028



New NS-RC4NA-18


GJ221-C Remote Control


New AKB75095307


US8RMT New


**Cart**

Subtotal: **$248.00**

**Proceed to checkout**

☐ This order contains a gift

$248.00
✓prime

**Special offers and product promotions**
- **Your cost could be $0.00** instead of $8.20! Get a **$70 Amazon.com Gift Card** instantly upon approval for the **Amazon Prime Rewards Visa Card**. Apply now

**Have a question?**

Find answers in product info, Q&As, reviews

🔍 [                                                                        ]

Saved for later (23)

**Compare with similar items**



|  | **This item** Replaced NS-RCRUS-17 Insignia Roku TV Remote for NSRCRUS17 NS-32DR420NA16 NS-43DR620CA18 NS-48DR510NA17 NS-49DR420NA18 NS-50DR710NA17 NS-55DR710NA17 NS-55DR620NA18 | Remote Control roku 4, New Replacement IR Remote for Roku 1 LT HD Roku 2 XD XS Roku 3 Streaming Player with Shortcut Buttons MGO VUDU, Not Support ROKU Streaming Stick (HDMI or MHL) and TCL ROKU TV | New Replaced Infrared Remote Controller fit for ROKU Streaming Player 1/2 / 3/4 LT HD XD XS MLK247 with M-GO Netflix Vu-do App Key, NOT Support for TCL TV or Any Other TV | Gvirtue Replacement Remote Control for Roku Models: Roku 1/2/3/4 (HD, LT, XS, XD), Roku Express, Roku Premiere, Roku Ultra (Do not Support Roku Streaming Stick, Roku Hdmi Stick, Roku TV or Roku Game) |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (15) | ★★★☆☆ (352) | ★★☆☆☆ (229) | ★★★☆☆ (324) |
| Price | $8.20 | $4.96 | $5.99 | $7.89 |
| Shipping | ✓prime | Eligible for FREE Shipping | ✓prime | ✓prime |
| Sold By | Genuine Parts Center | Sourcing Remote | Promotion-Shopping store | Gvirtue |
| Item Dimensions | — | 5.5 x 2 x 1 in | 6 x 2 x 1 in | 5.5 x 1.6 x 0.6 in |
| Item Weight | — | 1.6 ounces | 1.6 ounces | 1.44 ounces |

**Product description**

Replaced INSIGNIA NS-RCRUS-17 LED ROKU TV REMOTE CONTROL Originally supplied for Models: NSRCRUS17 NS24DR220CA-18 NS-24DR220CA-18 NS24DR220CA18 NS-24DR220NA-18 NS-24DR220NA18 NS24DR220NA18 NS-24ER510NA17 NS24ER510NA17 NS-32DR310NA17 NS32DR310NA17 NS-43DR620CA-18 NS-43DR620CA18 NS-48DR510NA17 NS48DR510NA17 NS-49DR420NA-18 NS-49DR420NA18 NS49DR420NA18 NS-50DR620CA-18 NS50DR620CA18 NS50DR620CA-18 NS-55DR620CA-18 NS55DR620CA18 NS-55DR620CA18 NS-65DR620NA-18 NS-65DR620NA18 NS65DR620NA18 NS65DR620NA18

**Product information**

| Package Dimensions | 5.6 x 1.4 x 0.8 inches |
|---|---|
| Item Weight | 1.6 ounces |
| Shipping Weight | 1.6 ounces (View shipping rates and policies) |
| Manufacturer | Smartby Factory |
| ASIN | B078P2V3HX |
| Item model number | S-NS-RCRUS-17 2017 |
| Customer Reviews | ★★★★☆ ⌄  15 customer reviews<br>3.9 out of 5 stars |
| Best Sellers Rank | #1,334 in Electronics > Accessories & Supplies > Audio & Video Accessories > Remote Controls & Accessories > Remote Controls<br>#3,663 in Electronics > Accessories & Supplies > Television Accessories<br>#4,828 in Electronics > Televisions & Video |
| Date first listed on Amazon | December 28, 2017 |

**Feedback**

If you are a seller for this product, would you like to suggest updates through seller support? Would you like to tell us about a lower price?

**Related Video Shorts (0)**   Upload your video



Be the first video

Your name here

**Sponsored products related to this item**

      

Remote Control for Insignia NS-RCRUS-17 Roku TV NS-32DR420NA16 NS-
★★★☆☆ 129
$8.49 ✓prime

NS-RCRUS-16 Remote Fit for Insignia Roku TV NS-24ER310NA17 NS-32DR310NA17 NS-
$10.29 ✓prime

Bedycoon Universal 2-in-1 IR Remote Control with 9 Learning Function Keys and Remot...
$25.99 ✓prime

Remote Control for Insignia NS-RCRUS-17 Roku TV NS-32DR420NA16 NS-
★★★☆☆ 4
$9.64 ✓prime

fire Cable (New) Wireless Remote w/Touchpad Keyboard | for All Smart TV Sticks, Str...
★★☆☆☆ 11
$24.99

ECLINK Replacement Remote Control NS-RCRUS-16 for Insignia Roku TV with Netflix Sli...
★★★★★ 1
$10.99 ✓prime

Fintie Case fo 2018/2017, F Remote - Cas Comb Ser...
★★★★☆
$6.99 ✓prime

Ad feedback 💬



Ad feedback 💬

Customer Questions & Answers

See questions and answers

 
🛒 Cart
Subtotal: **$248.00**
Proceed to checkout
☐ This order contains a gift


$248.00
✓prime

Saved for later (23)   ⌃

---

**15 customer reviews**
★★★★☆ 3.9 out of 5 stars ⌄

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 7% |
| 3 star | | 0% |
| 2 star | | 7% |
| 1 star | | 13% |

**Review this product**
Share your thoughts with other customers

Write a customer review


Soothing Support
Ships to your door
amazonbasics
Shop now ▸

Ad feedback 💬

**Customer images**



See all customer images

Showing 1-8 of 15 reviews

Top Reviews ⌄

Rodney

★★☆☆☆ **Low quality**
July 7, 2018
Verified Purchase

Some of the buttons on the remote are indented, making it difficult to use at times. It's also very finicky, I have to be within a few feet of the TV for it to work.

The remote came very dirty as well, leading me to believe this is a used/refurbished device and not a new one. Luckily, this remote was fairly cheap. I'll be buying my replacement directly from roku next time.



Helpful | Comment | Report abuse

C. Nony

★★★★★ **Good replacement remote!**
June 27, 2018
Verified Purchase

I bought this to replace the remote I lost that came with my 24" Insignia Roku TV Model: NS-24DR220NA18. It works great, no programming required.



Helpful | Comment | Report abuse

**Chris W.**

★★★★★ **Good OEM Replacement**
October 18, 2018
Verified Purchase

Works as expected. Buttons are more stiff than original(not in a bad way). Functions just like the original, no programming needed. Head up so far. Very pleased.

Helpful | Comment | Report abuse

**Robin Lamb**

★★★★★ **Insignia roku tv**
November 26, 2018
Verified Purchase

Works great with my insignia Roku TV. Came with no instructions, however it worked right away; no programming needed!!

Helpful | Comment | Report abuse

**CW**

★★★★★ **Five Stars**
April 7, 2018
Verified Purchase

Perfect! Just what I needed.

Helpful | Comment | Report abuse

**La rubia**

★☆☆☆☆ **No me gusto**
August 11, 2018
Verified Purchase

No enviaron el producto que pedi

Helpful | Comment | Report abuse

**D.Dean**

★★★★★ **Good replacement.**
September 27, 2018
Verified Purchase

Works as expected. No extra setup was required.

Helpful | Comment | Report abuse

**hzdv86**

★★★★★ **Works great**
October 16, 2018
Verified Purchase

Works great

Helpful | Comment | Report abuse

See all 15 reviews ›

Write a customer review

---

**What other items do customers buy after viewing this item?**


NS-RCRUS-17 Replace Remote for Insignia Roku TV NS-24ER310NA17 NS-65DR620NA18 NS-48DR510NA17 NS-24ER310NA17 NS-32DR310NA17 NS-43DR710NA17 NS-55DR710NA17 NS-50DR710NA17 NS-43DR620NA18 NS-50DR620NA18
★★★☆☆ 140
$8.82 ✓prime


Remote Control for Insignia NS-RCRUS-17 Roku TV NS-32DR420NA16 NS-32DR420NA16A NS-32DR420NA16B NS-40DR420NA16 NS-40DR420NA16B NS43DR710NA17 NS-43DR710NA17 NS-48DR420NA16 NS-32dr310NA17
★★★☆☆ 129
$8.97 ✓prime


New NS-RCRUS-16 Remote fit for Insignia Ro-ku TV NS-24ER310NA17 NS-32DR310NA17 NS-39DR510NA17 NS-40DR420NA16 NS-40DR420NA16B NS-43DR710NA17 NS-48DR420NA16 NS-48DR510NA17 NS-50DR710NA17 NS-55DR420NA16
★★★★☆ 49
$8.63 ✓prime


Amaz247 ARC101 Standard IR Replacement Remote for Roku 1, Roku 2, Roku 3, Roku 4 (HD, LT, XS, XD), Roku Express, Roku Premiere, Roku Ultra; DO NOT Support Roku Stick or Roku TV
★★★☆☆ 3,337
$8.29 ✓prime


Soothing Support  Shop now ›
amazonbasics
Ad feedback

Cart
Subtotal: $248.00
Proceed to checkout
☐ This order contains a gift

$248.00
✓prime

Saved for later (23)



**Pages with related products.** See and discover other items: Best remote for roku, Best remotes for roku, Best remote controls for roku

1 Cart

Subtotal: $248.00

Proceed to checkout

This order contains a gift

$248.00
prime

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon English United States

Amazon Music — Stream millions of songs
Amazon Advertising — Find, attract, and engage customers
Amazon Drive — Cloud storage from Amazon
6pm — Score deals on fashion brands
AbeBooks — Books, art & collectibles
ACX — Audiobook Publishing Made Easy
Alexa — Actionable Analytics for the Web
Amazon Business — Everything For Your Business
AmazonFresh — Groceries & More Right To Your Door
AmazonGlobal — Ship Orders Internationally
Home Services — Handpicked Pros Happiness Guarantee
Amazon Inspire — Digital Educational Resources
Amazon Rapids — Fun stories for kids on the go
Amazon Restaurants — Food delivery from local restaurants
Amazon Web Services — Scalable Cloud Computing Services
Audible — Download Audiobooks
Book Depository — Books With Free Delivery Worldwide
Box Office Mojo — Find Movie Box Office Data
ComiXology — Thousands of Digital Comics
CreateSpace — Indie Print Publishing Made Easy
DPReview — Digital Photography
East Dane — Designer Men's Fashion
Fabric — Sewing, Quilting & Knitting
Goodreads — Book reviews & recommendations
IMDb — Movies, TV & Celebrities
IMDbPro — Get Info Entertainment Professionals Need
Junglee.com — Shop Online in India
Kindle Direct Publishing — Indie Digital Publishing Made Easy
Prime Now — FREE 2-hour Delivery on Everyday Items
Amazon Photos — Unlimited Photo Storage Free With Prime
Prime Video Direct — Video Distribution Made Easy
Shopbop — Designer Fashion Brands
Amazon Warehouse — Great Deals on Quality Used Products
Whole Foods Market — America's Healthiest Grocery Store
Withoutabox — Submit to Film Festivals
Woot! — Deals and Shenanigans
Zappos — Shoes & Clothing
Souq.com — Shop Online in the Middle East
Subscribe with Amazon — Discover & try subscription services
PillPack — Pharmacy Simplified
Amazon Renewed — Refurbished products with a warranty
Amazon Second Chance — Pass it on, trade it in, give it a second life

Saved for later (23)

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates

# Exhibit C











SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

amazon prime | All | larabar variety | Send an eGift card

Deliver to Kenneth Half Moon... 94019 | Buy Again | Browsing History | Coach-... 's Amazon.com | Year-End Deals | Gift Cards | Whole Foods | Registry | Sell | Help | EN | Hello, Coach-Ken Account & Lists | Orders | Prime | 0 Cart

Grocery | Deals | Snacks | Breakfast | Warm Beverages | Cold Beverages | Cooking Staples | Baby Food | Candy & Chocolate | Prime Pantry | Subscribe & Save | International Foods

20% off AmazonFresh Coffee

‹ Back to search results for "larabar variety"

# LÄRABAR 16-Flavor Variety (Pack of 16). by LÄRABAR

434 customer reviews | 18 answered questions

**There is a newer version of this item:**

Larabar Snack Bar Variety Box, 8 Flavors (16 Count)
$25.24 ($0.96 / Ounce)
(4,645)
In Stock.

Price: $22.86 ($1.43 / Count) prime
Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

FREE Delivery by **Thursday** Details

In Stock. Sold by RMJ Retail and Fulfilled by Amazon. Gift-wrap available.

**3 Sizes: 16 Pack**

| 5 Flavor Variety | 10 Pack | 16 Pack |
|---|---|---|
| $14.99 Prime | $21.33 Prime | $22.86 Prime ($1.43 / Count) |

**Expected to arrive after Christmas. Need a gift quickly?** Send the gift of Prime or an Amazon Gift Card by email or text message.

Deliver to Kenneth - Half Moon Bay 94019

Order within 41hr 16min to get it:
**Thursday, Dec 27 + FREE Shipping**

Qty: 1 | This is a gift

Buy now with 1-Click®

Add to Cart

Add to your Dash Buttons

Learn more about Dash Buttons

Add to List

**Other Sellers on Amazon** — 8 new from $22.86

$22.86 ($1.43 / Count) prime — Add to Cart
Sold by: Common Cents Distributors

$22.91 ($1.43 / Count) prime — Add to Cart
Sold by: DealsonAmazon

$22.99 prime — Add to Cart
Sold by: Rejuvenance

Have one to sell? Sell on Amazon

Share

**Bars, by Amazon**

| Nuts & Sea Salt, pack of 12 | Peanut & Almond Bars, Pack of 12 | Cherry Nut Crunch Bars, Pack of 12 | Banana Nut Bars, Pack of 12 |
|---|---|---|---|
| $11.88 | $11.88 | $11.88 | $11.88 |

## About the product

- Larabar Variety Pack

Report incorrect product information

## Frequently bought together

Total price: $64.59
Add all three to Cart
Add all three to List

These items are shipped from and sold by different sellers. Show details

- **This item:** LÄRABAR 16-Flavor Variety (Pack of 16). $22.86 ($1.43 / Count)
- Larabar Snack Bar Variety Box, 8 Flavors (16 Count) $25.24 ($0.96 / Ounce)
- Kind Bars, Nuts and Spices Variety Pack, Gluten Free, 1.4oz $16.49

## Sponsored products related to this item

Page 1 of 22

- Larabar Gluten Free Bar, Fruits + Greens Pineapple Kale Cashew, 1.24 oz Bars (15 Co... — 299 — $18.71 prime
- Larabar Gluten Free Bar, Apple Pie, 1.6 oz Bars (16 Count) — 4645 — $15.49 prime
- Larabar Gluten Free Bar, Peanut Butter Chocolate Chip, 1.6 oz Bars (16 Count) — 1197 — $16.00 prime
- No Cow Protein Bar, Blueberry Cobbler, 22g Plant Based Protein, Low Sugar, Dairy Fr... — 1417 — $26.24 prime
- Perfect Bar Original Refrigerated Protein Bar, Variety Pack Peanut Butter & Almond ... — 307 — $15.36 prime

Ad feedback

## Customers who viewed this item also viewed

Page 1 of 4

Larabar Gluten Free Bar, Peanut Butter Chocolate Chip, 1.6 oz Bars (16 Count)
★★★★☆ 1,197
**#1 Best Seller** in Fruit & Nut Bars
$16.00 ✓prime

Larabar Gluten Free Bar, Fruits + Greens Strawberry Spinach Cashew, 1.24 oz Bars (15 Count)
★★★★☆ 299
**#1 Best Seller** in Fruit Bars
$18.69 ✓prime

Larabar Gluten Free Bar, Cashew Cookie, 1.7 oz Bars (16 Count)
★★★★☆ 4,645
32 offers from $14.95

LÄRABAR 3 Flavor Seasonal Variety, Gingerbread(2 Bars), Snickerdoodle(2 Bars),...
★★★☆☆ 16
$11.01 ✓prime

Larabar Minis Gluten Free Bar Variety Pack, Cherry Pie/Apple Pie/Cashew Cookie, .78 oz Bars (12...
★★★☆☆ 666
$28.99

Larabar Gluten Free Bar, Cinnamon Roll, 1.6 oz Bars (16 Count)
★★★★☆ 9
$16.00 ✓prime

Larabar Gluten Free Bar, Lemon Bar, 1.8 oz Bars (16 Count)
★★★★☆ 307
$32.04 ✓prime

---

## Special offers and product promotions

Size: 16 Pack
- **Your cost could be $0.00 instead of $22.86!** Get a **$70 Amazon.com Gift Card** instantly upon approval for the **Amazon Prime Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

 🔍

---

## Product description

Size:16 Pack

Larabar Variety.
LaraBar Variety Pack: Banana Bread, Coconut Cream Pie, Apple Pie, Chocolate Chip Cookie Dough, Cashew Cookie, Key Lime Pie, Carrot Cake, Peanut Butter Cookie, Peanut Butter Chocolate Chip, Chocolate Chip Brownie, Blueberry Muffin, Pecan Pie, Cherry Pie, Lemon Bar, Peanut Butter & Jelly, Chocolate Coconut Chew or Mint Chocolate Chip1 of each.

---

## Product details

Size: 16 Pack
**Shipping Weight:** 2 pounds (View shipping rates and policies)
**ASIN:** B007NMDY38
**Average Customer Review:** ★★★☆☆ ∨   434 customer reviews
**Amazon Best Sellers Rank:** #3,902 in Grocery & Gourmet Food (See Top 100 in Grocery & Gourmet Food)
   #245 in Grocery & Gourmet Food > Snack Foods > Bars

Would you like to **tell us about a lower price?**

---

## Related Video Shorts (0)   Upload your video



**Be the first video**
Your name here

---

## Important information

**Legal Disclaimer**
Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

---

## Sponsored products related to this item

Page 1 of 11

‹







›

Larabar Gluten Free Bar, Apple Pie, 1.6 oz Bars (16 Count)
★★★★☆ 4645
$15.49 ✓prime

No Cow Protein Bar, Blueberry Cobbler, 22g Plant Based Protein, Low Sugar, Dairy Fr...
★★★☆☆ 1417
$26.24 ✓prime

Larabar Gluten Free Bar, Peanut Butter Chocolate Chip, 1.6 oz Bars (16 Count)
★★★★☆ 1197
$16.00 ✓prime

Larabar Gluten Free Bar, Fruits + Greens Pineapple Kale Cashew, 1.24 oz Bars (15 Co...
★★★★☆ 299
$18.71 ✓prime

Perfect Bar Original Refrigerated Protein Bar, Variety Pack Peanut Butter & Almond ...
★★★★☆ 307
$15.36 ✓prime

KIND Protein Bars, Toasted Caramel Nut, Gluten Free, 12g Protein,1.76oz, 24 count
★★★★☆ 96
$38.34 ✓prime

Picky Bars Real Food Energy Bars, 10 Bar Variety Pack, All Flavors, 1.6oz (Pack of 10)
★★★★☆ 326
$27.50 ✓prime

Ad feedback



Incredibly Soft Flannel Sheets

Shop now›

Stone & Beam

Ad feedback

Customer questions & answers

🔍 Have a question? Search for answers

▲
**4** | **Question:** Is there added sugar in any of the bars, or are they all from fruits?
votes | **Answer:** No added sugar. All sweetness comes from fruit. Core ingredient in a lot of the bars (maybe all?) is Dates (fruit).
▼ | By Big Gnarly Bob on February 3, 2016
| ⌄ See more answers (6)

▲
**3** | **Question:** are they all gluten free?
votes | **Answer:** Yes, the are all gluten-free. Enjoy!
▼ | By Gulko Joy-n-Home  SELLER  on March 24, 2016
| ⌄ See more answers (1)

▲
**1** | **Question:** Is the chocolate that's used in these dairy free?
vote | **Answer:** The ingredients in the chocolate are listed as follows: unsweetened chocolate, sugar, cocoa butter, vanilla
▼ | By Erin on May 2, 2017

▲
**1** | **Question:** Are they all Vegan?
vote | **Answer:** I think so but not 100% sure
▼ | By Chh on December 4, 2016
| ⌄ See more answers (2)

See more answered questions (14)

**434 customer reviews**

⭐⭐⭐½☆ 3.7 out of 5 stars ⌄

| | |
|---|---|
| 5 star | 52% |
| 4 star | 13% |
| 3 star | 11% |
| 2 star | 7% |
| 1 star | 17% |

**By customer groups & interests** ?

Cookies  ⭐⭐⭐½☆ 3.5
Cakes   ⭐⭐⭐☆☆ 3.2

Is this feature helpful?  Yes  No

**Review this product**
Share your thoughts with other customers

Write a customer review



85

Shop now

Ad feedback 💬

**Customer images**



See all customer images

**Read reviews that mention**

variety pack | peanut butter | different flavors | chocolate chip
cookie dough | way to try | carrot cake | try different | key lime
great way | plastic bag | cherry pie | butter and jelly | blueberry muffin

**Showing 1-6 of 434 reviews**

Top Reviews ▾

👤 Noah van den Berg

⭐⭐⭐⭐⭐ **Detailed Reviews for Each Flavored Bar**
May 25, 2016
Size: 16 Pack | ✓ Verified Purchase

Coconut Cream Pie - Super coconutty, rich and delicious, filling. 9/10

Apple Pie - Fruity, Spicy, Cinnamon, Sweet and Spicy. Does remind me of Apple Pie. 7/10

Key Lime Pie - Tart, Doesn't Taste like Keylime Pie, lacks the creaminess but good in a different way. 6/10

Peanut Butter Chocolate - Very decadent. Tastes like dessert. Rich peanut butter taste and sinful chocolate. 10/10

Cashew Cookie - Tastes like a ton of lightly sweetened cashews. If cashews are your favorite thing, you will love it, but I found it too nutty. 2/10

Chocolate Coconut - I expected to like this because I love Coconut Cream Pie, but this didn't have enough coconut or enough chocolate and tasted overwhelmingly like dates, so to me it was one of my least favorite and is 2/10.

Blueberry Muffin - Tastes like a moist nutty blueberry muffin with a slight vanilla finish. Very good. The bright
⌄ Read more

168 people found this helpful

Helpful | Comment | Report abuse

👤 Linda in Dixie

⭐⭐⭐⭐⭐ **Larabar, my new snack**
September 9, 2016
Size: 16 Pack | ✓ Verified Purchase

I love these really really! I bought this box to take on a driving vacation instead of the usual candy and chips. My destination was about 15 hours away and I tend to drive it all in one day. I'm trying to eat healthier and avoid sugar (all types) and carbs (potatoes, bread, pasta, flour etc.), more toward Paleo. Anyway, since most of these are made of few ingredients and are sweetened with dates they looked like a healthy alternative to my usual junk food vacations. I was right. They are sweet and satisfied the sugar craving without the unhealthy sugar. Sweet! And gluten free! And could be better? And the taste? Well, I loved them from the first bite. All the flavors in this box. Can I hear an Amen for healthy snacks?
Now the best part. I came back from vacation 2 lbs. lighter than when I left. These Larabars made it possible for me to keep away from the usual easy snack junk. And to keep away from soda I froze several bottles of water and my favorite green tea, diet Arizona Blueberry flavor for the cooler.

I know several reviewers had issue with some of the flavors, especially the chocolate but I had no bad taste experiences. I expected that maybe the chocolate would be more of a carob flavor but I didn't taste any of that.



> Read more

14 people found this helpful

[Helpful] | Comment | Report abuse

**JT**

★★★★☆ **Great way to taste a bunch of flavors and choose your favorite(s).**
November 8, 2017
Size: 16 Pack    Verified Purchase

I liked having the ability to sample a variety of flavors before committing to purchasing a large box of one flavor. As other reviewers have stated, the variety pack came in a sketchy package. All of the bars were inside of a box for a different flavor and then saran or shrink wrapped with a sticker placed on top that said variety. That was a little strange, but I have since eaten all of the bars and did not experience any negative side effects. I guess the seller just assembled the variety pack on their own.

All the flavors were fine and the ingredients are high quality.

Overall, I wouldn't purchase the variety pack again because there were many flavors I learned that I hated (i.e., carrot cake tasted so bad that I couldn't even finish it. It did NOT taste like carrots. At. All.) The variety pack is great if you want to sample a bunch of flavors though!

4 people found this helpful

[Helpful] | Comment | Report abuse

**Yasmin Malone**

★★★★☆ **Box was put together!**
October 19, 2016
Size: 16 Pack    Verified Purchase

I purchased a variety box of Lara Bars. I expected to get the product I paid for in the proper packaging.....not a put together box! Although, the product still taste the same no matter the box it comes in there was an issue! I did not get 16 distinct flavors, but several were double and triple! No matter, they were still great! Better quality control is needed Amazon!

9 people found this helpful

[Helpful] | Comment | Report abuse

**SarahReviewsEverything**

★★★★☆ **Very Sweet But Still Like Them**
February 2, 2018
Size: 16 Pack    Verified Purchase

I bought the variety pack to sample a few of these before I buy a whole case of 1 flavor. I immediately went for the cookie dough one and I was pleasantly surprised. Def has the hint of cookie dough flavor. I wish these didnt have so much sugar but I realize it is from the dates, which I guess is ok. Still better than eating actual cookie dough (attempting at being mostly Paleo but not strictly) and these bars will be great to have when you have a sweet tooth. Theyre decent replacements to actual desserts you'd crave. I also tried the lemon bar, choc chip brownie, blueberry muffin, and cookie dough. I bought a case of the cookie dough & brownies. These are super sweet though as I said for people that really dont eat sweets regularly, but will help if you do and want something healthier!

2 people found this helpful

[Helpful] | Comment | Report abuse

**GnarlyNarwhal**

★★★☆☆ **They were all pretty alright, but most larabars are a bit too sweet ...**
January 10, 2016
Size: 16 Pack    Verified Purchase

I didn't mind that it wasn't factory issued and that the box was only labeled for one type of larabar. I got these during student teaching and they were part of my "stash" of quick things to eat if I didn't have time to eat an actual lunch. I wanted to try out all the flavors, so it worked out. They were all pretty alright, but most larabars are a bit too sweet for me. This variety pack served the purpose it was purchased for.

7 people found this helpful

[Helpful] | Comment | Report abuse

See all 434 reviews ›

[Write a customer review]

---

Customers who bought this item also bought

Page 1 of 12








Larabar Snack Bar Variety Box, 8 Flavors (16 Count)
★★★★★ 4,645
$25.24 ✓prime

Kind Bars - 18 Bar Variety Pack - 18 Flavors
★★★★★ 44
$31.97 ✓prime

Sahale Snacks All Natural Nut Blends Grab and Go Variety Pack (1.5 oz x 12 Packs) with 2 x 2" Snack...
★★★★★ 428
$23.88 ✓prime

Larabar Gluten Free Bar, Fruits + Greens Strawberry Spinach Cashew, 1.24 oz Bars (15 Count)
★★★★☆ 299
#1 Best Seller in Fruit Bars
$18.69 ✓prime

Popchips Potato Chips, Variety Pack, 24 Count (Single Serve 0.8 oz Bags), 4 Flavors: Salt, BBQ,...
★★★★☆ 1,053
$19.84 ✓prime

Clif Bar 12 Bar Variety Pack, 1 Bar of each Flavor
★★★★☆ 148
$19.91 ✓prime

Larabar Gluten Free Bar, Peanut Butter Chocolate Chip, 1.6 oz Bars (16 Count)
★★★★☆ 1,197
#1 Best Seller in Fruit & Nut Bars
$16.00 ✓prime

 

Internal-frame backpacks — amazonbasics — Shop now ›

Ad feedback ▱

Pages with related products. See and discover other items: coconut cake, coconut granola bars, coconut pie, brownie cookies, cakes and pies, trail mix bars

Disclaimer: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Your recently viewed items and featured recommendations

Customers who searched for "larabar" ultimately bought                                                    Page 1 of 2

     

LĀRABAR 16-Flavor Variety (Pack of 16).
★★★½ 19
$22.86 ✓prime

Larabar Gluten Free Bar, Apple Pie, 1.6 oz Bars (10 Count)
★★★★☆ 4,645
$8.69

Larabar Snack Bar Variety Box, 8 Flavors (16 Count)
★★★★☆ 4,645
$25.24 ✓prime

Larabar Gluten Free Bar, Cherry Pie, 1.7 oz Bars (16 Count)
★★★★☆ 46
$16.00 ✓prime pantry

Larabar Crunchy Nut & Seed Gluten Free Bar, Dark Chocolate Almond with Sprouted Chia Seeds,...
★★★★☆ 137
$18.75 ✓prime

Larabar Gluten Free Bar, Blueberry Muffin, 1.6 oz (5 Count)
★★★★☆ 223
$4.98 prime pantry

Larabar Gluten Free Bar, Cashew Cookie, 1.7 oz Bars (5 Count)
★★★★☆ 4,645
$4.98

Buy it again                                                                                             Page 1 of 7

      

Dove Dark Chocolate Singles Size Candy Bar 1.44-Ounce Bar 18-Count Box
★★★★½ 384
$11.48 ✓prime

Lipton Iced Tea Mix, Diet Decaffeinated Lemon 10 qt (Pack of 4)
★★★★☆ 634
$15.51 ✓prime

Blue Diamond Almonds, Smokehouse, 16 Ounce
★★★★☆ 234
$7.98

Blue Diamond Almonds, Bold Habanero BBQ, 6 ounce (Pack of 6)
★★★★☆ 185
$20.64 ✓prime

Seapoint Farms Dry Roasted Edamame, Sea Salt, 4-Ounce Pouches, (3 pack)
★★★★☆ 401
$9.72 ✓prime

Blue Diamond Almonds, Bold Wasabi & Soy Sauce, 6 Ounce (Pack of 6)
★★★★☆ 586
$19.66 ✓prime

Blue Diamond Almonds, Bold Sriracha, 6 Ounce
★★★★☆ 117
7 offers from $3.39

You viewed                   › View or edit your browsing history

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon     English     United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Amazon Business
Everything For Your Business

AmazonFresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Handpicked Pros Happiness Guarantee

Amazon Inspire
Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Restaurants
Food delivery from local restaurants

Amazon Web Services
Scalable Cloud Computing Services

Audible
Download Audiobooks

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Junglee.com
Shop Online in India

Kindle Direct Publishing
Indie Digital Publishing Made Easy

Prime Now
FREE 2-Hour Delivery on Everyday Items

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Withoutabox
Submit to Film Festivals

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Souq.com
Shop Online in the Middle East

Subscribe with Amazon
Discover & Subscribe to Subscriptions

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Deals and
Shenanigans

Shoes &
Clothing

Shop Online in
the Middle East

Discover & try
subscription services

Refurbished products
with a warranty

Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates

# Exhibit D





SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

## Help & Customer Service

Search Help Go

‹ All Help Topics

Shipping & Delivery

- Where's My Stuff?
- Amazon Prime
- Special Shipping Options
- Shipping Rates & Times
- International Shipping
- General Shipping Information
- Sign for an Order
- About Fulfilled by Amazon
- Shipping Restrictions
- Amazon @ Your University
- Pickup Points
- About Shipping Restrictions
- About Shipping to Prisons
- Amazon Packaging

Quick solutions

- Your Orders — Track or cancel orders
- Returns & Refunds — Exchange or return items
- Manage Prime — Cancel or view benefits
- Payment Settings — Add or edit payment methods
- Carrier Info — Shipping carrier information
- Account Settings — Change email or password

Contact Us

Shipping & Delivery ›

# About Fulfilled by Amazon

Items "Fulfilled by Amazon" are offered by a third-party seller, but shipped from an Amazon Fulfillment Center to you.

All Amazon.com standard shipping rates and policies apply to these items when shipped within the U.S., including free shipping on qualifying orders and Prime shipping. International shipping may not be available for all items.

When your order ships, the carrier, ship date, and estimated delivery date for your package will be listed in Your Account and can be found in your shipment confirmation e-mail. If you have a tracking or delivery confirmation number, you can track your package by clicking the **Track packages** link in **Your Account**.

Amazon also handles all customer service and product returns for "Fulfilled by Amazon" items. If you need assistance with anything, please visit our Help pages by clicking the word "Help" at the top of any page of our website.

Was this information helpful?

Yes No

Search Help Go

| Woot! | Zappos | Souq.com | Subscribe with Amazon | PillPack | Amazon Renewed | Amazon Second Chance |
| Deals and | Shoes & | Shop Online in | Discover & try | Pharmacy Simplified | Refurbished products | Pass it on, trade it in, |
| Shenanigans | Clothing | the Middle East | subscription services | | with a warranty | give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2018, Amazon.com, Inc. or its affiliates

Case: 2:17-cv-01092-ALM-CMV Doc #: 47-5 Filed: 01/04/19 Page: 1 of 3  PAGEID #: 883

# Exhibit E

| | |
|---|---|
| **From:** **Amazon.com** auto-confirm@amazon.com | |
| **Subject:** Your Amazon.com order of Nuheat SIGNATURE... and 2 more items. |  |
| **Date:** December 8, 2018 at 10:02 AM | |
| **To:** ken@wilson5.com | |

                                    Order Confirmation

## Hello Coach-Ken,

Thank you for shopping with us. You ordered "Nuheat SIGNATURE..." and 2 other items. We'll send a confirmation when your items ship.

Your purchase has been divided into **2** orders.

## Order 1 of 2

Order #111-5934898-9834624

| Arriving: **Wednesday, December 12** | Ship to: **Kenneth B. Wilson** **455 1st Avenue...** |
|---|---|
| **View or manage order** | Total Before Tax:  $253.00 <br> Estimated Tax:  $0.00 <br> **Order Total:  $253.00** |

## Order 2 of 2

Order #111-6131476-1161836

| Arriving: **Thursday, December 13** | Ship to: **Kenneth B. Wilson** **455 1st Avenue...** |
|---|---|
| **View or manage order** | Total Before Tax:  $59.98 <br> Estimated Tax:  $5.24 <br> **Order Total:  $65.22** |

We hope to see you again soon.

**Amazon.com**

Frequently bought with Nuheat SIGNATURE...



Honeywell AC11201
Temperature...
$10.55 ✔prime



Electric Fault Indicator
$18.35

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington 98108-1226. If you need more information, please contact (866) 216-1075

By placing your order, you agree to Amazon.com's Privacy Notice and Conditions of Use. Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations. Learn more about tax and seller information.

Items in this order may be subject to California's Electronic Waste Recycling Act. If any items in this order are subject to that Act, the seller of that item has elected to pay any fees due on your behalf.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

# Exhibit F

From: **Amazon.com** auto-confirm@amazon.com
Subject: Your Amazon.com order of "Replaced NS-RCRUS-17...".
Date: December 9, 2018 at 2:18 PM
To: ken@wilson5.com



                                          Order Confirmation

## Hello Coach-Ken,

Thank you for shopping with us. You ordered "Replaced NS-RCRUS-17..." . We'll send a confirmation when your item ships.

## Details

Order #111-0633601-5280200

| Arriving: | Ship to: |
| --- | --- |
| **Tuesday, December 11** | **Kenneth B. Wilson** |
| | **455 1st Avenue...** |

View or manage order

| Total Before Tax: | $8.50 |
| --- | --- |
| Estimated Tax: | $0.00 |
| **Order Total:** | **$8.50** |

 Just ask: *"Alexa, where's my stuff?"*

We hope to see you again soon.

**Amazon.com**

Customers who bought Replaced NS-RCRUS... also bought

 Remote Control for Insignia...
$9.99 ✔prime

 NS-RCRUS-17 Replace Remote for...
$8.85 ✔prime

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington 98108-1226. If you need more information, please contact (866) 216-1075

By placing your order, you agree to Amazon.com's Privacy Notice and Conditions of Use. Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the seller's business policies and the location of their operations.

state and local sales tax, depending upon the seller's business policies and the location of their operations.
Learn more about tax and seller information.

Items in this order may be subject to California's Electronic Waste Recycling Act. If any items in this order are subject to that Act, the seller of that item has elected to pay any fees due on your behalf.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

# Exhibit G

| | |
|---|---|
| **From:** **Amazon.com** shipment-tracking@amazon.com |  |
| **Subject:** Your Amazon.com order of 2x "iClever Outdoor Smart Plug..." and 1 more item has shipped! | |
| **Date:** December 9, 2018 at 9:24 PM | |
| **To:** ken@wilson5.com | |



Hi Coach-Ken, your package will arrive:

## Tuesday, December 11

*i* This contains items from 2 orders

**Track package**

 **JUST ASK**

*"Alexa, where's my stuff?"*

---

 ON THE WAY

### 2 of: iClever Outdoor Smart Plug...

**+1 more item**

Order #111-6131476-1161836

See all order # information

 SHIP TO

### Kenneth B. Wilson

455 1st Avenue...

 SHIPMENT TOTAL

$73.72

$70.72

Return or replace items in Your Orders

## Because you shopped for similar items



Global Air 10,000 BTU...

$285.46 ✔prime



BLACK + DECKER...

$266.99 ✔prime

Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the sellers business policies and the location of their operations. Learn more about tax and seller information.

Items in this shipment may be subject to California's Electronic Waste Recycling Act. For any items not sold by Amazon.com or Amazon Digital Services, Inc. that are subject to that Act, the seller of that item is responsible for submitting the California Electronic Waste Recycling fees on your behalf.

Your invoice can be accessed here.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

# Exhibit H

EXHIBIT 26 - Kardashian Declaration in Support of Plaintiff's Motion for Summary Judgment

PULL TAB TO OPEN →  < < <

BK3





# Exhibit I

**amazon**.com

**Final Details for Order #111-6131476-1161836**
Print this page for your records.

**Order Placed:** December 8, 2018
**Amazon.com order number:** 111-6131476-1161836
**Order Total: $65.22**

| Shipped on December 9, 2018 |
|---|

| **Items Ordered** | **Price** |
|---|---|
| 2 of: iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights, Timer Outlet, Works with Alexa/Google Assistant, Only | $29.99 |
| Sold by: Thousandshores Inc (seller profile) | |
| Condition: New | |

| **Shipping Address:** | Item(s) Subtotal: $59.98 |
|---|---|
| Kenneth B. Wilson | Shipping & Handling: $0.00 |
| 455 1st Avenue | ----- |
| Half Moon Bay, CA 94019-5308 | Total before tax: $59.98 |
| United States | Sales Tax: $5.24 |
| | ----- |
| **Shipping Speed:** | **Total for This Shipment:$65.22** |
| Two-Day Shipping | ----- |

| Payment information |
|---|

| **Payment Method:** | Item(s) Subtotal: $59.98 |
|---|---|
| Amazon.com Store Card | Last digits: 1289 | Shipping & Handling: $0.00 |
| | ----- |
| **Billing address** | Total before tax: $59.98 |
| KENNETH WILSON | Estimated tax to be collected: $5.24 |
| 455 1ST AVENUE | ----- |
| HALF MOON BAY, CA 94019 | **Grand Total:$65.22** |
| United States | |
| **Credit Card transactions** | AmazonPLCC ending in 1289: December 9, 2018: $65.22 |
| | AmazonPLCC ending in 1289: December 9, 2018: $65.22 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates

amazon.com

**Final Details for Order #111-0633601-5280200**
Print this page for your records.

**Order Placed:** December 9, 2018
**Amazon.com order number:** 111-0633601-5280200
**Order Total: $8.50**

| Shipped on December 9, 2018 |
|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Replaced NS-RCRUS-17 Insignia Roku TV Remote for NSRCRUS17 NS-32DR420NA16 NS-43DR620CA18 NS-48DR510NA17 NS-49DR420NA18 NS-50DR710NA17 NS-55DR710NA17 N* <br> Sold by: Genuine Parts Center (seller profile) | Product question? Ask Seller <br><br> Condition: New | $8.50 |

| Shipping Address: <br> Kenneth B. Wilson <br> 455 1st Avenue <br> Half Moon Bay, CA 94019-5308 <br> United States | Item(s) Subtotal: $8.50 <br> Shipping & Handling: $0.00 <br> ----- <br> Total before tax: $8.50 <br> Sales Tax: $0.00 <br> ----- |
|---|---|
| **Shipping Speed:** <br> Two-Day Shipping | **Total for This Shipment: $8.50** <br> ----- |

| Payment information |
|---|

| Payment Method: <br> Amazon.com Store Card | Last digits: 1289 | Item(s) Subtotal: $8.50 <br> Shipping & Handling: $0.00 <br> ----- |
|---|---|
| **Billing address** <br> KENNETH WILSON <br> 455 1ST AVENUE <br> HALF MOON BAY, CA 94019 <br> United States | Total before tax: $8.50 <br> Estimated tax to be collected: $0.00 <br> ----- <br> **Grand Total: $8.50** |
| **Credit Card transactions** | AmazonPLCC ending in 1289: December 9, 2018: $8.50 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates

# Exhibit J







SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

amazon prime | All | Prime Video Stream movies & TV shows

Deliver to Kenneth Half Moon... 94019 | Buy Again | Browsing History | Coach-... 's Amazon.com | Today's Deals | Gift Cards | Whole Foods | EN | Hello, Coach-Ken Account & Lists | Orders | Prime | 1 Cart

Your Account › Your Orders › Order Details

Subtotal: $248.00
Proceed to checkout
This order contains a gift
$248.00 prime
Saved for later (23)

# Order Details

Ordered on December 8, 2018 | Order# 111-6131476-1161836

View or Print invoice

**Shipping Address**
Kenneth B. Wilson
455 1st Avenue
Half Moon Bay, CA 94019-5308
United States

**Payment Method**
**** 1289

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $59.98 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $59.98 |
| Estimated tax to be collected: | $5.24 |
| **Grand Total:** | **$65.22** |

Transactions

## Delivered Dec 12, 2018

Your package was handed off directly.

2 of iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights, Timer Outlet, Works with Alexa/Google Assistant, Only
Sold by: Thousandshores Inc
Return eligible through Jan 31, 2019
2 $29.99
**Condition:** New
Buy it again

Track package
Get product support
Return or replace items
Share gift receipt
Leave seller feedback
Write a product review
Archive order

**Items from Your List** Page 1 of 5

- 3 Seated Theatre Recliners - Coaster 600130-3, 31, $1,298.00
- Abba Patio 3 Person Outdoor Metal Gazebo Padded Porch Swing Hammock with..., 27, $708.99 prime
- WD 4TB My Cloud EX2 Ultra Network Attached Storage - NAS - WDBVBZ0040JCH-NESN, 528, $324.99 prime
- Lutron P-BDG-PKG2W Caseta Bridge Kit 2 Wall Electrical Distribution Switcher, White, 143, $165.90 prime

## Your recently viewed items and featured recommendations

Related to items you viewed — Page 1 of 8

- Tirnga Compatible with Apple Watch Band 42mm 38mm 44mm 40mm, iWatch Bands Milanese..., 1,504, $8.99 - $12.99
- TCL 49S405 49-Inch 4K Ultra HD Roku Smart LED TV (2017 Model), 4,003, 18 offers from $317.50
- Sony Ubp-X700 4K Ultra HD Blu-Ray Player (2018 Model), 205, $168.00 prime
- TCL 55S405 55-Inch 4K Ultra HD Roku Smart LED TV (2017 Model), 4,003, $349.99 prime
- INTENY Sport Band for Apple Watch 38mm 40mm 42mm 44mm, Soft Lightweight Breathable..., 1,117, $8.99 - $19.99
- Klipsch RP-140SA Dolby Atmos Speaker (Pair), 100, $398.00 prime

Inspired by your browsing history

- LK [6 Pack] Screen Protector for Apple Watch (42mm Series 3/2/1 44mm Series 4..., 1,408, $10.99 prime
- Spigen S350 Designed for Apple Watch Stand with Night Stand Mode for Series 4 / Series 3..., 3,021, $8.99 prime
- LK [6 Pack] Screen Protector for Apple Watch (38mm Series 3/2/1 40mm Series 4..., 780, $10.99 prime
- Apple Watch Stand- Tranesca Apple Watch charging stand for Series 4 / Series 3 / Series 2..., 1,694, $9.95 prime
- LK [6 Pack] Screen Protector for Apple Watch Series 4 40mm, LiquidSkin [HD Clear Anti-Bubble]..., 501, $9.99 prime
- Smiling Apple Watch 3 Case Buit in TPU Screen Protector All-Around Protective Case High..., 956, $7.99 prime

You viewed

Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Press Center
- Investor Relations
- Amazon Devices

**Make Money with Us**
- Sell on Amazon
- Sell Under Private Brands
- Sell on Amazon Handmade
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- › See all

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Business Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

amazon English United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates

1 Cart

Subtotal: $248.00

Proceed to checkout

This order contains a gift

$248.00 prime

Saved for later (23)

# Exhibit K



SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

amazon prime | All | Prime Video Stream movies & TV shows

Deliver to Kenneth Half Moon... 94019 | Buy Again | Browsing History | Coach-... 's Amazon.com | Today's Deals | Gift Cards | Whole Foods | EN | Hello, Coach-Ken Account & Lists | Orders | Prime | 1 Cart

Subtotal: $248.00
Proceed to checkout
This order contains a gift

$248.00 prime

# How can we resolve it?

**Product Support for** iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control... (1)

**Talk to an expert**

Figure out and fix what's wrong, get set up and connected, and ask how-to questions.

Phone | Chat

*i* If a new window doesn't appear, change your settings to allow pop-ups and try again.

Hours of operation

**Phone**
Every day, 5:00 AM - 10:00 PM PST

**Chat**
Every day, 5:00 AM - 10:00 PM PST

Continue shopping

Saved for later (23)

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Amazon Business Everything For Your Business
AmazonFresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Inspire Digital Educational Resources
Amazon Rapids Fun stories for kids on the go
Amazon Restaurants Food delivery from local restaurants
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audiobooks
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-hour Delivery on Everyday Items
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Withoutabox Submit to Film Festivals
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Souq.com Shop Online in the Middle East
Subscribe with Amazon Discover & try subscription services
PillPack Pharmacy Simplified
Amazon Renewed Refurbished products with a warranty
Amazon Second Chance Pass it on, trade it in, give it a second life

Conditions of Use | Privacy Notice | Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates

# Exhibit L

Product Support | **Amazon**                                                                                          Close window

iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights, Timer Outlet, Works with Alexa/Google Assistant, Only Support 2.4GHz Wi-Fi [CNET / Wirecutter's Pick]

**Start chatting with an Amazon technician.**

How can we help you today?

☐ E-mail a transcript of this chat to ken@wilson5.com

Cancel    Start chat

Ready to connect

# Exhibit M



SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

amazon prime | All | Prime Video Stream movies & TV shows

Deliver to Kenneth Half Moon... 94019 | Buy Again | Browsing History | Coach-… 's Amazon.com | Today's Deals | Gift Cards | Whole Foods | EN | Hello, Coach-Ken Account & Lists | Orders | Prime | 1 Cart

Subtotal: $248.00
Proceed to checkout
This order contains a gift

**Why are you returning this?** Item defective or doesn't work

**How can we make it right?**

Details

**Talk to an expert**
*offered by* **Amazon**

- Figure out and fix what's wrong
- Ask how-to questions
- Get set up and connected

CALL ME | CHAT NOW

**Available now**
Every day, 5:00 AM - 10:00 PM PST

**Replace with the exact same item**

**Refund to your Amazon account balance**

**Refund to your AmazonPLCC ending in 1289**

Continue shopping

Items you're returning

2

$248.00 prime

Back to top

Saved for later (23)

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Amazon Business Everything For Your Business
AmazonFresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Inspire Digital Educational Resources
Amazon Rapids Fun stories for kids on the go
Amazon Restaurants Food delivery from local restaurants
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audiobooks
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-hour Delivery on Everyday Items
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Withoutabox Submit to Film Festivals
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Souq.com Shop Online in the Middle East
Subscribe with Amazon Discover & try subscription services
PillPack Pharmacy Simplified
Amazon Renewed Refurbished products with a warranty
Amazon Second Chance Pass it on, trade it in, give it a second life

Conditions of Use | Privacy Notice | Interest-Based Ads | © 1996-2018, Amazon.com, Inc. or its affiliates

# Exhibit N



SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

amazon prime | All | Prime Video Stream movies & TV shows

Deliver to Kenneth Half Moon... 94019 | Buy Again | Browsing History | Coach-... 's Amazon.com | Today's Deals | Gift Cards | Whole Foods | EN | Hello, Coach-Ken Account & Lists | Orders | Prime | 1 Cart

Subtotal: $248.00
Proceed to checkout
This order contains a gift

**Why are you returning this?** Item defective or doesn't work

**How can we make it right?** Refund to your Amazon account balance CHANGE

**How will you mail your return?**
455 1st Avenue, Half Moon Bay, CA, 94019-5308 Change address

Details

| | |
|---|---|
| No printer? No problem, print @ The UPS Store | $0.00 |
| USPS (US Postal Service) Dropoff | $0.00 |
| UPS Dropoff | $0.00 |
| UPS Pickup | $0.00 |

(UPS Dropoff selected) Find a UPS location
Print the return shipping label anytime from Your Orders or your email.

CONFIRM YOUR RETURN

Return by **Feb 1, 2019**

**Refund summary**

| | |
|---|---|
| Refund subtotal | $65.22 |
| Shipping (UPS Dropoff) | $0.00 |
| **Total estimated refund** | **$65.22** |

Items you're returning
2

$248.00 prime

Saved for later (23)

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Amazon Business Everything For Your Business
AmazonFresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Inspire Digital Educational Resources
Amazon Rapids Fun stories for kids on the go
Amazon Restaurants Food delivery from local restaurants
Amazon Web Services Scalable Cloud Computing Services
Audible Download Audiobooks
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Junglee.com Shop Online in India
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-hour Delivery on Everyday Items
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Withoutabox Submit to Film Festivals
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Souq.com Shop Online in the Middle East
Subscribe with Amazon Discover & try subscription services
PillPack Pharmacy Simplified
Amazon Renewed Refurbished products with a warranty
Amazon Second Chance Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates

# Exhibit O







SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

amazon prime | All | Prime Video Stream movies & TV shows

Deliver to Kenneth
Half Moon... 94019 | Buy Again | Browsing History | Coach-… 's Amazon.com | Today's Deals | Gift Cards | Whole Foods | EN | Hello, Coach-Ken Account & Lists | Orders | Prime | 1 Cart

# Your Return Summary

**Send your items back to Amazon and you're done!**

Securely pack and return your items to Amazon by **Feb 1, 2019**. We've emailed these details to you at ken@wilson5.com.

Print label & instructions

## UPS Drop Off

- Ensure that there are no other tracking labels attached to your package. If you are shipping a non-hazardous item, completely remove or cover any hazardous materials markings.
- Affix the mailing label squarely onto the address side of the parcel, covering up any previous delivery address and barcode without overlapping any adjacent side.
- Take this package to a UPS location. To find your closest UPS location, visit the UPS Drop Off Locator or go to www.ups.com.

### Did you know?

If you're having trouble with certain items, you can get help from a technical expert, send items for repair, and more through Get Product Support in Your Orders.

Learn more

## You are returning 1 item(s) in 1 package(s):

### Package (1/1) - UPS Drop Off

iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights, Timer Outlet, Works with Alexa/Google Assistant, Only Support 2.4GHz Wi-Fi [CNET / Wirecutter's Pick] — $59.98
Quantity: 2
Return Reason: Item defective or doesn't work

| | | |
|---|---|---|
| Item Tax Refund | : | $5.24 |
| Refund Subtotal | : | $65.22 |

**Your Refund** — **$65.22**

*i* Your refund will be applied to your gift card balance, within 2-3 business days from when we receive your return.

**To check the status of your refund**
View return details in Your Orders.

| | | |
|---|---|---|
| **Refund Total** | : | $65.22 |

Continue shopping

Subtotal: $248.00
Proceed to checkout
This order contains a gift

$248.00 prime

Saved for later (23)

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon | English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audiobooks | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy |
| Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Refurbished products with a warranty | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use | Privacy Notice | Interest-Based Ads © 1996-2018, Amazon.com, Inc. or its affiliates

# Exhibit P

(i) All items must be sent by **Feb 1, 2019**. Tell us about your return experience.

**Additional instructions for mailing your package**

- Ensure that there are no other tracking labels attached to your package. If you are shipping a non-hazardous item, completely remove or cover any hazardous materials markings.
- Affix the mailing label squarely onto the address side of the parcel, covering up any previous delivery address and barcode without overlapping any adjacent side.
- Take this package to a UPS location. To find your closest UPS location, visit the UPS Drop Off Locator or go to www.ups.com.

**Return Mailing Label**

Cut this label and affix to the outside of the return package



**Return Authorization Slip**

Place this barcode and item description inside your return package (in case your mailing label gets damaged).



DK8BGkqtRRMA

| Item Descriptions | Quantity |
|---|---|
| iClever Outdoor Smart Plug IC-BS06 Wi-Fi Smart Switch, Wireless Remote Control Christmas Lights, Timer Outlet, Works with Alexa/Google Assistant, Only Support 2.4GHz Wi-Fi [CNET / Wirecutter's Pick] | 2 |

# Exhibit Q

**From:** return@amazon.com
**Subject:** Your return of 2x iClever Outdoor Smart Plug...
**Date:** January 2, 2019 at 1:45 PM
**To:** ken@wilson5.com



                          # Return Summary

**Hello Coach-ken,**
We've accepted your return request. Once we receive the item below, we'll issue your refund. If you placed this order, print your shipping label using the link below or from Your Orders in the Amazon app or website.

| Print return label & instructions | Check return & refund status |
|---|---|

| Send by: | Return ship method: |
|---|---|
| **Fri, Feb 1** | **UPS Drop Off** Dropoff locator |

   **2** x iClever Outdoor Smart Plug...

Estimated refund: **$65.22***
Refund will appear on your Amazon account as soon as we receive the item.

*The total refund amount may vary based on shipping, late return, or other fees, learn more.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.