# EXHIBIT M

to Declaration of Joshua M. Masur in Support of Redbubble Inc.'s Opposition to Y.Y.G.M. SA d.b.a. Brandy Melville' Motion for Partial Summary Judgment

Page 1

```
 1  UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
 2  ------------------------------------x
    Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,
 3  a Swiss Corporation,

 4            Plaintiff,

 5       v.                    Case No.
                               2:19-cv-04618-RGK (FFMx)
 6
    REDBUBBLE, INC., a Delaware
 7  Corporation,

 8            Defendant.
    ------------------------------------x
 9
10                            NEW YORK, NEW YORK
                              FEBRUARY 28, 2020
11

12

13

14       VIDEO RECORDED DEPOSITION

15            OF MADISON ELKINS

16

17

18

19  Reported by:

20  MARK RICHMAN, CCR, RPR, CM

21  JOB NO:  177882

22

23

24

25
```

Page 2

1

2

3           NEW YORK, NEW YORK

4           10:10 A.M.

5

6       VIDEO RECORDED DEPOSITION OF MADISON

7  ELKINS, held at the offices of Zuber Lawler &

8  Del Duca LLP, 1 Penn Plaza New York, New York,

9  before Mark Richman, a Certified Shorthand

10 Reporter, Registered Professional Reporter and

11 Notary Public within and for the State of New

12 York

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                      Page 3
 1  APPEARANCES:

 2

 3  BROWNE GEORGE ROSS

 4  Attorneys for Plaintiff

 5      5 Penn Plaza

 6      New York, NY 10001

 7  BY:   JEFFREY MITCHELL, ESQ.

 8

 9

10

11  ZUBER LAWLER & DEL DUCA

12  Attorneys for Defendant

13      350 South Grand Avenue

14      Los Angeles, CA 90071

15  BY:   ZACHARY DAVIDSON, ESQ.

16

17

18

19

20  PRESENT:

21  LEM LATTIMER, Videographer

22

23

24

25
```

Page 4

```
 1        THE VIDEOGRAPHER:  This is the
 2   start of media labeled number 1 of
 3   the video recorded deposition of
 4   Madison Elkins in the matter of
 5   Y.Y.G.M. SA d/b/a Brandy Melville
 6   versus Redbubble, Inc. on February
 7   the 28th, 2020 at approximately 10:10
 8   a.m.
 9        My name is Lem Lattimer, I'm the
10   legal video specialist from TSG
11   Reporting.  The court reporter is
12   Mark Richman from TSG Reporting.
13        Counsels, please introduce
14   yourselves.
15        MR. DAVIDSON:  Zach Davidson, on
16   behalf of defendant Redbubble, from
17   Zuber Lawler & Del Duca.
18        MR. MITCHELL:  Jeffrey Mitchell,
19   Browne George Ross, for the
20   plaintiff.
21        THE VIDEOGRAPHER:  Will the court
22   reporter please swear the witness in.
23        MADISON ELKINS, called as a
24   witness, having been first duly sworn
25   by the Notary Public (Mark Richman),
```

```
                                              Page 5
 1    was examined and testified as
 2    follows:
 3         MR. MITCHELL:  Speak up.
 4         EXAMINATION BY MR. DAVIDSON:
 5    Q.   Good morning, Ms. Elkins.  Have
 6  you ever been deposed before?
 7    A.   No.
 8    Q.   Would you start by stating your
 9  name for the record or spelling your
10  name for the record?
11    A.   Madison Elkins.
12    Q.   Could you spell it please.
13    A.   M-A-D-I-S-O-N E-L-K-I-N-S.
14    Q.   Okay.  So I'm going to go over a
15  few points on how it's going to work
16  today.  I'm sure you spoke about it with
17  your counsel but I'm going to review
18  some of the sort of ground rules.  Let
19  me know if you have any questions as we
20  go.
21         So you understand the oath you
22  just took is the same as if you were
23  testifying in court.  You have to give
24  me the most truthful, best answer you
25  can give today?
```

Page 31

1        What sort of knowledge about
2   Brandy Melville marketing do you have?
3   I can ask it a different way if you
4   want.
5    A.    Can you?
6    Q.    What responsibilities at Brandy
7   Melville do you have that give you
8   knowledge of its marketing?
9    A.    I don't have any responsibilities
10  to marketing directly.  All I know is
11  I've been at the brand so long to
12  understand our version and our role of
13  marketing and that we don't do much.
14        I know Instagram is big for us.
15  It's probably the biggest role in our
16  marketing.
17   Q.    How does Brandy Melville use
18  Instagram to market?
19   A.    By posting photos of our
20  clothing.
21   Q.    So Brandy Melville has an
22  Instagram account, right?
23   A.    Yes.
24   Q.    Do you personally manage that
25  Instagram account?

1   A.   No.

2   Q.   It's like a social media manager?

3   A.   I don't know.

4   Q.   Do you know who does manage the
5   social media account?

6   A.   I don't know.

7   Q.   Are the photos from -- well
8   strike that.

9        What sort of photos go up on the
10  Brandy Melville Instagram account?

11  A.   Photos of our clothing and girls
12  wearing our clothing.

13  Q.   Do you know how Brandy Melville
14  gets the photos of the girls wearing
15  your clothing?

16  A.   Yes, we have photographers that
17  take photos of our employees and models.

18  Q.   And so are all, as far as you're
19  aware, the photos on the Brandy Melville
20  Instagram account photos that were taken
21  by Brandy Melville using the
22  photographer?

23  A.   Or by customers.

24  Q.   So customers sometimes submit
25  photos?

Page 33

1    A.    Customers can post photos in the
2    clothing and tag Brandy Melville.
3    Q.    And if they tag Brandy Melville
4    you'll take it and put it separately on
5    your Instagram account or you just mean
6    that's a form of marketing for Brandy
7    Melville?
8    A.    I don't know.
9    Q.    As far as you're aware though the
10   actual posts by the Brandy Melville
11   Instagram account, is that all
12   photographs created by Brandy Melville?
13   A.    I don't know.
14   Q.    How frequently do you look at
15   Brandy Melville's Instagram account?
16   A.    I follow it myself.
17   Q.    But how frequently do you look at
18   it, check it out?
19   A.    I see the posts when they're
20   posted daily.
21   Q.    Can you recall an instance where
22   you saw a photo that appeared to be
23   taken by a customer posted to the Brandy
24   Melville Instagram account?
25   A.    I don't know.

Page 34

```
 1            MR. MITCHELL:  Can I hear that?
 2     What was that question again?
 3            MR. DAVIDSON:  "Can you recall an
 4     instance where you saw a photo that
 5     appeared to be taken by a customer
 6     posted to the Brandy Melville
 7     Instagram account?"  And she
 8     answered.
 9            MR. MITCHELL:  Okay.
10     Q.    Besides Instagram, there are
11  other ways that Brandy Melville markets?
12     A.    Through the stickers.
13     Q.    What do you mean?
14     A.    We have stickers that are
15  available in the store that we give away
16  for free that customers then take, they
17  put them on their laptops, on their, on
18  the back of their phones.
19     Q.    Brandy Melville gives the
20  stickers away for free?
21     A.    Yes.
22     Q.    All of them?
23     A.    Yes.
24     Q.    Does Brandy Melville ever sell a
25  sticker?
```

Page 35

1  A.    No.
2  Q.    As far as you're aware, are all
3  of those stickers original designs?
4  A.    Yes.
5  Q.    Why are you so confident that's
6  the case?
7  A.    They're designs from our
8  t-shirts.
9  Q.    And is it your understanding that
10 all of the designs on your t-shirts are
11 original designs?
12 A.    From what I know.
13 Q.    Beyond Instagram and the
14 stickers, is there any other form of
15 marketing that you're aware of that
16 Brandy Melville engages in?
17 A.    Not that I know of.
18 Q.    Before we talk about customer
19 relations, you mentioned earlier because
20 I've been at the brand this long.  How
21 long have you worked for Brandy
22 Melville?
23 A.    Seven years.
24 Q.    What was your first role at
25 Brandy Melville?

Page 53

```
 1   A.    No.
 2   Q.    Do you know who does?
 3   A.    I don't know.
 4   Q.    If you had a question about
 5   something that was posted on the
 6   website, who would you call?
 7   A.    What do you mean posted on the
 8   website?
 9   Q.    If something was on the website
10   and you had a question about it, who
11   would you call?
12   A.    What would the question be?
13   Q.    Any type of question.
14   A.    I could contact our customer
15   service if it was regarding an item.
16   Q.    Is there one customer service
17   employee or more than one?
18   A.    There's multiple.
19   Q.    Do you have a sense of how many?
20   A.    No.
21   Q.    Does your knowledge of marketing
22   at Brandy Melville extend to
23   understanding its target demographic?
24   A.    Can you repeat that?
25   Q.    Do you know, based on your
```

1  experience at Brandy Melville, what the
2  target demographic of Brandy Melville
3  is?
4  A.   Yes.
5  Q.   What is it according to your
6  understanding?
7  A.   Teenage girls.
8  Q.   Anyone else?
9  A.   Target demographic would be
10 teenage girls.
11 Q.   Is that literally 13 to 19 or is
12 there a different definition of teenage
13 girls that you guys are using?
14 A.   Around 12 to 18.
15 Q.   12 to 18.  Do you manage your
16 store's inventory?
17 A.   No.
18 Q.   Who does?
19 A.   I don't know.
20 Q.   You don't do the purchase orders?
21 A.   I don't purchase orders.
22 Q.   Do you know who does?
23 A.   I don't know.
24 Q.   So as the store manager at the
25 flagship location, if you wanted to know

Page 128

```
 1  call it the one size policy?
 2  A.    Yes.
 3  Q.    What is the one size policy?
 4  A.    Each product that we make comes
 5  in one size.  There are, however,
 6  different styles that we produce.  There
 7  are some that are large, there are some
 8  that are extra large, there are some
 9  that are small.
10  Q.    Has, for example, the LA
11  Lightning logo been placed on different
12  size apparel?
13  A.    On different products, yes.
14  Q.    Of different sizes?
15  A.    Different products that would be
16  different sizes.  We have it on crop
17  tops, we have it on hoodies.
18  Q.    In your experience engaging with
19  customers in the stores, how frequently,
20  if ever, does a customer come in looking
21  for a particular design, only to find it
22  doesn't come in their size?
23  A.    Not too frequently.
24  Q.    But it does happen?
25  A.    It does happen.  In which we
```