# EXHIBIT N

to Declaration of Joshua M. Masur in Support of Redbubble Inc.'s Opposition to Y.Y.G.M. SA d.b.a. Brandy Melville' Motion for Partial Summary Judgment

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3    ATARI INTERACTIVE, INC.,          )

                                        )

 4              Plaintiff,              )

                                        )

 5      VS.                             )  NO. C 18-03451 JST

                                        )

 6    REDBUBBLE, INC.,                  )

                                        )

 7              Defendant.              )

                                        )

 8                                      )

      AND RELATED ACTIONS.              )

 9                                      )

10

11

12

13

14

15                      CONFIDENTIAL

16      VIDEOTAPED DEPOSITION OF JENNY RENEE GREENHOUGH

17              San Francisco, California

18            Wednesday, December 11, 2019

19

20

21

22

      Reported by:

23    LYDIA ZINN

      RPR, FCRR, CSR No. 9223

24    Job No. CA 3795816

25    PAGES 1 - 140
```

Page 1

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3    ATARI INTERACTIVE, INC.,          )

                                        )

 4              Plaintiff,              )

                                        )

 5      VS.                             )  NO. C 18-03451 JST

                                        )

 6    REDBUBBLE, INC.,                  )

                                        )

 7              Defendant.              )

                                        )

 8                                      )

      AND RELATED ACTIONS.              )

 9                                      )

10

11

12

13

14              Confidential videotaped deposition of

15    JENNY RENEE GREENHOUGH, taken on behalf of Plaintiff

16    Atari Interactive, Inc., at Browne George Ross, LLP,

17    44 Montgomery Street, Suite 1280, San Francisco, CA

18    94104, beginning at 10:06 a.m. and ending at 4:00

19    p.m., on Wednesday, December 11, 2019, before

20    LYDIA ZINN, Certified Shorthand Reporter No. 9223.

21

22

23

24

25
```

Page 2

```
 1    APPEARANCES:
 2    For Plaintiff Atari Interactive ,Inc.:
                                Browne George Ross LLP
 3                              2121 Avenue of the Stars
                                Suite 2800
 4                              Los Angeles, CA   90067
                                (310) 274-7100
 5                              kwesley@bgrfirm.com
                           BY:  KEITH J. WESLEY
 6
      For Defendant Redbubble, Inc.:
 7                              Zuber Lawler Del Duca LLP
                                2000 Broadway Street
 8                              Suite 154
                                Redwood City, CA   94063
 9                              (650) 434-8538
                                jmasur@zuberlaw.com
10                         BY:  JOSHUA M. MASUR
11
      Also Present:
12
      James N. Toy, In-House Counsel, Redbubble
13
      Cassia Leet, Videographer, Veritext
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1          And again I'm going to ask you to read back the       13:59:46

 2    question, because my objection took a long time.

 3    (Record read.)

 4             THE WITNESS:   Which policies and procedures?

 5    BY MR. WESLEY                                               14:00:12

 6    Q.   Monitoring whether or not there's intellectual

 7    property infringement in the works that are displayed

 8    on Redbubble.com.

 9    A.   I don't think that that's our policy.  I mean, no,

10    I've never had someone come and say, I don't believe       14:00:35

11    this is working.

12    Q.   Okay.  Does Redbubble have a policy of monitoring

13    whether or not the works on Redbubble.com infringe the

14    intellectual property rights of third parties?

15    A.   We have certain policies in place to help mitigate    14:00:50

16    that risk; but we do not screen individual -- or every

17    individual artwork that's uploaded to Redbubble.

18    Q.   Okay.  What are the policies in place?

19    A.   We have a Takedown Notice process we've already

20    discussed.                                                  14:01:09

21    Q.   Okay.

22    A.   And we have a policing process in place, in

23    collaboration with rights holders.  And we have

24    fraud-detection software; and a repeat infringement

25    policy to remove users who are violating our policies.     14:01:23
```

Page 94