CONFIDENTIAL

1              UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3
4    Y.Y.G.M. SA d.b.a. BRANDY        )
     MELVILLE, a Swiss                )
5    corporation,                     )
                                      )
6              Plaintiff              )
                                      )  Case No:
7              vs.                    )  2:19-cv-04618-RGK
                                      )  (FFMx)
8    REDBUBBLE, INC., a Delaware      )
                                      )
9              Defendant              )
     ─────────────────────────────────)
10
11
12
13      Videotaped 30(B)(6) Deposition of James N. Toy
14                     Via Zoom
15              San Francisco, California
16               Tuesday, April 21, 2020
17
18
19   Reported by:
20   JOANNE M. FARRELL, RPR, CRR
21   CSR Nos. 4838(CA)  507(NM)
22   Job No. 4081733
23
24   Pages 1 - 224
25

                                              Page 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   Y.Y.G.M. SA d.b.a. BRANDY      )
     MELVILLE, a Swiss             )
 5   corporation,                  )
                                   )
 6          Plaintiff             )
                                   )  Case No:
 7          vs.                    )  2:19-cv-04618-RGK
                                   )  (FFMx)
 8   REDBUBBLE, INC., a Delaware    )
                                   )
 9          Defendant             )
     _____)
10
11
12         Videotaped 30(b)6 Deposition via Zoom of
13   James N. Toy, taken on behalf of Plaintiff,
14   beginning at 10:21 a.m., on Tuesday, April 21, 2020,
15   before Joanne M. Farrell, Certified Shorthand
16   Reporter No. 4838.
17
18
19
20
21
22
23
24
25
```

Page 2

CONFIDENTIAL

```
 1    APPEARANCES:

 2    For Plaintiff:

 3      BROWNE GEORGE ROSS LLP

 4      By:  JASON Y. KELLY, ESQ.

 5           RYAN Q. KEECH, ESQ.

 6      2121 Avenue of the Stars, Suite 2800

 7      Los Angeles, California 90067

 8      (310) 274-7100

 9      jkelly@bgrfirm.com

10      rkeech@bgrfirm.com

11

12    For Defendant:

13      ZUBER LAWLER

14      By:  JOSHUA M. MASUR, ESQ.

15      2000 Broadway Street, Suite 154

16      Redwood City, California 94063

17      650-434-8538

18      jmasur@zuberlaw.com

19

20    Also Present: Ron Lazo, Videographer

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    redirects.                                          5:25:10PM

 2                        EXAMINATION

 3    BY MR. MASUR:

 4        Q.  Mr. Toy, can you turn to Exhibit 117.

 5        A.  Okay.                                       5:25:29PM

 6        Q.  So you recall that Mr. Kelly questioned you

 7    on this a couple hours ago?  Do you recall it?

 8        A.  Yes, yes.

 9        Q.  If you look at the top, view the top of

10    that first page, there are five boxes going across   5:25:51PM

11    under words that say "See brandy melville t-shirts"

12    on the left and then "Sponsored" to the right.

13            Do you see that?

14        A.  Yes.

15        Q.  Do you have an understanding of whether       5:26:04PM

16    those five items there are sponsored links?

17        A.  It says "Sponsored," which would suggest

18    they are sponsored links.

19        Q.  And in those five there, do you see any

20    link for Redbubble?                                   5:26:24PM

21        A.  No.

22        Q.  So you do see how we are going down into

23    the search results and there's a Redbubble link that

24    says "Brandy Melville T-shirts | Redbubble"?

25        A.  Four down, I see that.                        5:26:40PM
```

Page 218

CONFIDENTIAL

```
 1        Q.  And this is not in the sponsored result      5:26:45PM

 2   section, correct?

 3             MR. KELLY:  Objection.  Document speaks for

 4   itself.

 5             THE WITNESS:  Correct.                       5:26:55PM

 6   BY MR. MASUR:

 7        Q.  And do you know whether Redbubble pays

 8   Google for placement within search results?

 9             MR. KELLY:  Objection.  Asked and answered.

10             THE WITNESS:  Redbubble does not pay to --   5:27:22PM

11   sorry, can you repeat your question?

12   BY MR. MASUR:

13        Q.  Yeah.  The question was:  Do you know

14   whether Redbubble pays Google for placement in

15   search results?                                        5:27:40PM

16        A.  Redbubble does not pay Google to move up

17   places in this -- these results.  By "search

18   results" --

19        Q.  You've answered the question I was asking,

20   or trying to.                                          5:28:03PM

21        A.  Yeah.  We don't pay Google.

22        Q.  Can you turn to Exhibit 119.

23        A.  Okay.

24        Q.  Do you recall Mr. Kelly was questioning you

25   about this and specifically the absence of graphics    5:28:21PM
```