# EXHIBIT P

to Declaration of Joshua M. Masur in Support of Redbubble Inc.'s Opposition to Y.Y.G.M. SA d.b.a. Brandy Melville' Motion for Partial Summary Judgment

KENNETH B. WILSON (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
  jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
  zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>REDBUBBLE INC.,<br><br>                    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**REDBUBBLE INC.'S AMENDED FIRST TRIAL EXHIBIT LIST** |

Pursuant to the Court's Order for Jury Trial dated October 23, 2019 (Dkt. 17), Fed.R.Civ.P. 26 and Local Rule 16-2.3, defendant Redbubble Inc. discloses the following exhibits it currently intends to use at trial, other than those contemplated to be used solely for impeachment.

Redbubble explicitly reserves its right to use at trial any of the documents listed on Plaintiff's exhibit list, or used by Plaintiff in connection with any motion or at deposition. Redbubble's designation is explicitly made subject to objections that Redbubble may lodge, to the extent that the Court does not preclude such exhibit, and without waiving objection to any exhibit identified below, in particular to certain of Exhibits 101-128, which were Plaintiff's exhibits at deposition and are included for comprehensiveness and to avoid duplication of exhibit numbers pursuant to Local Rules 16-6.1 and 26-3.

Redbubble explicitly reserves the right to amend this list before, at the commencement of, and/or during trial. For instance, Redbubble may seek to amend this list based on, among other things, this Court's rulings on pretrial motions and motions *in limine*, and on rulings regarding evidentiary matters and testimony presented at trial.

Bold exhibit numbers were previously used at deposition, and pursuant to Local Rules 16-6.1 and 26-3, shall maintain those numbers for purposes of trial.

| Exh | Description | Bates Range |
|---|---|---|
| **1** | Plaintiff's Initial Disclosures | |
| **2** | Brandy Melville's responses and objections to Redbubble's notice of deposition under Rule 30(b)(6) | |
| **3** | Complaint | |

| Exh | Description | Bates Range |
|---|---|---|
| 4 | Plaintiff's responses and objections to defendant Redbubble, Inc.'s first set of interrogatories to plaintiff | |
| 5 | USPTO Certificate for Registration No. 5,373,397: "Brandy Melville" Flags | BRANDY_0002185 - BRANDY_0002187 |
| 6 | USPTO Certificate for Registration No. 5,238,856: "Brandy Melville" Heart | BRANDY_0002175 - BRANDY_0002176 |
| 7 | USPTO Certificate for Registration No. 5,78,883: "Los Angeles California 1984" | BRANDY_0002195 - BRANDY_0002196 |
| 8 | Brandy Melville's Business Presentation re Brand DNA, Marketing / PR, Retail Design / Concept, and Retail Locations | BRANDY_0000057 - BRANDY_0000075 |
| 9 | Email from C. Bonilla to DMCA@redbubble.com cc P. Ross, K. Wesley, D. Torsyan re Infringement of Trademark Rights of Brandy Melville | BRANDY_0000099 |
| 10 | Correspondence from K. Wesley to Redbubble re Infringement of Trademark Rights of Brandy Melville | BRANDY_0000100 - BRANDY_0000102 |
| 11 | Redbubble to [Blank] cc P. Ross, K. Wesley, D. Torosyan re [Redbubble] Update: Infringement of Trademark Rights of Brandy Melville [Notice via Redbubble's Customer Service Contact page] | BRANDY_0000103 - BRANDY_0000104 |
| 12 | Email from Redbubble to C. Bonilla re [Redbubble] Re: Infringement of Trademark Rights of Brandy Melville | BRANDY_0000105 - BRANDY_0000107 |
| 13 | Redbubble Webpage Capture of Brandy Melville Gifts and Merchandise for Sale | BRANDY_0000424 - BRANDY_0000539 |
| 14 | Redbubble Webpage Capture of Brandy Melville Gifts and Merchandise for Sale | BRANDY_0000656 - BRANDY_0000771 |

| Exh | Description | Bates Range |
|---|---|---|
| **15** | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Americana, Inc. - Brandy Melville | BRANDY_0002455 - BRANDY_0002478 |
| **16** | Poshmark listing for "Brandy Melville Georgetown Tshirt" https://poshmark.com/listing/Brandy-Melville-Georgetown-TShirt-5b0df32b31a376c4700a1025 | |
| **17** | Poshmark listing for Brandy Melville "Harvard sweatshirt" https://poshmark.com/listing/Harvard-sweatshirt-59cc32d47fab3a24de00213e | |
| **18** | Poshmark listing for Brandy Melville "UCLA College Crop" https://poshmark.com/listing/UCLA-College-Crop-5a6d591ff9e501b62e7c0623 | |
| 19 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Y.Y.G.M. SA d.b.a. BRANDY MELVILLE | |
| 20 | Redbubble's Answer to Complaint | |
| 21 | Redbubble's First Set of Requests for Production | |
| 22 | Redbubble's First Set of Interrogatories | |
| 23 | Plaintiff's responses to Redbubble's First Set of Requests for Production | |
| 24 | Redbubble's responses to Plaintiff's First Set of Requests for Production | |
| 25 | Redbubble's responses to Plaintiff's First Set of Interrogatories | |
| 26 | Rickert Declaration Ex. A (Listings) | |
| 27 | Rickert Declaration Ex. B (Orders) | |
| 28 | http://shareholders.redbubble.com/site/about-us/our-business | |

| Exh | Description | Bates Range |
|---|---|---|
| 29 | https://www.redbubble.com/about | |
| 30 | Redbubble User Agreement https://www.redbubble.com/agreement | RBBM214887 - RBBM214902 |
| 31 | Redbubble IP/Publicity Rights Policy https://help.redbubble.com/hc/en-us/articles/201579195-Redbubble-IP-Publicity-Rights-Policy | RBBM214881 - RBBM214886 |
| 32 | Correspondence between Brandy Melville and Redbubble | RBBM176733 |
| 33 | Correspondence from Brandy Melville to Redbubble | RBBM175967 |
| 34 | Search results page for "brandy heart" | |
| 35 | Product listing page for product located using the search term "brandy heart" | |
| 36 | Deposition Transcript of Madison Elkins | |
| 37 | Deposition Transcript of Salvatore Rianna in his personal capacity and as Plaintiff's 30(b)(6) designee | |
| 38 | Objections to Plaintiff's Notice of Remote Deposition of Defendant Redbubble Inc. Pursuant to Federal Rule of Civil Procedure (30)(b)(6) | |
| 39 | Brandy Melville Listing report supplement (associated PII) | RBBM015992 - RBBM016057 |
| 40 | Brandy Melville Orders report (without  PII) | RBBM009329 - RBBM015991 |
| 41 | Brandy Melville Orders report supplement (associated PII) | RBBM000001 - RBBM009328 |
| 42 | Brandy Melville Proactive Removal Guidelines 16 July 2019.pdf | RBBM016857 - RBBM016862 |

| Exh | Description | Bates Range |
|---|---|---|
| 43 | Brandy Melville Proactive Removal Guidelines 6 June 2019.pdf | RBBM016863 - RBBM016864 |
| 44 | CON-Account Restriction QA.pdf | RBBM214191 - RBBM214192 |
| 45 | CON-AccountDeletionQA-.pdf | RBBM214193 |
| 46 | CON-Correspondence-Questionsfromusersandrightsholders-240619-2156.pdf | RBBM214194 |
| 47 | CON-DeliberateMisuse-240619-2135.pdf | RBBM214195 |
| 48 | CON-DeliberateMisuseExamples-240619-2139.pdf | RBBM214196 - RBBM214199 |
| 49 | CON-RedbubblePolicies,someFoundationalIdeas,IntellectualPropertyandtheDMCA-200619-0341.pdf | RBBM214200 - RBBM214201 |
| 50 | CON-RepeatInfringerPolicy-240619-2134.pdf | RBBM214202 - RBBM214204 |
| 51 | CON-Suspend-from-sale-200619-0342.pdf | RBBM214205 |
| 52 | CON-WarningsandAccountRestriction-240619-2136.pdf | RBBM214206 - RBBM214207 |
| 53 | CON-EscalatedLegalScripts-Misc-200619-1751.pdf | RBBM214208 |
| 54 | CON-MPIScripts-200619-0400.pdf | RBBM214209 - RBBM214241 |
| 55 | CON-Warn, Restrict, DM.pdf | RBBM214242 - RBBM214250 |
| 56 | Confluence - MarketplaceI ntegrity Team_2019.pdf | RBBM214254 - RBBM214255 |
| 57 | Moderating+Content-Takedown.pdf | RBBM214256 - RBBM214257 |

| Exh | Description | Bates Range |
|---|---|---|
| 58 | Takedown Quality Assurance_Confluence.pdf | RBBM214258 - RBBM214259 |
| 59 | ZD Takedown Form Requirements.pdf | RBBM214260 - RBBM214267 |
| 60 | New Hire Onboarding.pdf | RBBM214268 - RBBM214292 |
| 61 | Reviewing Accounts_ Escalation and Abuse.pdf | RBBM214293 - RBBM214306 |
| 62 | Intellectual Property FAQ_2019.pdf | RBBM214307 - RBBM214309 |
| 63 | Redbubble IP FAQ - Copyright_2019.pdf | RBBM214310 - RBBM214314 |
| 64 | Redbubble IP FAQ - Fair Use and Other Defenses_2019.pdf | RBBM214315 - RBBM214321 |
| 65 | Redbubble IP FAQ - My Work Was Removed_2019.pdf | RBBM214322 - RBBM214326 |
| 66 | Redbubble IP FAQ - Publicity Rights_2019.pdf | RBBM214327 - RBBM214330 |
| 67 | Redbubble IP FAQ - Restricted and Deleted Accounts_2019.pdf | RBBM214331 - RBBM214334 |
| 68 | CON-BulkModeratorStyleGuide-240619-2152.pdf | RBBM214342 |
| 69 | CON-CreatingPolicingGuidelines-240619-2154.pdf | RBBM214343 - RBBM214347 |
| 70 | CON-Policing for Trademarks in Titles.pdf | RBBM214348 - RBBM214350 |
| 71 | CON-ProactivePolicing-240619-2150.pdf | RBBM214351 - RBBM214357 |
| 72 | CON-UnderstandingPolicingGuidelines-240619-2147.pdf | RBBM214358 - RBBM214360 |
| 73 | CON-UnusableTagsSpreadsheet-240619-2155.pdf | RBBM214361 |

| Exh | Description | Bates Range |
|---|---|---|
| 74 | CON-UserHistoryCheckProcess-240619-2137.pdf | RBBM214362 - RBBM214365 |
| 75 | Redbubble Community and Content Guidelines_2019.pdf | RBBM214867 - RBBM214875 |
| 76 | Redbubble Content & Suspension Policy_2019.pdf | RBBM214876 - RBBM214880 |
| 77 | Redbubble User Policies_2019.pdf | RBBM214903 - RBBM214907 |
| 78 | 9pcCopy of Unusable Tags_1keTSdu76RXlCBBIJUzRfRWswNnKN24VcepqOB45pBlU.xlsx | RBBM026828 - RBBM027738 |
| 79 | Analytics www.redbubble.com PST Product Perf_1MtUog20TM2_WVt7fHKQ3z7gtx_Ff3526se0PqhjWR74.xlsx | RBBM031247 - RBBM031332 |
| 80 | Dismissals marked as triggered by passes_1H6lcCmHXxninJ2SbKZf4-2G59q0Ai05zaAjzabvO0as.xlsx | RBBM073279 - RBBM073821 |
| 81 | Funnel stuff EU_1mG_Us__PkG6sHBZvHlpyhMUDjAECYhPkWifWo_0cdrU.xlsx | RBBM078414 - RBBM078465 |
| 82 | https---www.redbubble.com- Performance 2018-_13BPyhXcw8k-pvsBZ8ujYe0Dcwbm75H0g_G2v6aUzad0.xlsx | RBBM085022 - RBBM085040 |
| 83 | https---www.redbubble.com- Performance 2019-_18VEI2d-cVUmwFCHW7S2KK5xN3tvK3Q_lyIOnNKfiQ6E.xlsx | RBBM085539 - RBBM085596 |
| 84 | https---www.redbubble.com- Performance 2019-_1BDMBrvu4Relo7Q17wEPdqj6YMNiWkchYbPFiCDrUIUU.xlsx | RBBM085627 - RBBM085645 |

| Exh | Description | Bates Range |
|-----|-------------|-------------|
| 85 | https---www.redbubble.com- Performance 2019-_1hLeNgL3jC_nc0LDtoOAKot2lQD7QspCvwt8y2XfBgOU.xlsx | RBBM086451 - RBBM086512 |
| 86 | https---www.redbubble.com- Performance 2019-_1ISc4ol1U223yaTletrZ4bVquA3E_A2JK-HAs2xBAzc0.xlsx | RBBM086513 - RBBM086572 |
| 87 | https---www.redbubble.com- Performance 2020-_1guGJQWm-bCkHx5dGXhcy2rL7OKjOedKat1vJH4NpMEg.xlsx | RBBM086838 - RBBM086856 |
| 88 | redbubble.com Performance 2020-01-17_1v3vMJpExhnaw8RWAD-YmuVFzmywFj9e-9eNh0-XhNiQ.xlsx | RBBM121793 - RBBM121811 |
| 89 | results-20170503-191211.csv_19JoRJXSmukUKVcu2E83COEm90OmfxjgH3hBsdFGMtXA.xlsx | RBBM125214 - RBBM125250 |
| 90 | results-20170927-100029.csv_1ngYllpR3QRB06i2BwAuQaaPGuiwkpjtzpGkALGqMZGE.xlsx | RBBM125729 - RBBM125773 |
| 91 | results-20191017-114431_1FRFXrOyP6-D_S9Ee2aMyPDGn4IMGEC9jzTVVv6duQws.xlsx | RBBM140909 - RBBM140918 |
| 92 | results-20200109-103551_1aZCK_ORnx0_jS5dqrhv_TTrJMKQKKQ6zsIOZZEHFQkk.xlsx | RBBM145001 - RBBM145016 |
| 93 | Unusable Tags_15ctZe04xEK83uJNXvqOBmtO98afc8IOfnSgBxIOnI6Q.xlsx | RBBM172016 - RBBM172928 |
| 94 | 2017-11_Orphan Black - executed.pdf | RBBM214366 - RBBM214369 |
| 95 | CartoonNetwork_AdultSwim_Agreement_Signed_19SEP18.pdf | RBBM214381 - RBBM214396 |

| Exh | Description | Bates Range |
|---|---|---|
| 96 | CBSConsumerProductsInc_Signed_10APR19.pdf | RBBM214397 - RBBM214417 |
| 97 | EmojiOne Signed Contract and Terms.pdf | RBBM214418 - RBBM214437 |
| 98 | Final Redbubble Content Management and Licensing Agreement w TEN.docx.pdf | RBBM214438 - RBBM214455 |
| 99 | FINAL_Redbubble_ TEN and Conan_Content Management and Licensing Agreement.pdf | RBBM214456 - RBBM214471 |
| 100 | GroundhogDay_Sony_Signed_15APR19.docx | RBBM214472 - RBBM214485 |
| 101 | Plaintiff's Notice of Remote Deposition of Defendant Redbubble Inc. Pursuant to Federal Rules of Civil Procedure 30(b)(6) | |
| 102 | Printout dated 4/20/20 from the Redbubble website titled "My Work Was Removed" https://help.redbubble.com/hc/en-us/articles/211726403-My-Work-Was-Removed | |
| 103 | Printout dated 4/20/2020 from the Redbubble website titled "Redbubble IP/Publicity Rights Policy" https://help.redbubble.com/hc/en-us/articles/201579195 | |
| 104 | Printout dated 4/20/2020 from the Redbubble website titled "User Agreement" https://www.redbubble.com/agreement#intellectual-property-rights-and-license | |
| 105 | Redbubble IP FAQ - Trademark_2019.pdf | RBBM214339 - RBBM214341 |
| 106 | Redbubble IP FAQ - Someone is Infringing My Rights or the Rights of Another_2019.pdf | RBBM214335 - RBBM214338 |
| 107 | License Agreement between Sony Pictures Consumer Products Inc. and Redbubble Inc. | RBBM214370 - RBBM214380 |

| Exh | Description | Bates Range |
|---|---|---|
| **108** | Printout from the Redbubble website titled "Artist Margins" | |
| **109** | DUPLICATE OF RIANNA EX 7 | BRANDY_0002195 - BRANDY_0002196 |
| **110** | Printout from Redbubble's website with first page Bates-labeled BRANDY_0001740 | BRANDY_0001740 |
| **111** | Printout from Redbubble's website with first page Bates-labeled BRANDY_0002040 | BRANDY_0002040 |
| **112** | Email dated November 13, 2019 from Redbubble Marketplace Integrity Team to lipglossd | RBBM176043 |
| **113** | Document dated 1/10/2020 Bates-labeled RBBM175095 | RBBM175095 |
| **114** | Email dated November 01, 2018 from Redbubble to Cheyanne_1997@yahoo.com | RBBM176774 |
| **115** | CON-BrandyMelville.pdf | RBBM016865 - RBBM016868 |
| **116** | Screenshot of a Yahoo home page Bates-labeled BRANDY_0000095 | BRANDY_0000095 |
| **117** | Screenshot of a Google search page, first page Bates-labeled BRANDY_0002068 | BRANDY_0002068 |
| **118** | Media Redbubble - S01 E02 - On Demand - The Market Opportunity.mp4 | |
| **119** | Email dated October 25, 2016 from Redbubble to Clara Rhodes | RBBM190326 |
| **120** | Email dated April 21, 2019 from Redbubble to Giovanni Pujals | RBBM177978 |
| **121** | Email dated September 14, 2017 from Redbubble via CS: DAS Records to Minimacbook | RBBM181029 |
| **122** | Email dated October 04, 2016 from Redbubble to Road3 | RBBM176537 |

| Exh | Description | Bates Range |
|-----|-------------|-------------|
| **123** | One Row Per Listing report | RBBM016058 - RBBM016099 |
| **124** | Photograph of plastic bag | BRANDY_0000419 |
| **125** | DUPLICATE OF TOY 110 - Printout from Redbubble's website with first page Bates-labeled BRANDY_0001740 | BRANDY_0001740 |
| **126** | Picture re White T-Shirt with "OK, BUT FIRST COFFEE" Graphic on the Front | BRANDY_0000417 |
| **127** | Letter from Emancipation Capital to Redbubble Ltd dated December 22, 2019 | |
| **128** | Email dated June 05, 2018 from Megan Burkimsher to drew.brosnan@redbubble.com | RBBM185670 |
| 501 | ITV Signed contract.pdf | RBBM214486 - RBBM214502 |
| 502 | Online_Marketplace_Agreement - Emoji.pdf | RBBM214503 - RBBM214510 |
| 503 | Orphan Black - Schedule A (Additional Terms) (RB Nov 6 17).doc | RBBM214511 - RBBM214514 |
| 504 | Redbubble - MMLA & Schedule A - Various (201303807) (RB 28-AUG-19).docx | RBBM214515 - RBBM214561 |
| 505 | Redbubble - MMLA & Schedule A - Various (201303807) (RB 28-AUG-19).pdf | RBBM214562 - RBBM214609 |
| 506 | TBS_TNT_TruTV_Turner_Signed_14AUG18.pdf | RBBM214610 - RBBM214627 |
| 507 | Zorro Productions Inc. September 27, 2017.pdf | RBBM214628 - RBBM214637 |
| 508 | Screenshots of Brandy Melville's Instagram Posts | BRANDY_0000001 - BRANDY_0000032 |
| 509 | Screenshots of Brandy Melville's Instagram Posts | BRANDY_0000033 - BRANDY_0000056 |

| Exh | Description | Bates Range |
|---|---|---|
| 510 | Email from Redbubble to C. Bonilla re [Redbubble] Re: Infringement of Trademark Rights of Brandy Melville | BRANDY_0000108 - BRANDY_0000111 |
| 511 | Email from Redbubble to C. Bonilla re [Redbubble] Re: Infringement of Trademark Rights of Brandy Melville | BRANDY_0000112 - BRANDY_0000113 |
| 512 | Email from Redbubble to to [Blank] cc P. Ross, K. Wesley, D. Torosyan re [Redbubble] Re: Infringement of Trademark Rights of Brandy Melville | BRANDY_0000114 - BRANDY_0000117 |
| 513 | Email from Redbubble to P. Ross, K. Wesley, D. Torosyan re [Redbubble] Update: Infringement of Trademark Rights of Brandy Melville | BRANDY_0000118 - BRANDY_0000120 |
| 514 | Correspondence from J. Masur to K. Wesley re Y.Y.G.M. SA d.b.a Brandy Melville v. Redbubble Inc. | BRANDY_0000121 - BRANDY_0000143 |
| 515 | Correspondence from K. Wesley to J. Masur re Y.Y.G.M. SA d.b.a Brandy Melville v. Redbubble Inc. | BRANDY_0000144 - BRANDY_0000161 |
| 516 | Correspondence from J. Masur to K. Wesley re re Y.Y.G.M. SA d.b.a Brandy Melville v. Redbubble Inc. | BRANDY_0000162 - BRANDY_0000170 |
| 517 | Correspondence from K. Wesley to J. Masur re Y.Y.G.M. SA d.b.a Brandy Melville v. Redbubble Inc. | BRANDY_0000171 - BRANDY_0000186 |
| 518 | USPTO Filing: Request for Extension of Protection (Serial No. 79200021) | BRANDY_0002171 - BRANDY_0002174 |
| 519 | USPTO Filing: Trademark/Service Mark Application, Principal Register (Serial No. 87389007) | BRANDY_0002177 - BRANDY_0002184 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Exh | Description | Bates Range |
|---|---|---|
| 520 | USPTO Filing: Trademark/Service Mark Application, Principal Register (Serial No. 88018059) | BRANDY_0002188 - BRANDY_0002194 |
| 521 | Correspondence from K. Wesley, Esq. to Ross Stores, Inc. c/o K. Jew, Esq. re Infringement of Trademark Rights of Brandy Melville | BRANDY_0002401 - BRANDY_0002403 |
| 522 | Correspondence from K. Wesley, Esq. to the TJX Companies, Inc. c/o A. Kelley, Esq. re Infringement of Trademark Rights of Brandy Melville | BRANDY_0002404 - BRANDY_0002406 |
| 523 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Apaposh, Inc. - Brandy Melville | BRANDY_0002407 - BRANDY_0002430 |
| 524 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Brandy Melville at Ala Moana Center, Inc. - Brandy Melville | BRANDY_0002431 - BRANDY_0002454 |
| 525 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Austin, Inc. - Brandy Melville | BRANDY_0002479 - BRANDY_0002502 |
| 526 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Berkeley, Inc. - Brandy Melville | BRANDY_0002503 - BRANDY_0002526 |
| 527 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Boston, Inc. - Brandy Melville | BRANDY_0002527 - BRANDY_0002550 |
| 528 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Boulder, Inc. - Brandy Melville | BRANDY_0002551 - BRANDY_0002574 |
| 529 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Broadway, Inc. - Brandy Melville | BRANDY_0002575 - BRANDY_0002598 |

| Exh | Description | Bates Range |
|-----|-------------|-------------|
| 530 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Columbus, Inc. - Brandy Melville | BRANDY_0002599 - BRANDY_0002622 |
| 531 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Apaposh, Inc. - Brandy Melville East Hampton | BRANDY_0002623 - BRANDY_0002646 |
| 532 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Emeryville, Inc. - Brandy Melville | BRANDY_0002647 - BRANDY_0002670 |
| 533 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Greenwich, Inc. - Brandy Melville | BRANDY_0002671 - BRANDY_0002694 |
| 534 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Basic Grove LA, Inc. - Brandy Melville | BRANDY_0002695 - BRANDY_0002718 |
| 535 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Georgetwon, Inc. - Brandy Melville | BRANDY_0002719 - BRANDY_0002742 |
| 536 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Huntington Beach, Inc. - John Galt | BRANDY_0002743 - BRANDY_0002766 |
| 537 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Hingham, Inc. - Brandy Melville | BRANDY_0002767 - BRANDY_0002790 |
| 538 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Houston, Inc. - Brandy Melville | BRANDY_0002791 - BRANDY_0002814 |
| 539 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Irvine, Inc. - Brandy Melville | BRANDY_0002815 - BRANDY_0002838 |

| Exh | Description | Bates Range |
|---|---|---|
| 540 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Apaposh, Inc. - Brandy Melville Lafayette | BRANDY_0002839 - BRANDY_0002862 |
| 541 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Miami, Inc. - Brandy Melville | BRANDY_0002863 - BRANDY_0002886 |
| 542 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Palo Alto, Inc. - Brandy Melville | BRANDY_0002887 - BRANDY_0002910 |
| 543 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Palisades, Inc. - Brandy Melville | BRANDY_0002911 - BRANDY_0002934 |
| 544 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Philadelphia, Inc. - Brandy Melville | BRANDY_0002935 - BRANDY_0002958 |
| 545 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Portland, Inc. - Brandy Melville | BRANDY_0002959 - BRANDY_0002982 |
| 546 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Apaposh, Inc. - Brandy Melville | BRANDY_0002983 - BRANDY_0003006 |
| 547 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat San Diego, Inc. - Brandy Melville | BRANDY_0003007 - BRANDY_0003030 |
| 548 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat San Francisco, Inc. - Brandy Melville | BRANDY_0003031 - BRANDY_0003054 |
| 549 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Santa Monica, Inc. - Brandy Melville | BRANDY_0003055 - BRANDY_0003078 |

| Exh | Description | Bates Range |
| --- | --- | --- |
| 550 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Santana Row, Inc. - Brandy Melville | BRANDY_0003079 - BRANDY_0003102 |
| 551 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Santa Barbara, Inc. - Brandy Melville | BRANDY_0003103 - BRANDY_0003126 |
| 552 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Seattle, Inc. - Brandy Melville | BRANDY_0003127 - BRANDY_0003149 |
| 553 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Thomas Aquinas, Inc. - Brandy Melville | BRANDY_0003150 - BRANDY_0003173 |
| 554 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Laissez Faire, Inc. - Brandy Melville | BRANDY_0003174 - BRANDY_0003197 |
| 555 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Walton, Inc. - Brandy Melville | BRANDY_0003198 - BRANDY_0003221 |
| 556 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Westlake, Inc. - Brandy Melville | BRANDY_0003222 - BRANDY_0003245 |
| 557 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and Bastiat Westport, Inc. - Brandy Melville | BRANDY_0003246 - BRANDY_0003269 |
| 558 | Schedule to Licensing Agreement and Licensing Agreement Between YYGM, S.A. and J Galt Industries, Inc. - Brandy Melville | BRANDY_0003270 - BRANDY_0003293 |
| 559 | Email from Amazon to T. Walters re Your Payment to Redbubble Inc. is Complete | BRANDY_0000299 - BRANDY_0000300 |
| 560 | Email from Redbubble to T. Walters re Redbubble Order Confirmation and Progress | BRANDY_0000301 - BRANDY_0000308 |

| Exh | Description | Bates Range |
|---|---|---|
| 561 | Email from Amazon to T. Walters re We're Processing Your Payment to Redbubble Inc. | BRANDY_0000309 - BRANDY_0000310 |
| 562 | Email from Redbubble to T. Walters re Redbubble Order Confirmation and Progress | BRANDY_0000311 - BRANDY_0000323 |
| 563 | Email from Redbubble to T. Walters re Part of Your Order 30595759 Has Been Shipped | BRANDY_0000324 - BRANDY_0000336 |
| 564 | Email from Redbubble to T. Walters re Part of Your Order 30595759 Has Been Shipped | BRANDY_0000337 - BRANDY_0000349 |
| 565 | Redbubble Shopping Cart Print-Out | BRANDY_0000350 - BRANDY_0000364 |
| 566 | Redbubble to T. Walters re Order #30595759 Summary | BRANDY_0000365 - BRANDY_0000399 |
| 567 | Pictures re Shipment of Stickers from Redbubble to T. Walters | BRANDY_0000400 - BRANDY_0000414 |
| 568 | Picture re White T-Shirt with "OK, BUT FIRST COFFEE" Graphic on the Front | BRANDY_0000415 |
| 569 | Picture re Redubble Shipment Package | BRANDY_0000416 |
| 570 | Picture re White T-Shirt with "OK, BUT FIRST COFFEE" Graphic on the Front | BRANDY_0000418 |
| 571 | Picture re Black T-Shirt with "Grand Tour Sport Japan GTS" Graphic | BRANDY_0000420 |
| 572 | Picture re Black T-Shirt with "Grand Tour Sport Japan GTS" Graphic | BRANDY_0000421 |
| 573 | Picture re Black T-Shirt with "Grand Tour Sport Japan GTS" Graphic | BRANDY_0000422 |
| 574 | Picture re T-Shirt Interior Tag "Staple as Colour" Made in Bangladesh | BRANDY_0000423 |
| 575 | Screenshot of Redbubble Shopping Cart re Two Stickers | BRANDY_0002093 - BRANDY_0002094 |

| Exh | Description | Bates Range |
|-----|-------------|-------------|
| 576 | Email from Redbubble to T. Walters re Redbubble Order Confirmation and Progress | BRANDY_0002095 - BRANDY_0002099 |
| 577 | Email from Redbubble to T. Walters re Your Orer 32870367 Has Been Shipped | BRANDY_0002100 - BRANDY_0002104 |
| 578 | Screenshot of Redbubble Order re Two Stickers | BRANDY_0002105 - BRANDY_0002106 |
| 579 | Screenshot of Redbubble Order Confirmation (Order Summary # 32870367) | BRANDY_0002107 - BRANDY_0002120 |
| 580 | Redbubble Shipment to T. Walters of Ghost Stickers and "Chill Since 1993 Kon Kay" Graphic Stickers | BRANDY_0002397 - BRANDY_0002399 |
| 581 | First Amended Complaint, Forever 21, Inc. v. Bastiat USA Inc. et al, No. 2:16-cv-06211-MWF-FFM, Dkt. No. 16 | |
| 582 | https://www.brandymelvilleusa.com/graphics | |
| 583 | https://www.instagram.com/brandymelvilleusa/ | |
| 584 | "Teens Love Brandy Melville, A Fashion Brand That Sells Only One Tiny Size" https://www.huffpost.com/entry/brandy-melville_n_5978626 | |
| 585 | https://www.popsugar.com/fashion/why-does-brandy-melville-only-carry-1-size-46640112 | |
| 586 | https://poshmark.com/listing/Brandy-Melville-you-cant-sit-with-us-black-shirt-5326244225cab7341d10861f | |
| 587 | https://www.youtube.com/watch?v=pJOCRpjUZEU | |
| 588 | https://www.thecut.com/2019/10/the-secret-shame-of-wearing-brandy-melville.html | |
| 589 | https://scotscoop.com/editorial-brandy-melville-could-care-less-about-the-average-female/ | |

| Exh | Description | Bates Range |
|-----|-------------|-------------|
| 590 | https://ldnfashion.com/features/brandy-melville-facts/ | |
| 591 | https://www.racked.com/2014/9/24/7575693/brandy-melville | |
| 592 | http://cssc.uscannenberg.org/wp-content/uploads/2016/08/v5art7.pdf | |
| 593 | https://www.bbb.org/us/ca/santa-monica/profile/online-retailer/brandy-melville-1216-100115422 | |
| 594 | https://www.glossy.co/fashion/the-cult-of-brandy-melville | |
| 595 | https://www.prnewswire.com/news-releases/retail-giants-hm-and-brandy-melville-being-sued-by-famed-international-celebrity-photographer-estevan-oriol-for-copyright-infringement-over-misappropriation-of-protected-images-221220131.html | |
| 596 | https://oag.ca.gov/system/files/prop65/notices/2019-01791.pdf | |
| 597 | https://theflintridgepress.com/opinion/brandy-melville-is-the-corporate-manifestation-of-a-mean-girl/ | |
| 598 | https://dailytrojan.com/2013/09/04/brandy-melville-fuels-body-dysmorphia/ | |
| 599 | https://www.bustle.com/articles/44762-brandy-melvilles-one-size-fits-most-mentality-is-problematic-for-girls-both-large-and-small | |
| 600 | https://twitter.com/BrandyUSA/status/1174831513252155393 | |
| 601 | https://twitter.com/BrandyUSA/status/1227335662459916294 | |

| Exh | Description | Bates Range |
|-----|-------------|-------------|
| 602 | https://twitter.com/BrandyUSA/status/1237533921455116288/photo/1 | |
| 603 | https://twitter.com/BrandyUSA/status/1152343098300620800 | |
| 604 | https://twitter.com/BrandyUSA/status/1106892799297970177 | |
| 605 | May 1, 2020 Rebuttal Expert Report of Michael Masnick | |

Dated:  May 6, 2020                          COASTSIDE LEGAL
                                             KENNETH B. WILSON


                                             ZUBER LAWLER & DEL DUCA LLP
                                             JOSHUA M. MASUR
                                             ZACHARY S DAVIDSON


                                             By:   _Joshua M. Masur_____

                                                 Attorneys for Defendant
                                                 Redbubble Inc.

## PROOF OF SERVICE

**Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.**
**Case No. 2:19-cv-04618-RGM (JPRx)**

**STATE OF CALIFORNIA, COUNTY OF SAN MATEO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Mateo, State of California.  My business address is 2000 Broadway Street, Office 154, Redwood City, CA 94063.

On May 6, 2020, I served true copies of the following document(s) described as **REDBUBBLE INC.'S AMENDED FIRST TRIAL WITNESS LIST** on the interested parties in this action as follows:

| | |
|---|---|
| Keith J. Wesley<br>Ryan Q. Keech<br>Jason Y. Kelly<br>BROWN GEORGE ROSS LLP<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, California 90067 | Counsel for Plaintiff,<br>Y.YG.M. SA d.b.a. Brandy Melville<br><br>Telephone:  (310) 274-7100<br>Facsimile: (310) 275-5697<br><br>email: kwesley@bgrfirm.com<br>        rkeech@bgrfirm.com<br>        jkelly@bgrfirm.com<br>        lsingh@bgrfirm.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jmasur@zuberlawler.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2020, at Redwood City, California.

Joshua M. Masur