BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
 kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
 rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
 jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE OF NEGATIVE PUBLICITY ABOUT PLAINTIFF**<br><br>*[Filed Concurrently with Plaintiff Motion in Limine No. 1; and [Proposed] Order]*<br><br>Date:  June 30, 2020<br>Time:  9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30. 2020 |

## DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On May 6, 2020, Defendant Redbubble, Inc. ("Redbubble") served its Amended First Trial Exhibit List.

3. "Exhibit 584" of Redbubble's Amended First Trial Exhibit List is titled: "Teens Love Brandy Melville, A Fashion Brand That Sells Only One Tiny Size" https://www.huffpost.com/entry/brandy-melvillen_5978626. Attached as **Exhibit 1** is a true and correct copy of the article.

4. "Exhibit 585" of Redbubble's Amended First Trial Exhibit List is an article available at: https://www.popsugar.com/fashion/why-does-brandy-melville-only-carry-1-size-46640112. Attached as **Exhibit 2** is a true and correct copy of the article.

5. "Exhibit 586" of Redbubble's Amended First Trial Exhibit List is a sales listing available at: https://poshmark.com/listing/Brandy-Melville-you-cant-sit-with-us-black-shirt-5326244225cab7341d10861f. Attached as **Exhibit 3** is a true and correct copy of website.

6. "Exhibit 587" of Redbubble's Amended First Trial Exhibit List is a link to a video, available at: https://www.youtube.com/watch?v=pJOCRpjUZEU. Attached as **Exhibit 4** is a true and correct copy of the website containing the video.

7. "Exhibit 588" of Redbubble's Amended First Trial Exhibit List is an article available at: https://www.thecut.com/2019/10/the-secret-shame-of-wearing-brandy-melville.html. Attached as **Exhibit 5** is a true and correct copy of the article.

8. "Exhibit 589" of Redbubble's Amended First Trial Exhibit List is titled is an article available at: https://scotscoop.com/editorial-brandy-melville-could-care-less-about-the-average-female/. Attached as **Exhibit 6** is a true and correct copy of the article.

9. "Exhibit 590" of Redbubble's Amended First Trial Exhibit List is an article available at: https://ldnfashion.com/features/brandy-melville-facts/. Attached as **Exhibit 7** is a true and correct copy of the article.

10. "Exhibit 591" of Redbubble's Amended First Trial Exhibit List is an article available at: https://www.racked.com/2014/9/24/7575693/brandy-melville. Attached as **Exhibit 8** is a true and correct copy of the article.

11. "Exhibit 592" of Redbubble's Amended First Trial Exhibit List is a journal entry available at: http://cssc.uscannenberg.org/wp-content/uploads/2016/08/v5art7.pdf. Attached as **Exhibit 9** is a true and correct copy of entry.

12. "Exhibit 593" of Redbubble's Amended First Trial Exhibit List is a website available at: https://www.bbb.org/us/ca/santa-monica/profile/online-retailer/brandy-melville-1216-100115422. Attached as **Exhibit 10** is a true and correct copy of website.

13. "Exhibit 594" of Redbubble's Amended First Trial Exhibit List is an article available at: https://www.glossy.co/fashion/the-cult-of-brandy-melville. Attached as **Exhibit 11** is a true and correct copy of the article.

14. "Exhibit 597" of Redbubble's Amended First Trial Exhibit List is an article available at: https://theflintridgepress.com/opinion/brandy-melville-is-the-corporate-manifestation-of-a-mean-girl/. Attached as **Exhibit 12** is a true and correct copy of the article.

15. "Exhibit 598" of Redbubble's Amended First Trial Exhibit List is an article available at: https://dailytrojan.com/2013/09/04/brandy-melville-fuels-body-dysmorphia/. Attached as **Exhibit 13** is a true and correct copy of the article.

16. "Exhibit 599" of Redbubble's Amended First Trial Exhibit List is an article available at: https://www.bustle.com/articles/44762-brandy-melvilles-one-size-fits-most-mentality-is-problematic-for-girls-both-large-and-small. Attached as **Exhibit 14** is a true and correct copy of the article.

17. The L.R. 7-3 conference of counsel regarding this motion occurred on May 8, 2020.

Executed this 15th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                               */s/ Keith J. Wesley*
                               Keith J. Wesley