# EXHIBIT 3

Ex. 3

Case 2:19-cv-04618-RGK-JPR   Document 50-4   Filed 05/15/20   Page 2 of 2   Page ID #:4845



Ex. 3