Ex. 4

# EXHIBIT 4



Ex. 4