# EXHIBIT 6

Ex. 6

Thursday, May 14, 2020

Search

**May 1** Editor's Choice: 'Once and Future' artfully blends sci-fi and historical fiction together

# SCOT SCOOP

NEWS   SPORTS   CAMPUS   FEATURES   OPINION   SCOTCENTER   COVID-19



# Editorial: Brandy Melville couldn't care less about the average female

**Editorial Staff**, Editors
April 9, 2019 | 1,316 Views

In an age where young girls and women are more vocal than ever, there's an area for them to speak up once again: the clothing industry.

This is nothing new. Change is already in progress due to women urging companies to represent different types of women in their most real forms. Some brands have listened, becoming better at adapting a more inclusive culture by hiring more diverse, curvy, and unedited models to advertise their clothing and appeal to a wider market.



Brandy Melville
A preview of Brandy Melville's lookbook showcases Brandy Girls wearing their "one size fits all" clothing.

But others have not.

One brand in particular that appears reluctant to join the movement is Brandy Melville. Brandy Melville is a girls' fashion brand originating from Italy that further popularized the petite crop tops, tiny skirts, and high-waisted bottoms that are adored by many American teenage girls.

Its Los Angeles-inspired clothing has succeeded in attracting much of the young female population. In 2014, a Piper Jaffray survey on teen spending found that Brandy Melville was ranked No. 1 among brands that teen girls report wearing.

Despite its success, the company has received backlash concerning the image it uses to attract its customers. Its image portrays "Brandy Girls," or ambassadors, modeling its clothing on its Instagram feed. The photos showcase young, slim, California girls out and about in cafés, shops, cities, and beaches, appearing carefree and fashionable. Brandy Girls have strikingly thin frames and long legs, making it easy to automatically differentiate them from the average female body type.

This marketing method isn't completely discreditable. In the same way that larger or curvier women have been made to feel ashamed for their size, or "fat shamed," in American society, very skinny women also experience harsh attitudes towards their frames, simply for not appearing healthy or "normal." By featuring



**ScotCenter**



**Recent Stories**



**The hidden side of cheating**
Cooper Perez, Staff Writer
High school is a period in which teenagers can express their free-spirited attitudes towards life and ready themselves for the "real world." Students party and spend time...



**The power of music**
Cambell Kirk and Daniela Torrey
Music is easier to access than ever. With over 3.2 million smartphone users worldwide, it is as simple as the click of a button to access a seemingly infinite gallery of tunes. Everyone...



Gallery: Signs of hope amid uncertainty

Ex. 6

girls with small physiques, Brandy Melville admittedly does promote the acceptance of this body type.



Brandy Melville USA

However, acceptance is not the same as idealization. Brandy Melville evidently glorifies this image by exclusively showcasing extremely thin girls on their Instagram feed and website. The brand makes no attempt to model their clothing on girls of any other shape.

Even more disturbing is the brand's one-size policy. On a sign hung up in their stores are the words "one size fits most," and online shoppers will find that under each item's sizing they are given only one option: "fits x-small/small," or the occasional "fits medium."

Brandy's idea of small and medium are far from accurate, and their claim that one size fits most is simply a lie. According to the company's website, their skirts model a waist measurement of 24 inches, and their pants stretch up to a size two.

The Centers for Disease Control and Prevention reported that the average 19-year-old woman has a 33.62-inch waist, making it basically impossible for the majority of American females to squeeze comfortably into Brandy Melville skirts. In addition, a 2016 study published by the International Journal of Fashion Design, Technology, and Education reported that the average American woman is a size 16 to 18, nowhere near Brandy's size two pants.

To say that one size fits most is not only incredibly false but also promotes an unhealthy expectation about the body sizes of young women who want to dress a certain style. Lured in by the store's popularity, many first-time customers look forward to trying on its clothing and walking away happily with a purchase.

But upon discovering that every pair of jeans you were admiring can barely squeeze past your thighs and thinking that every crop top makes you look fat, it's easy to feel loathsome and ashamed of your body. There has to be at least one piece of clothing in the entire store that will fit, right?

Then after realizing that no, there isn't, you must overcome the challenge of leaving the store empty-handed, even though you admired the style of clothing and would have loved to buy something.

In a 2018 article published in The Mercury News, high schooler Raksha Sen from Mountain View expressed her disappointment in her Brandy Melville experience: "You feel uncomfortable returning the clothes. When the cashier asks you why you're returning them, you have to say that they're too small for your body," she said.

Those loyal to the brand might say that people unable to fit Brandy's unreasonable expectations can shop elsewhere. But the truth is, the complete absence of sizing variety is still damaging to the self-image of its market — young girls.

Brandy's "one size fits most" policy basically says that they must have a very specific body type in order to wear their style, causing girls to criticize their appearances instead of the company's ludicrous standards.

And its popularity doesn't help. Continuing to support the company despite its troubling exclusivity further implies that if this style and this body type are trendy, then actual average-sized girls are simply unwelcome.

This problem should not be dismissed. According to the Eating Disorders Coalition, eating disorders are the third most common chronic illness among adolescent females. Furthermore, those between the ages of 15-24 years old suffering with anorexia are 10 times at risk of dying compared to their peers of the same age.

Still, Brandy Melville remains an admired shopping destination by many American teenagers. But in order to make inclusivity a reality for women, its customers and critics must recognize and protest the damage it sells through their sizing and marketing techniques.



**How Good Is Your Knowledge On Love Trivia?**
Samantha Chu, Managing Editor
Think you know everything about love? Put your skills to the test with this quiz! Though we cannot stop you from looking up answers, we advise that you don't because we want…



**The latest episode of 'Rick and Morty' lives up to its expectations**
Polina Engovatov, Staff Writer
After a long wait, the second half of season four has finally started to air. Back in 2018, co-producer of the show Justin Roiland tweeted out that there were 70 more…



**Apodcalypse Ep. 3: Quarantine cat-tastrophe**
Rachel McCrea, Maddy Ting, and Emma O'Connor
As we try to stay in touch with our friends, family, and loved ones, we do our best to look on the bright side: at least we have our cats for company. Join hosts Maddy Ting,…



**Opinion: Expressing unnecessary opinions promotes insecurity**

Ex. 6

The conversation about transforming women's body standards is honestly getting pretty old. And the fact that we still need to have it is both appalling and tiresome.





**'The Last Dance' for the first time: Week four**
Miles Ozorio, Scot Scoop Editor
If you didn't know, I play basketball — I have since I was less than eight years old. I'd also be the first to tell you about the importance of strong team leadership,...



**California signs $1 billion deal with Chinese automaker to supply masks**
In order to satisfy high demands for medical equipment in California, the governor's Office of Emergency Services has recently imported 3 million surgical masks from China. The...



**Opinion: We need to stop complaining about quarantine**
Ethan Torban, Staff Writer
As humans, one of our natural instincts is greed. When we lived in the caves, we had to be greedy to survive, as the ability to successfully hunt and gather determined whether...

Raina Lahiri, Staff Writer
Everybody has an opinion. It's unavoidable. Frequently, people will say that it's bad to be opinionated since it often leads to conflicts. I disagree. Having an opinion...

This editorial reflects the views of the Scot Scoop editorial board. This editorial was written by Sarah Cheung.

Related Stories

Ex. 6





Ex. 6