Ex. 7

# EXHIBIT 7



NEWS       SAMPLE SALES       FEATURES       INTERVIEWS       COMPETITIONS

Lexis® for Microsoft® Office

Peer award-winning legal draft tools that work on any device. Get your free trial.

LexisNexis®



# 10 things you might not know about Brandy Melville

FEATURES | 04/03/2017 | LEAVE A COMMENT

**Brandy Melville**, launched in the US in 2009 and quickly became one of the hottest teen clothing labels, achieving number one rank in up-trending brands by 2014 beating rivals American Eagle, Free People, and Urban Outfitters to the top spot.

It's now on track to be just as popular in the UK, with four London-based stores opening since 2012 and plans to expand into Oxford, Cambridge, and other cities.

LexisNexis®

Lexis® for Microsoft® Office

Peer award-winning legal draft tools that work on any device. Get your free trial.

So what exactly is it about this brand that makes it such a hit with teen girls? Here are ten interesting **Brandy Melville** facts that might give some insight.

1. The company is well known and loved in the USA but it's actually an Italian brand. Brandy Melville has 40 stores in Italy with the first opening in 1994. Founder Silvio Marsan has produced merchandise for several Italian brands and it was his son, Stephan Marsan, who was responsible for taking the brand overseas.

NORACORA BUY 3 GET 4TH 30% OFF SHOP NOW>

## Subscribe to our mailing list

Email

Subscribe



LDNfashion
10,866 likes

Like Page     Share

Tweets by @LDNfashion

LDNfashion
@LDNfashion
5 #Netflix Shows For Fashion Lovers To Binge Watch Whilst On Lockdown buff.ly/3ePjAui



29m

Embed     View on Twitter

### SEARCH LDNFASHION

Search     SEARCH

### TOP 10 MOST READ

 Patrick Grant: 10 Things You Might Not Know

 10 things you might not know about Brandy Melville

 Top 10 London Modelling Agencies

Molton Brown Online Sample Sale – 15th – 20th May 2020

Sophia Webster Online Sample Sale – 11th – 12th May 2020

Ex. 7



 London's Top 10 Modelling Agencies for Children

 London's Top 5 Fashion Schools

 5 Best Fashion PR Agencies in London



 London's Top 10 Cheap Shops

London's Best Fashion Stylist Courses

2. Most Brandy Melville clothing items are one-size, designed to fit a tiny UK size 4-6. This is a controversial decision as it eliminates a large proportion of the potential customer base, but may have also helped to fuel it's popularity with image-conscious young teen girls. Brandy Melville directors, or owners, have still defended their decision, pointing out many of the styles are baggy and loose-fitting, or made from stretchy fabrics to incorporate a wider range of sizes. They claim there's "something for everyone", even if some customers can only fit into the over-sized t-shirts and sweatshirts.

3. Brandy Melville doesn't advertise and social media is a big part of its success. The brand has almost 4 million followers on Instagram with most images featuring the typical "Brandy girl", who is Californian, blonde, thin, and popular, spending most of her time on the beach and with friends. The brand actively searches for models from its own customer base.



Lexis® for Microsoft® Office
Peer award-winning legal draft tools that work on any device. Get your free trial.
LexisNexis®

4. The brand name and logo was inspired by the fictional tale of two people – Brandy, an American girl, and Melville, an English guy who meet in Rome and fall in love.

5. The company's product research team is made up of teen girls. The team of 20 girls works out of the Santa Monica store and is paid to research and come up with new ideas for clothing styles and t-shirt designs and to give their opinion on new season pieces.

6. In 2015 Brandy Melville was sued by rival brand Forever 21 in a claim that the retailer had copied a red with white medallion pattern fabric print copyrighted over 2 years ago, causing damages to its business. Photographer Estevan Oriol also sued Brandy Melville and H&M in 2013 over their use of copyrighted images. Brandy Melville has been accused in the past of stealing designs from several independent artists, many using Tumblr as a platform for their work.

7. Brandy Melville is a favourite clothing brand of Kylie Jenner. The star has been photographed while out and about wearing several pieces from the store.

8. The brand is also expanding into Asia, and has already opened their first stores in Bangkok, and Singapore with plans to open a new store in Malaysia this year. The sizing issue is not as controversial in these countries as the average size is much smaller than that of American or British women, and a lot of clothing is already sold as one-size.

9. The stores seem to recruit employees based on how they look rather than retail experience – contributors to glassdoor.com say that a full-size photo is a



   

 Ex. 7

requirement of the application process and several people have reported being offered a job after simply shopping at the store.

10. Brandy Melville has had such a meteoric rise to fame that much bigger brands are now trying to emulate their success. Rival, American Eagle, launched a new sub-brand in 2015 in an attempt to steal back some of their customers. Don't Ask Why is marketed as being "made in Italy in unique one-size-fits-most silhouettes".

    

     



4:22:13 PM 5/14/2020

Ex. 7