Ex. 10

# EXHIBIT 10

Ex. 10



Ex. 10