Ex. 11

# **EXHIBIT 11**

Ex. 11



# GLOSSY

FASHION   BEAUTY   PODCASTS   EVENTS   GLOSSY+

SUBSCRIBE   LOGIN



MEMBER EXCLUSIVE

## The Cult of Brandy Melville

by JILL MANOFF
MAR 26, 2020

   

After mere minutes of observing the entrance to a Brandy Melville store, it becomes easy to pinpoint which passersby will stop and walk in, based on looks alone. All are tweens or teens with friends or parents. All have shiny, beachy long hair. All are wearing variations on one six-piece uniform: Nike Air Force 1s or Converse sneakers, mom jeans or black leggings, a cropped shearling pullover or a cropped sweater. And they're all rail-thin, by any standards.

At New York's Greenwich Village store one February weekend, that included friends Maria, age 13, and Athena, 14. Maria bought a $20 white cropped tee and $5 star earrings, and Athena bought a $32 navy cropped sweater. Both say they like shopping at Brandy Melville for its shirts and free stickers with purchase.



Ex. 11



Glossy+ members gain an edge with:

Unlimited access to Glossy content

Exclusive reports, research and guides

Preferred access to Glossy events

Already a member? Sign In

Learn more about Glossy+

## MORE FROM GLOSSY ON FASHION



'More pivots in 8 weeks than in the 8 years prior': Workwear brands are rewriting their playbooks

MAY 14, 2020



Why resale companies continue to attract investors

MAY 14, 2020



Does 'business comfortable' have staying power?

MAY 14, 2020

Frame co-founder Jens Grede: 'We have to bring back manufacturing to the United States'

MAY 13, 2020

# GLOSSY DAILY

Get news and analysis about fashion, luxury and technology delivered to your inbox every morning.

Your Email Here      SUBSCRIBE



GLOSSY

Get our top stories delivered to your inbox every morning

Email Address      Job Title

☐ I'd also like information on Glossy programs & events

GET THE NEWSLETTER

Not Interested

©2020 Di...                                         ...nditions

4:30:09 PM 5/14/2020

Ex. 11