BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WELSEY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OF UNRELATED LEGAL CLAIMS AND LITIGATION AGAINST PLAINTIFF**<br><br>*[Filed Concurrently with Plaintiff Motion in Limine No. 2; and [Proposed] Order]*<br><br>Date:  June 30, 2020<br>Time:  9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |

## DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On May 6, 2020, Defendant Redbubble, Inc. ("Redbubble") served its Amended First Trial Exhibit List.

3. "Exhibit 581" of Redbubble's Amended First Trial Exhibit List is titled: "First Amended Complaint, Forever 21, Inc. v. Bastiat USA Inc. et al, No. 2:16-cv-06211-MWF-FFM, Dkt. No. 16." That action was confidentially settled in 2017. Attached as **Exhibit 1** is a true and correct copy of the First Amended Complaint filed in that case.

4. "Exhibit 595" of Redbubble's Amended First Trial Exhibit List is a 2013 PR Newswire article available at: www.prnewswire.com/news-releases/retail-giants-hm-and-brandy-melville-being-sued-by-famed-international-celebrity-photographer-estevan-oriol-for-copyright-infringement-over-misappropriation-of-protected-images-221220131.htm. Attached as **Exhibit 2** is a true and correct copy of that 2013 PR Newswire article.

5. "Exhibit 596" of Redbubble's Amended First Trial Exhibit List is a CA Proposition 65 sixty-day notice, referencing a product that is not at issue in this case, available at: https://oag.ca.gov/system/files/prop65/notices/2019-01791.pdf. Attached as **Exhibit 3** is a true and correct copy of that Proposition 65 sixty-day notice.

///
///
///

6.  The L.R. 7-3 conference of counsel regarding this motion occurred on May 8, 2020.

Executed this 15th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                              */s/ Keith J. Wesley*
                              Keith J. Wesley