UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE OF UNRELATED LEGAL CLAIMS AND LITIGATION AGAINST PLAINTIFF**<br><br>*[Filed concurrently with Plaintiff's Motion in Limine No. 2; and Declaration of Keith J. Wesley]*<br><br>Date:   June 30, 2020<br>Time:   9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:        June 30, 2020 |

# [PROPOSED] ORDER

Before the Court is Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Motion *in Limine* No. 2 to Exclude Evidence of Unrelated Legal Claims and Litigation Against Plaintiff (the "Motion"). Having considered the briefs filed by the parties and the arguments of counsel, and with good cause appearing therefor, the Court hereby **GRANTS** the Motion. Exhibits 581, 595, and 596, and evidence similar to them, are excluded and inadmissible.

**IT IS SO ORDERED.**

Dated:  June         , 2020

_____
Honorable R. Gary Klausner
United States District Court Judge