BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
　kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
　rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
　jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:　Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE TESTIMONY NOT PROVIDED IN DEPOSITION**<br><br>*[Filed Concurrently with Plaintiff Motion in Limine No. 3; and [Proposed] Order]*<br><br>Date:　June 30, 2020<br>Time:　9:00 a.m.<br>Crtrm.:　850<br><br>Pre-Trial Conference:　June 15, 2020<br>Trial Date:　June 30. 2020 |

## DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. The L.R. 7-3 conference of counsel regarding this motion occurred on May 8, 2020.

3. On March 9, 2020, Plaintiff served Defendant Redbubble, Inc. ("Redbubble") with Plaintiff's Notice of Deposition of Defendant Redbubble, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6). Attached as **Exhibit 1** is a true and correct copy of this March 9, 2020 Notice of Deposition.

4. On April 17, 2020, Plaintiff served Redbubble with Plaintiff's Notice of Remote Deposition of Defendant Redbubble, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6). Attached as **Exhibit 2** is a true and correct copy of this April 17, 2020 Notice of Remote Deposition.

5. On April 20, 2020, Redbubble served its Objections to Plaintiff's Notice of Remote Deposition of Defendant Redbubble Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6). Attached as **Exhibit 3** is a true and correct copy of Redbubble's April 20, 2020 Objections.

//
//

6. On April 21, 2020, Plaintiff deposed Redbubble pursuant to Rule 30(b)(6). Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript from the April 21, 2020 Rule 30(b)(6) deposition of Redbubble.

Executed this 15th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          */s/ Keith J. Wesley*
                                          Keith J. Wesley