# EXHIBIT 2

Ex. 2

1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2    kwesley@bgrfirm.com
   Ryan Q. Keech (State Bar No. 280306)
3    rkeech@bgrfirm.com
   Jason Y. Kelly (State Bar No. 274144)
4    jkelly@bgrfirm.com
   2121 Avenue of the Stars. Suite 2800
5  Los Angeles, California 90067
   Telephone: (310) 274-7100
6  Facsimile: (310) 275-5697

7  Attorneys for Y.Y.G.M. SA d.b.a.
   BRANDY MELVILLE
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 2:19-cv-04618-RGK (FFMx) Judge: Hon. R. Gary Klausner |
|---|---|
| 13 | |
| 14 Plaintiff, | **PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** |
| 15 vs. | |
| 16 REDBUBBLE, INC., a Delaware corporation, | |
| 17 Defendant. | Trial Date: June 30, 2020 |

1429845

-1-

Case No. 2:19-cv-04618

PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF DEFENDANT REDBUBBLE, INC. PUR
FRCP 30(B)(6)

**EXHIBIT 101**

Ex. 2

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30(b)(4) and 30(b)(6) and the Court's Order entered April 16, 2020 (Dkt. No. 31), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") will take the deposition of Defendant Redbubble, Inc. ("Redbubble"), beginning at 10:00 a.m. on Tuesday, April 21, 2020, by the remote means of video-teleconferencing ("VTC") services on the topics set forth below in **Exhibit A**.

NOTICE IS FURTHER GIVEN that Brandy Melville intends to cause the proceedings to be recorded both stenographically, including by the instant display of testimony, before a certified court reporter, and by videotape. Brandy Melville specifically reserves the right to use the videotape at the time of trial.

NOTICE IS FURTHER GIVEN that the court reporter will also be remote via VTC services or telephone for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. In addition, Brandy Melville reserves the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's computer, laptop, iPad, tablet, or other type of display device connected to the court reporter.

//
//

1429845    -2-    Case No. 2:19-cv-04618-RGK (FFMx)
PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FRCP 30(B)(6)

Ex. 2

1    Pursuant to Rule 30(b)(6), Redbubble is directed to designate one or more
2 officers, directors, managing agents, or other persons who consent to testify upon its
3 behalf and who have knowledge of and are adequately prepared to testify concerning
4 the topics listed in Exhibit A.  Brandy Melville requests that, at least two days before
5 the date of the deposition, Redbubble supply a written designation of the name(s) and
6 position(s) of the designee(s) who will testify on Redbubble's behalf and an
7 indication of the topic(s) for which each such designee will testify.

9    DATED:  April 17, 2020            BROWNE GEORGE ROSS LLP
                                       Keith J. Wesley
                                       Ryan Q. Keech
                                       Jason Y. Kelly

                                   By: _____
                                       Jason Y. Kelly
                                   Attorneys for Y.Y.G.M. SA d.b.a. BRANDY
                                   MELVILLE

1429845                              -3-                    Case No. 2:19-cv-04618-RGK (FFMx)
PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FRCP 30(B)(6)

Ex. 2

# EXHIBIT A

## DEFINITIONS

1. "BRANDY MELVILLE" means Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville, as well as current or former directors, officers, employees, agents, contractors, attorneys, accountants, representatives, subsidiaries, divisions, affiliates, predecessors-in-interest, and successors-in-interest, and any other person acting on behalf of Y.Y.G.M. SA d.b.a. Brandy Melville pursuant to its authority or subject to its control.

2. "YOU," "YOUR," and "REDBUBBLE" means Defendant Redbubble, Inc., and any person acting directly or indirectly by, through, under, or on behalf of Redbubble, Inc., including but not limited to any current or former members, directors, officers, agents, attorneys, employees, partners, joint venturers, contractors, accountants, or representatives, and any current or former corporation, partnership, association, trust, parent, subsidiary, division, affiliate, predecessor-in-interest, and successor-in-interest of Redbubble, Inc.

3. "YOUR WEBSITE" means the Internet website with the URL address www.redbubble.com.

## TOPICS FOR DEPOSITION

1. YOUR corporate structure.

2. YOUR business model associated with the production, sale, and distribution of merchandise, including merchandise using or reflecting the intellectual property of BRANDY MELVILLE.

3. YOUR business model associated with the processing of payments for the production, sale, and distribution of merchandise, including merchandise using or reflecting the intellectual property of BRANDY MELVILLE.

4. YOUR policies and procedures regarding the use of intellectual property belonging to third parties on or in connection with goods offered for sale on YOUR WEBSITE, including goods using or reflecting the intellectual property of BRANDY

1429845                                           -4-                         Case No. 2:19-cv-04618-RGK (FFMx)
PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FRCP 30(B)(6)

Ex. 2

1. MELVILLE.

2. 5. YOUR policies and procedures regarding the use of trademarked materials belonging to third parties, whether registered or unregistered, in search engine optimization.

3. 6. YOUR use of intellectual property belonging to BRANDY MELVILLE in search engine optimization and knowledge of its users' use of the same.

4. 7. YOUR use of intellectual property belonging to BRANDY MELVILLE on or in connection with goods offered for sale on YOUR WEBSITE.

5. 8. YOUR use of intellectual property belonging to third parties on or in connection with goods offered for sale on YOUR WEBSITE.

6. 9. YOUR knowledge of the offering for sale, sale, manufacture, and distribution of merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

7. 10. Any communications to which YOU were a party reflecting actual consumer confusion as to the source, origin, or affiliation of goods bearing BRANDY MELVILLE's trademarks, registered or unregistered, appearing on YOUR WEBSITE.

8. 11. YOUR actual sales and revenues derived from merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

9. 12. YOUR costs incurred in connection with the sale of merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

10. 13. YOUR revenues derived from the sale of merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

11. 14. YOUR costs incurred in connection with the sale of merchandise that uses or reflects the intellectual property of BRANDY MELVILLE.

12. 15. Other lawsuits or legal demands made against YOU concerning YOUR use of intellectual property owned by third parties.

13. 16. Licensing agreements between YOU and any third parties for use of third

1429845                                              -5-                    Case No. 2:19-cv-04618-RGK (FFMx)
PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FRCP 30(B)(6)

Ex. 2

1  parties' intellectual property.

2  17. YOUR defenses in this case, including that BRANDY MELVILLE
3  abandoned any intellectual property.

4  18. YOUR preservation, collection, and production of documents in this case.

5  19. YOUR efforts to stop or limit the use of intellectual property belonging to
6  third parties on or in connection with goods offered for sale on YOUR WEBSITE,
7  including goods using or reflecting the intellectual property of BRANDY
8  MELVILLE.

1429845                                    -6-                    Case No. 2:19-cv-04618-RGK (FFMx)
PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FRCP 30(B)(6)

Ex. 2

# PROOF OF SERVICE

**Y.Y.G.M. SA d.b.a. BRANDY MELVILLE v REDBUBBLE, INC.**
**Case No. 2:19-cv-04618 RGK (FFMx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On April 17, 2020, I served true copies of the following document described as **PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF DEFENDANT REDBUBBLE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** on the interested parties in this action as follows:

| | |
|---|---|
| Joshua M. Masur<br>ZUBER LAWLER<br>2000 Broadway Street, Suite 154<br>Redwood City, CA  94063<br>T: 650-434-8538<br>F: 213-596-5621<br>*jmasur@zuberlaw.com* | *Counsel for Defendant*<br>*REDBUBBLE, INC.* |
| Kenneth B Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>T: 650-440-4211<br>F: 650-440-4851<br>*ken@coastsidelegal.com* | *Co-Counsel for Defendant*<br>*REDBUBBLE, INC.* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On April 17, 2020, I caused a copy of the document to be sent from e-mail address jkelly@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2020, at Los Angeles, California.

*/s/ Jason Y. Kelly*
Jason Y. Kelly