# EXHIBIT 4

Ex. 4

CONFIDENTIAL

```
1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3

4    Y.Y.G.M. SA d.b.a. BRANDY      )
     MELVILLE, a Swiss              )
5    corporation,                   )
                                    )
6            Plaintiff              )
                                    )  Case No:
7            vs.                    )  2:19-cv-04618-RGK
                                    )  (FFMx)
8    REDBUBBLE, INC., a Delaware    )
                                    )
9            Defendant              )
     _____)
10

11

12

13      Videotaped 30(B)(6) Deposition of James N. Toy

14                    Via Zoom

15             San Francisco, California

16             Tuesday, April 21, 2020

17

18

19   Reported by:

20   JOANNE M. FARRELL, RPR, CRR

21   CSR Nos. 4838(CA)  507(NM)

22   Job No. 4081733

23

24   Pages 1 - 224

25
```

Veritext Legal Solutions
866 299-5127

Ex. 4

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3
 4   Y.Y.G.M. SA d.b.a. BRANDY      )
     MELVILLE, a Swiss              )
 5   corporation,                   )
                                    )
 6            Plaintiff             )
                                    )  Case No:
 7            vs.                   )  2:19-cv-04618-RGK
                                    )   (FFMx)
 8   REDBUBBLE, INC., a Delaware    )
                                    )
 9            Defendant             )
     _____)
10
11
12           Videotaped 30(b)6 Deposition via Zoom of
13   James N. Toy, taken on behalf of Plaintiff,
14   beginning at 10:21 a.m., on Tuesday, April 21, 2020,
15   before Joanne M. Farrell, Certified Shorthand
16   Reporter No. 4838.
17
18
19
20
21
22
23
24
25
```

Page 2

Ex. 4

CONFIDENTIAL

```
 1   APPEARANCES:

 2   For Plaintiff:

 3     BROWNE GEORGE ROSS LLP

 4     By:  JASON Y. KELLY, ESQ.

 5          RYAN Q. KEECH, ESQ.

 6     2121 Avenue of the Stars, Suite 2800

 7     Los Angeles, California 90067

 8     (310) 274-7100

 9     jkelly@bgrfirm.com

10     rkeech@bgrfirm.com

11

12   For Defendant:

13     ZUBER LAWLER

14     By:  JOSHUA M. MASUR, ESQ.

15     2000 Broadway Street, Suite 154

16     Redwood City, California 94063

17     650-434-8538

18     jmasur@zuberlaw.com

19

20   Also Present: Ron Lazo, Videographer

21

22

23

24

25
```

Page 3

Ex. 4

CONFIDENTIAL

```
 1      San Francisco, California, Tuesday, April 21, 2020

 2                      10:21 a.m.

 3                      ---o0o---

 4      VIDEOGRAPHER:  We are now on the record.

 5   The time is 10:21 a.m. on April 21st, 2020.  This is   10:21:17AM

 6   the video-recorded deposition of James N. Toy,

 7   30(b)(6) witness of Redbubble Incorporated, taken by

 8   counsel for the plaintiff in the matter of Y.Y.G.M.

 9   SA d/b/a Brandy Melville versus Redbubble

10   Incorporated, filed in the United States District      10:21:40AM

11   Court.  The case number is 2:19-cv-04618-RGK (FMx).

12          This deposition is being held via Zoom

13   conference.  All parties are attending remotely.

14   The court reporter is Joanne Farrell from Veritext.

15   Videographer is Ron Lazo for Veritext.                 10:22:07AM

16          Counsel, please state your appearances and

17   affiliations for the record.

18      MR. KELLY:  Jason Kelly from Browne George

19   Ross on behalf of the plaintiff, Y.Y.G.M. SA d.b.a.

20   Brandy Melville.                                       10:22:20AM

21      MR. MASUR:  Joshua Masur of Zuber Lawler &

22   Del Duca LLP on behalf of defendant, Redbubble Inc.

23   and on behalf of the witness.

24          And since this is the opening of the

25   deposition, pursuant to the protective order entered   10:22:53AM
```

Page 7

Ex. 4

CONFIDENTIAL

```
1   in this case, I'm going to designate the entirety of    10:22:56AM

2   this transcript as confidential pending review for

3   specific designations.

4           VIDEOGRAPHER:  Are there others attending

5   remotely?                                               10:23:08AM

6           MR. MASUR:  Who is the 805 number?

7           MR. KEECH:  Sorry.  I was on mute.  This is

8   Ryan Keech, counsel for plaintiff.  Browne George

9   Ross.

10          VIDEOGRAPHER:  Will the court reporter          10:23:28AM

11  please swear in the witness.

12                   James N. Toy,

13  having been administered an oath, was examined and

14  testified as follows:

15                   EXAMINATION                            10:23:49AM

16  BY MR. KELLY:

17      Q.  Good morning.  I'm going to try to

18  introduce an exhibit just to make sure this works.

19  It is Exhibit 101, and it is the Plaintiff's Notice

20  of Remote Deposition of Defendant Redbubble Inc.        10:24:11AM

21  pursuant to Federal Rules of Civil Procedure

22  30(b)(6).  So I think everyone has to go into the

23  "Marked Exhibits" folder and you should see it.

24          Do you see it there in there?

25      A.  It didn't pop up right away.  It's doing        10:24:53AM
```

Page 8

Ex. 4

CONFIDENTIAL

```
 1    BY MR. MASUR:                                        2:38:54PM

 2        Q.  Do you understand where she works?

 3        A.  She -- if it is who I think it is, she

 4    would be employed by Redbubble Limited.

 5            (Exhibit 118 was marked for identification   2:39:07PM

 6            and is attached hereto.)

 7    BY MR. KELLY:

 8        Q.  Marked as Exhibit 118 is a video.

 9            Do you see Exhibit 118?  It's a

10    2-minute-and-32-second video.                        2:39:25PM

11        A.  Should I play it?

12        Q.  Yes, please.

13        A.  I don't have sound hooked up to this.

14        Q.  That's fine.

15            I just want to understand.  Well, if you go   2:39:41PM

16    to the end of the video, you'll see that at the very

17    end there's a Redbubble logo.

18            Do you see that?

19        A.  I see the logo, yes.

20        Q.  Okay.  And do you -- have you ever heard of   2:39:54PM

21    Media Redbubble?

22        A.  I haven't.

23        Q.  Okay.  Are you familiar with the videos,

24    the short videos that Redbubble had put up on its

25    YouTube page before?                                 2:40:22PM
```

Page 132

Ex. 4

CONFIDENTIAL

```
 1        A.  I am familiar with Redbubble putting up        2:40:24PM

 2   videos.

 3        Q.  Are you familiar with Redbubble TV or RBTV?

 4        A.  Yes.

 5        Q.  If you go to the 7-minute mark -- or           2:40:37PM

 6   7-second mark of the video you'll see the RBTV logo.

 7             Do you see that?

 8        A.  I do.

 9        Q.  Go to the 13-second or 14-second mark

10   you'll see a woman.                                    2:40:55PM

11             Do you see that?

12        A.  I do.

13        Q.  ████████████████████████████████

14        A.  Correct.

15        Q.  And the logo next to her name is the          2:41:01PM

16   Redbubble logo?

17        A.  Yes.

18        Q.  The title is "Senior Strategy Manager"?

19        A.  Yes.  I see the text you're referring to,

20   yes.                                                   2:41:20PM

21        Q.  Is this the person that you were thinking

22   ████████████████████████████████████

23        A.  Yes.

24        Q.  ██████████████████████

25        A.  I know of her.                                2:41:35PM
```

                                                      Page 133

Ex. 4

CONFIDENTIAL

1      Q.  And having seen this or having seen her,        2:41:39PM

2   does it change your testimony about whether she

3   works for Redbubble Inc. or Redbubble Limited?

4      A.  No.

5      Q.  Are you familiar with these videos that        2:41:57PM

6   were posted, though?

7      A.  Yes.  Maybe not this one specifically, but

8   I'm familiar with that Redbubble posts videos.

9      Q.  Okay.  RBTV?

10     A.  I'm familiar with RBTV.                          2:42:16PM

11     Q.  What was the purpose of RBTV?

12     A.  I don't know.

13          MR. MASUR:  Counsel, I've allowed some

14   leeway here to try to set some foundation here, but

15   if you're going to ask Mr. Toy questions about this   2:42:47PM

16   video in particular I think we have to watch the

17   video.

18   BY MR. KELLY:

19     Q.  Can you just watch the video, then?

20     A.  Let me try to hook up headphones to this        2:42:58PM

21   other computer.

22     Q.  Okay.

23          (Pause in the proceedings.)

24     A.  Okay.

25     Q.  Mr. Toy, you've seen Redbubble TV videos        2:46:13PM

                                              Page 134

Ex. 4

CONFIDENTIAL

1    before?                                          2:46:25PM

2       A.  Yes.

3       Q.  Do you remember that video specifically?

4       A.  Yes.

5       Q.  And those videos were posted on YouTube and    2:46:30PM

6    other public places; is that right?

7       A.  I don't know where it was posted except --

8    I don't know everywhere it was posted.

9       Q.  Okay.  But one of the places they were

10   posted on were, you know, places like YouTube and    2:46:53PM

11   other video platforms accessible to the public,

12   right?

13      A.  It was posted on an investor center for

14   shareholders.  It may have been posted on YouTube.

15   I don't know.                                     2:47:12PM

16      Q.  But it was posted publicly?  I think that's

17   what I'm getting at as an initial point.

18      A.  Yeah, public could view it, yes.

19      Q.  What was the purpose of the RBTV videos?

20      A.  I believe it was to promote the company for    2:47:31PM

21   shareholders' investment.

22      Q.  Is it fair to say that the contents of the

23   substance of the video is accurate?

24      A.  All of it?

25      Q.  Yes.                                        2:47:59PM

                                             Page 135

Ex. 4

CONFIDENTIAL

1          A.  I don't think all of it was accurate.          2:48:01PM

2          Q.  Do you think that parts of Exhibit 118 that

3     was created for investors is inaccurate?

4               MR. MASUR:  Objection.  Vague as to time.

5               THE WITNESS:  You mean inaccurate when it     2:48:21PM

6     was made -- sorry.  I would like to know what time

7     period you are talking about.

8     BY MR. KELLY:

9          Q.  Do you think -- let's start with right now.

10    Do you think parts of that video are inaccurate?          2:48:34PM

11         A.  Yes.

12              MR. MASUR:  Same objection.

13    BY MR. KELLY:

14         Q.  You think that parts of that video were

15    inaccurate at the time that it was released              2:48:42PM

16    publicly?

17         A.  Yes.

18         Q.  Do you know if Redbubble ever informed its

19    investors that the substance of the video was

20    inaccurate?                                               2:48:54PM

21         A.  I don't know.

22         Q.  Sitting here today, you don't know if

23    Redbubble has ever told its investors that this

24    information that it provided to its investors is

25    inaccurate?                                               2:49:08PM

                                             Page 136

Ex. 4

CONFIDENTIAL

```
1        A.  I don't know if -- I don't know.           2:49:09PM

2        Q.  Which portion of the video do you think is

3    inaccurate?  Strike that.

4            Which portion does Redbubble think --

5    strike that.                                        2:49:28PM

6            Which portion of Exhibit 118, the video

7    made for Redbubble's investors, does Redbubble think

8    is inaccurate?

9            MR. MASUR:  I object.  This is -- you've

10   now switched from Mr. Toy's testimony to            2:49:40PM

11   Redbubble's.  This is not, to the best of my

12   knowledge, part of any of the noticed topics.  If

13   you want to point me towards one, that's fine;

14   otherwise, you can take Mr. Toy's testimony as an

15   individual.                                          2:49:58PM

16           MR. KELLY:  This is part of topic 2, the

17   business model associated with production, sale, and

18   distribution of merchandise.

19           MR. MASUR:  I disagree that it's part of

20   that, that it's properly part of that topic, but you  2:50:07PM

21   can ask the question, if you do.

22   BY MR. KELLY:

23       Q.  Can you answer the question, please?

24       A.  So I'm clear, I've been thinking in my

25   personal capacity.  Are you asking personal capacity  2:50:24PM
```

Page 137

Ex. 4

CONFIDENTIAL

```
 1    or --                                           2:50:26PM

 2        Q.  No, I'm taking your deposition as the

 3    corporate representative of Redbubble.  So I'm

 4    asking you with respect to Exhibit 118, the video

 5    that Redbubble made public for its investors, which  2:50:38PM

 6    part of that video does Redbubble think is

 7    inaccurate?

 8            MR. MASUR:  Same objections.  Beyond the

 9    scope.

10            THE WITNESS:  So for Redbubble specific --  2:50:54PM

11    so if I'm -- I was not part of the decision to post

12    that video, so I don't know what the company's

13    intent was there.  I do know that RBTV is on a

14    shareholder website, so in my personal capacity I

15    think the purpose of that is for shareholders or    2:51:18PM

16    investment.  But I do not know what the intent was

17    at the time when the company posted that video.

18    BY MR. KELLY:

19        Q.  I'm asking you, Redbubble, what part of

20    Exhibit 118 do you think was inaccurate?            2:51:38PM

21            MR. MASUR:  Same objections.  Beyond the

22    scope of the noticed topic and therefore Mr. Toy

23    cannot testify to binding the company.

24            MR. KELLY:  I disagree with that.

25
```

Ex. 4

CONFIDENTIAL

```
 1    BY MR. KELLY:                                        2:51:55PM

 2        Q.  Please answer the question.

 3            MR. MASUR:  I understand you disagree with

 4    that.

 5            THE WITNESS:  Yeah.  Again, I don't know     2:51:58PM

 6    what -- so I'm sorry, I'm getting confused.  What is

 7    the question?  Is it what was the intent behind the

 8    video, what was the purpose --

 9    BY MR. KELLY:

10        Q.  No.                                          2:52:16PM

11        A.  -- or inaccuracy?

12        Q.  As you sit here today testifying as

13    Redbubble's corporate representative, which part of

14    Exhibit 118, the video that was created for

15    investors, does Redbubble contend is inaccurate?     2:52:28PM

16            MR. MASUR:  And, again, I object that this

17    is beyond the scope.  Mr. Toy was not prepared on

18    this video on behalf of Redbubble because this video

19    was not identified to Redbubble or produced in this

20    litigation --                                        2:52:49PM

21            THE COURT REPORTER:  I'm sorry,

22    "because" --

23            MR. MASUR:  -- it was not identified to

24    Redbubble prior to the deposition, and Mr. Toy is

25    not here to testify on behalf of Redbubble with      2:52:55PM
```

Page 139

Ex. 4

CONFIDENTIAL

1    regards to this video.                                    2:52:59PM

2         And I know that you disagree with that and

3    I want to make my record for the sake of later

4    review.

5         I'm also telling you that if you do want to   2:53:08PM

6    ask Mr. Toy about his personal understanding of why

7    it is incorrect, that's absolutely fine.  But I'm

8    telling you that he has not been prepared and I'm

9    representing that he has not been prepared on this

10   video because this video is not properly the subject  2:53:21PM

11   of the 30(b)(6) testimony.

12        MR. KELLY:  And I would just note for the

13   record that this falls within the scope of exhibit

14   topics 2 and 3 of the deposition notice and it's a

15   video that was created and put out by the defendant   2:53:32PM

16   itself.

17        MR. MASUR:  Sure.  And --

18        MR. KELLY:  So it's not a matter of the

19   plaintiff identifying it or having to produce it.

20   It's information and materials that are accessible    2:53:43PM

21   and fully within the control of the defendant.  So

22   just that's my part on the record, and I

23   understand --

24        MR. MASUR:  And I understand that that's

25   your point on the record.  And, again, my point is    2:53:53PM

                                          Page 140

Ex. 4

CONFIDENTIAL

1    that it would be impossible for Redbubble to prepare    2:53:55PM

2    any witness to testify on the topics you've

3    identified in a way that would include this video,

4    and therefore his testimony is not properly on

5    behalf of Redbubble.                                     2:54:10PM

6           And I know that that's now for a judge to

7    decide if you ever put this in.  If you want to take

8    Mr. Toy's testimony personally, that's fine.  But if

9    you're going to continue along this route of trying

10   to take Redbubble's testimony inappropriately, then     2:54:21PM

11   I'm going to make sure that record is clear.

12          MR. KELLY:  And I would ask Mr. Toy to

13   answer the question that was posed to Redbubble,

14   unless you're instructing him not to answer?

15          MR. MASUR:  I am not instructing him not to       2:54:33PM

16   answer because you can't instruct on a question

17   that's beyond the scope.  But I can say that he has

18   not been prepared to testify; and therefore as

19   Redbubble, I'm not sure what testimony you could

20   get.                                                     2:54:45PM

21          MR. KELLY:  Well, I guess we'll find out.

22   BY MR. KELLY:

23      Q.  So, Mr. Toy, would you please testify on

24   behalf of Redbubble?

25      A.  Can I have the question repeated, please?         2:54:52PM

                                              Page 141

Ex. 4

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE COURT REPORTER: "Question:  As you | 2:55:20PM |
| 2 | Sit here today testifying as Redbubble's | |
| 3 | corporate representative, which part of | |
| 4 | Exhibit 118, the video that was created for | |
| 5 | investors, does Redbubble contend is | 2:55:20PM |
| 6 | inaccurate?" | |
| 7 | MR. MASUR:  Same objections. | |
| 8 | THE WITNESS:  It is hard to do this without | |
| 9 | looking at -- you know, after just having watched | |
| 10 | the video one time like this during the deposition, | 2:55:32PM |
| 11 | it would be easier if there were a transcript, | |
| 12 | but -- so I would find it challenging to identify | |
| 13 | comprehensives or identify everything that the | |
| 14 | company would think is inaccurate, but one thing | |
| 15 | that the company believes is inaccurate is the | 2:55:56PM |
| 16 | reference to fulfillers as partners. | |
| 17 | BY MR. KELLY: | |
| 18 | Q.  Anything else? | |
| 19 | A.  This goes back to my original comment that | |
| 20 | I -- it's hard.  I could watch the video again. | 2:56:12PM |
| 21 | Would you like me to do that? | |
| 22 | Q.  I'm just asking is there anything else | |
| 23 | based on what you know.  You, Redbubble.  Is there | |
| 24 | anything else to your answer?  I just want to make | |
| 25 | sure -- | 2:56:23PM |

Page 142

Ex. 4

CONFIDENTIAL

```
 1              MR. MASUR:  Just to be clear, you're asking    2:56:24PM
 2   whether anything else comes to Redbubble's mind
 3   sitting here, not having been prepared -- with the
 4   witness not having been prepared as to Redbubble's
 5   state of mind on this particular video as opposed to    2:56:34PM
 6   the impression of Mr. Toy after watching this video?
 7              MR. KELLY:  I'm asking Redbubble.
 8   BY MR. KELLY:
 9       Q.  Is there anything else, any other
10   inaccuracies that you contend are in that video that    2:56:46PM
11   was put out for investors?
12              MR. MASUR:  Same objections.  This is far
13   beyond the scope of anything that Mr. Toy could
14   reasonably be expected to prepare to testify on.
15              THE WITNESS:  So I'm unclear.  Are you        2:57:08PM
16   asking me to list everything that the company thinks
17   is inaccurate about this two-and-a-half-minute
18   video, like images, what's said?  It just seems like
19   a very open-ended question.
20   BY MR. KELLY:                                           2:57:25PM
21       Q.  I just want to know if there's anything
22   else.  You've said that there was one thing that
23   Redbubble contends is inaccurate about this video
24   that it put out to its investors, and I'm asking is
25   there anything else?                                    2:57:32PM
```

                                              Page 143

Ex. 4

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. MASUR:  Same objections. | 2:57:34PM |
| 2 | THE WITNESS:  It's possible but I would | |
| 3 | need to review it in more detail. | |
| 4 | BY MR. KELLY: | |
| 5 | Q.  Has Redbubble informed its investors in | 2:57:44PM |
| 6 | Australia that the video that was put out to its | |
| 7 | investors is inaccurate? | |
| 8 | MR. MASUR:  Same objections.  This is far | |
| 9 | beyond the scope of anything reasonably we would | |
| 10 | expect him to be prepared for.  There was no topic | 2:58:09PM |
| 11 | on this about notifications to investors, | |
| 12 | communications with investors, etc.  This is | |
| 13 | improper 30(b)(6) testimony and we will move at the | |
| 14 | appropriate time. | |
| 15 | THE WITNESS:  Could I have the question | 2:58:27PM |
| 16 | repeated, please? | |
| 17 | THE COURT REPORTER:  "Question:  Has | |
| 18 | Redbubble informed its investors in | |
| 19 | Australia that the video that was put out | |
| 20 | to its investors is inaccurate?" | 2:58:38PM |
| 21 | THE WITNESS:  Not that I know of. | |
| 22 | BY MR. KELLY: | |
| 23 | Q.  How about that you know of personally? | |
| 24 | A.  Not that I know of personally. | |
| 25 | Q.  Do you know if Redbubble Limited has | 2:58:54PM |

Page 144

Ex. 4

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | informed the Australia securities and investment | 2:58:57PM |
| 2 | commission about the inaccuracy in the video that it | |
| 3 | put out to its investors? | |
| 4 | MR. MASUR:  Same objections.  And actually | |
| 5 | at this point I am going to instruct the witness not | 2:59:06PM |
| 6 | to answer on the grounds it's beyond the scope, on | |
| 7 | the grounds that it's potentially touching on issues | |
| 8 | having to do with the securities law compliance and | |
| 9 | be privileged.  And in particular it happened within | |
| 10 | another country's securities laws on which, frankly, | 2:59:22PM |
| 11 | I am not prepared to even render an evaluation | |
| 12 | myself. | |
| 13 | So can you move on from here, Counsel.  If | |
| 14 | you've got authority for why this should somehow | |
| 15 | properly be the subject of testimony here, I'm happy | 2:59:37PM |
| 16 | to entertain it at a break.  But for right now I | |
| 17 | suggest you move on. | |
| 18 | BY MR. KELLY: | |
| 19 | Q.  Do you intend to follow your counsel's | |
| 20 | advice? | 2:59:47PM |
| 21 | A.  Yes. | |
| 22 | Q.  Have you personally ever spoken with anyone | |
| 23 | at the Australian Securities and Investment | |
| 24 | Commission about the inaccuracy in a video that | |
| 25 | Redbubble put out to its investors? | 2:59:56PM |

Page 145

Ex. 4

CONFIDENTIAL

```
 1      A.  No.                                        3:00:00PM

 2      Q.  Have you spoken to anyone at Redbubble

 3   about the inaccuracy in this video that was put out

 4   to investors?

 5          MR. MASUR:  Objection.  Lacks foundation.   3:00:14PM

 6          THE WITNESS:  There may have been

 7   discussions of a privileged nature.

 8          MR. MASUR:  To the extent the discussions

 9   were a privileged nature, I'm going to instruct you

10   not to answer.                                    3:00:31PM

11   BY MR. KELLY:

12      Q.  Are you following your attorney's

13   instruction?

14      A.  Yes.

15      Q.  Have you spoken about the video with anyone   3:00:34PM

16   at Redbubble?

17          MR. MASUR:  Same objection.  To the extent

18   that you are disclosing privileged information, I'll

19   instruct the witness not to answer.  To the extent

20   you can answer without disclosing privileged         3:00:53PM

21   information, you can answer.

22          THE WITNESS:  Could I have the question

23   repeated, please?

24          THE COURT REPORTER:  "Question:  Have

25          You spoken about the video with anyone at     3:01:09PM
```

Page 146

Ex. 4

CONFIDENTIAL

```
 1              Redbubble?"                              3:01:09PM

 2              THE WITNESS:  I will follow my counsel's

 3     guidance.

 4     BY MR. KELLY:

 5         Q.  Have you spoken to any Redbubble investors    3:01:20PM

 6     about the inaccuracy in the video that was put out

 7     by Redbubble to its investors?

 8              MR. MASUR:  Same objection.  And lacks

 9     foundation.

10              THE WITNESS:  Again, is this in my personal   3:01:34PM

11     capacity?

12     BY MR. KELLY:

13         Q.  Sir, let's start with in your corporate

14     30(b)(6) capacity.

15              MR. MASUR:  Then I'm objecting as beyond      3:01:45PM

16     the scope for the reasons I already stated.  I'm not

17     going to repeat them again.  I'm assuming you prefer

18     I not do so.  This is far beyond the scope, and

19     Redbubble has not prepared this witness to testify

20     on this subject.                                       3:02:00PM

21              THE WITNESS:  I'll follow my counsel's

22     guidance.

23     BY MR. KELLY:

24         Q.  Have you spoken to any Redbubble investors

25     about the inaccuracy in the video that was put out     3:02:08PM
```

Page 147

Ex. 4

CONFIDENTIAL

```
 1    to investors?                                    3:02:11PM

 2            MR. MASUR:  And again here, lacks

 3    foundation.  But to the extent that there were

 4    conversations that you can answer about that are not

 5    privileged, you may answer.  To the extent you      3:02:22PM

 6    cannot answer except by identifying privileged

 7    conversations, we will have to discuss that some

 8    other time and I'll instruct you not to.

 9            THE WITNESS:  I'll follow counsel's

10    instructions.                                      3:02:35PM

11    BY MR. KELLY:

12        Q.  Have you spoken to Kate McBride about any

13    inaccuracies in the video that we just saw that was

14    Exhibit 118?

15            MR. MASUR:  Objection.  And then it's not   3:02:55PM

16    clear which deponent you're asking, Redbubble or

17    Mr. Toy.

18    BY MR. KELLY:

19        Q.  Let's start with Redbubble.

20            MR. MASUR:  And same objection as to scope.  3:03:04PM

21    And also same instruction as to if you were doing so

22    in your capacity as counsel, you should not answer

23    the question.  But except for the extent you were

24    acting as counsel, you could answer the question.

25            THE WITNESS:  I will follow counsel's       3:03:25PM
```

Page 148

Ex. 4

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | instruction. | 3:03:27PM |
| 2 | BY MR. KELLY: | |
| 3 |     Q.  Not to answer? | |
| 4 |     A.  Yes. | |
| 5 |     Q.  So you can't identify a single | 3:03:36PM |
| 6 | nonprivileged conversation between anyone at | |
| 7 | Redbubble and Ms. McBride about the substance of the | |
| 8 | video that is Exhibit 118, is that your testimony? | |
| 9 |        MR. MASUR:  Okay.  Hold on. | |
| 10 |        Again, object.  Vague as to which deponent | 3:03:48PM |
| 11 | we are talking about. | |
| 12 |        MR. KELLY:  Redbubble. | |
| 13 |        MR. MASUR:  Okay.  So you're saying that -- | |
| 14 | I just want to make sure the record is clear on | |
| 15 | this.  You're saying that Redbubble had a duty to | 3:03:58PM |
| 16 | investigate whether anyone at the company had a | |
| 17 | conversation with Ms. McBride about this video in | |
| 18 | order to prepare a witness to testify here based on | |
| 19 | topics 1 and 2; namely, your corporate structure and | |
| 20 | your business model? | 3:04:15PM |
| 21 |        MR. KELLY:  Two and three.  Topics 2 and 3. | |
| 22 |        MR. MASUR:  Oh, sorry.  You're right. | |
| 23 |        MR. KELLY:  Your business model. | |
| 24 |        MR. MASUR:  Topics 2 and 3.  You are | |
| 25 | telling me that it's your position that topics 2 and | 3:04:36PM |

Page 149

Ex. 4

CONFIDENTIAL

```
1    3 on the 30(b)(6) notice obligated Redbubble to        3:04:38PM

2    educate a witness to testify on its behalf about

3    whether anyone at the company had had a conversation

4    with Ms. McBride about a video that was not produced

5    in this case, that was not identified before this      3:04:59PM

6    deposition?  Is that your position, Counsel?

7         MR. KELLY:  I'm just asking questions.

8    BY MR. KELLY:

9         Q.  So I'm asking you --

10        MR. MASUR:  No, I'm asking whether it's            3:05:07PM

11   within the -- you're asking questions you're saying

12   is within the scope of a deposition notice, Counsel.

13   And I think you've heard my description of it and

14   realized how ridiculous that position is.

15        So I'm asking is that your position?               3:05:19PM

16        MR. KELLY:  No.

17   BY MR. KELLY:

18        Q.  My position is I'm asking you a question as

19   the representative for Redbubble based on a

20   document -- based on a video that was created by        3:05:27PM

21   Redbubble that falls under the scope of topics 2 and

22   3.  I'm asking you questions related to that video

23   specifically.

24        MR. MASUR:  And I'm responding to you and

25   informing you that Redbubble has not informed and      3:05:43PM
```

Page 150

Ex. 4

CONFIDENTIAL

```
 1    has not educated Mr. Toy to testify about this video    3:05:46PM

 2    in any way.  And, therefore, if to the extent you

 3    think this belongs under a topic and we should have

 4    educated him, you're free to bring that up with the

 5    magistrate.  But I'm telling you he has not been        3:06:02PM

 6    educated on it and he cannot testify on behalf of

 7    Redbubble as a result.  He cannot testify as to

 8    Redbubble on this video.

 9           But, frankly, if you want to try to

10    convince a magistrate that we had an obligation to      3:06:13PM

11    educate a witness on this, be my guest.  But this is

12    ridiculous.

13    BY MR. KELLY:

14        Q.  Mr. Toy, you're not going to answer my

15    question I'm guessing?                                  3:06:27PM

16        A.  What was the question?

17            THE COURT REPORTER:  "Question:  So you

18            Can't identify a single nonprivileged

19            conversation between anyone at Redbubble

20            and Ms. McBride about the substance of the      3:06:56PM

21            video that is Exhibit 118, is that your

22            testimony?"

23            THE WITNESS:  I'll follow instruction of

24    counsel.

25
```

Page 151

Ex. 4

CONFIDENTIAL

```
 1    BY MR. KELLY:                                    3:07:07PM

 2        Q.  I'm going to introduce Exhibit 119.  It's a

 3    document Bates-stamped RBBM190326.

 4            (Exhibit 119 was marked for identification

 5            and is attached hereto.)                 3:07:19PM

 6            THE WITNESS:  I see it.  It's up.

 7    BY MR. KELLY:

 8        Q.  This is an email from Redbubble.

 9            Do you see that?

10        A.  Yes.                                     3:07:46PM

11        Q.  And it's an advertisement to a potential

12    customer, correct?

13            MR. MASUR:  Objection.  Lacks foundation.

14            THE WITNESS:  Sorry.  Let me just review

15    it.                                              3:08:03PM

16            (Pause in the proceedings.)

17            THE WITNESS:  Okay.  I'm done reviewing it.

18    I think there was a question, but could I have it

19    repeated, please?

20    BY MR. KELLY:                                    3:08:43PM

21        Q.  Exhibit 119 is an advertisement sent to a

22    potential customer, correct?

23            MR. MASUR:  Same objections.

24            THE WITNESS:  Looks like an email sent to a

25    customer.  Or it looks like an email sent to a   3:08:53PM
```

Page 152

Ex. 4

CONFIDENTIAL

```
 1        A.  Yeah.                                        5:31:13PM

 2            MR. KELLY:  Same objections.

 3   BY MR. MASUR:

 4        Q.  What was the answer?

 5        A.  Yes.                                         5:31:21PM

 6        Q.  And as with Exhibit 119, is this

 7   document -- has this document -- strike that.

 8            As with Exhibit 119, does Exhibit 120

 9   represent this document as it was kept by Redbubble

10   in the ordinary course of business?              5:31:39PM

11            MR. MASUR:  Same objections.

12            THE WITNESS:  Yes.

13            MR. MASUR:  Thank you.  I've got nothing

14   further.  I think we can go off the record.

15            THE COURT REPORTER:  Mr. Masur, do you want  5:31:50PM

16   a copy?

17            MR. MASUR:  Copy.

18            VIDEOGRAPHER:  This concludes today's

19   testimony given by James N. Toy, 30(b)(6) witness,

20   Redbubble Incorporated.  Number of media units used  5:32:06PM

21   is one and will be retained by Veritext.  The time

22   is 5:32 p.m.  You are now off the record.

23            (Whereupon, the proceedings were concluded

24   at 5:32 p.m.)

25
```

                                              Page 222

Ex. 4

CONFIDENTIAL

1    I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4    That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were administered an oath; that

8    a record of the proceedings was made by me using

9    machine shorthand which was thereafter transcribed

10   under my direction; that the foregoing transcript is

11   a true record of the testimony given.

12   Further, that if the foregoing pertains to the

13   original transcript of a deposition in a Federal

14   Case, before completion of the proceedings review of

15   the transcript { } was {X} was not requested.

16   I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney or any party to this action.

19   IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21   Dated:  April 24, 2020

22

23

24   *Joanne M. Farrell*

25   Joanne M. Farrell, CSR No. 4838

Page 223

Ex. 4