UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE TESTIMONY NOT PROVIDED IN DEPOSITION**<br><br>*[Filed concurrently with Plaintiff's Motion in Limine No. 3; and Declaration of Keith J. Wesley]*<br><br>Date:   June 30, 2020<br>Time:   9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:   June 30. 2020 |

# [PROPOSED] ORDER

Before the Court is Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Motion *in Limine* No. 3 to Preclude Testimony Not Provided in Deposition (the "Motion"). Having considered the briefs filed by the parties and the arguments of counsel, and with good cause appearing therefor, the Court hereby **GRANTS** the Motion. Defendant Redbubble, Inc. is precluded from offering any testimony or evidence that it was not prepared to, was unwilling to, or refused to provide at its court-ordered April 21, 2020 deposition pursuant to Federal Rule of Civil Procedure 30(b)(6), including testimony that responds to, contradicts, rebuts, or otherwise undermines evidence of its partner relationship with its fulfillers and manufacturers.

**IT IS SO ORDERED.**

Dated: June _____, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge