BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE THE TESTIMONY OF MICHAEL MASNICK**<br><br>*[Filed Concurrently with Plaintiff Motion in Limine No. 4; and [Proposed] Order]*<br><br>Date:      June 30, 2020<br>Time:     9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:    June 15, 2020<br>Trial Date:                    June 30. 2020 |

-1-                                      Case No. 2:19-cv-04618-RGK (JPRx)

## DECLARATION OF JASON Y. KELLY

I, Jason Y. Kelly, declare and state as follows:

1.    I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California.  I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") in this matter.  I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.    My firm represents Atari Interactive, Inc. ("Atari") in a separate case filed against Redbubble, Inc. ("Redbubble").  That case is captioned *Atari Interactive, Inc. v. Redbubble, Inc.*, Case No. 4:18-cv-03451-JST in the Northern District of California.  Redbubble is defended by the same counsel in both this cases and the *Atari* case. Through my involvement with these cases, I am generally familiar with the retention of Jamie Goldberg Gerson and Michael Masnick in the *Atari* case, as well as in addition to the present case.

3.    In the *Atari* case, Redbubble timely designated Mr. Masnick as an expert witness on December 20, 2019, providing a substantially similar report to that which he provided in this case.  Thereafter, Atari designated Ms. Gerson as a rebuttal expert to Mr. Masnick.

4.    In this case, Brandy Melville timely designated Ms. Gerson as an expert witness by the deadline of April 1, 2020.

5.    However, Redbubble did not designate Mr. Masnick as an expert witness by April 1, 2020.  Instead, on May 1, 2020, Redbubble disclosed Mr. Masnick solely as a rebuttal expert to Ms. Gerson.  A true and correct copy of the e-mail disclosing Mr. Masnick, and a copy of Mr. Masnick's expert report, are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.

6.    On May 6, 2020, Redbubble identified Mr. Masnick as an expert whose opinions may be presented at trial.  On May 7, 2020, Brandy Melville served Redbubble with a Notice of Deposition for Mr. Masnick, setting his deposition for

1   May 14, 2020.  A true and correct copy of this Notice of Deposition is attached hereto
2   as **Exhibit 3**.

3         7.      After this Notice of Deposition was served, I exchanged e-mails with
4   Redbubble's counsel, in which Redbubble's counsel advised that Mr. Masnick would
5   not appear for deposition at the noticed time, or any other time, despite Federal Rule
6   of Civil Procedure 26(b)(4)(A), on the grounds that discovery is closed.  A true and
7   correct copy of this e-mail chain is attached hereto as **Exhibit 4**.

8         8.      Ultimately, on May 14, 2020, Mr. Masnick did not appear for his noticed
9   deposition.

10         9.      The L.R. 7-3 conference of counsel regarding this motion occurred on
11   May 8, 2020.

12         Executed this 15th day of May 2020, at Moreno Valley, California.

13         I declare under penalty of perjury under the laws of the United States of
14   America that the foregoing is true and correct.

15

16                             */s/ Jason Y. Kelly*
17                             Jason Y. Kelly

18

19

20

21

22

23

24

25

26

27

28