Ex. 1

# EXHIBIT 1

Ex. 1

# Jason Kelly

| | |
|---|---|
| **From:** | Debora Sanfelippo <dsanfelippo@zuberlawler.com> |
| **Sent:** | Friday, May 1, 2020 3:56 PM |
| **To:** | Keith Wesley; Jason Kelly; Ryan Q. Keech; Lachmin Singh |
| **Cc:** | Joshua Masur; Ken Wilson (ken@coastsidelegal.com); Zachary S. Davidson |
| **Subject:** | Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc. - Rebuttal Expert Report of Michael Masnick |
| **Attachments:** | Brandy Melville v. Redbubble - Rebuttal Expert Report of Michael Masnick.pdf |

Dear Counsel,

Attached is the service copy of the Rebuttal Expert Report of Michael Masnick in the matter of *Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc*.

Best,

Deb Sanfelippo



**DEBORA SANFELIPPO**
Litigation Assistant to Joshua M. Masur
Zuber Lawler & Del Duca LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071, USA
T: +1 (213) 596-5620
dsanfelippo@zuberlawler.com | www.zuberlawler.com

The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. This email may be an attorney advertisement. Should you not wish to receive such communications from me, please reply to this email requesting to be removed.

Ex. 1