Ex. 3

# EXHIBIT 3

BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars. Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Y.Y.G.M. SA d.b.a.
BRANDY MELVILLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 2:19-cv-04618-RGK (JPRx) |
|---|---|
| Plaintiff, | Judge:  Hon. R. Gary Klausner |
| vs. | **PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF MICHAEL MASNICK** |
| REDBUBBLE, INC., a Delaware corporation, | |
| Defendant. | Trial Date: June 30, 2020 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") will take the deposition of Defendant Redbubble, Inc.'s rebuttal expert, Michael Masnick, beginning at 10:00 a.m. on Thursday, May 14, 2020, by the remote means of video-teleconferencing ("VTC") services.

NOTICE IS FURTHER GIVEN that Brandy Melville intends to cause the proceedings to be recorded both stenographically, including by the instant display of testimony, before a certified court reporter, and by videotape. Brandy Melville specifically reserves the right to use the videotape at the time of trial.

NOTICE IS FURTHER GIVEN that the court reporter will also be remote via VTC services or telephone for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. In addition, Brandy Melville reserves the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's computer, laptop, iPad, tablet, or other type of display device connected to the court reporter.

DATED: May 7, 2020           BROWNE GEORGE ROSS LLP
                                          Keith J. Wesley
                                          Ryan Q. Keech
                                          Jason Y. Kelly

By: _____
                                          Jason Y. Kelly
Attorneys for Y.Y.G.M. SA d.b.a. BRANDY MELVILLE


# PROOF OF SERVICE

**Y.Y.G.M. SA d.b.a. BRANDY MELVILLE v REDBUBBLE, INC.**
**Case No. 2:19-cv-04618 RGK (JPRx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On May 7, 2020, I served true copies of the following document described as **PLAINTIFF'S NOTICE OF REMOTE DEPOSITION OF MICHAEL MASNICK** on the interested parties in this action as follows:

| | |
|---|---|
| Joshua M. Masur<br>ZUBER LAWLER<br>2000 Broadway Street, Suite 154<br>Redwood City, CA 94063<br>T: 650-434-8538<br>F: 213-596-5621<br>jmasur@zuberlaw.com | *Counsel for Defendant*<br>*REDBUBBLE, INC.* |
| Kenneth B Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>T: 650-440-4211<br>F: 650-440-4851<br>ken@coastsidelegal.com | *Co-Counsel for Defendant*<br>*REDBUBBLE, INC.* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On May 7, 2020, I caused a copy of the document to be sent from e-mail address jkelly@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 7, 2020, at Moreno Valley, California.

*/s/ Jason Y. Kelly*
Jason Y. Kelly