1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   Y.Y.G.M. SA d.b.a. BRANDY            Case No. 2:19-cv-04618-RGK (JPRx)
     MELVILLE, a Swiss corporation,       Judge:   Hon. R. Gary Klausner
12
            Plaintiff,                     **[PROPOSED] ORDER GRANTING**
13                                         **PLAINTIFF Y.Y.G.M. SA D.B.A.**
        vs.                                **BRANDY MELVILLE'S MOTION**
14                                         ***IN LIMINE* NO. 4 TO EXCLUDE**
     REDBUBBLE, INC., a Delaware           **THE TESTIMONY OF MICHAEL**
15   corporation,                          **MASNICK**

16          Defendant.                     *[Filed concurrently with Plaintiff's*
                                           *Motion in Limine No. 4; and*
17                                         *Declaration of Jason Y. Kelly]*

18                                         Date:    June 30, 2020
19                                         Time:    9:00 a.m.
                                           Crtrm.:  850
20

21                                         Pre-Trial Conference:   June 15, 2020
                                           Trial Date:             June 30. 2020
22

23

24

25

26

27

28

# **[PROPOSED] ORDER**

Before the Court is Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Motion *in Limine* No. 4 to Exclude the Testimony of Michael Masnick.  Having considered the briefs filed by the parties and the arguments of counsel, and with good cause appearing therefor, the Court hereby GRANTS the Motion.   IT IS HEREBY ORDERED that:

- Defendant Redbubble, Inc.'s ("Redbubble") rebuttal expert witness, Mr. Michael Masnick, is excluded from testifying at trial.
- Redbubble and its counsel may not refer to, or elicit testimony in any way concerning, Mr. Masnick's opinions.
- Counsel for Redbubble shall instruct any party-affiliated witnesses of the substance of this Order and shall instruct such witnesses accordingly.

**IT IS SO ORDERED.**

Dated:  June        , 2020

_____
Honorable R. Gary Klausner
United States District Court Judge