# EXHIBIT C

to Declaration of Joshua M. Masur in Support of Defendant Redbubble Inc.'s Motion in Limine No. 1 to Exclude Expert Opinions of Jamie Goldberg Gerson



# Etsy

Search: Dallas cowboys

Sign in | Cart | Gifts

Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies | Vintage

Related searches:
- dallas cowboys svg
- dallas cowboys tumbler
- dallas cowboys decal
- dallas cowboys for men
- dallas cowboys women
- dallas cowboys baby
- dallas cowboys shirt

## All categories › "Dallas cowboys" (13,038 Results)

Sort by: Relevancy

**Sidebar filters:**

All categories
- Home & Living
- Clothing
- Art & Collectibles
- Accessories
- Show more

Special offers
- FREE shipping
- On sale
- Personalizable (Monogram, engravings, etc)

Ready to ship in
- 1 business day
- 1 – 3 business days

Price ($)
- Any price
- Under $50
- $50 to $100
- $100 to $200
- Over $200
- Custom: Low to High

Room
- Bathroom
- Bedroom
- Craft
- Dorm
- Entryway
- Show more

Style
- Art deco
- Bohemian & eclectic
- Contemporary
- Country & farmhouse
- Lodge
- Show more

Framing
- Framed
- Unframed

Occasion
- 1st birthday
- Anniversary
- Baby shower
- Bachelor party
- Bachelorette party
- Show more

Holiday
- Christmas
- Cinco de Mayo
- Easter
- Halloween
- Hanukkah
- Show more

Color
- Beige
- Black
- Blue
- Bronze
- Brown
- Show more

Shop location
- Anywhere
- United States
- Custom: Enter location

Item type
- All items
- Handmade
- Vintage

Ordering options
- Accepts Etsy gift cards
- Can be gift-wrapped

Ship to: United States

---

### Listings (page 2)

**Dallas Cowboys Face Mask** — LOLDesignsByAngie — ★★★★★ (197) — $12.00 — Bestseller

**Dallas CowBoys svg | Sports silhouette...** — LustersilhouetTe — ★★★★★ (242) — $1.99 — Bestseller

**Dallas Cowboys svg bundle #1 | Foo...** — PixifyDesigns — ★★★★★ (1) — $4.00

**Dallas Cowboys SVG, Png, Svg, Jpg...** — DigitalMarshmello — ★★★★★ (218) — $1.79

**SHIPS TODAY! Dallas Cowboys Face...** — LizzieSewsALot — ★★★★★ (142) — $9.00 FREE shipping

**Dallas Cowboys Star logo svg png ...** — CelebrateBabyCo — ★★★★★ (249) — $2.00 — Bestseller

**Cowboy svg, dallas cowboy svg, co...** — GingerFoxShop — ★★★★★ (213) — $2.00 — Bestseller

**Cowboys Svg Dallas Cowboys Svg ...** — CocoDamaArtShop — ★★★★★ (213) — $1.80

**Dallas Cowboys Mask with filter po...** — enchantedlyordinary — ★★★★★ (2) — $10.00

**Texas, Dallas Cowboys, SVG, PNG, J...** — CreationsByCocos — ★★★★★ (61) — $2.00

**Cowboy svg, dallas cowboy svg, co...** — Gratefulswanesco — ★★★★★ (330) — $1.90

**Dallas Cowboys NFL Football Logo ...** — TomatoDigitalCrafts — ★★★★★ (110) — $1.99

**Cowboy svg, dallas cowboy svg, co...** — DesignShopStores — ★★★★★ (130) — $3.00

**Dallas COWBOYS NFL Skull Svg - C...** — ScoreSVG — ★★★★★ (7) — $4.99

**Dallas Cowboys SVG Png Pdf Ai Eps** — GorillaSVG — ★★★★★ (54) — $2.49

**Dallas Cowboys Football SVG PNG ...** — CocoCuts — ★★★★★ (24) — $4.00

**Dallas Cowboys mask Dallas Cowb...** — Collectibles183 — ★★★★★ (530) — $13.00 — Bestseller

**Dallas Cowboys NFL Football Logo ...** — ConAmor143 — ★★★★★ (59) — $1.50

**Dallas Cowboys Washable and reus...** — MabelandMargaret — ★★★★★ (25) — $10.00 — Only 3 available and it's in 1 person's cart

**Dallas Cowboys Sports Football No...** — OxfordsSewandSew — ★★★★★ (1,091) — $15.00 FREE shipping

**Baby Yoda Dallas Cowboys PNG JP...** — DanialsCrafts — ★★★★★ (19) — $7.99

**Face Mask Workplace Dallas Cowbo...** — CamelliaCares — ★★★★★ (409) — $11.95 FREE shipping — Bestseller

**Dallas Cowboys Instant Download ...** — NPolandDesigns — ★★★★★ (261) — $3.00 — Bestseller

**Dallas Cowboys Apple Watch Band** — 3up3downShop — ★★★★★ (96) — $20.00 FREE shipping

**Dallas Cowboys Face Mask** — MD3Designs — ★★★★★ (120) — $17.99 FREE shipping — Bestseller

**Dallas Cowboys Metal Sign / Wall H...** — TheFlipFlopMetalShop — ★★★★★ (51) — $112.50 $125.00 (10% off)

**dallas cowboys chip bags, football, ...** — PepperJamPaperie — ★★★★★ (16) — $10.00 FREE shipping

**Dallas Cowboys Chunky Charm Nec...** — ToshiesJewelry — ★★★★★ (245) — $39.00 FREE shipping

**Dallas Cowboys Svg/Dallas Svg/S...** — HandADesignsCo — ★★★★★ (88) — $3.45

**Football, Dallas Cowboys, Retracta...** — TimeForJewels — ★★★★★ (643) — $8.99

**Crocheted Dallas Cowboy colors. B...** — CookieLids — ★★★★★ (248) — $30.00

**Face Mask with Filter Pocket and Wi...** — TheIowaBagLady — ★★★★★ (10) — $12.99

**MOD Baby Car Seat Covers - Dallas ...** — kitcarsonblue — ★★★★★ (1,706) — $49.99 FREE shipping — Only 1 available and it's in 2 people's carts

**Dallas Cowboys Face Mask** — JaydesCloset — ★★★★★ (60) — $19.99

**Dallas Cowboys Face Mask** — Loveitsewshop — ★★★★★ (79) — $12.00 FREE shipping — Bestseller

**Dallas Cowboys Football stadium sk...** — Artbypierre — ★★★★★ (373) — $35.00 FREE shipping

**Dallas Cowboys svg, Cowboys clipa...** — Mkhandmades — ★★★★★ (296) — $3.00

**Dallas Cowboy's Tumbler** — ArtzwithFlareCrafts — ★★★★★ (159) — $44.00 FREE shipping

**Dallas Cowboys svg file, Texas svg f...** — emstudioco — ★★★★★ (143) — $1.90 $3.80 (50% off)

**NFL Houston Texans/Dallas Cowbo...** — VoodooGypsyBeach — ★★★★★ (50) — $21.99

**Handmade Collectible Vintage "Rar...** — OneLadyVintage — ★★★★★ (28) — $57.50

**Dallas COWBOYS Lips SVG - Footb...** — CloudBDesignSVG — ★★★★★ (142) — $3.59

**Dallas Cowboys Infinity Scarf** — just4ulymahrendt — ★★★★★ (346) — $18.00

**Dallas Cowboys Burp Cloth** — SweetofReese — ★★★★★ — $8.00 — Only 1 available and it's in 2 people's carts

**Dog Collar, Pink Cowboys 2, Dallas ...** — Purfectpooch — ★★★★★ (4,088) — $14.99 — Only 3 available and it's in 9 people's carts

**Cloth Face Masks in LSU, New Orlea...** — PizzazzFabricDesigns — ★★★★★ (184) — $17.00 — Bestseller

**Dallas Cowboys Wedding Garter Se...** — GrammmsTressures — ★★★★★ (855) — $39.99 FREE shipping

**Dallas Cowboys Wreath** — 2Brokesisters8Wreaths — ★★★★★ (49) — $75.00 — Only 3 available and it's in 3 people's carts

---

There's so much more for you to discover

Pagination: ← 1 2 3 4 5 6 7 8 … 250 →

---

Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.
Enter your email  [Subscribe]

**Shop**
- Gift cards
- Etsy blog

**Sell**
- Sell on Etsy
- Teams
- Forums
- Affiliates

**About**
- Etsy, Inc.
- Policies
- Investors
- Careers
- Press
- Impact

**Help**
- Help Center
- Privacy settings
- Download the Etsy App

United States | English (US) | $ (USD)

© 2020 Etsy, Inc.   Terms of Use   Privacy   Interest-based ads