| 1 | |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 2:19-cv-04618-RGK (JPRx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE EXPERT OPINIONS OF JAMIE GOLDBERG GERSON** |
| v. | |
| REDBUBBLE INC., | |
| Defendant. | *[Filed concurrently with Notice of Motion and Motion in Limine; Declaration of Joshua M. Masur]* |
| | Hearing Date: June 30, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

1

1    This matter having come before the Court upon Defendant Redbubble Inc.'s
2    Motion in Limine, the Court, having reviewed the motion and related papers and
3    after sufficient cause appearing, finds that Defendant's Motion in Limine No. 1 to
4    Exclude Expert Opinions of Jamie Goldberg Gerson is granted.
5
6    **IT IS SO ORDERED.**
7
8
9    Dated: _____, 2020.
10                                             _____
                                                UNITED STATES DISTRICT COURT
                                                R. GARY KLAUSNER