|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE AND ARGUMENT RE FOREIGN LAWSUITS**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine]*<br><br>Hearing Date: June 30, 2020<br>Time:          9:00 a.m.<br>Courtroom:  850<br>Hon. R. Gary Klausner |
|---|---|

1  This matter having come before the Court upon Defendant Redbubble Inc.'s
2  Motion in Limine, the Court, having reviewed the motion and related papers and
3  after sufficient cause appearing, finds that Defendant's Motion in Limine No. 2 to
4  Exclude Evidence and Argument Regarding Foreign Lawsuits is granted.
5
6  **IT IS SO ORDERED.**
7
8
9  Dated: _____, 2020.
10                                                 UNITED STATES DISTRICT COURT
                                                   R. GARY KLAUSNER