UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REDBUBBLE INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE AND ARGUMENT OF DAMAGES**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine; Declaration of Joshua M. Masur]*<br><br>Hearing Date: June 30, 2020<br>Time:　　　　9:00 a.m.<br>Courtroom:　　850<br>Hon. R. Gary Klausner |

1  This matter having come before the Court upon Defendant Redbubble Inc.'s
2  Motion in Limine, the Court, having reviewed the motion and related papers and
3  after sufficient cause appearing, finds that Defendant's Motion in Limine No. 3 to
4  Exclude Evidence and Argument of Damages is granted.
5
6  **IT IS SO ORDERED.**
7
8
9  Dated: _____, 2020.                                 _____
10                                                              UNITED STATES DISTRICT COURT
                                                                 R. GARY KLAUSNER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28