1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE AND ARGUMENT OF ALLEGED ACTUAL CONFUSION**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine; Declaration of Joshua M. Masur]*<br><br>Hearing Date: June 30, 2020<br>Time:             9:00 a.m.<br>Courtroom:   850<br>Hon. R. Gary Klausner |

1    This matter having come before the Court upon Defendant Redbubble Inc.'s
2 Motion in Limine, the Court, having reviewed the motion and related papers and
3 after sufficient cause appearing, finds that Defendant's Motion in Limine No. 5 to
4 Preclude Evidence and Argument of Alleged Actual Confusion is granted.
5
6    **IT IS SO ORDERED.**
7
8
9 Dated: _____, 2020.       _____
10                                    UNITED STATES DISTRICT COURT
                                      R. GARY KLAUSNER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28