# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING THIRD-PARTY INTELLECTUAL PROPERTY**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine]*<br><br>Hearing Date: June 30, 2020<br>Time:            9:00 a.m.<br>Courtroom:   850<br>Hon. R. Gary Klausner |

1   This matter having come before the Court upon Defendant Redbubble Inc.'s
2   Motion in Limine, the Court, having reviewed the motion and related papers and
3   after sufficient cause appearing, finds that Defendant's Motion in Limine No. 6 to
4   Exclude Evidence and Argument Regarding Third-Party Intellectual Property is
5   granted.
6
7   **IT IS SO ORDERED.**
8
9
10  Dated: _____, 2020.
11  _____
    UNITED STATES DISTRICT COURT
12  R. GARY KLAUSNER
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28