# EXHIBIT G

to Declaration of Joshua M. Masur in Support of Defendant Redbubble Inc.'s Motion in Limine No. 7 to Preclude Use of Undisclosed Witnesses

BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>       Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**PLAINTIFF'S INITIAL TRIAL EXHIBIT LIST**<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:                    June 30, 2020 |

-1-

Pursuant to Federal Rule of Civil Procedure 26, Local Rule 16-2.3, and this Court's Order for Jury Trial (Dkt. No. 17), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville"), through its attorneys of record, hereby provides its Initial Trial Exhibit List, identifying and disclosing the exhibits it currently intends to use at trial, excluding those exhibits intended to be used for rebuttal and/or impeachment.

Brandy Melville explicitly and specifically reserves its right to use at trial any document listed on Defendant Redbubble, Inc.'s ("Defendant" or "Redbubble") First Trial Exhibit List, dated May 6, 2020, or on any subsequent exhibit list, or any document Defendant used or introduced in connection with any motion, filing, or deposition.

Brandy Melville explicitly and specifically reserves its right to amend this list before, at the commencement of, and/or during trial.  This reservation of rights includes amending the exhibit list based on, *inter alia*, this Court's rulings on summary judgment motions, pretrial motions, motions in *limine*, and evidentiary matters and testimony presented at trial.  Further, Brandy Melville's designation of its initial list of trial exhibits is made subject to any and all objections that Brandy Melville did or may have lodged, to the extent that the Court does not preclude such exhibit, and without waiving any objection to any exhibit identified below— particularly Exhibits 1 to 18 , which were Redbubble's exhibits at deposition and that are included for comprehensiveness and to avoid duplication of exhibit numbers per Local Rules 16-6.1 and 26-3.

Per Local Rule 16-6.1 and 26-3, bold exhibit numbers reflect those that were previously used at a deposition and maintain those numbers of purposes of trial.

//

//

//

//

| Ex. No. | Description | Bates No. |
|---|---|---|
| 3 | Complaint | |
| 5 | USPTO Certificate for Registration No. 5,373,397 | BRANDY_0002185-0002187 |
| 6 | USPTO Certificate for Registration No. 5,238,856 | BRANDY_0002175-0002176 |
| 7 | USPTO Certificate for Registration No. 5,748,883 | BRANDY_0002195-0002196 |
| 8 | Brandy Melville presentation | BRANDY_0000057-0000075 |
| 9 | Email from C. Bonilla to dmca@redbubble.com | BRANDY_0000099 |
| 10 | Correspondence from K. Wesley to Redbubble | BRANDY_0000100-0000102 |
| 11 | Email from Redbubble to P. Ross, K. Wesley, and D. Torosyan | BRANDY_0000103-0000104 |
| 12 | Email from Redbubble to C. Bonilla | BRANDY_0000105-0000107 |
| 13 | Redbubble webpage capture | BRANDY_0000424-0000539 |
| 14 | Redbubble webpage capture | BRANDY_0000656-0000771 |
| 102 | My Work Was Removed | |
| 103 | Redbubble IP/Publicity Rights Policy | |
| 104 | User Agreement | |
| 105 | Trademark | RBBM214339 - RBBM214341 |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| **106** | Someone is Infringing My Rights or the Rights of Another | RBBM214335 - RBBM214338 |
| **107** | License Agreement | RBBM214370 - RBBM214380 |
| **108** | Artist Margins | |
| **110** | Redbubble webpage | BRANDY_0001740-0001744 |
| **111** | Redbubble product listing | BRANDY_0002040-0002042 |
| **112** | Redbubble Marketplace Integrity Team email | RBBM176043 |
| **113** | Redbubble email to user | RBBM175095 - RBBM175097 |
| **114** | Redbubble email to user | RBBM176774 - RBBM176775 |
| **115** | Brandy Melville policy document | RBBM016865 - RBBM016868 |
| **116** | Screenshot of Redbubble advertisement | BRANDY_0000095 |
| **117** | Screenshot of Google search | BRANDY_0002068-0002069 |
| **118** | Redbubble Video re On Demand – The Market Opportunity | |
| **119** | Redbubble email to customer | RBBM190326 - RBBM190327 |
| **120** | Redbubble email to customer | RBBM177978 - RBBM177981 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| **121** | Redbubble email to customer | RBBM181029 |
| **122** | Redbubble email to customer | RBBM176537 - RBBM176541 |
| **123** | Redbubble chart of infringing designs | RBBM016058 - RBBM016099 |
| **124** | Image of Redbubble packaging | BRANDY_0000419 |
| **125** | Redbubble webpage | BRANDY_0001740-0001744 |
| **126** | Image of Redbubble product | BRANDY_0000417 |
| **127** | Emancipation Capital investor letter | |
| **128** | M. Burkimsher June 5, 2018 email | RBBM185670 - RBBM185681 |
| 129 | Redbubble's Answer to Complaint | |
| 130 | Redbubble's First Set of Requests for Production | |
| 131 | Brandy Melville's First Set of Requests for Production | |
| 132 | Brandy Melville's responses to Redbubble's First Set of Requests for Production | |
| 133 | Redbubble's responses to Brandy Melville's First Set of Requests for Production | |
| 134 | Redbubble's First Set of Interrogatories | |
| 135 | Brandy Melville's First Set of Interrogatories | |
| 136 | Brandy Melville's responses to Redbubble's First Set of Interrogatories | |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 137 | Redbubble's responses to Brandy Melville's First Set of Interrogatories | |
| 138 | Deposition Transcript of Salvatore Rianna | |
| 139 | Deposition Transcript of Madison Elkins | |
| 140 | Deposition Transcript of James Toy | |
| 141 | Deposition Transcript of James Toy (*Atari Interactive, Inc. v. Redbubble, Inc.*, No. 4:18-cv-3451 (N.D. Cal.)) | |
| 142 | Deposition Transcript of Arnaud Deshais (*Atari Interactive, Inc. v. Redbubble, Inc.*, No. 4:18-cv-3451 (N.D. Cal.)) | |
| 143 | Deposition Transcript of Jenny Greenhough (*Atari Interactive, Inc. v. Redbubble, Inc.*, No. 4:18-cv-3451 (N.D. Cal.)) | |
| 144 | brandymelvilleusa instagram page | BRANDY_0000001-000003 |
| 145 | brandymelvilleusa instagram page | BRANDY_0000033-0000056 |
| 146 | Screenshots re Redbubble ads | BRANDY_0000094 |
| 147 | Screenshots re Redbubble ads | BRANDY_0000095 |
| 148 | Screenshots re Redbubble ads | BRANDY_0000096 |
| 149 | Screenshots re Redbubble ads | BRANDY_0000097 |
| 150 | Screenshots re Redbubble ads | BRANDY_0000098 |
| 151 | May 14, 2018 C. Bonilla email to dmca@redbubble.com | BRANDY_0000099 |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 152 | May 14, 2018 K. Wesley letter to Redbubble | BRANDY_0000100-0000102 |
| 153 | May 14, 2018 Redbubble email response | BRANDY_0000103-0000104 |
| 154 | May 15, 2018 C. Bonilla email to K. Wesley | BRANDY_0000105-0000107 |
| 155 | May 15, 2018 C. Bonilla email to K. Wesley | BRANDY_0000108-0000111 |
| 156 | May 15, 2018 C. Bonilla email to K. Wesley | BRANDY_0000112-0000113 |
| 157 | May 15, 2018 Redbubble email | BRANDY_0000114-0000117 |
| 158 | May 15, 2018 Redbubble email | BRANDY_0000118-0000120 |
| 159 | June 16, 2019 J. Masur letter to K. Wesley | BRANDY_0000121-0000143 |
| 160 | June 26, 2019 K. Wesley letter to J. Masur | BRANDY_0000144-0000161 |
| 161 | July 16, 2019 J. Masur letter to K. Wesley | BRANDY_0000162-0000170 |
| 162 | July 19, 2019 K. Wesley letter to J. Masur | BRANDY_0000171-0000186 |
| 163 | Brandy Melville graphics | BRANDY_0000187-0000298 |
| 164 | October 15, 2019 email | BRANDY_0000299-0000300 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 165 | October 14, 2019 email | BRANDY_0000301-0000308 |
| 166 | October 14, 2019 email | BRANDY_0000309-0000310 |
| 167 | October 14, 2019 email | BRANDY_0000311-0000323 |
| 168 | October 16, 2019 email | BRANDY_0000324-0000336 |
| 169 | October 16, 2019 email | BRANDY_0000337-0000349 |
| 170 | Redbubble Shopping Cart Images | BRANDY_0000350-0000364 |
| 171 | October 14, 2019 Secure Checkout Redbubble Website | BRANDY_0000365-0000399 |
| 172 | October 15, 2019 Infringing Items purchased from Redbubble | BRANDY_0000400-0000414 |
| 173 | Redbubble product | BRANDY_0000415-0000423 |
| 174 | May 21, 2018 Brandy Melville: Gifts & Merchandise on Redbubble Website | BRANDY_0000424-0001544 |
| 175 | May 29, 2018 Brandy Melville: Gifts & Merchandise on Redbubble Website | BRANDY_0001545-0001583 |
| 176 | June 6, 2018 Brandy Melville: Gifts & Merchandise on Redbubble Website | BRANDY_0001584-0001622 |
| 177 | June 11, 2018 Brandy Melville: Gifts & Merchandise on Redbubble Website | BRANDY_0001623-0001661 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 178 | June 19, 2018 Brandy Melville: Gifts & Merchandise on Redbubble Website | BRANDY_0001662-0001700 |
| 179 | June 26, 2018 Brandy Melville: Gifts & Merchandise on Redbubble Website | BRANDY_0001701-0001739 |
| 180 | September 10, 2018 Brandy Melville: Gifts & Merchandise on Redbubble Website | BRANDY_0001740-0001764 |
| 181 | October 10, 2018 Screenshot of Redbubble items | BRANDY_0001765-0001775 |
| 182 | October 5, 2018 Screenshots of Redbubble items | BRANDY_0001776-0001813 |
| 183 | October 8, 2018 Screenshots of Redbubble items | BRANDY_0001814-0001827 |
| 184 | July 2, 2018 Screenshots of Redbubble items | BRANDY_0001828-0001866 |
| 185 | June 18, 2019 Screenshots of Redbubble infringing items | BRANDY_0001867-0001934 |
| 186 | June 19, 2019 Screenshots of Redbubble infringing items | BRANDY_0001935-0002036 |
| 187 | May 21, 2019 Screenshots of Redbubble infringing items | BRANDY_0002037-0002042 |
| 188 | July 17, 2019 Screenshots of Redbubble infringing items | BRANDY_0002043-0002065 |
| 189 | July 18, 2019 Screenshots of Redbubble infringing items | BRANDY_0002066-0002069 |
| 190 | January 9, 2020 Screenshots of Redbubble infringing items | BRANDY_0002070-0002077 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 191 | June 22, 2019 Screenshots of Redbubble infringing items | BRANDY_0002078-0002092 |
| 192 | January 16, 2020 Redbubble shopping cart | BRANDY_0002093-0002094 |
| 193 | January 16, 2020 Email from Redbubble | BRANDY_0002095-0002099 |
| 194 | January 17, 2020 Email from Redbubble | BRANDY_0002100-0002104 |
| 195 | January 16, 2020 Screenshot of Order Summary | BRANDY_0002105-0002106 |
| 196 | January 16, 2020 Screenshots of Order Summary | BRANDY_0002107-0002120 |
| 197 | 4.14.2019 thru 1.19.2020 posts re Brandy Melville | BRANDY_0002121-0002126 |
| 198 | 12.24.2014 Billboard Article re "Fans on Taylor Swift's 'Swiftmas': "No One in the Music Industry Has a Big a Heart as She Does' | BRANDY_0002127-0002128 |
| 199 | 4.12.2019 Article re "Brandy Melville opening in Hingham Derby Street Shops this weekend" | BRANDY_0002129 |
| 200 | 6.07.2019 Article re "3 Brandy Melville Basics Kaia Gerber, Sofia Richie, and Lily-Rose Depp Own" | BRANDY_0002130-0002137 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 201 | 8.26.2013 Celebrity Street Style Article re "Ashley Tisdale Rocks a Totally Affordable Outfit for a Lunch Date" | BRANDY_0002138 |
| 202 | 1.21.2015 Perez Hilton Articles re "Kylie Jenner Channels Kurt Cobain!  How Did This Flannel Not Swallow Her Whole!?", "Vanessa Hudgens Is A Wild Dandelion at LAX", and "Ashley Tisdale Switches It Up for Retail & Hair Therapy" all mentioning Brandy Melville attire worn | BRANDY_0002139-0002141 |
| 203 | 6.11.2013 Article re "Wear and tear! Vanessa Hudgens goes shopping for new clothes as she steps out in shirt with ripped shoulders" | BRANDY_0002142-0002145 |
| 204 | 3.16.2011 Irvin Company Article re "First O.C. Location of Brandy Melville Opens at Fashion Island" | BRANDY_0002146 |
| 205 | 9.29.2014 The FIDM Blog: Industry watch: Brand Building at Brandy Melville | BRANDY_0002147-0002148 |
| 206 | 8.03.2011 Press Release re "Dallas Market Preview: New Designers, Resources Bolster FIG" | BRANDY_0002149-0002150 |
| 207 | 8.30.2019 Fashion Article re "Blazers: Gigi Hadid & More Celebs Can't Stop Wearing The Chic Summer Trend" | BRANDY_0002151-0002153 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 208 | 11.09.2009 Daily Burn Article re "New Clothing Store Brandy Melville brings Italian style straight to Westwood" | BRANDY_0002154-0002156 |
| 209 | 4.01.2011 Daily Pilot Article re "O Fine Japanese Cuisine, Brandy Melville open" | BRANDY_0002157 |
| 210 | Pinterest posts re "Brandy Celebs <3" | BRANDY_0002158-0002159 |
| 211 | 10.02.2013 Scot Scoop News Article re "The Brandy Melville Hype" | BRANDY_0002160 |
| 212 | 1.21.2015 Refinery 29 Article re "Taylor Swift Takes Her Cat for a Walk - & Looks Great Doing So" | BRANDY_0002161 |
| 213 | 3.10.2015 Taylor Swift Style Fashion Blog | BRANDY_0002162 |
| 214 | 1.18.2015 Celebuzz Article re "Taylor Swift Hanging Out in New York Like a Commoner Leads This Weekend's Hottest Star Sightings" | BRANDY_0002163 |
| 215 | 3.07.2019 Teen Vogue Article re "Kendall Jenner Wears Brandy Melville Tank Top at Skating Rink" | BRANDY_0002164-0002165 |
| 216 | 7.19.2019 The Real Deal Article re "New Stores opening at Aventura Mall, Lincoln Road, Bal Harbour & more" | BRANDY_0002166-0002168 |
| 217 | 9.30.2019 Article re "Three retailers join Columbus' Easton Town Center" | BRANDY_0002169-0002170 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 218 | USPTO Document | BRANDY_0002171-0002174 |
| 219 | USPTO Document | BRANDY_0002177-0002184 |
| 220 | USPTO Document | BRANDY_0002188-0002194 |
| 221 | LA Lightning apparel | BRANDY_0002197 |
| 222 | LA Lightning apparel | BRANDY_0002198 |
| 223 | Brandy Melville Graphics | BRANDY_0002199-0002396 |
| 224 | Images of Redbubble products | BRANDY_0002397-0002399 |
| 225 | Image of LA Lightning apparel | BRANDY_0002400 |
| 226 | 5.21.19 Letter from K. Wesley to K. Jew | BRANDY_0002401 |
| 227 | 7.2.19 Letter from K. Wesley to A. Kelly | BRANDY_0002404 |
| 228 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0002407 |
| 229 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0002431 |
| 230 | 6.1.18 YYGM Schedule to Licensing Agreement | BRANDY_0002455 |
| 231 | 12.16.17 YYGM Schedule to Licensing Agreement | BRANDY_0002479 |
| 232 | 7.1.17 YYGM Schedule to Licensing Agreement | BRANDY_0002503 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 233 | 8.1.17 YYGM Schedule to Licensing Agreement | BRANDY_0002527 |
| 234 | 6.1.17 YYGM Schedule to Licensing Agreement | BRANDY_0002551 |
| 235 | 4.15.19 YYGM Schedule to Licensing Agreement | BRANDY_0002575 |
| 236 | 3.31.19 YYGM Schedule to Licensing Agreement | BRANDY_0002599 |
| 237 | 11.1.16 YYGM Schedule to Licensing Agreement | BRANDY_0002623 |
| 238 | 11.1.19 YYGM Schedule to Licensing Agreement | BRANDY_0002647 |
| 239 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0002671 |
| 240 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0002695 |
| 241 | 5.1.17 YYGM Schedule to Licensing Agreement | BRANDY_0002719 |
| 242 | 5.18.16 YYGM Schedule to Licensing Agreement | BRANDY_0002743 |
| 243 | 1.31.19 YYGM Schedule to Licensing Agreement | BRANDY_0002767 |
| 244 | 11.1.18 YYGM Schedule to Licensing Agreement | BRANDY_0002791 |
| 245 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0002815 |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 246 | 12.9.17 YYGM Schedule to Licensing Agreement | BRANDY_0002839 |
| 247 | 2.28.19 YYGM Schedule to Licensing Agreement | BRANDY_0002863 |
| 248 | 4.1.17 YYGM Schedule to Licensing Agreement | BRANDY_0002887 |
| 249 | 1.31.19 YYGM Schedule to Licensing Agreement | BRANDY_0002911 |
| 250 | 7.1.18 YYGM Schedule to Licensing Agreement | BRANDY_0002935 |
| 251 | 4.28.18 YYGM Schedule to Licensing Agreement | BRANDY_0002959 |
| 252 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0002983 |
| 253 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0003007 |
| 254 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0003031 |
| 255 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0003055 |
| 256 | 2.28.19 YYGM Schedule to Licensing Agreement | BRANDY_0003079 |
| 257 | 8.30.16 YYGM Schedule to Licensing Agreement | BRANDY_0003103 |
| 258 | 6.1.17 YYGM Schedule to Licensing Agreement | BRANDY_0003127 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 259 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0003150 |
| 260 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0003174 |
| 261 | 12.1.19 YYGM Schedule to Licensing Agreement | BRANDY_0003198 |
| 262 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0003222 |
| 263 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0003246 |
| 264 | 4.25.19 YYGM Schedule to Licensing Agreement | BRANDY_0003270 |
| 265 | Brandy Melville Sales Analysis 2016-2019 | BRANDY_0003294 |
| 267 | Federal Court of Australia's *Hells Angels Motorcycle Corporation (Australia) Pty Limited v. Redbubble Limited*, [2019] FCA 355 decision | |
| 268 | Federal Court of Australia's *Pokemon Company International, Inc. v. Redbubble Ltd*, [2017] FCA 1541 decision | |
| 269 | Screenshots of Redbubble webpages from Wayback Machin | |
| 270 | Expert Report of Jamie Goldberg Gerson | |
| 271 | Plaintiff's Initial Disclosures | |
| 272 | Defendant Redbubble Inc.'s Amended Initial Disclosures | |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 273 | Redbubble's Current Brand Partnership webpage | |
| 274 | Yahoo! Redbubble Advertisement | |
| 275 | Press Enterprise Redbubble Advertisement | |
| 276 | Redbubble Bringing Creativity Advertisement | |
| 277 | Redbubble Coca-Cola screenshot | |
| 278 | Redbubble Pepsi screenshot | |
| 279 | Good Trouble Screenshot | |
| 280 | February 18, 2020 J. Kelly email to J. Masur | |
| 281 | February 25, 2020 J. Masur email to J. Kelly | |
| 282 | Redbubble Video re Redbubble Productions – Independent Art on Awesome Stuff | |
| 283 | Redbubble Video re Quality, Service, Control – The Redbubble Supply Chain | |
| 284 | Redbubble Coca-Cola search results | |
| 285 | Redbubble Pepsi search results | |
| 286 | Redbubble Annual Report 2018 | |
| 287 | Redbubble Annual Report 2019 | |
| 288 | Images of Brandy Melville products and tags | |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 289 | Declaration of Phillip Paley in Support of Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Motion for Partial Summary Judgment | |
| 290 | Image of los angeles california Case & Skin | |
| 291 | Image of los angeles california iPhone Case and Cover | |
| 292 | Image of los angeles california Sticker - glossy | |
| 293 | Image of los angeles california Sticker – matte | |
| 294 | Image of los angeles california Sticker - transparent | |
| 295 | Image of order of Redbubble products re los angeles california | |
| 296 | Image of Redbubble products re los angeles california stickers | |
| 297 | Redbubble customer communication | RBBM084984 |
| 298 | Redbubble customer communication | RBBM084988 - RBBM084989 |
| 299 | Redbubble Search Terms Holiday 2017 | RBBM148682 - RBBM148701 |
| 300 | Redbubble "My Work Was Removed" webpage | RBBM214322 - RBBM214326 |
| 301 | Redbubble customer email | RBBM190328 - RBBM190329 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 302 | Redbubble customer email | RBBM190348 - RBBM190349 |
| 303 | Redbubble customer email | RBBM209653 - RBBM209654 |
| 304 | Redbubble customer email | RBBM214133 - RBBM214134 |
| 305 | Redbubble email to user | RBBM175095 - RBBM175097 |
| 306 | May 15, 2018 K. Wesley email to C. Davis | RBBM175967 |
| 307 | Redbubble customer email | RBBM175974 - RBBM175976 |
| 308 | Redbubble email to user | RBBM176043 |
| 309 | Redbubble customer email | RBBM176423 - RBBM176425 |
| 310 | Redbubble customer email | RBBM176428 - RBBM176437 |
| 311 | Redbubble customer email | RBBM176702 |
| 312 | Redbubble customer email | RBBM176537 - RBBM176541 |
| 313 | Redbubble customer email | RBBM180845 - RBBM180846 |
| 314 | Redbubble customer email | RBBM180872 - RBBM180877 |
| 315 | Redbubble customer email | RBBM180878 - RBBM180880 |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 316 | Redbubble customer email | RBBM180899 - RBBM180902 |
| 317 | Redbubble customer email | RBBM176667 - RBBM176669 |
| 318 | Redbubble customer email | RBBM176730 |
| 319 | Redbubble email to user | RBBM176774 - RBBM176775 |
| 320 | Redbubble email to user | RBBM176780 - RBBM176781 |
| 321 | Redbubble customer email | RBBM177377 - RBBM177379 |
| 322 | Redbubble customer email | RBBM177383 - RBBM177388 |
| 323 | Redbubble customer email | RBBM177978 - RBBM177981 |
| 324 | Redbubble customer email | RBBM181029 |
| 325 | Redbubble customer email | RBBM178553 - RBBM178556 |
| 326 | Redbubble customer email | RBBM182906 - RBBM182909 |
| 327 | Redbubble email re Search Keyword Conversion | RBBM185670 - RBBM185681 |
| 328 | Images of Brandy Melville signs and wall hangings | |
| 329 | Image of Brandy Melville sticker | |

| Ex. No. | Description | Bates No. |
|---|---|---|
| 330 | Redbubble August 26, 2016 email re Brandy Melville keyword | RBBM190198 – RBBM190201 |
| 331 | Suspend-from-sale Document | RBBM214205 |
| 332 | Brandy Melville – Redbubble chart re Purchase Orders | RBBM000001 – RBBM009328 |
| 333 | Brandy Melville – Redbubble chart re Purchase Orders | RBBM009329 – RBBM015991 |
| 334 | Brandy Melville Proactive Removal Guidelines | RBBM016857 - RBBM016862 |
| 335 | Keyword Master List | RBBM026828 - RBBM027738 |
| 336 | Redbubble Search Terms 2015 | RBBM031216 - RBBM031246 |
| 337 | Google Unpaid Branded | RBBM036397 - RBBM036488 |
| 338 | Redbubble BQ Results | RBBM050319 - RBBM051436 |
| 339 | Redbubble BQ Results | RBBM056241 - RBBM057730 |
| 340 | BR Click Loss Terms | RBBM066859 – RBBM068276 |
| 341 | Redbubble Content Gaps | RBBM070353 - RBBM071395 |
| 342 | Redbubble "About Us" webpage | |
| 343 | Image of Redbubble products re los angeles california cases | |

| Ex. No. | Description | Bates No. |
|---------|-------------|-----------|
| 344 | Redbubble Cactus YouTube Advertisement | |
| 345 | Redbubble Vampire YouTube Advertisement | |

DATED:  May 6, 2020                    BROWNE GEORGE ROSS LLP

                                         Keith J. Wesley
                                         Ryan Q. Keech
                                         Jason Y. Kelly

                                   By:        */s/ Jason Y. Kelly*
                                             Jason Y. Kelly
                         Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

# **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On May 6, 2020, I served by email a true copy of the document described below on the interested parties in this action as follows:

### **PLAINTIFF'S INITIAL TRIAL EXHIBIT LIST**

Joshua M. Masur                                      *Counsel for Defendant*
ZUBER LAWLER                                      *Redbubble, Inc.*
2000 Broadway Street, Suite 154
Redwood City, CA 94063
Tel:   (650)434-8538
Fax:   (213)596-5621
Email*:   imasur@zuberlaw.com*

Kenneth B. Wilson                                   *Co-Counsel for Defendant*
COASTSIDE LEGAL                                  *Redbubble, Inc.*
455 1st Avenue
Half Moon Bay, CA 94019
Tel:   (650)440-4211
Fax:   (650)440-4851
Email*:   ken@coastsidelegal.com*

**BY E-MAIL OR ELECTRONIC TRANSMISSION**:  On May 6, 2020, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the above listed documents to be sent from the e-mail address jkelly@bgrfirm.com to the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on May 6, 2020, at Moreno Valley, California.

*/s/ Jason Y. Kelly*
———————————————————————
Jason Y. Kelly

1552579.1