1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  Y.Y.G.M. SA d.b.a. BRANDY              Case No. 2:19-cv-04618-RGK (JPRx)
    MELVILLE, a Swiss corporation,
12                                          **[PROPOSED] ORDER GRANTING**
                 Plaintiff,                 **DEFENDANT REDBUBBLE INC.'S**
13                                          **MOTION IN LIMINE NO. 7 TO**
        v.                                  **PRECLUDE USE OF UNDISCLOSED**
14                                          **WITNESSES**
    REDBUBBLE INC.,
15
                 Defendant.                 *[Filed concurrently with Notice of Motion*
16                                          *and Motion in Limine; Declaration of*
                                            *Joshua M. Masur]*
17

18

19                                          Hearing Date:  June 30, 2020
                                            Time:          9:00 a.m.
20                                          Courtroom:     850
                                            Hon. R. Gary Klausner
21

22

23

24

25

26

27

28

1

1    This matter having come before the Court upon Defendant Redbubble Inc.'s

2  Motion in Limine, the Court, having reviewed the motion and related papers and

3  after sufficient cause appearing, finds that Defendant's Motion in Limine No. 7 to

4  Preclude Use of Undisclosed Witnesses is granted.

5

6    **IT IS SO ORDERED.**

7

8

9  Dated: _____, 2020.          _____

10                                          UNITED STATES DISTRICT COURT
                                            R. GARY KLAUSNER
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28