BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30, 2020 |
|---|---|

Pursuant to Local Civil Rule 79-5.2.2 and the Stipulated Protective Order in this action (Dkt. No. 22), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") files this Application for Leave to File Under Seal (the "Application") Portions of Its Reply in Support of Its Motion for Partial Summary Judgment (Dkt. No. 36; the "Motion").

This Application is made because Plaintiff seeks to use evidence designated "Confidential" by Defendant Redbubble, Inc. ("Redbubble") and by Plaintiff pursuant to this matter's Stipulated Protective Order in Plaintiff's (1) Reply in Support of Its Motion for Partial Summary Judgment and (2) Reply Separate Statement of Uncontroverted Facts in Support of Its Motion for Partial Summary Judgment. (Declaration of Jason Y. Kelly ("Kelly Dec. ISO Seal"), filed concurrently, ¶¶ 3, 4.) All of the "Confidential" evidence Plaintiff seeks to use in these documents has already been filed in this Court under conditional seal. (*Id.*)

Submitted concurrently herewith is the Kelly Dec. ISO Seal, which establishes that Redbubble designated the Redbubble-Designated Materials "Confidential" under the Stipulated Protective Order, and further establishes good cause for filing Plaintiff's Confidential Materials under seal. (*Id.* ¶¶ 3-5.) Pursuant to Local Rule 79-5.2.2(b), Redbubble must file a declaration establishing that all or part of the designated material is sealable within four days.

DATED: May 18, 2020
BROWNE GEORGE ROSS LLP
    Keith J. Wesley
    Ryan Q. Keech
    Jason Y. Kelly

By:   */s/ Keith J. Wesley*
    Keith J. Wesley
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville