UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:   June 30, 2020 |

1563140

-1-   Case No. 2:19-cv-04618-RGK (JPRx)

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Having considered Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's ("Plaintiff" or "Brandy Melville") Application for Leave to File Under Seal (the "Application") Portions of Its Reply in Support of Its Motion for Partial Summary Judgment, **IT IS HEREBY ORDERED**:

1. Plaintiff's Application is **GRANTED**; and

2. Plaintiff is given leave to file under seal the following portions of documents in support of Its Reply in Support of Its Motion for Partial Summary Judgment:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Plaintiff's Reply in Support of Its Motion for Partial Summary Judgment | Those portions that quote and/or paraphrase the sealed portions of Plaintiff's previous filings. (*See* Dkt. Nos. 34, 42, 43, 44.) |
| Plaintiff's Reply Separate Statement of Uncontroverted Facts in Support of Its Motion for Partial Summary Judgment | Those portions that quote and/or paraphrase the sealed portions of Plaintiff's previous filings. (*See* Dkt. Nos. 34, 42, 43, 44.) |

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge