BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**SUPPLEMENTAL DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      June 1, 2020<br>Time:      9:00 a.m.<br>Crtrm.:   850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:                 June 30. 2020 |

1    I, Jason Y. Kelly, declare and state as follows:

2        1.    I am an attorney at law, duly admitted to practice before this Court and

3    all courts of the State of California.  I am an associate with Browne George Ross LLP,

4    counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy

5    Melville" or "Plaintiff") in this matter.  I have firsthand, personal knowledge of the

6    facts set forth below and if called as a witness could competently testify thereto.

7        2.    Attached as **Exhibit 95** is a true and correct copy of a screenshot of

8    Redbubble's "Social Responsibility" webpage, available on its website at

9    https://www.redbubble.com/social-responsibility/about-us/ and obtained on May 14,

10   2020.

11       3.    Attached as **Exhibit 96** is a true and correct copy of an excerpt of

12   Redbubble's 2015 Annual Report.

13       4.    Attached as **Exhibit 97** is a true and correct copy of a Redbubble news

14   release, titled: "Redbubble Accelerates European Expansion – to open European

15   office in Berlin."

16       5.    Attached as **Exhibit 98** is a true and correct copy of an excerpt of the

17   transcript from Redbubble's 2016 Annual General Meeting.

18       6.    Attached as **Exhibit 99** is a true and correct copy of an excerpt of

19   Redbubble's 2016 Annual General Meeting: Management Presentation.

20       7.    Attached as **Exhibit 100** is a true and correct copy of is a true and correct

21   copy of excerpts of Redbubble's 2016 Annual Report.

22       8.    Attached as **Exhibit 101** is a true and correct copy of an excerpt of

23   Redbubble's 2017 Annual Report.

24       9.    Attached as **Exhibit 102** is a true and correct copy of an excerpt of

25   Redbubble's 2018 Annual General Meeting presentation.

26       10.   Attached as **Exhibit 103** is a true and correct copy of an excerpt of

27   Redbubble's Investor Briefing Transcript for Q1 FY19 Results and TeePublic

28   Acquisition.

11.     Attached as **Exhibit 104** is a true and correct copy of an online article, titled: "5 ways this mature eCommerce company is expanding this year," available at https://www.growthmanifesto.com/redbubble-growth-2017 and obtained on May 14, 2020.

12.     Attached as **Exhibit 105** is a true and correct copy of an online article, titled: "5 ways Redbubble plans to grow in 2017," available at https://internetretailing.com.au/5-ways-redbubble-plans-grow-2017/ and obtained on May 14, 2020.

13.     Attached as **Exhibit 106** is a true and correct copy of is a true and correct copy of excerpts of Redbubble's 2019 Annual Report.

14.     Attached as **Exhibit 107** is a true and correct copy of is a true and correct copy of a snapshot of Redbubble's "redbubble" Instagram page, obtained on May 17, 2020, and available at www.instagram.com/redbubble.

15.     Attached as **Exhibit 108** is a true and correct copy of a snapshot of Redbubble's "redbubbleartists" Instagram page, obtained on May 17, 2020, and available at www.instagram.com/redbubbleartists.

Executed this 18th day of May 2020, at Moreno Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Jason Y. Kelly_
Jason Y. Kelly

1562968

-3-                                        Case No. 2:19-cv-04618-RGK (JPRx)
SUPPLEMENTAL DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA
D.B.A. BRANDY MELVILLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT