# EXHIBIT 95

Case 2:19-cv-04618-RGK-JPR   Document 65-3   Filed 05/18/20   Page 2 of 3   Page ID #:5998










May 14, 2020 3:52:31 PM

Ex. 95
Page 5



May 14, 2020 3:52:31 PM

Ex. 95
Page 6