# EXHIBIT 96

Case 2:19-cv-04618-RGK-JPR   Document 65-4   Filed 05/18/20   Page 2 of 7   Page ID #:6001





Ex. 96
Page 8

# THE PEOPLE WHO MAKE IT HAPPEN

Redbubble is made possible by those hard-working individuals and businesses that truly make the wheel go around. The partnerships we have formed and the people we have employed are what make customers come back day after day. And artists have earned over $32.7 million since Redbubble's inception. That makes us feel pretty good about what we do, too.

## OUR CREATIVE PARTNERS

Redbubble was started to serve creatives and they lie at the heart of what we do. We believe our creatives are just as important as our customers, so we have built a platform specifically designed to meet their needs. This means total control over what they sell their art for, flexibility over the products they put them on and, most importantly, the work always belongs to the genius who created it.



MEET ARTIST **LITTLECLYDE** MICHELLE BOTHE

Michelle Bothe (Littleclyde) is an illustrator and designer, who creates kind and warm characters from her home in Honolulu, Hawaii. Her favourite mediums are HI and traverse, from hand-drawn illustration and digitally painted graphics. She has adapted her works particularly well to physical products and has an excellent eye for how they will appear on the Redbubble range.

*"Redbubble has given me such great promotion and support of my work, helping me reach a wonderful audience."*

Portfolio: redbubble.com/people/littleclyde

**$32.7** MILLION PAID TO CREATIVES SINCE INCEPTION

**$54,217** FY15 TOP EARNING CREATIVE

## OUR FULFILLERS

Our fulfilling partners are the unspoken heroes in the production chain. These trusted suppliers turn a piece of art into something that is tangible – something you can wear, drink out of, or hang on your wall. While the benefits of collaborating with the best are numerous, the partnership itself is reciprocal.

We are the ultimate lead generation tool for our suppliers. We aggregate thousands of customers and deliver them directly to the fulfiller's doorstep. As a result, they do not need to make any investment in customer acquisition and can simply focus on doing what they do.

Importantly, our partnerships also give huge benefits in terms of quality control, which means superior products and, ultimately, happy customers.

The Redbubble team loves working with fulfillers to make our customers' wishes come true.



**$119** MILLION PAID TO FULFILLERS SINCE INCEPTION

Artist credit: BioWorkZ, Silverback Gorilla, http://www.redbubble.com/people/bioworkz

AMAZING AND FROM THE HEART.

## OUR EMPLOYEES

We are 138 hard-working team members who make sure everything ticks like clockwork. We believe that to get a little, you must give a little, so we are constantly striving for the best people and most rewarding culture to get the best results.



MEET EMPLOYEE **DOMINIC** TARANTO

Dom has worked at Redbubble since 2012 when he took his first post-university job in the company's Legal Content Team. Dom quickly progressed from Customer Support to the Events & PR team, where he is today. Dom is a member of the Artist Business Group which devises and executes artist strategy, as well as the Artist Support Team which does just that - supports our artists.

*" Art, as I see it, has always been about storytelling and Redbubble celebrates that at every opportunity. I have been able to live my own story both creatively and professionally while working at Redbubble. I consider myself incredibly lucky to be a part of something so original and authentic."*

## OUR CUSTOMERS

And what about our customers, those individuals who want an alternative to the mass producing hordes? Well, they are the reason we do what we do. They get the artists and fulfillers paid, they keep our employees busy and they keep our investors happy. And what do we give them in return? Unique content and self-expression at an affordable price, accessible to everyone.

MEET CUSTOMER **CHANDLER** 23, FLORIDA

Chandler is 23, lives in Florida and is a bartender and furniture mover. He has used Redbubble for over two years and has spent over $200.

**Why Redbubble?**

*"You guys have so many options, every time I go on the site there is something new I like to have, something that is just for me, I feel it is important to have a distinct style. I think this enriches everyone's life – instead of being the average Joe."*

**$212** MILLION GROSS TRANSACTION VALUE (GTV) SINCE INCEPTION

I LOVE YOUR ARTISTIC STYLE.

# CHAIR'S LETTER



When Redbubble was established, the founders had a singular focus on helping creatives reach a global audience.

The importance of purpose has also been formalised in the Redbubble Board's commitment "to build and grow a purpose driven company of enduring value", enshrined in its new charter. While this precise form of words is new, this understanding has been at the heart of the governance structures of Redbubble from the outset. Great companies outlast individuals and they do so because of their strong, vibrant, self-sustaining cultures. Good governance, put in place early on in the company's life, is critical.

I believe that Redbubble is well on the path to becoming a great Australian-based company on the global stage. Even now at this early phase in the Company's growth I cannot think of another global consumer internet company coming out of Australia that is operating at Redbubble's scale. And we have only just begun.

At the core of Redbubble's success and growth is that it speaks to a deep human need. It is easy to think of Redbubble as entirely new – providing individual creative products for everybody, everyday. But the reality is that this builds on a long heritage. At the end of the 19th century, William Morris and the Arts and Crafts movement imagined the future that Redbubble, with all the new technology, is now creating.

In 2015, Redbubble achieved a number of significant milestones: 1.4 million customers, 9.6 million unique products sold, gross transaction value of $88.4 million, and $13.4 million delivered to creatives around the world.

This demonstrates tangible value for both consumers and artists. It is noteworthy that visual artist's on Redbubble will soon earn more from this platform on an annual basis than Australia Council provides in grants to the visual arts.

These results also reflect the dynamism of the business model - a vibrant market place for the mutual benefit of its participants:

- a thriving global community of creatives;
- a worldwide network of fulfilment and shipping partners;
- some of the hardest-working and passionate employees a company could wish for; and
- customers who want to stand out rather than blend in.

Leveraging our focus on building and developing the senior executive team and an increase in available financial resources, Redbubble made a step-change in its approach to realizing the opportunities before it. We increased our investment, mostly through expenses, in driving new products and markets, to increase our marketing activities and further develop our consumer experience. We are seeing the benefits of these investments in accelerating revenue growth and repeat customer transaction levels.

Our $15.5m capital raising in May 2015 has allowed us to further accelerate growth initiatives, as well as further expanding our shareholder base; introducing a number of institutional investors. We are delighted that they share our vision.

Redbubble also continues to strengthen and develop its governance practices, processes and capabilities. In FY2015 Chris Nunn and Greg Lockwood joined our board. Chris is a finance executive with deep experience in ASX listed companies and high-growth private companies. Chris chairs the Audit and Risk Committee. Greg, a partner of Piton Capital, has a broad knowledge of online marketplaces and further enhances our Board capabilities within our core strategic space. We will continue to improve our governance practices and procedures in line with Australian best practice and I look forward to reporting back on these going forward.

Thank you for your support over the last 12 months, and we look forward to continuing to grow Redbubble with you.



# MEET THE BOARD

*WE HAVE A STRONG AND WELL-FUNCTIONING BOARD, COMPRISED OF INDIVIDUALS WITH THE RIGHT ABILITIES, PERSONAL QUALITIES AND BUSINESS EXPERIENCE TO BE EFFECTIVE STEWARDS OF REDBUBBLE.*



Board members
(Left to right)
Chris Nunn, Greg Lockwood, Richard Cawsey, Teresa Engelhard, Stephanie Tilenius, Martin Hosking.

Board members' profiles start on page 35.

At the end of the reporting period:
- Foreign currency monetary items are translated using the closing rate;
- Non-monetary items that are measured at historical cost are translated using the exchange rate at the date of the transaction; and
- Non-monetary items that are measured at fair value are translated using the rate at the date when fair value was determined.

Exchange differences arising on the settlement of monetary items or on translating monetary items at rates different from those at which they were translated on initial recognition or in prior reporting periods are recognised through profit or loss, except where they relate to an item of other comprehensive income.

(iii) Group companies

The results and financial position of all the Group entities that have a functional currency different from the presentation currency are translated into the presentation currency (none of which has the currency of a hyperinflationary economy) as follows:
- Assets and liabilities for each balance sheet are translated at the closing rate at the date of that balance sheet;
- Income and expenses for each income statement and statement of comprehensive income are translated at average exchange rates; and
- All resulting exchange differences are recognised in other comprehensive income.

(d) Revenue recognition

(i) Revenue from rendering of services

The Group provides an internet based marketplace platform and associated logistics services to facilitate the sale of goods from artists to those who want to purchase goods bearing the artists designs. A community of artists display and sell art via the Group's website. The Group aggregates demand from the buyers to support preferential relationships between third party manufacturers and drop shippers and the artist community, using the Group's platform.

Revenue from services provided in connection with facilitating the sale of goods is recognised when the amount can be measured reliably at the value of the consideration received or receivable. The Group is acting as the artists' agent in arranging for the selling of the artist's goods to customers. The amounts collected on behalf of artists are not recognised in the income statement. The revenue recognised by the Group is effectively the cost of fulfilment and shipment plus Group's margin.

Amounts disclosed as revenue are net of trade discounts, returns, rebates, taxes and fraud.

(ii) Interest income

Interest income is recognised on a time proportion basis using the effective interest method (EIR). The EIR is the rate that exactly discounts the estimated future cash receipts over the expected life of the financial instrument or a shorter period, where appropriate, to the net carrying amount of the financial asset.

(e) Government grants

Government grants are recognised at the fair value when there is reasonable assurance that the grant will be received and the consolidated entity has complied with the required conditions. Grants relating to expense items are recognised as income over the periods necessary to match the grant to costs they are compensating.

(f) Income tax

The tax expense recognised in the statement of comprehensive income relates to current income tax expense plus deferred tax expense (being the movement in deferred tax assets and liabilities and unused tax losses during the year).

Current tax is the amount of income taxes payable (recoverable) in respect of the taxable profit (tax loss) for the year and is measured at the amount expected to be paid to (recovered from) the taxation authorities, using the tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.

Deferred tax is provided on temporary differences which are determined by comparing the carrying amounts of tax bases of assets and liabilities to the carrying amounts in the consolidated financial statements.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realised or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.

Deferred tax assets are recognised for all deductible temporary differences and unused tax losses to the extent that it is probable that taxable profit will be available against which the deductible temporary differences and losses can be utilised.

Current tax assets and liabilities are offset where there is a legally enforceable right to set off the recognised amounts and there is an intention either to settle on a net basis or to realise the asset and settle the liability simultaneously.

Deferred tax assets and liabilities are offset where there is or would be a legal right to set off current tax assets against current tax liabilities and the deferred tax assets and the deferred tax liabilities relate to income taxes levied by the same taxation authority on either the same taxable entity or different taxable entities which intend either to settle current tax liabilities and assets on a net basis, or to realise the assets and settle the liabilities simultaneously in each future period in which significant amounts of deferred tax liabilities or assets are expected to be settled or recovered.

Current and deferred tax is recognised as income or an expense and included in profit or loss for the period except where the tax arises from a transaction which is recognised in other comprehensive income or equity, in which case the tax is recognised in other comprehensive income or equity respectively.

(g) Property, plant and equipment

Plant and equipment are measured on the cost basis and are therefore carried at cost less accumulated depreciation and any accumulated impairment losses.

**Depreciation**

The depreciable amount of all fixed assets is depreciated on a straight-line basis over the asset's useful life to the Group commencing from the time the asset is held ready for use. Leasehold improvements are depreciated over the shorter of either the unexpired period of the lease or the estimated useful lives of the improvements.

The depreciation rates used for each class of depreciable asset are shown below:

| Class of Fixed Assets | Useful life |
|---|---|
| Leasehold improvements | Life of lease |
| Computer equipment | 3 years |
| Furniture and equipment | 2-5 years |

At the end of each annual reporting period, the depreciation method, useful life and residual value of each asset is reviewed. Any revisions are accounted for prospectively as a change in estimate.

(h) Intangible assets other than goodwill

**Capitalised development costs**

Expenditure during the research phase of a project is recognised as an expense when incurred. Development costs are capitalised only when technical feasibility studies identify that the project is expected to deliver future economic benefits and these benefits can be measured reliably.

### (q) Equity-settled compensation

The Group operates equity-settled share-based payment employee share and option schemes. The fair value of the equity to which employees become entitled is measured at grant date and recognised as an expense over the vesting period, with a corresponding increase to an equity account.

The fair value of options is ascertained using a Black-Scholes pricing model which incorporates all market vesting conditions. The amount to be expensed is determined by reference to the fair value of the options or shares granted, this expense takes into account any market performance conditions and the impact of any non-vesting conditions but ignores the effect of any service and non-market performance vesting conditions. Non-market vesting conditions are taken into account when considering the number of options expected to vest and at the end of each reporting period, the Group revisits its estimate. Revisions to the prior period estimate are recognised in profit or loss and equity.

The fair value of performance rights is determined in accordance with the fair market value of the shares available at the grant date. The fair value of shares is ascertained by carrying out an independent valuation. Most of the performance rights are issued subject to a liquidity event condition. An expense is recognised in relation to all the performance rights granted on account of a liquidity event being probable.

### (r) Borrowings

Borrowings are initially recognised at fair value, net of transaction costs incurred. Borrowings are subsequently measured at amortised cost. Any difference between the proceeds (net of transaction costs) and the redemption amount is recognised in the profit or loss over the period of borrowings using the effective interest method. Fees paid on the establishment of loan facilities, which are not an incremental cost relating to the actual draw-down of the facility, are recognised as transaction costs of the loan to the extent that it is probable that some or all the facility will be drawn down. In this case, the fee is deferred until the draw down occurs. To the extent there is no evidence that it is probable that some or all of the facility will be drawn down, the fee is amortised on a straight-line basis over the term of the facility.

Borrowings are classified as current liabilities unless the Group has an unconditional right to defer settlement of the liability for at least 12 months after the reporting period.

### (s) Earnings per share

**(i) Basic earnings per share**
Basic earnings per share is calculated by dividing:

- the profit attributable to owners of the Company, excluding any cost of servicing equity other than ordinary shares;
- by the weighted average number of ordinary shares outstanding during the financial year.

**(ii) Diluted earnings per share**
Diluted earnings per share adjusts the figures used in the determination of basic earnings per share to take into account:

- the after income tax effect of interest and other financing costs associated with the dilutive potential ordinary shares;
- the weighted average number of shares assumed to have been issued for no consideration in relation to the dilutive potential ordinary shares.

### (t) Parent entity financial information

The financial information for the parent entity, Redbubble Limited, disclosed in note 23 has been prepared on the same basis as the consolidated financial statements except investments in subsidiaries. They are accounted for at cost in the financial statements of the parent entity.

### (u) Comparative amounts

Comparatives are consistent with prior years, unless otherwise stated.

Where a change in comparatives has also affected the opening retained earnings previously presented in a comparative period, an opening statement of financial position at the earliest date of the comparative period has been presented.

### (v) Rounding of amounts

The Company is of the kind referred to in class order 98/100, issued by the Australian Securities and Investments Commission, relating to the "rounding off" of amounts in the financial statements. Amounts in the financial statements have been rounded off in accordance with the class order to the nearest thousand dollars or in certain other cases, nearest dollars, unless otherwise stated.

## 2. Critical accounting estimates and judgments

Estimates and judgments are continually evaluated and are based on historical experience and other factors, including expectations of future events that may have a financial impact on the entity and that are believed to be reasonable under circumstances. The Group makes estimates and assumptions concerning the future which may not equal the related actual results. These are discussed below.

**(i) Revenue recognition principal versus agent**
The Group is acting as the artists' agent in arranging for the selling of the artist's goods to customers for accounting purposes only. The amounts collected on behalf of artists are not recognised in the income statement.

The revenue recognised by the Group is effectively the cost of fulfilment and shipping plus Group's margin. Given the nature of the relationship between the Group and product fulfillers and the associated risks and rewards, the Group has determined, for accounting purposes only, that it is acting as principal as opposed to as an agent with respect to fulfillers.

**(ii) Development costs – capitalization, valuation and impairment**
Expenditure during the research phase of a project is recognised as an expense when incurred. Development costs are capitalised only when technical feasibility studies identify that the project is expected to deliver future economic benefits and these benefits can be measured reliably. Determining the feasibility of the project and the likelihood of the project delivering future economic benefits, which can be measured reliably, is a significant management estimate and judgement.

Capitalised development costs have a finite useful life and are amortised on a systematic basis based on the future economic benefits over the useful life of the project, typically between 2-5 years and are considered for impairment at each reporting date. Refer to note 14 for more details.

**(iii) Recognition of deferred tax assets (other tax issues)**
Deferred income taxes arise from temporary differences between the tax and financial statement recognition of revenue and expense. In evaluating the Group's ability to recover deferred tax assets within the jurisdiction from which they arise, the entity considers all available positive and negative evidence, including scheduled reversals of deferred tax liabilities, projected future taxable income, tax-planning strategies, and results of recent operations. In projecting future taxable income, the entity uses historical results adjusted for the results of changes in accounting policies and incorporates assumptions including the amount of future state, federal and foreign pretax operating income, the reversal of temporary differences, and the implementation of feasible and prudent tax-planning strategies. These assumptions require significant judgment about the forecasts of future taxable income and are consistent with the plans and estimates, which the entity uses to manage the underlying businesses. Refer to note 5 for more details.

