# EXHIBIT 97



NEWS RELEASE

### Redbubble Accelerates European Expansion - to open European office in Berlin

- Announces Berlin as European office
- Launches German, French, and Spanish language sites at redbubble.de, redbubble.fr and redbubble.com/es
- Appoints Sandra Yonter to lead European Market Development based in Berlin

**Melbourne, Australia** - Redbubble, the online creative marketplace powered by 400,000+ independent artists, announced today that it will be opening its first European office in Berlin in early 2017, signalling a period of rapid international growth for the Company. Redbubble has also launched German, French, and Spanish language versions of its site (redbubble.de, redbubble.fr and redbubble.com/es) to support independent artists and customers in Europe and hired Sandra Yonter to lead new market development in Europe.

"The launch of German, French, and Spanish sites mark a milestone in our company's continued focus on international growth. The localised sites and investment in Europe-based fulfilment to speed up shipping are key steps in our efforts to provide a localised marketplace," said Redbubble Chief Operating Officer, Barry Newstead.

Europe is Redbubble's fastest growing region. German, French, and Spanish speaking markets in Europe and beyond are expected to make an increasing contribution to Redbubble's future growth. The company's office in Berlin will provide support to independent artists and customers, drive regional marketing, and manage the coordination of local fulfilment partners.

In conjunction with the launch of the local sites, Redbubble appointed Sandra Yonter as European Director of New Market Development. Sandra brings extensive global experience and will oversee Redbubble's office in Berlin. Her priorities are to grow the European business by building awareness and adoption of Redbubble among European artists and consumers.

"Building Redbubble's European presence is a strategic priority, and we are making excellent progress. Sandra Yonter understands European markets well, and she is building a great European team in Berlin to drive further growth," said Newstead.

ENDS

**About Redbubble**
Founded in 2006, Redbubble is a global online marketplace powered by over 400,000 independent artists. Redbubble's community of passionate creatives sell uncommon designs on high-quality, everyday products such as apparel, stationery, housewares, bags, wall art and so on. Through the Redbubble marketplace independent artists

are able to profit from their creativity and reach a universe of adoring fans. For customers, it's the ultimate in self-expression. A simple but meaningful way to show the world who they are and what they care about. Redbubble is listed on the Australian Stock Exchange (RBL.AX).

For interviews, images or further information please contact:

**Media contact (Australia)**

| | |
|---|---|
| Kate Winney | Caroline Shawyer |
| The PR Group | The PR Group |
| Tel: +61 (0) 403 200 299 | Tel: +61 (0) 401 496 334 |
| katew@prgroup.com.au | caroline@prgroup.com.au |