# EXHIBIT 98



# Redbubble Limited
## 2016 Annual General Meeting
26 October 2016

Level 10, 271 Collins Street, Melbourne, Victoria 3000, Australia

*Transcript:*

- *Presentation by Martin Hosking (CEO), Chris Nunn (CFO) and Barry Newstead (COO)*
- *Questions & Answers*

**Martin Hosking:** Welcome everyone. This is exciting, our first AGM as a publically listed company. I'm going to be pretty quick because most of you are very familiar with the Company. So we're going to go through, in the next little while, a bit of an introduction, then I'll hand over to Chris to talk about some of the numbers. Barry will take along to the operating highlights and then I'll look ahead.

Redbubble is the marketplace for independent artists. We're an unusual company in Australia, Australia has not had a great track record of producing global consumer companies and global consumer technology companies are even rarer. We are that, and have been that from the start, and specifically we're also a marketplace. In our marketplace we have the artists who create new content and then the consumers who buy it and they buy it from a third party fulfiller. That's all very familiar to you and we're also a very large marketplace with well over 400,000 artists, over 10 million images, 2.2 million customers last year, and right now we've got 14 fulfillers in 22 locations and it's been growth in all of those metrics over the course of the year.

I won't dwell on that. I just wanted to make a point though, all marketplaces share a similarity and that similarity is a network effect which occurs with the more sellers you have, in our context the artists, the more customers you have, and that goes around in a reinforcing cycle. That's why marketplaces are valuable, that's why they're defensible and that's how they scale.

There's four things though which are unusual about the Redbubble marketplace which are worth specifically pointing out.

Firstly, we have an unusually strong cash flow cycle. Because Redbubble collects the cash up front and pays the customers and the third-party fulfillers after the event, the faster Redbubble grows the more cash it has on hand, and that's reflected in our FY17 forecast, which even during this period of very strong growth there's negligible cash is forecast for use. So that's the first factor.

The second factor which is unusual in the Redbubble marketplace is the content both endures and is also spreadable. Most marketplaces once the house is sold or the car is sold or the beanie baby is sold on eBay it

Level 3, 271 Collins Street, Melbourne VIC 3000
PO Box 274, Flinders Lane VIC 8009
Ph: +61 3 9650 0138
Redbubble Limited (ASX:RBL)
ABN 11 119 200 592



customers on the platform for both the artist and for Redbubble. Quite a bit of work happening just around the corner here in the office, and you'll see more of that in the coming weeks and months.

Martin referred to the three geographies; I won't spend too much time, other than to say German was the first non-English language site that we launched. A lot of work goes into putting in place a new market; that took us a while, but happily three months later we're launching a second language. The first one was a lot of groundwork; the second one comes quite a bit easier; the third one came pretty much right on the tail of French. We're seeing reasonably good results in that area. In fact, Germany is our fastest-growing major market and we saw a significant uptick over the March through September periods.

I wanted to highlight some things that aren't necessarily directly related to growth, but are actually really important to the successful scaling of Redbubble. The first is Victor Kovalev's (CTO) team transitioned our IT platform to the cloud. Now, for a lot of internet companies that's what's done but actually, an older internet company like Redbubble that's been around a lot, that wasn't really the state of play. So it's a significant activity to actually move us onto the cloud, but there's also significant benefits from doing that.

One is that we can scale our infrastructure extremely easily now. What would normally be a lot of stress at this time of year to make sure we have enough servers to serve the business going into Christmas, it's pretty much something that happens automatically. It also has really eased our ability to deploy new code into our environment, and actually opens our engineering team up to a whole world of new tools that are available in the cloud infrastructure that's wasn't available in the old hosting infrastructure. It also lowered our costs of managing our web hosting activities, so it's also got benefit and that benefit will continue to help us as we grow.

You see, as Chris mentioned, our margin is reasonably strong. That's because our supply chain team has been out working with our third party fulfilment partners and the shipping companies that provide shipping services to negotiate better deals. It clearly helps that we are a bigger business; that allows us to have more market power in those conversations. We've also reduced the cost of our customer support through outsourcing. As we grow, that is a variable cost. While we do a good job of keeping customer inquiries to a minimum by serving them well the first time, even that small percentage will grow as the business grows, which we're looking for ways to create more efficiency in that picture, in that cost area.

A couple of highlighted things very briefly. If you've been on the site - I hope you have - recently, you will have seen our new branded homepage experience. There's four things that are really important to highlight here. One is in contrast to the previous version where we were mostly using the banner on the homepage to promote products or promote discounts that were available, we're now very, very focused on the core value proposition of Redbubble. We think this is an extremely important thing as we grow, to be clear about who we are and what you're coming to find. It also reflects, if you will, the voice, the style, the sense of humour of Redbubble. So it's a really important activity that starts to make it clear to people to who are coming to the site what this website stands for.

The second is themed collections to aid browsing. I said earlier that searching is something that's really important. We do know that a lot of customers come without being clear about what they're searching for, so these themed collections allow people to explore the site, engage with our content and engage with our



going into new demographics and new buying circumstances.  So as yet we're not seeing any real barriers to that growth.

**Shareholder 7:** Thank you.  Thank you Mr Chairman.  First, congratulations to Martin and his team for an outstanding achievement bringing Redbubble to where it is today.  Since listing the company, we've seen some fluctuation obviously in the share price. Normally the performance of a company is directly linked to the share price.  Considering that the Company is performing at such a good rate, are there any external factors affecting the fluctuation in the share price?  Because if one was to take into account the performance of the company, one would wonder as to why the share price is not where it needs to be since it was listed.

**Richard Cawsey:** Apart from agreeing with you - there's clearly external circumstances.  What they are, I wouldn't hazard a guess.  So I think what I would like to address is the way we're looking at how we - what we do going forward.  The first and more primary issue is deliver.  In the end, where those doubts are, whether it's a doubt on the business model, whether it's a doubt on the operating leverage or whether it's external circumstances, in the end actually the only thing we can do is to deliver.  And if we do our job and if we meet our prospectus forecasts and we continue to do as we said around the growth and growing revenues beyond our cost line, then in the end I'm incredibly confident that we'll get rewarded for doing so.

I think the second one is that for a number of the factors that are actually up here, we're quite a new proposition for an Australian marketplace, not just in the institutional but also in the retail investor space.  So I do think there's an obligation on us to increasingly educate the market, understand where the concerns are from many investor groups and then look to address those.  So what I expect us to be is we'll continue to use our quarterly process where we're announcing 4Cs, we'll continue to use that to be fuller in how we're updating the marketplace to try and bring that education up.  But in the end it's going to come down to deliver, deliver on our promises.  But I agree.

----- End of Transcript -----