# EXHIBIT 99

# Annual General Meeting : Management Presentation

October 26, 2016
Level 10/271 Collins St



# Strategic initiative highlights for 2H FY16 and Q1 FY17

**Mobile & Customer Experience**
- Range of improvements to search algorithm/user experience
- New, more targeted feeds into Google Shopping
- New homepage design with branding, collections, artists, products
- Redesigned mobile-focused checkout and new payment gateway
- Added localized delivery date information
- Targeted email capability

**Products & Supply Chain**
- 8 new physical products
- 3 new fulfillment partners in US (2) and Australia (1)
- 63 product/location combinations shifted to reduce shipping times

**Artists & Content**
- Content management activities with IP owners
- Updated artist profiles and lower payment thresholds

**New Geographies**
- Launched German (March), French (June) and Spanish (July) sites

**Other scaling**
- Transitioned IT platform to scalable cloud infrastructure at lower cost
- Negotiated savings in fulfillment and shipping
- Reduced cost of customer support through outsourcing



REDBUBBLE

19

Ex. 99
Page 23

