# EXHIBIT 100



Annual Report 2016

Ex. 100
Page 26

Annual Report 2016

# Chairman's Letter



The past year has been a big year for Redbubble, the highlight being our successful listing on the ASX on 16th May.  The arduous listing process did not distract the operating teams. Redbubble delivered strong financial performance and high growth across all strategic measures.

Redbubble continues to make great strides on its goal to build a company of enduring value.  To achieve the goal, Redbubble's is creating the world's largest marketplace for independent artists. In doing so, Redbubble will bring more creativity into the world.  I am more confident than ever that Redbubble will deliver and become a great Australian-based company on the global stage.

Redbubble is not immune from global economic conditions and foreign exchange volatility.  Redbubble seeks to mitigate this by diversifying and broadening its business while localising production. To this end, Redbubble brought on new fulfillment partners around the world. Redbubble also launched its German and Spanish language websites.

Redbubble also continues to strengthen and develop its governance practices, processes and capabilities. They are described in our 2016 Corporate Governance Statement on our Investor Centre website.

During the year Grant Murdoch joined our board as an independent Non executive Director and Chair of the Audit and Risk Committee. Grant has tremendous listed company experience and has proved to be an invaluable addition to the board. Chris Nunn, moved from the board into an executive role, becoming our CFO.

Redbubble's strong FY2016 results reflect the skill and dedication of a strong and capable executive team. On behalf of the board, I would like to thank all the Redbubble staff for all their achievements over the year. We look forward to continuing to grow Redbubble with you.  The best is yet to come!

Yours faithfully,

Richard Cawsey
Chairman
19 September 2016

Ex. 100
Page 27

# 3. Critical accounting estimates and judgements

Estimates and judgments are continually evaluated and are based on historical experience and other factors, including expectations of future events that may have a financial impact on the entity and that are believed to be reasonable under circumstances.  The Group makes estimates and assumptions concerning the future which may not equal the related actual results. These are discussed below.

**(i) Revenue recognition principal versus agent**
The Group is acting as the artists' agent in arranging for the selling of the artist's goods to customers for accounting purposes only. The amounts collected on behalf of artists are not recognised in the income statement.

The revenue recognised by the Group is effectively the cost of fulfilment and shipping plus Group's margin. Given the nature of the relationship between the Group and product fulfillers and the associated risks and rewards, the Group has determined, for accounting purposes only, that it is acting as a principal with respect to fulfillers as opposed to as an agent.

**(ii) Development costs – capitalisation, valuation and impairment**
Expenditure during the research phase of a project is recognised as an expense when incurred. Development costs are capitalised only when technical feasibility studies identify that the project is expected to deliver future economic benefits and these benefits can be measured reliably. Determining the feasibility of the project and the likelihood of the project delivering future economic benefits, which can be measured reliably, is a significant management estimate and judgement.

Capitalised development costs have a finite useful life and are amortised on a systematic basis based on the future economic benefits over the useful life of the project, typically between 2 to 3 years and are considered for impairment at each reporting date. Refer to note 23 for more details.

**(iii) Recognition of deferred tax assets**
Deferred income taxes arise from temporary differences between the tax and financial statement recognition of revenue and expense, the incurrence of tax losses and entitlement to non-refundable tax offsets. In evaluating the Group's ability to recover deferred tax assets within the jurisdiction from which they arise, the Group considers all available positive and negative evidence, including probability of achieving appropriate continuity of ownership levels, likelihood of meeting relevant definitions of "same business", scheduled reversals of deferred tax liabilities, projected future taxable income and results of recent operations. This evaluation requires significant management judgment. Refer to note 13 for more details.

**(iv) Share-based payments**
Equity-settled share-based payments with employees are measured at the fair value of the equity instrument at the grant date. Fair value of options is measured by using a Black-Scholes model and fair value of performance rights is measured by using the fair value of shares available at the grant date. Up to the date of Listing, the fair value of shares was determined by carrying out an independent valuation. Refer to notes 5 and 35 for more details.

**(v) USA sales tax**
The Group currently collects and remits sales tax on sales made via the Redbubble website to customers in the US state of California. Management believes a sales tax nexus may exist due to its own offices being situated in that state.  Significant management judgement is required to determine if nexus exists in other states. Management has determined that no taxes are payable in relation to sales in other states.

