# EXHIBIT 101



# REDBUBBLE
## ANNUAL REPORT 2017

Ex. 101
Page 31

REDBUBBLE

## 1. Revenue from services

The Group provides an internet based marketplace platform and associated logistics services to facilitate the sale of goods from artists to those who want to purchase goods bearing the artists' designs. Artists display and sell art via the Group's website. The Group aggregates demand from the buyers to support preferential relationships between third party suppliers, fulfillers and drop shippers and the artists, using the Group's platform.

Revenue from services provided in connection with facilitating the sale of goods is recognised when the goods are shipped and the amount can be measured reliably at the value of the consideration received or receivable. The Group is acting as the artists' agent in arranging for the selling of the artists' goods to customers. The amounts collected on behalf of artists are not recognised in the income statement. The revenue recognised by the Group is effectively the cost of fulfilment and shipment plus the Group's margin.

Amounts disclosed as revenue are net of trade discounts, returns, rebates, taxes and transaction fraud.

**Critical accounting estimates and judgements** - The Group is required to exercise critical judgement when determining whether it recognises revenue as either a principal or an agent. The Group has determined, for accounting purposes only, it is acting as the artists' agent in arranging for the selling of the artist's goods to customers.

Given the nature of the relationship between the Group and product fulfillers and the associated risks and rewards, the Group has determined, for accounting purposes only, it is acting as a principal with respect to fulfillers as opposed to as an agent.

## 2. Employee and contractor costs

|  | 2017 $'000 | 2016 $'000 |
|---|---|---|
| Salary costs | 20,765 | 16,819 |
| Contractor costs | 4,771 | 4,575 |
| Share-based payments expense | 2,552 | 2,105 |
| Superannuation costs and other pension related costs [1] | 1,643 | 1,197 |
| **Total employee and contractor costs** | **29,731** | 24,696 |

[1] Includes contribution to 401K funds, which is the superannuation equivalent for the US subsidiary.

