# EXHIBIT 102



# Redbubble Limited

# AGM 2018

## 24 October 2018

Ex. 102
Page 35

# Strategic rationale



**Redbubble + TeePublic**

**Accelerating market leadership for artist content**

**Creating a compelling digital platform for independent artists and customers and accelerating the Redbubble flywheel**
- Broader reach and more opportunities to make Redbubble+TeePublic the predominant online destination for independent artists
- Expands existing content library and provides pathway for broader content partnership opportunities
- Potential to offer more creative content and more products to more customers

**Combining two recognisable brands to expand market coverage**

**Wider market coverage across two brands and improved competitive positioning**
- Developing differentiated brand positions and customer segments over time
- Strengthen our joint competitive and supply chain positions in our core US markets
- Leverage Redbubble's experience and previous investments to grow the TeePublic business

**Strong financial performance**

**Compelling financial metrics¹**
- Strong topline growth (57% YoY pro-forma Revenue growth in 1Q FY19), operating EBITDA profitability and positive cashflows
- Pro-forma FY18 Revenue of US$25.5 million (33% YoY growth) and pro-forma FY18 Operating EBITDA of US$3.3 million (33% Operating EBITDA/ Gross Profit margin)

**Scaling our fulfilment partnerships**

**Leverage greater scale to optimise strategic third party fulfilment relationships globally**
- Opportunities to further strengthen Redbubble's third party fulfilment network, increase fulfilment efficiency and reduce costs
- Accelerate TeePublic's future expansion with new products and new geographies

**Optimising our digital platform**

**Opportunities to achieve operating leverage from shared technology and investments**
- Adds new talent to the Redbubble team and expands platform to drive efficiencies in data science, mobile, marketing and customer support
- Unlocking potential cost synergies over time as TeePublic leverages Redbubble's infrastructure to increase operating leverage as it continues strong growth

**Strong team fit**

**Strong cultural alignment and team fit**
- Great cultural fit between two companies with the same mission and similar growth history
- High quality management in place at TeePublic and opportunity for Redbubble to add insights/value

1. TeePublic metrics based on 12 months ended 30 June and 3 months ended 30 September, adjusted for Redbubble's reporting standards as described on page 31; TeePublic's financial results have been derived from its unaudited management accounts; TeePublic's Revenue is prepared on a consistent reporting basis with Redbubble's Product and Shipping Revenue

11

Ex. 102
Page 36



# Questions