# EXHIBIT 103



# INVESTOR BRIEFING TRANSCRIPT

# Q1 FY19 RESULTS & TEEPUBLIC ACQUISITION

## 2 November 2018

**Start of Transcript**

Louise Lambeth: Good morning everyone, this is Louise Lambeth, Head of Investor Relations for Redbubble. Welcome to the investor update relating to our first quarter results for financial year 2019 and the TeePublic acquisition. Both were recently announced to the market on 24 October. With me I have Redbubble CEO, Barry Newstead and CFO, Chris Nunn. Barry and Chris will present before we open up the lines for questions. This presentation and subsequent Q&A session are both being recorded. Before we start, I would like to call your attention to the safe harbour statement regarding forward-looking information contained in the related ASX releases. That safe harbour statement also applies to this call and Q&A session.

Now, over to you, Barry.

Barry Newstead: Good morning or good afternoon, depending on where you are. Welcome to Redbubble's investor update conference call. Our call is a bit delayed this quarter due to the acquisition and capital raising activities last week. As many of you have already seen, we announced our acquisition of TeePublic last week. In doing so, we welcome TeePublic's artists, customers, fulfillers, employees and founders into the Redbubble Group. To enable this acquisition, we successfully completed an institutional placement and institutional portion of an entitlement offer, raising approximately $52 million. We are grateful for the strong support of both existing and new shareholders, during a period where global markets have been a little bit turbulent.

For eligible retail shareholders, the second part of the entitlement offer is now open and the retail offer booklet has been dispatched. Just as the institutional portion was fully underwritten, the retail component is also fully underwritten. We welcome participation and look forward to embarking on this next chapter with your continued support.

I'd like to take a moment and use the majority of my remarks this morning to focus on Redbubble's vision and in that, share the rationale for the TeePublic acquisition. We are building a unique retail commerce platform that at scale will be highly disruptive across the power, home and lifestyle retailing. The supply side of our platform is the combination of scalable content and fulfilment that provides attractive unit economics. The scalable content comes from firstly a diverse community of artists in Redbubble as a passion project that has the added benefit of income generation. Redbubble and TeePublic host over 800,000 artists and over 18 million images. It is critical to say that this is our core. We are a contents business with an evergreen library that grows organically with negligible investments.



To conclude, Redbubble continues to build a business of enduring value, supported by core fundamentals emphasised in previous reports, a healthy and vibrant marketplace, strong top line growth, profitable customer acquisition and emerging operating leverage. Thank you. I'll hand back to Barry.

Barry Newstead: Thanks, Chris. I'll just pretty much reiterate what you just said a moment ago. I think we're at an exciting moment at Redbubble. I think the acquisition of TeePublic and that opportunities that it had for us definitely have a lot of energy in the building and obviously in the new buildings in New York as well. Even with the short-term variability thanks to Google's algorithm changes that we're working through at Redbubble right now, we remain extremely confident about the future potential of our global retail commerce platform. Together, Redbubble and TeePublic are positioned to achieve a scale, market leadership and cash flow strength that will be a disruptive force in retail commerce for years to come.

I'll now open it up for questions.

Operator: Thank you. Ladies and gentlemen, we will now begin the question-and-answer session. If you wish to ask a question, please press star-1 on your telephone and wait for your name to be announced. If you wish to cancel your request, please press the pound or hash key. Once again, ladies and gentlemen, to ask a question it is star-1 and wait for your name to be announced. Thank you.

Our first question is from Owen Humphries from Canaccord. Please ask your question, Owen.

Owen Humphries: (Canaccord, Analyst) Hi, guys. Congratulations on the acquisition and the capital-raising. Just a quick question, just maybe you can highlight some quick wins you could have and synergy benefits from the acquisition of TeePublic and maybe you can outline further plans over the 12 months, and not at the top line but also the bottom line in terms of the synergy benefits?

Barry Newstead: Sure. Thanks, Owen. I think the most immediate benefits we're going to probably put in place as soon as next week, and that is in relation to Christmas coordination, our fulfilment network, ensuring that the capacity that's set aside for Redbubble and TeePublic with those fulfillers, particularly where we're overlapping it's coordinated so we're both able to support the growth through the period.

That then follows into the real priorities at the beginning of 2019 in terms of synergies will be in coordinating our price discussions with our fulfilment partners and generating benefits from that; that will be the earliest one. Then in addition, looking at some aspects of coordination in our paid marketing activities, as well as looking at places where we share procurement or can benefit from the procurement scale on other costs between the two businesses. The near-term things are going to really focus in on those costs, the costs with third parties, and that will be the focus.



As I said in my remarks, as 2019 goes on what we will look at are other places for operational integration. Clearly, we're going to have things like our legal team and finance team coming together early in 2019 and in some cases even before the end of the year and generating benefits from those in the next year. Those will be the major areas. As I said, beyond next year we'll start to look at opportunities to integrate aspects of our platform to generate synergies there as well.

A lot of those synergies will really orient not just towards cost, actually, but significantly towards the artist experience and quite likely, actually more than quite likely, our content partnerships being able to put content across both of the platforms as well as new products, being able to put new products across both of the platforms. We see much more significant upside in generating growth from the platforms coming together than it is about a pure cost play.

Then the final remark as it relates to that is were going to look through next year and into the following year about utilising Redbubble's position in non-English language markets to provide TeePublic with access or deeper access to markets like Germany, France and Spain.

Owen Humphries: (Canaccord, Analyst) Okay, great. Thanks, guys.

Currently there are no further questions at this time. I would like to hand the call back to the speakers for any concluding remarks.

Barry Newstead: Well, that was brief but hopefully we covered the critical elements. I'd just reiterate, I think probably the highlight at the moment is the acquisition of TeePublic and we're really excited to bring the two businesses together and to build on what Owens' question a minute a go – the real potential of these businesses to come together to generate benefits together and to generate additional scale to really achieve the potential of our retail commerce marketplaces, to really transform fundamentally how consumers consume and the access to markets for artists, fulfillers and our content partnerships. So thank you, everybody, for your continued support and for listening in and we hope you have a good rest of Friday and Thursday if you're in the US. Thank you very much.

Operator: Ladies and gentlemen, that does conclude the call. Thank you for participating. You may all disconnect. Goodbye.

**End of Transcript**