# EXHIBIT 105

Ex. 105
Page 52



E-COMMERCE ⌄   MARKETING   INNOVATION   PODCASTS   OPINION   REPORTS ⌄   CONTACT   🔍

LATEST NEWS:   Toll customer data stolen in its second cyber attack of 2020

SUBSCRIBE / LOG IN

Advertising








END-TO-END ECOMMERCE LOGISTICS EXPERTISE FOR YOUR BUSINESS
FIND OUT MORE

FULFILMENT & WAREHOUSING   DOMESTIC DELIVERIES   CROSS-BORDER DELIVERIES   CLICK & COLLECT + RETURNS



SEE HOW WE CAN HELP YOUR ECOMMERCE BUSINESS TODAY
FIND OUT MORE

**OPINION**

# 5 ways Redbubble plans to grow in 2017

**INTERNET RETAILING**
🕐 5th Jan 2017

TAGS: #MARKETING  #MOBILE WEBSITE  #PERSONALISATION  #REDBUBBLE



MEN'S   WOMEN'S   KIDS   CASES & SKINS   STICKERS   WALL ART   HOME DECOR   STATIONERY   BAGS   GIFT CERTIFICATES

FIND YOUR THING
UNCOMMON DESIGNS
BY INDEPENDENT ARTISTS EVERYWHERE

Search products, artworks and themes     SEARCH

Lemon Tree by Fifikoussout

Design online store Redbubble has big plans to ramp up business this financial year and revenue is expected to jump by 50.26 per cent to $172.2 million this financial year.

Launched in 2006 in Melbourne, Redbubble is a website that allows artists to sell their art, photography and patterns, which are printed on a range of items, including t-shirts, cushions and phone covers. Redbubble takes care of the sale, manufacturing and shopping of products.

Here, they share what's on their to-do list for the year ahead.

1. Website optimisation

At the core of Redbubble, improving revenue is a constant drive to improve the user experience of their website. This in turn improves conversion rates which has a dramatic effect on revenue, making every marketing channel more profitable without increasing ad spend or traffic.

One way Redbubble plans to improve its user experience is by focusing on improving its search algorithm. There are currently more than 10 million images online, which can be used on more than 60 different products from over 438,000 artists, so ensuring customers can get to the right images and products in the least number of clicks is key to maximising conversion rates.

In line with global trends, Redbubble experienced a 71 per cent growth in mobile visitors to the website, compared to just 28 per cent growth in desktop users. However the conversion rate on mobile was just 1.18 per cent last financial year, compared to 2.52 per cent on desktop, leaving a lot of opportunity even when cross-device conversions are taken into account (where a user browses on a mobile device but converts on desktop



Quantium SOLUTIONS

FULFILMENT & WAREHOUSING
LET US DO THE HARD WORK FOR YOU

DOMESTIC DELIVERIES
DELIVER ON YOUR PROMISE EVERY TIME

CROSS-BORDER DELIVERIES
SHIP TO OVER 200 COUNTRIES

CLICK & COLLECT + RETURNS
ENHANCE CUSTOMER SATISFACTION

later).

To take advantage of this opportunity, Redbubble intends to focus on improving its mobile experience, making it easier to transact across all devices. Mobile improvements to the responsive website that are now in place or currently underway include an updated shopping cart, one-page checkout, upgrading from off-site PayPal card processing to on-site Stripe payment processing and personalising delivery date information, so customers know when to expect their order delivery.

To further improve the experience for mobile users and improve repeat buyers, Redbubble are also working on a mobile iOS app which will make it easier for people to find artwork and product.

The third major focus for this year is personalisation – learning about users and then serving the most relevant products to every unique visitor to the site. This not only helps with repeat purchases but can improve conversion rates for users requiring multiple visits to the website before converting.

Redbubble has started by implementing a new personalised homepage which showed each user a unique set of products based on previously viewed and purchased products. This personalised homepage has outperformed the generic version and now the changes are being rolled out site-wide across categories and search results.

The company also plans to continue conducting user testing and analysis of both quantitative and qualitative data to make major and minor changes that continue evolving and improving the site and thus its conversion rate.

2. **Marketing optimisation**

Redbubble plans to continue optimising its marketing channels to maximise both profitability and the volume of sales coming from each source. In the last financial year, free traffic sources such as organic search or email marketing made up 68.5 per cent of sales with paid traffic, such as Google Adwords making up the remaining 38.5 per cent with all of their paid sources profitable from the initial purchase.

RedBubble plans to utilise more targeted product feeds in Google Shopping this financial year. With millions of artists' images available on more than 60 products, creating, maintaining and optimising a product feed is a significant investment. However, Google Shopping is currently their most significant advertising product and is one that offers the most scope for improvement due to its ability to automatically target very niche search terms.

Over the past year, Redbubble has completely re-built the way its platform interacts with Google and by doing so, are now able to push more content and images into the feed on a much more dynamic basis which is growing the volume of sales, whilst maintaining profitability. This financial year, Redbubble plans to utilise the same optimised product feed to launch a Bing Shopping campaign which has recently re-launched in Beta and offers increased volume with lower competition than on Google Shopping.

Increasing the volume of sales generated from both paid and free social media sources is another major focus on Redbubbles agenda this year. With such large audiences on social media, the networks offers a lot of room for expansion given the relatively small ad budgets currently being spent.

Paid social advertising, via Facebook in particular, is beginning to drive a significant volume of profitable conversions for Redbubble since the launch of ad campaigns in 2014, so scaling these will be a key driver of revenue improvements. With their mobile conversion rates improving, social networks which operate predominantly on apps, which will also offer opportunities for profitable paid social advertising, along with promotion of Redbubble's planned new iOS app.

Increasing free or organic social traffic is also a priority for Redbubble. To help the business grow, Redbubble will work closely with artists and give them the tools they need to easily share and promote products and content to their own followers to drive free social traffic to the website, generating sales for Redbubble and its artists.

May 14, 2020 3:42:09 PM

Ex. 105
Page 54

With 39 per cent of traffic being generated from organic traffic sources, Redbubble is reliant on Google and Bing's search algorithms and rankings for a large part of their success. Along with optimising and improving their paid marketing channels, a continued focus is improving their SEO rankings and increasing their organic traffic and sales. With 24.9 million pages from RedBubble appearing on Google, onsite optimisation and ensuring the site is easily and effectively indexed and in-line with Google's best practices is a major priority in their SEO efforts. Throughout the year, they have many technical optimisations planned to improve rankings and traffic flow.

Advertising



Another way Redbubble plans to grow organic traffic is by continuing to increase the size of the website with 'collections' of products allowing creation of pages targeting high volume search terms such as 'gift ideas' or 'gifts for kids'. They also plan to increase the number of artists listed on the website which will expand their (already huge) range of products, and allow them to dominate the rankings for niche searches such as 'rainbow unicorn t-shirt' and event driven searches such as 'Donald Trump duvet cover' as these artists add new artworks.

3. Product expansion

Another growth area for Redbubble is expanding their product range. Every time a new product is available for printing, millions of new product options are added, as most artworks can be adapted to fit the new product. Growing the product line, whilst ensuring fulfillers maintain the quality of the products they create is something that has contributed to their growth over the past ten years.

So far Redbubble has launched eight new products and in the next month in order to hit their ambitious revenue growth targets, they are planning to launch at least three new physical products focusing on the home and gift giving category.

Another innovation which Redbubble is trialling is the launch of their first digital product – packs of "digital stickers" for use in Apple's iMessage app and available for purchase in the Apple app store. These packs of stickers are priced from 99c-$1.49 and utilise existing artwork on Redbubble's platform with each pack focused on just one artist's work. There is certainly no guarantee these products will prove a big money maker, but given the margins involved when selling digital products, it is one they will explore and develop over time.

4. Target market expansion

Redbubble has offered their products internationally since they started via 22 fulfillers around the world with products being sent by the nearest located fulfiller. However their website has always been in English. To continue growing their business, they are now planning to expand their target market to speakers of other languages. This started with a German site in March, French in June and Spanish in July.

This allows Redbubble to maximise the conversion rates of visitors that speak that language who now find the website easier to use and buy from. It also means that the 10 million artworks and 60+ product variations all have a page on the website in each language allowing Redbubble to rank for foreign search terms, improving organic traffic. The significant amount of work to launch these new websites is paying off with Germany now their fastest growing market, showing a large uptick in performance since March last year.

Time is now being spent on improving these international sites and artists are now able to improve their automatically-generated translations for each product and marketing

efforts are underway to attract new foreign-speaking artists to the platform. Local marketing efforts have also begun with paid marketing in German, French and Spanish and translated product feeds being integrated with Google Shopping to allow product ads on foreign searches.

5. **Business optimisation**

In 2016, Redbubble focused on transitioning their old, legacy IT platform to a scalable cloud infrastructure. This was a huge effort required to migrate the website and systems, but the business is now ready to scale and grow globally – the added benefit being that the cloud infrastructure has lowered costs. This move to the cloud has also helped the business's drive to improve the speed of the website, especially at peak shopping times such as Christmas, which leads to a better customer experience, increases search rankings and better conversion rates.

In line with the global growth of the business, Redbubble is also continuing to add fulfillment partners with three new partners in the US and Australia with more in the works. Adding localised fulfillment capabilities ensures shorter delivery times, which improves website conversion rates and leads to a better customer experience, which in turn increases repeat purchases.

Improving margins on Redbubble's products allows a larger spend on marketing with the same level of profit and thus ability to grow sales volume, market share and ultimately revenue. With the growth in the business, Redbubble's supply chain team are now in a position of strength, so this year will focus on improving the margins by negotiating savings with third party fulfillment partners and shipping companies.

Redbubble is also focusing on minimising the cost of customer support which is a variable cost that has been growing in line with the business. To do this, the business plans to outsource customer support which will be more efficient but which will need to be monitored closely to ensure the customer support experience remains high.

*Duncan Jones is a data-driven performance marketer who works for online marketing agency, Web Profits.*

**This story first appeared on our sister site, *Inside Retail Australia*.**

CLICK TO SHARE:

🟦 No Comments | Be the first to comment                                   +

Advertising

─────────────  NEXT ARTICLE  ─────────────

SECURITY

# Retailers face new security challenges

 **INTERNET RETAILING**
⊙ 4th Jan 2017

TAGS:   #CYBERSECURITY   #KEVIN EPSTEIN   #MALWARE



Unfortunately, while that advice still holds, it largely fails to address the newer tactics

Ex. 105
Page 56

used by attackers against Australian retailers. This includes the ever more sophisticated point-of-sale malware, brand fraud within emails and on social networks, as well as attacks leveraging the weakest link in security – people.

### Chip-and-PIN is not a cure-all

Point-of-sale (POS) malware, designed to harvest credit card information from retail terminals, suffered a significant setback with the widespread adoption of Chip-and-PIN technology, making it much harder to simply scrape credit card numbers from card readers.

Now, though, in the never-ending arms race with cybercriminals, new POS malware is predicting the data used to secure transactions and create fraudulent charges. And it is distributed through a variety of attack angles or 'vectors', especially email.

In one recent campaign, tens of thousands of fake socially-engineered messages (detailing a terminated employee) were used to deliver a banking Trojan through links and malicious documents, but the banking Trojan was only an intermediary. The final payload? A new strain of point-of-sale malware called ScanPOS.

Even without the mass credit card information theft we saw earlier in the decade from POS malware, retail-related data breaches remain a significant issue. Attackers are going after infrastructure using a variety of attack vectors, including innocent-looking emails that surreptitiously download POS malware and so-called "information stealers" when recipients click on embedded links or attachments.

### Big Brand = Big Liability

While more subtle than POS malware, massive scale ad fraud and malvertising also interfere with legitimate online advertising from internet and brick and mortar retailers.

Proofpoint researchers regularly find instances of ad substitution and malicious ad landing pages that closely mimic real brands. Even if users believe they are clicking an ad from a known online retailer, it is all too common for the ad to use stolen branding and instead lead to phishing pages and websites that exploit vulnerabilities on the visiting device.

Unfortunately, stolen branding doesn't stop at online advertising. Major events like the Olympics give rise to large numbers of fraudulent social media accounts, often leveraging brands of sponsors and sporting retailers. For example, 15 per cent of all Olympics-related social media accounts were fraudulent and 84 per cent of these were impostors, running phishing schemes and other malicious activities, pulling in unsuspecting customers with fake gift certificates and coupons.

Of course, in both cases, retailers are left with the bill when angry customers demand fulfillment for fake offers. Brands also lose customers if fake pages infect users who then tell friends and family members to stay away.

### People make the best exploit

Advertising

Last but not least, Proofpoint researchers regularly track major credential email phishing campaigns that target far more than corporate credentials. Increasingly sophisticated phishing lures, sent via large-scale customised email campaigns, convince individuals to log in to their personal accounts on fake versions of retail websites. Many pretend to be a coupon, secret shopper, or other special offers.

May 14, 2020 3:42:09 PM

Their goal is to generate fraudulent transactions or steal credentials for reuse across multiple sites. The screenshot below shows a fake review page for a retailer linked from an emailed offer for a $50 credit if the recipient logged into their account and completed a survey. The result: the brand is blamed by consumers and suffers a financial loss to resolve the issue.



Image source: Proofpoint

At the same time, the direct corporate threats that have pushed retail cybercrime out of the headlines in recent years – banking Trojans, ransomware, and business email compromise (BEC), all leverage human gullibility to gain initial footholds in the corporation. And they are targeting staff and executives in retail businesses. Retailers are certainly not immune to these sorts of threats and remain high-value targets for cybercriminals.

**Be on the lookout**

Clearly, retail cybersecurity advice no longer seems quite as simple as it once was – but it can perhaps still be distilled to a few key principles:

1. **It's about money**. Hacktivism and espionage remain a relatively small factor motivating cybercriminals; thus, if you can make your defenses sufficiently strong so it costs less to hack someone else, you win. When escaping a raging bear, you don't have to be faster than the bear, only the person next to you.

2. **Everybody clicks**. Training staff is important, of course, but it only goes so far. If your cybersecurity systems haven't been re-examined and upgraded in the last two years, you're likely very exposed to threats. Legacy cybersecurity...isn't effective.

3. **Email is not your friend**. Email is essential to every business – it's lifeblood. It's also inherently insecure, and the number one vector for cyberattacks. Start by securing your email.

*Kevin Epstein is the vice president of Proofpoint's Threat Operations Center.*



CLICK TO SHARE:   f   in   🐦

💬 No Comments | Be the first to comment                                                        +

Advertising

May 14, 2020 3:42:09 PM

NEXT ARTICLE



**E-COMMERCE**

# China's e-commerce landscape in 2017



**INTERNET RETAILING**
⊘ 3rd Jan 2017

TAGS:  #CHINA   #CROSS BORDER E-COMMERCE   #SYLVIA WEI



*By Sylvia Wei*

2017 is the ideal time for Australian retailers to enter the Chinese market, but only if they're willing to learn from past successes and failures, embrace consumer culture and implement tailored marketing campaigns. Here are five key predictions for how China's e-commerce landscape will evolve in 2017:

1. **The Chinese e-commerce sector will stabilise**

The downside to this explosion is that many rogue traders also emerged from all around the world, either selling counterfeit goods or over-extending themselves. The industry started spiralling out of control as a result.

In response, the Chinese government introduced a series of new tax policies and regulations in 2016 aimed at making B2C e-commerce and traditional B2B2C bulk trade a more level playing field. It had an immediate impact, with the total volume of cross-border e-commerce transactions dropping by almost half since it took effect in April 2016.

Looking at 2017, policies will no doubt continue to be fine tuned, especially the 'positive list', which currently allows popular foreign products to be imported via China's free trade zone. The Ministry of Commerce of the Government of China (MOF) recently announced that this tax policy will be postponed until the end of 2017.

These new tax regulations shouldn't discourage prospective Australian retailers. The Chinese e-commerce landscape is entering a more stable period in 2017 that will benefit both the vendor and consumer.

2. **The number of retailers operating outside the Tmall marketplace will increase**

Tmall Global, Alibaba's shopping platform for overseas sellers, can be prohibitively expensive once all costs are factored in. There's also a risk that products will be placed alongside counterfeit goods, which can damage reputations.

Some global retailers are giving up their Tmall stores and seeking new ways to reach Chinese customers. Top US luxury accessories retailer Coach, for example, recently parted company with Tmall Global for the second time, citing dissatisfaction with the operation of the site, commission costs and fees for traffic acquisition.

Other retailers such as Amcal, have launched their own Chinese websites rather than using existing Chinese e-commerce platforms, to have more control over sales and the

May 14, 2020 3:42:09 PM

merchandising of their ranges.

### 3. WeChat will continue to dominate, but watch out for Weibo

Weibo is another key social media platform that retailers can employ to boost sales. Commonly known as the Chinese Twitter, this microblogging site grew by a third in 2016 and now has almost three million users. It's a popular way for Chinese to follow content posted by online influencers and this trend looks set to continue.

Advertising

### 4. Mobile will supersede all other routes to market

Mobile commerce already accounts for just over half of online sales in China. With smartphones now representing over 90 per cent of new phone sales, this trend is likely to increase. During China's biggest online shopping event, Singles Day (also known as Double 11), 82 per cent of sales came from mobile.

WeChat has provided the ultimate gateway for retailers to reach consumers via their smartphones and enables them to build mutually beneficial relationships with customers via their official accounts. Another huge draw is that payment by mobile is painless. Customers create a WeChat wallet by linking to a bank card, and can then shop with ease.

### 5. Retailers will become better at localisation

With a population of nearly 1.4 billion, there is huge disparity in each of China's 34 regions, with numerous factors such as household income, language, education, culture and logistics influencing purchasing habits.

Traditionally, it was perceived that residents in Tier 1 cities such as Beijing and Shanghai were the key demographic retailers should target. Australia's Pharmacy Online, for example, has most of its users located in these cities along with other affluent areas such as Jiangsu and Guangdong provinces, where many consumers have either lived or been educated abroad and are familiar with Western brands.

Generally speaking, eastern and southern coastal regions are more affluent than inland provinces, but there's also been a notable rise in the number of consumers in Tier 2 cities including Suzhou and Ningbo, where living costs are cheaper and many people are using their disposable income to try out overseas shopping.

For Australian retailers, it's about finding the right market for your products. Good planning and strategy is important, but dealing with the practicalities of delivering that strategy is often complex. Local knowledge is everything.

These trends are opportunities. The cross-border e-commerce landscape is maturing and the uncontrolled model of the past few years is evolving into a more sustainable and healthier business prospect for Australian retailers looking to sell in China. The market is there, the bubbles no longer.

*Sylvia Wei is Azoya's deputy managing director for Australia.*



CLICK TO SHARE:

May 14, 2020 3:42:09 PM

No Comments | Be the first to comment                                                    +

Advertising

———————— NEXT ARTICLE ————————



# Top 10 e-commerce stories in 2016

**HEATHER MCILVAINE**
⊘ 23rd Dec 2016

TAGS:



The most-viewed articles on *Internet Retailing* in 2016 reflect what a tumultuous year it was in online retail.

While some companies like Mon Purse went from strength to strength, securing concessions in Myer, Selfridges and Bloomingdales (not to mention $3.1 million in a Series A funding round), others, like online furniture retailer Temple & Webster, have been clawing their way back to profitability. Still others, including Seduce and Dick Smith, shut their doors for good.

2016 was also the year of the big online shopping festival, with more Australian retailers participating in Singles Day, Click Frenzy, Black Friday and Cyber Monday than ever before. These events also showed the increasing significance of mobile commerce in online retail.

Missing from this list is any mention of US e-commerce giant Amazon's rumored 2017 entry into the Australian market. While the story generated plenty of headlines, and not a small amount of angst, the facts on the ground have proven scant. Perhaps next year's round-up of e-commerce stories will show otherwise.

Lastly, *Internet Retailing* has experienced change as well this year, with the departure of editor Tess Bennett, whose keen news sense is evidenced by her byline on many of the stories below. Since stepping into the role of editor in August of this year, I have aimed to further *Internet Retailing's* reputation as the go-to source for e-commerce news in Australia.

I look forward to bringing you more news and insights in 2017.

**Top 10 e-commerce stories on *Internet Retailing* in 2016:**

Advertising

10. Speedmaster gears up for Amazon Prime Day

9. Winning Group appoints head of neurostrategy

May 14, 2020 3:42:09 PM

8. Myer lifts online revenue on omnichannel investments

Ex. 105
Page 61

7. Temple & Webster boss Brian Shanahan resigns

6. Catch of the Day founders invest in Mon Purse

5. Kogan buys Dick Smith's online business

4. Online disruptors arrive to unsettle the Australian mattress market

3. Inside Catch of the Day's multi-million dollar distribution centre

2. Woolworths head of digital commerce departs for AMP

1. 2016 Top 50 People in E-Commerce named

CLICK TO SHARE:  f  in  𝕏

💬 No Comments | Be the first to comment                                          +

Advertising

––––––––––––––––––––––––––––––– NEXT ARTICLE –––––––––––––––––––––––––––––––

**LOGISTICS & FULFILMENT**

# Hunting for George captures last-minute Xmas shoppers



INTERNET RETAILING
🕐 22nd Dec 2016

TAGS:  #HUNTING FOR GEORGE   #JONNO RODD



FREE Same Day Delivery For Melbourne Metro Areas!

Australian online marketplace Hunting for George has avoided the pre-Christmas slowdown that plagues many e-commerce companies, with its recent introduction of free same-day shipping throughout metropolitan Melbourne.

Hunting for George's marketing manager Jonno Rodd said the new delivery option has "transformed" its sales in the final week before Christmas.

"Usually this week we see a slowdown in sales, but we are actually up 38 per cent on last week and 160 per cent on this week last year," Rodd said. The average order value is also up 25 per cent from the same time last year.

The marketplace for homewares, furniture and gifts recently started a trial with delivery startup Shippit, which lets it book in its same-day courier service and get parcels picked up within the hour. Those parcels can then be delivered same-day to customers in

May 14, 2020 3:42:09 PM

Ex. 105
Page 62

up within the hour. Those parcels can then be delivered same day to customers in
metropolitan Melbourne who place their order by 1100 Monday-Friday.

Advertising

While Rodd said there are still some tweaks and improvements to be made, the platform
has solved many of their outstanding requirements. "We have always maintained control
of every touchpoint with our customers and this is just another way we can provide value
to our customers whilst maintaining control of their entire experience," Rodd said.

CLICK TO SHARE:  f  in  𝕍

💬 No Comments | Be the first to comment                                    +

Advertising

──────────────── NEXT ARTICLE ────────────────

**E-COMMERCE**

# Online activewear brand gets physical

DIMITRI SOTIROPOULOS
🕒 21st Dec 2016

TAGS:  #P.E. NATION   #PIP EDWARDS   #POP-UPS



Activewear label, P.E Nation's recent launch of its first bricks and mortar store at
Westfield Bondi Junction represents a blueprint for the burgeoning label's future plans.

Speaking to *Inside Retail*, Pip Edwards, co-founder of the activewear brand, said the
temporary store – running until January 23 – was a good trial of the brand in a physical
location, ahead of potentially venturing into bricks and mortar fully.

"It's always great to test out retail," she said. "The opportunity was too good to pass up.

"Bricks and mortar is definitely on the agenda in the future, though we don't know when,
and we now feel we have a better handle of how to actually roll that out and understand
all that is involved."

Ex. 105
Page 63



Edwards said the space is "primarily a fantastic branding exercise" where it can showcase its whole range, in a space that it had full creative control over.

"It was great to get to know our customers, to learn more about them and it was a great way for our customers to get to know the product more intimately."

Advertising

The pop up location was designed by interior architect Kelvin Ho, who has worked with APC, Dion Lee, Bassike, Lover, Saturdays NYC and Merivale.

"There has been a real lifestyle shift where people want to feel fitter and healthier, so naturally activewear and athleisure has become a more significant part of their everyday wardrobes," said Claire Tregoning, co-founder, P.E Nation.

Selecting a suitable location was an easy choice for the fashion brand, in its first physical store venture.

"Being a Bondi girl, it was only fitting to test my local area," said Edwards. "We also felt that being part of Bondi Junction Westfield would allow us to capture natural footfall, especially around the Christmas period."

*This story first appeared on our sister site, Inside Retail Australia.*

CLICK TO SHARE:   f  in  𝕐

💬 No Comments | Be the first to comment                                                +

ALL NEWS            ADVERTISE            JOIN OUR MAILING LIST          OCTOMEDIA PTY LTD          FOLLOW US

ABOUT US            CONTACT                                                            INSIDE RETAIL
                                          [Email Address]   [SUBMIT]                 INSIDE FMCG            f  𝕐  in  ⊙
TERMS &             PRIVACY POLICY                                                    FRANCHISE BUSINESS
CONDITION                                                                             INSIDE SMALL BUSINESS    © Internet Retailing 2019
                                                                                                               Designed by Emote Digital

Google Chrome          81.0.4044.138          3:41:15 PM 5/14/2020          Windows 10 Enterprise 64-bit Build 17763

May 14, 2020 3:42:09 PM