# EXHIBIT 106



## Directors' interests and shares and options

The Directors' interests in shares and options as at 28 August 2019 was as follows:

| | Shareholdings | Options outstanding | Share appreciation rights outstanding |
|---|---|---|---|
| Richard Cawsey | 14,066,549 | 39,423 | - |
| Barry Newstead | 562,413 | 3,360,690 | 5,666,668 |
| Martin Hosking | 56,500,090 | 19,711 | - |
| Greg Lockwood | 6,465,131 | - | - |
| Jennifer Macdonald | 56,539 | 19,711 | - |
| Grant Murdoch | 220,971 | 120,649 | - |
| Anne Ward | 100,000 | 22,916 | - |
| Hugh Williams | 47,670 | - | - |
| **Total interests** | **78,019,363** | **3,583,100** | **5,666,668** |

## Share options granted

During the financial year and since the end of the financial year to 28 August 2019, an aggregate 2,022,402 share options and 5,666,668 share appreciation rights were granted to the Directors and to the five highest remunerated officers of the Company and its controlled entities as part of their remuneration.

## Retirement, election, continuation in office of Directors

Under the Company's constitution, Directors cannot serve beyond three years or the third AGM after their appointment, whichever is longer, without submitting for re-election by the Company. A retiring Director is eligible for re-election without needing to give any prior notice of an intention to submit for re-election and holds office as a Director (subject to re-election) until the end of the general meeting at which the Director retires.

As noted above, Grant Murdoch is not seeking re-election at the 2019 AGM and will retire at the end of that AGM.

Barry Newstead, who is Managing Director and Chief Executive Officer, is not required to be re-elected while he holds the position of Managing Director.

## Company Secretaries

RB Group's Company Secretaries are Ms Corina Davis (based in the US) and Mr Paul Gordon (based in Australia).

### Ms Corina Davis
*Executive Vice President – Business Development, Chief Legal Officer and Company Secretary*

Corina Davis joined Redbubble in 2012. Corina oversees the Company's legal function and Redbubble's partnerships and licensing initiatives. Corina has a wide range of cross functional experience with particular expertise in copyright and trademark law, litigation, compliance and risk management. Before joining Redbubble, Corina practiced law in Los Angeles and New York City at Milstein Adelman, McCurdy & Fuller and Mendes & Mount. Corina is an active member of the Women's General Counsel Network and the San Francisco General Counsel Group. Corina is a board member of the Australian Digital Alliance, Australia's peak body representing copyright users and innovators in digital. Corina holds a Bachelor of Arts degree from the University of Michigan, Ann Arbor and a Juris Doctor degree from the University of San Diego School of Law, California.

### Mr Paul Gordon
*Regional Counsel and Company Secretary (Australia)*

Paul Gordon joined Redbubble in early 2015. Paul has broad corporate and commercial legal experience, gained in-house and in private practice in Australia, the UK and New Zealand. Before joining RB Group, Paul was the General Counsel at ASX-listed REA Group. Before that Paul was a Senior Corporate Associate at Nabarro LLP in the UK and

also practiced in Hogan Lovells (UK) and Chapman Tripp (NZ). Paul holds a Bachelor of Laws (Hons) and Master of Commerce from the University of Canterbury NZ and a Certificate in Governance Practice from the Governance Institute of Australia.

## Executive Team

Please see above for the biographies of the following Executive Team members:

- **Barry Newstead,** *Chief Executive Officer and Managing Director*
- **Corina Davis,** *Executive Vice President, Business Development, Chief Legal Officer and Company Secretary*

Biographies for the remaining Executive Team members follow:

### Ms Emma Clark
*Chief Financial Officer*

Emma Clark joined Redbubble as Chief Financial Officer in June 2019. Prior to this she spent ten years at ANZ Bank holding a variety of executive roles, with the most recent being CFO of ANZ's Technology Division. Emma has previously been both CFO and Managing Director for the Diners Club business in Australia. CPA qualified, Emma has a Bachelor of Business from Monash University, and is also active on Boards, most recently spending four years as Treasurer for the Ovarian Cancer Research Foundation.

### Mr Daniel Vydra
*Chief Technology Officer*

Daniel Vydra has been with Redbubble since 2012, working across the engineering organisation in strategy and infrastructure leadership roles. Prior to that, Daniel worked as a software consultant in the media, travel and telecommunications industries, spending several years working with the technology team at The Guardian newspaper in London. Daniel has a Bachelor of Information Systems degree from The University of Melbourne.

### Ms Vanessa Freeman
*Chief People and Culture Officer*

Vanessa Freeman joined Redbubble as Chief People and Culture Officer in August 2015. Vanessa previously held senior human resources and strategy roles at Pacific Brands and McKinsey & Company – London, where she focused on corporate strategy, post-merger management and operational transformation. Vanessa has Bachelor of Arts and Bachelor of Commerce degrees from Auckland University and an MBA from Stanford University, California.

### Mr Arnaud Deshais
*Chief Supply Chain Officer*

Arnaud Deshais joined Redbubble in 2014 and oversees the Global Operations function. Arnaud has a wide range of supply chain experience with particular expertise in the areas of fulfillment, logistics, quality and customer experience. Before joining Redbubble, Arnaud was the Director of Supply Chain for Art.com. Earlier, he was a Consultant Manager for Cap Gemini Ernst and Young within the Supply Chain and High Tech Practices. Arnaud is an active member of APICS and ISM. Arnaud holds an MBA from Clemson University, USA and ESC Rennes, France.

### Ms Sadie Stoumen
*Vice President – Product*

Sadie Stoumen joined Redbubble in 2017 and oversees the Product Management and Design functions. During her time at Redbubble, Sadie has worked across fulfilment systems, product launches, and scalable platforms. Prior to joining Redbubble, Sadie held product management and product marketing positions at Intuit and Google, and led content strategy at a venture-backed marketplace. Sadie has a Bachelor of Arts in International Relations and Economics from Wellesley College, Massachusetts.

### Mr Georg Friedrich
*Head of Platforms / Vice President – Engineering*

Georg Friedrich joined Redbubble in 2009 and has held various leadership roles within the engineering team. He has contributed to most of Redbubble's code base since the earliest days. Georg's experience spans 20 years of software development roles in industries ranging from printing to online fundraising and e-commerce. In 2007, he co-founded 'betterplace.org' and developed an online donation platform which remains Germany's largest of its kind. Georg holds a degree in business informatics from the Berlin School of Economics.

### Mr Anuj Luthra
*Head of Artists & Content / Vice President – Engineering*

Anuj Luthra joined Redbubble in 2012 as a senior engineer and has been in various leadership roles within the engineering team. He has been the driving force behind building the search platform, paid marketing platform and product engineering discipline. Currently, he leads our Artist and Content user group. Before Redbubble, he ran his own business (36 Zeroes) in software consulting & product development and worked as a senior engineer for Sealink Travel Group. Anuj has a Bachelor's of Computer Science from Jodhpur University and a Masters of Information Technology from the University of South Australia.

**Dr Sadegh (Sam) Kharazmi**
*Head of Customer Experience / Vice President - Engineering & Data Science*

Sam Kharazmi joined Redbubble in 2015 to build the company's data science and machine learning capability and currently leads customer experience and data science. Sam holds a PhD in Computer Science from RMIT where he specialised in machine learning and information retrieval. He has held research positions at RMIT and National ICT Australia, and collaborated with Microsoft Research and Yahoo Research. His prior experiences also include a number of senior technical, operational and advisory positions at several startups.

**Dr Brett Watson**
*Chief Commercial Officer*

Brett Watson joined Redbubble in 2016 as a Senior Strategy Manager and has provided strategic and commercial leadership across the Redbubble marketplace, being promoted to the role of Chief Commercial Officer in August 2019. Prior to Redbubble Brett has held senior strategy positions at Coles and as a consultant with KPMG and Pacific Strategy Partners. Brett has a Bachelor of Mechanical Engineering from Curtin University and a PhD in Engineering from Monash University.

**Mr Adam Schwartz**
*CEO - TeePublic*

Adam Schwartz joined the RB Group in November 2018 as TeePublic's CEO after TeePublic was acquired. Prior to the acquisition, Adam was TeePublic's Co-Founder and Chief Operating Officer. Previously, Adam was Chief Operating Officer of BustedTees.com and a Co-Founder of Le Souk. In 2016, Adam was named to Forbes 30 Under 30. He is a start-up mentor for ERA Ventures and an advisory board member for Bombas, The Loyalist, Attentive, Pathspark and Curos. He holds a Bachelor's of Science from the University of Florida in Telecommunications Operations Management and Business.

## Details of share options and performance rights for Directors and Executives

Below are details of options, share appreciation rights and performance rights in respect of ordinary shares in the Company granted to Directors or any of the 5 most highly remunerated officers of the Company (other than the Directors) during the 2019 financial year.

| | Number of options / performance rights granted | Number of ordinary shares under options /performance rights granted | Number of share appreciation rights granted |
|---|---|---|---|
| Richard Cawsey | 39,423 | 39,423 | - |
| Barry Newstead | 920,304 | 920,304 | 5,666,668 |
| Martin Hosking | 19,711 | 19,711 | - |
| Greg Lockwood | - | - | - |
| Jennifer Macdonald | 19,711 | 19,711 | - |
| Grant Murdoch | 22,916 | 22,916 | - |
| Anne Ward | 22,916 | 22,916 | - |
| Hugh Williams | 19,711 | 19,711 | - |
| Corina Davis | 337,023 | 337,023 | - |
| Arnaud Deshais | 480,658 | 480,658 | - |
| Chris Nunn | 29,447 | 29,447 | - |
| Jorie Waterman | 110,582 | 110,582 | - |
| **Total options** | **2,022,402** | **2,022,402** | **5,666,668** |

There are no options or performance rights granted to this group since the end of the 2019 financial year to 28 August 2019.

The following table shows the total numbers of ordinary shares in the Company subject to options, share appreciation rights or performance rights as at the date of this Report:

| | Number outstanding | Last expiry date |
|---|---|---|
| Options | 20,949,164 | 31 July 2029 |
| Share appreciation rights [1] | 5,666,668 | 1 August 2025 |
| Performance Rights [2] | 723,600 | |
| **Total awards outstanding** | **27,339,432** | |

*(1)   Share appreciation rights (SARs) entitle the holder to equity equal to the appreciation of the Group's share price over a defined period. There is not a 1 to 1 relationship with the number of SARs on issue and the number of shares that will be issued upon exercise.*

*(2)   Performance rights granted do not have an expiry date. Ordinarily these vest and are settled according to a participant's vesting schedule, and any outstanding performance rights are otherwise forfeited when a participant no longer satisfies the service conditions in their agreement.*

Holders of options or performance rights do not, by virtue of their holdings, have any pre-emptive right to participate in any share issue of the Company or any related body corporate.

The Financial Report contains details of the total number of ordinary shares in the Company issued following exercise of options and vesting of performance rights during the 2019 financial year. The following table shows the total number of ordinary shares in the Company issued following exercise of options and vesting of performance rights since the end of the 2019 financial year, to the date of this Report:

| | Number | Exercise price paid $ |
|---|---|---|
| Settlement of vested performance rights | 4,166 | |
| Exercise of options | 1,697,684 | 1,162,358 |
| **Total** | **1,701,850** | **1,162,358** |

No amounts remain unpaid in respect of the shares issued, as outlined above.

## Indemnification and insurance of officers

The Company has entered into Deeds of Indemnity with all its Directors in accordance with the Company's constitution. During the 2019 financial year, the Company paid a premium to insure the Directors, Officers and Managers of RB Group entities. The insurance contract requires that the amount of the premium paid is confidential.

## Proceedings against the Company

As at the date of these financial statements there are current lawsuits filed against entities in RB Group that relate to alleged intellectual property infringement and/ or breach of consumer laws. There is no certainty around amount or timing of any outflow should any of the actions ultimately be successful (at first instance or on appeal, as applicable).

RB Group does not currently consider that any of the current proceedings are likely to have a material adverse effect on the business or financial position of RB Group.

RB Group is not aware of any other current or material threats of civil litigation proceedings, arbitration proceedings, administration appeals, or criminal or governmental prosecutions in which entities within RB Group are directly or indirectly concerned.

## CEO and CFO declaration

The CEO and CFO have provided a written statement to the Board in accordance with Section 295A of the Corporations Act. With regard to the financial records and systems of risk management and internal compliance in this written statement, the Board received assurance from the CEO and CFO that the declaration was founded on a sound system of risk management and internal control, and that the system was operating effectively in all material aspects in relation to the reporting of financial risks.

## Remuneration Report

The Remuneration Report is set out on pages 26 to 45 and forms part of the Directors' Report for the financial year ended 30 June 2019.

## Rounding of amounts

The amounts contained in the Financial Report have been rounded to the nearest $1,000 (where rounding is applicable) where noted ($000) under the option available to the Company under ASIC Legislative Instrument 2016/191. The Company is an entity to which the Legislative Instrument applies.

Ex. 106
Page 68

