# EXHIBIT 107

