# EXHIBIT 108

