KENNETH B. WILSON  (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
  jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON  (SBN 287041)
  zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REDBUBBLE INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S REPLY RE MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Declaration of Joshua M. Masur and [Proposed Order]*<br><br>Hearing Date:　June 1, 2020<br>Time:　　　　9:00 a.m.<br>Courtroom:　　850<br>Hon. R. Gary Klausner |

2767-1052 / 1618630.1                                       1

Pursuant to Local Rule 79-5.2.2 and the Stipulated Protective Order in this action (Dkt. 22), Defendant Redbubble Inc. ("Redbubble") applies for leave to file under seal portions of certain documents in support of its Reply to Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's ("Brandy Melville) Opposition to Redbubble's Motion for Summary Judgment.

Redbubble seeks to use evidence in support of its Reply designated as "Confidential" by Brandy Melville pursuant to the Stipulated Protective Order (Dkt. 22) as follows:

- Statements contained in Defendant Redbubble Inc.'s Reply to Plaintiff's Statement of Genuine Disputes of Material Fact and Objections/Response to Plaintiff's Additional Uncontroverted Facts incorporate Plaintiff's Statement of Genuine Disputes of Material Fact, which Plaintiff sought to be filed under seal.  Dkt. No. 45-1;
- Statements contained in Defendant Redbubble Inc.'s Response to Plaintiff's Objections to Evidence Filed in Support of Redbubble's Motion for Summary Judgment incorporate Plaintiff's Objections to Evidence Filed in Support of Redbubble's Motion for Summary Judgment which Plaintiff sought to be filed under seal.  Dkt. No. 45-23.

Because the parties have already sought to seal the proposed sealed material in connection with their respective motions for summary judgment, the concurrently submitted Declaration of Joshua M. Masur incorporates by reference the declarations of Joshua M. Masur in connection with those applications to file under seal, Dkt. Nos. 38 and 48.

Dated: May 18, 2020

| **COASTSIDE LEGAL** | **ZUBER LAWLER & DEL DUCA LLP** |
|---|---|
| Kenneth B. Wilson | Joshua M. Masur / Zachary S. Davidson |

By: */s/ Joshua M. Masur*
Attorneys for Defendant Redbubble Inc.