# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING REDBUBBLE INC.'S APPLICATION TO FILE DOCUMENTS IN SUPPORT OF ITS REPLY RE SUMMARY JUDGMENT UNDER SEAL**<br><br>*[Filed concurrently with Application to File Documents Under Seal and Declaration of Joshua M. Masur]*<br><br>Hearing Date: June 1, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

After consideration of the Application of Defendant Redbubble Inc. to file under seal unredacted versions of the following documents:

1. Defendant Redbubble Inc.'s Reply to Plaintiff's Statement of Genuine Disputes of Material Fact and Objections/Response to Plaintiff's Additional Unconroverted Facts in support of its Reply in Support of Motion for Summary Judgment;

2911-1006 / 1618658.1                               1

2. Defendant Redbubble Inc.'s Response to Plaintiff's Objections to Evidence Filed in Support of Redbubble's Motion for Summary Judgment.

IT IS HEREBY ORDERED THAT:

[IF GRANTED:] The Court GRANTS Redbubble's application. _____ shall be filed under seal.

[IF DENIED:] The Court DENIES Redbubble's application. Counsel will publicly file the entirety of _____ for consideration by the Court.

Dated: May ____, 2020.

_____
UNITED STATES DISTRICT COURT
R. GARY KLAUSNER