KENNETH B. WILSON (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
 jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>REDBUBBLE INC.,<br><br>                Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**SUPPLEMENTAL DECLARATION OF KATE RICKERT IN SUPPORT OF DEFENDANT REdBUBBLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Reply, Supporting Declarations, Response to Plaintiff's Statement of Genuine Disputes, and Response to Plaintiff's Objections to Evidence]*<br><br>Hearing Date:  June 1, 2020<br>Time:          9:00 a.m.<br>Courtroom:    850<br>Hon. R. Gary Klausner |

## SUPPLEMENTAL DECLARATION OF KATE RICKERT

I, Kate Rickert declare:

1.     I am a Paralegal with Redbubble Inc. ("Redbubble"), the defendant in this lawsuit. In that role, I support Redbubble's Marketplace Integrity Team ("MPI Team"), which is involved with preventing infringement on the Redbubble marketplace. I also have access to internal databases that contain data about the Redbubble marketplace and Redbubble's proactive policing activities, which I reviewed in preparing this Declaration. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.  I am familiar with the products that plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") has identified as allegedly infringing in its Complaint and discovery responses (the "Accused Products").

2.     The information in Paragraphs 2-10 of my original Declaration in this case, filed May 4, 2020, was gathered and summarized under my supervision and at my direction by Marlene Hirose, Redbubble's Senior Data Engineering Analyst, from data stored in Redbubble's internal databases.  The millions of database records in question consume terabytes of data storage, and because the database is "live" and constantly growing, it is impossible to produce it in native form.  The database records were created automatically at the time a listing was created or modified, or other actions were taken, specifically to document the information contained therein, as a part of Redbubble's regularly conducted business activities, and creating those records was a regular practice

3.     I have reviewed records from Redbubble's internal databases pertaining to the listing bearing work id 42545465, which is referenced in Exhibit A to my original Declaration (DE# 40-15), and the image for which resembles the LosAngeles Lightning logo asserted by Brandy Melville in this litigation. The record for this listing, as shown in Exhibit A to my original Declaration, identified

its "removal event" as "Proactive Moderation," and documented that it was both created and removed in November 2019, several months after Redbubble implemented moderation guidelines for Brandy Melville that included the LosAngeles Lightning logo. Based on my experience with and knowledge of Redbubble's moderation practices and procedures, I suspected that this listing had been identified by Redbubble's ACE proactive policing tool at the time it was created, which would have prevented it from being publicly available on redbubble.com until after a member of Redbubble's MPI team had reviewed it and determined if it would be allowed to be accessed by the public. I therefore checked the relevant database entry and confirmed that this listing was identified by the ACE tool and removed by the MPI team before it was publicly viewable. A true and correct copy of a "screen shot" of Redbubble's internal Works/Journals database entry for work id 42545465, which I created by viewing that entry through a user interface visible only to Redbubble personnel, is attached as Exhibit C. The listing was never visible to anyone other than the user who uploaded it and Redbubble personnel, and was never available to be purchased by any user of the Redbubble Marketplace.

4.      I have reviewed records from Redbubble's internal databases pertaining to the listing bearing work id 47408754, which is referenced in Exhibit A to my original Declaration (DE# 40-15), and the image for which resembles the Brandy Heart logo asserted by Brandy Melville in this litigation. The record for this listing, as shown in Exhibit A to my original Declaration, identified its "removal event" as "Proactive Moderation," and documented that it was both created and removed in April 2020, many months after Redbubble implemented moderation guidelines for Brandy Melville that included the Brandy Heart logo, and after the close of fact discovery in this case on April 20, 2020. Based on my experience with and knowledge of Redbubble's moderation practices and procedures, I suspected that this listing had been identified by Redbubble's ACE proactive policing tool at the

1    time it was created, which would have prevented it from being publicly available on
2    redbubble.com until after a member of Redbubble's MPI team had reviewed it and
3    determined if it would be allowed to be accessed by the public. I therefore checked
4    the relevant database entry and confirmed that this listing was identified by the ACE
5    tool and removed by the MPI team before it was publicly viewable. A true and
6    correct copy of a "screen shot" of Redbubble's internal Works/Journals database
7    entry for work id 47408754, which I created by viewing that entry through a user
8    interface visible only to Redbubble personnel, is attached as Exhibit D. The listing
9    was never visible to anyone other than the user who uploaded it and Redbubble
10   personnel, and was never available to be purchased by any user of the Redbubble
11   Marketplace.

12          5.     I have reviewed records from Redbubble's internal databases pertaining
13   to the listing bearing work id 43822059, which is referenced in Exhibit A to my
14   original Declaration (DE# 40-15), and the image for which resembles the Brandy
15   Flags logo asserted by Brandy Melville in this litigation. The record for this listing,
16   as shown in Exhibit A to my original Declaration, identified its "removal event" as
17   "Proactive Moderation," and documented that it was both created and removed in
18   January 2020, several months after Redbubble implemented moderation guidelines
19   for Brandy Melville that included the Brandy Flags logo. Based on my experience
20   with and knowledge of Redbubble's moderation practices and procedures, I
21   suspected that this listing had been identified by Redbubble's ACE proactive
22   policing tool at the time it was created, which would have prevented it from being
23   publicly available on redbubble.com until after a member of Redbubble's MPI team
24   had reviewed it and determined if it would be allowed to be accessed by the public. I
25   therefore checked the relevant database entry and confirmed that this listing was
26   identified by the ACE tool and removed by the MPI team before it was publicly
27   viewable. A true and correct copy of a "screen shot" of Redbubble's internal
28   Works/Journals database entry for work id 43822059, which I created by viewing

that entry through a user interface visible only to Redbubble personnel, is attached as Exhibit E. The listing was never visible to anyone other than the user who uploaded it and Redbubble personnel, and was never available to be purchased by any user of the Redbubble Marketplace.

6.     I have reviewed records from Redbubble's internal databases pertaining to the listing bearing work id 42350402, which is referenced in Exhibit A to my original Declaration (DE# 40-15), and the image for which resembles the Brandy Flags logo asserted by Brandy Melville in this litigation. The record for this listing, as shown in Exhibit A to my original Declaration, identified its "removal event" as "Proactive Moderation," and documented that it was both created and removed in November 2019, several months after Redbubble implemented moderation guidelines for Brandy Melville that included the Brandy Flags logo. Based on my experience with and knowledge of Redbubble's moderation practices and procedures, I suspected that this listing had been identified by Redbubble's ACE proactive policing tool at the time it was created, which would have prevented it from being publicly available on redbubble.com until after a member of Redbubble's MPI team had reviewed it and determined if it would be allowed to be accessed by the public. I therefore checked the relevant database entry and confirmed that this listing was identified by the ACE tool and removed by the MPI team before it was publicly viewable. A true and correct copy of a "screen shot" of Redbubble's internal Works/Journals database entry for work id 42350402, which I created by viewing that entry through a user interface visible only to Redbubble personnel, is attached as Exhibit F. The listing was never visible to anyone other than the user who uploaded it and Redbubble personnel, and was never available to be purchased by any user of the Redbubble Marketplace.

7.     I have reviewed records from Redbubble's internal databases pertaining to the listing bearing work id 42303493, which is referenced in Exhibit A to my original Declaration (DE# 40-15), and the image for which resembles the Brandy

Flags logo asserted by Brandy Melville in this litigation. The record for this listing, as shown in Exhibit A to my original Declaration, identified its "removal event" as "Proactive Moderation," and documented that it was both created and removed in November 2019, several months after Redbubble implemented moderation guidelines for Brandy Melville that included the Brandy Flags logo. Based on my experience with and knowledge of Redbubble's moderation practices and procedures, I suspected that this listing had been identified by Redbubble's ACE proactive policing tool at the time it was created, which would have prevented it from being publicly available on redbubble.com until after a member of Redbubble's MPI team had reviewed it and determined if it would be allowed to be accessed by the public. I therefore checked the relevant database entry and confirmed that this listing was identified by the ACE tool and removed by the MPI team before it was publicly viewable. A true and correct copy of a "screen shot" of Redbubble's internal Works/Journals database entry for work id 42303493, which I created by viewing that entry through a user interface visible only to Redbubble personnel, is attached as Exhibit G. The listing was never visible to anyone other than the user who uploaded it and Redbubble personnel, and was never available to be purchased by any user of the Redbubble Marketplace.

8. I have reviewed records from Redbubble's internal databases pertaining to the listing bearing work id 42004257, which is referenced in Exhibit A to my original Declaration (DE# 40-15), and the image for which resembles the Brandy Flags logo asserted by Brandy Melville in this litigation. The record for this listing, as shown in Exhibit A to my original Declaration, identified its "removal event" as "Proactive Moderation," and documented that it was both created and removed in October 2019, several months after Redbubble implemented moderation guidelines for Brandy Melville that included the Brandy Flags logo. Based on my experience with and knowledge of Redbubble's moderation practices and procedures, I suspected that this listing had been identified by Redbubble's ACE proactive

policing tool at the time it was created, which would have prevented it from being publicly available on redbubble.com until after a member of Redbubble's MPI team had reviewed it and determined if it would be allowed to be accessed by the public. I therefore checked the relevant database entry and confirmed that this listing was identified by the ACE tool and removed by the MPI team before it was publicly viewable. A true and correct copy of a "screen shot" of Redbubble's internal Works/Journals database entry for work id 42004257, which I created by viewing that entry through a user interface visible only to Redbubble personnel, is attached as Exhibit H. The listing was never visible to anyone other than the user who uploaded it and Redbubble personnel, and was never available to be purchased by any user of the Redbubble Marketplace.

9.      Most of the data in Exhibit A to my original Declaration [DE# 40-15] were produced in this litigation as RBBM16058-99.  I understand that this report was filed as Exhibit 64 in support of Brandy Melville's own summary judgment motion. [DE# 35-71] Other than listings that Redbubble moderated after the report produced as RBBM16058-99 (Plaintiff's Exh. 64, DE# 35-71) was generated and produced, all of the data shown in Exhibit A to my original Declaration were produced in RBBM16058-99.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and to the best of my knowledge and information.

Executed this 18th day of May, 2020 at San Francisco, California.



_____
Kate Rickert