# EXHIBIT C

to Supplemental Declaration of

Kate Rickert

**Redbubble Admin**

purchase orders | users | coupons | works | base prices | exchange rates | reports | home page queue | home page banner | collections | sitewide banner | static pages | recent writing | gated releases | buyer feedback | moderated work
enrolments | artist communications | fulfillment routes

# Works/Journals

You can delete works and journals from here. There is no recovery, be careful.

[Work/Journal ID or URL]   **Refresh**

---

**LOSANGELES**

Product Images (27)   View All

Base Images (33)   +

**Log Entries**

November 18, 2019 12:02 system - Moderated on behalf of Y.Y.G.M. SA D.B.A. BRANDY MELVILLE (Moderator: nykiw) for property: Brandy Melville

November 18, 2019 12:02 system - Proactive Moderation

November 16, 2019 18:46 system - Withheld while waiting for required review (agreementTitle: Brandy Melville, claimId: 8550156 and matchedReferences: [brandy melville]).

---

| Status | Licensed | Kids | Content Review Pending |
|---|---|---|---|
| Withdrawn | No | No | No |

**Title**
Los Angeles

**Artist**
genevi3ve (Active — 4 works)

**Email**
███████████@gmail.com  Copy

**Work Created**          **Work Updated**
2019-11-17 02:46:47 UTC   2019-11-18 20:02:49 UTC

**Description**
Brandy Melville Los Angeles graphic

**Comments**
None

---

**Maturity**                **Moderation**
[Mark Mature]               [Unmoderate]

Report Inappropriate Content

**Work Details**            **Sales**
Total Comments: 0           Total Sales (items): 0
External Comments: 0        External Sales
Favorited By: 0             Items: 0
Work Score: 0               Orders: 0
                            Sales Gross: $AU 0.0

**Tags**
brandy melville los angeles graphic john galt