# EXHIBIT D

to Supplemental Declaration of

Kate Rickert

**Redbubble Admin**

purchase orders | users | coupons | works | base prices | exchange rates | reports | home page queue | home page banner | collections | sitewide banner | static pages | recent writing | gated releases | buyer feedback | moderated work | enrolments | artist communications | fulfillment routes

# Works/Journals

Work/Journal ID or URL **Refresh**

You can delete works and journals from here. There is no recovery, be careful.

Brandy Melville

Product Images (73) **View All**

Base Images (35) +

| Status | Licensed | Kids | Content Review Pending |
|---|---|---|---|
| Withdrawn | No | Yes | No |

Maturity

Mark Mature

Moderation

Unmoderate

Report Inappropriate Content

Title

Untitled

Artist

akainurat (Active — 15 works)

Email

[redacted].online Copy

Work Details

Total Comments: **0**

External Comments: **0**

Favorited By: **0**

Work Score: **0**

Sales

Total Sales (items): **0**

External Sales

Items: **0**

Orders: **0**

Sales Gross: **$AU 0.0**

Log Entries

April 29, 2020 08:07 system - Proactive Moderation

April 29, 2020 08:07 system - Moderated on behalf of Y.Y.G.M. SA D.B.A. BRANDY MELVILLE (Moderator: amitmalaviya) for property: Brandy Melville

April 28, 2020 09:14 system - Withheld while waiting for required review (agreementTitle: Brandy Melville, claimId: 11543409 and matchedReferences: [brandy melville]).

| Work Created | Work Updated |
|---|---|
| 2020-04-28 16:09:02 UTC | 2020-04-29 15:07:49 UTC |

Tags

brandy melville | brandy melville gift | brandy melville merchandise | brandy melville stuff | brandy melville shirt | brandy melville hoodie | brandy melville long sleeve | brandy melville dresses | brandy melville scarves | brandy melville tank top | brandy melville iphone case | brandy melville iphone wallet | brandy melville samsung galaxy | brandy melville ipad case | brandy melville ipad skin | brandy melville laptop skin | brandy melville sticker | brandy melville poster | trending | trending chlotes | trending women | trending men | trending womens clothes | trending mens clothes | top selling brandy melville | trending brandy melville | recent brandy melville | best seller brandy melville | top trending brandy melville | most relevant brandy melville

Description

Comments

None

