# EXHIBIT E

to Supplemental Declaration of

Kate Rickert

