# EXHIBIT F

to Supplemental Declaration of

Kate Rickert

**Redbubble Admin**

purchase orders | users | coupons | works | base prices | exchange rates | reports | home page queue | home page banner | collections | sitewide banner | static pages | recent writing | gated releases | buyer feedback | moderated work | enrolments | artist communications | fulfillment routes

# Works/Journals

Work/Journal ID or URL | Refresh

You can delete works and journals from here. There is no recovery, be careful.

BRANDY MELVILLE

Product Images (3) — View All

Base Images (33) +

| Status | Licensed | Kids | Content Review Pending |
|---|---|---|---|
| Withdrawn | No | No | No |

Maturity: Mark Mature

Moderation: Unmoderate

Report Inappropriate Content

Title

Brandy Melville

Artist

Rylstardesigns (Active — 6 works)

Email

[redacted]@gmail.com Copy

Work Details

Total Comments: **0**

External Comments: **0**

Favorited By: **0**

Work Score: **0**

Sales

Total Sales (items): **0**

External Sales

Items: **0**

Orders: **0**

Sales Gross: **$AU 0.0**

| Work Created | Work Updated |
|---|---|
| 2019-11-09 03:53:28 UTC | 2019-11-11 17:41:49 UTC |

Tags

brandy melville | brandy

Log Entries

November 11, 2019 09:41 system - Proactive Moderation

November 11, 2019 09:41 system - Moderated on behalf of Y.Y.G.M. SA D.B.A. BRANDY MELVILLE (Moderator: nykiw) for property: Brandy Melville

November 08, 2019 19:53 system - Withheld while waiting for required review (agreementTitle: Brandy Melville, claimId: 8445902 and matchedReferences: [brandy melville]).

Description

Brandy Logo

Comments

None

