# EXHIBIT G

to Supplemental Declaration of

Kate Rickert

