# EXHIBIT H

to Supplemental Declaration of

Kate Rickert

