BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge: Hon. R. Gary Klausner<br><br>**PROOF OF SERVICE OF PLAINTIFF'S SEALED DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Pre-Trial Conference: June 15, 2020<br>Trial Date: June 30, 2020 |

1563351.1

Case No. 2:19-cv-04618-RGK (JPRx)

PROOF OF SERVICE

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On May 18, 2020, I served by email a true copy of the documents described below on the interested parties in this action as follows:

**(1) UNREDACTED DOCUMENT DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**(2) UNREDACTED DOCUMENT PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT; AND**

**(3) UNREDACTED DOCUMENT PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S REPLY SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT.**

| | |
|---|---|
| Joshua M. Masur<br>ZUBER LAWLER<br>2000 Broadway Street, Suite 154<br>Redwood City, CA 94063<br>Tel: (650)434-8538<br>Fax: (213)596-5621<br>Email: *jmasur@zuberlaw.com* | *Counsel for Defendant Redbubble, Inc.* |
| Kenneth B. Wilson<br>COASTSIDE LEGAL<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel: (650)440-4211<br>Fax: (650)440-4851<br>Email: *ken@coastsidelegal.com* | *Co-Counsel for Defendant Redbubble, Inc.* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: On May 18, 2020, based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the above listed documents to be sent from the e-mail address jkelly@bgrfirm.com to the e-mail addresses listed above. I did not receive, within a

1563351.1

Case No. 2:19-cv-04618-RGK (JPRx)

PROOF OF SERVICE

1  reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

2  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on May 18, 2020, at Los Angeles, California.

*/s/ Jason Y. Kelly*
Jason Y. Kelly