BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge: Hon. R. Gary Klausner<br><br>**JOINT WITNESS LIST**<br><br>Date: June 15, 2020<br>Time: 9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference: June 15, 2020<br>Trial Date: June 30, 2020 |
|---|---|

Pursuant to this Court's Order for Jury Trial (Dkt. No. 17), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") and Defendant Redbubble, Inc. ("Defendant" or "Redbubble") hereby submit the following Joint Witness List. The parties reserve their rights to make further changes including to the witnesses called, their testimony, and time estimates. The parties also reserve their objections to each opposing witness, notwithstanding the below estimates of time for cross-examination. Brandy Melville directs the Court to its Motion *in Limine* No. 4 regarding the testimony of Mr. Michael Masnick. (Dkt. No. 53.) Redbubble also directs the Court to its Motion in Limine #1 (DE# 55) with regards to Plaintiff's expert, Witness No. 7, Ms. Jamie Gerson, and to its Motion in Limine #7 (DE# 61) to exclude undisclosed witnesses with regards to Plaintiff's Witnesses Nos. 3-6.

**Plaintiff's Witness List**

| No. | Plaintiff's Witnesses | |
|---|---|---|
| 1 | **Salvatore Rianna** | |
| | Brief Statement: Mr. Rianna will testify regarding, *inter alia*, Plaintiff's business generally, marketing, products, and trademarks, as well as Plaintiff's discovery and response to Defendant's counterfeiting, unfair competition, and infringement. Mr. Rianna's testimony regarding Plaintiff's business and Defendant's unlawful conduct is unique. | Direct Est.: 2.5 hrs<br>Cross Est.: 1.5 hrs<br>(plus direct, below) |
| 2 | **Madison Elkins** | |
| | Brief Statement: Ms. Elkins will testify regarding, *inter alia*, the popularity and strength of Plaintiff's brand, products, and trademarks, as well as Plaintiff's marketing. Ms. Elkins's testimony regarding | Direct Est.: 1.5 hrs<br>Cross Est.: 1.0 hrs<br>(plus direct, below) |

| No. | Plaintiff's Witnesses | |
|---|---|---|
| | Plaintiff's marketing and trademarks' strength is unique. | |
| 3 | **Philip Paley*** | |
| | Brief Statement:  Mr. Paley will lay foundation about unique evidence he collected and infringing products he purchased from Redbubble. | Direct Est.: 15 mins<br>Cross Est.: 30 min |
| 4 | **Terri Walters*** | |
| | Brief Statement:  Ms. Walters will lay foundation about unique evidence she collected and infringing products she purchased from Redbubble. | Direct Est.: 15 mins<br>Cross Est.: 30 min |
| 5 | **Francisco Cuellar*** | |
| | Brief Statement:  Mr. Cuellar will lay foundation about unique evidence he collected from Redbubble. | Direct Est.: 15 mins<br>Cross Est.: 30 min |
| 6 | **Jason Kelly*** | |
| | Brief Statement:  Mr. Kelly will lay unique foundation about evidence from the Redbubble website. | Direct Est.: 15 mins<br>Cross Est.: 30 min |
| 7 | **Jamie Gerson** | |
| | Brief Statement:  Ms. Gerson is Plaintiff's expert and will provide unique opinion testimony about the scope of Redbubble's counterfeiting and infringement.  This testimony will rebut statements Redbubble's witnesses have made about Redbubble's counterfeiting, infringement, and policing efforts. | Direct Est.: 1.0 hr<br>Cross Est.: 1.0 hr |
| 8 | **James N. Toy** | |
| | Brief Statement:  Mr. Toy is a Redbubble employee. | Direct Est.: 2.5 hrs |

| No. | Plaintiff's Witnesses | |
|---|---|---|
| | He will provide unique testimony about, *inter alia*, Redbubble's business generally, relationship with fulfillers and users, website and software, solicitation and advertising of designs, third-party advertising, sale of counterfeit and infringing products, licensing arrangements, and policing efforts. | Cross Est.: 15 min (plus direct, below) |
| 9 | **Jenny Greenhough** | |
| | Brief Statement: Ms. Greenhough is a Redbubble employee. She will provide unique and first-hand testimony regarding, *inter alia*, Redbubble's infringement, counterfeiting, knowledge of unlawful conduct, and policing efforts. | Direct Est.: 2.0 hrs Cross Est.: 15 min (plus direct, below) |
| 10 | **Arnaud Deshais** | |
| | Brief Statement: Mr. Deshais is a Redbubble employee. He will provide unique and first-hand testimony regarding, *inter alia*, Redbubble's partner fulfillers, manufacturing of counterfeit and infringing products, and knowledge of infringement and counterfeiting. | Direct Est.: 2.0 hrs Cross Est.: 15 min (plus direct, below) |

### Defendant's Witness List

| No. | Defendant's Witnesses | |
|---|---|---|
| 1 | **Corina Davis** | |
| | Brief Statement of Testimony: Ms. Davis is | Direct Est.: 1.5 hrs |

| | | | |
|---|---|---|---|
| | | Redbubble's Executive Vice President for Business Development, Chief Legal Officer, and Company Secretary. Ms. Davis will testify regarding, *inter alia*, Redbubble's business and history generally, and its current and historical approach to intellectual property issues and claims.  Ms. Davis's testimony regarding Redbubble's history and business, in particular, is unique. | <u>Cross Est.</u>: 1.5 hrs |
| | 2 | **Anuj Luthra** | |
| | | <u>Brief Statement of Testimony</u>:  Mr. Luthra is Redbubble's Head of Artists & Content and Vice President of Engineering, in which capacity he leads Redbubble's technology team and its support for artists, fan art and product launches.  Mr. Luthra will testify, *inter alia*, regarding about the design, engineering, and operation of the Redbubble Marketplace, on which his testimony is unique. | <u>Direct Est.</u>: 1.5 hrs <br> <u>Cross Est.</u>: 1.0 hr |
| | 3 | **Arnaud Deshais** | |
| | | <u>Brief Statement of Testimony</u>:  Mr. Deshais is Redbubble's Chief Supply Chain Officer, in which capacity he oversees the Global Operations function. Mr. Deshais will testify, *inter alia*, regarding Redbubble's fulfillment processes and related business practices, on which his testimony is unique. | <u>Direct Est.</u>: 1.5 hrs <br> <u>Cross Est.</u>: 1.0 hr (in addition to direct of hostile witness, above) |
| | 4 | **Drew Brosnan** | |
| | | <u>Brief Statement of Testimony</u>:  Mr. Brosnan is a Senior Manager of Redbubble with particular | <u>Direct Est.</u>: 1.5 hrs <br> <u>Cross Est.</u>: 1.0 hr |

| | | |
|---|---|---|
| | responsibility for and knowledge about its digital marketing and business intelligence operations. Mr. Brosnan will testify, *inter alia*, regarding Redbubble's search marketing, web analytics, Redbubble's leveraging of big data, and placement of digital advertising on websites and in search results. Mr. Brosnan's testimony regarding digital marketing and search is unique. | |
| 5 | **Kate Rickert** | |
| | Brief Statement of Testimony: Ms. Rickert is a Paralegal at Redbubble who supports the company's Marketplace Integrity ("MPI") Team, which is involved with preventing infringement on the Redbubble marketplace. In addition to testifying regarding the MPI Team's operations, Ms. Rickert's testimony related to information contained in Redbubble's internal databases about the Redbubble marketplace and Redbubble's proactive policing activities, particularly as they relate to the Accused Products here, is unique. | Direct Est.: 1.0 hrs<br>Cross Est.: 1.5 hrs |
| 6 | **Jenny Greenhough** | |
| | Brief Statement of Testimony: Ms. Greenhough is Redbubble's Head of Marketplace Integrity, in which capacity she manages Redbubble's Marketplace Integrity Team. Ms. Greenhough's testimony about the operation of the MPI Team and Redbubble's content moderation practices as a whole, including in | Direct Est.: 1.0 hrs<br>Cross Est.: 1.0 hr (in addition to direct of hostile witness, above) |

| | | |
|---|---|---|
| | relation to alleged intellectual property infringement, is unique. | |
| 7 | **James Toy** | |
| | <u>Brief Statement of Testimony</u>:  Mr. Toy is Redbubble's Assistant General Counsel, whose responsibilities include the development and implementation of Redbubble's IP/Publicity Rights Policy and other intellectual property matters and policies. Mr. Toy also works closely with the MPI Team and has direct supervisory involvement in their activities, including their proactive activities.  Mr. Toy will, *inter alia*, provide unique testimony about the Redbubble's knowledge regarding the listing and sale of products through Redbubble's website, including specifically the Accused Products; Redbubble's lack of knowledge and intent regarding Plaintiff's claimed intellectual property; implementation of Redbubble's IP and Publicity Rights Policy; other measures that Redbubble takes to prevent infringement via the Redbubble marketplace; Redbubble's various user agreements; and communications between Redbubble and Plaintiff. | <u>Direct Est.</u>: 3.5 hrs <u>Cross Est.</u>: 1.5 hrs (in addition to direct of hostile witness, above) |
| 8 | **Michael Masnick** | |
| | <u>Brief Statement of Testimony</u>:  Mr. Masnick is Redbubble's expert on content moderation, including presenting rebuttal testimony to Plaintiff's expert Ms. Gerson. His testimony, including about content | <u>Direct Est.</u>: 2.5 hrs <u>Cross Est.</u>: 2.0 hrs |

| | | | |
|---|---|---|---|
| | | moderation standards and practices (see DE# 49-8, incorporated by reference here), will be unique. | |
| | 9 | **Salvatore Rianna** | |
| | | Brief Statement of Testimony:  Mr. Rianna is expected to testify regarding Plaintiff's business generally, marketing, products, alleged trademarks and other intellectual property, procurement and enforcement of same, use of third-party intellectual property, and Plaintiff's communications with Redbubble. | Direct Est.: 2.0 hrs<br>Cross Est.: 30 mins (in addition to direct, above) |
| | 10 | **Madison Elkins** | |
| | | Brief Statement of Testimony:  Ms. Elkins is expected to testify regarding Plaintiff's marketing and its storefront and online retail operations, including its use of trademarks and other intellectual property, including Plaintiff's and that of third parties. | Direct Est.: 1.5 hrs<br>Cross Est.: 15 mins (in addition to direct, above) |
| | 11 | **Peter Frolio\*** | |
| | | Brief Statement of Testimony:  Mr. Frolio is a Redbubble IP Content Specialist. Redbubble may call Mr. Frolio regarding content moderation at Redbubble, including particularly as it relates to the Accused Products here. | Direct Est.: 30 min<br>Cross Est.: 30 mins |

| | | |
|---|---|---|
| DATED: May 22, 2020 | | BROWNE GEORGE ROSS LLP |
| | | Keith J. Wesley |
| | | Ryan Q. Keech |
| | | Jason Y. Kelly |
| | By: | /s/ Keith J. Wesley |
| | | Keith J. Wesley |
| | | Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville |
| DATED: May 22, 2020 | | ZUBER LAWLER & DEL DUCA LLP |
| | | COASTSIDE LEGAL |
| | | Joshua M. Masur |
| | | Kenneth B. Wilson |
| | | Zachary S. Davidson |
| | By: | /s/ Joshua M. Masur |
| | | Joshua M. Masur |
| | | Attorneys for Defendant Redbubble Inc. |

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Keith J. Wesley, am the ECF User whose identification and password are being used to file this stipulation. Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 22, 2020    By:    /s/ Keith J. Wesley
                                Keith J. Wesley