BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile:  (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S PROPOSED WITNESS LIST**<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:                     June 30, 2020 |

Pursuant to Local Rule 16-5, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") hereby submits the following Proposed Witness List. Plaintiff reserves the right to make further changes to this list, including to the witnesses called.

| Witness Name | Rule 26(a)(3)(A) Information |
| --- | --- |
| Salvatore Rianna | Contact through counsel |
| Madison Elkins | Contact through counsel |
| Jamie Gerson | Contact through counsel |
| Philip Paley* | Contact through counsel |
| Terri Walters* | Contact through counsel |
| Francisco Cuellar* | Contact through counsel |
| Jason Kelly* | Contact through counsel |
| James N. Toy | Contact through Redbubble's counsel |
| Jenny Greenhough | Contact through Redbubble's counsel |
| Arnaud Deshais | Contact through Redbubble's counsel |

DATED: May 22, 2020

BROWNE GEORGE ROSS LLP
   Keith J. Wesley
   Ryan Q. Keech
   Jason Y. Kelly

By:    */s/ Keith J. Wesley*
        Keith J. Wesley
Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville