KENNETH B. WILSON (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
  jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
  zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**REDBUBBLE INC.'S SEPARATE LOCAL RULE 16-5 WITNESS LIST** |

Pursuant to Local Rule 16-5, defendant Redbubble Inc. reiterates and adopts its portion of the parties' Joint Witness List (DE# 71). For the sake of completeness, Redbubble reiterates that it currently intends to call the following witnesses at trial, other than those contemplated to be used solely for impeachment:

| *Witness* | *FRCP 26(a)(3)(A) Information* |
|---|---|
| Drew Brosnan | Contact through counsel for Defendant |
| Corina Davis | Contact through counsel for Defendant |
| Arnaud Deshais | Contact through counsel for Defendant |
| Peter Frolio* | Contact through counsel for Defendant |
| Jenny Greenhough | Contact through counsel for Defendant |
| Anuj Luthra | Contact through counsel for Defendant |
| Michael Masnick | Contact through counsel for Defendant |
| Kate Rickert | Contact through counsel for Defendant |
| James Toy | Contact through counsel for Defendant |
| Salvatore Rianna | Contact through counsel for Plaintiff |
| Madison Elkins | Contact through counsel for Plaintiff |

Per Local Rule 16-5, an asterisk indicates that such witness will be called only if the need arises.

Redbubble explicitly reserves its right to amend this list before, at the commencement of, and/or during trial. For instance, Redbubble may seek to amend this list based on, among other things, this Court's rulings on pretrial motions and motions *in limine*, and on rulings regarding evidentiary matters and testimony presented at trial.

Redbubble has requested *in limine* and in its Memorandum of Contentions of Facts and Law that the Court preclude the testimony of Jamie Goldberg Gerson (on grounds including *Daubert* and Rules 26(a)(2)(B) and 37(c)(1)) and Philip Paley, Terri Walters, and Francisco Cuellar, and Jason Kelly (on grounds including Rules

26(a)(1)(A) and 37(c)(1), and in the case of Mr. Kelly, pursuant to California Rule of Professional Conduct 3.7(a)), both at summary judgment and at trial. However, in the event that the Court denies Redbubble's relevant motions *in limine* or otherwise permits such witnesses to testify, Redbubble explicitly reserves its right to call such witnesses at trial.

Redbubble explicitly reserves its right to call at trial any of the witnesses listed on Plaintiff's trial witness list, or used by Plaintiff in connection with any motion, to the extent that the Court does not preclude such witness' testimony pursuant to Rule 26(a)(1)(A) and Rule 37(c)(1), and to call additional witnesses on rebuttal, either in person or by way of a deposition.

Redbubble explicitly reserves the right to substitute a witness on this list in the event a witness becomes unavailable for some reason, as well as to call rebuttal witnesses.

Dated: May 24, 2020

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER & DEL DUCA LLP
JOSHUA M. MASUR
ZACHARY S DAVIDSON

By: *Joshua M. Masur*

Attorneys for Defendant
Redbubble Inc.