BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile:  (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>           Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S EVIDENTIARY OBJECTIONS TO DEFENDANT REDBUBBLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 1, 2020<br>Time: 9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:                     June 30, 2020 |

1566964

Case No. 2:19-cv-04618-RGK (JPRx)

PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DEFENDANT REDBUBBLE INC.'S REPLY
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") hereby submits its objections to evidence that Defendant Redbubble, Inc. ("Defendant") introduced in connection with its Reply in Support of Its Motion for Summary Judgment (Dkt. No. 68). This evidence, attached as Exhibits C through H to the Supplemental Declaration of Kate Rickert (Dkt. Nos. 68-1 through -7), should be excluded because neither these documents nor the information therein were produced in discovery. Ms. Rickert concedes she accessed this information—which came "from Redbubble's internal databases" and is "visible only to Redbubble personnel"—only days before Redbubble filed these exhibits with the Court. (Dkt. No. 68-1 ¶¶ 2-8.) Indeed, these exhibits lack Bates numbers. (Dkt. No. 68-2 through -7.)

Further, these exhibits are also inadmissible under Federal Rules of Evidence 401 through 403 because they are irrelevant and do not stand for the cited proposition. Redbubble claims these exhibits prove that it did not publicly offer for sale counterfeits of the Brandy Heart Mark, the Brandy Flags Mark, and the LA Lightning Mark on the Redbubble website. (Dkt. No. 68 at 2-3.) But Redbubble's own evidence—submitted in support of its motion—proves that is not true. Specifically, Exhibit A to the Declaration of Kate Rickert (Dkt. No. 40-15) demonstrates, at a minimum:

**Brandy Heart Mark.** Redbubble advertised and offered to sell—and did sell—several counterfeit products bearing the Brandy Heart Mark *after* this mark was registered with the USPTO on July 11, 2017 (Dkt. No. 40-19). (*E.g.*, Dkt. No. 40-15 at 5 (work_id 37306100, publicly available from Feb. 27, 2019 to May 29, 2019); *id.* at 5 (work_id 34639568, publicly available and sold from Oct. 22, 2018 to May 29, 2019); *id.* at 5 (work_id 32733465, publicly available and sold repeatedly from July 16, 2018 to May 29, 2019).)

**Brandy Flags Mark.** Redbubble advertised and offered to sell counterfeits bearing the Brandy Flags Mark *after* this mark was registered with the USPTO on January 9, 2018 (Dkt. No. 40-20). (Dkt. No. 40-15 at 7 (work_id 34309327, publicly

available from Oct. 4, 2018 to May 29, 2019).)

**LA Lightning Mark.**  Redbubble advertised and offered to sell counterfeits bearing the LA Lightning Mark *after* this mark was registered with the USPTO on May 14, 2019 (Dkt. No. 40-21).  (Dkt. No. 40-15 at 8 (work_id 38633608, publicly available between May 14, 2019 and May 29, 2019).)

Accordingly, Exhibits C through H to the Supplemental Declaration of Kate Rickert are inadmissible and should be excluded.

DATED:  May 26, 2020         BROWNE GEORGE ROSS LLP
                                                   Keith J. Wesley
                                                   Ryan Q. Keech
                                                   Jason Y. Kelly

                                  By:     */s/ Keith J. Wesley*
                                                  Keith J. Wesley
                                  Attorneys for Plaintiff
                                  Y.Y.G.M. SA d.b.a. Brandy Melville