BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**PLAINTIFF'S REQUEST TO FILE A SHORT RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 1, 2020<br>Time:   9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:               June 30, 2020 |

1. Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville requests a written order to file a two-page response, as well as an accompanying declaration and exhibits, to Defendant Redbubble, Inc.'s Reply in Support of Its Motion for Summary Judgment (the "Reply"; Dkt. No. 68). *See* L.R. 7-10.

2. In connection with the Reply, Defendant introduced new evidence (Dkt. Nos. 68-1, -2) to argue that it has "never offered for sale" counterfeits of clothing bearing Plaintiff's LA Lightning Mark. (Dkt. No. 68 at 2-3.) But, on May 26, 2020, Plaintiff discovered evidence—on Defendant's own website—of Defendant's counterfeiting, which responds to Defendant's new evidence by proving that ***Defendant is still advertising, offering to sell, and selling such counterfeits***. For example:



1  (https://www.redbubble.com/i/t-shirt/Los-Angeles-design-California-1984-by-
2  haleyshore/48207346.CBHAX, discovered and accessed on May 26, 2020.)

3     A short response to the Reply is warranted here to address the new evidence
4  and arguments that Defendant made in the Reply and to introduce the evidence that
5  Plaintiff just discovered on Defendant's website that contradicts Defendant's claim it
6  is not a counterfeiter. *E.g.*, *Alevy v. Seneca Insur. Co. Inc.*, No. 11-cv-8593, 2012 WL
7  13012460, at *12 n.7 (C.D. Cal. Sept. 18, 2012) (granting leave to file surreply where,
8  *inter alia*, movant "attached new evidence not included with its original
9  memorandum") (collecting cases); *In re Katz Interactive Call Processing Patent
10 Litig.*, No. 07-cv-2299-RGK, 2009 WL 10676151, at *1-2 (C.D. Cal. Mar. 23, 2009)
11 (granting party leave to file a surreply to summary judgment motion to address newly
12 discovered evidence); *see also* L.R. 7-18 (permitting motion for reconsiderations
13 based on new material facts); *Hamid v. Nike Retail Servs., Inc.*, No. 17-cv-0600, 2018
14 WL 1684316, at *5 (C.D. Cal. Apr. 6, 2018) ("'Reconsideration is appropriate if the
15 district court (1) is presented with newly discovered evidence . . . .'").

16    Accordingly, Plaintiff seeks leave to file a two-page response, as well as an
17 accompanying declaration and exhibits, to Defendant's Reply.

19 DATED: May 26, 2020            BROWNE GEORGE ROSS LLP
20                                   Keith J. Wesley
                                     Ryan Q. Keech
21                                   Jason Y. Kelly

22                               By:    */s/ Keith J. Wesley*
23                                      Keith J. Wesley
                                 Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
24                               Brandy Melville