BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,

Plaintiff,

vs.

REDBUBBLE, INC., a Delaware corporation,

Defendant.

Case No. 2:19-cv-04618-RGK (JPRx)
Judge: Hon. R. Gary Klausner

**PLAINTIFF'S REQUEST TO FILE A SHORT RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Date: June 1, 2020
Time: 9:00 a.m.
Crtrm.: 850

Pre-Trial Conference: June 15, 2020
Trial Date: June 30. 2020

1567680

Case No. 2:19-cv-04618-RGK (JPRx)

PLAINTIFF'S REQUEST TO FILE A SHORT RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville requests a written order to file a two-page response, as well as an accompanying declaration and exhibits, to Defendant Redbubble, Inc.'s Reply in Support of Its Motion for Summary Judgment (the "Reply"; Dkt. No. 68). *See* L.R. 7-10.

In connection with the Reply, Defendant introduced new evidence (Dkt. Nos. 68-1, -2) to argue that it has "never offered for sale" counterfeits of clothing bearing Plaintiff's LA Lightning Mark. (Dkt. No. 68 at 2-3.) But, on May 26, 2020, Plaintiff discovered evidence—on Defendant's own website—of Defendant's counterfeiting, which responds to Defendant's new evidence by proving that ***Defendant is still advertising, offering to sell, and selling such counterfeits***. For example:

REDBUBBLE
Search designs and products
Clothing
Stickers
Phone Cases
Wall Art
Home & Living
Kids & Babies
Accessories
Stationery
Gifts
Explore designs
LOSANGELES
Los Angeles design - California 1984 Fitted V-Neck T-Shirt
Designed by haleyshore
$23.09
Size
S
M
L
XL
2XL
Print Location
Front
Back
Add to cart
Buy Now
+ 6 colors
View size guide
Available t-shirt styles
Fitted T-Shirt
$20.73
Fitted Scoop T-Shirt
$23.09
Fitted V-Neck T-Shirt
$23.09
Premium Scoop T-S...
$29.40
View this design on +55 products

1567680
-1-
Case No. 2:19-cv-04618-RGK (JPRx)
PLAINTIFF'S REQUEST TO FILE A SHORT RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

(https://www.redbubble.com/i/t-shirt/Los-Angeles-design-California-1984-by-haleyshore/48207346.CBHAX, discovered and accessed on May 26, 2020.)

(https://www.redbubble.com/i/hoodie/Los-Angeles-design-California-1984-by-haleyshore/48207346.YFBT8.XYZ, discovered and accessed on May 26, 2020.)

A short response to the Reply is warranted here to address the new evidence and arguments that Defendant made in the Reply and to introduce the evidence that Plaintiff just discovered on Defendant's website that contradicts Defendant's claim it is not a counterfeiter. *E.g.*, *Alevy v. Seneca Insur. Co. Inc.*, No. 11-cv-8593, 2012 WL

13012460, at *12 n.7 (C.D. Cal. Sept. 18, 2012) (granting leave to file surreply where, *inter alia*, movant "attached new evidence not included with its original memorandum") (collecting cases); *In re Katz Interactive Call Processing Patent Litig.*, No. 07-cv-2299-RGK, 2009 WL 10676151, at *1-2 (C.D. Cal. Mar. 23, 2009) (granting party leave to file a surreply to summary judgment motion to address newly discovered evidence); *see also* L.R. 7-18 (permitting motion for reconsiderations based on new material facts); *Hamid v. Nike Retail Servs., Inc.*, No. 17-cv-0600, 2018 WL 1684316, at *5 (C.D. Cal. Apr. 6, 2018) ("'Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence . . . .'").

Accordingly, Plaintiff seeks leave to file a two-page response, as well as an accompanying declaration and exhibits, to Defendant's Reply.

DATED: May 27, 2020

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Ryan Q. Keech
Jason Y. Kelly

By: *\/s/ Keith J. Wesley*
Keith J. Wesley
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville