UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge: Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE A SHORT RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 1, 2020<br>Time: 9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference: June 15, 2020<br>Trial Date: June 30, 2020 |

# [PROPOSED] ORDER

Before the Court is Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Request to File a Short Response to Defendant's Reply in Support of Its Motion for Summary Judgment (the "Reply"; Dkt. No. 68). Good cause appearing, the Court hereby **GRANTS** Plaintiff's request. Within 4 days of this Order, Plaintiff may file a two-page response, as well as an accompanying declaration and exhibits, to the Reply.

**IT IS SO ORDERED.**

Dated: _____, 2020        _____
                                     Honorable R. Gary Klausner
                                     United States District Court Judge