UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO FILE A SHORT RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   June 1, 2020<br>Time:   9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:                   June 30, 2020 |

1 **[PROPOSED] ORDER**

2   Before the Court is Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Request to
3 File a Short Response to Defendant's Reply in Support of Its Motion for Summary
4 Judgment (the "Reply"; Dkt. No. 68). Good cause appearing, the Court hereby
5 **GRANTS** Plaintiff's request. Within 4 days of this Order, Plaintiff may file a two-
6 page response, as well as an accompanying declaration and exhibits, to the Reply.

7   **IT IS SO ORDERED.**

10 Dated:  May 29. 2020

_____
Honorable R. Gary Klausner
United States District Court Judge