BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT REDBUBBLE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:               June 30. 2020 |

1  Pursuant to this Court's Order (Dkt. No. 81), Plaintiff Y.Y.G.M. SA d.b.a.
2  Brandy Melville hereby submits its two-page response, as well as the concurrently
3  filed declaration and exhibits, to Defendant Redbubble, Inc.'s Reply in Support of Its
4  Motion for Summary Judgment (the "Reply"; Dkt. No. 68).

5  As Plaintiff explained in opposition to Defendant's pending Motion for
6  Summary Judgment, Defendant advertised, offered to sell, and sold counterfeit and
7  infringing Brandy Melville goods. (*E.g.*, Dkt. No. 45, *et seq.*; Dkt. No. 77.) In its
8  Reply, Defendant introduced new evidence to argue that Defendant has "never offered
9  for sale" counterfeits of clothing bearing the LA Lightning Mark, a registered
10 trademark that Plaintiff owns:



14 (Dkt. No. 68 at 2-3; Dkt. No. 68-1; Dkt. No. 68-2; Dkt. No. 36-11.)

15 But through its ongoing investigation, Plaintiff has discovered additional
16 evidence that Defendant's statement to this Court is absolutely false. Defendant has
17 continued to advertise, offer to sell, and sell counterfeits of the LA Lightning Mark
18 on its website. Defendant made these counterfeits available on over 55 products,
19 including dozens of types of men's and women's long- and short-sleeve t-shirts,
20 sweatshirts, and hoodies:



1571114.1

-1-

Case No. 2:19-cv-04618-RGK (JPRx)
PLAINTIFF'S RESPONSE TO DEFENDANT REDBUBBLE, INC.'S REPLY IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT

(Declaration of Jason Y. Kelly, filed concurrently, Ex. 21; *see also id.*, Exs. 17-33.) Defendant also advertised, offered to sell, and sold knockoffs of the LA Lightning Mark on other goods, including posters, travel mugs, spiral notebooks, and a variety of stickers. (*Id.*, Ex. 22.)

On its website, Defendant offers these counterfeits in various sizes and provides a "size guide," delivery information, customer reviews, and detailed information about the counterfeits' features (*e.g.*, "preshrunk," "100% cotton," "Slim fit," "Ethically sourced"). (*E.g., id.*, Exs. 23, 27.) Customers could "Buy Now" from Defendant. (*E.g., id.*) Indeed, Defendant only represents that the counterfeits were "Designed by" a Redbubble user (whom Defendant solicited to create the counterfeit design); Defendant's website does not state, as Defendant has misleadingly claimed, that the products were advertised, offered for sale, or sold by anyone other than Defendant. (*E.g., id.*)

Moreover, Defendant used keyword tags intended to closely associate Defendant's knockoffs with the Brandy Melville name, like "brandy t-shirts," "brandy melville t-shirts," "brandy melville," "brandy melville sweatshirts & hoodies," "brandy melville women's clothes," and "brandy women's clothes":



(*Id.*, Exs. 17, 29, 30.) Defendant also advertised these counterfeits on third-party websites for the purpose of diverting web traffic and potential customers to Redbubble's knockoff goods. (*Id.*, Ex. 34.)

This evidence further confirms that there can be no genuine dispute that Defendant is a counterfeiter. Accordingly, this Court should deny Defendant's Motion for Summary Judgment in its entirety (Dkt. No. 40) and also grant Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 36).

1  DATED:  June 2, 2020

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Ryan Q. Keech
Jason Y. Kelly

By: */s/ Keith J. Wesley*
 Keith J. Wesley
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville