BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge: Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. PLAINTIFF'S RESPONSE TO DEFENDANT REDBUBBLE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Pre-Trial Conference: June 15, 2020<br>Trial Date: June 30. 2020 |
|---|---|

1572948.1

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. PLAINTIFF'S RESPONSE TO DEFENDANT REDBUBBLE, INC.'S REPLY ISO ITS MOTION FOR SUMMARY JUDGMENT

1    I, Jason Y. Kelly, declare and state as follows:

2    1.   I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could and would competently testify thereto.

3    2.   Attached as **Exhibit 17** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Zipped Hoodie," taken on May 26, 2020.

4    3.   Attached as **Exhibit 18** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Pullover Hoodie," taken on May 26, 2020.

5    4.   Attached as **Exhibit 19** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Lightweight Sweatshirt," taken on May 26, 2020.

6    5.   Attached as **Exhibit 20** is a true and correct copy of another screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Lightweight Sweatshirt," taken on May 26, 2020.

7    6.   Attached as **Exhibit 21** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Pullover Hoodie," taken on May 26, 2020 and featuring dozens of apparel options.

8    7.   Attached as **Exhibit 22** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Pullover Hoodie," taken on May 26, 2020 and featuring dozens of product options.

9    8.   Attached as **Exhibit 23** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Tri-blind T-Shirt," taken on May 26, 2020.

9. Attached as **Exhibit 24** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Lightweight Hoodie," taken on May 26, 2020.

10. Attached as **Exhibit 25** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Relaxed Fit T-Shirt," taken on May 26, 2020.

11. Attached as **Exhibit 26** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Fitted Scoop T-Shirt," taken on May 26, 2020.

12. Attached as **Exhibit 27** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Premium Scoop T-Shirt," taken on May 26, 2020.

13. Attached as **Exhibit 28** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Fitted T-Shirt," taken on May 26, 2020.

14. Attached as **Exhibit 29** is a true and correct copy of screenshots of the Redbubble webpage, titled "Los Angeles design – California 1984 Racerback Tank Top," taken on May 26, 2020.

15. Attached as **Exhibit 30** is a true and correct copy of screenshots of the Redbubble webpage, titled "Los Angeles design – California 1984 Fitted V-Neck T-Shirt, taken on May 26, 2020.

16. Attached as **Exhibit 31** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Baseball ¾ Sleeve T-Shirt," taken on May 26, 2020.

17. Attached as **Exhibit 32** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Mask," taken on May 26, 2020.

18. Attached as **Exhibit 33** is a true and correct copy of a screenshot of the Redbubble webpage, titled "Los Angeles design – California 1984 Classic T-Shirt," taken on May 26, 2020.

19. Attached as **Exhibit 34** is a true and correct copy of a screenshot of a Redbubble advertisement on a website, titled "Caller.Be."

Executed this 2nd day of June 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                    */s/ Jason Y. Kelly*
                    Jason Y. Kelly