# EXHIBIT 17



Ex. 17
Page 5





