# EXHIBIT 18







May 26, 2020 10:22:35 PM

Ex. 18
Page 11