# EXHIBIT 19










May 26, 2020 10:33:11 PM