# EXHIBIT 28

