# EXHIBIT 29



