# EXHIBIT 30

"Los Angeles design - California

redbubble.com/i/t-shirt/Los-Angeles-design-California-1984-by-haleyshore/48207346.CBHAX

- Printed specifically for you, using your individual choice of art
- Ethically sourced

Add to cart

Buy Now

View size guide

Delivery
Express by 16 June
Standard between 23 - 30 June

Los Angeles design - California 1984
Designed by **haleyshore**

Los angeles brandy-type design.

haleyshore
Winnipeg, Canada
Follow

| ILL MEET YOU IN NEW Y... | ELECTRIC MOTORS - Bra... | LOS ANGELES CALIFORNI... | GRAND TOUR - Brandy M... | ANGEL - design | BRATZ Y2K design |
|---|---|---|---|---|---|
| $23.09 | $23.09 | $23.09 | $23.09 | $23.09 | $23.09 |

View haleyshore's shop

## Similar designs

Explore similar designs from over 700,000 independent artists.

| ELECTRIC MOTORS - Bra... | GRAND TOUR - Brandy M... | ANGEL - design by haleys... | ANGEL ENERGY - Y2K - b... | USA DESIGN- by haleysh... | LOS ANGELES CALIFORNI... |
|---|---|---|---|---|---|
| $23.09 | $23.09 | $23.09 | $23.09 | $23.09 | $23.09 |

| ILL MEET YOU IN NEW Y... | BRATZ Y2K design by hal... | LOS ANGELES CALIFORNI... | MIAMI BEACH - by haleys... | LOS ANGELES CALIFORNI... | PINK BUTTERFLY - Y2K - ... |
|---|---|---|---|---|---|
| $23.09 | $23.09 | $23.09 | $23.09 | $23.09 | $23.09 |

T-Shirts Tags

los angeles t-shirts · la t-shirts · california t-shirts · trendy t-shirts · brandy melville t-shirts · pacsun t-shirts · john galt t-shirts · aesthetic t-shirts · brandy t-shirts · cute t-shirts · 90s t-shirts · fashion t-shirts · teen t-shirts

All Product Tags

los angeles · la · california · trendy · brandy melville · pacsun · john galt · aesthetic · brandy · cute · 90s · fashion · teen

Other Products

los angeles stickers · los angeles phone cases · los angeles posters · los angeles sweatshirts & hoodies



