# EXHIBIT 33



Ex. 33
Page 46







brandy t-shirts   cute t-shirts   90s t-shirts   fashion t-shirts   teen t-shirts

All Product Tags

los angeles   la   california   trendy   brandy melville   pacsun   john galt   aesthetic   brandy   cute   90s   fashion   teen

Other Products

los angeles stickers   los angeles phone cases   los angeles posters   los angeles sweatshirts & hoodies



**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more

**Local Support**
24/7 Dedicated support
Submit a request

Report Content  /  Copyright infringement



10% off, promos, and the best indie art ever!

Your email address

USD$ - English    Mature content: Hidden



**Shop**
Gift Guides
Fan Art
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest

REDBUBBLE

User Agreement    Privacy Policy    Do not sell my personal information    Redbubble uses cookies: Cookie Policy

© Redbubble. All Rights Reserved

Google Chrome    83.0.4103.61    10:31:03 PM 5/26/2020    Windows 10 Enterprise 64-bit Build 17763
May 26, 2020 10:31:15 PM