# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE'S REQUEST FOR LEAVE TO FILE SHORT REPLY TO PLAINTIFF'S SHORT RESPONSE TO REDBUBLE'S REPLY RE MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: June 1, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

Before the Court is Defendant Redbubble Inc.'s Request to File a Short Reply to Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Response to Defendant's Reply in Support of its Motion for Summary Judgment. Good cause appearing, the Court hereby **GRANTS** Defendant's request. Within three days of this Order, Defendant may file a two-page reply, as well as an accompanying declaration, and exhibits, to Plaintiff's Response.

**IT IS SO ORDERED.**

Dated: June _____, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge