NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>       Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>       Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE'S REQUEST FOR LEAVE TO FILE SHORT REPLY TO PLAINTIFF'S SHORT RESPONSE TO REDBUBLE'S REPLY RE MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: June 1, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

2911-1006 / 1626564 1

1

1 | Before the Court is Defendant Redbubble Inc.'s Request to File a Short Reply
2 | to Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Response to Defendant's Reply
3 | in Support of its Motion for Summary Judgment.  Good cause appearing, the Court
4 | hereby **GRANTS** Defendant's request.  ~~Within three days of this Order,~~ Defendant
5 | may file a two-page reply, as well as an accompanying declaration, and exhibits, to
6 | Plaintiff's Response~~.~~  no later than 5:00 pm on June 5, 2020.
7 | **IT IS SO ORDERED.**

Dated: June __4__, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge