KENNETH B. WILSON  (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
  jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON  (SBN 287041)
  zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**SUPPLEMENTAL DECLARATION OF JAMES TOY IN SUPPORT OF DEFENDANT REDBUBBLE'S REPLY TO PLAINTIFF'S RESPONSE TO REDBUBBLE'S REPLY RE MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: June 1, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

2911-1006 / 1627617.1

1

# DECLARATION OF JAMES TOY

I, James Toy, declare:

1. I am the Assistant General Counsel of Redbubble Inc. ("Redbubble"), the defendant in this lawsuit. I am directly responsible for the implementation of Redbubble's IP/Publicity Rights Policy and other intellectual property matters and for corporate legal matters, such as contracts with third-parties. I also work closely with the Marketplace Integrity Team ("MPI Team") and have direct supervisory involvement in their activities, including their proactive activities. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. I am familiar with the allegations that plaintiff Brandy Melville has made with respect to a particular listing that was available on the Redbubble Marketplace on May 26, 2020, and I have reviewed the papers filed by Brandy Melville in connection with that listing.

3. I have reviewed the records from Redbubble's database regarding this particular listing, which reflects that it was uploaded and held in Redbubble's ACE proactive policing tool on May 12, and went live on the site that same day. This listing is very similar to one of the images included on Redbubble's proactive policing guidelines for Brandy Melville, and our proactive policing protocols specify that listings with similarity to this image are to be disabled. As a result, according to Redbubble's applicable practices and procedures, this listing never should have been available on the Redbubble Marketplace.

4. Redbubble was unaware that this listing was available on the Redbubble Marketplace until the morning of May 27, 2020, when our outside counsel advised us that Brandy Melville had filed papers with the court stating that the listing was available. Within ten minutes of receipt of the notice, the listing had been removed. In addition, Redbubble determined that the user who uploaded the

listing, user name haleyshore, a Redbubble user located in Winnipeg, Manitoba, Canada, had violated the Redbubble user agreement and repeat infringer policy, and her Redbubble user account was terminated.

5. Although Brandy Melville has represented that the design in question was available on several different product types, such availability would have been in connection with a single listing created by the third-party Seller who uploaded the design. This means that when the Seller uploaded this particular design, she chose to offer for sale several different product types displaying the design. While Redbubble sets the universe of product types that can be sold through the Redbubble Marketplace, Redbubble was not involved in the Seller's decision to offer these specific product types for sale.

6. There were no sales in connection with this listing. According to Redbubble's records, it appears that Phillip Paley, who I understand is a paralegal at the law firm that represents Brandy Melville, attempted to purchase two products from this Seller. However, those transactions were cancelled before the orders were completed.

7. Brandy Melville wrongly asserts in its Response that Redbubble "used keyword tags intended to closely associate [the listed products] with the Brandy Melville name. Redbubble itself did not place any keyword tags on this listing. Rather, as with other listings on the Redbubble Marketplace, the keyword tags reflect text input by the third-party Seller when they created the listings.

8. I have reviewed Brandy Melville's claim that Redbubble advertised this listing on third-party websites, and Exhibit 34 to the Kelly Declaration, a printout purporting to depict such an advertisement on a site called "Caller.Be." I am not familiar with this site or the particular images and other content depicted in this printout. Even if I could ascertain what this printout pertains to, as discussed above and in my prior Declaration, Redbubble does not determine the user-generated tags applied to a particular listing, does not control a searching user's search keywords or

other browsing behavior that may have resulted in the display of a given ad, and does not choose the specific listings that are displayed in an advertisement on a third-party advertising platform, if indeed that is what this printout depicts. There is no time stamp or other indication on the printout attached as Exhibit 34 or in the Kelly Declaration that would allow me to ascertain when this content appeared on the viewer's screen, whose screen it appeared on, when it was printed out, whether it is a printout of the particular listing in question or if the various products shown in the printout are even content hosted on the Redbubble Marketplace. In contrast, all of the other Exhibits submitted with the Response that I reviewed bear a time stamp on the lower left corner, and are noted by Brandy Melville's counsel as having been captured on May 26, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and to the best of my knowledge and information.

Executed this 5th day of June, 2020 at Fairfax, California.

_____
James Toy