KENNETH B. WILSON  (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
  jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON  (SBN 287041)
  zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF AMIT MALAVIYA IN SUPPORT OF DEFENDANT REDBUBBLE'S REPLY TO PLAINTIFF'S RESPONSE TO REDBUBBLE'S REPLY RE MOTION FOR  SUMMARY JUDGMENT**<br><br>Hearing Date: June 1, 2020<br>Time:  9:00 a.m.<br>Courtroom:  850<br>Hon. R. Gary Klausner |

2911-1006 / 1627617.1

1

# DECLARATION OF AMIT MALAVIYA

I, Amit Malaviya, declare:

1. I am employed by Redbubble Inc. ("Redbubble"), the defendant in this lawsuit, and a member of its Marketplace Integrity Team ("MPI Team"). In that capacity, one of my responsibilities is proactively police the Redbubble Marketplace for certain specified content, using Redbubble's proactive screening tools, and applying screening criteria established by Redbubble based on information from content owners. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. I am familiar with the allegations that plaintiff Brandy Melville has made with respect to a particular listing that was available on the Redbubble Marketplace on May 26, 2020. I am the person that inadvertently allowed that listing to become available.

3. The listing in question was for a design with "LOSANGELES" as one word without a space, the first "L" stylized to resemble a lightning bolt, followed by the word "CALIFORNIA" and the number "1984," all of which are in yellow. This design is one of the designs on Redbubble's policing guidelines for Brandy Melville, and our proactive policing protocols specify that listings with this design are to be disabled. Attached to this Declaration as Exhibit A is a true and correct copy of Redbubble's current Brandy Melville proactive policing guidelines.

4. I understand that the listing in question was uploaded on May 12, 2020. I recall that May 12 was an extremely busy day, because one of the members of the MPI team responsible for performing proactive policing was out that day and had been out the previous day, which meant that the other policers needed to try to get through that member's workload as well as their own. In fact, I personally reviewed 8,069 listings that day.

///

5. The listing in question is definitely on the Brandy Melville proactive policing list. Using the ACE tool, which allows the MPI team to review certain uploaded listings before they become publicly available on the Redbubble Marketplace, I have removed listings with this design in the past and am therefore generally familiar with the design.

6. I have gone back through my review logs and confirmed that the listing in question was caught by the ACE proactive policing tool on May 12; that it was in my policing queue; and that I clicked the button to make it go live on the Redbubble Marketplace. I did not knowingly or intentionally allow this listing to go live on the site. After reviewing the logs, the only explanation for how the listing went live is that I accidentally misclicked the "Dismiss" button instead of the "Take Down" button.

7. I was not aware that I had made this error or that this listing had been publicly available on the Redbubble Marketplace until after the listing had already been removed by another member of Redbubble's MPI team.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and to the best of my knowledge and information.

Executed this 4th day of June, 2020 at Hayward, California.



Amit Malaviya