# EXHIBIT A

### Brandy Melville

**PRIVILEGED/CONFIDENTIAL**

RIGHTS HOLDER: Y.Y.G.M. SA D.B.A. BRANDY MELVILLE

POLICING: DAILY

CONTACT: N/A

Guidelines:

| Name | |
|---|---|
| Logo | → |
| Label | → |
| Designs | → |
| Wordmarks | |
| Trademarks in Work Title | • Listed in Bold |

Policing Start Date: 31 May 2019

**Please Review:** Policing for Trademarks in Titles

Properties:

⭐ Brandy Melville

Brandy*

brandymelvilleusa.com











EXHIBIT 0115







CONFIDENTIAL

RBBM016866

*uh huh honey*

cute but psycho

Cute but Psycho

HOTTER THAN HELL

CONFIDENTIAL
RBBM016867



made in
Los Angeles

**CONFIDENTIAL**                                                                                                    RBBM016868