# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REDBUBBLE INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF NEGATIVE PUBLICITY ABOUT PLAINTIFF**<br><br>*[Filed concurrently with Opposition to Plaintiff's Motion in Limine No. 1]*<br><br>Hearing Date: June 30, 2020<br>Time:　　　　9:00 a.m.<br>Courtroom:　　850<br>Hon. R. Gary Klausner |

1

1  This matter having come before the Court upon Plaintiff Redbubble Inc.'s
2  Motion in Limine No. 1 to Exclude Evidence of Negative Publicity About Plaintiff,
3  the Court, having reviewed the motion and related papers and after sufficient cause
4  appearing, rules as follows:
5  Defendant's Motion in Limine No. 1 to Exclude Evidence of Negative
6  Publicity About Plaintiff is DENIED.
7
8  **IT IS SO ORDERED.**
9
10
11  Dated: _____, 2020.
12                                        UNITED STATES DISTRICT COURT
                                      R. GARY KLAUSNER
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2