KENNETH B. WILSON (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
 jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK-FFM<br><br>**DEFENDANT REDBUBBLE INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF Y.Y.G.M. SA d.b.a. BRANDY MELVILLE'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF UNRELATED LEGAL CLAIMS AND LITIGATION AGAINST PLAINTIFF**<br><br>Hearing Date: June 30, 2020<br>Time:         9:00 a.m.<br>Courtroom:    850 |

Pursuant to Local Rule 7-9, Defendant Redbubble Inc. ("Redbubble") hereby notifies the court and all parties that it will not oppose plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's ("Brandy Melville") Motion in Limine No. 2 to Exclude Evidence of Unrelated Legal Claims and Litigation Against Plaintiff. Redbubble accordingly withdraws Trial Exhibits 581, 595, and 596.

Dated: June 5, 2020

Respectfully submitted,

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER & DEL DUCA LLP
JOSHUA M. MASUR
ZACHARY S. DAVIDSON

By: */s/ Joshua M. Masur*
Joshua M. Masur
Attorneys for Defendant
REDBUBBLE INC.