# EXHIBIT A

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   Y.Y.G.M. SA d.b.a. BRANDY      )
     MELVILLE, a Swiss              )
 5   corporation,                   )
                                    )
 6              Plaintiff           )
                                    ) Case No:
 7         vs.                      ) 2:19-cv-04618-RGK
                                    ) (FFMx)
 8   REDBUBBLE, INC., a Delaware    )
                                    )
 9              Defendant           )
     _____)
10
11
12
13      Videotaped 30(B)(6) Deposition of James N. Toy
14                       Via Zoom
15              San Francisco, California
16              Tuesday, April 21, 2020
17
18
19   Reported by:
20   JOANNE M. FARRELL, RPR, CRR
21   CSR Nos. 4838(CA)   507(NM)
22   Job No. 4081733
23
24   Pages 1 - 224
25
                                              Page 1
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   Y.Y.G.M. SA d.b.a. BRANDY      )
     MELVILLE, a Swiss              )
 5   corporation,                   )
                                    )
 6            Plaintiff             )
                                    )  Case No:
 7            vs.                   )  2:19-cv-04618-RGK
                                    )  (FFMx)
 8   REDBUBBLE, INC., a Delaware    )
                                    )
 9            Defendant             )
     _____)
10
11
12        Videotaped 30(b)6 Deposition via Zoom of
13   James N. Toy, taken on behalf of Plaintiff,
14   beginning at 10:21 a.m., on Tuesday, April 21, 2020,
15   before Joanne M. Farrell, Certified Shorthand
16   Reporter No. 4838.
17
18
19
20
21
22
23
24
25
```

Page 2

CONFIDENTIAL

```
 1   APPEARANCES:
 2   For Plaintiff:
 3     BROWNE GEORGE ROSS LLP
 4     By:   JASON Y. KELLY, ESQ.
 5           RYAN Q. KEECH, ESQ.
 6     2121 Avenue of the Stars, Suite 2800
 7     Los Angeles, California 90067
 8     (310) 274-7100
 9     jkelly@bgrfirm.com
10     rkeech@bgrfirm.com
11
12   For Defendant:
13     ZUBER LAWLER
14     By:   JOSHUA M. MASUR, ESQ.
15     2000 Broadway Street, Suite 154
16     Redwood City, California 94063
17     650-434-8538
18     jmasur@zuberlaw.com
19
20   Also Present: Ron Lazo, Videographer
21
22
23
24
25
```

Page 3

| | | |
|---|---|---|
| 1 | case, right? | 10:30:44AM |
| 2 | A. Yes. | |
| 3 | Q. Redbubble Inc. is a subsidiary of Redbubble | |
| 4 | Limited; is that right? | |
| 5 | A. Yes. | 10:31:01AM |
| 6 | Q. Redbubble Limited is a corporation based in | |
| 7 | Australia, right? | |
| 8 | A. Yes. | |
| 9 | Q. Are you familiar with the company Public | |
| 10 | Tee? | 10:31:16AM |
| 11 | A. No. | |
| 12 | Q. Did I say that wrong?  Is there a different | |
| 13 | name? | |
| 14 | MR. MASUR:  Objection.  Presumes facts. | |
| 15 | MR. KELLY:  I think you know what I'm | 10:31:26AM |
| 16 | referring to. | |
| 17 | MR. MASUR:  I don't. | |
| 18 | THE WITNESS:  TeePublic. | |
| 19 | BY MR. KELLY: | |
| 20 | Q. And that's spelled T-E-E-P-U-B-L-I-C; is | 10:31:42AM |
| 21 | that right? | |
| 22 | A. Yes. | |
| 23 | Q. TeePublic is a subsidiary of Redbubble | |
| 24 | Limited, right? | |
| 25 | A. Can you clarify your question? | 10:32:04AM |

Page 14

CONFIDENTIAL

```
 1      I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4      That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12      Further, that if the foregoing pertains to the
13  original transcript of a deposition in a Federal
14  Case, before completion of the proceedings review of
15  the transcript { } was {X} was not requested.
16      I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21  Dated:  April 24, 2020
22
23          [signature: Joanne M. Farrell]
24
25      Joanne M. Farrell, CSR No. 4838
```

Page 223