1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11

Y.Y.G.M. SA d.b.a. BRANDY
MELVILLE, a Swiss corporation,

12

Plaintiff,

13

14

v.

REDBUBBLE INC.,

15

Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:19-cv-04618-RGK (JPRx)

**[PROPOSED] ORDER DENYING
PLAINTIFF Y.Y.G.M. SA D.B.A.
BRANDY MELVILLE'S MOTION IN
LIMINE NO. 3 TO PRECLUDE
TESTIMONY NOT PROVIDED IN
DEPOSITION**

*[Filed concurrently with Opposition to
Plaintiff's Motion in Limine No. 3 and
Declaration of Joshua M. Masur]*

Hearing Date:  June 30, 2020
Time:              9:00 a.m.
Courtroom:     850
Hon. R. Gary Klausner

1

1        This matter having come before the Court upon Plaintiff Redbubble Inc.'s

2   Motion in Limine No. 3 to Preclude Testimony Not Provided in Deposition, the

3   Court, having reviewed the motion and related papers and after sufficient cause

4   appearing, rules as follows:

5        Defendant's Motion in Limine No. 3 to Preclude Testimony Not Provided in

6   Deposition is DENIED.

7

8        **IT IS SO ORDERED.**

9

10

11  Dated: _____, 2020.   _____

12                            UNITED STATES DISTRICT COURT
    R. GARY KLAUSNER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28