KENNETH B. WILSON  (SBN 130009)
  *ken@coastsidelegal.com*
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
  *jmasur@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
  *zdavidson@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S OPPOSITION TO PLAINTIFF Y.Y.G.M. SA d.b.a. BRANDY MELVILLE'S MOTION IN LIMINE NO. 4**<br><br>*[Filed concurrently with Opposition and [Proposed] Order]*<br><br>Hearing Date: June 30, 2020<br>Time:            9:00 a.m.<br>Courtroom:  850 |

2911-1006 / 1627936.1

1

# DECLARATION OF JOSHUA M. MASUR

I, Joshua M. Masur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler & Del Duca LLP, attorneys of record for Defendant Redbubble Inc. ("Defendant"). I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. Attached to this Declaration as **Exhibit A** is a true and correct copy of the expert report of Michael Masnick, served by Redbubble in *Atari Interactive, Inc. v. Redbubble, Inc.*, Case No. 4:18-cv-03451-JST (N.D. Cal.) on December 20, 2019.

3. Attached to this Declaration as **Exhibit B** is a true and correct copy of the expert report of Jamie Goldberg Gerson, served by Plaintiff in *Atari Interactive, Inc. v. Redbubble, Inc.*, Case No. 4:18-cv-03451-JST (N.D. Cal.) on February 7, 2020.

4. Attached to this Declaration as **Exhibit C** is a true and correct copy of an email reservation for the proposed remote deposition of Michael Masnick, which I received on May 12, 2020, at approximately 2:24pm, California time.

5. Attached to this Declaration as **Exhibit D** is a true and correct copy of an email canceling the reservation for the proposed remote deposition of Michael Masnick, which I received on May 13, 2020, at approximately 12:02pm, California time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of June, 2020, at Olympic Valley, California.

*/s/ Joshua M. Masur*
Joshua M. Masur

2911-1006 / 1627936.1

2