# EXHIBIT C

| | |
|---|---|
| **From:** | Remote Counsel |
| **To:** | mvenezia@bgrfirm.com; Joshua Masur |
| **Subject:** | Scheduled: Y.Y.G.M. SA D.B.A. Brandy Melville v REDBUBBLE, INC. - LA 4107988 - 2020-05-14 10:00 AM PDT |
| **Date:** | Tuesday, May 12, 2020 2:24:00 PM |
| **Attachments:** | meeting.ics |



Veritext Calendar - West invited you to a meeting Thursday, May 14th at 10:00 AM PDT

Internal Ref #: 4107988

**Y.Y.G.M. SA D.B.A. Brandy Melville v REDBUBBLE, INC. - LA 4107988**

   Starts 05/14/2020 at 10:00 AM PDT
   Ends  05/14/2020 at 11:45 PM PDT

**Message**

   You have been invited to remotely attend the deposition of Michael Masnick. Please follow the instructions in this email to test your device prior to the date of the deposition. If you need any assistance, please contact support@courtroomconnect.com or 877-838-9080.

## Join Meeting

PC, Mac, iOS or Android

   https://veritext_west.remotecounsel.com/zoom/meeting/NTk1MTc=

Phone

   646-568-7788
   Meeting ID: 832-5969-080

Videoconference System

   H323    162.255.36.11##8325969080
   SIP     8325969080@162.255.36.11
   ISDN    Contact Us for ISDN

**Test Your System**

We recommend testing your system at least 48 hours before the event
Visit our Test Center and click on "Cameo Test"

**Support**

Contact us at support@courtroomconnect.com or 877-838-9067

Please reference Bridge ID 65363 when calling support

---

Veritext Calendar - West
Veritext Legal Solutions (West)
VirtualDepos-West@Veritext.com
866.299.5127