# EXHIBIT D

| | |
|---|---|
| **From:** | Remote Counsel |
| **To:** | VirtualDepos-West@Veritext.com; mvenezia@bgrfirm.com; Joshua Masur; AAugustine@bgrfirm.com |
| **Subject:** | Cancelled: Y.Y.G.M. SA D.B.A. Brandy Melville v REDBUBBLE, INC. - LA 4107988 - 2020-05-14 10:00 AM PDT |
| **Date:** | Wednesday, May 13, 2020 12:02:31 PM |

The meeting scheduled for Thursday, May 14th at 10:00 AM PDT has been cancelled.

---

Veritext Calendar - West
Veritext Legal Solutions (West)
VirtualDepos-West@Veritext.com