# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>REDBUBBLE INC.,<br><br>        Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION IN LIMINE NO. 4 TO EXCLUDE THE TESTIMONY OF MICHAEL MASNICK**<br><br>*[Filed concurrently with Opposition to Plaintiff's Motion in Limine No. 4 and Declaration of Joshua M. Masur]*<br><br>Hearing Date: June 30, 2020<br>Time:        9:00 a.m.<br>Courtroom:  850<br>Hon. R. Gary Klausner |

1

1  This matter having come before the Court upon Plaintiff Redbubble Inc.'s
2  Motion in Limine No. 4 to Exclude the Testimony of Michael Masnick, the Court,
3  having reviewed the motion and related papers and after sufficient cause appearing,
4  rules as follows:
5  Defendant's Motion in Limine No. 4 to Exclude the Testimony of Michael
6  Masnick is DENIED.

8  **IT IS SO ORDERED.**

11 Dated: _____, 2020.           _____
12                                      UNITED STATES DISTRICT COURT
                                        R. GARY KLAUSNER

2