BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE EXPERT OPINIONS OF JAMIE GOLDBERG GERSON**<br><br>*[Filed Concurrently with Plaintiff's Opposition to Redbubble's Motion in Limine No. 1; [Proposed] Order]*<br><br>Date:  June 30, 2020<br>Time:  9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30. 2020 |

Case No. 2:19-cv-04618-RGK (JPRx)
DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 1

# DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California.  I am a partner with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville in this matter.  I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Defendant never served Plaintiff or Ms. Jamie Gerson with a subpoena, notice of deposition, or request for production of documents regarding Ms. Gerson's expert report, opinions, or testimony.  Defendant never sought to meet and confer with Plaintiff regarding Ms. Gerson's opinions.  Defendant also never sought, moved to compel, or obtained a court order regarding the analytical data Ms. Gerson considered to formulate her opinions.

3. On May 1, 2020, Defendant served the Rebuttal Expert Report of Michael Masnick.  Neither Defendant nor Mr. Masnick produced to Plaintiff a copy of any of the filings, documents, or websites that are referenced or cited in the Mr. Mansick's Report.

Executed this 5th day of June 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　 /s/ Keith J. Wesley
　　　　　　　　　　　　　　　　　　　　Keith J. Wesley