1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   Y.Y.G.M. SA d.b.a. BRANDY            Case No. 2:19-cv-04618-RGK (JPRx)
     MELVILLE, a Swiss corporation,       Judge:  Hon. R. Gary Klausner
12
                 Plaintiff,               **[PROPOSED] ORDER DENYING**
13                                         **DEFENDANT REDBUBBLE, INC.'S**
            vs.                            **MOTION *IN LIMINE* NO. 1**
14
     REDBUBBLE, INC., a Delaware          Date:    June 30, 2020
15   corporation,                         Time:    9:00 a.m.
                                          Crtrm.:  850
16               Defendant.

17
                                          Pre-Trial Conference:   June 15, 2020
18                                        Trial Date:             June 30. 2020

19

20

21

22

23

24

25

26

27

28

1551669.2

**[PROPOSED] ORDER**

This matter having come before the Court upon Defendant Redbubble, Inc.'s Motion *in Limine* No. 1 to Exclude Expert Opinions of Jamie Goldberg Gerson, the Court, having reviewed the motion and related papers and after sufficient cause appearing, rules as follows:

Defendant Redbubble, Inc.'s Motion *in Limine* No. 1 is **DENIED.**

**IT IS SO ORDERED.**

Dated:  June            , 2020

_____
Honorable R. Gary Klausner
United States District Court Judge