BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE AND ARGUMENT OF DAMAGES**<br><br>*[Filed Concurrently with Plaintiff's Opposition to Redbubble's Motion in Limine No. 3; [Proposed] Order]*<br><br>Date:    June 30, 2020<br>Time:    9:00 a.m.<br>Crtrm.:   850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:             June 30. 2020 |

# DECLARATION OF JASON Y. KELLY

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. The only types of monetary damages that Plaintiff seeks in this case are statutory damages, all profits earned by Defendant, trebled damages, and punitive damages, as well as interest, attorneys' fees, and costs.

3. Plaintiff served its First Set of Requests for Production to Defendant Redbubble, Inc. on October 21, 2019. Defendant did not produce any documents in this case until February 4, 2020.

4. On February 4, 2020, Defendant produced a spreadsheet, Bates-numbered RBBM016058 to RBBM016099, that identifies the total amount of "service fees" Defendant collected from its sale of infringing and counterfeit Brandy Melville goods on its website through January 10, 2020. Defendant never produced an updated version of this spreadsheet to reflect Defendant's unlawful gains since January 10, 2020.

5. On October 21, 2019, Defendant served its First Set of Requests for Production to Plaintiff. In response to these requests for production, Plaintiff produced responsive documents subject to its objections and requests to meet and confer.

6. Attached as **Exhibit 1** is a true and correct copy of an email sent by Defendant's counsel, Joshua Masur, to me on February 23, 2020.

7. Attached as **Exhibit 2** is a true and correct copy of an email sent by me to Mr. Masur on February 24, 2020.

/ / /

8. On February 27 and 28, 2020, Defendant deposed two of Plaintiff's employees.

9. On March 12, 2020, Plaintiff produced a document Bates-numbered BRANDY_0003294.

10. Defendants neither moved to compel nor obtained a court order in this case requiring amended or supplemental initial disclosures, amended or supplemental interrogatory responses, or the supplemental production of any documents, including financial documents. Defendant also never sought or moved to compel another deposition of Plaintiff or its witnesses, including after Plaintiff made its March 12, 2020 document production.

Executed this 5th day of June 2020, at Moreno Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                /s/ Jason Y. Kelly
                                Jason Y. Kelly