1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   Y.Y.G.M. SA d.b.a. BRANDY
     MELVILLE, a Swiss corporation,          Case No. 2:19-cv-04618-RGK (JPRx)
12                                            Judge:   Hon. R. Gary Klausner
              Plaintiff,
13                                            **[PROPOSED] ORDER DENYING**
          vs.                                 **DEFENDANT REDBUBBLE, INC.'S**
14                                            **MOTION *IN LIMINE* NO. 3**
     REDBUBBLE, INC., a Delaware
15   corporation,                             Date:    June 30, 2020
                                              Time:    9:00 a.m.
16            Defendant.                      Crtrm.:  850
17
                                              Pre-Trial Conference:   June 15, 2020
18                                            Trial Date:             June 30. 2020
19
20
21
22
23
24
25
26
27
28

1589700.1
                              -1-             Case No. 2:19-cv-04618-RGK (JPRx)

1      **[PROPOSED] ORDER**

2      This matter having come before the Court upon Defendant Redbubble, Inc.'s

3   Motion *in Limine* No. 3 to Exclude Evidence and Argument of Damages, the Court,

4   having reviewed the motion and related papers and after sufficient cause appearing,

5   rules as follows:

6      Defendant Redbubble, Inc.'s Motion *in Limine* No. 3 is **DENIED**.

7

8      **IT IS SO ORDERED.**

9

10

11   Dated:  June            , 2020

12   _____
    Honorable R. Gary Klausner
    United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28