BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 5 TO EXCLUDE EVIDENCE AND ARGUMENT OF ALLEGED ACTUAL CONFUSION**<br><br>*[Filed Concurrently with Plaintiff's Opposition to Redbubble's Motion in Limine No. 5; [Proposed] Order]*<br><br>Date:  June 30, 2020<br>Time:  9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30. 2020 |

1564690.1

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 5

# DECLARATION OF JASON Y. KELLY

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Defendant Redbubble, Inc. served its First Set of Interrogatories to Plaintiff on October 21, 2019.

3. Plaintiff served its First Set of Requests for Production to Defendant Redbubble, Inc. on October 21, 2019. Defendant did not produce any documents in this case until February 4, 2020.

4. Defendant never moved to compel further discovery from Plaintiff, including further disclosures, interrogatory responses, document productions, or depositions.

5. Plaintiff inadvertently did not supplement its response to Defendant's Interrogatory No. 4 to include Defendant's own documents that Defendant produced in this litigation and that evidence actual customer confusion from Defendant's customers regarding the infringing and counterfeit Brandy Melville products that Defendant advertised, offered for sale, and sold on its website.

Executed this 5th day of June 2020, at Moreno Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　  /s/ Jason Y. Kelly
　　　　　　　　　　　　　　　　　　Jason Y. Kelly