UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 5**<br><br>Date:  June 30, 2020<br>Time:  9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:  June 15, 2020<br>Trial Date:  June 30. 2020 |

## [PROPOSED] ORDER

This matter having come before the Court upon Defendant Redbubble, Inc.'s Motion *in Limine* No. 5 to Exclude Evidence and Argument of Alleged Actual Confusion, the Court, having reviewed the motion and related papers and after sufficient cause appearing, rules as follows:

Defendant Redbubble, Inc.'s Motion *in Limine* No. 5 is **DENIED**.

**IT IS SO ORDERED.**

Dated:  June            , 2020

_____
Honorable R. Gary Klausner
United States District Court Judge