UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:　Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 6**<br><br>Date:　June 30, 2020<br>Time:　9:00 a.m.<br>Crtrm.:　850<br><br>Pre-Trial Conference:　June 15, 2020<br>Trial Date:　June 30, 2020 |

## [PROPOSED] ORDER

This matter having come before the Court upon Defendant Redbubble, Inc.'s Motion *in Limine* No. 6 to Exclude Reference to Third Party Intellectual Property, the Court, having reviewed the motion and related papers and after sufficient cause appearing, rules as follows:

Defendant Redbubble, Inc.'s Motion *in Limine* No. 6 is **DENIED**.

**IT IS SO ORDERED.**

Dated:  June            , 2020

_____
Honorable R. Gary Klausner
United States District Court Judge