BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>   Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 7 TO PRECLUDE USE OF UNDISCLOSED WITNESSES**<br><br>*[Filed Concurrently with Plaintiff's Opposition to Redbubble's Motion in Limine No. 7; [Proposed] Order]*<br><br>Date:   June 30, 2020<br>Time:   9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:   June 30. 2020 |

1564694.1

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLANTIFF Y.Y.G.M. SA D.B.A. OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 7

## DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. During meet-and-confer discussions on May 6, 2020 with Joshua Masur, counsel for Defendant Redbubble, Inc. ("Defendant"), I informed Mr. Masur that Plaintiff intends to call Mr. Paley and/or Ms. Walters to testify at trial to authenticate evidence, if necessary. If that authentication proves unnecessary, then Plaintiff will not call them.. I also informed Mr. Masur that Plaintiff was hopeful that the parties could work together to avoid consuming unnecessary juror and court time on issues such as authentication.

3. The documents for which Plaintiff intends on calling Mr. Paley and Ms. Walters to authenticate were produced to Defendant during discovery and/or submitted in connection with the parties' summary judgment briefing.

4. Plaintiff produced several documents that identified Ms. Walters and showed that she made purchases from Defendant. Attached as **Exhibit 1** is a true and correct copy of some of those documents that Plaintiff produced, Bates-numbered BRANDY_0002095, BRANDY_0000400, and BRANDY_0000324.

Executed this 5th day of June 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                       */s/  Keith J. Wesley*
                                                       Keith J. Wesley