# EXHIBIT 1

**Terri Walters**

| | |
|---|---|
| **From:** | Terri Walters < ▮▮▮▮▮▮▮▮ > |
| **Sent:** | Wednesday, October 16, 2019 10:05 PM |
| **To:** | Terri Walters |
| **Subject:** | Fw: Part of Your Order 30595759 Has Been Shipped |

Sent from ▮▮▮▮▮ for iPhone

Begin forwarded message:

On Wednesday, October 16, 2019, 2:12 PM, Redbubble <aboutmyorder@e.redbubble.com> wrote:



# Your stuff shipped.

Get excited.



Confirmed

Partially Shipped

Delivered

Estimated Delivery Date: **October 18**

Order #30595759

1

BRANDY_0000324

Ex. 1
Page 3

**Shipping Address**

TERRI WALTERS



UNITED STATES

## Shipped



Grand Tour Sport Japan GTS Retro Car

1 x Premium T-Shirt

**Please note:** It may take 24–48 hours for tracking to be available online.

**Sent with FEDEX:** <u>780306389381</u> - **Track package**

## Rest of Your Order



Sun Child

1 x Sticker

In production
Estimated Delivery October 18

2

BRANDY_0000325

Ex. 1
Page 4



**blue pink wave**

1 x Sticker

In production
Estimated Delivery October 18



**just peachy**

1 x Sticker

In production
Estimated Delivery October 18



Alien Sticker

1 x Sticker

In production
Estimated Delivery October 18



fun in the sun malibu sticker

1 x Sticker

3

BRANDY_0000326

Ex. 1
Page 5

In production
Estimated Delivery October 18



brandy melville USA

1 x Sticker

In production
Estimated Delivery October 18



California

1 x Sticker

In production
Estimated Delivery October 18



malibu racing sticker

1 x Sticker

In production
Estimated Delivery October 18

4

BRANDY_0000327



los angeles 1984 sticker (red)

1 x Sticker

In production
Estimated Delivery October 18



California- Dark Pink

1 x Sticker

In production
Estimated Delivery October 18



Skull Pizza

1 x Sticker

In production
Estimated Delivery October 18



I'll sleep when I'm dead

1 x Glossy Sticker

5

BRANDY_0000328

Ex. 1
Page 7

In production
Estimated Delivery October 18



patterned raise boys and girls the same way

1 x Sticker

In production
Estimated Delivery October 18



Butterfly Brandy Melville Design

1 x Sticker

In production
Estimated Delivery October 18



bad luck sticker

1 x Sticker

In production
Estimated Delivery October 18

BRANDY_0000329

Ex. 1
Page 8



COOL KIDS ON THE BLOCK

1 x Sticker

In production
Estimated Delivery October 18



hawaii sticker

1 x Sticker

In production
Estimated Delivery October 18



club inferno sticker

1 x Sticker

In production
Estimated Delivery October 18



ride or die sticker

1 x Sticker

7

In production
Estimated Delivery October 18



those damn kids sticker

1 x Sticker

In production
Estimated Delivery October 18



new york

1 x Sticker

In production
Estimated Delivery October 18

Items in your order may ship separately. Learn more

**Check your order progress >**

## Meet the Artist

A portion of your purchase goes directly to this creative



8

BRANDY_0000331

Ex. 1
Page 10

**bananashirts**
Joined July 2019

Follow



**sxndrx19**
Valencia, United States

Follow



**brooke-rebe**
Joined November 2018

Follow



**m3ryl**
Joined November 2017

Follow



9

BRANDY_0000332

jesskoen
Joined December 2015

Follow



Sammy Hopko
Narberth, United States

Follow



aesthetics :-)
Joined June 2019

Follow



elisazhang
Joined October 2015

Follow



BRANDY_0000333

Ex. 1
Page 12

madisonarin
Visalia, United States

Follow



cykyrath
Watertown, United States

Follow



Brandystickers
Cypress, United States

Follow



lobsters123
Joined April 2015

Follow



11

BRANDY_0000334

Ex. 1
Page 13

aestheticqueen

Austin, United States

Follow



selinuenal13

Joined August 2015

Follow



SolisqueLuna

Wynnewood, United States

Follow

## We're Here to Help

Check your order progress >

Return or exchange an item >

When should I expect my order? >

MY ACCOUNT SHIPPING & DELIVERY RETURNS HELP CONTACT US

Want to update email settings? Rumor is, if you unsubscribe a grumpy unicorn named Jeff
will send you passive-aggressive texts for all eternity. But it's up to you.
Update Preferences or Unsubscribe.

12

BRANDY_0000335

User Agreement | Privacy Policy

©2007 - 2019, Redbubble. All Rights Reserved
111 Sutter St. 17th Floor | San Francisco, CA 94104 | USA

13

BRANDY_0000336

Ex. 1
Page 15

0595759 1/1     20B **F**





BRANDY_0000400

0595759 1/1                    20B **F**





BRANDY_0000401



BRANDY_0000402



FROM: (510) 387-5
An Artist on Redbubble
111 Sutter St. 17th Floor
San Francisco CA 94104
US
TO TERRI WALTERS
[redacted]
REF: 30595759M44M
INV:
PO:
DEPT:
(US)
FedEx
HOME DELIVERY
H
551-3050
PD:SP:100:Y
ETP:2
780265208083
TRK# 7802 6520 8083
[redacted]
9622 0804 3 (000 000 0000) 0 00 7802 6520 8083



BRANDY_0000404



BRANDY_0000405



BRANDY_0000406



BRANDY_0000407



BRANDY_0000408



BRANDY_0000409



BRANDY_0000410



BRANDY_0000411



BRANDY_0000412



BRANDY_0000413



BRANDY_0000414

**Terri Walters**

| | |
|---|---|
| **From:** | Terri Walters <                    > |
| **Sent:** | Thursday, January 16, 2020 1:27 PM |
| **To:** | Terri Walters |
| **Subject:** | Fwd: Redbubble Order Confirmation and Progress |

---------- Forwarded message ---------
From: **Redbubble** <aboutmyorder@e.redbubble.com>
Date: Thu, Jan 16, 2020 at 1:23 PM
Subject: Redbubble Order Confirmation and Progress
To: Terri Walters



# We're on it.

Hang tight while we prep your stuff.



Confirmed

Shipped

1

BRANDY_0002095

Ex. 1
Page 31

Delivered

Estimated Delivery Date: **22-27 January**

Order #32870367

**Shipping Address**

Terri Walters

UNITED STATES

Update Address?

**Billing Address**

Terri Walters .

UNITED STATES

# Order Summary



ghost sticker pack

Small (3.1" x 3.0")

1 x Sticker $4.95

2



Chill Since 1993 Sticker

Small (2.8" x 4.0")

1 x Sticker $2.72

Subtotal

$7.67

Shipping (Standard Post)

$2.77

Total USD

$10.44

Includes $0.69 in taxes

This order has been paid in full ($10.44) via Credit Card

Items in your order may ship separately. Learn more

**Check your order progress >**

## Meet the Artists

A portion of your purchase goes directly to these creatives



pasifa

3

BRANDY_0002097

Ex. 1
Page 33

Joined October 2016

Follow



sophiiiia

Ridgewood, United States

Follow

## Designs picked for you



Boho Mandala i...

by micklyn



Eurasian Kestr...

by Scott Partridge

4

BRANDY_0002098

Ex. 1
Page 34



An Unkindness
by Matt Chu



You can never ...
by ShowMeMars

# We're Here to Help

Check your order progress >

Can I change my order? >

Return or exchange an item >

When should I expect my order? >

MY ACCOUNT SHIPPING & DELIVERY RETURNS HELP CONTACT US

Want to update email settings? Rumor is, if you unsubscribe a grumpy unicorn named Jeff
will send you passive-aggressive texts for all eternity. But it's up to you.
Update Preferences or Unsubscribe.

User Agreement | Privacy Policy

©2007 - 2020, Redbubble. All Rights Reserved
111 Sutter St. 17th Floor | San Francisco, CA 94104 | USA

5

BRANDY_0002099

Ex. 1
Page 35