UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 7**<br><br>Date:   June 30, 2020<br>Time:   9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conference:   June 15, 2020<br>Trial Date:             June 30. 2020 |

# [PROPOSED] ORDER

This matter having come before the Court upon Defendant Redbubble, Inc.'s Motion *in Limine* No. 7 to Preclude Use of Undisclosed Witnesses, having reviewed the motion and related papers and after sufficient cause appearing, rules as follows:

Defendant Redbubble, Inc.'s Motion *in Limine* No. 7 is **DENIED**.

**IT IS SO ORDERED.**

Dated:  June            , 2020

_____
Honorable R. Gary Klausner
United States District Court Judge