KENNETH B. WILSON  (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
  jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

JEFFREY J. ZUBER (SBN 220830)
  jzuber@zuberlawler.com
RASHEED M. McWILLIAMS  (SBN 281832)
  rmcwilliams@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**JOINT STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS**<br><br>*[Filed concurrently with [Proposed Order]* |

Pursuant to the Court's (In Chambers) Order Re: Parties' Application to Seal [DE## 34, 37, 43, 47, 63, 66] dated July 10, 2020 (DE#104), Local Rule 79-5.2.2 and the Stipulated Protective Order in this action (DE#22), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") and Defendant Redbubble Inc. ("Redbubble") have been ordered to file a Joint Omnibus Application to Seal documents submitted in connection with their cross-motions for summary judgment in this matter no later than 7 days from the date of the issuance of the order.

The parties respectfully request a brief extension of five days to permit them to work together to minimize the amount of information they request the Court to seal, consistent with the Court's instructions. (*See* DE#104 at 6.)

Therefore, the parties jointly respectfully request that the Court grant a five-day extension of time, to and including July 22, 2020 to file their Joint Omnibus Application to Seal Documents.

Dated: July 16, 2020

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER & DEL DUCA LLP
JOSHUA M. MASUR
JEFFREY J. ZUBER
RASHEED M. McWILLIAMS

By: */s/ Joshua M. Masur*
    Joshua M. Masur
    Attorneys for Defendant
    REDBUBBLE INC.

| | | |
|---|---|---|
| Dated: July 16, 2020 | | BROWNE GEORGE ROSS LLP<br>JASON Y. KELLY |
| | By: | */s/ Jason Y. Kelly*<br>Jason Y. Kelly<br>Attorneys for Plaintiff<br>Y.Y.G.M. SA d.b.a. BRANDY MELVILLE |

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the Filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.*