UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS**<br><br>*[Filed concurrently with Joint Stipulated Request for Extension]* |

1 | Before the Court is the Joint Stipulated Request for Extension of Time to File Joint Omnibus Application to Seal Documents pursuant to the Court's (In Chambers) Order Re: Parties' Application to Seal [DE## 34, 37, 43, 47, 63, 66] dated July 10, 2020 (DE#104), filed jointly by Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville and Defendant Redbubble Inc.  Good cause appearing therefor, the Court hereby **GRANTS** the Joint Stipulated Request for Extension of Time to File Joint Omnibus Application to Seal Documents.

The parties shall file the Joint Omnibus Application to Seal Documents no later than July 22, 2020.

**IT IS SO ORDERED.**

DATED:

_____
Honorable R. Gary Klausner
United States District Court Judge