BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS**<br><br>*[Filed concurrently with Declaration of Jason Y. Kelly; Declaration of Joshua M. Masur; Accompanying Documents; and [Proposed] Order in Support Thereof]*<br><br>Date:      TBD<br>Time:     9:00 a.m.<br>Courtroom: 850<br><br>PTSC Date:  September 21, 2020<br>Trial Date:  October 6. 2020 |

Pursuant to this Court's Order Re: Parties' Applications to Seal [Dkt. Nos. 34, 37, 43, 47, 63, 66] (Dkt. No. 104; the "Order"), Local Rule 79-5.2.2, and the Stipulated Protective Order in this action (Dkt. No. 22), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") and Defendant Redbubble Inc. ("Redbubble") submit this Joint Omnibus Application to Seal Documents submitted in connection with their cross-motions for summary judgment (the "Application").

The Application is made because Brandy Melville and Redbubble have filed exhibits, briefs, and statements of fact in support of their cross-motions for summary judgment that contain "Confidential" information. The Application is based on the Declaration of Jason Y. Kelly on Behalf of Brandy Melville ("Kelly Dec."), the Declaration of Joshua M. Masur on Behalf of Redbubble Inc. ("Masur Dec."), the accompanying documents containing Brandy Melville's and Redbubble's proposed redactions, and the Proposed Order.

The following chart identifies every statement proposed to be sealed and provides an explanation of why its sealing is justified:

| Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities in Support Thereof | |
| --- | --- |
| **Statement to Be Sealed** | **Explanation for Sealing** |
| 1.    Page 3, Lines 12-13 | 1.    Application to file this commercially sensitive information under seal was granted. (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 87); *see also* Kelly Dec. ¶ 3.) |
| 2.    Page 3, Lines 17-18 | 2.    Application to file this commercially sensitive information |

| | |
|---|---|
| | under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 3.) |
| 3. Page 3, Lines 18-19 | 3. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 3.) |
| 4. Page 15, Line 13-14 | 4. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 3.) |

| **Plaintiff's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Partial Summary Judgment** | |
|---|---|
| **Statement to Be Sealed** | **Explanation for Sealing** |
| 5. SSOF ¶ 16 | 5. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 4.) |
| 6. SSOF ¶ 17 | 6. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 4.) |

| | |
|---|---|
| 7. SSOF ¶ 20 | 7. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 4.) |
| 8. SSOF ¶ 34 | 8. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 4.) |
| 9. SSOF ¶ 35 | 9. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 87); *see also* Kelly Dec. ¶ 4.) |
| 10. SSOF ¶ 126 | 10. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 91); *see also* Kelly Dec. ¶ 4.) |
| 11. SSOF ¶ 168 | 11. Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 66); *see also* Kelly Dec. ¶ 4.) |
| 12. SSOF ¶ 169 | 12. Application to file this commercially sensitive information |

| | under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 84); *see also* Kelly Dec. ¶ 4.) |
|---|---|

| Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Reply Separate Statement of Uncontroverted Facts in Support of Its Motion for Partial Summary Judgment | |
|---|---|
| **Statement to Be Sealed** | **Explanation for Sealing** |
| 13.    SSOF ¶ 16 | 13.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 5.) |
| 14.    SSOF ¶ 17 | 14.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 5.) |
| 15.    SSOF ¶ 20 | 15.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 5.) |
| 16.    Response to SSOF ¶ 33 | 16.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see* |

| | |
|---|---|
| | *also* Kelly Dec. ¶ 5.) |
| 17.    SSOF ¶ 34 | 17.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 5.) |
| 18.    Response to SSOF ¶ 34 | 18.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 5.) |
| 19.    SSOF ¶ 35 | 19.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 87); *see also* Kelly Dec. ¶ 5.) |
| 20.    SSOF ¶ 126 | 20.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 91); *see also* Kelly Dec. ¶ 5.) |
| 21.    SSOF ¶ 168 | 21.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 66); *see also* Kelly Dec. ¶ 5.) |
| 22.    SSOF ¶ 169 | 22.    Application to file this |

| | |
|---|---|
| | commercially sensitive information under seal was granted. (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 84); *see also* Kelly Dec. ¶ 5.) |

| **Exhibit F to the Declaration of Joshua M Masur** | |
|---|---|
| **(Deposition of Madison Elkins)** | |
| **Statement to Be Sealed** | **Explanation for Sealing** |
| 23.   Lines 100:25-102:7 | 23.   Application to file this commercially sensitive information under seal was granted. (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 89); *see also* Kelly Dec. ¶ 6.) |
| **Exhibit 65 to the Declaration of Jason Y. Kelly** | |
| 24.   Pp. 50-51 | 24.   Proposed redactions are limited to the names, email addresses, and physical addresses of users; the names of Redbubble employees; and tracking numbers for shipments (which can be used to determine the physical address of the addressee). *See* Masur Omnibus Decl., ¶ 4; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 68 to the Declaration of Jason Y. Kelly** | |
| 25.   Pp. 64, 66, 68, 70, 72 | 25.   Proposed redactions are limited |

| | |
|---|---|
| | to the names and email addresses of users. *See* Masur Omnibus Decl., ¶ 5; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 72 to the Declaration of Jason Y. Kelly** | |
| 26.    P. 86 | 26.    Proposed redactions are limited to the name, email address, and physical address of a user, and tracking numbers for a shipment (which can be used to determine the physical address of the addressee). *See* Masur Omnibus Decl., ¶ 6; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 73 to the Declaration of Jason Y. Kelly** | |
| 27.    P. 90 | 27.    Proposed redactions are limited to the name and email address of a user. *See* Masur Omnibus Decl., ¶ 7; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 74 to the Declaration of Jason Y. Kelly** | |
| 28.    Pp. 92, 95, 105 | 28.    Proposed redactions are limited to the names, email addresses, and physical addresses of users; the names of Redbubble employees; and the |

| | |
|---|---|
| | transaction identifiers for refunds. *See* Masur Omnibus Decl., ¶ 8; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 75 to the Declaration of Jason Y. Kelly** | |
| 29.   P. 107-08, 111-15, 118, 120-21, 123-24 | 29.   Proposed redactions are limited to the names, email addresses, and physical addresses of users; the names of Redbubble employees; and tracking numbers for shipments (which can be used to determine the physical address of the addressee). *See* Masur Omnibus Decl., ¶ 9; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 76 to the Declaration of Jason Y. Kelly** | |
| 30.   Pp. 128-29 | 30.   Proposed redactions are limited to the name and email address of a user, and the names of Redbubble employees. *See* Masur Omnibus Decl., ¶ 10; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 77 to the Declaration of Jason Y. Kelly** | |
| 31.   P. 132 | 31.   Proposed redactions are limited |

| | |
|---|---|
| | to the name and email address of a user, and the names of Redbubble employees. *See* Masur Omnibus Decl., ¶ 11; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 78 to the Declaration of Jason Y. Kelly** | |
| 32.    Pp. 134, 136 | 32.    Proposed redactions are limited to the names and email addresses of users. *See* Masur Omnibus Decl., ¶ 12; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 79 to the Declaration of Jason Y. Kelly** | |
| 33.    Pp. 139-40 | 33.    Proposed redactions are limited to the name, email address, and physical address of a user, and the names of Redbubble employees. *See* Masur Omnibus Decl., ¶ 13; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 80 to the Declaration of Jason Y. Kelly** | |
| 34.    Pp. 143-48 | 34.    Proposed redactions are limited to the name and email address of a user, and the names of Redbubble employees. *See* Masur Omnibus Decl., ¶ 14; *see* |

| | |
|---|---|
| | *also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 81 to the Declaration of Jason Y. Kelly** ||
| 35.   Pp. 150, 154 | 35.    Proposed redactions are limited to the names, email addresses, and physical addresses of users. *See* Masur Omnibus Decl., ¶ 15; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 82 to the Declaration of Jason Y. Kelly** ||
| 36.   P. 159 | 36.    Proposed redactions are limited to the name and email address of a user, and the names of Redbubble employees. *See* Masur Omnibus Decl., ¶ 16; *see also* DE#104 at 4 (explicitly permitting Redbubble to "refile with PII appropriately redacted"). |
| **Exhibit 90 to the Declaration of Jason Y. Kelly** ||
| 37.   5:3, 53:8, 54:5 | 37.    Proposed redactions are limited to the identity of a third-party licensor that is a party to a confidential license agreement with Redbubble. *See* Masur Omnibus Decl., ¶ 18; *see also* DE#104 at 4 (explicitly permitting Redbubble to "redact PII and nonpublic information |

| | | |
|---|---|---|
| | | related to its corporate structure and organization"). |
| 38. | 5:16-17, 5:24, 6:3-4, 153:1 | 38.    Proposed redactions are limited to user names, addresses, and other personally identifying information. *See* Masur Omnibus Decl., ¶ 18; *see also* DE#104 at 4 (explicitly permitting Redbubble to "redact PII and nonpublic information related to its corporate structure and organization"). |
| 39. | 6:15-16, 161:8, 162:3, 189:5-6 | 39.    Proposed redactions are limited to names of Redbubble personnel. *See* Masur Omnibus Decl., ¶ 18; *see also* DE#104 at 4 (explicitly permitting Redbubble to "redact PII and nonpublic information related to its corporate structure and organization"). |
| **Exhibit 91 to the Declaration of Jason Y. Kelly** | | |
| 40. | 90:1-91:3; 91:15-92:25; 109:16-112:25 | 40.    Application to file this information under seal was granted. *See* DE#104 at 4 ("The Court finds the redacted material [from Kelly Ex. 91] appropriate for sealing with the exception of lines 4-14 on page 91."); *see also* Masur Omnibus Decl., ¶ 20. |
| **Exhibit 92 to the Declaration of Jason Y. Kelly** | | |
| 41. | 7:21; 14:21-15:2 | 41.    Proposed redactions are limited |

| | |
|---|---|
| | to deponent's birthdate and prior employment history. *See* Masur Omnibus Decl., ¶ 22; *see also* DE#104 at 4 (explicitly permitting Redbubble to "redact the names of parties with which it corresponded as well as any personal identifying information"). |
| 42.    71:10-11, 71:22, 72:4, 78:1-6 | 42.    Proposed redactions are limited to deponent's individual knowledge and opinions regarding certain non-party companies and works. *See* Masur Omnibus Decl., ¶ 22; *see also* DE#104 at 4 (explicitly permitting Redbubble to "redact the names of parties with which it corresponded as well as any personal identifying information"). |
| 43.    90:1, 91:6, 91:10, 91:19, 91:22, 91:24, 92:2, 92:9, 92:12, 131:24-25 | 43.    Proposed redactions are limited to Redbubble's confidential communications with other rightsholders. *See* Masur Omnibus Decl., ¶ 22; *see also* DE#104 at 4 (explicitly permitting Redbubble to "redact the names of parties with which it corresponded as well as any personal identifying information"). |
| **Exhibit 93 to the Declaration of Jason Y. Kelly** ||
| 44.    139:29 | 44.    Proposed redactions are limited |

| | |
|---|---|
| | to the identity of certain Redbubble personnel and individuals with whom they have corresponded. *See* Masur Omnibus Decl., ¶ 24; *see also* DE#104 at 4 (explicitly permitting Redbubble to "redact the names of parties with which it corresponded as well as any personal identifying information"). |
| 45.    140:12, 141:17-19, 142:21, 145:6, 145:8, 145:10-11, 151:4-154:19, 156:10-157:23 | 45.    Proposed redactions are limited to the identity of certain rightsholders for whom Redbubble proactively polices content. *See* Masur Omnibus Decl., ¶ 24; *see also* DE#104 at 4 (explicitly permitting Redbubble to "redact the names of parties with which it corresponded as well as any personal identifying information"). |

| **Defendant Redbubble Inc.'s Statement of Genuine Disputes of Material Fact in Support of Its Opposition to Plaintiff's Motion for Partial Summary Judgment** | |
|---|---|
| **Statement to Be Sealed** | **Explanation for Sealing** |
| 46.    SSOF ¶ 16 | 46.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 4.) |

| | |
|---|---|
| 47.    SSOF ¶ 17 | 47.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 4.) |
| 48.    SSOF ¶ 20 | 48.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 4.) |
| 49.    Response to SSOF ¶ 33 | 49.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 5.) |
| 50.    SSOF ¶ 34 | 50.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 5.) |
| 51.    Response to SSOF ¶ 34 | 51.    Application to file this commercially sensitive information under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 88); *see also* Kelly Dec. ¶ 5.) |
| 52.    SSOF ¶ 35 | 52.    Application to file this commercially sensitive information |

| | |
|---|---|
| | under seal was granted.  (Dkt. No. 104 at 4 (regarding Kelly Dec., Ex. 87); *see also* Kelly Dec. ¶ 5.) |
| 53.    SSOF ¶ 126 | 53.    Application to file this information under seal was granted. *See* DE#104 at 4 ("The Court finds the redacted material [from Kelly Ex. 91] appropriate for sealing with the exception of lines 4-14 on page 91."); *see also* Masur Omnibus Decl., ¶ 20. |
| 54.    SSOF ¶ 168 | 54.    Application to file this information under seal was granted. *See* DE#104 at 4 ("Kelly Decl. Ex. 66: GRANTED"). |
| 55.    SSOF ¶ 169 | 55.    Application to file this information under seal was granted. *See* DE#104 at 4 ("Kelly Decl. Ex. 84: GRANTED"). |

DATED:  July 17, 2020

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Ryan Q. Keech
Jason Y. Kelly

By:    */s/ Jason Y. Kelly*
Jason Y. Kelly
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

1  DATED:  July 17, 2020               COASTSIDE LEGAL
2                                      ZUBER LAWLER & DEL DUCA LLP
                                           Kenneth B. Wilson
3                                          Joshua M. Masur
                                           Jeffrey J. Zuber
4                                          Rasheed M. McWilliams
5

6                                      By:    _/s/ Joshua M. Masur_____
7                                            Joshua M. Masur
                                       Attorneys for Defendant Redbubble Inc.
8

9   *Pursuant to Local Rule 5-4.3.4(a)(2)(i), the Filer hereby attests that all other
10
    signatories listed, and on whose behalf the filing is submitted, concur in the filing's
11
    content and have authorized its filing.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28