UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>   Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS**<br><br>*[Filed concurrently with Joint Omnibus Application to Seal Documents; Declaration of Jason Y. Kelly; Declaration of Joshua M. Masur; and Accompanying Documents]*<br><br>Date:          TBD<br>Time:          9:00 a.m.<br>Courtroom:  850<br><br>PTSC Date:  September 21, 2020<br>Trial Date:   October 6. 2020 |

# [PROPOSED] ORDER

This matter having come before the Court upon Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville and Defendant Redbubble Inc.'s Joint Omnibus Application to Seal Documents, **IT IS HEREBY ORDERED** that the Joint Omnibus Application to Seal Documents is **GRANTED** in its entirety and the portions of the accompanying documents are filed under seal as redacted by the parties.

**IT IS SO ORDERED.**

Dated: July     , 2020

_____
Honorable R. Gary Klausner
United States District Court Judge