BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY ON BEHALF OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE IN SUPPORT OF JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS**<br><br>*[Filed concurrently with Joint Omnibus Application to Seal Documents; Declaration of Joshua M. Masur; Accompanying Documents; and [Proposed] Order]*<br><br>Date:            TBD<br>Time:           9:00 a.m.<br>Courtroom:   850<br><br>PTSC Date:   September 21, 2020<br>Trial Date:    October 6. 2020 |

1623893

-1-

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY ON BEHALF OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE IN SUPPORT OF JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS

# DECLARATION OF JASON Y. KELLY

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. I hereby incorporate by reference my prior declarations related to the parties' applications to file under seal portions of the summary judgment record in this case (Dkt. Nos. 34-2, 35, 42, 44, 54, 64). I submit this declaration pursuant to the Court's Order Re: Parties' Applications to Seal (Dkt. No. 104; the "Order").

3. The Order permits the re-filing of Plaintiff's Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities in Support Thereof, originally filed on May 4, 2020. (Order § III.A.1.a.) The proposed redactions to this document reflect information contained in Kelly Decl. Exs. 87-89 (including Plaintiff's commercially sensitive and trade secret information) and Exs. 66 and 84 that the Court ordered to be filed under seal, as well as Redbubble's proposed redactions to Kelly Decl. Exs. 90-93. (*See* Order § III.A.1, 2.)

4. The Order permits the re-filing of Plaintiff's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Partial Summary Judgment, originally filed on May 4, 2020. (Order § III.A.1.b.) The proposed redactions to this document reflect information contained in Kelly Decl. Exs. 87-89 (including Plaintiff's commercially sensitive and trade secret information) and Exs. 66 and 84 that the Court ordered to be filed under seal, as well as Redbubble's proposed redactions to Kelly Decl. Exs. 90-93. (*See* Order § III.A.1, 2.)

5. The Order permits the re-filing of Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Reply Separate Statement of Uncontroverted Facts in Support of Its Motion for Partial Summary Judgment, originally filed on May 18, 2020. (Order

1 § III.C.2.)  The proposed redactions to this document reflect information contained in Kelly Decl. Exs. 87-89 (including Plaintiff's commercially sensitive and trade secret information) and Exs. 66 and 84 that the Court ordered to be filed under seal, as well as Redbubble's proposed redactions to Kelly Decl. Exs. 90-93.  (*See* Order § III.A.1, 2.)  Specifically regarding Defendant's Response to Uncontroverted Facts 33 and 34, the redacted statements provide detail of Plaintiff's policies and practices that extend beyond facts that are necessarily "self-evident."  (*See* Order § III.4.)

6. The Order permits the re-filing of Exhibit F to the Declaration of Joshua M. Masur (Deposition of Madison Elkins), originally filed on May 4, 2020.  (Order § III.D.1.)  Per the Order, the proposed redactions to this document do not include Lines 109:22-110:8.  (*Id.*)

Executed this 17th day of July 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                      */s/ Jason Y. Kelly*
                      Jason Y. Kelly

1623893

-3-

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY ON BEHALF OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE IN SUPPORT OF JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS