UNREDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL


**EXHIBIT F**

to Declaration of Joshua M. Masur

in support of Redbubble Inc.'s Motion for

Summary Judgment

```
 1   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 2   ------------------------------------x
     Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,
 3   a Swiss Corporation,

 4           Plaintiff,

 5       v.                    Case No.
                               2:19-cv-04618-RGK (FFMx)
 6
     REDBUBBLE, INC., a Delaware
 7   Corporation,

 8           Defendant.
     ------------------------------------x
 9

10                           NEW YORK, NEW YORK
                             FEBRUARY 28, 2020
11

12

13

14       VIDEO RECORDED DEPOSITION

15          OF MADISON ELKINS

16

17

18

19   Reported by:

20   MARK RICHMAN, CCR, RPR, CM

21   JOB NO:  177882

22

23

24

25
```

1

2

3           NEW YORK, NEW YORK

4           10:10 A.M.

5

6           VIDEO RECORDED DEPOSITION OF MADISON

7  ELKINS, held at the offices of Zuber Lawler &

8  Del Duca LLP, 1 Penn Plaza New York, New York,

9  before Mark Richman, a Certified Shorthand

10  Reporter, Registered Professional Reporter and

11  Notary Public within and for the State of New

12  York

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1  APPEARANCES:

 2

 3  BROWNE GEORGE ROSS

 4  Attorneys for Plaintiff

 5      5 Penn Plaza

 6      New York, NY 10001

 7  BY:   JEFFREY MITCHELL, ESQ.

 8

 9

10

11  ZUBER LAWLER & DEL DUCA

12  Attorneys for Defendant

13      350 South Grand Avenue

14      Los Angeles, CA 90071

15  BY:   ZACHARY DAVIDSON, ESQ.

16

17

18

19

20  PRESENT:

21  LEM LATTIMER, Videographer

22

23

24

25
```

1          THE VIDEOGRAPHER:  This is the

2     start of media labeled number 1 of

3     the video recorded deposition of

4     Madison Elkins in the matter of

5     Y.Y.G.M. SA d/b/a Brandy Melville

6     versus Redbubble, Inc. on February

7     the 28th, 2020 at approximately 10:10

8     a.m.

9          My name is Lem Lattimer, I'm the

10    legal video specialist from TSG

11    Reporting.  The court reporter is

12    Mark Richman from TSG Reporting.

13         Counsels, please introduce

14    yourselves.

15         MR. DAVIDSON:  Zach Davidson, on

16    behalf of defendant Redbubble, from

17    Zuber Lawler & Del Duca.

18         MR. MITCHELL:  Jeffrey Mitchell,

19    Browne George Ross, for the

20    plaintiff.

21         THE VIDEOGRAPHER:  Will the court

22    reporter please swear the witness in.

23         MADISON ELKINS, called as a

24    witness, having been first duly sworn

25    by the Notary Public (Mark Richman),

1    was examined and testified as

2    follows:

3         MR. MITCHELL:  Speak up.

4         EXAMINATION BY MR. DAVIDSON:

5    Q.    Good morning, Ms. Elkins.  Have

6    you ever been deposed before?

7    A.    No.

8    Q.    Would you start by stating your

9    name for the record or spelling your

10   name for the record?

11   A.    Madison Elkins.

12   Q.    Could you spell it please.

13   A.    M-A-D-I-S-O-N E-L-K-I-N-S.

14   Q.    Okay.  So I'm going to go over a

15   few points on how it's going to work

16   today.  I'm sure you spoke about it with

17   your counsel but I'm going to review

18   some of the sort of ground rules.  Let

19   me know if you have any questions as we

20   go.

21        So you understand the oath you

22   just took is the same as if you were

23   testifying in court.  You have to give

24   me the most truthful, best answer you

25   can give today?

1       MR. MITCHELL:  Can I hear that?

2    What was that question again?

3       MR. DAVIDSON:  "Can you recall an

4    instance where you saw a photo that

5    appeared to be taken by a customer

6    posted to the Brandy Melville

7    Instagram account?"  And she

8    answered.

9       MR. MITCHELL:  Okay.

10   Q.    Besides Instagram, there are

11   other ways that Brandy Melville markets?

12   A.    Through the stickers.

13   Q.    What do you mean?

14   A.    We have stickers that are

15   available in the store that we give away

16   for free that customers then take, they

17   put them on their laptops, on their, on

18   the back of their phones.

19   Q.    Brandy Melville gives the

20   stickers away for free?

21   A.    Yes.

22   Q.    All of them?

23   A.    Yes.

24   Q.    Does Brandy Melville ever sell a

25   sticker?

1    A.    No.

2    Q.    As far as you're aware, are all

3    of those stickers original designs?

4    A.    Yes.

5    Q.    Why are you so confident that's

6    the case?

7    A.    They're designs from our

8    t-shirts.

9    Q.    And is it your understanding that

10   all of the designs on your t-shirts are

11   original designs?

12   A.    From what I know.

13   Q.    Beyond Instagram and the

14   stickers, is there any other form of

15   marketing that you're aware of that

16   Brandy Melville engages in?

17   A.    Not that I know of.

18   Q.    Before we talk about customer

19   relations, you mentioned earlier because

20   I've been at the brand this long.  How

21   long have you worked for Brandy

22   Melville?

23   A.    Seven years.

24   Q.    What was your first role at

25   Brandy Melville?

1   gain that understanding?

2    A.     From my lawyer.

3    Q.     Have you reviewed the complaint

4   in this litigation?

5    A.     I'm not sure what that means.

6    Q.     Well let's take a look.  I'm

7   going to have you dig through the

8   documents in front of you.

9          MR. MITCHELL:  I think it was

10   three, right?

11          MR. DAVIDSON:  What was it?

12          MR. MITCHELL:  My recollection is

13   it's 3.

14          MR. DAVIDSON:  You're right.

15   It's previously marked as defendant's

16   3.

17          MR. MITCHELL:  It is 3.  That

18   document right there.

19          MR. DAVIDSON:  Thank you,

20   counsel.

21          (Defendant's Exhibit 3,

22   previously marked and shown to

23   witness.)

24    Q.    Ms. Elkins, please flip through

25   that.  Let me know when you're ready to

1  answer some questions.  You don't have

2  to review it line by line if you don't

3  want.

4   A.    Mm-hmm.

5   Q.    Have you seen that document

6  before?

7   A.    I have not.

8   Q.    So when I say complaint, this is

9  what I'm referring to.  If you could

10  please flip first to page 3 of the

11  complaint.

12   A.    Mm-hmm.

13   Q.    You see at the top of that page

14  the yellow Los Angeles California 1984

15  graphic?

16   A.    Yes.

17   Q.    Is that what you had been

18  referring to as the LA Lightning design?

19   A.    Yes, it is.

20   Q.    And below that the next graphic

21  on the page which are the words Brandy

22  Melville with a pink heart interposed

23  between them, have you ever seen that

24  before?

25   A.    Yes, I have.

1    Q.    What is that?

2    A.    That is the Brandy Melville logo.

3    Q.    That's what you refer to as just

4    the Brandy Melville logo generally?

5    A.    Yes.

6    Q.    Directing your attention to the

7    next page, page 4 and in particular the

8    graphics below paragraph 15.  Do you see

9    what I'm talking about?

10    A.    Yes.

11    Q.    Are these, do these look like the

12    stickers that are given away in Brandy

13    Melville stores?

14    A.    Yes, they do.

15    Q.    Can you tell that any of them are

16    not actually from a Brandy Melville

17    store?

18    A.    The first two I can tell we

19    haven't made that in a sticker.  We

20    don't offer anything with our logo on

21    it.

22    Q.    What about the other four?

23    A.    They look extremely similar to

24    Brandy Melville stickers.



 8   Q.    Directing your attention to the

 9   sticker to the left, New York University

10   with BrandyMelvilleUSA.com in the

11   center, is that a design that Brandy

12   Melville has given out?

13   A.    I can't remember.  It looks

14   similar to something that we would make.

15   Q.    Do you know whether or not Brandy

16   Melville has permission from New York

17   University to use its name?

18         MR. MITCHELL:  Object to the form

19    of the question.

20   A.    I'm not sure.

21   Q.    No one has ever told you that

22   Brandy Melville does have New York

23   University's permission to use it's name

24   though, correct?

25         MR. MITCHELL:  You haven't

1    that are used in the logo?

2    A.    No.

3    Q.    If I could direct your attention

4    please to the document previously marked

5    as -- sorry, let me see which one this

6    is.  D 5, defendant's 5, please, in the

7    pile in front of you.

8         (Defendant's Exhibit 5,

9      previously marked and shown to

10     witness.)

11   Q.    Are you there?

12   A.    Mm-hmm.

13   Q.    So I assume you haven't seen this

14   specific document before; is that

15   correct?

16   A.    No.  Yes, that's correct.

17   Q.    Apart from the fact that the flag

18   are not in color, is this generally what

19   the Brandy Melville flag design you were

20   just describing looks like?

21   A.    Yes.

22   Q.    Does Brandy Melville put the flag

23   design on any apparel that it sells?

24   A.    No.

25   Q.    Because it has a policy that it

1    doesn't put its logos on apparel,

2    correct?

3    A.    We do not put our logo on

4    apparel.

5    Q.    And the same policy applies to

6    stickers, do I understand that

7    correctly?

8    A.    Yes.

9    Q.    Apart from the signage and the

10   cash wraps, is there any other way that

11   Brandy Melville displays the flag logo

12   in its stores?

13   A.    We have small wooden signs that

14   we use as visual declaration in our

15   stores.

16   Q.    And those sometimes have the flag

17   logo?

18   A.    They do have the flag logo.

19   Q.    Does every store have a small

20   wooden sign with the flag logo?

21   A.    Yes, they do.

22   Q.    Is the visual design of your

23   stores consistent throughout, throughout

24   the different stores?

25   A.    What do you mean by consistent?

1    Q.    To be clear for the record we're

2    talking about the graphic on paragraph

3    12, page 3 of the complaint.

4          MR. MITCHELL:  Those are --

5     that's not --

6          MR. DAVIDSON:  Are we talking

7      about different things?

8          MR. MITCHELL:  Turn to page 3.

9      That's the trademark.  That's the

10      Brandy Melville trademark.  The one

11      on page 4 are alleged infringements.

12    Q.    So stay on page 3 please.

13          MR. MITCHELL:  Stay on page 3.

14    Q.    There you go.  So this is what

15    I'm talking about.

16    A.    Yes.  This.

17    Q.    The Brandy Melville heart logo?

18    A.    Yes, this is the logo.  This is

19    what I remember.

20    Q.    You can't remember any

21    variations?

22    A.    This, no.  This is the logo that

23    we had that was again on our cash wrap.

24    This was the pre-flag design.  This is

25    what was on the handwriting tags of our

1  clothing.  This is what's sewn into the

2  top of our clothing.

3  Q.    Is it still on the hangtags?

4  A.    It's been updated to the flag

5  design.

6  Q.    Across the board?

7  A.    I'm not sure across the board.

8  Q.    Did you ever ask why Brandy

9  Melville started using the flag design?

10  A.    I never asked why.

11  Q.    Are there any variations on the

12  flag design you can think of sitting

13  here today?

14  A.    No.  Not that I know of.

15  Q.    Has there ever been a period to

16  your knowledge where Brandy Melville has

17  stopped using the LA Lightning design?

18  A.    We haven't stopped using it.

19  Q.    Same question with respect to the

20  heart logo?

21  A.    Well we never sold any

22  merchandise with this heart logo on it.

23  Q.    I understand.  But in the sense

24  that Brandy Melville has used it, has it

25  continued using it the entire period

1    you've been aware?

2     A.    I believe it's still on the

3    stitching.

4     Q.    It's on the stitching of the

5    clothing?

6     A.    Yes, so you can tell that it's

7    Brandy Melville, there is a Brandy

8    Melville stitched into the, like how you

9    would have anything stitched into the

10    back of your clothes.

11     Q.    I would call that the tag.  The

12    tag?

13     A.    The tag.

14     Q.    Thank you.  Not the hangtag but

15    the sewn-in tag?

16     A.    Both.

17     Q.    I understand it's on the hangtag

18    but right now you're talking about the

19    sewn-in tag that says the size?

20     A.    Yes.

21     Q.    Okay, thank you.  Since the flag

22    logo has started to be used, any periods

23    where as far as you're aware it stopped,

24    Brandy Melville stopped using it?

25     A.    I don't remember.  I didn't

1    used clothing?

2         MR. DAVIDSON:  Are you asking me

3    what Poshmark is?

4         MR. MITCHELL:  It seems like it's

5    a single item.  Is this a single item

6    sale of some used item on Poshmark?

7    I'm not familiar with Poshmark.

8         MR. DAVIDSON:  That's what I

9    think it is.  Yes, that's what I

10    think it is, counsel.

11         MR. MITCHELL:  Okay.

12         MR. DAVIDSON:  But it's something

13    that I found on the Internet, not

14    something you produced.

15    Q.    I want to revisit briefly the

16    subject of the stickers.  You mentioned

17    that Brandy Melville allows customers to

18    take stickers for free from its store,

19    correct?

20    A.    Correct.

21    Q.    Is there any limit on the number

22    of stickers a customer can take from the

23    store during a visit?

24    A.    Well we don't let them take

25    obviously handfuls of them.  If they

1  want to take one of each of the designs,

2  then go for it.

3   Q.    But you would actually stop

4  someone from taking more than one of a

5  particular design?

6   A.    Not more than one.  Again,

7  there's a difference between people

8  coming in and taking an entire tray of

9  stickers versus somebody that wants to

10  take like five.

11   Q.    Five of one design would be okay?

12   A.    Sure.

13   Q.    Is there any limit as far as

14  you're aware on a customer's ability to

15  resell one of those stickers?

16   A.    I'm not sure.

17   Q.    Brandy Melville doesn't make the

18  customer sign some sort of agreement

19  promising that they won't, right?

20   A.    I don't know.

21   Q.    You don't know whether or not the

22  customers who take the stickers have to

23  sign a document promising that they

24  won't sell them?

25   A.    They don't.

1    Q.    Another topic we talked about

2    before lunch was Brandy Melville's

3    policy of not placing its logo, the flag

4    logo and the heart logo on apparel.

5    Correct?

6    A.    Correct.

7    Q.    Do you think your customers

8    generally know about that policy?

9    A.    Yes.  Nobody's ever purchased a

10   logo t-shirt in a Brandy Melville store

11   before.

12   Q.    And so would you say that your

13   customers generally know that if they

14   see a t-shirt with the logo on it,

15   Brandy Melville is probably not the

16   source?

17   A.    I'm not sure.

18   Q.    Are you familiar with Brandy

19   Melville's one size fits most policy?

20   A.    I'm familiar.

21   Q.    Can you describe --

22   A.    With the one size.  Not as in one

23   size fits most.

24   Q.    Ah, this was just what we were

25   describing last night I thought.  So you

Page 164

1

2                           CERTIFICATION

3    STATE OF NEW YORK    )
                           : ss.
4    COUNTY OF NEW YORK   )

5       I, MARK RICHMAN, Certified Shorthand

6    Reporter, Registered Professional Reporter

7    and Notary Public for and within the State

8    of New York, do hereby certify:

9       That the witness whose testimony is

10   herein set forth, was duly sworn by me;

11   and that the within transcript is a true

12   record of the testimony given by said

13   witness.

14      I further certify that I am not

15   related to any of the parties to this

16   action by blood or marriage, and that I am

17   in no way interested in the outcome of

18   this matter.

19      IN WITNESS WHEREOF, I have hereunto

20   set my hand this 6th day of March, 2020.

21

22   _____

23      MARK RICHMAN, CSR, RPR, CM

24          *       *       *

25