KENNETH B. WILSON  (SBN 130009)
 *ken@coastsidelegal.com*
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
 *jmasur@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

JEFFREY J. ZUBER (SBN 220830)
 *jzuber@zuberlawler.com*
RASHEED M. McWILLIAMS  (SBN 281832)
 *rmcwilliams@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR ON BEHALF OF DEFENDANT REDBUBBLE INC. IN SUPPORT OF JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS**<br><br>*[Filed concurrently with Joint Omnibus Application and [Proposed] Order]*<br><br>Hearing Date: June 1, 2020<br>Time:  9:00 a.m.<br>Courtroom:  850<br>Hon. R. Gary Klausner |

2911-1006 / 1646052.1

1

## DECLARATION OF JOSHUA M. MASUR

I, Joshua M. Masur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler & Del Duca LLP, attorneys of record for Defendant Redbubble Inc. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. I hereby incorporate by reference my prior declaration in support of Redbubble's application to seal portions of the summary judgment record in this matter, filed as docket entry 41.

3. Unredacted Exhibits 65, 68, 72, 73. 74, 75, 76, 77, 78, 79, 80, 81, and 82 contain personally identifying information, including email and home addresses and financial information, for users of the Redbubble website. The Court's order (DE#104 at 4) explicitly permitted Redbubble to "refile with PII appropriately redacted."

4. The proposed redactions to Exhibit 65 are limited to the names, email addresses, and physical addresses of users; the names of Redbubble employees; and tracking numbers for shipments (which can be used to determine the physical address of the addressee).

5. The proposed redactions to Exhibit 68 are limited to the names and email addresses of users.

6. The proposed redactions to Exhibit 72 are limited to the name, email address, and physical address of a user, and tracking numbers for a shipment (which can be used to determine the physical address of the addressee).

7. The proposed redactions to Exhibit 73 are limited to the name and email address of a user.

8. The proposed redactions to Exhibit 74 are limited to the names, email addresses, and physical addresses of users; the names of Redbubble employees; and the transaction identifiers for refunds.

9. The proposed redactions to Exhibit 75 are limited to the names, email addresses, and physical addresses of users; the names of Redbubble employees; and tracking numbers for shipments (which can be used to determine the physical address of the addressee).

10. The proposed redactions to Exhibit 76 are limited to the name and email address of a user, and the names of Redbubble employees.

11. The proposed redactions to Exhibit 77 are limited to the name and email address of a user, and the names of Redbubble employees.

12. The proposed redactions to Exhibit 78 are limited to the names and email addresses of users.

13. The proposed redactions to Exhibit 79 are limited to the name, email address, and physical address of a user, and the names of Redbubble employees.

14. The proposed redactions to Exhibit 80 are limited to the name and email address of a user, and the names of Redbubble employees.

15. The proposed redactions to Exhibit 81 are limited to the names, email addresses, and physical addresses of users.

16. The proposed redactions to Exhibit 82 are limited to the name and email address of a user, and the names of Redbubble employees.

17. Unredacted Exhibit 90 provides excerpts from the deposition of Redbubble's Rule 30(b)(6) designee James N. Toy which contain highly confidential and proprietary business information of Redbubble. The Court's order (DE#104 at 4) explicitly permitted Redbubble to "redact PII and nonpublic information related to its corporate structure and organization."

18. The proposed redactions to Exhibit 90 are limited to the identity of a third-party licensor that is a party to a confidential license agreement with Redbubble (5:3, 53:8, 54:5); user names, addresses, and other personally identifying information (5:16-17, 5:24, 6:3-4, 153:1); and names of Redbubble personnel (6:15-16, 161:8, 162:3, 189:5-6).

19. Unredacted Exhibit 91 provides excerpts from a deposition of Arnaud Deshais. The Court's order (DE#104 at 4) explicitly stated that "[t]he Court finds the redacted material appropriate for sealing with the exception of lines 4-14 on page 91."

20. The proposed redactions to Exhibit 91 are limited to highly confidential and proprietary business information of Redbubble, in particular, a description of certain algorithms used by Redbubble to route orders from customers to fulfillers, and how it selects particular fulfillers. Pursuant to the Court's order (DE#104 at 4), the proposed redactions do not include lines 4-14 on page 91.

21. Unredacted Exhibit 92 provides excerpts from a deposition of Jenny Greenhough. The Court's order (DE#104 at 4) explicitly permitted Redbubble to "redact the names of parties with which it corresponded as well as any personal identifying information."

22. The proposed redactions to Exhibit 92 are limited to Ms. Greenhough's personally identifiable or confidential information – namely, her birthdate (7:21) and prior employment history (14:21-15:2); her individual knowledge and opinions regarding certain non-party companies and works (71:10-11, 71:22, 72:4, 78:1-6); and Redbubble's confidential communications with other rightsholders (90:1, 91:6, 91:10, 91:19, 91:22, 91:24, 92:2, 92:9, 92:12, 131:24-25).

23. Unredacted Exhibit 93 provides excerpts from a deposition of Redbubble's Rule 30(b)(6) designee James N. Toy which contain highly confidential and proprietary business information of Redbubble.

24. The proposed redactions to Exhibit 92 are limited to the identity of certain Redbubble personnel and individuals with whom they have corresponded (139:29), and certain rightsholders for whom Redbubble proactively polices content (140:12, 141:17-19, 142:21, 145:6, 145:8, 145:10-11, 151:4-154:19, 156:10-157:23).

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct.
3 | Executed on this 17th day of July, 2020, at Redwood City, California.

                                            */s/ Joshua M. Masur*
                                               Joshua M. Masur