# EXHIBIT 65

1/10/2020                                                                         https://redbubble.zendesk.com/tickets/644387/print

## #644387 My order hasnt arrived 1234567

**Submitted**  
September 13, 2015, 08:24

**Received via**  
Web Form

**Requester**  
▮▮▮▮▮▮▮▮@gmail.com>

**Status** | **Priority** | **Group** | **Assignee**
Closed | - | FCR | ▮▮▮▮▮

**Order Number**  
1234567

---

▮▮▮  September 13, 2015, 08:24

Brandy melville stickers

---

▮▮▮  September 15, 2015, 11:44                                    *Internal note*

https://www.redbubble.com/admin/purchase_orders/7014540

---

▮▮▮  September 15, 2015, 11:46

Hi ▮▮▮▮,

Thank you for taking the time and writing into Redbubble support, I would be more than happy to help.

I've checked in on your order and can see that it was shipped out on 14 September 2015 from Colorado US, to the address:

▮▮▮▮▮▮  
United States

While your order is on the way, you can keep an eye on its progress with this tracking number ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Orders for stickers usually arrive in 2 business days, and your order should reach you by 16 September 2015.

We want to be sure that your order makes it to you, so please let us know if you haven't received it by then!

Please don't hesitate to reach out if you have any further questions or concerns - we would love to help you.

Best regards,  
▮  
[Redbubble Support]  
(https://help.redbubble.com/hc)

---

Support Software by **Zendesk**

**CONFIDENTIAL**                                                                                                                    RBBM084984

1/10/2020                                  https://redbubble.zendesk.com/tickets/694878/print

## 🟩 #694878 My order hasnt arrived 7164061

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| October 15, 2015, 06:11 | Web Form | █████████████████████ > |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | - | 24-7 | ██████ |

**Order Number**

7164061

---

████████  October 15, 2015, 06:11

STICKERS :

yin yang transaparent tumblr style , artic monkeys , halsey badlands , american apparel inspired design, brandy melville sticker , thr NBHD house design , positive tee

---

████████  October 15, 2015, 16:17

Hi ██████ ,

Thank you for reaching out to Redbubble support. I understand wanting to know where your stickers are at. I will be happy to look into this matter.

I've checked in on your order and can see that it was shipped out on 1 October 2015 from Iowa, USA, to this address:



Italy

Standard orders for stickers are not shipped with a tracking number. However, they usually arrive in 12 business days, and your order should reach you by 19 October 2015.

We want to be sure that your order makes it to you, so please let us know if you haven't received it by then!

I hope you enjoy your awesome stickers!

Have a great day!

Warm regards,

Redbubble support team

---

████████  October 15, 2015, 16:18                                                    Internal note

https://www.redbubble.com/admin/purchase_orders/7164061

---

████████  October 19, 2015, 07:20

Thank u , I received my order this morning!
Thanks for your availability!
██████

Inviato da iPhone

> Il giorno 16 ott 2015, alle ore 1:17 AM, ██████████ (Redbubble) <support@redbubble.zendesk.com> ha scritto:

CONFIDENTIAL                                                                                RBBM084988

Ex. 65
Page 51

Support Software by **Zendesk**

**CONFIDENTIAL** **RBBM084989**

Ex. 65
Page 52