# EXHIBIT 68

**From:** Redbubble <email@e.redbubble.com>
**Sent:** Tuesday, October 25, 2016 12:01 PM EDT
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@gmail.com>
**Subject:** Look, brandy melville stickers just for you.

View more brandy melville stickers | View in Browser

**REDBUBBLE**

Based on your recent visit, here's some stuff we thought you might like.

Brandy Melville
Brandy Melville
by cheyannekailey

Brandy Melville
Brandy Melville
by red-hairspray

Brandy Melville
Brandy Melville
by sloanehaley

Brandy Melville watermelon
Brandy Melville watermelon
by cheyannekailey

Brandy Melville
Brandy Melville
by oceanology

Brandy Melville Theta
Brandy Melville Theta
by madisonbaber

Brandy Melville Kappa
Brandy Melville Kappa
by madisonbaber

Brandy Melville California
Brandy Melville California
by cheyannekailey

**VIEW MORE BRANDY MELVILLE STICKERS**

Insta  Fb  Pin  Tw  Blog

MY ACCOUNT   SHIPPING & DELIVERY   RETURNS   HELP   CONTACT US

No longer wish to receive our promotional emails? This is going to make Bruce in marketing very sad, but we respect your wishes. Unsubscribe.

User Agreement | Privacy Policy

©2007–2016, Redbubble. All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

--
You received this message because you are subscribed to the Google Groups "search-remarketing-bcc" group.
To unsubscribe from this group and stop receiving emails from it, send an email to search-remarketing-bcc+unsubscribe@redbubble.com.

To post to this group, send email to search-remarketing-bcc@redbubble.com.
To view this discussion on the web visit https://groups.google.com/a/redbubble.com/d/msgid/search-remarketing-bcc/20161025160131.580f81d315dd963a7a8b4812%40sailthru.com.

CONFIDENTIAL

RBBM190327

Ex. 68
Page 65

**From:** Redbubble <email@e.redbubble.com>
**Sent:** Saturday, September 03, 2016 1:03 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮@gmail.com>
**Subject:** Look, brandy melville stickers just for you.

View more brandy melville stickers | View in Browser

**REDBUBBLE**

Based on your recent visit, here's some
stuff we thought you might like.

**Brandy Melville**
Brandy Melville
by cheyannekailey

**Brandy Melville®**
Brandy Melville®
by YouAreAMuggle

**Brandy Melville Sig Delt**
Brandy Melville Sig Delt
by madisonbaber

**Brandy Melville watermelon**
Brandy Melville watermelon
by cheyannekailey

**Brandy Melville Kappa**
Brandy Melville Kappa
by madisonbaber

**Brandy Melville Moon**
Brandy Melville Moon
by cheyannekailey

**Brandy Melville California**
Brandy Melville California
by cheyannekailey

**Brandy Melville Tri Delt**
Brandy Melville Tri Delt
by madisonbaber

**VIEW MORE BRANDY MELVILLE STICKERS**

Insta  Fb  Pin  Tw  Blog

MY ACCOUNT   SHIPPING & DELIVERY   RETURNS   HELP   CONTACT US

No longer wish to receive our promotional emails? This is going to make
Bruce in marketing very sad, but we respect your wishes. Unsubscribe.

User Agreement | Privacy Policy

©2007–2016, Redbubble. All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

--
You received this message because you are subscribed to the Google Groups "search-remarketing-bcc" group.
To unsubscribe from this group and stop receiving emails from it, send an email to search-remarketing-bcc+unsubscribe@redbubble.com.

CONFIDENTIAL                                                                                                 RBBM190328

Ex. 68
Page 66

To post to this group, send email to search-remarketing-bcc@redbubble.com.
To view this discussion on the web visit https://groups.google.com/a/redbubble.com/d/msgid/search-remarketing-bcc/20160903170351.57cb027715dd96f0038b4da3%40sailthru.com.

**CONFIDENTIAL**                                                                                                       RBBM190329

**From:** Redbubble <email@e.redbubble.com>
**Sent:** Thursday, December 08, 2016 12:05 PM EST
**To:** ███████@gmail.com <███████@gmail.com>
**Subject:** Look, brandy melville stickers just for you.

View more brandy melville stickers | View in Browser

**REDBUBBLE**

Based on your recent visit, here's some stuff we thought you might like.

Brandy Melville Moon
Brandy Melville Moon
by cheyannekailey

Brandy Melville Tri Delt
Brandy Melville Tri Delt
by madisonbaber

Brandy Melville Theta
Brandy Melville Theta
by madisonbaber

Brandy Melville California
Brandy Melville California
by cheyannekailey

USA Brandy Melville
USA Brandy Melville
by rhg26

Brandy Melville Kappa
Brandy Melville Kappa
by madisonbaber

brandy melville sticker
brandy melville sticker
by pasifa

Boston Brandy Sign
Boston Brandy Sign
by emmytyga

**VIEW MORE BRANDY MELVILLE STICKERS**

Insta  Fb  Pin  Tw  Blog

MY ACCOUNT   SHIPPING & DELIVERY   RETURNS   HELP   CONTACT US

No longer wish to receive our promotional emails? This is going to make Bruce in marketing very sad, but we respect your wishes. Unsubscribe.

User Agreement | Privacy Policy

©2007–2016, Redbubble. All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

--
You received this message because you are subscribed to the Google Groups "search-remarketing-bcc" group.
To unsubscribe from this group and stop receiving emails from it, send an email to search-remarketing-bcc+unsubscribe@redbubble.com.

CONFIDENTIAL                                                                                          RBBM190348

To post to this group, send email to search-remarketing-bcc@redbubble.com.
To view this discussion on the web visit https://groups.google.com/a/redbubble.com/d/msgid/search-remarketing-bcc/20161208170556.584992f4e9328b90218b45c5%40sailthru.com.

CONFIDENTIAL

RBBM190349

**From:** Redbubble <email@e.redbubble.com>
**Sent:** Monday, September 25, 2017 9:37 AM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮@redbubble.com <▮▮▮▮▮▮▮▮▮▮▮▮@redbubble.com>
**Subject:** Step right up and save 20% sitewide

Everyone's a winner. | View in Browser

**REDBUBBLE**

Use code STEPRIGHTUP at checkout.
Expires September 25, 2017 at 11:59pm PT.

**Balance of the Pyramids**

Balance of the Pyramids
by Vin Zzep

**'Pretty in Pastel' iPhone Case/Skin by itslopez**

Pretty in Pastel
by itslopez

**'I'm a Princess.' Women's Chiffon Top by My Nerdy Needs**

I'm a Princess.
by 12grayson

**'Watercolor whale' Sticker by Evgeniia Zagreeva**

Watercolor whale
by achtung-ein

**'Arthur' Classic T-Shirt by Mr-Hofmann**

Arthur
by Mr-Hofmann

**'I got out of bed today' Sticker by alexandra552**

I got out of bed today
by alexandra552

**'Kendrick' Sticker by Kate Sortino**

Kendrick
by Katesortino

**'Brandy Melville' Sticker by red-hairspray**

Brandy Melville
by red-hairspray

**'together' Sticker by Michelle Borjon**

together
by ghostii

**'Kylie Marble Lips' Sticker by clairelinner**

Kylie Marble Lips
by clairelinner

**'Chandler Bing Friends TV' Sticker by mariahkasp**

Chandler Bing Friends TV
by mariahkasp

**CONFIDENTIAL**  RBBM209653

Ex. 68
Page 70

'MSU Lips' Sticker by stickybad

**MSU Lips**
by stickybad

**SHOP REDBUBBLE**

Insta  Fb  Pin  Tw  Blog

MY ACCOUNT   SHIPPING & DELIVERY   RETURNS   HELP   CONTACT US

Based on your recent visit, we've added some stuff we thought you might like to this email.

The images above have been uploaded to Redbubble by third parties and the sample automatically generated. Redbubble is not affiliated with any person shown or organization referred to above.

No longer wish to receive our promotional emails? This is going to make Bruce in marketing very sad, but we respect your wishes. Unsubscribe.

User Agreement | Privacy Policy

©2007-2017, Redbubble. All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

CONFIDENTIAL

RBBM209654

Ex. 68
Page 71

**From:** Redbubble <email@e.redbubble.com>
**Sent:** Sunday, October 01, 2017 5:10 PM EDT
**To:** ▮▮▮▮▮@redbubble.com <▮▮▮▮▮@redbubble.com>
**Subject:** Get down with 20% off everything

Savings inferno. | View in Browser

**REDBUBBLE**

Use code FUNKY20 at checkout.
Expires October 02, 2017 at 11:59pm.

Retro Chevrons 002
Retro Chevrons 002
by geekchic tees

'Gorgeous Baby, Blue Pit Bull Puppy Dog With Wrinkles' Art Print by Christy Carlson
Gorgeous Baby, Blue Pit Bull Pu...
by christyb8

'Brandy Melville watermelon ' Sticker by cheyannekailey
Brandy Melville watermelon
by cheyannekailey

'La Croix Trio' Sticker by Katie Beukema
La Croix Trio
by katiebeukema

'English Bulldog (Color Version)' Sticker by BioWorkZ
English Bulldog (Color Version)
by BioWorkZ

'Bananacle' Sticker by missmassy
Bananacle
by missmassy

'Catcus Garden' Sticker by dcrownfield
Catcus Garden
by dcrownfield

'Green tropical leaves' Throw Pillow by CatyArte
Green tropical leaves
by CatyArte

'Fruit!' Sticker by emonsther
Fruit!
by emonsther

'Hang loose ' Sticker by daburrows
Hang loose
by daburrows

'watercolor cacti' Spiral Notebook by TheNewAmericana
watercolor cacti
by TheNewAmericana

'Kawaii Pineapple' Sticker by Marceline Smith

**Kawaii Pineapple**
by marcelinesmith

SHOP REDBUBBLE

Insta  Fb  Pin  Tw  Blog

MY ACCOUNT   SHIPPING & DELIVERY   RETURNS   HELP   CONTACT US

Based on your recent visit, we've added some stuff we thought you might like to this email.

The images above have been uploaded to Redbubble by third parties and the sample automatically generated. Redbubble is not affiliated with any person shown or organization referred to above.

No longer wish to receive our promotional emails? This is going to make Bruce in marketing very sad, but we respect your wishes. Unsubscribe.

User Agreement | Privacy Policy

©2007-2017, Redbubble. All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

CONFIDENTIAL

RBBM214134

Ex. 68
Page 73