# EXHIBIT 72

**From:** [redacted]@bellsouth.net>
**Sent:** Tuesday, December 08, 2015 11:15 PM EST
**To:** Redbubble <aboutmyorder@redbubble.com>
**Subject:** Re: We've Shipped Your Order - 7849290

Hi- can you please provide update on
Delivery date?
Thank you!

Sent from my iPhone

On Dec 4, 2015, at 2:21 PM, Redbubble <aboutmyorder@redbubble.com> wrote:

*We've Shipped Your Order - 7849290*

Redbubble.com
Order **#7849290**

**Hello again ,**

Exciting news! Your order has been completed.

**Questions about your order?** The fastest way to get answers to your questions is to visit the Redbubble Help Centre. This is also the best place to get the latest Shipping & Delivery information!

The shipping company will no doubt be waking up their postmen and pointing them in your general direction this very instant.

**Your order is shipping to:**
[redacted]
United States, [redacted]

And has been shipped today: **Dec 04, 2015** UTC

**TRACK ORDER**
**UPS MI :** [redacted]

Please note: It may take 24-48 hours for tracking to be available online.

Until next time,
**Mr Baxter - Assistant Deputy Director of Parcel Tape**

**Products that shipped:**



| | | |
|---|---|---|
| | **Brandy Melville®**<br>**1 x** Sticker<br>Small (4.0" x 0.8")<br><br>@ US$1.45<br><br>**Sent at** Dec 04, 2015 (GMT) | **SOLD BY**<br>**TimonPower77**<br>Lagny Sur Marne, France<br>+ Follow |
| | **Brandy Melville® (2)**<br>**1 x** Sticker<br>Small (4.0" x 0.9")<br><br>@ US$1.45<br><br>**Sent at** Dec 04, 2015 (GMT) | |



**Sent at** Dec 04, 2015 (GMT)
**THE BIG APPLE**
**1 x** Sticker
Small (3.0" x 4.0")

@ US$1.20

**Sent at** Dec 04, 2015 (GMT)

---

**It's Better in LA**
**1 x** Sticker
Small (3.0" x 4.0")

@ US$1.80

**Sent at** Dec 04, 2015 (GMT)

SOLD BY
caseyward
Hackettstown, United States

+ Follow

This completes your order - all items have now been shipped.

In the unlikely event you're not absolutely in love with your hand-crafted goodies, you can request an easy exchange

---

This is an operational email from Redbubble.

©2007-2015, Redbubble. All Rights Reserved User Agreement | Privacy Policy
633 Howard St | San Francisco, CA 94105 | USA