# EXHIBIT 73

**From:** Redbubble Marketplace Integrity Team <dmca.support@redbubble.com>
**Sent:** Wednesday, November 13, 2019 12:10 PM EST
**To:** ▮▮▮▮▮▮▮▮@gmail.com>
**Subject:** [dmca.support] Your work is now for sale - ▮▮▮▮

Redbubble

**Hi** ▮▮▮▮

We recently notified you that your artwork was being reviewed. After further review, it has been determined that your work can be sold on the Redbubble marketplace.

Going forward, you will receive your artist markup in full from sales of this artwork, and it will remain for sale on Redbubble until further notice.

**Affected Artwork:**

brandy melville-forget me not

https://www.redbubble.com/people/lipglossd/works/42456740-brandy-melville-forget-me-not

Have more questions? Ask us here

**Thanks,**

**Redbubble Marketplace Integrity Team**

This is an operational email from Redbubble

User Agreement | Privacy Policy

©2007–2019, Redbubble.
All Rights Reserved
111 Sutter St, 17th fl | San Francisco, CA 94104 | USA

CONFIDENTIAL

RBBM176043

Ex. 73
Page 90