# EXHIBIT 74

**From:** Redbubble via CS: DAS Records <das.records@redbubble.com>
**Sent:** Wednesday, May 17, 2017 8:12 PM EDT
**To:** ▇▇▇@gmail.com>
**Subject:** [Redbubble] Re: Order Changes

##- Please type your reply above this line -##

Your request (2541324) has been updated. To add additional comments, reply to this email.

▇▇▇ (Redbubble)
May 17, 17:12 PDT

Hey ▇▇▇,

Thanks for getting in touch with Redbubble customer experience team. I'd be happy to assist you with this!

I have cancelled your order **13941720** and processed a refund of **US$20.52** to your bank account. The transaction ID for this refund is ▇▇▇.

Your refund will appear on your next billing statement, although the actual time can vary from bank to bank. Further information regarding refunds can be found here.

If you have any other questions or queries, please don't hesitate to let us know.

 Have a great day!

Warm regards,

▇▇▇
Redbubble
Customer Experience Team

▇▇▇
May 17, 15:19 PDT

Email: ▇▇▇
Order Number: 13941720

I'd like to change the following items:

[ITEM 53555587]
BRANDY MELVILLE GNARLY
$1.82
1 × Sticker
Small (4.0" x 1.6")
53555587

[ITEM 53555588]
California Brandy Melville Sticker
$1.25
1 × Sticker
Small (3.0" x 3.0")
53555588

[ITEM 53555589]
California Circle Duo
$1.04

**CONFIDENTIAL**                                                                                                       RBBM176423

Ex. 74
Page 92

1 × Sticker
Small (3.0" x 3.0")
53555589

[ITEM 53555590]
LA glasses
$1.30
1 × Sticker
Small (4.0" x 1.5")
53555590

[ITEM 53555591]
BRANDY MELVILLE LIVE FAST DIE YOUNG
$1.82
1 × Sticker
Small (3.0" x 3.0")
53555591

[ITEM 53555592]
brandy melville california sticker
$2.18
1 × Sticker
Small (3.0" x 3.0")
53555592

[ITEM 53555593]
diamond design
$2.18
1 × Sticker
Small (2.5" x 2.7")
53555593

[ITEM 53555594]
Killin' It Drip
$1.51
1 × Sticker
Small (4.0" x 1.2")
53555594

[ITEM 53555595]
Vogue Dripping
$1.49
1 × Sticker
Small (4.0" x 1.4")
53555595

[ITEM 53555596]
Lazy stickers
$1.41
1 × Sticker
Small (4.0" x 1.1")
53555596

[ITEM 53555597]
California Bear Flag (Distressed Vintage Design)
$1.56
1 × Sticker
Small (3.1" x 3.0")
53555597

This is an email from Redbubble.

CONFIDENTIAL

RBBM176424

Ex. 74
Page 93

CONFIDENTIAL

RBBM176425

Ex. 74
Page 94

**From:** Redbubble via CS: DAS Records <das.records@redbubble.com>
**Sent:** Sunday, December 10, 2017 8:37 PM EST
**To:** ▇▇▇▇▇@me.com>
**Subject:** [Redbubble] Re: Order Changes

##- Please type your reply above this line -##

Your request (3232868) has been updated. To add additional comments, reply to this email.

▇▇▇ (Redbubble)
Dec 10, 17:37 PST

Hey ▇▇▇

Thanks for getting in touch with us. I'm sorry to hear that you want to cancel your order. Nevertheless, I'll get right on it!

I have cancelled your order **17353507** and processed a refund of **US$335.96** to your bank account. The transaction ID for this refund is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Your refund will appear on your next billing statement, although the actual time can vary from bank to bank. Further information regarding refunds can be found here.

If you have any other questions or queries, please don't hesitate to let us know. Have a great day!

Warm regards
▇▇▇
Redbubble
Customer Experience Team

---

Dec 10, 17:22 PST

Email: ▇▇▇@me.com
Order Number: 17353507

I'd like to change the following items:

[ITEM 69580792]
It's A Beautiful Day To Save Lives
$1.76
1 × Sticker
Small (4.0" x 1.2")
69580792

[ITEM 69580793]
YIKES
$1.44
1 × Sticker
Small (4.0" x 1.6")
69580793

[ITEM 69580794]
YIKES
$6.88
1 × Sticker

CONFIDENTIAL                                                                                                           RBBM176428

Medium (5.5" x 2.2")
69580794

[ITEM 69580795]
Good Vibes Techicolor
$6.60
1 × Sticker
Medium (5.5" x 3.6")
69580795

[ITEM 69580796]
Good Vibes Techicolor
$1.38
1 × Sticker
Small (4.0" x 2.6")
69580796

[ITEM 69580797]
dancing skeleton having fun
$1.38
1 × Sticker
Small (2.0" x 4.0")
69580797

[ITEM 69580798]
GIRL POWER
$16.05
1 × Sticker
Extra Large (14.0" x 6.6")
69580798

[ITEM 69580799]
GIRL POWER
$1.44
1 × Sticker
Small (4.0" x 1.9")
69580799

[ITEM 69580800]
GIRL POWER - Style 2
$1.72
1 × Sticker
Small (4.0" x 1.9")
69580800

[ITEM 69580801]
GIRL POWER - Style 2
$13.74
1 × Sticker
Large (8.5" x 4.0")
69580801

[ITEM 69580802]
GIRL POWER - Style 2
$8.25
1 × Sticker
Medium (5.5" x 2.6")
69580802

[ITEM 69580803]
Squidward Dab
$1.26
1 × Sticker

**CONFIDENTIAL**

RBBM176429

Ex. 74
Page 96

Small (3.5" x 3.0")
69580803

[ITEM 69580804]
Michael Scott - Prison
$1.49
1 × Sticker
Small (2.5" x 2.7")
69580804

[ITEM 69580805]
Champion Sports
$1.49
1 × Sticker
Small (4.0" x 0.8")
69580805

[ITEM 69580806]
Champion Sports
$7.15
1 × Sticker
Medium (5.5" x 1.0")
69580806

[ITEM 69580807]
yikes!!!!
$1.38
1 × Sticker
Small (4.0" x 1.1")
69580807

[ITEM 69580808]
Fuck Trump supreme box logo
$1.38
1 × Sticker
Small (4.0" x 1.2")
69580808

[ITEM 69580809]
Fuck Trump supreme box logo
$6.60
1 × Sticker
Medium (5.5" x 1.7")
69580809

[ITEM 69580810]
Obama Fuck Trump Supreme
$1.49
1 × Sticker
Small (2.9" x 4.0")
69580810

[ITEM 69580811]
Obama Fuck Trump Supreme
$7.15
1 × Sticker
Medium (3.9" x 5.5")
69580811

[ITEM 69580812]
Marilyn Monroe Supreme design
$1.38
1 × Sticker

**CONFIDENTIAL**

RBBM176430

Ex. 74
Page 97

Small (3.0" x 3.6")
69580812

[ITEM 69580813]
Daddy
$1.38
1 × Sticker
Small (4.0" x 1.4")
69580813

[ITEM 69580814]
Clueless Aesthetic
$12.00
1 × Poster
Semi Gloss | Small (16.4" x 16.4")
69580814

[ITEM 69580815]
Portal
$14.00
1 × Poster
Semi Gloss | Small (16.4" x 16.4")
69580815

[ITEM 69580816]
BRANDY MELVILLE NYC
$9.63
1 × Sticker
Medium (5.2" x 5.5")
69580816

[ITEM 69580817]
BRANDY MELVILLE NYC
$2.01
1 × Sticker
Small (3.0" x 3.2")
69580817

[ITEM 69580818]
BRANDY MELVILLE NYC
$16.03
1 × Sticker
Large (8.0" x 8.5")
69580818

[ITEM 69580819]
Hologram Smile
$1.72
1 × Sticker
Small (2.5" x 4.0")
69580819

[ITEM 69580820]
Hologram Smile
$19.26
1 × Sticker
Extra Large (8.7" x 14.0")
69580820

[ITEM 69580821]
Have A Nice Day
$2.07
1 × Sticker

**CONFIDENTIAL**

RBBM176431

Small (4.0" x 3.0")
69580821

[ITEM 69580822]
Rihanna Needed Me Savage
$1.65
1 × Sticker
Small (4.0" x 0.6")
69580822

[ITEM 69580823]
out of this world sticker set
$1.72
1 × Sticker
Small (2.9" x 4.0")
69580823

[ITEM 69580824]
space
$2.52
1 × Sticker
Small (3.9" x 3.0")
69580824

[ITEM 69580825]
Riverdale Logo
$1.44
1 × Sticker
Small (4.0" x 0.7")
69580825

[ITEM 69580826]
madelaine petsch
$1.55
1 × Sticker
Small (2.8" x 4.0")
69580826

[ITEM 69580827]
Cole Sprouse
$1.50
1 × Sticker
Small (3.0" x 3.0")
69580827

[ITEM 69580828]
camila mendes and lili reinhart
$1.38
1 × Sticker
Small (4.0" x 3.0")
69580828

[ITEM 69580829]
KJ Apa - actor
$1.38
1 × Sticker
Small (2.7" x 4.0")
69580829

[ITEM 69580830]
Parks and Rec
$1.38
1 × Sticker

CONFIDENTIAL

RBBM176432

Small (3.0" x 3.9")
69580830

[ITEM 69580831]
COMME DES GARÇONS PLAY
$1.38
1 × Sticker
Small (3.1" x 3.0")
69580831

[ITEM 69580832]
SHAKA
$1.38
1 × Sticker
Small (3.0" x 3.0")
69580832

[ITEM 69580833]
lil yachty - lil boat
$1.38
1 × Sticker
Small (3.0" x 3.0")
69580833

[ITEM 69580834]
thrasher
$1.49
1 × Sticker
Small (2.5" x 1.3")
69580834

[ITEM 69580835]
Vans
$1.38
1 × Sticker
Small (2.5" x 1.0")
69580835

[ITEM 69580836]
Vans Cali
$1.38
1 × Sticker
Small (4.0" x 1.3")
69580836

[ITEM 69580837]
VANS STICKER
$1.60
1 × Sticker
Small (4.0" x 1.7")
69580837

[ITEM 69580838]
Vans Rainbow
$1.38
1 × Sticker
Small (3.4" x 3.0")
69580838

[ITEM 69580839]
Hypebeast Supreme HD Sneakerhead Yeezy Colorway Logo
$1.25
1 × Sticker

Small (4.0" x 1.2")
69580839

[ITEM 69580840]
Dog Distraction
$1.44
1 × Sticker
Small (3.9" x 0.8")
69580840

[ITEM 69580841]
Pops Diner Sticker
$1.38
1 × Sticker
Small (1.6" x 1.8")
69580841

[ITEM 69580842]
The Big Wave
$1.44
1 × Sticker
Small (4.0" x 2.7")
69580842

[ITEM 69580843]
Trippy Crying Girl
$1.55
1 × Sticker
Small (4.0" x 2.4")
69580843

[ITEM 69580844]
Just Peachy
$1.41
1 × Sticker
Small (4.0" x 1.2")
69580844

[ITEM 69580845]
Just Peachy
$15.79
1 × Sticker
Extra Large (14.0" x 4.3")
69580845

[ITEM 69580846]
Twerking Tina Belcher
$1.38
1 × Sticker
Small (0.7" x 1.6")
69580846

[ITEM 69580847]
Stranger Things
$1.61
1 × Sticker
Small (4.0" x 1.6")
69580847

[ITEM 69580848]
Comme des Garçons Logo
$1.44
1 × Sticker

Small (3.8" x 1.8")
69580848

[ITEM 69580849]
No Bad Days
$1.72
1 × Sticker
Small (4.0" x 2.6")
69580849

[ITEM 69580850]
magic eye trio
$1.38
1 × Sticker
Small (3.0" x 3.1")
69580850

[ITEM 69580851]
magic eye trio
$6.60
1 × Sticker
Medium (5.3" x 5.5")
69580851

[ITEM 69580852]
strange waffle
$1.44
1 × Sticker
Small (3.4" x 3.0")
69580852

[ITEM 69580853]
all love is equal
$1.38
1 × Sticker
Small (3.1" x 3.0")
69580853

[ITEM 69580854]
Be Kind Anyway Quote
$1.84
1 × Sticker
Small (4.0" x 1.4")
69580854

[ITEM 69580855]
Holo Moon
$1.38
1 × Sticker
Small (3.0" x 3.2")
69580855

[ITEM 69580856]
clueless
$1.71
1 × Sticker
Small (3.0" x 4.0")
69580856

[ITEM 69580857]
Retro Chill
$1.77
1 × Sticker

Small (4.0" x 2.1")
69580857

[ITEM 69580858]
Retro Chill
$8.47
1 × Sticker
Medium (5.5" x 2.9")
69580858

[ITEM 69580859]
flowers
$1.55
1 × Sticker
Small (3.0" x 3.5")
69580859

[ITEM 69580860]
KALE - Beyonce
$1.38
1 × Sticker
Small (3.0" x 4.0")
69580860

[ITEM 69580861]
Pride Hearts
$1.44
1 × Sticker
Small (4.0" x 0.6")
69580861

[ITEM 69580862]
Travis Scott - Angel
$1.61
1 × Sticker
Small (3.6" x 3.0")
69580862

[ITEM 69580863]
Stranger Things upside down
$1.38
1 × Sticker
Small (4.0" x 3.0")
69580863

[ITEM 69580864]
Migos Culture
$1.38
1 × Sticker
Small (3.0" x 3.3")
69580864

[ITEM 69580865]
Supreme Camo
$1.34
1 × Sticker
Small (4.0" x 1.3")
69580865

[ITEM 69580866]
Supreme Galaxy
$1.46
1 × Sticker

Small (4.0" x 1.1")
69580866

[ITEM 69580867]
21 Savage
$1.57
1 × Sticker
Small (3.6" x 3.0")
69580867

[ITEM 69580868]
Uh Huh Honey Script
$1.67
1 × Sticker
Small (4.0" x 0.9")
69580868

[ITEM 69580869]
Have A Nice Day
$16.49
1 × Sticker
Large (8.5" x 6.3")
69580869

[ITEM 69580870]
Wish You Were Weird - Aliens
$2.01
1 × Sticker
Small (3.0" x 4.0")
69580870

[ITEM 69580871]
Wish You Were Weird - Aliens
$9.63
1 × Sticker
Medium (4.1" x 5.5")
69580871

[ITEM 69580872]
Wish You Were Weird - Aliens
$16.03
1 × Sticker
Large (6.4" x 8.5")
69580872

[ITEM 69580873]
Italy Brandy Sign
$1.72
1 × Sticker
Small (4.0" x 1.4")
69580873

This is an email from Redbubble.

**From:** Redbubble via CS: DAS Records <das.records@redbubble.com>
**Sent:** Tuesday, February 06, 2018 6:08 PM EST
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮@gmail.com>
**Subject:** [Redbubble] Re: Return my order

##- Please type your reply above this line -##

Your request (3498236) has been updated. To add additional comments, reply to this email.

▮▮▮ (Redbubble)
Feb 6, 15:08 PST

Hey ▮▮▮,

Thanks for getting in touch with us. I'm so sorry to hear that your order wasn't quite right. Not to worry I'd be happy to assist you with this

I have cancelled your order **18511634** and processed a refund of **US$7.08** to your bank account. The transaction ID for this refund is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Your refund will appear on your next billing statement, although the actual time can vary from bank to bank. Further information regarding refunds can be found [here](#).

If you have any other questions, please feel free to contact us.

Do have a wonderful day.

Best wishes,

▮▮▮
Redbubble
Customer Experience Team

---

▮▮▮▮▮
Feb 6, 14:45 PST

Email: ▮▮▮▮▮▮▮▮@gmail.com
Order Number: 18511634

I'd like to return the following items:

[ITEM 74582148]
brandy melville bordered wave sticker
$4.67
1 × Sticker
Small (4.0" x 3.0")
74582148

This is an email from Redbubble.

CONFIDENTIAL

RBBM176702

Ex. 74
Page 105