# EXHIBIT 75

**From:** ▆▆▆▆ (Redbubble) <aboutmyorder@redbubble.com>
**Sent:** Tuesday, October 04, 2016 4:15 PM EDT
**To:** ▆▆▆▆▆▆ @aol.com>
**Subject:** [Redbubble] Re: Re: We've Shipped Your Order - 10717150

##- Please type your reply above this line -##

Your request (1823090) has been updated. To add additional comments, reply to this email.

▆▆▆▆ (Redbubble)
Oct 4, 13:15 PDT

Hey there ▆▆▆▆,

Thank you for getting back in touch with me? I apologize that the order did not arrive but not to worry!

We've given our printing team the thumbs up, and your free replacement order is in the works. You can follow its progress until it ships using order number 10882409. When it's heading out the door, you'll then receive a shipping notification email.

Your replacement order should be with you by the 21st at the latest but it may arrive sooner!

Sadly, two of the designs you requested are no longer available and I will not be able to replace them for you. To make it up to you, I went ahead and created Redbubble credit code PO1071715020161004 in the amount of $9.86 so that you can order other stickers instead! This credit can be used by following these steps:

1. Add those new designs to your cart.
2. Enter your coupon code in the 'Add A Coupon' field.
3. Click 'Apply'.

If there is anything else that I can help you with, please let me know!

All the best,
▆▆▆▆
Redbubble Customer Experience

▆▆▆▆
Oct 4, 12:45 PDT

Hello
So sorry to bother you we still haven't received the order we were scheduled to receive it today and still not here.
Thank you
▆▆▆▆▆▆

▆▆▆▆ @aol.com

▆▆▆▆ (Redbubble)
Oct 3, 13:31 PDT

Hello again ▆▆▆▆,

Thank you for getting back in touch with me! I certainly understand and I apologize that the shipping times are a little longer than expected.

I do want to let you know that you can always view the shipping times on our Shipping and Delivery page! This page will show you all of the shipping times for any item and can be a valuable tool! :)

CONFIDENTIAL

RBBM176537

If there is anything else that I can help you with, please let me know!

All the best,

██████

Redbubble Customer Experience

---

██████
Oct 3, 12:54 PDT

Okay! We just still haven't received it. Did not realize it would take this long!!!!

████@aol.com

---

██████ (Redbubble)
Oct 1, 16:36 PDT

Hey there ████,

Thank you for getting in touch with us about your order!

I've checked in on your order and can see that it was shipped out on the 20th from Iowa, to the address:

████████████████████
████████████████
United States

While your order is on the way, you can keep an eye on its progress with this tracking number ████████████████████ Orders for stickers usually arrive in 10 business days, and your order should reach you by the 4th at the latest but it may arrive sooner!

We want to be sure that your order makes it to you, so please let us know if you haven't received it by then! :)

All the best,

██████

Redbubble Customer Experience

---

██████
Oct 1, 14:31 PDT

Hello, Still haven't received my order. Not happy taking a very long time. Could you please let me know the status of my order.

Thank you
████████████████

████@aol.com

On Tuesday, September 20, 2016, Redbubble <aboutmyorder@redbubble.com> wrote:

WE'VE SHIPPED ALL OF
YOUR ORDER. HOW EXCITING!

ORDER SUCCESSFUL
MADE & SHIPPED
DELIVERED
Your order has shipped
ORDER #10717150

SENT SEP 20
Marble Elephant

CONFIDENTIAL

RBBM176538

1 × Sticker

amariei
State College, United States

SENT SEP 20
Teaser
2 × Sticker

Victoria Swigart
Pensacola, United States

SENT SEP 20
Flower Tumblr
1 × Sticker

charlo19
Joined November 2015

SENT SEP 20
she believed she could so she did
3 × Sticker

fahimahsarebel
Toronto, Canada

SENT SEP 20
The Hamsa Hand
1 × Sticker

Carolyn Huane
Point Cook, Australia

SENT SEP 20
circle wave
1 × Sticker

natatat
Joined February 2014

SENT SEP 20
Live by the sun, Love by the moon
1 × Sticker

sophh-sophh
Joined March 2016

SENT SEP 20
City skyline
1 × Sticker

hcross214
Joined December 2015

SENT SEP 20
Gossip Girl: What Would Blair Waldorf Do? Wat ercolor
1 × Sticker

Emilyn Frohn
Cresco, United States

SENT SEP 20
Arrows

**CONFIDENTIAL**

**RBBM176539**

1 × Sticker

sophh-sophh
Joined March 2016

SENT SEP 20
Brandy Melville Sticker
1 × Sticker

oceanology
Princeton, United States

SENT SEP 20
Mandala Elephant Lilac
1 × Sticker

laurauroraa
Stockport, United Kingdom

SENT SEP 20
R
1 × Sticker

hayleylauren
Joined February 2015

SENT SEP 20
Do Water Polo Not Drugs
1 × Sticker

supernova23
Los Angeles, United States

SENT SEP 20
Team USA Water Polo
1 × Sticker

evilzoneonline
Joined February 2016

SENT SEP 20
philadelpia eagles primary
1 × Sticker

krissugi
Boyolali, Indonesia

SENT SEP 20
Latte
1 × Sticker

orothseid
State College, United States

SENT SEP 20
equal
1 × Sticker

J R
Joined September 2014

SENT SEP 20
Vineyard Vines 3 Pack

CONFIDENTIAL

RBBM176540

1 × Sticker

EACedar311
Tampa, United Kingdom

SENT SEP 20
XOXO
1 × Sticker

Rooss
Joined April 2016

SENT SEP 20
stay weird.
1 × Sticker

killthespare89
Joined August 2014

Shipping Address

███████████

████████████████

███████████████

CHECK ORDER PROGRESS

Tracking Number (UPS MI)

███████████████

Please note: It may take 24–48 hours for tracking to be available online.

Check your order progress

I made a mistake, can I change my order?

Return or exchange an item

When should I expect my order?

This is an operational email from Redbubble
User Agreement | Privacy Policy
©2007–2016, Redbubble.
All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

--
You received this message because you are subscribed to the Google Groups "CS: aboutmyorder" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
aboutmyorder+unsubscribe@redbubble.com.

This is an email from Redbubble.

CONFIDENTIAL

RBBM176541

**From:** Redbubble <support@redbubble.zendesk.com>
**Sent:** Sunday, September 04, 2016 1:02 AM EDT
**To:** ▓▓▓▓▓▓▓▓▓@aol.com>
**Subject:** Request #1744462: How did ▓▓▓▓▓ do today?

##- Please type your reply above this line -##

Hello ▓▓▓▓▓,

▓▓▓▓▓ would love to hear how you felt about your experience today. Please take a moment to answer a quick question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what today's conversation was about:

---

▓▓▓▓ (Redbubble)
Sep 3, 20:47 PDT

Hi ▓▓▓▓▓,

Thank you for writing in! I'm sorry that your order is taking longer than expected to arrive, I can imagine how frustrating this must be.

Have no fear! I'm here to help :)

We've given our printing team the thumbs up, and your free replacement order is in the works. You can follow its progress until it ships using order number 10566631. When it's heading out the door, you'll then receive a shipping notification email.

Your replacement order should be with you by September 20th.

However, I'm sorry to report that two of the designs that you ordered (the **Lululemon Red** and the **Brandy Melville** designs) are no longer available. Thus, to make up for it, I have issued a Redbubble Credit code PO1043757120160903 for the purchase amount of US$7.00.

The credit is good for one year from the issue date and can be used by following the instructions below:

1. Add those new designs to your cart.
2. Enter your coupon code in the 'Add A Coupon' field.
3. Click 'Apply'.

I hope you continue to have great experiences with Redbubble! Have a great day! :)

Cheers,

▓▓▓▓
Redbubble
Customer Experience Team

---

▓▓▓▓▓
Sep 3, 17:23 PDT

My order 10437571 hasnt arrived.

The shipping address used to place my order was:

CONFIDENTIAL

RBBM180845

Ex. 75
Page 112

If required, I would like a reprint to be sent to: same_address_above

**CONFIDENTIAL**

**RBBM180846**

**From:** Redbubble <aboutmyorder@redbubble.com>
**Sent:** Tuesday, October 04, 2016 6:03 PM EDT
**To:** ████████ @aol.com>
**Subject:** Request #1823090: How did ████ do today?

##- Please type your reply above this line -##

Hello ████ ,

   would love to hear how you felt about your experience today. Please take a moment to answer a quick question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what today's conversation was about:

████ (Redbubble)

Oct 4, 13:15 PDT

Hey there ████ ,

Thank you for getting back in touch with me? I apologize that the order did not arrive but not to worry!

We've given our printing team the thumbs up, and your free replacement order is in the works. You can follow its progress until it ships using order number 10882409. When it's heading out the door, you'll then receive a shipping notification email.

Your replacement order should be with you by the 21st at the latest but it may arrive sooner!

Sadly, two of the designs you requested are no longer available and I will not be able to replace them for you. To make it up to you, I went ahead and created Redbubble credit code PO1071715020161004 in the amount of $9.86 so that you can order other stickers instead! This credit can be used by following these steps:

1. Add those new designs to your cart.

2. Enter your coupon code in the 'Add A Coupon' field.

3. Click 'Apply'.

If there is anything else that I can help you with, please let me know!

All the best,

████

Redbubble Customer Experience

████

Oct 4, 12:45 PDT

Hello
So sorry to bother you we still haven't received the order we were scheduled to receive it today and still not here.
Thank you
████████
████ @aol.com

**CONFIDENTIAL**                                                                                    **RBBM180872**

Ex. 75
Page 114

�_____ (Redbubble)

Oct 3, 13:31 PDT

Hello again ▢▢▢▢ ,

Thank you for getting back in touch with me! I certainly understand and I apologize that the shipping times are a little longer than expected.

I do want to let you know that you can always view the shipping times on our Shipping and Delivery page! This page will show you all of the shipping times for any item and can be a valuable tool! :)

If there is anything else that I can help you with, please let me know!

All the best,

████

Redbubble Customer Experience

---

▢_____

Oct 3, 12:54 PDT

Okay! We just still haven't received it. Did not realize it would take this long!!!!

████

████ @aol.com

---

▢_____ (Redbubble)

Oct 1, 16:36 PDT

Hey there ████ ,

Thank you for getting in touch with us about your order!

I've checked in on your order and can see that it was shipped out on the 20th from Iowa, to the address:

████████████████████

██████████ United States

While your order is on the way, you can keep an eye on its progress with this tracking number ████████████████ Orders for stickers usually arrive in 10 business days, and your order should reach you by the 4th at the latest but it may arrive sooner!

We want to be sure that your order makes it to you, so please let us know if you haven't received it by then! :)

All the best,

████

Redbubble Customer Experience

---

▢_____

Oct 1, 14:31 PDT

Hello, Still haven't received my order. Not happy taking a very long time. Could you please let me know the status of my order.

Thank you

████████████████

████ aol.com

On Tuesday, September 20, 2016, Redbubble <aboutmyorder@redbubble.com> wrote:

CONFIDENTIAL                                                                 RBBM180873

Ex. 75
Page 115

WE'VE SHIPPED ALL OF
YOUR ORDER. HOW EXCITING!

ORDER SUCCESSFUL
MADE & SHIPPED
DELIVERED
Your order has shipped
ORDER #10717150

SENT SEP 20
Marble Elephant
1 × Sticker

amariei
State College, United States

SENT SEP 20
Teaser
2 × Sticker

Victoria Swigart
Pensacola, United States

SENT SEP 20
Flower Tumblr
1 × Sticker

charlo19
Joined November 2015

SENT SEP 20
she believed she could so she did
3 × Sticker

fahimahsarebel
Toronto, Canada

SENT SEP 20
The Hamsa Hand
1 × Sticker

Carolyn Huane
Point Cook, Australia

SENT SEP 20
circle wave
1 × Sticker

natatat
Joined February 2014

SENT SEP 20
Live by the sun, Love by the moon
1 × Sticker

sophh-sophh
Joined March 2016

SENT SEP 20
City skyline
1 × Sticker

hcross214

**CONFIDENTIAL**

**RBBM180874**

Joined December 2015

SENT SEP 20
Gossip Girl: What Would Blair Waldorf Do? Wat ercolor
1 × Sticker

Emilyn Frohn
Cresco, United States

SENT SEP 20
Arrows
1 × Sticker

sophh-sophh
Joined March 2016

SENT SEP 20
Brandy Melville Sticker
1 × Sticker

oceanology
Princeton, United States

SENT SEP 20
Mandala Elephant Lilac
1 × Sticker

laurauroraa
Stockport, United Kingdom

SENT SEP 20
R
1 × Sticker

hayleylauren
Joined February 2015

SENT SEP 20
Do Water Polo Not Drugs
1 × Sticker

supernova23
Los Angeles, United States

SENT SEP 20
Team USA Water Polo
1 × Sticker

evilzoneonline
Joined February 2016

SENT SEP 20
philadelpia eagles primary
1 × Sticker

krissugi
Boyolali, Indonesia

SENT SEP 20
Latte
1 × Sticker

orothseid

CONFIDENTIAL

RBBM180875

State College, United States

SENT SEP 20
equal
1 × Sticker

J R
Joined September 2014

SENT SEP 20
Vineyard Vines 3 Pack
1 × Sticker

EACedar311
Tampa, United Kingdom

SENT SEP 20
XOXO
1 × Sticker

Rooss
Joined April 2016

SENT SEP 20
stay weird.
1 × Sticker

killthespare89
Joined August 2014

Shipping Address

████████████

██████████████████

██████UNITED STATES

CHECK ORDER PROGRESS

Tracking Number (UPS MI)

██████████████████

Please note: It may take 24–48 hours for tracking to be available online.

Check your order progress

I made a mistake, can I change my order?

Return or exchange an item

When should I expect my order?

This is an operational email from Redbubble
User Agreement | Privacy Policy
©2007–2016, Redbubble.
All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

--
You received this message because you are subscribed to the Google Groups "CS: aboutmyorder" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
aboutmyorder+unsubscribe@redbubble.com.

CONFIDENTIAL

RBBM180876

**CONFIDENTIAL**

**RBBM180877**

**From:** Redbubble <aboutmyorder@redbubble.com>
**Sent:** Monday, October 10, 2016 4:02 PM EDT
**To:**
**Subject:** Request #1837756: How did _____ do today?

## Please type your reply above this line ##

Hello _____

_____ would love to hear how you felt about your experience today. Please take a moment to answer a quick question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what today's conversation was about:

> _____ (Redbubble)
> Oct 10, 11:10 PDT
>
> Hey _____,
>
> Thanks for getting back to me. I'll get working on this right away!
>
> I've given our printing team the thumbs up, and your free replacement order is in the works. You can follow its progress until it ships using order number **10935793**. When it's heading out the door, you'll then receive a shipping notification email.
>
> Your replacement order should be with you no later than the **27 October 2016.**
>
> If you have any questions, please don't hesitate to let me know. Take care and have a wonderful day!
>
> Sincerely,
>
> _____
> Customer Experience Team

> _____
> Oct 10, 10:36 PDT
>
> thank you so much! i know i'm really sad that my order could be lost, i've been waiting so long for these. if you could send it to my regular address because i don't have an alternate that would be greatly appreciated!! thanks again
>
> _____
> _____

> _____ (Redbubble)
> Oct 10, 09:50 PDT
>
> Hey there _____
>
> Thanks for getting in touch with us. I'll be happy to assist you!
>
> I've checked in on your order and can see that it was left at your local post office.
>
> Please, kindly reach out to your local post office to uplift your order. Should they not be able to locate your order, please reach out to us right away and I'll be happy to sort it out in your best interest!
>
> Please feel free to contact me if you have any additional questions. Have a great day!
>
> Sincerely,
>
> _____
> Customer Experience Team

> _____
> Oct 10, 09:25 PDT
>
> Hi! I still haven't gotten my order, which makes it 3 days late. I don't know if it's out of your reach now, but I was just wondering why it's late, thank you!!!

> _____ (Redbubble)
> Oct 6, 11:21 PDT
>
> Hey there _____,
>
> Thanks for getting in touch with us. I'll be happy to assist you!
>
> I've checked in on your order and can see that it was shipped out on **23 September 2016** from Iowa, United States, to this address:
>
> _____
> **United States**
>
> Standard orders for stickers usually arrive within 10 business days, and your order should reach you no later than tomorrow the **7 October 2016.**
>
> We want to be sure that your order makes it to you, so please let us know if you haven't received it by then!
>
> Please feel free to contact me if you have any additional questions. Have a great day!
>
> Sincerely,
>
> _____
> Customer Experience Team

**CONFIDENTIAL**

RBBM180878

Oct 6, 11:10 PDT

when will it be delivered to my house? i've been waiting for weeks and can hardly wait any longer

On Tuesday, October 4, 2016, Redbubble <aboutmyorder@redbubble.com> wrote:

Order Successful

Made & Shipped

Delivered

Delivery Summary

Order #10761476

DELIVERED OCT 04

Watermelon sticker (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwXGFlqDTloUUQTrMnJN-2FRwkIMQZf4jmzM6bk-2Bt23cpuD2UiXhnARvngZ3HUZnF8PVod4pWPnp649Mgqn4wuuLTahAmC2-2BGbpWs-2BY85B5yDQ6zfvZHwbOhOBT6lOCMWG4K-2B0sv3pSCd3J-2BYH4HA2O6TLof9k9L25VnpMyXloXuSgT7UauKhdQSqqQaj5-2Fs-2BADphGaCnC5WqsYwo-2BOTbY9DMZJjSfG23FrY4CXpzCEdWaM-2BVgD00XSvsdRZ5hNLOBVj-2BxL6H19MwYMCRUmqs8OFzfxLdP5F0b5suZzUu23Fpz7kpbXCGoKHM59hWdmJg2B8-3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZ...)

1 × Sticker

roryygill (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwXGFlqDTloUUQTrMnJN-2FRwkf9Ln73-2BPHJQA3VVJot6H-2BXDTPT8B0G-2B1TEltxVi-2FGR6IxBsi8FNKJTBwDQgfmO0wr53XWG-2FY2ttx1o9bYvUol4izfC4S-2FodiWg5d22wOHwdPwMSkHvUCG818YUF2J1Up0S3-2FZtt9tLAeFCRkpVDrJSX4DOxwTn5tVHWL634zNvwfmw-2BC8q7TfTG8a2WfDZrygnDUZePeQyI1BfGqf-2FDzMt5NLCg4n-2FMT2BDTsSfHjIKBgh3wzTOvI1yFyxrEAHM_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zbYXsO6a8Z3JxQ0rYGW0-2...)

FAIRFIELD, United States

DELIVERED OCT 04

Gypsy Eyes (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2FLtUm-2FWEKLBv4djkdko6i5c1-2Br7EJe8Kir3kRFnWFvpfB3meZLLhz08kGQkV5fKDNt2GC-2F49TkMGnSZ8VRAoKaBkn-2FhRMyMN-2BGtG1co-2FosFJPHY6Yw3tJbaEa1Jo-2BpvVuu1ku40tGvBjJKIVBw4VXELU39Kb6LVIZJ9TOZEyA9o2XxeHGB3blYSgjDQEb17VzoSJQqblFeLJVQmtnRAveKwPilbpXisX-2BOSa7vAYckUOzaSeNUPCW33SMM8BN0uz-2FCzReUWaVJ1HX4-2FCOmgtKXuDHOo8nFm1yDYj1m1uQ-3D-3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambx...)

1 × Sticker

cykyrath (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwUzJefN7ZPwoBF0nzuYWs3R-2FCY6GU-2BISZXa5gd-2FK4PcvWGwYzI5cOvGaMbon6qGFReXZC6xW51qfHf2tkWtGEZhdGEB3ecAVAy5J3Gx6RFiVNM2ugTJXEqLdd2c35GZ-2Fqpm7TcXPlP2zAL4b5qW5-2BLDdivpO0ZedVFSCdHsYsMz7YNxUy0JJmIbsl-2B9IVqw-2Bb-2BmT7NJTtc8k3eOdIcSy5hRIODwP-2B-2BybEp-2Bx9t29tJlHIk2frsMPG1Vx1EPr-2F3PCa6tbDsEDHwRXFoxmbHAF30_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zQqaighVy1EG6l4e-2Fb...)

Watertown, United States

DELIVERED OCT 04

Mermaids Don't Do Homework (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwUEpIW2IjOCOO4V8v2Yq-2BKqIOv3jD3t93Xbg2NuvJ0MLKl8ZSh4VIRXkfF7-2FV8zfWBE6Q4ptkBOG2c-2FFqnk1K5LuORNtoPalhXh1Iul3OFY0bFuu1uqtTjKce0UH7wkBeULnF-2FF-2BKOumCrOUYA8on2CQv-2BFJmGAsZ7G9c3J4-2FGT79PlJa7F9tzV5yK7H7TefPhvlE78tqnHJ0CFJVfwow8QGMQ1p4Kh-2FlWaufnfPv-2BV0LmTnq2rZWt9yIsnrFjOT69sDWHXXbUf4olznSPSMrlIKG1ZV1L7gLB-2FH79nGnTH4vA2OJ-2B5UIeS4X3hMJZTSuU-3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZ...)

1 × Sticker

caseyward (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwUEpIW2IjOCOO4V8v2Yq-2BKqJ3K0eLd2kULvD6hqUAv1rxegv-2F66-2B3Tq5MAekrmKh6ArbcyiBUiFqDhaZztsdTed0SUTJgKtEiQ-2BKyjOE7hgLbPB-2FIdsvKcAZosajX0yBPQJufzrnW8hVsii8278OujoPCxZAFlJxvVCGjqem6diLSQdl5-2F8PyQ-2FvaCHJBn1uY7COJ4ZdsZZfO7Y3o1riNcgHX6oP0gmLO0Q6zW56A8rabZ4X23SNmGCjA41kzF06qGaA0CLhTNrS49hK4KccWqFb1_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zWHOcjHsuOpAQ8dJEOHDTmiKCUdvMD...)

Hackettstown, United States

DELIVERED OCT 04

Rainbow smile emoji (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwV0BH2IW82S1ReP9yRPSJhYPnbRActi4XVIFoQFyCJUQ1CKHDRPx2E3X64cnIQwOrA-2FDaOzfQEH2ZZGF3GqmiGb7YJ-2B8nQQWFuTpn-2FQB8o5Ewhu-2FMwG9nPMXEKGRy1gm6Tc3tyAJUzDMM-2FMvYpz4-2F6PNnw7YKSKA-2Bq9NdakRuNb-2Fcjm-2F2CHW9XT5ki-2F1KnrLMy57BppMJ0FrcQ0Kdvp4X2E5XkwHZzGXkzML6TwQzihXpVxaL89aYenI6SwGDwPITPzH9NC11wqUPmROWHRdw0Df-2FGlEpOxAjVmdoXgmPrkkiO7KAjBGd42bFeBsbXHs-3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZ...)

1 × Sticker

charlo19 (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwX5rSvbykldbqqHAfykeNQsXdchfN3VDZIqO2DNhhJlb5q0TNnMajsJmH1mEgdW4GABXuytlvo-2FQnMT-2F-2BXKVLlQQ6fuWDXu7ao3C8X4uqkC5t8omn3MujnO2nANr4bA467vuzsTAsyDOEJDs1eggB6kVIcSdpOYkEpw6hufyC6NNCrdBo7J0Lrfh6Byt0giPH1DsAi3IuC8hMdMW2urDbdgYAONnAzhr4pnDhmonw9ll2BCa3ewGzorfj4uW_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zR2st4Orr7sCxt9f7M1FnDt2BsltnAEk2nr7...)

Joined November 2015

DELIVERED OCT 04

USA Brandy Melville (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwVJD4iPHk2f7-2B1zM2mwgRlNke4JGBzBpEGwkCKEVjmnTa3w67pDl5fFx6nJF1ewG-2B68FFoZQZvHLrhJhNvrJabroc0rO-2F6tGiBv3qumbuyPrW1SX1PW4xSGGHPYtfa9fNQZAwEKT3kSboy73b4Gyqnvk-2Fa5t7mLpEdAj22YQKUBaL-2Bb70sjuSeXnOKoEfhOPFzxSVINcpQz98U0OXpHMDOrYyU3mDbNg83kRV7CKXzHH5wTEnlFvpjD2SMWXE7Ep41KBdrF0pCM0Lia7j1ANPBER0PHgbyFmJKCHDriGfzXXPfUhnYT2dkWd7IlWKdoyDEw-3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPT...)

1 × Sticker

rhg26 (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwV3kO-2BJGEH88LF2HHEHpKLlDPFDtB2yz6Daq-2BY7BYP2TYi11Bp0JZMtdua7YaHgta0aM4PPyyEyZ213YNS36dPqU8PPocf5FAdbr-2Bya5N84f7HXzGrTX8FRNDr-2BB5vp5-2BoUbHL75MMoQ2BUSih8np5jg6IWawDzp3a6V7tC-2FoSb0gS8zWu66RyjdJwA8Lx2PenT7K65jPqB8F2h7xSOhFO2iGk9108bZ9fpz27ozXjRDxZ7nz9QlHXkeMV0UmYeP4-3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0znA0u5Q5UsIufDdxI7sDT4jgLaXwmSGw-2BUtSTHk9n-2BSf...)

Joined February 2015

DELIVERED OCT 04

Boston Locals Only - White (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwV9vaxCb9mtgZXONEOwdLFLsMFB6kfWgVu3Taa7y1fYKSbpmK8JYW8fzCCgBiN-2BIWkz1qxz-2Bz00OeZfK0akuOgMloiYgT0-2BBhT5GYeiC6h-2Bg2J1SCF5eOMjXh-2BWqsioqa64yxJF9Ohgb3WVdLJOQStOXYZ9DuZVphqbiwA-2B-2FyDSL7r31pHAguuWBcemaZFG-2B4PucRWZvILw0BOwHfPLq9EgK-2B-2FDCKX6c8zVmJPI73aXRJKi5phfQr4IZQH3A3JFyOtaP5tEQIx3C-2FnZI-2F98JSTff-2Fj-2Fk8N0vJwVS7sLDiu9GXWc0oekWpaM9IqpwO2qDxs-)

CONFIDENTIAL                                                                                                          RBBM180879

3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX...)

1 × Sticker

authenticity (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwV9vaxCb9mtgZXONEQwdLFLtyzyrHtYBunnmMcO6Ha6wEWHJBW3TTOn60MRzo0jr4-2FYs-2BedrLDHRgWdpI-2BJbBEyRG-2B-2Fahawd412mmTt-2BOLYyg19W-2FrYpUeise1cQY3h7c9QxVG36J-2FNoN-2B8oZEwS-2BuVyoZsJJj9lDqZzf5iFR0ED2exnP1Kdw-2Boi3cdDYH7392XUCo31Fd1Mg-2FK-2F674odr9seUrqrmsGt2fad-2Bg6D6zFxJH7Kk3RNr8s1nxw-2BNaS1t9jLA-2Bz60kYHZkdZQIhxdS_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zTbQUFTwYudN...)

Joined July 2016

DELIVERED OCT 04

Eyes - minimalism (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwW4TGY2U-2FGumbjjKl2USAPrvdBFbGW-2BJFRUp3v1emZPqBHm5rlzlt7NDG9MU-2FOPWYNWx8vx6LGsru-2BUrbvJvK-2FOA-2BooVefTjguhRJamR6DOUYJc4h20J1PqpGPJs4-2BTJ2R-2BfkTV0u3ziomPVJCDs6r-2BhoM589DzT2f1WjUtwhfYPdxSfmmgekdQADAgFhEaCNfnIbuGF9Kyr39B3nshmqGDf4rn-2BjlNwY0XgebwA5jkwDgmf2JRIOZLSGBC3OVv20Y-2FYykG1cUqoBgO-2BF-2B6XWzPMeE4fQIAjSfdnPck2H0Vj3zcJ5R0iRKPydLUOiYK3tY-3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2...)

1 × Sticker

fireandtheflood (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwW4TGY2U-2FGumbjjKl2USAPrYMQHytxJwmm67Az9MWXBtSfmKIaukDD4EHR2kkYx-2BzAM9koJs6l3N-2F3fHK1GMwggs3zqt-2BU46HI-2B1gCLJBZjyVMUXhSDJiD7HDZrZZM2fTrffqtghSSi7MVzEtKXfIK2vNmYgR-2Byrod7S9s5pE1sjUxkKK5AtAtHCZjeqNlaIAk9da6zNYy-2FPW7fGzE8vLWArGNknSLeT7p6rj7kiDOr2mms4FUy2dzm9JYNXQmlNC-2FSA0sMD4l3XplxL9lgskoL_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zTRHKZqoHKvyvKx-2FH5Tk4ur2rS...)

Toronto, Canada

The rest of your order

Check your order progress (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyixICvGSuAA5T1HBiSEcBJL8a4ObzvFW1-2FzB1peRfpn3JZk5Q-2Flp1m2buXiJUYvVs5o-2B-2BYWQVBbNI8NUlI89Djh7SVkprQW67mxhxMNwLE-2BGO-2FcHxTwYHfKpzWaSlJzmff-2BumSMt-2F6KipKkvXvNw-2F19vO9INVMRWp15pCblGfQZiU8vLyRE8zWTbrdwG-2BSgco0ZEWMAacRdp-2BJNYaFezpVEqKRHI4sS2iTvZVw9z-2FzBkn9C206XbpTrw9GOtUJJCUVpzFOdGU3oG-2FqAcqluJvi46UaVS-2F68mReQmmckaP1i8aRYfgozxdG-2BFANfcsKiC8eRw92tW1K1DhfKG-2FPegEKZrzsgxv7Bh65AngkaAJzGidN-2BsOULmpOBmCEP-2BoccadVwy9TSG9yOK8R...)

Return or exchange an item (http://email.redbubblemail.com/wf/click?upn=kz7ThFh4NcsLTV1x95i3nJyaLeCaVLC-2BZ3rW5YL2RwOQrqfPrJyzBRmHNK-2BAVJBTNj4ykmLkb5Ssfvf6Q-2FYsbHULFzKmTAZSWVItCx5wv7-2BMudXIhZnjCoIvaXKsXLz1-2BmnFO9pF0W00OdH01cBZ-2FFzLkDMsddfN22s4TPqLwci-2BxfbTvy0A1eM-2FHfAaH9-2FhnMJaI6svs1tfCrtRdwJNNaJDAMpOE-2ByF2vJcLveMGeTL1E-2Ft-2FG4mYISJA2tz0afVtkLxfuP-2FO-2FHqV1R3uHr4216xOSQ9dx6PNuSyJis80-2BI-3D_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zYz1ESO5lZzs3DB2xScOQv4Ub6Xbxu-2FL...)

This is an operational email from Redbubble

User Agreement (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyjBDgHnO2qpQ-2FT5plWCcbD4Dg1yWdpSXVdEwXEDi1f2B_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zb-2Bv44XtAFZh3Tuz4Ji8ZLEnJMziRmgIJLsRgYJYN0SHSkr-2FPWwNtKsyv9rB6cE8RiWmauFc9NmLQTOmI8PrL599D9ACyjimJ6oVp9gS-2BqLPo087UfEG0bMdwxYEElyWwFfji8Suk4LCQjCREneOoI0meGbV-2FVawg9xkQK9Apf-2FnHXq-2BP8fgI0VJF4OPXt5NSg-3D-3D) | Privacy Policy (http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwXMN59HLoRNrIdc3WisL6d_DU2v1pyiRbATf42kCn96N3bK7UpowTfecA7xtXExHa9lZeYh3x8d6tpX-2BOJZxATmhurv9wPTXoambxYBtwi0zfx3BsAemIRQ1SKAD3SM8koU4vx7JAH1b4AcF-2FEpn4mUCk-2FL0K-2FmnByHW-2Fdpf-2FrsXUJu97Df4QUt7Uspy3fiBpMRSBOp6J9Xs4cZthwnLn9QbbkXI5gDo9KibHYEzOq-2BZkcBit7c5-2FVBahQ2CsNu7sFijvNYyIif-2FALBiz2ogKft7m8IVgLYuUAhPJasO8OaCAw-3D-3D)

©2007–2016, Redbubble.
All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

--
You received this message because you are subscribed to the Google Groups "CS: aboutmyorder" group.
To unsubscribe from this group and stop receiving emails from it, send an email to aboutmyorder+unsubscribe@redbubble.com.

RBBM180880

**From:** Redbubble <aboutmyorder@redbubble.com>
**Sent:** Saturday, February 25, 2017 3:02 PM EST
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Request #2322465: How did ▇▇▇▇▇ do today?

## Please type your reply above this line ##

Hello ▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇ would love to hear how you felt about your experience today. Please take a moment to answer a quick question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what today's conversation was about:

▇▇▇▇ (Redbubble)
Feb 25, 10:47 PST

Hi ▇▇▇,

Thanks so much for getting back to us.

I've given our printing team the thumbs up, and your free replacement order is in the works. You can follow its progress until it ships using order number **13038048**. When it's heading out the door, you'll then receive a shipping notification email.

Your replacement order should be with you by 7 March 2017. What should you do if your original order appears? Don't worry about it! Feel free to give it to a friend, or donate it to a local charity.

If there are any questions, please don't hesitate to let us know.

Have a great day!

Best regards,

Customer Experience Team

▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇
Feb 25, 07:07 PST

▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Above info (my daughter's) was on the original order. please send replacement order. Thank you.

> On Feb 23, 2017, at 8:37 PM, Redbubble <aboutmyorder@redbubble.com> wrote:
>
> <http://email.redbubble.com/t/y-l-iitcal-l-t/> <http://email.redbubble.com/t/y-l-iitcal-l-i/> <http://email.redbubble.com/t/y-l-iitcal-l-d/>

▇▇▇▇ (Redbubble)
Feb 23, 17:37 PST

Hello ▇▇▇,

Thanks so much for that information. I am happy to get right on this for you!

If you could please confirm for me your shipping address, the email input at checkout, and full name on delivery address used on the original order, I would be glad to have this sent out right away.

Looking forward to resolving this for you! Have a great day!

Warm regards,

▇▇▇▇▇
Customer Experience Team

▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇
Feb 23, 07:58 PST

I'm assuming the order is lost as we had packages coming to our address from several places around this time and all were delivered except for this order. so please send a free replacement to our address at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.. thank you :-)

> On Feb 23, 2017, at 10:49 AM, Redbubble <aboutmyorder@redbubble.com> wrote:
>
> <http://email.redbubble.com/t/y-l-iitcal-l-t/> <http://email.redbubble.com/t/y-l-iitcal-l-i/> <http://email.redbubble.com/t/y-l-iitcal-l-d/>

▇▇▇▇ (Redbubble)
Feb 23, 07:49 PST

Hi ▇▇▇,

Thanks a whole lot for reaching out. I am so sorry to hear that your order is yet to arrive. I will get right on this.

I've checked in on your order and can see that it was shipped out on **13 February 2017** from **Iowa, USA**, to this address:

▇▇▇▇▇▇▇   ▇▇▇▇▇▇▇▇

**United States**

**CONFIDENTIAL**

**RBBM180899**

Your order should absolutely have reached you to you. So, I'd be very happy to organise a free replacement order for you.

Also, the new order can be sent to an alternate address if you'd prefer.

If so, please fill out the following:

Address line 1:
Address line 2:
City or Suburb:
State, Region, or Province:
ZIP or Postcode:
Country:

Once I hear from you, we can get to work on your replacement order straight away!

Have a great day.

Cheers,

Customer Experience Team

---

Feb 23, 07:32 PST

Hi,

The order that my daughter placed (see below) never arrived despite it saying it has been delivered...

> From: Redbubble <aboutmyorder@redbubble.com <mailto: aboutmyorder@redbubble.com>>
> Date: February 17, 2017 at 12:10:58 PM EST
> To:                                    >
> Subject: Your Redbubble order has arrived
>
>
> <http://email.redbubblemail.com/wf/click?upn=NBzABoxnKbtwqnpFHoIU-2BWLUtSsX-2Fh6kR0tdxeHE-2FyQ-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUh-2FGXouyqDciM-2BaXe6xV0FXTgC2VxuyocbqcwPr6T2KOWuSVxUjMsuyEMQTm2z8Wad5JTCmJJtVb9sr-2Bx4JMGoU4SHTOLUfcX5Dl3idP1fU4z9kDDL8fkiAzs-2FfxSacqr69YdotSo5NzHsCEbkRkj6EXXHZggev9UjcVFdbR6LL-2FfNBT7tq6tVZ6T8j1xZYqt>
> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwVqYQvZeoegUIvS2aw-2Bnx2n6knPDv0nlOI85ziKxk-lCvGSuAA5T1HBiSEcBJL8a4ObzvFW1-2FzB1peRfpn3U7C2VlVfutF-2FdK7DXiKTQcwp4WamOvwmOs5DwNcWdc3QZKtHnlIcHUQqq8iBm5yau014oY3eG10Z4MvDVaCeRf9iAioiyLwHFQtYFWAem-2FU70F68ey19MSDS6y48c1Q0RnO2rRa6XW15NGKtbbHAWROnDd4UzvyCEtDJP0qDVOsMx00lvRJkR-2BLdQTeByazwkYHnJHGK99gBc1o11xJrJbDbAk4Ot1TOkawCyCPLzYAJvm9w6gKpbLULy4qnmiqsa8fLeiZGAB4QmGCGPVE970a3lr1kwTi00G3P-2FemjETyP8SA7lWRhJ1WLL056JwJynu3l4GfRLIIeJu7QsRx-2B-2FLhBo-2BwsQZFMimOV9uEwAd8-3D_PKGDMj...>
>
> ORDER SUCCESSFUL
> MADE & SHIPPED
> DELIVERED
> Delivery Summary
> ORDER #12840195
> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwVqYQvZeoegUIvS2aw-2Bnx2n6knPDv0nlOI85ziKxk-2Bdqh7ol90x19wHtjA-2BnmQVN-2BhWXObiGieaJjww4ElHJOFVCWPBr9UpLrSQZ3ZD-2FG41BtWl7y-2BUKXOezAOtK4pg741gSfuAYbmU0xV0d5SFlClSikHTmbYg88dc6FJPFryF0DA9zGZlVRgy1asA39L4-2FnT7gBRozm0-2BoFlptxXYykOBFRfoJ3gSWJ5Bbe6cuSP6NX9d99Ke6dyLqoDlwbyvQKvw0EEFkMQwr9H7aQGg1E1qGtIaP0SAncd0iyOHsFG0Q-3D-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKa...>
> DELIVERED FEB 17
> clothes over bros <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwVqYQvZeoegUIvS2aw-2Bnx2n6knPDv0nlOI85ziKxk-2Bbdh7ol90x19wHtjA-2BnmQVN-2BhWXObiGieaJjww4ElHJOFVCWPBr9UpLrSQZ3ZD-2FG41BtWl7y-2BUKXOezAOtK4pg741gSfuAYbmU0xV0d5SFlClSikHTmbYg88dc6FJPFryF0DA9zGZlVRgy1asA39L4-2FmobhDXjOZEZeddpTLX-2Fy15R923F6n-2Bx5YjikQCzzw-2FtuK4J0GTGL8Xh0is4oCnZdcukABsOgQgz5oUvchDrDPDjW3INGsstZcJfqDmdyfm-2BjAAv6ggYCZWHOGdSqagniA-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKa...>
> 1 × Sticker
>
> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwVqYQvZeoegUIvS2aw-2Bnx2nExv2nvwg7oCcEm7c3MiUbuduhlnhsWpA9XcKj2E31-2FCiTKh0J6Xv0bqopF431qiD5SDyJGdYGv5dBl1gTyuWe7Fed7jGwLz4R62oV5Pk0OG84-2FX546pMWTbSQ4FHEliiIgM3KMbO0oQGfy7ijZFdnOGsadAU4mxINohGZ3uRqcHxZJWURqWM8mIMITYiEvy3nuCUvsZi-2BOMJr4Y2oytEGiYjRqlvyGC7258RaNGWTqpUyGJMhmjRe4CzaW0M5C8U5_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUYUfTbkvBNy8cQWEgGKFmqK0qlZcSY1Bz1YN5FTp3SSpQ-2FDqShaDV...>
> dopeststickers <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwVqYQvZeoegUIvS2aw-2Bnx2nExv2nvwg7oCcEm7c3MiUbuduhlnhsWpA9XcKj2E31-2FCiTKh0J6Xv0bqopF431qiD5SDyJGdYGv5dBl1gTyuWe7Fed7jGwLz4R62oV5Pk0OG84-2FX546pMWTbSQ4FHEliiIgM3KMbO0oQGfy7ijZFdnHUsRmaC3WV1zq6zVFYvpusL5K52iJED-2FEoLheyDQHNXeo849cbffl0qHt3MI1jD1qnkht-2FrWGWP3c7t-2BL2fi5g-2BlH4LsphukH1JVebbVqoa_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU8zBEKinuRFFGklYH9ETwVQUmLPpr4ACIk9fkvD92-2BU8Rl...>
> Philadelphia, United States
>
> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwUiPb8sO05cSPJubYI95vySyTYtDYFULE1fi8Mft3qdlcK54fJAjTO1RJNWGOZI1gTbcuSgdsAH7vPvJcJ3TstIkcvSZ8X34cNY9-2BE7t8ENc4yczDxlksQ6adxiDU-2F8zu-2FTfFpXGrZ9-2BjZxagNYyC6XY-2BA-2FuXH4lgvDiaGbpqw5MINphWh7WGbxyTdKgjKQ-2BBBNuuEEfjCgfQXe4plqv1Pe8FtZxQPXchBOgXH1r4q88qmaHRzR0159WV79S1ppxr98pYC7u7BtftlT1y-2B2jbh_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUpjFl5XZ03fcpI2d-2FelnEH2X6E4Hq0s1Fn5PxY-2Fn8BlM...>
> DELIVERED FEB 17
> BRANDY MELVILLE USA <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwUiPb8sO05cSPJubYI95vySyTYtDYFULE1fi8Mft3qdlcK54fJAjTO1RJNWGOZI1gTbcuSgdsAH7vPvJcJ3TstIkcvSZ8X34cNY9-2BE7t8ENc4yczDxlksQ6adxiDU-2F8zu-2FTfFpXGrZ9-2BjZxagNYyC6XY-2BA-2FuXH4lgvDiaGbpqw5MINphWh7WGbxyTdKgjKQ-2BBBNuuEEfjCgfQXe4plqv1Pe8FtZsJttBEyzZAphticw8acE9L79tmEefh0-2FZyn-2FBzwFfxefpu-2FZyn-2FBzwFfxefpu-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaal...>
> 1 × Sticker
>
> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwUiPb8sO05cSPJubYI95vySyTYtDYFULE1fi8Mft3qdlcK54fJAjTO1RJNWGOZI1gTbcuSgdsAH7vPvJcJ3TstIkcvSZ8X34cNY9-2BE7t8ENc4yczDxlksQ6adxiDU-2F8zu-2FTfFpXGrZ9-2BjZxagNYyC6GG8E9x-2FabsKckJJ70iBNSpT0B6inDxdRzv-2Fl7fhGyRwlcD-2BJwUKt5XtHxCyJ-2BOVgwjQ0aFe2gRjIxuIvyNCdts-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUBZXl0Vuos3t476SUn2AGw1x60-2B7szYHFzlQpsEyRlTfoTLhfiFMpIr82-2FXWf...>
> San Jose, United States
>
> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwUiPb8sO05cSPJubYI95vySyTYtDYFULE1fi8Mft3qdlcK54fJAjTO1RJNWGOZI1gTbcuSgdsAH7vPvJcfRxvctM5JCLsP-2Blvzj0S4QWkXfOxDEF6G4sgakc24sb0RwG-2BPFqa-2F8lM5bKMQ9qM0YHwiX6lCkTHG-2BS7M0-2F5rP5fVvd3jWvkAGU-2BdmFZWjGu5frQp4ipgmdLYUkOaaJUQqSWWePH0oo8LBJn0MoR49T59s9p4sj1x7yPo2zOmjxVyVOVxeC86BzCmlQPMlgmDtUAYCh6LfT5TTia9bWcgO31cbCmA9OCUt3Fhu6QOyvod6umsnzDc5OlVxk>

Ex. 75
Page 124

2FpW-2B-2BgOAglaIduXSU_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUi54dQeC-2FnEXh9gREg-2Fzh05UTaclP48rXuvYCS6Tb...>

> DELIVERED FEB 17

> RELAX. <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwU9JRzvctM5JCLsP-2BIvzj054QWkXfOxDEF6G4sgakc24sb0RwG-2BPFqa-2F8IMSbKMQ9qM0YHwiX6lCkTHG-2BS7M0-2FZ7cVfVvd3jWxkAGU-
2BdmFZWjGuSfrQp4ipgmdLYUkOaaJUOqSiWWePH0oo8LBJn0MoR49TS9s9p4s6jIx7yPo2zOmjxVyVOVxeC86BzCmIQPMk5cA6E8ccwGn1P4WKDX1TdRV6Ap-
2FMx0UoF9jOKCczKIeL418nAqIzNZVERaIj-2Bo8K5j9K6OjAPyF6WcIgS8SoKRCRl0XXNsoB4hCtqz4meyg-3D-3D_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU8Twdd0gwnGXzc3G7X3....>

> 1 × Sticker

>

> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwU9JRzvctM5JCLsP-2BIvzj05o1kcQRjdO76fi4RhTK-
2BpW2TlsdMNLBAFxVYJNEbLPCtC8Yyu0EPnGVVehuFg-2FZWKMWuqWbS8AM-2B7WedIxy4Biv2OVJzkyMC3IZOb-2FcxPrYpVX9MHoyoOMzcp4cMOIfGm5kbW-2FLBUfrxxgx-2BltvCo5-
2BRxeFjibPWAHwuu05D-2FIABbVnjDKhMhz8qgNS1iT-2F5DLjOx9wWQU1ffAPZAo1oTdGEVEkszQC4f2echQWTRWSF1mBh9H9-2FKpWY46LrKNva9_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUlkGrKluGrVh8-2B7YweoVJoggosO3aEiSqKi6YiAg....>

> happyvalleygirl <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwU9JRzvctM5JCLsP-2BIvzj05o1kcQRjdO76fi4RhTK-
2BpW2TlsdMNLBAFxVYJNEbLPCtC8Yyu0EPnGVVehuFg-2FZWKMWuqWbS8AM-2B7WedIxy4Biv2OVJzkyMC3IZOb-2FcxPrYpVX9MHoyoOMzcp4cMOIfGm5kbW-2FLBUfrxxgx-
2BltvCo5S2AliGTeB0nnCuqqPZixiBvYbkW5oE1Y6h4OFMl8l6-2FgUi3vkNQ-2BDqvmCmO88ieEeJUrXTFCdgWnvcNKYaDluRcJwz3y9P-2FTAu-2Bifl-2FvG_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU4pl4hHVlhlEYASo2ax3QEYcFEQ-2FI3tzT5o...>

> Joined September 2016

>

> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwWtR-2BOiQgcnhwgQBBYJaKL2Qr44gcbPLjs13YzefY06NHxqueIBl7RIpEnPF-
2FSYJn8ppUESlSKZcE6MCPuZ9JGR3eSarsUQl-
2FUtDFRbQoAQieGfr341XyWAdxkKZGBmF9FU0If94t8xGrQhSPXAj8qb55DdGvkTg4zBhfF470LSB3Qyoz85pFB3h81hhkdWAZRCyS3mxYiYSkrKb98SCuah9gE1LUr6wIKpUrYSP5RUN2UoITfDEzBaFLigG
2Bg9sayLpHErXbVN_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUcHxTiN...>

> DELIVERED FEB 17

> Kale University <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwWtR-2BOiQgcnhwgQBBYJaKL2Qr44gcbPLjs13YzefY06NHxqueIBl7RIpEnPF-
2FSYJn8ppUESlSKZcE6MCPuZ9JGR3eSarsUQl-2FUtDFRbQoAQieGfr341XyWAdxkKZGBmF9FU0If94t8xGrQhSPXAj8qb55DdGvkTg4zBhfF470LSB3Qyoz85pFB3h81hhkdWAZR2Ck6Sd6oiPq-
2BLuOWeXG-2Bv39VZrX9l3Y7aen7XKeXb11ikjOnM2MCHar0rHgJnfEZ6st7Yi6flx-2F4qXTW2NfJJjm9fheuYp6DARd5Z8IXNrw-3D-3D_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU0J4VYgpVtYaggMap7YbRkL...>

> 1 × Sticker

>

> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwWtR-2BOiQgcnhwgQBBYJaKL2F7vQWfH9LqHtD-2BV5BQspFsx3BSz7vHOh-2B-2BxDO-
2FBtYvGfNGe9q2DJqAqR2WEG0xKhjX2GiJYrCO-2BsJUsi-2BBXsPc0IvvysVkBjH6pLEdrKUSLAfjbK7DzPX-2FNEAmg-2Bk4Z9S7JesgPpww-
2FmBV78Y1PDCKxra45xdA2Il5EaUohZ44SbKTneiUVcnwLXG7KrF0DnusiEG9igyiLx14dsvAKCaoQQmD-2Fpowxj9zsx1RRhtjAZRfNiN8iUnGSlU1JXqS_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUA-2Bg7xn-2BklLZ8p4V6YMpQnaLRaQ7h-2BBYH...>

> rcassway03 <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwWtR-2BOiQgcnhwgQBBYJaKL2F7vQWfH9LqHtD-2BV5BQspFsx3BSz7vHOh-
2B-2BxDO-2FBtYvGfNGe9q2DJqAqR2WEG0xKhjX2GiJYrCO-2BsJUsi-2BBXsPc0IvvysVkBjH6pLEdrKUSLAfjbK7DzPX-2FNEAmg-2Bk4dQxvRkpvYMvxWTkUGYyZxqmJc1UDp3Ba-
2F3drE0a3wNz4ApaqqgO6O7-2FiS6K10QsPkFvPTk7-2BiDRQNI28-2BowKpvJzqDDU0tsiFwGh6H-2BvJQc-3D_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU6-2Feo8GjDK51ZVhGjxDdG9ed5xxgJpTg5xYwlowDo2g5eFVWg...>

> Joined April 2015

>

> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwWSLPA59ecsy5oK5-2B4R9zU4ZIpOh6Muq6GqUCwUiJjVj-2BWHV3X35vIDC5v-
2FCLAMBjT09npmU-2BdqXrrwPTTSIqqnVfYpj-2B8aFpyIFk3OFbevndgHx8gOQhDKN6zSkb-2FkYRWEVvMy5EgWrUkXWGrLOR2i45CKg8MXAnqq2oz0dwGRTevF-2B2wl2nnAKAr91Cl-
2BgHLBNfDQJKg7CmArIEZ4KM9ZOsjAPczHNuoolTHhWYlkDqSPnBmHezHQNGQrL-2BoadW9trnvRA5u7Q8WVj5u4GQs_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUxaPVeVleB8aVKsKCRY0eOA6kvXGfkM8IDnwTDGWyisI4...>

> DELIVERED FEB 17

> Rolling Stones Tongue <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwWSLPA59ecsy5oK5-2B4R9zU4ZIpOh6Muq6GqUCwUiJjVj-
2BWHV3X35vIDC5v-2FCLAMBjT09npmU-2BdqXrrwPTTSIqqnVfYpj-2B8aFpyIFk3OFbevndgHx8qOQhDKN6zSkb-2FkYRWEVvMy5EgWrUkXWGrLOR2i45CKg8MXAnqq2oz0dwGRTevF-
2B2wl2nnAKAr91Cl-2BgHLXHrA054v21A3q-2Bxs4tBSl492gf7pe4Pyrs8rS84petgvC-2F-2B20pG7ExIsBfmsrpJXqRJuPxW2lLKuFJIDrqvJ-2BG1eiCU1uQDEVnoCilM4jw-3D-3D_PKGDMjTpzKaga0X-
2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUJ7778U21MM...>

> 1 × Sticker

>

> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMpWPWmJL3ByLU86RU36oIPzJonx7NNwKEJIq2121pFtYmAKYwFvzc6XwLFeMvA-
2BCocDp3scpfF8pENaDWuarMfBlqrLxiyZ9-2FZek1glaUtgBEx5THTwwKx-2F0InUtgPqtPriJ-2B-2FvATAQBQbdM9MxkLCqcE09kK-2BZrh7iQ81SqFtZf8REtyNVMl1mQ-
2Bpv7XRwxxkKwpUF0s9ARsJOnDwwgfDtn1xr64STZ-2Bt1WDyMuFlzoClJQ8yKDlDMAR06UcZoVmd-2FtRUC-2BSRkzn9oLYy-2F6VZCo_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUCAigg6s6Vo8zY4zOG18YulQgRIKYOn2Edvdck2GJ...>

> Nom de Plume <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-
2Bnv6ExaxEDGwWPWmJL3ByLU86RU36oIPzJonx7NNwKEJIq2121pFtYmAKYwFvzc6XwLFeMvA-2BCocDp3scpfF8pENaDWuarMfBlqrLxiyZ9-2FZek1glaUtgBEx5THTwwKx-2F0InUtgPqtPriJ-2B-
2FvATAQBQbdM9MxkLCqcfnteKYV0EE2ZzytGjOzOZ1rv7c11-2BRbBrUHYiP57sHw4RsIylugJidzbrlUcy7DJ29vxaSZ06oIwpKPKHagXalmbivHYCfNHoxa7qlWkTJA-3D_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUNH8V57YxDWPA7WuoWui7IJhHyf4I0Y0NuUQ-2BwlWa4DSqTX0-2FbdVN4GUBOnyWek21...>

> Woollahra, Australia

>

> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-
2Bnv6ExaxEDGwV9vaxCb9mtg2XONEOwdLFLcrnSEtC3HtR9YvlFme1XD6rAmW80YQ2YwTKtTFbiXDNuHISU4vuMrvyyJNVNvuKPXGrYqpcYS8-
2BsPPaBGnm6guLTKQdpCrJRuAzkI5Oc0AJUVXmuLvUfT9E2iKPNVHfSKV-2FEFoSOt6SJtYqVbFOYbU3s-2FD974jvDUVRZ3TkSi6KMqjVnN31Qol4BZ0Ya7lDRxE5n8Dx5B1YsHb3Dyx04vT4sGNqWmN-
2BgCUlyThsj0io66UMoKtvPuxAO1v-2F6sBcWb6H92UEOrKaCU3gPX-2BVdZw-3D-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUuN7-2F-
2BayHRRTqrbmf,Lm...>

> DELIVERED FEB 17

> California Locals Only - White <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-
2Bnv6ExaxEDGwV9vaxCb9mtg2XONEOwdLFLcrnSEtC3HtR9YvlFme1XD6rAmW80YQ2YwTKtTFbiXDNuHISU4vuMrvyyJNVNvuKPXGrYqpcYS8-
2BsPPaBGnm6guLTKQdpCrJRuAzkI5Oc0AJUVXmuLvUfT9E2iKPNVHfSKV-2FEFoSOt6SJtYqVbFOYbU3s-2FD974jvDUVRZ3TkSi6KMqjVnN31Qol4BZ0Ya7lDRVphdTrAqecwup7IEvb3Q7IOYCBxZ-
2FQh1dsB7cgWzzBSbaQIhIlg3Fi6NHYGlxt-2F14cWZ2zisyfhQTdlsxFo2tD5KkctblbdPc2FmiSKDFyBc-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU-
2FLlM...>

> 1 × Sticker

>

> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-
2Bnv6ExaxEDGwV9vaxCb9mtg2XONEOwdLFLtyzyrHtYBunnmMcO6Ha6wALtugChgDSSm3tDO0xQVhBqVgV2Kbyo-2FhsKwKXznJIq8R-2BniVYmJ9koJ5d6eO-2Fe-
2FcvnTsnNXcwTUBP5U4hO0xfmXEwGSVMlvTWdR1m4nvcehrVCKMJ5F2yHrt3aI-2BetAE4LSmMpEl1vmXi2DXYyfkPJ3oEoia-2FY7o55j-
2Fqz4z6M8pC4TUVGpXS3J8SP08npetyXaFg85qg1s8Y3Y53fZqkl2C0zaUygZ8A3x-2BsG0aLQ-2BS_PKGDMjTpzKaga0X-2BtH-
2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUSDw12xWxal90FI5GIXAQd2GgbMaEw66iZQm3Jc83r-2F...>

> authenticity <http://email.redbubblemail.com/wf/click?upn=I5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-
2Bnv6ExaxEDGwV9vaxCb9mtg2XONEOwdLFLtyzyrHtYBunnmMcO6Ha6wALtugChgDSSm3tDO0xQVhBqVgV2Kbyo-2FhsKwKXznJIq8R-2BniVYmJ9koJ5d6eO-2Fe-
2FcvnTsnNXcwTUBP5U4hO0xfmXEwGSVMlvTWdR1m4nvcehnrWB7NjGsyjfe2HFdHH3ZIi1EX-2FzZAqvCKdGqcIxXvDQtUxc46KUlXSnuod3SqAUk-2Bvf-2F3jtAam-
2Bh1OccfRZbgVeQUupraluHXnoW6zt8-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUSM2JXVBq0QesoeW8Ig656roRw53LFEpyTvW0ES75-
2BSQH4DuP1ToGCKK8a0wU4b...>

> Joined July 2016

>

> THE REST OF YOUR ORDER

>

> Check your order progress

> <http://email.redbubblemail.com/wf/click?upn=I5BHcHxJvlCvGSuAA5T1HBiSEcBJL8a4QbzvFW1-2FzB1peRfpn3U7C2VlVfutF-
2FdK7DXiKTQcwp4WamOvwmOs5DwNcWdc3QZKtHnIIcHUQqg8iBm5yau014oY3eQ1I0Z4MvDVaCeKFIGZBx5Kd-
2FU70F68ey19MSDS6y48c1Q0Rn02rRa6XW1SNGKtbbHAWROhD4UzcyCEtDJP0gDVOsMx00lvRJkR-
2BLdQTeByazwkYHnJHGK99gBc1o11wJrj3bDbAk4OtIT0kawCyCPLzYAJvm9w6gKpbLlJy4gnmjgsaBfLeiZGA84QmGCGPVE970a3Ir1kwTi00G3P-
2FemJETyP8SA7IWRhJ1WLL0563wlynu3I4GfRLIleJu7Qs8Rx-2B-2FLhBo-2BwsGZFMimOV9uEwAd8-3D_PKGDMj...> <http://email.redbubblemail.com/wf/click?

upn=l5BHcHxTiNIU1JHsnRNXyixlCvGSuAA5T1HBiSEcBJL8a4ObzvFW1-2FzB1peRfpn3U7C2VlVfutF-2FdK7DXiKTQcwp4WamOvwmQs5DwNcWdc3QZKtHnIlcHUQqq8iBm5yau014oY3eG10Z4MvDVaCeRf9iAioiyLwHFOtYFWAem-2FU70F68ey19MSDS6y48c1Q0RnO2rRa6XW15NGKtbbHAWROhD4UzcyCEtDJP0qDiVOsMx00IvRJkR-2BLdQTeByazwkYHnJHGK99g8c1o11wJrJ3bDbAk4OtlTOkawCyCPLzYAJvm9w6gKpbLULy4qnmjgsa8fLeiZGA84QmGCGPVE970a3Ir1kwTi00G3P-2FemjETyP8SA7IWRhJ1WLL056JwJynu3I4GfRLlIeJu7QsRx-2B-2FLhBo-2BwsQZFMimOV9uEwAd8-3D_PKGDMJ...>

> Return or exchange an item

> <http://email.redbubblemail.com/wf/click?upn=kz7ThFh4NcsLTV1x9Si3nJyaLeCaVLC-2BZ3rW5YL2RwOQrqfPrjyzBRmHNK-2BAVJBTNJ4ykmLkbSSsfvfGQ-2FYsbK5yf0PFriGa43b1OTuSf7heC1caokELnc-2FEOLeeG0wE1-2B-2FQ1OTqMpm5yASxeP7vPNmZ42NWJfyV0nCh2YT79FwU6z1meBWfXaEbOucqyw80Ij7y2XrJDt3NgUINbsVbanV3xYma1NZqvH2v5FQdePHYMu-2BQTWIqyIfps4nTcrkU54eMtOXLk3Rnx7Gv-2BH142w-3D-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUIuAJs5FlbJqJCZpVRb3-2Fz11SILtHqu-2BNq1nqLP2iwzEzsNlsLlOSW7f8VtZmTNqK2XKrc61eIV-2BrD7...> <http://email.redbubblemail.com/wf/click?upn=kz7ThFh4NcsLTV1x9Si3nJyaLeCaVLC-2BZ3rW5YL2RwOQrqfPrjyzBRmHNK-2BAVJBTNJ4ykmLkbSSsfvfGQ-2FYsbK5yf0PFriGa43b1OTuSf7heC1caokELnc-2FEOLeeG0wE1-2B-2FQ1OTqMpm5yASxeP7vPNmZ42NWJfyV0nCh2YT79FwU6z1meBWfXaEbOucqyw80Ij7y2XrJDt3NgUINbsVbanV3xYma1NZqvH2v5FQdePHYMu-2BQTWIqyIfps4nTcrkU54eMtOXLk3Rnx7Gv-2BH142w-3D-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU53lQkLZ-2BBlXfRufmMRmekAjwMIyudNNVu10YgWnCCmKblizetX8oEJVb1NDW1RxqOQBY9-2FDk-2FXciNp...>

> <http://email.redbubblemail.com/wf/click?upn=bdBBiIIlB7gBH-2Fp1N3RMg-2BVOH6-2F4L7CyBKRIrLiMLqboLrakeqGxQsKjtYUVp8un_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUi-2F9v0huqV4vSo0AyAB1gIFtrb1s9Pe1eqfRMBf0S-2F2JFuGeJypk6Wbb4Pwq1JJuyZS824AR9I1I0ffP-2F-2Ff9dn2RwPIPxBwv7S2p2SuMf-2BF-2B74kVNQL8fMnzb0rWt5OYJIwHS8fkFyMtkpG39ziyihbs-2FgHLrX2Q3eex4xzWqV-2FJ6zs2Oyo2hzryQDEiAB1N6> <http://email.redbubblemail.com/wf/click?upn=DQ1WorT2ZyHAu-2BZ0hxDopZLHFtsgpjqV-2FWo4M2QIJasdbj1MfDVg6wJWcyCCfRcg_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUDJL6wyJH5RVxzuIRJEreeDuyiGqS9Pje7U4nxf086iYYjtdFB6w7FiH1ykagWmf-2FSAuBBeV4qdc2KvkrhZ0a15bNxmuWmtgFHXYVj2DI7sMEp6S-2Bs54971sT0-2FgzdpsBXnLYQJxmlJXY9rY-2FrrAihSy92JMg3aUkWg4Dwa-2F3hStQ-2BKzCCA1W4UlFpL8i720g>

<http://email.redbubblemail.com/wf/click?upn=l1QLRctU7yw6-2Fg0qQ0rplb6oAfrYM1EQ0fFA-2BFZ99702s31T6IDx-2Bs1P0bv-2FjjhHiG54o1QmsBeO-2BOvUO0ygFA-3D-3D_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalSl2FTH8-2BaaHz4GXBGmS-2BmH-2FE30GZXO-2BFvVhZoHI-2BfKHOhpc5sncQy36hZSJbmwJT4NHxxNyoDMBrCYUJMML9P0rZoCW5KxgnEU47Izo6QKP-2BzXMgJrPG72rvE6AQwkc3Rf3DtGsK6U5lkag2CLsE4K0O-2FFFqAL6HJ6dbw3e-2B4nRKadCd70ht-2FLV1cKzQQg> <http://email.redbubblemail.com/wf/click?upn=M1ysQDUbbChMjSS044FJzodnmvvDSnqnCCmfoJzehYsR9rdUQLeEXix08iHGhLvh_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUDq3X7cUzIWdO6GXe5YFWcAhtM6kKTvNTtRcICS23wn4BzZe0pP0-2BKXVvWZoy87iQTRAT82DzyPxbKioGRUghv7tg3o7vLvV4Imes342PYMaXgRrD3JioBw1QktaLr4broq51Bh7DqtgkDKp5RphrYi-2FfaS-2BRhjOz4nlHWsIiYYDhJh-2FnKm9x5u4V87akGYqr> <http://email.redbubblemail.com/wf/click?upn=NBzABoxnKbtwgnpFHoIU-2BYpObC6CPOBt2gUim-2F72UsNOi3tNz3I6Hw53jWtOzksD_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU8XBLJudR-2FJIvMJb2qh-2Fy8r2dexDmEKhh-2BE55NbIQ06wKZEbRCIzI6WEX8WCTdC74KVIg-2BnqFozRrKVKxy4Uy6DkeX1Pza8NRTN65-2FBevZw6BBkBRvQUO8WHrxl-2BkPXzEotk9U1uaqq-2Bk76-2B7yn6dPPq74JaB9q7viHXSNJz7w8ID614QDrgsrFPfGqP-2B608a> <http://email.redbubblemail.com/wf/click?upn=2PcA9espXhgGI-2FJFuakQuKcUwwT-2B6n8itl4V7C-2Bqkuayxkd-2Fio6QbC9dnb-2BMIM1a_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUHmod84v3XPlUatYIeypiHZHFrYmUCuyW6g-2FvEG2XVi8A1RGi6J7WQoBucri3zhzldW8K2cxRIZsgEHoDItZnfdutmcnaoDhibPYL2d-2B1ayGG-2Bc-2BEKFJVYVBeJVV6H4o9ggUehpjxc97cp5cRX8F00PIFFPhURUAmBODszxt8EZrARDGfcpDJvBwhQSG8aiz5>

> This is an operational email from Redbubble

> User Agreement <http://email.redbubblemail.com/wf/click?upn=l5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwXMN59HLoRNrilIdc3WisL6d_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAUDzbwJsPCDebpZVbJ7SG-2B3CR-2BLr2a4YyodLJxbdD8gci0Zm3vgUz3uRkVTK4crefe6-2BBS4TWbyDqMaKzBzrklIwu0-2FbEgD05SeuxzfpsAZk-2FtErIfXI-2F-2Be2eFlUwzZPTwW-2F6pdT8yqJUw9WZZy7DQWMt8JdEdOQE3blv44nCTqU1j-2BvTrfC2FoP3o-2Bz7NE6> | Privacy Policy <http://email.redbubblemail.com/wf/click?upn=l5BHcHxTiNIU1JHsnRNXyrSGYEdfMp-2Bnv6ExaxEDGwXMN59HLoRNrilIdc3WisL6d_PKGDMjTpzKaga0X-2BtH-2FUvbfAkQgnVTOIPIZ97Cd0M2Wdocgf3C4eGsyeKaalDUAU5thGzJXeP6iIxokDIX2gR09L7zIBmlrIQK5G4Qwq1htTXtpsLzRYaMbQfimO-2B0fm-2Fi6xICfVlYzkR0XS-2FfgzJcgfYCcOUCHWXL2GASLgdC5bfjOuuQAg87W4bJTHfW7myOSzD0dHgpL4ayh-2Fhg7yjsbEyzzMoKaevdRqs7fYQe5h0r-2BypPsfgXv-2BR0pKcbu>

> ©2007–2017, Redbubble.
> All Rights Reserved
> 633 Howard St | San Francisco, CA 94105 | USA

--

You received this message because you are subscribed to the Google Groups "CS: aboutmyorder" group.
To unsubscribe from this group and stop receiving emails from it, send an email to aboutmyorder+unsubscribe@redbubble.com.