# EXHIBIT 76

**From:** Redbubble via CS: DAS Records <das.records@redbubble.com>
**Sent:** Thursday, June 20, 2019 8:36 AM EDT
**To:** ▇▇▇▇▇▇▇@gmail.com>
**Subject:** [Redbubble] Re: Return my order

##- Please type your reply above this line -##

Your request (5591159) has been updated. To add additional comments, reply to this email.

▇▇▇▇▇ (Redbubble)
Jun 20, 05:36 PDT

Hello ▇▇▇,

Thank you for getting in touch with us. I am sorry your order wasn't quite right. I'd love to help you sort this out.

To make up for it, I've created a Redbubble voucher just for you. This way you can reorder the item you really wanted.

Code: **PO2728652920190620**
Amount: **US$23.68**

This one-time use voucher is valid for one year and you can apply it by following the instructions below:

1. **Once you're ready to buy, go to your cart.**
2. **Click the 'Add A Coupon' link and enter the code in the empty field.**
3. **Click 'Apply'.**

And voilà! You're good to go!

**There is no need to return the original order to us,** feel free to recycle it.

In the meantime, if you have any further questions or concerns, please do not hesitate to contact us.

Have an amazing day.

Well wishes,
▇▇▇▇▇ from Redbubble

▇▇▇▇▇▇▇
Jun 20, 04:50 PDT

Hi ▇▇▇ My stickers were very grainy and had some dirt on them. I tried to show that in the picture but my camera won't focus! I hope these pictures help!

Attachment(s)
image1.jpeg
image2.jpeg
image3.jpeg

▇▇▇▇▇ (Redbubble)

**CONFIDENTIAL**                                                                                                                  RBBM176667

Ex. 76
Page 128

Jun 19, 17:57 PDT

Hi 

Thanks for reaching out to us. I'm sorry to hear that your stickers weren't quite right. I can assist you with this.

When you have a moment, could you provide a few more details about your concern and send us a few clearer images of the stickers you received?

As soon as I receive that additional information, I'll get straight to work!

Cheers,

from Redbubble

---

Jun 19, 17:31 PDT

Email: @gmail.com
Order Number: 27286529

I'd like to return the following items:

[ITEM 116958420]
turquoise hydroflask
$1.55
1 × Sticker
Small (1.3" x 4.0")
116958420

[ITEM 116958425]
IN N OUT LOGO
$1.27
1 × Sticker
Small (4.0" x 2.0")
116958425

[ITEM 116958426]
Psychedelic Peace
$1.34
1 × Sticker
Small (4.0" x 2.0")
116958426

[ITEM 116958427]
brandy melville
$1.65
1 × Sticker
Small (4.0" x 0.4")
116958427

[ITEM 116958428]
Pink Seagull Whale
$1.49
1 × Sticker
Small (4.0" x 1.7")
116958428

[ITEM 116958429]
California
$1.55
1 × Sticker

**CONFIDENTIAL**                                                                                                           RBBM176668

Ex. 76
Page 129

Small (4.0" x 3.0")
116958429

[ITEM 116958431]
Black and White Exotic Tropical Palm Trees
$1.24
1 × Sticker
Small (3.3" x 3.0")
116958431

[ITEM 116958432]
White Jeep
$1.55
1 × Sticker
Small (3.0" x 1.4")
116958432

[ITEM 116958433]
Mandala Turtle
$1.75
1 × Sticker
Small (3.0" x 3.3")
116958433

Attachment(s)
[image.jpg](image.jpg)
[image.jpg](image.jpg)
[image.jpg](image.jpg)

This is an email from Redbubble.