# EXHIBIT 77

**From:** Redbubble via CS: DAS Records <das.records@redbubble.com>
**Sent:** Thursday, September 14, 2017 7:32 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮@gmail.com>
**Subject:** [Redbubble] Re: Your chat with ▮▮▮▮▮ from Redbubble

##- Please type your reply above this line -##

Your request (2866799) has been updated. To add additional comments, reply to this email.

▮▮▮▮▮ (Redbubble)
Sep 14, 16:32 PDT

Hello there ▮▮▮▮▮,

Thanks for reaching out to us today. It appears that we have lost connection via chat.

Nevertheless, if you need further assistance, please feel free to start a new chat or respond to this email and I'll be happy to assist further.

In the meantime, have a great day!

Warm regards,

▮▮▮▮▮
[Redbubble](Redbubble)
Customer Experience Team

▮▮▮▮▮
Sep 14, 16:24 PDT

Chat transcript:
Visitor: Do you have any brandy Melville stickers
▮▮▮▮▮ Hello, my name is ▮▮▮▮▮ br>Thanks for getting in touch with us!
▮▮▮▮▮ I'm happy to help you today.
▮▮▮▮▮ I would recommend using our nifty search bar and search using any keywords associated with the design you are looking for.
▮▮▮▮▮ Are you still with me?
Visitor: yes sorry
▮▮▮▮▮ That's alright.
Visitor: so you don't have any stickers that brand specifically made?
▮▮▮▮▮ Here is a link to what I've found - https://www.redbubble.com/shop/brandy+Melville+stickers
▮▮▮▮▮ Since designs are uploaded and changed by their creators constantly, I would recommend using our nifty search bar.
▮▮▮▮▮ You can search using any keywords associated with the design that you are looking for.
Visitor: great!
Visitor: thanks too much
Visitor: so
▮▮▮▮▮ You're welcome.

This is an email from Redbubble.

**CONFIDENTIAL**                                                                                                           RBBM176730

Ex. 77
Page 132