# EXHIBIT 78

**From:** Redbubble <congratulations@redbubble.com>
**Sent:** Thursday, November 01, 2018 8:27 AM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮@yahoo.com>
**Subject:** Manufacturing Invoice - 22987544

Redbubble

**Hello again** ▮▮▮▮

You may remember that you recently made a sale on Redbubble and as promised this is to signify that we have arranged the order to be shipped to your customer.

We've included this invoice for the fee incurred for the manufacturing of the product. Bear in mind, this invoice has been paid in full on your behalf to the manufacturer and you do not owe any money.

This invoice is solely for your records and no further action is required on your part. Perhaps you can post it on your bulletin as a testament to your hard work and success or perhaps you can put it in the bin for safekeeping, the choice is yours :)

**Big love,**

**Mr Baxter - Head of Numbers**

TAX INVOICE

Invoice number: 55547242-22987544

2018-11-01

Sticker of [Brandy Melville Moon](#) by ▮▮▮▮▮▮

Size: Small (1.7" x 2.1")
Quantity: 1
Manufacturing Fee: US$1.03 (inc. Tax)

Total Manufacturing Fee (ex. Tax)
US$1.03

Total Tax
US$0.00

Total Manufacturing Fee (inc. Tax)
US$1.03

This invoice has been paid in full on your behalf.

Please note that further to Clause 5 of appendix A of the [User Agreement](#), you are responsible for accounting for Indirect / Sales Tax in the relevant country.

**Redbubble**

This is an operational email from Redbubble

CONFIDENTIAL

RBBM176774

Ex. 78
Page 134

User Agreement | Privacy Policy

©2007–2018, Redbubble.
All Rights Reserved
111 Sutter St, 17th fl | San Francisco, CA 94104 | USA

--
You received this message because you are subscribed to the Google Groups "BCC7" group.
To unsubscribe from this group and stop receiving emails from it, send an email to bcc7+unsubscribe@redbubble.com.
To post to this group, send email to bcc7@redbubble.com.
To view this discussion on the web visit
https://groups.google.com/a/redbubble.com/d/msgid/bcc7/5bdaf12a209c1_13fc5fa9caacc2200a4%40redbubble-monolith-workers-medium-6bf76cb546-g4n6h.mail.

CONFIDENTIAL

RBBM176775

Ex. 78
Page 135

**From:** Redbubble <congratulations@redbubble.com>
**Sent:** Monday, November 05, 2018 1:48 PM EST
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇@yahoo.com>
**Subject:** Manufacturing Invoice - 23047668

Redbubble

**Hello again** ▇▇▇▇

You may remember that you recently made a sale on Redbubble and as promised this is to signify that we have arranged the order to be shipped to your customer.

We've included this invoice for the fee incurred for the manufacturing of the product. Bear in mind, this invoice has been paid in full on your behalf to the manufacturer and you do not owe any money.

This invoice is solely for your records and no further action is required on your part. Perhaps you can post it on your bulletin as a testament to your hard work and success or perhaps you can put it in the bin for safekeeping, the choice is yours :)

**Big love,**

**Mr Baxter - Head of Numbers**

TAX INVOICE

Invoice number: 55547242-23047668

2018-11-05

Sticker of [Brandy Melville California](#) by ▇▇▇▇▇▇▇

Size: Small (3.1" x 3.0")
Quantity: 1
Manufacturing Fee: US$1.10 (inc. Tax)

Total Manufacturing Fee (ex. Tax)
US$1.03

Total Tax
US$0.07

Total Manufacturing Fee (inc. Tax)
US$1.10

This invoice has been paid in full on your behalf.

Please note that further to Clause 5 of appendix A of the [User Agreement](#), you are responsible for accounting for Indirect / Sales Tax in the relevant country.

**Redbubble**



This is an operational email from Redbubble

**CONFIDENTIAL**                                                                                           RBBM176780

Ex. 78
Page 136

Case 2:19-cv-04618-RGK-JPR  Document 106-16  Filed 07/17/20  Page 5 of 5  Page ID #:7946
User Agreement | Privacy Policy

©2007–2018, Redbubble.
All Rights Reserved
111 Sutter St, 17th fl | San Francisco, CA 94104 | USA

--
You received this message because you are subscribed to the Google Groups "BCC7" group.
To unsubscribe from this group and stop receiving emails from it, send an email to bcc7+unsubscribe@redbubble.com.
To post to this group, send email to bcc7@redbubble.com.
To view this discussion on the web visit
https://groups.google.com/a/redbubble.com/d/msgid/bcc7/5be09086a05c6_12b0f6fe719a0103825b%40redbubble-monolith-workers-medium-654767d569-w7fzb.mail.
CONFIDENTIAL

RBBM176781

Ex. 78
Page 137