# EXHIBIT 79

**From:** ▇▇ (Redbubble) <support@redbubble.zendesk.com>
**Sent:** Saturday, August 13, 2016 5:22 AM EDT
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇redbubble.com>
**Subject:** New CSAT with comment for 1680315:Chat with ▇▇

##- Please type your reply above this line -##

Hello ▇▇ Provider of Answers!

You have a new CSAT rating with comment for the ticket 1680315:Chat with ▇▇ {ticket.link}}

**Here's what they said:**

*good and helpful. I received the outcome I desired. however could tell that english was not ▇▇ first language as fluency and spelling eg. Great Britian was in his native language! I have had experience with foreign people so understanding his fluency for me was not a problem , but for some it may be a problem!*

**And here's a record of the whole conversation:**

▇▇▇▇▇▇▇▇▇▇▇▇ (Redbubble)
Aug 12, 15:28 IST

**Private note**

No e-mail reply needed - everything solved in the chat

▇▇▇▇▇▇▇▇▇▇▇▇ (Redbubble)
Aug 12, 14:41 IST

**Private note**

Voucher created - PO1031557620160812 - amount: 3.38 GBP

▇▇▇▇▇▇▇▇▇▇▇▇ (Redbubble)
Aug 12, 14:40 IST

**Private note**

https://www.redbubble.com/de/admin/purchase_orders/10315576 - item 38307032 missing - offered reprint - CX wanted voucher instead, since she wants to reorder soon

Th▇▇
Aug 12, 14:39 IST

**Private note**

Chat ended: 2016-08-12 01:39 PM UTC

Name: ▇▇
Email: ▇▇▇▇▇▇@gmail.com
Phone: –
Notes: –

Aug 12, 14:39 IST

Chat started: 2016-08-12 01:26 PM UTC

(01:26:07 PM) Visitor 63140556 is now known as
(01:26:08 PM)  I have just received my order and have realised one of my stickers is missing. Can you help?
(01:26:32 PM) ***  joined the chat ***
(01:27:14 PM)  Hi there, thanks for getting in touch. I would be happy to help with this.
(01:28:02 PM)  sorry to hear that, if you send me the order number, i'll have a closer look
(01:28:50 PM)  The order number is 10315576
(01:28:56 PM)  thanks
(01:29:34 PM)  I have all the stickers but not the sticker with the heart saying "Brandy Melville"
(01:30:23 PM)  ok, I will send you a free reprint if that's ok with you
(01:31:16 PM)  and send it to the same address:
(01:31:18 PM)

Großbritannien
(01:31:43 PM)  thank you very much, I was also planning on buying some more as well, if there a possibility of adding others as well or do I do separate orders?
(01:32:08 PM)  Yes thank you!
(01:32:57 PM)  oh, well in that case, I can give you a store credit so you'll get it in the same order as the other stuff
(01:33:33 PM)  well, you want to buy more stickers right?
(01:33:33 PM)  thank you, is it a code or will it be added to my account?
(01:33:45 PM)  yes, i do
(01:33:47 PM)  it's a code
(01:34:02 PM)  thank you!!
(01:35:32 PM)  the code is
(01:35:37 PM)  PO1031557620160812
(01:36:08 PM)  its for the amount of 3.38 GBP
(01:36:21 PM)  thank you, so shall I enter this as if it would be a promotional code?
(01:36:41 PM)  exactly
(01:37:10 PM)  please copy and paste the code somewhere save for now
(01:37:21 PM)  thank you very much
(01:37:47 PM)  goodbye now,
(01:38:04 PM)  Have a great weekend
(01:38:06 PM)  bye

Aug 12, 14:27 IST

**Private note**

Chat started: 2016-08-12 01:26 PM UTC
Served by:

IP: 86.133.10.153
User Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_10_5) AppleWebKit/601.7.7 (KHTML, like Gecko) Version/9.1.2 Safari/601.7.7
Country: United Kingdom
City:
URL: https://help.redbubble.com/hc/en-us

The chat transcript will be appended when the agent or visitor leaves the chat.

Please do take a look and get back to them if necessary!

Thank you my good chum.

This is an email from Redbubble.

CONFIDENTIAL

RBBM177379