# EXHIBIT 80

**From:** Redbubble via CS: DAS Records <das.records@redbubble.com>
**Sent:** Tuesday, October 10, 2017 8:58 AM EDT
**To:** [redacted]redbubble.com>
**Subject:** New CSAT with comment for 2913300:Re: [Redbubble] Re: Didnt use FINDIT20-code

##- Please type your reply above this line -##

Hello [redacted] Provider of Answers!

You have a new CSAT rating with comment for the ticket 2913300:Re: [Redbubble] Re: Didnt use FINDIT20-code.
https://redbubble.zendesk.com/agent/tickets/2913300

**Here's what they said:**

A+
*Redbubbles Bubblepeople never lets me down.*

**And here's a record of the whole conversation:**

Oct 10, 05:26 PDT

Oh hi [redacted]
Great stuff, I've just placed an order few minutes ago and everything went fine!
Thanks 4 helping me out, I'm sure these stickers will be great as the others! I'll let you know when they arrive, ok?
Thank you very much [redacted]
Best,
[redacted]

(Redbubble)
Oct 6, 05:55 PDT

**Private note**

customer was given a voucher as no further images were provided to identify their issue.

(Redbubble)
Oct 6, 05:53 PDT

Hello [redacted]

Thanks for getting back to me about this!

Unfortunately, we are unable to assure that these stickers can be fixed by replacing them from our side. To make it up to you, I have created the Redbubble Voucher code **PO1541242920171006** for the purchase amount of **€25.89**. This way you can definitely reorder them from your end.

The voucher is good for one year from the issue date and can be used by following the instructions below:

1. Once you're ready to buy, head over to your Shopping Cart.
2. Click the 'Enter A Coupon' link and enter the code in the empty field.
3. Click 'Apply'.

There's no need to return the stickers you already have. Why not give them to a pal?

**CONFIDENTIAL**                                                                                                 RBBM177383

Ex. 80
Page 143

Please do accept my apologies for any inconveniences caused.

Please let us know if you need any assistance with your next Redbubble purchase. Have a great day!

Best wishes,

[Redbubble](#)
Customer Experience Team

Oct 5, 10:17 PDT

Hi

yes but if the RB-team agrees that JFK sticker does look different and that Lab dog sticker too (what the RB team sayed about them btw, I never got the answer?) then isnt it clear that there might be a problem also with some other stickers?
Dosnt it seem more possible? That theyre not vs. that they are?

Are you ▮▮▮▮ really sure I cant just send them thru good ol' mail? I mean, they came me with mail, theres must be somebody somewhere who works with them?
What if I mail them to you in my own cost?

(Redbubble)

Oct 5, 09:43 PDT

Hello ▮▮▮▮

Thanks for getting back!

Yes, however, we do need to have a look into the other stickers as they show completely fine on the original images.

Awaiting on your response!

Best wishes,

[Redbubble](#)
Customer Experience Team

Oct 5, 09:17 PDT

Hi
I dont have a camera, I told that to ▮▮▮▮ earlier.
Didnt those pictures satisfied that I sent few days ago?

(Redbubble)

Oct 5, 08:59 PDT

Hello ▮▮▮▮

Thanks for getting back to me about this!

Unfortunately, we are unable to receive any by mail. You can definitely use a mobile phone with camera to take them

**CONFIDENTIAL**                                                                                     RBBM177384

Ex. 80
Page 144

out then send it.

We'll definitely wait as long as you need to get those images. :)

Have a good day!

Best wishes,

Redbubble
Customer Experience Team

Oct 5, 08:36 PDT

Hi
Im afraid my scanner is not good enough.
I could send you those stickers by mail.

(Redbubble)

Oct 5, 07:34 PDT

**Private note**

Customer had an issue with 14 stickers - only provided images of 4 - awaiting for remaining images

pics provided are uncured

red sole, medical doctor, drive in and dine, cat invaders (lights only) - may be pixelated as shown on originals. Others should be fine

(Redbubble)

Oct 5, 07:31 PDT

Hey

Thanks so much for getting back to us about this!

Could you please send us images of all stickers which had an issue with the ink? These are going to be used to identify the exact issue that occurred and for quality purposes as well.

Hoping to hear from you soon - have a good one!

Best wishes,

Redbubble
Customer Experience Team

Oct 5, 04:44 PDT

Oh hi        !
Yeah, sorry its me. Again.

**CONFIDENTIAL**                                                                                                          RBBM177385

But yeah as I told       before, I have three piles of stickers - first are pretty much useless, these are stickers that I cannot use, then second pile of stickers that are not so good, and then third pile that are wonderful.

Now- the first pile (4stickers) is simply useless, these are the ones that I reallyreallyreally need new ones. These stickers are: President John Kennedy Sailing, Nautical Preppy Black Lab Aboard The Salty Dog, 80's Party Hat and New York Universisrt Brandy Melville.

Second pile (10 stickers) is not THAT bad, but clearly not that quality that I have seen before. These stickers are: Windmill (very important sticker to me), Chatham Lighthouse (Very important sticker too), Yikes, Cat Invaders, Drive-In and Dine, Blinded (maybe the worst ink), NES Controller, Medical Doctor Caduceus Shield, and though I havent order Trump-sticker before, seems that the Trump Wave had some issues with the ink too. Oh and Red Sole heels, I guess.. Rest of the stickers (24) are just great.

My order number was 15412429

I would be very happy IF you could send me new stickers, especially first six that are very important to me. I dont need money back I reallyreallyreally need the product.

Best,



---

          (Redbubble)

Oct 3, 16:13 PDT

Hi         

Thanks for getting back to us and providing us with the images.

Can you please confirm to me which of the stickers you have the issue with?

Looking forward to hearing from you.

Have a great day!

Best regards,

Redbubble
Customer Experience Team

---

Oct 1, 08:55 PDT

Hi        ,

I scanned JFK, NYU and preppy lab sticker below, hope you can see them? I also scanned the windmills, im not so happy of that either (and others, remember send you the list yesterday or day before that?) but that is not as bad as jfk 4 example.

I think this is best I can do..



Attachment(s)
IMG_20171001_0001.jpg
IMG_20171001_0002.jpg
IMG_20171001_0003.jpg

---

          (Redbubble)

Sep 29, 07:28 PDT

Hi

thank you for getting back to me.

Is there somebody else who could take a picture for you? It is hard to see the quality issue otherwise, so I am not sure if a replacement order would make sense. I would not want to send you a replacement, if it turns out the same so you'd be disappointed again.

Please let me know! Otherwise you could try the scan. :)

Until then, have a great day!

Best regards/ Viele Grüße,



[Redbubble](#)
Customer Experience Team


Sep 29, 05:46 PDT

Hi       ,

no-no-no Im not frustrated or anything, but yeah, unfortunatley 1/3 are almost useless to me for the purpose i was planning to use them and other 1/3 is not so good either..

Poor ol' JFK stickers ink is maybe the poorest, others are nautical prep dog, windmill, New York University, 80's party hat and chatham lighthouse.
MD-caduceus sticker, cat invaders, yikes, blinded, trumpwave, red sole heels, dallas road sign, nes controller, we dont need roads, and maybe the walkman too.. these stickers are either clearly not that good as before or example trump sticker that is new for me, im pretty sure that it had some problems with the ink too..

then again, pop-art girl paulina and fashion sticker are great! these two are in the same sheet and it looks like art! I feel like I dont even want to use them as a sticker but bookmark or something.. (: Black is deep and colors bright, lines sharp. Lichtenstein-girl and others too, just wonderful! (theres others but no need to list them)

Im not sure if I can send you a picture.. I have a scanner but Im not so sure of the resolution, im using it only as a printer.. I dont have camera in my phone either, my phone is probobly made in 2002 or something its a nokia 3310 or something..

My order number was 15412429

Best,



 (Redbubble)
Sep 29, 03:58 PDT

Hi       

thank you for getting in touch with us.

I am so sorry that 2/3 of your stickers did not match your expectation. I certainly understand your frustration.

Could you let me know which ones were not up to your expectations and provide me with a picture?

I will then be happy to check if we can print these stickers in a better quality and issue a free replacement order for you.

If we cannot print them any better, we would be happy to offer you a voucher or a discount.

In the meantime, have a great day!

Best regards/ Viele Grüße,



[Redbubble](#)

Customer Experience Team

---

 (Redbubble)

Sep 29, 03:55 PDT

**Private note**

https://www.redbubble.com/de/admin/purchase_orders/15412429

---



Sep 29, 02:30 PDT

This is a follow-up to your previous request #2855091 "Didnt use FINDIT20-code"

Hi ,
I'm afraid I have not so good news..
I my order just arrived this morning, but seems that half of my stickers are not printed the redbubble quality that I have used to see before..
Some of the stickers are excellent, but I think something have to be done to 2/3 of my order.. 1/3 of stickers are even in condition that I cannot use them the purpose I was going to..
I had no problems last time but now seems that there was clearly some problem with the ink that were used..
Can you help me?

Great Stuff ! Thank you very much!
Have an nice day, okay?
Best,

---

Please do take a look and get back to them if necessary!

Thank you my good chum.

This is an email from Redbubble.