# EXHIBIT 81

**From:** Redbubble <aboutmyorder@e.redbubble.com>
**Sent:** Sunday, April 21, 2019 8:22 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮@me.com>
**Subject:** Redbubble Order Confirmation and Progress

Redbubble

## We're on it.

Hang tight while we prep your stuff.

Confirmed          Shipped          Delivered

Estimated Delivery Date: **26-30 April**

Order #26852650

**Shipping Address**

▮▮▮
▮▮▮
▮▮▮
UNITED STATES

**Billing Address**

▮▮▮
▮▮▮
▮▮▮
UNITED STATES

Update Address?

## Order Summary

| | | |
|---|---|---|
| | Rodeo La Flame<br>Small (1.0" x 4.0")<br>1 x Sticker | $2.27 |
| | Astro<br>Small (4.0" x 2.3")<br>1 x Sticker | $1.24 |
| | Spongebob Pink Glasses<br>Small (1.9" x 1.3")<br>1 x Sticker | $1.29 |
| | it be like that sometimes<br>Small (4.0" x 1.1")<br>1 x Sticker | $1.49 |
| | Rainbow Croc Sticker Pack<br>Small (3.0" x 3.0")<br>1 x Sticker | $1.47 |

| | | |
|---|---|---|
| | Kermit Love Meme Set | |
| | Small (3.6" x 3.0") | |
| | 1 x Sticker | $1.26 |
| | Soulja Boy Tweet | |
| | Small (4.0" x 1.8") | |
| | 1 x Sticker | $1.65 |
| | Spanish Flag Butterfly | |
| | Small (4.0" x 2.9") | |
| | 1 x Sticker | $1.34 |
| | Astroworld tour ts | |
| | Small (3.1" x 3.0") | |
| | 1 x Sticker | $1.24 |
| | beach sticker pack #2 | |
| | Small (3.1" x 3.0") | |
| | 1 x Sticker | $1.24 |
| | brandy Melville cute sticker set | |
| | Small (3.0" x 3.0") | |
| | 1 x Sticker | $1.24 |

| | |
|---|---|
| Subtotal | $15.73 |
| Shipping (Standard Post) | $2.77 |
| Total USD | $18.50 |

This order has been paid in full ( **$18.50** ) via Credit Card

Items in your order may ship separately. Learn more

**Check your order progress**   >

## Meet the Artists

A portion of your purchase goes directly to these creatives

**Andrew Hancock**
Big Rapids, United States          Follow

**Papichulito**
Reims, France          Follow

**cardiolivia**
Joined January 2016          Follow

CONFIDENTIAL                                                     RBBM177979

Ex. 81
Page 151

| | | |
|---|---|---|
| | mandykamp<br>Joined July 2018 | Follow |
| | abbyconnellyy<br>Joined July 2017 | Follow |
| | BSillustrations<br>Sydney, Australia | Follow |
| | Kelly Allison<br>Wilmette, United States | Follow |
| | jeff bartels<br>Mississauga, Canada | Follow |
| | DecpreT<br>Mulberry, United States | Follow |
| | Katie's Stickers<br>Bradenton, United States | Follow |
| | bratayleyfanfic<br>Joined October 2018 | Follow |

## We're Here to Help

| | |
|---|---|
| Check your order progress | > |
| Can I change my order? | > |
| Return or exchange an item | > |
| When should I expect my order? | > |

MY ACCOUNT   SHIPPING & DELIVERY   RETURNS   HELP   CONTACT US

Want to update email settings? Rumor is, if you unsubscribe a grumpy unicorn named Jeff will send you passive-aggressive texts for all eternity. But it's up to you.

Update Preferences or Unsubscribe.

User Agreement | Privacy Policy

©2007 - 2019, Redbubble. All Rights Reserved
111 Sutter St. 17th Floor | San Francisco, CA 94104 | USA

--
You received this message because you are subscribed to the Google Groups "bcc29" group.
To unsubscribe from this group and stop receiving emails from it, send an email to bcc29+unsubscribe@redbubble.com.

CONFIDENTIAL                                                                 RBBM177980

To post to this group, send email to bcc29@redbubble.com.
To view this discussion on the web visit
https://groups.google.com/a/redbubble.com/d/msgid/bcc29/20190422002253.5cbd095c2c885e60b34e2c12%40sailthru.com.

CONFIDENTIAL

RBBM177981

**From:** Redbubble <aboutmyorder@e.redbubble.com>
**Sent:** Monday, February 11, 2019 9:14 PM EST
**To:** ▮▮▮▮▮▮▮▮▮▮@att.net>
**Subject:** Redbubble Order Confirmation and Progress

**Redbubble**

## We're on it.

Hang tight while we prep your stuff.

Confirmed     Shipped     Delivered

Estimated Delivery Date: **15-19 February**

Order #25721916

**Shipping Address**

▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮
UNITED STATES

**Billing Address**

▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮
UNITED STATES

Update Address?

## Order Summary

Stars and Moon
Small (1.4" x 1.1")
1 x Sticker                                                        $1.60

radiate positivity
Small (4.0" x 0.8")
1 x Sticker                                                        $1.44

brandy melville
Small (4.0" x 0.4")
1 x Sticker                                                        $1.55

BRANDY MELVILLE HAWAII STICKER
Small (4.0" x 2.9")
1 x Sticker                                                        $1.80

starfish
Small (4.0" x 1.3")
1 x Sticker                                                        $1.35

| | | |
|---|---|---|
| | little surfer's van | |
| | Small (2.2" x 0.9") | |
| | 1 x Sticker | $1.39 |
| | God is greater than the highs and lows | |
| | Small (3.9" x 1.3") | |
| | 1 x Sticker | $1.55 |
| | Pura Vida Wave | |
| | Small (4.0" x 1.1") | |
| | 1 x Sticker | $1.82 |
| | Yellow Flowers — 4 Pack | |
| | Small (3.0" x 3.0") | |
| | 1 x Sticker | $1.49 |
| | bouncy brush - kansas city | |
| | Small (3.8" x 3.0") | |
| | 1 x Sticker | $1.55 |
| | Waves | |
| | Small (4.0" x 0.8") | |
| | 1 x Sticker | $1.44 |
| | itty bitty sunshine | |
| | Small (0.7" x 0.7") | |
| | 1 x Sticker | $1.39 |
| | Smile - Yellow | |
| | Small (4.0" x 1.2") | |
| | 1 x Sticker | $1.34 |
| | yellow explore volkswagon | |
| | Small (4.0" x 2.6") | |
| | 1 x Sticker | $1.34 |

| | |
|---|---|
| Subtotal | $21.05 |
| Shipping (Standard Post) | $3.19 |
| Total (USD) | $24.24 |

This order has been paid in full (**$24.24**) via Credit Card

Items in your order may ship separately. Learn more

**Check your order progress** >

## Meet the Artists

A portion of your purchase goes directly to these creatives

**CONFIDENTIAL**

**RBBM178554**

Ex. 81
Page 155

**Chanel McKayla**
Calgary, Canada

Follow

**c. elizabeth**
State College, United States

Follow

**cgidesign2**
Joined November 2017

Follow

**selinuenal13**
Joined August 2015

Follow

**katelaughlin**
Hopewell, United States

Follow

**stickersnstuff**
Joined August 2017

Follow

**Annie Deaderick**
Mcintosh, United States

Follow

**annmariestowe**
Edmond, United States

Follow

**flowerlife**
Joined July 2018

Follow

**arielledesigns**
Joined November 2016

Follow

**Ellie Park**
College Park, United States

Follow

**chloelavigne**
Waterbury Center, United States

Follow

**gretalohse**
Joined September 2017

Follow

## We're Here to Help

**CONFIDENTIAL**

**RBBM178555**

Ex. 81
Page 156

| | |
|---|---|
| Check your order progress | > |
| Can I change my order? | > |
| Return or exchange an item | > |
| When should I expect my order? | > |

MY ACCOUNT    SHIPPING & DELIVERY    RETURNS    HELP    CONTACT US

No longer wish to receive our emails? Unsubscribe.

User Agreement | Privacy Policy

©2007 - 2018, Redbubble. All Rights Reserved
111 Sutter St. 17th Floor | San Francisco, CA 94104 | USA

--
You received this message because you are subscribed to the Google Groups "bcc15" group.
To unsubscribe from this group and stop receiving emails from it, send an email to bcc15+unsubscribe@redbubble.com.
To post to this group, send email to bcc15@redbubble.com.
To view this discussion on the web visit https://groups.google.com/a/redbubble.com/d/msgid/bcc15/20190212021431.5c622c072c885e6ba55b9504%40sailthru.com.

CONFIDENTIAL

RBBM178556