# EXHIBIT 82

**From:** Redbubble via CS: DAS Records <das.records@redbubble.com>
**Sent:** Thursday, September 14, 2017 7:24 PM EDT
**To:** ▮▮▮▮▮▮ <▮▮▮▮▮▮gmail.com>
**Subject:** Thanks for chatting with us today!

##- Please type your reply above this line -##

Hello,

Thanks for stopping by to chat with us today. Just for safekeeping, here's a record of the conversation:

Sep 14, 16:24 PDT

Chat transcript:
Visitor: Do you have any brandy Melville stickers
▮▮▮▮  Hello, my name is ▮▮▮▮ br>Thanks for getting in touch with us!
▮▮▮▮  I'm happy to help you today.
▮▮▮▮  I would recommend using our nifty search bar and search using any keywords associated with the design you are looking for.
▮▮▮▮  Are you still with me?
Visitor: yes sorry
▮▮▮▮  That's alright.
Visitor: so you don't have any stickers that brand specifically made?
▮▮▮▮  Here is a link to what I've found - https://www.redbubble.com/shop/brandy+Melville+stickers
▮▮▮▮  Since designs are uploaded and changed by their creators constantly, I would recommend using our nifty search bar.
▮▮▮▮  You can search using any keywords associated with the design that you are looking for.
Visitor: great!
Visitor: thanks too much
Visitor: so
▮▮▮▮  You're welcome.

Feel free to reply to this email if we can help you with anything else.

Stay wonderful!
*Redbubble Chat Team*

This is an email from Redbubble.

**CONFIDENTIAL**                                                                                                              **RBBM181029**

Ex. 82
Page 159