# EXHIBIT 90

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3
 4   Y.Y.G.M. SA d.b.a. BRANDY      )
     MELVILLE, a Swiss              )
 5   corporation,                   )
                                    )
 6          Plaintiff              )
                                    )  Case No:
 7          vs.                     )  2:19-cv-04618-RGK
                                    )  (FFMx)
 8   REDBUBBLE, INC., a Delaware    )
                                    )
 9          Defendant              )
     _____)
10
11
12
13     Videotaped 30(B)(6) Deposition of James N. Toy
14                     Via Zoom
15              San Francisco, California
16              Tuesday, April 21, 2020
17
18
19   Reported by:
20   JOANNE M. FARRELL, RPR, CRR
21   CSR Nos. 4838(CA)  507(NM)
22   Job No. 4081733
23
24   Pages 1 - 224
25
```

Page 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3

 4   Y.Y.G.M. SA d.b.a. BRANDY      )
     MELVILLE, a Swiss             )
 5   corporation,                  )
                                   )
 6          Plaintiff              )
                                   )  Case No:
 7          vs.                    )  2:19-cv-04618-RGK
                                   )  (FFMx)
 8   REDBUBBLE, INC., a Delaware   )
                                   )
 9          Defendant              )
     _____)

10

11

12          Videotaped 30(b)6 Deposition via Zoom of

13   James N. Toy, taken on behalf of Plaintiff,

14   beginning at 10:21 a.m., on Tuesday, April 21, 2020,

15   before Joanne M. Farrell, Certified Shorthand

16   Reporter No. 4838.

17

18

19

20

21

22

23

24

25

                                        Page 2
```

Ex. 90
Page 259

CONFIDENTIAL

1    APPEARANCES:

2    For Plaintiff:

3      BROWNE GEORGE ROSS LLP

4      By:  JASON Y. KELLY, ESQ.

5           RYAN Q. KEECH, ESQ.

6      2121 Avenue of the Stars, Suite 2800

7      Los Angeles, California 90067

8      (310) 274-7100

9      jkelly@bgrfirm.com

10     rkeech@bgrfirm.com

11

12   For Defendant:

13     ZUBER LAWLER

14     By:  JOSHUA M. MASUR, ESQ.

15     2000 Broadway Street, Suite 154

16     Redwood City, California 94063

17     650-434-8538

18     jmasur@zuberlaw.com

19

20   Also Present: Ron Lazo, Videographer

21

22

23

24

25

                                              Page 3

Ex. 90
Page 260

CONFIDENTIAL

```
1                          INDEX
2    WITNESS
3    James N. Toy 30(b)6
4    EXAMINATION                                    PAGE
5                    BY MR. KELLY                      8
6                    BY MR. MASUR                    218
7
8                        EXHIBITS
9    NUMBER                                         PAGE
10
11   Exhibit 101    Plaintiff's Notice of Remote      9
                    Deposition of Defendant
12                  Redbubble Inc. Pursuant to
                    Federal Rules of Civil
13                  Procedure 30(b)(6)
14   Exhibit 102    Printout dated 4/20/20 from the  23
                    Redbubble website titled "My
15                  Work Was Removed"
16   Exhibit 103    Printout dated 4/20/2020 from    27
                    the Redbubble website titled
17                  "Redbubble IP/Publicity Rights
                    Policy"
18
     Exhibit 104    Printout dated 4/20/2020 from    29
19                  the Redbubble website titled
                    "User Agreement""
20
     Exhibit 105    Document with first page         33
21                  Bates-labeled RBBM214339 titled
                    "Trademark"
22
     Exhibit 106    Document with first page         40
23                  Bates-labeled RBBM214335 titled
                    "Someone is Infringing My
24                  Rights or the Rights of
                    Another"
25
```

Page 4

Veritext Legal Solutions
866 299-5127

Ex. 90
Page 261

CONFIDENTIAL

```
 1              EXHIBITS (Cont.)
 2   NUMBER                                         PAGE
 3   Exhibit 107   License Agreement between  ███    52
                   ██████████████████████████████
 4                 and Redbubble Inc.
 5   Exhibit 108   Printout from the Redbubble       54
                   website titled "Artist Margins"
 6
     Exhibit 109   Document with first page          59
 7                 Bates-labeled BRANDY_0002195
 8   Exhibit 110   Printout from Redbubble's         68
                   website with first page
 9                 Bates-labeled BRANDY_0001740
10   Exhibit 111   Printout from Redbubble's         73
                   website with first page
11                 Bates-labeled BRANDY_0002040
12   Exhibit 112   Email dated November 13, 2019    101
                   from Redbubble Marketplace
13                 Integrity Team to lipglossd
14   Exhibit 113   Document dated 1/10/2020         104
                   Bates-labeled RBBM175095
15
     Exhibit 114   Email dated November 01, 2018    107
16                 from Redbubble to
                   ██████████████@yahoo.com
17
     Exhibit 115   Document, first page             108
18                 Bates-stamped RBBM016865
19   Exhibit 116   Screenshot of a Yahoo home page  120
                   Bates-labeled BRANDY_0000095
20
     Exhibit 117   Screenshot of a Google search    125
21                 page, first page Bates-labeled
                   BRANDY_0002068
22
     Exhibit 118   Video                            132
23
     Exhibit 119   Email dated October 25, 2016     152
24                 from Redbubble to  ███████████
25


                                     Page 5
```

Ex. 90
Page 262

CONFIDENTIAL

```
 1                    EXHIBITS (Cont.)
 2   NUMBER                                              PAGE
 3   Exhibit 120    Email dated April 21, 2019 from      155
                    Redbubble to  ███████████████
 4
     Exhibit 121    Email dated September 14, 2017       156
 5                  from Redbubble via CS: DAS
                    Records to  ████████████
 6
     Exhibit 122    Email dated October 04, 2016         161
 7                  from Redbubble to Road3
 8   Exhibit 123    Document, first page                 186
                    Bates-labeled RBBM016059
 9
     Exhibit 124    Photograph of plastic bag            174
10
     Exhibit 125    Web page                             182
11
     Exhibit 126    Image of T-shirt                     183
12
     Exhibit 127    Letter from Emancipation             210
13                  Capital to Redbubble Ltd dated
                    December 22, 2019
14
     Exhibit 128    Email dated June 05, 2018 from       214
15                  ████████████████  to
                    ████████████████@redbubble.com
16
17
18
19
20
21
22
23
24
25

                                         Page 6
```

Ex. 90
Page 263

CONFIDENTIAL

1    San Francisco, California, Tuesday, April 21, 2020

2                    10:21 a.m.

3                    ---o0o---

4        VIDEOGRAPHER:  We are now on the record.

5    The time is 10:21 a.m. on April 21st, 2020.  This is      10:21:17AM

6    the video-recorded deposition of James N. Toy,

7    30(b)(6) witness of Redbubble Incorporated, taken by

8    counsel for the plaintiff in the matter of Y.Y.G.M.

9    SA d/b/a Brandy Melville versus Redbubble

10   Incorporated, filed in the United States District       10:21:40AM

11   Court.  The case number is 2:19-cv-04618-RGK (FMx).

12        This deposition is being held via Zoom

13   conference.  All parties are attending remotely.

14   The court reporter is Joanne Farrell from Veritext.

15   Videographer is Ron Lazo for Veritext.               10:22:07AM

16        Counsel, please state your appearances and

17   affiliations for the record.

18        MR. KELLY:  Jason Kelly from Browne George

19   Ross on behalf of the plaintiff, Y.Y.G.M. SA d.b.a.

20   Brandy Melville.                                     10:22:20AM

21        MR. MASUR:  Joshua Masur of Zuber Lawler &

22   Del Duca LLP on behalf of defendant, Redbubble Inc.

23   and on behalf of the witness.

24        And since this is the opening of the

25   deposition, pursuant to the protective order entered  10:22:53AM

                                                      Page 7

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | in this case, I'm going to designate the entirety of | 10:22:56AM |
| 2 | this transcript as confidential pending review for | |
| 3 | specific designations. | |
| 4 | VIDEOGRAPHER:  Are there others attending | |
| 5 | remotely? | 10:23:08AM |
| 6 | MR. MASUR:  Who is the 805 number? | |
| 7 | MR. KEECH:  Sorry.  I was on mute.  This is | |
| 8 | Ryan Keech, counsel for plaintiff.  Browne George | |
| 9 | Ross. | |
| 10 | VIDEOGRAPHER:  Will the court reporter | 10:23:28AM |
| 11 | please swear in the witness. | |
| 12 | James N. Toy, | |
| 13 | having been administered an oath, was examined and | |
| 14 | testified as follows: | |
| 15 | EXAMINATION | 10:23:49AM |
| 16 | BY MR. KELLY: | |
| 17 | Q.  Good morning.  I'm going to try to | |
| 18 | introduce an exhibit just to make sure this works. | |
| 19 | It is Exhibit 101, and it is the Plaintiff's Notice | |
| 20 | of Remote Deposition of Defendant Redbubble Inc. | 10:24:11AM |
| 21 | pursuant to Federal Rules of Civil Procedure | |
| 22 | 30(b)(6).  So I think everyone has to go into the | |
| 23 | "Marked Exhibits" folder and you should see it. | |
| 24 | Do you see it there in there? | |
| 25 | A.  It didn't pop up right away.  It's doing | 10:24:53AM |

Page 8

Ex. 90
Page 265

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.  No. | 10:29:05AM |

2      Q.  You're still employed by Redbubble Inc.,

3   correct?

4      A.  Yes.

5      Q.  And, generally, what is your title right      10:29:19AM

6   now at Redbubble Inc.?

7      A.  Assistant general counsel.

8      Q.  Very briefly, what are your

9   responsibilities as assistant general counsel at

10   Redbubble Inc.?      10:29:35AM

11      A.  General legal matters, IP matters.  I'm

12   responsible for the notice and takedown, proactive

13   measures, contracts.

14      Q.  I'm going to refer to the Atari case, the

15   Atari versus Redbubble case as "the Atari case" from      10:30:12AM

16   here on out.  Is that okay with you?

17      A.  Sure.

18      Q.  Have your responsibilities changed at

19   Redbubble since you testified or provided deposition

20   testimony in the Atari case?      10:30:28AM

21      A.  No.

22      Q.  Has your title changed since you provided

23   deposition testimony in the Atari case?

24      A.  No.

25      Q.  Redbubble Inc. is the defendant in this      10:30:42AM

Page 13

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | case, right? | 10:30:44AM |
| 2 | A. Yes. | |
| 3 | Q. Redbubble Inc. is a subsidiary of Redbubble | |
| 4 | Limited; is that right? | |
| 5 | A. Yes. | 10:31:01AM |
| 6 | Q. Redbubble Limited is a corporation based in | |
| 7 | Australia, right? | |
| 8 | A. Yes. | |
| 9 | Q. Are you familiar with the company Public | |
| 10 | Tee? | 10:31:16AM |
| 11 | A. No. | |
| 12 | Q. Did I say that wrong?  Is there a different | |
| 13 | name? | |
| 14 | MR. MASUR:  Objection.  Presumes facts. | |
| 15 | MR. KELLY:  I think you know what I'm | 10:31:26AM |
| 16 | referring to. | |
| 17 | MR. MASUR:  I don't. | |
| 18 | THE WITNESS:  TeePublic. | |
| 19 | BY MR. KELLY: | |
| 20 | Q. And that's spelled T-E-E-P-U-B-L-I-C; is | 10:31:42AM |
| 21 | that right? | |
| 22 | A. Yes. | |
| 23 | Q. TeePublic is a subsidiary of Redbubble | |
| 24 | Limited, right? | |
| 25 | A. Can you clarify your question? | 10:32:04AM |

Page 14

Ex. 90
Page 267

CONFIDENTIAL

1      Q.   Is TeePublic a subsidiary of Redbubble      10:32:07AM

2    Limited?

3      A.   It's a subsidiary of Redbubble Inc.

4      Q.   Are there any other companies that are

5    subsidiaries of Redbubble Inc.?                    10:32:22AM

6      A.   No.

7      Q.   Besides Redbubble Inc., are there any other

8    subsidiaries of Redbubble Limited?

9      A.   Yes.

10     Q.   How many?                                    10:32:40AM

11     A.   Two.

12     Q.   What are their names?

13     A.   Redbubble Europe GmbH, Redbubble UK

14   Limited.

15          I'm not sure about the name of the last     10:33:15AM

16   entity.

17     Q.   The UK one?

18     A.   Yeah.

19     Q.   Does Redbubble Inc. primarily operate in

20   the United States?                                 10:33:29AM

21     A.   Yes.

22     Q.   Does it operate in Europe?

23     A.   I don't understand the question.

24     Q.   Does Redbubble Inc. do any business in

25   Europe?                                            10:33:52AM

Page 15

Ex. 90
Page 268

CONFIDENTIAL

```
 1        A.  It -- it's responsible for certain        10:33:58AM

 2   operations involving the marketplace, and it is a

 3   worldwide marketplace.

 4        Q.  Does Redbubble Inc. arrange for shipments

 5   of products to anywhere in Europe?                  10:34:30AM

 6        A.  Redbubble Inc. facilitates the shipment of

 7   products to locations in Europe.

 8        Q.  Does Redbubble Inc. have any manufacturers

 9   or fulfillers that it works with who are based in

10   Europe?                                             10:34:53AM

11            MR. MASUR:  Objection.  Compound.  Complex.

12            You can answer.

13            THE WITNESS:  Please clarify your question.

14   BY MR. KELLY:

15        Q.  Redbubble Inc. works with fulfillers; is   10:35:02AM

16   that right?

17        A.  Fulfillers participate in the Redbubble

18   marketplace.

19        Q.  And they create products that are ordered

20   on the Redbubble website; is that right?            10:35:20AM

21            MR. MASUR:  Objection.  Vague.  Ambiguous.

22            THE WITNESS:  Can you please clarify your

23   question?

24   BY MR. KELLY:

25        Q.  What's not clear about my question?        10:35:28AM
```

Page 16

Ex. 90
Page 269

CONFIDENTIAL

```
 1        A.  Can you repeat your question?              10:35:31AM

 2            MR. KELLY:  Can you read it back, please.

 3            THE COURT REPORTER:  "Question:  And they

 4            Create products that are ordered on the

 5            Redbubble website; is that right?"          10:35:46AM

 6            THE WITNESS:  What do you mean by "create"?

 7  BY MR. KELLY:

 8        Q.  Manufacture.

 9        A.  Yes.

10        Q.  You're familiar with the website          10:36:06AM

11  redbubble.com?

12        A.  Yes.

13        Q.  Is that a website that is owned by

14  Redbubble Inc.?

15        A.  Either Redbubble Inc. or Redbubble Limited.  10:36:21AM

16        Q.  Is redbubble.com operated by Redbubble

17  Inc.?

18        A.  Yes.

19        Q.  I want to go into just understanding a

20  little bit more about the general operations and how  10:36:56AM

21  the -- just the history or the layout of a

22  transaction on the Redbubble website.

23            Through Redbubble's website, customers can

24  purchase clothing and cell phone cases and stickers;

25  is that right?                                        10:37:19AM
```

Page 17

CONFIDENTIAL

```
 1       A.  I'm sorry, can I have the question          10:37:24AM

 2   repeated?

 3               THE COURT REPORTER:  "Question:  Through

 4               Redbubble's website, customers can purchase

 5               clothing and cell phone cases and sneakers;  10:37:37AM

 6               is that right?"

 7               MR. KELLY:  "Stickers."  Sorry.

 8               THE COURT REPORTER:  "Stickers."  Okay.

 9               THE WITNESS:  Yes.

10   BY MR. KELLY:                                        10:37:40AM

11       Q.  Is all of the business that Redbubble Inc.

12   conducts, is it all done on its website?

13               MR. MASUR:  Objection.  Vague.  Ambiguous.

14               THE WITNESS:  I don't understand the

15   question.                                            10:38:06AM

16   BY MR. KELLY:

17       Q.  Does Redbubble Inc. operate any physical

18   locations?

19               MR. MASUR:  Same objection.

20               THE WITNESS:  It has a San Francisco       10:38:16AM

21   office, where I work.

22   BY MR. KELLY:

23       Q.  Can customers purchase any goods or

24   clothing or stickers at the physical location?

25       A.  No.                                           10:38:33AM
```

Page 18

CONFIDENTIAL

```
 1        Q.  Does Redbubble operate any brick and mortar   10:38:34AM

 2   sites?

 3        A.  No.

 4        Q.  So if a customer wants to purchase anything

 5   that's on the Redbubble website, they'd have to make   10:38:43AM

 6   that purchase on the website; is that right?

 7        A.  Yes.

 8        Q.  In terms of marketing that Redbubble --

 9   well, Redbubble, it advertises its business; is that

10   right?                                                 10:39:12AM

11        A.  Yes.

12        Q.  Is all of that advertising done on the

13   Internet and through other digital means?

14            MR. MASUR:  Objection.  Compound.  Complex.

15            THE WITNESS:  Clarify your question.          10:39:27AM

16   BY MR. KELLY:

17        Q.  What's not clear?

18        A.  I don't understand it.

19        Q.  Okay.  Does Redbubble -- well, Redbubble

20   does -- it advertises its business; is that right?     10:39:39AM

21        A.  Yes.

22        Q.  And it does it through Google Ads; is that

23   right?

24        A.  Yes.

25        Q.  It does it through different banner ads on     10:39:50AM
```

Page 19

CONFIDENTIAL

```
 1    other third-party websites; is that right?          10:39:55AM

 2         A.  That I -- I don't understand the question.

 3    I don't understand what you mean by "business."

 4         Q.  Redbubble promotes its website and the fact

 5    that you can purchase goods through the website,     10:40:18AM

 6    correct?

 7         A.  Redbubble purchases ad space through

 8    digital marketing platforms.

 9         Q.  Like Google, right?

10         A.  Yes.                                        10:40:35AM

11         Q.  Like YouTube?

12              MR. MASUR:  Excuse me.  I just need to

13    interject an objection here that this is beyond the

14    scope of the notice of deposition.  The notice of

15    deposition did talk about search engine             10:40:47AM

16    optimization --

17              THE COURT REPORTER:  I can't hear you.

18              MR. MASUR:  I'm sorry.

19              This is beyond the scope.  I've been

20    allowing this until now without objecting because   10:40:56AM

21    it's somewhat related to the scope of the deposition

22    notice, but topics 5 and 6 of the deposition notice

23    relate to search engine optimization.  They do not

24    relate to advertisement or promotion of Redbubble

25    generally.  So this testimony is beyond the scope of 10:41:11AM
```

Page 20

Ex. 90
Page 273

CONFIDENTIAL

```
1    what's in the notice.  It doesn't mean Mr. Toy can't  10:41:14AM

2    testify, but he's testifying based on his own

3    knowledge and Redbubble had no duty to educate him

4    about these questions.

5    BY MR. KELLY:                                         10:41:32AM

6         Q.  You can answer.

7         A.  Can I have the question repeated, please?

8         Q.  I'll just ask it again.

9              Redbubble advertises through Google Ads and

10   through YouTube, for example, correct?               10:41:47AM

11             MR. MASUR:  Same objection.

12             THE WITNESS:  Redbubble purchases ad space

13   or advertising services from platforms such as

14   Google and YouTube.

15   BY MR. KELLY:                                         10:42:09AM

16        Q.  Is the majority of the advertising space

17   platforms that Redbubble uses to advertise, you

18   know, online and through other digital media?

19             MR. MASUR:  Same objection.  And compound.

20             THE WITNESS:  Again, I don't understand     10:42:38AM

21   that question.

22   BY MR. KELLY:

23        Q.  We were talking about -- so I want to

24   understand as it relates to the search engine

25   optimization.  I'm just trying to lay some           10:42:47AM
```

Page 21

Ex. 90
Page 274

CONFIDENTIAL

```
 1    foundation.                                          10:42:49AM

 2            Search engines are on the Internet, right?

 3       A.  Yes.

 4       Q.  Is most of the advertising that Redbubble

 5    does through search engine optimization?            10:43:02AM

 6            MR. MASUR:  Same objection as to scope.

 7            THE WITNESS:  I just don't understand what

 8    you mean by "advertising."  Do you mean

 9    advertising -- Redbubble doesn't advertise.  It does

10    purchase ad space on behalf of artists for the user  10:43:27AM

11    agreement, but it -- Redbubble doesn't promote its

12    own business in the provision of online services.

13    But I'm just unclear what "advertising" as you use

14    it is referring to.

15    BY MR. KELLY:                                        10:43:44AM

16       Q.  So let's focus on promoting its business

17    like you just said.

18            Redbubble promotes its business through

19    advertisements, right?

20       A.  What do you mean by "business"?              10:43:52AM

21       Q.  Its platform, for instance.

22       A.  Yes.

23       Q.  And is most of the -- the majority of

24    the -- most or the majority of the advertising that

25    it does in some form of digital media or Internet,   10:44:10AM
```

                                                    Page 22

Ex. 90
Page 275

CONFIDENTIAL

```
 1   you know, online basis?                          10:44:13AM

 2          MR. MASUR:  Again, same objections as to

 3   scope and compound.

 4          THE WITNESS:  Yes, the advertising

 5   activities take place digitally, if that's what   10:44:23AM

 6   you're asking.

 7   BY MR. KELLY:

 8      Q.  Primarily digitally or entirely digitally,

 9   as far as you understand?

10          MR. MASUR:  Same objection.              10:44:34AM

11          THE WITNESS:  Yes, entirely, as far as I

12   understand.

13   BY MR. KELLY:

14      Q.  I'm going to mark as Exhibit 102 a

15   document.  And it should be up now.              10:45:04AM

16      A.  I can see it.

17          (Exhibit 102 was marked for identification

18          and is attached hereto.)

19          MR. MASUR:  I cannot.  Do I have to

20   refresh?                                          10:45:22AM

21          MR. KELLY:  I think you just have to

22   reclick the Marked Exhibits folder and it should

23   refresh.  Yeah, each time.

24   BY MR. KELLY:

25      Q.  So Exhibit 102, for the record, is a      10:45:31AM
```

Page 23

CONFIDENTIAL

1    printout from the Redbubble website titled "My Work    10:45:34AM

2    Was Removed."

3           Do you see that, Mr. Toy?

4       A.  Yes.

5       Q.  Have you seen this document before?    10:45:43AM

6       A.  Yes.

7       Q.  Did you have a hand in creating this

8    document?

9       A.  I've reviewed the document.  Yes.

10      Q.  Did you write this yourself?    10:46:26AM

11      A.  No.

12      Q.  Do you know who did?

13      A.  It was a collaboration of multiple --

14      Q.  At Redbubble, correct?

15      A.  Yes.    10:46:46AM

16      Q.  And you were one of those people, right?

17      A.  Yes.

18      Q.  If you go to page 2 of the document, there

19    is a subsection titled "Why was my art removed while

20    other similar ones remain?"    10:46:59AM

21           Do you see that?

22      A.  Yes.

23      Q.  And in the second paragraph the document

24    reads "It is Redbubble's policy to remove allegedly

25    infringing works in response to valid complaints    10:47:12AM

                                                  Page 24

CONFIDENTIAL

```
 1        A.  Yes.                                    10:48:30AM

 2        Q.  Do you have any reason to believe that that

 3   sentence, "We generally don't go looking for similar

 4   works to remove from the marketplace," has changed

 5   or has been updated to be not incorrect, as you just  10:48:41AM

 6   said?

 7             MR. MASUR:  Objection.  Vague.  Ambiguous.

 8   Compound.  Complex.

 9             THE WITNESS:  I don't understand the

10   question.                                       10:48:54AM

11   BY MR. KELLY:

12        Q.  This is a printout from yesterday.

13             Do you understand that?

14             MR. MASUR:  Objection.  Counsel, you're

15   representing this is a printout from yesterday --  10:49:06AM

16             MR. KELLY:  Yes.

17   BY MR. KELLY:

18        Q.  Do you see the date in the top left corner

19   that has yesterday's date?

20        A.  Yes.                                    10:49:14AM

21        Q.  And you're saying that this page that was

22   on Redbubble's website yesterday is incorrect,

23   right?

24        A.  No.

25        Q.  So it is true that Redbubble generally does  10:49:30AM
```

Page 26

Ex. 90
Page 278

CONFIDENTIAL

1    not go looking for similar works to remove from the        10:49:33AM

2    marketplace?

3        A.  Generally speaking, that would be an

4    accurate statement.  But I was just trying to say

5    that there are contexts where we would go and look        10:49:45AM

6    for other content to remove based on rights holder

7    guidance to assist rights holders, yes.

8        Q.  That's not what the website says, though,

9    correct?

10       A.  It says "generally."                               10:50:06AM

11       Q.  I know, but it does not say exactly what

12   you just said, right?

13       A.  The paragraph you identified does not say

14   what I said.

15       Q.  I will show you a document that will be            10:50:29AM

16   marked Exhibit 103.

17           (Exhibit 103 was marked for identification

18           and is attached hereto.)

19           THE WITNESS:  I can see it.

20   BY MR. KELLY:                                              10:50:50AM

21       Q.  Okay.

22           MR. KELLY:  For the record, this is a

23   printout dated April 20th, 2020 from the Redbubble

24   website with the title "Redbubble IP/Publicity

25   Rights Policy."                                            10:51:01AM

Page 27

CONFIDENTIAL

```
 1          MR. MASUR:  Counsel, just to make sure the    10:51:01AM
 2    record is clear, you're representing that this is a
 3    document that you or someone at your behest printed
 4    out or created from the Redbubble website yesterday,
 5    correct?                                            10:51:25AM
 6          MR. KELLY:  Correct.  And that's -- yeah,
 7    I'll represent that.
 8          MR. MASUR:  Okay.  Then I won't object
 9    based on that, but obviously if there were an
10    alteration, if the representation were somehow       10:51:39AM
11    incorrect, that we would reserve all rights.
12    BY MR. KELLY:
13       Q.  Mr. Toy, have you seen this document
14    before?
15       A.  Yes.                                          10:51:53AM
16       Q.  Did you have a hand in creating it?
17       A.  Yes.
18       Q.  Did you create this in collaboration with
19    other people at Redbubble?
20          MR. MASUR:  Objection.  Misstates the          10:52:05AM
21    testimony.  Specifically, he didn't say he created
22    it.
23          THE WITNESS:  I collaborated with others on
24    this document.
25
                                                 Page 28
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. KELLY: | 10:52:18AM |
| 2 | Q.  I'll show you another document that will be | |
| 3 | marked Exhibit 104. | |
| 4 | (Exhibit 104 was marked for identification | |
| 5 | and is attached hereto.) | 10:52:50AM |
| 6 | BY MR. KELLY: | |
| 7 | Q.  This is another document taken from the | |
| 8 | Redbubble website on April 20th, 2020 entitled "User | |
| 9 | Agreement." | |
| 10 | Mr. Toy, do you see that? | 10:53:16AM |
| 11 | A.  Yes. | |
| 12 | Q.  Have you seen this document before? | |
| 13 | A.  I have seen the user agreement that's | |
| 14 | posted on the website before, yes. | |
| 15 | Q.  Did you have any part in creating the user | 10:53:31AM |
| 16 | agreement? | |
| 17 | A.  Yes. | |
| 18 | Q.  Did you create it in collaboration with | |
| 19 | other people at Redbubble? | |
| 20 | A.  Yes. | 10:53:45AM |
| 21 | MR. MASUR:  Same objection.  He didn't say | |
| 22 | he created it, he said he played a role. | |
| 23 | THE COURT REPORTER:  He said what? | |
| 24 | MR. MASUR:  Sorry. | |
| 25 | He already answered the question, but I was | 10:53:54AM |

Page 29

Ex. 90
Page 281

CONFIDENTIAL

```
 1    saying the same objection as with the last document,   10:53:57AM

 2    you're mischaracterizing the testimony.  He didn't

 3    say he created it, he said he had a role.

 4    BY MR. KELLY:

 5         Q.  Mr. Toy, has the user agreement changed in    10:54:04AM

 6    the last -- let's say the last year?

 7         A.  Possibly.  I don't know.

 8         Q.  Is there a way for someone to check online

 9    to see if the user agreement's changed?

10         A.  I don't know.                                  10:54:33AM

11         Q.  Does Redbubble provide notice to people who

12    submit designs that the user agreement has changed?

13         A.  We would try to comply with the law in

14    notifying users when there are changes to the user

15    agreement.                                              10:55:01AM

16         Q.  Do you know if Redbubble does that or has?

17         A.  Yes, we have.

18         Q.  Go to page 3, there's a title or subtitle

19    "Introduction."

20             Do you see that?                               10:55:20AM

21         A.  Sorry.  Yes.

22         Q.  The introduction, throughout the document,

23    refers to "users."

24             Who are "users" under this user agreement?

25         A.  Users are people who access the website       10:55:53AM
```

Page 30

Ex. 90
Page 282

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | from their Internet browsers and use the services | 10:55:59AM |
| 2 | available through the website. | |
| 3 | Q.  So if someone were to create a design and | |
| 4 | submit that to Redbubble, would that person be | |
| 5 | considered a user? | 10:56:15AM |
| 6 | MR. MASUR:  I'm sorry, can I have the | |
| 7 | question repeated? | |
| 8 | THE COURT REPORTER:  "Question:  So if | |
| 9 | Someone were to create a design and submit | |
| 10 | that to Redbubble, would that person be | 10:56:28AM |
| 11 | considered a user?" | |
| 12 | THE WITNESS:  A user would be someone who | |
| 13 | uploaded an artwork or design to redbubble.com. | |
| 14 | BY MR. KELLY: | |
| 15 | Q.  How about a fulfiller who creates the | 10:56:46AM |
| 16 | product that is purchased or ordered on the | |
| 17 | Redbubble website, is that person considered a user? | |
| 18 | Or that entity considered a user? | |
| 19 | A.  They would not be a user, no. | |
| 20 | Q.  Why is that? | 10:57:15AM |
| 21 | A.  This user agreement is directed at people | |
| 22 | who sell products on the platform and people who | |
| 23 | purchase products on the platform. | |
| 24 | Q.  Anyone else besides people who upload | |
| 25 | designs and people who make purchases on the | 10:57:49AM |

Page 31

CONFIDENTIAL

```
 1    Redbubble website?  Is there anyone else who would    10:57:52AM

 2    be considered a user under the user agreement?

 3         A.  People who access the platform, whether or

 4    not they upload or purchase or create an account.

 5         Q.  Anyone else?                                  10:58:18AM

 6         A.  Could I have that question repeated,

 7    please?

 8         Q.  Anyone else?

 9         A.  Before that, please.  Anyone else what?

10    Sorry.                                                 10:58:38AM

11              THE COURT REPORTER:  "Question:  Anyone

12              Else besides people who upload designs and

13              people who make purchases on the Redbubble

14              website?  Is there anyone else who would be

15              considered a user under the user           10:58:56AM

16              agreement?"

17              MR. MASUR:  I object to the extent it calls

18    for a legal conclusion.

19              THE WITNESS:  People who access the website

20    but don't make purchases or upload anything or sell    10:59:09AM

21    anything.  And I am not aware of any other -- anyone

22    else.

23    BY MR. KELLY:

24         Q.  Okay.

25              MR. KELLY:  I'll mark the next document      10:59:56AM
```

                                                       Page 32

Ex. 90
Page 284

CONFIDENTIAL

```
 1    BY MR. KELLY:                                    11:20:36AM

 2         Q.  Well, the rest of the paragraphs, the two

 3    paragraphs in that subsection, simply tell people

 4    that others may be in the best position to identify

 5    what is infringing, right?                       11:20:45AM

 6         A.  The rights holder -- so the complete

 7    guidance would be -- yeah, while someone may have

 8    the urge to enforce the rights of the content of the

 9    rights owner, really the rights owner and the -- or

10    their attorney is probably the best one to say if   11:21:13AM

11    certain content is infringing their rights or not.

12              There could be a license.  There could

13    be -- it could be okay with the way that a

14    particular piece of content is used on the site.

15         Q.  Does Redbubble provide guidance to users   11:21:37AM

16    that they should contact who they think might be the

17    rights owner in that instance?  Yes or no?

18         A.  I don't know.  I think that --

19         Q.  Does it say that in Exhibit 106?

20              MR. MASUR:  Objection.  The document speaks  11:21:56AM

21    for itself.

22              THE WITNESS:  I'll have to take a look at

23    the other pages.

24                   (Pause in the proceedings.)

25              THE WITNESS:  Could I have the question    11:22:47AM
```

Page 48

CONFIDENTIAL

```
 1   repeated, please?                                    11:22:48AM

 2         THE COURT REPORTER:   "Question:  Does

 3         Redbubble provide guidance to users that

 4         they should contact who they think might be

 5         the rights owner in that instance?  Yes or    11:23:05AM

 6         no?"

 7         THE WITNESS:  And what is the instance?

 8   BY MR. KELLY:

 9     Q.  The instance is where the person on

10   Redbubble's website sees something that they think  11:23:20AM

11   may infringe another's rights.

12     A.  No.  In this document I do not see that.

13     Q.  Can you think of any document that

14   Redbubble's ever posted on its website that

15   instructed people to contact who they think may be  11:23:40AM

16   the rights owner of a right that they think is being

17   infringed on Redbubble's website?

18     A.  I don't know.

19     Q.  Exhibit 106 also does not tell people who

20   think they've seen something on Redbubble's website  11:24:05AM

21   that may infringe another's rights to provide

22   Redbubble notice or to inform Redbubble; is that

23   correct?

24         MR. MASUR:  Objection.  The document speaks

25   for itself and vague and ambiguous.                 11:24:23AM
```

Page 49

CONFIDENTIAL

1          THE WITNESS:  It references readers of this    11:24:31AM

2     document to the IP --

3          THE COURT REPORTER:  "To the IP" what?

4          THE WITNESS:  I'm sorry.

5          This document references the IP and          11:24:42AM

6     publicity rights policy and provides a URL to that

7     at the very beginning of the document, and that, the

8     reference, indicates that there is information on

9     the takedown process found on that other document.

10         Sorry, did I answer the question?           11:25:08AM

11    BY MR. KELLY:

12        Q.  No.

13         Is it Redbubble's policy that if a user on

14    Redbubble's website sees something that they think

15    infringes another's intellectual property rights,    11:25:24AM

16    they should inform Redbubble?

17        A.  I don't know if that's a policy, but we do

18    think that it's most -- Redbubble does think that

19    it's most appropriate for the owner of the rights to

20    enforce the rights.                                11:25:52AM

21         This document is just trying to say that

22    that's the correct procedure.  I don't see on this

23    document something that says go contact the rights

24    holder, but I haven't read the whole document in

25    this setting so I don't know for sure.             11:26:22AM

Page 50

Ex. 90
Page 287

CONFIDENTIAL

1      Q.  Do you see anything in that document that        11:26:24AM

2   says go contact Redbubble that you think someone

3   else's intellectual property rights are being

4   infringed upon the Redbubble website?

5          MR. MASUR:  Objection.  The document speaks      11:26:36AM

6   for itself and the witness testified that he hasn't

7   read the whole thing.

8          But, Mr. Toy, perhaps reading the whole

9   thing at this point would make sense.

10         THE WITNESS:  Okay.                              11:26:45AM

11              (Pause in the proceedings.)

12         THE WITNESS:  Okay.  I completed reading

13  the document.

14  BY MR. KELLY:

15     Q.  There's nothing in the document,                11:28:54AM

16  Exhibit 106, that instructs people who have seen

17  something on Redbubble's website that they think

18  infringes another's intellectual property rights to

19  give notice to Redbubble, correct?

20     A.  Correct.  But that could be on other pages       11:29:15AM

21  on the website.  I'm not sure.  But I do not see it

22  at this time.

23     Q.  Can you right now think of any other

24  website on Redbubble's website that says that?

25         MR. MASUR:  Objection.  Vague and                11:29:35AM

Page 51

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ambiguous.  And beyond the scope. | 11:29:35AM |
| 2 | THE WITNESS:  Yeah, I can't recall.  I | |
| 3 | don't know. | |
| 4 | BY MR. KELLY: | |
| 5 | Q.  Okay.  I am going to introduce a document | 11:29:48AM |
| 6 | that -- | |
| 7 | MR. MASUR:  Counsel, before you do, before | |
| 8 | we go on to the next document, we've been going for | |
| 9 | a little over an hour after kind of having technical | |
| 10 | difficulties.  Is it time for a break? | 11:30:01AM |
| 11 | MR. KELLY:  Yeah, let's take just a couple | |
| 12 | minutes, if that's all right.  Maybe 10 minutes? | |
| 13 | MR. MASUR:  Sure. | |
| 14 | VIDEOGRAPHER:  We are going off the record. | |
| 15 | The time is 11:30 a.m. | 11:30:08AM |
| 16 | (Recess taken at 11:30 a.m.) | |
| 17 | (Proceedings resumed at 11:45 a.m.) | |
| 18 | VIDEOGRAPHER:  Now back on the record.  The | |
| 19 | time is 11:45 a.m. | |
| 20 | MR. KELLY:  I'm introducing a document | 11:45:25AM |
| 21 | that's marked Exhibit 107. | |
| 22 | (Exhibit 107 was marked for identification | |
| 23 | and is attached hereto.) | |
| 24 | BY MR. KELLY: | |
| 25 | Q.  It is a document with the Bates Number | 11:45:30AM |

Page 52

CONFIDENTIAL

```
1    RBBM214370.                                        11:45:39AM

2         Mr. Toy, have you seen this document

3    before?

4         A.  I'm just going to scroll through it.

5             Yes, I've seen this before.            11:45:59AM

6         Q.  It's a license agreement, correct?

7         A.  Yes.

8         Q.  Between ███████████████████████████

9    ███  and Redbubble Inc., correct?

10        A.  Yes.                                    11:46:35AM

11        Q.  Did you have a part in creating this

12   document?

13        A.  Yes.

14        Q.  Were other people at Redbubble also

15   involved?                                        11:46:51AM

16        A.  Yes.

17        Q.  Go to page 10, the page that ends with the

18   Bates Number 79.  It's the signature page.

19            Do you see that?

20        A.  Page 8?                                 11:47:19AM

21        Q.  Page 10.  It ends with the Bates Number 79.

22   It's the signature page.

23        A.  Yes.

24        Q.  This copy that we have that was produced by

25   Redbubble, it doesn't have any signatures on it,  11:47:30AM
```

Page 53

Ex. 90
Page 290

CONFIDENTIAL

```
 1    correct?                                           11:47:34AM

 2         A.  Correct.

 3         Q.  Do you know if this agreement, this license

 4    agreement, was ever signed and entered into by

 5    Redbubble and ████████████?                        11:47:43AM

 6         A.  I don't know.

 7              MR. MASUR:  Counsel, would you like us to

 8    try to get that information for you during a break?

 9              MR. KELLY:  That would be much appreciated.

10    Thank you.                                          11:48:05AM

11    BY MR. KELLY:

12         Q.  I'll show you a document that will be

13    marked as Exhibit 108.

14              (Exhibit 108 was marked for identification

15              and is attached hereto.)                  11:48:12AM

16    BY MR. KELLY:

17         Q.  It is a printout from the Redbubble website

18    entitled "Artist Margins."

19              Do you see Exhibit 108?

20         A.  Yes, I see it.                             11:48:34AM

21         Q.  Did you have a part in creating this

22    document?

23         A.  No.

24         Q.  Do you understand that this document was on

25    the Redbubble website?                              11:48:53AM
```

Page 54

CONFIDENTIAL

```
 1        A.   Yes.                                    11:48:57AM

 2        Q.   In the first section there's the subtitle

 3   "Base Price, Artist Margin, and Retail Price."

 4            Do you see that?

 5        A.  I'm sorry, where?                        11:49:12AM

 6        Q.   Near the top of the first page.  There's a

 7   subtitle that reads "Base Price, Artist Margin, and

 8   Retail Price."

 9        A.   Under the red bullets?

10        Q.  Yes.                                     11:49:30AM

11        A.  Yes, I see that.

12        Q.   There's a graphic that has three parts to

13   it.

14            Do you see that?

15        A.   Yes.                                    11:49:38AM

16        Q.   Does this accurately reflect how things

17   that are available on Redbubble's website are

18   priced?

19        A.   Just the three shapes or the whole

20   document?                                         11:49:50AM

21        Q.   Three shapes.  Let's start with that.

22        A.   That seems accurate to me.

23        Q.   Okay.  So the retail price is a combination

24   of the base price and the artist margin, right?

25        A.   It seems so, yes.                       11:50:16AM
```

Page 55

CONFIDENTIAL

1      Q.  Are you familiar with how things are              11:50:20AM

2   priced -- things that are on Redbubble's website are

3   priced?

4      A.  Yes.

5      Q.  I'm asking, so the retail price is the           11:50:27AM

6   price that's posted on Redbubble's website, right?

7      A.  I don't understand your question.

8      Q.  Okay.  There's the triangle that says

9   "Retail Price."

10         Do you see that?                                  11:50:46AM

11     A.  So the retail price is what the customer

12   would pay.  That is what they see on the listing

13   page.

14     Q.  And that retail price is made up of the

15   base price and the artist margin, right?             11:51:14AM

16     A.  I wouldn't characterize it that way.

17     Q.  That's the way it's characterized on this

18   exhibit, Exhibit 108, from Redbubble's website,

19   right?

20     A.  The artist has -- the retail price can be       11:51:38AM

21   any amount.  The retail price can be, yeah -- I

22   think of it as the artist has control over the price

23   charged the customer.

24     Q.  The base price, if you look on this

25   document it says it covers Redbubble's service fees   11:52:03AM

                                                    Page 56

CONFIDENTIAL

```
 1    and the cost of manufacturing, correct?              11:52:08AM

 2         A.  That is what that says, yes.

 3         Q.  Cost of the manufacturing, does Redbubble

 4    keep that or does that go to the fulfiller who

 5    creates the product?                                 11:52:24AM

 6         A.  That would go to the fulfiller who created

 7    the -- manufactured the product.

 8         Q.  So the cut that Redbubble gets of the

 9    retail price is a portion of the base price,

10    correct?                                             11:52:40AM

11         A.  Redbubble charges a service fee for the

12    services it provides the users that is included in

13    the base price, and Redbubble would retain the

14    service fee from that square.

15         Q.  Okay.  And then the circle is the artist    11:53:04AM

16    margin which is the amount of money that goes to the

17    person who submitted the design or uploaded it onto

18    Redbubble's website, correct?

19         A.  The artists margin is set by the seller of

20    the product, uploaded it -- uploaded it, and that is 11:53:23AM

21    determined by them and that is their -- that is what

22    they would make from the sale of their product.

23         Q.  On the Redbubble website, right?

24         A.  Yes.

25         Q.  Focusing on the base -- rather, Redbubble   11:53:54AM
```

Page 57

CONFIDENTIAL

```
 1    service fee, is that a flat fee for all things that    11:53:58AM

 2    are offered on the Redbubble website or does it vary

 3    based on the user or the product?  How does that

 4    work?

 5         A.  It varies based on the type of product, not    11:54:12AM

 6    on the content that's displayed on the product.

 7         Q.  So a single design could result in

 8    different amounts of service fees based on whatever

 9    product that design is ultimately put onto; is that

10    correct?                                                11:54:37AM

11             MR. MASUR:  Objection.  Vague and

12    ambiguous.

13             THE WITNESS:  The service fee varies based

14    on product type.  So a T-shirt may have a different

15    service fee when compared to a clock.                   11:54:54AM

16    BY MR. KELLY:

17         Q.  Even if the two had the same design,

18    correct?

19         A.  Correct.

20         Q.  Have you seen the complaint in this case?      11:55:21AM

21         A.  Yes.

22         Q.  Do you remember the first time that you saw

23    the complaint?

24             MR. MASUR:  Objection.  Vague and ambiguous

25    as to whether you're asking Mr. Toy personally or as    11:55:39AM
```

Page 58

Ex. 90
Page 295

CONFIDENTIAL

```
 1    Redbubble.                                        11:55:43AM

 2         MR. KELLY:  Redbubble.

 3         THE WITNESS:  I don't recall.

 4    BY MR. KELLY:

 5      Q.  Did you -- do you remember the first time   11:55:53AM

 6    you personally saw the complaint?

 7      A.  No.  But I have seen the complaint.

 8      Q.  Did you see it in the last -- for the first

 9    time -- did you see it for the first time in the

10    last, let's say, month?                           11:56:12AM

11      A.  The first time?

12      Q.  Yeah.

13         MR. MASUR:  Same objection as to whether we

14    are talking about Redbubble or Mr. Toy.

15         THE WITNESS:  I did not -- neither           11:56:22AM

16    Redbubble nor I saw the complaint for the first time

17    in the past month.

18    BY MR. KELLY:

19      Q.  I'm going to mark a document as

20    Exhibit 109.                                      11:56:56AM

21         (Exhibit 109 was marked for identification

22          and is attached hereto.)

23    BY MR. KELLY:

24      Q.  It's Bates-labeled BRANDY_0002195.

25         Mr. Toy, have you seen this document         11:57:22AM
```

Page 59

CONFIDENTIAL

```
1          MR. KELLY:  I think that in a 30(b)(6) that   12:13:20PM

2   wouldn't be work product protected.

3          MR. MASUR:  I think you're wrong,

4   Mr. Kelly.  I think that the question of what

5   documents are selected to prepare a witness under a   12:13:28PM

6   30(b)(6) is protected unless the protection is

7   otherwise waived.

8   BY MR. KELLY:

9       Q.  Mr. Toy, do you intend to follow your

10  counsel's advice?  Or instruction not to answer,   12:13:40PM

11  rather?

12      A.  Yes.

13      Q.  I couldn't hear you.

14      A.  Yes.

15         MR. MASUR:  And, Counsel, since there's not   12:13:53PM

16  a question pending right now, if you've got contrary

17  authority that you want to provide, say, over lunch,

18  I'm happy to look at it.

19         MR. KELLY:  Okay.

20  BY MR. KELLY:                                       12:14:07PM

21      Q.  Mr. Toy, I don't know if we went over this

22  earlier.  I think we might have stopped right in the

23  middle of it.  So let me just make sure we're on the

24  same page.

25         This L.A. lightning mark, has it ever been   12:14:18PM
```

Page 67

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | on Redbubble's website? | 12:14:22PM |
| 2 | A. I -- | |
| 3 | MR. MASUR: Objection. Vague. | |
| 4 | THE WITNESS: I -- I would direct you again | |
| 5 | to the documents that were produced. There is a | 12:14:36PM |
| 6 | table of removed listings that may display -- that | |
| 7 | may answer that question. | |
| 8 | MR. KELLY: Let's mark as an exhibit a | |
| 9 | document Bates-labeled BRANDY_1740. It will be | |
| 10 | marked as Exhibit 110. | 12:15:00PM |
| 11 | (Exhibit 110 was marked for identification | |
| 12 | and is attached hereto.) | |
| 13 | BY MR. KELLY: | |
| 14 | Q. Do you see Exhibit 110? | |
| 15 | A. I do. | 12:15:20PM |
| 16 | Q. This is a printout from Redbubble's | |
| 17 | website, correct? | |
| 18 | A. I'm just going to review the document. | |
| 19 | MR. MASUR: Again, Counsel, while the | |
| 20 | deponent reviews it, are you going to represent that | 12:15:37PM |
| 21 | this is a document that you or one of your | |
| 22 | colleagues created from the Redbubble website on a | |
| 23 | given date? I don't see a date on the -- oh, sorry. | |
| 24 | Yes, it looks like on September 10th, 2018. | |
| 25 | MR. KELLY: Yes, this is a printout from | 12:15:59PM |

Page 68

CONFIDENTIAL

```
1    the Redbubble website from September 10, 2018.        12:16:01PM

2         THE WITNESS:  It appears to me to be a

3    printout of the Redbubble website.

4    BY MR. KELLY:

5         Q.  And if you look at the top of Exhibit 110     12:16:15PM

6    you'll see a search bar that has the words

7    "Brandy Melville" in it, correct?

8         A.  I see that.

9         Q.  That would suggest these are the search

10   results after running a search on Redbubble's         12:16:31PM

11   website for Brandy Melville, right?

12        A.  At that date -- on that date, yes.

13        Q.  And the top right corner of all the

14   different designs you see a design that says -- you

15   see a design in black.                                12:16:53PM

16        Do you see that?

17        A.  Yes.

18        Q.  And it's the L.A. lightning mark in black,

19   correct?

20        MR. MASUR:  Objection.  Calls for a legal         12:17:03PM

21   conclusion; but you can answer, if you think you

22   can.

23        THE WITNESS:  I see a design in the upper

24   right-hand corner that I think you're referring to.

25   It says "Los Angeles California 1984" and the L is     12:17:18PM
```

Page 69

Ex. 90
Page 299

CONFIDENTIAL

```
1    in the shape of a lightning bolt.                    12:17:23PM

2    BY MR. KELLY:

3        Q.  And that's the same shape and that's the

4    same substance that's in the L.A. lightning mark in

5    Exhibit 109, right?                                  12:17:32PM

6            MR. MASUR:  Objection.  And to the extent

7    it calls for a legal conclusion.

8            THE WITNESS:  May I go back to Exhibit 109?

9    BY MR. KELLY:

10       Q.  Yeah.                                        12:17:42PM

11       A.  The color is different but the shape of the

12   lightning bolt L appears to be similar.

13       Q.  It's basically the same except for the

14   color, right?

15           MR. MASUR:  Objection.  Mischaracterizes     12:18:27PM

16   testimony and calls for a legal conclusion.  And for

17   expert testimony.

18           THE WITNESS:  Just going back to 109.  It's

19   loading.

20           May I hear the question repeated, please?    12:19:11PM

21   BY MR. KELLY:

22       Q.  The logo in Exhibit 109 is basically the

23   same as the design that's on Exhibit 110 in the top

24   right corner except for the fact that the color is

25   different, right?                                    12:19:29PM
```

CONFIDENTIAL

```
 1          MR. MASUR:  Objection.  Calls for a legal    12:19:30PM
 2   conclusion.  Calls for expert testimony.  Misstates
 3   the testimony.
 4          THE WITNESS:  The shape seems similar.  The
 5   color is different.                                 12:19:43PM
 6   BY MR. KELLY:
 7      Q.  Okay.  If you look at the bottom of the
 8   first page of Exhibit 110 you see the same L.A.
 9   lightning mark except it's in red.
10          Do you see that?                             12:19:57PM
11          MR. MASUR:  Objection.  Presumes legal
12   facts.
13          THE WITNESS:  I see a red color design that
14   is similar to the black design on the top of that
15   page.                                               12:20:16PM
16   BY MR. KELLY:
17      Q.  And the red design is similar to the yellow
18   design in Exhibit 109 except for the difference in
19   color, right?
20          MR. MASUR:  Objection to the extent it       12:20:26PM
21   calls for a legal conclusion or expert testimony.
22          You can answer.
23          THE WITNESS:  The red is -- the red design
24   is similar to the other one -- to the yellow one
25   except for the color.                               12:20:42PM
```

                                              Page 71

CONFIDENTIAL

```
1    BY MR. KELLY:                                        12:20:44PM

2        Q.  The fact that these two logos, the red one

3    and the black one, are on Exhibit 110, that means

4    that they were available for people to purchase

5    through the Redbubble website, correct?            12:21:00PM

6            MR. MASUR:  Objection.  Vague as to time.

7    BY MR. KELLY:

8        Q.  At that time.  As of September 10th, 2018.

9        A.  If the stamp that's at the bottom of this

10   is correct, and at the specific time that this     12:21:25PM

11   screenshot was taken on that date, someone would be

12   able to click on that design and purchase the

13   design, yeah.

14       Q.  And the design could be put on a sticker or

15   T-shirt or some other medium, right?               12:21:52PM

16           MR. MASUR:  Objection.  Presumes facts not

17   in evidence.  Vague.

18           THE WITNESS:  Someone could purchase that

19   design on a product that the artist chose to sell it

20   on.                                                12:22:15PM

21   BY MR. KELLY:

22       Q.  Okay.

23       A.  I just don't know if the product you said

24   was available for that design at that time.

25       Q.  What do you mean by that?                  12:22:28PM

                                                  Page 72
```

CONFIDENTIAL

```
 1        A.  The exhibit just has an image on it.  But      12:22:34PM

 2   you mentioned other things.  Shirts?  Sorry, I don't

 3   recall what you listed as purchase options.

 4        Q.  By clicking the image of the black logo,

 5   for instance, the black mark, you'd be taken to a       12:23:03PM

 6   page where you could see what mediums the design

 7   could be put on, correct?

 8        A.  Yes.

 9        Q.  I'll show you a document that will be

10   marked as Exhibit 111.  It's a document                 12:23:24PM

11   Bates-stamped BRANDY_2040.

12            (Exhibit 111 was marked for identification

13            and is attached hereto.)

14            THE WITNESS:  Okay.  It's up.

15   BY MR. KELLY:                                           12:23:53PM

16        Q.  Okay.  This is a snapshot from the

17   Redbubble website, correct?

18        A.  That appears to be the case, yes.

19        Q.  And you see the design that looks like the

20   L.A. lightning mark except in a different color,        12:24:12PM

21   correct?

22            MR. MASUR:  Objection to the extent it

23   calls for an expert testimony or legal conclusion.

24            THE WITNESS:  I see the word "LOSA" and

25   "CALIFOR."  It does not appear similar.                 12:24:34PM
```

Page 73

CONFIDENTIAL

```
 1   BY MR. KELLY:                                        12:24:39PM

 2        Q.  Does that part look similar to part of the

 3   L.A. lightning mark in Exhibit 109?

 4            MR. MASUR:  Same objections.

 5            THE WITNESS:  The portion shown in          12:24:57PM

 6   Exhibit 111 of the image on this web page, that

 7   limited portion of it, seems similar if you were to

 8   compare it to the other design except it only

 9   appears to be part of it and in a different color.

10   BY MR. KELLY:                                        12:25:33PM

11        Q.  The design on this page, Exhibit 111, if

12   you look at the very top it reads "los angeles

13   lightning bolt teal - brandy melvile," correct?

14        A.  The text in quotes?

15        Q.  Yes.                                        12:25:47PM

16        A.  Yes.

17        Q.  And if someone wanted to purchase this

18   T-shirt with this design on it, they would be able

19   to do that, at least when this snapshot was taken,

20   from the Redbubble website, correct?              12:26:00PM

21            MR. MASUR:  Objection.  Vague.  Ambiguous.

22            THE WITNESS:  It would appear that at this

23   time someone would be able to purchase the LOSA

24   design.

25
```

Page 74

Ex. 90
Page 304

CONFIDENTIAL

```
 1    BY MR. KELLY:                                    12:26:21PM

 2        Q.  And then Redbubble would collect the

 3    payment from the customer, right?

 4        A.  The --

 5            MR. MASUR:  Objection.  Incomplete       12:26:35PM

 6    hypothetical, but you can answer.

 7            THE WITNESS:  If someone were to purchase

 8    it at that time the screenshot was taken, the

 9    automatic platform software would collect the

10    payment with third-party payment processor software  12:26:51PM

11    involved, yes.

12    BY MR. KELLY:

13        Q.  That software would be Redbubble software,

14    right?

15        A.  The nonpayment processor portion would be  12:27:01PM

16    Redbubble platform software.

17        Q.  Do you know if the L.A. lightning mark is

18    on Redbubble's website today?

19        A.  I --

20            MR. MASUR:  Objection.  Calls for a legal  12:27:16PM

21    conclusion and expert testimony, but you can answer.

22            THE WITNESS:  I don't know if a -- I don't

23    know.

24    BY MR. KELLY:

25        Q.  Did you check before today's deposition?  12:27:26PM
```

Page 75

Ex. 90
Page 305

CONFIDENTIAL

```
 1              MR. MASUR:  I'm going to instruct the        12:27:31PM

 2    witness not to answer to the extent that he was

 3    doing so either in his capacity as a lawyer for

 4    Redbubble or pursuant to the direction of counsel in

 5    preparation for -- in connection with this           12:27:44PM

 6    litigation.

 7              But if -- you can answer otherwise.  Maybe

 8    it would make sense to have the question read back.

 9    BY MR. KELLY:

10       Q.  I'm asking Redbubble in today's deposition    12:27:52PM

11    whether in preparation for today's deposition it

12    checked the website to determine or assess whether

13    the L.A. lightning mark depicted in Exhibit 109 is

14    currently on the Redbubble website.

15              MR. MASUR:  Okay.  So since you've now      12:28:09PM

16    specifically said it's in connection with

17    preparation for this deposition whether Redbubble

18    took specific actions to research specific things,

19    I'm going to instruct the witness not to answer that

20    on the grounds it's covered by the attorney-client   12:28:28PM

21    privilege and work product protection.

22              MR. KELLY:  You're not going to allow --

23    strike that.

24    BY MR. KELLY:

25       Q.  Mr. Toy, are you going to follow your         12:28:37PM
```

Page 76

Ex. 90
Page 306

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Redbubble's website? | 12:48:54PM |
| 2 | MR. MASUR:  Objection.  Calls for a legal | |
| 3 | conclusion.  Vague and ambiguous as to whether | |
| 4 | you're asking for his testimony or Redbubble's. | |
| 5 | BY MR. KELLY: | 12:49:04PM |
| 6 | Q.  Your testimony. | |
| 7 | MR. MASUR:  Same objections. | |
| 8 | THE WITNESS:  I've seen many, many designs | |
| 9 | that people have alleged are infringing on their | |
| 10 | rights, and we've removed many, many of them. | 12:49:20PM |
| 11 | BY MR. KELLY: | |
| 12 | Q.  I'm -- | |
| 13 | MR. MASUR:  Counsel, before we move on to | |
| 14 | the next exhibit, it's almost 1:00 o'clock, quarter | |
| 15 | to 1:00, and we've been going for about another | 12:49:41PM |
| 16 | hour.  If this is a good time to take lunch, maybe | |
| 17 | that's a good opportunity. | |
| 18 | MR. KELLY:  Yeah, if we can take a short | |
| 19 | lunch, then that works for me. | |
| 20 | MR. MASUR:  Sure.  What do you think, 1:30? | 12:49:55PM |
| 21 | MR. KELLY:  Let's say 1:20.  I mean, we're | |
| 22 | not going anywhere. | |
| 23 | MR. MASUR:  Yeah, but I've got to cook. | |
| 24 | MR. KELLY:  So let's try 1:20? | |
| 25 | MR. MASUR:  We can try for that if that | 12:50:14PM |

Page 93

Ex. 90
Page 307

CONFIDENTIAL

```
 1   works for you, Mr. Toy, but it may be more like     12:50:16PM

 2   1:30, depending on how long it takes me to make

 3   mine.

 4           MR. KELLY:  Okay.  Let's shoot for 1:20 but

 5   definitely start by 1:30.                           12:50:24PM

 6           MR. MASUR:  Okay.  Sounds good.

 7           VIDEOGRAPHER:  We are going off the record.

 8   The time is 12:50 p.m.

 9        (Luncheon recess was taken at 12:50 p.m.)

10   AFTERNOON SESSION                                    12:50:29PM

11   1:28 p.m.

12           VIDEOGRAPHER:  We are now back on the

13   record.  The time is 1:28 p.m.

14   BY MR. KELLY:

15        Q.  Mr. Toy, Redbubble -- I just want to go     1:28:44PM

16   back to basics, really.  Redbubble operates a

17   website that's basically an online listing of

18   designs that people have uploaded onto it; is that

19   accurate?

20        A.  Not the exact words I would use, but that   1:29:07PM

21   sounds correct.

22        Q.  Okay.  And the designs through Redbubble

23   software -- well, strike that.

24           If you go on Redbubble's website, you can

25   see the various designs that have been submitted,    1:29:21PM
```

Page 94

CONFIDENTIAL

```
 1    basically superimposed onto different mediums that      1:29:25PM

 2    are products that could be purchased.  For example,

 3    a design on a T-shirt, a design on a sticker,

 4    correct --

 5            THE COURT REPORTER:  I'm sorry, could you      1:29:34PM

 6    repeat that question again?  My battery was getting

 7    low, I had to plug it in.

 8            MR. KELLY:  No problem.

 9            THE COURT REPORTER:  "If you go on

10    Redbubble's website, you can see the various designs   1:29:34PM

11    that have been submitted."

12        Q.  On the Redbubble website the software

13    places the designs that have been submitted onto

14    different mediums like a T-shirt or on a sticker,

15    correct?                                               1:30:13PM

16            MR. MASUR:  Objection.  Vague.  Ambiguous.

17    Complex and compound.  Calls for speculation.

18            THE WITNESS:  Yeah.  If I understand it

19    correct that the question, the images that are

20    uploaded to the site by sellers would be              1:30:32PM

21    automatically superimposed by the platform software

22    onto those images that they blink, the model images.

23    BY MR. KELLY:

24        Q.  And the platform software you're

25    referencing is Redbubble software, correct?           1:30:52PM
```

Page 95

CONFIDENTIAL

```
 1        A.   Yes.                                        1:30:54PM

 2        Q.   Then a customer, or potential customer at

 3   this point, could see the various designs that have

 4   been uploaded onto Redbubble's website and see how

 5   those designs would look on, for example, a T-shirt,  1:31:08PM

 6   right?

 7             MR. MASUR:  Objection.  Vague.  Ambiguous.

 8   Compound and complex.

 9             THE WITNESS:  Could I have the question

10   repeated back to me, please?                          1:31:21PM

11             THE COURT REPORTER:  "Question:  Then

12             A customer, or potential customer at this

13             point, could see the various designs that

14             have been uploaded onto Redbubble's website

15             and see how those designs would look on,    1:31:41PM

16             for example, a T-shirt, right?"

17             MR. MASUR:  Same objection.

18             THE WITNESS:  The seller and a -- so the

19   seller uploading could see the way it would appear

20   on the various model images, those cut-up types that  1:31:55PM

21   they want to sell it on.

22             The customers would -- once the seller

23   completes the upload process, someone searching for

24   a particular product could then see it and then --

25   search for it, see it on the models, the              1:32:32PM
```

Page 96

Ex. 90
Page 310

CONFIDENTIAL

```
 1   superimposed on the models, which is done by the      1:32:36PM

 2   platform software, and then purchase it if they want

 3   to from the seller, yes.

 4   BY MR. KELLY:

 5       Q.  And all that would happen on Redbubble's      1:32:46PM

 6   website, right?

 7       A.  From upload by the seller to -- yes, yeah,

 8   the upload to the viewing by the customer, yeah,

 9   that would all occur on the site except for whatever

10   actions the various users are taking on their own      1:33:08PM

11   computers.

12       Q.  And once the customer purchases a product

13   on the Redbubble website from, like, a specific

14   design, Redbubble processes the payment and its

15   software sends out an order to a third-party         1:33:29PM

16   manufacturer or fulfiller, correct?

17           MR. MASUR:  Objection.  Compound.  Complex.

18           THE WITNESS:  So if a -- so a user

19   searching for a product to buy finds one, they

20   purchase it, the platforms -- when they click        1:33:52PM

21   purchase, the platform software again would route

22   the order information to the third-party fulfiller,

23   and whatever information needs to go to the payment

24   processor platform, that other third party, all that

25   would just happen on the platform or on the various   1:34:18PM
```

Page 97

Ex. 90
Page 311

CONFIDENTIAL

```
 1   third party -- that their own third-party sites,        1:34:21PM

 2   like the payment processor or the fulfiller.

 3   BY MR. KELLY:

 4       Q.  The customer's interaction, though, would

 5   be all with Redbubble on the Redbubble website,        1:34:33PM

 6   correct?

 7       A.  They would interact with the Redbubble

 8   website.

 9       Q.  They would never interact with the

10   fulfiller's website, right?                            1:34:44PM

11       A.  The customer would not interact with --

12   would not place their order through the fulfiller's

13   website, no.

14       Q.  Would the designer who uploaded the image

15   in the first place interact with the fulfiller's       1:35:03PM

16   website?

17       A.  The third-party seller would not interact

18   with the fulfiller website that I know of.

19       Q.  Does the consumer, the customer, have any

20   say over which manufacturer or fulfiller creates the   1:35:23PM

21   product that they just ordered on the Redbubble

22   website?

23          MR. MASUR:  I'm sorry, could I have that

24   read back?

25          THE COURT REPORTER:  "Question:  Does           1:35:48PM
```

Page 98

CONFIDENTIAL

```
 1          The consumer, the customer, have any say    1:35:48PM

 2          over which manufacturer or fulfiller

 3          creates the product that they just ordered

 4          on the Redbubble website?"

 5          MR. MASUR:  Objection.  Vague and          1:35:51PM

 6     ambiguous.

 7          THE WITNESS:  The particular fulfiller for

 8     an order placed by this customer would be dictated

 9     by where they are located, what sort of product they

10     wanted to buy from the seller.  There could be many  1:36:16PM

11     variations of that so the particular fulfiller would

12     be, again, chosen by the platform software.

13     BY MR. KELLY:

14          Q.  Redbubble's platform software, right?

15          A.  Yes.  Yeah.  Based on the location of the  1:36:37PM

16     user, where they wanted it shipped to, where the

17     customer wanted, and then what kind of product it

18     was.

19          So, yeah, they can't choose directly.

20          Q.  Would it be fair to say that the customer  1:36:53PM

21     has characteristics -- strike that.

22          Would it be fair to say that the customer

23     and the order have characteristics that the

24     Redbubble platform software, you know, decides which

25     fulfiller or manufacturer should create the       1:37:13PM
```

Page 99

Ex. 90
Page 313

CONFIDENTIAL

```
1    product -- strike that.                              1:37:16PM

2          Is it fair to say that the Redbubble

3    software would determine which fulfiller or

4    manufacturer creates the product that was ordered on

5    Redbubble's website based on characteristics about   1:37:29PM

6    the customer and the order?

7          MR. MASUR:  Objection.  Complex.  Compound.

8          THE WITNESS:  So how can I best attempt to

9    answer.  I think when the customer places an order,

10   they would specify where they wanted the order       1:37:56PM

11   shipped to and the type of products, so the platform

12   software would take that information, Redbubble's

13   platform software would take that information and

14   then it just sends it out to the appropriate

15   fulfiller.                                            1:38:22PM

16         Does that answer your question?

17   BY MR. KELLY:

18      Q.  The customer does not select which

19   manufacturer or fulfiller fills that order, right?

20      A.  Not directly, no.  No.  It is based on        1:38:37PM

21   their actions but it is not something that they

22   directly choose.

23      Q.  I'm going to mark as an exhibit a document

24   Bates-stamped RBBM176043.

25
```

Page 100

Ex. 90
Page 314

CONFIDENTIAL

```
1              (Exhibit 112 was marked for identification    1:39:15PM

2          and is attached hereto.)

3          MR. KELLY:  Exhibit 112.

4          THE WITNESS:  Okay.  I have it up.

5  BY MR. KELLY:                                            1:39:41PM

6      Q.  This is an email that's sent from Redbubble

7  to an artist or a user, correct?

8      A.  It would have been generated by the

9  platform software, yes.

10     Q.  It's sent from a Redbubble email address,         1:40:08PM

11 right?

12     A.  It appears to be, yeah, a Redbubble email

13 address, yes.

14     Q.  And this is sent to every person who

15 uploads a design onto Redbubble's website, correct?    1:40:26PM

16         MR. MASUR:  Objection.  Calls for

17 speculation.  Lacks foundation.

18         THE WITNESS:  No, no.

19 BY MR. KELLY:

20     Q.  Why do you say that?                              1:40:40PM

21     A.  This isn't sent to -- I think your question

22 was is this sent to everyone who uploads something

23 on the website?

24     Q.  Yes.

25     A.  No.                                               1:40:57PM
```

                                                  Page 101

Ex. 90
Page 315

CONFIDENTIAL

```
1        Q.  When is this email sent to people who        1:40:57PM

2   upload designs onto the website?

3            MR. MASUR:  Objection.  Lacks foundation.

4            THE WITNESS:  We -- I'm just going to read

5   the document.                                         1:41:15PM

6            And, I'm sorry, so what was the question?

7   BY MR. KELLY:

8        Q.  Is this an email that would be sent to

9   someone after they upload a design onto Redbubble's

10  website?                                              1:41:37PM

11       A.  In certain circumstances, yes.

12       Q.  Which circumstances?

13       A.  So we have in place proactive enforcement

14  measures for Brandy Melville, these policing

15  activities, policing guidelines you've heard          1:41:55PM

16  reference to.  This is part of the policing process.

17  So this wouldn't be -- an email such as this

18  wouldn't be -- the platform wouldn't send something

19  like this to everyone who uploaded something.  This

20  would be sent to a user in connection with our        1:42:19PM

21  proactive enforcement measures.

22       Q.  And what would trigger an email like this?

23       A.  So one of the tools that we've been

24  developing was a way to try and find new uploads by

25  the sellers that were -- it might contain something   1:42:52PM
```

Page 102

Ex. 90
Page 316

CONFIDENTIAL

```
 1    that we want to look at, like under our policing         1:42:57PM

 2    guidelines.  So if a user uploaded something that

 3    was caught in the filter of that tool, then it would

 4    be displayed in our policing dashboard.

 5         Q.  This example, this Exhibit 112, would it be     1:43:18PM

 6    uploaded to the filter because it has the words

 7    "Brandy Melville" in it?

 8         A.  It looks like because the user used the

 9    words "Brandy Melville" in their upload, like in a

10    UGC field, the filter caught it and yeah, and it was    1:43:39PM

11    flagged in the policing screens.

12         Q.  What if it's -- a lot of these posts --

13    strike that.

14              A lot of the designs that are on

15    Redbubble's website that are available for customers   1:43:58PM

16    to purchase have tags on them, correct?

17         A.  Yeah.  The user can -- so the user can

18    choose to apply keyword tags among other

19    user-generated content fields.  They can enter words

20    in there, yes.  But it's not required, I don't         1:44:24PM

21    believe.

22         Q.  If the tag says "Brandy Melville," would

23    that design then be picked up by this filter that

24    you're just referencing?

25         A.  So the tool doesn't work perfectly.  It is    1:44:38PM
```

Page 103

CONFIDENTIAL

```
 1   something that we are pretty excited about because    1:44:41PM

 2   we think it can be pretty effective.  There are ways

 3   that users have been able to circumvent it either by

 4   spelling, intentional misspelling or etc.  But,

 5   theoretically, if they used the word                  1:45:02PM

 6   "Brandy Melville" in a way that the tool is designed

 7   to catch, it would catch it.

 8       Q.  Is there a name for this tool?

 9       A.  It has been referred to as the "ace tool"

10   or the "suspend tool."                                1:45:21PM

11       Q.  When did Redbubble start using the ace or

12   suspend tool?

13       A.  I don't recall exactly but I think we can

14   find that out for you.

15           But I wasn't going to specifically look for  1:45:54PM

16   it right now.  I assume --

17       Q.  Yeah.  I get it.

18           I'm going to show you a document that will

19   be marked as Exhibit 113.

20           (Exhibit 113 was marked for identification   1:46:06PM

21           and is attached hereto.)

22   BY MR. KELLY:

23       Q.  Exhibit 113 is Bates labeled RBBM175095.

24           Is this an example of an email that would

25   be sent to someone who submitted a design onto the    1:46:29PM
```

Page 104

CONFIDENTIAL

```
1   Redbubble website after their design has been        1:46:33PM

2   purchased?

3           MR. MASUR:  Sorry, Counsel.

4           Before you answer that just give me one

5   second.  I'm going to pull up the exhibit.  I don't  1:46:40PM

6   have it yet.

7           THE WITNESS:  I'm reviewing it now.  I can

8   see it.

9           Sorry, what was your question?

10  BY MR. KELLY:                                        1:47:10PM

11      Q.  Is this -- when someone who submitted a

12  design on the Redbubble has a design purchased by a

13  customer, is this the email that the Redbubble

14  software sends to the seller or the person who

15  uploaded to that site?                               1:47:25PM

16      A.  Okay.  I'm going to read it now.

17              (Pause in the proceedings.)

18      A.  Yes, it appears to be an email that --

19  again, it goes out automatically, that the automatic

20  platform software -- Redbubble's automatic platform  1:48:38PM

21  software would send to a seller when somebody bought

22  their product.

23      Q.  On the Redbubble website, correct?

24      A.  On the Redbubble website.

25      Q.  Okay.  In the third paragraph of this        1:48:52PM
```

Page 105

Ex. 90
Page 319

CONFIDENTIAL

```
 1    exhibit, 113, it reads:                        1:48:54PM

 2            "As soon as the order is printed and

 3            shipped we will send you another

 4            notification receipting you know that your

 5            earnings are no longer pending and will be   1:49:02PM

 6            payable."

 7            Do you see that?

 8      A.   Yes.

 9      Q.   Is it fair to say that when something is

10    purchased from the Redbubble website, Redbubble   1:49:14PM

11    processes the payment, and the earnings to the

12    person who uploaded the design is pending until the

13    order is shipped?

14            MR. MASUR:  I'm sorry, could I have that

15    read back?                                       1:49:39PM

16            THE COURT REPORTER:  "Question:  Is it

17            Fair to say that when something is

18            purchased from the Redbubble website,

19            Redbubble processes the payment, and the

20            earnings to the person who uploaded the   1:49:56PM

21            design is pending until the order is

22            shipped?"

23            MR. MASUR:  Objection.  Vague.  But --

24            THE COURT REPORTER:  I'm sorry?

25            MR. MASUR:  I'm going to object as vague,   1:50:02PM
```

Page 106

Ex. 90
Page 320

CONFIDENTIAL

```
 1   but if Mr. Toy can answer it.                    1:50:04PM

 2         THE WITNESS:  I am not completely sure

 3   about the exact mechanics of how that works, but

 4   going off of the sentence here that appears to --

 5   this appears to be the case.                     1:50:31PM

 6   BY MR. KELLY:

 7       Q.  Do you have any reason to believe that that

 8   information -- or strike that.

 9         Do you have any reason to believe that

10   statement in the email that Redbubble sends to    1:50:38PM

11   people who uploaded a design that was purchased is

12   false or incorrect or inaccurate?

13       A.  I have no reason to think that.

14       Q.  I'll show you a document that will be

15   marked as Exhibit 114.                            1:50:56PM

16         (Exhibit 114 was marked for identification

17          and is attached hereto.)

18   BY MR. KELLY:

19       Q.  It's a document with the Bates Number

20   RBBM176774.                                       1:51:05PM

21       A.  Okay.  I have it up.

22       Q.  This is an email from Redbubble, correct?

23       A.  That appears to be the case.

24       Q.  It seems to be sent to someone who uploaded

25   a design that was purchased by a customer, correct?   1:51:31PM
```

Page 107

Ex. 90
Page 321

CONFIDENTIAL

```
 1        A.  I'm just going to give it a quick look.     1:51:38PM

 2              (Pause in the proceedings.)

 3        A.  Okay.  I'm done reviewing it.  May I hear

 4     the question again, please?

 5              MR. KELLY:  Could we have that read back,   1:52:48PM

 6     please.

 7              THE COURT REPORTER:  "Question:  It

 8              Seems to be sent to someone who uploaded a

 9              design that was purchased by a customer,

10              correct?"                                   1:52:58PM

11              THE WITNESS:  Yes.

12     BY MR. KELLY:

13        Q.  Is this another email that's automatically

14     sent by the Redbubble platform?

15        A.  Yes.                                          1:53:16PM

16        Q.  I show you a document that will be marked

17     as Exhibit 115.

18              (Exhibit 115 was marked for identification

19              and is attached hereto.)

20     BY MR. KELLY:                                        1:53:29PM

21        Q.  This document is Bates-stamped RBBM016865.

22        A.  I have it up.

23        Q.  Okay.  Earlier we were talking about

24     guidelines for policing at Redbubble.

25              Do you remember that?                       1:53:50PM
```

Page 108

CONFIDENTIAL

```
1         A.  Yes.                                    1:53:51PM

2         Q.  Is this a document that identifies

3    different Redbubble designs that Redbubble polices

4    for with respect to Brandy Melville?

5         A.  Yes, these are -- these are words and    1:54:18PM

6    images that we look for in policing, yes.

7         Q.  It includes, for example, the L.A.

8    lightning logo on the first page, right?

9         A.  The second from the top?

10        Q.  Yes.                                     1:54:42PM

11        A.  Yeah, there's a black box with

12   "Los Angeles" with a lightning bolt L and

13   "California 1984," gray text.

14        Q.  Okay.  And on the left there are different

15   boxes, and one says "Policing:  Daily."           1:55:04PM

16            Do you see that?

17        A.  Yes.

18        Q.  What does that mean?

19        A.  That means that we will -- the marketplace

20   integrity team, or MPI team, who conducts the     1:55:28PM

21   policing activities, these proactive removals, will

22   look for --

23            THE COURT REPORTER:  "These proactive"

24   what?

25            THE WITNESS:  Sorry.  Proactive removals.  1:55:43PM
```

Page 109

Ex. 90
Page 323

CONFIDENTIAL

```
1          So they would conduct these proactive      1:55:43PM

2     removals on a daily basis by looking into the

3     policing dashboard for uploads by sellers that may

4     contain words or images that could be on this

5     document.                                        1:56:08PM

6     BY MR. KELLY:

7          Q.  Do you know who's tasked with that

8     responsibility?

9          A.   The marketplace integrity team.

10         Q.   Is there a specific person who's        1:56:18PM

11    responsible for Brandy Melville on that team?

12         A.   I believe it -- there's not a specific

13    person all the time.  It might be assigned to a

14    specific person, but then that might shift based of

15    the needs of the team, resourcing, how busy they   1:56:40PM

16    are.

17         Q.   Do you know how much time the MPI team

18    spends policing each day for intellectual property

19    owned by Brandy Melville?

20         A.   I don't know about Brandy Melville       1:56:57PM

21    specifically, but multiple people on the team spend

22    their entire day looking -- conducting these

23    policing activities.

24         Q.   For all the different rights holders who

25    Redbubble polices for, right?                      1:57:20PM
```

                                                    Page 110

CONFIDENTIAL

```
1        A.  Yes.                                    1:57:23PM

2        Q.  Do you know how many rights holders that

3   would include?

4        A.  I don't know specifically but --

5        Q.  More than a thousand?                   1:57:32PM

6        A.  Not a thousand.  Last I checked, 220 to

7   300, maybe over 300.

8        Q.  Has Redbubble considered growing the size

9   of the team that polices on the Redbubble website?

10       A.  Yes.  We are always expanding that team and  1:57:54PM

11  looking for ways to increase their efficiency and

12  capacity to do this because the rights holders, the

13  number of rights holders in just the enforcement

14  activities we want to do on the platform is always

15  increasing.                                      1:58:20PM

16       Q.  How many people are on the team right now?

17       A.  I don't know specifically, but around 15.

18       Q.  How many of those 15 just focus on internal

19  policing for rights holders on the Redbubble

20  website?                                         1:58:41PM

21       A.  I can give you a range and then we can find

22  out a more specific number if you want, but I would

23  say between 5 and 10, and then we also have -- so

24  the total number of people is probably closer to 20

25  because we also have tried to outsource to keep up  1:59:10PM
```

Page 111

Ex. 90
Page 325

CONFIDENTIAL

1        A.   I believe there was a letter that we got      2:02:09PM

2    from Brandy Melville or another court filing that we

3    saw.  I don't remember the exact context, but we

4    monitor those things.  And, again, we try to do what

5    the rights holder -- the rights holder wants.  And      2:02:29PM

6    if they identify content, then a subsequent -- in a

7    communication to us that's subsequent to whatever

8    that date is, we will make the adjustment and add

9    something to these guidelines.

10        MR. KELLY:  I'm going to move to strike for        2:02:47PM

11   being nonresponsive.

12   BY MR. KELLY:

13        Q.   My question is:  Can you articulate any

14   facts today that suggest that this date, May 31st,

15   2019 in this exhibit, is inaccurate?                    2:02:58PM

16        MR. MASUR:  Objection.  Vague.

17        THE WITNESS:  I don't understand your

18   question.

19   BY MR. KELLY:

20        Q.   The document, Exhibit 115, says policing      2:03:10PM

21   start date was May 31st, 2019, correct?

22        A.   I see that date, yes.

23        Q.   Can you articulate any facts that suggest

24   that that date is inaccurate?

25        A.   We received a letter or a subsequent -- it    2:03:30PM

Page 114

CONFIDENTIAL

```
1    may have been subsequent -- here's the issue.  We      2:03:33PM

2    received a letter that may have been subsequent to

3    that date.  I don't know the exact dates because I

4    just don't remember all the dates.  But if that

5    letter, which went to an expansion of these           2:03:46PM

6    guidelines, is after that date, then that date

7    doesn't -- going back to your original question,

8    that date does not indicate when all those images

9    were added to the guidelines.

10         So there was an expansion based on a letter      2:04:05PM

11   or a court filing that Brandy Melville made that

12   made us modify these and then expand what we were

13   looking for, because we thought that's what

14   Brandy Melville wanted.

15       Q.  That's not what Exhibit 115 says, though.      2:04:24PM

16   It doesn't say "modify or expand," correct?

17             MR. MASUR:  Objection.  The document speaks

18   for itself.

19             THE WITNESS:  The document -- okay.  The

20   box that we are referring to says "Policing Start     2:04:41PM

21   Date 31 May 2019," so that would indicate that

22   policing started on 31 May 2019.

23   BY MR. KELLY:

24       Q.  If you look down under the boxes it says

25   "Properties" and there are three different entries.   2:04:56PM
```

Page 115

CONFIDENTIAL

```
1            Do you see that?                         2:05:00PM

2            It's on the first page of Exhibit 115 on

3      the far left towards the bottom.  There's

4      "Properties," and then under that there are three

5      lines of text.                                   2:05:21PM

6            Do you see that?

7        A.  I see that.

8        Q.  Okay.  What does that mean?  What are

9      properties?

10       A.  That's -- that can refer to -- so one      2:05:35PM

11     rights holder may have multiple brands, or there

12     could be variations of that that were -- like in

13     this case, Brandy Melville, we wanted to be sure to

14     catch things that users may just call "Brandy" if,

15     you know, we thought that that's what             2:06:05PM

16     Brandy Melville, the rights holder, wanted us to

17     remove, so we didn't want to just limit it to -- we

18     wanted to be as accurate and as all-encompassing as

19     reasonably possible.

20           So those two variations are listed because  2:06:19PM

21     we wouldn't just want to look for the two words

22     "Brandy Melville."  We would also want to look for

23     "brandymelvilleusa.com" if that's what somebody

24     wanted.

25       Q.  So the Brandy star is meant to capture      2:06:38PM

                                               Page 116
```

CONFIDENTIAL

```
 1    Brandy with some other -- at whatever finish or        2:06:41PM

 2    second word or set of words after the word Brandy;

 3    is that right?

 4         A.  I believe that refers to additional context

 5    because there has to be another word --                2:06:55PM

 6         Q.  Anything that starts with "Brandy," any

 7    phrase or any --

 8              MR. MASUR:  Counsel, please let him -- he's

 9    in the middle of an answer to your question.  You

10    cut him off.                                           2:07:07PM

11    BY MR. KELLY:

12         Q.  Sorry.

13         A.  So an example might be in this purely

14    hypothetical, somebody had an image that said

15    "Brandy" and then there was a pink heart over a        2:07:26PM

16    second word that had the word -- that you could see

17    an M and an E on either side of the heart.  That

18    would be an example where "Brandy asterisk" would

19    mean, like, that's additional context and we should

20    look at that, too, and consider whether that falls     2:07:55PM

21    within these guidelines.

22         Q.  And if it falls within the guidelines, it's

23    supposed to be reviewed by someone at Redbubble,

24    someone on the MPI team, correct?

25         A.  If it falls within the guidelines, we would   2:08:09PM
```

                                                    Page 117

Ex. 90
Page 329

CONFIDENTIAL

```
1    remove it.  It's reviewed based on keyword --        2:08:16PM

2    keyword filters, searches, that then bring in

3    uploads to the policing dashboard.  So once it gets

4    to this stage, the MPI team is already reviewing it.

5        Q.  Earlier we talked about advertising that      2:08:44PM

6    Redbubble does.  I want to go back to that.

7            Designs that people submit to Redbubble are

8    put on the Redbubble website for customers to view

9    and potentially purchase off the Redbubble website,

10   right?                                                2:09:05PM

11           MR. MASUR:  I'm sorry, can I have that one

12   read back?

13           THE COURT REPORTER:  "Question:  Designs

14           That people submit to Redbubble are put on

15           the Redbubble website for customers to view    2:09:23PM

16           and potentially purchase off the Redbubble

17           website, right?"

18           MR. MASUR:  Objection.  Compound.

19           THE WITNESS:  Okay.  When a seller uploads

20   their design and it's on the -- yes, it's on the      2:09:37PM

21   Redbubble website -- I'm sorry, I think I was

22   confused by the question.

23   BY MR. KELLY:

24       Q.  Okay.  A designer creates a design and they

25   can upload it onto the Redbubble website, right?      2:09:53PM
```

Page 118

Ex. 90
Page 330

CONFIDENTIAL

```
 1        A.  Yes.                                    2:09:57PM

 2        Q.  Once it's on the Redbubble website it's

 3    available for customers, potential customers, to

 4    view and to purchase through the Redbubble website,

 5    correct?                                        2:10:12PM

 6        A.  Yes.

 7        Q.  Those designs that are on the Redbubble

 8    website are sometimes also advertised on other

 9    websites, correct?

10            MR. MASUR:  Objection.  Beyond the scope of  2:10:31PM

11    the notice.  Calls for speculation.  Lacks

12    foundation.

13            THE WITNESS:  Can I hear the question

14    again, please?

15            MR. KELLY:  Can we have it read it back,  2:10:44PM

16    please.

17            THE COURT REPORTER:  "Question:  Those

18            Designs that are on the Redbubble website

19            are sometimes also advertised on other

20            websites, correct?"                       2:10:56PM

21            THE WITNESS:  Yes.

22    BY MR. KELLY:

23        Q.  And those advertisements are sometimes done

24    through Google Ads; is that accurate?

25            MR. MASUR:  Objection.  Vague.  Ambiguous.  2:11:14PM

                                              Page 119
```

CONFIDENTIAL

```
 1            THE WITNESS:  Yes.                        2:11:19PM

 2   BY MR. KELLY:

 3       Q.  And Redbubble purchases the space to put on

 4   other websites for it to put advertisements up; is

 5   that accurate?                                     2:11:34PM

 6            MR. MASUR:  Objection.  Vague as to "it."

 7            THE WITNESS:  That was my question as well.

 8   BY MR. KELLY:

 9       Q.  Okay.  I'm going to introduce or mark as

10   Exhibit 116 a document that's Bates-stamped Brandy  2:11:48PM

11   95.

12            (Exhibit 116 was marked for identification

13            and is attached hereto.)

14            THE WITNESS:  It's up.

15   BY MR. KELLY:  This is a screenshot of a Yahoo home  2:12:05PM

16   page.

17            Do you see that?

18       A.  Yes.

19            MR. MASUR:  Counsel, just to be clear so

20   the record is clear, I know that this is a document  2:12:21PM

21   produced by Brandy Melville.  Can you represent

22   anything about the circumstances in which this was

23   made?

24            MR. KELLY:  This is just a picture of a

25   Yahoo home page.  You can see on the top left corner  2:12:40PM

                                              Page 120
```

CONFIDENTIAL

```
 1    it says "Yahoo.com."                               2:12:44PM

 2            MR. MASUR:  I don't think there's a date on

 3    it or anything along those lines and there's no sign

 4    who created this.  So if you don't have that

 5    information, then you don't have that information.   2:12:54PM

 6            MR. KELLY:  I'll represent that it was made

 7    by -- this picture was taken by someone in our

 8    office.

 9            MR. MASUR:  And you don't have a date on

10    it?                                                 2:13:07PM

11            MR. KELLY:  I don't have that offhand, no.

12    BY MR. MASUR:

13        Q.  All right.  So focusing on -- strike that.

14            Focusing on Exhibit 116, this is a picture

15    from the Yahoo home page.                           2:13:17PM

16            Do you see that?

17        A.  I see that.  I see the exhibit, yes.

18        Q.  And do you see on the right-hand side there

19    is an advertisement for Redbubble?

20        A.  I see a --                                  2:13:30PM

21            MR. MASUR:  Objection.  Mischaracterizes

22    the document.

23            THE WITNESS:  I see the box on the

24    right-hand side with "Redbubble" at the top and,

25    yes.                                                2:13:43PM
```

                                                      Page 121

Ex. 90
Page 333

CONFIDENTIAL

```
1    BY MR. MASUR:                                          2:13:44PM

2        Q.  Do you understand this to be an

3    advertisement?

4        A.  That appears to be an advertisement.

5        Q.  And it's on a website other than           2:13:53PM

6    redbubble.com, correct?

7        A.  Yes.

8        Q.  Does Redbubble buy this ad space?  How does

9    that work?

10           MR. MASUR:  Objection.  Calls for a         2:14:20PM

11   narrative.

12           THE WITNESS:  Redbubble does buy ad space,

13   and it would appear that this is in connection with

14   that.

15   BY MR. MASUR:                                          2:14:37PM

16       Q.  In that ad space Redbubble will put up

17   different designs from its website, correct?

18       A.  I'm sorry, can you repeat the question or

19   have her repeat it?

20           MR. KELLY:  Could you read back the         2:14:59PM

21   question, please.

22           THE COURT REPORTER:  "Question:  In that

23           Ad space Redbubble will put up different

24           designs from its website, correct?"

25           THE WITNESS:  No.                           2:15:14PM
```

Page 122

Ex. 90
Page 334

CONFIDENTIAL

```
1    BY MR. MASUR:                                        2:15:16PM

2         Q.  Who will, then?

3         A.  The specific content that gets displayed in

4    an ad would not be something that Redbubble, quote,

5    put up there.  It might be dependent on what the      2:15:34PM

6    user has been searching for, their browsing history.

7    So whoever's -- whoever's page -- computer this is.

8    And then also the Google algorithms, it tries -- I

9    believe the way that Google ad software works, it

10   would look at what someone is searching for on         2:15:58PM

11   Yahoo, perhaps, and then try to match that up with a

12   product feed, which does come from Redbubble.  And

13   then based on whatever algorithm or decision-making

14   process they had, they would then put specific

15   content in there.                                      2:16:28PM

16        Q.  Does the designer have any input into

17   whether their design is put in this ad space

18   purchased by Redbubble?

19             MR. MASUR:  Objection.  Vague as to

20   "designer."                                            2:16:41PM

21             THE WITNESS:  If you mean seller, I do not

22   believe the seller can choose that sort of a thing.

23   BY MR. MASUR:

24        Q.  By "seller" you mean the person who

25   uploaded the design onto the Redbubble website,        2:16:54PM
```

Page 123

CONFIDENTIAL

1    correct?                                                    2:16:58PM

2       A.  Correct.

3       Q.  The ad in Exhibit 116 makes no mention of

4    Brandy Melville, correct?

5            MR. MASUR:  Objection.  The document speaks   2:17:20PM

6    for itself.  Lacks foundation.

7            THE WITNESS:  Are you referring to the gray

8    box on the right specifically, is Brandy Melville

9    mentioned in that box?

10   BY MR. MASUR:                                             2:17:35PM

11      Q.  Correct.

12           MR. MASUR:  Same objections.

13           THE WITNESS:  I don't see the words

14   "Brandy Melville" in that box.

15   BY MR. MASUR:                                             2:17:42PM

16      Q.  The word "Redbubble" is, though, right?

17      A.  I do see the word "Redbubble" in that box.

18      Q.  Is it your understanding that if the

19   customer were to click that ad, they would be

20   directed to the Redbubble website?                       2:17:54PM

21      A.  Yes.

22      Q.  Showing you a document that will be marked

23   as Exhibit 117.  Document produced in this

24   litigation with the Bates Number BRANDY_2068.

25

                                                    Page 124

CONFIDENTIAL

```
 1              (Exhibit 117 was marked for identification    2:18:30PM

 2         and is attached hereto.)

 3              THE WITNESS:  Sorry.  It hasn't shown up

 4    yet.

 5              MR. MASUR:  Yeah, not for me, either.        2:18:41PM

 6                  (Pause in the proceedings.)

 7              THE WITNESS:  I'm going to stop clicking

 8    refresh for a second.  No, still don't see it.

 9              MR. KELLY:  Did it go through now,

10    Exhibit 117?                                           2:19:56PM

11              MR. MASUR:  I haven't seen Exhibit 117 yet.

12              THE WITNESS:  Oh, it's there now.

13    BY MR. MASUR:

14         Q.  Okay.

15         A.  Okay.  I have it up.                          2:20:21PM

16         Q.  Okay.  This is a July 18, 2019 snapshot of

17    a Google search page and searching for

18    Brandy Melville T-shirts.

19              Do you see that?

20         A.  Yeah, it looks like a Google page, and I      2:20:41PM

21    see the search box that says "Brandy Melville

22    T-shirts."

23         Q.  And the first search result is

24    Brandy Melville's UK website.

25              Do you see that?                             2:20:51PM

                                             Page 125
```

CONFIDENTIAL

```
1        A.  Yes.                                      2:20:59PM

2        Q.  Go down to the fourth one, you'll see

3   "Brandy Melville T-shirts | Redbubble."

4            Do you see that?

5        A.  Yes.                                      2:21:08PM

6            Sorry, did you hear me?  Yes.

7        Q.  Oh, okay.  Are you aware of or are you

8   familiar with Redbubble's efforts to -- strike that.

9            Redbubble doesn't sell any licensed

10  products or designs for Brandy Melville, correct?    2:21:42PM

11       A.  Yes, correct.

12       Q.  But it's the fourth result on the Google

13  web page when someone searches for Brandy Melville

14  T-shirts, correct?

15           MR. MASUR:  Objection.  Mischaracterizes   2:21:58PM

16  the document.  Calls for speculation.  Lacks

17  foundation.

18           THE WITNESS:  I see it as the fourth

19  listing on this exhibit, the fourth website listed.

20  BY MR. MASUR:                                        2:22:16PM

21       Q.  Is Redbubble -- can you tell me about

22  Redbubble's efforts to optimize search engine

23  results so its website moves up higher on Google

24  pages like Exhibit 117?

25           MR. MASUR:  Objection.  Calls for a         2:22:34PM
```

Page 126

CONFIDENTIAL

1   narrative.  Compound and complex.                    2:22:35PM

2           THE WITNESS:  I think that would depend on

3   what you wanted to know.  I'm sorry, I guess I don't

4   understand your question.

5   BY MR. MASUR:                                         2:23:03PM

6       Q.  Earlier we looked at Google Ads that were

7   on Yahoo's home page.

8           Do you remember that?

9       A.  Yes.

10          MR. MASUR:  Objection.  Lacks foundation.    2:23:12PM

11   BY MR. MASUR:

12      Q.  Those advertisements are intended, at least

13   in part, to direct traffic to Redbubble's web page;

14   is that accurate?

15      A.  It's intended to direct traffic to the       2:23:28PM

16   artist listings.

17      Q.  On Redbubble's website, right?

18      A.  Those listings are hosted on the Redbubble

19   website.

20      Q.  On Exhibit 117 we see that if someone were   2:23:42PM

21   to search for Brandy Melville T-shirts, one of the

22   top four results is the Redbubble website, correct?

23          MR. MASUR:  Objection.  Improper

24   hypothetical.  Calls for speculation.  Lacks

25   foundation.  And including foundation that Redbubble  2:23:56PM

                                              Page 127

CONFIDENTIAL

```
1    knows about how Google orders its search results.      2:24:02PM

2            THE WITNESS:  May I hear the question

3    again, please?

4            THE COURT REPORTER:  "Question:  On

5            Exhibit 117 we see that if someone were to     2:24:28PM

6            search for Brandy Melville T-shirts, one of

7            the top four results is the Redbubble

8            website, correct?"

9            THE WITNESS:  On this page on the exhibit,

10   a Redbubble website does appear to be the fourth --    2:24:39PM

11   fourth one from the top.  So yeah, one of the --

12   fourth from the top.  That is a Redbubble website.

13   BY MR. MASUR:

14       Q.  Does Redbubble pay Google anything to have

15   its web page moved up higher on a search result, a     2:25:05PM

16   page like Exhibit 117?

17       A.  I don't know.

18       Q.  You don't know one way or the other?

19       A.  I don't know if -- I don't know how this

20   follow-up question applies to your original            2:25:25PM

21   question.  I'm sorry.  I'm confused.

22       Q.  You just don't know one way or the other

23   whether Redbubble pays Google so that its web page

24   will move up higher on the search page?

25           MR. MASUR:  Objection.  I believe if you       2:25:43PM
```

Page 128

Ex. 90
Page 340

CONFIDENTIAL

1    Q.  And having seen this or having seen her,      2:41:39PM

2    does it change your testimony about whether she

3    works for Redbubble Inc. or Redbubble Limited?

4    A.  No.

5    Q.  Are you familiar with these videos that      2:41:57PM

6    were posted, though?

7    A.  Yes.  Maybe not this one specifically, but

8    I'm familiar with that Redbubble posts videos.

9    Q.  Okay.  RBTV?

10   A.  I'm familiar with RBTV.                        2:42:16PM

11   Q.  What was the purpose of RBTV?

12   A.  I don't know.

13       MR. MASUR:  Counsel, I've allowed some

14   leeway here to try to set some foundation here, but

15   if you're going to ask Mr. Toy questions about this  2:42:47PM

16   video in particular I think we have to watch the

17   video.

18   BY MR. KELLY:

19   Q.  Can you just watch the video, then?

20   A.  Let me try to hook up headphones to this      2:42:58PM

21   other computer.

22   Q.  Okay.

23       (Pause in the proceedings.)

24   A.  Okay.

25   Q.  Mr. Toy, you've seen Redbubble TV videos      2:46:13PM

                                              Page 134

CONFIDENTIAL

1   before?                                                   2:46:25PM

2       A.  Yes.

3       Q.  Do you remember that video specifically?

4       A.  Yes.

5       Q.  And those videos were posted on YouTube and   2:46:30PM

6   other public places; is that right?

7       A.  I don't know where it was posted except --

8   I don't know everywhere it was posted.

9       Q.  Okay.  But one of the places they were

10  posted on were, you know, places like YouTube and   2:46:53PM

11  other video platforms accessible to the public,

12  right?

13      A.  It was posted on an investor center for

14  shareholders.  It may have been posted on YouTube.

15  I don't know.                                             2:47:12PM

16      Q.  But it was posted publicly?  I think that's

17  what I'm getting at as an initial point.

18      A.  Yeah, public could view it, yes.

19      Q.  What was the purpose of the RBTV videos?

20      A.  I believe it was to promote the company for   2:47:31PM

21  shareholders' investment.

22      Q.  Is it fair to say that the contents of the

23  substance of the video is accurate?

24      A.  All of it?

25      Q.  Yes.                                              2:47:59PM

                                                    Page 135

CONFIDENTIAL

```
1        A.  I don't think all of it was accurate.        2:48:01PM

2        Q.  Do you think that parts of Exhibit 118 that

3   was created for investors is inaccurate?

4            MR. MASUR:  Objection.  Vague as to time.

5            THE WITNESS:  You mean inaccurate when it     2:48:21PM

6   was made -- sorry.  I would like to know what time

7   period you are talking about.

8   BY MR. KELLY:

9        Q.  Do you think -- let's start with right now.

10  Do you think parts of that video are inaccurate?        2:48:34PM

11       A.  Yes.

12           MR. MASUR:  Same objection.

13  BY MR. KELLY:

14       Q.  You think that parts of that video were

15  inaccurate at the time that it was released            2:48:42PM

16  publicly?

17       A.  Yes.

18       Q.  Do you know if Redbubble ever informed its

19  investors that the substance of the video was

20  inaccurate?                                            2:48:54PM

21       A.  I don't know.

22       Q.  Sitting here today, you don't know if

23  Redbubble has ever told its investors that this

24  information that it provided to its investors is

25  inaccurate?                                            2:49:08PM
```

Page 136

CONFIDENTIAL

```
 1   BY MR. KELLY:                                    3:07:07PM

 2       Q.  I'm going to introduce Exhibit 119.  It's a

 3   document Bates-stamped RBBM190326.

 4           (Exhibit 119 was marked for identification

 5           and is attached hereto.)                 3:07:19PM

 6           THE WITNESS:  I see it.  It's up.

 7   BY MR. KELLY:

 8       Q.  This is an email from Redbubble.

 9           Do you see that?

10       A.  Yes.                                      3:07:46PM

11       Q.  And it's an advertisement to a potential

12   customer, correct?

13           MR. MASUR:  Objection.  Lacks foundation.

14           THE WITNESS:  Sorry.  Let me just review

15   it.                                               3:08:03PM

16               (Pause in the proceedings.)

17           THE WITNESS:  Okay.  I'm done reviewing it.

18   I think there was a question, but could I have it

19   repeated, please?

20   BY MR. KELLY:                                     3:08:43PM

21       Q.  Exhibit 119 is an advertisement sent to a

22   potential customer, correct?

23           MR. MASUR:  Same objections.

24           THE WITNESS:  Looks like an email sent to a

25   customer.  Or it looks like an email sent to a    3:08:53PM
```

Page 152

Ex. 90
Page 344

CONFIDENTIAL

```
1    person named ████████ with a Redbubble sender        3:09:00PM

2    address.

3    BY MR. KELLY:

4        Q.  Okay.  And the email reads "Based on your

5    recent visit, here's some stuff we thought you might  3:09:12PM

6    like," correct?

7        A.  I see that text.

8        Q.  Redbubble sends emails like Exhibit 119 to

9    customers, right?

10       A.  That I -- when was this?  I don't know if      3:09:32PM

11   Redbubble does that generally.  I think -- I'm not

12   sure what time period you're talking about.

13       Q.  What's the purpose of Exhibit 119?

14       A.  To promote sellers' listings that are

15   hosted on Redbubble.                                  3:10:04PM

16       Q.  Have you seen emails like this before?

17       A.  I have seen personalized emails before.

18       Q.  And they typically have graphics in them

19   that are in this document that was produced by

20   Redbubble in the litigation, right?                   3:10:46PM

21       A.  I don't know if this specifically has

22   graphics in it.  I just can't tell, but --

23           Can you repeat the question, please?

24       Q.  Exhibit 119 has no graphics in it, correct?

25       A.  Correct.                                      3:11:16PM
```

Page 153

Ex. 90
Page 345

CONFIDENTIAL

```
1        Q.  Typically an email like this that's sent      3:11:17PM

2   out to someone who has visited the website would

3   have graphics in it, correct?

4        A.  I have seen promotional emails with

5   graphics in them, but this particular type of email   3:11:31PM

6   I don't know.

7        Q.  Have you ever seen a promotional email from

8   Redbubble that didn't have any graphics in it like

9   Exhibit 119?

10       A.  I --                                          3:11:50PM

11           MR. MASUR:  Objection.  Vague as to time.

12           THE WITNESS:  I can't recall an email, a

13   promotional email that didn't have some sort of

14   graphics in there like the Redbubble word, like,

15   logo.                                                 3:12:14PM

16   BY MR. KELLY:

17       Q.  And those emails, the promotional emails

18   that Redbubble sends out, they would typically have

19   the picture of the design instead of just brand

20   email filled with text, right?                        3:12:32PM

21       A.  Yes.  I -- yes.  That would be odd to just

22   have text in email.

23       Q.  I show you a document that will be marked

24   as Exhibit 120.

25           For the record, Exhibit 120 is               3:12:46PM
```

Page 154

Ex. 90
Page 346

CONFIDENTIAL

1    Bates-labeled RBBM177978.                          3:13:01PM

2            (Exhibit 120 was marked for identification

3            and is attached hereto.)

4            THE WITNESS:  I have that.

5    BY MR. KELLY:                                      3:13:13PM

6       Q.  This is a Redbubble order confirmation and

7    progress email sent by Redbubble to a customer,

8    correct?

9       A.  Just give me one second to review it.

10           (Pause in the proceedings.)             3:13:51PM

11      A.  Okay.  I'm done reviewing.  May I hear the

12   question again, please?

13           THE COURT REPORTER:  "Question:  This is

14           A Redbubble order confirmation and progress

15           email sent by Redbubble to a customer,    3:14:05PM

16           correct?"

17           THE WITNESS:  Yes.  I'm sorry, yes, if you

18   didn't hear me.

19   BY MR. KELLY:

20      Q.  And in Exhibit 120 at the top it reads    3:14:21PM

21   "We're on it.  Hang tight while we prep your stuff."

22           Do you see that?

23      A.  I see that.

24      Q.  Can you tell me how Redbubble preps the

25   stuff?                                            3:14:39PM

                                             Page 155

Ex. 90
Page 347

CONFIDENTIAL

```
 1        A.  The order information would be routed to       3:14:49PM

 2   the fulfiller, who would manufacture it based on

 3   what was in the order, the relevant information in

 4   the order that the customer input.  Once that data

 5   goes to the fulfiller, there is no more prepping      3:15:17PM

 6   done by Redbubble.

 7        Q.  And is an email similar to Exhibit 120 sent

 8   to every customer after every order from the

 9   Redbubble website?

10        A.  I do believe that confirmations are -- one    3:15:40PM

11   or more confirmations are sent to someone who

12   purchases a product on Redbubble.

13        Q.  Okay.  I've marked a document as

14   Exhibit 121.

15            For the record, this document is             3:15:59PM

16   Bates-stamped RBBM181029.

17            (Exhibit 121 was marked for identification

18            and is attached hereto.)

19            THE WITNESS:  Okay.  I have it up.

20   BY MR. KELLY:                                         3:16:15PM

21        Q.  All right.  It's an email from Redbubble.

22            Do you see that?

23            MR. MASUR:  Objection.  Mischaracterizes

24   the testimony.

25            THE WITNESS:  I see --                        3:16:28PM
```

Page 156

CONFIDENTIAL

```
 1          MR. MASUR:  I'm sorry.  I withdraw that      3:16:31PM

 2   objection.

 3          THE WITNESS:  I see a Redbubble email

 4   address at the top.

 5   BY MR. KELLY:                                       3:16:44PM

 6      Q.  Which would indicate that it's an email

 7   from Redbubble, right?

 8      A.  I am not sure about that because that could

 9   be a chat conversation rather than an email.  And

10   the email address says "DAS Records," which I'm not  3:17:16PM

11   familiar with as a Redbubble sender address.

12      Q.  Okay.  But the email address is from an

13   @redbubble.com email address, correct?

14      A.  The email address at the top does say

15   "@redbubble.com."                                   3:17:38PM

16      Q.  And the substance of the email, it looks

17   like it's a chat transcript between someone from

18   Redbubble's chat team and a customer; is that

19   accurate?

20      A.  I don't understand the question.            3:17:53PM

21      Q.  The email contains a chat transcript

22   between someone from the Redbubble chat team and a

23   customer, right?

24      A.  Oh.  So at the bottom it says "Stay

25   wonderful!  Redbubble Chat Team."  Yeah, based on   3:18:20PM
```

Page 157

Ex. 90
Page 349

CONFIDENTIAL

```
 1    that it does appear that this is from the Redbubble    3:18:24PM

 2    chat team.

 3            I suspect that this is just sent once a

 4    chat concludes automatically, but I am not sure

 5    about that.                                            3:18:41PM

 6        Q.  And it's a chat between somebody looking to

 7    buy something off the Redbubble website and somebody

 8    who works on the Redbubble chat team, right?

 9        A.  I don't know what you mean by "Redbubble

10    chat team."  I'm not familiar with this person.       3:18:55PM

11        Q.  Well, I'm asking are you familiar with

12    Redbubble having a chat team?

13        A.  I don't know of a team with that label, but

14    certainly Redbubble employees are involved in

15    helping customers of the sellers, and chat is a       3:19:26PM

16    big -- customers or people can ask -- people using

17    the website can ask questions through the chat.

18        Q.  Okay.  In this email, Exhibit 121, is a

19    record of a chat between someone at Redbubble and a

20    person looking to potentially buy something from the  3:19:51PM

21    Redbubble website, correct?

22        A.  Let me read the chat transcript, please.

23            (Pause in the proceedings.)

24        A.  Okay.  I'm done reviewing.  Can I please

25    have the question read back to me?                     3:20:49PM
```

Page 158

Ex. 90
Page 350

CONFIDENTIAL

```
1    BY MR. KELLY:                                      3:20:51PM

2        Q.  Exhibit 121 is an email record of a chat

3    between someone at Redbubble and a person who's

4    looking to potentially buy something from the

5    Redbubble website, correct?                        3:21:02PM

6        A.  I don't know if that is someone at

7    Redbubble.

8            What do you mean by "someone at Redbubble"?

9        Q.  Like a Redbubble employee or representative

10   or -- yeah, representative or employee.            3:21:21PM

11       A.  I don't know if it's an employee.  It could

12   be an outsourced customer service agent.

13       Q.  Speaking on behalf of Redbubble, right?

14       A.  That, I don't know, but -- also I'm not

15   sure if it's a person.  It seems kind of robotic.  3:21:48PM

16   But I don't know.  I'm not familiar with this

17   particular conversation and there are automated --

18   there are automated help functions that when people

19   use the chat function it directs them to certain

20   areas to save customer service resources, but this 3:22:13PM

21   in particular I don't know.

22       Q.  And that chat would be by someone -- that

23   chat would be by a Redbubble software?  Or if it's

24   not a person, it would be the Redbubble software

25   speaking to a potential customer; is that right?   3:22:32PM
```

Page 159

Ex. 90
Page 351

CONFIDENTIAL

```
 1        A.  Or it could be a third-party vendor        3:22:35PM

 2    software.

 3        Q.  That's acting on behalf of Redbubble,

 4    right?

 5            MR. MASUR:  Objection to the extent it      3:22:44PM

 6    calls for a legal conclusion.

 7            THE WITNESS:  That last part I'm not sure

 8    about, but -- yeah, I don't know to what extent this

 9    party was acting on behalf of Redbubble or whether

10    they were a person or part of some vendor help        3:23:07PM

11    software or an employee or outsourced person or not.

12    BY MR. KELLY:

13        Q.  But in any event, all those people or

14    entities would be speaking to a potential Redbubble

15    customer on behalf of Redbubble, correct?            3:23:23PM

16        A.  It wouldn't be just a random person on the

17    Internet giving this -- trying to answer this

18    person's questions or a random bot on the Internet

19    doing that.  It would have some connection to

20    Redbubble.  Whether it's an outsourced customer       3:23:43PM

21    service team or -- yeah, a CS bot, a customer

22    service bot.

23        Q.  Marked Exhibit 122.  It's Bates-stamped

24    RBBM176537.

25
```

Page 160

CONFIDENTIAL

1           (Exhibit 122 was marked for identification    3:24:09PM

2           and is attached hereto.)

3           THE WITNESS:  Okay.  I have it open.

4    BY MR. KELLY:

5       Q.  This is an email from someone by the name    3:24:13PM

6    of Devin at Redbubble.

7           Do you see that?

8       A.  I see the name "████" with "Redbubble" in

9    parentheses and then "aboutmyorder@redbubble.com" in

10   the "from" field.                                    3:24:35PM

11      Q.  And do you understand Exhibit 122 to be an

12   email chain between someone at Redbubble and a

13   Redbubble customer about an order that had been made

14   on the Redbubble website?

15      A.  If you will allow me a moment to review it.   3:25:10PM

16           (Pause in the proceedings.)

17      A.  Okay.  I'm done reviewing but I have

18   forgotten the question.

19           MR. KELLY:  Could we have the question read

20   back, please.                                        3:27:50PM

21           THE COURT REPORTER:  "Question:  And do

22           You understand Exhibit 122 to be an email

23           chain between someone at Redbubble and a

24           Redbubble customer about an order that had

25           been made on the Redbubble website?"         3:28:15PM

                                                 Page 161

CONFIDENTIAL

```
 1            THE WITNESS:  This appears to be an email    3:28:17PM

 2   about an order that somebody placed on the Redbubble

 3   website between somebody named ████ , either an

 4   employee of Redbubble or part of an outsourced

 5   customer service team.                               3:28:32PM

 6   BY MR. KELLY:

 7        Q.  With the Redbubble customer, correct?

 8        A.  With a customer of the third-party seller.

 9        Q.  Who purchased the designer product on the

10   Redbubble website, correct?                          3:28:51PM

11        A.  Yes.

12        Q.  The designs that are uploaded onto the

13   Redbubble website, does Redbubble maintain them on a

14   server or in the cloud someplace?

15            MR. MASUR:  Objection.  Compound.  Lacks     3:29:10PM

16   foundation.

17            THE WITNESS:  All of the hosted

18   user-generated content is posted on servers by

19   third-party hosts.

20   BY MR. KELLY:                                        3:29:40PM

21        Q.  On behalf of Redbubble?

22        A.  Redbubble -- Redbubble purchases server

23   space from these server vendors.

24        Q.  I'm not following.

25            Redbubble purchases server space on servers  3:30:00PM
```

Page 162

Ex. 90
Page 354

CONFIDENTIAL

```
 1    owned by third parties, correct?                    3:30:06PM

 2         A.  Right.  Like Amazon servers.

 3         Q.  And then users upload designs onto the

 4    Redbubble website where, you know, they are offered

 5    for sale to anyone who goes on the Redbubble         3:30:24PM

 6    website, right?

 7              MR. MASUR:  Objection.  Compound.

 8              THE WITNESS:  Would you mind repeating,

 9    please?

10              MR. KELLY:  Could we have that read back,  3:30:37PM

11    please.

12              THE COURT REPORTER:  "Question:  And

13              Then users upload designs onto the

14              Redbubble website where, you know, they are

15              offered for sale to anyone who goes on the 3:30:52PM

16              Redbubble website, right?"

17              THE WITNESS:  I don't understand the

18    question.

19    BY MR. KELLY:

20         Q.  Okay.  Redbubble users can design graphics  3:31:07PM

21    and submit it or upload it onto the Redbubble

22    website, correct?

23         A.  A third-party seller would upload a design

24    to sell on the Redbubble website.

25         Q.  Redbubble stores that design on a server    3:31:37PM
```

Page 163

CONFIDENTIAL

```
 1    where it's paid to have space on that server, right?   3:31:43PM

 2        A.  Yes.

 3        Q.  Is that server only accessible -- or that

 4    space on that server only accessible to Redbubble?

 5        A.  Yes.                                          3:32:00PM

 6        Q.  It's not accessible to me, for instance, a

 7    random person who doesn't work at Redbubble?

 8        A.  You could view the user-generated content

 9    through the Redbubble website.

10        Q.  Okay.  But I wouldn't be able to access the   3:32:18PM

11    actual server space that Redbubble's paid for?

12            MR. MASUR:  Objection.  Vague.  Ambiguous.

13            THE WITNESS:  By logging into the

14    third-party server interface?

15    BY MR. KELLY:                                         3:32:37PM

16        Q.  Yeah.

17        A.  No.

18        Q.  It would be only visible to me by going

19    under the Redbubble website, correct?

20        A.  If you were an ordinary user accessing it     3:32:46PM

21    through your browser, yes.

22        Q.  Earlier we discussed tags that can be put

23    on designs offered on the Redbubble website.

24            Do you remember that?

25        A.  Can you repeat the question, please?          3:33:09PM
```

Page 164

CONFIDENTIAL

```
1        Q.  Earlier we discussed tags that can be       3:33:12PM

2   placed on designs that are offered for sale on the

3   Redbubble website.

4        Do you remember that?

5        A.  I'm not sure what specific question you're   3:33:22PM

6   referring to, but users can apply tags to their

7   uploads.

8        Q.  On the Redbubble website?

9        A.  On the Redbubble website.

10       Q.  Are there any tags that -- strike that.      3:33:41PM

11       Is Brandy Melville accessible as a tag for

12   a design put on the Redbubble website?

13       MR. MASUR:  Objection.  Vague and ambiguous

14   as to "accessible."

15       THE WITNESS:  Can you clarify your question      3:33:56PM

16   for me, please?

17   BY MR. KELLY:

18       Q.  If I were to create a design and upload it

19   onto Redbubble's website today, would I be able to

20   tag it "Brandy Melville"?                            3:34:05PM

21       A.  I believe so.

22       Q.  Are there any terms that cannot be used as

23   tags?

24       A.  I do not believe so.

25       Q.  Any word or phrase could be used as a tag;   3:35:01PM
```

Page 165

CONFIDENTIAL

1    is that correct?                                           3:35:04PM

2        A.  The user -- as far as I know the user who

3    uploads something can apply whatever word they want

4    as a tag.

5        Q.  Could -- strike that.                              3:35:19PM

6            Could Redbubble remove certain words or

7    phrases from tags -- strike that.

8            Could Redbubble stop users from using

9    certain words or phrases as tags?

10       A.  I don't understand your question.                  3:35:41PM

11       Q.  Is it possible for Redbubble to alter its

12   software or its website so that certain words or

13   phrases cannot be used as tags?

14           MR. MASUR:  Objection.  Calls for

15   speculation.  Beyond the scope.                            3:35:56PM

16           THE WITNESS:  That would be possible.

17   BY MR. KELLY:

18       Q.  But Redbubble does not do that, right?

19       A.  Redbubble does not do that as far as I

20   know.                                                      3:36:09PM

21       Q.  Are there any restrictions based on

22   profanity or offensive terms that can't be used as

23   tags?

24       A.  Can you please clarify your question?

25       Q.  If I wanted to create a design and tag it        3:36:30PM

                                                    Page 166

CONFIDENTIAL

```
 1    something like "pedophile pride," would that be        3:36:35PM

 2    possible on the Redbubble website as it is right

 3    now?

 4        A.  I believe somebody could enter that word as

 5    a tag.  But they would be subject to the same sort     3:36:47PM

 6    of -- we have controversial content guidelines much

 7    like we have IP policy.  So people aren't allowed to

 8    upload or sell anything with -- they can't sell a

 9    T-shirt that has somebody's IP on it.  That's

10    against the rules.  And they also wouldn't --          3:37:20PM

11            I'm not the person responsible for

12    controversial content so in my personal capacity I

13    don't know exactly how it works, but controversial

14    content also has similar restrictions.  So something

15    like the example that you gave would not be allowed    3:37:39PM

16    by our community guidelines as far as I know.  But,

17    again, I'm not a controversial context expert.

18        Q.  So if I were, for instance, just to have

19    a -- just a very generic picture of a puppy dog as a

20    design but I wanted to tag it "pedophile pride" and    3:38:01PM

21    other things like that where the content itself is

22    not offensive at all, that would be okay as

23    Redbubble has its website today?

24        A.  Are you asking in my personal capacity or

25    as the company?                                        3:38:24PM
```

Page 167

CONFIDENTIAL

```
 1        Q.  And what if the tag misspelled the word       3:42:55PM

 2    "pedophile," it would go through the filter and come

 3    on the website, right?

 4        A.  Not necessarily.

 5            MR. MASUR:  Objection.  Incomplete            3:43:13PM

 6    hypothetical.

 7            THE WITNESS:  Not necessarily.  We are

 8    always trying to react to people trying to

 9    circumvent our rules, and that includes looking not

10    only for exact wording but altered wording.  Such as  3:43:31PM

11    going back to the case of the Brandy Melville

12    policing guidelines just having Brandy there with

13    that asterisk, it's a similar situation.  We talked

14    about misspellings in that context.

15            I believe any controversial context they      3:43:49PM

16    would also, if there were filters set up, that that

17    might also pick up misspellings.  That's a common

18    practice that we do, to look for.

19    BY MR. KELLY:

20        Q.  And I understand you're saying that you're     3:44:02PM

21    not the person who typically handles the

22    controversial content complaints, but would it be

23    fair to say you're confident that a product with a

24    tag like "pedophile pride," even if it's misspelled,

25    would get caught in the ace and suspend filter and    3:44:21PM
```

Page 171

Ex. 90
Page 360

CONFIDENTIAL

```
 1    ultimately not make its way onto the Redbubble          3:44:26PM

 2    website where it would be accessible to, you know,

 3    thousands or millions of people?

 4          MR. MASUR:  Just to be clear you're asking

 5    Mr. Toy's knowledge in his personal capacity,          3:44:53PM

 6    because topics having to do with filtering or

 7    moderation of content on the Redbubble website were

 8    limited to intellectual property and did not touch

 9    controversial content.

10          MR. KELLY:  Sure.                                 3:45:08PM

11          MR. MASUR:  Just to be clear.

12          THE WITNESS:  So am I responding in my

13    personal capacity or in Redbubble's capacity?

14    BY MR. KELLY:

15      Q.  Let's hear individual's capacity.                3:45:21PM

16      A.  I do -- what is the question?

17      Q.  That you -- based on your experience and

18    time at Redbubble, you seem confident that if an

19    inoffensive design had been submitted with a, you

20    know, a tag like "pedophile pride" or something        3:45:45PM

21    controversial, that product or the design would get

22    caught in the ace and suspend filter and not make

23    its way onto the Redbubble website where it would be

24    available to thousands or potentially to millions of

25    potential customers; is that right?                    3:46:06PM

                                        Page 172
```

Ex. 90
Page 361

CONFIDENTIAL

```
 1        A.   In -- it is a practice of Redbubble's that      3:46:09PM

 2   I personally am aware of to add controversial

 3   content-type words to the suspend tool.  So assuming

 4   that the words we are using in these examples and

 5   the phrases are included in that, they would be not       3:46:32PM

 6   available on the site, and then we would be able to

 7   make sure that it didn't violate the controversial

 8   content guidelines.

 9        But it doesn't -- it would depend on what's

10   on the list and what spellings are on the list.  And      3:46:54PM

11   then having a -- the reason why it wouldn't prevent

12   somebody from just saying -- prevent them from using

13   the word "pedophile" as a tag, because it could also

14   be critical of pedophiles, whereas your example of

15   "pedophile pride" seems supportive of that.  So I --      3:47:14PM

16   that would -- if that phrase is on the list, then

17   that wouldn't be visible if someone uploaded it.

18        Q.   I want to direct your attention to the next

19   exhibit, Exhibit 123.

20             MR. MASUR:  So we've been going for a bit        3:47:30PM

21   over an hour now.  Is the next one a short one or

22   long one?  If it's a long exhibit maybe this is the

23   time?

24             MR. KELLY:  Yeah, let's take a couple

25   minutes.  I didn't realize how much time had gone          3:47:40PM
```

Page 173

Ex. 90
Page 362

CONFIDENTIAL

1   by.                                                    3:47:42PM

2           VIDEOGRAPHER:   We are going off the record.

3   The time is 3:47 p.m.

4              (Recess taken at 3:47 p.m.)

5           (Proceedings resumed at 4:00 p.m.)         3:47:52PM

6           VIDEOGRAPHER:   We are now on the record.

7   The time is 4:00 o'clock p.m.

8   BY MR. KELLY:

9       Q.  Mr. Toy, let's look at Exhibit 124.

10      A.  Okay.  I have it up.                        4:00:50PM

11      Q.  This is a document Bates-stamped

12  BRANDY_419.

13          (Exhibit 124 was marked for identification

14          by the court reporter and is attached

15          hereto.)                                    4:00:59PM

16  BY MR. KELLY:

17      Q.  Does this look like packaging that an order

18  made on Redbubble's website would come in?

19      A.  Yes.

20      Q.  Is this design, is it designed by          4:01:09PM

21  Redbubble?

22      A.  Probably by an artist, not a Redbubble --

23  may have been, like, a work for hire.

24      Q.  Okay.  But would it be fair to characterize

25  it as Redbubble packaging?                         4:01:37PM

                                             Page 174

CONFIDENTIAL

1       A.   I would characterize this as a packaging        4:01:40PM

2    that -- I don't see the word "Redbubble" on there,

3    but --

4       Q.   Redbubble-themed packaging?

5       A.   Yes.                                             4:02:00PM

6       Q.   And do all orders that are made on

7    Redbubble's website, do they come in packaging like

8    this, with this type of theme?

9       A.   No.   It can be different.   It might depend

10   on the type of product.   It might depend on where       4:02:19PM

11   it's being shipped to, and it might depend on the

12   time.   You know, are we talking now or a few years

13   ago?   And then I think these designs change a lot.

14      Q.   Is it fair to say, though, that all orders

15   from the Redbubble website come in some form of          4:02:45PM

16   Redbubble-themed packaging?

17      A.   At this time if someone were to place an

18   order, yes.

19      Q.   Okay.   Orders that are made on Redbubble's

20   website never come in packaging, you know, created       4:03:04PM

21   or themed after the fulfiller or the manufacturer,

22   correct?

23      A.   They would not have a -- I don't believe

24   they would have an image like this with the

25   fulfiller theme.   I don't -- no.                        4:03:26PM

Page 175

CONFIDENTIAL

```
1    obviously allowed to identify who those people are,    4:27:23PM

2    but I would stick to identifying the people in

3    question now.

4              THE WITNESS:  Thank you.

5    ███████████████████████████████████████████    4:27:32PM

6    ███████

7    BY MR. KELLY:

8         Q.  Anyone else?

9         A.  There may have been other people involved

10   but those are the main ones.                          4:27:56PM

11        Q.  Okay.  What is this exhibit?  What

12   information does it reflect?

13        A.  These are user -- these are user listings.

14   So it shows the image that they uploaded, various

15   types of user-generated content, text fields, along    4:28:23PM

16   with other information recorded by the platform,

17   like when the user uploaded it, the work ID that was

18   generated, which is sort of a database identifier,

19   when this listing was removed from the platform by

20   our marketplace integrity team.                        4:28:50PM

21        Q.  Okay.  It is -- sorry, didn't mean to cut

22   you off.

23        A.  And then the seller user name, user ID,

24   which identifies a seller database, and then the

25   accounting information.  These are all things that    4:29:11PM
```

Page 189

CONFIDENTIAL

1    were removed from marketplace.                          4:29:16PM

2        Q.  Is it fair to say that these are all the

3    designs on Redbubble's website that Redbubble

4    removed up to January 10, 2020 that are related to

5    Brandy Melville?  Would that be fair?                    4:29:36PM

6            MR. MASUR:  Objection.  Vague as to

7    "related to."

8            THE WITNESS:  These are -- these are

9    definitely all listings that were removed from the

10   marketplace, but they were removed based on              4:29:50PM

11   information, like complaints, provided by

12   Brandy Melville in various ways like the complaint

13   or in subsequent correspondence.  They may not --

14   there could be human error and maybe something was

15   left out or -- so to answer your question -- could I     4:30:14PM

16   get the question again?  I'm sorry.

17   BY MR. KELLY:

18       Q.  Let me ask it because I really just want to

19   understand what this document is.

20           So everything in Exhibit 123 was removed         4:30:31PM

21   from Redbubble's website by Redbubble, right?

22       A.  Yes.

23       Q.  And they were removed in response to a

24   correspondence or a legal filing or some kind of

25   communication from Redbubble -- from                     4:30:49PM

                                            Page 190

CONFIDENTIAL

```
 1    Brandy Melville?                                       4:30:56PM

 2            MR. MASUR:  Objection.  Mischaracterizes

 3    the document.

 4            You can answer.

 5            THE WITNESS:  Yes.                             4:31:02PM

 6    BY MR. KELLY:

 7        Q.  And in that way they are all somehow

 8    related to Brandy Melville, right?

 9            MR. MASUR:  Objection.  Vague as to

10    "related."                                            4:31:18PM

11            THE WITNESS:  These are all things that

12    either Brandy Melville identified to us as them

13    having a good-faith belief that it infringed their

14    rights or things that were proactively removed

15    because the -- because Redbubble determined that     4:31:38PM

16    they fell within the scope of the removal guidelines

17    we discussed previously.

18    BY MR. KELLY:

19        Q.  Okay.  And this --

20        A.  As they existed at the time.                  4:31:46PM

21        Q.  Exactly.  As they existed at the time,

22    January 10, 2020, correct?

23        A.  Those would be -- so that date would

24    correspond to the removals at that time, but the

25    guidelines may have been modified over a period of   4:32:11PM
```

Page 191

CONFIDENTIAL

```
 1              (Recess taken at 4:38 p.m.)              4:38:23PM

 2              (Proceedings resumed at 4:40 p.m.)

 3              VIDEOGRAPHER:  We are back on the record.

 4     The time is 4:40 p.m.

 5     BY MR. KELLY:                                     4:40:39PM

 6         Q.  Mr. Toy, is it Redbubble's contention that

 7     the total amount of fees Redbubble has collected

 8     related to the designs and intellectual property

 9     that Brandy Melville claims in this litigation has

10     been infringed equals somewhere around 30,000      4:41:06PM

11     American dollars?

12         A.  I don't know.

13         Q.  Is it Redbubble's position that Exhibit 123

14     identifies all the service fees that Redbubble has

15     collected from designs or intellectual property that 4:41:27PM

16     Brandy Melville has claimed in this litigation

17     Redbubble infringed?

18              MR. MASUR:  I'm sorry, can I have that

19     repeated back?

20              THE COURT REPORTER:  "Question:  Is it     4:42:00PM

21         Redbubble's position that Exhibit 123

22         identifies all the service fees that

23         Redbubble has collected from designs or

24         intellectual property that Brandy Melville

25         has claimed in this litigation Redbubble       4:42:00PM
```

Page 196

CONFIDENTIAL

```
 1          infringed?"                                    4:42:00PM

 2          MR. MASUR:  Objection.  Vague and

 3   ambiguous.

 4          You can answer.

 5          THE WITNESS:  It represents transaction         4:42:10PM

 6   fees collected in connection with these listings

 7   that were removed.

 8   BY MR. KELLY:

 9      Q.  And these listings that were removed were

10   as of January 10, 2020, correct?                       4:42:24PM

11      A.  Going off of the header, yes.  And if it's

12   not totally accurate, it's probably very close to

13   that date.

14      Q.  Go back to Exhibit 101.

15      A.  So we've --                                     4:42:46PM

16      Q.  Yeah.

17      A.  Okay.  I'm there.

18      Q.  All right.  And if you go to topic 11, it

19   reads:

20          "Your actual sales and revenues derived         4:43:00PM

21          from merchandise that uses or reflects the

22          intellectual property of Brandy Melville."

23          Do you see that?

24      A.  Yes.

25      Q.  And you understand that "your" is defined       4:43:11PM
```

Page 197

CONFIDENTIAL

```
 1    as Redbubble?  On page 2?                        4:43:13PM

 2        A.  Yes.

 3            MR. MASUR:  I'm going to object here that

 4    what you're putting in front of him is the notice

 5    with those definitions and not the objections that  4:43:33PM

 6    we served to the specific topics and also to the

 7    definitions therein.

 8    BY MR. KELLY:

 9        Q.  Topic 11.  Mr. Toy, how did you prepare --

10    strike that.                                     4:43:47PM

11            Did you prepare to testify on Redbubble's

12    behalf as to topic 11?

13        A.  Yes.

14        Q.  How did you do that?

15            MR. MASUR:  I'm going to instruct the    4:44:00PM

16    witness not to answer to the extent that this

17    involves conversations with or instructions by or

18    actions at the behest of counsel.

19            To the extent that it doesn't, we made need

20    to go -- if there's anything that doesn't fit in  4:44:13PM

21    that category, we may have to go offline and discuss

22    it to make sure how close to privilege we are

23    getting.

24            MR. KELLY:  I'm entitled to facts.

25
```

Page 198

CONFIDENTIAL

```
 1   BY MR. KELLY:                                        4:50:45PM

 2        Q.  Can you answer, please?

 3        A.  Can I have the question repeated, please?

 4        Q.  What is the total revenue derived from

 5   Redbubble's sale -- strike that.                     4:50:53PM

 6            What is the total revenue derived from the

 7   sale of merchandise on Redbubble's website that uses

 8   or reflects the designs, including those put in the

 9   complaint and correspondences that Redbubble has

10   received from Brandy Melville, of Brandy Melville?   4:51:10PM

11   Is there a number?

12            MR. MASUR:  Can I have that repeated,

13   please?

14            THE COURT REPORTER:  "Question:  What

15            Is the total revenue derived from the sale  4:51:43PM

16            of merchandise on Redbubble's website that

17            uses or reflects the designs, including

18            those put in the complaint and

19            correspondences that Redbubble has received

20            from Brandy Melville, of Brandy Melville?   4:51:43PM

21            Is there a number?"

22            MR. MASUR:  Objection.  Vague.  Ambiguous.

23            Mr. Toy, you can answer.

24            THE WITNESS:  Honestly, I'm not sure what

25   else I can say besides going into that chart and     4:52:01PM
```

Page 204

CONFIDENTIAL

```
 1   just totaling up all of the numbers in that column      4:52:05PM

 2   and you would arrive -- in the last column, and then

 3   you would arrive at a number of -- in Australian

 4   dollars.

 5   BY MR. KELLY:                                            4:52:24PM

 6        Q.  Okay.  So if I were to -- the document

 7   you're referencing is Exhibit 123, right?

 8        A.  Let me go --

 9        Q.  Just to be clear for the record.

10        A.  Yes.                                            4:52:36PM

11        Q.  I take Exhibit 123 and I add up the last

12   column, which is the Redbubble service fee column,

13   and add up that entire column for every row in the

14   document, convert the total sum from Australian

15   dollars to U.S. dollars, that would provide the        4:53:00PM

16   amount of money that Redbubble made from sales of

17   the designs that are listed in Exhibit 123 as of

18   January 10th, 2020?

19           MR. MASUR:  Objection.  Vague and ambiguous

20   as to "made."                                          4:53:17PM

21           THE WITNESS:  One more time, please?

22           MR. KELLY:  Could you read it back, please.

23           THE COURT REPORTER:  "Question:  I take

24           Exhibit 123 and I add up the last column,

25           which is the Redbubble service fee column,      4:54:34PM
```

Page 205

Ex. 90
Page 372

CONFIDENTIAL

```
1              and add up that entire column for every row    4:54:34PM

2              in the document, convert the total sum from

3              Australian dollars to U.S. dollars, that

4              would provide the amount of money that

5              Redbubble made from sales of the designs       4:54:34PM

6              that are listed in Exhibit 123 as of

7              January 10th, 2020?"

8              MR. MASUR:  And, again, my objection was

9     vagueness and ambiguity as to the word "made" in the

10    context of made money or money made by Redbubble.       4:54:46PM

11             THE WITNESS:  It's -- yes, if you added up

12    everything as you said, you would arrive at a number

13    that's the sum of that entire column, all those

14    numbers, and that would represent the amount in

15    Australian dollars that Redbubble collected in          4:55:29PM

16    connection with those transactions as a service fee.

17    And then you could convert that to U.S. dollars,

18    sure.

19    BY MR. KELLY:

20        Q.  The date is January 2020.                       4:55:42PM

21             Do you see that?

22        A.  Yes.

23        Q.  Have you -- well, strike.

24             Has Redbubble created an updated version of

25    this document since January 2020?                       4:56:05PM
```

Page 206

CONFIDENTIAL

```
 1        A.  I don't know.                           4:56:11PM

 2        Q.  So if there are other designs that have

 3   been taken down or that reflect Brandy Melville

 4   trademarks or designs that have been sold on the

 5   Redbubble platform since January 2020, it would    4:56:31PM

 6   indeed be reflected in Exhibit 123, correct?

 7        A.  I don't understand the question.  You said

 8   listings removed for reflecting intellectual

 9   property of Brandy Melville.

10        This chart isn't intended to represent        4:56:56PM

11   intellectual property of Brandy Melville, it's just

12   our best guess at what Brandy Melville wanted

13   removed from the marketplace absent active

14   collaboration on what they wanted removed.  We just

15   had to go off of the complaint and various          4:57:22PM

16   complaints.  Wasn't very much collaboration, but we

17   don't know -- I don't know on the point of what you

18   refer to as intellectual property of

19   Brandy Melville, I'm not sure, but these do

20   represent data associated with listings that were   4:57:42PM

21   removed from the marketplace that are our best guess

22   at what Brandy Melville would have wanted removed.

23        Q.  Okay.  In the top right corner it says

24   "Works (w/out PII)."

25        Do you see that?                               4:57:58PM
```

Page 207

CONFIDENTIAL

```
 1    BY MR. KELLY:                                   5:04:25PM

 2        Q.  If you can look in the folder of exhibits

 3    there's a document marked Exhibit 127.

 4            MR. MASUR:  Counsel, you're introducing a

 5    new exhibit here?                               5:04:32PM

 6            MR. KELLY:  Yeah.  I just wanted to --

 7            MR. MASUR:  Hold on a second.  I'm going to

 8    look at this because you're over time already.

 9            MR. KELLY:  I just want to lay a foundation

10    for these.                                      5:04:41PM

11            MR. MASUR:  Laying a foundation is not

12    something to do when your time's already up.  I'm

13    going to take a look through, it looks like it's

14    Exhibit 127 and 128.  If you give me a minute to

15    review these before I decide if I'll allow any   5:05:03PM

16    questioning on them.  Otherwise we can just shut

17    down.

18              (Pause in the proceedings.)

19            MR. MASUR:  Counsel, I can tell you I'm not

20    sure what foundation you can lay for 127 since it's  5:06:20PM

21    not even directed to the defendant here, it's

22    directed to another company.  And I do not believe

23    it falls within any of the topics.  If you want to

24    identify one topic that it might apply to, that

25    might allow me to evaluate it.                  5:06:44PM
```

                                                Page 209

Ex. 90
Page 375

CONFIDENTIAL

```
 1          MR. KELLY:  It falls under topic 8.  My      5:06:47PM

 2    questions would be done by this point.

 3          MR. MASUR:  That's not the issue.  You're

 4    on my time now.

 5          Topic number 8 says:                         5:07:04PM

 6          "Your use of intellectual property

 7           belonging to third parties or in connection

 8           with goods offered for sale on your

 9           website."

10          I will allow you briefly way to explain how  5:07:14PM

11    this is relevant to that, to lay that foundation.

12          MR. KELLY:  All right.  Then let me lay

13    that foundation.

14          (Exhibit 127 was marked for identification

15           and is attached hereto.)                    5:07:30PM

16    BY MR. KELLY:

17       Q.  Mr. Toy, do you see Exhibit 127?

18       A.  Yes.

19       Q.  And Redbubble Limited is the parent company

20    of Redbubble Inc., correct?                        5:07:51PM

21       A.  Yes.

22          MR. MASUR:  Again, objecting that that is

23    beyond the scope of this notice.

24    BY MR. KELLY:

25       Q.  Are you familiar with Emancipation Capital  5:07:58PM
```

Page 210

CONFIDENTIAL

```
 1    Master Limited?                                    5:08:01PM

 2        A.  Yes.

 3        Q.  And are you familiar that it's a long-term

 4    shareholder of Redbubble Limited?

 5        A.  No.                                        5:08:11PM

 6        Q.  Have you seen this document?  It's a letter

 7    from Emancipation Capital dated December 22nd, 2019.

 8        A.  Yes.

 9        Q.  If you go to the second page there's a

10    paragraph that begins with "additionally."          5:08:32PM

11        A.  Yes.

12        Q.  And the last sentence begins in the middle

13    of the paragraph.  It starts with "No one."

14            Do you see that?  The fourth line in the

15    middle.                                             5:09:00PM

16        A.  Yes.

17        Q.  All right.  And Emancipation Capital writes

18    to Redbubble Limited:

19            "No one wants the bad press of being

20            associated with illegal art, which is also   5:09:12PM

21            why we are confident that marketplaces,

22            such as Amazon, will ultimately suspend the

23            accounts of the individuals selling

24            copyrighted logo sticker packs and other

25            infringing products on their marketplace,    5:09:23PM
```

Page 211

Ex. 90
Page 377

CONFIDENTIAL

```
1              which by tolerating such illegal activity,   5:09:25PM

2              hurt Redbubble's own top line."

3              Do you see that?

4        A.   Yes, I see it.

5        Q.   Were you aware that one of Redbubble        5:09:34PM

6   Limited's large -- one of their long-term

7   shareholders said that Redbubble's tolerance of

8   illegal activity hurt Redbubble's own top line?

9   Were you aware of that?

10             MR. MASUR:  Objection.  Mischaracterizes   5:09:52PM

11  the document.  The document speaks for itself.

12             THE WITNESS:  Let me read that sentence,

13  please.

14                  (Pause in the proceedings.)

15             I finished reading that.  So what's the    5:11:11PM

16  question?

17             MR. KELLY:  Could we have the question read

18  back, please.

19             THE COURT REPORTER:  "Question:  Were you

20             Aware that one of Redbubble Limited's      5:11:43PM

21             large -- one of their long-term

22             shareholders said that Redbubble's

23             tolerance of illegal activity hurt

24             Redbubble's own top line?  Were you aware

25             of that?"                                  5:11:43PM
```

                                              Page  212

CONFIDENTIAL

```
 1    redirects.                                          5:25:10PM

 2                          EXAMINATION

 3    BY MR. MASUR:

 4         Q.  Mr. Toy, can you turn to Exhibit 117.

 5         A.  Okay.                                       5:25:29PM

 6         Q.  So you recall that Mr. Kelly questioned you

 7    on this a couple hours ago?  Do you recall it?

 8         A.  Yes, yes.

 9         Q.  If you look at the top, view the top of

10    that first page, there are five boxes going across    5:25:51PM

11    under words that say "See brandy melville t-shirts"

12    on the left and then "Sponsored" to the right.

13             Do you see that?

14         A.  Yes.

15         Q.  Do you have an understanding of whether       5:26:04PM

16    those five items there are sponsored links?

17         A.  It says "Sponsored," which would suggest

18    they are sponsored links.

19         Q.  And in those five there, do you see any

20    link for Redbubble?                                    5:26:24PM

21         A.  No.

22         Q.  So you do see how we are going down into

23    the search results and there's a Redbubble link that

24    says "Brandy Melville T-shirts | Redbubble"?

25         A.  Four down, I see that.                        5:26:40PM
```

Page 218

CONFIDENTIAL

```
 1        Q.  And this is not in the sponsored result      5:26:45PM

 2   section, correct?

 3            MR. KELLY:  Objection.  Document speaks for

 4   itself.

 5            THE WITNESS:  Correct.                        5:26:55PM

 6   BY MR. MASUR:

 7        Q.  And do you know whether Redbubble pays

 8   Google for placement within search results?

 9            MR. KELLY:  Objection.  Asked and answered.

10            THE WITNESS:  Redbubble does not pay to --    5:27:22PM

11   sorry, can you repeat your question?

12   BY MR. MASUR:

13        Q.  Yeah.  The question was:  Do you know

14   whether Redbubble pays Google for placement in

15   search results?                                        5:27:40PM

16        A.  Redbubble does not pay Google to move up

17   places in this -- these results.  By "search

18   results" --

19        Q.  You've answered the question I was asking,

20   or trying to.                                          5:28:03PM

21        A.  Yeah.  We don't pay Google.

22        Q.  Can you turn to Exhibit 119.

23        A.  Okay.

24        Q.  Do you recall Mr. Kelly was questioning you

25   about this and specifically the absence of graphics    5:28:21PM
```

                                            Page  219

Ex. 90
Page 380

CONFIDENTIAL

```
 1    on the page?                                      5:28:24PM

 2        A.  Yes.

 3        Q.  Where it says "Redbubble" at the top near

 4    center, do you believe that that is replacing a

 5    graphical representation of Redbubble or Redbubble   5:28:37PM

 6    logo with the replacement text "Redbubble"?

 7            MR. KELLY:  Objection.  Form.  Leading and

 8    asked and answered.

 9            THE WITNESS:  Yes.

10    BY MR. MASUR:                                      5:28:51PM

11        Q.  And in your experience, does a

12    representation like this sometimes happen when an

13    email or other document is stored without the

14    graphics that were originally included in it?

15            MR. KELLY:  Objection to form.  Lacks       5:29:09PM

16    foundation.

17            THE WITNESS:  Can you repeat -- can you

18    read the question for me?

19            MR. MASUR:  Actually, Ms. Reporter, can you

20    read that back.                                    5:29:20PM

21            THE COURT REPORTER:  "Question:  And in

22            Your experience, does a representation like

23            this sometimes happen when an email or

24            other document is stored without the

25            graphics that were originally included in   5:29:38PM
```

Page 220

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | it?" | 5:29:38PM |
| 2 | MR. KELLY:  Same objections. | |
| 3 | THE WITNESS:  The document -- yes.  A | |
| 4 | document like this is -- when a document like this | |
| 5 | is stored in the ordinary course, it may be stored | 5:30:00PM |
| 6 | without images, such as this in the Redbubble | |
| 7 | example. | |
| 8 | BY MR. MASUR: | |
| 9 | Q.  And this page, RBBM190326, introduced as | |
| 10 | Exhibit 119, is this document as it was kept by | 5:30:20PM |
| 11 | Redbubble in the ordinary course of business? | |
| 12 | MR. KELLY:  Objection.  Foundation.  Calls | |
| 13 | for speculation. | |
| 14 | THE WITNESS:  Yes. | |
| 15 | BY MR. MASUR: | 5:30:36PM |
| 16 | Q.  And then, finally, if you turn to | |
| 17 | Exhibit 120. | |
| 18 | And as with 119, there are no graphics on | |
| 19 | this page and instead there's, for instance, it says | |
| 20 | "Redbubble" in a box at the top in the center. | 5:30:56PM |
| 21 | Do you see that? | |
| 22 | A.  Yes. | |
| 23 | Q.  And as with Exhibit 119, it's your | |
| 24 | understanding and expectation that that used to have | |
| 25 | a Redbubble logo or other graphical representation? | 5:31:07PM |

Page 221

Ex. 90
Page 382

CONFIDENTIAL

```
 1        A.   Yeah.                                      5:31:13PM

 2             MR. KELLY:   Same objections.

 3   BY MR. MASUR:

 4        Q.   What was the answer?

 5        A.   Yes.                                       5:31:21PM

 6        Q.   And as with Exhibit 119, is this

 7   document -- has this document -- strike that.

 8             As with Exhibit 119, does Exhibit 120

 9   represent this document as it was kept by Redbubble

10   in the ordinary course of business?              5:31:39PM

11             MR. MASUR:   Same objections.

12             THE WITNESS:   Yes.

13             MR. MASUR:   Thank you.   I've got nothing

14   further.   I think we can go off the record.

15             THE COURT REPORTER:   Mr. Masur, do you want   5:31:50PM

16   a copy?

17             MR. MASUR:   Copy.

18             VIDEOGRAPHER:   This concludes today's

19   testimony given by James N. Toy, 30(b)(6) witness,

20   Redbubble Incorporated.   Number of media units used   5:32:06PM

21   is one and will be retained by Veritext.   The time

22   is 5:32 p.m.   You are now off the record.

23             (Whereupon, the proceedings were concluded

24   at 5:32 p.m.)

25

                                             Page  222
```

Ex. 90
Page 383

CONFIDENTIAL

1    I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4    That the foregoing proceedings were taken

5  before me at the time and place herein set forth;

6  that any witnesses in the foregoing proceedings,

7  prior to testifying, were administered an oath; that

8  a record of the proceedings was made by me using

9  machine shorthand which was thereafter transcribed

10 under my direction; that the foregoing transcript is

11 a true record of the testimony given.

12    Further, that if the foregoing pertains to the

13 original transcript of a deposition in a Federal

14 Case, before completion of the proceedings review of

15 the transcript { } was {X} was not requested.

16    I further certify I am neither financially

17 interested in the action nor a relative or employee

18 of any attorney or any party to this action.

19    IN WITNESS WHEREOF, I have this date

20 subscribed my name.

21 Dated:  April 24, 2020

22

23

24    *Joanne M. Farrell*

25    Joanne M. Farrell, CSR No. 4838

Page 223

Ex. 90
Page 384