# EXHIBIT 91

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

 3    _____

 4    ATARI INTERACTIVE, INC.,         )

 5              Plaintiff,             )

 6         v.                          ) Case No.

 7    REDBUBBLE, INC.,                 ) 4:18-cv-03451-JST

 8              Defendant.             )

 9    _____)

10    AND RELATED ACTIONS              )

11    _____)

12

13

14       CONFIDENTIAL DEPOSITION OF ARNAUD DESHAIS

15              San Francisco, California

16              Tuesday, December 10, 2019

17                   Volume I

18

19

20

21    Reported by:

22    CHRIS TE SELLE

23    CSR No. 10836

24    Job No. 3795818

25    PAGES 1 - 118
```

                                              Page 1

Ex. 91
Page 386

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

3    _____

4    ATARI INTERACTIVE, INC.,        )

5              Plaintiff,            )

6         v.                         ) Case No.

7    REDBUBBLE, INC.,                ) 4:18-cv-03451-JST

8              Defendant.            )

9    _____)

10   AND RELATED ACTIONS             )

11   _____)

12

13

14        Confidential Deposition of ARNAUD DESHAIS,

15   Volume I, at the offices of Brown George Ross LLP, 44

16   Montgomery Street, Suite 1280, San Francisco,

17   California, beginning at 10:33 a.m. and ending at 2:46

18   p.m., on Tuesday, December 10, 2019, before Chris

19   Te Selle, Certified Shorthand Reporter No. 10836.

20

21

22

23

24

25

                                         Page 2

CONFIDENTIAL

```
 1    APPEARANCES:

 2


 3    For Plaintiff:

 4        BROWN GEORGE ROSS LLP

 5        BY:  KEITH J. WESLEY, ESQ.

 6        2121 Avenue of the Stars, Suite 2800

 7        Los Angeles, California 90067

 8        (310) 275-5697

 9        kwesley@bgrfirm.com

10

11    For Defendant:

12        ZUBER LAWLER & DEL DUCA LLP

13        BY:  JONATHAN M. MASUR, ESQ.

14        2000 Broadway Street, Suite 154

15        Redwood City, California 94063

16        (650) 434-8538

17        jmasur@zuberlaw.com

18

19

20    Also Present:

21    James Toy

22

23

24

25
```

Page 3

CONFIDENTIAL

```
 1                          INDEX

 2   WITNESS              EXAMINATION              PAGE

 3   ARNAUD DESHAIS

 4   Volume I

 5                        BY MR. WESLEY              5

 6

 7                        EXHIBITS

 8   NUMBER                                        PAGE

 9   Exhibit 1010  list of fulfillers produced by    76

10                 Redbubble, Bates RBAT031852 to 31853

11   Exhibit 1062  a printout from search on Redbubble  56

12                 conducted July 19, 2018,

13                 Bates AT00005829 to 5832

14   Exhibit 1068  document, A Global Marketplace for   42

15                 Independent Artists,

16                 Bates AT00005892 to 5893

17

18

19

20

21

22

23

24

25

                                          Page  4
```

CONFIDENTIAL

```
 1    San Francisco, California, Tuesday, December 10, 2019

 2                         10:33 a.m.

 3

 4                      ARNAUD DESHAIS,

 5    having stated to tell the truth under penalty of

 6    perjury, was examined and testified as follows:

 7

 8                      EXAMINATION

 9    BY MR. WESLEY:

10        Q.   Please state and spell your full name for the

11    record.

12        A.   My name is Arnaud Deshais.  First name, A R N

13    A U D, last name, D E S H A I S.

14        Q.   Do you have a middle name?

15        A.   No.

16        Q.   And since today we're just on a written

17    record, I will state for the record that it sounds to me

18    like you pronounce your last name like the letters D A,

19    so, D A, even though it's spelled phonetically Deshais,

20    is that a fair --

21        A.   Uh-huh.

22        Q.   -- characterization?

23        A.   That's true.

24        MR. MASUR:  For the record, I apologize, because I

25    believe I've been calling you Deshais, rather than
```

Page 5

CONFIDENTIAL

1   Art.com manufacture its own products, or did it use

2   third parties to manufacture its products, or both?

3       A.   As far as I remember, Art.com was fulfilling

4   internally their own orders.

5       Q.   And so does that mean that Art.com was

6   manufacturing its own products?

7       A.   Can you specify the word, manufacturing.

8       Q.   Putting together the products and shipping

9   them to the customer.

10      A.   Art.com was pick, pack, shipping products.

11      Q.   I'm sorry?

12      A.   Art.com was picking, packing, shipping

13  products, or manufacturing products in these for frames

14  and canvas.

15      Q.   Okay.  So, it either, it either picked and

16  packed products that were manufactured by somebody else,

17  or it manufactured its own frames?

18      A.   That's correct.

19      Q.   Okay.  And following Art.com, you joined

20  Redbubble; is that correct?

21      A.   That's true.

22      Q.   You have been at Redbubble for over five

23  years; is that correct?

24      A.   Yes.

25      Q.   You started as VP head of supply chain and

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    quality assurance, right?
 2         A.    Yes.
 3         Q.    And then you became senior vice president
 4    global operations in approximately February 2017,
 5    correct?
 6         A.    Correct.
 7         Q.    And you became chief supply chain officer in
 8    February 2019, true?
 9         A.    True.
10         Q.    Are you the highest ranking person at
11    Redbubble responsible for supply chain?
12         A.    That's true.
13         Q.    And are there any employees who are direct
14    reports to you?
15         A.    Yes.
16         Q.    How many?
17         A.    Four.
18         Q.    And who are they?
19         A.    Do you want their names, titles?
20         Q.    Names and titles, please.
21         A.    Okay.  Erute, E R U T E, space, for last name
22    now, M O F O Y E.  He's a senior data analyst.  Melissa
23    O'Keefe, she's a VP of customer experience.  Jennifer
24    Daniel, head of global logistics.  And Britta Seuren, S
25    E U R E N, is director of fulfillment.
```

Page 21

Ex. 91
Page 392

CONFIDENTIAL

1        Q.   Are they all based in California?

2        A.   No.

3        Q.   Where are they based?

4        A.   Three of them are here in California.  One

5   person is based of Portland, Oregon.

6        Q.   Portland, Oregon?

7        A.   Yeah.

8        Q.   Who is in Oregon?

9        A.   Melissa O'Keefe.

10        Q.   What were your roles and duties as the VP head

11   of supply chain and quality assurance for Redbubble?

12        A.   I manage teams responsible for the supply

13   chain and the customer service.

14        Q.   When you say, customer service, can you

15   describe in more detail what that means, or what it

16   meant when you were the head of supply chain and quality

17   assurance at Redbubble.

18        A.   Answering customers when they have a question.

19        Q.   Okay.

20        MR. MASUR:  I'm sorry, just to be sure the record

21   is clear, he's talking about your initial position at

22   Redbubble.  He's not talking about today.  I just want

23   to make sure.

24        THE WITNESS:  Sorry.

25   BY MR. WESLEY:

Page 22

Ex. 91
Page 393

CONFIDENTIAL

1      A.   I'm sorry.  I, it's a mistake.  I would say

2   50/50.

3      Q.   50/50?

4      A.   Yes.

5      Q.   Okay.  What is Redbubble's address in San

6   Francisco?

7      A.   111 Sutter Street, 17th floor, San Francisco.

8      Q.   Is that where your office is?

9      A.   Yes.

10     Q.   And is that where the management for

11  Redbubble's U.S. operations is?

12     A.   We don't really use the word, U.S. operations.

13     Q.   Okay.

14     A.   We are an Australian-based company, in

15  Melbourne.

16     Q.   The defendant in this case is a company called

17  Redbubble, Inc., and it is, my understanding is it's

18  based in San Francisco.

19          Do you know whether or not you're employed by

20  that particular entity, or another entity within the

21  Redbubble group?

22     A.   I know there's a number of entities, but I'm

23  not sure which one's which.

24     Q.   Do you have a, an understanding as to what the

25  different roles are between the various Redbubble

                                          Page 24

CONFIDENTIAL

1    entities?

2         A.   No.

3         Q.   In terms of customer support, does Redbubble

4    provide support both telephonically as well as by

5    e-mail?

6         A.   Yes.

7         Q.   And is there a general customer support

8    e-mail, so, for example, if I purchase a product that

9    was displayed on Redbubble, and I have an issue with it,

10   is there a general customer support e-mail I can write

11   to?

12        MR. MASUR:   Objection to the extent that calls for

13   an incomplete hypothetical, but you can answer.

14        THE WITNESS:   I don't know there's an e-mail

15   address, to your question.   Most customers contact us

16   using the website.

17   BY MR. WESLEY:

18        Q.   By the way, Redbubble's website is

19   www.Redbubble.com, correct?

20        A.   That's www.Redbubble.com.

21        Q.   That is one of Redbubble's websites?

22        A.   That is.

23        Q.   And so there's a feature on, and for purposes

24   of today, I'm going to, if I say the Redbubble website,

25   I'm referring to www.Redbubble.com.

Page 25

Ex. 91
Page 395

CONFIDENTIAL

1          Do you understand that?

2     A.   I do.

3     Q.   Okay.  So, on the Redbubble website, there is

4  a feature where customers can contact Redbubble customer

5  support directly, true?

6     A.   That's true.

7     Q.   In your experience, let's say, currently, do

8  more customers contact by phone, or through the website,

9  or do you just have no idea?

10     A.   Through the website.

11     Q.   Through the website?

12     A.   Uh-huh.

13     Q.   Would that be the vast majority?

14     A.   Yes.

15     Q.   And when a customer contacts Redbubble through

16  the website, is, does it go to a particular e-mail

17  address within Redbubble, or how, how is the e-mail

18  routed?

19     MR. MASUR:  Objection.  Compound and complex.

20          You can answer.

21     THE WITNESS:  I don't believe there's an e-mail.

22  The, once the customer log their questions, it gets

23  through our own systems.

24  BY MR. WESLEY:

25     Q.   Okay.  So, a customer communication through

Page 26

CONFIDENTIAL

1       Q.   Got it.  Have you ever heard of the brand

2  Atari?

3       A.   Yes, I have heard.

4       Q.   How did you first come across Atari?

5       A.   Probably as a game, when I was younger.

6       Q.   So, as a video game as a kid?

7       A.   Yeah.

8       Q.   So, is it fair to say you've been familiar

9  with the Atari brand for decades?

10      A.   I actually only remember the Atari game when I

11 was a kid, but I don't think I have any experience with

12 it since then.

13      Q.   Have you been aware of the Atari brand for

14 decades?

15      A.   Since then, I remember the name.

16      Q.   Okay.  Do you recall ever playing any Atari

17 games?

18      A.   Possibly.

19      Q.   Do you recall which ones?

20      A.   No.

21      Q.   As you sit here today, are you aware of any

22 Atari games?

23      A.   No.

24      Q.   Have you heard of the game Pong?

25      A.   No.

Page 29

CONFIDENTIAL

1      Q.   Have you heard of the game Breakout?

2      A.   No.

3      Q.   Are you familiar with the Atari logo design?

4      A.   Vaguely.

5      Q.   And did you first come across the Atari logo

6   design back when you were a kid in the '70s?

7      A.   Yeah.

8      Q.   Can you describe for me what the Redbubble

9   business model is, and what does it do as a business.

10      MR. MASUR:  Objection.  Calls for a narrative.

11   Lacks foundation.  And, to be clear, this is the subject

12   of a 30(b)(6) topic that this witness is not designated

13   for, but, to the extent that you have personal

14   knowledge, you are free to testify.

15      THE WITNESS:  We're a marketplace for independent

16   artists.

17   BY MR. WESLEY:

18      Q.   Okay.  And what do you mean by that?

19      A.   Our website is a marketplace for artists to

20   upload their work, and for customer to buy it.

21      Q.   Is Redbubble a for-profit business, or a

22   nonprofit?

23      A.   For-profit.

24      Q.   And how does Redbubble make money, to your

25   understanding?

Page 30

CONFIDENTIAL

1       A.   Per transaction.

2       Q.   Per transaction?  Is that yes?

3       A.   Yeah, per transaction.  Oui.

4       Q.   So, for every Redbubble transaction, Redbubble

5   makes money, is that fair?

6       MR. MASUR:  Objection.  Lacks foundation.  Calls

7   for speculation.

8   BY MR. WESLEY:

9       Q.   To your understanding, does Redbubble make

10  money on every transaction it's involved in?

11      A.   I would say yes.

12      Q.   How many different types of products does

13  Redbubble sell?

14      A.   Redbubble doesn't sell products.

15      Q.   Okay.  What does Redbubble do?

16      A.   We're the electronic platform.

17      Q.   What do you mean by that?

18      A.   It's the platform that allows the independent

19  artist and the customer to make a transaction.

20      Q.   And how does Redbubble make money in that

21  setup?

22      A.   I believe we get a fee per transaction, yeah.

23      Q.   So, it's really the -- excuse me.

24           It's really the artist who's uploading the art

25  who is the seller of the product, in your view?

Page 31

Ex. 91
Page 399

CONFIDENTIAL

1      A.   Yes.

2      Q.   And Redbubble has never sold any products; is

3  that correct?

4      A.   That's correct.

5      Q.   Redbubble hasn't sold a single product, to

6  your understanding, in its history; is that correct?

7      MR. MASUR:  Objection to the extent it calls for a

8  legal conclusion.

9          Based on your personal knowledge and

10  understanding, you can answer.

11      THE WITNESS:  Yeah, I would say that's correct.

12  BY MR. WESLEY:

13      Q.   When you were working at Art.com, was it

14  selling any products?

15      A.   Yes.

16      Q.   What types of products was Art.com selling?

17      A.   Frames, canvas, posters.

18      Q.   What about the products that were manufactured

19  by somebody else that Art.com picked and packed, were

20  those still sold by Art.com, in your view?

21      MR. MASUR:  Objection to the extent it calls for a

22  legal conclusion.

23      THE WITNESS:  Can you repeat the question, please.

24  BY MR. WESLEY:

25      Q.   So, earlier, you mentioned two categories of

CONFIDENTIAL

1   goods that you were dealing with at Art.com.  One was

2   frames and the like that were manufactured internally by

3   Art.com.  The other category were, it sounded like

4   posters or prints that were manufactured by third

5   parties, but they were picked and packed by Art.com.

6        Do you recall --

7        A.   Yeah, I said that.

8        Q.   -- testifying to that effect?

9        A.   Yeah, yeah.  Yeah, that's true.

10       Q.   And I'm wondering if all of those products, in

11  your view, were being sold by Art.com.

12       MR. MASUR:  Again, same objection, to the extent it

13  calls for a legal conclusion.

14       THE WITNESS:  I would answer yes, yeah.

15  BY MR. WESLEY:

16       Q.   Do you have any knowledge as to Redbubble's

17  customer base?

18       MR. MASUR:  Objection.  Vague and ambiguous.

19  BY MR. WESLEY:

20       Q.   If you don't understand, I can rephrase.

21       A.   Is your question, I'm trying to rephrase to

22  make sure I understand your question.

23       Q.   That's okay.  I will rephrase.

24       A.   Okay.

25       Q.   Does Redbubble have any customers, in your

Page 33

1   view?

2       A.   Yes.   Their customer is the customer for the

3   artist.

4       Q.   So, does Redbubble itself have any customers,

5   in your view?

6       MR. MASUR:   Objection to the extent it calls for a

7   legal conclusion.

8           Shall we just do a running objection on sale

9   and customer, as to legal conclusions?

10      MR. WESLEY:   Yeah, as far as I'm concerned, there

11  is a running, yes.

12      MR. MASUR:   Okay.

13      MR. WESLEY:   There's no need, but, it's all good.

14      THE WITNESS:   Can you repeat.

15  BY MR. WESLEY:

16      Q.   Probably not.

17      MR. WESLEY:   Can you reread the question.

18                  (The requested portion was read:

19                  Q.   So, does Redbubble itself have

20                  any customers, in your view?)

21      THE WITNESS:   No.

22  BY MR. WESLEY:

23      Q.   You are aware, though, that there are people

24  in this world who purchase products that are displayed

25  on Redbubble, true?

                                        Page  34

CONFIDENTIAL

1      A.   Yeah.  Yes.

2      Q.   And do you have any understanding of -- well,

3  let me restate.

4           And, the people who purchase products

5  displayed on Redbubble can be found throughout the

6  United States, true?

7      MR. MASUR:  Objection.  Vague and ambiguous.

8      THE WITNESS:  I would say that they are people

9  buying from the Redbubble website to the artist, and

10  that are based in the United States.

11  BY MR. WESLEY:

12      Q.   Okay.  And you're responsible, part of your

13  job is the supply chain, correct?

14      A.   That's correct.

15      Q.   And so that involves shipping products from

16  what you guys call a fulfiller location to an end

17  consumer, true?

18      MR. MASUR:  Objection.  Misstates his testimony and

19  lacks foundation.  You can answer.

20      THE WITNESS:  And I would say, no, we're not

21  shipping product.

22  BY MR. WESLEY:

23      Q.   Right.  So, a third party fulfiller, in

24  Redbubble parlance, ships products to an end consumer,

25  true?

Page 35

Ex. 91
Page 403

CONFIDENTIAL

1      A.   A third party fulfiller ships product to a

2  customer.

3      Q.   Okay.  And those customers can be found

4  throughout the United States, true?

5      MR. MASUR:  Objection.  Calls for speculation.

6      THE WITNESS:  Some are based in the United States.

7  BY MR. WESLEY:

8      Q.   All right.  Redbubble has chosen fulfiller

9  locations throughout the United States, correct?

10      MR. MASUR:  Objection.  Vague, ambiguous.

11      THE WITNESS:  I would not say, chosen.  I would

12  say, works with.

13  BY MR. WESLEY:

14      Q.   Right.  You work with multiple fulfillers in

15  the United States, true?

16      A.   That's true.

17      Q.   And one of the reasons why, and they are not

18  all based in a single location, true?

19      A.   That's true.

20      Q.   They are spread throughout the United States,

21  true?

22      MR. MASUR:  Objection.  Vague and ambiguous.  And

23  the reason I keep objecting is the, throughout,

24  language, so, vague and ambiguous as to, throughout.

25      THE WITNESS:  There are locations in the United

Page 36

Ex. 91
Page 404

CONFIDENTIAL

1    States where those third party fulfillers are located.

2    BY MR. WESLEY:

3        Q.    Isn't one of the reasons why Redbubble uses

4    multiple fulfillers throughout the United States so that

5    products can get shipped more quickly to customers?

6        MR. MASUR:  Same objection.  Vague and ambiguous.

7    Calls for speculation.  Lacks foundation.

8        THE WITNESS:  And I would say, no, they are not

9    shipped more quickly.

10   BY MR. WESLEY:

11       Q.    Okay.  So, why does Redbubble use multiple

12   fulfillers in different locations in the United States?

13       A.    Products may get delivered more quickly.

14       Q.    Okay.  And have products displayed on the

15   Redbubble site been shipped into all 50 states?

16       A.    I don't know.

17       Q.    Does Redbubble keep records of where products

18   displayed on the site are ultimately shipped to?

19       A.    I think so.

20       Q.    Have you ever looked to see if products have

21   been shipped to all 50 states?

22       A.    No.

23       Q.    In your view, have products been shipped to

24   the majority of states in the United States?

25       A.    What would constitute the majority?

Page 37

CONFIDENTIAL

1      Q.   My understanding is there is 50 states, so it

2   would be at least 26.

3      A.   I have not verified this information.

4      Q.   Okay.  Are there particular geographic areas

5   where products displayed on Redbubble are shipped in

6   greater quantities than other geographic areas?

7      A.   I assuming the bigger states, or the more

8   populated states, yeah.

9      Q.   Do products that are displayed on Redbubble's

10  site, are they restricted to customers only of a certain

11  age?  In other words, if I'm over 65, I can't order a

12  product that's displayed on Redbubble?

13     A.   No.

14     MR. MASUR:  Objection.  Compound.  Complex.

15  BY MR. WESLEY:

16     Q.   What about a specific, what about a specific

17  economic range?  Do you have any limitations on whether

18  or not rich or poor can order from Redbubble?

19     A.   No.

20     Q.   In your view, does, well, I've seen Redbubble

21  described as a print-on-demand site.

22          Have you ever heard that term?

23     A.   I heard the term.

24     Q.   Have you ever heard or seen Redbubble

25  described as a print on demand site?

Page 38

Ex. 91
Page 406

CONFIDENTIAL

```
 1   wanted to correct the spelling of the city in which he

 2   grew up.

 3        THE WITNESS:  I said A N J E R S, but it's A N G E

 4   R S.

 5        MR. MASUR:  The joys of French and English.

 6        THE WITNESS:  Yes, I get confused with J and G.

 7   BY MR. WESLEY:

 8        Q.   Okay.  Welcome back, Mr. Deshais.

 9        A.   Thank you.

10        (Exhibit 1068 was marked for identification by

11   counsel and is attached hereto.)

12   BY MR. WESLEY:

13        Q.   I've placed in front of you what I've marked

14   as Exhibit 1068.  This is a printout from the Redbubble

15   website.

16           Do you see this document?

17        A.   I do.

18        MR. MASUR:  Wait a second.  You are representing

19   this is a printout from the Redbubble website?  Because

20   I don't see indications of that.

21        MR. WESLEY:  Yeah, it's a screenshot from the

22   Redbubble website.

23        MR. MASUR:  Okay.  With that representation, you

24   can answer.

25   BY MR. WESLEY:
```

Page 42

Ex. 91
Page 407

CONFIDENTIAL

1     Q.   Okay.  Have you ever visited the, a page that

2   looks like this on the Redbubble website?

3     A.   No.

4     Q.   So, it says, and I apologize that the type is

5   small, but I'm going to read to you from underneath the,

6   A Global Marketplace for Independent Artists title.  It

7   says, welcome to Redbubble, a free marketplace that

8   helps thousands of artists reach new audiences and sell

9   their work more easily.  RB gives you access to a wide

10   range of high quality products just waiting for your

11   designs to make them more amazing.  We coordinate

12   everything from printing and shipping through to ongoing

13   customer service, giving you more time to focus on

14   creating great art and design, and occasionally watching

15   cat videos on the Internet.

16          Do you agree with that description of

17   Redbubble, outside of the cat video joke?

18     MR. MASUR:  Objection.  Complex.  Vague.

19   Ambiguous.  Lacks foundation.

20     THE WITNESS:  Yes.

21   BY MR. WESLEY:

22     Q.   And how does Redbubble coordinate printing,

23   for artists?

24     A.   Once a customer places an order on the

25   website, the orders flow through our software and API to

Page 43

Ex. 91
Page 408

CONFIDENTIAL

1    a third party fulfiller.

2        Q.   Who decides what fulfiller the order is routed

3    to?

4        A.   The software.

5        Q.   The Redbubble software?

6        A.   Yes.

7        Q.   How does Redbubble coordinate shipping?

8        A.   Once the order is produced, it's picked up by

9    a carrier.

10       Q.   And does Redbubble arrange the pickup and

11   shipment?

12       A.   No.

13       Q.   Who does that?

14       A.   Between the third party fulfiller and the

15   shipping company.

16       Q.   So, does Redbubble have any involvement in the

17   shipping of products that are displayed on its site?

18       MR. MASUR:  Objection.  Vague and ambiguous.

19       THE WITNESS:  As orders are produced and shipped,

20   Redbubble is not involved.

21   BY MR. WESLEY:

22       Q.   So, when it says, we coordinate everything

23   from printing and shipping through to ongoing customer

24   service, is the reference to shipping a mistake, in your

25   estimation?

Page 44

CONFIDENTIAL

1        MR. MASUR:  Objection.  Vague and ambiguous.

2   Mischaracterizes his testimony.

3        THE WITNESS:  I mean, in regards to shipping, we,

4   we have carriers that the third party fulfiller can use,

5   depending on what the customer shipping preference is.

6   The customer chooses the shipping on the website.

7   BY MR. WESLEY:

8        Q.   And what types of shipping does Redbubble make

9   available to its third party fulfillers?

10        MR. MASUR:  Objection.  Assumes facts.  Lacks

11   foundation.

12        THE WITNESS:  On the Redbubble website, two

13   shipping services are offered; standard or express.

14   BY MR. WESLEY:

15        Q.   And what is, and does Redbubble have any

16   agreements with the shippers themselves?

17        A.   Yes.

18        Q.   And what shippers does Redbubble have an

19   agreement with?

20        A.   Fedex.

21        Q.   Any others?

22        A.   UPS Mail.

23        Q.   Any others?

24        A.   Some others overseas.

25        Q.   So, in the United States, Redbubble has an

                                              Page 45

Ex. 91
Page 410

CONFIDENTIAL

```
1    agreement with Fedex, UPS, and mail; is that correct?

2         A.   That's correct.

3         Q.   And for purposes of products that were

4    displayed on the Redbubble site that are created by a

5    third party fulfiller, how often are Redbubble's

6    shipping options used versus some other shipping option?

7         MR. MASUR:  Objection.  Compound.  Complex.  Vague

8    and ambiguous.

9         THE WITNESS:  I don't understand the question.

10   BY MR. WESLEY:

11        Q.   For products manufactured by third party

12   fulfillers, are they always shipped by using Fedex, UPS,

13   and U.S. mail?

14        MR. MASUR:  Same objection.

15        THE WITNESS:  No.

16   BY MR. WESLEY:

17        Q.   What other ways are they shipped, to your

18   understanding?

19        A.   Some other carriers, sometimes.

20        Q.   Like, like which carriers ship Redbubble

21   products?

22        MR. MASUR:  Lacks foundation.

23        THE WITNESS:  UPS.

24   BY MR. WESLEY:

25        Q.   Right, but you said that Redbubble has a deal
```

CONFIDENTIAL

1    terms of carriers?

2        MR. MASUR:  Objection.  Misstates the testimony.

3        THE WITNESS:  Repeat the question, please.

4    BY MR. WESLEY:

5        Q.    What carriers does Redbubble have an agreement

6    with in the United States?

7        A.    Fedex, UPS Mail, and, USPS, I'm not sure.

8        Q.    And does Redbubble assist in any way in the

9    shipment of products from its third party fulfillers to

10   end consumers?

11       MR. MASUR:  Objection.  Vague.  You can answer.

12       THE WITNESS:  No.  The products are manufactured at

13   the third party fulfiller and picked up by the carrier.

14   BY MR. WESLEY:

15       Q.    Understood.  Does Redbubble have any

16   involvement in that process whatsoever?

17       MR. MASUR:  Same objection.

18       THE WITNESS:  I would say no.

19   BY MR. WESLEY:

20       Q.    Does Redbubble track the shipments?

21       A.    Can you be specific, please.

22       Q.    So, there is this technology for many carriers

23   called tracking, where you can determine where exactly

24   your package is --

25       A.    Uh-huh.

Page 48

CONFIDENTIAL

1      Q.   -- in the process.  Are you aware of that

2   technology?

3      A.   Yeah, I'm aware of tracking, but I didn't

4   understand your question, specifically, what exactly we

5   do with tracking.

6      Q.   Right.  Does Redbubble track packages from

7   third party fulfillers to end consumers?

8      MR. MASUR:  Objection.  Vague and ambiguous.

9      THE WITNESS:  No.

10  BY MR. WESLEY:

11     Q.   Does Redbubble ever communicate to end

12  consumers what the status of an order is?

13     A.   Yes.

14     Q.   Is that common?

15     A.   Yes.

16     Q.   Does Redbubble do that essentially with every

17  order?

18     A.   Yes.

19     Q.   Who provides the third party fulfiller the

20  address of the recipient of a product that was ordered

21  on Redbubble?

22     A.   The Redbubble software.

23     Q.   Is there any direct communication, in your

24  experience, between the end consumer and the fulfiller?

25     A.   No.

                                          Page  49

CONFIDENTIAL

1        Q.   All communication related to orders placed on

2   Redbubble go through Redbubble, correct?

3        MR. MASUR:  Objection.  Vague and ambiguous.

4        THE WITNESS:  Yeah, I'm not sure I understand the

5   question.

6   BY MR. WESLEY:

7        Q.   So, if a fulfiller has a question about a

8   particular order that was placed on Redbubble, the

9   fulfiller would contact Redbubble, not the artist or the

10  customer, correct?

11       A.   That's correct.

12       Q.   And if an artist had a question about an order

13  placed on Redbubble, the artist would contact Redbubble,

14  not the fulfiller, correct?

15       A.   Correct.

16       Q.   Does Redbubble give artists the contact

17  information for its fulfillers?

18       A.   I'm not sure.

19       Q.   Have you ever given an artist the contact

20  information for a fulfiller?

21       A.   Myself?

22       Q.   Yes.

23       A.   No.

24       Q.   In your experience, does an artist who uploads

25  its designs on Redbubble get to choose what fulfiller

Page 50

Ex. 91
Page 414

CONFIDENTIAL

1  manufactures its products?

2       A.   No.

3       Q.   Who chooses?

4       A.   The software.

5       Q.   The Redbubble software?

6       A.   Correct.

7       Q.   Is there a name to that software?

8       A.   I call it the API.  API.

9       Q.   The API?

10      A.   Yeah.

11      Q.   What does that stand for?

12      A.   It's a generic technical term for an

13  interface, a messaging system.

14      Q.   Does Redbubble have its own proprietary API,

15  or is it an API that is used by others?

16      MR. MASUR:  Objection.  Lacks foundation.

17      THE WITNESS:  It's our own.

18  BY MR. WESLEY:

19      Q.   Do you know who developed it?

20      A.   The engineers that we have in Melbourne,

21  Australia.

22      Q.   Engineers that were employed by Redbubble, or

23  by some other company?

24      MR. MASUR:  Objection.  Lacks foundation.  If you

25  know, you can answer.

                                        Page 51

Ex. 91
Page 415

CONFIDENTIAL

```
 1         THE WITNESS:  Employed by Redbubble.
 2    BY MR. WESLEY:
 3         Q.   So, on the second page, there is a graphic
 4    that appears to be explaining how the Redbubble supply
 5    chain works.
 6              Do you see that?
 7         A.   Yeah, I do.
 8         Q.   And it references a base price.
 9              Do you see that?
10         A.   Yes.
11         Q.   And do you have any understanding of what a
12    Redbubble base price is?
13         A.   No.
14         MR. MASUR:  I'm sorry, can you tell me which column
15    that's in.  Oh, sorry.  It's in the graphic.  Sorry
16    about that.
17    BY MR. WESLEY:
18         Q.   Have you ever heard the term, base price, used
19    by Redbubble?
20         A.   I have.
21         Q.   And do you have any understanding of what it
22    means?
23         A.   It's the price before artist margin is added,
24    per the graphic.
25         Q.   So, it's the minimum price that an artist can
```

Page 52

Ex. 91
Page 416

CONFIDENTIAL

1  charge for a product, is that fair?

2      A.   I don't know.

3      MR. MASUR:  Just so that we're sure that we've got

4  a clear record, I think that what the witness has and

5  what I have appear to be a color copy, rather than a

6  direct print.  The text is particularly hard to read

7  under base price.

8  BY MR. WESLEY:

9      Q.   Okay.

10      A.   I can't read.

11      Q.   Okay.  I'm not asking about the text, but I

12  apologize that it's small and difficult to read.

13      MR. MASUR:  I just want to make sure the record is

14  clear that you can read base price and your margin and

15  retail price, but the text under that that's knocked

16  out, I can't reliably read.

17  BY MR. WESLEY:

18      Q.   My understanding of the base price is it's a

19  minimum price that an artist can charge for a product

20  that it, it seeks to sell on Redbubble.  In other words,

21  an artist couldn't charge one cent for one of the

22  T-shirts it sells on Redbubble, because it costs more

23  than that to manufacture the product, so there has to be

24  some type of base price, and then on top of that, the

25  artist can add their margin.

Page 53

Ex. 91
Page 417

CONFIDENTIAL

1          Have you ever heard of anything like that?

2      MR. MASUR:  Objection.  Compound, complex, vague

3    and ambiguous, and misstates his testimony.

4          You can answer.

5      THE WITNESS:  I don't know.  And it's -- yeah.

6    BY MR. WESLEY:

7      Q.   So, under the red boxes, do you see those?

8      A.   I see them.

9      Q.   The first box says, you create an upload.  So,

10   that's when the artist creates and uploads their design

11   on Redbubble.

12          Is that a fair characterization or is that

13   your understanding of what this means?

14      A.   I believe it means the artist creates and

15   uploads a design.

16      Q.   Okay.  And then the next step is we handle the

17   transactions.

18          Do you see that?

19      A.   I do.

20      Q.   It says, when people purchase your products,

21   we handle payment for you.  No need for fancy card

22   readers or your very own cash register, although that

23   could be fun.

24          Do you see that?

25      A.   Yes.

Page 54

Ex. 91
Page 418

CONFIDENTIAL

```
 1        Q.   Okay.  So, how does Redbubble handle payment
 2   for transactions on its site?
 3        MR. MASUR:  Objection.  Presumes facts.  Lacks
 4   foundation.
 5        THE WITNESS:  I mean, my understanding is that we
 6   have a checkout page, and that's where the transaction
 7   happens with the customer's payment method.
 8   BY MR. WESLEY:
 9        Q.   And then two boxes down, it says, we arrange
10   for delivery.
11             Do you see that?
12        A.   Yes.
13        Q.   And how does Redbubble arrange for delivery?
14        A.   We enable carriers at the third party
15   fulfiller to pick up the products.
16        Q.   And it says, we handle any issues for you.
17             Do you see that?
18        A.   I do see that.
19        Q.   So, does Redbubble handle returns?
20        A.   Typically, there's no returns.
21        Q.   Has there ever been a request from a customer
22   that Redbubble take back one of the products?
23        MR. MASUR:  Objection.  Vague.
24        THE WITNESS:  Some, some customers request that.
25   We usually don't.
```

Page 55

CONFIDENTIAL

1    BY MR. WESLEY:

2         Q.   And have customers ever requested a refund

3    from Redbubble?

4         A.   Yes.

5         Q.   Does Redbubble handle that?

6         A.   Yes.

7         Q.   Is there any direct communication between the

8    artist and the customer in terms of a transaction on

9    Redbubble?

10        A.   No.

11        (Exhibit 1062 was marked for identification by

12   counsel and is attached hereto.)

13   BY MR. WESLEY:

14        Q.   I'm handing you what I've marked as

15   Exhibit 1062.  This is a printout from a search on

16   Redbubble that was conducted on July 19, 2018.

17        MR. MASUR:  And that's your representation.

18        MR. WESLEY:  Yes.

19        MR. MASUR:  It's also my birthday, for the record.

20   It's my 50th birthday.

21        MR. WESLEY:  What a coincidence.  I'm sure you were

22   doing other things.

23        MR. MASUR:  I would hope so.

24   BY MR. WESLEY:

25        Q.   All right.  So, do you see Exhibit 1062, Mr.

Page 56

Ex. 91
Page 420

CONFIDENTIAL

1   Deshais?

2        A.   Yes.

3        Q.   Okay.  So, I just want to put this in concrete

4   terms.  Let's say I'm a customer, and I want a Pepsi

5   T-shirt, so I go on to Redbubble.

6             Am I able to search for Pepsi on the Redbubble

7   site?

8        MR. MASUR:  Objection.  Lacks foundation.

9        THE WITNESS:  I don't know.

10  BY MR. WESLEY:

11       Q.   Have you ever visited the Redbubble site?

12       A.   I have.

13       Q.   Is there a search engine box where you can

14  type in a particular word?

15       A.   Yes.

16       Q.   And is the point of having that search engine

17  box in order to help customers find products that

18  they're looking for?

19       MR. MASUR:  Objection.  Lacks foundation.

20       THE WITNESS:  Yes.

21  BY MR. WESLEY:

22       Q.   Have you ever personally searched for a

23  particular product on Redbubble?

24       A.   Yes.

25       Q.   Can you recall any specific products you

Page 57

Ex. 91
Page 421

CONFIDENTIAL

```
 1          THE WITNESS:  I don't know, yeah.

 2     BY MR. WESLEY:

 3          Q.   Would I click on the picture?

 4          A.   Oh, yes, you could.

 5          Q.   Okay.  And if I clicked on the picture, would

 6     Redbubble provide me the ability to make a purchase

 7     directly on the Redbubble site?

 8          MR. MASUR:  Objection.  Improper hypothetical.

 9     Calls for speculation.

10               If you know, you can answer.

11          THE WITNESS:  I can't answer, because I don't know

12     if you click on this particular one, what will happen.

13     I don't know.  It's hypothetical.

14     BY MR. WESLEY:

15          Q.   Okay.  Let's talk about your moon.  You said

16     it was a comforter?

17          A.   Yeah.

18          Q.   So you, did you purchase the moon comforter on

19     Redbubble?

20          A.   Yes.

21          Q.   And so you searched for moon, correct?

22          A.   Yes.  No.

23          Q.   No?

24          A.   I searched for comforter, because that's the

25     product I wanted.
```

Page 61

CONFIDENTIAL

1      Q.    Okay.  So, you searched for comforter on the

2  Redbubble site, and you then located a comforter with a

3  moon on it that you desired; is that correct?

4      A.    Yes.

5      Q.    And then were you able on the Redbubble

6  website to actually purchase that item?

7      A.    I concluded the transaction on the site.

8      Q.    How did you go about doing that?

9      A.    I clicked on the preview of the product, added

10  to cart, and check out.

11      Q.    And that was all on the Redbubble website?

12      A.    True.

13      Q.    And did you pay by credit card?

14      A.    No.

15      Q.    Paypal?

16      A.    No.

17      Q.    How did you pay?

18      A.    With a gift certificate.

19      Q.    Okay.  And did you get confirmation from

20  Redbubble that the order had been placed?

21      A.    I did.

22      Q.    Via e-mail?

23      A.    Yes.

24      Q.    And were you aware at that time of where your

25  product was going to be manufactured?

Page 62

Ex. 91
Page 423

CONFIDENTIAL

1          A.    I was, because I had knowledge from my job.

2          Q.    Okay, but --

3          A.    If I was a random customer, I wouldn't know.

4          Q.    And as part of the purchase, did you input

5     your shipping address where you wanted the product to be

6     shipped?

7          A.    Yes.

8          Q.    And did you ultimately receive the product?

9          A.    Not yet.

10         Q.    Not yet.  It was recent?

11         A.    Yes.

12         Q.    For purposes of, do any Redbubble fulfillers

13    put Redbubble packaging on products that they ship to

14    customers?

15         MR. MASUR:  Objection.  Vague.

16         THE WITNESS:  Can you clarify.

17    BY MR. WESLEY:

18         Q.    So, do the third party fulfillers, when

19    shipping a product ordered from Redbubble, do they ever

20    place them either in bags that have the name, Redbubble,

21    or have some type of logo, or any reference to Redbubble

22    on the packaging on the product itself?

23         MR. MASUR:  Objection.  Complex and compound.

24    Vague.  Calls for speculation.

25              You can answer.

Page 63

CONFIDENTIAL

1       THE WITNESS:  Specifically, yes.

2   BY MR. WESLEY:

3       Q.   And does Redbubble direct them to do that?

4       MR. MASUR:  Objection.  Vague.  You can answer.

5       THE WITNESS:  We ask them.

6   BY MR. WESLEY:

7       Q.   And what types of, well, who manufactures

8   Redbubble packaging?

9       A.   A third party packaging house.

10      Q.   Who is that?

11      A.   There's a number of them.

12      Q.   And what types of Redbubble branded packaging

13  go on Redbubble products?

14      A.   A typical packaging would be a poly bag.

15      Q.   A party bag?

16      A.   A poly bag.  P O L Y.  Poly bag.

17      Q.   Got it.  Does Redbubble include any Redbubble

18  stickers in, along with any products that are sent from

19  its fulfillers?

20      MR. MASUR:  Objection.  Misstates the testimony.

21  Lacks foundation.

22          Can I have that question read back.

23          (The pending question was read.)

24      MR. MASUR:  Yeah.  Mischaracterizes the testimony,

25  and the other objections.

Page 64

Ex. 91
Page 425

CONFIDENTIAL

1    BY MR. WESLEY:

2        Q.   All right, I will rephrase.

3            Do Redbubble fulfillers ever include in

4    packages sent to customers stickers bearing the name or

5    logo of Redbubble?

6        A.   Yes.

7        Q.   How about tags, hang tags?  Do third party

8    fulfillers ever include hang tags that bear the name

9    Redbubble or the Redbubble logo on products shipped to

10   consumers?

11       A.   Yes.

12       Q.   And Redbubble asks the third party fulfillers

13   to include those tags or stickers, correct?

14       A.   Yes.

15       Q.   Has Redbubble, to your knowledge, ever

16   received a returned item?

17       A.   Yes.

18       Q.   Does Redbubble have a policy or procedure in

19   terms of what to do with a returned item?

20       MR. MASUR:  Objection.  Compound.  You can answer.

21       THE WITNESS:  We donate or destroy.

22   BY MR. WESLEY:

23       Q.   Donate or destroy?

24       A.   Uh-huh.

25       Q.   Is that yes?

Page 65

Ex. 91
Page 426

CONFIDENTIAL

1       A.   Yes.

2       Q.   I have to do that.

3       A.   Yeah, yeah.

4       Q.   When visiting the -- how often do you visit

5    the Redbubble website?

6       A.   Once a week.

7       Q.   Do you do that as part of your job duties, or

8    just out of personal curiosity, or both?

9       A.   Both.

10       Q.   When visiting the Redbubble website, have you

11   ever seen products -- let me start over.

12            When visiting the Redbubble website, have you

13   ever seen pictures of products that appeared to you to

14   be potentially infringing or counterfeit?

15       MR. MASUR:  Hold on.  Can I have that one read

16   back.

17                      (The requested portion was read:

18                      Q.  When visiting the Redbubble

19                      website, have you ever seen

20                      pictures of products that appeared

21                      to you to be potentially infringing

22                      or counterfeit?)

23       MR. MASUR:  Objection to the extent it calls for a

24   legal conclusion.

25       THE WITNESS:  I don't know, because I, I'm not

                                        Page 66

CONFIDENTIAL

1        A.   No.

2        Q.   Have you ever discussed or communicated in any

3   way the issue of counterfeiting with your customer

4   service representatives?

5        MR. MASUR:  Same objection.  Calls for a legal

6   conclusion, but you can answer.

7        THE WITNESS:  Sorry, again, one more time.

8            (The pending question was read.)

9        THE WITNESS:  Could you please define,

10  counterfeiting.

11  BY MR. WESLEY:

12       Q.   So, my understanding of a counterfeit is a

13  copy of a trademarked item.  So, do you see on page --

14       A.   Yeah, okay.

15       Q.   -- 1062, on the upper left-hand corner, first

16  row, there's the Pepsi logo, and that's being sold here.

17       A.   Uh-huh.

18       Q.   To me, in my view, that's a counterfeit.  It's

19  a copy of a branded item.

20            Have you ever discussed counterfeiting with

21  your customer service representatives?

22       MR. MASUR:  Are you adopting that definition of

23  counterfeiting?

24       MR. WESLEY:  Yeah.

25       THE WITNESS:  Yes.

                                        Page 69

CONFIDENTIAL

1    BY MR. WESLEY:

2        Q.   How often have you discussed counterfeiting

3    with your customer service representatives?

4        A.   Two, three times.

5        Q.   Verbally, or in writing?

6        MR. MASUR:  Same objection that throughout we're

7    talking about your definition.

8        THE WITNESS:  Both.

9    BY MR. WESLEY:

10       Q.   And what have you conveyed, to the best of

11   your recollection, to your customer service

12   representatives about counterfeiting?

13       MR. MASUR:  Same objection.

14       THE WITNESS:  It was in the context of a third

15   party fulfiller having a question.

16   BY MR. WESLEY:

17       Q.   What third party fulfiller had a question?

18       A.   To use your definition, if the product was

19   counterfeited.

20       Q.   So, a third party fulfiller asked Redbubble if

21   a particular product it was manufacturing was

22   counterfeit, true?

23       A.   Yes.

24       Q.   What fulfiller?

25       A.   Teespring.

Page 70

CONFIDENTIAL

1        Q.    Teespring?

2        A.    Uh-huh.

3        Q.    When was that?

4        A.    Two months ago.

5        Q.    Is Teespring one of Redbubble's third party

6   fulfillers?

7        A.    Yes.

8        Q.    What was the design that Teespring was asking

9   about?

10       A.    I don't know.

11       Q.    Did they ask you directly?

12       A.    No.

13       Q.    How did you learn of it?

14       A.    From the customer service team.

15       Q.    Who on the customer service team?

16       A.    Ron.

17       Q.    Ron?

18       A.    Yeah.

19       Q.    Do you know Ron's last name?

20       A.    I forgot.

21       Q.    And what did you convey to Ron about

22   Teespring's concerns?

23       A.    That they immediately contacted our legal

24   department.

25            MR. MASUR:  And, again, caution that communications

Page 71

CONFIDENTIAL

1    between Redbubble personnel and Redbubble legal are, at

2    least potentially, privileged, and presumptively

3    privileged, so to the extent that you need to discuss

4    that, I think Mr. Wesley would agree that if we need to,

5    to take a step out to be able to discuss what he can

6    testify to, at least as far as those communications.

7            If you can, if what we're talking about is not

8    communications with Redbubble legal, then you're free to

9    testify.

10   BY MR. WESLEY:

11       Q.   Okay, I'm not going to invade the privilege.

12   I'm not going to ask about what you talked to, with your

13   attorneys, unless you are asserting an advice of counsel

14   defense, which I've never seen, so, if that's the case,

15   I'm not going to get into privileged material.

16           So, other than this communication, other than

17   these communications about two months ago with regard to

18   Teespring, have you had any other communications with

19   any members of the customer service team about the issue

20   of counterfeiting?

21       A.   No.

22       Q.   Are you aware that Atari has sued Redbubble

23   for counterfeiting?

24       MR. MASUR:  Same objection, as far as calling for a

25   legal conclusion, but I understand you are using your

                                            Page 72

CONFIDENTIAL



Page 90

Ex. 91
Page 432

CONFIDENTIAL

1   ████████████████████

████   ██████████████

████   ████   ████

4        Q.    And in that circumstance, do you know how the

5   algorithm determines whether to send to fulfiller A or

6   fulfiller B?

7        MR. MASUR:  Same objection.

8        THE WITNESS:  The algorithm routes primarily where

9   the capability is located and according to states of the

10  United States where it's closer to the customer, if

11  there is a redundancy.

12  BY MR. WESLEY:

13       Q.    So, geographically closer to the customer?

14       A.    Yes.

15       ████   ████████████   ██████████████

████   ████████████

████   ████   ████████████████████████

████   ████   ██████████████████

████   ████████████████████

████   ████   ████

████   ████   ██████████████████

████   ██████████████

████   ████   ████████████

████   ████   ████████   ████████████████

████   ████████████████████████   ████████

Page 91

Ex. 91
Page 433

CONFIDENTIAL



Page  92

Ex. 91
Page 434

CONFIDENTIAL

```
 1              If you know.

 2         THE WITNESS:  Yes.

 3    BY MR. WESLEY:

 4         Q.   Who else?

 5         A.   Ralfas.

 6         Q.   How do you spell that?

 7         A.   R A L F A S.

 8         Q.   Do you know his last name?

 9         A.   Sorry.

10         Q.   Anyone else?

11         A.   No.

12         Q.   Where is Kelvin located?  Where is his office?

13         A.   In Melbourne, Australia.

14         Q.   What about Ralfas?

15         A.   In Melbourne, Australia.

16
```



Page 109

CONFIDENTIAL



Page 110

Ex. 91
Page 436

CONFIDENTIAL



Page 111

Ex. 91
Page 437

CONFIDENTIAL



Page 112

Ex. 91
Page 438

CONFIDENTIAL

1    signed copy within, say, three days after the 30 day

2    period, a certified copy will be able to be used in lieu

3    of an original.  The original will be sent to

4    Mr. Masur's office, and his office will maintain it and

5    produce it upon reasonable request; is that fair?

6         MR. MASUR:  Yes, I think that's fair.  And,

7    obviously, implicit in that is the deponent has the

8    right to make corrections to the transcript when it

9    comes, because, otherwise, there's no point to it.

10   BY MR. WESLEY:

11        Q.   Yeah.  I didn't instruct you earlier, but, Mr.

12   Deshais, you have the right to make corrections to the

13   transcript.  I would caution you, though, that any

14   corrections you make, I'll be able to comment upon if

15   this matter goes to trial.  I think that's about it.

16        MR. WESLEY:  So, agreed?

17        MR. MASUR:  I think so.

18             (Time noted:  2:46 p.m.)

19

20

21

22

23

24

25

                                        Page 116

CONFIDENTIAL

```
 1        I, ARNAUD DESHAIS, do hereby declare under penalty
 2   of perjury that I have read the foregoing transcript,
 3   volume I; that I have made any corrections as appear
 4   noted, in ink, initialed by me; that my testimony as
 5   contained herein, as corrected, is true and correct.
 6        EXECUTED this  02  day of  February ,
 7   2020 , at  SAN FRANCISO   ,   CALIFORNIA  .
 8                  (City)              (State)
 9
10
11
12   _____
13             ARNAUD DESHAIS
14             VOLUME  I
15
16
17
18
19
20
21
22
23
24
25
                                            Page  117
```

Ex. 91
Page 440

CONFIDENTIAL

1      I, the undersigned, a Certified Shorthand Reporter

2  of the State of California, do hereby certify:

3      That the foregoing proceedings were taken before me

4  at the time and place herein set forth; that any

5  witnesses in the foregoing proceedings, prior to

6  testifying, were duly sworn; that a record of the

7  proceedings was made by me using machine shorthand which

8  was thereafter transcribed under my direction; that the

9  foregoing transcript is a true record of the testimony

10  given.

11      Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, review of the

14  transcript [ ] was [ ] was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or party to this action.

18      IN WITNESS WHEREOF, I have this date subscribed my

19  name.

20      Dated: December 26, 2019

21

22      _Chris Te Selle_

23  _____

24  CHRIS TE SELLE

25  CSR No. 10836

Page 118