# EXHIBIT 93

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3   ATARI INTERACTIVE, INC.,          )
                                       )
 4              Plaintiff,             )
                                       )
 5      VS.                            )   NO. C 18-03451 JST
                                       )
 6   REDBUBBLE, INC.,                  )
                                       )
 7              Defendant.             )
                                       )
 8                                     )
     AND RELATED ACTIONS.             )
 9                                     )
10
11
12
13
14                  CONFIDENTIAL
15               VIDEOTAPED DEPOSITION
16      PURSUANT TO RULE 30(b)(6) OF REDBUBBLE, INC.
17                 BY JAMES N. TOY
18             San Francisco, California
19            Thursday, December 12, 2019
20
21
22
     Reported by:
23   LYDIA ZINN
     RPR, FCRR, CSR No. 9223
24   Job No. CA 3811316
25   PAGES 1 - 207
```

                                        Page 1

CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3   ATARI INTERACTIVE, INC.,          )
                                      )
4              Plaintiff,             )
                                      )
5      VS.                            )   NO. C 18-03451 JST
                                      )
6   REDBUBBLE, INC.,                  )
                                      )
7              Defendant.             )
                                      )
8                                     )
    AND RELATED ACTIONS.              )
9
10
11
12
13
14              Confidential videotaped deposition
15   pursuant to Rule 30(b)(6) of Redbubble, Inc., by
16   James N. Toy, taken on behalf of Plaintiff
17   Atari Interactive, Inc., at Browne George Ross, LLP,
18   44 Montgomery Street, Suite 1280, San Francisco, CA
19   94104, beginning at 10:17 a.m. and ending at
20   6:11 p.m., on Thursday, December 12, 2019, before
21   LYDIA ZINN, Certified Shorthand Reporter No. 9223.
22
23
24
25
```

Page 2

CONFIDENTIAL

```
1    APPEARANCES:
2    For Plaintiff Atari Interactive ,Inc.:
                          Browne George Ross LLP
3                         2121 Avenue of the Stars
                          Suite 2800
4                         Los Angeles, CA  90067
                          (310) 274-7100
5                         kwesley@bgrfirm.com
                     BY:  KEITH J. WESLEY
6
     For Defendant Redbubble, Inc.:
7                         Zuber Lawler Del Duca LLP
                          2000 Broadway Street
8                         Suite 154
                          Redwood City, CA  94063
9                         (650) 434-8538
                          jmasur@zuberlaw.com
10                   BY:  JOSHUA M. MASUR
11
     Also Present:
12
     Cassia Leet, Videographer, Veritext
13
14
15
16
17
18
19
20
21
22
23
24
25
                                    Page 3
```

CONFIDENTIAL

```
 1                    I N D E X

 2

 3   Thursday, December 12, 2019

 4   WITNESS                              PAGE
     30(b)(6) Corporate Representative
 5   JAMES N. TOY
     (SWORN)                                 7
 6   Examination by Mr. Wesley                7

 7   EXHIBITS MARKED FOR IDENTIFICATION       PAGE

 8   EXHIBIT 1002   Plaintiff Atari Interactive, Inc.'s
 9                  Notice of Deposition of Defendant
                    Redbubble, Inc.                   8
10   EXHIBIT 1003   Defendant Redbubble, Inc.'s
11                  Responses to PLaintiff Atari, inc.'s
                    First Set of Interrogatories      60
12   EXHIBIT 1004   Exhibit A to Redbubble's 6/24/19
13                  Interrogatory Responses           60
14   EXHIBIT 1005   Exhibit B to Redbubble's 6/24/19
                    Interrogatory Responses           60
15   EXHIBIT 1006   Defendant Redbubble Inc.'s Responses
16                  to Plaintiff Atari, inc.'s, First Set
                    of Requests for Production         83
17   EXHIBIT 1007   Purchase Order Line Items          91
18   EXHIBIT 1008   Atari PO and POLI logs July 2019   91
19   EXHIBIT 1024   11/25/17 e-mail from Redbubble vis CS:
20                  DAS Records Stuart Hedges, Subject:
                    Return my Order                    98
21   EXHIBIT 1025   #4400373 Atari Phone Case          98
22   EXHIBIT 1028   Centipede Mural Slim Fit T-Shirt  111
23   EXHIBIT 1029   10/26/19 e-mail from Amazon Pay to
24                  Terri Walters, Subject:  Your payment
                    to Redbubble, inc. is complete    111

25

                                          Page 4
```

CONFIDENTIAL

```
 1    EXHIBITS MARKED FOR IDENTIFICATION            PAGE

 2    EXHIBIT 1034  Spreadsheet, Analysis, Works Sold
                    Detail                          157

 3     EXHIBIT 1036  Unusable Tags_July 2019         156

 4     EXHIBIT 1042  Spreadsheet, 2014Sales(1).csv   161

 5     EXHIBIT 1043  Spreadsheet, with categories Keyword;
                     Market; Device; Regional Monthly

 6                   Search Volume for October 2018, etc...  164

 7     EXHIBIT 1044  Spreadsheet:  Column A, search
                     keywords; Column B, # of searches  166

 8     EXHIBIT 1045  Spreadsheet with Columns A-H, relating

 9                   to keywords                     167

10     EXHIBIT 1046  Spreadsheet with Columns A-S, relating
                      to Lookup Suppressed Terms      169

11     EXHIBIT 1048  Spreadsheet with Columns A-W and A-I;

12                   (refers to "Pop" and "Non-Pop")  169

13     EXHIBIT 1049  Spreadsheet, Lifetime Sales of Works
                     Removed                          170

14     EXHIBIT 1050  Spreadsheet with Columns A-I

15                   classifying keywords as Referential
                     or Nonreferential                173

16     EXHIBIT 1051  Spreadsheet with Columns A-K, refers

17                   to mapped_franchise

18     EXHIBIT 1053  List of terms in numeric and
                     alphabetic order                 177

19     EXHIBIT 1054  Analysis of number of works and total

20                   sales of works, by each keyword used
                     to identify works relevant to the

21                   property                         180

22     EXHIBIT 1058  Redbubble Annual Report 2018      14

23     EXHIBIT 1060  Redbubble Annual Report 2019      45

24     EXHIBIT 1073  Merchandising License Agreement  202

25


                                         Page 5
```

Ex. 93
Page 504

CONFIDENTIAL

```
1                San Francisco, California

2            Thursday, December 12, 2019, 10:17 a.m.

3              VIDEOGRAPHER:  Good morning.  We are going on

4    the record at 10:17 a.m. on December 12th, 2019.

5    Please note that the microphones are sensitive, and may    10:17:34

6    pick up whispering, private conversations, and

7    cell-phone interference.  Audio and video recording

8    will continue to take place, unless all parties agree

9    to go off the record.

10       This is Media Unit One of the video-recorded            10:17:49

11   deposition of James N. Toy, taken by counsel for

12   plaintiff in the matter of Atari Interactive, Inc.,

13   versus Redbubble, Inc., and related actions filed in

14   the United States District Court, Northern District of

15   California, Oakland Division, case number 4:18 CV        10:18:07

16   03451J.S.T.  This deposition is being held at

17   Browne George Ross, LLP, located at 44

18   Montgomery Street, Suite 1280 San Francisco 94104.

19       My name is Cassia Leet.  And I'm the videographer,

20   here with the court reporter, Lydia Zinn.  We are from    10:18:38

21   the firm Veritext Legal Solutions.

22       Will counsel please state your appearances and

23   affiliations for the record?

24              MR. WESLEY:  Keith Wesley, for the plaintiff.

25              MR. MASUR:  Josh Masur, of Zuber Lawler &       10:18:52
```

Page 6

Ex. 93
Page 505

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Del Duca, LLP, for the defendant. | 10:18:54 |
| 2 | And actually I did want to correct something from | |
| 3 | what the videographer read in.  This is not the | |
| 4 | deposition of James N. Toy in his personal capacity. | |
| 5 | This is the Rule 30(b)(6) Deposition of Redbubble -- | 10:19:04 |
| 6 | sorry -- Redbubble, Inc., in which Mr. Toy is serving | |
| 7 | as the company's designee. | |
| 8 | VIDEOGRAPHER:  Thank you.  Will the court | |
| 9 | reporter please swear in the witness? | |
| 10 | JAMES N. TOY, | 10:19:18 |
| 11 | called as a witness for the Plaintiff, having been | |
| 12 | duly sworn, testified as follows: | |
| 13 | THE WITNESS:  I swear. | |
| 14 | EXAMINATION | |
| 15 | BY MR. WESLEY | 10:19:29 |
| 16 | Q.   Good morning, Mr. Toy. | |
| 17 | A.   Good morning, Keith. | |
| 18 | Q.   Please state and spell your full name for the | |
| 19 | record. | |
| 20 | A.   James N. Toy.  J-a-m-e-s.  N, as in Norman, | 10:19:34 |
| 21 | N-o-r-m-a-n.  T-o-y. | |
| 22 | Q.   Okay.  Mr. Toy.  You understand you're here | |
| 23 | testifying under penalty of perjury? | |
| 24 | A.   Yes. | |
| 25 | Q.   And any reason why you can't give your best | 10:19:57 |

Page 7

Ex. 93
Page 506

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | limitations on our ability to prepare a witness to | 10:21:55 |
| 2 | testify on certain topics. | |
| 3 | So I guess you can clarify whether you're prepared | |
| 4 | to testify on these topics, subject to the objections | |
| 5 | and limitations placed in our notice -- or -- sorry -- | 10:21:55 |
| 6 | our response to the notice or generally. | |
| 7 | THE WITNESS:  Okay. | |
| 8 | BY MR. WESLEY | |
| 9 | Q.  Are you prepared to testify on these topics? | |
| 10 | MR. MASUR:  Same objection. | 10:21:55 |
| 11 | THE WITNESS:  May I have one moment to just | |
| 12 | review this? | |
| 13 | MR. WESLEY:  Please. | |
| 14 | MR. MASUR:  And again, same objection; that | |
| 15 | his statement that he would be prepared to testify | 10:21:55 |
| 16 | would be subject to Redbubble's objections. | |
| 17 | THE WITNESS:  Subject to what Counsel said, | |
| 18 | yes. | |
| 19 | MR. MASUR:  And, counsel, I do have -- again, | |
| 20 | since there's not a question pending right now.  I do | 10:21:55 |
| 21 | have copies of those objections.  I'm not going to | |
| 22 | introduce them as an exhibit, because I don't think | |
| 23 | it's proper for me to do so; but I am going to put a | |
| 24 | copy in front of the witness, in case he needs to refer | |
| 25 | to it. | 10:21:55 |

Page 10

Ex. 93
Page 507

CONFIDENTIAL

```
 1            MR. WESLEY:  Okay.                        10:21:55

 2            MR. MASUR:  And I've got a copy for you, if

 3     you'd like.

 4     BY MR. WESLEY

 5     Q.   Okay.  Mr. Toy, are you an in-house lawyer at     10:32:22

 6     Redbubble?

 7     A.   Yes.

 8     Q.   Where did you go to college?

 9     A.   University of Memphis.

10     Q.   Where did you go to law school?               10:32:22

11     A.   Duke Law School.

12     Q.   Did you practice law, following graduation from

13     Duke?

14     A.   Yes.

15     Q.   Where did you practice law?                   10:32:22

16     A.   Simpson, Thacher & Bartlett, LLP.

17     Q.   Where?  In what office?

18     A.   Palo Alto, California.

19     Q.   Anywhere else?

20     A.   Covington & Burling, in the San Francisco office.   10:32:22

21     Q.   Anywhere else?

22     A.   No.

23     Q.   Were you an associate at both of those firms?

24     A.   Yes.

25     Q.   Are you currently employed by Redbubble, inc.?    10:32:22
```

Page 11

Ex. 93
Page 508

CONFIDENTIAL

1    A.   Yes.                                               10:32:22

2    Q.   Does Redbubble, Inc., own and operate a website:

3    Redbubble.com?

4    A.   Yes.

5    Q.   Redbubble, Inc., has a parent company that's based   10:32:22

6    in Australia.   True?

7    A.   True.

8    Q.   Redbubble, Inc., also has sister corporations.   Is

9    that true?

10          MR. MASUR:   Objection.   Vague and ambiguous      10:32:22

11   as to "sister."

12       But you can answer.

13          THE WITNESS:   True.

14   BY MR. WESLEY

15   Q.   One's in Europe.   Correct?                         10:32:22

16   A.   Yes.

17   Q.   Recently a company -- TeePublic -- became a sister

18   corporation.   True?

19          MR. MASUR:   Same objection.

20          THE WITNESS:   Yeah.                              10:32:22

21   BY MR. WESLEY

22   Q.   What's the relationship between TeePublic and

23   Redbubble, Inc.?

24   A.   Subsidiary of Redbubble, Inc.

25   Q.   Okay.   Got it.                                     10:32:22

Page 12

CONFIDENTIAL

1      Have you ever had your deposition taken before?      10:32:22

2   A.    Yes.

3   Q.    How many times?

4   A.    Once.

5   Q.    In what matter?      10:32:22

6   A.    LTTB, LLC, versus Redbubble.

7   Q.    Was that in your individual capacity, or as a

8   corporate representative, or both?

9   A.    The latter; corporate representative.

10  Q.    So it was a similar capacity as you're here today?      10:32:22

11  A.    Yes.

12  Q.    That was also an intellectual property

13  infringement case.   True?

14  A.    Can you please clarify the question?

15  Q.    Was that an intellectual property infringement      10:32:22

16  case -- the LTTB case?

17  A.    There were intellectual property infringement

18  claims at issue.

19  Q.    Right.   Okay.   Do you recall how long ago you

20  testified?      10:32:22

21  A.    No, not specifically.

22  Q.    What's your best estimate?

23  A.    Within the last year.

24  Q.    Are you currently scheduled to be deposed in any

25  litigation?      10:32:22

                                              Page 13

CONFIDENTIAL

```
1    A.   No.                                          10:32:22

2              MR. MASUR:  And just because I think there

3    was some ambiguity there -- or actually, there was no

4    ambiguity there, in that the "you" there was clearly

5    Mr. Toy; not Redbubble.                            10:32:22

6         Just -- I may be interjecting and objecting from

7    time to time, to clarify whether the "you" being used

8    is the company or Mr. Toy.

9    (Deposition Exhibit 1058 marked for identification.)

10   BY MR. WESLEY                                      10:32:22

11   Q.   Okay.  I'm handing you what -- what I've marked as

12   Exhibit 1058.  This is a copy of Redbubble's 2018

13   Annual Report.

14        Do you see this document?

15   A.   I see a cover page.                           10:32:22

16   Q.   Okay.  And Redbubble's parent company in Australia

17   is a public company.  True?

18   A.   True.

19   Q.   And it therefore files annual reports with

20   securities regulators.  True?                      10:32:22

21   A.   True.

22   Q.   And are you involved in any way in preparing the

23   annual reports for Redbubble?

24   A.   Yes.

25   Q.   In what capacity?                             10:32:22
```

Page 14

Ex. 93
Page 511

CONFIDENTIAL

```
 1              MR. MASUR:  Actually, again, I'm going to      10:32:22

 2    object that it's vague as to who.

 3        But I believe he's asking you in your personal

 4    capacity.

 5              THE WITNESS:  Advising on legal questions, if   10:32:22

 6    they happen to come up.

 7    BY MR. WESLEY

 8    Q.   All right.  And did you -- were you involved in

 9    the preparation of this particular Annual Report; the

10    2018 year?                                                10:32:22

11    A.   I don't know.

12    Q.   Okay.  And is it your normal policy and practice

13    to review copies of the annual reports before they're

14    finalized?

15              MR. MASUR:  And same objection about whether    10:32:22

16    we're talking about you in your individual capacity, or

17    as a company.  Be clear in your answer.

18              THE WITNESS:  Personally, no.

19    BY MR. WESLEY

20    Q.   Yeah.  I'm just going to short-circuit this.         10:32:22

21    A.   Okay.  Yeah.

22    Q.   If I say "you," I mean James Toy.

23    A.   Okay.

24    Q.   If I mean the company -- if I'm talking about the

25    company, I'll say, "Redbubble."                           10:32:22
```

Page 15

CONFIDENTIAL

```
1    A.   Got it.                                              10:32:22

2              MR. MASUR:  Terrific.  Perfect.

3              THE WITNESS:  I do not.

4    BY MR. WESLEY

5    Q.   You do not have a policy or practice of reviewing   10:32:22

6    the annual reports before they go out.  True?

7    A.   Me, personally, no.

8    Q.   And do you know if you were consulted on any legal

9    questions in this 2018 Annual Report?

10   A.   I don't know.                                        10:32:22

11   Q.   Okay.  Would you agree that it's important for

12   Redbubble to be truthful in its annual reports?

13             MR. MASUR:  Objection.  Vague.  Ambiguous.

14             THE WITNESS:  I don't understand the

15   question.                                                 10:32:22

16   BY MR. WESLEY

17   Q.   Does -- to your understanding, does Redbubble

18   attempt to convey accurate information in its annual

19   reports?

20   A.   Yes.                                                 10:32:22

21   Q.   And there are even legal penalties if a company

22   intentionally misleads in an annual report.  True?

23             MR. MASUR:  Objection.  Calls for a legal

24   conclusion.

25             And ambiguous as to which law we're talking about;  10:32:22
```

Page 16

CONFIDENTIAL

1    that is, which country's laws.                          10:32:22

2              THE WITNESS:  I don't know.  Can you repeat

3    the question?

4    BY MR. WESLEY

5    Q.   There are legal penalties if a company such as     10:32:22

6    Redbubble intentionally misleads in annual reports

7    submitted to shareholders?

8              MR. MASUR:  Same objection.

9              THE WITNESS:  I -- I don't know, but sounds

10   reasonable.                                             10:32:22

11   BY MR. WESLEY

12   Q.   Okay.  Are you aware of any statements in any

13   Redbubble Annual Report that have been -- have been

14   determined to be false?

15   A.   I am not aware.                                    10:32:22

16   Q.   Are you aware of Redbubble attempting to mislead

17   any shareholders in its annual reports?

18   A.   No.

19   Q.   All right.  Please take a look at page 69 of this

20   Annual Report.  The numbers are on the bottom, in the   10:32:22

21   middle.

22   A.   Okay.

23   Q.   Are you with me on 69?

24   A.   Yes.

25   Q.   Okay.  And there's a section called "Sales Tax."   10:32:22

Page 17

Ex. 93
Page 514

CONFIDENTIAL

```
 1   Do you see that?                                    10:32:22

 2   A.    Yes.

 3   Q.    And it says, "A decision of the United States

 4   Supreme Court in June 2018 on a matter known as the

 5   Wayfair case has potentially changed the sales-tax   10:32:22

 6   landscape in that country, by creating an economic

 7   nexus for the imposition of sales tax based on the

 8   residence of the customer, as opposed to the

 9   pre-existing nexus, which depends upon the physical

10   presence of the seller."                             10:32:22

11        Do you see that?

12   A.    Yes.

13   Q.    And did you have any involvement in -- in

14   contributing to that analysis?

15   A.    No.                                            10:32:53

16   Q.    Have you had any involvement in analyzing

17   sales-tax issues for Redbubble?

18   A.    Yes.

19   Q.    In what capacity?

20   A.    Providing legal advice.                        10:33:12

21   Q.    Okay.  Did you provide any legal advice in

22   relation to the Wayfair case?

23   A.    No.

24   Q.    Okay.  And it says, in the second paragraph of

25   that section, "The Group already collects and remits 10:33:27
```

Page 18

CONFIDENTIAL

1    sales taxes in the state in which it has a physical        10:33:31

2    presence in the US (California), and is preparing to do

3    the same for other US states, should the Wayfair

4    decision get finalized in the manner it is expected."

5        Do you see that?                                       10:33:48

6    A.   Yes.

7    Q.   And so is it --

8        And I'll just represent on page 84 it says that

9    this -- this report was signed off by directors on

10   August 23rd, 2018.  And so --                              10:34:12

11           MR. MASUR:  Objection.  Mischaracterizes that

12   document.  That statement is related to the

13   remuneration report included in pages 22 to 39 of the

14   Directors' Report.  It does not appear to be the report

15   generally.                                                 10:34:33

16   BY MR. WESLEY

17   Q.   So on page 79 there's a Director's Declaration

18   dated August 23rd, 2018.  Do you see that?

19   A.   Yes.

20   Q.   And to your understanding, prior to August of 2018    10:34:50

21   was Redbubble collecting and remitting sales tax in

22   California?

23   A.   I don't know.

24   Q.   Do you have any reason to believe that the

25   statement, "The Group already collects and remits sales    10:35:10

                                                                Page 19

CONFIDENTIAL

| | |
|---|---|
| 1 | taxes in the state in which it has a physical presence |
| 2 | in the US (California)," is false? |
| 3 | A.   What page was that on? |
| 4 | Q.   69. |
| 5 | A.   Do you mind if I reread it? |
| 6 | Q.   Go ahead. |
| 7 | A.   Can you repeat the question, please? |
| 8 | Q.   Do you have any reason to believe that the |
| 9 | statement in the 2018 Annual Report for Redbubble, |
| 10 | saying, "The Group already collects and remits sales |
| 11 | taxes in the state in which it has a physical presence |
| 12 | in the US (California)," is false? |
| 13 | A.   No, no reason to believe. |
| 14 | Q.   And do you have any knowledge as to why Redbubble |
| 15 | collects sales taxes in California? |
| 16 |         MR. MASUR:  I'm just going to caution the |
| 17 | witness that it's a "Yes" or "No" question. |
| 18 |     To the extent you go beyond that, into |
| 19 | communications with counsel -- |
| 20 |         THE WITNESS:  Yeah.  Can you repeat the |
| 21 | question, please? |
| 22 | BY MR. WESLEY |
| 23 | Q.   Do you have any understanding as to why Redbubble |
| 24 | collects and remits sales taxes in California? |
| 25 | A.   Yes. |

Timestamps:
- Line 1: 10:35:14
- Line 5: 10:35:28
- Line 10: 10:35:52
- Line 15: 10:36:24
- Line 20: 10:36:37
- Line 25: 10:36:50

Page 20

CONFIDENTIAL

1    Q.   Why does it do so?                                    10:36:51

2              MR. MASUR:  And I'm going to caution the

3    witness that, to the extent you can answer without

4    revealing attorney-client privileged information, you

5    can do so.  If not, or if you have any question, we can   10:36:59

6    take a break.

7              THE WITNESS:  Going off the sentence, it says

8    "physical presence" in California.

9    BY MR. WESLEY

10   Q.   Okay.  Do you have personal knowledge of -- that     10:37:17

11   that's the reason why, or are you just inferring that

12   from the sentence in the report you're reading?

13   A.   The latter.

14   Q.   Okay.  So you don't know, personally -- you,

15   James Toy -- why Redbubble collects and remits sales       10:37:32

16   tax in California.  True?

17   A.   I -- I don't know.

18   Q.   Does Redbubble have a Seller's Tax Permit from the

19   State of California?

20   A.   I don't know.                                         10:37:48

21   Q.   Does Redbubble sell any products?

22   A.   No.

23   Q.   Can you think of any reason why Redbubble would

24   collect and remit sales tax, if it doesn't sell any

25   products?                                                  10:38:01

                                                       Page 21

CONFIDENTIAL

```
1    give corporate testimony on this particular question    10:40:23

2    that you're asking, because it wasn't part of what we

3    were required to prepare him on.

4            MR. WESLEY:  The record's crystal clear.

5            MR. MASUR:  Great.                              10:40:34

6    BY MR. WESLEY

7    Q.   So why does Redbubble -- as the corporate

8    representative of Redbubble, why does it collect and

9    remit sales tax in California?

10           MR. MASUR:  Same objection.                     10:40:43

11           THE WITNESS:  Because it has a physical

12   presence in California.

13   BY MR. WESLEY

14   Q.   And any other reason?

15           MR. MASUR:  Same objection.                     10:40:49

16           THE WITNESS:  I don't know.

17   BY MR. WESLEY

18   Q.   And is it Redbubble's position that it's required

19   to submit and -- submit sales tax, even if -- even

20   though it cells no products?                            10:41:03

21           MR. MASUR:  Same objection.  Mr. Toy is not

22   prepared to testify on tax issues.

23           THE WITNESS:  I don't know.

24   BY MR. WESLEY

25   Q.   Okay.  And do you know -- you, Mr. Toy -- whether  10:41:13
```

Page 24

Ex. 93
Page 519

CONFIDENTIAL

```
1    or not the Group has actually changed its position          10:41:25

2    regarding sales tax, following the Wayfair decision?

3    A.   I don't know.

4    Q.   So do you know whether or not Redbubble collects

5    and remits sales taxes in states other than California      10:41:44

6    currently?

7    A.   I don't know.

8    Q.   Is there somebody at the company who you think

9    would know that information?

10   A.   Sonya Sadat.                                            10:42:02

11   Q.   Okay.  And what's her position?

12   A.   Tax accountant.

13   Q.   Is she internal, or --

14   A.   Internal.

15   Q.   All right.  Take a look at page 51, so flip             10:42:19

16   forward a few pages.  You see in the middle of the page

17   there's a section "Critical Accounting Estimates and

18   Judgments"?

19   A.   Yes.

20   Q.   And in the second paragraph it reads, "Given the        10:42:44

21   nature of the relationship between the Group and

22   product fulfillers and the associated risks and

23   rewards, the Group has determined, for accounting

24   purposes only, it is acting as a principal with respect

25   to fulfillers, as opposed to as an agent."                  10:43:04
```

Page 25

CONFIDENTIAL

```
 1        Do you see that?                                 10:43:08

 2   A.   Yes.

 3   Q.   And were you aware -- you, James Toy -- that the

 4   Group -- that the Redbubble Group has chosen to treat

 5   itself as a principal with respect to fulfillers for   10:43:22

 6   accounting purposes?

 7   A.   For accounting purposes only, it is acting as a

 8   principal with respect to fulfillers.  Is that the

 9   sentence you're referring to?

10   Q.   Yes.                                              10:43:38

11   A.   Hm.

12            MR. MASUR:  Objection.  He's actually asking

13   for your personal knowledge.

14            THE WITNESS:  Can you repeat the question,

15   please?                                               10:43:47

16   BY MR. WESLEY

17   Q.   Did you, James Toy, know that, for accounting

18   purposes, Redbubble treats itself as a principal with

19   respect to its fulfillers?

20   A.   No.                                              10:43:59

21   Q.   And did you, James Toy, have any -- well, I guess

22   you wouldn't have had any involvement in that, then.

23        And as Redbubble's corporate representative, what

24   is Redbubble's position as to why it is acting as a

25   principal with respect to fulfillers, for accounting   10:44:23
```

Page 26

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1   purposes?                                    10:44:26

 2              MR. MASUR:  I'm going to interject the same

 3   objection about the -- this not being within the scope

 4   of one of the noticed topics.  Also it calls for a

 5   legal conclusion.  And also it's vague and ambiguous;  10:44:36

 6   in particular, as to what law this is under.

 7              THE WITNESS:  Yeah.  Can you repeat the

 8   question, please?

 9              MR. WESLEY:  I've forgotten it now.

10       Would you mind reading it back?              10:44:47

11       (Record read.)

12              MR. MASUR:  Same objections are in place.

13              THE WITNESS:  I don't know.

14       May I have a tissue, please?  Thank you.

15   BY MR. WESLEY                                   10:45:20

16   Q.   Do you have any understanding as to what a

17   fulfiller is --

18   A.   Yeah.

19   Q.   -- being referenced here?

20   A.   Referenced here?  I don't know.            10:45:32

21   Q.   Have you ever heard the term "fulfiller" in the

22   context of the Redbubble business?

23   A.   Yes.

24   Q.   And what is your understanding of what that term

25   means?                                          10:45:43
```

Page 27

CONFIDENTIAL

```
1    A.    A third-party participant in the Marketplace        10:45:45

2    hosted by Redbubble that provides manufacturing

3    services to artists.

4    Q.    Okay.  Do you personally -- you, James Toy -- have

5    an opinion as you sit here to as to whether or not        10:46:00

6    Redbubble fulfillers are principals or agents of

7    Redbubble?

8              MR. MASUR:  Object, to the extent it calls

9    for a legal conclusion, and also to the extent that

10   that required disclosure of privileged information.       10:46:18

11       But you can answer, if you can.

12             THE WITNESS:  "Fulfillers," as used in the

13   way you described last --

14       So sorry.  Let me make sure I'm answering the

15   correct question.  Do you mind repeating?                 10:46:36

16   BY MR. WESLEY

17   Q.    Yeah.  You, as a -- you, personally -- do you

18   consider the Redbubble fulfillers to be agents of

19   Redbubble, or principals of Redbubble?

20             MR. MASUR:  And same objection, as well as      10:46:50

21   vague and ambiguous, and compound and complex.

22             THE WITNESS:  Neither.  The third party

23   fulfillers are neither.

24   BY MR. WESLEY

25   Q.    And why is that your view?                          10:47:01
```

Page 28

CONFIDENTIAL

```
1          MR. MASUR:  And same objection.              10:47:04

2       That -- to the extent you can answer without

3   revealing privileged information, you should do so.

4   Please don't reveal any privileged information.

5          THE WITNESS:  Can you clarify your question?   10:47:13

6          MR. WESLEY:  I'll withdraw it.

7   Q.   Does it surprise you that Redbubble treats its

8   fulfillers for accounting purposes as agents?

9   A.   Me, personally?

10  Q.   Yeah.                                          10:47:27

11         MR. MASUR:  Sorry.  I'm making sure that

12  squares with the document.

13      Objection.  Mischaracterizes the document.

14         THE WITNESS:  Can you please clarify your

15  question for me?                                    10:47:42

16  BY MR. WESLEY

17  Q.   It says here that, for accounting purposes,

18  Redbubble is acting as a principal with respect to its

19  fulfillers.  And I'm wondering if that surprises you,

20  considering that you don't consider fulfillers either   10:47:56

21  principals or agents of Redbubble.

22         MR. MASUR:  Same objection, including legal

23  conclusion.  And ambiguity as to what law.

24         THE WITNESS:  I believe it says "acting as a

25  principal with respect to fulfillers."  You added in an   10:48:10
```

Page 29

Ex. 93
Page 524

CONFIDENTIAL

```
1    extra word there.  Which question do you want me to --     10:48:14

2    do you want me to answer the one as you asked, or as I

3    see here on the document?

4             MR. WESLEY:  I'll just ask it again.

5    Q.   Does it surprise you that Redbubble is acting as a     10:48:26

6    principal with respect to fulfillers, for accounting

7    purposes?

8             MR. MASUR:  Same objections.

9             THE WITNESS:  I have no reaction to that in a

10   personal capacity.                                          10:48:41

11   BY MR. WESLEY

12   Q.   Okay.  Please turn to page 9.

13   A.   Okay.

14   Q.   Do you see this is part of a CEO's Review dated

15   October 8th, 2018?                                          10:49:11

16   A.   Yes.

17   Q.   And it's attributed to a Barry Newstead, Chief

18   Executive Officer.  Do you see that?

19   A.   I see it.

20   Q.   And are you familiar with Mr. Newstead?               10:49:23

21   A.   I am.

22   Q.   Have you personally communicated with him?

23   A.   Yes.

24   Q.   And is he the CEO of the Redbubble parent company

25   in Australia?                                               10:49:35
```

Page 30

CONFIDENTIAL

```
1    A.    Yes.                                              10:49:36

2    Q.    And what's the name of that corporate entity?

3    A.    Redbubble, Limited.

4    Q.    And is he also the CEO of Redbubble, Inc.?

5    A.    No.                                               10:49:56

6    Q.    Who's the CEO of Redbubble, Inc.?

7    A.    It doesn't have a CEO.

8    Q.    Does it have any officers?

9    A.    Yes.

10   Q.    What officers does it have?                       10:50:09

11   A.    It has a President, a Treasurer, a Secretary, a

12   Vice President, an Assistant Secretary, an Assistant

13   Treasurer.

14   Q.    Who's the President?

15   A.    Corina Davis.                                     10:50:37

16   Q.    Who's the Treasurer?

17   A.    Corina Davis.

18   Q.    Who's the Secretary?

19   A.    Corina Davis.

20   Q.    Who's the V.P.?                                   10:50:42

21   A.    James Toy.

22   Q.    That's you?

23   A.    Me.

24   Q.    Who's the Assistant Secretary?

25   A.    Me.                                               10:50:49
```

Page 31

Ex. 93
Page 526

CONFIDENTIAL

1    Q.    Who's the Assistant Treasurer?                    10:50:50

2    A.    Me.

3    Q.    Does it have a Board of Directors?

4    A.    Yes.

5    Q.    Does it share the same Directors as the parent    10:50:58

6    company?

7    A.    They are not identical.

8    Q.    Does it share some of the same Directors?

9    A.    I don't know.

10   Q.    Who are the Directors of Redbubble, Inc.?         10:51:17

11         MR. MASUR:  And I'm just going to caution the

12   witness that if -- if -- or not caution, but if there's

13   a document that you'd want to see that would help you

14   answer the question, I don't think counsel would object

15   to us doing that.                                       10:51:35

16         THE WITNESS:  Yeah.  I don't recall exactly.

17   BY MR. WESLEY

18   Q.    As you sit here today, you don't recall who the

19   Directors are?

20   A.    Of Inc.?                                          10:51:47

21   Q.    Yes.

22   A.    No.

23         MR. MASUR:  So, Counsel, we can try to get

24   you that answer, you know, sometime, for instance,

25   shortly after the next break, if that works.            10:51:54

Page 32

CONFIDENTIAL

```
 1              THE WITNESS:  Yeah.  I just -- I just don't    10:51:58

 2    know.  I don't recall.

 3    BY MR. WESLEY

 4    Q.    Okay.  So looking at page 9, in the first bullet

 5    point in the last sentence it says, "In addition, our    10:52:10

 6    work on enhancing the mobile web experience has paid

 7    off, with overall mobile growth of close to 60%."

 8          Do you see that?

 9    A.    Yes.

10    Q.    And is it true that mobile growth has been         10:52:27

11    increasing substantially over the past couple years for

12    Redbubble?

13    A.    I'm not sure about the time you gave -- the time

14    range; but mobile growth has increased recently.

15    Q.    Okay.  And what -- what -- what is your            10:52:45

16    understanding of what it means by "mobile growth"?

17    A.    Users of the mobile app.

18    Q.    So are those customers who are purchasing products

19    through their, for example, smartphones?

20              MR. MASUR:  Objection, to the extent that it   10:53:05

21    calls for a legal conclusion.

22              THE WITNESS:  Can you please repeat the

23    question?

24    BY MR. WESLEY

25    Q.    When talking about Redbubble mobile growth, I'm    10:53:10
```

Page 33

Ex. 93
Page 528

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | new product launches and fulfiller onboarding." | 10:54:22 |
| 2 | Do you see that? | |
| 3 | A.   Yes. | |
| 4 | Q.   Are you -- and are you familiar with the new | |
| 5 | platform that third party fulfillment partners that was | 10:54:31 |
| 6 | launched in June of 2018? | |
| 7 | A.   No. | |
| 8 | Q.   Do you have any idea what that's referring to? | |
| 9 | A.   APIs. | |
| 10 | Q.   And what do you mean by "APIs"? | 10:54:50 |
| 11 | A.   This is -- I'm not sure, but probably | |
| 12 | standardizing the APIs in the way that fulfillers can | |
| 13 | connect to the platform, and get order information. | |
| 14 | Q.   And when you use the letters "API," what are you | |
| 15 | referring to? | 10:55:12 |
| 16 | A.   I'm not an engineer, but application interface. | |
| 17 | Q.   Okay.  Please turn to page 15. | |
| 18 | A.   Okay. | |
| 19 | Q.   Do you see in the bottom right-hand corner there's | |
| 20 | a section, "Principal Risks"? | 10:55:42 |
| 21 | A.   Yes. | |
| 22 | Q.   And it says, "The following are key risks that may | |
| 23 | impact Redbubble's financial and operating result in | |
| 24 | future periods."  Do you see that? | |
| 25 | A.   Yes. | 10:55:57 |

Page 35

Ex. 93
Page 529

CONFIDENTIAL

1   Q.   And the second bullet point reads, "A prolonged        10:55:58

2   decline in content volume growth, as a result of the

3   removal of problematic content following content

4   management activities."

5        Do you see that?                                        10:56:12

6   A.   I see that sentence.

7   Q.   And do you agree that a prolonged decline in

8   content volume growth as a result of the removal of

9   problematic content following content management

10  activities is a key risk that may impact Redbubble's         10:56:25

11  financial and operating result in future periods?

12  A.   As a company representative?

13  Q.   Yes.

14  A.   Yes.

15  Q.   Okay.  And what is your understanding of what the       10:56:40

16  sentence, "A prolonged decline in content volume

17  growth, as a result of the removal of problematic

18  content following content management activities"

19  means?

20       MR. MASUR:  And object, to the extent that             10:57:02

21  it's vague and ambiguous about whether you're asking

22  for his personal or corporate understanding.

23       THE WITNESS:  It refers to removing listings

24  because of takedowns received from rights holders, or

25  our extensive proactive activities removing content.         10:57:28

Page 36

Ex. 93
Page 530

CONFIDENTIAL

```
1    BY MR. WESLEY                                    10:57:33

2    Q.   So if there's too much removal, that could

3    negatively impact Redbubble's bottom line.  True?

4            MR. MASUR:  Objection.  Incomplete

5    hypothetical.                                    10:57:43

6        But you can answer.

7            THE WITNESS:  I'm not sure I understand the

8    question.

9    BY MR. WESLEY

10   Q.   If there's substantial removal of content volume   10:57:50

11   from the web -- Redbubble website due to proactive

12   monitoring of infringing content, that may have a

13   significant impact negatively on Redbubble's financial

14   performance?

15           MR. MASUR:  Object, to the extent it calls   10:58:11

16   for -- I'm sorry.  Object as an incomplete

17   hypothetical.  Object, to the extent it calls for a

18   legal conclusion, and presumes facts.

19           THE WITNESS:  It is true that if Redbubble

20   removes content pursuant to a takedown or its proactive   10:58:27

21   activities, that would result in less content on the

22   site; and all that user-generated content is not --

23   yeah.  The sellers who uploaded it won't be selling it.

24   Yes, that's true.

25
```

Page 37

Ex. 93
Page 531

CONFIDENTIAL

| 1 | BY MR. WESLEY | 10:58:51 |
|---|---|---|

2  Q.   Okay.  Now I want to ask you, as representative --

3  as the corporate representative of Redbubble, has

4  Redbubble ever generated any revenue from the promotion

5  or sale of counterfeit products?                    10:59:05

6          MR. MASUR:  Objection, to the extent it calls

7  for a legal conclusion as to what is a counterfeit.

8          THE WITNESS:  No.

9  BY MR. WESLEY

10  Q.   And again as the corporate representative of     10:59:17

11  Redbubble, has Redbubble ever generated revenue from

12  the sale of products that infringe upon the rights of

13  any third party?

14          MR. MASUR:  And again, same objection:  Calls

15  for a legal conclusion as to infringing.             10:59:28

16          THE WITNESS:  Could you please repeat the

17  question?

18  BY MR. WESLEY

19  Q.   Has Redbubble ever generated any revenue from the

20  sale or promotion of products that infringed upon the  10:59:41

21  intellectual property rights of any third party?

22          MR. MASUR:  Same objection.  Calls for a

23  legal conclusion.

24          THE WITNESS:  To the extent that there are

25  cases that have been resolved, I believe, in Australia.  10:59:57

Page 38

CONFIDENTIAL

```
 1    I don't -- I don't recall off the top of my head what      11:00:03

 2    those judgments were, but I -- subject -- subject to

 3    whatever those judgments said, the answer is no.

 4    BY MR. WESLEY

 5    Q.   Okay.  Has Redbubble ever studied what percentage      11:00:19

 6    of products -- well, let me start over.

 7         Has Redbubble ever studied or investigated what

 8    percentage of works displayed on the Redbubble website

 9    are counterfeit versus noncounterfeit?

10             MR. MASUR:  Again, object to "counterfeit" as      11:00:41

11    calling for a legal conclusion.

12         I don't want to keep interjecting in this,

13    Mr. Wesley, but I think if you made allegations of

14    counterfeiting or allegations of infringement, I

15    wouldn't -- I wouldn't have to object this way.          11:00:58

16             MR. WESLEY:  You can respond.

17             THE WITNESS:  I am actually concerned about

18    if there's a privileged communication, or anything like

19    that.

20             MR. MASUR:  Ah.                                 11:01:11

21             THE WITNESS:  I don't know.

22             MR. MASUR:  If you can't answer the question

23    without consulting with me to determine whether there's

24    privilege or not, we can ask to have the question read

25    back, and then step away for a minute.                  11:01:21
```

Page 39

CONFIDENTIAL

```
 1              THE WITNESS:  Yeah.  I think that would be      11:01:23

 2     good.

 3              MR. MASUR:  Can we have that question read

 4     back?

 5          (Record read.)                                     11:01:26

 6              THE WITNESS:  No.

 7     BY MR. WESLEY

 8     Q.   Okay.  Has Redbubble ever studied or analyzed what

 9     percentage or portion of works displayed on the

10     Redbubble website are infringing versus noninfringing    11:02:01

11     of intellectual property rights?

12              MR. MASUR:  Again, same objection.  That

13     calls for a legal conclusion as to what is infringing,

14     rather than allegations.

15              THE WITNESS:  And would you like to have a      11:02:21

16     discussion regarding privilege?

17              MR. MASUR:  It's your call.  If you think

18     you --

19              THE WITNESS:  I would like to.  I -- I feel

20     like that would be prudent.                              11:02:29

21              MR. MASUR:  In that case, could we just have

22     the pending question reread?

23          (Record read.)

24              MR. MASUR:  Okay.  Let's go off the record

25     for a minute.                                            11:02:53
```

Page 40

Ex. 93
Page 534

CONFIDENTIAL

```
 1              VIDEOGRAPHER:  That's okay with you?          11:02:54

 2              MR. WESLEY:  Yeah.

 3              VIDEOGRAPHER:  Going off the record.  The

 4       time is 11:02.

 5       (Recess taken from 11:02 a.m. until 11:07 a.m.)       11:02:59

 6              VIDEOGRAPHER:  Back on the record.  The time

 7       is 11:07.

 8       BY MR. WESLEY

 9       Q.   Okay.  So you've now had a chance to confer.  And

10       what's your response to my question?                11:07:11

11       A.   Can you --

12              MR. MASUR:  Why don't we have it repeated?

13              THE WITNESS:  Please.

14          (Record read.)

15              THE WITNESS:  No.                            11:07:33

16       BY MR. WESLEY

17       Q.   Does Redbubble believe that the presence of

18       infringing products -- let me start over.

19          Does Redbubble believe that the presence of

20       infringing works on Redbubble.com is a serious problem?   11:07:54

21              MR. MASUR:  Again, objection to "infringing,"

22       as calling for a legal conclusion.

23              THE WITNESS:  And can you please clarify what

24       you mean by "problem"?

25
```

Page 41

Ex. 93
Page 535

CONFIDENTIAL

```
 1    BY MR. WESLEY                                        11:08:14

 2    Q.   Well, something that potentially needs to be

 3    addressed or changed by Redbubble.

 4    A.   Redbubble is always responding promptly to

 5    allegations of infringement by rights holders.  And   11:09:08

 6    those types of allegations create problems, yes.

 7    Q.   So it's the allegations that create the problems

 8    for Redbubble?

 9    A.   Can you please clarify your question?  Yes.  Well,

10    yes.                                                   11:09:34

11    Q.   Okay.  And have you ever seen a product -- you,

12    James Toy -- on Redbubble's website that you thought,

13    That's got to be infringing?

14          MR. MASUR:  Objection, to the extent it calls

15    for a legal conclusion.  And vague and ambiguous as to  11:09:48

16    "product."

17          THE WITNESS:  Can you please clarify what you

18    mean by "infringing"?

19    BY MR. WESLEY

20    Q.   Violating the intellectual property rights of a    11:09:59

21    third party.

22    A.   I -- I think you'd have to know what the third

23    party wants to -- like, how they would want to assert

24    their rights.  You'd have to know what the images are;

25    their logos or, you know, what they want to do with it.  11:10:20
```

Page 42

CONFIDENTIAL

1    Q.   Sure.  And that's not what I'm asking.                11:10:24

2         I'm asking --

3         You've personally visited the Redbubble website.

4    Right?

5    A.   Yes.                                                  11:10:32

6    Q.   And you've seen works on the site.  True?

7    A.   Yes.

8    Q.   Have you ever during -- when -- when reviewing the

9    Redbubble site, have you ever seen a work where you

10   think to yourself:  That sure looks like a counterfeit   11:10:44

11   product or a counterfeit design?

12            MR. MASUR:  And I'm just going to object

13   that, to the extent that the question is about you

14   viewing it as a consumer, or as someone looking at the

15   website generally, you can answer the question.          11:10:58

16       To the extent that you are -- either to the extent

17   the question reaches whether you were doing so in your

18   capacity as counsel for Redbubble, including to

19   investigate alleged infringements, I'm going to caution

20   you not to answer the question, because that would       11:11:15

21   invoke privilege.

22            THE WITNESS:  No.

23   BY MR. WESLEY

24   Q.   Have you ever reviewed the website, Redbubble,

25   outside of your role as counsel evaluating infringement  11:11:29

Page 43

CONFIDENTIAL

```
 1   claims?                                           11:11:33

 2            MR. MASUR:  Objection.  Vague and ambiguous

 3   as to "review."

 4            THE WITNESS:  Yes.

 5            MR. WESLEY:  Do you --                    11:11:43

 6            MR. MASUR:  You want me to explain more why?

 7            MR. WESLEY:  Let me just say this.  All of

 8   your objections are preserved.

 9            MR. MASUR:  Okay.

10            MR. WESLEY:  Save your breath.  And        11:11:53

11   everything I say is vague and ambiguous, and totally

12   unintelligible.

13            MR. MASUR:  I have not used "unintelligible."

14            MR. WESLEY:  No.  It all is.  So just --

15   let's just --                                      11:12:03

16            MR. MASUR:  With that -- with that caveat, I

17   will try to restrict it to that which is absolutely

18   necessary.  I was just concerned about "review" in that

19   context.

20   BY MR. WESLEY                                       11:11:20

21   Q.   Okay.  Have you ever used your eyes, and looked at

22   a computer screen with the Redbubble.com website live

23   on the screen?

24   A.   Yes.

25   Q.   And have you ever done that outside of your     11:12:26
```

Page 44

Ex. 93
Page 538

CONFIDENTIAL

```
 1    context -- outside of your work as a lawyer for          11:12:30

 2    Redbubble, evaluating infringement claims?

 3    A.   Yes.

 4    Q.   And in that context, have you ever seen a design

 5    where you thought or suspected that may be a             11:12:43

 6    counterfeit?

 7    A.   No.

 8    Q.   Does Redbubble provide a venue that facilitates

 9    intellectual property infringement?

10    A.   No, it does not.                                    11:13:14

11           MR. WESLEY:  Okay.  I'm handing you what I've

12    marked as Exhibit 1060.

13    (Deposition Exhibit 1060 marked for identification.)

14    BY MR. WESLEY

15    Q.   This is a copy of the Redbubble 2019 Annual         11:11:26

16    Report.  Have you seen this document before?

17    A.   The photograph looks familiar, but I don't recall

18    ever seeing the document, just judging off of the cover

19    of it.

20    Q.   Okay.  So when I --                                 11:13:51

21           MR. MASUR:  Actually, please.

22    BY MR. WESLEY

23    Q.   When I hand you a document that has more than one

24    page --

25    A.   Do you want me to look at it?                        11:13:59
```

Page 45

Ex. 93
Page 539

CONFIDENTIAL

1    Q.   -- I'd like you to look at it, and not just review        11:14:00

2    the cover.

3              MR. MASUR:  This does not appear to have been

4    produced in discovery.  Actually, are you representing

5    that it was obtained through public sources, a                11:14:09

6    Redbubble website, or some other website, and has not

7    been altered from the version that was there?

8              MR. WESLEY:  Yes.

9              MR. MASUR:  And the same, I'm assuming, for

10   Exhibit 1058?                                                 11:14:21

11             MR. WESLEY:  Yes.

12             MR. MASUR:  Thanks.

13             THE WITNESS:  Yes, I'm familiar with this.

14   BY MR. WESLEY

15   Q.   Okay.  Please turn to pages 4 and 5.  The way it's       11:14:33

16   printed, there's two pages on a single actual sheet of

17   paper.  Do you see that?

18   A.   Yes.

19   Q.   And do you see on the left-hand side on page 4

20   there's a summary of Redbubble's financials?                  11:14:57

21   A.   Yes.

22   Q.   And so is it fair to say that Redbubble's revenue

23   increased from fiscal year 2018 to 2019?

24   A.   What -- where are you referring to, or just the

25   whole --                                                      11:15:21

Page 46

Ex. 93
Page 540

CONFIDENTIAL

```
1   BY MR. WESLEY                                          11:11:20

2   Q.   The total receipt of products sold by Redbubble?

3   A.   It looks like it's total -- total revenue from

4   services --

5   Q.   And what --                                       11:16:38

6   A.   -- that's reported.

7   Q.   And what types of services?

8   A.   Online services to artists.

9   Q.   Okay.  Do you have any understanding of what it

10  means -- the "Artists' margin"?                        11:16:57

11  A.   Yes.

12  Q.   And what does that mean?

13  A.   The Artist sets a price for the product that

14  they're selling.  And that is over a base price.  And

15  the difference between the base price and the price set  11:17:13

16  by the Artist is commonly referred to as the "Artist's

17  margin."

18  Q.   Okay.  A few lines down it mentions "Paid

19  acquisition costs (marketing)."  Do you see that?

20  A.   In the nonbold line on that fourth row from the    11:17:38

21  top?

22  Q.   Yes.

23  A.   "Paid acquisition costs (marketing)."  Yes.

24  Q.   Do you have any understanding as to what that's

25  referencing?                                            11:17:51
```

Page 48

CONFIDENTIAL

1    A.   Yes.  I believe that is fees paid to third party      11:17:53

2    advertising platforms; so just Google.

3    Q.   So in fiscal year 2019, Redbubble paid

4    approximately AU$27 million in paid acquisition costs

5    to companies like Google.  Is that correct?             11:18:21

6    A.   It does say paid acquisition costs for marketing;

7    and it has amounts there.  And I believe those were

8    paid to advertising companies like Google, yes.

9    Q.   What other companies besides Google does Redbubble

10   pay acquisition costs to?                               11:18:46

11   A.   Acquisition costs are probably also paid to

12   Facebook.  Sorry.

13   Q.   That's okay.

14        Any others besides Facebook?

15   A.   Instagram.                                         11:19:28

16   Q.   Any others?

17   A.   That's all I can think of.

18   Q.   Okay.  On page 5 there's a section, "Business

19   Update."  And the first bullet point says, "Product

20   revenue1 from authentic sellers2 at Redbubble grew by   11:19:48

21   39%, and represented 76% of Redbubble product revenue."

22        Do you see that?

23   A.   On what -- what bullet is this?

24   Q.   The first bullet, under "Business Update."

25        MR. MASUR:  Oh.  That's -- (indicating) I          11:20:07

                                                     Page 49

CONFIDENTIAL

```
1    assume you don't mind me pointing?            11:20:09

2            MR. WESLEY:  No.

3            THE WITNESS:  Okay.  Yes.  I see the bullet

4    you're referring to.

5    BY MR. WESLEY                                 11:20:15

6    Q.   Okay.  And beneath that, in footnote 1, "product

7    revenue" is defined as "the portion of Marketplace

8    revenue derived from Product sales.  It excludes

9    Shipping revenue."

10        Do you see that?                          11:20:31

11   A.   I see that footnote.

12   Q.   Okay.  And does Redbubble make revenue from

13   product sales?

14           MR. MASUR:  Objection, to the extent it calls

15   for a legal conclusion.                        11:20:48

16        But you can answer.

17           THE WITNESS:  No.

18   BY MR. WESLEY

19   Q.   Do you have any understanding why, in Redbubble's

20   2019 investor reports, it defines "product revenue" as  11:20:57

21   "the portion of Marketplace revenue derived from

22   Product sales"?

23   A.   Can you please restate your -- the question prior

24   to what you just said?

25           MR. MASUR:  Maybe would it be better to have  11:21:15
```

Page 50

CONFIDENTIAL

1    it read back.                                              11:21:16

2            MR. WESLEY:  Well, hold on.

3            THE WITNESS:  Oh, okay.

4            MR. WESLEY:  I'm going to ask whatever --

5            THE WITNESS:  I just forgot what the question    11:21:22

6    was.

7    BY MR. WESLEY

8    Q.   Do you have any understanding why Redbubble

9    represents in its 2019 Annual Report that -- it refers

10   to "product revenue" as "the portion of Marketplace      11:21:32

11   revenue derived from Product sales"?

12   A.   I guess I just don't understand the accounting

13   terminology -- is my hangup.

14   Q.   Okay.  Well, if you don't -- if you don't know,

15   you don't know; or if you don't --                        11:21:57

16       So is the answer "No"?

17   A.   The answer is "No."

18   Q.   All right.  It also says it excludes shipping

19   revenue.  Do you see that?

20   A.   Yes.                                                  11:22:09

21   Q.   Does Redbubble make revenue from shipping?

22            MR. MASUR:  Objection.  Vague.

23            THE WITNESS:  What do you mean by, "make

24   revenue"?

25

                                                        Page 51

Ex. 93
Page 544

CONFIDENTIAL

```
1    BY MR. WESLEY                                        11:22:26

2    Q.   Make money.

3    A.   No.

4    Q.   Do you have any understanding of what is meant in

5    footnote 1 by "Shipping revenue"?                    11:22:32

6    A.   Yes.

7    Q.   And what is your understanding?

8    A.   Cost of the third-party shipper, such as UPS.

9    Q.   And why is that referred to as "revenue"?

10   A.   I -- I don't know.  I -- again --              11:22:55

11   Q.   Okay.

12   A.   I don't know the accounting terminology.

13   Q.   Okay.  And it references "authentic sellers."  And

14   it defines, in footnote 2, "authentic sellers" as

15   "those artists that tend to upload high-quality,      11:23:16

16   original works with resonate well with customers."

17       Do you see that?

18   A.   Is this footnote 2?

19   Q.   Yes.

20   A.   Define as -- I see the footnote you're referring  11:23:31

21   to, yes.

22   Q.   Okay.  And were you aware that -- or do you have

23   any understanding as to how Redbubble determined that

24   sales from authentic sellers grew by 39% in fiscal year

25   2019?                                                11:23:58
```

Page 52

Ex. 93
Page 545

CONFIDENTIAL

```
1    A.   No.                                              11:24:00

2    Q.   And it references a Data Science work during 2018.

3    Do you see that in footnote 2?

4    A.   I see that sentence, yes.

5    Q.   Are you familiar with the Data Science work during  11:24:12

6    2018?

7    A.   Do you mind if I just read the whole sentence?

8    Q.   Please.

9    A.   I don't -- don't know what that refers to.

10   Q.   Have you ever heard of Data Science?            11:24:36

11   A.   Yes.

12   Q.   What is Data Science?

13        MR. MASUR:  Objection.  I'm trying not to

14   object to -- "Data Science" with caps -- both caps? --

15   as opposed to "data science" in lower case?  I'm sorry  11:24:48

16   to be -- to be -- but...

17        MR. WESLEY:  Yeah.

18        MR. MASUR:  In caps sounds to me like a

19   defined term.

20        MR. WESLEY:  Yeah.  That's what I'm referring   11:25:04

21   to.

22        MR. MASUR:  You're asking with caps?

23        MR. WESLEY:  Yeah.

24        MR. MASUR:  Okay.

25        THE WITNESS:  I would imagine if you're         11:25:10
```

Page 53

CONFIDENTIAL

```
1        Well, let me start over.  Have you ever heard of      11:28:54

2    AASB 15?

3    A.   No.

4    Q.   Did you have any personal role in Redbubble's

5    response to AASB15?                                        11:29:05

6    A.   No.

7    Q.   Okay.  Let me read to you from underneath the

8    chart on page 54.  There's a paragraph starting with

9    "Prior to."  It says, "Prior to the adoption of

10   AASB 15, the Group had determined, for accounting         11:29:23

11   purposes, that it was acting as the artists' agent in

12   arranging for the selling of artists' goods to

13   customers, on the basis that the Group's agency

14   capacity is confirmed in the Group's user agreement."

15       Do you see that?                                       11:29:40

16   A.   I see that sentence.

17   Q.   And were you aware that prior to the adoption of

18   AASB, Redbubble, for accounting purposes, was deeming

19   itself the artists' agent?

20           MR. MASUR:  Objection.  Mischaracterizes the      11:29:56

21   document.

22       And also clarify.  You're asking for his

23   individual knowledge.

24           THE WITNESS:  Can I have the question

25   repeated, please?                                          11:30:09
```

Page 56

Ex. 93
Page 547

CONFIDENTIAL

```
1        (Record read.)                              11:30:10

2              THE WITNESS:  No.

3   BY MR. WESLEY

4   Q.   And were you aware that Redbubble has determined

5   that under AASB 15, the Group is acting as principal    11:30:35

6   for accounting purposes now?

7   A.   No.

8   Q.   And do you have any understanding, either based on

9   your education in college or law school, or your

10  experience, or otherwise, what the difference is       11:30:53

11  between a principal and an agent?

12  A.   In -- in this context -- the accounting context --

13  I don't know.

14  Q.   What about just in a general -- general terms?  Do

15  you have any understanding as to what a principal is,    11:31:07

16  versus an agent?

17              MR. MASUR:  Again, I'd object, to the extent

18  that it calls for a legal conclusion.

19              THE WITNESS:  Outside of -- yeah.  I know

20  what I learned in law school about principal-agent       11:31:20

21  relationship.

22  BY MR. WESLEY

23  Q.   And what's your understanding?

24  A.   A principal can -- so an agent can bind the

25  principal to a contract.                                 11:31:37
```

Page 57

Ex. 93
Page 548

CONFIDENTIAL

```
1    Q.   Okay.  Anything else?                        11:31:39

2    A.   That's all I can think of.

3    Q.   Okay.  If you look on the next page, at page 56,

4    there's a section entitled "Revenue."  Do you see that?

5    A.   Yes.                                          11:32:02

6    Q.   And it says, "The Group has concluded that when

7    the customer contracts with the Group, there's only one

8    performance obligation for goods bearing the artists'

9    designs.  Both the artist and the Group are involved in

10   satisfying the performance obligation.  However, as the   11:32:18

11   Group controls a substantial part of the process, it is

12   construed to be the party primarily responsible for

13   satisfying the performance obligation.  The Group is

14   determined (for accounting purposes) to be the

15   principal in the sale."                            11:32:37

16        Do you see that?

17   A.   I see the paragraph you're referring to.

18   Q.   And do you have any understanding of what that

19   means?

20   A.   No.                                           11:32:46

21   Q.   All right.  Were you aware that, for accounting

22   purposes, Redbubble now treats itself as the principal,

23   and the artist as the agent, in any sale?

24        MR. MASUR:  Objection.  Vague and ambiguous

25   as to which Redbubble.  This is a document from     11:33:05

                                                    Page 58
```

Ex. 93
Page 549

CONFIDENTIAL

```
 1    Redbubble Limited, which is not a party to this case.      11:33:09

 2    BY MR. WESLEY

 3    Q.   Okay.  And, by the way, it -- is this, in fact --

 4         Are the annual reports for Redbubble Limited only

 5    to the Australian parent company; or does this relate      11:33:20

 6    to the entire group of companies, if you know?

 7    A.   It's consolidated.  All one group, yes.

 8    Q.   So that would include Redbubble, Inc.?

 9    A.   Yes.

10    Q.   All right.  Take a look at page 63.                    11:33:36

11    A.   Okay.

12    Q.   There's a section called "Other Receivables."  Do

13    you see that?

14    A.   Yeah.  I --

15    Q.   It's in the middle of the page.                       11:34:01

16    A.   I believe I see the section you're referring to.

17              MR. MASUR:  I'm sorry.  Which page is this?

18              MR. WESLEY:  63.

19    Q.   Okay.  So it says, "The Group is not exposed to

20    any significant credit risk on account of other           11:34:17

21    receivables.  The group accepts payments either via

22    credit card platforms, PayPal, Amazon Pay, or Apple

23    Pay.  In any case, the Group ensures that cash is

24    received prior to the product being manufactured.  The

25    other receivables balance as at 30 June 2019 represents   11:34:36
```

Page 59

Ex. 93
Page 550

CONFIDENTIAL

```
1    they might say, You're not -- you know.  Some say,        14:58:57

2    "You're not doing a good enough job," or some say, "We

3    have a new show coming out."

4        So, you know, it's just an evolving thing; but

5    yeah.  But yes.  I guess to answer your original         14:59:09

6    question, the -- usually it's a -- it's a takedown or a

7    letter of some sort from them to us before policing

8    starts.

9    Q.   What rights holders have conveyed to Redbubble

10   that it wasn't doing a good enough job policing the      14:59:24

11   market?

12            MR. MASUR:  Objection.  Misstates the

13   testimony.

14            THE WITNESS:  One stands out.  Terry --

15   Sir Terry Pratchett, on the first page.                  14:59:47

16       But yeah.  And then -- I mean, we listen to them.

17   They say, "We want you to look for this."  We look for

18   this.  We look for that.  We look for what they want us

19   to look for.

20       Eventually -- I mean, it's not eventually.  It's     15:00:03

21   probably just a few back-and-forths.  And then

22   sometimes we just never hear from them again, because

23   they're -- I don't know why.  They're satisfied, and we

24   just keep going with it; continue the policing.  We've

25   never stopped policing for anybody that I know of.       15:00:16
```

Page 135

Ex. 93
Page 551

CONFIDENTIAL

```
 1    Yeah.                                                    15:00:27

 2    BY MR. WESLEY

 3    Q.   You're familiar with the Redbubble Partner

 4    Program?

 5    A.   Yes.                                                15:00:39

 6    Q.   And can you describe for me what that is?

 7    A.   The Redbubble Partner Program -- so the company --

 8    the company wanted a way for rights holders to be able

 9    to participate in this user-generated-content platform

10    that we host without just having to say "Take it down,"    15:01:04

11    because they -- it's very, I think -- "binary" is what

12    I've heard it described at the company sometimes.  It's

13    like you either -- they either feel like they're

14    turning a blind eye to it or not enforcing their

15    rights, or they're telling us to take it down or to      15:01:28

16    proactively police for it, which is fine.  We'll do

17    that.

18         But some rights holders said, well, we are -- you

19    know, We don't want to it stay up there, but if you --

20    but if there were a way to take it down, do you have a   15:01:48

21    way to give us royalties, or something like that, to

22    make it permissible, you know, under their brand

23    guidelines, so that it's not just a free-for-all with

24    the user-generated content that gets uploaded every

25    day.                                                     15:02:05
```

Page 136

Ex. 93
Page 552

CONFIDENTIAL

1     So that -- yeah.  And then that's -- that was the      15:02:06

2     initial motivation for the licensing program:  To

3     create something where the rights holder -- there was

4     no way for them to participate in it before, and have a

5     piece of it.  So this is, so far, our best attempt at      15:02:21

6     trying to do that.

7     Q.   And is there any designation on the Redbubble site

8     for works that are participants in the Partner Program,

9     versus not?

10    A.   There -- some partners have wanted a specific,        15:02:42

11    like, line and page, or something, where a featured --

12    and it's a very evolving -- it's an evolving program,

13    because they also -- they have various, like, things

14    they want.  Like, some -- we want -- we want -- how can

15    you help us do marketing?  And so it's -- it's kind of     15:03:09

16    transformed from not only providing online services to

17    these third-party artists, but also these other -- this

18    other group of -- the other group -- these licensors --

19    who thought --

20        I'm sorry.                                             15:03:31

21        So the -- I lost track of myself.

22        So the -- so sometimes there is a landing page, I

23    believe, that -- there could be a tag, I think, that --

24    the rights holder may say, Well, once we approve

25    something, we want you to put a tag -- specific tag on     15:03:48

                                                                Page 137

CONFIDENTIAL

```
 1    it.  And then they'll tell us what that is.          15:03:52

 2         And then we'll, like, tell the artists to do that,

 3    like, as a condition to the licensor allowing this to

 4    stay up; and you have to apply this tag to it.

 5         So that could be one way.                        15:04:07

 6         But then a lot of times also, you know, part of

 7    the licensing program is to not only do IP enforcement

 8    for, like, this policing -- policing we've been talking

 9    about, but is what -- they may have brand requirements,

10    separate from intellectual property concerns; like they  15:04:32

11    don't want their brand associated with nudity or drugs.

12    And so they would say, Our logo is okay in these

13    certain contexts.

14         So we would --

15         So I think I'm rambling on, not answering your      15:04:59

16    question.

17              MR. WESLEY:  That's okay.  That's okay.

18              MR. MASUR:  Well, we debate that.  Probably

19    answering the question is a better idea.

20              THE WITNESS:  Okay.  Anyway, sorry.  If I      15:05:10

21    missed -- left something out, you can reask me.  I'll

22    try to be more specific.  You can just --

23              MR. WESLEY:  No problem.

24              THE WITNESS:  Sure.

25

                                                    Page 138
```

Ex. 93
Page 554

CONFIDENTIAL

```
 1    BY MR. WESLEY                                    15:05:18

 2    Q.   Is there a set license fee for every participant

 3    in the Partner Program, or is it on an

 4    individual-rights-holder basis?

 5    A.    Individual-rights-holder basis.            15:05:29

 6    Q.    And I looked at a document yesterday with

 7    Ms. Greenhough that indicated -- this was a page from

 8    the Redbubble website that indicated that artists'

 9    margins for works that are selected for the Redbubble

10    Partner Program are not decreased or not affected in   15:05:50

11    any way by being in the program.  And is that true?

12    A.    I believe so.  Yeah.

13    Q.    And so does the money that goes to the rights

14    holder come out of Redbubble's service fee?

15    A.    I believe that is the case, yes.            15:06:23

16    Q.    Just look quickly at -31 and -- or 1031 and 1032.

17    I handed those to you in the same batch as 1030.  I

18    think 1031 is the one right on top that -- there you

19    go.  Do you see that's a May 7, 2019, e-mail from

20    ███████████████ to ███████████, Subject:  Content    15:06:58

21    Team MPI Scripts?

22    A.    Yes, I see that.

23    Q.    And what is your understanding of what this

24    document is?

25    A.    This looks like scripts that the MPI Team        15:07:29

                                                    Page 139
```

CONFIDENTIAL

```
1    collected to use as templates.  Yeah.  And so it's        15:07:35

2    just, I guess, institutional knowledge about templates

3    that correspond to users, or whoever external.

4    Q.   What is the acronym "MPI" stand for?

5    A.   Marketplace Integrity Team.                           15:07:59

6    Q.   Okay.  And on page 22100 -- Bates number 22100,

7    there starts a series of entries about:  Why was I

8    proactively moderated?

9         Do you see that?

10   A.   In the middle of the page, the first --              15:08:20

11   Q.   Yeah.  So it says, "Why was I proactively

12   moderated?  ▮▮▮▮▮▮▮▮ "?

13   A.   I see that.

14           MR. MASUR:  I'm sorry.  What page was that,

15   again?                                                     15:08:36

16           MR. WESLEY:  22100.

17   Q.   And then there's similar entries for ▮▮▮▮▮▮

     ▮▮▮▮▮▮▮ and, if you flip the page, ▮▮▮▮▮▮▮▮▮▮▮▮

     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ?

20   A.   Mm-hm.                                                15:08:58

21   Q.   And it goes on.  I won't read them all, but are

22   those all --

23        Well, what are those?  I'll just ask you.

24           MR. MASUR:  Objection.  Vague.

25
```

Page 140

CONFIDENTIAL

```
 1            THE WITNESS:  Okay.                          15:10:43

 2            MR. WESLEY:  It goes from 100 to 115.  And so

 3   I guess -- let me know if there's any name in the

 4   parentheses that you don't recognize as one that was

 5   proactively moderated by Redbubble at one time or      15:10:56

 6   another.

 7            THE WITNESS:  So if one of the names in

 8   parentheses -- there was no proactively moderated work

 9   for one of those, you would like me to tell you?

10   BY MR. WESLEY                                          15:11:16

11   Q.   Yes, sir.  Thank you.

12   A.   Starting at page 100, or from the beginning?

13   Q.   I think this series starts at a hundred.

14   A.   Okay.

15   Q.   So why don't you just start at a hundred?          15:11:26

16   A.   All right.  It looks like it might stop at page

17   215.

18   Q.   Yes.

19   A.   Of those, they all appear to be rights holders

20   that we proactively police for.  And then the only one  15:13:23

21   I wasn't sure about was ██████████, just because I'm

22   not familiar with that one.  And then --

23   Q.   Okay.  Let's flip past 1032, and move on to 1033.

24   And this is a document that says "Proactive Policing."

25   Do you see this document?                              15:14:02
```

Page 142

CONFIDENTIAL

```
 1   A.    Yes.                                        15:14:04

 2   Q.    Are you familiar with it?

 3   A.    Yes, I'm familiar with it.

 4   Q.    And what is it?

 5   A.    It is a guide to members of the MPI Team who are   15:14:38

 6   doing the proactive policing sweeps.

 7   Q.    Okay.  And who created it?

 8   A.    I don't know.

 9   Q.    Were you involved?

10   A.    I was not directly involved in making this      15:15:02

11   document, no.

12   Q.    Is it currently used by the MPI Team, to your

13   knowledge?

14   A.    I don't know.  I don't know.

15   Q.    Okay.  On the third page of the document there's a   15:15:45

16   heading, "Policing Tool:  Tag Removal."

17   A.    Mm-hm.

18   Q.    And it says in the second paragraph, "Tag removal

19   is something we offer for particular rights holders.

20   We do this so limited search results will appear when   15:16:07

21   looking for the trademarked term."

22         Do you see that?

23   A.    Yes.

24   Q.    And do you have an understanding of what that

25   means?                                             15:16:19
```

Page 143

CONFIDENTIAL

```
1    A.    Yes.                                          15:16:20

2    Q.    What does it mean to you?

3    A.    As a person or --

4    Q.    Mm-hm.  Yes.

5    A.    -- a company?                                 15:16:28

6          A person.

7          That means that if a -- if a rights holder would

8    like a tag removed, they can request that.  And then we

9    will assess if -- you know, discuss with them about the

10   challenges the -- pretty much whether it's feasible to  15:16:59

11   do such a thing.  And that's -- it's not offered to

12   every -- it's not offered to everybody, across the

13   board.

14   Q.    How does Redbubble determine which rights holders

15   to offer tag removal to?                            15:17:15

16   A.    It has to be -- it can't be -- if they want -- for

17   one thing, it's not a very scalable tool.  So it's --

18   it's -- I guess that was the answer to your question.

19   Really if they ask for it.  Really if they ask for it,

20   we'll do it, as long as it's not -- as long as it's not  15:17:46

21   them asking, "Remove 'the' from everything."

22   Q.    Okay.

23   A.    So there's an outer limit here.

24          MR. MASUR:  It's not just a hypothetical.

25
```

Page 144

CONFIDENTIAL

```
 1   BY MR. WESLEY                                        15:17:59

 2   Q.   Okay.  And so --

 3   A.   And there are limitations to the tool.  It's not

 4   perfect.

 5   Q.   And so looks like there's an example on this      15:18:07

 6   document, where ███████████████   which I

 7   understand, based on communications with my wife, is a

 8   ███████████████.

 9   A.   Mm-hm.

10   Q.   Is -- this is an example of that: ████████   ███████

     ███████ being removed as a tag?  Is that what it's

12   trying to convey?

13   A.   Let me read it.  I don't know what that

14   crossing-out is supposed to mean.

15   Q.   Okay.  Well, let's -- let's say that the -- let's   15:19:03

16   say that Redbubble decides to remove the tag "Atari,"

17   for instance.

18   A.   Mm-hm.

19   Q.   And so that tag would be unavailable to -- for use

20   by -- by artists.  Right?  If you decide, as a matter    15:19:28

21   of policy, that -- that -- that the tag's removed, it's

22   made unavailable for use by the artist on the site?

23   A.   No.

24   Q.   No?  Then what does it mean?

25   A.   It means that if a user creates a listing, and     15:19:45
```

Page 145

Ex. 93
Page 560

CONFIDENTIAL

```
1    they use a word, and the rights holder wants us to        15:19:53

2    proactively go in and remove that word from listings,

3    under certain circumstances -- and it could be very

4    different circumstances that they want that -- then the

5    MPI Team could then go in and take it off.                 15:20:13

6    Q.   Does it have to be on a listing-by-listing basis,

7    or can it be, across the board, this tag off limits?

8    A.   Listing-by-listing basis.  Somebody reviews it.

9    Q.   Okay.  And has Redbubble ever removed any tags

10   across the board; so said, This word's off limits as a    15:20:37

11   tag?

12   A.   Uh-uh.

13   Q.   Is that "No"?

14   A.   No.

15   Q.   Has Redbubble ever considered removing a tag          15:20:47

16   completely from -- from use?

17   A.   Every -- when somebody asks, it would be

18   considered.

19   Q.   But that has never been implemented.  True?

20   A.   True.                                                 15:21:04

21   Q.   And why not?

22   A.   Because there are noninfringing uses of -- of

23   words.  Somebody could be using a trademark that a

24   company has in a commentary sense.  They could be --

25   yeah.                                                      15:21:31

                                                    Page 146
```

CONFIDENTIAL

1    Q.   So there are certainly words that have normal        15:21:32

2    usage.  So, for example, "apple" is both an apple, and

3    a well-known technology and computer brand.  Wouldn't

4    you agree?

5    A.   I agree.                                             15:21:45

6    Q.   But there are other words that are not commonly

7    used, except when referring to a particular company or

8    product.  Wouldn't you agree?

9    A.   Can you please -- I'm not sure I understand your

10   question.                                                15:22:05

11   Q.   Well, there are certain words that solely are used

12   to refer to a brand.  They're not just used in the --

13   in regular language.

14           MR. MASUR:  Objection.  Vague.

15           THE WITNESS:  If you are -- there are -- I        15:22:23

16   believe the first -- the first example you gave -- was

17   it -- would be a descrip- -- a word that has a

18   descriptive use, or used to denote source of goods or,

19   you know, whatever legal sense.

20       The -- what I was talking about was commentary.      15:22:42

21       So if a particular brand were in the news for

22   something, it could still refer to the brand.

23   Someone's use of that word could still refer to the

24   brand, but not -- but you know, it could be legitimate

25   commentary on the brand.                                 15:23:02

                                                             Page 147

CONFIDENTIAL

```
 1   BY MR. WESLEY                                  15:23:04

 2   Q.   So, for example, Chevrolet -- the only thing I

 3   think of when I hear the word "Chevrolet" is a car

 4   company.  Same with you?

 5   A.   I'm not sure I understand your question.    15:23:23

 6   Q.   I'm just wondering if you -- when you hear the

 7   word "Chevrolet," what are you thinking?

 8   A.   I think of -- yeah, I think of the car brand.

 9   Q.   Okay.  And so wouldn't you say that if somebody's

10   tagging their --                                15:23:44

11       So an artist could tag their work with the name

12   "Chevrolet," and it could have nothing to do with the

13   car brand.  Right?  It could just be a picture of a

14   tire.  True?

15   A.   That's possible.                           15:24:01

16   Q.   And so if you cut out the use of "Chevrolet" as a

17   tag, then the -- somebody searching for that tire might

18   not be able to find it by typing in "Chevrolet."

19   Right?

20   A.   In that example, yes.                      15:24:22

21   Q.   But isn't it more likely than not that if

22   somebody -- if the tag "Chevrolet" is in being used by

23   Redbubble, that it's going to encourage and facilitate

24   people to find products that actually infringe on the

25   brand?                                          15:24:49
```

Page 148

CONFIDENTIAL

1          MR. MASUR:  Objection.  Incomplete          15:24:50

2     hypothetical.  Calls for a legal conclusion.  Assumes

3     facts.

4          THE WITNESS:  Can you please repeat your

5     question?                                          15:24:57

6     BY MR. WESLEY

7     Q.   By allowing the use of branded terms -- all

8     branded terms as keywords, doesn't it facilitate the

9     ability of consumers to easily find infringing goods?

10    A.   Well, I think that's why the tag-removal tool was  15:25:17

11    created:  So that a person could go in and apply the

12    guidance from the rights holder to differentiate

13    between examples where the rights holder, you know,

14    doesn't want their -- their brand used as a tag; but

15    they're okay with other uses.  It's not a broad stroke.  15:25:41

16    Q.   Are you familiar with any competitors that have a

17    different policy?

18         In other words, they have made certain tags

19    completely off limits, so if you search for a

20    particular brand on their site, nothing comes up?     15:25:58

21         MR. MASUR:  Objection.  Calls for expert

22    testimony about who a competitor is.  And speculation.

23         THE WITNESS:  Rights holders have told me in

24    our discussions that they talked to another platform,

25    and they disabled a tag for them.                    15:26:18

                                                    Page 149

CONFIDENTIAL

```
 1   BY MR. WESLEY                                      15:26:27

 2   Q.   And did the rights holder convey that that is an

 3   effective way to stop the possibility of infringement?

 4   A.   In their opinion, they do believe it's effective,

 5   yes.  They've conveyed that to me, yes.             15:26:41

 6   Q.   Do you believe that having the other policy -- in

 7   other words, keeping all tags available -- gives you --

 8   gives Redbubble a competitive advantage?

 9   A.   I have never thought of it that way.  In fact, I

10   think it's a detriment.                             15:27:02

11   Q.   Why is that?

12   A.   Because we spend a lot of resources to look at

13   every single thing before we moderate it.

14   Q.   Is there any discussion or communication within

15   Redbubble currently, where Redbubble's contemplating   15:27:18

16   changing that policy, and allowing certain tags to be

17   off limits?

18   A.   Not that I know of going on right now.

19           MR. MASUR:  Since right now we acknowledge we

20   will move on necessarily to a different document, but I  15:27:39

21   could use a break.

22           MR. WESLEY:  Let's take a break.

23           VIDEOGRAPHER:  Going off the record.  The

24   time is 3:27.

25   (Recess taken from 3:27 p.m. until 3:39 p.m.)        15:27:47

                                               Page 150
```

CONFIDENTIAL

```
 1              VIDEOGRAPHER:  Back on the record.  The time    15:39:58

 2      is 3:39.

 3      BY MR. WESLEY

 4      Q.    Okay.  Mr. Toy, going back to Exhibit 33 [sic],

 5      can you turn to the -- or I'm sorry -- Exhibit 1033,      15:40:14

 6      can you turn to the last page, please?  So you see this

 7      references an Unusable Tags Spreadsheet?

 8      A.    Yes.

 9      Q.    Did you have any understanding of what that --

10      what the Unusable Tags Spreadsheet is?                    15:40:37

11      A.    Yes.

12      Q.    And what is it?

13      A.    It is a list of words that -- if a user has

14      associated one of those words with their listing that

15      they created on the Marketplace, then it won't show up    15:41:06

16      in any paid ads, like Google Shopping, for example --

17      that list -- that user's list.

18      Q.    And who determines how a word gets on the Unusable

19      Tags Spreadsheet?

20      A.    Mostly the rights holder.                           15:41:40

21      Q.    So we were talking earlier.  And you said that

22      it's Redbubble's policy that Redbubble will not make

23      any word completely off limits as a tag.  Right?

24      A.    I wouldn't characterize it as a policy, but we

25      haven't done it in the past.                              15:42:08
```

Page 151

CONFIDENTIAL

```
 1    Q.   Okay, but for certain words, including those      15:42:10

 2    requested by rights holders, they are restricted in

 3    certain ways.  Is that fair?

 4    A.   I don't understand your question.

 5    Q.   Well, it sounds like the Unusable Tags Spreadsheet   15:42:25

 6    has certain words where their usage tags is restricted.

 7    True?

 8              MR. MASUR:  Objection, vague.

 9              THE WITNESS:  Restricted in the way I

10    described.                                              15:42:42

11    BY MR. WESLEY

12    Q.   Okay.  And are any words that Atari has raised in

13    this case -- for example, "Atari," "Pong," "Centipede,"

14    "Asteroids," "Breakout" -- are any of those on the

15    Unusable Tags Spreadsheet?                              15:43:03

16    A.   There are words associated with Atari and the

17    protected words that it identified to us.  There are --

18    there are words, yes, on the Unusable Tags Spreadsheet

19    that are associated with the notification we got from

20    Atari.                                                  15:43:30

21    Q.   And so -- and do you know as you sit here today

22    what -- any of the words that are on the Unusable Tags

23    Spreadsheet that relate to this case?

24    A.   "Atari" is one.  So I don't recall off the top of

25    my head exactly what all of the words are that are on    15:44:02
```

Page 152

Ex. 93
Page 567

CONFIDENTIAL

```
1    search field for "Atari," that listing should not        15:46:14

2    appear in, for example, Google Shopping, which is a

3    paid ad.

4    Q.   And so prior to the word "Atari" being placed on

5    the Unusable Tags Spreadsheet or that category, if        15:46:36

6    some -- if somebody typed in the word "Atari" into the

7    Google search, and Atari was a tag used on one of your

8    listings, the listing would come up in the Google

9    search results.  Is that correct?

10          MR. MASUR:  Objection.  Incomplete               15:47:07

11   hypothetical.  And calls for speculation.

12          THE WITNESS:  If -- it -- the -- if "Atari"

13   were on the Unusable Tags Spreadsheet, and -- I mean,

14   if it were not on there, then that's -- a functionality

15   would not prevent -- yeah.  It would not prevent a        15:47:31

16   user's tag -- a user to tag their listing with "Atari,"

17   and that were not on the Unusable Tags Spreadsheet --

18   that functionality would not prevent that listing from

19   appearing in the product feed.

20   BY MR. WESLEY                                             15:47:50

21   Q.   Does Redbubble take any affirmative steps to

22   increase the chance that certain words, if typed into

23   Google, will then pull up corresponding Redbubble web

24   pages that are tagged with that same word?

25          MR. MASUR:  Objection.  Compound.                15:48:20

                                                    Page 154
```

CONFIDENTIAL

1         THE WITNESS:  I'm not sure what you're        15:48:22

2    asking.

3    BY MR. WESLEY

4    Q.   Does Redbubble in any way take any steps to

5    increase the likelihood that Google search results will    15:48:34

6    lead consumers to Redbubble listings?

7    A.   Through buying ads at -- like, ad space on a

8    platform like Google?

9    Q.   Through any means.

10   A.   Redbubble does purchase advertising space for the    15:48:54

11   people who put their listings on the Marketplace for --

12   so that those offers can be found when people search

13   for them, yes.

14   Q.   Okay.  And can you give me a basic explanation for

15   how that works?  In other words, if -- if somebody        15:49:19

16   types in a word into Google, what benefit does

17   Redbubble get by purchasing this ad space?

18         MR. MASUR:  Objection.  Compound.  Complex.

19         THE WITNESS:  Can you please repeat the

20   question for me, or --                                    15:49:45

21   BY MR. WESLEY

22   Q.   How does Redbubble's purchase of ad space on

23   Google benefit Redbubble?

24   A.   So if the artists who sell their products on the

25   Marketplace don't sell as many products on the           15:50:09

Page 155

CONFIDENTIAL

```
 1    Marketplace, they probably wouldn't participate in the    15:50:11

 2    Marketplace.  So I think it's --

 3    Q.   So it increases the visibility of Redbubble

 4    listings, by paying for ads on Google?  Is that a fair

 5    characterization?                                         15:50:30

 6    A.   It increases the visibility of the Third-Party

 7    Sellers' listings on the Redbubble Marketplace.

 8    (Deposition Exhibit 1036 marked for identification.)

 9    BY MR. WESLEY

10    Q.   I'll actually go to -- I'm handing you 1036.  This   15:50:44

11    is a chart entitled "Unusable Tags Spreadsheet."  Do

12    you see this document?

13    A.   Yes.

14    Q.   And what is it?

15    A.   This is the -- I believe this is what we produced.   15:51:02

16    And, yeah, it just -- it came up in our search, in the

17    drive for Atari.  And then also, you know, we tried to

18    produce responsive documents to your request.

19    Q.   And so is this a copy of the Unusable Tags

20    Spreadsheet as of July 2019?                             15:51:28

21    A.   It -- you know, if it's complete, and assuming it

22    is exactly what we produced, then yes.

23    Q.   Okay.  Well, I'll represent to you that it's what

24    you -- you produced.  So does this -- although

25    actually -- actually, let me take a step back, because   15:51:55
```

Page 156

CONFIDENTIAL

1    I think this is just a -- this is another one of those        15:52:00

2    voluminous spreadsheets.  So I think this is only the

3    first portion.  So let me -- let me correct that.

4           MR. MASUR:  I can represent to you that it

5    appears that the entire document is 136 pages.             15:52:11

6           MR. WESLEY:  136?

7           MR. MASUR:  Yeah.

8           MR. WESLEY:  Okay.

9    Q.   But is this the form that you're familiar with for

10   the unusable tags listing that's used by Redbubble?        15:52:21

11   A.   Yes.  It may -- the formatting looks different.

12   It may be -- yeah.  It's not how I view it, but --

13   Q.   So this is --

14   A.   -- at work with my eyes, but it appears to be

15   that.  Yes.                                                15:52:50

16   Q.   So this is a report generated by Redbubble for

17   purposes of this litigation to convey what words are on

18   the Unusable Tags Spreadsheet, at least, as of July

19   2019?

20   A.   No.  I believe this is an ordinary -- no.  This is    15:53:03

21   kept in --

22   Q.   Kept in the order course of business?

23   A.   Yes.

24   (`12 Exhibit 1034 marked for identification.)

25

Page 157

CONFIDENTIAL

```
 1   convey?                                              16:08:01

 2   A.   My idea would be 2014 sales based on the title of

 3   the -- in the footer.

 4   Q.   And 2014 sales of items that have been tagged

 5   "Atari"?                                             16:08:22

 6   A.   That, I'm not sure about.

 7   Q.   Okay.  There's a large redaction.  Do you know

 8   what was redacted?

 9   A.   I don't know specifically what is redacted under

10   that box.                                            16:08:40

11   Q.   Do you know why -- why there's a redaction?

12   A.   I don't know why.

13            MR. WESLEY:  I'm handing you what I've marked

14   as Exhibit 1043.

15   (Deposition Exhibit 1043 marked for identification.)  16:09:20

16   BY MR. WESLEY

17   Q.   This is another spreadsheet produced by Redbubble.

18   Do you see this document?

19            MR. MASUR:  Again, another partial

20   spreadsheet, or a complete one.                      16:09:35

21            MR. WESLEY:  Yes.  This is the first page of

22   a voluminous spreadsheet, and then the page that

23   mentions Atari.  So 77592 and then 70664 will the Bates

24   numbers.

25            THE WITNESS:  I see this, yes; these two      16:09:56
```

Page 164

CONFIDENTIAL

```
 1    pages.                                              16:09:57

 2    BY MR. WESLEY

 3    Q.    And do you have any idea what this document is?

 4    A.    It appears to be search data, like somebody -- a

 5    user went to Redbubble and typed in the word          16:10:48

 6    "calendar."  And this shows what people have been

 7    typing in, and corresponding to the number of -- looks

 8    like approximate number of searches for that term or

 9    phrase; and whether it came -- that search was done on

10    a desktop, smartphone.  That's my -- yeah.            16:11:16

11    Q.    Does Redbubble, as a normal -- as a matter of

12    course, keep track of what consumers are typing into

13    the Redbubble search feature?

14    A.    I'm not sure I understand your question.

15    Q.    So if I heard you correctly, your read of this   16:11:47

16    document is that, for example, there's a keyword,

17    "Calendar," and that this is indicating how many people

18    searched for the word "Calendar" on Redbubble.  Did I

19    misunderstand what you were saying?

20    A.    I think that is correct.                         16:12:10

21    Q.    You think what I said was correct?

22    A.    Yes.

23    Q.    Okay.  And so Redbubble keeps track of the words

24    that visitors are using to search on Redbubble.com.  Is

25    that correct?                                          16:12:24
```

Page 165

CONFIDENTIAL

```
 1              MR. MASUR:  Objection.  Vague as to time.      16:12:27

 2              THE WITNESS:  I -- I don't know if it goes

 3      further than this spreadsheet, but this spreadsheet

 4      does appear to be what you were describing; a tracking

 5      of search -- people's search terms, yeah, on Redbubble.  16:12:38

 6      BY MR. WESLEY

 7      Q.   Do you know who created the document?

 8      A.   I don't know.

 9      Q.   Is there a certain group or person within

10      Redbubble whose job it is to focus on the volume of      16:12:52

11      searches on Redbubble based on particular keywords?

12      A.   The Design Engineering Product Team.  I'm not sure

13      about the exact -- what the acronym stands for, but

14      refer to it as "DEP."

15      Q.   And is there a particular person within DEP whose    16:13:24

16      job it is to track the volume of keyword searches on

17      Redbubble?

18      A.   I don't know.

19              MR. WESLEY:  I'm handing you what I'm marking

20      as Exhibit 1044.                                        16:13:51

21      (Deposition Exhibit 1044 marked for identification.)

22      BY MR. WESLEY

23      Q.   This is a document that in the bottom center says,

24      "Results 20181205-151019".  Do you see this document?

25      A.   I see the two-page document, yes.                  16:14:16
```

Page 166

Ex. 93
Page 574

CONFIDENTIAL

1    Q.    And again, this is the first page of a voluminous        16:14:20

2    document, and then the page that it references Atari.

3    Do you have any idea what this document is?

4    A.    It appears to be a search -- it appears to be data

5    on the searches that users are performing, but it             16:14:42

6    doesn't -- I mean, I -- both these documents -- I don't

7    know if this is just Redbubble, or if this is Google.

8    I don't know.

9    Q.    Do you know what time period this document relates

10   to?                                                           16:15:10

11   A.    I don't know, but there is a -- appears to be some

12   kind of a date indicated in the title of 1044.  I see

13   2018.  I don't know what that means.

14   Q.    Do you know who created this document?

15   A.    I don't know.                                           16:15:33

16   Q.    If you -- do you believe that it is somebody

17   within the DEP Team?

18   A.    Could be.  If -- if these two documents are not

19   Redbubble specific, but general to Google or some other

20   third-party platform search analysis, then it would be       16:16:15

21   probably the Marketing Team.

22          MR. WESLEY:  Okay.  I'm handing you what I've

23   marked as Exhibit 1045.

24   (Deposition Exhibit 1045 marked for identification.)

25

Page 167

CONFIDENTIAL

1    A.    Not that in particular, but I do know that this is    17:28:15

2    a topic at the company.  We moderate a lot of works.

3    So what's a sale -- what's the impact of the loss of

4    those sales for the Marketplace on the fees?

5    Q.    And do you run analyses for each rights holder    17:28:34

6    whose works are moderated?

7    A.    No.  I -- not to my knowledge.

8    Q.    And other than this particular analysis, are you

9    aware of any other analyses where Redbubble has studied

10   the impact of the moderation of works on sales?    17:29:08

11   A.    It is a -- it is a topic I hear discussed at the

12   company on a regular basis, just wondering what that

13   impact is.

14   Q.    And when this did that topic first arise?  In

15   other words, was that being discussed when you started    17:29:35

16   with the company, or is there a point in time

17   subsequently where that topic suddenly became a --

18   something you were exposed to?

19   A.    It has been a topic since the -- the beginning of

20   the company.    17:29:54

21   Q.    Okay.  And are there some -- some people -- is

22   there a person or persons within the company who

23   advocate for moderating less, so there are more sales?

24   A.    If they do, they don't communicate it.  I don't

25   hear it.    17:30:21

Page 183

CONFIDENTIAL

1    Q.    Are there -- is there a person or persons within        17:30:21

2    the company who advocate for moderating more?

3    A.    No.  I think we hit the right balance, under the

4    circumstances.

5    Q.    Can you describe what -- in greater detail what is        17:30:42

6    discussed on the topic of the impact of moderation on

7    sales?

8    A.    Sure.  The company understands it's -- it's a

9    reality of hosting a user-generated content site that

10   people are going to upload things that violate our User    17:31:05

11   Agreement, and that those things will be moderated.

12   Those accounts will be closed.  It's -- it's just --

13   it's accepted by the company.

14   Q.    And so what, in particular, is discussed on that

15   topic, if that's just an accepted reality?                 17:31:28

16   A.    I think the spreadsheet is an example of that.

17   People wonder what the impact is.  And then -- yeah.

18   Q.    If you flip ahead several pages, there starts

19   color -- what looks to me like PowerPoint slides; the

20   first one saying, "Monthly Sales and % of All Selling      17:32:06

21   Works Eventually Moderated."  97243 is the Bates

22   number.

23   A.    Yes, I see it.  I see the page, yes.

24   Q.    Do you know what is being conveyed on this page?

25   A.    They appear to be pivot charts associated with a      17:32:25

Page 184

CONFIDENTIAL

1    spreadsheet.                                                17:32:29

2    Q.   And is this comparing the quantity of sales for

3    particular time periods, versus the percentage of those

4    sales represented by works eventually moderated?

5    A.   There are two color codes -- one for sales, and      17:32:57

6    one for percent of monthly sales represented by works

7    eventually moderated -- yes; blue and red.

8    Q.   And when it says, "Works Eventually Moderated," is

9    that another way of saying works eventually taken down

10   from the site?                                             17:33:13

11   A.   There are several terms used interchangeably at

12   the company:  "moderated," "removed."

13        "Taken" -- "taken down" is sometimes referred to

14   in the context of a Takedown Notice, but may not

15   account for proactively moderated works.                   17:33:36

16   Q.   Okay.  And for the chart on 97243, do you know

17   what particular rights holder or properties these

18   numbers relate to?

19   A.   No, I don't.

20   Q.   And it looks to me like, at least, on this chart,     17:34:08

21   the percentage of monthly sales represented by works

22   eventually moderated generally varies between 20 to

23   50 percent; in that range.  Would you agree?

24   A.   They might be cut off at the upper range, but

25   subject to that --                                         17:34:41

                                                         Page 185

CONFIDENTIAL

1    Q.   Can you repeat your question for me, please, or --   17:34:54

2    A.   Yeah.  I was just observing that -- that the data

3    in this chart seems to indicate that somewhere between

4    20 and 50 percent of works referenced in the chart were

5    eventually moderated.  I know there's outliers.  There   17:35:11

6    are some that say 100 percent.  At one point the red

7    line dips under 20 percent, but the rule seems to be

8    primarily in the 20 to 50 percent range.  Agreed?

9           MR. MASUR:  I would say the -- or I'm going

10   to object that the document speaks -- or at least,   17:35:32

11   mumbles -- for itself.

12          THE WITNESS:  I -- I don't know what subset

13   of removed or moderated works went into this; but

14   whatever subset of -- this is dealing with, that

15   appeared to be an accurate description of -- of the   17:35:53

16   redline fluctuating.

17   BY MR. WESLEY

18   Q.   Okay.  And does Redbubble know --

19        Let me start over.

20        Has Redbubble evaluated what percentage of works   17:36:09

21   overall on its site eventually are moderated?

22   A.   At any given time, I don't know if a formal

23   analysis has been done on that; but I -- I don't know

24   if a formal analysis has been done on that.

25   Q.   Does Redbubble have a threshold percentage,   17:36:53

Page 186

CONFIDENTIAL

```
 1    where -- that it tries to meet, in terms of the          17:36:58

 2    percentage of works that are moderated?

 3    A.    What do you mean by "threshold"?

 4    Q.    Well, does it have any goals?

 5          In other words, you know, if -- if the percentage    17:37:13

 6    of moderated works exceeds 50 percent, that that's too

 7    much or too little or, you know, any type of benchmark

 8    metrics that it tries to achieve in the ratio of

 9    moderated works versus works --

10    A.    No.                                                  17:37:30

11    Q.    At least as to whatever property is being analyzed

12    on page 97243, would you agree that, having somewhere

13    between 20 and 50 percent of works for a property

14    eventually removed is too high?

15    A.    No.                                                  17:38:22

16    Q.    In other words, it signals that there's a lot of

17    likely infringement of that particular property, if

18    you're removing anywhere from a quarter to half of the

19    works related to the property?

20          MR. MASUR:  Objection.  Improper                     17:38:38

21    hypothetical.

22          THE WITNESS:  Yeah.  I don't know what you

23    mean by that question.  I don't know what you mean by

24    the last question.

25
```

Page 187

Ex. 93
Page 580

CONFIDENTIAL

```
 1   BY MR. WESLEY                              17:38:49

 2   Q.   Yeah.  So don't you -- wouldn't you agree that if

 3   you -- if Redbubble ultimately determines for a

 4   particular rights holder that between 25 and 50 percent

 5   of the works alleged by the rights holder to infringe   17:39:00

 6   are removed from the site, that that indicates that

 7   there's an infringement problem related to that rights

 8   holder?

 9           MR. MASUR:  Objection.  Incomplete

10   hypothetical.  Vague.  Complex.  Compound.             17:39:16

11           THE WITNESS:  Yeah.  I did hear two questions

12   in there.  I mean, it -- the -- the bottom line is we

13   pretty much do what the rights holder wants, within

14   reason.

15   BY MR. WESLEY                              17:39:36

16   Q.   Does Redbubble track how much it pays in licensing

17   fees to brand owners?

18   A.   Yes.

19   Q.   And does -- does it track that on a monthly basis?

20   An annual basis?  Something else?                      17:40:03

21   A.   They probably break it down.  We probably break it

22   down in all sorts of ways, yes.

23   Q.   When was the first time that Redbubble paid a

24   licensing fee to a brand owner?

25           MR. MASUR:  Objection.  Vague.  And            17:40:23
```

Page 188

Ex. 93
Page 581

CONFIDENTIAL

```
1    specifically, I've been trying not to object just to      17:40:27

2    make any objections; but I think it might help to

3    clarify whether you're talking about prospective

4    licensing.  I think -- I think that's what you're

5    intending to cover.                                        17:40:42

6            THE WITNESS:  My -- this is approximate, but

7    approximately in the 2016/2017 range, but I don't know

8    an exact date.

9    BY MR. WESLEY

10   Q.   Do you remember what rights holder Redbubble first    17:41:28

11   paid a license fee to?

12   A.   No.

13   Q.   Do you know how much, approximately, Redbubble has

14   paid in licensing fees from the first all the way to

15   today?                                                     17:41:48

16   A.   I don't.

17   Q.   Over a million dollars?

18   A.   So lifetime?  So over -- going back all the way;

19   no date restriction?

20   Q.   No.                                                   17:42:07

21   A.   Is it over a million?

22   Q.   Yes.

23   A.   I believe so.

24   Q.   Over 10 million?

25   A.   Oh, actually, no.  So, no, not fees actually paid.    17:42:14
```

Page 189

Ex. 93
Page 582

CONFIDENTIAL

```
1        I -- I actually don't know how many -- how much        17:42:21

2    fees are actually paid.  Yeah.  So, no, I retract what

3    I said about the over 1 -- over 1 million, no date

4    restriction.

5    Q.   And so do you not know how much, in total,            17:42:39

6    licensing fees Redbubble has paid in its history; or do

7    you think it's less than a million dollars?

8    A.   I think it is -- I think it's less than a million

9    dollars.

10   Q.   Okay.                                                 17:42:59

11   A.   But that's, like, my own personal knowledge.  I

12   don't have an exact number for you.

13   Q.   That's your best estimate based on your -- your

14   recollection?

15   A.   Yes.                                                  17:43:13

16   Q.   How many times has Redbubble been sued, whether in

17   the US or internationally, for intellectual-property

18   infringement?

19   A.   I am not sure of a specific number, but somewhere

20   between ten and twenty times, worldwide.                   17:43:59

21   Q.   During your time at -- as a general counsel of

22   Redbubble, has it always had at least one active

23   litigation -- one active intellectual-property

24   litigation pending against it?

25            MR. MASUR:  Objection.  I think you misstated      17:44:21
```

Page 190

CONFIDENTIAL

```
1    the witness' title.                              17:44:23

2              THE WITNESS:  I was -- I was going to go with

3    that.  Just kidding.

4              MR. MASUR:  You promoted him.

5              THE WITNESS:  I've been promoted.        17:44:30

6        There -- yes, there was a time when we didn't have

7    any -- there have been times in my time at Redbubble

8    where we haven't had any litigation.

9    BY MR. WESLEY

10   Q.   Intellectual-property litigation?             17:44:43

11   A.   Intellectual-property litigation.

12   Q.   And when's the last time that -- that was the

13   case, where there were -- there was no active

14   intellectual-property litigation pending against

15   Redbubble?                                         17:44:55

16   A.   Twenty -- around 2016/2015, I believe, was when

17   our first one was.

18   Q.   Has Redbubble had any judgments -- court

19   judgments -- entered against it for

20   intellectual-property infringement?                17:45:30

21   A.   In -- I am not certain about the specifics of the

22   judgments, themselves; but in Germany, and in

23   Australia.

24   Q.   And what -- what rights holders obtained judgments

25   in Germany and Australia against Redbubble?         17:46:01
```

Page 191

Ex. 93
Page 584

CONFIDENTIAL

```
1    A.    BMW in Germany.                               17:46:04

2          Pokémon in Australia.

3          And there may be another one in Australia.  I am

4    just not as familiar with the particulars of that

5    judgment.  And that would be the Hells Angels one.   17:46:28

6    Q.    I heard from Ms. Greenhough yesterday that

7    Redbubble receives regularly Takedown Notices from

8    rights holders.  Do you recall her testifying to that?

9    A.    Yes.

10   Q.    And she said only certain Takedown Notifications  17:47:02

11   are escalated to the Legal Department.  Do you recall

12   her saying that?

13   A.    Yes.

14   Q.    And do you agree with that testimony?

15   A.    I agree with that statement.                 17:47:14

16   Q.    And are you the person within the Legal Department

17   who is made aware of Takedown Notices that are

18   escalated to Legal?

19   A.    Yes.  The first line.  Yes.

20   Q.    First line.  Okay.                           17:47:31

21         And how often would you estimate a Takedown

22   Notification -- or I'll include a cease-and-desist

23   letter, or a demand from a rights holder -- is

24   escalated to you, say, per -- per week or month?

25   A.    One to two a week; but some weeks there are none.  17:48:00
```

Page 192

Ex. 93
Page 585

CONFIDENTIAL

1   Q.   Some weeks there are none.  And some weeks there      17:48:07

2   may be three or four; but one to two is your best

3   estimate of the average?  Is that a fair

4   characterization?

5   A.   My best guess at it, yes.  I don't have numbers.      17:48:19

6   Q.   Okay.  And have you ever dealt with multiple

7   complaints from a single rights holder?  In other

8   words, they -- they send in a Takedown Notice once, and

9   then subsequently, they -- you hear from them again?

10  A.   Yes.                                                 17:48:45

11  Q.   And how often does that occur?

12  A.   Frequently.  I don't know an exact number, though.

13  It -- it would be unusual for someone to just send one

14  Takedown Notice, and then we never hear from them

15  again.                                                   17:49:09

16  Q.   Okay.  And have you ever received more than two

17  Takedown Notices or complaints from a rights holder;

18  from a particular rights holder?

19  A.   Takedown Notices, or complaints -- to -- or so,

20  like, three or more?                                     17:49:43

21  Q.   Yes.

22  A.   And then how frequently does that occur?

23  Q.   Yes.

24  A.   Like, per week?

25  Q.   Whatever makes sense.  Yeah.  If you -- I don't      17:49:50

Page 193

CONFIDENTIAL

```
1    know if it's -- how often does that occur?  Is it        17:49:53

2    weekly?  Monthly?  Yearly?  Once in the history?

3    A.   So not all are escalated, so I may not see all of

4    them; but some rights holders give us Takedown Notices

5    once a month, whenever they feel the need to look at      17:50:19

6    the site and send us a list of things to remove.

7         Sometimes we offer, Hey, should -- do you want

8    us -- we heard from you a couple of times.  Do you --

9    do you want us to police for this?

10        Sometimes they don't respond back on that, but       17:50:38

11   they send us another Takedown Notice later, or a

12   letter.

13        So I would say, subject to me not seeing all of

14   the Takedown Notices that the MPI Team processes every

15   week, the ones that I --                                  17:50:56

16        I would just say generally it's a -- it's a

17   frequent occurrence that once someone sends us one

18   Takedown Notice, that, you know, they get in a groove

19   of whatever they want to -- whatever they prefer.

20   Q.   Has Redbubble notified any of its third-party        17:51:16

21   fulfillers that it's involved in IP litigation with

22   Atari?

23   A.   Can you please -- I'm sorry.  My foot was tangled.

24   Can you please repeat the question, or have it --

25   Q.   Has Red -- has Redbubble informed any of the         17:51:43
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    intellectual property?                                18:09:36

 2    A.   Not that I know of.

 3              MR. WESLEY:  Okay.  Okay.  I think that's all

 4    I have.

 5              MR. MASUR:  And I don't think I need to       18:10:55

 6    redirect.

 7              VIDEOGRAPHER:  Okay.

 8              MR. WESLEY:  Okay.  So we'll use the same

 9    stipulation as yesterday.  Is that adequate?

10              MR. MASUR:  Works for me.                     18:10:55

11              MR. WESLEY:  All right.

12              VIDEOGRAPHER:  This concludes today's

13    deposition of 30(b)(6) corporate representative

14    James N. Toy.  The number of media used was four, and

15    will be retained by Veritext Legal Solutions.  The time  18:11:24

16    is 6:11 p.m.  We're off the record.

17         (At 6:11 p.m. the proceedings were adjourned.)

18

19              I declare under penalty of perjury that the
                                    with corrections as noted
20         foreging is true and correct.  Subscribed at

21    Fairfax_____, CA_____, this _3__ day of February 20_20_.

22     (City)           (State)

23    _____

24         JAMES N. TOY

25
```

Page 206

CONFIDENTIAL

1           I, the undersigned, a Certified

2   Shorthand Reporter of the State of California, do

3   hereby certify:

4           That the foregoing proceedings were taken before

5   me at the time and place herein set forth; that any

6   witnesses in the foregoing proceedings, prior to

7   testifying, were placed under oath; that a verbatim

8   record of the proceedings was made by me using machine

9   shorthand which was thereafter transcribed under my

10  direction; further, that the foregoing is an accurate

11  transcription thereof.

12          I further certify that I am neither financially

13  interested in the action nor a relative or employee of

14  any attorney or any of the parties.

15          IN WITNESS WHEREOF, I have this date subscribed my

16  name.

17  Dated: December 26, 2019

18

19

20

21

22

23          LYDIA ZINN, RPR, FCRR

24          CSR No. 9223

25

Page 207