NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS<br><br>*[Filed concurrently with Joint Stipulated Request for Extension]* |

2911-1006 / 1647153.1

1

1  Before the Court is the Joint Stipulated Request for Extension of Time to File
2  Joint Omnibus Application to Seal Documents pursuant to the Court's (In
3  Chambers) Order Re: Parties' Application to Seal [DE## 34, 37, 43, 47, 63, 66]
4  dated July 10, 2020 (DE#104), filed jointly by Plaintiff Y.Y.G.M. SA d.b.a. Brandy
5  Melville and Defendant Redbubble Inc.  Good cause appearing therefor, the Court
6  hereby **GRANTS** the Joint Stipulated Request for Extension of Time to File Joint
7  Omnibus Application to Seal Documents.
8  The parties shall file the Joint Omnibus Application to Seal Documents no
9  later than July 22, 2020.
10  **IT IS SO ORDERED.**

12  DATED:  July 20, 2020

*[signature: Gary Klausner]*

Honorable R. Gary Klausner
United States District Court Judge