1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:　Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS**<br><br>*[Filed concurrently with Joint Omnibus Application to Seal Documents; Declaration of Jason Y. Kelly; Declaration of Joshua M. Masur; and Accompanying Documents]*<br><br>Date:　　　　TBD<br>Time:　　　　9:00 a.m.<br>Courtroom:　850<br><br>PTSC Date:　September 21, 2020<br>Trial Date:　October 6, 2020 |

-1-    Case No. 2:19-cv-04618-RGK (JPRx)
[PROPOSED] ORDER GRANTING JOINT OMNIBUS APPLICATION TO SEAL DOCUMENTS

**[PROPOSED] ORDER**

This matter having come before the Court upon Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville and Defendant Redbubble Inc.'s Joint Omnibus Application to Seal Documents, **IT IS HEREBY ORDERED** that the Joint Omnibus Application to Seal Documents is **GRANTED** in its entirety and the portions of the accompanying documents are filed under seal as redacted by the parties.

IT IS SO ORDERED.

Dated: ~~July ___, 2020~~
August 6, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge