KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

JEFFREY J. ZUBER (SBN 220830)
 jzuber@zuberlawler.com
RASHEED M. McWILLIAMS  (SBN 281832)
 rmcwilliams@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 8 TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OR ARGUMENT OF PRE-NOTICE ALLEGED INFRINGEMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine No. 8; [Proposed] Order]*<br><br>Hearing Date:  October 6, 2020<br>Time:                 9:00 a.m.<br>Courtroom:       850<br>Hon. R. Gary Klausner |

## DECLARATION OF JOSHUA M. MASUR

I, Joshua M. Masur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler & Del Duca LLP, attorneys of record for Defendant Redbubble Inc. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. On August 12, 13, and 14, 2020, I repeatedly attempted to schedule a meet and confer pursuant to L.R. 7-3 with opposing counsel. Counsel for Plaintiff did not agree to meet and confer. A true and correct copy of the email chain in question is attached as Exhibit H hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of August, 2020, at Redwood City, California.

*/s/ Joshua M. Masur*
Joshua M. Masur