# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 8 TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OR ARGUMENT OF PRE-NOTICE ALLEGED INFRINGEMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine; Declaration of Joshua M. Masur]*<br><br>Hearing Date: October 6, 2020<br>Time:         9:00 a.m.<br>Courtroom:   850<br>Hon. R. Gary Klausner |

2911-1006 / 1664886.1

1

1  This matter having come before the Court upon Defendant Redbubble Inc.'s
2  Motion in Limine, the Court, having reviewed the motion and related papers and
3  after sufficient cause appearing, finds that Defendant's Motion in Limine No. 8 to
4  Bar Plaintiff from Introducing Evidence or Argument of Pre-noticed Alleged
5  Infringement is GRANTED.  At trial, Plaintiff may not introduce (a) any pre-notice
6  evidence of alleged infringement of unregistered marks; (b) any pre-registration
7  evidence of alleged infringement of registered marks; or (c) any argument based on
8  either.
9
10     **IT IS SO ORDERED.**
11
12
13 Dated: _____, 2020.
14                                            UNITED STATES DISTRICT COURT
                                           R. GARY KLAUSNER
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2911-1006 / 1664886.1

2