| | |
|---|---|
| 1 | KENNETH B. WILSON (SBN 130009) |
| | ken@coastsidelegal.com |
| 2 | COASTSIDE LEGAL |
| | 455 1st Avenue |
| 3 | Half Moon Bay, California 94019 |
| 4 | Telephone: (650) 440-4211 |
| 5 | JOSHUA M. MASUR (SBN 203510) |
| | jmasur@zuberlawler.com |
| 6 | ZUBER LAWLER & DEL DUCA LLP |
| | 2000 Broadway Street, Office 154 |
| 7 | Redwood City, California 94063 |
| | Telephone: (650) 866-5901 |
| 8 | Facsimile: (213) 596-5621 |
| 9 | |
| 10 | JEFFREY J. ZUBER (SBN 220830) |
| | *jzuber@zuberlawler.com* |
| 11 | RASHEED M. McWILLIAMS (SBN 281832) |
| | *rmcwilliams@zuberlawler.com* |
| 12 | ZUBER LAWLER & DEL DUCA LLP |
| | 350 S. Grand Ave., 32nd Fl. |
| 13 | Los Angeles, California 90071 |
| 14 | Telephone: (213) 596-5620 |
| | Facsimile: (213) 596-5621 |
| 15 | Attorneys for Defendant |
| | REDBUBBLE INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 9 TO BAR PLAINTIFF FROM INTRODUCING UNDISCLOSED EVIDENCE OR ARGUMENT OF COUNTERFEITING**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine No. 9; [Proposed] Order]*<br><br>Hearing Date: October 6, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

2911-1006 / 1663219.1

1

## **DECLARATION OF JOSHUA M. MASUR**

I, Joshua M. Masur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler & Del Duca LLP, attorneys of record for Defendant Redbubble Inc. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. On August 12, 13, and 14, 2020, I repeatedly attempted to schedule a meet and confer pursuant to L.R. 7-3 with opposing counsel. Counsel for Plaintiff did not agree to meet and confer. A true and correct copy of the email chain in question is attached as Exhibit H hereto.

3. A true and correct copy of Plaintiff's initial disclosures, dated October 11, 2019, is attached as Exhibit I hereto.

4. A true and correct copy of Plaintiff's responses to Redbubble's first set of requests for production, dated November 24, 2019, is attached as Exhibit J hereto.

5. A true and correct copy of section 1401.02(a) of the October 2018 edition of the Trademark Manual of Examining Procedure, is attached as Exhibit K hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of August 2020, at Redwood City, California.

*/s/ Joshua M. Masur*
Joshua M. Masur