# EXHIBIT H

# Joshua Masur

| | |
|---|---|
| **From:** | Joshua Masur |
| **Sent:** | Friday, August 14, 2020 1:55 PM |
| **To:** | Jason Kelly; Ana Z. Porcellino; Keith Wesley; Ashford Kneitel; Claudia Bonilla; Ryan Q. Keech |
| **Cc:** | Redbubble-Brandy-Service; Ken Wilson |
| **Subject:** | RE: Y.Y.G.M. SA  v. Redbubble, Inc. (CACD  2:19-cv-04618-RGK-JPR) |

Jason –

With regards to the motions *in limine*, we understand that that is your position.  We disagree.  Leaving that aside, it seems from your response that you are not willing to meet and confer on the substance of these motions; if that interpretation is wrong, please let me know.

With regards to the surviving claims, the Summary Judgment Order (DE#103 at 16) explicitly states that "The Court DENIES Redbubble's motion as to Brandy Melville's claims for contributory infringement and counterfeiting." That language mirrors plaintiff's own description of the Fourth Claim, for "Contributory Trademark Infringement and Counterfeiting," on page 10 of the Complaint.  Which of the other claims does plaintiff believe survives?

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com |  www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, August 14, 2020 11:17 AM
**To:** Joshua Masur <JMasur@zuberlawler.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Josh,

The deadlines to meet and confer and to file motions *in limine* have passed.  It would be improper for Defendant to file the motions you reference in your email, especially because Defendant could have timely filed them in May 2020 independent of the summary judgment order.  But Defendant did not, and it cannot do so now, months after the deadline.  Plaintiff reserves all rights to move to strike and to seek sanctions if Defendant proceeds to file any improper or untimely motions.

Additionally, the scope of the case has not been "substantially restricted," and the Court denied Defendant's motion for summary judgment as to two claims: contributory infringement and counterfeiting.  (Dkt. No. 103 at 16.)

Best,

Jason Kelly
**BROWNE GEORGE ROSS** LLP
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, August 14, 2020 7:53 AM
**To:** Jason Kelly <jkelly@bgrfirm.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Thanks, Jason.

Based on the new trial date, we believe that additional motions in limine are timely, particularly where, for example, they reflect the Court's order granting our motion for summary judgment on all but one claim, which has substantially restricted the scope of the case.

Accordingly, Redbubble intends to file the following additional motions in limine:

- Barring Plaintiff from introducing (a) any pre-notice evidence of alleged infringement of unregistered marks, (b) any pre-registration evidence of alleged infringement of registered marks; and (c) any argument based on either.
- Barring Plaintiff from introducing any evidence or argument that any alleged infringement that either (a) falls outside a registered class, or (b) for which Plaintiff failed to proffer "sufficiently detailed evidence to make judgments regarding the similarity of items" (SJ Order, DE 103 at 15), is a counterfeit.
- Barring Plaintiff from introducing any documentary or other physical evidence of its own operations that was not produced in discovery (including but not limited to any evidence that Plaintiff has offered or sold decorative products bearing the registered marks), and from any argument based on same.

Redbubble does not intend to withdraw any of its pending motions in limine.

I remain available to meet and confer at 2pm this afternoon. Feel free to call me at 650.434.8538.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street, Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Thursday, August 13, 2020 5:50 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Hi Josh,

The parties already satisfied their obligation to meet and confer regarding motions *in limine*. The deadline for either party to file motions *in limine* has passed. Plaintiff does not intend to withdraw any of the motions it filed. Please advise if Defendant intends to withdraw any motions *in limine*.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Thursday, August 13, 2020 2:59 PM
**To:** Ana Z. Porcellino <aporcellino@bgrfirm.com>; Jason Kelly <jkelly@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Jason –

Are you available tomorrow afternoon to meet and confer about motions in limine? How would 2pm be?

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Joshua Masur
**Sent:** Wednesday, August 12, 2020 2:32 PM
**To:** 'Ana Z. Porcellino' <aporcellino@bgrfirm.com>; 'Jason Kelly' <jkelly@bgrfirm.com>; 'Keith Wesley' <kwesley@bgrfirm.com>; 'Ashford Kneitel' <akneitel@bgrfirm.com>; 'Claudia Bonilla' <CBonilla@bgrfirm.com>; 'Ryan Q. Keech' <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Thanks again, Jason – and apologies for the confusion.

Looking at the deadlines, our deadline to meet and confer on motions in limine is Friday. How's your availability that afternoon?

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Joshua Masur
**Sent:** Wednesday, August 12, 2020 1:02 PM
**To:** 'Ana Z. Porcellino' <aporcellino@bgrfirm.com>; Jason Kelly <jkelly@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Apologies – something went wrong with that meeting id.  I just circulated a new one.


Join Zoom Meeting
https://zoom.us/j/96541958212?pwd=eklLc1ZUR1IFSEV4cFd5T000a0VTdz09

Meeting ID: 965 4195 8212
Passcode: 221861
One tap mobile
+16699006833,,96541958212#,,,,,,0#,,221861# US (San Jose)
+12532158782,,96541958212#,,,,,,0#,,221861# US (Tacoma)

Dial by your location
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
        +1 929 436 2866 US (New York)
        +1 301 715 8592 US (Germantown)
        +1 312 626 6799 US (Chicago)
        877 853 5257 US Toll-free
        888 475 4499 US Toll-free
Meeting ID: 965 4195 8212
Passcode: 221861
Find your local number: https://zoom.us/u/acST5fCoXT

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

**From:** Ana Z. Porcellino <aporcellino@bgrfirm.com>
**Sent:** Wednesday, August 12, 2020 12:38 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>; Jason Kelly <jkelly@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Mr. Masur,

I just noticed that for some reason, Jason was not included in the invitation.

**Ana Z. Porcellino**
Legal Assistant to Ryan Q. Keech,
  Jason Y. Kelly, Ashford Kneitel and
  Abigail Page
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
310.274.7100
310.275.5697
aporcellino@bgrfirm.com
www.bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Wednesday, August 12, 2020 12:34 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Thanks, Jason –

I circulated a Zoom invite a few days ago; did that not go through?

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Wednesday, August 12, 2020 12:26 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>

**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Josh,

We can use the following dial-in:

    1.888.206.2266
    6939930#

**Jason Kelly**
**BROWNE GEORGE ROSS** LLP
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Sunday, August 9, 2020 4:16 PM
**To:** Jason Kelly <jkelly@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Great. I'll send a Zoom invitation.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Sunday, August 9, 2020 3:58 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Case 2:19-cv-04618-RGK-JPR   Document 110-3   Filed 08/31/20   Page 2 of 10   Page ID #:8705

Thanks, Josh. We are available at 1 p.m. on Wednesday to discuss any impact the summary judgment order had on this case's trial.

**Jason Kelly**
**BROWNE GEORGE ROSS** LLP
Main 310.274.7100 | jkelly@bgrfirm.com

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Sunday, August 9, 2020 3:53 PM

**To:** Jason Kelly <jkelly@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Thanks, Jason. I didn't mean to imply that we hadn't met our meet and confer obligation as a technical matter, but given that the summary judgment order has substantially narrowed the case, we think it's worth an update.

How about 1pm on Wednesday?

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Jason Kelly <jkelly@bgrfirm.com>
**Sent:** Friday, August 7, 2020 6:42 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** RE: Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Counsel,

The parties have already satisfied their obligations under L.R. 16-2. But we are available next week to confer regarding any amendments that will need to be made to the PTCO and other pre-trial documents. We are available between 11 a.m. and 3 p.m. on Wednesday. Please let me know what time works best for you.

Thank you.

**Jason Kelly**
**BROWNE GEORGE ROSS LLP**
Main 310.274.7100 | jkelly@bgrfirm.com

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Thursday, August 6, 2020 9:47 AM
**To:** Jason Kelly <jkelly@bgrfirm.com>; Keith Wesley <kwesley@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ana Z. Porcellino <aporcellino@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>
**Cc:** Redbubble-Brandy-Service <RedbubbleBrandyService@zuberlawler.com>; Ken Wilson <ken@coastsidelegal.com>
**Subject:** Y.Y.G.M. SA v. Redbubble, Inc. (CACD 2:19-cv-04618-RGK-JPR)

Counsel –

Our new L.R. 16-2 deadline is next Wednesday, August 12.

Redbubble can be available on Tuesday or Wednesday afternoon.  Please let us know what time would be good for you.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com |  www.zuberlawler.com

---

The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. This email may be an attorney advertisement. Should you not wish to receive such communications from me, please reply to this email requesting to be removed.

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____