# EXHIBIT K

# Chapter 1400   Classification and Identification of Goods and Services

| | |
|---|---|
| **1401** | **Classification** |
| **1401.01** | Statutory Authority |
| **1401.02** | International Trademark Classification Adopted |
| **1401.02(a)** | Headings of International Trademark Classes |
| **1401.02(b)** | Short Titles for International Trademark Classes |
| **1401.02(c)** | International Alphabetical List |
| **1401.03** | Designation of Class |
| **1401.03(a)** | Designation of Class by Applicant Normally Initially Accepted in Applications Under §§1 and 44 |
| **1401.03(b)** | Designation of Class by USPTO When Class Number Is Not Designated or Is Inaccurate in Application Under §1 or §44 |
| **1401.03(c)** | Failure to Classify May Delay Action in Applications Under §§1 and 44 |
| **1401.03(d)** | Classification Determined by World Intellectual Property Organization in §66(a) Applications |
| **1401.04** | Classification Determines Number of Fees |
| **1401.04(a)** | Prior United States Classification System |
| **1401.04(b)** | Limiting Goods and Services to the Number of Classes for Which Filing Fees Are Paid |
| **1401.05** | Criteria on Which International Classification Is Based |
| **1401.05(a)** | Identification and Classification of Kits, Gift Baskets, and Items Sold as a Unit |
| **1401.05(b)** | Medical vs. Non-Medical Goods |
| **1401.05(c)** | Classification and Plurality of Uses |
| **1401.05(d)** | Identification and Classification of "Systems" |
| **1401.05(e)** | Identification and Classification of "Food Additives" |
| **1401.06** | Specimen(s) as Related to Classification |
| **1401.07** | Specimen Discloses Special Characteristics |
| **1401.08** | Classification and the Identification of Goods and Services |
| **1401.09** | Implementation of Changes to the Nice Agreement |
| **1401.10** | Effective Date of Changes to USPTO ID Manual |
| **1401.10(a)** | Effective Date of USPTO ID Manual Entries for Applications Filed Under §66(a) |
| **1401.11** | Changes in Practice Based on the Restructuring of International Class 42 in the 8th Edition of the Nice Agreement |
| **1401.11(a)** | Elimination of "Miscellaneous Class Designation" |
| **1401.12** | General Summary of Major Changes in Practice Based on the 9th Edition of the Nice Agreement |
| **1401.12(a)** | Legal Services Transferred to International Class 45 |
| **1401.12(b)** | Goods Made of Precious Metal are Classified According to Their Function |
| **1401.12(c)** | Transfer of Aquaria and Related Items |
| **1401.13** | General Summary of Major Changes in Practice Based on the 10th Edition of the Nice Agreement |
| **1401.13(a)** | Electric/Electrothermic Goods |
| **1401.13(b)** | Amusement and Game-Playing Apparatus |
| **1401.13(c)** | Food Additives |
| **1401.13(d)** | Dietetic Substances and Meal Replacements |
| **1401.13(e)** | Marketing Services |
| **1401.14** | General Summary of Major Changes in Practice Based on the 11th Edition of the Nice Agreement |
| **1401.14(a)** | Cosmetic and Toiletry Preparations and Soaps |

| | |
|---|---|
| **1401.14(b)** | Household or Kitchen Serving Utensils and Small Hand-operated Kitchen Apparatus for Mincing, Grinding, Pressing, or Crushing |
| **1401.14(c)** | Dietetic Food and Beverages Adapted for Medical or Veterinary Use |
| **1401.14(d)** | Nut and Plant Milks; Milk Substitutes |
| **1401.14(e)** | Security Services in Class 42 and Class 45 |
| **1401.14(f)** | Ivory, Bone, Whalebone, Horn, and Tusks |
| **1402** | **Identification of Goods and Services** |
| **1402.01** | Specifying the Goods and/or Services - in General |
| **1402.01(a)** | General Guidelines for Acceptable Identifications of Goods or Services |
| **1402.01(b)** | Identification of Goods and Services in a §44 Application |
| **1402.01(c)** | Identification and Classification of Goods and Services in a §66(a) Application |
| **1402.01(d)** | Location of "Identification of Goods and Services" |
| **1402.01(e)** | Responsibilities of Examining Attorney as to Identification |
| **1402.02** | Entitlement to Filing Date With Respect to Identification of Goods and Services |
| **1402.03** | Specificity of Terms Used in Identifying Goods and Services |
| **1402.03(a)** | Inclusive Terminology |
| **1402.03(b)** | House Marks |
| **1402.03(c)** | Marks for a "Full Line of …" |
| **1402.03(d)** | Identifying Computer Programs with Specificity |
| **1402.03(e)** | Identifying Publications with Specificity |
| **1402.03(f)** | Recognition of Industry Terms |
| **1402.03(g)** | Name and/or Acronym of Trademark Protection System or Scheme for Geographical Indication Appearing in Identification |
| **1402.04** | Acceptable Identification of Goods and Services Manual |
| **1402.05** | Accuracy of Identification |
| **1402.05(a)** | Goods That Are Components or Ingredients |
| **1402.05(b)** | Material Composition |
| **1402.06** | Amendments Permitted to Clarify or Limit Identification |
| **1402.06(a)** | Limiting the Identification of Goods and Services |
| **1402.06(b)** | Clarifying the Identification of Goods and Services |
| **1402.07** | Scope of Identification of Goods and Services for Purposes of Amendment |
| **1402.07(a)** | The Ordinary-Meaning Test |
| **1402.07(b)** | Ambiguous Identifications |
| **1402.07(c)** | Unambiguous Identifications |
| **1402.07(d)** | Permissible Scope of Identification Not Affected by Proposed Amendment That Is Unacceptable |
| **1402.07(e)** | Permissible Scope of Identification Affected by Proposed Amendment That Is Acceptable |
| **1402.08** | Moving Goods and Services Between Companion Applications |
| **1402.09** | Use of Marks or Terms "Applicant" and "Registrant" Inappropriate in Identifications |
| **1402.10** | Identification of Goods and Services in Documents Filed in Connection with §1(b) Applications |
| **1402.11** | Identification of Services |
| **1402.11(a)** | Computer Services |
| **1402.11(a)(i)** | Services Classified in Classes 35, 36, 37, 39, 40, 41, 44, and 45 |
| **1402.11(a)(ii)** | Content Providers |
| **1402.11(a)(iii)** | Provision of Telecommunications Connections to the Internet |
| **1402.11(a)(iv)** | Office-Function-Type and Computerized Web Traffic Services |
| **1402.11(a)(v)** | Computer Installation and Repair Services |
| **1402.11(a)(vi)** | Computer Retail Services |
| **1402.11(a)(vii)** | Computer Entertainment Services |

| 1402.11(a)(viii) | Computer Design and Development Services |
| 1402.11(a)(ix) | Database Services |
| 1402.11(a)(x) | Online Publications |
| 1402.11(a)(xi) | Electronic Storage, Hosting of Data, and Cloud Computing |
| 1402.11(a)(xii) | Non-Downloadable Computer Software |
| 1402.11(b) | Information Services |
| 1402.11(c) | Association Services and "Promoting the Interest of" Services |
| 1402.11(d) | Charitable Services, Other than Monetary |
| 1402.11(e) | Consulting Services |
| 1402.11(f) | Distribution of Videotapes, Audiotapes, Videodiscs, and Similar Items |
| 1402.11(g) | Recorded Entertainment Services |
| 1402.11(h) | Identification of "Bonus Programs" |
| 1402.11(i) | Marketing Services and Advertising Services |
| 1402.11(j) | Issuing Awards |
| 1402.11(k) | Accreditation- and Certification-Related Services vs. Certification Marks |
| 1402.12 | Parentheses and Brackets Should Not be Used in Identifications of Goods and Services |
| 1402.13 | Requirement for Amendment of Portion of Identification of Goods/Services |
| 1402.14 | Identification of Goods/Services Must Conform to Rules and Policies in Effect at the Time Registration is Sought |
| 1402.15 | Procedures for Processing Unacceptable Amendments to Identifications |
| **1403** | **Combined or Multiple-Class Applications** |
| 1403.01 | Requirements for Combined or Multiple-Class Applications |
| 1403.02 | Amendment of Combined or Multiple-Class Application |
| 1403.02(a) | Deletion of Classes |
| 1403.02(b) | Correction of Classification |
| 1403.02(c) | Addition of Classes |
| 1403.03 | Dividing of Combined or Multiple-Class Application |
| 1403.04 | Combined or Multiple-Class Marks in Official Gazette |
| 1403.05 | Refusals and Oppositions as to Less Than All the Classes in a Multiple-Class Application |
| 1403.06 | Fees for Action After Filing, Multiple Classes |
| 1403.07 | Surrender or Amendment in Multiple-Class Registrations |

# 1401  Classification

## 1401.01   Statutory Authority

Section 30 of the Trademark Act, 15 U.S.C. §1112,  provides authority for establishing a classification system.  That section states, in part, as follows:

> The Director may establish a classification of goods and services, for convenience of Patent and Trademark Office administration, but not to limit or extend the applicant's or registrant's rights.

## 1401.02  International Trademark Classification Adopted

As of September 1, 1973, the international classification of goods and services is the controlling classification used by the United States, and it applies to all applications filed on or after September 1, 1973, and their

resulting registrations, for all statutory purposes.   *See* 37 C.F.R. §2.85(a).  Unless otherwise indicated, references in this manual to class refer to the international class.

Prior to September 1, 1973, the United States used its own classification of goods and services, which is different from the international classification.  The prior United States classification continues to govern for all statutory purposes for trademark applications filed on or before August 31, 1973, and all registrations issued on the basis of an application filed on or before August 31, 1973, unless the owner of the registration amends the registration to adopt international classification.  37 C.F.R. §2.85(b).

If a registration issued under the United States classification system, the owner of the registration may voluntarily amend to reclassify under the international classification system, pursuant to §7(e) of the Trademark Act, 15 U.S.C. §1057(e), if the owner pays the required fee.  37 C.F.R. §§2.6 and 2.85(e)(3).  *See* TMEP §1609.04.

Classification schedules are set forth in Part 6 of the Trademark Rules of Practice.  See 37 C.F.R. §6.1 for the international classification schedule for goods and services, 37 C.F.R. §6.2 for the prior United States classification schedule for goods and services, 37 C.F.R. §6.3 for certification marks, and 37 C.F.R. §6.4 for collective membership marks.

## 1401.02(a)  Headings of International Trademark Classes

International trademark classification, and the headings of the international trademark classes, are established by the Committee of Experts of the Nice Union and set forth in the  *International Classification of Goods and Services for the Purposes of the Registration of Marks* (Nice Classification) published annually by the World Intellectual Property Organization ("WIPO") on its website.  See TMEP §1401.02(c) for further information.

In 2013, the Committee of Experts began annual revisions to the Nice Classification. The annual revisions, which are published electronically and enter into force on January 1 each year, are referred to as versions and identified by edition number and year of the effective date (e.g., "Nice Classification, 10th edition, version 2013," "Nice 10-2013," or "NCL 10-2013"). Each annual version includes all changes adopted by the Committee of Experts since the adoption of the previous version. The changes consist of the addition of new goods and services to, and deletion of goods and services from, the Alphabetical List, and any modifications to the wording in the Alphabetical List, the class headings and the explanatory notes that do not involve the transfer of goods or services from one class to another. New editions continue to be published electronically and enter into force usually every five years, and include all changes adopted annually since the previous edition, as well as all amendments. Amendments consist of goods or services transferred from one class to another or new classes that are created. The **Nice Agreement Current Edition/Version** page sets forth the general remarks, class numbers, class headings and explanatory notes for the current edition and version of the Nice Agreement.

The general remarks, class numbers, class headings, and explanatory notes for each international class under Nice Classification, 11th edition, version 2018 ("NCL 11-2018" or "Nice 11-2018") are set forth below.  The word or words in parentheses following the class numbers are short titles for the classes that are used exclusively in the United States Patent and Trademark Office ("USPTO") and are not part of the official text of the Nice Classification.  *See* TMEP §1401.02(b).

In addition, NCL 11-2018 is available on WIPO's website at http://www.wipo.int/classifications/nice/en.  *See also* TMEP §1401.02(c).

Nice Classification, 11th edition, version 2019 ("NCL 11-2019" or "Nice 11-2019") will be effective January 1, 2019. NCL 11-2019 should be available on **USPTO's Nice Agreement Current Edition/Version page** and on WIPO's website, **http://www.wipo.int/classifications/nice/en**, on or around January 1, 2019.

## GENERAL REMARKS

The indications of goods or services appearing in the class headings are general indications relating to the fields to which, in principle, the goods or services belong. The Alphabetical List should therefore be consulted in order to ascertain the exact classification of each individual product or service.

*Goods*

If a product cannot be classified with the aid of the List of Classes, the Explanatory Notes and the Alphabetical List, the following remarks set forth the criteria to be applied:

(a)  A finished product is in principle classified according to its function or purpose. If the function or purpose of a finished product is not mentioned in any class heading, the finished product is classified by analogy with other comparable finished products, indicated in the Alphabetical List. If none is found, other subsidiary criteria, such as that of the material of which the product is made or its mode of operation, are applied.

(b)  A finished product which is a multipurpose composite object (e.g., clocks incorporating radios) may be classified in all classes that correspond to any of its functions or intended purposes. If those functions or purposes are not mentioned in any class heading, other criteria, indicated under (a), above, are to be applied.

(c)  Raw materials, unworked or semi-worked, are in principle classified according to the material of which they consist.

(d)  Goods intended to form part of another product are in principle classified in the same class as that product only in cases where the same type of goods cannot normally be used for another purpose. In all other cases, the criterion indicated under (a), above, applies.

(e)  When a product, whether finished or not, is classified according to the material of which it is made, and it is made of different materials, the product is in principle classified according to the material which predominates.

(f)  Cases adapted to the product they are intended to contain are in principle classified in the same class as the product.

*Services*

If a service cannot be classified with the aid of the List of Classes, the Explanatory Notes and the Alphabetical List, the following remarks set forth the criteria to be applied:

(a)  Services are in principle classified according to the branches of activities specified in the headings of the service classes and in their Explanatory Notes or, if not specified, by analogy with other comparable services indicated in the Alphabetical List.

(b)  Rental services are in principle classified in the same classes as the services provided by means of the rented objects (e.g., Rental of telephones, covered by Cl. 38). Leasing services are analogous to rental services and therefore should be classified in the same way. However, hire or lease-purchase financing is classified in Class 36 as a financial service.

(c)   Services that provide advice, information or consultation are in principle classified in the same classes as the services that correspond to the subject matter of the advice, information or consultation, e.g., transportation consultancy (Cl. 39), business management consultancy (Cl. 35), financial consultancy (Cl. 36), beauty consultancy (Cl. 44).  The rendering of the advice, information or consultancy by electronic means (e.g., telephone, computer) does not affect the classification of these services.

(d)   Services rendered in the framework of franchising are in principle classified in the same class as the particular services provided by the franchisor (e.g., business advice relating to franchising (Cl. 35), financing services relating to franchising (Cl. 36), legal services relating to franchising (Cl. 45)).

## GOODS

## CLASS 1

### (Chemicals)

Chemicals for use in industry, science and photography, as well as in agriculture, horticulture and forestry; unprocessed artificial resins, unprocessed plastics; fire extinguishing and fire prevention compositions; tempering and soldering preparations; substances for tanning animal skins and hides; adhesives for use in industry; putties and other paste fillers; compost, manures, fertilizers; bilogical preparations for use in industry and science.

*Explanatory Note*

Class 1 includes mainly chemical products for use in industry, science and agriculture, including those which go to the making of products belonging to other classes.

*This Class includes, in particular:*

- sensitized paper;
- tyre-repairing compositions;
- salt for preserving other than for foodstuffs;
- certain additives for use in the food industry, for example, pectin, lecithin, enzymes and chemical preservatives;
- certain ingredients for use in the manufacture of cosmetics and pharmaceuticals, for example, vitamins, preservatives and antioxidants;
- certain filtering materials, for example, mineral substances, vegetable substances and ceramic materials in particulate form.

*This Class does not include, in particular:*

- raw natural resins (Cl. 2), semi-processed resins (Cl. 17);
- chemical preparations for medical or veterinary purposes (Cl. 5);
- fungicides, herbicides and preparations for destroying vermin (Cl. 5);
- adhesives for stationery or household purposes (Cl. 16);
- salt for preserving foodstuffs (Cl. 30);
- straw mulch (Cl. 31).

## CLASS 2

## (Paints)

Paints, varnishes, lacquers; preservatives against rust and against deterioration of wood; colorants, dyes; inks for printing, marking and engraving; raw natural resins; metals in foil and powder form for use in painting, decorating, printing and art.

*Explanatory Note*

Class 2 includes mainly paints, colorants and preparations used for protection against corrosion.

*This Class includes, in particular:*

- paints, varnishes and lacquers for industry, handicrafts and arts;
- thinners, thickeners, fixatives and siccatives for paints, varnishes and lacquers;
- mordants for wood and leather;
- anti-rust oils and oils for the preservation of wood;
- dyestuffs for clothing;
- colorants for foodstuffs and beverages.

*This Class does not include, in particular:*

- unprocessed artificial resins (Cl. 1), semi-processed resins (Cl. 17);
- mordants for metals (Cl. 1) ;
- laundry blueing (Cl. 3);
- cosmetic dyes (Cl. 3);
- paint boxes (articles for use in school) (Cl. 16);
- inks for stationery purposes (Cl. 16);
- insulating paints and varnishes (Cl. 17).

## CLASS 3

## (Cosmetics and cleaning preparations)

Non medicated cosmetics and toiletry preparations; non-medicated dentifrices; perfumery, essential oils; bleaching preparations and other substances for laundry use; cleaning, polishing, scouring and abrasive preparations.

*Explanatory Note*

Class 3 includes mainly non-medicated toiletry preparations as well as cleaning preparations for use in the home and other environments.

*This Class includes, in particular:*

- sanitary preparations being toiletries;
- tissues impregnated with cosmetic lotions;

- deodorants for human beings or for animals;
- room fragrancing preparations;
- nail art stickers;
- polishing wax;
- sandpaper.

*This Class does not include, in particular:*

- ingredients for use in the manufacture of cosmetics, for example, vitamins, preservatives and antioxidants (Cl. 1);
- degreasing preparations for use in manufacturing processes (Cl. 1);
- chemical chimney cleaners (Cl. 1);
- deodorants, other than for human beings or for animals (Cl. 5);
- medicated shampoos, soaps, lotions and dentifrices (Cl. 5);
- emery boards, emery files, sharpening stones and grindstones (hand tools) (Cl. 8);
- cosmetic and cleaning instruments, for example, make-up brushes (Cl. 21), cloths, pads and rags for cleaning (Cl. 21).

## CLASS 4

## (Lubricants and fuels)

Industrial oils and greases, wax; lubricants; dust absorbing, wetting and binding compositions; fuels and illuminants; candles and wicks for lighting.

*Explanatory Note*

Class 4 includes mainly industrial oils and greases, fuels and illuminants.

*This Class includes, in particular:*

oils for the preservation of masonry or of leather
raw wax, industrial wax;
electrical energy;
motor fuels, biofuels;
non-chemical additives for fuel;
wood for use as fuel.

*This Class does not include, in particular:*

- certain special industrial oils and greases, for example, oils for tanning leather (Cl. 1), oils for the preservation of wood, anti-rust oils and greases (Cl. 2), essential oils (Cl. 3);
- massage candles for cosmetic purposes (Cl. 3) and medicated massage candles (Cl. 5);
- certain special waxes, for example, grafting wax for trees (Cl. 1), tailors' wax, polishing wax, depilatory wax (Cl. 3), dental wax (Cl. 5), sealing wax (Cl. 16).

## CLASS 5

**(Pharmaceuticals)**

Pharmaceuticals, medical and veterinary preparations; sanitary preparations for medical purposes; dietetic food and substances adapted for medical or veterinary use, food for babies; dietary supplements for humans and animals; plasters, materials for dressings; material for stopping teeth, dental wax; disinfectants; preparations for destroying vermin; fungicides, herbicides.

*Explanatory Note*

Class 5 includes mainly pharmaceuticals and other preparations for medical or veterinary purposes.

*This Class includes, in particular:*

- sanitary preparations for personal hygiene, other than toiletries;
- diapers for babies and for incontinence;
- deodorants other than for human beings or for animals;
- medicated shampoos, soaps, lotions and dentifrices;
- dietary supplements intended to supplement a normal diet or to have health benefits;
- meal replacements and dietetic food and beverages adapted for medical or veterinary use.

*This Class does not include, in particular:*

- ingredients for use in the manufacture of pharmaceuticals, for example, vitamins, preservatives and antioxidants (Cl. 1);
- sanitary preparations being non-medicated toiletries (Cl. 3);
- deodorants for human beings or for animals (Cl. 3);
- supportive bandages (Cl. 10);
- meal replacementsand dietetic food and beverages not specified as being for medical or veterinary use, which should be classified in the appropriate food or beverage classes, for example, low-fat potato crisps (Cl. 29), high-protien cereal bars (Cl. 30), isotonic beverages (Cl. 32).

## CLASS 6

**(Metal goods)**

Common metals and their alloys, ores; metal materials for building and construction; transportable buildings of metal; non-electric cables and wires of common metal; small items of metal hardware; metal containers for storage or transport; safes.

*Explanatory Note*

Class 6 includes mainly unwrought and partly wrought common metals, including ores, as well as certain goods made of common metals.

*This Class includes, in particular:*

metals in foil or powder form for further processing, for example, for 3D printers;
metal building materials, for example, materials of metal for railway tracks, pipes and tubes of metal;

small items of metal hardware, for example, bolts, screws, nails, furniture casters, window fasteners; transportable buildings or structures of metal, for example, prefabricated houses, swimming pools, cages for wild animals, skating rinks;

certain goods made of common metals not otherwise classified by function or purpose, for example, all-purpose boxes of common metal, statues, busts and works of art of common metal.

*This Class does not include, in particular:*

- metals and ores used as chemicals in industry or scientific research for their chemical properties, for example, bauxite, mercury, antimony, alkaline and alkaline-earth metals (Cl. 1);
- metals in foil and powder form for use in painting, decorating, printing and art (Cl. 2); electric cables (Cl. 9) and non-electric cables and ropes, not of metal (Cl. 22);
- pipes being parts of sanitary installations (Cl. 11), flexible pipes, tubes and hoses, not of metal (Cl. 17) and rigid pipes, not of metal (Cl. 19);
- cages for household pets (Cl. 21);
- certain goods made of common metals that are classified according to their function or purpose, for example, hand tools, hand operated (Cl. 8), paper clips (Cl. 16), furniture (Cl. 20), kitchen utensils (Cl. 21), household containers (Cl. 21).

## CLASS 7

### (Machinery)

Machines, machine tools, power-operated tools; motors and engines, except for land vehicles; machine coupling and transmission components, except for land vehicles; agricultural implements, other than hand-operated hand tools; incubators for eggs; automatic vending machines.

*Explanatory Note*

Class 7 includes mainly machines, machine tools, motors and engines.

*This Class includes, in particular:*

- parts of all kinds of motors and engines, for example, starters, mufflers and cylinders for motors and engines;
- electric cleaning and polishing apparatus, for example, electric shoe polishers, electric machines and apparatus for carpet shampooing and vacuum cleaners;
- 3D printers;
- industrial robots;
- certain special vehicles not for transportation purposes, for example, road sweeping machines, road making machines, bulldozers, snow ploughs, as well as rubber tracks as parts of those vehicles' crawlers.

*This Class does not include, in particular:*

- hand tools and implements, hand-operated (Cl. 8);

- humanoid robots with artificial intelligence, laboratory robots, teaching robots, security surveillance robots (Cl. 9), surgical robots (Cl. 10), robotic cars (Cl. 12), robotic drums (Cl. 15), toy robots (Cl. 28);
- motors and engines for land vehicles (Cl. 12);
- treads for vehicles and tractors (Cl. 12);
- certain special machines, for example, automated teller machines (Cl. 9), respirators for artificial respiration (Cl. 10), refrigerating apparatus and machines (Cl. 11).

## CLASS 8

### (Hand tools)

Hand tools and implements, hand-operated; cutlery; side arms, except firearms; razors.

*Explanatory Note*

Class 8 includes mainly hand-operated tools and implements for performing tasks, such as drilling, shaping, cutting and piercing.

*This Class includes, in particular:*

- hand-operated agricultural, gardening and landscaping tools;
- hand-operated tools for carpenters, artists and other craftspersons, for example, hammers, chisels and gravers;
- handles for hand-operated hand tools, such as knives and scythes;
- electric and non-electric hand implements for personal grooming and body art, for example, razors, implements for hair curling, tattooing, and for manicure and pedicure;
- hand-operated pumps;
- table cutlery, such as knives, forks and spoons, including those made of precious metals.

*This Class does not include, in particular:*

- machine tools and implements driven by a motor (Cl. 7);
- surgical cutlery (Cl. 10);
- pumps for bicycle tyres (Cl. 12), pumps especially adapted for use with balls and games (Cl. 28);
- side arms being firearms (Cl. 13);
- paper knives and paper shredders for office use (Cl. 16);
- handles for objects that are classified in various classes according to their function or purpose, for example, walking stick handles, umbrella handles (Cl. 18), broom handles (Cl. 21);
- serving utensils, for example, sugar tongs, ice tongs, pie servers and serving ladles, and kitchen utensils, for example, mixing spoons, pestles and mortars, nutcrackers and spatulas (Cl. 21);
- fencing weapons (Cl. 28).

## CLASS 9

### (Electrical and scientific apparatus)

Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; compact discs, DVDs and other digital recording media; mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment, computers; computer software; fire-extinguishing apparatus.

*Explanatory Note*

*This Class includes, in particular:*

apparatus and instruments for scientific research in laboratories;

apparatus and instruments for controlling ships, such as apparatus and instruments for measuring and for transmitting orders;

protractors;

punched card office machines;

all computer programs and software regardless of recording media or means of dissemination, that is, software recorded on magnetic media or downloaded from a remote computer network.

*This Class does not include, in particular:*

the following electrical apparatus and instruments:

(a)  electromechanical apparatus for the kitchen (grinders and mixers for foodstuffs, fruit presses, electrical coffee mills, etc.), and certain other apparatus and instruments driven by an electrical motor, all coming under Class 7;

(b)  apparatus for pumping or dispensing fuels (Cl. 7);

(c)  electric razors, clippers (hand instruments) and flat irons (Cl. 8);

(d)  electrical apparatus for space heating or for the heating of liquids, for cooking, ventilating, etc. (Cl. 11);

(e)  electric toothbrushes and combs (Cl. 21);

clocks and watches and other chronometric instruments (Cl. 14);

control clocks (Cl. 14);

amusement and game apparatus adapted for use with an external display screen or monitor (Cl. 28).

## CLASS 10

### (Medical apparatus)

Surgical, medical, dental and veterinary apparatus and instruments; artificial limbs, eyes and teeth; orthopaedic articles; suture materials; therapeutic and assistive devices adapted for the disabled; massage apparatus; apparatus, devices and articles for nursing infants; sexual activity apparatus, devices and articles.

*Explanatory Note*

Class 10 includes mainly surgical, medical, dental and veterinary apparatus, instruments and articles generally used for the diagnosis, treatment or improvement of function or condition of persons and animals.

*This Class includes, in particular:*

- supportive bandages and special clothing for medical purposes, for example, compression garments, stockings for varices, strait jackets, orthopaedic footwear;
- articles, instruments and devices for menstruation, contraception and childbirth, for example, menstrual cups, pessaries, condoms, childbirth mattresses, forceps;
- therapeutic and prosthetic articles and devices for implantation composed of artificial or synthetic materials, for example, surgical implants composed of artificial materials, artificial breasts, brain pacemakers, biodegradable bone fixation implants;
- furniture especially made for medical purposes, for example, armchairs for medical or dental purposes, air mattresses for medical purposes, operating tables.

*This Class does not include, in particular:*

medical dressings and absorbent sanitary articles, for example, plasters, bandages and gauze for dressings, breast-nursing pads, babies' napkins and napkins for incontinents, tampons (Cl. 5);
surgical implants comprised of living tissue (Cl. 5);
tobacco-free cigarettes for medical purposes (Cl. 5) and electronic cigarettes (Cl. 34);
wheelchairs and mobility scooters (Cl. 12);
massage tables and hospital beds (Cl. 20).

## CLASS 11

### (Environmental control apparatus)

Apparatus for lighting, heating, steam generating, cooking, refrigerating, drying, ventilating, water supply and sanitary purposes.

*Explanatory Note*

*This Class includes, in particular:*

- air-conditioning apparatus;
- bed warmers, hot water bottles, warming pans, electric or non-electric;
- electrically heated cushions (pads) and blankets, not for medical purposes;
- electrically heated clothing;
- electric kettles;
- electric cooking utensils.

*This Class does not include, in particular:*

- steam producing apparatus (parts of machines) (Cl. 7).

## CLASS 12

### (Vehicles)

Vehicles; apparatus for locomotion by land, air or water.

*Explanatory Note*

Class 12 includes mainly vehicles and apparatus for the transport of people or goods by land, air or water.

*This Class includes, in particular:*

- motors and engines for land vehicles;
- couplings and transmission components for land vehicles;
- air cushion vehicles;
- remote control vehicles, other than toys;
- parts of vehicles, for example, bumpers, windscreens, steering wheels, tyres for vehicle wheels, as well as treads for vehicles.

*This Class does not include, in particular:*

- railway material of metal (Cl. 6);
- motors, engines, couplings and transmission components other than for land vehicles (Cl. 7);
- parts of all kinds of motors and engines, for example, starters, mufflers and cylinders for motors and engines (Cl. 7);
- rubber tracks being parts of crawlers on construction, mining, agricultural and other heavy-duty machines (Cl. 7);
- tricycles for infants and scooters being toys (Cl. 28);
- certain special vehicles or wheeled apparatus not for transportation purposes, for example, self-propelled road sweeping machines (Cl. 7), fire engines (Cl. 9), tea carts (Cl. 20);
- certain parts of vehicles, for example, electric batteries, mileage recorders and radios for vehicles (Cl. 9), lights for automobiles and bicycles (Cl. 11), automobile carpets (Cl. 27).

## CLASS 13

**(Firearms)**

Firearms; ammunition and projectiles; explosives; fireworks.

*Explanatory Note*

Class 13 includes mainly firearms and pyrotechnical products.

*This Class does not include, in particular:*

- matches (Cl. 34).

## CLASS 14

**(Jewelry)**

Precious metals and their alloys; jewellery, precious and semi-precious stones; horological and chronometric instruments.

*Explanatory Note*

Class 14 includes mainly precious metals and certain goods made of precious metals or coated therewith, as well as jewellery, clocks and watches, and component parts therefor.

*This Class includes, in particular:*

- jewellery, including imitation jewellery, for example, paste jewellery;
- cuff links, tie pins, tie clips;
- key rings, key chains and charms therefor;
- jewellery charms;
- jewellery boxes;
- component parts for jewellery, clocks and watches, for example, clasps and beads for jewellery, movements for clocks and watches, clock hands, watch springs, watch crystals.

*This Class does not include, in particular:*

- smartwatches (Cl. 9);
- charms, other than for jewellery, key rings or key chains (Cl. 26);
- objects of art not made of precious metals or coated therewith that are classified according to the material of which they are made, for example, works of art of metal (Cl. 6), of stone, concrete or marble (Cl. 19), of wood, wax, plaster or plastic (Cl. 20), of porcelain, ceramic, earthenware, terra-cotta or glass (Cl. 21);
- certain goods made of precious metals or coated therewith that are classified according to their function or purpose, for example, metals in foil and powder form for use in painting, decorating, printing and art (Cl. 2), dental amalgams of gold (Cl. 5), cutlery (Cl. 8), electric contacts (Cl. 9), pen nibs of gold (Cl. 16), teapots (Cl. 21), gold and silver embroidery (Cl. 26), cigar boxes (Cl. 34).

## CLASS 15

**(Musical instruments)**

Musical instruments.

*Explanatory Note*

*This Class includes, in particular:*

- mechanical pianos and their accessories;
- musical boxes;
- electrical and electronic musical instruments.

*This Class does not include, in particular:*

- apparatus for the recording, transmission, amplification and reproduction of sound (Cl. 9).

## CLASS 16

### (Paper goods and printed matter)

Paper and cardboard; printed matter; bookbinding material; photographs; stationery and office requisites, except furniture; adhesives for stationery or household purposes; drawing materials and materials for artists; paintbrushes; instructional and teaching materials; plastic sheets, films and bags for wrapping and packaging; printers' type, printing blocks.

*Explanatory Note*

Class 16 includes mainly paper, cardboard and certain goods made of those materials, as well as and office requisites.

*This Class includes, in particular:*

- paper knives and paper cutters;
- cases, covers and devices for holding or securing paper, for example, document files, money clips, holders for cheque books, paper-clips, passport holders, scrapbooks;
- certain office machines, for example, typewriters, duplicators, franking machines for office use, pencil sharpeners;
- painting articles for use by artists and interior and exterior painters, for example, artists' watercolour saucers, painters' easels and palettes, paint rollers and trays;
- certain disposable paper products, for example, bibs, handkerchiefs and table linen of paper;
- certain goods made of paper or cardboard not otherwise classified by function or purpose, for example, paper bags, envelopes and containers for packaging, statues, figurines and works of art of paper or cardboard, such as figurines of papier mâché, framed or unframed lithographs, paintings and watercolours.

*This Class does not include, in particular:*

- paints (Cl. 2);
- hand tools for artists, for example, spatulas, sculptors' chisels (Cl. 8);
- teaching apparatus, for example, audiovisual teaching apparatus, resuscitation mannequins (Cl. 9), and toy models (Cl. 28);
- certain goods made of paper or cardboard that are classified according to their function or purpose, for example, photographic paper (Cl. 1), abrasive paper (Cl. 3), paper blinds (Cl. 20), table cups and plates of paper (Cl. 21), bed linen of paper (Cl. 24), paper clothing (Cl. 25), cigarette paper (Cl. 34).

## CLASS 17

### (Rubber goods)

Unprocessed and semi-processed rubber, gutta-percha, gum, asbestos, mica and substitutes for all these materials; plastics and resins in extruded form for use in manufacture; packing, stopping and insulating materials; flexible pipes, tubes and hoses, not of metal.

*Explanatory Note*

Class 17 includes mainly electrical, thermal and acoustic insulating materials and plastics for use in manufacture in the form of sheets, blocks and rods, as well as certain goods made of rubber, gutta-percha, gum, asbestos, mica or substitutes therefor.

*This Class includes, in particular:*

- rubber material for recapping tyres;
- floating anti-pollution barriers;
- adhesive tapes, other than stationery and not for medical or household purposes;
- plastic films, other than for wrapping and packaging, for example, anti-dazzle films for windows;
- elastic threads and threads of rubber or plastic, not for textile use;
- certain goods made of the materials in this class not otherwise classified by function or purpose, for example, foam supports for flower arrangements, padding and stuffing materials of rubber or plastics, rubber stoppers, shock-absorbing buffers of rubber, rubber bags or envelopes for packaging.

*This Class does not include, in particular:*

fire hose (Cl. 9);
pipes being parts of sanitary installations (Cl. 11) and rigid pipes of metal (Cl. 6) and not of metal (Cl. 19);
insulating glass for building (Cl. 19);
certain goods made of the materials in this class that are classified according to their function or purpose, for example, gum resins (Cl. 2), rubber for dental purposes (Cl. 5), asbestos screens for firemen (Cl. 9), adhesive rubber patches for repairing inner tubes (Cl. 12), rubber erasers (Cl. 16).

## CLASS 18

### (Leather goods)

Leather and imitations of leather; animal skins and hides; luggage and carrying bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; collars, leashes and clothing for animals.

*Explanatory Note*

Class 18 includes mainly leather, imitations of leather and certain goods made of those materials.

*This Class includes, in particular:*

luggage and carrying bags, for example, suitcases, trunks, travelling bags, sling bags for carrying infants, school bags;
luggage tags;
business card cases and pocket wallets;
boxes and cases of leather or leatherboard.

*This Class does not include, in particular:*

- walking sticks or canes for medical purposes (Cl. 10);
- clothing, footwear and headgear of leather for humans (Cl. 25);
- bags and cases adapted to the product they are intended to contain, for example, bags adapted for laptops (Cl. 9); bags and cases for cameras and photographic equipment (Cl. 9), cases for musical instruments (Cl. 15), golf bags with or without wheels, bags especially designed for skis and surfboards (Cl. 28);
- certain goods made of leather, imitations of leather, animal skins and hides that are classified according to their function or purpose, for example, leather strops (Cl. 8), polishing leather (Cl. 21), chamois leather for cleaning (Cl. 21), leather belts for clothing (Cl. 25).

## CLASS 19

### (Non-metallic building materials)

Building materials (non-metallic); non-metallic rigid pipes for building; asphalt, pitch and bitumen; non-metallic transportable buildings; monuments, not of metal.

*Explanatory Note*

Class 19 includes mainly non-metallic building materials.

*This Class includes, in particular:*

- semi-worked woods (for example, beams, planks, panels);
- veneers;
- building glass (for example, floor slabs, glass tiles);
- glass granules for marking out roads;
- letter boxes of masonry.

*This Class does not include, in particular:*

- cement preservatives and cement-waterproofing preparations (Cl. 1);
- fireproofing preparations (Cl. 1).

## CLASS 20

### (Furniture and articles not otherwise classified)

Furniture, mirrors, picture frames; containers, not of metal, for storage or transport; unworked or semi-worked bone, horn, whalebone or mother-of-pearl; shells; meerschaum; yellow amber.

*Explanatory Note*

Class 20 includes mainly furniture and parts therefor, as well as certain goods made of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastic.

*This Class includes, in particular:*

- metal furniture, furniture for camping, gun racks, newspaper display stands;
- indoor window blinds and shades;
- bedding, for example, mattresses, bed bases, pillows;
- looking glasses, furniture and toilet mirrors;
- registration plates, not of metal;
- small items of non-metallic hardware, for example, bolts, screws, dowels, furniture casters, collars for fastening pipes;
- letter boxes, not of metal or masonry.

*This Class does not include, in particular:*

- special furniture for laboratories (Cl. 9) or for medical use (Cl. 10);
- outdoor blinds of metal (Cl. 6), not of metal and not of textile (Cl. 19), of textile (Cl. 22);
- bed linen, eiderdowns and sleeping bags (Cl. 24);
- certain mirrors for specific uses, for example, mirrors used in optical goods (Cl. 9), mirrors used in surgery or dentistry (Cl. 10), rearview mirrors (Cl. 12), sighting mirrors for guns (Cl. 13);
- certain goods made of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastic, that are classified according to their function or purpose, for example, beads for making jewellery (Cl. 14), wooden floor boards (Cl. 19), baskets for domestic use (Cl. 21), plastic cups (Cl. 21), reed mats (Cl. 27).

## CLASS 21

### (Housewares and glass)

Household or kitchen utensils and containers; cookware and tableware, except forks, knives and spoons; combs and sponges; brushes, except paintbrushes; brush-making materials; articles for cleaning purposes; unworked or semi-worked glass, except building glass; glassware, porcelain and earthenware.

*Explanatory Note*

Class 21 includes mainly small, hand-operated utensils and apparatus for household and kitchen use, as well as cosmetic and toilet utensils, glassware and certain goods made of porcelain, ceramic, earthenware, terra-cotta or glass.

*This Class includes, in particular:*

- household and kitchen utensils, for example, fly swatters, clothes-pegs, mixing spoons, basting spoons and corkscrews, as well as serving utensils, for example, sugar tongs, ice tongs, pie servers and serving ladles;
- household, kitchen and cooking containers, for example, vases, bottles, piggy banks, pails, cocktail shakers, cooking pots and pans, and non-electric kettles and pressure cookers;
- small hand-operated kitchen apparatus for mincing, grinding, pressing or crushing, for example, garlic presses, nutcrackers, pestles and mortars;
- dish stands and decanter stands;
- cosmetic and toilet utensils, for example, electric and non-electric combs and toothbrushes, dental floss, foam toe separators for use in pedicures, powder puffs, fitted vanity cases;

- gardening articles, for example, gardening gloves, window-boxes, watering cans and nozzles for watering hose;
- indoor aquaria, terrariums and vivariums.

*This Class does not include, in particular:*

- cleaning preparations (Cl. 3);
- containers for storage and transport of goods, of metal (Cl. 6), not of metal (Cl. 20);
- small apparatus for mincing, grinding, pressing or crushing, which are driven by electricity (Cl. 7);
- razors and shaving apparatus, hair and nail clippers, electric and non-electric implements for manicure and pedicure, for example, manicure sets, emery boards, cuticle nippers (Cl. 8);
- table cutlery (Cl. 8) and hand-operated cutting tools for kitchen use, for example, vegetable shredders, pizza cutters, cheese slicers (Cl. 8);
- lice combs, tongue scrapers (Cl. 10);
- cooking utensils, electric (Cl. 11);
- toilet mirrors (Cl. 20);
- certain goods made of glass, porcelain and earthenware that are classified according to their function or purpose, for example, porcelain for dental prostheses (Cl. 5), spectacle lenses (Cl. 9), glass wool for insulation (Cl. 17), earthenware tiles (Cl. 19), building glass (Cl. 19), glass fibres for textile use (Cl. 22).

## CLASS 22

## (Cordage and fibers)

Ropes and string; nets; tents and tarpaulins; awnings of textile or synthetic materials; sails; sacks for the transport and storage of materials in bulk; padding, cushioning and stuffing materials, except of paper, cardboard, rubber or plastics; raw fibrous textile materials and substitutes therefor.

*Explanatory Note*

Class 22 includes mainly canvas and other materials for making sails, rope, padding, cushioning and stuffing materials and raw fibrous textile materials.

*This Class includes, in particular:*

- cords and twines made of natural or artificial textile fibres, paper or plastics;
- fishing nets, hammocks, rope ladders;
- vehicle covers, not fitted;
- certain sacks and bags not otherwise classified by function or purpose, for example, bags for washing hosiery, body bags, mail bags;
- packaging bags of textile;
- animal fibres and raw textile fibres, for example, animal hair, cocoons, jute, raw or treated wool, raw silk.

*This Class does not include, in particular:*

- metal ropes (Cl. 6);

- strings for musical instruments (Cl. 15) and for sports rackets (Cl. 28);
- padding and stuffing materials of paper or cardboard (Cl. 16), rubber or plastics (Cl. 17);
- certain nets and bags that are classified according to their function or purpose, for example, safety nets (Cl. 9), luggage nets for vehicles (Cl. 12), garment bags for travel (Cl. 18), hair nets (Cl. 26), golf bags (Cl. 28), nets for sports (Cl. 28);
- packaging bags, not of textile, which are classified according to the material of which they are made, for example, packaging bags of paper or plastics (Cl. 16), of rubber (Cl. 17), of leather (Cl. 18).

## CLASS 23

### (Yarns and threads)

Yarns and threads, for textile use.

## CLASS 24

### (Fabrics)

Textiles and substitutes for textiles; household linen; curtains of textile or plastic.

*Explanatory Note*

Class 24 includes mainly fabrics and fabric covers for household use.

*This Class includes, in particular:*

- household linen, for example, bedspreads, pillow shams, towels of textile;
- bed linen of paper;
- sleeping bags, sleeping bag liners;
- mosquito nets.

*This Class does not include, in particular:*

- electrically heated blankets, for medical purposes (Cl. 10) and not for medical purposes (Cl. 11);
- table linen of paper (Cl. 16);
- asbestos safety curtains (Cl. 17), bamboo curtains and bead curtains for decoration (Cl. 20);
- horse blankets (Cl. 18);
- certain textiles and fabrics for specific uses, for example, fabrics for bookbinding (Cl. 16), insulating fabrics (Cl. 17), geotextiles (Cl. 19).

## CLASS 25

### (Clothing)

Clothing, footwear, headgear.

*Explanatory Note*

*This Class does not include, in particular:*

- certain clothing and footwear for special use (consult the Alphabetical List of Goods).

## CLASS 26

## (Fancy goods)

Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles; artificial flowers; hair decorations; false hair.

*Explanatory Note*

Class 26 includes mainly dressmakers' articles, natural or synthetic hair for wear, and hair adornments, as well as small decorative items intended to adorn a variety of objects, not included in other classes.

*This Class includes, in particular:*

- wigs, toupees and false beards;
- barrettes and hair bands;
- hair nets;
- buckles and zippers;
- charms, other than for jewellery, key rings or key chains.

*This Class does not include, in particular:*

- certain special types of hooks (consult the Alphabetical List of Goods);
- certain special types of needles (consult the Alphabetical List of Goods);
- false eyelashes (Cl. 3);
- hair prostheses (Cl. 10);
- jewellery charms, charms for key rings or key chains (Cl. 14);
- yarns and threads for textile use (Cl. 23).

## CLASS 27

## (Floor coverings)

Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; wall hangings (non-textile).

*Explanatory Note*

Class 27 includes mainly products intended to be added as furnishings to previously constructed floors and walls.

*This Class does not include, in particular:*

- wooden flooring (Cl. 19)

## CLASS 28

### (Toys and sporting goods)

Games, toys and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees.

*Explanatory Note*

Class 28 includes mainly toys, apparatus for playing games, sports equipment, amusement and novelty items, as well as certain articles for Christmas trees.

*This Class includes, in particular:*

- amusement and game apparatus, including controllers therefor;
- novelty toys for playing jokes and for parties, for example, carnival masks, paper party hats, confetti, party poppers and Christmas crackers;
- hunting and fishing tackle, for example, fishing rods, landing nets for anglers, decoys, hunting game calls;
- equipment for various sports and games.

*This Class does not include, in particular:*

- Christmas tree candles (Cl. 4), electric lights for Christmas trees (Cl. 11), confectionery and chocolate decorations for Christmas trees (Cl. 30);
- diving equipment (Cl. 9);
- sex toys and love dolls (Cl. 10);
- clothing for gymnastics and sports (Cl. 25);
- certain gymnastic and sporting articles, for example, protective helmets, goggles and mouthguards for sports (Cl. 9), sporting firearms (Cl. 13), gymnasium mats (Cl. 27), as well as certain fishing and hunting equipment, for example, hunting knives, harpoons (Cl. 8), hunting firearms (Cl. 13), fishing nets (Cl. 22), that are classified according to other functions or purposes.

## CLASS 29

### (Meats and processed foods)

Meat, fish, poultry and game; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs; milk and milk products; oils and fats for food.

*Explanatory Note*

Class 29 includes mainly foodstuffs of animal origin as well as vegetables and other horticultural comestible products which are prepared for consumption or conservation.

*This Class includes, in particular:*

- milk beverages (milk predominating);
- seeds prepared for human consumption, not being seasonings or flavourings.

*This Class does not include, in particular:*

- certain foodstuffs of plant origin (consult the Alphabetical List of Goods);
- baby food (Cl. 5);
- dietetic food and substances adapted for medical use (Cl. 5);
- dietary supplements (Cl. 5);
- processed seeds for use as a seasoning (Cl. 30);
- salad dressings (Cl. 30);
- fertilised eggs for hatching (Cl. 31);
- foodstuffs for animals (Cl. 31);
- live animals (Cl. 31);
- seeds for planting (Cl. 31).

## CLASS 30

### (Staple foods)

Coffee, tea, cocoa and artificial coffee; rice; tapioca and sago; flour and preparations made from cereals; bread, pastries and confectionery; edible ices; sugar, honey, treacle; yeast, baking-powder; salt; mustard; vinegar, sauces (condiments); spices; ice (frozen water).

*Explanatory Note*

Class 30 includes mainly foodstuffs of plant origin prepared for consumption or conservation as well as auxiliaries intended for the improvement of the flavour of food.

*This Class includes, in particular:*

- beverages with coffee, cocoa, chocolate or tea base;
- cereals prepared for human consumption (for example, oat flakes and those made of other cereals).

*This Class does not include, in particular:*

- certain foodstuffs of plant origin (consult the Alphabetical List of Goods);
- salt for preserving other than for foodstuffs (Cl. 1);
- medicinal teas and dietetic food and substances adapted for medical use (Cl. 5);
- baby food (Cl. 5);
- dietary supplements (Cl. 5);
- yeast for pharmaceutical purposes (Cl. 5), yeast for animal consumption (Cl. 31);
- raw cereals (Cl. 31);
- foodstuffs for animals (Cl. 31).

## CLASS 31

**(Natural agricultural products)**

Raw and unprocessed agricultural, aquacultural, horticultural and forestry products; raw and unprocessed grains and seeds; fresh fruits and vegetables, fresh herbs; natural plants and flowers; bulbs, seedlings and seeds for planting; live animals; foodstuffs and beverages for animals; malt.

*Explanatory Note*

Class 31 includes mainly land and sea products not having been subjected to any form of preparation for consumption, live animals and plants, as well as foodstuffs for animals.

*This Class includes, in particular:*

- unprocessed cereals;
- fresh fruits and vegetables, even after washing or waxing;
- plant residue;
- unprocessed algae;
- unsawn timber;
- fertilized eggs for hatching;
- fresh mushrooms and truffles;
- litter for animals, for example, aromatic sand, sanded paper for pets.

*This Class does not include, in particular:*

- cultures of micro-organisms and leeches for medical purposes (Cl. 5);
- dietary supplements for animals and medicated animal feed (Cl. 5);
- semi-worked woods (Cl. 19);
- artificial fishing bait (Cl. 28);
- rice (Cl. 30);
- tobacco (Cl. 34).

## CLASS 32

**(Light beverages)**

Beers; mineral and aerated waters and other non-alcoholic beverages; fruit beverages and fruit juices; syrups and other preparations for making beverages.

*Explanatory Note*

Class 32 includes mainly non-alcoholic beverages, as well as beer.

*This Class includes, in particular:*

- de-alcoholised beverages.

*This Class does not include, in particular:*

- beverages for medical purposes (Cl. 5);
- milk beverages (milk predominating) (Cl. 29);
- beverages with coffee, cocoa, chocolate or tea base (Cl. 30).

## CLASS 33

**(Wines and spirits)**

Alcoholic beverages (except beers).

*Explanatory Note*

*This Class does not include, in particular:*

- medicinal beverages (Cl. 5);
- de-alcoholised beverages (Cl. 32).

## CLASS 34

**(Smokers' articles)**

Tobacco; smokers' articles; matches.

*Explanatory Note*

*This Class includes, in particular:*

- tobacco substitutes (not for medical purposes).

*This Class does not include, in particular:*

- cigarettes without tobacco, for medical purposes (Cl. 5).

## SERVICES

## CLASS 35

**(Advertising and business)**

Advertising; business management; business administration; office functions.

*Explanatory Note*

Class 35 includes mainly services rendered by persons or organizations principally with the object of:

(1)   help in the working or management of a commercial undertaking, or

(2)  help in the management of the business affairs or commercial functions of an industrial or commercial enterprise,

as well as services rendered by advertising establishments primarily undertaking communications to the public, declarations or announcements by all means of diffusion and concerning all kinds of goods or services.

*This Class includes, in particular:*

- the bringing together, for the benefit of others, of a variety of goods (excluding the transport thereof), enabling customers to conveniently view and purchase those goods; such services may be provided by retail stores, wholesale outlets, through vending machines, mail order catalogues or by means of electronic media, for example, through web sites or television shopping programmes;
- services consisting of the registration, transcription, composition, compilation, or systematization of written communications and registrations, and also the compilation of mathematical or statistical data;
- services of advertising agencies and services such as the distribution of prospectuses, directly or through the post, or the distribution of samples.  This Class may refer to advertising in connection with other services, such as those concerning bank loans or advertising by radio.

*This Class does not include, in particular:*

- services such as evaluations and reports of engineers which do not directly refer to the working or management of affairs in a commercial or industrial enterprise (consult the Alphabetical List of Services).

## CLASS 36

### (Insurance and financial)

Insurance; financial affairs; monetary affairs; real estate affairs.

*Explanatory Note*

Class 36 includes mainly services rendered in financial and monetary affairs and services rendered in relation to insurance contracts of all kinds.

*This Class includes, in particular:*

services relating to financial or monetary affairs comprise the following:

(a)  services of all the banking establishments, or institutions connected with them such as exchange brokers or clearing services;

(b)  services of credit institutions other than banks such as co-operative credit associations, individual financial companies, lenders, etc.;

(c)  services of "investment trusts," of holding companies;

(d)  services of brokers dealing in shares and property;

(e)  services connected with monetary affairs vouched for by trustees;

(f)  services rendered in connection with the issue of travellers' cheques and letters of credit;

hire- or lease-purchase financing;

services of realty administrators of buildings, i.e., services of letting or valuation, or financing;

services dealing with insurance such as services rendered by agents or brokers engaged in insurance, services rendered to insured, and insurance underwriting services.

## CLASS 37

### (Building construction and repair)

Building construction; repair; installation services.

*Explanatory Note*

Class 37 includes mainly services rendered by contractors or subcontractors in the construction or making of permanent buildings, as well as services rendered by persons or organizations engaged in the restoration of objects to their original condition or in their preservation without altering their physical or chemical properties.

*This Class includes, in particular:*

- services relating to the construction of buildings, roads, bridges, dams or transmission lines and services of undertakings specializing in the field of construction such as those of painters, plumbers, heating installers or roofers;
- services auxiliary to construction services like inspections of construction plans;
- services of shipbuilding;
- services consisting of hiring of tools or building  materials;
- repair services, i.e., services which undertake to put any object into good condition after wear, damage, deterioration or partial destruction (restoration of an existing building or another object that has become imperfect and is to be restored to its original condition);
- various repair services such as those in the fields of electricity, furniture, instruments, tools, etc.;
- services of maintenance for preserving an object in its original condition without changing any of its properties (for the difference between this Class and Class 40 see the Explanatory Note of Class 40).

*This Class does not include, in particular:*

- services consisting of storage of goods such as clothes or vehicles (Cl. 39);
- services connected with dyeing of cloth or clothes (Cl. 40).

## CLASS 38

### (Telecommunications)

Telecommunications.

*Explanatory Note*

Class 38 includes mainly services allowing at least one person to communicate with another by a sensory means.  Such services include those which:

(1)   allow one person to talk to another,
(2)   transmit messages from one person to another, and
(3)   place a person in oral or visual communication with another (radio and television).

*This Class includes, in particular:*

• services which consist essentially of the diffusion of radio or television programmes.

*This Class does not include, in particular:*

• radio advertising services (Cl. 35);
• telephone marketing (telemarketing) services (Cl. 35).

## CLASS 39

### (Transportation and storage)

Transport; packaging and storage of goods; travel arrangement.

*Explanatory Note*

Class 39 includes mainly services for the transport of people, animals or goods from one place to another (by rail, road, water, air or pipeline) and services necessarily connected with such transport, as well as services relating to the storing of goods in a warehouse or other building for their preservation or guarding.

*This Class includes, in particular:*

• services rendered by companies exploiting stations, bridges, rail-road ferries, etc., used by the transporter;
• services connected with the hiring of transport vehicles;
• services connected with maritime tugs, unloading, the functioning of ports and docks and the salvaging of wrecked ships and their cargoes;
• services connected with the packaging and parcelling of goods before dispatch;
• services consisting of information about journeys or the transport of goods by brokers and tourist agencies, information relating to tariffs, timetables and methods of transport;
• services relating to the inspection of vehicles or goods before transport.

*This Class does not include, in particular:*

• services relating to advertising transport undertakings such as the distribution of prospectuses or advertising on the radio (Cl. 35);
• services relating to the issuing of travellers' cheques or letters of credit by brokers or travel agents (Cl. 36);

- services relating to insurances (commercial, fire or life) during the transport of persons or goods (Cl. 36);
- services rendered by the maintenance and repair of vehicles, nor the maintenance or repair of objects connected with the transport of persons or goods (Cl. 37);
- services relating to reservation of rooms in a hotel by travel agents or brokers (Cl. 43).

## CLASS 40

### (Treatment of materials)

Treatment of materials.

*Explanatory Note*

Class 40 includes mainly services not included in other classes, rendered by the mechanical or chemical processing, transformation or production of objects or inorganic or organic substances, including custom manufacturing services.

For the purposes of classification, the production or manufacturing of goods is considered a service only in cases where it is effected for the account of another person to their order and specification.

If the production or manufacturing is not being performed to fulfil an order for goods which meet the customer's particular needs, requirements, or specifications, then it is generally ancillary to the maker's primary commercial activity or goods in trade.

If the substance or object is marketed to third parties by the person who processed, transformed or produced it, then this would generally not be considered a service.

*This Class includes, in particular:*

- services relating to transformation of an object or substance and any process involving a change in its essential properties (for example, dyeing a garment); consequently, a maintenance service, although usually in Class 37, is included in Class 40 if it entails such a change (for example, the chroming of motor vehicle bumpers);
- services of material treatment which may be present during the production of any substance or object other than a building; for example, services which involve cutting, shaping, polishing by abrasion or metal coating;
- the custom manufacturing of goods to the order and specification of others (bearing in mind that certain offices require that the goods produced be indicated), for example, custom manufacturing of automobiles.

*This Class does not include, in particular:*

- repair services (Cl. 37);
- certain customization services, for example, the custom painting of automobiles (Cl. 37).

## CLASS 41

**(Education and entertainment)**

Education; providing of training; entertainment; sporting and cultural activities.

*Explanatory Note*

Class 41 covers mainly services rendered by persons or institutions in the development of the mental faculties of persons or animals, as well as services intended to entertain or to engage the attention.

*This Class includes, in particular:*

- services consisting of all forms of education of persons or training of animals;
- services having the basic aim of the entertainment, amusement or recreation of people;
- presentation of works of visual art or literature to the public for cultural or educational purposes.

## CLASS 42

**(Computer and scientific)**

Scientific and technological services and research and design relating thereto; industrial analysis and research services; design and development of computer hardware and software.

*Explanatory Note*

Class 42 includes mainly services provided by persons, individually or collectively, in relation to the theoretical and practical aspects of complex fields of activities; such services are provided by members of professions such as chemists, physicists, engineers, computer programmers, etc.

*This Class includes, in particular:*

- the services of engineers and scientists who undertake evaluations, estimates, research and reports in the scientific and technological fields (including technological consultancy);
- computer and technology services for securing computer data and personal and financial information and for the detection of unauthorized access to data and information;
- scientific research services for medical purposes.

*This Class does not include, in particular:*

- business research and evaluations (Cl. 35);
- word processing and computer file management services (Cl. 35);
- financial and fiscal evaluations (Cl. 36);
- mining and oil extraction (Cl. 37);
- computer (hardware) installation and repair services (Cl. 37);
- services provided by the members of professions such as medical doctors, veterinary surgeons, psychoanalysts (Cl. 44);
- medical treatment services (Cl. 44);
- garden design (Cl. 44);
- legal services (Cl. 45).

**CLASS 43**

**(Hotels and restaurants)**

Services for providing food and drink; temporary accommodation.

*Explanatory Note*

Class 43 includes mainly services provided by persons or establishments whose aim is to prepare food and drink for consumption and services provided to obtain bed and board in hotels, boarding houses or other establishments providing temporary accommodation.

*This Class includes, in particular:*

- reservation services for travellers' accommodation, particularly through travel agencies or brokers;
- boarding for animals.

*This Class does not include, in particular:*

- rental services for real estate such as houses, flats, etc., for permanent use (Cl. 36);
- arranging travel by tourist agencies (Cl. 39);
- preservation services for food and drink (Cl. 40);
- discotheque services (Cl. 41);
- boarding schools (Cl. 41);
- rest and convalescent homes (Cl. 44).

**CLASS 44**

**(Medical, beauty and agricultural)**

Medical services; veterinary services; hygienic and beauty care for human beings or animals; agriculture, horticulture and forestry services.

*Explanatory Note*

Class 44 includes mainly medical care, hygienic and beauty care given by persons or establishments to human beings and animals; it also includes services relating to the fields of agriculture, horticulture and forestry.

*This Class includes, in particular:*

- medical analysis services relating to the treatment of persons (such as x-ray examinations and taking of blood samples);
- artificial insemination services;
- pharmacy advice;
- animal breeding;
- services relating to the growing of plants such as gardening;
- services relating to floral art such as floral compositions as well as garden design.

CLASSIFICATION AND IDENTIFICATION OF GOODS AND SERVICES          §1400.01(a)

*This Class does not include, in particular:*

- vermin exterminating, other than for agriculture, aquaculture, horticulture and forestry (Cl. 37);
- installation and repair services for irrigation systems (Cl. 37);
- ambulance transport (Cl. 39);
- animal slaughtering services and taxidermy (Cl. 40);
- timber felling and processing (Cl. 40);
- animal training services (Cl. 41);
- health clubs for physical exercise (Cl. 41);
- scientific research services for medical purposes (Cl. 42);
- boarding for animals (Cl. 43);
- retirement homes (Cl. 43).

## CLASS 45

### (Personal and legal)

Legal services; security services for the physical protection of tangible property and individuals; personal and social services rendered by others to meet the needs of individuals.

*Explanatory Note*

*This Class includes, in particular:*

- services rendered by lawyers, legal assistants, and personal advocates, to individuals, groups of individuals, organizations and enterprises;
- investigation and surveillance services relating to the physical safety of persons and security of tangible property;
- services provided to individuals in relation with social events, such as social escort services, matrimonial agencies, funeral services.

*This Class does not include, in particular:*

- professional services giving direct aid in the operations or functions of a commercial undertaking (Cl. 35);
- services relating to financial or monetary affairs and services dealing with insurance (Cl. 36);
- escorting of travellers (Cl. 39);
- security transport (Cl. 39);
- services consisting of all forms of education of persons (Cl. 41);
- performances of singers and dancers (Cl. 41);
- computer programming services for the protection of software (Cl. 42);
- computer and internet security consultancy and data encryption services (Cl. 42);
- services provided by others to give medical, hygienic or beauty care for human beings or animals (Cl. 44);
- certain rental services (consult the Alphabetical List of Services and General Remark (b) relating to the classification of services).