UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 9 TO BAR PLAINTIFF FROM INTRODUCING UNDISCLOSED EVIDENCE OR ARGUMENT OF COUNTERFEITING**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine; Declaration of Joshua M. Masur]*<br><br>Hearing Date: October 6, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

2911-1006 / 1664888.1

1

1  This matter having come before the Court upon Defendant Redbubble Inc.'s
2  Motion in Limine, the Court, having reviewed the motion and related papers and
3  after sufficient cause appearing, finds that Defendant's Motion in Limine No. 9 to
4  Bar Plaintiff from Introducing Undisclosed Evidence or Argument of Counterfeiting
5  is GRANTED.  Plaintiff is barred from introducing any evidence that either (a) falls
6  outside a registered class, or (b) for which plaintiff failed to proffer "sufficiently
7  detailed evidence to make judgments regarding the similarity of items" [DE#103
8  (Summary Judgment Order), at 15], is a counterfeit.

10  **IT IS SO ORDERED.**

13  Dated: _____, 2020.

14  UNITED STATES DISTRICT COURT
    R. GARY KLAUSNER