# EXHIBIT N

| | |
|---|---|
| **From:** | Jason Kelly |
| **To:** | Joshua Masur; Lachmin Singh; ken@coastsidelegal.com; Debora Sanfelippo; Zachary S. Davidson |
| **Cc:** | Keith Wesley; Claudia Bonilla; Ashford Kneitel |
| **Subject:** | RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc. |
| **Date:** | Tuesday, March 17, 2020 11:37:51 PM |

Josh,

Plaintiff has produced those documents that it agreed in November 2019 to produce in response to Redbubble's requests for production, as well as other documents that it produced voluntarily. In total, Plaintiff has produced nearly 3,300 pages of documents and does not plan to produce any others. I called your office last week, leaving a voicemail, to inform you of this.

Best regards,

**Jason Kelly**
**BROWNE GEORGE ROSS** LLP
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
jkelly@bgrfirm.com
www.bgrfirm.com

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Tuesday, March 17, 2020 2:17 PM
**To:** Lachmin Singh <lsingh@bgrfirm.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; Jason Kelly <jkelly@bgrfirm.com>; Claudia Bonilla <CBonilla@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.

Keith and Jason:

We have not yet received an answer.

Please confirm whether this single-page, unexplained set of numbers completes your production, notwithstanding, *e.g.*, Mr. Rianna's testimony, detailed on page 4 of my February 29, 2020 letter, regarding the relevant financial documents plaintiff keeps in the ordinary course of business.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Friday, March 13, 2020 5:06 PM
**To:** Lachmin Singh <lsingh@bgrfirm.com>; Joshua Masur <JMasur@zuberlawler.com>; ken@coastsidelegal.com; Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Cc:** Keith Wesley <kwesley@bgrfirm.com>; Jason Kelly <jkelly@bgrfirm.com>; Claudia Bonilla <cbonilla@bgrfirm.com>; Ashford Kneitel <akneitel@bgrfirm.com>
**Subject:** Re: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.

Keith and Jason:

Can you confirm whether this completes your production?

– Josh

Joshua M. Masur : : Zuber Lawler & Del Duca LLP
jmasur@zuberlawler.com : : +1 650 434 8538 direct : : +1 650 814 0352 cell

created using tiny "keys" - please forgive typos, abbreviations, terseness, and any appearance of illiteracy

---

**From:** Lachmin Singh <lsingh@bgrfirm.com>
**Sent:** Thursday, March 12, 2020 1:45 PM
**To:** jmasur@zuberlaw.com; ken@coastsidelegal.com; dsanfelippo@zuberlawler.com; Zachary S. Davidson
**Cc:** Keith Wesley; Jason Kelly; Claudia Bonilla; Ashford Kneitel
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.

Dear Counsel,

Please find attached letter transmitting Plaintiff's document production.

Thank you,
Lachmin

**Lachmin Singh**
Legal Assistant to Richard Schwartz,
    Peter Smith and Jason Kelly
**BROWNE GEORGE ROSS LLP**
Los Angeles • New York • San Francisco
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Main 310.274.7100 | Fax 310.275.5697
lsingh@bgrfirm.com
www.bgrfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____