UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION IN LIMINE NO. 10 TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OF OR ARGUMENT REGARDING ITS OWN OPERATIONS THAT WAS NOT PRODUCED OR DISCLOSED IN DISCOVERY**<br><br>*[Filed concurrently with Notice of Motion and Motion in Limine; Declaration of Joshua M. Masur]*<br><br>Hearing Date: October 6, 2020<br>Time:            9:00 a.m.<br>Courtroom:   850<br>Hon. R. Gary Klausner |

1   This matter having come before the Court upon Defendant Redbubble Inc.'s
2  Motion in Limine, the Court, having reviewed the motion and related papers and
3  after sufficient cause appearing, finds that Defendant's Motion in Limine No. 9 to
4  Bar Plaintiff From Introducing Evidence of or Argument Regarding Its Own
5  Operations That Was Not Produced or Disclosed in Discovery is GRANTED.
6  Plaintiff is barred from introducing any documentary or other physical evidence of
7  its own operations that was not produced in discovery (including but not limited to
8  any evidence that Plaintiff has offered or sold decorative products bearing the
9  registered marks, or any products bearing the Brandy Heart or Brandy Flags marks),
10 and from any argument based on same.

12  **IT IS SO ORDERED.**

15  Dated: _____, 2020.

16  _____
    UNITED STATES DISTRICT COURT
    R. GARY KLAUSNER