BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>             Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S NOTICE OF LODGING [PROPOSED AND AMENDED] FINAL PRE-TRIAL CONFERENCE ORDER**<br><br>Pre-Trial Conference:    Sept. 21, 2020<br>Trial:                          Oct. 6. 2020 |

1658334

Case No. 2:19-cv-04618-RGK (JPRx)

PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S NOTICE OF LODGING
[PROPOSED AND AMENDED] FINAL PRE-TRIAL CONFERENCE ORDER

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to Local Rules 16-7 and 16-6.3, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville hereby lodges the [Proposed and Amended] Final Pre-Trial Conference Order.

DATED:  September 10, 2020          BROWNE GEORGE ROSS LLP
                                    Keith J. Wesley
                                    Ryan Q. Keech
                                    Jason Y. Kelly

                                    By:   */s/  Keith J. Wesley*
                                    _____
                                          Keith J. Wesley
                                    Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
                                    Brandy Melville

1658334

-1-

Case No. 2:19-cv-04618-RGK (JPRx)

PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S NOTICE OF LODGING
[PROPOSED AND AMENDED] FINAL PRE-TRIAL CONFERENCE ORDER