1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION IN LIMINE NO. 3 TO PRECLUDE TESTIMONY NOT PROVIDED IN DEPOSITION**<br><br>*[Filed concurrently with Opposition to Plaintiff's Motion in Limine No. 3 and Declaration of Joshua M. Masur]*<br><br>Hearing Date: June 30, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

1 This matter having come before the Court upon Plaintiff Redbubble Inc.'s
2 Motion in Limine No. 3 to Preclude Testimony Not Provided in Deposition, the
3 Court, having reviewed the motion and related papers and after sufficient cause
4 appearing, rules as follows:
5 Defendant's Motion in Limine No. 3 to Preclude Testimony Not Provided in
6 Deposition is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2020.

UNITED STATES DISTRICT COURT
R. GARY KLAUSNER