BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:   Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 8 TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OR ARGUMENT OF PRE-NOTICE ALLEGED INFRINGEMENT**<br><br>*[Filed Concurrently with Opposition to Defendant's Motion in Limine No. 8; and [Proposed] Order in Support Thereof]*<br><br>Date:   October 6, 2020<br>Time:  9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conf.:   September 21, 2020<br>Trial:                      October 6. 2020 |

1647560.1

-1-   Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 8

# DECLARATION OF JASON Y. KELLY

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Plaintiff's counsel has incurred more than $2,100 in attorneys' fees and costs to oppose Defendant's Motion *in Limine* No. 8 (Dkt. No. 109), based on 4 hours worked at a rate of $525 per hour.

Executed this 11th day of September 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　*/s/ Jason Y. Kelly*
　　　　　　　　　　　　　　　　　　　Jason Y. Kelly

1647560.1

-2-　　　Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 8