UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 8 TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OR ARGUMENT OF PRE-NOTICE ALLEGED INFRINGEMENT**<br><br>*[Filed Concurrently with Opposition to Defendant's Motion in Limine No. 8; and Declaration of Jason Y. Kelly in Support Thereof]*<br><br>Date:    October 6, 2020<br>Time:   9:00 a.m.<br>Crtrm.:  850<br><br>Pre-Trial Conf.:   September 21, 2020<br>Trial:   October 6. 2020 |

# [PROPOSED] ORDER

This matter having come before the Court upon Defendant Redbubble, Inc.'s Motion *in Limine* No. 8 to Bar Plaintiff From Introducing Evidence or Argument of Pre-Notice Alleged Infringement (Dkt. No. 109), the Court, having reviewed the motion and related papers and after sufficient cause appearing, rules as follows:

Defendant Redbubble, Inc.'s Motion *in Limine* No. 8 is **DENIED**.

Pursuant to 28 U.S.C. § 1927 and its inherent power, this Court **HEREBY SANCTIONS** Defendant Redbubble, Inc. and its counsel and awards Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville monetary sanctions in the reasonable amount of $2,100 for attorneys' fees and costs it incurred to respond to Motion *in Limine* No. 8. Defendant and its counsel filed Motion *in Limine* No. 8 knowing that it was untimely and lacks any merit and for the improper purpose of unreasonably and vexatiously multiplying the proceedings in this case.

**IT IS SO ORDERED.**

Dated: October _____, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge