BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 9 TO BAR PLAINTIFF FROM INTRODUCING UNDISCLOSED EVIDENCE OR ARGUMENT OF COUNTERFEITING**<br><br>*[Filed Concurrently with Opposition to Defendant's Motion in Limine No. 9; and [Proposed] Order in Support Thereof]*<br><br>Date:  October 6, 2020<br>Time:  9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conf.:  September 21, 2020<br>Trial:  October 6. 2020 |

# DECLARATION OF JASON Y. KELLY

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Defendant Redbubble, Inc. neither moved to compel nor obtained a court order in this case requiring Plaintiff to amend or supplement its initial disclosures, amend or supplement its interrogatory responses, or supplement its document productions.

3. Plaintiff's counsel has incurred more than $2,362.50 in attorneys' fees and costs to oppose Defendant's Motion *in Limine* No. 9 (Dkt. No. 110), based on 4.5 hours worked at a rate of $525 per hour.

Executed this 11th day of September 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　 */s/ Jason Y. Kelly*
　　　　　　　　　　　　　　　　　　　　Jason Y. Kelly

1647561.1

-2-   Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE'S MOTION *IN LIMINE* NO. 9