# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge: Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 9 TO BAR PLAINTIFF FROM INTRODUCING UNDISCLOSED EVIDENCE OR ARGUMENT OF COUNTERFEITING**<br><br>*[Filed Concurrently with Opposition to Defendant's Motion in Limine No. 9; and Declaration of Jason Y. Kelly in Support Thereof]*<br><br>Date: October 6, 2020<br>Time: 9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conf.: September 21, 2020<br>Trial: October 6. 2020 |

# [PROPOSED] ORDER

This matter having come before the Court upon Defendant Redbubble, Inc.'s Motion *in Limine* No. 9 to Bar Plaintiff From Introducing Undisclosed Evidence or Argument of Counterfeiting (Dkt. No. 110), the Court, having reviewed the motion and related papers and after sufficient cause appearing, rules as follows:

Defendant Redbubble, Inc.'s Motion *in Limine* No. 9 is **DENIED**.

Pursuant to 28 U.S.C. § 1927 and its inherent power, this Court **HEREBY SANCTIONS** Defendant Redbubble, Inc. and its counsel and awards Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville monetary sanctions in the reasonable amount of $2,362.50 for attorneys' fees and costs it incurred to respond to Motion *in Limine* No. 9. Defendant and its counsel filed Motion *in Limine* No. 9 knowing that it was untimely and lacks any merit and for the improper purpose of unreasonably and vexatiously multiplying the proceedings in this case.

**IT IS SO ORDERED.**

Dated: October _____, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge