

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING DEFENDANT REDBUBBLE, INC.'S MOTION *IN LIMINE* NO. 10 TO BAR PLAINTIFF FROM INTRODUCING EVIDENCE OF OR ARGUMENT REGARDING ITS OWN OPERATIONS THAT WAS NOT PRODUCED OR DISCLOSED IN DISCOVERY**<br><br>*[Filed Concurrently with Opposition to Defendant's Motion in Limine No. 10; and Declaration of Jason Y. Kelly in Support Thereof]*<br><br>Date:    October 6, 2020<br>Time:   9:00 a.m.<br>Crtrm.: 850<br><br>Pre-Trial Conf.:  September 21, 2020<br>Trial:         October 6. 2020 |

**[PROPOSED] ORDER**

This matter having come before the Court upon Defendant Redbubble, Inc.'s Motion *in Limine* No. 10 to Bar Plaintiff From Introducing Evidence of or Argument Regarding Its Own Operations That Was Not Produced or Disclosed in Discovery (Dkt. No. 111), the Court, having reviewed the motion and related papers and after sufficient cause appearing, rules as follows:

Defendant Redbubble, Inc.'s Motion *in Limine* No. 10 is **DENIED**.

Pursuant to 28 U.S.C. § 1927 and its inherent power, this Court **HEREBY SANCTIONS** Defendant Redbubble, Inc. and its counsel and awards Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville monetary sanctions in the reasonable amount of $2,362.50 for attorneys' fees and costs it incurred to respond to Motion *in Limine* No. 10. Defendant and its counsel filed Motion *in Limine* No. 10 knowing that it was untimely and lacks any merit and for the improper purpose of unreasonably and vexatiously multiplying the proceedings in this case.

**IT IS SO ORDERED.**

Dated: October _____, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge