KENNETH B. WILSON  (SBN 130009)
  *ken@coastsidelegal.com*
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
  *jmasur@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

JEFFREY J. ZUBER  (SBN 220830)
  *jzuber@zuberlawler.com*
RASHEED M. McWILLIAMS  (SBN 281832)
  *rmcwilliams@zuberlawler.com*
HEMING XU  (SBN 302461)
  *hxu@zuberlawler.com*
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-CV-04618-RGK (JPRX)<br><br>**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Trial Date:   October 6, 2020<br>Time:         9:00 a.m.<br>Courtroom:    850<br>Honorable R. Gary Klausner |

Pursuant to the Court's Order for Jury Trial (Dkt. No. 17) and the Court's order continuing the Pretrial Conference and Jury Trial (DE#99), defendant Redbubble Inc. respectfully submits the following [Proposed] Voir Dire Questions.

## I. PERSONAL INFORMATION

Please state your:

- Age;
- Marital status;
- Ages of children;
- Occupation of self, spouse and children;
- Education; and
- Area of residence.

Do you have any medical impairments that might affect your ability to serve as a juror?

Have you, or any relative or close friend, ever owned a business? If so, please describe what type of business it was, when it was owned, and whether the business is still operating.

Have you ever posted a negative review of company on the internet, either on the company's own site or on a review site like Yelp? If so, how many times and what were the circumstances?

Have you ever filed a complaint against a company with the Better Business Bureau or another consumer watchdog company? If so, how many times and what were the circumstances?

Have you, or any relative or close friend, ever been charged with or convicted of any crime? If so, what was the crime? How was the case resolved? Would that experience affect your ability to be fair and impartial to the parties in this case?

## II. PRIOR EXPERIENCE WITH COURTS

Have you ever served as juror before? If so, please briefly describe the nature of the lawsuit, the parties involved, and what you thought of the process.

1 Have you ever been sued, sued someone else, or been a party to a lawsuit or an arbitrated dispute, or been threatened with or threatened a suit? If so, please briefly describe the nature of the lawsuit, the parties involved, and what you thought of the process.

Have you ever had a judgment, court order, or restraining order entered against you? If so, please briefly describe the nature of the lawsuit, the parties involved, and what you thought of the process.

Have you ever sought to have a judgment, court order, or restraining order entered against someone else? If so, please briefly describe the nature of the lawsuit, the parties involved, and what you thought of the process.

Have you ever testified in a court proceeding, at a deposition, or provided testimony under oath in any matter? If so, please briefly describe the nature of the lawsuit, the parties involved, and what you thought of the process.

### III. PARTIES, WITNESSES, AND ATTORNEYS

I am going to read you a list of companies that are parties to the case to be tried, or that may be mentioned during the trial. If you have ever had any dealings with, or are otherwise familiar with, any of the following companies, please [tell the court / raise your hand] when I read its name:

- Brandy Melville
- Redbubble
- Amazon.com
- Cafepress
- eBay
- Sunfrog
- Teepublic
- Teespring

*(For each "yes" answer:)* Can you describe your dealings with or familiarity with that company?

3

1. Do you ever shop online? If so, for what and where?
2. Have you, or any relative or close friend, ever shopped at or bought anything from Brandy Melville or Redbubble.com? If so, please describe.
3. I am going to read you a list of people who may be called as witnesses during the trial. If you know any of these people, please [tell the court / raise your hand] when I read his or her name:

- Drew Brosnan
- Francisco Cuellar
- Corina Davis
- Arnaud Deshais
- Madison Elkins
- Peter Frolio
- Jamie Gerson
- Jenny Greenhough
- Jason Kelly
- Anuj Luthra
- Michael Masnick
- Philip Paley
- Salvatore Rianna
- Kate Rickert
- James Toy
- Terri Walters

*(For each "yes" answer:)* Can you describe how you know that person?

I am going to read you a list of the law firms for the parties for the case to be tried. If you know any of these firms, please [tell the court / raise your hand] when I read its name:

- Brown George Ross LLP

2911-1006 / 1676485.1

- Coastside Legal
- Zuber Lawler & Del Duca LLP

   *(For each "yes" answer:)* Can you describe how you know that firm?

I am going to read you a list of the lawyers and legal staff for the parties for the case to be tried. If you know any of these people, please [tell the court / raise your hand] when I read his or her name:

- Francisco Cuellar
- Zachary Davidson
- Ryan Keech
- Jacob Kelly
- Roland Lopez
- Joshua Masur
- Rasheed McWilliams
- Philip Paley
- Debora Sanfelippo
- Terri Walters
- Keith Wesley
- Kenneth Wilson
- Heming Xu
- Jeffrey Zuber

   *(For each "yes" answer:)* Can you describe how you know that person?

IV. **CASE PUBLICITY**

Have any of you previously seen, read, or heard about this case? If so, what do you recall that you saw, read, or heard?

5

Would that prevent you from deciding this case fairly and impartially, based solely on the evidence presented in this courtroom and the law as given to you by the Court?

## V. INTELLECTUAL PROPERTY RIGHTS

Are you familiar with branding, trademarks, copyrights, or patents? If you are, please describe.

Have you ever created a trademark? If so, please describe.

Have you, or any relative or close friend, ever applied for a trademark registration? If so, please describe.

Do you, or any relative or close friend, own a registered or unregistered trademark? If so, please describe.

Have you ever created something covered by copyright? If so, please describe.

Have you, or any relative or close friend, ever applied for a copyright registration? If so, please describe.

Do you, or any relative or close friend, own a registered or unregistered copyright? If so, please describe.

Has anyone ever copied something you, or any relative or close friend, created, without permission? If so, please describe.

Have you, ever licensed, granted, or obtained from someone else, rights regarding a brand, trademark, copyright, or patent? If so, please describe.

Have you, or any relative or close friend, been involved in any formal litigation or informal dispute regarding a brand, trademark, copyright, or patent? If so, please describe.

## VI. FASHION INDUSTRY

Do you, or any relative or close friend, work in the fashion industry? If so, please describe.

Have you ever worked for a company in the fashion industry? If so, please describe.

### VII. INTERNET AND E-COMMERCE

Do you, or any relative or close friend, work at a technology company or startup? If so, please describe.

Have you ever worked for a technology company or startup? If so, please describe.

Do you, or any relative or close friend, work at a company that provides a marketplace for goods or services, like a flea market or auction company? If so, please describe.

Do you use email? If so, how often?

Do you use the internet, either on a computer, a phone, or another device, like a tablet or TV? If so, how often?

Do you use Facebook / Instagram / Twitter / Snapchat? If so, how often?

Do you have an Amazon or eBay account? If you do, do you only use it to purchase, or also to sell?

Do you have a Redbubble, Cafepress, Sunfrog, Teepublic, or Teespring account? If you do, do you only use it to purchase, or also to sell?

Dated: September 14, 2020                     Respectfully submitted,

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER & DEL DUCA LLP
JOSHUA M. MASUR
JEFFREY J. ZUBER
RASHEED M. McWILLIAMS
HEMING XU

By: */s/ Joshua M. Masur*
Joshua M. Masur
Attorneys for Defendant
REDBUBBLE INC.

2911-1006 / 1676485.1