BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile:  (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S PROPOSED *VOIR DIRE* QUESTIONS**<br><br>Pre-Trial Conference:   Sept. 21, 2020<br>Trial:                            Oct. 6. 2020 |

Pursuant to this Court's Order for Jury Trial (Dkt. No. 17), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") hereby submits the following proposed *voir dire* questions and respectfully requests that the Court ask the following questions during jury *voir dire*.

1. What is your current occupation?
2. What is the occupation of your spouse and/or anyone with whom you live?
3. For those of you who went to college, please tell me where you attended and what degrees you earned.
4. Does anyone work with girls and women between the ages of 12 and 21? If so, what is the nature of the work you do with girls and women in that age group?
5. Does anyone have strong opinions about clothing and fashion for girls and women between the ages of 12 and 21?
6. Has anyone ever worked in the teen fashion industry – *e.g.*, designing, marketing, or selling apparel and accessories to teens?
7. Has anyone ever heard of the brand Brandy Melville?
8. Has anyone purchased or owned Brandy Melville products? If so, please describe the products and your experience with them – *e.g.*, did you like them, dislike them, still own them, no longer own them, etc.?
9. Has anyone ever heard of the company Redbubble or the website redbubble.com?
10. Has anyone purchased or owned products that were ordered from the Redbubble website? If so, please describe the products and your experience with them – *e.g.*, did you like them, dislike them, still own them, no longer own them, etc.?
11. Does anyone have experience using a print-on-demand website to

design, sell, or purchase products such as clothing, stickers, housewares, or the like?

12. Has anyone ever applied to register or owned a trademark?

13. Has anyone ever been involved in a situation where a claim was being made that a trademark had been infringed?

14. Does anyone hold any strong views about the trademark laws – *e.g.*, They are very important!  Or they should be wiped off the books!

15. Does anyone have any background or training in the law?

16. Does anyone have any background, training, or experience in fashion design?

17. Does anyone regularly post on or visit Instagram accounts?

18. Does anyone have any background, training, or experience in online marketing or "search engine optimization"?

19. Does anyone have any background or training in intellectual property?

20. Has anyone, or a close friend or relative, sued or been sued?  If yes:

    What was the nature of the claim?

    Was that case resolved to your satisfaction?

DATED: September 14, 2020    BROWNE GEORGE ROSS LLP
    Keith J. Wesley
    Ryan Q. Keech
    Jason Y. Kelly

By:    */s/ Keith J. Wesley*
    Keith J. Wesley
Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville