1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Keith J. Wesley (State Bar No. 229276)
     kwesley@bgrfirm.com
3  Ryan Q. Keech (State Bar No. 280306)
     rkeech@bgrfirm.com
4  Jason Y. Kelly (State Bar No. 274144)
     jkelly@bgrfirm.com
5  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
6  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697
7
   Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
8  Brandy Melville

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

| 11  Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner |
|---|---|
| 12              Plaintiff, | |
| 13        vs. | **NOTICE OF CHANGE OF FIRM NAME** |
| 14  REDBUBBLE, INC., a Delaware corporation, | |
| 15 | PTSC Date:  December 14, 2020<br>Trial Date:  January 12, 2021 |
| 16              Defendant. | |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that the firm of Browne George Ross LLP has changed its name to Browne George Ross O'Brien Annaguey & Ellis LLP.  The physical address, email address, and telephone and fax numbers shall remain the same.

DATED:  October 21, 2020

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Keith J. Wesley
   Ryan Q. Keech
   Jason Y. Kelly


By:   */s/ Jason Y. Kelly*
     Jason Y. Kelly
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville