UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER RE MOTIONS FOR SUMMARY JUDGMENT [DE 103]**<br><br>*[Filed concurrently with Notice of Motion and Motion for Partial Reconsideration]*<br><br>Hearing Date: December 14, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

1   This matter having come before the Court upon Defendant Redbubble Inc.'s
2   Motion for Partial Reconsideration of Order Re Motions for Summary Judgment,
3   the Court, having reviewed the motion and related papers and after sufficient cause
4   appearing, finds that the Motion should be and is granted.
5   The Court hereby enters partial summary judgment that Redbubble cannot, as
6   a matter of law, be liable for counterfeiting products bearing the Brandy Flags and
7   Brandy Heart registered marks.
8
9   **IT IS SO ORDERED.**
10
11  DATED:
12
13                                          _____
                                            Honorable R. Gary Klausner
14                                          United States District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28