BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO MOTION OF DEFENDANT REDBUBBLE, INC. FOR PARTIAL RECONSIDERATION OF ORDER RE MOTIONS FOR SUMMARY JUDGMENT [DE 103]**<br><br>Date:  December 14, 2020<br>Time:  9:00 a.m.<br>Courtroom:  850<br><br>PTSC Date:  December 14, 2020<br>Trial Date:  January 12, 2021 |

1701386

-1-

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF
DEFENDANT FOR PARTIAL RECONSIDERATION OF ORDER RE MOTIONS FOR SUMMARY JUDGMENT

# DECLARATION OF JASON Y. KELLY

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross O'Brien Annaguey & Ellis LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an email chain between me and Mr. Josh Masur, counsel for Defendant Redbubble, Inc., from October 26 and 27, 2020. On October 27, 2020, Mr. Masur and I met and conferred via telephone, and I reiterated the arguments made in my email sent at 2:41 p.m. on October 27, 2020.

3. Plaintiff's counsel has incurred more than $5,250 in attorneys' fees and costs to oppose the Motion of Defendant Redbubble, Inc. for Partial Reconsideration of Order re Motions for Summary Judgment [DE 103], filed on November 10, 2020 (Dkt. No. 126), based on 10 hours worked at a rate of $525 per hour.

Executed this 23rd day of November 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                               */s/ Jason Y. Kelly*
                               Jason Y. Kelly