# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:　Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING MOTION OF DEFENDANT REDBUBBLE, INC. FOR PARTIAL RECONSIDERATION OF ORDER RE MOTIONS FOR SUMMARY JUDGMENT [DE 103]**<br><br>Date:　　　　December 14, 2020<br>Time:　　　　9:00 a.m.<br>Courtroom:　　850<br><br>PTSC Date:　　December 14, 2020<br>Trial Date:　　January 12, 2021 |

1694878

-1-　　Case No. 2:19-cv-04618-RGK (JPRx)

[PROPOSED] ORDER DENYING MOTION OF DEFENDANT REDBUBBLE, INC. FOR PARTIAL RECONSIDERATION OF ORDER RE MOTIONS FOR SUMMARY JUDGMENT [DE 103]

# [PROPOSED] ORDER

This matter having come before the Court upon Motion of Defendant Redbubble, Inc. for Partial Reconsideration of Order re Motions for Summary Judgment [DE 103] (Dkt. No. 126; the "Motion"), the Court, having reviewed the Motion and related papers and after sufficient cause appearing, rules as follows:

The Motion is **DENIED** in its entirety.

Pursuant to 28 U.S.C. § 1927, Local Rule 83-7, and its inherent power, this Court **HEREBY SANCTIONS** Defendant Redbubble, Inc. and its counsel and awards Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville monetary sanctions in the reasonable amount of $5,250 for attorneys' fees and costs it incurred to respond to the Motion. Defendant and its counsel filed the Motion knowing that it lacks any merit and for the improper purpose of unreasonably and vexatiously multiplying the proceedings in this case.

**IT IS SO ORDERED.**

Dated: December _____, 2020

Honorable R. Gary Klausner
United States District Court Judge

1694878

-2-  Case No. 2:19-cv-04618-RGK (JPRx)

[PROPOSED] ORDER DENYING MOTION OF DEFENDANT REDBUBBLE, INC. FOR PARTIAL RECONSIDERATION OF ORDER RE MOTIONS FOR SUMMARY JUDGMENT [DE 103]