# Exhibit A

To Redbubble's Memorandum of Contentions of Fact and Law

# Joshua Masur

| | |
|---|---|
| **From:** | Joshua Masur |
| **Sent:** | Wednesday, May 6, 2020 4:44 PM |
| **To:** | 'Keith Wesley'; Ryan Q. Keech; Jason Kelly; Lachmin Singh |
| **Cc:** | Debora Sanfelippo; Ken Wilson (ken@coastsidelegal.com); Zachary S. Davidson |
| **Subject:** | RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble [IWOV-DOCSLA.FID342136] |
| **Attachments:** | 2020.05.06 Redbubble's First Trial Exhibit List.pdf |

Keith –

Local Rule 16-2.3, requires, no later than today, that the parties "disclose all exhibits to be used at trial other than those contemplated to be used solely for impeachment." We are complying with that rule by serving the attached list on you.

Your disclosure of "any documents we produced in discovery" does not comply with the letter or spirit of this rule. We will move *in limine* to preclude the use of any documents other than those more specifically identified in your email – namely, "the deposition exhibits and the exhibits filed in support of [y]our msj" – absent a showing of good cause for a later disclosure. Please note that this is already a compromise, as without exchanging the required lists, the parties cannot effectively comply with Local Rules 16-2.3, 16-6.1, and 26-3. Please provide the required list by close of business tomorrow.

As for witnesses, Redbubble expects that any witness who was not identified in accordance with both Rule 26(a)(1)(A) and Local Rule 16-2.4 will be precluded from testifying. We understand that Mr. Rianna, Ms. Elkins and Ms. Gerson comprise your definite witnesses, and that Mr. Paley and Ms. Walters comprise your "maybe" list, and we will address Mr. Paley and Ms. Walters on Friday, when we meet and confer on motions *in limine*.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com | www.zuberlawler.com

---

**From:** Keith Wesley <kwesley@bgrfirm.com>
**Sent:** Wednesday, May 6, 2020 3:35 PM
**To:** Joshua Masur <JMasur@zuberlawler.com>; Ryan Q. Keech <rkeech@bgrfirm.com>; Jason Kelly <jkelly@bgrfirm.com>; Lachmin Singh <lsingh@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson (ken@coastsidelegal.com) <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** RE: Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble [IWOV-DOCSLA.FID342136]

Thanks Josh.

You're correct on the witnesses. If we need Mr. Paley and/or Ms. Walters to authenticate the documents attached to their declarations, then we intend to call them. If that authentication proves unnecessary, then we will not call them. I am, of course, hopeful that we can work together to avoid consuming unnecessary juror and court time on issues such as authentication.

In terms of exhibits, as I mentioned, we intend to rely upon the deposition exhibits and the exhibits filed in support of our msj.  We also intend to rely upon any documents we produced in discovery.  You have copies of all of those documents in your possession.  We will, however, endeavor to provide a more organized, numbered list before Friday's call.  We welcome your list at any time.

Best,

Keith

---

**From:** Joshua Masur <JMasur@zuberlawler.com>
**Sent:** Wednesday, May 6, 2020 3:00 PM
**To:** Keith Wesley <kwesley@bgrfirm.com>; Ryan Q. Keech <rkeech@bgrfirm.com>; Jason Kelly <jkelly@bgrfirm.com>; Lachmin Singh <lsingh@bgrfirm.com>
**Cc:** Debora Sanfelippo <dsanfelippo@zuberlawler.com>; Ken Wilson (ken@coastsidelegal.com) <ken@coastsidelegal.com>; Zachary S. Davidson <zdavidson@zuberlawler.com>
**Subject:** Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble

Counsel for Plaintiff –

Redbubble's first trial witness list is attached and served on you.

Our understanding from the Rule 16 call we just held is that you intend to put up Mr. Rianna, Ms. Elkins, and Ms. Gerson, and intend to use Mr. Toy, Ms. Greenhough, and Mr. Deshais as well.  I asked whether you intended to put up Mr. Paley, and you said that you might need to offer him and Ms. Walters; I advised you that we would object to them for failure to disclose them pursuant to Rule 26.

As I mentioned on the call, we were intending to serve our exhibit list as well, but you were not prepared to do so today.  In light of Friday's deadline to meet and confer on motions *in limine*, I suggested that we exchange the lists tomorrow morning, but you indicated that you would not likely be prepared to do so then either.  While we reserve all rights, I understand that you will be proposing an exhibit exchange deadline this afternoon.

Thanks.

– Josh



**JOSHUA M. MASUR**
Partner
Zuber Lawler & Del Duca LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063, USA
T: +1 (650) 434-8538 | F: +1 (213) 596-5621
jmasur@zuberlawler.com |  www.zuberlawler.com

---

The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. This email may be an attorney advertisement. Should you not wish to receive such communications from me, please reply to this email requesting to be removed.

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____