BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:　Hon. R. Gary Klausner<br><br>**PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S SHORT EXPERT NARRATIVE STATEMENTS**<br><br>Pre-Trial Conference:　Dec. 14, 2020<br>Trial:　Jan. 12, 2021 |

Pursuant to this Court's Order for Jury Trial (Dkt. No. 17), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") respectfully submits its short narrative statements of the qualifications and the testimony expected to be elicited for the expert Plaintiff intends to call at trial, Ms. Jamie Goldberg Gerson.

## I.  JAMIE GOLDBERG GERSON

### A.  Qualifications

Ms. Gerson is qualified to testify as an expert witness.  Ms. Gerson is a founding member of the Brand Protection Coalition, an organization created to help licensees identify and report counterfeit merchandise to their licensors and trademark holders.  Ms. Gerson also is a founding member of CounterFind, Inc., whose Internet-based software is used by more than 90 of the world's most recognizable trademark holders to find and remove counterfeit merchandise on online marketplaces.  Ms. Gerson currently is the Senior Director of Business Development at CounterFind.

Ms. Gerson co-chaired the first annual CounterFind Brand Protection Summit, hosted by Warner Music Group.  She also is a member and sponsor of the International Trademark Association (INTA), as well as a member of Licensing International, the International Anti-Counterfeiting Coalition, and the International Collegiate Licensing Association (ICLA).

Ms. Gerson is a graduate of the University of Texas at Austin with a degree in Sports Management and a minor in Corporate Communication.  During university and after graduation, she worked with athletic and sports departments and franchises with respect to their trademarks and licensing.  Ms. Gerson subsequently became the Director of Licensing and Business Development at FanPrint, where she managed several major licensing relationships with professional sports teams, players associations, and intellectual property rights holders.

### B.  Testimony Plaintiff Expects to Elicit at Trial

Plaintiff expects to elicit from Ms. Gerson the opinions expressed in the Expert Report of Jamie Goldberg Gerson, signed April 1, 2020.  Ms. Gerson will provide

opinions about Defendant's attempts to police infringing content on its website and compare them to the efforts of similarly situated companies. Ms. Gerson will opine that Defendant is one of the worst violators, compared to other print-on-demand companies, with respect to policing its marketplace for intellectual property infringements. Among other things, Defendant fails to proactively remove designs that blatantly violate trademarks without receiving a specific takedown notice from the intellectual property owner, falls short of promptly removing reported infringement, and allows consumers to search brand names that it knows are trademarked. Defendant also allows repeat violators and sellers to continuously post and sell products using the same trademarks that were previously reported. Ms. Gerson will further testify that Plaintiff is a popular and well-known women's brand with recognizable logos and apparel and that Ms. Gerson is familiar with Plaintiff's brand and products.

Ms. Gerson's testimony will be based on and rely on her review and consideration of, *inter alia*, dozens of Defendant-produced documents, the pleadings in this case, analytical data maintained by CounterFind related to print-on-demand platforms, and Ms. Gerson's industry experience in policing infringing content that includes overseeing the reporting of over 250,000 ads, posts, and designs selling infringing and counterfeit products across Defendant's and other print-on-demand companies' websites.

DATED: December 9, 2020

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Ryan Q. Keech
Jason Y. Kelly

By: ____/s/ Keith J. Wesley____
Keith J. Wesley
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville