KENNETH B. WILSON  (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

JEFFREY J. ZUBER  (SBN 220830)
jzuber@zuberlawler.com
HEMING XU  (SBN 302461)
hxu@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDBUBBLE INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DEFENDANT REDBUBBLE INC.'S AMENDED SHORT EXPERT WITNESS NARRATIVE**<br><br>Pre-Trial Conference: December 14, 2020<br>Trial Date:　　　　　January 12, 2020<br>Hon. R. Gary Klausner, Courtroom 850 |

2911-1006 / 1720061.1

Defendant Redbubble Inc. ("Redbubble"), by and through its counsel of record, respectfully submits the following expert witness narrative:

**Qualifications**

Defendant's expert Mr. Michael Masnick is a journalist, researcher, writer, and consultant who has spoken about, studied and written about issues related to online content moderation for over a decade. Mr. Masnick has written articles and published papers relating to the topic, as well as conducted numerous interviews with content moderation experts from a variety of different internet platforms.

Mr. Masnick is also a frequent speaker on issues relating to the challenges of content moderation with regards to intellectual property. He has presented before a U.S. Copyright Office Roundtable on content moderation and the European Union Parliament on issues related to copyright protection and internet platforms. He has also spoken regularly about content moderation and IP issues at conferences including the Content Moderation at Scale Summit, CES (the Consumer Electronics Show), State of the Net, Leadership Music Digital Summit, NARM (National Association of Recording Merchandisers) Summit (now called the Music Business Association), MIDEM (the world's largest music trade show) and numerous others. In 2019, Mr. Masnick gave the keynote address at the California Lawyers Association "IP and the Internet" Conference, where he discussed the challenges faced by internet platforms due to the need to proactively moderate allegedly-protected content. Mr. Masnick has a BS and MBA from Cornell.

**Testimony**

As an expert on the intersection between intellectual property law and content moderation by internet platforms, Mr. Masnick will be providing rebuttal testimony to the testimony offered by Plaintiff's expert, Mrs. Jamie Goldberg Gerson. As a rebuttal witness, Defendant expects Mr. Masnick to testify in rebuttal to Mrs. Gerson's testimony and opinions on the following topics:

- Rebutting Plaintiff's expert's testimony regarding the purported scale of alleged infringement on redbubble.com, including in comparison to other sites;
- Content moderation activities of rightsholders and their representatives, including by Plaintiff's expert's company; and
- Industry content moderation policies and practices, including rebutting Plaintiff's expert's testimony regarding Redbubble's content moderation policies and practices (including its policies on infringement notices, takedown efforts after notice, and proactive policing of content), the impossibility of moderating content at scale, and the consequences to society and individuals (including Mr. Masnick himself) of excessive content moderation.

Mr. Masnick will also offer testimony to clarify any of the rebuttal opinions offered in his expert report, which has been previously filed as Exhibit A to the Declaration of Joshua M. Masur in Support of Redbubble Inc.'s Opposition to Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Motion in Limine No. 4 [Dkt. 91-2], and in response to opinions offered by Plaintiff's expert at trial.

Dated: December 10, 2020

Respectfully submitted,

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER & DEL DUCA LLP
JOSHUA M. MASUR
JEFFREY J. ZUBER
HEMING XU

By: */s/ Joshua M. Masur*

Attorneys for Defendant
REDBUBBLE INC.