| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Kenneth B. Wilson | Joshua M. Masur |
| ken@coastsidelegal.com | jmasur@zuberlawler.com |
| COASTSIDE LEGAL | ZUBER LAWLER & |
| 455 1st Avenue | DEL DUCA LLP |
| Half Moon Bay, CA 94019 | 2000 Broadway St. Suite 154 |
| Tel. (650) 440-4211 | Redwood City, CA 94063 |
| | Tel. (213) 596-5620 |

ATTORNEY(S) FOR: Defendant Redbubble Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:19-cv-04618-RGK-FFM<br><br>AMENDED<br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Defendant Redbubble Inc.</u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Redbubble Inc. | Defendant |
| Redbubble Limited | Parent Company of Redbubble Inc. |
| Chubb Australia; Chubb Limited; ACE American Insurance Company | Insurance Carrier |

| | |
|---|---|
| December 11, 2020 | /s/ Joshua M. Masur |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Redbubble Inc.