# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge: Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S MOTION FOR RECONSIDERATION OF JULY 10, 2020 ORDER (DKT. NO. 103)**<br><br>Date: April 12, 2021<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>PTSC Date: May 24, 2021<br>Trial Date: June 15, 2021 |

1  This matter having come before the Court upon Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's Motion for Reconsideration of July 10, 2020 Order (Dkt. No. 103), the Court, having reviewed the Motion and related papers and after sufficient cause appearing, finds that the Motion should be, and is, **GRANTED**.

Upon reconsidering the Court's July 10, 2020 Order Re: Plaintiff's Motion for Summary Judgment [DE 36], Defendant's Motion for Summary Judgment [DE 40] (Dkt. No. 103), the Court concludes summary judgment for Plaintiff is appropriate because there is no genuine issue of material fact that Defendant is liable for direct trademark infringement, false designation of origin, and common-law unfair competition. Accordingly, the Court **GRANTS** Plaintiff's Motion for Summary Judgment (Dkt. No. 36) and **DENIES** Defendant's Motion for Summary Judgment (Dkt. No. 40) as to Plaintiff's claims of direct trademark infringement, false designation of origin, and common-law unfair competition.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable R. Gary Klausner
United States District Court Judge