BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (SBN 229276)
  kwesley@bgrfirm.com
Jason Y. Kelly (SBN 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

COASTSIDE LEGAL
Kenneth B. Wilson (SBN 130009)
  ken@coastsidelegal.com
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

ZUBER LAWLER & DEL DUCA LLP
Joshua M. Masur (SBN 203510)
  jmasur@zuberlawler.com
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br><br>**JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>Judge:  Hon. R. Gary Klausner<br><br>Pretrial Conference:  May 24, 2021<br>Trial Date:  June 15, 2021 |

2911-1006 / 1801285

# JOINT STIPULATION

WHEREAS, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff") initiated this action on May 28, 2019;

WHEREAS, Defendant Redbubble Inc. ("Defendant") answered Plaintiff's complaint on July 29, 2019;

WHEREAS, on October 21, 2019, this Court held the Scheduling Conference and set dates, including a Pretrial Conference scheduled for June 15, 2020 and a Jury Trial scheduled to begin on June 30, 2020 (DE#16);

WHEREAS, due to the unavailability of jurors and restrictions on use of the Courthouse during the pandemic, the Court first continued the Pretrial Conference and Jury Trial to September 21, 2020 and October 6, 2020, respectively (DE#99); then to December 14, 2020 and January 12, 2021, respectively (DE#123); then to February 16, 2021 and March 2, 2021, respectively (DE#138); then to May 24, 2021 and June 15, 2021, respectively (DE#141);

WHEREAS, on April 19, 2021, the Clerk of the Court issued a Notice declaring that jury trials will be permitted to commence on June 7, 2021 in civil and criminal cases in the Western Division of this Court;

WHEREAS, on May 22, 2020, the parties filed the Joint Witness List, advising the Court that one or both parties expected to present as trial witnesses, *inter alia*, Anuj Luthra, then Redbubble's Head of Artists & Content and Vice President of Engineering, and Arnaud Deshais, then Redbubble's Chief Supply Chain Officer (DE#71 at 4-5);

1  WHEREAS, Redbubble represents that neither Mr. Luthra nor Mr. Deshais
2  is currently employed by Redbubble or its affiliates, both having left after the
3  original trial date;

4  WHEREAS, Redbubble therefore no longer has the ability to ensure
5  Mr. Luthra's nor Mr. Deshais's attendance at trial;

6  WHEREAS, Redbubble represents that both Mr. Luthra and Mr. Deshais
7  remain willing to appear voluntarily at trial;

8  WHEREAS, Redbubble represents that Mr. Luthra resides in Australia,
9  whose government has banned "all overseas travel, unless travelling to New
10 Zealand or if an exemption has been granted" (Australian Government Department
11 of Health, "Coronavirus (COVID-19) advice for international travellers,"
12 <https://www.health.gov.au/news/health-alerts/novel-coronavirus-2019-ncov-
13 health-alert/coronavirus-covid-19-restrictions/coronavirus-covid-19-advice-for-
14 international-travellers#travel-out-of-australia> (visited May 3, 2021));

15 WHEREAS, Redbubble represents that Mr. Luthra does not appear to fall
16 within any category for which an exemption could be sought, but even if he did, the
17 Australian Government may deny an exemption;

18 WHEREAS, even if Mr. Luthra were granted an exemption to permit him to
19 travel to the United States for trial, he would be subject to a 14-day quarantine after
20 he reentered Australia after trial, before he could return home;

21 WHEREAS, Redbubble represents that Mr. Deshais resides in Portugal,
22 which has been designated as Level 4, "Do Not Travel," by the U.S. State
23 Department;

WHEREAS, although travel restrictions between Portugal and the United States are in flux, it appears that Mr. Deshais would be subject to quarantines – potentially both when arriving in the U.S. and when returning to Portugal – and other complications, were he to travel in order to appear for trial;

WHEREAS, to date, Redbubble has been unable to identify an appropriate substitute witness for either Mr. Luthra or Mr. Deshais;

WHEREAS, counsel for the parties have met and conferred repeatedly about this issue, including by voice communication, and have agreed that the most appropriate way to address this issue is to jointly request that the Court continue the trial until at least September 14, 2021, at the Court's convenience and discretion, by which time the parties expect that pandemic-related travel restrictions may have eased;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent to modify a scheduling order;

WHEREAS, there is good cause to modify the schedule in this case and the Parties do not believe an additional extension of approximately 90 days, after four previous extensions of similar duration, will prejudice either party or result in undue delay; and

WHEREAS, the Parties have previously requested a pandemic-related extension from this Court, which was granted in part (DE##24, 26);

**NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE AND MOVE THIS COURT FOR AN ORDER MODIFYING THE FOLLOWING DEADLINES AND DATES:**

1. The Jury Trial shall be continued from June 15, 2021 at 9:00 AM to on or after September 14, 2020 at 9:00 AM; and

2. The Pretrial Conference shall be continued from May 24, 2021 at 9:00 AM to a time convenient to the Court, and consistent with the trial date that the Court shall set.

**IT IS SO STIPULATED AND AGREED.**

DATED:  May 5, 2021         BROWNE GEORGE ROSS
                            O'BRIEN ANNAGUEY & ELLIS LLP
                            Jason Y. Kelly

                            By:   */s/ Jason Y. Kelly*
                                  Jason Y. Kelly
                            Attorneys for Plaintiff
                            Y.Y.G.M. SA d.b.a. BRANDY MELVILLE

DATED:  May 5, 2021         ZUBER LAWLER LLP
                            Joshua M. Masur

                            By:   */s/ Joshua M. Masur*
                                  Joshua M. Masur
                            Attorneys for Defendant
                            REDBUBBLE INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Joshua M. Masur, am the ECF User whose identification and password are being used to file this stipulation.  Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 5, 2021            By: */s/ Joshua M. Masur*
                                  Joshua M. Masur