UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (FFMx)<br><br>**[PROPOSED] ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>Judge: Hon. R. Gary Klausner<br><br>Pretrial Conference: May 24, 2021<br>Trial Date: June 15, 2021 |

2911-1006 / 1802546.1

Before the Court is the Joint Stipulation to Continue Final Pretrial Conference and Trial Date, filed jointly by Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville and Defendant Redbubble Inc. Good cause appearing therefor, the Court hereby **GRANTS** the Joint Stipulation and orders as follows:

1. The Jury Trial shall be continued from June 15, 2021 at 9:00 a.m. to _____ at 9:00 a.m.; and

2. The Pretrial Conference shall be continued from May 24, 2021 at 9:00 a.m. to _____ at 9:00 a.m..

**IT IS SO ORDERED.**

DATED:

_____
Honorable R. Gary Klausner
United States District Court Judge

2911-1006 / 1802546.1

-2-