BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Judge:  Hon. R. Gary Klausner<br><br>**PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S NOTICE OF LODGING [PROPOSED AND THIRD AMENDED] FINAL PRE-TRIAL CONFERENCE ORDER**<br><br>Pre-Trial Conference: May 24, 2021<br>Trial: June 15. 2021 |

1 **TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE**
2 **ATTORNEYS OF RECORD:**

3   PLEASE TAKE NOTICE that pursuant to Local Rules 16-7 and 16-6.3,
4 Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville hereby lodges the [Proposed and Third
5 Amended] Final Pre-Trial Conference Order.

7 DATED: May 13, 2021               BROWNE GEORGE ROSS
                                    O'BRIEN ANNAGUEY & ELLIS LLP
                                        Keith J. Wesley
                                        Ryan Q. Keech
                                        Jason Y. Kelly

                                    By:     */s/ Keith J. Wesley*
                                            Keith J. Wesley
                                    Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
                                    Brandy Melville