# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-04618-RGK-JPR | Date | May 14, 2021 |
|---|---|---|---|
| Title | *Y.Y.G.M. SA v. Redbubble, Inc.* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order Re: Joint Stipulation to Continue Final Pretrial Conference and Trial Dates [DE 151]**

Before the Court is the Joint Stipulation filed by the parties on May 6, 2021, whereby the parties request a continuance of approximately 90 days on both the May 24, 2021 pretrial conference, and the June 15, 2021 trial date.

The Court **DENIES** the parties' request for a continuance of the pretrial conference scheduled for May 24, 2021. The Court **DENIES** without prejudice the parties' request for a continuance of the trial date. The parties may raise a renewed request for a continuance of the trial date at the pretrial conference.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   _____