# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-04618-RGK-JPR | Date | May 24, 2021 |
|---|---|---|---|
| Title | Y.Y.G.M. SA v. Redbubble, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Sheri Kleeger | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Keith Wesley<br>Jason Kelly | Joshua Masur | |

**Proceedings:**     **PRETRIAL CONFERENCE**

    Court and counsel confer.  The Court gives tentative rulings on motions in limine, final rulings to be given on the first day of trial.  Counsel shall submit a joint statement of the case to be read to the jury, the statement should not exceed one paragraph.  Each day of trial, counsel shall provide the court with a list of witnesses to be called, in the order that they will be called.  Court and counsel confer re voir dire, jury impanelment, trial hours, witness lists, and presentation of exhibits. The Court intends to impose time limits of 4 hours per side for trial.

    Court and counsel confer regarding mediation. The parties attended a settlement conference on March 16, 2020 and are ordered to participate in a further settlement conference with a Magistrate Judge before the date of trial.

    Court and counsel confer re status of witnesses who reside out of the country.  Counsel shall provide an update on these witnesses one week before trial.

    **IT IS SO ORDERED.**

|  | : | 28 |
|---|---|---|
| Initials of Preparer | slw | |