UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV19-04618-RGK-(JPRx)      Date: June 4, 2021

Title  Y.Y.G.M. SA v. REDBUBBLE, INC,

Present: The Honorable: ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

| Ilene Bernal | Zoom Meeting |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley | Joshua Masur |
| | Kenneth Wilson |

**Proceedings: HRG: SETTLEMENT CONFERENCE**

Settlement conference held on Zoom. The parties do not reach a settlement.

                                                                                                                                                                                          2:50

**Initials of Preparer**      IB