BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**JOINT STATEMENT OF THE CASE**<br><br>PTSC Date:   May 24, 2021<br>Trial Date:   June 15, 2021 |
|---|---|

Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville and Defendant Redbubble, Inc., jointly submit the following proposed statement of the case:

## JOINT STATEMENT OF THE CASE

Ladies and Gentlemen of the Jury:

The plaintiff in this case, Y.Y.G.M. SA d.b.a. Brandy Melville, is a clothing and accessories brand whose target demographic includes girls and women between the ages of 12 and 30. The defendant, Redbubble, Inc., provides an online marketplace for artists to upload their artwork, and for customers to buy that artwork on different products, including clothing, phone cases, and stickers. Plaintiff asserts, and Defendant disputes, that Defendant is liable for contributory trademark infringement and counterfeiting arising from the unauthorized use of certain of Plaintiff's trademarks through Defendant's marketplace

DATED:  June 8, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Keith J. Wesley
   Ryan Q. Keech
   Jason Y. Kelly

By:    */s/ Jason Y. Kelly*
       Jason Y. Kelly
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

DATED:  June 8, 2021

ZUBER LAWLER & DEL DUCA LLP
   Joshua M. Masur
   Jeffrey J. Zuber
   Heming Xu

By:    */s/ Joshua M. Masur*
       Joshua M. Masur
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Jason Y. Kelly, am the ECF User whose identification and password are being used to file this stipulation. Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 8, 2021       By:  */s/ Jason Y. Kelly*
                                Jason Y. Kelly