BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>      Plaintiff,<br><br>      vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>      Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>PTSC Date:   May 24, 2021<br>Trial Date:    June 15, 2021 |

1      Pursuant to Local Rule 49-1, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

2  submits its proposed verdict form.

3

4  DATED:  June 8, 2021                  BROWNE GEORGE ROSS

5                                        O'BRIEN ANNAGUEY & ELLIS LLP
                                            Keith J. Wesley
6                                           Ryan Q. Keech
                                            Jason Y. Kelly
7

8                                     By:      /s/ Jason Y. Kelly
                                            _____
9                                              Jason Y. Kelly
                                        Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
10                                      Brandy Melville

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

We, the jury in the above-entitled case, find the following on the questions submitted to us:

1.      Did Defendant Redbubble contributorily counterfeit the Brandy Melville Heart Mark?

Yes _____        No _____

*If you answered "yes," then please answer the next two sub-questions.  If you answered "no," then please skip ahead to Question 2.*

a.      Was Defendant Redbubble's contributory counterfeiting willful?

Yes _____        No _____

b.      What is the total amount of statutory damages you award to Plaintiff Brandy Melville for Defendant Redbubble contributorily counterfeiting the Brandy Melville Heart Mark?

$_____

2.      Did Defendant Redbubble contributorily counterfeit the Brandy Melville LA Lightning Mark?

Yes _____        No _____

*If you answered "yes," then please answer the next two sub-questions.  If you answered "no," then please skip ahead and answer Questions 3 through 7.*

a.      Was Defendant Redbubble's contributory counterfeiting willful?

Yes _____        No _____

b.     What is the total amount of statutory damages you award to Plaintiff Brandy Melville for Defendant Redbubble contributorily counterfeiting the Brandy Melville LA Lightning Mark?

$_____

*Regardless of how you answered Questions 1 and 2, please answer Questions 3, 4, 5, and 6.*

3.     Did Defendant Redbubble contributorily infringe the Brandy Melville Heart Mark?

Yes _____        No _____

4.     Did Defendant Redbubble contributorily infringe the Brandy Melville Flags Mark?

Yes _____        No _____

5.     Did Defendant Redbubble contributorily infringe the Brandy Melville LA Lightning Mark?

Yes _____        No _____

6.     Did Defendant Redbubble contributorily infringe any of Brandy Melville's unregistered trademarks in the "Brandy Melville" name or other unregistered variations of the Brandy Melville name, including "Brandy LA," "brandymelvilleusa," and "brandymelvilleusa.com"?

Yes _____        No _____

*If you answered "yes" to Question 3, 4, 5, or 6, then please answer Question 7.*

*If you answered "no" to Questions 3, 4, 5, and 6, then please skip Question 7.*

7.     What is the total amount of Defendant Redbubble's profit attributable to Redbubble's contributory trademark infringement ?

$\phantom{xx}$\$_____

Please date, sign, and return this form.

Dated: _____, 2021      _____

$\phantom{xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx}$Foreperson