JOSHUA M. MASUR (SBN 203510)
 *jmasur@zuberlawler.com*
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

JEFFREY J. ZUBER (SBN 220830)
 *jzuber@zuberlawler.com*
HEMING XU (SBN 302461)
 *hxu@zuberlawler.com*
ZUBER LAWLER LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Jennifer C. Kuhn (*Pro Hac Vice Pending)*
ZUBER LAWLER LLP
100 Congress Ave., Suite 2000
Austin, Texas 78701
Telephone: (512) 717-7430
Facsimile: (213) 596-5620

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REDBUBBLE INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JENNFIER C. KUHN IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***<br><br>Trial Date: June 17, 2021<br>Time:　　　9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

2911-1006 / 1825184.1

1

## DECLARATION OF JENNIFER C. KUHN

I, Jennifer C. Kuhn, declare as follows:

1. I am an attorney duly licensed and admitted to practice in the State of Texas. I am a partner with Zuber Lawler LLP in its Austin, Texas office. Attorneys Joshua M. Masur and Heming Xu of Zuber Lawler's Los Angeles office are attorneys of record for Defendant Redbubble Inc. in this matter.

2. I make this declaration in support of my Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* ("PHV Application").

3. Attached to my Application are Certificates of Standing for the State of Texas, where I am currently actively practicing, and for the District of Columbia.

4. A Certificate of Standing from the State Bar of California (showing my inactive status) was ordered but has not yet arrived. I will forward the certificate to the Court as soon as it has arrived.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of June, 2021 at Austin, Texas.

*/s/ Jennifer C. Kuhn*

Jennifer C. Kuhn