# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,<br><br>                                    Plaintiff(s)<br>                    v.<br><br>REDBUBBLE INC.,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:19-cv-04618-RGK (JPRx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kuhn, Jennifer C.   of   Zuber Lawler LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   100 Congress Ave., Suite 2000
(512) 717-7430        (213) 596-5621   Austin, Texas 78701
*Telephone Number*      *Fax Number*

jkuhn@zuberlawler.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Redbubble Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Xu, Heming   of   Zuber Lawler LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   350 S. Grand Ave. 32nd Fl.
302461        (213) 596-5620        (213) 596-5621   Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

hxu@zuberlawler.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

                                                                **U.S. District Judge/U.S. Magistrate Judge**