KENNETH B. WILSON (SBN 130009)
 *ken@coastsidelegal.com*
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
 *jmasur@zuberlawler.com*
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

JEFFREY J. ZUBER (SBN 220830)
 *jzuber@zuberlawler.com*
HEMING XU (SBN 302461)
 *hxu@zuberlawler.com*
ZUBER LAWLER LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
Redbubble Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REDBUBBLE INC.<br><br>　　　　　Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED JURY VERDICT FORM; DEFENDANT'S PROPOSED JURY VERDICT FORM**<br><br>Trial : June 17, 2021<br>Time: 9:00 a.m.<br>Crtrm.: 850 |

Defendant Redbubble Inc. hereby submits its objections to Plaintiff's proposed jury verdict form in this matter (DE#174), as well as its own proposed jury verdict form. Redbubble notes that the Jury Trial Order sets no deadline for Redbubble to serve such objections or its own verdict form. Redbubble requests and reserves the right to amend, modify, withdraw, and/or supplement its objections before or during trial of this matter.

Initially, Defendant Redbubble objects to the submission of a jury verdict form at all. Plaintiff is the master of its complaint, and elected not pursue actual damage claims that would have entitled it to a judgement by a jury under the Lanham Act. Instead it is seeking only Defendant Redbubble's profits. Disgorgement of profits under the Lanham Act is an equitable remedy falling solely within the determination of the Court, not the jury. See Dkt. No. 113 at 36 (citing Hard Candy, LLC v. Anastasia Beverly Hills, Inc., 921 F.3d 1343, 1348 (11th Cir. 2019) ("The remedy of an accounting and disgorgement of profits for trademark infringement is equitable in nature and has long been considered that way, so we hold that a plaintiff seeking the defendant's profits in lieu of actual damages is not entitled to a jury trial") (emphasis added). Accordingly, Plaintiff's entire jury verdict form should be stricken from the record.

Second, Redbubble objects to Plaintiff's jury form because it does not break out the individual elements required to determine liability for contributory trademark infringement and contributory counterfeiting, such as establishing that Plaintiff has valid and enforceable trademarks. Such a verdict form does not

1 | provide this Court or a reviewing court the opportunity to meaningfully review the
2 | finder-of-fact's determinations of the evidence presented.

4 | Dated: June 16, 2021

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER LLP
JOSHUA M. MASUR
JEFFREY J. ZUBER
HEMING XU

By: */s/ Joshua M. Masur*
    Attorneys for Defendant
    REDBUBBLE INC.

We, the jury in the above-entitled case, find the following on the questions submitted to us:

## I.   REGISTERED TRADEMARKS

1. Do you find that Redbubble engaged in contributory infringement of Plaintiff's registered "Heart," "Flags" or "LA Lightning" mark(s) by failing to stop specifically identified infringement or infringers, or by willful blindness, after receiving notice of the misconduct?   Yes ___   No ___

*If you answered "No" to question 1, please skip to question 8.*

2. Do you find that Plaintiff has a valid right to enforce that mark or those marks against the infringing uses?   Yes ___   No ___

*If you answered "no" to question 2, please skip to question 8.*

3. Is Brandy Melville entitled to Redbubble's profits from that contributory infringement?   Yes ___   No ___

4. If you answered "Yes" to question 3, what is the amount of Redbubble's profits that Brandy Melville is entitled to recover, accounting for any failure to mitigate, and deducting profits that may have accrued before Redbubble received notice of the mark?   US$ _____

5. Do you further find that Redbubble was involved in counterfeiting the "Heart" or "LA Lightning" marks on copies of plaintiff's products covered by that mark or those marks?

"Heart":  Yes ___  No ___     "LA Lightning":  Yes ___  No ___

*If you answered "No" to question 5, skip to question 8.*

6. If you answered "Yes" to question 5, do you find that Redbubble's infringement of that mark or marks was willful?

"Heart":  Yes ___  No ___     "LA Lightning":  Yes ___  No ___

7. If you answered yes to question 5 or 6, do you find that Plaintiff is entitled to recover statutory damages for that infringement or those infringements? If so, in what amount for each mark?

"Heart" Mark: US$_____          "LA Lightning": US$_____

## II. UNREGISTERED TRADEMARKS

8. Do you find that Redbubble engaged in contributory infringement of any of Plaintiff's alleged unregistered trademarks by failing to stop specifically identified infringement or infringers, or by willful blindness, after receiving notice of the misconduct?          Yes ___  No ___

9. If you answered "Yes" to question 8, which marks?
   __ "Brandy Melville"     __ "Brandy LA"     __ "brandymelvilleusa"
   __ "brandymelvilleusa.com"     __ Other (specify): _____
   _____

10. If you answered "Yes" to question 8, do you find that any of Plaintiff's alleged unregistered trademarks you identified in question 9 are valid and protectable?          Yes ___  No ___

11. If you answered "Yes" to question 10, which marks?
    _____
    _____

12. If you answered "yes" to questions 8 and 10 and you found that one or more unregistered marks were contributorily infringed, is Brandy Melville entitled to Redbubble's profits from that contributory infringement?     Yes ___  No ___

13. If you answered "Yes" to question 12, what is the amount that Brandy Melville is entitled to recover, accounting for any failure to mitigate, and deducting profits that may have accrued before Redbubble received notice of the mark?
                                                              US$ _____