JOSHUA M. MASUR  (SBN 203510)
 jmasur@zuberlawler.com
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

JEFFREY J. ZUBER  (SBN 220830)
 jzuber@zuberlawler.com
HEMING XU  (SBN 302461)
 hxu@zuberlawler.com
ZUBER LAWLER LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Jennifer C. Kuhn (*Pro Hac Vice Pending*)
ZUBER LAWLER LLP
100 Congress Ave., Suite 2000
Austin, Texas 78701
Telephone: (512) 717-7430
Facsimile: (213) 596-5620

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>REDBUBBLE INC.,<br><br>          Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**SUPPLEMENTAL DECLARATION OF JENNFIER C. KUHN IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*<br><br>Trial Date: June 17, 2021<br>Time:       9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

2911-1006 / 1826790.1                    1

DECLARATION OF JENNIFER C. KUHN

I, Jennifer C. Kuhn, declare as follows:

1. I am an attorney duly licensed and admitted to practice in the State of Texas. I am a partner with Zuber Lawler LLP in its Austin, Texas office. Attorneys Joshua M. Masur and Heming Xu of Zuber Lawler's Los Angeles office are attorneys of record for Defendant Redbubble Inc. in this matter.

2. I make this declaration in support of my Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* ("PHV Application") [D.E. 176].

3. The Certificate of Standing from the State Bar of California (showing my inactive status) that was ordered but had not yet arrived at the time of my PHV Application has just arrived and is attached to this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of June, 2021 at Los Angeles, California.

*Jennifer C. Kuhn*



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

June 16, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER CLAIRE KUHN, #208503 was admitted to the practice of law in this state by the Supreme Court of California on October 30, 2000; that from the date of admission to May 13, 2003, she was an ACTIVE licensee of the State Bar of California; that on May 13, 2003, she transferred at her request to the INACTIVE status as of November 1, 2002; that from that date to September 16, 2005, she was an INACTIVE licensee of the State Bar of California; that effective September 16, 2005, she was suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees; that said suspension remained in effect to January 18, 2006 upon which last mentioned date she was reinstated to the INACTIVE status by the Supreme Court upon payment of all delinquent State Bar fees and penalties; that from that date to August 16, 2007, she was an INACTIVE licensee of the State Bar of California; that effective August 16, 2007, she was suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees; that said suspension remained in effect to February 4, 2021 upon which last mentioned date she was reinstated to the INACTIVE status by the Supreme Court upon payment of all delinquent State Bar fees and penalties; that she has been since that date, and is at date hereof, an INACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

NOTE: *Only ACTIVE licensees of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*