1  BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
2  Keith J. Wesley (State Bar No. 229276)
     kwesley@bgrfirm.com
3  Ryan Q. Keech (State Bar No. 280306)
     rkeech@bgrfirm.com
4  Jason Y. Kelly (State Bar No. 274144)
     jkelly@bgrfirm.com
5  2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
6  Telephone: (310) 274-7100
Facsimile: (310) 275-5697
7
8  Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

9           UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11  | Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation, | Case No. 2:19-cv-04618-RGK (JPRx) |
12  | | Hon. R. Gary Klausner |
    |            Plaintiff, | |
13  | | **JOINT STIPULATION** |
    |        vs. | **REGARDING AUTHENTICITY** |
14  | | **AND ADMISSIBILITY OF** |
    | REDBUBBLE, INC., a Delaware | **CERTAIN TRIAL EXHIBITS** |
15  | corporation, | |
16  | | PTSC Date:  May 24, 2021 |
    |           Defendant. | Trial Date:  June 17. 2021 |

17
18
19
20
21
22
23
24
25
26
27
28

Per the Court's Order for Jury Trial, counsel for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") and Defendant Redbubble, Inc. ("Redbubble") have met and conferred to stipulate "as to foundation, waiver of the best evidence rule, and to those exhibits which may be received into evidence at the start of trial." (Dkt. No. 17 at 8.)

Brandy Melville and Redbubble hereby stipulate to waive any and all objections based on the need for authentication (Fed. R. Evid. 901, *et seq.*) and the best evidence rule (Fed. R. Evid. 1001, *et seq.*) for the following trial exhibits:

| | | | | | |
|---|---|---|---|---|---|
| TE002 | TE008 | TE011 | TE012 | TE020 | TE021 |
| TE022 | TE023 | TE031 | TE032 | TE033 | TE038 |
| TE039 | TE040 | TE041 | TE060 | TE061 | TE062 |
| TE063 | TE064 | TE066 | TE067 | TE075 | TE076 |
| TE077 | TE078 | TE079 | TE080 | TE081 | TE082 |
| TE083 | TE084 | TE085 | TE086 | TE087 | TE088 |
| TE089 | TE090 | TE091 | TE092 | TE093 | TE102 |
| TE103 | TE104 | TE105 | TE110 | TE111 | TE112 |
| TE118 | TE119 | TE120 | TE121 | TE122 | TE124 |
| TE125 | TE126 | TE127 | TE140 | TE141 | TE142 |
| TE143 | TE155 | TE156 | TE157 | TE158 | TE159 |
| TE160 | TE161 | TE162 | TE164 | TE166 | TE167 |
| TE168 | TE169 | TE170 | TE171 | TE172 | TE173 |
| TE174 | TE175 | TE176 | TE177 | TE178 | TE179 |
| TE180 | TE181 | TE182 | TE183 | TE184 | TE185 |
| TE186 | TE187 | TE188 | TE190 | TE192 | TE193 |
| TE194 | TE195 | TE196 | TE197 | TE198 | TE199 |
| TE200 | TE201 | TE202 | TE203 | TE204 | TE205 |
| TE206 | TE207 | TE208 | TE209 | TE210 | TE211 |

| TE212 | TE213 | TE214 | TE215 | TE216 | TE217 |
| TE224 | TE267 | TE268 | TE277 | TE278 | TE280 |
| TE281 | TE282 | TE283 | TE289 | TE290 | TE291 |
| TE292 | TE293 | TE294 | TE295 | TE296 | TE297 |
| TE298 | TE299 | TE301 | TE302 | TE303 | TE304 |
| TE307 | TE309 | TE310 | TE311 | TE312 | TE313 |
| TE314 | TE315 | TE316 | TE318 | TE321 | TE322 |
| TE323 | TE324 | TE325 | TE326 | TE330 | TE344 |
| TE345 | TE346 | TE347 | TE348 | TE350 | TE351 |
| TE357 | TE358 | TE359 | TE360 | TE361 | TE363 |
| TE371 | TE372 | TE373 | TE387 | TE403 | TE409 |
| TE414 | TE421 | TE422 | TE423 | TE424 | TE608 |
| TE609 | TE610 | TE612 | TE618 | TE621 | |

Brandy Melville and Redbubble hereby stipulate that the following trial exhibits may be received into evidence at the start of trial:

| TE001 | TE003 | TE004 | TE005 | TE006 | TE007 |
| TE009 | TE010 | TE013 | TE014 | TE015 | TE024 |
| TE025 | TE026 | TE027 | TE028 | TE029 | TE030 |
| TE034 | TE035 | TE042 | TE043 | TE045 | TE058 |
| TE065 | TE070 | TE071 | TE094 | TE095 | TE096 |
| TE097 | TE098 | TE099 | TE100 | TE101 | TE106 |
| TE107 | TE108 | TE113 | TE114 | TE115 | TE123 |
| TE128 | TE131 | TE135 | TE144 | TE145 | TE218 |
| TE219 | TE220 | TE272 | TE273 | TE286 | TE287 |
| TE305 | TE308 | TE317 | TE319 | TE320 | TE342 |

| TE355 | TE356 | TE501 | TE502 | TE503 | TE504 |
|-------|-------|-------|-------|-------|-------|
| TE505 | TE506 | TE507 | TE583 | TE611 | TE613 |
| TE614 | TE615 | TE616 | TE617 | TE619 | TE620 |
| TE622 | TE623 | TE624 | TE625 | TE626 | TE627 |
| TE628 | TE629 | TE630 | TE631 | TE632 | TE633 |
| TE634 | TE635 | TE636 | TE637 | TE638 | TE639 |
| TE640 | TE641 | TE642 | TE643 | TE644 | TE645 |
| TE646 | TE647 |       |       |       |       |

DATED:  June 16, 2021          BROWNE GEORGE ROSS
                               O'BRIEN ANNAGUEY & ELLIS LLP
                                   Keith J. Wesley
                                   Ryan Q. Keech
                                   Jason Y. Kelly

                               By:  _____ /s/ Jason Y. Kelly_____
                                         Jason Y. Kelly
                               Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
                               Brandy Melville


DATED:  June 16, 2021          ZUBER LAWLER & DEL DUCA LLP
                                   Joshua M. Masur
                                   Jeffrey J. Zuber
                                   Heming Xu

                               By:  _____ /s/ Heming Xu_____
                                         Heming Xu
                               Attorneys for Defendant Redbubble, Inc.

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Jason Y. Kelly, am the ECF User whose identification and password are being used to file this stipulation. Per Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 16, 2021          By:  _____/s/ Jason Y. Kelly_____
                                                    Jason Y. Kelly