UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING AUTHENTICITY AND ADMISSIBILITY OF CERTAIN TRIAL EXHIBITS**<br><br>PTSC Date:  May 24, 2021<br>Trial Date:   June 17, 2021 |

1   The Court, having considered Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's
2   and Defendant Redbubble, Inc.'s Joint Stipulation Regarding Authenticity and
3   Admissibility of Certain Trial Exhibits, and for sufficient cause shown, hereby grants
4   the joint stipulation and orders as follows:

5   Any and all objections based on the need for authentication (Fed. R. Evid. 901,
6   *et seq.*) or the best evidence rule (Fed. R. Evid. 1001, *et seq.*) for the following trial
7   exhibits are hereby waived:

| | | | | | |
|---|---|---|---|---|---|
| TE002 | TE008 | TE011 | TE012 | TE020 | TE021 |
| TE022 | TE023 | TE031 | TE032 | TE033 | TE038 |
| TE039 | TE040 | TE041 | TE060 | TE061 | TE062 |
| TE063 | TE064 | TE066 | TE067 | TE075 | TE076 |
| TE077 | TE078 | TE079 | TE080 | TE081 | TE082 |
| TE083 | TE084 | TE085 | TE086 | TE087 | TE088 |
| TE089 | TE090 | TE091 | TE092 | TE093 | TE102 |
| TE103 | TE104 | TE105 | TE110 | TE111 | TE112 |
| TE118 | TE119 | TE120 | TE121 | TE122 | TE124 |
| TE125 | TE126 | TE127 | TE140 | TE141 | TE142 |
| TE143 | TE155 | TE156 | TE157 | TE158 | TE159 |
| TE160 | TE161 | TE162 | TE164 | TE166 | TE167 |
| TE168 | TE169 | TE170 | TE171 | TE172 | TE173 |
| TE174 | TE175 | TE176 | TE177 | TE178 | TE179 |
| TE180 | TE181 | TE182 | TE183 | TE184 | TE185 |
| TE186 | TE187 | TE188 | TE190 | TE192 | TE193 |
| TE194 | TE195 | TE196 | TE197 | TE198 | TE199 |
| TE200 | TE201 | TE202 | TE203 | TE204 | TE205 |
| TE206 | TE207 | TE208 | TE209 | TE210 | TE211 |
| TE212 | TE213 | TE214 | TE215 | TE216 | TE217 |

| | | | | | |
|---|---|---|---|---|---|
| TE224 | TE267 | TE268 | TE277 | TE278 | TE280 |
| TE281 | TE282 | TE283 | TE289 | TE290 | TE291 |
| TE292 | TE293 | TE294 | TE295 | TE296 | TE297 |
| TE298 | TE299 | TE301 | TE302 | TE303 | TE304 |
| TE307 | TE309 | TE310 | TE311 | TE312 | TE313 |
| TE314 | TE315 | TE316 | TE318 | TE321 | TE322 |
| TE323 | TE324 | TE325 | TE326 | TE330 | TE344 |
| TE345 | TE346 | TE347 | TE348 | TE350 | TE351 |
| TE357 | TE358 | TE359 | TE360 | TE361 | TE363 |
| TE371 | TE372 | TE373 | TE387 | TE403 | TE409 |
| TE414 | TE421 | TE422 | TE423 | TE424 | TE608 |
| TE609 | TE610 | TE612 | TE618 | TE621 | |

The following trial exhibits shall be received into evidence at the start of trial:

| | | | | | |
|---|---|---|---|---|---|
| TE001 | TE003 | TE004 | TE005 | TE006 | TE007 |
| TE009 | TE010 | TE013 | TE014 | TE015 | TE024 |
| TE025 | TE026 | TE027 | TE028 | TE029 | TE030 |
| TE034 | TE035 | TE042 | TE043 | TE045 | TE058 |
| TE065 | TE070 | TE071 | TE094 | TE095 | TE096 |
| TE097 | TE098 | TE099 | TE100 | TE101 | TE106 |
| TE107 | TE108 | TE113 | TE114 | TE115 | TE123 |
| TE128 | TE131 | TE135 | TE144 | TE145 | TE218 |
| TE219 | TE220 | TE272 | TE273 | TE286 | TE287 |
| TE305 | TE308 | TE317 | TE319 | TE320 | TE342 |
| TE355 | TE356 | TE501 | TE502 | TE503 | TE504 |
| TE505 | TE506 | TE507 | TE583 | TE611 | TE613 |
| TE614 | TE615 | TE616 | TE617 | TE619 | TE620 |

| | | | | | |
|---|---|---|---|---|---|
| TE622 | TE623 | TE624 | TE625 | TE626 | TE627 |
| TE628 | TE629 | TE630 | TE631 | TE632 | TE633 |
| TE634 | TE635 | TE636 | TE637 | TE638 | TE639 |
| TE640 | TE641 | TE642 | TE643 | TE644 | TE645 |
| TE646 | TE647 | | | | |

**IT IS SO ORDERED.**

DATED: June ____, 2021

_____
Hon. R. Gary Klausner
United States District Court Judge