# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,<br><br>Plaintiff(s)<br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-04618-RGK (JPRx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [176] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kuhn, Jennifer C.
*Applicant's Name (Last Name, First Name & Middle Initial*

(512) 717-7430    (213) 596-5621
*Telephone Number*    *Fax Number*

jkuhn@zuberlawler.com
*E-Mail Address*

of Zuber Lawler LLP
100 Congress Ave., Suite 2000
Austin, Texas 78701
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Redbubble Inc.
*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Xu, Heming
*Designee's Name (Last Name, First Name & Middle Initial*

302461
*Designee's Cal. Bar No.*

(213) 596-5620    (213) 596-5621
*Telephone Number*    *Fax Number*

hxu@zuberlawler.com
*E-Mail Address*

of Zuber Lawler LLP
350 S. Grand Ave. 32nd Fl.
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated: June 17, 2021

*/s/ Gary Klausner/*
U.S. District Judge/~~XXX Magistrate Judge~~