# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | 2:19-cv-04618-RGK-JPRx | Date: June 17, 2021 |
| Title: | Y.Y.G.M. SA v. Redbubble, Inc. | |

Present: The Honorable  R. Gary Klausner, U.S. District Judge

| Joseph Remigio | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|

\_\_\_ Day Court Trial    1st Day Jury Trial

\_\_\_ One day trial:   X Begun (1st day);   X Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.
X  Opening statements made by \_\_\_
X  Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
\_\_\_ Plaintiff(s) rest.              \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.              \_\_\_ Jury retires to deliberate.          \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of       \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.                   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists  \_\_\_ Filed jury notes.                   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for                                \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.     Briefs to be filed by \_\_\_
\_\_\_ Motion to dismiss by \_\_\_ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to   Monday, June 21, 2021 at 1:00 p.m.   for further trial/further jury deliberation.
\_\_\_ Other:

                                                                        5 : 08
                                                    Initials of Deputy Clerk   jre

cc: