# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL  - AMENDED**

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-04618-RGK-JPRx | Date | June 17, 2021 |
| Title: | Y.Y.G.M. SA v. Redbubble, Inc. | | |

Present: The Honorable   R. Gary Klausner, U.S. District Judge

| Joseph Remigio | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley / Jason Kelly | Joshua Masur / Kennifer Kuhn / Heming Xu |

_____ Day Court Trial    1st  Day Jury Trial

_____ One day trial:   X  Begun (1st day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.
X  Opening statements made by _____
X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
___ Plaintiff(s) rest.                    ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.                     ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.                          ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to   Monday, June 21, 2021 at 1:00 p m.   for further trial/further jury deliberation.
X  Other:   Also present are Madison Elkins, Plaintiff's Representative and Corina Davis, Defendant's Representative.

                                                                          5  :  08
                                                     Initials of Deputy Clerk    jre

cc: