# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT REDBUBBLE INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW<br><br>Trial Date: June 22, 2021<br>Time: 11:00 a.m.<br>Crtrm.: 850 |

On June 1, 2020, defendant Redbubble Inc.'s ("Redbubble") Motion for Judgment as a Matter of Law was heard in this Court before the Honorable R. Gary Klausner. After considering thematerials and oral argument presented to the Court, and good cause appearing:

2911-1006 / 1830644.1

1       IT IS HEREBY ORDERED that Redbubble's motion is granted, the Court
2 finding that a reasonable jury would not have a legally sufficient evidentiary basis to
3 find for the Plaintiff on any of the issues raised by its Complaint.

5 Dated: June 22, 2021

                                        UNITED STATES DISTRICT COURT
                                        HONORABLE R. GARY KLAUSNER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28