# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:19-cv-04618-RGK-JPRx |
| Title: | Y.Y.G.M. SA v. Redbubble, Inc. |
| Date | June 21, 2021 |

Present: The Honorable   R. Gary Klausner, U.S. District Judge

| Joseph Remigio | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley | Joshua Masur |
| Jason Kelly | Jennifer Kuhn |

____ Day Court Trial    2ND Day Jury Trial

____ One day trial:   ____ Begun (1st day);   X Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by ____
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by ____
____ Motion to dismiss by ____   is ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by ____   is ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by ____   is ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   Tuesday, June 22, 2021 at 8:30 a.m.   for further trial/further jury deliberation.
____ Other:

2 : 53

Initials of Deputy Clerk   jre

cc: