UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | 2:19-cv-04618-RGK-JPRx | Date | June 22, 2021 |
|---|---|---|---|
| Title: | Y.Y.G.M. SA v. Redbubble, Inc. | | |

| Present: The Honorable | R. Gary Klausner, U.S. District Judge |
|---|---|

| Joseph Remigio | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley | Joshua Masur |
| Jason Kelly | Jennifer Kuhn |

\_\_\_ Day Court Trial     3RD Day Jury Trial

\_\_\_ One day trial:     \_\_\_ Begun (1st day);     X Held & Continued;     \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by \_\_\_
X Witnesses called, sworn and testified.     X Exhibits Identified     X Exhibits admitted.
X Plaintiff(s) rest.     X Defendant(s) rest.
X Closing arguments made by     X plaintiff(s)     X defendant(s).     X Court instructs jury.
X Bailiff(s) sworn.     X Jury retires to deliberate.     \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of     \_\_\_ plaintiff(s)     \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.     \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists     \_\_\_ Filed jury notes.     \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for     \_\_\_ plaintiff(s)     \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by     \_\_\_ plaintiff(s)     \_\_\_ defendant(s).
\_\_\_ Case submitted.     \_\_\_ Briefs to be filed by \_\_\_
\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
X Motion for Judgment/Directed Verdict by Defendant is \_\_\_ granted. \_\_\_ denied. X submitted.
\_\_\_ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to     Wednesday, June 23, 2021 at 8:30 a.m.     for further trial/further jury deliberation.
\_\_\_ Other:

4 : 23

Initials of Deputy Clerk     jre

cc: