UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. 2:19-cv-04618-RGK-JPRx | Date June 23, 2021 |
| Title: Y.Y.G.M. SA v. Redbubble, Inc. | |

Present: The Honorable  R. Gary Klausner, U.S. District Judge

| Joseph Remigio | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley | Joshua Masur |
| Jason Kelly | Jennifer Kuhn |

___ Day Court Trial    4TH Day Jury Trial

___ One day trial:    ___ Begun (1st day);    ___ Held & Continued;    X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    X Jury resumes deliberations.
X Jury Verdict in favor of    X plaintiff(s)    ___ defendant(s) is read and filed.
X Jury polled.    ___ Polling waived.
X Filed Witness & Exhibit Lists    X Filed jury notes.    X Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    Briefs to be filed by ___
___ Motion to dismiss by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by Defendant    is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to ___ for further trial/further jury deliberation.
___ Other:

 : 15

Initials of Deputy Clerk  jre

cc: