UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
JUN 23, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

| | |
|---|---|
| Y.Y.G.M.<br><br>          Plaintiff(s),<br>-vs-<br><br>REDBUBBLE, INC.<br><br>          Defendant(s). | CASE NO: 2:19-cv-04618-RGK-JPR<br><br>JURY NOTE NUMBER __1__<br><br>Today's Date: __6/23/21__<br><br>**REDACTED** |

__✓__   THE JURY HAS REACHED AN UNANIMOUS VERDICT

____    THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____

_____

**FOREPERSON SIGNATURE REDACTED**