BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**PLAINTIFF'S NOTICE OF ELECTION OF STATUTORY DAMAGES**<br><br>PTSC Date:  May 24, 2021<br>Trial Date:  June 15, 2021 |

1   Pursuant to 15 U.S.C. § 1117(c), Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville
2   elects to recover an award of statutory damages.  Pursuant to 15 U.S.C. § 1117(a),
3   Plaintiff will also seek an award of attorneys' fees in a timely manner.

5   DATED: June 23, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Keith J. Wesley
   Ryan Q. Keech
   Jason Y. Kelly

By:   */s/ Jason Y. Kelly*
     Jason Y. Kelly
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville