FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**VERDICT FORM**<br>**REDACTED**<br><br>Trial Date:   June 15, 2021 |

We, the jury in the above-entitled case, find the following on the questions submitted to us:

1. Did Defendant Redbubble contributorily counterfeit the Brandy Melville Heart Mark?

   Yes ✓     No ___

   *If you answered "yes," then please answer the next two sub-questions. If you answered "no," then please skip ahead to Question 2.*

   a. Was Defendant Redbubble's contributory counterfeiting willful?

      Yes ✓     No ___

   b. What is the total amount of statutory damages you award to Plaintiff Brandy Melville for Defendant Redbubble contributorily counterfeiting the Brandy Melville Heart Mark?

      $ 300,000.00

2. Did Defendant Redbubble contributorily counterfeit the Brandy Melville LA Lightning Mark?

   Yes ✓     No ___

   *If you answered "yes," then please answer the next two sub-questions. If you answered "no," then please skip ahead and answer Questions 3 through 7.*

   a. Was Defendant Redbubble's contributory counterfeiting willful?

      Yes ✓     No ___

b.  What is the total amount of statutory damages you award to Plaintiff Brandy Melville for Defendant Redbubble contributorily counterfeiting the Brandy Melville LA Lightning Mark?

$ 200,000.00

*Regardless of how you answered Questions 1 and 2, please answer Questions 3, 4, 5, and 6.*

3.  Did Defendant Redbubble contributorily infringe the Brandy Melville Heart Mark?

    Yes ✓     No _____

4.  Did Defendant Redbubble contributorily infringe the Brandy Melville Flags Mark?

    Yes _____     No ✓

5.  Did Defendant Redbubble contributorily infringe the Brandy Melville LA Lightning Mark?

    Yes ✓     No _____

6.  Did Defendant Redbubble contributorily infringe any of Brandy Melville's unregistered trademarks in the "Brandy Melville" name or other unregistered variations of the Brandy Melville name, including "Brandy LA," "brandymelvilleusa," and "brandymelvilleusa.com"?

    Yes ✓     No _____

*If you answered "yes" to Question 3, 4, 5, or 6, then please answer Question 7.*

*If you answered "no" to Questions 3, 4, 5, and 6, then please skip Question 7.*

7. What is the total amount of Defendant Redbubble's profit attributable to Redbubble's contributory trademark infringement ?

    $ 20,000.00

Please date, sign, and return this form.

Dated: June 23, 2021

**FOREPERSON SIGNATURE REDACTED BY THE COURT**