# LIST OF EXHIBITS AND WITNESSES CALLED AT TRIAL

| Case Number | 2:19-cv-04618-RGK-JPRx | Title | Y.Y.G.M. SA v. Redbubble, Inc. |
|---|---|---|---|
| Judge | Hon. R. Gary Klausner | | |
| Dates of Trial or Hearing | June 17, 2021; June 21, 2021; June 22, 2021; June 23, 2021 | | |
| Court Reporters or Tape No. | | | |
| Deputy Clerks | Joseph Remigio | | |

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Keith Wesley | Joshua Masur |
| Jason Kelly | Jennifer Kuhn |
| | Heming Xu |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | | |
| | | | | | | SEE ATTACHED FOR LIST OF WITNESSES | |
| | | | | | | CALLED AT TRIAL | |

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>PTSC Date:  May 24, 2021<br>Trial Date:   June 17, 2021 |

Per the Court's Order for Jury Trial, Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville") submits its witness list "in the order in which the witness may be called to testify." (Dkt. No. 17 at 8.) Brandy Melville reserves the right to make further changes to this list, including to the order of the witnesses called, based on the evidence, the trial schedule, and the witnesses' availability.

1. Salvatore Rianna – 6/17/2021
2. Madison Elkins 6/21/21
3. Terri Walters – 6/17/2021; 6/21/21
4. Francisco Cuellar
5. Philip Paley 6/21/21
6. Jason Kelly
7. James N. Toy 6/21/21

DATED: June 17, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Keith J. Wesley
   Ryan Q. Keech
   Jason Y. Kelly

By:    /s/ Jason Y. Kelly
      Jason Y. Kelly
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
Brandy Melville

KENNETH B. WILSON (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
 jmasur@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
2000 Broadway Street, Office 154
Redwood City, California 94063
Telephone: (650) 866-5901
Facsimile: (213) 596-5621

ZACHARY S. DAVIDSON (SBN 287041)
 zdavidson@zuberlawler.com
ZUBER LAWLER & DEL DUCA LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Defendant
REDBUBBLE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**REDBUBBLE INC.'S SEPARATE LOCAL RULE 16-5 WITNESS LIST** |

2911-1006 / 1611019.1

1

1    Pursuant to Local Rule 16-5, defendant Redbubble Inc. reiterates and adopts
2 its portion of the parties' Joint Witness List (DE# 71). For the sake of
3 completeness, Redbubble reiterates that it currently intends to call the following
4 witnesses at trial, other than those contemplated to be used solely for impeachment:

| Witness | FRCP 26(a)(3)(A) Information |
|---|---|
| Drew Brosnan | Contact through counsel for Defendant |
| Corina Davis | Contact through counsel for Defendant |
| Arnaud Deshais | Contact through counsel for Defendant |
| Peter Frolio* | Contact through counsel for Defendant |
| Jenny Greenhough | Contact through counsel for Defendant |
| Anuj Luthra | Contact through counsel for Defendant |
| Michael Masnick | Contact through counsel for Defendant |
| Kate Rickert | Contact through counsel for Defendant |
| James Toy | Contact through counsel for Defendant |
| Salvatore Rianna | Contact through counsel for Plaintiff |
| Madison Elkins | Contact through counsel for Plaintiff |

18    Per Local Rule 16-5, an asterisk indicates that such witness will be called
19 only if the need arises.
20    Redbubble explicitly reserves its right to amend this list before, at the
21 commencement of, and/or during trial. For instance, Redbubble may seek to amend
22 this list based on, among other things, this Court's rulings on pretrial motions and
23 motions *in limine*, and on rulings regarding evidentiary matters and testimony
24 presented at trial.
25    Redbubble has requested *in limine* and in its Memorandum of Contentions of
26 Facts and Law that the Court preclude the testimony of Jamie Goldberg Gerson (on
27 grounds including *Daubert* and Rules 26(a)(2)(B) and 37(c)(1)) and Philip Paley,
28 Terri Walters, and Francisco Cuellar, and Jason Kelly (on grounds including Rules

26(a)(1)(A) and 37(c)(1), and in the case of Mr. Kelly, pursuant to California Rule of Professional Conduct 3.7(a)), both at summary judgment and at trial. However, in the event that the Court denies Redbubble's relevant motions *in limine* or otherwise permits such witnesses to testify, Redbubble explicitly reserves its right to call such witnesses at trial.

 Redbubble explicitly reserves its right to call at trial any of the witnesses listed on Plaintiff's trial witness list, or used by Plaintiff in connection with any motion, to the extent that the Court does not preclude such witness' testimony pursuant to Rule 26(a)(1)(A) and Rule 37(c)(1), and to call additional witnesses on rebuttal, either in person or by way of a deposition.

 Redbubble explicitly reserves the right to substitute a witness on this list in the event a witness becomes unavailable for some reason, as well as to call rebuttal witnesses.

Dated: May 24, 2020   COASTSIDE LEGAL
           KENNETH B. WILSON

           ZUBER LAWLER & DEL DUCA LLP
           JOSHUA M. MASUR
           ZACHARY S DAVIDSON

           By: *Joshua M. Masur*

           Attorneys for Defendant
           Redbubble Inc.