BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**DECLARATION OF JASON Y. KELLY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>PTSC Date: May 24, 2021<br>Trial Date: June 17. 2021 |

I, Jason Y. Kelly, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross O'Brien Annaguey & Ellis LLP, counsel of record for Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Plaintiff" or "Brandy Melville") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Reporter's Transcript of Trial Day 1, Thursday, June 17, 2021, in this case.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Reporter's Transcript of Trial Day 2, Monday, June 21, 2021, in this case.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Reporter's Transcript of Trial Day 3, Tuesday, June 22, 2021, in this case.

5. Attached hereto as **Exhibit 6** is a true and correct copy of TE006 admitted as evidence at trial.

6. Attached hereto as **Exhibit 7** is a true and correct copy of TE007 admitted as evidence at trial.

7. Attached hereto as **Exhibit 10** is a true and correct copy of TE010 admitted as evidence at trial.

8. Attached hereto as **Exhibit 65** is a true and correct copy of pages from TE065 admitted as evidence at trial.

9. Attached hereto as **Exhibit 106** is a true and correct copy of a page from TE106 admitted as evidence at trial.

10. Attached hereto as **Exhibit 110** is a true and correct copy of pages from TE110 admitted as evidence at trial.

11. Attached hereto as **Exhibit 113** is a true and correct copy of pages from TE113 admitted as evidence at trial.

12. Attached hereto as **Exhibit 115** is a true and correct copy of pages from TE115 admitted as evidence at trial.

13. Attached hereto as **Exhibit 121** is a true and correct copy of TE121 admitted as evidence at trial.

14. Attached hereto as **Exhibit 122** is a true and correct copy of TE122 admitted as evidence at trial.

15. Attached hereto as **Exhibit 128** is a true and correct copy of a page from TE128 admitted as evidence at trial.

16. Attached hereto as **Exhibit 155** is a true and correct copy of TE155 admitted as evidence at trial.

17. Attached hereto as **Exhibit 160** is a true and correct copy of pages from TE160 admitted as evidence at trial.

18. Attached hereto as **Exhibit 181** is a true and correct copy of pages from TE181 admitted as evidence at trial.

19. Attached hereto as **Exhibit 183** is a true and correct copy of pages from TE183 admitted as evidence at trial.

20. Attached hereto as **Exhibit 189** is a true and correct copy of pages from TE189 admitted as evidence at trial.

21. Attached hereto as **Exhibit 222** is a true and correct copy of a page from TE222 admitted as evidence at trial.

22. Attached hereto as **Exhibit 225** is a true and correct copy of a page from TE225 admitted as evidence at trial.

23. Attached hereto as **Exhibit 287** is a true and correct copy of pages from TE287 admitted as evidence at trial.

24. Attached hereto as **Exhibit 288** is a true and correct copy of pages from TE288 admitted as evidence at trial.

25. Attached hereto as **Exhibit 290** is a true and correct copy of a page from TE290 admitted as evidence at trial.

26. Attached hereto as **Exhibit 291** is a true and correct copy of a page from TE291 admitted as evidence at trial.

27. Attached hereto as **Exhibit 292** is a true and correct copy of a page from TE292 admitted as evidence at trial.

28. Attached hereto as **Exhibit 294** is a true and correct copy of a page from TE294 admitted as evidence at trial.

29. Attached hereto as **Exhibit 301** is a true and correct copy of a page from TE301 admitted as evidence at trial.

30. Attached hereto as **Exhibit 302** is a true and correct copy of a page from TE302 admitted as evidence at trial.

31. Attached hereto as **Exhibit 303** is a true and correct copy of TE303 admitted as evidence at trial.

32. Attached hereto as **Exhibit 307** is a true and correct copy of a page from TE307 admitted as evidence at trial.

33. Attached hereto as **Exhibit 328** is a true and correct copy of TE328 admitted as evidence at trial.

34. Attached hereto as **Exhibit 343** is a true and correct copy of pages from TE343 admitted as evidence at trial.

35. Attached hereto as **Exhibit 369** is a true and correct copy of TE369 admitted as evidence at trial.

36. Attached hereto as **Exhibit 375** is a true and correct copy of TE375 admitted as evidence at trial.

37. Attached hereto as **Exhibit 376** is a true and correct copy of TE376 admitted as evidence at trial.

38. Attached hereto as **Exhibit 401** is a true and correct copy of a page from TE401 admitted as evidence at trial.

39. Attached hereto as **Exhibit 403** is a true and correct copy of TE403 admitted as evidence at trial.

40. Attached hereto as **Exhibit 404** is a true and correct copy of a page from TE404 admitted as evidence at trial.

41. Attached hereto as **Exhibit 408** is a true and correct copy of a page from TE408 admitted as evidence at trial.

42. Attached hereto as **Exhibit 414** is a true and correct copy of pages from TE414 admitted as evidence at trial.

43. Attached hereto as **Exhibit 421** is a true and correct copy of pages from TE421 admitted as evidence at trial.

44. Attached hereto as **Exhibit 424** is a true and correct copy of TE424 admitted as evidence at trial.

45. Attached hereto as **Exhibit 623** is a true and correct copy of pages from TE623 admitted as evidence at trial.

46. Attached hereto as **Exhibit 624** is a true and correct copy of pages from TE624 admitted as evidence at trial.

47. Attached hereto as **Exhibit 627** is a true and correct copy of pages from TE627 admitted as evidence at trial.

48. Attached hereto as **Exhibit 629** is a true and correct copy of a page from TE629 admitted as evidence at trial.

Executed this 1st day of July 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Jason Y. Kelly*
Jason Y. Kelly

-5-

Case No. 2:19-cv-04618-RGK (JPRx)

DECLARATION OF JASON Y. KELLY ISO PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S OPPOSITION TO DEFENDANT REDBUBBLE INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW