# EXHIBIT 1

1        UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3        HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5  Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,    )
   a Swiss corporation,                   )
6                                         )
              PLAINTIFF,                  ) CASE NO.
7                                         )
          vs.                             ) CV 19-04618-RGK
8                                         )
   REDBUBBLE, INC., a Delaware            )
9  corporation,                           ) VOLUME 1
                                          ) PAGES 1 TO 214
10            DEFENDANT.                   )
   _____)

11

12

13

14             REPORTER'S TRANSCRIPT OF
                    TRIAL DAY 1
15            THURSDAY, JUNE 17, 2021
                    9:05 A.M.
16            LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23  _____

24      MIRANDA ALGORRI, CSR 12743, RPR, CRR
            FEDERAL OFFICIAL COURT REPORTER
25          350 WEST 1ST STREET, SUITE 4455
            LOS ANGELES, CALIFORNIA 90012
               MIRANDAALGORRI@GMAIL.COM

**APPEARANCES OF COUNSEL:**


**FOR THE PLAINTIFF:**

    BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
    BY:  KEITH J. WESLEY
    BY:  JASON Y. KELLY
    2121 Avenue of the Stars
    Suite 2800
    Los Angeles, California 90067


**FOR THE DEFENDANT:**

    ZUBER LAWLER & DEL DUCA, LLP
    BY:  JOSHUA M. MASUR
    BY:  JENNIFER KUHN
    BY:  HEMING XU
    2000 Broadway Street
    Office 154
    Redwood City, California 94063

1                          **INDEX OF WITNESSES**

2

3    **WITNESSES**                                                **PAGE**

4    RIANNA, Salvatore

5            Direct examination by Mr. Wesley              97
             Cross-examination by Masur                    159
6            Redirect examination by Mr. Wesley            205
             Recross-examination by Mr. Masur              207
7

8    Walters, Terry

9            Direct examination by Mr. Kelly               209

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 5 | USPTO Certificate for Registration | 161 | 161 |
| 6 | USPTO Certificate for Registration | 116 | 116 |
| 7 | USPTO Certificate for Registration | 123 | 123 |
| 8 | Brandy Melville Presentation | 182 | 182 |
| 10 | Correspondence | 129 | 129 |
| 110 | Search Results | 133 | 133 |
| 144 | Brandymelvilleusa Instagram | 107 | 107 |
| 155 | E-mail | 175 | 175 |
| 160 | Wesley Letter to Masur | 150 | 150 |
| 160 PG 10 | Wesley Letter to Masur | 201 | 201 |
| 162 | Wesley Letter to Masur | 152 | 152 |
| 181 | Partial Screenshot of Product Listing | 136 | 136 |
| 183 | Partial Screenshot of Product Listing | 139 | 139 |
| 187 PG 1 | Screenshot of Product Listing | 141 | 141 |
| 189 | Screenshot of Search Results | 156 | 156 |
| 200 | News Article | 110 | 110 |
| 214 | Celebuzz Article | 111 | 111 |
| 221 | LA Lightning Apparel | 124 | 124 |

1

**INDEX OF EXHIBITS CON'T**

2

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 222 | LA Lightning Apparel | 124 | 124 |
| 223 | Brandy Melville Graphics | 104 | 104 |
| 225 | Image of LA Lightning Apparel | 126 | 126 |
| 288 | Images of Brandy Melville Products and Tags | 120 | 120 |
| 294 | Partial Snapshot of Redbubble Webpage | 144 | 144 |
| 328 PG 5 | Images of Signs | 101 | 101 |
| 328 | Images of Signs | 113 | 113 |
| 369 | Redbubble HaleyShore Page | 147 | 147 |
| 375 | California 1984 Apparel | 145 | 145 |
| 376 | California 1984 Products | 146 | 146 |
| 403 | Artist Shop Webpage | 148 | 148 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **THURSDAY, JUNE 17, 2021; 9:05 A.M.**

2                **LOS ANGELES, CALIFORNIA**

3                     -oOo-

4

5         THE CLERK:  Calling item No. 1, case

6 No. CV 19-4618, Y.Y.G.M. SA versus Redbubble, Incorporated.

7         Counsel, please state your appearances.

8         MR. WESLEY:  Good morning, Your Honor.

9         Keith Wesley and Jason Kelly for the plaintiff.

10         THE COURT:  Counsel.

11         MR. MASUR:  Good morning, Your Honor.

12 Joshua Masur, Heming Xu, and Jennifer Kuhn.

13         THE COURT:  Thank you, counsel.

14         Counsel, I just wanted to make sure everyone was

15 here, ready to go and make sure there weren't any problems.

16 The jury is going to be coming in at -- hopefully we're gunning

17 for a quarter to 10:00.  So you have about 45 minutes to get

18 any preparation you need until they get in here.

19         A couple things I wanted to go over with you.  I

20 still need -- I didn't find it.  I need a short statement of

21 the case.  I got a statement of the case, but it went on for

22 paragraphs.  A short statement of the case is maybe two

23 sentences.  We don't have to have the names or anything else.

24 I just want the jury to know what the case is about such as

25 plaintiff says they have a trademark and they say that someone

1    Celebuzz.

2              Do you see that?

3         A    Which volume?

4         Q    It would be volume 8, and it's Exhibit 214.

5         A    Yes.

6         Q    Is that another article that you located online?

7         A    Yes.

8         Q    Does it truly and correctly depict what you saw

9    online?

10        A    Yes.

11             MR. WESLEY:  Okay.  Move Exhibit 214.

12             THE COURT:  It will be received.

13         (Marked for identification and received

14         into evidence Exhibit No. 214.)

15        Q    BY MR. WESLEY:  This one says, "Taylor Swift" --

16   I do know her -- "hanging out in New York like a commoner leads

17   this weekend's hottest star sightings."  It goes on to say,

18   "The 25 year-old pop star was out and about like a total

19   commoner shopping for clothes at Brandy Melville in SoHo and

20   then for some groceries at Whole Foods in Tribeca."

21             Do you see that?

22        A    I do.

23        Q    And does Brandy Melville, in fact, have a SoHo

24   store?

25        A    Yes.

1         Q       To your knowledge, has Taylor Swift shopped

2    there?

3         A       Yes.

4         Q       Okay.  I will move on from celebrity gossip.

5                 Let's talk now about the in-store shopping

6    experience at a Brandy Melville store.  How would you describe

7    the look and feel of the Brandy Melville in the U.S.?

8         A       Very boutique'ish, very soft colors, lots of wood

9    but very straightforward.

10        Q       And are there any signs hanging around?

11        A       Absolutely.  Signs have become synonymous with

12   the brand, signs featuring our logo.

13        Q       And I would ask you to go back to Exhibit 328

14   which is in volume 11.  We talked about one page, but I would

15   like you to look at the others.

16        A       Exhibit 328?

17        Q       Yes.

18        A       Okay.  I'm there.

19        Q       Okay.  Are you familiar with the products

20   depicted in 328?

21        A       Yes, I am.

22        Q       And what are they?

23        A       Brandy Melville wooden sign.

24        Q       And flip through the other pages.  Are you

25   familiar with those products as well?

```
1        A       I am.

2        Q       And what are they?

3        A       Brandy Melville wooden signs.

4                MR. WESLEY:  Your Honor, move the rest of

5   Exhibit 328.

6                THE COURT:  It will be received.

7                (Marked for identification and received

8                into evidence in whole Exhibit No. 328.)

9        Q       BY MR. WESLEY:  To give the jury a sense of what

10  we're talking about, is this one of the authentic

11  Brandy Melville signs?

12       A       Yes, it is.

13       Q       Okay.  Is this another example of an authentic

14  Brandy Melville sign?

15       A       Yes, it is.

16       Q       And how, if at all, do these signs benefit the

17  brand, in your view?

18       A       Our customers seem to love them.  It gives them

19  an opportunity to take a piece of the brand home with them,

20  hang it in their bedrooms.  They really seem to gravitate

21  towards that.

22       Q       And does Brandy Melville also use stickers at all

23  in its promotions?

24       A       Yes.  Stickers have become a key feature to the

25  brand.  We give them for free with purchase.  We give our
```

1    customers an opportunity to use them on their laptops, on cell

2    phones, very, very popular.

3           Q      Okay.  Let's take a look at what's in evidence as

4    Exhibit 223, page 34.

5                  Do you see this?

6    A      Volume 8, I believe.

7           Q      This one is in evidence.  I'm just showing it to

8    you on the screen.

9    A      Okay.

10          Q      Do you see?

11   A      I do.

12          Q      Do you see the screen?  What are those?

13   A      These are Brandy Melville stickers.

14          Q      Do you see -- it's a little faint, but do you see

15   there's -- down here there's brandymelvilleusa.com?

16   A      Yes.

17          Q      And is that something that Brandy Melville

18   includes on its stickers regularly?

19   A      Yeah.  On several.

20          Q      Just one more on the stickers.  This is

21   Exhibit 223, page 193.

22                 Do you see what appears to be a wall of stickers?

23   A      Yeah.  This is a common look in our stores.  We

24   use the stickers to decorate the stores as well.

25          Q      Okay.  So we have now briefly discussed certain

1   aspects of the Brandy Melville brand, product, signage,

2   stickers, stores.  Let's discuss whether or not the strategy

3   has worked.

4                    Since the opening of the first

5   U.S. Brandy Melville store in Westwood in 2009, has

6   Brandy Melville opened additional stores in the U.S.?

7        A      Yes, we have.

8        Q      And how many retail locations currently exist in

9   the U.S.?

10       A      Approximately 35.

11       Q      And where are they located?

12       A      Major cities -- Los Angeles, San Francisco,

13  Chicago, New York.

14       Q      How about worldwide?

15       A      Worldwide, I believe there's approximately 100.

16       Q      And does Brandy Melville also have a website?

17       A      Yes, we do.

18       Q      And can consumers order products from those

19  websites?

20       A      Yes, they can.

21       Q      And between the retail stores and -- let's just

22  focus on U.S. now.  Between the retail stores and E-commerce

23  business, how many people does Brandy Melville employ?

24       A      Approximately 800.

25       Q      Okay.  And other than sort of the commercial

1    metrics, have you personally witnessed any other indications

2    that the branding strategy is working?

3         A       Yes, I have.  I mean, in my 25 years I would say

4    this brand is one of the most successful I have ever seen.

5    When we open a store, mothers and daughters drive for hours to

6    wait in line for the first opening and to be first in line.  We

7    have some of the most passionate customers I have ever seen in

8    fashion.

9         Q       Okay.  New topic.

10             The trademarks in question in this case, does

11   Brandy Melville own trademarks in the United States?

12        A       Yes.

13        Q       And, in your view, do the trademarks provide any

14   value to the brand?

15        A       Very much so.  We use them on our storefronts.

16   They're on every product, yes.

17        Q       Okay.  Let's look at a few of them.

18             Your Honor, I would ask that Exhibit 6, which is

19   the trademark registration for the Brandy Melville trademark,

20   be admitted based on stipulation.

21             THE COURT:  It will be received.

22         (Marked for identification and received

23         into evidence Exhibit No. 6.)

24        Q       BY MR. WESLEY:  Okay.  I will put this up for the

25   jury to see.

1               Is this an actual trademark registration for the

2     Brandy Melville mark?

3          A     Yes, it is.

4          Q     And it says here that the owner is Y.Y.G.M. SA.

5     Do you see that?

6          A     I do.

7          Q     Who is Y.Y.G.M. SA?

8          A     They are the owners, the licensure.

9          Q     Is there any relation to the original Italian

10    family?

11         A     Yes.

12         Q     But you work for the U.S. operations.

13               True?

14         A     I do.  U.S. is a licensee.

15         Q     Have you been given any authorization to protect

16    the brand here?

17         A     Absolutely.  We have the right to distribute that

18    trademark in the United States.

19         Q     And have you been authorized to file this suit on

20    behalf of the brand?

21         A     Yes.  The company has a duty to defend the

22    trademarks in the United States.

23         Q     Okay.  Let's talk about the use of the

24    Brandy Melville trademark in the U.S.

25               What types of Brandy Melville products has the

```
1    trademark either been featured on or used to promote?

2         A       Virtually all the products.  All the apparel, the

3    accessories.

4         Q       Okay.  And is it also featured in all your

5    stores?

6         A       Absolutely.

7         Q       Okay.  Are there other types of products you sell

8    in your stores?

9         A       Other than accessories and apparel?

10        Q       Yes.

11        A       Yes.

12        Q       Can you give us some examples?

13        A       I guess they would all fall under accessories.

14   Scrunchies, things of that nature.  The signs as well, of

15   course.

16        Q       Okay.  And for how long has the Brandy Melville

17   trademark been used in the U.S.?

18        A       Since 2009.

19        Q       Has it been continuous?

20        A       Yes.

21        Q       I'm showing you page 5 of Exhibit 328.

22                Is this one example of the use of the trademark?

23        A       Yes, it is.

24        Q       And we talked before that that was the Westwood

25   store; correct?
```

```
 1        A       It is.

 2        Q       And is it used in a similar manner, it being a

 3   trademark, in front of other stores?

 4        A       Yes.  Virtually all.

 5        Q       And has the trademark been featured on wooden

 6   signs within the stores?

 7        A       Yes.  Absolutely.

 8        Q       Okay.  And we looked at a few of those

 9   previously; so I won't belabor the point.

10                Has the Brandy Melville trademark been used by

11   the brand on the Internet?

12        A       Yes, it has.

13        Q       In what ways?

14        A       On our website, on our Instagram page, other

15   social media pages.

16        Q       Showing you Exhibit 144, page 1, so is this the

17   Brandy Melville Instagram homepage?

18        A       Yes, it is.

19        Q       And for how long has the logo been on the

20   Instagram homepage?

21        A       I'm not sure exactly, but perhaps at least ten

22   years.

23        Q       Does Brandy Melville include its logo on tags on

24   the products themselves?

25        A       Absolutely, yes.
```

1        Q      Okay.  I would ask that you be shown volume 10,

2   Exhibit 288.

3        A      I have it.

4        Q      This is a seven-page document that appears to be

5   more product shots.  So I would ask that you flip through and

6   review each page.

7               THE CLERK:  What was the exhibit number?

8               MR. WESLEY:  288.

9               THE WITNESS:  I have it.

10       Q      BY MR. WESLEY:  Okay.  Are you familiar with

11   these products?

12       A      Yes.

13       Q      Are they authentic Brandy Melville products?

14       A      They are.

15       Q      Are they all authentic Brandy Melville tags as

16   well?

17       A      Yes, they are.

18              MR. WESLEY:  Move Exhibit 288.

19              THE COURT:  It will be received.

20          (Marked for identification and received

21           into evidence Exhibit No. 288.)

22              MR. WESLEY:  I will show the jury page 1.

23       Q      So do you see here there is a tag -- is this a

24   sewn-in tag?

25       A      Yes, it is.

1        Q        And is that common for your apparel to have

2    sewn-in Brandy Melville tags?

3        A        Yes, it is.

4        Q        And how would you describe this tag?

5        A        That's a hangtag.

6        Q        Okay.  And are hangtags commonly placed on

7    Brandy Melville products?

8        A        Yes.  That's where we usually place the price.

9        Q        Okay.  And is that all Brandy Melville products?

10       A        Yes.

11       Q        Okay.  I will give you one other example, page 2

12   of Exhibit 288.

13                Is this another example of the trademark on

14   Brandy Melville clothes?

15       A        Yes, it is.

16       Q        Okay.  And, in your view, does the

17   Brandy Melville trademark provide any value for the business?

18       A        Substantial, yes.

19       Q        And has Brandy Melville used variations of the

20   trademark as well?

21       A        Yes.

22       Q        Has Brandy Melville marked any products with its

23   website URL?

24       A        Yes, we have.

25       Q        Okay.  Showing you Exhibit 223, page 34, is this

1   an example of a product marked with the Brandy Melville URL?

2       A       Yes, it is.

3       Q       And has Brandy Melville done this continuously

4   for several years?

5       A       Yes.

6       Q       And has Brandy Melville marked products with the

7   physical address of its stores?

8       A       Yes, it has.

9       Q       And has Brandy Melville done that continuously?

10      A       Yes.  Yes, it has.

11      Q       I'm showing you page 16 of Exhibit 223.

12              Do you see this product?

13      A       Yes, I do.

14      Q       Is it an authentic Brandy Melville key chain?

15      A       It is.

16      Q       And there is an address -- it's kind of hard to

17  read but appears to be in Santa Monica?

18      A       Yes.

19      Q       What is that address?

20      A       Of the store.

21      Q       The Brandy Melville store?

22      A       Yes.  The Brandy Melville store, yes.

23      Q       Okay.  Showing you Exhibit 223, page 20, do you

24  see this product?

25      A       I do.

1    Q      Is this a Brandy Melville product?

2    A      It is.

3    Q      And there's an address Prince 44 New York.  Do

4  you see that?

5    A      I do.

6    Q      What is that address?

7    A      That was the address of our Prince store in

8  New York.

9    Q      Next trademark that we have been calling the

10  LA Lightning -- Your Honor, I would move Exhibit 7 which is the

11  trademark registration for the LA Lightning mark by

12  stipulation.

13          THE COURT:  It will be received.

14      (Marked for identification and received

15      into evidence Exhibit No. 7.)

16    Q      BY MR. WESLEY:  Let's take a look at this one.

17          Just to confirm, Mr. Rianna, is this, in fact, a

18  federal registration for the LA Lightning mark?

19    A      Yes, it is.

20    Q      Okay.  Is this a logo that Brandy Melville uses

21  to identify the brand?

22    A      Yes, it is.

23    Q      And when did Brandy Melville start using the

24  logo?

25    A      Approximately 2018.

1        Q       Okay.  And why file to register this particular

2   logo with the trademark office?

3        A       It was hugely popular with our customers.  We

4   continued to use it.

5        Q       All right.  Well, let's talk about that use.

6                What types of products has the LA Lightning mark

7   been actually physically printed on?

8        A       There is apparel products from hoodies to

9   T-shirts to hats as well as stickers.

10       Q       Okay.  And I would ask -- I'm not sure if it is

11  in front of you or not, but I would ask that volume 8 be placed

12  in front of you.  I would like you to take a look at Exhibits

13  221 and 222, please.

14       A       Yes.  I'm there.

15       Q       Okay.  And what are Exhibits 221 and 222?

16       A       Our LA Lightning products.

17       Q       And they're authentic Brandy Melville products?

18       A       Yes.

19               MR. WESLEY:  Okay.  Move Exhibits 221 and 222.

20               THE COURT:  They will be received.

21          (Marked for identification and received

22           into evidence Exhibit Nos. 221 and 222.)

23               MR. WESLEY:  I will just show the jury.  This is

24  Exhibit 221.

25       Q       Can you describe the product?

125

```
1        A       This is an LA Lightning button sweatshirt.

2        Q       Okay.  I'm showing you Exhibit 222.  Do you see

3   this product?

4        A       I do.

5        Q       And what is that?

6        A       That is our LA Lightning crop T-shirt.

7        Q       Okay.  Below that there are some other products

8   that look like they have the mark.

9        A       Yes.

10       Q       Do they?

11       A       They do.

12       Q       And so --

13       A       Tank tops, T-shirts.

14       Q       And so was this LA Lightning mark sold on

15  multiple different types of apparel?

16       A       Yes, it was.

17       Q       And approximately how many different types?

18       A       Over a half dozen.

19       Q       Okay.  Same binder, take a look at Exhibit 225,

20  please.

21       A       Yes.

22       Q       Do you see the picture in Exhibit 225?

23       A       I do.

24       Q       What is that picture of?

25       A       That is an LA Lightning decorative sign.
```

1      Q       Where is that located?

2      A       We place those throughout our store.

3              MR. WESLEY:  Okay.  Move Exhibit 225.

4              THE COURT:  It will be received.

5          (Marked for identification and received

6          into evidence Exhibit No. 225.)

7      Q       BY MR. WESLEY:  Is this the decorative sign you

8  were describing?

9      A       Yes, it is.

10     Q       Above that is this another Brandy Melville

11 design?

12     A       Yes, it is.

13     Q       And has the LA Lightning mark ever been used in

14 the Santa Monica store?

15     A       Yes, it has.

16     Q       In what way?

17     A       Behind our Santa Monica store, we have a key

18 feature.  We have a fence which many of our customers have

19 found and taken selfies in front of.  We actually had painted

20 somewhat of a mural of LA Lightning behind there.

21     Q       Okay.  And has Brandy Melville used the

22 LA Lightning mark on stickers?

23     A       Yes, it has.

24     Q       And has Brandy Melville used the mark

25 continuously from early 2018 to the present?

1     A     Yes, it has.

2     Q     And how much in revenue would you estimate has

3  been generated by products that actually have that mark stamped

4  on it?

5     A     Several million.

6     Q     And after Brandy Melville began selling products

7  with the LA Lightning logo, did you ever observe any other

8  brands incorporating copies of that logo on their products?

9     A     Yes, I did.

10    Q     Can you tell us who you saw selling copies?

11    A     The Ross stores as well as Princess Polly.

12    Q     And did Brandy Melville take any steps to stop

13  those other companies from using its trademark?

14    A     Yes, we did.

15    Q     And did the others stop?

16    A     Yes, they did.

17    Q     Now, just one point of clarification on the

18  LA Lightning mark.

19          Does Brandy Melville contend that it owns a

20  monopoly on the words "Los Angeles 1984" and a lightning bolt?

21    A     Absolutely not.

22    Q     What does Brandy Melville contend it owns?

23    A     The version that our artist designed originally.

24    Q     So that version that is on the screen now?

25    A     That is correct.

1      Q       Okay.  And, in your view, is the LA Lightning

2  logo an important trademark for the business?

3      A       Yes, it is.

4      Q       Okay.  We have gone through some background on

5  the Brandy Melville business.  I hope we didn't put anyone to

6  sleep.  But now let's turn to Redbubble and what brings us here

7  today.

8              When is the first time that you heard of the

9  company Redbubble?

10     A       I was alerted about Redbubble in 2018 from one of

11  our associates who had alerted me to a copy branding store they

12  found online and directed me to the website www.redbubble.com.

13     Q       And did you visit the site?

14     A       I absolutely did.

15     Q       Can you describe what you saw?

16     A       I saw hundreds of our designs and products we

17  would never make such as men's T-shirts, mugs by simply putting

18  in our trademark in their search.

19     Q       What was your reaction?

20     A       I was shocked.  I had basically discovered the

21  most aggressive, sophisticated, and efficient counterfeiting

22  site I have ever seen online.

23     Q       And so did you take any steps to reach out to

24  Redbubble regarding your concerns?

25     A       Yes.  We sent them a letter informing them that

137

1        Q        What are those addresses?

2        A        Those are addresses to our New York stores.

3        Q        By the way, was this after the cease and desist

4    letter?

5        A        Yes, it was.

6        Q        And did you see the name Brandy Melville in the

7    title of other products on Redbubble?

8        A        Yes.

9        Q        Okay.  Same volume.  Please turn to Exhibit 183.

10       A        Yes.  I'm there.

11       Q        These appear to be screenshots from Redbubble

12   dated October 8, 2018.

13                Do you see those?

14       A        I do.

15       Q        Did you visit the Redbubble site on or around

16   October 8, 2018?

17       A        I did.

18       Q        Did you look for Brandy Melville designs?

19       A        Yes, I did.

20       Q        Are these designs --

21                THE COURT:  Counsel, I don't know what page you

22   are talking about.

23                MR. WESLEY:  Pages 1 through 10.

24                THE COURT:  Of what exhibit?

25                MR. WESLEY:  183, Your Honor.

```
 1                    THE COURT:  Okay.  Let's take it one at a time.
 2    Are you on page 1?
 3                    THE WITNESS:  Yes.
 4                    THE COURT:  Is that an exhibit of what you are
 5    talking about?
 6                    THE WITNESS: Yes, it is.
 7         Q      BY MR. WESLEY:  Page 2?
 8         A      Page 2.
 9         Q      Did you see that product in or around
10    October 2018?
11         A      Yes, I did.
12         Q      Page 3?
13         A      Yes.
14         Q      Page 4?
15         A      Yes.
16         Q      Page 5?
17         A      Yes.
18         Q      Page 6?
19         A      Yes.
20         Q      Page 7?
21         A      Yes.
22         Q      Page 8?
23         A      Yes.
24         Q      Page 9?
25         A      Yes.
```

1        Q       Page 10?

2        A       Yes.

3        Q       Page 11?

4        A       Yes.

5        Q       Page 12?

6        A       Yes.

7        Q       Page 13?

8        A       Yes.

9        Q       Page 14?

10       A       Yes.

11               MR. WESLEY:  Your Honor, move Exhibit 183.

12               THE COURT:  It will be received, pages 1 through

13  14.

14           (Marked for identification and received

15           into evidence Exhibit No. 183.)

16       Q       BY MR. WESLEY:  I'm showing you page 4.  Do you

17  see this product?

18       A       I do.

19       Q       Brandy Melville didn't authorize the sale of this

20  product on Redbubble, did it?

21       A       Absolutely not.

22       Q       Is this a design you saw after sending the cease

23  and desist letter?

24       A       Yes, it is.

25       Q       I'm showing you page 10 of Exhibit 183.  This

```
1    says "Brandy Melville" under wall tapestries.

2               Do you see this?

3        A     Yes.

4        Q     Is this another product you saw after sending the

5    cease and desist letter?

6        A     Yes, it is.

7        Q     If you see here, there is a category that says

8    available products and the number 9.

9        A     Yes.

10       Q     And did you ever look into what that meant on the

11   Redbubble site?

12       A     Yes.

13       Q     What did you discover?

14       A     There were nine other types of products utilizing

15   that same logo.

16       Q     What types of products have you seen this logo on

17   Redbubble?

18       A     Mugs, T-shirts, hats, men's T-shirts.

19       Q     Is it true that, after sending the cease and

20   desist letter, you continued to see products that you objected

21   to on Redbubble?

22       A     Yes.  If not more.

23       Q     Why didn't you just immediately run out and sue?

24       A     There were so many.  There were thousands that we

25   assumed that it would take some time to go through it and
```

1    remove them all.

2          Q       You did ultimately sue, right?

3          A       Yes.

4          Q       Why?  What triggered it?

5          A       They just continued to use them regardless of how

6    we felt and profit from the use as well.

7          Q       Okay.  Do you have volume 7 in front of you, or

8    could you grab it, please?

9          A       I have it.

10         Q       Can you turn to Exhibit 187, please.

11         A       I'm there.

12         Q       Okay.  Page 1 of Exhibit 187 is dated

13   May 21st, 2019.  Do you see that?

14         A       I do.

15         Q       And did you see this particular product on the

16   Redbubble site on or around May 21st, 2019?

17         A       Yes, I did.

18                 MR. WESLEY:  Okay.  Your Honor, move page 1 of

19   Exhibit 187.

20                 THE COURT:  Received.

21             (Marked for identification and received

22             into evidence Exhibit No. 187, page 1.)

23         Q       BY MR. WESLEY:  I'm showing the jury what you

24   saw.  So is this a product you saw?

25         A       Yes, it is.

1      Q      And it says, "Copy of Los Angeles lightning bolt

2  black Brandy Melville slim fit T-shirt."

3             Do you see that?

4      A      I do.

5      Q      Do you see there's a design on it?

6      A      Yes.

7      Q      And is that, in your view, your Los Angeles

8  Lightning trademark?

9      A      Yes, it is.

10     Q      Okay.  But it looks to be cut off.

11     A      It is.

12     Q      Did you notice that?

13     A      I did.

14     Q      Did you feel like this was a good thing for the

15  brand or a bad thing or indifferent?

16     A      Absolutely not good for the brand.

17     Q      Why not?

18     A      Well, this is a variation in the men's T-shirt

19  that we would never sell and create customer confusion.

20     Q      And did this -- did this product contribute to

21  your decision to file suit?

22     A      Absolutely.

23     Q      Okay.  Now let's discuss whether, in your view,

24  the filing of a lawsuit solved the problem.

25             After filing the lawsuit, did you continue to see

1    the Brandy Melville trademark on the Redbubble site?

2        A     Yes.

3        Q     Did you continue to see Brandy trademarks offered

4    for sale actually on products?

5        A     Yes.

6        Q     I would ask that you look at volume 10,

7    Exhibit 294.

8        A     I have it.

9        Q     This appears to be a screenshot dated

10   April 23rd, 2020.

11            Do you see that?

12        A     I'm sorry, Keith.  Which exhibit?

13        Q     294.

14        A     294.  I'm there.

15        Q     This appears to be a screenshot dated

16   April 23rd, 2020.

17            Do you see that?

18        A     I do.

19        Q     And did you personally see this product on the

20   Redbubble site in or around April 2020?

21        A     I did.

22            MR. WESLEY:  Your Honor, move just one page but

23   move Exhibit 294.

24            THE COURT:  It will be received.

25   ///

144

```
 1              (Marked for identification and received
 2         into evidence Exhibit No. 294.)
 3    Q    BY MR. WESLEY:  So you saw this item?
 4    A    Correct.
 5    Q    And was it being offered for sale for $12?
 6    A    Yes, it was.
 7    Q    Okay.  And that was in April 2020?
 8    A    Yes, it was.
 9    Q    And was that after the lawsuit had been filed?
10    A    Yes, it was.
11    Q    Please turn to volume 12, Exhibit 375.
12    A    375?
13    Q    Yes, sir.
14    A    I'm there.
15    Q    Okay.  And what is Exhibit 375?
16    A    It says screenshot on the Redbubble site showing
17 several -- over ten designs in various apparel products.
18    Q    Okay.  Did you see those products on the
19 Redbubble site?
20    A    Yes, I did.
21    Q    Was that after the filing of the lawsuit?
22    A    Yes, it was.
23    Q    Okay.  Take a look at Exhibit 376.
24         THE COURT:  That was a one-page exhibit?
25         MR. MASUR:  I don't think he has moved it in yet.
```

1          THE COURT:  Do you want to move it in?

2          MR. WESLEY:  Yes.  Move in 375.

3          MR. MASUR:  Objection.  Lacks foundation.

4          THE COURT:  Overruled.

5       (Marked for identification and received

6       into evidence Exhibit No. 375.)

7     Q    BY MR. WESLEY:  Please look at Exhibit 376.

8     A    Yes.

9     Q    What is Exhibit 376?

10    A    Redbubble site screenshot of LA Lightning

11 products and various mugs, signs, stickers.

12    Q    And did you see -- did you personally see these

13 products with --

14    A    Yes.

15    Q    Sorry.

16    A    Absolutely, yes.

17    Q    Okay.

18          THE COURT:  Did you see that exhibit and what it

19 depicts?

20          THE WITNESS:  Yes.

21          THE COURT:  That is true for 375 too?

22          THE WITNESS:  Yes.

23          THE COURT:  Okay.

24          MR. WESLEY:  Move 375 -- well, I think it's

25 already in.  Move 376.

```
1                  MR. MASUR:  Same objection.

2                  THE COURT:  It will be received.

3              (Marked for identification and received

4              into evidence Exhibit No. 376.)

5       Q      BY MR. WESLEY:  I will show the jury.

6              Is this what we were talking about as

7   Exhibit 375?

8       A      Yes, it is.

9       Q      Okay.  Is this what you were talking about as

10  Exhibit 376?

11      A      Yes, it is.

12      Q      And after the filing of the lawsuit, did you see

13  Brandy Melville in the title, in other words, the name of

14  products on Redbubble?

15      A      Yes.

16      Q      Please take a look at volume 12, Exhibit 369.

17      A      Which exhibit, Keith?

18      Q      369, please.

19             This appears to be a printout from the Redbubble

20  site.  Did you actually view this web page with the title

21  Haley Shore?

22      A      Yes.

23      Q      Okay.  Does Exhibit 369 accurately depict what

24  you saw?

25      A      Yes, it does.
```

1           MR. WESLEY:  Move Exhibit 369.

2           MR. MASUR:  Objection, Your Honor.  This wasn't

3   produced.

4           THE COURT:  Overruled.

5       (Marked for identification and received

6       into evidence Exhibit No. 369.)

7           THE COURT:  Is that a one-page exhibit also?

8           THE WITNESS:  It is.

9    Q      BY MR. WESLEY:  Did you view this site as

10   depicted in Exhibit 369 after the filing of the lawsuit?

11   A      Yes.

12   Q      And did you see Brandy Melville and the

13   Los Angeles Lightning mark?

14   A      Yes, I did.

15   Q      Same volume, please turn to Exhibit 403.

16   A      I'm there.

17   Q      And this appears to be a printout from the

18   Redbubble site dated September 2nd, 2020.

19          Do you see that?

20   A      I do.

21   Q      Did you see this particular web page?

22   A      Yes, I did.

23   Q      In or around September 2nd, 2020?

24   A      Yes, I did.

25   Q      And do the two pages accurately reflect what you

155

```
 1                    THE COURT:  Sustained.

 2                    MR. WESLEY:  One more document.  Volume 7,

 3    please.  Exhibit 189.

 4                    THE WITNESS:  I'm there.

 5        Q       BY MR. WESLEY:  This appears to be screenshots

 6    from Google searches.  The first two pages are Brandy Melville

 7    stickers, and there's Brandy Melville T-shirts on the second

 8    two pages.

 9                    Do you see that?

10        A       I do.

11        Q       Are these searches that you actually conducted?

12        A       Yes, they are.

13        Q       And it's dated July 18, 2019.

14                    Do you see that?

15        A       I do.

16        Q       Did you conduct these searches on or around

17    July 18, 2019?

18        A       I did.

19        Q       And do the four pages in Exhibit 189 truly depict

20    what you saw?

21        A       Yes, they do.

22                    MR. WESLEY:  Thank you.  Move Exhibit 189,

23    please.

24                    THE COURT:  It will be received.

25    ///
```

1              (Marked for identification and received

2          into evidence Exhibit No. 189.)

3      Q      BY MR. WESLEY:  So you typed into Google

4  "Brandy Melville stickers"; is that correct?

5      A      I did.

6      Q      One of the -- it looks like the fourth search

7  result down was Redbubble site?

8      A      Yes, it was.

9      Q      Do you see the fifth?

10      A      Yes, I do.

11      Q      What is that?

12      A      That's our own site, our own website.

13      Q      So you saw the Redbubble site above the authentic

14  Brandy Melville customer service site?

15      A      Correct.  And therein lies the confusion.

16      Q      What is Brandy Melville's goal in this

17  litigation?

18      A      Our goal is to get them to stop and hopefully

19  discourage other sites like that from proliferating, ultimately

20  to protect our own artists' work and other independent artists

21  who might not have the resources to get lawyers involved.

22              MR. WESLEY:  Thank you.  That is all I have.

23              THE COURT:  Okay.  Ladies and gentlemen, normally

24  we take a break at 2:30.  It is close enough.  So we should

25  take a break now before getting to cross-examination.

1          Q        Have you ever seen a sticker that has the Brandy

2     flags brand?

3          A        I may have.

4          Q        So it's your testimony that this is not a logo

5     that Brandy Melville does not put on stickers?

6          A        Could you say that again?

7          Q        Yeah.  I can probably say that without the double

8     negative.

9                   Does Brandy Melville have a policy not to put its

10    flags logo on stickers?

11         A        I'm not aware of such a policy.

12         Q        But you're not aware of any sticker bearing this

13    logo that has been produced by Brandy Melville?

14         A        I am not certain.

15         Q        Okay.  And I know that you're not responsible for

16    all the evidence in this case, but you're not aware of any that

17    was provided to your counsel to be used for evidence?

18         A        I'm not aware.

19         Q        Can we go to the next exhibit, Exhibit 6.  I

20    believe Exhibit 6 has been admitted.  That is the Brandy heart?

21                   THE COURT:  6, it's been admitted.

22         Q        BY MR. MASUR:  Actually, I believe that our

23    visualization of it is omitting the heart for the middle.  I

24    think it's just too faint to see.  But you would expect to see

25    a heart there, would you not?

```
 1        A       I would.

 2        Q       Let's look at those classes here too.

 3                Cleaning and polishing preparations, do you see

 4   that?

 5        A       Yes.

 6        Q       Are you aware of any products that

 7   Brandy Melville has sold under that class in the U.S.?

 8        A       I am -- I'm not sure.

 9        Q       Precious metals and their alibis, class 14.

10        A       Jewelry.

11        Q       Okay.  Can we go to the next class, class 16.

12   Adhesive tapes for stationery or household purposes.

13        A       Yes.

14        Q       You were aware that the Brandy Melville heart

15   logo has been used on one of those items?

16        A       Yes.

17        Q       Which item?

18        A       I believe the tape to wrap products for our

19   E-commerce.

20        Q       Okay.  Can we go to the next.  Leather and

21   imitation leather, has this logo been used on leather or

22   imitation leather or other items?

23        A       I believe so.

24        Q       How has it been used on those?

25        A       I believe on handbags.
```

1    Q        On the handbag itself or on the hangtag on the

2    handbag?

3    A        Maybe both.

4    Q        Do you know whether you provided a photograph of

5    any example of it being used on one of these items to your

6    counsel?

7    A        I'm not certain.

8    Q        So you're not sure whether there is any in

9    evidence here?

10   A        I'm not certain.

11   Q        Okay.  Can we go to the next class, furniture,

12   mirrors, picture frames.  Does Brandy Melville use the

13   Brandy Melville heart logo on any of those?

14   A        I believe so.

15   Q        Which ones?

16   A        I believe the picture frames.

17   Q        And are those in evidence?

18   A        I'm not certain.

19   Q        And it should be clear.  You're not a lawyer.  I

20   don't expect you to know whether they are in evidence.

21           Did you provide any photographs or any examples

22   of a picture frame bearing the Brandy heart logo to your

23   counsel?

24   A        No.

25   Q        Can we go down to the next class?  On this,

1  dresses, berets, footwear, et cetera.  I expect you have used

2  the Brandy heart logo on those?

3      A      I'm not certain.

4      Q      Oh, okay.  Can we go to the next class?

5  Actually, I believe that is the end of them, isn't it?

6              Can you read the description where it says the

7  colors and then the mark?

8      A      Where is that?  I'm sorry.

9      Q      There's two paragraphs there that limit this

10  mark.

11      A      Black and pink.

12      Q      And you see also that the mark consists of the

13  wording Brandy Melville in black with a pink heart between

14  Brandy and Melville?

15      A      Yes.

16      Q      So is it your understanding that this

17  registration covers Brandy Melville with a heart between them

18  and not the words Brandy Melville?

19      A      I believe so.

20      Q      Okay.  Can we go back to Exhibit 5.  Let's go

21  back down to "The mark consists of."  Again, see "The mark

22  consists of Brandy Melville with a pair of crisscrossed flags

23  between the Y and M"?

24      A      Yes.

25      Q      Is it your understanding based on this that the

1  registered mark Brandy Melville with the flags where the

2  Brandy flags mark is limited to the use of those words with a

3  pair of crisscrossed flags?

4       A      I'm not sure it's limited.

5       Q      It says, "The mark consists of that," sir?

6       A      Yes, it does.

7       Q      I believe you said you were familiar with working

8  with trademarks in the course of your business?

9       A      I am.

10      Q      And as far as -- again, the brandymelvilleusa

11 company, are you the most knowledgeable person within the

12 company about those marks?

13      A      I am.

14      Q      Okay.  But you don't know?

15             THE COURT:  I'm sorry.  You don't know what?

16             MR. MASUR:  Sorry, Your Honor.

17      Q      You don't know whether it's limited to

18 Brandy Melville with the crisscrossed flags between the Y and

19 the M?

20      A      I'm not sure what limited -- what you mean by

21 limited.

22      Q      Okay.  If I said, instead of limited, that it

23 consists of and therefore requires a pair of crisscrossed

24 flags --

25      A      It indicates that -- the mark contains the flags.

```
 1        A       I believe so.

 2        Q       And I'm trying to understand why the difference

 3   happened.  You're saying that you wanted to give Redbubble

 4   time.

 5        A       Yeah.

 6        Q       But you hadn't given Redbubble time the first

 7   time.

 8        A       Uh-huh.

 9        Q       So I'm confused.

10        A       Sure.  I'll expand.

11        Q       Sure.

12        A       After we had given notice and Redbubble in this

13   e-mail claimed to remove the items, then the same items

14   reappeared.

15        Q       Right.  That explains why you would reach out

16   again if you thought that those were infringing.  I'm trying to

17   figure out why you didn't reach out for over a year.

18        A       Well, from our perspective, it was Redbubble's

19   responsibility to not have them reappear again.

20        Q       Has anyone ever told you that they thought that

21   Redbubble was selling authentic Brandy Melville merchandise?

22        A       Yes.

23        Q       Who was that?

24        A       Our -- the first person that notified us.

25        Q       And who was that?
```

1        A        That was an employee in customer service.

2        Q        Okay.  So the employee in customer service asked

3   you -- what did the employee in customer service say?

4        A        She alerted that there was some confusion coming

5   from the Redbubble site and asked me to verify if it was an

6   authorized resell of Brandy Melville products.

7        Q        But that was an employee; correct?

8        A        In customer service.

9        Q        Okay.  But was -- have you ever heard from

10  someone who is not an employee of brandymelvilleusa or one of

11  its affiliates or Y.Y.G.M. that they were confused?

12       A        I may have.

13       Q        You may have, but you can't think of any sitting

14  here today.

15       A        Not at this moment.

16       Q        Do you believe that -- let me strike that and ask

17  a better question.

18                Has any consumer ever told you that, when they

19  see an LA Lightning on a shirt, they associate that shirt with

20  Brandy Melville?

21       A        Given my position, I'm not always in front of the

22  customer.

23       Q        Okay.  Let me -- perhaps I'm using consumer

24  unartfully.

25                Does anyone who is not affiliated with

1   brandymelvilleusa, Y.Y.G.M., or their affiliates, has anyone

2   who fits those criteria ever told you that, when they see the

3   LA Lightning logo on a shirt, they associate that with

4   Brandy Melville?

5        A      I believe customers have told customer service.

6        Q      I understand.  I'm asking, sir, whether anyone

7   has told you.

8               And I would actually move to strike the previous

9   answer.

10              THE COURT:  It will be stricken.  It was hearsay.

11              MR. MASUR:  Well, if he's heard it, I want to --

12              THE COURT:  It will be stricken what the customer

13  service told him.  You can ask him directly if he has talked to

14  anybody.

15              MR. MASUR:  I'm sorry.  I can ask him --

16              THE COURT:  You can ask him directly if he's had

17  any contact which I think is what you asked.

18              MR. MASUR:  That is what I am trying to ask,

19  Your Honor.

20              THE WITNESS:  Have I spoken to people and asked

21  them, not affiliated with our company, if the Redbubble site

22  creates confusion?

23              THE COURT:  Or has anybody said anything to you

24  about it?

25              THE WITNESS:  They may have.

```
1        A       It was two years ago.

2        Q       Okay.  Do you believe that that graphic on the

3   left is one that is proprietary to Brandy Melville?

4        A       I believe it is similar.

5                MR. MASUR:  I believe that Exhibit 189 is in

6   evidence already.

7                THE COURT:  Yes.

8                MR. MASUR:  Terrific.  Let's zoom in on that.

9        Q       This is one, yes, that you testified to, and we

10  had started to look at.  Let's depublish.  I want to make sure

11  that 187 -- has 187 been admitted yet?

12               THE COURT:  Yes.

13               MR. MASUR:  Great.  Let's go to 187.

14               THE COURT:  Page what of 187?

15       Q       BY MR. MASUR:  So this is one of the listings

16  that you testified about earlier; correct?

17       A       Yes.

18       Q       Do you see a Redbubble logo anywhere on this

19  page?

20       A       I do.

21       Q       Have you ever seen a page on the Redbubble

22  website that does not have a Redbubble logo on it?

23       A       I'm not sure.

24       Q       You can't recall seeing one?

25       A       I can't recall seeing.  I'm not sure.
```

1          MR. MASUR:  I believe that's all the questions I

2  have at the moment.

3          THE COURT:  Okay.  Redirect.

4                    **REDIRECT EXAMINATION**

5  BY MR. WESLEY:

6      Q      Okay.  Mr. Rianna, counsel asked you about the

7  relationship with Y.Y.G.M. and brandymelvilleusa.  Can you just

8  remind us why you're here as opposed to Y.Y.G.M.?

9      A      Well, we're a direct licensee.  So we have

10  authorization to use these marks in the United States, and we

11  have a right to defend the marks in this territory.

12     Q      Now, counsel also mentioned products -- asked you

13  about products being stamped or not stamped with the

14  Brandy Melville trademark.  And not every single product that

15  Brandy Melville sells has Brandy Melville stamped on it.

16          True?

17     A      That is true.

18     Q      But are all of the products sold in stores that

19  have Brandy Melville across the top?

20     A      Yes, they are.

21     Q      And signs throughout the store?

22     A      Yes.

23     Q      And, in your view, does the use of the

24  Brandy Melville trademark inure to the benefit of the sales of

25  all of the products?

1          A          Most certainly, yes.

2          Q          Okay.  And counsel was asking about some specific

3     designs.  He mentioned I think "Have a nice day."  But "Have a

4     nice day," wasn't that being sold on a page with

5     Brandy Melville on it?

6          A          It was.

7          Q          And that was on Redbubble.

8                     True?

9          A          That is true.

10         Q          And so is the real issue selling these designs on

11    a page that has Brandy Melville at the top?

12         A          Yes, it is.

13         Q          Counsel asked about LA Lightning and was

14    wondering if anyone really associates it with Brandy.  I want

15    to show you what is evidenced as -- I want to show you what's

16    in evidence as Exhibit 369.  And this isn't -- this isn't a

17    Brandy Melville employee; right?

18         A          I'm sorry?

19         Q          Haley Shore doesn't work for Brandy Melville,

20    does she?

21         A          She does not, to my knowledge.

22         Q          And yet she has highlighted on her page the

23    Los Angeles Lightning trademark right next to Brandy Melville;

24    right?

25         A          That is correct.

```
 1        Q       And in your searching on Redbubble, did the

 2   LA Lightning trademark come up when you searched for

 3   Brandy Melville?

 4        A       Yes, it did.

 5        Q       So does that indicate in any way to you that

 6   people associate LA Lightning with Brandy Melville?

 7        A       It most certainly does.

 8        Q       Okay.  And counsel showed you Exhibit 187.  Do

 9   you recall that?

10        A       I do.

11        Q       And he said, but Redbubble is on the page; right?

12        A       Yes.

13        Q       Well, does Brandy Melville want to be associated

14   with Redbubble?

15        A       Absolutely not.

16        Q       Isn't that the problem?

17        A       That is the problem.

18                MR. WESLEY:  Thank you.  Nothing further.

19                THE COURT:  Okay.  Any recross?

20                MR. MASUR:  A brief one, Your Honor.

21                        RECROSS-EXAMINATION

22   BY MR. MASUR:

23        Q       So just because your counsel clarified this, I

24   want to further clarify it.

25                So brandymelvilleusa is a licensee of Y.Y.G.M.;
```

1    is that correct?

2           A       It is.

3           Q       Is it an exclusive licensee of Y.Y.G.M.?

4           A       It is.

5           Q       Do you know whether you produced any documents

6    supporting the claim to being an exclusive licensee in

7    connection with this case?

8           A       I'm not sure.

9           Q       Okay.  And I believe the final question, is

10   brandymelvilleusa a party to this case?

11          A       I don't believe so.

12                  MR. MASUR:  Thank you.  Nothing further.

13                  THE COURT:  You may step down.  Thank you very

14   much.

15                  Counsel, your next witness.

16                  MR. KELLY:  Your Honor, we call

17   Ms. Terry Walters.

18                  THE COURT:  Okay.

19                  MR. MASUR:  Your Honor, we're going to reiterate

20   our objection to an undisclosed witness.

21                  THE COURT:  Reiterate -- I didn't get the last

22   part of that.

23                  MR. MASUR:  To a witness not disclosed.

24                  THE COURT:  That will be noted for the record.

25                  MR. MASUR:  Thank you.

213

```
 1   Have a pleasant weekend.  Enjoy your three days.  You got an

 2   extra day in there; so hopefully you won't work all three days.

 3   Try to be in by about 12:30 in case there are some problems you

 4   have before we get into trial.  Have a pleasant weekend.  We

 5   will see you back Monday.

 6                    (Proceedings concluded at 4:03 p.m.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5            I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10    STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11    ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13    THE UNITED STATES.

14

15                  DATED THIS  18TH  DAY OF JUNE, 2021.

16

17

18                  /S/ MIRANDA ALGORRI

19                  _____
                    MIRANDA ALGORRI, CSR NO. 12743, CRR
20                  FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25
```