# EXHIBIT 2

1              UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3           HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5    Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,   )
     a Swiss corporation,                  )
6                                          )
                   PLAINTIFF,              ) CASE NO.
7                                          )
            vs.                            ) CV 19-04618-RGK
8                                          )
     REDBUBBLE, INC., a Delaware           )
9    corporation,                          ) VOLUME 2
                                           ) PAGES 215 TO 342
10               DEFENDANT.                 )
     _____)

11

12

13

14                  REPORTER'S TRANSCRIPT OF
                         TRIAL DAY 2
15               MONDAY, JUNE 21, 2021
                        1:00 P.M.
16               LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23    _____

            MIRANDA ALGORRI, CSR 12743, RPR, CRR
24          FEDERAL OFFICIAL COURT REPORTER
            350 WEST 1ST STREET, SUITE 4455
25          LOS ANGELES, CALIFORNIA 90012
                 MIRANDAALGORRI@GMAIL.COM

1            **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4         BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
          BY:  KEITH J. WESLEY
5         BY:  JASON Y. KELLY
          2121 Avenue of the Stars
6         Suite 2800
          Los Angeles, California 90067
7

8

     **FOR THE DEFENDANT:**
9
          ZUBER LAWLER & DEL DUCA, LLP
10        BY:  JOSHUA M. MASUR
          BY:  JENNIFER KUHN
11        BY:  HEMING XU
          2000 Broadway Street
12        Office 154
          Redwood City, California 94063
13

14

15

16

17

18

19

20

21

22

23

24

25

217

**INDEX OF WITNESSES**

**WITNESSES**                                                    **PAGE**

WALTERS, Terry

          Direct examination resumed by Mr. Kelly        220
          Cross-examination by Ms. Kuhn                  226
          Redirect examination by Mr. Kelly             230


PALEY, Philip

          Direct examination by Mr. Kelly               234
          Cross-examination by Ms. Kuhn                 252
          Redirect examination by Mr. Kelly             256


ELKINS, Madison

          Direct examination by Mr. Kelly               257
          Cross-examination by Ms. Kuhn                 269


TOY, James

          Direct examination by Mr. Wesley              288
          Cross-examination by Mr. Masur                331

| | | | |
|---|---|---|---|

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 65 Pg 2 | Redbubble IP FAQ | 296 | 296 |
| 70 | CON-Policing for Trademarks | 321 | 321 |
| 113 | E-mail | 318 | 318 |
| 115 | Brandy Melville Policing Guidelines | 315 | 315 |
| 121 | E-mail | 307 | 307 |
| 122 | E-mail | 311 | 311 |
| 128 | E-mail | 325 | 325 |
| 164 | E-mail Chain | 222 | 222 |
| 167 | E-mail | 222 | 222 |
| 172 | Products and Envelope from Redbubble | 223 | 223 |
| 173 | Product from the Redbubble Marketplace | 225 | 225 |
| 223 Pg 153 | Brandy Melville Graphics | 259 | 259 |
| 223 Pg 96 | Brandy Melville Graphics | 260 | 260 |
| 223 Pg 69 & 70 | Brandy Melville Graphics | 267 | 267 |
| 273 Pg 37 | Redbubble Webpage | 232 | 232 |
| 286 Pg 6 | Redbubble Annual Report 2018 | 328 | 328 |
| 287 Pg 3 | Redbubble Annual Report 2019 | 293 | 293 |

219

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 290 | Redbubble Webpage | 236 | 236 |
| 291 | Redbubble Webpage | 236 | 236 |
| 292 | Redbubble Webpage | 236 | 236 |
| 295 | Redbubble Webpage | 237 | 237 |
| 296 | Images of Products | 238 | 238 |
| 301 | E-mail | 304 | 304 |
| 302 | E-mail | 306 | 306 |
| 303 | E-mail | 306 | 306 |
| 307 | E-mail | 301 | 301 |
| 343 | Images of Products | 240 | 240 |
| 401 | Brandy Melville Butterfly | 241 | 241 |
| 404 | Brandy 519 Broadway Mark | 242 | 242 |
| 408 | Brandy Hampton Mark | 243 | 243 |
| 414 | Product Listing | 244 | 244 |
| 416 | Brandy Tiny Stickers Sticker | 244 | 244 |
| 421 | Product Listing | 245 | 245 |
| 424 | Partial Snapshot of Product Listing | 245 | 245 |
| 623 | All Works - One Row Per Work | 246 | 246 |
| 628 | Brandy Heart - One Row Per Work | 252 | 252 |
| 634 Pg 9 | LA Lightning - One Row Per Work | 253 | 124 |

64

1          **MONDAY, JUNE 21, 2021; 1:00 P.M.**

2              **LOS ANGELES, CALIFORNIA**

3                      -oOo-

4

5          (The following proceedings were held in

6          open court in the presence of the jury:)

7              THE COURT:  The record will reflect that all the

8     members of the jury are seated in the jury box.

9              Thank you very much.  That allows us to get going

10    and not lose time in this case.

11             It looks to me like we're going to try to get

12    this trial to you -- to the jury by tomorrow night hopefully.

13    Pay close attention because there's not that much time left on

14    it.

15             Remember, you are still under oath.

16             THE WITNESS:  Yes, sir.

17             THE COURT:  Counsel, you may inquire.

18                  **TERRY WALTERS,**

19    **CALLED BY THE PLAINTIFF, WAS PREVIOUSLY SWORN.**

20             **DIRECT EXAMINATION (RESUMED)**

21    BY MR. KELLY:

22        Q    Ms. Walters, you previously worked as a paralegal

23    at the law firm that I currently work at?

24        A    Yes.  That is correct.

25        Q    And you made a purchase on the Redbubble website?

1                              **PHILIP PALEY,**

2                 **CALLED BY THE PLAINTIFF, WAS SWORN.**

3                          **DIRECT EXAMINATION**

4     BY MR. KELLY:

5          Q      Mr. Paley, where do you currently work?

6          A      I work at Browne George Ross.

7          Q      That is the same law firm I work at?

8          A      Correct.

9          Q      What is your position there?

10         A      I'm a paralegal.

11         Q      Have you ever heard of the Redbubble website?

12         A      Yes, I have.

13         Q      Are you familiar with it?

14         A      Yes.

15         Q      Can you generally describe your experience with

16    the Redbubble website?

17         A      Yes.  I have spent the last year or so going to

18    the website and taking snapshots and reviewing items on the

19    website, and also I purchased some items from the website.

20         Q      When did you purchase items from the Redbubble

21    website?

22         A      It was in April.

23         Q      Of which year?

24         A      2020.

25         Q      That was after this lawsuit was filed?

1        A        Yes.  About a year.

2        Q        Do you remember what you purchased?

3        A        Yes.  I purchased some stickers and cell phone

4   cases.

5        Q        Okay.  And what design or designs did those

6   products have?

7        A        They had the LA Lightning mark on it.

8                 MR. KELLY:  Your Honor, permission to approach

9   the witness with documents that were premarked as exhibits from

10  the exhibit list.

11                THE COURT:  Okay.

12       Q        BY MR. KELLY:  Mr. Paley, I'd like to direct your

13  attention to the trial exhibits premarked 290, 291, and 292.

14  Let me know when you've had a chance to look at those

15  documents.

16       A        Yes.

17       Q        Are you familiar with these documents?

18       A        Yes.

19       Q        What are they?

20       A        They're screenshots of items that I purchased.

21       Q        From where?

22       A        From the Redbubble website.

23                MR. KELLY:  Your Honor, Brandy Melville moves

24  into evidence trial documents premarked as 290, 291, and 292.

25                THE COURT:  They will be received.

```
 1                (Marked for identification and received

 2            into evidence Exhibit Nos. 290, 291 and 292.)

 3        Q       BY MR. KELLY:  Mr. Paley, this is page 1 of

 4   Exhibit 290.

 5                Do you see that?

 6        A       Yes.

 7        Q       Is that the LA Lightning mark that you were

 8   mentioning?

 9        A       Yes.

10        Q       I'm going to direct you to page 1 of Exhibit 291.

11   Could you read what the title of that page is?

12        A       Los Angeles California iPhone case and cover.

13        Q       What logo do you see in the top left-hand corner?

14        A       Redbubble.

15        Q       And what marks on the cell phone case?

16        A       The Los Angeles mark.

17        Q       The Los Angeles Lightning mark?

18        A       Los Angeles Lightning mark, yes.

19        Q       I'm going to take you -- same thing, Exhibit 292.

20   What mark do you see on that?

21        A       The same mark, the Los Angeles Lightning mark.

22        Q       Mr. Paley, I'd like to direct your attention to

23   the document premarked Exhibit 295.

24        A       Yes.

25        Q       And what is this document?
```

1        Q       BY MR. KELLY:  Ms. Elkins, between T-shirts and

2    graphic T-shirts, is one more popular than the other with

3    Brandy Melville customers?

4        A       Yes.

5        Q       Which of the two is more popular?

6        A       I'm sorry?

7        Q       Just generally between T-shirts and graphic

8    T-shirts.

9        A       Graphic T-shirts definitely.

10       Q       Okay.  I'm going to direct you to page 96 of

11   Exhibit 223 and ask if this is an example of another graphic

12   T-shirt at Brandy Melville.

13       A       I'm sorry.  What page am I going to?

14       Q       96.

15       A       Yes.  I am familiar with this graphic.

16       Q       Is this a picture of a graphic T-shirt from

17   Brandy Melville?

18       A       Yes, it is.

19               MR. KELLY:  Your Honor, Brandy Melville would

20   move into evidence page 96 of Exhibit 223.

21               THE COURT:  It will be received.

22           (Marked for identification and received

23           into evidence Exhibit No. 223, page 96.)

24       Q       BY MR. KELLY:  Ms. Elkins, in your experience

25   working at Brandy Melville, does the store ever sell out of

1    clothes or designs?

2         A     Yes.  We sell out all the time.  I could put a

3    product on the floor Saturday morning, and by the afternoon

4    we're sold out.

5         Q     And on a given day, what would be the most

6    popular thing at Brandy Melville?

7         A     Mostly we have girls coming in and showing us

8    photos of their favorite celebrities wearing Brandy Melville

9    all the time.  So Hailey Bieber, Kaia Gerber are seen wearing a

10   Brandy Melville T-shirt, that is going to be the most popular

11   at that time.

12        Q     Now I'm going to change topics and put up an

13   image that has been already admitted into evidence, trial

14   Exhibit 7.

15             Ms. Elkins, do you recognize this design?

16        A     Yes, I do.

17        Q     It is the LA Lightning mark?

18        A     Yes, it is.

19        Q     How long has Brandy Melville used the

20   LA Lightning mark?

21        A     I have seen this for a few years now.

22        Q     Okay.  And is this a graphic that would be on a

23   graphic T-shirt?

24        A     Yes, it is.  Graphic T-shirt, stickers, hats.

25        Q     In your experience, how have Brandy Melville's

1   customers responded to the LA Lightning mark?

2        A        So this is one of our most popular designs.

3   Girls go absolutely crazy for this.  We not only sell it on

4   shirts, we -- at our Santa Monica flagship, we actually have a

5   huge mural of this exact graphic.  I can't tell you how many

6   times I have seen girls line up to take photos in front of this

7   graphic tagged on Instagram "Brandy Melville" in which some of

8   those posts I actually saw recently.

9        Q        How recently?

10       A        I could still find them on Instagram yesterday

11  actually.

12       Q        Okay.  And based on your experience working at

13  Brandy Melville and interacting with its customers, is it your

14  belief that Brandy Melville's customers associated the

15  LA Lightning mark with the brand?

16       A        Oh, yes.  Definitely.

17                THE COURT:  Okay.  You've answered the question.

18       Q        BY MR. KELLY:  Have you seen anything on the

19  Redbubble website that suggests that people associate the

20  LA Lightning mark with the Brandy Melville brand?

21       A        I have.

22       Q        Okay.  And can you describe what makes you say

23  that?

24       A        Yes.  This weekend I actually saw a graphic that

25  looked very similar to this.  However, instead of Los Angeles,

1  it said "Central Florida."  And in the description it was both

2  described and tagged as "Brandy inspired."

3            MR. KELLY:  Your Honor, permission to publish an

4  exhibit that would just be a demonstrative and not be in

5  evidence sent back with the jury.

6            MR. MASUR:  Can we see a copy first?

7            THE COURT:  Yes.  Show it to counsel first.

8            This would be for demonstrative purposes,

9  counsel?

10            MR. KELLY:  Yes, Your Honor.

11            Permission to approach?

12            THE COURT:  Yes.  This is just for demonstrative

13  purposes.  You can publish it.

14            MR. KELLY:  Okay.  Thank you.

15            THE COURT:  You don't have to give it to the

16  witness.

17       Q     BY MR. KELLY:  Ms. Elkins, this would be marked

18  plaintiff's demonstrative 1.

19            Do you recognize this document?

20       A     I recognize this page, yeah.

21       Q     Is that the page that you were just describing?

22       A     Yeah, it is.

23       Q     And it says in the title there, "UCF Central

24  Florida Brandy inspired lightning sticker."

25            Do you see that?

1        A       Yes, I do.

2        Q       Do you see the design there or the logo from the

3    Redbubble web page?

4        A       Yes.

5        Q       Would you say that is similar to the LA Lightning

6    mark?

7        A       Yes.  Very similar.

8        Q       You said that you saw that just a couple days

9    ago?

10       A       Yes.

11       Q       I would direct you to the timestamp at the

12   bottom.  Can you read the date off?

13       A       June 20th, 2021.

14       Q       Would you say that this suggests that at least

15   this user of the Redbubble website associates the LA Lightning

16   mark with Brandy Melville?

17       A       Yes, I agree.

18               MR. MASUR:  Objection, Your Honor.

19               THE COURT:  Sustained.

20       Q       BY MR. KELLY:  Ms. Elkins, is the LA Lightning

21   mark currently being sold in the Brandy Melville store?

22       A       I haven't seen it in the store recently, but I do

23   anticipate it will come back.

24       Q       Why do you say that?

25       A       You know, a lot of the times we will

1    intentionally stop a graphic in cycle.  It almost builds

2    anticipation for the graphic so it's not overused, not

3    overplayed.  When we bring it back, you know, there's a lot of

4    excitement for that.

5          Q      Has Brandy Melville done that with other designs,

6    popular designs?

7          A      Yes, they have.

8          Q      Can you give us an example?

9          A      We have this graphic.  It says "honey" in gold.

10   That was a big one for us.  We -- it was a top seller.  We

11   stopped using it in cycle, say, for even a year or so.  I can't

12   tell you how many times customers would come into the store

13   every day asking for the honey shirt, asking for the honey

14   shirt, asking for the honey shirt.  When we finally came and

15   brought the honey shirt back, that was sold out in hours.

16         Q      In your experience working at Brandy Melville,

17   have customers said that to you about the LA Lightning mark?

18         A      Oh, yeah.  We have people asking for it all the

19   time.

20         Q      So we just looked at a posting from the Redbubble

21   website.  Have you -- let me just ask you generally.  You have

22   been on the Redbubble website?

23         A      Yes, I have.

24         Q      Can you briefly describe what you have done on

25   the Redbubble website?

1      A       Typed in the search bar "Brandy Melville,"

2  "Brandy inspired," "Brandy Melville stickers," and you get a

3  bunch of hits of several, several graphics that I recognized

4  from our stores.

5      Q       Did you do that last week?

6      A       Yes, I did.

7      Q       When you did that, what did you see?

8      A       Couple thousand hits of our graphics and graphics

9  that weren't ours but used Brandy Melville to pop up in that

10  search.

11             MR. KELLY:  Your Honor, we'd like to mark as just

12  a demonstrative plaintiff's demonstrative 2.

13             THE COURT:  Okay.  Okay, counsel.  You may

14  proceed.

15      Q      BY MR. KELLY:  I'm going to put up what is

16  plaintiff's demonstrative 2.

17             Ms. Elkins, can you describe what this is?

18      A      Yes.  That is a Chill Since Brandy Melville

19  graphic being sold as a huge sticker that we would never

20  actually sell.

21      Q      And who is selling it?  Is it Brandy Melville or

22  someone else?

23      A      It looks like Chris R-y-d-z by Redbubble.

24      Q      I'm going to show you what has been marked as

25  plaintiff's demonstrative Exhibit 3.

1           THE COURT:  Counsel, go ahead.

2      Q    BY MR. KELLY:  This is plaintiff's demonstrative

3  Exhibit 3.  I will zoom in for the design here.

4           Do you recognize that design?

5      A    Yes, I do.

6      Q    What is that?

7      A    It is a Heaven Sent Brandy Melville graphic.

8      Q    This is on Redbubble website?

9      A    Yes.  It is on Redbubble website.

10     Q    I'd like to go back to your binder and look at a

11  page -- trial Exhibit 223, page 69 and 70.  Let me know when

12  you have had a chance to review that.

13     A    I see it.

14     Q    And what is on page 69 and 70?

15     A    This is the authentic Heaven Sent graphic from

16  Brandy Melville's website.

17          MR. KELLY:  Your Honor, Brandy Melville moves

18  into evidence trial exhibit -- pages 69 and 70 of trial

19  Exhibit 223.

20          THE COURT:  It will be received.

21        (Marked for identification and received

22         into evidence Exhibit No. 223, pages 69 and 70.)

23     Q    BY MR. KELLY:  Here is page 69.  What is this

24  again?

25     A    This is the Brandy Melville authentic Heaven Sent

1   graphic on a Brandy Melville hoodie sold through our website.

2          Q       And this is Exhibit 70, a closer image of that;

3   right?

4          A       Yes.

5          Q       And going back to the demonstrative, do they look

6   similar to you?

7          A       Yes.  They look the same.

8          Q       And looking at the timestamp on the demonstrative

9   exhibit, can you read what that date is?

10         A       6/16/2021.

11         Q       That is last week; right?

12         A       Yes.

13         Q       Ms. Elkins, based on your experience at

14  Brandy Melville, do you believe that Redbubble sale of these

15  designs is in any way harmful to the Brandy Melville brand?

16         A       Yes.

17         Q       Can you tell me why you believe that?

18         A       You know, we take pride in our authenticity of

19  our product, and it seems that Redbubble is just making

20  knockoffs of our brand, and that is not fair for our customers

21  receiving a knockoff item that is not actually Brandy Melville.

22         Q       Going back to the LA Lightning mark, you said

23  that has not been -- it goes in and out of circulation; is that

24  right?

25         A       Yes.  That is right.  And, you know, that really

1   hurts our strategy with that when this graphic is being readily

2   available for people to buy the knockoff version when we have

3   been saving the real copy for when we want to rerelease it.

4           MR. KELLY:  No further questions, Your Honor.

5           THE COURT:  Okay.  Cross-examination.

6                       **CROSS-EXAMINATION**

7   BY MS. KUHN:

8       Q       Good morning.  Before we -- to get started, you

9   said that you were -- you work for Brandy Melville; right?

10      A       Yes, I do.

11      Q       I just want to clarify.  You do not actually work

12  for the plaintiff in this lawsuit which is Y.Y.G.M.; right?

13      A       I work for Brandy Melville.

14      Q       You work for Brandy Melville, not Y.Y.G.M.;

15  right?

16      A       I work for Brandy Melville.

17      Q       Okay.  Let's start out with Exhibit 7.  I would

18  like to zoom in on the bottom where it says -- do you see where

19  it says "No claim is made" -- it says, "No claim is made to the

20  exclusive right to use the following, apart from the mark as

21  shown Los Angeles California 1984."

22              Right?

23      A       I can see it says that.

24      Q       You see that it says that.  Okay.

25              So your employer Brandy Melville -- you said you

1      Q      And despite all of this, it has traditionally

2    been Redbubble's policy not to go looking for infringing works

3    to remove from the site.

4              True?

5      A      That is not true.

6      Q      Okay.  Let me show you what's been marked for

7    identification as Exhibit 65.  This is a printout from the

8    Redbubble website.  It's been stipulated to be pre-admitted.

9              Your Honor, move Exhibit 65, page 2.

10             THE COURT:  It will be received.

11          (Marked for identification and received

12          into evidence Exhibit No. 65, page 2.)

13     Q      BY MR. WESLEY:  Showing the jury Exhibit 65,

14   page 2, do you recognize this as a page from the Redbubble

15   website?

16     A      Yes.

17     Q      And here in the first paragraph it says, "It is

18   Redbubble's policy to remove allegedly infringing works in

19   response to valid complaints under applicable law.  The content

20   is only removed when it is specifically identified as

21   infringing in a legally valid takedown notice.  We generally

22   don't go looking for similar works to remove from the

23   marketplace."

24             I accidentally pressed the freeze button.  It's

25   resetting.  My apologies.

```
1                    THE COURT:  Okay.

2                    MR. WESLEY:  And I'm on a short clock of all

3    things.

4          Q      So Redbubble states on its website, "We generally

5    don't go looking for similar works to remove from the

6    marketplace."

7                    Right?

8          A      That's what that says.

9          Q      And Redbubble doesn't go looking for counterfeits

10   because Redbubble makes money from the sales of counterfeits on

11   its site.

12                   True?

13         A      Absolutely false.

14         Q      Well, there are significant quantities of

15   infringing goods on Redbubble's sites as we sit here today in

16   this trial.  No?

17         A      I don't know.  You're probably right.  We try to

18   find everything we can and try to remove it.

19         Q      You know there's a lot of Tesla counterfeits on

20   your site right now?

21                   MR. MASUR:  Objection, Your Honor.

22                   THE COURT:  Sustained.

23         Q      BY MR. WESLEY:  But you can't assure us, as you

24   sit here today, that there aren't substantial quantities of

25   counterfeits on the site; is that correct?
```

1        A       Can you repeat your question?

2        Q       You cannot assure us, as you sit here today, that

3   there are not substantial quantities of counterfeits on the

4   Redbubble site; correct?

5        A       We remove all that we can.  With 75,000 uploads

6   every single day, even if we're 99 percent effective, there

7   might be 250 images on there any given day which might infringe

8   someone's rights.

9        Q       Just impossible?

10       A       I'm sorry?

11       Q       It's just an impossible task to ensure that there

12  won't be counterfeits on Redbubble?

13       A       It is impossible to be 100 percent perfect, yes.

14       Q       Okay.  New subject.

15               Whether Redbubble knew or should have known that

16  its users were selling Brandy Melville trademarked goods, now

17  Redbubble searched its electronic files for relevant documents

18  in this case.

19               True?

20       A       I'm sorry.  Can you repeat the question?

21       Q       Redbubble searched its electronic files for

22  relevant documents in this case, produced documents?

23       A       Yes.  Produced to you, yes.

24       Q       Yes.  And you were part of that production

25  effort.

```
 1                True?

 2       A       True.

 3       Q       And you produced documents that referenced

 4   Brandy Melville; right?

 5       A       Yes.  We produced documents to you for this case,

 6   yes, that you requested.

 7       Q       Okay.  I would ask that the clerk hand you

 8   volume 10 and you take a look at Exhibit 307.

 9                THE COURT:  307?

10                MR. WESLEY:  Yes, Your Honor.

11                THE COURT:  Take a look at 307.

12                THE WITNESS:  Yes, Your Honor.  Okay.

13       Q       BY MR. WESLEY:  For the record, this appears to

14   be an e-mail from Redbubble aboutmyorder@redbubble.com.

15                Do you see that?

16                MR. MASUR:  Objection.  Mischaracterizes the

17   document.

18                THE COURT:  Overruled.  Is that similar to the

19   document you're looking at?

20                THE WITNESS:  I'm sorry, Your Honor?

21                THE COURT:  What's the document you're looking

22   at?

23                THE WITNESS:  It's an e-mail that says -- it

24   looks like it's about an order, yes.

25                THE COURT:  Go ahead.
```

1    Q    BY MR. WESLEY:  That's a customer communication

2  that Redbubble produced in this case.

3              True?

4    A    I don't recall the specific document because

5  there were -- we gave you everything we could find, but I will

6  take your word for it.

7              MR. WESLEY:  Okay.  Move Exhibit 307.

8              THE COURT:  It will be received.  Is that what

9  you're looking at, 307?

10             MR. WESLEY:  Yes.

11             THE COURT:  It will be received.

12         (Marked for identification and received

13           into evidence Exhibit No. 307.)

14             THE WITNESS:  Okay.  Yes.  That's the same.

15   Q    BY MR. WESLEY:  Okay.  Do you see it's a

16  December 4th, 2015, e-mail from aboutmyorder@redbubble.com?

17   A    I see that, yes.

18   Q    Okay.  And it appears that it's a communication

19  with a customer -- right? -- about an order?  Tina Harmon;

20  right?

21   A    That looks to be the case.

22   Q    All right.  And down here there's a list of

23  products that shipped.

24             Do you see that?

25   A    Yes.

1          Q       One of them is a Brandy Melville -- and what's

2    this -- what's this little "R," if you know?

3          A       It is a trademark symbol.

4          Q       Okay.  And this is also a Brandy Melville

5    product.

6                  Do you see that?

7          A       I see that.

8          Q       And as a Redbubble lawyer who focuses on

9    intellectual property issues, weren't you made aware of this

10   e-mail in or around late 2015?

11         A       There are tens of thousands of e-mails that get

12   sent out automatically by platform software.  I don't see them

13   all, no.

14         Q       And Redbubble knew by late 2015 that

15   Brandy Melville's trademark was being used on the site.  No?

16         A       No.

17         Q       Didn't know?

18         A       I didn't know.

19         Q       Isn't this e-mail a red flag?

20         A       If I had -- if I had seen it, it probably would

21   have gotten my attention.  I don't read all of the order

22   confirmation e-mails.

23         Q       Doesn't anyone at Redbubble look at the

24   communications with customers to see if there are any signs,

25   any indication that maybe some infringement is going on?

302

```
 1         A      We're always on the lookout for infringement.

 2         Q      Okay.

 3         A      We want to remove it.

 4         Q      But 307 didn't make it to you?

 5         A      If it would have, I would have investigated it.

 6         Q      Okay.  Flip back to 301, please, same binder.

 7         A      Okay.

 8         Q      Are you with me?

 9         A      Yep.

10         Q      For the record, this appears to be an e-mail from

11  Redbubble to a Maya Kim dated September 3rd, 2016.

12                Do you see that?

13         A      Yes.

14         Q      This has the same Bates number RBBM or Bates

15  prefix.  Do you see that?

16         A      I -- at the bottom?

17         Q      Yes, sir.

18         A      What did you say?

19         Q      It has the RBBM Bates prefix; right?

20         A      I see that, yes.

21         Q      And this was produced by Redbubble in this case;

22  right?

23         A      Probably.

24                MR. WESLEY:  Move Exhibit 301.

25                THE COURT:  It will be received.
```

```
 1              (Marked for identification and received

 2         into evidence Exhibit No. 301.)

 3    Q     BY MR. WESLEY:  So we were in Exhibit 307 in

 4  2015.  Let's now skip ahead to 2016.

 5              And, by the way, these years are before the cease

 6  and desist letter that we sent; right?

 7    A     That looks to be the case.

 8    Q     Okay.  So this is a -- this is an e-mail from

 9  Redbubble, your company, to a Maya Kim dated

10  September 3rd, 2016.

11              Do you see that?

12    A     Yes.

13    Q     And the e-mail is saying, based on your recent

14  visit, here's some stuff we thought you might like.

15              Do you see that?

16    A     I do.

17    Q     And do you see it's all Brandy Melville products?

18    A     I see what you're highlighting, yes.

19    Q     And not only that, but Redbubble is saying view

20  more Brandy Melville stickers.

21              Do you see that?

22    A     I see what you highlighted.

23    Q     As a Redbubble lawyer who focuses on intellectual

24  property issues, were you made aware that Redbubble was

25  actually soliciting customers to buy more Brandy Melville
```

```
1    products?

2         A      No.  I wasn't aware.

3         Q      That's a big red flag, isn't it?

4         A      What's a red flag?

5         Q      That Redbubble is affirmatively reaching out to

6    customers and saying view more Brandy Melville stickers.

7                MR. MASUR:  Objection.  Document speaks for

8    itself.

9                THE COURT:  Overruled.

10               THE WITNESS:  This is an e-mail that is -- it's

11   maybe called a target e-mail or personalized e-mail.  It's

12   based on the visit of this -- probably based on the visit of

13   this Maya Kim to the site.  They probably viewed or bought

14   things, probably searched for the term "Brandy Melville."  I

15   don't know.  And then -- but as -- to the question did

16   Redbubble affirmatively try to get people to buy

17   Brandy Melville, no.  It just took what this person was

18   searching for and sent out an e-mail to them like a lot of

19   E-commerce marketplaces do.  Nobody at Redbubble put this

20   e-mail together.

21        Q      BY MR. WESLEY:  So you're blaming it on the

22   Redbubble software?

23        A      No.  I'm saying -- you said Redbubble

24   affirmatively sent this out.  I just want to clarify what

25   "affirmatively" means.
```

1       Q       Yeah.  It says from Redbubble.

2       A       Yeah.  I see that.

3       Q       This e-mail came from Redbubble or some software

4  that Redbubble put in motion; right?

5       A       You tried to make it sound like somebody put this

6  together and sent it out to someone, but that's not what

7  happened.

8       Q       Take a look at Exhibit 302, the next exhibit,

9  please.

10      A       Okay.

11      Q       And is this another -- is this another e-mail

12  that Redbubble automatically generated to customers?

13      A       It looks similar to the other one, yes.

14              MR. WESLEY:  Okay.  Move Exhibit 302.

15              THE COURT:  It will be received.

16          (Marked for identification and received

17          into evidence Exhibit No. 302.)

18      Q       BY MR. WESLEY:  How about 303?  Is that another

19  e-mail Redbubble automatically generated to consumers?

20      A       It looks like a similar type of e-mail, but the

21  content is different, very different.

22              MR. WESLEY:  Move Exhibit 303.

23              THE COURT:  It will be received.

24          (Marked for identification and received

25          into evidence Exhibit No. 303.)

1    Q    BY MR. WESLEY:  How about Exhibit 304?  Is that

2  another automatically generated customer e-mail from Redbubble?

3    A    It looks like a similar e-mail to the one we were

4  looking at, yes.  Similar structure.

5    Q    Okay.  I won't go through each one.  The jury

6  will have these in evidence.

7         But is this another e-mail from Redbubble here,

8  the subject says, "Look, Brandy Melville stickers" --

9         THE COURT:  I'm sorry, counsel.  You're referring

10  to which exhibit?

11         MR. WESLEY:  302.

12         THE COURT:  Okay.  Go ahead.

13    Q    BY MR. WESLEY:  And this was a December 8, 2016,

14  e-mail from Redbubble saying, "Look, Brandy Melville stickers

15  just for you."

16         Do you see that?

17    A    I see it.

18    Q    And nobody made you aware of that?

19    A    No.  Like I said, tens of thousands of e-mails

20  get sent out all the time from the marketplace.

21    Q    Well, is Redbubble still sending out these

22  Brandy Melville solicitations?

23    A    We shouldn't be.

24    Q    Can you tell us if you are?

25    A    I told people not to after we got your notice,

1    after we knew.

2         Q     Are you 100 percent certain that you're not

3    sending these out?

4         A     Right now?

5         Q     Yes.

6         A     I haven't seen any, but I guess we can't be

7    100 percent certain.

8         Q     Okay.  Let's look at Exhibit 121.  That's in

9    volume 4.

10              So you're going to have to -- thank you,

11   Mr. Clerk.

12              Take a look at Exhibit 121.  Do you see that?

13        A     Yes.

14        Q     And that's a September 14, 2017, chat transcript

15   from Redbubble to a Mini MacBook.

16              Do you see that?

17        A     I see that.

18              MR. WESLEY:  Move Exhibit 121.

19              THE COURT:  It will be received.

20         (Marked for identification and received

21         into evidence Exhibit No. 121.)

22        Q     BY MR. WESLEY:  Okay.  Now, we were in 2016.

23   Let's keep moving forward.

24              We're now in 2017.  Do you see that,

25   September 14th?

1        A        Yes.

2        Q        Okay.  And Redbubble customer service chats with

3    customers; correct?

4        A        Are you asking if this is that, this is what -- a

5    chat with a customer?

6        Q        Well, Redbubble has a customer service team;

7    right?

8        A        Yes.

9        Q        And they chat with customers from time to time;

10   correct?

11       A        Yes.

12       Q        Okay.  And this says chat transcript, and the

13   visitor says:  "Do you have any Brandy Melville stickers?"

14               And the response is, "Hello.  My name is

15   Safiyyah.  Thanks for getting in touch with us.  I'm happy to

16   help you today."  She says, "I would recommend using our nifty

17   search bar and search any keywords associated with the design

18   you are looking for.  Are you still with me?"

19               Visitor:  "Yes.  Sorry."

20               "That's all right."

21               Visitor:  "So you don't have any stickers that

22   brand specifically made?"

23               Do you see that?

24       A        Yes.

25       Q        And Safiyyah, who is a Redbubble

1  representative -- right?

2       A      I don't know.  It could be a Chatbot.  It could

3  be somebody in an outsource team in another country.

4       Q      Okay.  Whoever this representative was, human or

5  bot, says, "Here is a link to what I found" and directs the

6  customer to the link to Brandy Melville stickers.

7              Do you see that?

8       A      Yes.

9       Q      And so a customer is reaching out to Redbubble

10 and saying are the stickers on your site actually from

11 Brandy Melville; right?

12      A      I don't know if that's what that specifically

13 says.  It's different.

14      Q      Well --

15      A      I can see what this says though, yes.

16      Q      Well, the response isn't, no, we don't sell

17 Brandy Melville products, we're a different company; right?

18      A      No.

19      Q      The response is to direct them to the

20 Brandy Melville page on Redbubble; right?

21             MR. MASUR:  Objection.  Mischaracterizes the

22 document.

23             THE COURT:  Sustained.

24      Q      BY MR. WESLEY:  And as a Redbubble lawyer who

25 focuses on these issues, weren't you made aware of this chat?

1       A       No.  No.  And if I had, I would have investigated

2   it.

3       Q       Didn't the customer service representative inform

4   you that a customer had asked if Redbubble was selling

5   authentic Brandy Melville stickers?

6       A       These sorts of issues are brought to my attention

7   on a regular basis, but this -- this was not.  I don't remember

8   ever seeing this chat transcript.  Like I said, we -- you

9   requested a bunch of documents, and we gave you everything we

10  could find.  And I don't -- I didn't see all of the documents

11  in the course of my job at Redbubble.

12      Q       Didn't Redbubble know by September of 2017 that

13  the Brandy Melville trademark was being used on Redbubble?

14      A       No.  Not that I know of.

15      Q       No idea?

16      A       No idea.  I have no idea.

17      Q       Take a look in that same binder of Exhibit 122,

18  please.

19              Are you with me?

20      A       Yes.

21      Q       Okay.  And is this a -- this is another customer

22  communication produced by Redbubble in this case.

23              True?

24      A       That looks to be the case.

25              MR. WESLEY:  Move Exhibit 122.

1          THE COURT:  122 is in.  If not, it will be

2    received.

3               (Marked for identification and received

4               into evidence Exhibit No. 122.)

5        Q     BY MR. WESLEY:  I'm going to show you page 2 of

6    Exhibit 122.  I will give a little context here.  It says here,

7    "Hello.  Still haven't received my order.  Not happy.  Taking a

8    very long time.  Could you please let me know the status of my

9    order?  Thank you.  Mary Rubenstein."

10              Do you see that?

11       A     Yes.

12       Q     And then Devin at Redbubble says, "Hey there,

13   Mary.  Thank you for getting in touch about the order."  And he

14   says, "I have checked in on your order, and you can see that it

15   was shipped out on the 20th from Iowa to this address."

16              Do you see that?

17       A     Yes.

18       Q     On page 3, then, there are the -- there's the

19   list of items that she ordered.

20              Do you see that?

21       A     Yes.

22       Q     And one of them is "Gossip Girl, what would

23   Blair Waldorf do?"

24              Do you see that?

25              MR. MASUR:  Objection, Your Honor.  Motion in

```
 1   limine.

 2            THE COURT:  Overruled.

 3            THE WITNESS:  I see it.

 4       Q    BY MR. WESLEY:  Okay.  On the next page, page 4,

 5   there is a Brandy Melville sticker.

 6            Do you see that?

 7       A    I see what you highlighted, yes.

 8       Q    And there is the Philadelphia Eagles.

 9            Do you see that?

10       A    I see it.

11       Q    Team U.S.A. Water Polo, do you see that?

12       A    Yes.

13       Q    Aren't these red flags that Redbubble is helping

14   to facilitate trademark infringement?

15       A    I don't know what you mean by "red flag."

16       Q    Just putting you on notice, something that might

17   be concerning to you.

18       A    Do you speak for these brands?

19       Q    No.

20       A    We look to the brand owner themselves to give us

21   instructions on what to remove and what not to remove from the

22   marketplace.

23       Q    Okay.  Well, one thing I think we can agree on is

24   that by May 14, 2018, when we sent you a cease and desist

25   letter, that at least at that point Redbubble knew that
```

1   Brandy Melville's trademark was used on the Redbubble site;

2   right?

3        A      You identified images for us to remove, yes.

4        Q      Okay.  Well, let's look at what we identified.

5   This is in evidence as Exhibit 10.  So one thing we identified

6   were that some of the products utilized the Brandy Melville

7   trademark directly.  For example, the products are labeled as

8   Brandy Melville or referenced Brandy Melville's actual website,

9   brandymelvilleusa.com.  And then we gave a couple examples.

10              Do you see that?

11       A      I don't see the examples.

12       Q      The examples are on the next page, page 2.

13              Do you see that?

14       A      Yes.

15       Q      So we -- so as of May 14, 2018, you knew that one

16  of our complaints was that there are products that are actually

17  stamped with Brandy Melville; right?

18       A      What do you mean by "stamped"?

19       Q      They have Brandy Melville on the product.

20       A      Can you go back to the second page, the three at

21  the top?  Are those the ones you are referring to?

22       Q      I'm just asking you more generally.

23              When Redbubble received my letter, was one

24  problem that you were on notice of that we were concerned that

25  there were products being sold that said Brandy Melville on

```
 1  them?

 2        A       Yeah.  You identified images to us, and we went

 3  and did our best to remove them.  You didn't give us anything

 4  to go on but these images.  So we tried to find them and remove

 5  them.

 6        Q       But then we also say "Other products currently

 7  being offered for sale on Redbubble use the keyword

 8  Brandy Melville to drive consumers to products that incorporate

 9  well-known Brandy Melville designs."

10               Do you see that?

11        A       I see what you wrote in your letter, what you

12  alleged, yes.

13        Q       So you're aware as of May 14, 2018, that another

14  concern of Brandy Melville's was the use of tags or keywords

15  that say Brandy Melville that could be typed into Redbubble's

16  search engine and take somebody to products that

17  Brandy Melville sells.  You knew that was our complaint.

18               True?

19        A       I knew that was your complaint, yeah.

20        Q       Well, let's look at what Redbubble did in

21  response.

22        A       Do I still need to have these two binders on my

23  lap?

24        Q       I don't think so.  I apologize.  I didn't realize

25  they were on your lap.  There's not a lot of space up there.
```

1            All right.  So, Your Honor, Exhibit 115, I don't

2   know if it is in yet.  It was stipulated to be admitted.

3   Counsel used it in opening.  I would move 115.

4            THE COURT:  It will be received.

5            MR. WESLEY:  Okay.

6        (Marked for identification and received

7         into evidence Exhibit No. 115.)

8       Q     BY MR. WESLEY:  So this is part of Redbubble's

9   proactive policing of the Brandy Melville brand; right?

10      A     Yes.

11      Q     Okay.  And do you see here it says "Policing

12  start date 31 May 2019"?

13            Do you see that?

14      A     Yes.

15      Q     And so a lawyer's letter, is that insufficient to

16  get Redbubble to start proactively policing?

17      A     Your letter and our back-and-forth over a couple

18  days, which wasn't shown here, confirmed the -- the action that

19  we took.  You wanted images removed from the site; so we did

20  our best to find those.  You identified six images.  We

21  searched and removed -- did our best to remove those images and

22  in total removed like 26.

23      Q     Well, Exhibit 10 is the cease and desist letter.

24  That is dated May 16, 2018.

25            Do you see that?

316

```
 1        A       I do.

 2        Q       And Redbubble starts policing over a year later;

 3   right?

 4        A       That's right.

 5        Q       And that was only after we filed a lawsuit;

 6   correct?

 7        A       That's right.

 8        Q       And in the meantime, despite our letter, new

 9   infringing products were popping up and down on the Redbubble

10   site; right?

11        A       I believe we asked you twice to help us find

12   more.

13        Q       Well, respectfully, that's not my question.

14                In 2018, after receipt of the cease and desist

15   letter, were you aware that new items with Brandy Melville's

16   trademarks were being posted on Redbubble?

17        A       I was not aware, no.

18                THE COURT:  Anything further of this witness?

19   Anything further?

20                MR. WESLEY:  Sorry, Your Honor.

21                THE COURT:  You have wasted a lot of time,

22   counsel.  I asked if you have any other questions, or can we

23   turn over to cross?  If you have other questions, that's fine.

24   You have just been hesitating.  You're wasting time.  My only

25   question is do you have further questions of the witness?
```

```
 1                    MR. WESLEY:  Yes, I do, Your Honor.

 2                    THE COURT:  Let's go ahead and proceed.

 3                    MR. WESLEY:  Thank you.

 4         Q      So 623 is in evidence.  So I'm going to show you

 5    page 12 and page 15.

 6                    And you're familiar with this chart --

 7    correct? -- that Redbubble created?

 8                    THE CLERK:  Counsel, which exhibit is this?

 9                    MR. WESLEY:  623, page 12.

10                    THE WITNESS:  Am I familiar with this chart?

11    There are tons of charts.  Are you asking if this is one we

12    produced?

13         Q      BY MR. WESLEY:  Yes.

14         A      Can I see Bates numbers?

15         Q      I don't know if there are Bates numbers.  It was

16    produced late in the game.

17         A      I'm fine taking your word for it.

18         Q      Do you see there is a product that says

19    Brandy Melville on it?

20         A      I see that, yes.

21         Q      Okay.  And do you see in the column that says

22    "Work creation date" it says 10/22/2018?

23         A      I see that.

24         Q      Okay.  And you didn't need my assistance to

25    identify that this is an infringing design, did you?
```

1        A        I don't know what you mean by that.

2        Q        Well --

3        A        If I knew that that was there, I would have told

4    people to remove it.  If the content team found it, the team

5    that does moderations, they would have removed it.  They would

6    have told me about it.

7        Q        Okay.  And it was posted several months after our

8    cease and desist letter; correct?

9        A        Looks like it's October 2018, yes.  That would be

10   after.

11       Q        And it stayed on the site all the way until

12   May 29, 2019.  Do you see that?

13       A        I see it.

14       Q        Okay.  Let's look at Exhibit 113.  Do you have

15   113, Mr. Toy?  That's volume 4.

16       A        Yes.

17       Q        Okay.  Is this an internal record showing a

18   customer communication from Redbubble on or about

19   August 7, 2019?

20       A        It looks like a -- it looks like an e-mail

21   generated, yes, and sent to somebody, yeah.

22                MR. WESLEY:  Move Exhibit 113.

23                THE COURT:  It will be received.

24            (Marked for identification and received

25                into evidence Exhibit No. 113.)

1                    MR. WESLEY:  I'm showing page 1.

2          Q      This is from -- this is an e-mail from Redbubble;

3    right?

4          A      Yes.

5          Q      And it's to a seller, somebody who uploaded a

6    design; correct?

7          A      That's right.

8          Q      It says, "Hi, Ally" -- oh, August 7, 2019, that's

9    actually after the filing of this lawsuit; right?

10         A      Right.

11         Q      It says, "Hi, Ally.  Congratulations on your

12   recent sale on Redbubble.  You're well on your way to becoming

13   a true Redbubble all star."

14                Do you see that?

15         A      Yes.

16         Q      And then it lists the product that she had sold,

17   iPhone case of brandymelvilleusa.

18                Do you see that?

19         A      Yes.

20         Q      Were you made aware that, after this lawsuit was

21   filed, Redbubble was sending out e-mails to users

22   congratulating them on selling items entitled Brandy Melville?

23         A      I was not made aware of this e-mail, no.

24         Q      Okay.  And then on the second page it shows the

25   breakdown of the finances.  So the price was $20.20.

1               Do you see that?

2      A       Yes.

3      Q       So the artist gets $3.37; right?

4      A       Yes.

5      Q       And Redbubble keeps $16.83 for a manufacturing

6  fee including facilitation fee.

7               Do you see that?

8      A       I see it, but Redbubble didn't keep that.  Only a

9  portion of it.

10     Q       Redbubble kept the facilitation fee; correct?

11     A       Correct.

12     Q       Because it facilitates the sale; correct?

13     A       Yes.

14     Q       I'm going to show you what's in evidence as

15 Exhibit 181, page 10.  Do you see, Mr. Toy, this is a product

16 that was displayed on Redbubble?

17     A       I see it, yes.

18     Q       Do you see the title is "Brandy Melville No

19 Foolin sticker"?

20     A       Yes.

21              MR. WESLEY:  I want to show you what's been

22 marked for identification as Exhibit 70.  It's in volume 3.

23 It's been admitted by stipulation.  I would move it into

24 evidence, Exhibit 70.

25              THE COURT:  70?

321

```
1                    MR. WESLEY:  Yes, sir.

2                    THE COURT:  It will be received.

3               (Marked for identification and received

4          into evidence Exhibit No. 70.)

5                    THE WITNESS:  Sorry.  Which number?

6                    THE COURT:  70.

7                    MR. WESLEY:  You can either look in the book or I

8    will show you pages on the screen.

9          Q     So I'm showing you page 1.  Do you see this

10   document?

11         A     Yes.

12         Q     And this is part of Redbubble's policing tips;

13   correct?

14         A     Correct.

15         Q     And here it says, "If one of a specified

16   trademark listed in the guidelines appears in the title of the

17   work, we should generally treat it the same as if such term

18   appears in the image of the work itself.  The work alone does

19   not fall within the guidelines but provides context related to

20   the property's trademark in the title and could cause confusion

21   for the average consumer as related to that property.  It

22   should be moderated."

23               Do you see that?

24         A     I see it.

25         Q     And then on the second page there's a couple
```

104

322

1    tangible examples.

2                   Do you see that?

3         A      Yes.

4         Q      For example, if this work were posted but it was

5    titled "Disney Castle," the work itself may be okay.  But

6    because the title has "Disney" in it, that could be a problem;

7    right?

8         A      We -- this is an internal guide for our team to

9    execute instructions from brand owners.  So if they want that,

10   that's what we will do.

11        Q      Okay.  So based on your internal guidelines,

12   Brandy Melville in the title, that could be a problem; right?

13        A      If -- I just wish that you had communicated with

14   us.  If I knew that this is what you wanted, we would have done

15   it in a heartbeat.

16        Q      And keyword tags -- the Brandy Melville keyword

17   is still used to this day; right?

18        A      That's right.

19        Q      Let's talk about what more Redbubble could have

20   done.  Redbubble could have alerted its manufacturers to be on

21   the lookout for any products with Brandy Melville trademarks;

22   right?

23                   MR. MASUR:  Objection.

24                   THE COURT:  Sustained.  Speculation.

25        Q      BY MR. WESLEY:  Did Redbubble alert any of its

105

1   manufacturers to be on the lookout for any products with the

2   Brandy Melville trademarks?

3           MR. MASUR:  Objection.

4           THE COURT:  Overruled.

5           THE WITNESS:  I don't believe any -- I would have

6   known.  No.  I don't believe any third-party manufacturers were

7   notified.  In what time are you talking about?

8       Q       BY MR. WESLEY:  Anytime.

9       A       Anytime, no.

10      Q       And did Redbubble alert customer service

11  representatives to be on the lookout for any signs of

12  infringement of Brandy Melville IP?

13      A       Yes.  Again, I don't know what time period you're

14  talking about, but that is the case now, yes.

15      Q       Okay.  How about after the cease and desist

16  letter in 2018?

17      A       Between 2018 and when you sued us?

18      Q       Yes.

19      A       No.  That did not happen.

20      Q       And Redbubble could have hired hundreds more

21  employees to monitor the site; right?

22      A       We --

23              MR. MASUR:  Objection.  Speculation.

24              THE COURT:  Sustained.

25      Q       BY MR. WESLEY:  Did Redbubble hire hundreds of

324

1  new people to join its content moderation team?

2       A       So we could block your word Brandy Melville?  No,

3  we didn't.  We don't think that's infringement.

4       Q       Okay.  And does Redbubble screen users who try to

5  upload designs?

6       A       Absolutely.

7       Q       Did Redbubble post on its site a catalog of logos

8  and designs that is off limits?

9       A       I'm sorry.  Can you repeat the question?

10      Q       Did Redbubble post on its site a catalog of logos

11  or designs to tell its users what's off limits?

12      A       I don't know what you're referring to.  Is it

13  something that we did that you're asking about, or are you

14  hypothetically asking if we did that?

15      Q       I'm asking if you posted on your website a list

16  or notice saying, hey, these are some brands that we have had

17  an issue with before and listed the names or their intellectual

18  property, something to alert your users that that's a no-no.

19              MR. MASUR:  Objection, Your Honor.

20              THE COURT:  Overruled.

21              THE WITNESS:  Every time somebody uploaded

22  something that we remove because a brand owner asks us to, we

23  warn them not to do it again.

24      Q       BY MR. WESLEY:  And Redbubble could have disabled

25  the Brandy Melville keyword entirely; right?

107

```
1        A        We could ban that word from the marketplace,

2   yeah.  We could prevent anyone from searching for

3   Brandy Melville or anyone from inputting those words into their

4   listing as a tag.  We could prevent sellers from doing that,

5   yes.  But we don't.

6        Q        In fact, as of the time of your deposition in

7   December 2019, rights holders had informed you that other

8   platforms had disabled tags for them; right?

9        A        They don't want to spend the resources to do it

10  right.

11       Q        And rights holders told you that disabling tags

12  is an effective way to stop the possibility of infringement;

13  right?

14       A        They thought it was effective, yeah.  A few of

15  them.  Not many.

16       Q        Yet Redbubble refuses to disable the

17  Brandy Melville keyword; correct?

18       A        We won't block words on the Internet.

19       Q        Take a look at what's been marked as Exhibit 128.

20                This has been pre-admitted, Your Honor.  I would

21  move Exhibit 128.

22                THE COURT:  128.

23           (Marked for identification and received

24           into evidence Exhibit No. 128.)

25       Q        BY MR. WESLEY:  I'm going to show you page 1.
```

1                       You knew a Drew Brosnan; right?

2          A        Yes, I do.

3          Q        Who is he?

4          A        I work with him.  He works in marketing.

5          Q        Okay.  In this e-mail, Mr. Brosnan is being

6     written about search keyword conversion.

7                       Do you see that?

8          A        Yes.

9          Q        In paragraph 2 the hypothesis is "Particular

10    search terms will correlate with user intent and, therefore,

11    some search terms will show higher conversion than others."

12                      Do you see that?

13         A        I see it.

14         Q        And paragraph 3 says, if some search terms are

15    more likely to lead to a purchase, we can concentrate our

16    marketing efforts on these.

17                      Do you see that?

18         A        I see that.

19         Q        And then in the analysis it goes on to say, "The

20    analysis is for all searches from the past year, June 1, 2017,

21    to June 1, 2018, that were analyzed."

22                      Do you see that?

23         A        Yes.  Yeah.

24         Q        Okay.  And then there is a list that starts near

25    the bottom of page 1 and goes on and says, "For the top 1,000

1    searches and then the best converting."

2                    Do you see that?

3        A        Yes.

4        Q        Number one is preppy.

5        A        I see it.

6        Q        And then on page 2 it goes on to say, National

7    Park, Vine, Yellow, and then Brandy Melville.

8                    Do you see that?

9        A        Yes.

10       Q        Out of the 65,745 searches for Brandy Melville,

11   23,308 resulted in somebody adding something to their cart;

12   right?

13       A        I don't know.

14       Q        Can you go back to the headers?

15       A        Sure.  Okay.

16       Q        Search count, ATCS.

17       A        Okay.

18       Q        And ATC convert?

19       A        I see that.  I agree those are the numbers in

20   those columns, yes.

21       Q        So about 35 percent of people who searched

22   Brandy Melville added something to their cart on Redbubble.

23   No?

24       A        I can tell you what the -- those numbers in their

25   columns and what the headers say, but I don't know if what you

1   said is accurate.  Do you want me to assume it's accurate?

2   Does that answer your question?  I just don't know.

3        Q      Okay.  That's okay.  We will wait for somebody to

4   explain those to us other than the document.

5        A      Okay.

6        Q      Looking at page 6 of Exhibit 286, this is your

7   2018 annual report.  This has been pre-admitted.

8              Your Honor, I would move page 6.

9              THE COURT:  286 has been.  You're correct.

10             Page 6?

11             MR. WESLEY:  Yes, sir.

12             THE COURT:  You got it.  It will be received.

13          (Marked for identification and received

14           into evidence Exhibit No. 286, page 6.)

15       Q      BY MR. WESLEY:  Okay.  Do you see here, Mr. Toy,

16  there is a stat for average AOV?  Do you know that term?

17       A      Where are you?

18       Q      My apologies.  AOV.

19       A      I see it.

20       Q      That is the average amount per order for that

21  period of time; is that right?

22       A      I don't know if that is what AOV stands for.

23       Q      It says dollar per order.  You're not familiar

24  with that?

25       A      I just don't know what AOV is.

329

1     Q    Based on your experience with the company, is the

2 average order at Redbubble around, give or take, $45?

3     A    I have no idea.

4     Q    Okay.  One more thing, Mr. Toy.  We will go back

5 to Exhibit 287.  That is the 2019 report.  I will show you

6 page 7.

7          Here, Mr. Toy, it says in 2019 total reported

8 revenue for services was 307 million; right?

9     A    I see that.

10     Q    And 2018 was 218 million.

11          Do you see that?

12     A    I see that.

13     Q    So a lot of growth between 2018 and 2019; right?

14     A    Yes.  A lot of growth.

15     Q    How about in 2020?  What were the revenues in

16 2020?

17     A    I don't know.  But a lot of people are really --

18 really love Redbubble.  So it's grown a lot.

19     Q    Okay.  Well, the revenue went up in 2020

20 significantly; right?

21     A    I haven't seen the financials, but I would assume

22 so, yes.

23     Q    And as a public company, Redbubble has a lot of

24 pressure to continue to increase its revenue each year;

25 correct?

```
1        A       Like any other public company, yes.

2        Q       In fact, it says here that the business is

3   focused on the strategic work to reach the milestone of

4   $1 billion in sales.

5        A       Uh-huh.

6        Q       Do you see that?

7        A       I do.

8        Q       Were you aware of that?

9        A       Was I aware that was a goal or this is written in

10  here or what?

11       Q       Yes.  Were you aware that was Redbubble's goal to

12  be selling $1 billion annually?

13       A       I think like any company, especially large public

14  companies that are global public companies, that are publicly

15  traded, yes.  We want to make more money.

16       Q       And with 25 percent around inauthentic sellers,

17  Redbubble can't be too strict on counterfeits, can it, to reach

18  $1 billion?

19                 MR. MASUR:  Objection.

20                 THE COURT:  Sustained.  Argumentative.

21                 MR. WESLEY:  Thank you, Your Honor.  That's all I

22  have.

23                 THE COURT:  Okay.  Cross.

24  ///

25  ///
```

341

1  want.  So I can give you five minutes before the end of that.

2                    MR. WESLEY:  Thank you.

3                    MR. MASUR:  I'm assuming I can't get a

4  surrebuttal.

5                    THE COURT:  No.

6                    MR. MASUR:  Thank you, Your Honor.

7                    (Proceedings concluded at 4:07 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5                  I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10  STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11  ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12  CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13  THE UNITED STATES.

14

15                  DATED THIS  21ST  DAY OF JUNE, 2021.

16

17

18                  /S/ MIRANDA ALGORRI

19                  _____
                    MIRANDA ALGORRI, CSR NO. 12743, CRR
20                  FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25