# EXHIBIT 3

1                    UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3             HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5   Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,   )
    a Swiss corporation,                  )
6                                         )
                PLAINTIFF,                ) CASE NO.
7                                         )
              vs.                         ) CV 19-04618-RGK
8                                         )
    REDBUBBLE, INC., a Delaware           )
9   corporation,                          ) VOLUME 3
                                          ) PAGES 343 TO 524
10              DEFENDANT.                 )
    _____)

11

12

13

14                     REPORTER'S TRANSCRIPT OF
                             TRIAL DAY 3
15                     TUESDAY, JUNE 22, 2021
                             8:34 A.M.
16                     LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23   _____

              MIRANDA ALGORRI, CSR 12743, RPR, CRR
24              FEDERAL OFFICIAL COURT REPORTER
              350 WEST 1ST STREET, SUITE 4455
25            LOS ANGELES, CALIFORNIA 90012
                  MIRANDAALGORRI@GMAIL.COM

```
 1                      APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:

 4       BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
         BY:  KEITH J. WESLEY
 5       BY:  JASON Y. KELLY
         2121 Avenue of the Stars
 6       Suite 2800
         Los Angeles, California 90067
 7

 8
     FOR THE DEFENDANT:
 9
         ZUBER LAWLER & DEL DUCA, LLP
10       BY:  JOSHUA M. MASUR
         BY:  JENNIFER KUHN
11       BY:  HEMING XU
         2000 Broadway Street
12       Office 154
         Redwood City, California 94063
13

14

15

16

17

18

19

20

21

22

23

24

25
```

345

**INDEX OF WITNESSES**

**WITNESSES**                                                    **PAGE**

TOY, James

       Cross-examination resumed by Mr. Masur          348

TOY, James

       Direct examination resumed by Mr. Masur         350
       Cross-examination by Mr. Wesley                 400
       Redirect examination by Mr. Masur               412
       Recross-examination by Mr. Wesley               416

RICKERT, Kate

       Direct examination by Mr. Masur                 420
       Cross-examination by Mr. Kelly                  435

DAVIS, Carina

       Direct examination by Mr. Masur                 437
       Cross-examination by Mr. Kelly                  450
       Redirect examination by Mr. Masur               464

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|-------------------|
| 30 | Redbubble User Agreement | 363 | 363 |
| 31 | Redbubble IP/Publicity Rights Policy | 364 | 364 |
| 35 | Product Listing | 378 | 378 |
| 51 | CON Suspend-from-Sale | 382 | 382 |
| 52 | CON Warnings and Account Restriction | 370 | 370 |
| 58 | Confluence Document | 357 | 357 |
| 60 | New Hire Onboarding | 368 | 368 |
| 62 | Intellectual Property | 363 | 363 |
| 65 | Redbubble IP FAQ | 362 | 362 |
| 71 | CON Proactive Policing | 374 | 374 |
| 106 | Redbubble Webpage | 410 | 410 |
| 155 | E-mail | 390 | 360 |
| 622 | All Orders | 408 | 408 |
| 623 Pg 6 | All Works | 396 | 396 |
| 623 Pg 81 | All Works | 397 | 397 |
| 624 | BMUSA.com | 430 | 430 |
| 627 | Brandy Heart Orders | 406 | 406 |
| 629 | Brandy LA Orders | 429 | 429 |
| 631 | Brandy Melville Orders | 431 | 431 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 633 | LA Lightning Order | 425 | 425 |

1          **TUESDAY, JUNE 22, 2021; 8:34 A.M.**

2              **LOS ANGELES, CALIFORNIA**

3                    **-oOo-**

4

5          (The following proceedings were held in

6          open court in the presence of the jury:)

7          THE COURT:  Okay.  The record will reflect that

8    all the members of the jury are in their respective seats in

9    the jury box and the witness is on the witness stand.

10         Good morning.  Thank you for being here right on

11   time.  It makes the trial much more efficient so we can start

12   right on time like this.  Hopefully we can finish today.  If

13   not, at least by tomorrow morning.  Okay?

14         The witness is on the witness stand.  Remember

15   you are still under oath.

16         THE WITNESS:  Yes, Your Honor.

17         THE COURT:  Counsel, you may.

18         MR. MASUR:  Thank you.  And we were on

19   Exhibit 287 when we left off yesterday.  I just have a couple

20   quick questions to sum that up.

21                    **JAMES TOY,**

22      **CALLED BY THE PLAINTIFF, WAS PREVIOUSLY SWORN.**

23            **CROSS-EXAMINATION (RESUMED)**

24   BY MR. MASUR:

25         Q     Great.  So we were looking at -- so we looked in

1      Q      And are there other people who are involved in

2  Redbubble keeping bad content off the site?

3      A      Yes.  So there is about -- there is about five

4  people who work on creating the policies for the content team

5  to implement, so one of the policies on finding and removing

6  content like the IP policy.  And then -- and then the content

7  team will go and find it and remove it.  And then there's --

8  it's also just really a company-wide effort.  The engineers are

9  involved, the data team, the legal team.

10      Q      And how effective is the work of the content team

11  and others at Redbubble in trying to prevent -- sorry -- trying

12  to prevent infringement?

13      A      Very effective.  We get positive feedback from

14  brand owners all the time.  Just to give you an idea, when I

15  first started, we had under 100 of these relationships.  Now we

16  collaborate with nearly 500 brand owners around the world.  For

17  confidentiality reasons, most of them don't want us to give

18  details or talk about it, but all the brands you have heard of

19  all around the world, we talk to them.

20      Q      So those are -- almost 500 brand owners, how many

21  individual brands are you policing for?

22      A      So any particular brand owner might have many

23  brands.  Imagine a movie studio has -- can have 100 movies,

24  movie titles, all things that they might consider their

25  properties or their brands.  And so 500 brand owners, um, about

1    20,000 individual properties or brands.

2         Q      And besides brand names, what kinds of words can

3    be used by Redbubble to identify potential infringing material

4    to be reviewed?

5         A      So we have been talking a lot about company

6    names.  Celebrities want us to look as well.  In that case we

7    would look for the name of the celebrity.  Sports teams too.

8    So sports team would say, hey, Redbubble, we want you to

9    proactively find and remove our mascot or our prominent

10   players.  So they will say, hey, look for this player's name

11   and look for this mascot name.

12        Q      Movies, TV shows, stuff like that too?

13        A      Yeah.  Of course.

14        Q      You said there are about 75,000 listings uploaded

15   to Redbubble on an average day.  About 25,000 of those are

16   reviewed by human beings.  Of those, around how many get

17   removed?

18        A      About 6,000 a day.

19        Q      Okay.  And how many listings have you removed for

20   brand owners proactively?

21        A      Over 10 million to date.

22        Q      And how many repeat infringer accounts has

23   Redbubble terminated?

24        A      Over a million.

25        Q      Okay.  Now, as a reviewer, has someone on the

1  graphic says "I f-ing hate Brandy Melville."

2       A       Yep.

3       Q       Do you think this infringes Brandy Melville's

4  rights?

5       A       Absolutely not.

6       Q       Why not?

7       A       Because it's a criticism on their -- on their

8  thing they do as a company.

9       Q       But Redbubble took those listings down anyway;

10 right?

11      A       Yes.

12      Q       Why?

13      A       Because, like I said, we had to do the best we

14 could with the information we had.  You know, they -- a lot

15 of -- every brand owner will tell us don't take the -- don't

16 take things like that down.  We don't want that.  But -- but at

17 the time with the information we had, Brandy Melville had such

18 an expansive, overly broad view of what they owned like -- like

19 the seal of our country, that, you know, we just tried to do as

20 best we could.

21              MR. MASUR:  Let's go to Exhibit 31 and go to

22 page 4.  Actually, let's go to page 1 just so I can confirm it

23 first.  Page 2 I guess.

24      Q       This is the IP publicity rights policy we

25 discussed before.

```
 1          A       Right.

 2          Q       Let's go to page 4 there.  There's a section if

 3   your work has been included in a notice takedown report.  So if

 4   the user procreated those listings that were taken down and

 5   thought it was unfair, could they have asked Redbubble to

 6   restore them?

 7          A       They could have, yeah.

 8          Q       And that's part of your policies; correct?

 9          A       Yes.

10          Q       But the users who created those two listings

11   didn't do that?

12          A       Nope.

13          Q       So after Redbubble takes down a listing in

14   response to a rights holder's complaint, can a same or similar

15   listing go back up on the site?

16          A       If it's not caught by our screens or by SIFT or

17   image matching or -- yeah.

18          Q       So it can happen, but it shouldn't?

19          A       We can't -- with 75,000 uploads a day, we -- with

20   human review, there's only so much we can review, and nobody

21   can be perfect.  So yeah.  There's probably things that are

22   going to get through.  Even if we're 99 percent effective, if

23   the content team is reviewing 25,000 images a day, even if

24   we're 99 percent effective, 250 things will get through

25   probably.
```

1     Q      So does that mean, if a user just puts up a copy

2  of that Brandy Hearts logo but doesn't use Brandy or other tag

3  words in the tags of the description, that listing might go up?

4     A      That would -- that could go live, and we probably

5  could never find it.  It would just -- it would be there.

6     Q      Is it fair to say that that's the downside of

7  disabling tags entirely?

8     A      Tags are essential to our proactive screening --

9  one of our main weapons to find infringement.  That 6,000

10  images we remove every day, we rely on keywords to do that.  We

11  actually use tagging against those bad actors to hide those

12  things from view, to review them and remove them before anyone

13  can ever see them.  We rely on keywords for that.

14            MR. MASUR:  Nothing more at this time.

15            THE COURT:  Okay.  Cross-examination.

16            MR. WESLEY:  Thank you, Your Honor.

17                      **CROSS-EXAMINATION**

18  BY MR. WESLEY:

19     Q      Good morning, Mr. Toy.

20     A      Good morning to you.

21     Q      So you were just saying that keywords are

22  important for you to proactively monitor; is that correct?

23     A      That is correct.

24            MR. WESLEY:  Okay.  Let me get the camera up.

25  Okay.

**CROSS-EXAMINATION**

BY MR. KELLY:

Q      Ms. Rickert, your testimony today has only concerned products that were actually sold on the Redbubble website; correct?

A      Products that were sold that are related to the three registered trademarks and also the three other trademarks that are at issue.  So the unregistered ones.

Q      So it doesn't -- your testimony doesn't give any insight into what other products might have been advertised or available for sale or promoted on the Redbubble website even if there wasn't a sale ultimately; is that right?

A      Only -- I only testified about the six trademark -- six -- three unregistered and three registered.

Q      Purchases of those; correct?

A      Purchases of those.

Q      Turning back to Exhibit 633, you spoke about two LA Lightning mark apparels where the sale was cancelled; right?

A      Yes.

Q      And are you aware that notice of those products were provided to Redbubble by the plaintiff?

A      Yes.

Q      And if those orders were cancelled, that must have meant that those products were for sale and advertised on the Redbubble website; correct?

```
 1        A        Yes.

 2                 MR. KELLY:  No further questions.

 3                 THE COURT:  Any redirect?

 4                 You may step down.

 5                 Next witness.

 6                 MR. MASUR:  Your Honor, I will call Carina Davis.

 7                 May I ask for a time remaining?

 8                 THE COURT:  Sure.  You have about 24 minutes.

 9                 MR. MASUR:  24?

10                 THE COURT:  Yes.

11                 MR. MASUR:  Thank you, Your Honor.

12                 THE CLERK:  Please raise your right hand.

13                 Do you solemnly swear that the testimony you

14      shall give in the cause now before this Court shall be the

15      truth, the whole truth, and nothing but the truth, so help you

16      God?

17                 THE WITNESS:  I do.

18                 THE CLERK:  Thank you.  Please be seated.

19                 Please state your full name and spell your last

20      name.

21                 THE WITNESS:  Carina Davis, D-a-v-i-s.

22                 THE COURT:  You may inquire.

23      ///

24      ///

25      ///
```

1        Q        BY MR. KELLY:  It's your testimony today that

2    that number is now up; correct?

3        A        Correct.

4        Q        Earlier during Mr. Masur's opening statement, he

5    represented -- I don't know if you remember -- that Redbubble

6    does what it can to stop infringement.

7                 Do you remember that?

8        A        Yes.

9        Q        Do you believe that is true?

10       A        Yes.

11       Q        Could Redbubble hire more people to work on their

12   content team --

13                THE COURT:  That's speculation.  That's

14   speculation.

15       Q        BY MR. KELLY:  You oversee the content team;

16   correct?

17       A        No, I do not, sir.

18       Q        You are the head of the legal department;

19   correct?

20       A        Yes, I am.

21       Q        Do you have the authority to hire people to

22   monitor the infringement of intellectual property rights at

23   Redbubble?

24                MR. MASUR:  Objection.

25                THE COURT:  Do you have that authority?

1          THE WITNESS:  No, I don't.

2          THE COURT:  Next question.

3     Q     BY MR. KELLY:  Redbubble spends approximately,

4  you testified, $2.5 million to stop infringement on its website

5  per year; is that right?

6     A     No.  That's not correct.

7     Q     Redbubble spends about $2.5 million a year for

8  people to review works and to make policies and to do things

9  that are related directly to keeping infringement off the site

10 and to taking down stuff that shouldn't be there; correct?

11    A     Yes.

12    Q     Redbubble could, in fact, spend more money to

13 review works on the Redbubble website for infringement; is that

14 correct?

15         MR. MASUR:  Calls for speculation.

16         THE COURT:  Sustained.

17    Q     BY MR. KELLY:  The amount of money that Redbubble

18 spends to combat infringement on its website is small compared

19 to the amount of revenue that Redbubble brings in.

20         Is that accurate?

21         MR. MASUR:  Objection.

22         THE COURT:  Overruled.  If you know.

23         THE WITNESS:  Sir, can you repeat that question,

24 please?

25    Q     BY MR. KELLY:  The amount of money that Redbubble

```
 1   spends to combat infringement on its website is very small

 2   compared to the amount of revenue that the company brings in.

 3             Is that accurate?

 4   A        I would not characterize it as very small.

 5   Q        Redbubble has -- ten months ago Redbubble had a

 6   $1 billion valuation.

 7             Is that accurate?

 8   A        No.  That is not accurate.

 9             THE COURT:  Counsel, I'm assuming you're getting

10   close to winding it up.

11             MR. KELLY:  Yes, Your Honor.

12             THE COURT:  Okay.

13   Q        BY MR. KELLY:  Ten months ago Redbubble had a

14   market cap hitting over 1 billion Australian dollars.

15             Is that accurate?

16   A        Australian dollars, yes.

17   Q        The value of the company has gone up since.  Is

18   that accurate in the last ten months?

19   A        No.  That's not correct, sir.

20   Q        Redbubble is a publicly-traded company; correct?

21   A        Correct.

22   Q        Its stock price has gone up.  It hit a 52-week

23   high earlier this year.

24             Is that accurate?

25             THE COURT:  If you know.
```

523

1    the court?

2                        THE BAILIFF:  Yes.

3                        THE CLERK:  Thank you.

4            (The following proceedings were held in

5            open court outside the presence of the jury:)

6                        THE COURT:  Counsel, do we have the clean

7    instructions yet?

8                        MR. KELLY:  Not yet, Your Honor.

9                        THE COURT:  Okay.

10                       MR. KELLY:  I'm trying to get an update.

11                       THE COURT:  Will you be able to get them to me by

12   4:00?

13                       MR. KELLY:  I anticipate that, Your Honor.

14                       THE COURT:  They can go ahead and select a

15   foreperson and whatever.  I do want to get it back to them as

16   soon as we can.

17                       We will be in recess.

18                       Also, have you been supplied with a copy of the

19   verdict form yet?

20                       MR. KELLY:  No.

21                       THE COURT:  You will be as soon as I get off the

22   bench.

23            (Proceedings concluded at 3:29 p.m.)

24

25

524

CERTIFICATE OF OFFICIAL REPORTER

1

2

3

4

5          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10  STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11  ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12  CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13  THE UNITED STATES.

14

15          DATED THIS  23RD  DAY OF JUNE, 2021.

16

17

18          /S/ MIRANDA ALGORRI

19          _____
            MIRANDA ALGORRI, CSR NO. 12743, CRR
20          FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25