# EXHIBIT 10

**BROWNE GEORGE ROSS** LLP
Los Angeles · New York · San Francisco

2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
T (310) 274-7100 F (310) 275-5697

Keith J. Wesley
kwesley@bgrfirm.com

File No. 7369-006

May 14, 2018

**Via E-Mail and U.S. Mail**

Redbubble
111 Sutter Street
17th Floor
San Francisco, CA 94104
E-Mail: dmca@redbubble.com

Re: Infringement of Trademark Rights of Brandy Melville

Dear Sir/Madam:

    We represent Brandy Melville. Brandy Melville is a popular women's clothing and lifestyle brand with an extensive, devoted following, particularly in the teenage and young woman demographic. Brandy Melville markets and sells its products in dozens of stores across the country (and in dozens more worldwide), as well as online. Brandy Melville's online following is particularly robust, with over 3.8 million followers of its Instagram page.

    Many designs utilized by Brandy Melville on its products and in its marketing are unique, original designs that consumers recognize as originating from Brandy Melville. In addition, Brandy Melville is the owner of multiple trademark registrations for the trademark BRANDY MELVILLE, including USPTO Reg. Nos. 5,373,397 and 5,238,856.

    It has come to our attention that Redbubble is offering for sale numerous products that deliberately infringe upon Brandy Melville's trademark rights. The products can be found by searching for "Brandy Melville" on the Redbubble website – see, e.g., https://www.redbubble.com/shop/brandy+melville?ref=search_box--

    Some of the products utilize the Brandy Melville trademark directly – e.g., the products are labeled as Brandy Melville or reference Brandy Melville's actual website, www.brandymelvilleusa.com. A few examples are at the top of the next page. There are many more on Redbubble's site.

1053671.1

EXHIBIT D 10
DATE 2/27/20
MARK RICHMAN, CSR, RPR

Browne George Ross LLP | www.bgrfirm.com

BRANDY_0000100
TE010_0001

**Browne George Ross LLP**

Redbubble
May 14, 2018
Page 2

 

  

Other products currently being offered for sale on Redbubble use the keyword "Brandy Melville" to drive consumers to products that incorporate well-known Brandy Melville designs. A few of those products are depicted below.

By this letter, we hereby demand that Redbubble (a) take down all products that infringe upon Brandy Melville's trademarks, either directly or through use of the Brandy Melville keyword, and (b) take affirmative steps to ensure the Brandy Melville trademark is not used on Redbubble to facilitate trademark infringement in the future.

At this time, our goal is simply to stop the infringement as quickly as possible. If the infringement continues however, we reserve all rights to seek monetary remedies, including statutory damages for trademark counterfeiting, a disgorgement of wrongful profits, and punitive damages, from all persons and entities responsible for the infringement or facilitating the infringement.

Should you have any questions or wish to discuss any of the above, I can be reached at kwesley@bgrfirm.com or the address or phone number listed on the previous page. I further

1053671.1

BRANDY_0000101
TE010_0002

**Browne George Ross LLP**

Redbubble
May 14, 2018
Page 3

confirm that I have a good-faith belief that the disputed use is not authorized by the owner, its agent, or the law, and I declare under penalty of perjury that the above information is accurate and I am authorized to act on behalf of Brandy Melville, the owner of the rights involved.

Very truly yours,

*[signature]*

Keith J. Wesley

1053671.1

BRANDY_0000102
TE010_0003

144