# EXHIBIT 65

My Work Was Removed – Redbubble



 Sorry, our help centre doesn't currently work in browsers set to 'private mode', please disable and reload the page to

# My Work Was Removed

Why was my artwork removed?

Why was my artwork removed while other similar works are still on Redbubble?

Will I get taken to court or sued if my artwork was removed from Redbubble?

Why was my artwork removed if I photographed or drew it myself?

Can I get my artwork reinstated?

## Why was my artwork removed?

If your artwork was removed from Redbubble, generally it's because a rights holder or their authorized representative identified certain content hosted on the Redbubble marketplace as infringing. The complaint will usually claim that your artwork infringes their copyright, trademark, publicity rights or other rights, and that it should be removed from the Redbubble marketplace.

It is Redbubble's policy to remove allegedly infringing works in response to legally valid complaints under applicable law, but this doesn't necessarily mean that, by removing your work, Redbubble itself considers your work to be infringing.

Unfortunately, we're not able to provide legal advice regarding copyright, trademark, publicity rights or similar rights, or tell you why a particular rights holder considers your work infringing.

To read more, see our Intellectual Property and Publicity Rights Policy.

While most removals are a result of intellectual property-related complaints, it's also possible your work was removed for not complying with another law or regulation, or for not complying with the other guidelines in our User Agreement, Community Guidelines or other published policies.

## Why was my artwork removed while other similar ones remain?

Redbubble is an online marketplace, and works are continually being added and removed by users for various reasons.

CONFIDENTIAL

TE065_0001
RBBM214322

It is RedbubbleÕs policy to remove allegedly infringing works in response to valid complaints under applicable law, but content is only removed when it has been specifically identified as infringing in a legally valid takedown notice. We generally don't go looking for similar works to remove from the marketplace.

When rights holders complain, they usually identify specific content on the marketplace as infringing and request its removal. We donÕt know why they decided to leave certain content up on the site that seems identical or similar to the content theyÕve asked us to remove. But in general, a few different situations might apply. For example, the rights holder may know that the similar work is legitimately licensed to an artist selling on Redbubble, or perhaps they think that the similar work is a fair use and not infringing.

Also, while it might seem like youÕre being unfairly singled out if you see similar works that are still available, rights holders may be in the process of issuing complaints for other similar content and Redbubble may receive another complaint at any time.

## Will I get taken to court or sued if my artwork was removed from Redbubble?

Generally, when a work is removed from Redbubble, thatÕs the end of the matter. However, itÕs up to the particular rights holder to decide if further legal action should be taken. Also remember that sending a counter notice doesnÕt grant you automatic immunity. Rather, a counter notice is meant to offer you a Òright of reply,Ó an opportunity to explain why you believe your work was mistakenly removed, so thereÕs an opportunity for your work to be reinstated.

## Why was my artwork removed if I photographed or drew it myself?

When you take a photo, make an illustration, or create some other work, you own the copyright to any **original expressive aspects** of that particular photo, drawing, painting, or other creation. But consider that there are various types of Intellectual Property (including copyright, trademark, and publicity rights), and you can have multiple, overlapping IP elements in any one particular work of art. Someone else may own intellectual property rights to some or all of the content within your work. Based on their ownership rights, they might be able to legally stop you from selling your work on Redbubble. For example, if you take a photo of a painting, you will probably own copyright in the photograph, but the painter (or somebody else) will own copyright in the painting (and you may have infringed copyright in the painting by taking a photo of it).

**For example:**

- You sketch an amazing motorcycle-riding wombat, wearing a kickass bandana with a company logo. Although you may own the copyright to your drawing, that company might own the trademark rights to its logo and your work may infringe;
- You make a drawing of a character from a video game and upload it to Redbubble. Although you drew the character yourself, your