# EXHIBIT 106

r



Sorry, our help centre doesn't currently work in browsers set to 'private mode', please disable and reload the page to



# Someone is Infringing My Rights or the Rights of Another

What if a user of the Redbubble marketplace is infringing my rights?
What should I do if I see something on Redbubble that I think may infringe another's rights?
What can I do if my artwork is being used somewhere on the Internet without my permission?

## What if a user of the Redbubble marketplace is infringing my rights?

Don't just scream "I DECLARE INFRINGEMENT!" into the sky loudly; we may not hear it over at HQ.

Seriously though, Redbubble follows a takedown process modeled after the process set forth in the U.S. Digital Millennium Copyright Act (DMCA), which provides rights holders the ability to issue takedown notices and the alleged infringers to counter claims of infringement.

To learn more about our takedown and counter notice process, please read our IP and Publicity Rights Policy, which can be found here.

## What should I do if I see something on Redbubble that I think may infringe another's rights?

First, resist the urge to go all vigilante crime-fighter.

While your intentions are good, only the person who holds the intellectual property rights (or someone acting on their behalf, like an attorney) can lodge a valid takedown notice under Redbubble policy and applicable law.

So why is the law set up this way? The rights holder is in the best position to identify what he or she considers infringing. There could be some fact that you don't know about as to why the content owner did or didn't file a complaint about a particular user's work. For example, perhaps a license has been granted or the owner considers the work fair use.