# EXHIBIT 110





Brandy Melville: Gifts & Merchandise | Redbubble

20% off everything. Only for our friends though (that's you). Use code TAKEOFF        Sell your art   Login   Signup

REDBUBBLE   brandy melville

Men's   Women's   Kids & Babies   Device Cases   Stickers   Greeting Cards   Wall Art   Home Decor   Stationery   Bags   Gifts

**Brandy Melville** 1,192 Results        Works   Most Relevant

**Department**

- **All Departments**
- Men's
- Women's
- Kids
- Device Cases
- Wall Art
- Home Decor
- Stationery

https://www.redbubble.com/shop/brandy+melville?page=1&rbs=b5c2f5fe-9f19-47be-b692-4bfd0f484d81        09/10/2018

BRANDY_0001740

TE110_0001

BRANDY_0001741

TE110_0002