# EXHIBIT 113

1/10/2020 You've Made A Sale - 28533354 (US$3.37) - Google Groups

Google Groups

**You've Made A Sale - 28533354 (US$3.37)**

**Redbubble** <congratulations@redbubble.com> Aug 7, 2019 7:29 PM Posted in group: **BCC5**

**Hi Ally,**

Congratulations on your recent sale on Redbubble. You're well on your way to becoming a true *Redbubble all-star*!

Just think, an admirer of art in United States picked *your* work above millions of others. Good thing you're not getting paid in just warm and fuzzy feelings, right! This message is just to share the good news and all the nitty gritty details of your recent success.

As soon as the order is printed and shipped we will send you another notification letting you know that your earnings are no longer *pending* and will be payable. To keep an eye on all your earnings check your Analytics Dashboard or Sales History (please note this could take up to 48 hours to appear in your dashboard). For all things 'getting paid' check our Help Centre.

Thanks for a being a member of the Redbubble community of artists and designers, movers and shakers!

*Mr Baxter - Chief Officer of Sending You Good News*

**1x iPhone Case of brandy melville USA**
https://www.redbubble.com/people/allyplewniak/works/40260726-brandy-melville-usa

**Type**: iPhone XR - Soft

**Your Current Configured Margin %**: 20.0%

**CONFIDENTIAL** RBBM175095

TE113_0001

154

**Your Margin**: US$3.37

USST_PA collected: US$0.20

**The sale details:**

**Retail Price**: US$20.20 (includes USST_PA if payable by you)

Manufacturing fee including our facilitation fee: US$16.83 (includes US$1.00 in taxes)

**\*Total Margin**: US$3.37

*As per Clause 4.2 of Appendix A to the User Agreement, this amount includes any taxes payable to you.

Please note that further to Clause 5 of appendix A of the User Agreement, you are responsible for accounting for Indirect / Sales Tax in the relevant country.

**Thanks,**

**Redbubble**

CONFIDENTIAL

RBBM175096

TE113_0002