# EXHIBIT 115

**Brandy Melville**

PRIVILEGED/CONFIDENTIAL

RIGHTS HOLDER: Y.Y.G.M. SA D.B.A. BRANDY MELVILLE

POLICING: DAILY

CONTACT: N/A

Guidelines:

| Name | |
|---|---|
| Logo | → |
| Label | → |
| Designs | → |
| Wordmarks | |
| Trademarks in Work Title | • Listed in Bold |

Policing Start Date
31 May 2019

Please Review: Policing for Trademarks in Titles

Properties:

⭐ Brandy Melville

Brandy*

brandymelvilleusa.com



















CONFIDENTIAL

RBBM016867

TE115_0003

159



made in
Los Angeles

CONFIDENTIAL RBBM016868

TE115_0004

160