# EXHIBIT 121

**From:** Redbubble via CS: DAS Records <das.records@redbubble.com>
**Sent:** Thursday, September 14, 2017 7:24 PM EDT
**To:** Minimacbook <minimacbook@gmail.com>
**Subject:** Thanks for chatting with us today!

##- Please type your reply above this line -##

Hello,

Thanks for stopping by to chat with us today. Just for safekeeping, here's a record of the conversation:

**Minimacbook**
Sep 14, 16:24 PDT

Chat transcript:
Visitor: Do you have any brandy Melville stickers
Safiyyah: Hello, my name is Safiyyah.<br>Thanks for getting in touch with us!
Safiyyah: I'm happy to help you today.
Safiyyah: I would recommend using our nifty search bar and search using any keywords associated with the design you are looking for.
Safiyyah: Are you still with me?
Visitor: yes sorry
Safiyyah: That's alright.
Visitor: so you don't have any stickers that brand specifically made?
Safiyyah: Here is a link to what I've found - https://www.redbubble.com/shop/brandy+Melville+stickers
Safiyyah: Since designs are uploaded and changed by their creators constantly, I would recommend using our nifty search bar.
Safiyyah: You can search using any keywords associated with the design that you are looking for.
Visitor: great!
Visitor: thanks too much
Visitor: so
Safiyyah: You're welcome.

Feel free to reply to this email if we can help you with anything else.

Stay wonderful!
*Redbubble Chat Team*

This is an email from Redbubble.

**CONFIDENTIAL** **RBBM181029**

TE121_0001