# EXHIBIT 122

**From:** Devin (Redbubble) <aboutmyorder@redbubble.com>
**Sent:** Tuesday, October 04, 2016 4:15 PM EDT
**To:** Road3 <road3@aol.com>
**Subject:** [Redbubble] Re: Re: We've Shipped Your Order - 10717150

##- Please type your reply above this line -##

Your request (1823090) has been updated. To add additional comments, reply to this email.

**Devin** (Redbubble)
Oct 4, 13:15 PDT

Hey there Mary,

Thank you for getting back in touch with me? I apologize that the order did not arrive but not to worry!

We've given our printing team the thumbs up, and your free replacement order is in the works. You can follow its progress until it ships using order number 10882409. When it's heading out the door, you'll then receive a shipping notification email.

Your replacement order should be with you by the 21st at the latest but it may arrive sooner!

Sadly, two of the designs you requested are no longer available and I will not be able to replace them for you. To make it up to you, I went ahead and created Redbubble credit code PO1071715020161004 in the amount of $9.86 so that you can order other stickers instead! This credit can be used by following these steps:

1. Add those new designs to your cart.
2. Enter your coupon code in the 'Add A Coupon' field.
3. Click 'Apply'.

If there is anything else that I can help you with, please let me know!

All the best,
Devin
Redbubble Customer Experience

---

**Road3**
Oct 4, 12:45 PDT

Hello
So sorry to bother you we still haven't received the order we were scheduled to receive it today and still not here.
Thank you
Mary Rubenstein

road3@aol.com

---

**Devin** (Redbubble)
Oct 3, 13:31 PDT

Hello again Mary,

Thank you for getting back in touch with me! I certainly understand and I apologize that the shipping times are a little longer than expected.

I do want to let you know that you can always view the shipping times on our Shipping and Delivery page! This page will show you all of the shipping times for any item and can be a valuable tool! :)

CONFIDENTIAL                                                                                                              RBBM176537

TE122_0001

If there is anything else that I can help you with, please let me know!

All the best,
Devin
Redbubble Customer Experience

---

**Road3**

Oct 3, 12:54 PDT

Okay! We just still haven't received it. Did not realize it would take this long!!!!
Mary

road3@aol.com

---

**Devin** (Redbubble)

Oct 1, 16:36 PDT

Hey there Mary,

Thank you for getting in touch with us about your order!

I've checked in on your order and can see that it was shipped out on the 20th from Iowa, to the address:

3032 Susquehanna road,
Abington, PA 19001
United States

While your order is on the way, you can keep an eye on its progress with this tracking number 92748999955851513016610126. Orders for stickers usually arrive in 10 business days, and your order should reach you by the 4th at the latest but it may arrive sooner!

We want to be sure that your order makes it to you, so please let us know if you haven't received it by then! :)

All the best,
Devin
Redbubble Customer Experience

---

**Road3**

Oct 1, 14:31 PDT

Hello, Still haven't received my order. Not happy taking a very long time. Could you please let me know the status of my order.

Thank you
Mary Rubenstein

road3@aol.com
On Tuesday, September 20, 2016, Redbubble <aboutmyorder@redbubble.com> wrote:

WE'VE SHIPPED ALL OF
YOUR ORDER. HOW EXCITING!

ORDER SUCCESSFUL
MADE & SHIPPED
DELIVERED
Your order has shipped
ORDER #10717150

SENT SEP 20
Marble Elephant

**CONFIDENTIAL**                                                                                                             **RBBM176538**

1 × Sticker

amariei
State College, United States

SENT SEP 20
Teaser
2 × Sticker

Victoria Swigart
Pensacola, United States

SENT SEP 20
Flower Tumblr
1 × Sticker

charlo19
Joined November 2015

SENT SEP 20
she believed she could so she did
3 × Sticker

fahimahsarebel
Toronto, Canada

SENT SEP 20
The Hamsa Hand
1 × Sticker

Carolyn Huane
Point Cook, Australia

SENT SEP 20
circle wave
1 × Sticker

natatat
Joined February 2014

SENT SEP 20
Live by the sun, Love by the moon
1 × Sticker

sophh-sophh
Joined March 2016

SENT SEP 20
City skyline
1 × Sticker

hcross214
Joined December 2015

SENT SEP 20
Gossip Girl: What Would Blair Waldorf Do? Wat ercolor
1 × Sticker

Emilyn Frohn
Cresco, United States

SENT SEP 20
Arrows

CONFIDENTIAL

RBBM176539

TE122_0003

1 × Sticker

**sophh-sophh**
Joined March 2016

SENT SEP 20
Brandy Melville Sticker
1 × Sticker

oceanology
Princeton, United States

SENT SEP 20
Mandala Elephant Lilac
1 × Sticker

laurauroraa
Stockport, United Kingdom

SENT SEP 20
R
1 × Sticker

hayleylauren
Joined February 2015

SENT SEP 20
Do Water Polo Not Drugs
1 × Sticker

supernova23
Los Angeles, United States

SENT SEP 20
Team USA Water Polo
1 × Sticker

evilzoneonline
Joined February 2016

SENT SEP 20
philadelpia eagles primary
1 × Sticker

krissugi
Boyolali, Indonesia

SENT SEP 20
Latte
1 × Sticker

orothseid
State College, United States

SENT SEP 20
equal
1 × Sticker

J R
Joined September 2014

SENT SEP 20
Vineyard Vines 3 Pack

CONFIDENTIAL RBBM176540

1 × Sticker

EACedar311
Tampa, United Kingdom

SENT SEP 20
XOXO
1 × Sticker

Rooss
Joined April 2016

SENT SEP 20
stay weird.
1 × Sticker

killthespare89
Joined August 2014

Shipping Address

mary rubenstein
3032 Susquehanna road, Abington
PA 19001 UNITED STATES

CHECK ORDER PROGRESS

Tracking Number (UPS MI)
9274899995585151301661 0126

Please note: It may take 24-48 hours for tracking to be available online.

Check your order progress

I made a mistake, can I change my order?

Return or exchange an item

When should I expect my order?

This is an operational email from Redbubble
User Agreement | Privacy Policy
©2007-2016, Redbubble.
All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

--
You received this message because you are subscribed to the Google Groups "CS: aboutmyorder" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
aboutmyorder+unsubscribe@redbubble.com.

This is an email from Redbubble.

CONFIDENTIAL

RBBM176541

TE122_0005