# EXHIBIT 128

**From:** Megan Burkimsher (Confluence) <confluence@redbubble.atlassian.net>
**Sent:** Tuesday, June 05, 2018 12:30 AM EDT
**To:** drew.brosnan@redbubble.com <drew.brosnan@redbubble.com>
**Subject:** [Confluence] DisCo > Search Keyword Conversion

 Megan Burkimsher **created** a page

 Search Keyword Conversion

### Context

Users may not always know what they are looking for. When faced with a search box, they might put in generic terms even though their searches are rather aimless.

Other search terms may be common for users who have no interest in purchase. This is known anecdotally to be the case for certain classes of mature works that get many views but no purchases.

### Hypothesis

Particular search terms will correlate with user intent, and therefore some search terms will show higher conversion than others.

### Application if the hypothesis holds

If some search terms are more likely to lead to a purchase, we can concentrate our marketing efforts on these.

Users who search for terms with high conversion will be statistically more valuable than users who search for terms with low conversion. This information can then be used to better tailor remarketing spend.

A search can often appear early on in a user's site journey, and it may be possible to make predictions about their long term value based on early behaviour. This may be especially important for determining if they are in a particular target market.

In category-based searches, works with tags that match high-performing keywords could be featured more prominently in search results.

### Analysis

All searches from the past year (1 June 2017 - 1 June 2018) were analysed.

Searches are aggregated at a session level rather than a user level because Add-To-Carts (ATCs) can be matched to a given search through a view, whereas purchases do not, because they go via the shopping cart.

The number of ATCs was compared to the number of searches in that time period, for the top 10000 search terms.

The atc conversion percentage distribution is as follows:

It's pretty much what you'd expect with real-world data: a log-normal distribution.

It also shows that the top 20% converting search terms give rise to just over 50% of the total ATCs.

Using works that showcase the best of the works we have for these terms for advertising and category searches would be a natural step to increase engagement.

Inspecting the terms, there are no great surprises. Things associated with college student life in the USA feature prominently as converting well, along with terms that people want to identify themselves with. On the other end, the anecdotal knowledge that pornographic-related searches convert poorly is confirmed.

So what are these best and worst performing terms?

For the top 1000 searches:

The best converting

| searchKeywords | search_count | atcs | atc_conv |
|---|---|---|---|
| preppy | 75068 | 31108 | 41.4397612831033 |
| national park | 33088 | 13613 | 41.1387814313346 |

CONFIDENTIAL

RBBM185670

170

TE128_0001