# EXHIBIT 155

**Terri Walters**

| | |
|---|---|
| **From:** | Claudia Bonilla |
| **Sent:** | Tuesday, May 15, 2018 2:50 PM |
| **To:** | Keith Wesley |
| **Subject:** | FW: [Redbubble] Re: Infringement of Trademark Rights of Brandy Melville |

**From:** Redbubble <dmca@redbubble.com>
**Sent:** Tuesday, May 15, 2018 2:47 PM
**To:** Claudia Bonilla <CBonilla@bgrfirm.com>
**Subject:** [Redbubble] Re: Infringement of Trademark Rights of Brandy Melville

  



##- Please type your reply above this line -##

Your request (3834238) has been updated. To add additional comments, reply to this email.

 **Redbubble Marketplace Integrity (Redbubble)**
May 15, 21:47 UTC

Dear Mr. Wesley,

Thank you for your reply. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and
- written to the relevant end user about your complaint and the content we removed.

If there are any additional specific designs hosted on the marketplace that you would like removed, please identify those to us and we will ensure that they are promptly removed in a manner consistent with Redbubble's IP and publicity rights policy.

1

BRANDY_0000108

TE155_0001

Regards,
Redbubble Marketplace Integrity

---



**Keith Wesley**

May 15, 18:32 UTC

Thank you for the response. I just searched for "Brandy Melville" on your site, and there continue to be results, including many products that specifically incorporate BRANDY MELVILLE.
See https://www.redbubble.com/people/pasifa/works/23886270-brandy-melville-sticker?grid_pos=32&p=sticker&rbs=a3c2994b-6627-40a1-8734-551c66538624&ref=shop_grid

Please clarify what has been removed and why the aforementioned items remain displayed and availab

Thanks in advance.

Keith

[http://i9.createsend1.com/ti/y/36/E0C/F62/094609/images/fb_icon_2x.gif]<http://email.redbubble itcal-l-t/>

[http://i1.createsend1.com/ti/y/36/E0C/F62/094609/images/twitter_icon_2x.gif]<http://email.redbu l-itcal-l-i/>

[http://i2.createsend1.com/ti/y/36/E0C/F62/094609/images/tumblr_icon_2x.gif]<http://email.redbu l-itcal-l-d/>

[Redbubble Logo]

---



**Redbubble Marketplace Integrity** (Redbubble)

May 15, 17:23 UTC

Dear Mr. Wesley,

Thank you for your reply. We've reviewed the information contained in your complaint and, in accordance with our policy, we've:

- removed the content you've referred to; and

2

173

BRANDY_0000109

TE155_0002

- written to the relevant end user about your complaint and the content we removed.

Please note that Redbubble does not itself tag uploaded content, including with the words "Brandy Melville". Rather, users of the online marketplace may apply the term(s) "Brandy Melville" as a tag to their uploads, as they can any other words. Redbubble's search pages are dynamically generated and can contain unrelated content.

That said, if there are any additional specific designs hosted on the marketplace that you would like removed, please identify those to us and we will ensure that they are promptly removed in a manner consistent with Redbubble's IP and publicity rights policy.

Regards,
Redbubble Marketplace Integrity



**Redbubble Marketplace Integrity** (Redbubble)

May 15, 05:44 UTC

Dear Mr. Wesley,

Thank-you for contacting Redbubble. We are looking into your concerns and will be in contact with you again shortly.

Regards,
Redbubble Marketplace Integrity



**Claudia Bonilla**

May 14, 22:13 UTC

Please see attached letter from Keith J. Wesley to Redbubble of today's date.

Claudia Bonilla
Legal Assistant to Eric M. George,
and Keith J. Wesley

BROWNE GEORGE ROSS LLP

Los Angeles * New York * San Francisco

3

BRANDY_0000110

TE155_0003

2121 Avenue of the Stars, Suite 2800

Los Angeles, California 90067

Main 310.274.7100 | Fax 310.275.5697

CBonilla@bgrfirm.com<mailto:CBonilla@bgrfirm.com>

www.bgrfirm.com<http://www.bgrfirm.com>

----------------------------------------------------------------

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

----------------------------------------------------------------

Attachment(s)
Keith Wesley letter to Redbubble of 5.14.18.pdf

This is an email from Redbubble.

4