# EXHIBIT 160



2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
T (310) 274-7100  F (310) 275-5697

Keith J. Wesley
kwesley@bgrfirm.com

File No. 7369-011

June 26, 2019

**CONFIDENTIAL COMMUNICATION**

**Via Electronic Mail Only**

Joshua M. Masur
Zuber Lawler & Del Duca LLP
2000 Broadway Street, Suite 154
Redwood City, CA 94063
E-Mail: jmasur@zuberlawler.com

      **Re:**    *Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.*,
             **No. 2:19-cv-4618 (C.D. Cal.)**

Dear Josh:

    I write in response to your letter dated June 16, 2019.

    Although we have not yet completed a review of the information regarding Redbubble's claimed sales, I wanted to raise a more urgent issue with you. It appears that Redbubble has removed (at least for the present time) items stamped with the "Brandy Melville" and "LA Lightning" trademarks referenced in the lawsuit. Nevertheless, Redbubble continues to allow users to search for and locate, with the click of a button, Brandy Melville designs. Indeed, a search for "Brandy Melville" on Redbubble's search engine, even today, yields nearly 2,000 results, most of which are exact or near-exact copies of designs that Brandy Melville has sold or is selling.

    A photographic comparison of just a few original Brandy Melville designs and corresponding Redbubble designs are attached as Exhibit A. And below are screenshots from portions of the webpages that give the appearance of being (but are not authorized to be) Redbubble's online Brandy Melville store.

**Browne George Ross LLP**

Joshua M. Masur
June 26, 2019
Page 2



The only conceivable reason why visitors to the Redbubble site would search for "Brandy Melville" is to find authentic Brandy Melville designs or copies thereof. By allowing users to search for "Brandy Melville" and then sorting the search results to create what appears to be an online Brandy Melville store, Redbubble, in our view, continues to violate Brandy Melville's rights on a large and harmful scale.

Very truly yours,

*[signature]*

Keith J. Wesley

KJW:jyk
Enclosure

1288674.1

BRANDY_0000145

TE160_0002



BRANDY_0000147

TE160_0004



BRANDY_0000152

TE160_0009



BRANDY_0000153

TE160_0010