# EXHIBIT 181



BRANDY_0001765

TE181_0001



BRANDY_0001774

TE181_0010