# EXHIBIT 183



File Edit View History Bookmarks Tools Help
"brandy melille" Art Boards by
Redbubble Ltd (AU) https://www.redbubble.com/people/cgidesign2/works/32733508-brandy-melille?grid_pos=11&p=gallery-board&rbs=4d10
67%
$10 for a friend. $10 for you. Nice.
Sell Your Art Log In Sign Up
REDBUBBLE
Find your thing
Men's Women's Kids & Babies Device Cases Stickers Greeting Cards Wall Art Home Decor Stationery Bags Gifts
BRANDY LA
brandy melille
Art Boards
6 x 4 (inches)
$9.00
Buy any 3 and get 15% off.
Buy any 6 and get 20% off.
Add to Cart
Waiting for api.sail-personalize.com...
"brandy melille" ...
"brandy melille" ...
12:01 PM
10/8/2018



BRANDY_0001815

TE183_0002



BRANDY_0001816

TE183_0003

BRANDY_0001817

TE183_0004

BRANDY_0001818

TE183_0005



BRANDY_0001819

TE183_0006



BRANDY_0001820

TE183_0007



BRANDY_0001821

TE183_0008



BRANDY_0001822

TE183_0009



BRANDY_0001823

TE183_0010



BRANDY_0001824

TE183_0011



BRANDY_0001825

TE183_0012

Case 2:19-cv-04618-RGK-JPR Document 199-19 Filed 07/01/21 Page 14 of 15 Page ID #:11191



BRANDY_0001826

TE183_0013

198



BRANDY_0001827

TE183_0014