# EXHIBIT 189



Google brandy melville stickers Sign in

All Images Shopping News Videos More Settings Tools

About 904,000 results (0.39 seconds)

See brandy melville stickers Sponsored

| NEW Brandy Melville Sticker… | Lot Of 200 Brandy Melville… | 10 Brandy Melville Sticker… | Brandy Melville Accessories \|… | Brandy Melville Laptop Stickers |
|---|---|---|---|---|
| $3.00 | $12.95 | $0.20 | $8.00 | $1.90 |
| Etsy | eBay | Etsy | Poshmark | Etsy |

Images for brandy melville stickers

More images for brandy melville stickers Report images

Brandy melville stickers | Etsy
https://www.etsy.com/market/brandy_melville_stickers ▾
Check out our **brandy melville stickers** selection for the very best in unique or custom, handmade pieces from our laptop shops.

Brandy Melville Sticker Bundle Lot Collection of 145 ... - Amazon.com
https://www.amazon.com/Brandy-Melville-Sticker-Bundle-Collection/.../B074PF3HTR ▾
New **Brandy Melville Sticker** bundle! There are many different designs included in this bundle. You get one of each of the ones pictured above. Sizes, types, and ...

brandy melville stickers - Amazon.com
https://www.amazon.com/brandy-melville-stickers/s?k=brandy+melville+stickers ▾
Results 1 - 48 of 166 - (14 Pack) Cute **Stickers** for Teens, Girls, Women - **Brandy Melville** and Laptop **Stickers**, Premium Cute **Stickers** for Water Bottles, Hydro ...

Brandy Melville Stickers | Redbubble
https://www.redbubble.com › Brandy Melville › Stickers ▾
**Stickers** featuring millions of original designs created by independent artists. Decorate your laptops, water bottles, notebooks and windows. White or transparent.

Customer Service - Brandy Melville
https://www.brandymelvilleusa.com/customer-service ▾
Unfortunately we don't know ahead of time if/when items will be in stock online or in store, but we do add new items almost daily! I LOVE YOUR **STICKERS**!

Free Brandy Melville Stickers on Poshmark
https://poshmark.com › Brandy Melville ▾
Get the best deals on free **brandy melville stickers** and save up to 70% off at Poshmark now! Whatever you're shopping for, we've got it.

Brandy Melville Scrapbooking Stickers for sale | eBay
https://www.ebay.com › ... › Brandy Melville Scrapbooking Stickers ▾

brandy melville stickers - Google Search

Page 2 of 2

Results 1 - 48 of 81 - Get the best deal for **Brandy Melville** Scrapbooking **Stickers** from the largest online selection at eBay.com. Browse your favorite brands ...

**2017 los Angeles California locals only holographic brandy Melville ...**
https://www.pinterest.com/pin/97179304444549683/
Apr 7, 2019- 2017 los Angeles California locals only holographic **brandy Melville sticker**.

**Brandy Melville Stickers Random 10 New 2018, High Quality, Unused ...**
https://www.pinterest.com/pin/787989266028475255/
Discover ideas about **Brandy Melville Stickers**. July 2019. **Brandy Melville Stickers** Random 10 New High Quality, Unused, Waterproof. Brandy Melville ...

Searches related to brandy melville stickers

| | |
|---|---|
| brandy melville stickers **amazon** | brandy melville **shipping reviews** |
| **what to do with** brandy melville stickers | brandy melville stickers **etsy** |
| **rare** brandy melville stickers | brandy melville **shark sticker** |
| brandy melville stickers **ebay** | brandy melville **headquarters** |

**1** 2 3 4 5 6 7 8 9 10   Next

**90035, Los Angeles, CA** - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

https://www.google.com/search?client=firefox-b-1-d&q=brandy+melville+stickers      7/18/2019

BRANDY_0002067