# EXHIBIT 222

| JUST IN | BASICS | CLOTHING | GRAPHICS | ACCESSORIES | GIFT CARDS | LOOKBOOK |



SERENA LOS ANGELES LIGHTNING BOLT TOP
$20

Cute lightweight crewneck cropped tee in black with a yellow Los Angeles California 1984 lightning graphic.

**Fabrics:** 100% Cotton
**Measurements:** 17" length, 16" bust
**Made in:** Italy

QUANTITY:

1    ADD TO CART

MLA106TC-K05S00185I900

MORE INFO    +

YOU MAY ALSO LIKE...

     

204

BRANDY_0002198

TE222_0001