# EXHIBIT 225



BRANDY_0002400

TE225_0001