# EXHIBIT 287



TE287_0001

REDBUBBLE

# Year in Review

| Key financial highlights (year on year comparison) | FY19 $'m | FY18 $'m | Change % |
|---|---|---|---|
| | | Restated [1] | |
| Total reported revenue from services | 307.0 | 218.7 | 40% |
| Less Artists' margin | (50.1) | (35.9) | 40% |
| Marketplace revenue | 256.9 | 182.8 | 41% |
| Gross profit | 94.5 | 63.9 | 48% |
| Gross profit margin on Marketplace revenue | 36.8% | 35.0% | 5% |
| Paid acquisition costs (marketing) | (27.1) | (16.8) | 61% |
| Gross Profit After Paid Acquisition costs (GPAPA) | 67.5 | 47.1 | 43% |
| GPAPA % (on marketplace revenue) | 26.3% | 25.8% | 2% |
| Operating expenses | (63.7) | (51.0) | 25% |
| Operating EBITDA | 3.8 | (3.8) | 200% |
| Operating EBITDA % (on marketplace revenue) | 1.5% | (2.1%) | 172% |
| Other income/expenses | (8.5) | (3.5) | 143% |
| EBITDA (loss/profit) | (4.7) | (7.4) | 36% |

(1) On 1 July 2018 the Group adopted AASB 15 - Revenue from Contracts with Customers using the full retrospective method of adoption. Prior year comparatives have been restated to align the accounting treatment across both periods.

ANNUAL REPORT 2019

# Highlights & Commentary

## FY2019 Financial Performance

Key financial measures for the consolidated Redbubble Group ("RB Group") in FY2019 (with year on year ("YoY") growth rates, where applicable) are:

- Marketplace Revenue of $257 million, up 41% (up 34% on a constant currency basis).
- Gross profit of $95 million, up 48% (up 41% on a constant currency basis).
- Gross profit margin up 1.8pp to 36.8% (based on Marketplace Revenue).
- Cash operating expenses of $64 million, up 25% (up 20% on a constant currency basis).
- Operating EBITDA profit of $3.8 million, an improvement of $7.7 million from a FY2018 loss of $3.8 million.
- EBITDA loss of $4.7 million, an improvement of $2.7 million from a FY2018 loss of $7.4 million.
- Income tax expense of $15.2 million resulting predominantly from Management's position to write off the deferred tax asset as communicated at the time of the July Appendix 4C.
- Net loss after tax of $27.7 million compared to $10.0 million in FY2018, mainly due to the write off of the deferred tax asset.

## FY2019 Cashflows

The total cash balance for FY2019 increased by $7.8 million compared to a $6.6 million decrease in FY2018. The closing cash balance at 30 June 2019 was $29.0 million. Aggregate operating and investing cash outflow (negative free cash flow) was $3.1 million in FY2019, improved by 56% compared to $6.9 million in FY2018. The RB Group has no debt.

## Business Update

The RB Group continues to make progress in areas of strategic investment that are critical to long term marketplace growth and profitability. FY2019 metrics are reported below and outlined in the July Investor Presentation:

- Product revenue[1] from authentic sellers[2] at Redbubble grew by 39% and represented 76% of Redbubble product revenue
- Marketplace revenue from members grew by 109%, equating to 29% of Redbubble marketplace revenue
- The RB Group has on-boarded a total of 48 brands, with 25 new brands in 4Q FY2019. In addition, licensed content increased 46% from 3Q totalling 350,000 works
- Five new products were launched resulting from re-platforming work enabling efficient and fast new product launches
- 140% growth in marketplace revenue from the iOS app. Work has commenced on the development of the Android app

1  Product revenue is the portion of Marketplace revenue derived from Product sales. It excludes Shipping revenue.
2  Defined as those artists that tend to upload high quality, original works which resonate well with customers. Data Science work during 2018 has helped identify this critical segment at Redbubble and significant development investment has been focused on increasing the output of this group. TeePublic's artists are yet to be segmented.

REDBUBBLE

- Cash operating expenses of $64 million, up 25% (up 20% on a constant currency basis).
- Operating EBITDA profit of $3.8 million, an improvement of $7.7 million from a FY2018 loss of $3.8 million.
- EBITDA loss of $4.7 million, an improvement of $2.7 million from a FY2018 loss of $7.4 million.
- Income tax expense of $15.2 million resulting predominantly from Management's position to write off the deferred tax asset as communicated at the time of the 4C.
- Net loss after tax of $27.7 million compared to $10.0 million in FY2018, mainly due to the write off of the deferred tax asset.

Marketplace Revenue growth has been driven by the accelerating TeePublic business. At Redbubble, results from strategic investments lay the groundwork for a return to healthy topline growth.

The Group continues to strengthen gross margins leveraging scale and localisation benefits in fulfilment and shipping along with pricing optimisation to increase its effective take rate.

Across the Group, FY2019 marketing spend, while increasing from FY2018, represented 10.5% of Marketplace Revenue, well below many online marketplaces / ecommerce peers. Both businesses continue to generate profitable paid marketing growth.

The Group achieved significant operating leverage during FY2019 with 48% Gross Profit growth outpacing growth of 34% in expenses (aggregate of Operating Expenses and Marketing) during FY2019. This leverage has been achieved as teams focus on productivity and investments are made in automation.

The total cash balance for FY2019 increased by $7.8 million compared to a $6.6 million decrease in FY2018. The closing cash balance at 30 June 2019 was $29.0 million. Aggregate operating and investing cash outflow (negative free cash flow) was $3.1 million in FY2019, improved by 56% compared to $6.9 million in FY2018. The Redbubble Group has no debt.

As flagged at the time of the July Appendix 4C release, management has taken a conservative view and has written off its deferred tax asset from the balance sheet derived from post-IPO taxation losses.  As at the end of FY2019, the Group has, in aggregate, $97 million of losses (FY2018 $75 million). The Group's position on tax losses is now completely consistent, with all losses de-recognised but still remaining in existence for taxation purposes.

A reconciliation of reported results to non-IFRS numbers in this Directors' report is provided below.

| Reconciliation of reported results to non-IFRS[1] numbers | 2019 $'m[2] | 2018 $'m[2] |
|---|---|---|
| | | Restated[3] |
| Total reported revenue from services | 307.0 | 218.7 |
| Less Artists' margin | (50.1) | (35.9) |
| **Marketplace revenue** | **256.9** | **182.8** |
| Fulfiller expenses | (162.4) | (118.9) |
| **Gross profit** | **94.5** | **63.9** |
| Gross profit margin on Marketplace revenue | 36.8% | 35.0% |
| Paid acquisition costs | (27.1) | (16.8) |
| **Gross Profit After Paid Acquisition costs (GPAPA)** | **67.5** | **47.1** |
| Cash Operating Expenses | (63.7) | (51.0) |
| **Operating (Cash) earnings before interest, tax, depreciation and amortisation (EBITDA)** | **3.8** | **(3.8)** |
| Depreciation and amortisation | (8.1) | (7.8) |
| Other expenses | (1.5) | (0.8) |
| Share based payments | (5.9) | (2.7) |
| TeePublic acquisition costs | (1.2) | - |
| Interest and other income tax | 0.4 | 0.4 |
| **Total Loss before income tax** | **(12.5)** | **(14.7)** |
| Income tax (expense)/benefit[4] | (15.2) | 4.7 |
| **Reported total loss for the year** | **(27.7)** | **(10.0)** |

(1) Non-IFRS measures are presented to provide readers a better understanding of Redbubble's financial performance. The non-IFRS measures are unaudited, however, they have been derived from the audited financial statements.
(2) For presentation purposes, numbers been rounded to millions of dollars, however calculations are based on unrounded numbers.
(3) On 1 July 2018 the Group adopted AASB 15 – Revenue from Contracts with Customers using the full retrospective method of adoption. Prior year comparatives have been restated to align the accounting treatment across both periods.
(4) Details of the movement in the income tax (expense)/benefit are found in note 7(b) of the financial statements. The movement is predominantly due to Management's decision to write off the deferred tax asset during the year.

12

ANNUAL REPORT 2019

## Business Update

RB Group is making progress in areas of strategic investment that are critical to long term marketplace growth and profitability.

For the Redbubble business, key initiatives are starting to power the business:

- Artists: Product Revenue[5] from authentic sellers at Redbubble grew by 39% in FY2019 and now represent 76% of Redbubble Product Revenue;
- Membership: During FY2019, Marketplace Revenue from members grew by 109%, being 29% of Redbubble Marketplace Revenue, and there were 5.7 million active members on Redbubble;
- Mobile App: Redbubble iOS app saw growth in Marketplace Revenue of 140% in FY2019 and work is underway on the development of an Android app. In 4Q, the iOS app represented 8% of Redbubble Marketplace Revenue;
- Branded Marketing: A strengthening brand is allowing a shift of spend to lower cost channels e.g. direct and branded search. RB Group 4Q marketing spend was only 9.7% of Marketplace Revenue;
- Content Partners: RB Group has on-boarded a total of 48 brands, added 25 new brands in 4Q, and the volume of licensed content grew to 350,000, up 46% quarter-on-quarter;
- New Products: 5 new products (throw blankets, bathmats, shower curtains, glossy and transparent stickers) were launched in 4Q, after the completion of re-platforming work enabling efficient and faster new product launches;
- Fulfilment: Continued to reduce fulfilment costs while increasing customer NPS by 3 points to 68 which is an excellent score; and
- Operating Costs: Redbubble operating expenses grew by only 12% in FY2019, achieved by management spending discipline.

For the TeePublic business, significant progress has been made across the following aspects:

- Paid Marketing: Grew and scaled efficiently across paid channels, particularly Google Shopping;
- Content Partners: Built core process for fan art and onboarded first brands, including Star Trek;
- Europe: Expanded fulfilment network and enhanced market coverage via localisation;
- Supply Chain Improvements: Enabled additional US fulfilment and migrated to faster, lower cost shipping service; and

- Improving Margins: Leveraged Group scale to achieve improved fulfilment costs and sharing insights on pricing and promotions.

These initiatives have provided individual benefit for TeePublic as well as some collective benefits across the RB Group.

## Strategy and likely developments in operations

RB Group is targeting long term growth in a large addressable market. The business has demonstrated progress across a number of strategic initiatives aimed at diversifying the Group's sources of growth and profitability. The priorities remain:

- Grow customer base and increase loyalty through personal "creative adventures" and member experiences;
- Launch and sell products that artists want to design for and customers will love;
- Build deeper relationships with authentic artists by increasing their commercial success;
- Launch and expand content partnerships with the world's leading fan art brands;
- Maintain strong growth and synergy value of TeePublic, leveraging new product, on-boarding content partnerships and geographic growth opportunities; and
- Persist in current discipline to improve the Group's take rate, extract maximum value from marketing channels, and maintain operating expenses and cash discipline.

The business is focused on the strategic work to reach the milestone of $1 billion in sales and current economics demonstrate that this can be achieved profitably.

## Significant changes in the state of affairs

In the Directors' opinion, apart from the acquisition of the TeePublic business noted above, there have been no significant changes in the state of affairs of RB Group during the 2019 financial year.

5   Product revenue is the portion of Marketplace revenue derived from Product sales. It excludes Shipping revenue.

13

TE287_0007