# EXHIBIT 288



TE288_0001



TE288_0002