# EXHIBIT 294



TE294_0001