# EXHIBIT 302

**From:** Redbubble <email@e.redbubble.com>
**Sent:** Thursday, December 08, 2016 12:05 PM EST
**To:** hannahdlev@gmail.com <hannahdlev@gmail.com>
**Subject:** Look, brandy melville stickers just for you.

View more brandy melville stickers | View in Browser

**REDBUBBLE**

Based on your recent visit, here's some stuff we thought you might like.

Brandy Melville Moon
Brandy Melville Moon
by cheyannekailey

Brandy Melville Tri Delt
Brandy Melville Tri Delt
by madisonbaber

Brandy Melville Theta
Brandy Melville Theta
by madisonbaber

Brandy Melville California
Brandy Melville California
by cheyannekailey

USA Brandy Melville
USA Brandy Melville
by rhg26

Brandy Melville Kappa
Brandy Melville Kappa
by madisonbaber

brandy melville sticker
brandy melville sticker
by pasifa

Boston Brandy Sign
Boston Brandy Sign
by emmytyga

VIEW MORE BRANDY MELVILLE STICKERS

Insta   Fb   Pin   Tw   Blog

MY ACCOUNT   SHIPPING & DELIVERY   RETURNS   HELP   CONTACT US

No longer wish to receive our promotional emails? This is going to make Bruce in marketing very sad, but we respect your wishes. Unsubscribe.

User Agreement | Privacy Policy

©2007–2016, Redbubble. All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

--
You received this message because you are subscribed to the Google Groups "search-remarketing-bcc" group.
To unsubscribe from this group and stop receiving emails from it, send an email to search-remarketing-bcc+unsubscribe@redbubble.com.

**CONFIDENTIAL**                                                                                                              **RBBM190348**

TE302_0001