# EXHIBIT 303

**From:** Redbubble <email@e.redbubble.com>
**Sent:** Monday, September 25, 2017 9:37 AM EDT
**To:** michael.rossi+click7v2@redbubble.com <michael.rossi+click7v2@redbubble.com>
**Subject:** Step right up and save 20% sitewide

Everyone's a winner. | View in Browser

**REDBUBBLE**

Use code STEPRIGHTUP at checkout.
Expires September 25, 2017 at 11:59pm PT.

Balance of the Pyramids
Balance of the Pyramids
by Vin Zzep

'Pretty in Pastel' iPhone Case/Skin by itslopez
Pretty in Pastel
by itslopez

'I'm a Princess.' Women's Chiffon Top by My Nerdy Needs
I'm a Princess.
by 12grayson

'Watercolor whale' Sticker by Evgeniia Zagreeva
Watercolor whale
by achtung-ein

'Arthur' Classic T-Shirt by Mr-Hofmann
Arthur
by Mr-Hofmann

'I got out of bed today' Sticker by alexandra552
I got out of bed today
by alexandra552

'Kendrick' Sticker by Kate Sortino
Kendrick
by Katesortino

'Brandy Melville' Sticker by red-hairspray
Brandy Melville
by red-hairspray

'together' Sticker by Michelle Borjon
together
by ghostii

'Kylie Marble Lips' Sticker by clairelinner
Kylie Marble Lips
by clairelinner

'Chandler Bing Friends TV' Sticker by mariahkasp
Chandler Bing Friends TV
by mariahkasp

**CONFIDENTIAL**                                                                                              **RBBM209653**

'MSU Lips' Sticker by stickybad
MSU Lips
by stickybad

SHOP REDBUBBLE

Insta  Fb  Pin  Tw  Blog

MY ACCOUNT   SHIPPING & DELIVERY   RETURNS   HELP   CONTACT US

Based on your recent visit, we've added some stuff we thought you might like to this email.

The images above have been uploaded to Redbubble by third parties and the sample automatically generated. Redbubble is not affiliated with any person shown or organization referred to above.

No longer wish to receive our promotional emails? This is going to make Bruce in marketing very sad, but we respect your wishes. Unsubscribe.

User Agreement | Privacy Policy

©2007-2017, Redbubble. All Rights Reserved
633 Howard St | San Francisco, CA 94105 | USA

CONFIDENTIAL                                                                                                       RBBM209654

TE303_0002