# EXHIBIT 328



TE328_0001



TE328_0002









TE328_0004



TE328_0005





TE328_0007



TE328_0008