# EXHIBIT 343



TE343_0001

