Case 2:19-cv-04618-RGK-JPR Document 199-35 Filed 07/01/21 Page 1 of 2 Page ID #:11236

# EXHIBIT 369



haleyshore Shop | Redbubble
redbubble.com/people/haleyshore/shop?ref=artist_title_name
Keep safe, be healthy, and stay creative. For Product & Delivery updates, check these FAQs.
Sell your art Login Signup
REDBUBBLE
Search designs and products
Clothing Stickers Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs
Haley Shore
Share
haleyshore
Winnipeg, Canada • 41 designs • View artist profile
Shop products Explore designs
Filters
Collection
All Collections
All Collections
Rapper Merch
Outer Banks
Brandy Melville
Y2K Vibes
Category
All Categories
Clothing
Kids & Babies' Clothes
Phone Cases
Stickers
Wall Art
Home Decor
Stationery
Accessories
Artwork Medium
All Mediums
Design & Illustration
Digital Art
Drawing
Painting & Mixed Media
Photography
Collections 4 Collections
Rapper Merch
Outer Banks
Brandy Melville
Y2K Vibes
Shop 39 Results
Most Relevant
Masks sold on Redbubble are for general public use only and are not intended for use in medical settings.
More legal info here.
PLAYBOY BUNNY Y2K STICKE...
From $1.30
BRATZ Y2K design Mask
From $10.41
OUTER BANKS CHARACTERS S...
From $1.30
PINK BUTTERFLY - Y2K - Sticker
From $1.30
HAWAII - varsity text Sticker
From $1.30
XXXTENTACION - Revenge Pull...
$41.56
GLOSSIER design Mask
From $10.41
USA DESIGN- Sticker
From $1.30
PLAYBOI CARTI
MIAMI BEACH