# EXHIBIT 375



TE375_0001