# EXHIBIT 376



"Los Angeles design - California
redbubble.com/i/hoodie/Los-Angeles-design-California-1984-by-haleyshore/48207346.YFBT8.XYZ
Features
Heavyweight
fleece made
Polyester
Front pouch
and rib cuffs
Ethically sou
Responsible
Note: If you l
sizes up
California
2XL
Los
Los angeles bra
Also availabl
Slim Fit T-Shirt
$20.73
Available on
Laptop Sleeve
Case/Skin for Samsung Galaxy
Art Print
Canvas Print
Framed Print
Art Board Print
Metal Print
Photographic Print
Poster
Acrylic Block
Clock
Classic Mug
Throw Pillow
Travel Mug
Coasters
Greeting Card
Postcards
Spiral Notebook
Drawstring Bag
Pin Button
Zipper Pouch
Scarf
Tote Bag
Water Bottle
Mask
Transparent Sticker
Glossy Sticker
Sticker

TE376_0001