# EXHIBIT 403





Sell your art Login Signup

REDBUBBLE

Search designs and products

Clothing Stickers Masks Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

Asha Tandon

New York City, United States • 339 designs • View artist profile

Share

Shop products Explore designs

Filters (1)

Collection
Brandy Melville

- All Collections
- Greys Anatomy
- Gossip Girl
- Retro
- Quotes
- Brandy Melville
- Patterns
- Glossier
- Twilight

Category

- All Categories
  - Clothing
  - Kids & Babies
  - Phone Cases
  - Stickers
  - Wall Art
  - Home & Living
  - Stationery
  - Accessories

Artwork Medium

- All Mediums
- Design & Illustration
- Digital Art
- Drawing
- Painting & Mixed Media
- Photography

Brandy Melville 25 Results

Most Relevant

Brandy Melville ✕ Clear all

| | | | | |
|---|---|---|---|---|
| Newport Beach California Stic... From $1.20 | Heart With Angel Wings Sticker From $1.20 | Hamptons Sailing Sticker From $1.20 | California Republic Bear Sticke... From $1.20 | San Francisco California Sticke... From $1.20 |
| Snapchat Logo Sticker From $1.20 | Malibu Racing Flags Sticker Sti... From $1.20 | Chill Since 1993 Konkay Blue a... $19.07 | Chill Since 1993 Konkay Sticker From $1.20 | New York Retro Lettering Stick... From $1.20 |
| Il Meet You In New York Sticker From $1.20 | Chill Since 1993 Konkay Panele... From $1.20 | Forget Me Not Sticker From $1.20 | Red Asian Dragon Sticker From $1.20 | Chill Since 1993 Aspen Essenti... $19.07 |
| Blue And White Newport Beac... From $1.20 | San Francisco California Sticke... From $1.20 | Black And White New York Sti... From $1.20 | Natives Of The Golden Coast C... From $1.20 | Chill Since 1993 Konkay Panele... From $1.20 |

Sep 2, 2020 9:35:50 AM

TE403_0001

Sep 2, 2020 9:35:50 AM

TE403_0002