# EXHIBIT 421



REDBUBBLE Search designs and products Sell your art Login Signup

Clothing Stickers Masks Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

## Los Angeles 1984 brandy sticker Magnet

Designed and sold by **hanflu**

**$7.00**

Size

Small (2.1 × 2.3 in)

Add to cart

View size guide

Delivery
Express by 7 April

View size guide

Delivery
Express by 7 April

View size guide

Delivery
Express by 7 April

View size guide

Delivery
Express by 7 April

View size guide

Delivery
Express by 7 April

View size guide

Delivery
Express by 7 April

View size guide

Delivery
Express by 7 April

Delivery
Express by 7 April
Standard between 9 - 13 April

### Features

- Die-cut magnets add a touch of easily switchable flair to your fridge, locker, or file cabinet
- Available in three sizes
- Flexible, durable 20mil / 0.5mm vinyl
- Vibrant color printing
- Approximately 4mm white border around design
- WARNING: Choking Hazard small parts. Not for children under 3.
- This product contains magnets. Swallowed magnets can stick together across intestines causing serious injuries. Seek immediate medical attention if magnets are swallowed.
- Not a toy. For decorative use only.

### Reviews

+ Read all 47 reviews

**Los Angeles 1984 brandy sticker**

Designed and sold by **hanflu**

Loss Angeles brandy sticker

### Also available on

Sticker

From $1.25

Available on +4 products

TE421_0001



**hanflu**
Colombus, United States
Follow

positive energy sticker rainbow
$7.00

CMBYN sticker black
$7.00

Vsco slip on yellow shoes
$7.00

Girl power sticker
$7.00

Brandy realistic donut sticker
$7.00

Ivory elephant sticker
$7.00

View hanflu's shop

**Magnets Tags**
1984 brandy magnets

**All Product Tags**
1984 brandy

**Other Products**
1984 brandy t-shirts | 1984 brandy stickers | 1984 brandy masks | 1984 brandy phone cases | 1984 brandy posters | 1984 brandy sweatshirts & hoodies

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more

**Local Support**
24/7 Dedicated support
Submit a request

Report Content / Copyright infringement

10% off, promos, and the best indie art ever!
Your email address

USD$ - English    Mature content: Hidden

**Shop**
- Gift Guides
- Fan Art
- New Works
- Blog
- Give Savings, Get Savings
- Student Discount
- Login
- Signup
- Bulk orders

**About**
- About Us
- Social Responsibility
- Partner Program
- Affiliates
- Sell your art
- Jobs
- Artist Blog

**Help**
- Delivery
- Returns
- Help Center
- Guidelines
- Copyright
- Investor Center
- Contact Us

**Social**
- Instagram
- Facebook
- Twitter
- Tumblr
- Pinterest



TE421_0003