# EXHIBIT 424

265



TE424_0001