# EXHIBIT 623

| work_id | work link | image | work creation date (pst) | work title | tag_list | description | user id of uploader | uploader username | residential state of uploader | residential country of uploader | removal date (pst) | removal event | removal from Marketplace date | removal from Marketplace Event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | uploader margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29910826 | http://www.redbubble.com/people/pasifa/works/29910826 | | 2018-01-16 12:32:06-08 | brandy melville california republic | brandy melville,brandy melville sticker,los angeles,los angeles 1984,brandy,melville,trendy,trendy sticker,pacsun,shawn mendes,hollywood,la,la lifestyle,brandy melville la,california republic,fashion,brand | | 69054377 | pasifa | Pennsylvania | United States | 2019-05-31 | Proactive Moderation | 2019-05-31 17:16:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 109.00 | 79.00 | 81.00 | $237.67 | $117.73 | $71.03 |
| 15981194 | http://www.redbubble.com/people/selinuenal13/works/15981194 | | 2015-08-22 21:58:43-07 | Brandy Melville Los Angeles, CA Sticker | la,los angeles,palm trees,brandy melville,california,tumblr | brandy melville INSPIRED LA sticker with palm trees | 56060938 | selinuenal13 | CA | United States | 2018-05-16 | Takedown Notice Moderation | 2018-05-16 00:25:47 UTC | Takedown Notice Moderation | Brandy Melville | Brandy Melville | 116.00 | 81.00 | 85.00 | $232.30 | $108.24 | $57.12 |
| 38778087 | http://www.redbubble.com/people/pasifa/works/38778087 | | 2019-05-05 14:38:19-07 | that 70's show sticker | tumblr sticker,tumblr,cool sticker,pastel sticker,tumblr stickers,shawn mendes,brandy melville,brandy melville sticker,brandy melville stickers,tumblr quote,pastel,pink sticker,laptop sticker,shawn mendes sticker,harry styles sticker,quote sticker,sticker,stickers mendes army,mendesarmy,emma chamberlain,hannah meloche,ava | | 69054377 | pasifa | Pennsylvania | United States | 2020-04-21 | Proactive Moderation | 2020-04-21 17:20:47 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 69.00 | 59.00 | 61.00 | $202.48 | $106.65 | $58.07 |
| 15981138 | http://www.redbubble.com/people/selinuenal13/works/15981138 | | 2015-08-22 21:45:41-07 | Brandy Melville Watermelon | brandy melville,brandy,watermelon,tumblr,aesthetic | Brandy Melville Inspired watermelon sticker logo | 56060938 | selinuenal13 | CA | United States | 2019-05-31 | Proactive Moderation | 2019-05-31 15:59:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 120.00 | 81.00 | 82.00 | $220.51 | $102.49 | $57.22 |
| 14201073 | http://www.redbubble.com/people/alexwein/works/14201073 | | 2015-03-03 19:54:50-08 | brandy melville // crush the patriarchy | crush the patriarchy,feminist,brandy melville,california,funny,beyonce,serif,heart,cute,trendy,girl,women,womens empowerment,hillary clinton | self-explanatory. get to it | 46268986 | alexwein | FL | United States | 2019-05-31 | Proactive Moderation | 2019-05-31 17:34:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 156.00 | 126.00 | 149.00 | $426.14 | $98.67 | $172.99 |
| 32473630 | http://www.redbubble.com/people/pasifa/works/32473630 | | 2018-06-29 17:48:57-07 | los angeles 1984 sticker pack | | | 69054377 | pasifa | Pennsylvania | United States | 2019-07-01 | Takedown Notice Moderation | 2019-07-01 18:16:51 UTC | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 76.00 | 64.00 | 64.00 | $195.46 | $97.67 | $60.57 |
| 17682483 | http://www.redbubble.com/people/elisazhang/works/17682483 | | 2015-11-18 21:16:59-08 | Los Angeles | la,los,angeles,brandy melville,sticker | | 57921755 | elisazhang | | United States | 2021-01-27 | Proactive Moderation | 2021-01-27 23:27:31 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 109.00 | 78.00 | 81.00 | $212.49 | $92.96 | $60.81 |
| 36679230 | http://www.redbubble.com/people/pasifa/works/36679230 | | 2019-01-30 22:06:01-08 | fun in the sun malibu sticker | tumblr sticker,tumblr,cool sticker,pastel sticker,tumblr stickers,shawn mendes,brandy melville,brandy melville sticker,brandy melville stickers,tumblr quote,pastel,pink sticker,laptop sticker,shawn mendes sticker,harry styles sticker,quote sticker,sticker,trending,trendy,trendy army,mendesarmy,emma chamberlain,hannah meloche,ava | | 69054377 | pasifa | Pennsylvania | United States | 2020-04-21 | Proactive Moderation | 2020-04-21 17:20:42 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 66.00 | 54.00 | 55.00 | $180.47 | $92.95 | $52.39 |
| 24064593 | http://www.redbubble.com/people/pasifa/works/24064593 | | 2016-11-28 10:59:09-08 | hang loose sticker | beach,hang loose,brandy melville,brandy,melville,brandy melville sticker,pacsun,margate,longport,surf,surfer,trending,trendy,trendy sticker,sticker,stickers | | 69054377 | pasifa | Pennsylvania | United States | 2020-04-21 | Proactive Moderation | 2020-04-21 17:23:45 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 69.00 | 52.00 | 54.00 | $176.48 | $89.81 | $48.74 |
| 26995225 | http://www.redbubble.com/people/osnapitzami/works/26995225 | | 2017-06-29 07:18:43-07 | honey | honey,hunny,honey babies,ariana,yellow,pastel,pastel yellow,cute,vintage,trendy,brandy melville,love,girl | | 78193907 | osnapitzami | Hong Kong | Hong Kong | 2019-07-01 | Takedown Notice Moderation | 2019-07-01 18:16:53 UTC | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 107.00 | 70.00 | 71.00 | $510.78 | $85.24 | $232.70 |

| work_id | work link | image | work creation date (pst) | work title | tag_list | description | user id of uploader | uploader username | residential state of uploader | residential country of uploader | removal date (pst) | removal event | removal from Marketplace date | removal from Marketplace Event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | uploader margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36678913 | http://www.redbubble.com/people/pasifa/works/36678913 | | 2019-01-30 21:42:57-08 | france wave stickers | tumblr sticker,tumblr,cool sticker,pastel sticker,tumblr stickers,shawn mendes,brandy melville,brandy melville sticker,brandy melville stickers,tumblr quote,pastel,pink sticker,laptop sticker,shawn mendes sticker,harry styles sticker,quote sticker,trending,trendy,trendy sticker,sticker,stickers mendes army,mendesarmy,emma chamberlain,hannah meloche | | 69054377 | pasifa | Pennsylvania | United States | 2020-04-21 | Proactive Moderation | 2020-04-21 17:20:41 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 17.00 | 17.00 | 17.00 | $53.69 | $25.83 | $16.79 |
| 22407834 | http://www.redbubble.com/people/kristinmoro/works/22407834 | | 2016-07-08 07:41:41-07 | West Virginia Brandy Melville Style | wvu,brandy,west virginia,west virginia university,brandy melville,cool,dope,trippy,sweet,swag,college,greek | | 64800652 | kristinmoro | NJ | United States | 2019-05-31 | Proactive Moderation | 2019-05-31 16:33:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 63.00 | 56.00 | 59.00 | $112.02 | $25.21 | $44.80 |
| 42861432 | http://www.redbubble.com/people/lilcocostickers/works/42861432 | | 2019-11-29 17:14:15-08 | USA | cute,aesthetic,vsco,sticker,united states,usa,america,brandy melville,blue,hydroflask,hydroflask stickers,navy blue | | 128528030 | lilcocostickers | Texas | United States | 2021-01-27 | Proactive Moderation | 2021-01-27 23:27:32 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 73.00 | 69.00 | 76.00 | $146.58 | $24.46 | $75.39 |
| 36679568 | http://www.redbubble.com/people/pasifa/works/36679568 | | 2019-01-30 22:32:46-08 | hawaii sticker | tumblr sticker,tumblr,cool sticker,pastel sticker,tumblr stickers,shawn mendes,brandy melville,brandy melville sticker,brandy melville stickers,tumblr quote,pastel,pink sticker,laptop sticker,shawn mendes sticker,harry styles sticker,quote sticker,trending,trendy,trendy sticker,sticker,stickers mendes army,mendesarmy,emma chamberlain,hannah meloche,ava | | 69054377 | pasifa | Pennsylvania | United States | 2020-04-21 | Proactive Moderation | 2020-04-21 17:20:43 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 16.00 | 16.00 | 16.00 | $51.95 | $24.40 | $17.02 |
| 38663180 | http://www.redbubble.com/people/Simplykatie/works/38663180 | | 2019-04-30 04:05:12-07 | brandy melville sticker pack #2 | ron jon,surf,surfing,surfer,beach,ocean,hydroflask,laptop,hydro flask,mirror,california,chill,tea,trendy,girly,trend,text message,sticker,sticker pack,birks,crocs,sand,summer,lax,lacrosse,swim,soccer,gym,gymnastics,dance,cheer,softball,track,basketball,skating,y all,yall,shaka,hang loose,brandy melville,brandy,melville,scrunchie,pattern,vsco,pinterest,basic,astroworld | | 85103556 | Simplykatie | florida | United States | 2019-05-31 | Proactive Moderation | 2019-05-31 16:35:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 34.00 | 22.00 | 22.00 | $72.40 | $24.17 | $32.49 |
| 30126861 | http://www.redbubble.com/people/stickerzaf/works/30126861 | | 2018-01-29 13:50:36-08 | uh huh honey | uh huh honey,girl,girl sticker,trendy,trendy stickers,popular,hipster,hipster stickers,cool stickers,funds,fashion,fashion stickers,tumblr,tumblr stickers,funny,brandy melville,sassy,girly,basic,instagram,ombre,tie dye,lf,good vibes,vibes,beyoncé | | 77620198 | stickerzaf | DC | United States | 2019-07-01 | Takedown Notice Moderation | 2019-07-01 18:16:52 UTC | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 12.00 | 8.00 | 8.00 | $140.00 | $23.32 | $65.30 |
| 39982394 | http://www.redbubble.com/people/bananashirts/works/39982394 | | 2019-07-11 22:32:25-07 | Grand Tour Sport Japan GTS Retro Car | grand tour sport japan gts retro,grand,tour,sport,japan,gts,retro,grand tour shirt,grand tour tshirt,grand tour t shirt,japan t shirt,japan tshirt,japanese car,retro car,vaporwave,vsco,brandy melville,brandy tshirt,brandy t shirt,brandy melville tshirt,brandy sticker,brandy melville sticker,1992 | | 122313033 | bananashirts | ON | Canada | 2020-03-16 | Takedown Notice Moderation | 2020-03-16 19:21:53 UTC | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 3.00 | 3.00 | 3.00 | $113.68 | $22.00 | $48.69 |
| 41538389 | http://www.redbubble.com/people/pasifa/works/41538389 | | 2019-10-04 10:26:18-07 | natives of the golden coast | tumblr sticker,tumblr,cool sticker,pastel sticker,tumblr stickers,shawn mendes,brandy melville,brandy melville sticker,brandy melville stickers,tumblr quote,pastel,pink sticker,laptop sticker,shawn mendes sticker,harry styles sticker,quote sticker,trending,trendy,trendy sticker,sticker,stickers mendes army,mendesarmy | | 69054377 | pasifa | Pennsylvania | United States | 2020-04-21 | Proactive Moderation | 2020-04-21 17:20:48 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 11.00 | 11.00 | 11.00 | $39.26 | $21.35 | $10.93 |
| 33591580 | http://www.redbubble.com/people/finesseco/works/33591580 | | 2018-08-30 10:06:01-07 | california | brandy melville,brandy,melville,sticker,pacsun,urban,outfitters,tumblr,trendy,trending,stickers,waves,wavy,vibes,ocean,beach,beachy,vibey,california,la,los,angeles,hollywood,calabasas | | 102336050 | finesseco | PA | United States | 2019-07-01 | Takedown Notice Moderation | 2019-07-01 18:16:52 UTC | Takedown Notice Moderation | Y.Y.G.M. SA d.b.a. Brandy Melville | Brandy Melville | 15.00 | 14.00 | 14.00 | $49.44 | $21.12 | $19.03 |
| 51065158 | http://www.redbubble.com/people/yourcute-jeans/works/51065158 | | 2020-06-25 09:52:14-07 | Los Angeles Sign US Switzerland Flag | brandy melville,brandy melville inspired,brandy,melville,la,los angeles,brandy melville sign,sign,aesthetic,vsco,tumblr,cute,stickers,varsity,college,summer,surf,beach,ocean,hydroflask,laptop,trendy,basic,volleyball,track,soccer,dance,skate,skater,usa,us,united states,states,us states | | 140649254 | yourcute-jeans | | Singapore | 2021-01-27 | Proactive Moderation | 2021-01-27 23:27:32 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | 37.00 | 34.00 | 34.00 | $70.72 | $20.09 | $31.09 |

| work_id | work link | image | work creation date (pst) | work title | tag_list | description | user id of uploader | uploader username | residential state of uploader | residential country of uploader | removal date (pst) | removal event | removal from Marketplace date | removal from Marketplace Event | complainant | property | count of orders containing this work | count of paid orders containing this work | number of individual units sold | retail sale price (aud) | uploader margin (aud) | redbubble service fee (aud) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46066954 | http://www.redbubble.com/people/chrisrydz/works/46066954 | | 2020-03-23 10:59:55-07 | toronto brandy melville inspired sticker stickers | brandy,brandy melville,melville,aesthetic,sticker,stickers,brandy melville sticker,brandy melville stickers,aesthetic stickers,trendy stickers,inspired,brandy inspired,brandy melville inspired stickers,brandy melville inspired,california,country of orange,country of orange california,vsco stickers,vsco sticker,mirror stickers,macbook stickers,hydro flask,hydroflask,hydro flask | adorable brandy melville inspired sticker super aesthetic perfect for macbooks, hydro flasks, mirrors, and much more. high quality hd photo | 137211238 | chrisrydz | Ontario | Canada | 2020-03-24 | Proactive Moderation | 2020-03-24 15:25:51 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 45330782 | http://www.redbubble.com/people/numbinside/works/45330782 | | 2020-02-26 20:54:12-08 | trash brand sticker (w/ piercing) | brandy melville,brandy mel,brandy melville stickers,tumblr,brandy,edgy,cute,brandy stickers,tumblr stickers,emo,egirl,hardcore,e girl,vsco,sticker,trendy,anti,diversity,politics,liberal | lack of diversity who? ah, yes. want this cute sticker without the ugly brand name at the bottom? no problem. this one comes with a piercing to even further | 136128591 | numbinside | CA | United States | 2020-02-27 | Proactive Moderation | 2020-02-27 17:00:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 48815766 | http://www.redbubble.com/people/oschhu/works/48815766 | | 2020-05-22 11:07:35-07 | trending Brandy Melville sticker | turtle,trending,stranger things,vans,surf,skate,california,glossier,netflix,supreme,meme,vintage,los angeles,happy,80s,star,trendy,vsco,instagram,girl,ron jon,kermit,wholesome,cute,white claw,igor,star wars,tiktok,feminist,outer banks,animal crossing,harry styles,fine line,watermelon,watermelon sugar,scrunchie,american teen,wave,chill since,brandy | check out my shop for more! | 117326812 | oschhu | MI | United States | 2020-05-22 | Proactive Moderation | 2020-05-22 21:30:32 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 48815963 | http://www.redbubble.com/people/oschhu/works/48815963 | | 2020-05-22 11:26-07 | trending brandy melville sticker | turtle,trending,stranger things,vans,surf,skate,california,glossier,netflix,supreme,meme,vintage,los angeles,happy,80s,star,trendy,vsco,instagram,girl,ron jon,kermit,wholesome,cute,white claw,igor,star wars,tiktok,feminist,outer banks,animal crossing,harry styles,fine line,watermelon,watermelon sugar,scrunchie,american teen,wave | check out my shop for more!! | 117326812 | oschhu | MI | United States | 2020-05-22 | Proactive Moderation | 2020-05-22 21:30:32 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42063432 | http://www.redbubble.com/people/emilymichel12/works/42063432 | | 2019-10-27 17:29:11-07 | Trendy Brandy Melville California Bear | trendy,brandy melville,california,bear,california republic,republic,pink,star,red,green,brown,purple,circle,cute,forest,los angeles | | 128673294 | emilymichel12 | | | 2019-10-28 | Proactive Moderation | 2019-10-28 18:01:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42063774 | http://www.redbubble.com/people/emilymichel12/works/42063774 | | 2019-10-27 17:45:42-07 | Trendy Brandy Melville Los Angeles California | trendy,brandy melville,los angeles,california,lightning,city,america,vintage,state,black and white,black,white,cities,1984 | | 128673294 | emilymichel12 | | | 2019-10-28 | Proactive Moderation | 2019-10-28 17:52:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42063641 | http://www.redbubble.com/people/emilymichel12/works/42063641 | | 2019-10-27 17:39:38-07 | Trendy Brandy Melville Malibu Racing Flags | trendy,brandy melville,malibu,flags,flag,car,racing,vontage,blue,black and white,black,white,start,race | | 128673294 | emilymichel12 | | | 2019-10-28 | Proactive Moderation | 2019-10-28 18:18:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42008414 | http://www.redbubble.com/people/emilymichel12/works/42008414 | | 2019-10-25 20:22:25-07 | Trendy Brandy Melville Orange Butterfly | trendy,orange,butterfly,animal,earth,environment,fly,brandy melville,vsco,fun,beautiful,cute | | 128673294 | emilymichel12 | | | 2019-10-28 | Proactive Moderation | 2019-10-28 17:15:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42010397 | http://www.redbubble.com/people/emilymichel12/works/42010397 | | 2019-10-25 22:21:30-07 | Trendy Brandy Melville Red Butterfly | monarch butterfly,wings,trendy,orange,butterfly,animal,earth,environment,fly,brandy melville,vsco,fun,beautiful,cute | | 128673294 | emilymichel12 | | | 2019-10-28 | Proactive Moderation | 2019-10-28 17:15:50 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |
| 42064707 | http://www.redbubble.com/people/emilymichel12/works/42064707 | | 2019-10-27 18:23:54-07 | Trendy Brandy Melville Yellow Butterfly | monarch butterfly,wings,trendy,yellow,butterfly,animal,earth,environment,fly,brandy melville,vsco,fun,beautiful,cute | | 128673294 | emilymichel12 | | | 2019-10-28 | Proactive Moderation | 2019-10-28 17:57:49 UTC | Proactive Moderation | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE | Brandy Melville | | | | | | |