# EXHIBIT 624

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15981138 | | Brandy Melville Watermelon | 6861160 | 2015-08-24 19:42:42-07 | 2015-08-24 19:43:48-07 | 24977624 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 3.05 | 3.05 | 1.67 | 0.57 | | shipped | US T-shirt Printing | UNITED STATES |
| 15981194 | | Brandy Melville Los Angeles, CA Sticker | 6861160 | 2015-08-24 19:42:42-07 | 2015-08-24 19:43:48-07 | 24977625 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 3.05 | 3.05 | 1.67 | 0.57 | | shipped | US T-shirt Printing | UNITED STATES |
| 15981138 | | Brandy Melville Watermelon | 6861867 | 2015-08-24 21:13:37-07 | 2015-08-24 21:14:38-07 | 24980961 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 3.05 | 3.05 | 1.67 | 0.57 | | shipped | US T-shirt Printing | UNITED STATES |
| 15981194 | | Brandy Melville Los Angeles, CA Sticker | 6897293 | 2015-08-29 09:39:55-07 | 2015-08-29 09:39:59-07 | 25129897 | StickerProduct | | UNITED STATES | 1 | 3.09 | 3.09 | 1.69 | 0.59 | | shipped | US T-shirt Printing | UNITED STATES |
| 15981194 | | Brandy Melville Los Angeles, CA Sticker | 6925277 | 2015-09-01 15:55:32-07 | 2015-09-01 15:55:35-07 | 25246193 | StickerProduct | | UNITED STATES | 1 | 3.13 | 3.13 | 1.71 | 0.59 | | shipped | US T-shirt Printing | UNITED STATES |
| 15981194 | | Brandy Melville Los Angeles, CA Sticker | 6931448 | 2015-09-02 11:02:23-07 | 2015-09-02 11:05:10-07 | 25272797 | StickerProduct | | NETHERLANDS | 1 | 2.9 | 2.9 | 1.58 | 0.5 | | shipped | US T-shirt Printing | UNITED STATES |
| 15981194 | | Brandy Melville Los Angeles, CA Sticker | 6935041 | 2015-09-02 18:38:05-07 | 2015-09-02 18:38:09-07 | 25288415 | StickerProduct | | UNITED STATES | 1 | 3.13 | 3.13 | 1.71 | 0.6 | | shipped | US T-shirt Printing | UNITED STATES |
| 15981194 | | Brandy Melville Los Angeles, CA Sticker | 6935939 | 2015-09-02 20:29:58-07 | 2015-09-02 20:30:01-07 | 25292737 | StickerProduct | | UNITED STATES | 1 | 3.13 | 3.13 | 1.71 | 0.6 | | shipped | US T-shirt Printing | UNITED STATES |
| 15981138 | | Brandy Melville Watermelon | 6939618 | 2015-09-03 10:46:33-07 | 2015-09-03 10:47:21-07 | 25307380 | StickerProduct | UNITED KINGDOM | UNITED KINGDOM | 1 | 2.77 | 2.77 | 1.51 | 0.43 | | shipped | US T-shirt Printing | UNITED STATES |

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43100443 | | 1984 Los Angeles Logo | 34371914 | 2020-04-19 19:13:30-07 | 2020-04-19 19:13:35-07 | 148194301 | StickerProduct | CANADA | CANADA | 1 | 3.59 | 3.59 | 1.65 | 1.27 | | shipped | Hardwood | CANADA |
| 30013252 | | brandy melville california palm tree sticker | | | | | | | | | | | | | | | | |
| 34283553 | | Brandy Melville USA | | | | | | | | | | | | | | | | |
| 36232766 | | bear!! | | | | | | | | | | | | | | | | |
| 36872353 | | brandy Melville cute sticker set | | | | | | | | | | | | | | | | |
| 36872578 | | brandy Melville cute sticker set | | | | | | | | | | | | | | | | |
| 37575141 | | USA red sticker | | | | | | | | | | | | | | | | |
| 37951410 | | Brandy Melville Malibu sticker | | | | | | | | | | | | | | | | |
| 38267846 | | brandy melville green LA sticker set | | | | | | | | | | | | | | | | |

270

TE624_284