# EXHIBIT 627

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9145877 | 2016-03-27 13:09:12-07 | 2016-03-27 13:10:25-07 | 33708096 | StickerProduct | CANADA | CANADA | 1 | 1.27 | 1.27 | 0.21 | 0.29 | | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9149655 | 2016-03-27 21:14:05-07 | 2016-03-27 21:14:44-07 | 33724080 | StickerProduct | UNITED KINGDOM | UNITED KINGDOM | 1 | 0.75 | 0.75 | 0.13 | -0.14 | | shipped | European Prints | UNITED KINGDOM |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9158753 | 2016-03-28 13:51:59-07 | 2016-03-28 13:52:02-07 | 33764863 | StickerProduct | | UNITED STATES | 1 | 1.58 | 1.58 | 0.26 | 0.55 | 2016-04-04 09:58:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9179051 | 2016-03-30 14:33:07-07 | 2016-03-30 14:33:11-07 | 33858485 | StickerProduct | | UNITED STATES | 1 | 1.59 | 1.59 | 0.27 | 0.56 | 2016-04-04 11:15:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9192706 | 2016-04-01 08:31:51-07 | 2016-04-01 08:32:25-07 | 33912900 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.72 | 1.72 | 0.29 | 0.68 | 2016-04-09 12:23:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9227055 | 2016-04-04 20:22:21-07 | 2016-04-04 20:23:02-07 | 34050836 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.03 | 1.03 | 0.17 | 0.1 | 2016-04-11 09:48:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9234551 | 2016-04-05 15:28:18-07 | 2016-04-05 15:29:52-07 | 34082367 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.73 | 1.73 | 0.29 | 0.67 | 2016-04-13 13:05:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9251600 | 2016-04-07 15:04:16-07 | 2016-04-07 15:05:58-07 | 34152978 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.73 | 1.73 | 0.29 | 0.67 | 2016-04-15 10:53:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9252327 | 2016-04-07 16:40:00-07 | 2016-04-07 16:40:04-07 | 34155893 | StickerProduct | | UNITED STATES | 1 | 1.73 | 1.73 | 0.29 | 0.67 | 2016-04-15 08:41:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | BRANDY♥MELVILLE | Brandy Melville | 9275258 | 2016-04-10 16:12:24-07 | 2016-04-10 16:13:27-07 | 34243711 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.75 | 1.75 | 0.29 | 0.69 | 2016-04-18 14:08:00 UTC | shipped | US T-shirt Printing | UNITED STATES |

TE627_001

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21164191 | | Brandy Melville | 19992023 | 2018-05-12 00:20:08-07 | 2018-05-12 00:20:13-07 | 81223825 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.65 | 1.65 | 0.28 | 0.85 | 2018-05-18 15:48:00 UTC | shipped | Blik | UNITED STATES |
| 21164191 | | Brandy Melville | 19994786 | 2018-05-12 07:58:18-07 | 2018-05-12 07:58:22-07 | 81233950 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.65 | 1.65 | 0.28 | 0.79 | 2018-05-18 13:04:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | | Brandy Melville | 20002562 | 2018-05-12 20:29:46-07 | 2018-05-12 20:29:50-07 | 81267744 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.47 | 2.47 | 0.41 | 1.48 | 2018-05-18 14:38:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 23886270 | | brandy melville sticker | 20006001 | 2018-05-13 07:03:23-07 | 2018-05-13 07:03:27-07 | 81281407 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 5.19 | 5.19 | 2.45 | 2.22 | 2018-05-19 13:12:00 UTC | shipped | Blik | UNITED STATES |
| 21164191 | | Brandy Melville | 20009022 | 2018-05-13 11:33:20-07 | 2018-05-13 11:33:24-07 | 81293838 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 7.88 | 7.88 | 1.31 | 4.72 | 2018-05-19 10:21:00 UTC | shipped | Blik | UNITED STATES |
| 23886270 | | brandy melville sticker | 20013855 | 2018-05-13 17:49:46-07 | 2018-05-13 17:49:52-07 | 81315746 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.6 | 2.6 | 1.23 | 0.85 | 2018-05-19 10:32:00 UTC | shipped | Blik | UNITED STATES |
| 21164191 | | Brandy Melville | 20014633 | 2018-05-13 18:51:33-07 | 2018-05-13 18:51:36-07 | 81319537 | StickerProduct | | UNITED STATES | 1 | 1.64 | 1.64 | 0.28 | 0.84 | 2018-05-18 16:36:00 UTC | shipped | Blik | UNITED STATES |
| 21164191 | | Brandy Melville | 20015846 | 2018-05-13 20:34:10-07 | 2018-05-13 20:34:15-07 | 81325779 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.64 | 1.64 | 0.28 | 0.78 | 2018-05-18 13:13:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 21164191 | | Brandy Melville | 20030775 | 2018-05-14 17:02:36-07 | 2018-05-14 17:02:40-07 | 81385255 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.64 | 1.64 | 0.28 | 0.84 | 2018-05-19 12:29:00 UTC | shipped | Blik | UNITED STATES |
| 21164191 | | Brandy Melville | 20031415 | 2018-05-14 17:44:40-07 | 2018-05-14 17:44:43-07 | 81388261 | StickerProduct | | UNITED STATES | 1 | 1.64 | 1.64 | 0.28 | 0.84 | 2018-05-19 11:13:00 UTC | shipped | Blik | UNITED STATES |

TE627_188

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21164191 | | Brandy Melville | 20045524 | 2018-05-15 15:00:57-07 | 2018-05-15 15:01:01-07 | 81447021 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.65 | 1.65 | 0.28 | 0.85 | 2018-05-22 11:16:00 UTC | shipped | Blik | UNITED STATES |
| 21164191 | | Brandy Melville | 20045907 | 2018-05-15 15:32:42-07 | 2018-05-15 15:32:47-07 | 81448700 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.65 | 1.65 | 0.28 | 0.85 | 2018-05-21 15:06:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 21080011 | 2018-07-24 15:34:13-07 | 2018-07-24 15:34:16-07 | 85988259 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.02 | 2.02 | 0.62 | 0.88 | 2018-07-31 16:11:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 21215837 | 2018-08-01 23:22:33-07 | 2018-08-01 23:22:37-07 | 86671380 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.01 | 2.01 | 0.62 | 0.86 | 2018-08-11 14:56:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 21280641 | 2018-08-05 19:23:04-07 | 2018-08-05 19:23:07-07 | 87013527 | StickerProduct | | UNITED STATES | 1 | 2.02 | 2.02 | 0.62 | 0.8 | 2018-08-10 14:04:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733465 | | brandy melville | 21289096 | 2018-08-06 09:51:11-07 | 2018-08-06 09:51:19-07 | 87058036 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.01 | 2.01 | 0.62 | 0.79 | 2018-08-13 13:35:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733465 | | brandy melville | 21310567 | 2018-08-07 07:52:14-07 | 2018-08-07 07:52:18-07 | 87170016 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.02 | 2.02 | 0.62 | 0.81 | 2018-08-15 11:09:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733465 | | brandy melville | 21332928 | 2018-08-08 12:41:08-07 | 2018-08-08 12:41:12-07 | 87287817 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 3.58 | 3.58 | 1.12 | 1.93 | 2018-08-18 16:14:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 21348288 | 2018-08-09 10:11:49-07 | 2018-08-09 10:11:55-07 | 87368126 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.01 | 2.01 | 0.62 | 0.86 | 2018-08-15 15:06:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 21350270 | 2018-08-09 12:09:58-07 | 2018-08-09 12:10:02-07 | 87378383 | StickerProduct | | UNITED STATES | 1 | 2.01 | 2.01 | 0.62 | 0.86 | 2018-08-17 10:28:00 UTC | shipped | Blik | UNITED STATES |

TE627_189

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32733465 | | brandy melville | 22532082 | 2018-10-03 16:36:50-07 | 2018-10-03 16:36:53-07 | 94049104 | StickerProduct | | CANADA | 1 | 1.81 | 1.81 | 0.56 | 0.64 | | shipped | Hardwood | CANADA |
| 32733465 | | brandy melville | 22535668 | 2018-10-03 20:06:05-07 | 2018-10-03 20:06:10-07 | 94072410 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.9 | 2018-10-09 16:03:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 22551488 | 2018-10-04 16:43:19-07 | 2018-10-04 16:43:33-07 | 94153028 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.9 | 2018-10-12 11:59:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 22558998 | 2018-10-05 04:26:01-07 | 2018-10-05 04:26:10-07 | 94194706 | StickerProduct | UNITED STATES | SINGAPORE | 1 | 2.11 | 2.11 | 0.65 | 0.84 | | shipped | US T-shirt Printing | UNITED STATES |
| 32733465 | | brandy melville | 22562509 | 2018-10-05 09:36:12-07 | 2018-10-05 09:36:16-07 | 94211724 | StickerProduct | | UNITED STATES | 1 | 2.11 | 2.11 | 0.65 | 0.91 | 2018-10-15 14:32:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 22567032 | 2018-10-05 14:12:33-07 | 2018-10-05 14:12:38-07 | 94236412 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.11 | 2.11 | 0.65 | 0.91 | 2018-10-10 10:24:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 22575164 | 2018-10-06 06:02:43-07 | 2018-10-06 06:02:50-07 | 94278382 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.11 | 2.11 | 0.65 | 0.91 | 2018-10-13 13:45:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 22579041 | 2018-10-06 11:29:48-07 | 2018-10-06 11:30:01-07 | 94296538 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.11 | 2.11 | 0.65 | 0.91 | 2018-10-13 14:41:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 22597190 | 2018-10-07 12:14:56-07 | 2018-10-07 12:15:03-07 | 94383757 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.11 | 2.11 | 0.65 | 0.91 | 2018-10-15 18:18:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 22602602 | 2018-10-07 16:18:40-07 | 2018-10-07 16:18:50-07 | 94413210 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.11 | 2.11 | 0.65 | 0.91 | 2018-10-13 11:32:00 UTC | shipped | Blik | UNITED STATES |

TE627_209

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32733465 | | brandy melville | 25633608 | 2019-02-06 22:07:18-08 | 2019-02-06 22:07:20-08 | 108656031 | StickerProduct | | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.9 | 2019-02-14 12:45:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 25639974 | 2019-02-07 09:57:26-08 | 2019-02-07 09:57:31-08 | 108685850 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.9 | 2019-02-13 10:56:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 25641664 | 2019-02-07 11:34:10-08 | 2019-02-07 11:34:13-08 | 108694411 | StickerProduct | | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.9 | 2019-02-12 15:31:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 25647882 | 2019-02-07 17:25:15-08 | 2019-02-07 17:25:18-08 | 108727871 | StickerProduct | | UNITED STATES | 1 | 3.17 | 3.17 | 0.99 | 1.63 | 2019-02-20 09:34:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 25648805 | 2019-02-07 18:17:42-08 | 2019-02-07 18:17:46-08 | 108733749 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.83 | 2019-02-14 10:13:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733465 | | brandy melville | 25649818 | 2019-02-07 19:10:34-08 | 2019-02-07 19:10:37-08 | 108740437 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.9 | 2019-02-20 12:50:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 25651833 | 2019-02-07 21:31:28-08 | 2019-02-07 21:31:39-08 | 108752566 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.83 | 2019-02-14 14:48:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 34639568 | | Brandy Melville Logo | 25651833 | 2019-02-07 21:31:28-08 | 2019-02-07 21:31:39-08 | 108752569 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.75 | 1.75 | 0.3 | 0.83 | 2019-02-14 14:48:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733465 | | brandy melville | 25657290 | 2019-02-08 08:25:52-08 | 2019-02-08 08:26:01-08 | 108778079 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.9 | 2019-02-20 12:44:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 25661762 | 2019-02-08 12:53:46-08 | 2019-02-08 12:53:52-08 | 108801115 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.9 | 2019-02-21 17:57:00 UTC | shipped | Blik | UNITED STATES |

TE627_280

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32733465 | | brandy melville | 27400459 | 2019-05-27 16:13:27-07 | 2019-05-27 16:13:29-07 | 117505965 | StickerProduct | | UNITED STATES | 1 | 2.38 | 2.38 | 0.89 | 0.93 | 2019-06-03 15:12:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 27400910 | 2019-05-27 16:39:06-07 | 2019-05-27 16:39:17-07 | 117508458 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.38 | 2.38 | 0.89 | 0.93 | 2019-06-05 13:21:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 27401037 | 2019-05-27 16:46:33-07 | 2019-05-27 16:46:41-07 | 117509070 | StickerProduct | CANADA | CANADA | 1 | 1.98 | 1.98 | 0.74 | 0.6 | | shipped | Hardwood | CANADA |
| 32733465 | | brandy melville | 27401512 | 2019-05-27 17:13:43-07 | 2019-05-27 17:13:57-07 | 117511769 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.38 | 2.38 | 0.9 | 0.92 | | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 27401852 | 2019-05-27 17:31:08-07 | 2019-05-27 17:31:18-07 | 117513783 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.38 | 2.38 | 0.9 | 0.84 | 2019-05-30 12:17:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 34639568 | | Brandy Melville Logo | 27412936 | 2019-05-28 10:20:18-07 | 2019-05-28 10:20:21-07 | 117570165 | StickerProduct | | CANADA | 1 | 1.48 | 1.48 | 0.25 | 0.59 | | shipped | Hardwood | CANADA |
| 34639568 | | Brandy Melville Logo | 27415961 | 2019-05-28 14:10:09-07 | 2019-05-28 14:10:13-07 | 117585549 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.69 | 2.69 | 0.45 | 1.68 | 2019-06-03 11:29:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 27417567 | 2019-05-28 16:29:41-07 | 2019-05-28 16:29:46-07 | 117594055 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.38 | 2.38 | 0.9 | 0.92 | 2019-06-03 12:46:00 UTC | shipped | Blik | UNITED STATES |
| 32733465 | | brandy melville | 27419232 | 2019-05-28 18:44:31-07 | 2019-05-28 18:44:40-07 | 117603440 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.38 | 2.38 | 0.89 | 0.93 | 2019-06-05 12:40:00 UTC | shipped | Blik | UNITED STATES |
| 30195493 | | brandy melville italia sticker | | | | | | | | | | | | | | | | |

TE627_353

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60836923 | | kau yang selalu | | | | | | | | | | | | | | | | |
| 61631164 | | Best Selling - Sports Apparel Logo | | | | | | | | | | | | | | | | |
| 62205192 | | brandy melville logo | | | | | | | | | | | | | | | | |
| 62254357 | | brandy melville | | | | | | | | | | | | | | | | |
| 65997225 | | BRANDY MELVILLE | | | | | | | | | | | | | | | | |
| 72901701 | | Brandy Melville | | | | | | | | | | | | | | | | |
| 73488026 | | Brandy | | | | | | | | | | | | | | | | |
| | | | | | | | | | | 1665 | | 4313.79 | | 1839.3 | | | | |

278

TE627_364