UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING DEFENDANT REDBUBBLE INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>PTSC Date:  May 24, 2021<br>Trial Date:   June 17, 2021 |

# [PROPOSED] ORDER

This matter having come before the Court upon Defendant Redbubble Inc.'s Motion for Judgment as a Matter of Law (the "Motion"; Dkt. No. 185), the Court, having reviewed the motion and related papers, including Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's opposition to the Motion and supporting exhibits, rules as follows:

Redbubble seeks judgment as a matter of law under Federal Rule of Civil Procedure 50. (Mot. at 2.) This Court may only grant the Motion where "the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue." Fed. R. Civ. P. 50(a)(1). That is, the Motion must be denied unless "the evidence presented at trial 'permits only one reasonable conclusion, and that conclusion is contrary to' the jury's verdict." *Strategic Partners, Inc. v. Vestagen Protective Techs., Inc.*, No. 16-cv-5900-RGK, 2017 WL 5951881, at *1 (C.D. Cal. Nov. 13, 2017). Redbubble must, therefore, "show there is no legally sufficient evidentiary basis for a reasonable jury to have found as it did on a given issue." *Id.* Further, "[t]he court must view the evidence in the light most favorable to [Brandy Melville] and draw all reasonable inferences in that party's favor," and the court "must not weigh the evidence or assess the credibility of witnesses." *Id.* This Court "may not substitute its view of the evidence for that of the jury." *Johnson v. Paradise Valley Unified Sch. Dist.*, 251 F.3d 1222, 1227 (9th Cir. 2001).

//
//

Redbubble has failed to carry its burden in the Motion. Redbubble has not demonstrated that "a reasonable jury would not have a legally sufficient evidentiary basis to find" as it did at trial, as evidenced in the jury verdict form (Dkt. No. 193).

Accordingly, Defendant Redbubble Inc.'s Motion for Judgment as a Matter of Law is **DENIED**.

**IT IS SO ORDERED.**

Dated: July___, 2021

                                              Honorable R. Gary Klausner
                                              United States District Court Judge