# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
AMENDED (as to court reporter)
## CIVIL MINUTES - TRIAL

| Case No. | 2:19-cv-04618-RGK-JPRx | | Date | June 23, 2021 |
|---|---|---|---|---|
| Title: | Y.Y.G.M. SA v. Redbubble, Inc. | | | |

Present: The Honorable    R. Gary Klausner, U.S. District Judge

| Joseph Remigio | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Keith Wesley | Joshua Masur |
| Jason Kelly | Jennifer Kuhn |

_____ Day Court Trial    4TH _____ Day Jury Trial

____ One day trial: ____ Begun (1st day); ____ Held & Continued; X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn and testified. ____ Exhibits Identified ____ Exhibits admitted.

____ Plaintiff(s) rest. ____ Defendant(s) rest.

____ Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court instructs jury.

____ Bailiff(s) sworn. ____ Jury retires to deliberate. X Jury resumes deliberations.

X Jury Verdict in favor of X plaintiff(s) ____ defendant(s) is read and filed.

X Jury polled. ____ Polling waived.

X Filed Witness & Exhibit Lists X Filed jury notes. X Filed jury instructions.

____ Judgment by Court for _____ ____ plaintiff(s) ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).

____ Case submitted. ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by  Defendant  is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to _____ for further trial/further jury deliberation.

____ Other: _____

_____ : 15

Initials of Deputy Clerk   jre

cc: