KENNETH B. WILSON (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Tel: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
 jmasur@zuberlawler.com
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Tel: (213) 596-5620 / Fax: (213) 596-5621

JEFFREY J. ZUBER (SBN 220830)
 jzuber@zuberlawler.com
ZUBER LAWLER LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Tel: (213) 596-5620 / Fax: (213) 596-5621

JENNIFER C. KUHN (*Admitted Pro Hac Vice*)
 jkuhn@zuberlawler.com
ZUBER LAWLER LLP
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 717-7430 / Fax: (213) 596-5621

Attorneys for Defendant
Redbubble Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Trial Date: June 22, 2021<br>Time: 11:00 a.m.<br>Crtrm.: 850 |

2911-1006 / 1841911.1

1

I, Joshua M. Masur, declare:

1. I am an attorney with the law firm of Zuber Lawler LLP, counsel of record for defendant Redbubble Inc. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Attached to this Declaration as Exhibit "1" is a true and correct copy of excerpts from the trial transcripts in this case.

3. Attached to this Declaration as Exhibit "2" is a true and correct copy of TE006 admitted as evidence at trial.

4. Attached to this Declaration as Exhibit "3" is a true and correct copy of TE008 admitted as evidence at trial.

5. Attached to this Declaration as Exhibit "4" is a true and correct copy of TE115 admitted as evidence at trial.

6. Attached to this Declaration as Exhibit "5" is a true and correct copy of TE121 admitted as evidence at trial.

7. Attached to this Declaration as Exhibit "6" is a true and correct copy of TE128 admitted as evidence at trial.

8. Attached to this Declaration as Exhibit "7" is a true and correct copy of TE172 admitted as evidence at trial.

9. Attached to this Declaration as Exhibit "8" is a true and correct copy of TE173 admitted as evidence at trial.

10. Attached to this Declaration as Exhibit "9" is a true and correct copy of TE183 admitted as evidence at trial.

11. Attached to this Declaration as Exhibit "10" is a true and correct copy of TE187 admitted as evidence at trial.

12. Attached to this Declaration as Exhibit "11" is a true and correct copy of TE221 admitted as evidence at trial.

13. Attached to this Declaration as Exhibit "12" is a true and correct copy of TE222 admitted as evidence at trial.

14. Attached to this Declaration as Exhibit "13" is a true and correct copy of TE290 admitted as evidence at trial.

15. Attached to this Declaration as Exhibit "14" is a true and correct copy of TE291 admitted as evidence at trial.

16. Attached to this Declaration as Exhibit "15" is a true and correct copy of TE292 admitted as evidence at trial.

17. Attached to this Declaration as Exhibit "16" is a true and correct copy of TE296 admitted as evidence at trial.

18. Attached to this Declaration as Exhibit "17" is a true and correct copy of TE307 admitted as evidence at trial.

19. Attached to this Declaration as Exhibit "18" is a true and correct copy of TE375 admitted as evidence at trial.

20. Attached to this Declaration as Exhibit "19" is a true and correct copy of TE401 admitted as evidence at trial.

21. Attached to this Declaration as Exhibit "20" is a true and correct copy of TE403 admitted as evidence at trial.

22. Attached to this Declaration as Exhibit "21" is a true and correct copy of TE404 admitted as evidence at trial.

I declare under penalty of perjury under the laws of the Unite States of America that the foregoing is true and correct to the best of my knowledge and information.

Executed this 8th day of July, 2021 at San Carlos, California.

                                                /s/ Joshua M. Masur
                                                Joshua M. Masur