# EXHIBIT 1

1        UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3       HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5   Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,   )
    a Swiss corporation,                  )
6                                         )
                    PLAINTIFF,            ) CASE NO.
7                                         )
              vs.                         ) CV 19-04618-RGK
8                                         )
    REDBUBBLE, INC., a Delaware           )
9   corporation,                          ) VOLUME 1
                                          ) PAGES 1 TO 214
10                  DEFENDANT.            )
    _____ )
11

12

13

14                REPORTER'S TRANSCRIPT OF
                       TRIAL DAY 1
15               THURSDAY, JUNE 17, 2021
                       9:05 A.M.
16               LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23   _____

24         MIRANDA ALGORRI, CSR 12743, RPR, CRR
             FEDERAL OFFICIAL COURT REPORTER
              350 WEST 1ST STREET, SUITE 4455
25             LOS ANGELES, CALIFORNIA 90012
                 MIRANDAALGORRI@GMAIL.COM

```
 1                    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:

 4        BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
          BY:  KEITH J. WESLEY
 5        BY:  JASON Y. KELLY
          2121 Avenue of the Stars
 6        Suite 2800
          Los Angeles, California 90067
 7

 8
      FOR THE DEFENDANT:
 9
          ZUBER LAWLER & DEL DUCA, LLP
10        BY:  JOSHUA M. MASUR
          BY:  JENNIFER KUHN
11        BY:  HEMING XU
          2000 Broadway Street
12        Office 154
          Redwood City, California 94063
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **INDEX OF WITNESSES**

2

3  **WITNESSES**                                                           **PAGE**

4  RIANNA, Salvatore

5          Direct examination by Mr. Wesley                    97
           Cross-examination by Masur                          159
6          Redirect examination by Mr. Wesley                 205
           Recross-examination by Mr. Masur                   207
7

8  Walters, Terry

9          Direct examination by Mr. Kelly                    209

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 5 | USPTO Certificate for Registration | 161 | 161 |
| 6 | USPTO Certificate for Registration | 116 | 116 |
| 7 | USPTO Certificate for Registration | 123 | 123 |
| 8 | Brandy Melville Presentation | 182 | 182 |
| 10 | Correspondence | 129 | 129 |
| 110 | Search Results | 133 | 133 |
| 144 | Brandymelvilleusa Instagram | 107 | 107 |
| 155 | E-mail | 175 | 175 |
| 160 | Wesley Letter to Masur | 150 | 150 |
| 160 PG 10 | Wesley Letter to Masur | 201 | 201 |
| 162 | Wesley Letter to Masur | 152 | 152 |
| 181 | Partial Screenshot of Product Listing | 136 | 136 |
| 183 | Partial Screenshot of Product Listing | 139 | 139 |
| 187 PG 1 | Screenshot of Product Listing | 141 | 141 |
| 189 | Screenshot of Search Results | 156 | 156 |
| 200 | News Article | 110 | 110 |
| 214 | Celebuzz Article | 111 | 111 |
| 221 | LA Lightning Apparel | 124 | 124 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 222 | LA Lightning Apparel | 124 | 124 |
| 223 | Brandy Melville Graphics | 104 | 104 |
| 225 | Image of LA Lightning Apparel | 126 | 126 |
| 288 | Images of Brandy Melville Products and Tags | 120 | 120 |
| 294 | Partial Snapshot of Redbubble Webpage | 144 | 144 |
| 328 | Images of Signs | 101 | 101 |
| 328 | Images of Signs | 113 | 113 |
| 369 | Redbubble HaleyShore Page | 147 | 147 |
| 375 | California 1984 Apparel | 145 | 145 |
| 376 | California 1984 Products | 146 | 146 |
| 403 | Artist Shop Webpage | 148 | 148 |

1        A        Yes, it was.

2        Q        And did Brandy Melville soon open additional

3    stores in the L.A. area?

4        A        Yes, it did.  It followed with a much larger

5    store at Third Street Promenade in Santa Monica.

6        Q        Okay.  And since the first U.S. Brandy Melville

7    store opened in 2009, has the brand expanded nationwide?

8        A        Yes, it has.

9        Q        And is the brand still family-owned?

10       A        It is.

11       Q        Okay.  Let's now take a moment and talk about

12   some key characteristics of the brand.  Let's start with the

13   products themselves.

14                What is the approximate price point?

15       A        Retail approximately $20.

16       Q        And can you give the jury a sense of what type of

17   product $20 might buy at a Brandy Melville store?

18       A        Sure.  We sell tops and sweatshirts and hoodies

19   that are washed quite well.  Use superior fabrics to other

20   similar brands in the zone.  It's quite a value for $20.

21       Q        And in your view, are the products well made?

22       A        They are.  They are predominantly made in Italy,

23   and Italy is known for an artisan manufacturing hand when it

24   comes to apparel products.

25       Q        And how would you describe the look and feel of

1   the products?

2          A       It's very unique.  It's Italian designed with

3   that kind of California relaxed feel.

4          Q       And does Brandy Melville spend significant time

5   and money coming up with its product's designs?

6          A       Yes, we do.  We employ many artists that come up

7   with our graphics and unique designs for the brand.

8          Q       And how often does Brandy Melville put out new

9   designs?

10         A       Regularly.  We can sometimes deliver twice a week

11  to a store.

12         Q       And why so often?

13         A       Well, we like to give our customers something

14  new, another reason to visit our store and find something that

15  she didn't see the last time she was there.

16         Q       Okay.  I would ask the clerk to hand you

17  volume 8, and take a look at what's been marked for

18  identification as Exhibit 223.

19         A       Yes, I'm there.

20         Q       Okay.  And what is Exhibit 223?

21         A       It is an image of our motor show graphic.

22         Q       Okay.  And there's multiple pages to the exhibit;

23  correct?

24         A       Yes, there are.

25         Q       There are a series of products depicted there;

```
 1                    MR. WESLEY:  Yes.

 2                    MR. MASUR:  Objection, Your Honor.

 3                    THE COURT:  Grounds for the objection?

 4                    MR. MASUR:  I believe we're supposed to move

 5    individual pages.

 6                    THE COURT:  Well, the only thing that's going to

 7    come into evidence is what pages he testifies to.

 8                    MR. MASUR:  My apologies.

 9         Q     BY MR. WESLEY:  Okay.  So you have seen

10    Exhibits 197 through 217; correct?

11         A     Yes.

12         Q     And did you prepare all of those articles as

13    examples of Brandy Melville in the press?

14         A     Yes.

15                    MR. WESLEY:  Your Honor, I move Exhibits 197 to

16    217.

17                    THE COURT:  Is there still an objection?

18                    MR. MASUR:  Yes.

19                    THE COURT:  Sustained.

20                    He hasn't identified each one.  He's going to

21    have to identify each item that you want to move into evidence.

22                    MR. WESLEY:  Okay.

23         Q     Let's just look at a couple of them.  Take a look

24    at Exhibit 200.  That appears to be a printout from a website

25    *Who What Wear*.
```

```
1                    Do you see that?

2         A      I do.

3         Q      Is this an actual printout from the website

4    Who What Wear that you printed out for me?

5         A      Yes.

6         Q      And does it feature the Brandy Melville

7    trademark?

8         A      Yes.

9                MR. WESLEY:  Your Honor, move Exhibit 200.

10               THE COURT:  It will be received.

11           (Marked for identification and received

12           into evidence Exhibit No. 200.)

13        Q      BY MR. WESLEY:  Let's just give the jury a sense

14   of what we're talking about here.  See, it says, "Three

15   Brandy Melville basics Kaia Gerber, Sophia Richie, and

16   Lily-Rose Depp own."

17        A      Yes.

18        Q      Is that an example of the unsolicited press we're

19   talking about?

20        A      Yes, it is.

21        Q      For those of us who are not up on our Us Weekly

22   these days, are those celebrities?

23        A      They are.

24        Q      Let's look at one other.  Look at Exhibit 214,

25   please, which appears to be a printout from a website called
```

```
 1   Celebuzz.
 2                Do you see that?
 3        A      Which volume?
 4        Q      It would be volume 8, and it's Exhibit 214.
 5        A      Yes.
 6        Q      Is that another article that you located online?
 7        A      Yes.
 8        Q      Does it truly and correctly depict what you saw
 9   online?
10        A      Yes.
11                MR. WESLEY:  Okay.  Move Exhibit 214.
12                THE COURT:  It will be received.
13             (Marked for identification and received
14             into evidence Exhibit No. 214.)
15        Q      BY MR. WESLEY:  This one says, "Taylor Swift" --
16   I do know her -- "hanging out in New York like a commoner leads
17   this weekend's hottest star sightings."  It goes on to say,
18   "The 25 year-old pop star was out and about like a total
19   commoner shopping for clothes at Brandy Melville in SoHo and
20   then for some groceries at Whole Foods in Tribeca."
21                Do you see that?
22        A      I do.
23        Q      And does Brandy Melville, in fact, have a SoHo
24   store?
25        A      Yes.
```

1     Q      To your knowledge, has Taylor Swift shopped

2  there?

3     A      Yes.

4     Q      Okay.  I will move on from celebrity gossip.

5            Let's talk now about the in-store shopping

6  experience at a Brandy Melville store.  How would you describe

7  the look and feel of the Brandy Melville in the U.S.?

8     A      Very boutique'ish, very soft colors, lots of wood

9  but very straightforward.

10    Q      And are there any signs hanging around?

11    A      Absolutely.  Signs have become synonymous with

12  the brand, signs featuring our logo.

13    Q      And I would ask you to go back to Exhibit 328

14  which is in volume 11.  We talked about one page, but I would

15  like you to look at the others.

16    A      Exhibit 328?

17    Q      Yes.

18    A      Okay.  I'm there.

19    Q      Okay.  Are you familiar with the products

20  depicted in 328?

21    A      Yes, I am.

22    Q      And what are they?

23    A      Brandy Melville wooden sign.

24    Q      And flip through the other pages.  Are you

25  familiar with those products as well?

1      A      I am.

2      Q      And what are they?

3      A      Brandy Melville wooden signs.

4             MR. WESLEY:  Your Honor, move the rest of

5      Exhibit 328.

6             THE COURT:  It will be received.

7          (Marked for identification and received

8          into evidence in whole Exhibit No. 328.)

9      Q      BY MR. WESLEY:  To give the jury a sense of what

10     we're talking about, is this one of the authentic

11     Brandy Melville signs?

12     A      Yes, it is.

13     Q      Okay.  Is this another example of an authentic

14     Brandy Melville sign?

15     A      Yes, it is.

16     Q      And how, if at all, do these signs benefit the

17     brand, in your view?

18     A      Our customers seem to love them.  It gives them

19     an opportunity to take a piece of the brand home with them,

20     hang it in their bedrooms.  They really seem to gravitate

21     towards that.

22     Q      And does Brandy Melville also use stickers at all

23     in its promotions?

24     A      Yes.  Stickers have become a key feature to the

25     brand.  We give them for free with purchase.  We give our

1    customers an opportunity to use them on their laptops, on cell

2    phones, very, very popular.

3           Q      Okay.  Let's take a look at what's in evidence as

4    Exhibit 223, page 34.

5                  Do you see this?

6           A      Volume 8, I believe.

7           Q      This one is in evidence.  I'm just showing it to

8    you on the screen.

9           A      Okay.

10          Q      Do you see?

11          A      I do.

12          Q      Do you see the screen?  What are those?

13          A      These are Brandy Melville stickers.

14          Q      Do you see -- it's a little faint, but do you see

15   there's -- down here there's brandymelvilleusa.com?

16          A      Yes.

17          Q      And is that something that Brandy Melville

18   includes on its stickers regularly?

19          A      Yeah.  On several.

20          Q      Just one more on the stickers.  This is

21   Exhibit 223, page 193.

22                 Do you see what appears to be a wall of stickers?

23          A      Yeah.  This is a common look in our stores.  We

24   use the stickers to decorate the stores as well.

25          Q      Okay.  So we have now briefly discussed certain

1    aspects of the Brandy Melville brand, product, signage,

2    stickers, stores.  Let's discuss whether or not the strategy

3    has worked.

4              Since the opening of the first

5    U.S. Brandy Melville store in Westwood in 2009, has

6    Brandy Melville opened additional stores in the U.S.?

7         A    Yes, we have.

8         Q    And how many retail locations currently exist in

9    the U.S.?

10        A    Approximately 35.

11        Q    And where are they located?

12        A    Major cities -- Los Angeles, San Francisco,

13   Chicago, New York.

14        Q    How about worldwide?

15        A    Worldwide, I believe there's approximately 100.

16        Q    And does Brandy Melville also have a website?

17        A    Yes, we do.

18        Q    And can consumers order products from those

19   websites?

20        A    Yes, they can.

21        Q    And between the retail stores and -- let's just

22   focus on U.S. now.  Between the retail stores and E-commerce

23   business, how many people does Brandy Melville employ?

24        A    Approximately 800.

25        Q    Okay.  And other than sort of the commercial

1    metrics, have you personally witnessed any other indications

2    that the branding strategy is working?

3        A      Yes, I have.  I mean, in my 25 years I would say

4    this brand is one of the most successful I have ever seen.

5    When we open a store, mothers and daughters drive for hours to

6    wait in line for the first opening and to be first in line.  We

7    have some of the most passionate customers I have ever seen in

8    fashion.

9        Q      Okay.  New topic.

10            The trademarks in question in this case, does

11   Brandy Melville own trademarks in the United States?

12       A      Yes.

13       Q      And, in your view, do the trademarks provide any

14   value to the brand?

15       A      Very much so.  We use them on our storefronts.

16   They're on every product, yes.

17       Q      Okay.  Let's look at a few of them.

18            Your Honor, I would ask that Exhibit 6, which is

19   the trademark registration for the Brandy Melville trademark,

20   be admitted based on stipulation.

21            THE COURT:  It will be received.

22            (Marked for identification and received

23            into evidence Exhibit No. 6.)

24       Q      BY MR. WESLEY:  Okay.  I will put this up for the

25   jury to see.

1    Q    And is that common for your apparel to have

2  sewn-in Brandy Melville tags?

3    A    Yes, it is.

4    Q    And how would you describe this tag?

5    A    That's a hangtag.

6    Q    Okay.  And are hangtags commonly placed on

7  Brandy Melville products?

8    A    Yes.  That's where we usually place the price.

9    Q    Okay.  And is that all Brandy Melville products?

10   A    Yes.

11   Q    Okay.  I will give you one other example, page 2

12 of Exhibit 288.

13        Is this another example of the trademark on

14 Brandy Melville clothes?

15   A    Yes, it is.

16   Q    Okay.  And, in your view, does the

17 Brandy Melville trademark provide any value for the business?

18   A    Substantial, yes.

19   Q    And has Brandy Melville used variations of the

20 trademark as well?

21   A    Yes.

22   Q    Has Brandy Melville marked any products with its

23 website URL?

24   A    Yes, we have.

25   Q    Okay.  Showing you Exhibit 223, page 34, is this

1    an example of a product marked with the Brandy Melville URL?

2         A       Yes, it is.

3         Q       And has Brandy Melville done this continuously

4    for several years?

5         A       Yes.

6         Q       And has Brandy Melville marked products with the

7    physical address of its stores?

8         A       Yes, it has.

9         Q       And has Brandy Melville done that continuously?

10        A       Yes.  Yes, it has.

11        Q       I'm showing you page 16 of Exhibit 223.

12                Do you see this product?

13        A       Yes, I do.

14        Q       Is it an authentic Brandy Melville key chain?

15        A       It is.

16        Q       And there is an address -- it's kind of hard to

17   read but appears to be in Santa Monica?

18        A       Yes.

19        Q       What is that address?

20        A       Of the store.

21        Q       The Brandy Melville store?

22        A       Yes.  The Brandy Melville store, yes.

23        Q       Okay.  Showing you Exhibit 223, page 20, do you

24   see this product?

25        A       I do.

1      A     This is an LA Lightning button sweatshirt.

2      Q     Okay.  I'm showing you Exhibit 222.  Do you see

3 this product?

4      A     I do.

5      Q     And what is that?

6      A     That is our LA Lightning crop T-shirt.

7      Q     Okay.  Below that there are some other products

8 that look like they have the mark.

9      A     Yes.

10      Q     Do they?

11      A     They do.

12      Q     And so --

13      A     Tank tops, T-shirts.

14      Q     And so was this LA Lightning mark sold on

15 multiple different types of apparel?

16      A     Yes, it was.

17      Q     And approximately how many different types?

18      A     Over a half dozen.

19      Q     Okay.  Same binder, take a look at Exhibit 225,

20 please.

21      A     Yes.

22      Q     Do you see the picture in Exhibit 225?

23      A     I do.

24      Q     What is that picture of?

25      A     That is an LA Lightning decorative sign.

```
1        Q       Where is that located?

2        A       We place those throughout our store.

3                MR. WESLEY:  Okay.  Move Exhibit 225.

4                THE COURT:  It will be received.

5            (Marked for identification and received

6            into evidence Exhibit No. 225.)

7        Q       BY MR. WESLEY:  Is this the decorative sign you

8    were describing?

9        A       Yes, it is.

10       Q       Above that is this another Brandy Melville

11   design?

12       A       Yes, it is.

13       Q       And has the LA Lightning mark ever been used in

14   the Santa Monica store?

15       A       Yes, it has.

16       Q       In what way?

17       A       Behind our Santa Monica store, we have a key

18   feature.  We have a fence which many of our customers have

19   found and taken selfies in front of.  We actually had painted

20   somewhat of a mural of LA Lightning behind there.

21       Q       Okay.  And has Brandy Melville used the

22   LA Lightning mark on stickers?

23       A       Yes, it has.

24       Q       And has Brandy Melville used the mark

25   continuously from early 2018 to the present?
```

 1    says "Brandy Melville" under wall tapestries.

 2              Do you see this?

 3    A    Yes.

 4    Q    Is this another product you saw after sending the

 5    cease and desist letter?

 6    A    Yes, it is.

 7    Q    If you see here, there is a category that says

 8    available products and the number 9.

 9    A    Yes.

10    Q    And did you ever look into what that meant on the

11    Redbubble site?

12    A    Yes.

13    Q    What did you discover?

14    A    There were nine other types of products utilizing

15    that same logo.

16    Q    What types of products have you seen this logo on

17    Redbubble?

18    A    Mugs, T-shirts, hats, men's T-shirts.

19    Q    Is it true that, after sending the cease and

20    desist letter, you continued to see products that you objected

21    to on Redbubble?

22    A    Yes.  If not more.

23    Q    Why didn't you just immediately run out and sue?

24    A    There were so many.  There were thousands that we

25    assumed that it would take some time to go through it and

 1        Q       And it says, "Copy of Los Angeles lightning bolt

 2   black Brandy Melville slim fit T-shirt."

 3                Do you see that?

 4        A       I do.

 5        Q       Do you see there's a design on it?

 6        A       Yes.

 7        Q       And is that, in your view, your Los Angeles

 8   Lightning trademark?

 9        A       Yes, it is.

10        Q       Okay.  But it looks to be cut off.

11        A       It is.

12        Q       Did you notice that?

13        A       I did.

14        Q       Did you feel like this was a good thing for the

15   brand or a bad thing or indifferent?

16        A       Absolutely not good for the brand.

17        Q       Why not?

18        A       Well, this is a variation in the men's T-shirt

19   that we would never sell and create customer confusion.

20        Q       And did this -- did this product contribute to

21   your decision to file suit?

22        A       Absolutely.

23        Q       Okay.  Now let's discuss whether, in your view,

24   the filing of a lawsuit solved the problem.

25                After filing the lawsuit, did you continue to see

1    Q       That shows some of the designs that you were

2  seeing when typing in Brandy Melville into Redbubble; correct?

3    A       Correct.

4    Q       And so, for example, on the left is a product

5  that Brandy Melville had sold.

6             THE COURT:  Are you talking about page 2?

7             MR. WESLEY:  Sorry, Your Honor.  Page 4.

8             THE COURT:  Page 4.  Okay.

9             THE WITNESS:  Yes.

10   Q       BY MR. WESLEY:  And on the right is a product

11  that you saw on Redbubble?

12   A       Yes.

13   Q       Page 9 is a patch that was seen in

14  Brandy Melville stores?

15   A       Yes.

16   Q       On the right, was that a design you saw on

17  Redbubble?

18   A       Yes, it is.

19   Q       Okay.  And some of these designs, I mean,

20  U.S.A. -- you don't claim ownership of the U.S.A.?

21   A       Absolutely not.

22   Q       Right.  Then why were you concerned about designs

23  being sold on Redbubble?

24   A       Well, these are I think exact replicas of the way

25  our artists designed those logos.

1      Q      Flip a few exhibits ahead, same volume, to

2  Exhibit 162.

3      A      I'm there.

4      Q      Okay.  Is this another letter that you authorized

5  counsel to send?

6      A      Yes.

7      Q      And for what purpose?

8      A      Again, to get them to stop.

9             MR. WESLEY:  Okay.  Your Honor, move Exhibit 162.

10            THE COURT:  Okay.  How many pages?

11            MR. WESLEY:  16, Your Honor.

12            THE COURT:  Go ahead.

13         (Marked for identification and received

14         into evidence Exhibit No. 162.)

15     Q      BY MR. WESLEY:  I'm placing page 1 on the screen.

16  This is a letter dated July 19, 2019.

17            Do you see that?

18     A      I do.

19     Q      Your counsel in the letter kind of goes through

20  the process of a consumer searching for Brandy Melville

21  stickers; right?

22     A      Correct.

23     Q      And is this something that you had personally

24  done?

25     A      Absolutely.

```
 1   quarter of 1:00 so we can start right at 1:00 o'clock and get a

 2   full afternoon in.  Okay.

 3                   Okay.  Counsel, cross-examination.  You may

 4   proceed, counsel.

 5                        CROSS-EXAMINATION

 6   BY MR. MASUR:

 7        Q      Good afternoon, Mr. Rianna.  I want to confirm.

 8   What company do you work for?  What company are you the CFO of?

 9        A      I am the CFO for brandymelvilleusa.

10        Q      And that's a separate corporation from

11   Y.Y.G.M. SA; correct?

12        A      It is an authorized licensee.

13        Q      I understand.  That's not the question I asked,

14   sir.

15                   Is it a separate company from Y.Y.G.M. SA?

16        A      It is.

17        Q      And do you know people who work for Y.Y.G.A. SA?

18        A      I do.

19        Q      Are any of them here?

20        A      They are not here.

21        Q      Okay.  They know that this is happening today;

22   correct?

23        A      Absolutely.

24        Q      But they're not here.

25        A      They're not here.
```

1    Q      Now, does Y.Y.G.M. use brandymelvilleusa as a

2    trademark?

3    A      Could you clarify that?

4    Q      Yeah.  My understanding is that brandymelvilleusa

5    or brandymelvilleusa.com is one of the alleged trademarks here;

6    isn't that correct?

7    A      Yes, it is.

8    Q      And is that used by Y.Y.G.M. SA?

9    A      Y.Y.G.M. SA is the owner of Brandy Melville.

10   Q      But not of brandymelvilleusa; correct?

11   A      Not --

12          THE COURT:  If you know.

13          THE WITNESS:  I'm not sure.

14   Q      BY MR. MASUR:  The words "Brandy Melville," do

15   you understand them to be a registered trademark?

16   A      Along with the graphic, yes.

17   Q      So it's your understanding that the words

18   "Brandy Melville," not just the design Brandy Melville with a

19   heart or a flag in it, is a registered trademark?

20   A      I believe both are.

21   Q      Why don't we start with Exhibit 5.

22          Do you recognize this document, sir?

23   A      I do.

24   Q      We brought this in I believe previously, didn't

25   we?  This came in during your testimony?  No, it didn't.

1               Can we move it in?

2               THE CLERK:  What exhibit number?

3               MR. MASUR:  This is Exhibit 5.  It's subject to

4     the stipulation.

5               THE COURT:  Do you have Exhibit 5 in front of

6     you?

7               MR. MASUR:  It should be coming up on his screen,

8     I believe.

9               THE COURT:  Let's wait until he knows what he's

10    talking about.

11              MR. MASUR:  I believe it should be up on his

12    screen already.

13              THE WITNESS:  Yeah.  It's up on the screen.

14              THE COURT:  It's up on your screen?

15              THE WITNESS:  Yes.

16              THE COURT:  But it's not published yet.  Okay.

17    That's fine.

18              Do you recognize 5?

19              THE WITNESS:  I do.

20              THE COURT:  Do you want to move it in?

21              MR. MASUR:  Yes.

22              THE COURT:  No objection.  It will be received.

23          (Marked for identification and received

24           into evidence Exhibit No. 5.)

25       Q     BY MR. MASUR:  Now, this is the Brandy flags

1   logo.  If I call it that, you will understand what I'm talking

2   about?

3       A       Yes.

4       Q       Do you see where it says, "Class 16, stickers

5   calendars"?

6       A       Yes.

7       Q       And do you have an understanding of what that

8   means?

9       A       I do.

10       Q       What is your understanding of what that means?

11       A       From my understanding, those are the

12   classifications that the mark is registered for.

13       Q       Okay.  And I believe there are more

14   classifications if we go down the page.  Class 18 for casual

15   weekend tote and class 25 for visors being head wear.

16               Do you see that?

17       A       I do.

18       Q       Is that the last on that page?  Okay.

19               So those three classes, is it your understanding

20   that those three classes is what the mark is registered at?

21       A       I believe so.

22       Q       Going to class 16, stickers, has the Brandy

23   brand, as you put it -- the Brandy Melville brand ever put the

24   Brandy flags logo on a sticker?

25       A       I have not seen all the stickers.

1        Q       Have you ever seen a sticker that has the Brandy

2   flags brand?

3        A       I may have.

4        Q       So it's your testimony that this is not a logo

5   that Brandy Melville does not put on stickers?

6        A       Could you say that again?

7        Q       Yeah.  I can probably say that without the double

8   negative.

9                Does Brandy Melville have a policy not to put its

10   flags logo on stickers?

11        A       I'm not aware of such a policy.

12        Q       But you're not aware of any sticker bearing this

13   logo that has been produced by Brandy Melville?

14        A       I am not certain.

15        Q       Okay.  And I know that you're not responsible for

16   all the evidence in this case, but you're not aware of any that

17   was provided to your counsel to be used for evidence?

18        A       I'm not aware.

19        Q       Can we go to the next exhibit, Exhibit 6.  I

20   believe Exhibit 6 has been admitted.  That is the Brandy heart?

21                THE COURT:  6, it's been admitted.

22        Q       BY MR. MASUR:  Actually, I believe that our

23   visualization of it is omitting the heart for the middle.  I

24   think it's just too faint to see.  But you would expect to see

25   a heart there, would you not?

```
1         A       I would.

2         Q       Let's look at those classes here too.

3                 Cleaning and polishing preparations, do you see

4    that?

5         A       Yes.

6         Q       Are you aware of any products that

7    Brandy Melville has sold under that class in the U.S.?

8         A       I am -- I'm not sure.

9         Q       Precious metals and their alibis, class 14.

10        A       Jewelry.

11        Q       Okay.  Can we go to the next class, class 16.

12   Adhesive tapes for stationery or household purposes.

13        A       Yes.

14        Q       You were aware that the Brandy Melville heart

15   logo has been used on one of those items?

16        A       Yes.

17        Q       Which item?

18        A       I believe the tape to wrap products for our

19   E-commerce.

20        Q       Okay.  Can we go to the next.  Leather and

21   imitation leather, has this logo been used on leather or

22   imitation leather or other items?

23        A       I believe so.

24        Q       How has it been used on those?

25        A       I believe on handbags.
```

```
1        Q       On the handbag itself or on the hangtag on the
2   handbag?
3        A       Maybe both.
4        Q       Do you know whether you provided a photograph of
5   any example of it being used on one of these items to your
6   counsel?
7        A       I'm not certain.
8        Q       So you're not sure whether there is any in
9   evidence here?
10       A       I'm not certain.
11       Q       Okay.  Can we go to the next class, furniture,
12  mirrors, picture frames.  Does Brandy Melville use the
13  Brandy Melville heart logo on any of those?
14       A       I believe so.
15       Q       Which ones?
16       A       I believe the picture frames.
17       Q       And are those in evidence?
18       A       I'm not certain.
19       Q       And it should be clear.  You're not a lawyer.  I
20  don't expect you to know whether they are in evidence.
21               Did you provide any photographs or any examples
22  of a picture frame bearing the Brandy heart logo to your
23  counsel?
24       A       No.
25       Q       Can we go down to the next class?  On this,
```

1   dresses, berets, footwear, et cetera.  I expect you have used

2   the Brandy heart logo on those?

3       A       I'm not certain.

4       Q       Oh, okay.  Can we go to the next class?

5   Actually, I believe that is the end of them, isn't it?

6               Can you read the description where it says the

7   colors and then the mark?

8       A       Where is that?  I'm sorry.

9       Q       There's two paragraphs there that limit this

10  mark.

11      A       Black and pink.

12      Q       And you see also that the mark consists of the

13  wording Brandy Melville in black with a pink heart between

14  Brandy and Melville?

15      A       Yes.

16      Q       So is it your understanding that this

17  registration covers Brandy Melville with a heart between them

18  and not the words Brandy Melville?

19      A       I believe so.

20      Q       Okay.  Can we go back to Exhibit 5.  Let's go

21  back down to "The mark consists of."  Again, see "The mark

22  consists of Brandy Melville with a pair of crisscrossed flags

23  between the Y and M"?

24      A       Yes.

25      Q       Is it your understanding based on this that the

```
 1        A       I believe so.

 2        Q       And I'm trying to understand why the difference

 3   happened.  You're saying that you wanted to give Redbubble

 4   time.

 5        A       Yeah.

 6        Q       But you hadn't given Redbubble time the first

 7   time.

 8        A       Uh-huh.

 9        Q       So I'm confused.

10        A       Sure.  I'll expand.

11        Q       Sure.

12        A       After we had given notice and Redbubble in this

13   e-mail claimed to remove the items, then the same items

14   reappeared.

15        Q       Right.  That explains why you would reach out

16   again if you thought that those were infringing.  I'm trying to

17   figure out why you didn't reach out for over a year.

18        A       Well, from our perspective, it was Redbubble's

19   responsibility to not have them reappear again.

20        Q       Has anyone ever told you that they thought that

21   Redbubble was selling authentic Brandy Melville merchandise?

22        A       Yes.

23        Q       Who was that?

24        A       Our -- the first person that notified us.

25        Q       And who was that?
```

1       Q       BY MR. MASUR:  But you can't recall sitting here

2  today?

3       A       I can't recall.

4       Q       Where are Brandy Melville's goods sold?

5       A       In the United States?

6       Q       You're right.  Sorry.  That was again an unartful

7  and vague question.  I apologize.  Yes.  In the United States.

8  What retail outlets are authorized Brandy Melville goods sold?

9       A       We have two, direct retail stores and an

10  E-commerce site.

11      Q       And that's it?

12      A       We also wholesale under a different mark to

13  PacSun.

14      Q       Under a different mark?  What is that different

15  mark?

16      A       John Galt.

17      Q       And that's not at issue here; correct?

18      A       I don't believe so.

19      Q       I'd like to pull up Exhibit 8 but not for the

20  jury yet.

21              Mr. Rianna, do you recognize this document?

22      A       Do you mean the photograph?

23      Q       Would you like us to flip through it to show the

24  rest of the pages?

25              THE COURT:  Well, it's your choice.

1       A       It does use the mark.

2       Q       The flags mark on stickers specifically?

3       A       I'm not sure if it's used on stickers.

4       Q       Is it used on the front of T-shirts?

5       A       I'm not sure.  It's used on the neck and

6  hangtags.

7       Q       Are you aware of any T-shirts where it is used as

8  a graphic on the front?

9       A       I'm not sure.

10      Q       Okay.  And you're not aware of anywhere it's --

11  of any stickers you're not -- sitting here today, you're not

12  aware of any stickers where it's used?

13      A       I'm not certain.

14      Q       Okay.  What about the Brandy hearts logo --

15  heart, singular, logo?

16      A       What about it?

17      Q       Are you aware of any stickers that

18  Brandy Melville produces that have the Brandy heart logo on

19  them?

20      A       I'm not sure about stickers, but it's on all of

21  our hangtags, and it's on the neck of the products.

22      Q       But not on stickers; correct?

23      A       I'm not sure.

24      Q       But you're not aware of any, again, to be clear?

25      A       I'm not certain.

```
 1                  MR. MASUR:  Exhibit 222, I believe this has been
 2    admitted already.  Am I correct?  222.
 3                  THE COURT:  It's been admitted.
 4                  MR. MASUR:  It has.  Okay.
 5        Q        This is a Brandy Melville site with the
 6    LA Lightning logo on the shirt; is that correct?
 7        A        Yes, it is.
 8        Q        Are shirts with this logo currently available on
 9    the Brandy Melville website?
10        A        I'm not sure.
11        Q        Okay.  Is it still available in the stores?
12        A        I'm not certain.
13        Q        Didn't you say this was a hot seller?
14        A        Yes, it is.
15        Q        But it's not still in stores?  Strike that.
16    That's not a fair characterization.  You're not sure whether
17    it's still in stores?
18        A        I'm not sure.
19        Q        Okay.  So you don't know whether this logo is
20    still in use by Brandy Melville; correct?
21        A        I'm not sure.
22        Q        Okay.  And you have -- do you know whether
23    Brandy Melville plans to sell apparel with this logo in the
24    future?
25        A        I'm not sure.
```

```
 1        Q       Okay.  Has anyone not affiliated with -- and I
 2   apologize.  I'm going to try to -- I should probably try to
 3   figure out shorthand for this that you and I can both agree on.
 4             Anyone not affiliated with brandymelvilleusa,
 5   Y.Y.G.M., or their various affiliates ever told you that, when
 6   they see this Los Angeles Lightning logo, they associate it
 7   with Brandy Melville?
 8        A       You're saying customers?
 9             THE COURT:  No.  He's saying has anybody that is
10   not affiliated with your organization, has anybody come up and
11   told you that?
12             THE WITNESS:  Well, customers are not
13   necessarily --
14             THE COURT:  Nobody mentioned customers.  Has
15   anybody outside of your corporation ever said that to you?
16             THE WITNESS:  Yeah.  The reason why I wanted a
17   clarification is customers do associate that trademark with --
18             THE COURT:  That will be stricken, and you are to
19   ignore that.
20             That wasn't the question.  The question was has
21   anybody ever told you -- it's a very simple question.  Has
22   anybody ever told you that is not with the organization that
23   they are confused by that logo?
24             THE WITNESS:  I don't recall.
25             THE COURT:  Okay.  That's good enough.
```

1                    THE WITNESS:  Okay.

2         Q       BY MR. MASUR:  What I'm trying to get at,

3    Mr. Rianna, is it your belief that this design is popular

4    because it's a nice design?

5         A       I believe it's popular because it is a nice

6    design and associated with our brand.

7         Q       But has anyone ever told you that they associate

8    it with your brand?

9                    THE COURT:  Outside of your corporation.

10                   THE WITNESS:  The sales data indicates that it's

11   popular --

12                   THE COURT:  I'm going to sustain the objection.

13                   Why do you got to do -- as a witness, your job is

14   just to answer the questions that are asked, not to become

15   argumentative, not to try to figure out where they're going.

16   Just answer the questions that are asked.  That's not the

17   question he asked about sales data.  He's just asking has

18   anybody that is not with your corporation made these statements

19   to you?  He's not saying customers.  Just anybody outside the

20   corporation made these statements to you.

21                   THE WITNESS:  Sorry.  I was confused by --

22                   THE COURT:  It's tough to be a witness.  I

23   understand that.

24                   THE WITNESS:  I just want to make sure I answer

25   correct.

```
 1                    THE COURT:  I understand that.  Don't try to
 2      anticipate where somebody is going.  These attorneys are
 3      seasoned attorneys.  If they want you to embellish on it or
 4      talk further, your counsel or his, they will ask you those
 5      questions.  But right now it should be simple for you.  Just
 6      answer the question.  They want to go further, they will ask
 7      further questions.
 8                    Go ahead, counsel.
 9                    MR. MASUR:  I wish I could have the question read
10      back, but it's not a deposition.
11                    THE COURT:  No.
12           Q      BY MR. MASUR:  Sir, has anyone not affiliated
13      with brandymelvilleusa, Y.Y.G.M., or their affiliates ever told
14      you that they associate this logo with Brandy Melville?
15           A      I'm not sure.
16           Q      You can't recall?
17           A      I can't recall.
18           Q      You don't know whether the appeal of that design
19      to people outside of the Brandy Melville umbrella relates to
20      it's signifying Brandy Melville, or it be a nice graphic?
21                    THE COURT:  Other than what people in the company
22      have said.
23           Q      BY MR. MASUR:  Yes.  Other than what people in
24      the company have said?
25           A      This was kind of my earlier answer.  I believe it
```

```
 1    is a very appealing design because it was successful with

 2    our -- again, with the customers.

 3         Q       Does Brandy Melville own copyrights?

 4         A       I believe we may.

 5         Q       In designs that it puts onto T-shirts and such?

 6         A       I believe it may.

 7         Q       Do you know whether they have copyrighted this

 8    design?

 9         A       I'm not sure.

10         Q       Okay.  You testified earlier that Brandy Melville

11    Instagram following has been about 3.9 million followers since

12    you came there?

13         A       Like I said, over 3 million.

14         Q       How long have you been at the company?

15         A       Six years.

16         Q       So over six years it stayed in the range of

17    somewhere over 3 million to 3.9 million?

18         A       I believe it's been over 3 million.

19                 MR. MASUR:  Okay.  Can we go to Exhibit 117.  In

20    that case let's not show this to the jury yet, please.

21                 THE COURT:  The number again?  Exhibit number?

22                 MR. MASUR:  Exhibit No. 117.

23                 Can we zoom in on the top part of that page?  I

24    believe this was one that was in earlier, is it not?  No.  I'm

25    sorry.  This was the wrong one.
```

1      Q      Are you familiar with the term logo-oriented

2   branding?

3      A      I may have heard that in the past.

4      Q      It's not a term you use on a regular basis?

5      A      I believe I have heard of it in the past.

6      Q      But it's not one you have used is my question.

7      A      I may have used it in the past.

8      Q      Do you have an understanding of that term?

9      A      In very general terms.

10     Q      What's your understanding of that term?

11     A      Could you repeat it again?  Logo oriented?

12     Q      Logo-oriented branding?

13     A      Logo-oriented branding.  Okay.  It's branding

14   used in logos.

15     Q      Do you have a nontautological definition of that

16   phrase or understanding of that phrase?

17     A      No.  Just a straightforward one.

18     Q      Okay.  So is it your understanding that

19   Brandy Melville avoids logo-oriented branding?

20     A      Not necessarily.  All our products have a logo on

21   the neck of the garment and on the hangtags.

22     Q      I am sorry.  I'm looking for -- can we go to

23   Exhibit 160, and this has not yet been introduced.

24            Before we show this to the jury, sir, do you

25   recognize this letter?

 1          MR. MASUR:  I believe that's all the questions I

 2  have at the moment.

 3          THE COURT:  Okay.  Redirect.

 4                    **REDIRECT EXAMINATION**

 5  BY MR. WESLEY:

 6      Q     Okay.  Mr. Rianna, counsel asked you about the

 7  relationship with Y.Y.G.M. and brandymelvilleusa.  Can you just

 8  remind us why you're here as opposed to Y.Y.G.M.?

 9      A     Well, we're a direct licensee.  So we have

10  authorization to use these marks in the United States, and we

11  have a right to defend the marks in this territory.

12      Q     Now, counsel also mentioned products -- asked you

13  about products being stamped or not stamped with the

14  Brandy Melville trademark.  And not every single product that

15  Brandy Melville sells has Brandy Melville stamped on it.

16          True?

17      A     That is true.

18      Q     But are all of the products sold in stores that

19  have Brandy Melville across the top?

20      A     Yes, they are.

21      Q     And signs throughout the store?

22      A     Yes.

23      Q     And, in your view, does the use of the

24  Brandy Melville trademark inure to the benefit of the sales of

25  all of the products?

1    A    Most certainly, yes.

2    Q    Okay.  And counsel was asking about some specific

3  designs.  He mentioned I think "Have a nice day."  But "Have a

4  nice day," wasn't that being sold on a page with

5  Brandy Melville on it?

6    A    It was.

7    Q    And that was on Redbubble.

8         True?

9    A    That is true.

10   Q    And so is the real issue selling these designs on

11  a page that has Brandy Melville at the top?

12   A    Yes, it is.

13   Q    Counsel asked about LA Lightning and was

14  wondering if anyone really associates it with Brandy.  I want

15  to show you what is evidenced as -- I want to show you what's

16  in evidence as Exhibit 369.  And this isn't -- this isn't a

17  Brandy Melville employee; right?

18   A    I'm sorry?

19   Q    Haley Shore doesn't work for Brandy Melville,

20  does she?

21   A    She does not, to my knowledge.

22   Q    And yet she has highlighted on her page the

23  Los Angeles Lightning trademark right next to Brandy Melville;

24  right?

25   A    That is correct.

```
 1                    CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5            I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10    STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11    ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13    THE UNITED STATES.

14

15                    DATED THIS  18TH  DAY OF JUNE, 2021.

16

17

18                    /S/ MIRANDA ALGORRI
                      _____
19                    MIRANDA ALGORRI, CSR NO. 12743, CRR
                      FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```

1                    UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3            HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5   Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,   )
    a Swiss corporation,                  )
6                                         )
                    PLAINTIFF,            ) CASE NO.
7                                         )
             vs.                          ) CV 19-04618-RGK
8                                         )
    REDBUBBLE, INC., a Delaware           )
9   corporation,                          ) VOLUME 2
                                          ) PAGES 215 TO 342
10                  DEFENDANT.            )
    _____)

11

12

13

14                    REPORTER'S TRANSCRIPT OF
                            TRIAL DAY 2
15                    MONDAY, JUNE 21, 2021
                            1:00 P.M.
16                    LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23   _____

24        MIRANDA ALGORRI, CSR 12743, RPR, CRR
             FEDERAL OFFICIAL COURT REPORTER
25            350 WEST 1ST STREET, SUITE 4455
              LOS ANGELES, CALIFORNIA 90012
                 MIRANDAALGORRI@GMAIL.COM

1      **APPEARANCES OF COUNSEL:**

2

3 **FOR THE PLAINTIFF:**

4   BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
    BY:  KEITH J. WESLEY

5   BY:  JASON Y. KELLY
    2121 Avenue of the Stars

6   Suite 2800
    Los Angeles, California 90067

7

8 **FOR THE DEFENDANT:**

9

10   ZUBER LAWLER & DEL DUCA, LLP
    BY:  JOSHUA M. MASUR
    BY:  JENNIFER KUHN

11   BY:  HEMING XU
    2000 Broadway Street

12   Office 154
    Redwood City, California 94063

13

14

15

16

17

18

19

20

21

22

23

24

25

1                               **INDEX OF WITNESSES**

2

3    **WITNESSES**                                              **PAGE**

4    WALTERS, Terry

5           Direct examination resumed by Mr. Kelly   220
          Cross-examination by Ms. Kuhn         226
6           Redirect examination by Mr. Kelly    230

7

   PALEY, Philip

8

          Direct examination by Mr. Kelly      234
9           Cross-examination by Ms. Kuhn         252
          Redirect examination by Mr. Kelly    256

10

11    ELKINS, Madison

12           Direct examination by Mr. Kelly      257
          Cross-examination by Ms. Kuhn         269

13

14    TOY, James

15           Direct examination by Mr. Wesley     288
          Cross-examination by Mr. Masur        331

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 65 Pg 2 | Redbubble IP FAQ | 296 | 296 |
| 70 | CON-Policing for Trademarks | 321 | 321 |
| 113 | E-mail | 318 | 318 |
| 115 | Brandy Melville Policing Guidelines | 315 | 315 |
| 121 | E-mail | 307 | 307 |
| 122 | E-mail | 311 | 311 |
| 128 | E-mail | 325 | 325 |
| 164 | E-mail Chain | 222 | 222 |
| 167 | E-mail | 222 | 222 |
| 172 | Products and Envelope from Redbubble | 223 | 223 |
| 173 | Product from the Redbubble Marketplace | 225 | 225 |
| 223 Pg 153 | Brandy Melville Graphics | 259 | 259 |
| 223 Pg 96 | Brandy Melville Graphics | 260 | 260 |
| 223 Pg 69 & 70 | Brandy Melville Graphics | 267 | 267 |
| 273 Pg 37 | Redbubble Webpage | 232 | 232 |
| 286 Pg 6 | Redbubble Annual Report 2018 | 328 | 328 |
| 287 Pg 3 | Redbubble Annual Report 2019 | 293 | 293 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 290 | Redbubble Webpage | 236 | 236 |
| 291 | Redbubble Webpage | 236 | 236 |
| 292 | Redbubble Webpage | 236 | 236 |
| 295 | Redbubble Webpage | 237 | 237 |
| 296 | Images of Products | 238 | 238 |
| 301 | E-mail | 304 | 304 |
| 302 | E-mail | 306 | 306 |
| 303 | E-mail | 306 | 306 |
| 307 | E-mail | 301 | 301 |
| 343 | Images of Products | 240 | 240 |
| 401 | Brandy Melville Butterfly | 241 | 241 |
| 404 | Brandy 519 Broadway Mark | 242 | 242 |
| 408 | Brandy Hampton Mark | 243 | 243 |
| 414 | Product Listing | 244 | 244 |
| 416 | Brandy Tiny Stickers Sticker | 244 | 244 |
| 421 | Product Listing | 245 | 245 |
| 424 | Partial Snapshot of Product Listing | 245 | 245 |
| 623 | All Works - One Row Per Work | 246 | 246 |
| 628 | Brandy Heart - One Row Per Work | 252 | 252 |
| 634 Pg 9 | LA Lightning - One Row Per Work | 253 | 124 |

1      Q      And these are pictures, yes?

2      A      Yes.

3      Q      Did you take these pictures?

4      A      Yes, I did.

5             MR. KELLY:  Your Honor, Brandy Melville moves

6   into evidence the document premarked as trial Exhibit 173.

7             THE COURT:  It will be received.

8         (Marked for identification and received

9          into evidence Exhibit No. 173.)

10     Q      BY MR. KELLY:  Ms. Walters, this is page 1 of

11  173.  What is this a picture of?

12     A      It's a photo of the T-shirt as well as the label

13  that was on the T-shirt when I opened the envelope.

14     Q      And what logo do you see on that tag?

15     A      It says RB, Redbubble.

16     Q      This is page 2 of Exhibit 173.  What is this

17  document?

18     A      Photo of the envelope, the front of the envelope.

19     Q      And what name do you see on it?

20     A      Redbubble.

21     Q      This is page 4 of 173.  What is this?

22     A      T-shirt that I purchased.

23     Q      This is page 7 of trial Exhibit 173.  What is

24  this?

25     A      It's another T-shirt I purchased.

1  Brandy Heart, Brandy Flag, LA Lightning logo on the tag of that

2  T-shirt?

3          A       No.  I see Redbubble.

4          Q       All right.  So let's go to trial Exhibit 173,

5  page 6.

6                  So do you see any Brandy Melville trademark on

7  the tag at the top that identifies the source of the T-shirt?

8          A       I can't really see that very clearly.

9          Q       All right.  The next page is page 8.  It's a

10  little bit more of a -- I'm sorry.  Page 9.  It has a little

11  bit more of a zoom in on that tag.

12                 So do you see Brandy Heart Melville, Brandy Flag

13  Melville, or LA Lightning on that tag?

14         A       Not on that tag.

15         Q       All right.  At any time when you were ordering

16  these T-shirts, you knew you were on the Redbubble website;

17  right?

18         A       That is correct.

19         Q       You weren't confused thinking that you were on

20  the Brandy Melville website; right?

21         A       No.  I'm not confused.

22         Q       All right.  What sizes did you order your shirts

23  in?

24                 Let me clarify the question.

25                 Were you allowed to select a size when you

1          A        About nine years now.

2          Q        Would you briefly describe for the jury your work

3      experience and responsibilities at Brandy Melville.

4          A        So I started out as a sales associate at our

5      Topanga store which was in Canoga Park, California close to my

6      hometown.  Since then I moved my way up in the company.  I went

7      to -- from visual manager to regional manager of the West Coast

8      stores, and now I am currently the East Coast regional manager

9      working out of a flagship store in New York City.

10         Q        Would you briefly describe the parts of the

11     business that you are experienced with?

12         A        I am experienced with many aspects of the brand.

13     I specialized in individual merchandising for many years, and I

14     work on the floor with our customers every day.

15         Q        And how would you describe Brandy Melville brand?

16         A        I would describe it as cool, trendy clothing and

17     accessories for younger girls and women, quality products,

18     affordable price.

19         Q        And why do you consider it trendy or cool?

20         A        The brand is super, super popular, super hyped

21     right now.  It's pretty cool that our customers and these

22     teen-aged girls and young women can actually buy the same

23     authentic product as their favorite celebrities and

24     influencers, and I think that's pretty cool.

25         Q        Brandy Melville sells T-shirts?

1    clothes or designs?

2         A    Yes.  We sell out all the time.  I could put a

3    product on the floor Saturday morning, and by the afternoon

4    we're sold out.

5         Q    And on a given day, what would be the most

6    popular thing at Brandy Melville?

7         A    Mostly we have girls coming in and showing us

8    photos of their favorite celebrities wearing Brandy Melville

9    all the time.  So Hailey Bieber, Kaia Gerber are seen wearing a

10   Brandy Melville T-shirt, that is going to be the most popular

11   at that time.

12        Q    Now I'm going to change topics and put up an

13   image that has been already admitted into evidence, trial

14   Exhibit 7.

15             Ms. Elkins, do you recognize this design?

16        A    Yes, I do.

17        Q    It is the LA Lightning mark?

18        A    Yes, it is.

19        Q    How long has Brandy Melville used the

20   LA Lightning mark?

21        A    I have seen this for a few years now.

22        Q    Okay.  And is this a graphic that would be on a

23   graphic T-shirt?

24        A    Yes, it is.  Graphic T-shirt, stickers, hats.

25        Q    In your experience, how have Brandy Melville's

1       A       Yes, I do.

2       Q       Do you see the design there or the logo from the

3   Redbubble web page?

4       A       Yes.

5       Q       Would you say that is similar to the LA Lightning

6   mark?

7       A       Yes.  Very similar.

8       Q       You said that you saw that just a couple days

9   ago?

10      A       Yes.

11      Q       I would direct you to the timestamp at the

12  bottom.  Can you read the date off?

13      A       June 20th, 2021.

14      Q       Would you say that this suggests that at least

15  this user of the Redbubble website associates the LA Lightning

16  mark with Brandy Melville?

17      A       Yes, I agree.

18              MR. MASUR:  Objection, Your Honor.

19              THE COURT:  Sustained.

20      Q       BY MR. KELLY:  Ms. Elkins, is the LA Lightning

21  mark currently being sold in the Brandy Melville store?

22      A       I haven't seen it in the store recently, but I do

23  anticipate it will come back.

24      Q       Why do you say that?

25      A       You know, a lot of the times we will

1  intentionally stop a graphic in cycle.  It almost builds

2  anticipation for the graphic so it's not overused, not

3  overplayed.  When we bring it back, you know, there's a lot of

4  excitement for that.

5      Q      Has Brandy Melville done that with other designs,

6  popular designs?

7      A      Yes, they have.

8      Q      Can you give us an example?

9      A      We have this graphic.  It says "honey" in gold.

10 That was a big one for us.  We -- it was a top seller.  We

11 stopped using it in cycle, say, for even a year or so.  I can't

12 tell you how many times customers would come into the store

13 every day asking for the honey shirt, asking for the honey

14 shirt, asking for the honey shirt.  When we finally came and

15 brought the honey shirt back, that was sold out in hours.

16     Q      In your experience working at Brandy Melville,

17 have customers said that to you about the LA Lightning mark?

18     A      Oh, yeah.  We have people asking for it all the

19 time.

20     Q      So we just looked at a posting from the Redbubble

21 website.  Have you -- let me just ask you generally.  You have

22 been on the Redbubble website?

23     A      Yes, I have.

24     Q      Can you briefly describe what you have done on

25 the Redbubble website?

```
 1                    THE COURT:  Counsel, go ahead.

 2          Q       BY MR. KELLY:  This is plaintiff's demonstrative

 3    Exhibit 3.  I will zoom in for the design here.

 4                    Do you recognize that design?

 5          A       Yes, I do.

 6          Q       What is that?

 7          A       It is a Heaven Sent Brandy Melville graphic.

 8          Q       This is on Redbubble website?

 9          A       Yes.  It is on Redbubble website.

10          Q       I'd like to go back to your binder and look at a

11    page -- trial Exhibit 223, page 69 and 70.  Let me know when

12    you have had a chance to review that.

13          A       I see it.

14          Q       And what is on page 69 and 70?

15          A       This is the authentic Heaven Sent graphic from

16    Brandy Melville's website.

17                    MR. KELLY:  Your Honor, Brandy Melville moves

18    into evidence trial exhibit -- pages 69 and 70 of trial

19    Exhibit 223.

20                    THE COURT:  It will be received.

21              (Marked for identification and received

22              into evidence Exhibit No. 223, pages 69 and 70.)

23          Q       BY MR. KELLY:  Here is page 69.  What is this

24    again?

25          A       This is the Brandy Melville authentic Heaven Sent
```

1          MR. KELLY:  Motion in limine.

2          MS. KUHN:  So the argument I'm making here has

3     nothing to do with the scope of that motion in limine.  It has

4     to do with initial confusion.

5          THE COURT:  Okay.  Overruled.

6     Q     BY MS. KUHN:  222.  So you testified that

7     Brandy Melville has a one-size policy that is one size per

8     product; right?

9     A     I'm not sure if I used the word "policy."

10         MS. KUHN:  Can we see her deposition, page 128?

11         "Each product that we make comes in one size.

12    There are, however, different styles that we produce.  There

13    are some that are large.  There are some that are extra large.

14    There are some that are small."

15    Q     You testified to that one size.

16         THE COURT:  Is that a question?

17         MS. KUHN:  Yes.

18    Q     BY MS. KUHN:  Did you testify?

19    A     I did not say that there was a one-size policy.

20    I was simply asked a question.

21    Q     Right.  And you testified that every single

22    product comes in one size; right?

23    A     We have many, many styles of T-shirts and items

24    at Brandy Melville.

25    Q     I do not deny.  We have seen many of the T-shirt

```
 1    styles.  So for your loyal fans who will drive hours to go to a

 2    store opening, like Mr. Rianna said, who are a very engaged

 3    customer base, like Mr. Rianna said, they know about the

 4    one-size policy; right?

 5         A      They know that each style is one size --

 6         Q      Right.  They --

 7                THE COURT:  I'm sorry.  Counsel, let the -- two

 8    people can't speak at the same time and expect the reporter to

 9    take it down.  Let her finish her answer, and we will go back

10    to you.

11                THE WITNESS:  Yes.  Our customers or fan base

12    know the brand.  They know what they're coming to shop for.

13    They know that each style is in one size.  However, we carry

14    many styles that vary in sizes.

15                MS. KUHN:  Right.

16                THE COURT:  Next question.

17         Q      BY MS. KUHN:  So my next question is here is

18    that, when you list your products on your website, you actually

19    have to put the dimensions of the product so that -- because

20    you don't have sizes.  So if somebody wants to order something

21    from the website, they have to look up the dimensions on the

22    website; correct?

23         A      I'm not sure.

24         Q      Take a look at trial Exhibit 222.  What does it

25    say the bust size for the shirt is?
```

```
 1                    THE COURT:  What exhibit is this?

 2                    MS. KUHN:  222.

 3                    THE COURT:  Okay.

 4                    THE WITNESS:  It says 16-inch bust.

 5        Q     BY MS. KUHN:  16-inch bust and 17-inch length.

 6   And that is the only size that that particular product comes

 7   in; right?

 8                    So --

 9                    THE COURT:  She didn't answer.

10                    MS. KUHN:  I'm sorry.

11                    THE COURT:  Is that correct?

12                    THE WITNESS:  Yes.  In this specific version of

13   this T-shirt, that's the one size we have in there.

14        Q     BY MS. KUHN:  All right.  So if a member of your

15   fan base saw a shirt that came in small, medium, and large,

16   they would know it isn't a Brandy Melville shirt; right?

17                    MR. KELLY:  Objection.

18                    THE COURT:  Sustained.  Calls for a conclusion --

19                    THE WITNESS:  Like I said --

20                    THE COURT:  You don't have to answer the

21   question.

22                    Next question.

23        Q     BY MS. KUHN:  So you testified that

24   Brandy Melville never sells guys' clothes, only women's

25   clothes; right?
```

```
 1        A       We sell -- yes.  We sell women's clothing.

 2        Q       Right.

 3                If you see a T-shirt marketed on a guy, you know

 4   it's not one of your shirts; right?

 5        A       It is not a Brandy Melville shirt.

 6        Q       Right.

 7                So let's go back to your time working at the

 8   Brandy Melville stores.  Every day working at Brandy Melville

 9   stores, you testified that you could receive one to ten

10   exchanges; right?

11        A       I can't remember.

12        Q       Would you like to see your deposition testimony

13   to refresh your recollection?

14        A       Sure.

15        Q       Okay.  So page 141.

16                Do you see the question at line 4, "But it

17   happens every day relating to exchanges."  Can we zoom in on

18   22, page 141, to page -2, lines 2 through 4 of the next page.

19   Well, one at a time.  Page 141, 22 to 25.

20                MR. KELLY:  Your Honor, we would just note that

21   it's being published.

22                MS. KUHN:  I apologize.  It is being published.

23        Q       Is this your deposition?

24        A       I couldn't see my name, but I think so.

25                MS. KUHN:  All right.  So can we move pages 141
```

```
 1    and 142 into evidence?
 2              THE COURT:  If it's the deposition, counsel, no.
 3    I will instruct the jury on this now.
 4              A deposition can be read in for impeachment
 5    purposes, and if it's read in, it's the same as if that person
 6    testified here in court.  So it's not introduced into evidence.
 7              MS. KUHN:  All right.  Apologies.
 8         Q    So you said, "We could have one to ten exchanges
 9    every day."
10         A    Sure.
11         Q    And you testified that you had never personally
12    received a counterfeit item as an exchange.
13         A    Not that I can remember.
14         Q    And you had never heard of anyone else receiving
15    a counterfeit item as an exchange.
16         A    I can't remember.  I have been there many years
17    and have faced many, many different customer questions and
18    exchanges.
19         Q    So in your deposition, you said you never -- "You
20    have never received a counterfeit return.  Are you aware of
21    anyone else at Brandy Melville receiving a counterfeit return?"
22              You said, "Not that I recall."
23         A    Yes.  Not that I remember.  But as I said, I have
24    been there for many years, and there are many customer
25    questions and customer exchanges.  I can't remember them all.
```

```
1              MR. KELLY:  Counsel is effectively introducing
2     the deposition testimony.
3              THE COURT:  No.  She's questioning, counsel.  And
4     it's not inconsistent by the way.  So next question.
5        Q    BY MS. KUHN:  All right.  And you've testified --
6     let me ask you.
7              Your friends all wear Brandy Melville too?
8        A    Yeah.
9        Q    And you said you've never seen them wearing
10    counterfeit Brandy Melville.
11       A    I haven't seen my friends wearing counterfeit
12    Brandy Melville.
13       Q    All right.  So in your deposition, you testified
14    that all your designs are good and that they all sell out;
15    right?
16             THE COURT:  Was that a question, counsel?
17             MS. KUHN:  Yes.
18             THE COURT:  You mentioned it as a statement as if
19    it's true.  You can ask her questions about the deposition.
20       Q    BY MS. KUHN:  All right.  Did you testify --
21             THE COURT:  There you go.
22             MS. KUHN:  Apologies.
23       Q    Did you testify that all your designs are good
24    and they all sell out?
25       A    I can't remember what I testified.
```

1              (A recess was taken at 2:32 p.m.)

2              THE COURT:  The record will reflect that all the

3    members of the jury are in their respective seats in the jury

4    box and the witness is on the witness stand.

5              You may continue, counsel.

6              MS. KUHN:  Just a few more questions.

7         Q    You testified previously that Brandy Melville has

8    not put its Brandy Heart logo, Brandy Flags logo on T-shirts or

9    on stickers; right?

10        A    I haven't seen since I have been there.

11        Q    All right.  You did, however, put the

12   LA Lightning on T-shirts and on stickers?

13        A    Yes.

14        Q    And then you filed a trademark registration after

15   you already put LA Lightning on T-shirts and on stickers?

16        A    I'm not sure.

17        Q    Okay.  You saw the LA Lightning registration

18   earlier.

19              Can we pull up trial Exhibit 7?

20              Your attorney showed this to you.  Can you read

21   when this registration was put on the register by the USPTO.

22   It says registered by -- I'm sorry.  Registered May 14, 2019.

23   Do you see that?

24              All right.  While we're here -- I'm sorry.  We

25   are not -- this is an already-admitted exhibit.  Can we please

1      A       Absolutely not.  We have no interest in those

2   kinds of sellers.

3      Q       Okay.  So at least as of 2019 Redbubble was

4   patting itself on the back a bit by saying that only a quarter

5   of its sales come from inauthentic sellers; right?

6      A       Can you repeat the question?

7      Q       As of 2019, Redbubble was congratulating itself

8   about the fact that 76 percent of its sales came from,

9   quote/unquote, authentic sellers; right?

10     A       76 percent of the sales came from sellers that

11  sold products that resonate well with sellers.

12     Q       That's not really what it says, is it?

13     A       Looks to me like that's what it says.

14             THE COURT:  The document speaks for itself.  The

15  jury can read the document.

16             MR. WESLEY:  That is true.

17     Q       Redbubble keeps the revenue from sales made by

18  inauthentic sellers; right?

19     A       We're happy to give up any proceeds we made from

20  sales of infringing products.

21     Q       So the 24 percent of sales from inauthentic

22  sellers, you give that revenue back?

23     A       If we knew where to give it to, we would.  Yeah.

24     Q       Did you give any revenue back to Brandy Melville?

25     A       We offered.  You didn't accept.

1    Q       And despite all of this, it has traditionally

2    been Redbubble's policy not to go looking for infringing works

3    to remove from the site.

4            True?

5    A       That is not true.

6    Q       Okay.  Let me show you what's been marked for

7    identification as Exhibit 65.  This is a printout from the

8    Redbubble website.  It's been stipulated to be pre-admitted.

9            Your Honor, move Exhibit 65, page 2.

10           THE COURT:  It will be received.

11           (Marked for identification and received

12           into evidence Exhibit No. 65, page 2.)

13   Q       BY MR. WESLEY:  Showing the jury Exhibit 65,

14   page 2, do you recognize this as a page from the Redbubble

15   website?

16   A       Yes.

17   Q       And here in the first paragraph it says, "It is

18   Redbubble's policy to remove allegedly infringing works in

19   response to valid complaints under applicable law.  The content

20   is only removed when it is specifically identified as

21   infringing in a legally valid takedown notice.  We generally

22   don't go looking for similar works to remove from the

23   marketplace."

24           I accidentally pressed the freeze button.  It's

25   resetting.  My apologies.

1   manufacturers to be on the lookout for any products with the

2   Brandy Melville trademarks?

3          MR. MASUR:  Objection.

4          THE COURT:  Overruled.

5          THE WITNESS:  I don't believe any -- I would have

6   known.  No.  I don't believe any third-party manufacturers were

7   notified.  In what time are you talking about?

8   Q      BY MR. WESLEY:  Anytime.

9   A      Anytime, no.

10  Q      And did Redbubble alert customer service

11  representatives to be on the lookout for any signs of

12  infringement of Brandy Melville IP?

13  A      Yes.  Again, I don't know what time period you're

14  talking about, but that is the case now, yes.

15  Q      Okay.  How about after the cease and desist

16  letter in 2018?

17  A      Between 2018 and when you sued us?

18  Q      Yes.

19  A      No.  That did not happen.

20  Q      And Redbubble could have hired hundreds more

21  employees to monitor the site; right?

22  A      We --

23         MR. MASUR:  Objection.  Speculation.

24         THE COURT:  Sustained.

25  Q      BY MR. WESLEY:  Did Redbubble hire hundreds of

1    new people to join its content moderation team?

2        A       So we could block your word Brandy Melville?  No,

3    we didn't.  We don't think that's infringement.

4        Q       Okay.  And does Redbubble screen users who try to

5    upload designs?

6        A       Absolutely.

7        Q       Did Redbubble post on its site a catalog of logos

8    and designs that is off limits?

9        A       I'm sorry.  Can you repeat the question?

10       Q       Did Redbubble post on its site a catalog of logos

11   or designs to tell its users what's off limits?

12       A       I don't know what you're referring to.  Is it

13   something that we did that you're asking about, or are you

14   hypothetically asking if we did that?

15       Q       I'm asking if you posted on your website a list

16   or notice saying, hey, these are some brands that we have had

17   an issue with before and listed the names or their intellectual

18   property, something to alert your users that that's a no-no.

19               MR. MASUR:  Objection, Your Honor.

20               THE COURT:  Overruled.

21               THE WITNESS:  Every time somebody uploaded

22   something that we remove because a brand owner asks us to, we

23   warn them not to do it again.

24       Q       BY MR. WESLEY:  And Redbubble could have disabled

25   the Brandy Melville keyword entirely; right?

1     searches and then the best converting."

2                    Do you see that?

3        A      Yes.

4        Q      Number one is preppy.

5        A      I see it.

6        Q      And then on page 2 it goes on to say, National

7     Park, Vine, Yellow, and then Brandy Melville.

8                    Do you see that?

9        A      Yes.

10       Q      Out of the 65,745 searches for Brandy Melville,

11    23,308 resulted in somebody adding something to their cart;

12    right?

13       A      I don't know.

14       Q      Can you go back to the headers?

15       A      Sure.  Okay.

16       Q      Search count, ATCS.

17       A      Okay.

18       Q      And ATC convert?

19       A      I see that.  I agree those are the numbers in

20    those columns, yes.

21       Q      So about 35 percent of people who searched

22    Brandy Melville added something to their cart on Redbubble.

23    No?

24       A      I can tell you what the -- those numbers in their

25    columns and what the headers say, but I don't know if what you

```
 1   said is accurate.  Do you want me to assume it's accurate?

 2   Does that answer your question?  I just don't know.

 3        Q     Okay.  That's okay.  We will wait for somebody to

 4   explain those to us other than the document.

 5        A     Okay.

 6        Q     Looking at page 6 of Exhibit 286, this is your

 7   2018 annual report.  This has been pre-admitted.

 8              Your Honor, I would move page 6.

 9              THE COURT:  286 has been.  You're correct.

10              Page 6?

11              MR. WESLEY:  Yes, sir.

12              THE COURT:  You got it.  It will be received.

13         (Marked for identification and received

14          into evidence Exhibit No. 286, page 6.)

15        Q     BY MR. WESLEY:  Okay.  Do you see here, Mr. Toy,

16   there is a stat for average AOV?  Do you know that term?

17        A     Where are you?

18        Q     My apologies.  AOV.

19        A     I see it.

20        Q     That is the average amount per order for that

21   period of time; is that right?

22        A     I don't know if that is what AOV stands for.

23        Q     It says dollar per order.  You're not familiar

24   with that?

25        A     I just don't know what AOV is.
```

|     | **CROSS-EXAMINATION** |
| --- | --- |
| 1   | |

BY MR. MASUR:

2

3    Q     Good afternoon, Mr. Toy.  We're going to go to

4    Exhibit 287 which you were looking at a bit ago, page 3.

5    A     Okay.

6    Q     Authentic sellers, I believe you were asked -- I

7    believe that counsel was using the term authentic versus

8    inauthentic to be equivalent to infringing or non-infringing.

9          Is that a fair characterization?

10   A     No.  And I wish he hadn't cut me off.

11   Q     Let me put it this way.

12         Is there anyone in that roughly 24 percent -- I

13   can't see it from here -- yeah.  24 percent of sellers

14   inauthentic who are not trademark infringers?

15   A     I would think so, yes.

16   Q     Because the definition of inauthentic seller that

17   Redbubble was using at the time, that wasn't about

18   infringement, was it?

19   A     It was mostly about what customers are interested

20   in buying.  Yes.  So it is not about infringement.

21   Q     It was about high quality?

22   A     Yes.

23   Q     That's what that footnote down there says,

24   footnote 2?

25   A     In this document?

1       Q       Yes.  There we go.  High quality original works

2  which resonate well with customers?

3       A       Yes.

4               MR. MASUR:  Okay.  Can we go to Exhibit 65.  Can

5  I have page 2 and zoom in on that top paragraph, please.

6       Q       Now, that general language that counsel was

7  asking about there that we generally don't go look for similar

8  works to remove from the marketplace, are there exceptions to

9  that rule?

10      A       There are large exceptions to that general rule,

11  yes.

12      Q       Can you name a couple?

13      A       For plaintiff for one we looked for -- they

14  identified six images.  We removed 26.  We looked for similar

15  images to remove.  We did our best.  There's also proactive

16  policing.  It's a huge part of my job.  We didn't really go

17  into the details to explain what that is.  We just do the

18  turnaround.  But we go looking for things that brand owners

19  tell us to look for and remove them.

20      Q       To be clear, we will be getting into that in our

21  direct testimony in our case.  I just wanted to clear that up.

22              Can you go to Exhibit 207.  I'm sorry.  307.

23  That was also used by counsel.  Then if you zoom in on I

24  believe it's page 2, there is an "R" and a circle.  I'm sorry.

25  Which page has been introduced or admitted in this exhibit?  I

1    see it there.  It's that first one there.

2            So do you see that Brandy Melville with the "R"

3    in the circle?

4        A    Yes.

5        Q    So counsel asked you whether you recognized "R"

6    in a circle there as meaning anything as an IP lawyer.

7        A    It's a trademark symbol.

8        Q    And specifically it's a registered trademark

9    symbol, is it not?

10       A    Yes.

11       Q    And there are registered trademarks and

12   unregistered trademarks, and those are related but different

13   things; correct?

14       A    Yes.

15       Q    So that "R" in the circle is only supposed to be

16   used for a registered trademark; correct?

17       A    That's right.

18       Q    Do you know whether there is a trademark for

19   the -- registered trademark for the words "Brandy Melville"?

20       A    I believe it says it's dead.

21       Q    It's dead.  The registry -- you're saying, if you

22   go on to the trademark database at the U.S. Patent & Trademark

23   Office and you look for the phrase "Brandy Melville," you're

24   saying that it says that it's dead?

25       A    The U.S. Trademark Office says that trademark is

1  dead.

2      Q      Okay.  So you're familiar with the registered

3  marks in this case that I won't pull up now but have been in

4  front of the jury already.  It's Exhibits 5, 6, and 7.

5  Exhibit 5 I will tell you is the Brandy Flags mark.  It's

6  Brandy Flags Melville and then Brandy Heart Melville.  Those

7  are registered marks, but those are not marks simply for the

8  words Brandy Melville, are they?

9      A      I believe you're correct.  Images.

10      Q      Are you familiar with the difference between a

11  design mark and a word mark for trademarks?

12      A      Yes.

13      Q      What is that difference?

14      A      A design mark has to be --

15             MR. WESLEY:  Objection.  Calls for a legal --

16             THE COURT:  Sustained.

17      Q      BY MR. MASUR:  Okay.  But that "R" in a circle,

18  do you know it to be used for a registered trademark?

19      A      Correct.

20      Q      So that wasn't true, was it, that

21  Brandy Melville -- the phrase Brandy Melville is a registered

22  trademark?

23      A      I believe it was rejected by the U.S. Trademark

24  Office, and now it's dead.

25      Q      Let's go to Exhibit 301.  If we go down to -- I'm

1   sorry.  Where this is set up I can't see very clearly.  That

2   second line there, Brandy Melville with an "R" again, do you

3   see -- who is the artist there?

4          A       YouAreMuggle.

5          Q       Is YouAreMuggle an alias -- to the best of your

6   knowledge, an alias for Brandy Melville?

7          A       Not that I know of.

8          Q       So whoever is saying this isn't Brandy Melville;

9   correct?

10         A       Correct.

11         Q       You testified that this is an automatically

12  generated e-mail to someone who bought or searched for

13  something on the website; correct?

14         A       Yes.

15         Q       So that's based on the user search or purchase

16  history?

17         A       Yes.

18         Q       And did any human being ever review this e-mail

19  before it went out?

20         A       I didn't.

21         Q       Okay.

22         A       Looks like an automated e-mail.

23                 MR. MASUR:  Can we go to Exhibit 121.  Actually,

24  we can skip right to exhibit -- Exhibit 70.  Actually, let's

25  skip this.  Let's go to Exhibit 128.  Let's zoom in on the

1    header, the e-mail header.

2         Q    Mr. Toy, what is Confluence?

3         A    Confluence is a -- it's a company that makes a

4    product that other companies use to -- it's like an intranet.

5    It's an internal website that companies collaborate, share

6    ideas.

7         Q    And is -- I know this looks like an e-mail from

8    Megan Burkimsher -- I know I'm mispronouncing her name -- to

9    Drew Brosnan.  Is it an e-mail from her to him?

10        A    No.  If I understand how this product works, she

11   may have added to a page on this internal communication

12   platform, and then the communication platform just sends out

13   notifications to anybody who looks at that page.

14        Q    So it's just a notification?

15        A    Yeah.  It's just a -- yeah.

16        Q    One more question.  Exhibit 287.  Let's go to

17   page 7 which Mr. Wesley was looking at.  Let's zoom in.  There

18   we go.  Down on that table in the lower part.

19             Mr. Toy, do you see the artist margin number

20   there for 2019 and 2018?

21        A    Sorry.  Yes.

22        Q    So that means that in 2019 Redbubble paid artists

23   $30 million -- sorry -- $50 million; correct?

24        A    Artists made $50 million on our website.

25        Q    These are all Australian dollars; correct?

1        CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5        I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15        DATED THIS  21ST  DAY OF JUNE, 2021.

16

17

18        /S/ MIRANDA ALGORRI

19        _____
          MIRANDA ALGORRI, CSR NO. 12743, CRR
20        FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25

1                  UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3            HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5    Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,    )
     a Swiss corporation,                   )
6                                           )
                    PLAINTIFF,              ) CASE NO.
7                                           )
              vs.                           ) CV 19-04618-RGK
8                                           )
     REDBUBBLE, INC., a Delaware            )
9    corporation,                           ) VOLUME 3
                                            ) PAGES 343 TO 524
10                  DEFENDANT.              )
     _____   )

11

12

13

14                    REPORTER'S TRANSCRIPT OF
                           TRIAL DAY 3
15                   TUESDAY, JUNE 22, 2021
                           8:34 A.M.
16                   LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23    _____

             MIRANDA ALGORRI, CSR 12743, RPR, CRR
24            FEDERAL OFFICIAL COURT REPORTER
              350 WEST 1ST STREET, SUITE 4455
25            LOS ANGELES, CALIFORNIA 90012
                 MIRANDAALGORRI@GMAIL.COM

```
 1                    APPEARANCES OF COUNSEL:

 2

 3    FOR THE PLAINTIFF:

 4         BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
           BY:  KEITH J. WESLEY
 5         BY:  JASON Y. KELLY
           2121 Avenue of the Stars
 6         Suite 2800
           Los Angeles, California 90067
 7

 8
      FOR THE DEFENDANT:
 9
           ZUBER LAWLER & DEL DUCA, LLP
10         BY:  JOSHUA M. MASUR
           BY:  JENNIFER KUHN
11         BY:  HEMING XU
           2000 Broadway Street
12         Office 154
           Redwood City, California 94063
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           **INDEX OF WITNESSES**

2

3    **WITNESSES**                                              **PAGE**

4    TOY, James

5           Cross-examination resumed by Mr. Masur         348

6

     TOY, James

7

           Direct examination resumed by Mr. Masur        350
8          Cross-examination by Mr. Wesley                400
           Redirect examination by Mr. Masur             412
9          Recross-examination by Mr. Wesley             416

10

     RICKERT, Kate

11

           Direct examination by Mr. Masur               420
12         Cross-examination by Mr. Kelly                435

13

     DAVIS, Carina

14

           Direct examination by Mr. Masur               437
15         Cross-examination by Mr. Kelly                450
           Redirect examination by Mr. Masur             464

16

17

18

19

20

21

22

23

24

25

```
 1                          INDEX OF EXHIBITS

 2

 3                                        FOR           FOR
                                      IDENTIFICATION  EVIDENCE
 4   NUMBER      DESCRIPTION              PG.           PG.

 5   30          Redbubble User Agreement    363          363

 6   31          Redbubble IP/Publicity      364          364
                 Rights Policy
 7
     35          Product Listing             378          378
 8
     51          CON Suspend-from-Sale       382          382
 9
     52          CON Warnings and Account    370          370
10               Restriction

11   58          Confluence Document         357          357

12   60          New Hire Onboarding         368          368

13   62          Intellectual Property       363          363

14   65          Redbubble IP FAQ            362          362

15   71          CON Proactive Policing      374          374

16   106         Redbubble Webpage           410          410

17   155         E-mail                      390          360

18   622         All Orders                  408          408

19   623         All Works                   396          396
     Pg 6
20
     623         All Works                   397          397
21   Pg 81

22   624         BMUSA.com                   430          430

23   627         Brandy Heart Orders         406          406

24   629         Brandy LA Orders            429          429

25   631         Brandy Melville Orders      431          431
```

1        **INDEX OF EXHIBITS CON'T**

2

3                                              FOR              FOR
                                      IDENTIFICATION     EVIDENCE
4    NUMBER     DESCRIPTION                    PG.             PG.

5    633        LA Lightning Order             425             425

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      A       25,000 images a day.

2      Q       So about a third of the ones that are uploaded

3  every day?

4      A       Yes.

5      Q       And when you say -- so they're being proactively

6  reviewed, that means they are actually going to be reviewed by

7  a human being?

8      A       Yes.

9      Q       Why doesn't Redbubble just remove all the

10  listings tagged in the trademark?

11      A       So, like I said before, most brands don't want

12  that.  They just don't want it.  They don't think it's within

13  the scope of their rights just because somebody used a word on

14  a listing.  And, yeah, they're fine with those being up.  They

15  just want to focus on the actual infringement.

16      Q       So once a listing has been identified by --

17  through the use of a keyword that is on the list that Redbubble

18  is searching for, can you walk me through the process for

19  reviewing those listings?

20      A       Sure.  So they -- so the content team has --

21  sorry.  There's a lot of little pieces to proactive policing.

22  We have what we call removal guidelines or policing guidelines.

23  It's a guide for them to find and remove what the -- what the

24  brand owner instructed us to.  So I mentioned the two parts to

25  it, keywords to search and find images.  So if there's a match

 1  with an image in the guidelines, content team member sees it,

 2  and they see it in the uploaded image, then they will remove it

 3  if that's what the rights owner wants.

 4      Q      And so they're all flagged for review by

 5  reviewer.

 6             Is it any random reviewer that gets to review?

 7      A      No.  We try to have people specialize in certain

 8  reviews for rights holders.  So for Brandy Melville, the -- we

 9  try to keep it consistent so they can be experienced and learn

10  about it.

11      Q      So it's not any of the 40-person team that

12  reviews these things.  It's one or two specific people?

13      A      Yes.

14      Q      Presumably those people are going to become most

15  familiar with the proactive policing guidelines for that

16  particular company, in this case, Brandy Melville?

17      A      Yes.  They are good at that.

18             MR. MASUR:  I'd like to put up an exhibit that

19  has not been stipulated to.

20             THE COURT:  Number?

21             MR. MASUR:  It's 51.  Thank you, Your Honor.

22             THE COURT:  You're introducing it at this time?

23             MR. MASUR:  I'm going to try to, but I want --

24  because it hasn't been stipulated to, so I want to put it up

25  for the witness first.

1      Q      And how many -- how many sales were there?

2      A      70.

3      Q      70 sales.  We're going to go back to trial

4  Exhibit 633 and look at page 129.  Can you tell me, based on

5  this, when the last sale was?

6             If we could zoom in on that third row?

7      A      Yes.  It was August 29, 2020.

8      Q      August 29, 2020.

9             So turning back to the demonstrative on page 3 --

10  I apologize.  I apologize.  We're going back to 633.  I

11  misspoke.

12            You said that you were familiar with the marks at

13  issue in this case.

14     A      Yes.

15     Q      Do you know what the Los Angeles Lightning logo

16  registration covers, what classification of products it covers?

17     A      Mainly clothing.

18     Q      Covers clothing.

19            Was any clothing sold through the Redbubble

20  marketplace?

21     A      No.

22     Q      Was there an order for clothing through the

23  Redbubble marketplace?

24     A      Yes.

25     Q      I'd like you to look at page 128 of Exhibit 633.

1    Let's look at lines 5 and 6.  Is that the order?

2        A      Yes, it is.

3        Q      What is that an order for?

4        A      It is for women's fitted scoop T-shirt and then a

5    lightweight hoodie.

6        Q      Do you know who placed that order?

7        A      Yes.  It came from the plaintiff's law firm.

8        Q      All right.  And what happened to that order?

9        A      As soon as we became aware of it, we cancelled

10   the order.

11       Q      So let's close out with the registered marks and

12   turn to the unregistered marks.

13              Are you familiar with the unregistered marks that

14   Brandy Melville is asserting in this lawsuit?

15       A      Yes, I am.

16       Q      What are those unregistered marks?

17       A      The Brandy L.A., brandymelvilleusa, and

18   Brandy Melville.

19       Q      Did you generate reports for those marks and

20   phrases?

21       A      Yes.

22       Q      For these unregistered marks, I'm only going to

23   ask you about sales that occurred after the notice letter.

24   Let's start with Brandy L.A.

25              Can we pull up trial Exhibit 629.

1      Q      All right.  And of those registered marks, how

2   many were -- I apologize.

3             For the registered marks for the sales, how many

4   of those were counterfeit -- sales from counterfeits?

5             Let's go on to the next page of the

6   demonstrative.

7      A      None of those.

8      Q      None of those.

9             And how about the sales for the unregistered

10  marks?  Let's go on to page 9.

11            For the unregistered marks, what are the -- what

12  were these sales?

13     A      $582.06.

14     Q      So based on the data, what was the total amount

15  of post notice service fees received by Redbubble for the

16  listings in this case -- can we please go to 10?

17     A      $1,631.49.

18     Q      For all marks -- that's the Redbubble fees for

19  all marks post notice, $1,631; right?

20     A      Yes.  The registered trademarks and also the

21  other trademarks at issue in this case.

22     Q      One more question.

23            The jury has heard testimony about other exhibits

24  that are not the focus of exhibits that -- other trial evidence

25  that are not the focus trial evidence that we discussed here.

1          A       Yes, I have heard of it.

2          Q       It's a firm based in Australia that stopped

3    working with Redbubble -- correct? -- because of the content

4    that was on its website?

5          A       I'm not aware of that.

6          Q       You're not aware of them ending their

7    relationship with Redbubble in 2011 because of the

8    Hipster Hitler --

9                  THE COURT:  Let me --

10                 THE WITNESS:  I was not at the company.

11                 THE COURT:  Excuse me.  Any time an attorney is

12   asking a question in a narrative form like that, you're not to

13   assume what they say is true unless it comes from the mouths of

14   the witnesses.  So questions by an attorney have no validity

15   unless it comes from or is endorsed by the witness.  So you

16   can't assume what counsel is saying is true.  You can't assume

17   it's not true either.  It's just not evidence unless it comes

18   from the witness.

19                 Go ahead, counsel.

20                 MR. MASUR:  Objection.  Relevance and --

21                 THE COURT:  Sustained.

22         Q       BY MR. KELLY:  In fact, since you started working

23   at Redbubble, the content team and the MPI team have had a

24   number of issues with respect to the content on the Redbubble

25   website; is that right?

```
 1                  CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5           I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                  DATED THIS  23RD  DAY OF JUNE, 2021.

16

17

18                  /S/ MIRANDA ALGORRI

19                  _____
                    MIRANDA ALGORRI, CSR NO. 12743, CRR
20                  FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25
```