# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office

## Brandy ♥ Melville

**Reg. No. 5,238,856**
**Registered Jul. 11, 2017**
**Int. Cl.: 3, 14, 16, 18, 20, 24, 25**
**Trademark**
**Principal Register**

Y.Y.G.M. SA (SWITZERLAND Società anonima (SA))
Via Motta 44
CH-6900 Lugano
SWITZERLAND

CLASS 3: Cleaning and polishing preparations; non-medicated soaps for personal use; perfumery; essential oils; cosmetics; cosmetics preparations for skin care; hair lotions; dentifrices

CLASS 14: Precious metals and their alloys; jewelry, precious stones; timepieces and chronometric instruments

CLASS 16: Adhesive tapes for stationery or household purposes; drawings and stencils; stickers; sketch books; pamphlets in the field of fashion; calendars; pens; leaflets about fashion

CLASS 18: Leather and imitation leather, goods made of these materials not included in other classes, namely, bags, wallets and briefcases; animal skins; trunks and suitcases; umbrellas and parasols; walking sticks; whips, harnesses and saddlery

CLASS 20: Furniture, mirrors, picture frames; ornaments of bone, horn, ivory, whalebone and mother-of-pearl, whether unworked or semi-worked; shells; meerschaum, raw or partly worked; yellow amber, raw or partly worked

CLASS 24: Fabrics for the manufacture of bed blankets and table covers

CLASS 25: Dresses; berets; footwear; stockings; socks; shirts; hats; coats; waist belts; tights; bustiers; jackets; blousons; skirts; boxer shorts; pants; footwear; sandals; shawls; underpants; sashes for wear; beachwear; beach footwear; tee-shirts; underpants

The color(s) black and pink is/are claimed as a feature of the mark.

The mark consists of the wording "BRANDY MELVILLE" in black with a pink heart between "BRANDY" and "MELVILLE".

OWNER OF U.S. REG. NO. 4093051

PRIORITY DATE OF 02-04-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1327546 DATED 07-07-2016, EXPIRES 07-07-2026

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

SER. NO. 79-200,021, FILED 07-07-2016
STEVEN W JACKSON, EXAMINING ATTORNEY