# EXHIBIT 3



Brandy Melville

BRANDY_0000057



TE008_0001

## Brand DNA

- The brand represents classic Italian fashion elements, combined with California lifestyle and vintage details.

- Designs are focused on fabrication, wash, fit and intellectual details rather than logos.

- The product line consists of a complete line of affordable (Avg. $20 USD) tops, sweaters, dresses and bottoms in a variety of extraordinary colors.



- Styles are produced in "one size fit most" to create a unique shopping experience and make customers feel individualistic.



Brandy   Melville

BRANDY_0000059

TE008_0003