# EXHIBIT 4

## Brandy Melville

**PRIVILEGED/CONFIDENTIAL**

| RIGHTS HOLDER: | Y.Y.G.M. SA D.B.A. BRANDY MELVILLE |
|---|---|
| POLICING: | DAILY |
| CONTACT: | N/A |

**Guidelines:**

| Name | |
|---|---|
| Logo | → |
| Label | → |
| Designs | → |
| Wordmarks | |
| Trademarks in Work Title | • Listed in Bold |

Policing Start Date
31 May 2019

**Please Review:** Policing for Trademarks in Titles

**Properties:**

⭐ Brandy Melville

Brandy*

brandymelvilleusa.com

















CONFIDENTIAL

RBBM016866

TE115_0002

*uh huh honey*

**cute but psycho**



**HOTTER THAN HELL**

CONFIDENTIAL

RBBM016867

TE115_0003



made in
Los Angeles

CONFIDENTIAL RBBM016868

TE115_0004