# EXHIBIT 9



File Edit View History Bookmarks Tools Help

"brandy melille" Art Boards by

Redbubble Ltd (AU) https://www.redbubble.com/people/cgidesign2/works/32733508-brandy-melille?grid_pos=11&p=gallery-board&rbs=4d10 67%

$10 for a friend. $10 for you. Nice.

Sell Your Art | Log In | Sign Up

REDBUBBLE

Find your thing

Men's Women's Kids & Babies Device Cases Stickers Greeting Cards Wall Art Home Decor Stationery Bags Gifts

brandy melille

Art Boards

6 x 4 (inches)

$9.00

Buy any 3 and get 15% off.

Buy any 6 and get 20% off.

Add to Cart

Waiting for api.sail-personalize.com...

"brandy melille" ... "brandy melille" ...

12:01 PM 10/8/2018



BRANDY_0001815

TE183_0002



BRANDY_0001816

TE183_0003

File Edit View History Bookmarks Tools Help

"brandy melville" Metal Prints

Redbubble Ltd (AU) | https://www.redbubble.com/people/cgidesign2/works/32733465-brandy-melville?grid_pos=12&p=metal-print&rbs=4d10a 67%

$10 for a friend. $10 for you. Nice. Sell Your Art | Log In | Sign Up

REDBUBBLE Find your thing

Men's Women's Kids & Babies Device Cases Stickers Greeting Cards Wall Art Home Decor Stationery Bags Gifts

BRANDY ❤ MELVILLE

brandy melville

Metal Prints

Size:

Extra Small (18.0" x 2.2")

Finish:

Gloss

$58.00

Add to Cart

cgidesign2

JOINED NOVEMBER 2017

FOLLOW

PRODUCT INFO | PRODUCT REVIEWS (6) | AVAILABLE PRODUCTS 9 | ARTIST NOTES

Sizing Information

Features

- Available in both High Gloss and Satin
- Gently rounded corners
- Cleanable surface
- Lightweight aluminium is literally infused with the chosen artwork

"brandy melville" ... "brandy melville" ...

12:02 PM 10/8/2018

BRANDY_0001817

TE183_0004



BRANDY_0001818

TE183_0005



File Edit View History Bookmarks Tools Help

"brandy melille" Studio Pouche

Redbubble Ltd (AU) https://www.redbubble.com/people/cgidesign2/works/32733508-brandy-melille?grid_pos=6&p=pouch&rbs=9b3a9646-c3 67%

$10 for a friend. $10 for you. Nice. Sell Your Art | Log In | Sign Up

REDBUBBLE Find your thing

Men's Women's Kids & Babies Device Cases Stickers Greeting Cards Wall Art Home Decor Stationery Bags Gifts

brandy melille

Studio Pouches

Size:

Small - 6 x 4 inch

$12.00

Buy any 2 and get 15% off.

Add to Cart

cgidesign2

JOINED NOVEMBER 2017

FOLLOW

PRODUCT INFO

PRODUCT REVIEWS (41)

AVAILABLE PRODUCTS 39

ARTIST NOTES

"brandy melille" S... "brandy melille" S...

12:05 PM 10/8/2018

"brandy melille" Throw Pillows
Redbubble Ltd (AU)
https://www.redbubble.com/people/cgidesign2/works/32733508-brandy-melille?grid_pos=10&p=throw-pillow&rbs=dc872
$10 for a friend. $10 for you. Nice.
Sell Your Art
Log In
Sign Up
REDBUBBLE
Find your thing
Men's Women's Kids & Babies Device Cases Stickers Greeting Cards Wall Art Home Decor Stationery Bags Gifts
BRANDY LA
brandy melille
Throw Pillows
Size:
16 x 16 inch
Type:
Cover Only
$20.81
Buy any 2 and get 15% off.
Any size. Any artwork.
Add to Cart
cgidesign2
JOINED NOVEMBER 2017
FOLLOW
39
12:05 PM
10/8/2018

BRANDY_0001820

TE183_0007

"brandy melville" Art Prints by
https://www.redbubble.com/people/cgidesign2/works/32733625-brandy-melville?grid_pos=10&p=art-print&rbs=4d10
$10 for a friend. $10 for you. Nice.
Sell Your Art
Log In
Sign Up
REDBUBBLE
Find your thing
Men's
Women's
Kids & Babies
Device Cases
Stickers
Greeting Cards
Wall Art
Home Decor
Stationery
Bags
Gifts
BRANDY MELVILLE
brandy melville
Art Prints
Size:
Small (16" x 12")
$20.00
Buy any 2 and get 15% off.
Add to Cart
cgidesign2
JOINED NOVEMBER 2017
FOLLOW
PRODUCT INFO
PRODUCT REVIEWS (15)
AVAILABLE PRODUCTS
29
ARTIST NOTES
Paper Sizing Information
Features
Custom sized prints (with various border widths)
Gallery quality vibrant colours
Lightly textured 100% cotton paper
Refer to size chart for dimensions if self framing
12:02 PM
10/8/2018

"brandy melville" Tote Bags by
Redbubble Ltd (AU)
https://www.redbubble.com/people/cgidesign2/works/32733625-brandy-melville?grid_pos=5&p=tote-bag&rbs=9b3a
$10 for a friend. $10 for you. Nice.
Sell Your Art
Log In
Sign Up
REDBUBBLE
Find your thing
Men's
Women's
Kids & Babies
Device Cases
Stickers
Greeting Cards
Wall Art
Home Decor
Stationery
Bags
Gifts
BRANDY
MELVILLE
brandy melville
Tote Bags
Size:
Small (13" x 13")
$20.00
Buy any 2 and get 15% off.
Add to Cart
"brandy melville" ...
"brandy melville" ...
12:06 PM
10/8/2018

BRANDY_0001822

TE183_0009



"brandy melville" Wall Tapestri
Redbubble Ltd (AU)
https://www.redbubble.com/people/cgidesign2/works/32733465-brandy-melville?grid_pos=11&p=tapestry&rbs=dc8722f3
67%
$10 for a friend. $10 for you. Nice.
Sell Your Art
Log In
Sign Up
REDBUBBLE
Find your thing
Men's
Women's
Kids & Babies
Device Cases
Stickers
Greeting Cards
Wall Art
Home Decor
Stationery
Bags
Gifts
BRANDY MELVILLE
brandy melville
Wall Tapestries
SIZE:
Small (60" x 51")
$30.90
Add to Cart
cgidesign2
JOINED NOVEMBER 2017
FOLLOW
PRODUCT INFO
PRODUCT REVIEWS (14)
AVAILABLE PRODUCTS
9
ARTIST NOTES
Sizing Information
Features
100% lightweight polyester
Printed top, finished edge, fine line detail and intense vivid colours
Cold gentle machine wash, line or tumble dry on low, don't bleach or iron
The TLS handshake finished for tr.snapchat.com...
"brandy melville" ...
"brandy melville" ...
12:03 PM
10/8/2018

BRANDY_0001823

TE183_0010



"brandy melville" Classic T-Shi
Redbubble Ltd (AU)
https://www.redbubble.com/people/cgidesign2/works/32733625-brandy-melville?p=classic-tee&rbs=322f8c10-c110-4b01
$10 for a friend, $10 for you. Nice.
Sell your art Login Signup
REDBUBBLE
Classic T-shirts
Find your thing
BRANDY MELVILLE
Classic T-Shirt
brandy melville by cgidesign2
$19.90
S M L XL 2XL 3XL
Add to cart
Delivery
Express by 12 October
Standard between 12 - 16 October
11:40 AM
10/8/2018

BRANDY_0001824

TE183_0011

"brandy melville" Stickers by c
Redbubble Ltd (AU)
https://www.redbubble.com/people/cgidesign2/works/32733465-brandy-melville?grid_pos=1&p=sticker&rbs=36e40ba2-b
67%
$10 for a friend. $10 for you. Nice.
Sell Your Art
Log In
Sign Up
REDBUBBLE
Find your thing
Men's
Women's
Kids & Babies
Device Cases
Stickers
Greeting Cards
Wall Art
Home Decor
Stationery
Bags
Gifts
BRANDY MELVILLE
brandy melville
Stickers
Size:
Small (4.0" x 0.4")
$2.99
Buy any 4 and get 25% off.
Buy any 10 and get 50% off.
Add to Cart
cgidesign2
JOINED NOVEMBER 2017
FOLLOW
PRODUCT INFO
PRODUCT REVIEWS (503)
AVAILABLE PRODUCTS
9
ARTIST NOTES
The TLS handshake finished for tr.snapchat.com...
"brandy melville" ...
"brandy melville" ...
11:37 AM
10/8/2018



BRANDY_0001826

TE183_0013


"brandy melville" Stickers by c
Redbubble Ltd (AU)
https://www.redbubble.com/people/cgidesign2/works/32733625-brandy-melville?grid_pos=83&p=sticker&rbs=36e40
$10 for a friend. $10 for you. Nice.
Sell Your Art
Log In
Sign Up
REDBUBBLE
Find your thing
Men's
Women's
Kids & Babies
Device Cases
Stickers
Greeting Cards
Wall Art
Home Decor
Stationery
Bags
Gifts
BRANDY MELVILLE
brandy melville
Stickers
Size:
Small (3.2" x 3.0")
$2.99
Buy any 4 and get 25% off.
Buy any 10 and get 50% off.
Add to Cart
cgidesign2
JOINED NOVEMBER 2017
FOLLOW
29
11:42 AM
10/8/2018