# EXHIBIT 11

M001S51900



BRANDY_0002197

TE221_0001