# EXHIBIT 15

Keep safe, be healthy, and stay creative. For Product & Delivery updates, check these FAQs .

REDBUBBLE

Search designs and products

Clothing Stickers Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

# los angeles california Sticker

Designed by **hannahwyt**

**$2.75**

**$2.06 when you buy 4+**

$1.38 when you buy 10+

**Finish**

Glossy

**Size**

Small (4 x 1.2 in)

Add to cart

**Size**

Small (4 x 1.2 in)

Add to cart

**Size**

Small (4 x 1.2 in)

Add to cart

Add to cart

View size guide

## Features

- Decorate notebooks, personalize laptops, or stick 'em wherever
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Glossy finish for vibrant, eye-catching colors
- Sticker types may be printed and shipped from different locations

## Reviews

★★★★★
★★★★
★★★
★★
★

+ Read all 46 reviews

los angeles california

Designed by **hannahwyt**

Also available on

