# EXHIBIT 16

FIND YOUR THING
REDBUBBLE
Artwork by Wotto
Thank you for supporting independent artists
100% RECYCLABLE
FIND YOUR THING
REDBUBBLE
Artwork by Wotto
Thank you for supporting independent artists
100% RECYCLABLE
REDBUBBLE
Envelope artwork by Wotto
Thank you for supporting independent artists

REDBUBBLE
An Artist on Redbubble
111 Sutter Street, 17th Floor
San Francisco CA 94104
Pre-Sorted First Class
U.S. POSTAGE
PAID
Permit No. 723
San Francisco, CA
34427609M35I
PHILLIP PALEY
2121 AVENUE OF THE STARS STE 2800
LOS ANGELES CA 90067 – 5052
SCANNED
RECEIVED
APR 2 9 2020
Browne George Ross LLP
B DYR-IP1 90067
35I
LOSANGELES
CALIFORNIA 1984
34427609 1/1

LOSANGELES
CALIFORNIA 1984
34427609 1/1
351

RETURNS
AN ARTIST ON REDBUBBLE
111 SUTTER ST. 17TH FLOOR
SAN FRANCISCO CA 94104
PS LIGHTWEIGHT
U.S. POSTAGE PAID
UPS MAIL INNOVATIONS
eVS
Change Service Requested
SHIP PHILLIP PALEY
TO: 2121 AVENUE OF THE STARS STE 2800
LOS ANGELES CA 90067-5052
UPS MAIL INNOVATIONS
MMID #: 602270411494216374
PACKAGE ID #: 34427609G10H
USPS TRACKING # eVS
9274 8963 4388 6054 3403 5538 85
Ref1:34427609G10H
SCANNED
RECEIVED
APR 29 2020
10H
LOSANGELES
CALIFORNIA 1984
34427609 3/3
10H
LOSANGELES
CALIFORNIA 1984
34427609 2/3
10H
LOSANGELES
CALIFORNIA 1984
34427609 1/3

34427609 2/3
10H U
LOSANGELES
CALIFORNIA
1984
34427609 1/3
10H U
LOSANGELES
CALIFORNIA
1984
34427609 3/3
10H U
LOSANGELES
CALIFORNIA
1984

Change Service Requested
SHIP TO: PHILLIP PALEY
2121 AVENUE OF THE STARS STE 2800
LOS ANGELES CA 90067 – 5052
UPS MAIL INNOVATIONS
USPS TRACKING # eVS
9274 8963 4388 8054 3479 5444 42
SCANNED
RECEIVED
APR 2 9 2020
LOSANGELES
CALIFORNIA 1984
10AJ
34427609 3/3
LOSANGELES
CALIFORNIA 1984
10AJ
34427609 1/3
LOSANGELES
CALIFORNIA 1984
10AJ
34427609 2/3

34427609 2/3
10AJ
LOSANGELES
CALIFORNIA 1984
34427609 1/3
10AJ
LOSANGELES
CALIFORNIA 1984
34427609 3/3
10AJ
LOSANGELES
CALIFORNIA 1984