# EXHIBIT 17

**From:** Tina <tinaharmon@bellsouth.net>
**Sent:** Tuesday, December 08, 2015 11:15 PM EST
**To:** Redbubble <aboutmyorder@redbubble.com>
**Subject:** Re: We've Shipped Your Order - 7849290

Hi- can you please provide update on
Delivery date?
Thank you!

Sent from my iPhone

On Dec 4, 2015, at 2:21 PM, Redbubble <aboutmyorder@redbubble.com> wrote:

We've Shipped Your Order - 7849290

Redbubble.com

Order #7849290

**Hello again ,**

Exciting news! Your order has been completed.

**Questions about your order?** The fastest way to get answers to your questions is to visit the Redbubble Help Centre. This is also the best place to get the latest Shipping & Delivery information!

The shipping company will no doubt be waking up their postmen and pointing them in your general direction this very instant.

**Your order is shipping to:**
Tina Harmon
3100 SW 117TH AVE,
DAVIE, FL, 33330-1424
United States, 954-476-9664

And has been shipped today: **Dec 04, 2015** UTC

TRACK ORDER
UPS MI : **92748999958515130009628688**

Please note: It may take 24-48 hours for tracking to be available online.

Until next time,
Mr Baxter - Assistant Deputy Director of Parcel Tape

**Products that shipped:**

**Brandy Melville®**
1 x Sticker
Small (4.0" x 0.8")

@ US$1.45

Sent at Dec 04, 2015 (GMT)

SOLD BY
TimonPower77
Lagny Sur Marne, France
+ Follow

**Brandy Melville® (2)**
1 x Sticker
Small (4.0" x 0.9")

@ US$1.45

Sent at Dec 04, 2015 (GMT)

**CONFIDENTIAL**                                                                                                        RBBM175974

TE307_0001