# EXHIBIT 18

"Los Angeles design - California
redbubble.com/i/hoodie/Los-Angeles-design-California-1984-by-haleyshore/48207346.YFBT8.XYZ
Features
Heavyweight 9oz preshrunk cotton rich fleece made from 80% Cotton, 20% Polyester
Front pouch
and rib cuffs
Ethically sou
Responsible
Note: If you l
sizes up
Reviews
Los Angeles design - California 1984 Pullover Hoodie
Designed by haleyshore
$41.56
2XL
Available Products
Classic T-Shirt
Tri-blend T-Shirt
Lightweight Hoodie
Lightweight Sweatshirt
Long T-Shirt
Pullover Hoodie
Slim Fit T-Shirt
Baseball ¾ Sleeve T-Shirt
Long Sleeve T-Shirt
Premium T-Shirt
V-Neck T-Shirt
Pullover Sweatshirt
Tank Top
Zipped Hoodie
Relaxed Fit T-Shirt
Fitted V-Neck T-Shirt
Premium Scoop T-Shirt
Fitted Scoop T-Shirt
Fitted T-Shirt
Racerback Tank Top
Los
Desig
Los angeles bra
Also availab
Slim Fit T-Shirt
$20.73
Available on
hale

