# EXHIBIT 19

Sell your art Login Signup

REDBUBBLE

Search designs and products

Clothing Stickers Masks Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

## Brandy Melville Blue Butterfly Sticker

Designed by **chrissybiello**

**$2.50**

**$1.88 when you buy 4+**

$1.25 when you buy 10+

**Finish**

Matte

**Size**

Small (2.2 x 2.6 in)

**Add to cart**

**Size**

Small (2.2 x 2.6 in)

**Add to cart**

**Size**

Small (2.2 x 2.6 in)

**Add to cart**

**Size**

Small (2.2 x 2.6 in)

**Add to cart**

Small (2.2 x 2.6 in)

### Features

- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

### Reviews

★★★★★
★★★★
★★★
★★
★

**+ Read all 150 reviews**

### Brandy Melville Blue Butterfly

Designed by **chrissybiello**

Many Cute and Trendy Stickers!

### Also available on

