# EXHIBIT 20

<13>
<0>
<0>
<0>
<0>
<0>
<0>
<0>
<0>
<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>


<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>


<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>

<0>





Sep 2, 2020 9:35:50 AM



Sep 2, 2020 9:35:50 AM

TE403_0002