# EXHIBIT 21

Sell your art Login Signup

REDBUBBLE

Search designs and products

Clothing Stickers Masks Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

# American Eagle Prince and Broadway Street Sticker Sticker

Designed by **Asha Tandon**

**$10.00**

Finish

Matte

Size

Large (8.4 x 8.5 in)

Add to cart

View size guide

Large (8.4 x 8.5 in)

Add to cart

View size guide

Large (8.4 x 8.5 in)

Add to cart

View size guide

Large (8.4 x 8.5 in)

Add to cart

View size guide

Large (8.4 x 8.5 in)

Add to cart

View size guide

Large (8.4 x 8.5 in)

Add to cart

View size guide

View size guide

Delivery

## Features

- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

## Reviews

+ Read all 150 reviews

## American Eagle Prince and Broadway Street Sticker

Designed by **Asha Tandon**

Patriotic american eagle and flag black and white brandy melville sticker. Prince and broadway street in new york city.

## Also available on

Poster

$14.32

Essential T-Shirt

$19.90

Hardcover Journal

From $17.43

Pullover Hoodie

$39.90

