KENNETH B. WILSON  (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Tel: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
 jmasur@zuberlawler.com
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Tel: (213) 596-5620 / Fax: (213) 596-5621

JEFFREY J. ZUBER  (SBN 220830)
 jzuber@zuberlawler.com
ZUBER LAWLER LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Tel: (213) 596-5620 / Fax: (213) 596-5621

JENNIFER C. KUHN (*Admitted Pro Hac Vice*)
 jkuhn@zuberlawler.com
ZUBER LAWLER LLP
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 717-7430 / Fax: (213) 596-5621

Attorneys for Defendant
Redbubble Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>REDBUBBLE INC.,<br><br>                    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DEFENDANT REDBUBBLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR JUDGMENT AS A MATTER OF LAW; DECLARATION OF JOSHUA M. MASUR**<br><br>Trial Date:  June 22, 2021<br>Time:         11:00 a.m.<br>Crtrm.:       850 |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to *Federal Rules of Evidence*, Rule 201, defendant Redbubble Inc. ("Redbubble") respectfully requests that the Court take judicial notice of the following exhibits to the attached Declaration of Joshua M. Masur filed in support of Redbubble's Reply to Plaintiff Y.Y.G.M. SA d.b.a Brandy Melville's opposition to Motion for Judgment as a Matter of Law.

**Exhibit A:** Download from USPTO Trademark Status and Document Retrieval for US Serial Number 88018059--Original Application of "LA Lightning" trademark application with specimen on page 7;

**Exhibit B:** Download from USPTO Trademark Status and Document Retrieval for US Serial Number 88018059--Office Action rejecting the "LA Lightning" application for failure to function (ornamental);

**Exhibit C:** Download from USPTO Trademark Status and Document Retrieval for US Serial Number 88018059--Response to Office Action for "LA Lightning" trademark application; and

**Exhibit D:** Download from USPTO Trademark Electronic Search System for US Serial Number 77573445--Status of Trademark application for "Brandy Melville" mark showing abandonment in 2009.

Pursuant to Fed. R. Evid. 201(b), judicial notice is appropriate for facts "not subject to reasonable dispute" because they are either: "(1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Courts must take judicial notice upon request if the court is supplied with the necessary information. Id. at (c)(2).

Pursuant to *Fed. R. Evid.* 201, documents that are "matters of public record" whose authenticity is not disputed are proper for judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *see also At Pac, Inc. v. Aptitude Solutions, Inc.*, 787 F.Supp.2d 1108, 1112 (E.D. Cal. 2011). Federal courts can, and routinely do, take judicial notice of trademark registrations and other documents maintained by the United States Patent and Trademark Office. *See, e.g., Threshold Enters. Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 145 (N.D. Cal. 2020). ("Materials in the online files of the USPTO and other matters of public record are proper subjects of judicial notice."); *Caiz v. Roberts*, 382 F. Supp. 3d 942, 947 (C.D. Cal. 2019) (taking judicial notice of mark's file history, downloaded from USPTO website); *Marketquest Group, Inc. v. BIC Corp.*, 316 F. Supp. 3d 1234, 1252 (S.D. Cal. 2018) (taking judicial notice of trademark registrations and file wrappers for the marks).

For the foregoing reasons, Redbubble's request for judicial notice should be granted in its entirety.

Dated: July 8, 2021.

| COASTSIDE LEGAL | ZUBER LAWLER LLP |
|---|---|
| KENNETH B. WILSON | JOSHUA M. MASUR |
| | JEFFREY J. ZUBER |
| | JENNIFER C. KUHN |

By: */s/ Joshua M. Masur*
     Attorneys for Defendant Redbubble Inc.

## DECLARATION OF JOSHUA M. MASUR

I, Joshua M. Masur, declare:

1. I am an attorney with the law firm of Zuber Lawler LLP, counsel of record for defendant Redbubble Inc. I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Attached to this Declaration as Exhibit "A" is a true and correct copy of a download from USPTO Trademark Status and Document Retrieval for US Serial Number 88018059--Original Application of "LA Lightning" trademark application with specimen on page 7 .

3. Attached to this Declaration as Exhibit "B" is a true and correct copy of a download from USPTO Trademark Status and Document Retrieval for US Serial Number 88018059--Office Action rejecting the "LA Lightning" application for failure to function (ornamental).

4. Attached to this Declaration as Exhibit "C" is a true and correct copy of a download from USPTO Trademark Status and Document Retrieval for US Serial Number 88018059--Response to Office Action for "LA Lightning" trademark application.

5. Attached to this Declaration as "Exhibit "D" is a true and correct copy of a download from USPTO Trademark Electronic Search System for US Serial Number 77573445--Status of Trademark application for "Brandy Melville" mark showing abandonment in 2009 .

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge and information.

Executed this 8th day of July, 2021 at San Carlos, California.

       /s/ Joshua M. Masur
       Joshua M. Masur