# EXHIBIT A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88018059**
**Filing Date: 06/27/2018**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 88018059 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\880\180\88018059\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) yellow is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The word "LOSANGELES" as one word without a space. The first letter of the word is stylized to resemble a lightning bolt. Below LOSANGELES is the word CALIFORNIA and the number 1984. All of the words are in yellow. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 861 x 496 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | YYGM SA |
| *STREET | Via Motta 44 |
| *CITY | Lugano |
| *COUNTRY | Switzerland |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | CH-6900 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Switzerland |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Clothing, namely t-shirts, tank tops, and sweatshirts |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/18/2018 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/18/2018 |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\880\180\88018059\xml1\ RFA0003.JPG |
| **SPECIMEN DESCRIPTION** | Pictures of t-shirts with the trademark printed on the products |
| **ATTORNEY INFORMATION** | |
| NAME | Keith J. Wesley |
| FIRM NAME | Browne George Ross LLP |
| STREET | 2121 Avenue of the Stars, 28th Floor |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90067 |
| PHONE | 310-274-7100 |
| FAX | 310-275-5697 |
| EMAIL ADDRESS | kwesley@bgrfirm.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Keith J. Wesley |
| FIRM NAME | Browne George Ross LLP |
| STREET | 2121 Avenue of the Stars, 28th Floor |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90067 |
| PHONE | 310-274-7100 |
| FAX | 310-275-5697 |
| *EMAIL ADDRESS | kwesley@bgrfirm.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /kjw/ |
| SIGNATORY'S NAME | Keith J. Wesley |
| SIGNATORY'S POSITION | Attorney of Record, California bar member |
| SIGNATORY'S PHONE NUMBER | 310-274-7100 |

| | |
|---|---|
| **DATE SIGNED** | 06/27/2018 |

Case 2:19-cv-04618-RGK-JPR Document 203-1 Filed 07/08/21 Page 4 of 8 Page ID #:11469

| | |
|---|---|
| **DATE SIGNED** | 06/27/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88018059**
**Filing Date: 06/27/2018**

### To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The color(s) yellow is/are claimed as a feature of the mark. The mark consists of The word "LOSANGELES" as one word without a space. The first letter of the word is stylized to resemble a lightning bolt. Below LOSANGELES is the word CALIFORNIA and the number 1984. All of the words are in yellow.
The applicant, YYGM SA, a corporation of Switzerland, having an address of
   Via Motta 44
   Lugano CH-6900
   Switzerland

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 025:  Clothing, namely t-shirts, tank tops, and sweatshirts

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/18/2018, and first used in commerce at least as early as 02/18/2018, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Pictures of t-shirts with the trademark printed on the products.
Specimen File1


The applicant's current Attorney Information:
   Keith J. Wesley of Browne George Ross LLP     2121 Avenue of the Stars, 28th Floor
   Los Angeles, California 90067
   United States
   310-274-7100(phone)
   310-275-5697(fax)
   kwesley@bgrfirm.com (authorized)


The applicant's current Correspondence Information:
   Keith J. Wesley
   Browne George Ross LLP
   2121 Avenue of the Stars, 28th Floor
   Los Angeles, California 90067
   310-274-7100(phone)
   310-275-5697(fax)
   kwesley@bgrfirm.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

- ☑ **Basis:**

    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

    - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
    - The mark is in use in commerce on or in connection with the goods/services in the application;
    - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
    - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**

    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

    - The signatory believes that the applicant is entitled to use the mark in commerce;
    - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
    - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /kjw/   Date: 06/27/2018
Signatory's Name: Keith J. Wesley
Signatory's Position: Attorney of Record, California bar member
Payment Sale Number: 88018059
Payment Accounting Date: 06/28/2018

Serial Number: 88018059
Internet Transmission Date: Wed Jun 27 21:10:21 EDT 2018
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XX-201806272110213
68548-88018059-610265855b0978b8394f5322a
4f1f29e4cd72a113159294a748ac1f5f2524cce5
-CC-7182-20180627205454396019



| JUST IN | BASICS | CLOTHING | GRAPHICS | ACCESSORIES | GIFT CARDS | LOOKBOOK |



### SERENA LOS ANGELES LIGHTNING BOLT TOP

$20

Cute lightweight crewneck cropped tee in black with a yellow Los Angeles California 1984 lightning graphic.

**Fabrics:** 100% Cotton
**Measurements:** 17" length, 16" bust
**Made in:** Italy

QUANTITY:

1    ADD TO CART

MLA106YC-K05S001S51900

MORE INFO    +

YOU MAY ALSO LIKE...

