# EXHIBIT B

| | |
|---|---|
| **To:** | YYGM SA (kwesley@bgrfirm.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88018059 - LOSANGELES CALIFORNIA 1984 - N/A |
| **Sent:** | 11/5/2018 3:17:31 PM |
| **Sent As:** | ECOM103@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |

UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 88018059

**MARK:** LOSANGELES CALIFORNIA 1984

*88018059*

**CORRESPONDENT ADDRESS:**
   KEITH J. WESLEY
   BROWNE GEORGE ROSS LLP
   2121 AVENUE OF THE STARS, 28TH FLOOR
   LOS ANGELES, CA 90067

**CLICK HERE TO RESPOND TO THIS LETTER:**

http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** YYGM SA

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
   N/A

**CORRESPONDENT E-MAIL ADDRESS:**

kwesley@bgrfirm.com

# OFFICE ACTION

**STRICT DEADLINE TO RESPOND TO THIS LETTER**

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 11/5/2018**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SEARCH OF OFFICE'S DATABASE OF MARKS

The trademark examining attorney has searched the Office's  database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

SUMMARY OF ISSUES:

- Failure to function refusal – (Ornamentation);
- Disclaimer required; and,
- Information request

**A.  SECTIONS 1, 2 AND 45 REFUSAL – MERELY ORNAMENTAL**

Registration is refused because the applied-for mark as used on the specimen of record is merely a decorative or ornamental feature of applicant's clothing and, thus, does not function as a trademark to indicate the source of applicant's clothing and to identify and distinguish applicant's clothing from others.   Trademark Act Sections 1, 2, and 45, 15 U.S.C. §§1051-1052, 1127; *see In re Lululemon Athletica Can. Inc.*, 105 USPQ2d 1684, 1689 (TTAB 2013); *In re Pro-Line Corp.*, 28 USPQ2d 1141, 1142 (TTAB 1993); TMEP §§904.07(b), 1202.03 *et seq*.

The size, location, dominance, and significance of the alleged mark as used on the goods are all relevant factors in determining the commercial impression of the applied-for mark.  *See, e.g., In re Peace Love World Live, LLC*, 127 USPQ2d 1400, 1403 (TTAB 2018) (quoting *In re Hulting*, 107 USPQ2d 1175, 1178 (TTAB 2013)); *In re Lululemon Athletica Can. Inc.*, 105 USPQ2d at 1687 (quoting *In re Right-On Co.*, 87 USPQ2d 1152, 1156 (TTAB 2008)); TMEP §1202.03(a).

With respect to clothing, consumers may recognize small designs or discrete wording as trademarks, rather than as merely ornamental features, when located, for example, on the pocket or breast area of a shirt.  *See* TMEP §1202.03(a).  Consumers may not, however, perceive larger designs or slogans as trademarks when such matter is prominently displayed across the front of a t-shirt.  *See In re Pro-Line Corp.*, 28 USPQ2d at 1142; *In re Dimitri's Inc.* , 9 USPQ2d 1666, 1667-68 (TTAB 1988); TMEP §1202.03(a), (b), (f)(i), (f)(ii).

In this case, the submitted specimen shows the applied-for mark, "LOSANGELES CALIFORNIA 1984", located directly on the upper-center area of the front of the shirts and tops;, where ornamental elements often appear.  *See* TMEP §1202.03(a), (b).  Furthermore, the mark is displayed in a relatively large size on the clothing such that it dominates the overall appearance of the goods.  Lastly, the applied-for mark appears to be a slogan that is used in a merely decorative manner that would be perceived by consumers as having little or no particular source-identifying significance.

Therefore, consumers would view the applied-for mark as a decorative or ornamental feature of the goods, rather than as a trademark to indicate the source of applicant's goods and to distinguish them from others.

*In appropriate circumstances*, applicant may overcome this refusal by satisfying one of the following options:

(1) Submit a different specimen (a verified "substitute" specimen ) that was in actual use in commerce at least as early as the filing date of the application (or prior to the filing of an amendment to allege use) and that shows proper trademark use for the identified goods in International Class 25.  Examples of acceptable specimens that show non-ornamental use on clothing include hang tags and labels used inside a garment.

(2) Amend to the Supplemental Register, which is a second trademark register for marks not yet eligible for registration on the Principal Register, but which may become capable over time of functioning as source indicators.

(3) Claim acquired distinctiveness under Trademark Act Section 2(f) by submitting evidence that the applied-for mark has become distinctive of applicant's goods; that is, proof that applicant's extensive use and promotion of the mark allowed consumers now directly to associate the mark with applicant as the source of the goods.

(4) Submit evidence that the applied-for mark is an indicator of secondary source; that is, proof that the mark is already recognized as a source indicator for *other* goods or services that applicant sells/offers.

(5) Amend the filing basis to intent to use under Section 1(b).  This option will later necessitate additional fee(s) and filing requirements.

For an overview of the response options above and instructions on how to satisfy each option online using the Trademark Electronic Application System (TEAS) form, see the Ornamental Refusal webpage.

B. **DISCLAIMER REQUIRED**

Applicant must provide a disclaimer of the unregistrable part(s) of the applied-for mark even though the mark as a whole appears to be registrable.  *See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(a).  A disclaimer of an unregistrable part of a mark will not affect the mark's appearance.  *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 979-80, 144 USPQ 433, 433 (C.C.P.A. 1965).

In this case, applicant must disclaim all the wording in the mark because it is not inherently distinctive.  These unregistrable term(s) are at best merely descriptive and primarily geographically descriptive of applicant's goods.

The nondistinctive wording "LOS ANGELES CALIFORNIA 1984" merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods.  *See* 15 U.S.C. §§1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012).

The use of a year is commonly used to denote the year a company was started or the date of an event.  Thus, they are generally mere informational terms that carry little to no source significance.  *See, e.g.*:

· http://www.eddiebauer.com/product/mens-graphic-t-shirt---classic/13390003?showProducts=&color=156&sizetype=&size=; and,

· https://www.champion.com/shop/champion/to-follow-gf70-550128-1?categoryId=21218

In addition, the nondistinctive wording "LOSANGELES, CALIFORNIA" is a geographic characteristic of the goods, ( *i.e.* a reference to one of the largest cities and economic hubs in the United States, including the clothing and fashion industries, (*see*: http://www.columbiagazetteer.org/main/ViewPlace/2/81122), as shown in the specimen which describe a shirt having a design that matches the mark.

Material obtained from the Internet is generally accepted as competent evidence in trademark examination. *See In re Jonathan Drew Inc.*, 97 USPQ2d 1640, 1641-42 (TTAB 2011); *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-03 (TTAB 2009); *In re Leonhardt*, 109 USPQ2d 2091, 2098 (TTAB 2008); TBMP §1208.03; TMEP §710.01(b).

The wording "LOSANGELES" must appear in its correct spelling, i.e., "LOS ANGELES" in the disclaimer. *See In re Omaha Nat'l Corp.*, 819 F.2d 1117, 1119, 2 USPQ2d 1859, 1861 (Fed. Cir. 1987); *In re Carlson*, 91 USPQ2d 1198, 1203 (TTAB 2009); TMEP §1213.08(c).

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "LOS ANGELES CALIFORNIA 1984" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this issue using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

C.  **INFORMATION REQUEST**

Applicant must provide a written statement explaining whether the goods will be manufactured, packaged, shipped from, sold in or will have any other connection with the geographic location named in the mark. *See* 37 C.F.R. §2.61(b); TMEP §§814, 1210.03.  Failure to comply with a request for information is grounds for refusing registration. *In re Harley*, 119 USPQ2d 1755, 1757-58 (TTAB 2016); TMEP §814.

Additionally, applicant must specify what the background significance, if any, behind the mark wording as a while or as to parts of the mark.

Does the mark and/or applicant have any connection to the United States Olympic Committee, International Olympic Committee, or any other organization affiliated with the Olympic Games?  If so, please describe in more detail.

*RESPONSE GUIDELINES*

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action.  If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register.  Applicant may also have other options specified in this Office action for responding to a refusal and should consider those options carefully.  To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.  For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register. See 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02. Additionally, the USPTO will not refund the application filing fee, which is a required processing fee. See 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

When an application has abandoned for failure to respond to an Office action, an applicant may timely file a petition to revive the application, which, if granted, would allow the application to return to active status. See 37 C.F.R. §2.66; TMEP §1714.  The petition must be filed within two months of the date of issuance of the notice of abandonment and may be filed online via the Trademark Electronic Application System (TEAS) with a $100 fee. See 37 C.F.R. §§2.6(a)(15)(ii), 2.66(a)(1), (b)(1).

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125

per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

/Robert Andrew Cohen/

Trademark Examining Attorney

Law Office 103

(571) 270-1389

robert.cohen@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.



https://www.eddiebauer.com/product/mens-graphic-t-shirt---classic/13390003?showProducts=&color=156&sizetype=&size=  11/05/2018 02:58:44 PM



**Review Summary**

★★★★★ 4.6 (based on 10 reviews)

| Pros | Cons |
|---|---|
| No Pros | No Cons |

**Look:** ★★★★☆

**Quality:** ★★★★★

**Value:** ★★★★★

**Fit:** True to size (5), Moderately large (3)

**Gender:** Male (4), Male (4)

**Height:** 6'0" (3)

**I am a Eddie Bauer associate:**
None (3)

**Size Type:** Regular (4), Regular (3)

**What will you be using this product for:**
Leisure (5)

**Write a Review**

**Reviewed by 10 customers**     Sort by  Newest

By **Mike**
from Undisclosed
VERIFIED BUYER

★★★☆☆ 3.0
**Nice shirt Wrong fit**

10/26/2018





https://www.champion.com/shop/champion/to-follow-gf70-550128-1?categoryId=21218&redirectLoop=true&originalReferrer=          11/05/2018 02:59:53 PM

Skip Navigation

- Sign In | - Create Account | Order Status
- Shopping Cart (0)

Hanes  FAN SHOP  C  BALI Playtex M  jms  FREE SHIPPING WITH $60+ Details ▶

# Champion®

Enter Keyword or Item #

MEN   WOMEN   KIDS   FAN SHOP   CLEARANCE

STORES

Home > MEN > SWEATSHIRTS & TOPS > Hoodies & Sweatshirts > Champion Life® Men's Reverse Weave® Crew, King of Sweatshirts

< 28 of 61 >

## Champion Life® Men's Reverse Weave® Crew, King of Sweatshirts

Style # GF70 550128

ALWAYS SHIPS FREE

$80.00

Exclusive Reverse Weave® Crew channels today's street style with a retro vibe. Features our Limited Edition satin stitch embroidery "The King Of Sweatshirts " design. Available only online and at our flagship stores.

- Our iconic fleece is cut on the cross-grain to resist vertical shrinkage, so the length stays true to size.
- 12-oz. heavyweight fleece is cotton-rich and brushed inside for softness.
- Athletic fit and signature rib side panels for mobility.
- Stretch rib cuffs and waistband.
- Durable double-needle construction throughout.
- Full satin stitch embroidery center chest. C logo patch on left cuff.

+ MORE DETAILS

Select Color: **Navy**

SIZING & SIZE CHARTS

Select Size:
S  M  L  XL
2XL

Selection
Navy

Select Quantity:
− 1 +

**ADD TO CART**

SAVE TO MY FAVORITES ▶

FREE SHIPPING WITH $60 ORDERS details

https://www.champion.com/shop/champion/to-follow-gf70-550128-1?categoryId=21218&redirectLoop=true&originalRefe
rrer= 11/05/2018 02:59:53 PM



SHARE f y p g+ ✉





http://www.columbiagazetteer.org/main/ViewPlace/2/81122      11/05/2018 03:10:12 PM

technology, printing and publishing, food processing, and oil refining are also major industries. Growth in many of these areas has offset a decline in financial, real estate, and insurance sectors that has occurred in the mid–1990s, as well as the relocation of several large corporate headquarters. Oil and natural–gas fields in part of city and environs. Los Angeles Harbor and Long Beach Harbor, together, are Los Angeles's port, part in City of Long Beach and part in Los Angeles (the two cities adjoin each other). Los Angeles has one of the busiest ports in the U.S.; roughly half of its commerce is foreign. There is a smaller boat harbor in Marina del Rey, Venice area. It is the principal financial center for the West Coast and the E Pacific Basin.

The vast Los Angeles metropolitan area covers five counties (Los Angeles, Orange, Riverside, San Bernardino, and Ventura) and encompasses 34,000 sq mi/88,060 sq km with over 14.5 million people. Los Angeles's metro area has practically merged with San Diego's metro area to S. The Los Angeles metropolitan area is connected by a freeway system that is increasingly unable to accommodate the area's traffic. The enormous number of motor vehicles, combined with the city's valley location, creates dangerously high levels of smog. A light–rail system (Los Angeles County Metropolitan Transportation Authority; opened in 1990) and bus service alleviate only a small percentage of freeway congestion. Los Angeles's only subway line began operation in 1993 and was competed in 2000; other light–rail lines connected with the system were completed in 2003, linking the downtown area to Long Beach in the S and Los Angeles International Airport in the N.

Maintaining an adequate water supply for the city has long been a problem; the metropolitan area obtains its water from the Owens River rising in the Sierra Nevada (via Los Angeles Aqueduct), the Colorado River (via Colorado River Aqueduct) to E, and from N California (via California Aqueduct) through California's Central Valley to the N.

As Los Angeles rapidly expanded throughout the 20th century, it absorbed numerous communities and enclosed independent municipalities. Among the communities now part of Los Angeles are Century City, Brentwood, Hollywood, San Pedro, Sylmar, Watts, Westwood Hills, Bel Air, and Boyle Heights, and several large suburbs in the San Fernando Valley, such as Northridge, Sherman Oaks, and Van Nuys. Two moderate earthquakes (1971 and 1994), each claiming more than sixty lives, were epicentered in the San Fernando Valley. Independent municipalities surrounded by Los Angeles include Santa Monica (2000 population84,084), Beverly Hills(2000 population 33,784), and San Fernando(2000 population23,564). Incorporated cities in the broader metropolitan region with populations of 80,000 or more include Alhambra, Anaheim, Burbank, Downey, El Monte, Fullerton, Garden Grove, Glendale, Huntington Beach, Irvine, Inglewood, Long Beach, Moreno Valley, Norwalk, Oceanside, Ontario, Orange, Oxnard, Pasadena, Pomona, Rancho Cucamonga, Riverside

Orange, Oxnard, Pasadena, Pomona, Rancho Cucamonga, Riverside, San Bernardino, Santa Ana, Santa Clarita, Santa Monica, Simi Valley, Thousand Oaks, and Torrance.

Spanish explorer Gaspar de Portola visited the site of the city in 1769, and in 1781 El Pueblo de Nuestra Señora de los Angeles de Porciuncula (The Town of Our Lady the Queen of the Angels of Porciuncula) was founded. The city served several times as the capital of the Spanish colonial province of Alta California and was a cattle-ranching center. U.S. forces captured Los Angeles from the Mexicans in 1846. Los Angeles incorporated four years later. The arrival of the railroad (Southern Pacific in 1876; Santa Fe in 1885) and the discovery of oil in the early 1890s stimulated expansion, as did the development of the motion-picture industry in the early 20th century. During World War II, Los Angeles boomed as a center for the production of war supplies and munitions and thousands of African-Americans migrated to Los Angeles to fill factory jobs. After the war, massive suburban growth made the city enormously prosperous, but also created or exacerbated a variety of urban problems. In 1965, the African-American community of Watts was the site of six days of rioting that left thirty-four people dead and caused over $200 million in property damage.

Los Angeles experienced dramatic growth through immigration in the 1970s and 1980s. Today, Los Angeles is one of the most racially and ethnically diverse cities in the U.S. In 1990, the Hispanic population of metropolitan Los Angeles was almost five million (almost 40% of the population) and the area's Asian population was over 1.3 million. In addition to an already well established Japanese-American community, recent immigration has come from China, South Korea, Vietnam, Cambodia, the Philippines, and other nations. Chinatown is N of downtown, Little Tokyo lies SE of downtown. In the 1980s, violent gang warfare over the illegal-drug (especially crack) trade became a serious problem for law enforcement officials. In April 1992, four white Los Angeles police officers were found not guilty of police brutality after they had been videotaped beating Rodney King, a black motorist they were pursuing; the acquittal touched off riots in S central Los Angeles and many other areas that resulted in over fifty deaths, thousands of arrests, and approximately $1 billion in property damage.

In Los Angeles are botanical gardens; the Los Angeles County Museum of Art; the Museum of Contemporary Art; history, movie, industrial, and science museums; and many parks, including Griffith Park, one of the largest urban parks in the world, with a zoo and planetarium. The La Brea Tar Pits, near Beverly Hills, are famous for Ice Age fossils. The Los Angeles Philharmonic is internationally famous as is the city's opera company. In 1982, Los Angeles gained its second National Football League team (the Rams were the first) when the Oakland Raiders moved to the city, but the Rams moved to St. Louis and the Raiders back to Oakland (both in 1995), leaving the city without a

Raiders back to Oakland (both in 1995), leaving the city without a National Football League franchise. In baseball, the National League's Los Angeles Dodgers and the American League's Los Angeles Angels of Anaheim represent the area. The city also has two National Basketball Association teams (the Lakers and the Clippers) and a National Hockey League team (the Kings). Los Angeles hosted the summer Olympic Games twice (1932 and 1984).

The motion-picture and television industries, the proximity of many resorts and theme parks (Six Flags Magic Mountain and Six Flags Hurricane Harbor), the fine beaches, and a climate that encourages year-round outdoor recreation attract millions of tourists annually to Los Angeles. Other attractions in the region include the Santa Anita and Hollywood Park racetracks, Knott's Berry Farm, and Disneyland (at Anaheim). Among the city's many educational institutions are the University of Southern California; the University of California, Los Angeles (UCLA), California State University, Los Angeles, in NE; California State University, Northridge, in NW; Occidental College; Loyola Marymount University; Mount St Mary's College; Fashion Institute of Design and Merchandising (two-year), and numerous other two-year colleges. Will Rogers State Historical Park and State Beach in W; Topanga State Park and State Beach in W; Los Encinos State Historical Park in W; El Pueblo de Los Angeles State Historical Park in downtown, across the street from Union Station; Venice City and Dockweiler state beaches in W; Royal Palms State Beach in S; Santa Monica Mountains National Recreation Area in W, extends W into Ventura county; Angeles National Forest, in San Gabriel Mountains, to N; Busch Gardens in San Fernando Valley.

## Citations

**MLA**
"Los Angeles." *Columbia Gazetteer of the World Online*. 2018. Columbia University Press. 05 Nov. 2018.
<http://www.columbiagazetteer.org/main/ViewPlace/81122>.

**Chicago Manual of Style**
*Columbia Gazetteer of the World Online*, s.v. "Los Angeles,"
http://www.columbiagazetteer.org/main/ViewPlace/81122 (accessed November 05, 2018).

COLUMBIA UNIVERSITY PRESS

Terms of Service  |  Privacy Policy  |  License and Registration  |  Purchase Information  |  About Columbia University Press

| | |
|---|---|
| **To:** | YYGM SA (kwesley@bgrfirm.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 88018059 - LOSANGELES CALIFORNIA 1984 - N/A |
| **Sent:** | 11/5/2018 3:17:38 PM |
| **Sent As:** | ECOM103@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

# IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED ON **11/5/2018** FOR U.S. APPLICATION SERIAL NO. 88018059

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **11/5/2018** (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

# WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that

closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.