# EXHIBIT C

**BROWNE GEORGE ROSS** LLP
Los Angeles · New York · San Francisco

2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
T (310) 274-7100 F (310) 275-5697

Keith J. Wesley
kwesley@bgrfirm.com

File No. 7369-010

December 28, 2018

**Via E-Mail and U.S. Mail**

Robert A. Cohen
Trademark Examining Attorney
United States Patent and Trademark Office
Law Office 103
400 Dulany St.
Alexandria, VA 22314
E-Mail: robert.cohen@uspto.gov

Re: Response to Office Action for U.S. Application Serial No. 88018059

Dear Mr. Cohen:

We are in receipt of the office action dated November 5, 2018 in relation to the above referenced application and write in response to the concerns raised therein. Among the means you proposed for overcoming the "ornamental use" issue was to submit a verified substitute specimen depicting the applied-for mark being used in a non-ornamental fashion. Enclosed herewith and marked as Exhibit A is an additional specimen depicting the mark's use "on the pocket or breast area of a [sweat]shirt," the hallmark example of trademark use upon clothing set forth in the office action. Please consider this substituted for the specimen included with the initial application. The substitute specimen was in use in commerce at least as early as the filing date of the application.

Additionally, the office action indicates that our client can overcome your concerns as to ornamentality by submitting proof that its extensive use of the mark has caused consumers to associate it with our client. In this regard, we ask that you please consider the enclosed materials reflecting:

> (i) additional examples of our client's *sixty four distinct* products to which the applied for mark has been affixed (Exhibit B);

> (ii) promotions for goods bearing the mark in question that have appeared on our client's Instagram account, which has over 3.8 million "followers," and been "liked" upwards of eighty thousand times in some instances (Exhibit C);

1152493.1


1/2/2019
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #02

Browne George Ross LLP | www.bgrfirm.com

**Browne George Ross LLP**

Robert A. Cohen
Trademark Examining Attorney
December 28, 2018
Page 2

        (iii) promotions for goods bearing the applied-for mark that have appeared on the home page of our client's consumer-facing website for the United States, brandymelvilleusa.com (Exhibit D); and

        (iv) search results on third party websites unaffiliated with our client depicting goods bearing the applied-for mark in response to a search for the term "Brandy Melville" (Exhibit E).

Further, our client's data indicate that as of November 8, 2018, it had sold 152,736 items bearing the applied-for mark, and that $3,420,356 in revenue had been generated based on such sales. These sales occurred both online and via our client's presence at over ninety brick and mortar retail locations throughout the country. For these reasons, we believe there is strong evidence that the mark indeed serves a source-identifying function in the eyes of the consuming public.

        Apart from the ornamentality issue, the office action requires that our client disclaim "all the wording in the mark." No claim is made to the exclusive right to use "LOS ANGELES CALIFORNIA 1984" apart from the mark as shown. The office action also requests additional information as to the significance of "the geographic location named in the mark." Y.Y.G.M. SA is a Swiss entity and owns and conducts business under the Brandy Melville trademark (Reg. No. 5238856). While there are Brandy Melville-branded stores in Los Angeles, neither that location nor the year depicted in the mark—1984—are included within the applied-for mark due to any particular meaning relative to the company. Instead, both the location and year depicted in the mark were selected arbitrarily based upon the designers' aesthetic judgment and inspiration. The mark is not affiliated with the United States Olympic Committee, International Olympic Committee, or any other organization affiliated with the Olympic Games in any respect.

        We appreciate your time and consideration in connection with this matter, and are available to speak at your convenience should you have any additional concerns.

Sincerely,

*[signature]*

Keith J. Wesley

KJW:el
Enclosures

1152493.1

# EXHIBIT A



# EXHIBIT B

 

07/11/2018



### MCH002-1317S001S51900 — Total: 1.363

| | Storage | In transit | Work | In order | In order wholesale | Store |
|---|---|---|---|---|---|---|
| Sutri | | | 1.363 | | | |
| Prato | | | | | | |
| Sempeter | | | | | | |
| Agno | | | | | | |
| KonkRestock | | | | | | |
| Online | | | | | | |
| Konkay | | | | | | |
| External | | | | | | |
| Online UK | | | | | | |
| Broadway | | | | | | |

Retail. Price
- EUR 32,00
- USD 37,00
- GBP 27,00
- CAD 45,00



### MCH002-R182S001S51900 — Total: 179

| | Storage | In transit | Work | In order | In order wholesale | Store |
|---|---|---|---|---|---|---|
| Sutri | | | | | | 210 |
| Prato | | | | | | |
| Sempeter | | | | | | |
| Agno | | | | | | |
| KonkRestock | 20 | | | | | |
| Online | 159 | | | | | |
| Konkay | | | | | | |
| External | | | | | | |
| Online UK | | | | | | |
| Broadway | 5 | | | | | |

Retail. Price
- EUR
- USD 32,00
- GBP
- CAD



### MCH570-1008TS001S51900 — Total: 28

| | Storage | In transit | Work | In order | In order wholesale | Store |
|---|---|---|---|---|---|---|
| Sutri | | | | | | 41 |
| Prato | | | | | | |
| Sempeter | | | | | | |
| Agno | | | | | | |
| KonkRestock | | | | | | |
| Online | 28 | | | | | |
| Konkay | | | | | | |
| External | | | | | | |
| Online UK | | | | | | |
| Broadway | 1 | | | | | |

Retail. Price
- EUR 16,00
- USD 16,00
- GBP 13,00
- CAD 22,00



### MD092YR-K05S001S51900 — Total

| | Storage | In transit | Work | In order | In order wholesale | Store |
|---|---|---|---|---|---|---|
| Sutri | | | | | | |
| Prato | | | | | | |
| Sempeter | | | | | | |
| Agno | | | | | | |
| KonkRestock | | | | | | |
| Online | | | | | | |
| Konkay | | | | | | |
| External | | | | | | |
| Online UK | | | | | | |
| Broadway | | | | | | |

Retail. Price
EUR
USD
GBP
CAD



### MD159-166S001S51900 — Total 1.015

| | Storage | In transit | Work | In order | In order wholesale | Store |
|---|---|---|---|---|---|---|
| Sutri | | | | | | 331 |
| Prato | 1.015 | | | | | |
| Sempeter | | | | | | |
| Agno | | | | | | |
| KonkRestock | | | | | | |
| Online | | | | | | |
| Konkay | | | | | | |
| External | | | | | | |
| Online UK | | | | | | |
| Broadway | 15 | | | | | |

Retail. Price
EUR 20,00
USD 22,00
GBP 17,00
CAD 28,00



### MD159-K27S864S51900 — Total 168

| | Storage | In transit | Work | In order | In order wholesale | Store |
|---|---|---|---|---|---|---|
| Sutri | | | | | | 208 |
| Prato | | | | | | |
| Sempeter | | | | | | |
| Agno | | | | | | |
| KonkRestock | | | | | | |
| Online | 168 | | | | | |
| Konkay | | | | | | |
| External | | | | | | |
| Online UK | | | | | | |
| Broadway | 9 | | | | | |

Retail. Price
EUR
USD 22,00
GBP
CAD

 Y Y G M    07/11/2018



### MD159RN-K27S001S519L17 — Total: 240

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | | | |
| Prato | | | | | |
| Sempeter | | | | | |
| Agno | | | | | |
| KonkRestock | 240 | | | | |
| Online | | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | | | | | |
| Broadway | | | | | |

Store: 4

Retail. Price — USD 22,00



### MD235-V26SKORS51900 — Total:

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | | | |
| Prato | | | | | |
| Sempeter | | | | | |
| Agno | | | | | |
| KonkRestock | | | | | |
| Online | | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | | | | | |
| Broadway | | | | | |

Store: 4

Retail. Price — USD 26,00





### MD239-Z166S001S51900 — Total: 13

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | 12 | | |
| Prato | | | | | |
| Sempeter | | | | | |
| Agno | | | | | |
| KonkRestock | | | | | |
| Online | 1 | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | | | | | |
| Broadway | | | | | |

Store: 275

Retail. Price — EUR 16,00 / USD 16,00 / GBP 13,00 / CAD 22,00



07/11/2018



### MDA110-392S001S51900  Total  45

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | | | |
| Prato | | | | | |
| Sempeter | | | | | |
| Agno | | | | | |
| KonkRestock | | | | | |
| Online | 45 | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | | | | | |
| Broadway | 1 | | | | |

Store: 16

Retail. Price
EUR
USD  35,00
GBP
CAD



### MDA110-Z087S001S519R3  Total  545

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | | | |
| Prato | | | | | |
| Sempeter | 26 | | | | |
| Agno | | | | | |
| KonkRestock | | | | | |
| Online | 69 | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | 50 | | | | |
| Broadway | | | | | |

Store: 869

Retail. Price
EUR  35,00
USD  35,00
GBP  30,00
CAD  49,00



### MDA110-Z21S001S519SL  Total  0

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | | | |
| Prato | | | | | |
| Sempeter | | | | | |
| Agno | | | | | |
| KonkRestock | | | | | |
| Online | | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | | | | | |
| Broadway | 14 | | | | |

Store: 23

Retail. Price
EUR
USD  36,00
GBP
CAD

**Y Y G M** 07/11/2018

### MDA110P-Z194S001S519R3 — Total: 0

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | | | |
| Prato | | | | | |
| Sempeter | | | | | |
| Agno | | | | | |
| KonkRestock | | | | | |
| Online | | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | | | | | |
| Broadway | | | | | |

Store: 22

Retail Price:
- EUR:
- USD: 42,00
- GBP:
- CAD:

### MDA110T-Z087SKORS51900 — Total: 300

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | | | |
| Prato | | | | | |
| Sempeter | | | | | |
| Agno | 300 | | | | |
| KonkRestock | | | | | |
| Online | | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | | | | | |
| Broadway | | | | | |

Store: 4

Retail Price:
- EUR:
- USD: 35,00
- GBP:
- CAD:

### MDA175-STS001S51900 — Total: 6.000

| | Storage | In transit | Work | In order | In order wholesale |
|---|---|---|---|---|---|
| Sutri | | | | | |
| Prato | | | | | |
| Sempeter | | | | | |
| Agno | | | | | |
| KonkRestock | | | | | |
| Online | | | | | |
| Konkay | | | | | |
| External | | | | | |
| Online UK | | | | | |
| Broadway | | | | | |

Store:

Retail Price:
- EUR:
- USD: 24,00
- GBP:
- CAD:

# EXHIBIT C




**brandymelvilleusa** • Föll

brandymelvilleusa #brandyusa

Load more comments

**alizonestradaa** @yailinpaulino
**nataliealps** @ash_leyrose
**emmammead** congrats you can sell half a shirt! 
**v.mnt_** @suheil_estrada



50,320 likes

JULY 19

Add a comment...



 brandymelvilleusa • Following

brandymelvilleusa #brandyusa

Load more comments

maquicaballero22 @isabellacaballero88

levireeselangley not everyone is one size

andrea.thompsonn @angela.becerraa i just want to have enough money to dress like this xiekdbskxbsksh

miahgarciaaa is that all they caption? 😂 love your clothes but you should change captions

80,255 likes

JUNE 24

Add a comment...

# EXHIBIT D

# BRANDY MELVILLE

shop   instagram   facebook   twitter   pinterest   theme



#brandyusa Skylar Los Angeles Lightning Tank | Black and Silver Belt

5 months ago   19 notes   brandyusa

# EXHIBIT E

