# EXHIBIT D



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jul 8 03:17:23 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [____]  OR  [Jump]  to record: [____]    **Record 4 out of 4**

[TSDR]  [ASSIGN Status]  [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# BRANDY MELVILLE

| | |
|---|---|
| **Word Mark** | BRANDY MELVILLE |
| **Goods and Services** | (ABANDONED) IC 025. US 022 039. G & S: Clothing, namely, pants, shorts, sweatpants, overalls, shirts, tee-shirts, sweatshirts, blouses, skirts, dresses, jackets, vests, coats, rainwear, shoes, belts, hosiery, loungewear, intimate apparel, scarves, sleepwear, slippers, socks, sweatshirts, swimwear |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77573445 |
| **Filing Date** | September 18, 2008 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Stephan Marsan INDIVIDUAL ITALY Corso Umberto I no. 8 Roncigione ITALY 01037 |
| **Attorney of Record** | Gerard Soussan |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | June 20, 2009 |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY