1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

*Y.Y.G.M. SA* ,                                                   )                    2:19-cv-04618-RGK-JPR

11                                                                            )

             Plaintiff(s),                                )

12                                                                            )                    FINAL JUDGMENT

vs.                                                                   )

13                                                                            )

*Redbubble, Inc.*                                             )

14                                                                            )

             Defendant(s).                             )

15 _____ )

16

17       This case proceeded to a jury trial in June of 2021, after which the jury found Defendant

18 liable for willful contributory counterfeiting of Plaintiff's Brandy Melville Heart Mark and LA

19 Lightning Mark, and contributory trademark infringement. The jury awarded Plaintiff $200,000

20 in damages for the contributory counterfeiting of the LA Lightning Mark, $300,000 in damages

21 for the contributory counterfeiting of the Brandy Melville Heart Mark, and $20,000 for

22 contributory trademark infringement, for a total verdict of $520,000. On July 27, 2021, the Court

23 granted in part Defendant's Motion for Judgment as a Matter of Law. (ECF No. 204).

24 Specifically, the Court granted judgment in favor of Defendant on Plaintiff's claim for

25 contributory counterfeit of the Brandy Melville Heart Mark, and denied Defendant's motion in

26 all other respects. The jury's verdict was otherwise upheld. The Court hereby **ENTERS FINAL**

27 **JUDGMENT** in favor of Plaintiff as to Plaintiff's claims for contributory trademark

28 infringement and contributory counterfeiting of the LA Lightning Mark, and  **ENTERS FINAL**

**JUDGMENT** in favor of Defendant on Plaintiff's claim for contributory counterfeiting of the Brandy Melville Heart Mark. The jury verdict is hereby reduced from $520,000 to $220,000.

     **IT IS SO ORDERED.**

Dated: July 26, 2021

_____
The Hon. R. Gary Klausner
United States District Judge

2