1 BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
2 Keith J. Wesley (State Bar No. 229276)
   kwesley@bgrfirm.com
3 Ryan Q. Keech (State Bar No. 280306)
   rkeech@bgrfirm.com
4 Jason Y. Kelly (State Bar No. 274144)
   jkelly@bgrfirm.com
5 2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
6 Telephone: (310) 274-7100
Facsimile: (310) 275-5697
7
Attorneys for Plaintiff Y.Y.G.M. SA d.b.a.
8 Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>          Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF Y.Y.G.M. SA D.B.A. BRANDY MELVILLE'S PROPOSED BILL OF COSTS**<br><br>Date: August 10, 2021 |
|---|---|

# DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross O'Brien Annaguey & Ellis LLP, counsel of record for Y.Y.G.M. SA d.b.a. Brandy Melville in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto is a true and correct copy of a Taxable Costs itemization worksheet.

3. Attached hereto as Exhibit 1 is a true and correct copy of a receipt for the clerk fees paid by Brandy Melville for the Complaint in this case.

4. Attached hereto as Exhibit 2 are true and correct copies of receipts for fees paid by Brandy Melville to court reporters for deposition transcripts and handling.

5. Attached hereto as Exhibit 3 are true and correct copies of the documentation for the witness fees paid by Brandy Melville.

6. Attached hereto as Exhibit 4 are true and correct copies of the documentation for the fees paid for reproduction of documents delivered as courtesy copies to the court, certified copies of trademarks purchased from the USPTO, in-house reproduction costs for discovery and trial, and vendor reproduction costs for trial exhibit binders.

Executed this 10th day of August 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Keith J. Wesley*
Keith J. Wesley