Brandy Melville's Taxable Costs Worksheet
Case No. 2:19-cv-04618-RGK (JPRx)

| Cost Category | SubTotals | | Description/Itemization |
|---|---|---|---|
| Filing fees | $ | 400.00 | Complaint filing cost $400 |
| Deposition transcripts | $ | 6,576.90 | M. Elkins $927.05, S. Rianna $2340.35, J. Toy $3309.50 (no video) |
| Witness Fees | $ | 136.00 | Terri Walters: Days 2x40=$80 and mileage 25x.56 (4)=$56 |
| Certification, exemplification, and reproduction of documents | $ | 90.00 | USPTO Certified Trademarks $90 |
| | $ | 71.50 | Court Courtesy Copy Deliveries (2) - First Legal $71.50 |
| | $ | 9,250.10 | In-House Copy Costs (Discovery, Trial Preparation) |
| | $ | 9,275.37 | Summitt Reprographics (Trial Exhibit Binders) |
| **Grand total** | **$ 25,799.87** | | |

# EXHIBIT 1

# Complaints and Other Initiating Documents

2:19-cv-04618 Y.Y.G.M. SA d.b.a. BRANDY MELVILLE v. REDBUBBLE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Wesley, Keith on 5/28/2019 at 4:38 PM PDT and filed on 5/28/2019

| | |
|---|---|
| **Case Name:** | Y.Y.G.M. SA d.b.a. BRANDY MELVILLE v. REDBUBBLE, INC. |
| **Case Number:** | 2:19-cv-04618 |
| **Filer:** | Y.Y.G.M. SA d.b.a. BRANDY MELVILLE |

**Document Number:** 1

**Docket Text:**
**COMPLAINT Receipt No: 0973-23814945 - Fee: $400, filed by Plaintiff Y.Y.G.M. SA d.b.a. BRANDY MELVILLE. (Attachments: # (1) Civil Cover Sheet) (Attorney Keith J Wesley added to party Y.Y.G.M. SA d.b.a. BRANDY MELVILLE(pty:pla))(Wesley, Keith)**

**2:19-cv-04618 Notice has been electronically mailed to:**

Keith J Wesley    kwesley@bgrfirm.com, cbonilla@bgrfirm.com, jbackus-fields@bgrfirm.com, khall@bgrfirm.com

**2:19-cv-04618 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Melville - Complaint; Demand for Jury Trial.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/28/2019] [FileNumber=27751703-0
] [289ef17b1b60ae9958b39fff866d81f6dd6f3d6476e4e6312a24c2ed3195feb237f
aa5b680a4bec7268ac677978214ca649574482f19b9e3ec63215fa7929957]]
**Document description:**Civil Cover Sheet
**Original filename:**C:\fakepath\Melville - Civil Case Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/28/2019] [FileNumber=27751703-1
] [479b057703f4c050090598f74f9e27069242d6fce6b4bedcbda0a979c54c1397468
34c34c7d8ba1bf061074cef61d3da3204d9cc8e6accab5f48f7eb7261837a]]

# EXHIBIT 2



# INVOICE

**DATE:** 3/19/2020
**INVOICE #** 684632
**JOB #** 177881

**Bill To:**    Jeffrey A. Mitchell Esq.
Browne George Ross LLP
5 Penn Plaza, 24th Floor
New York, NY 10001

**CASE:**        Y.Y.G.M SA d.b.a Brandy Melville v. Redbubble Inc.
**WITNESS:**     Salvatore Rianna
**DATE:**        2/27/2020
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 369 | $3.45 | $1,273.05 |
| Certified Transcript - Evening Pages | 115 | $1.25 | $143.75 |
| Rough Transcript | 369 | $1.75 | $645.75 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 264 | $0.45 | $118.80 |
| Exhibits - Scanned & Hyperlinked - Color | 94 | $1.00 | $94.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $2,320.35 |
| | SHIPPING & HANDLING | | $20.00 |
| | **TOTAL** | | $2,340.35 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Billed to Client
March 19, 2020

V# 38649



# INVOICE

**DATE:** 3/19/2020
**INVOICE #** 684635
**JOB #** 177882

**Bill To:**     Jeffrey A. Mitchell Esq.
Browne George Ross LLP
5 Penn Plaza, 24th Floor
New York, NY 10001

**CASE:**        Y.Y.G.M SA d.b.a Brandy Melville v. Redbubble Inc.
**WITNESS:**     Madison Elkins
**DATE:**        2/28/2020
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 165 | $3.45 | $569.25 |
| Rough Transcript | 165 | $1.75 | $288.75 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 9 | $0.45 | $4.05 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | SUBTOTAL | | $907.05 |
| | SHIPPING & HANDLING | | $20.00 |
| | **TOTAL** | | $927.05 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

Billed to Client
March 19, 2020

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Lydia Tavera | **Invoice #:** | CA4299501 |
| | Browne George Ross LLP | **Invoice Date:** | 4/24/2020 |
| | 2121 Avenue of the Stars | **Balance Due:** | $3,309.50 |
| | Suite 2800 | | |
| | Los Angeles, CA, 90067 | | |

| | | | |
|---|---|---|---|
| **Case:** | Y.Y.G.M. SA D.B.A. Brandy Melville v. REDBUBBLE, INC. | **Client Billing Matter #:** | 7369-011 |
| **Job #:** | 4081733 \| Job Date: 4/21/2020 \| Delivery: Expedited | | |
| **Case #:** | 2:19cv04618RGK(FFMx) | | |
| **Billing Atty:** | Jason Y Kelly Esq | | |
| **Location:** | Remote Depo by Virtual Zoom - LA | | |
| | Los Angeles, CA 90017 | | |
| **Sched Atty:** | Jason Y Kelly Esq \| Browne George Ross LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 266.00 | $10.45 | $2,779.70 |
| | Exhibits - Handling | 1 | 1.00 | $35.00 | $35.00 |
| | Surcharge - Video Proceeding | Page | 266.00 | $0.30 | $79.80 |
| James N Toy , 30(B)(6) | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $30.00 | $30.00 |
| | Exhibit Share | 1 | 1.00 | $295.00 | $295.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,309.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,309.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **CA4299501** |
| **Job #:** | **4081733** |
| **Invoice Date:** | **4/24/2020** |
| **Balance:** | **$3,309.50** |

43363

# EXHIBIT 3



**Date:**  7-12-21

# CHECK REQUEST

| | |
|---|---|
| **Requesting Atty:**  Jason Kelly | **Atty Approval:** |
| **Need by (Date/Time):** | **Return to:** |
| **Client Number:**  7369-011 | **Client Name:**  Brandy Melville |
| **Case Name:**  Brandy Melville v. Redbubble | **Case No.:** |

| |
|---|
| **Payee:** Terri Walters |

| |
|---|
| **Payee Address:**  11814 Bromont Ave. Pacoima California 91331 |

| | |
|---|---|
| **Payee Tax ID/SSN:** | **Amount:**  $ 150 |
| **Email:** shushcabush@gmail.com | **Phone:**  8187921602 |

| |
|---|
| **Reason for Check:**  Witness Fee |
| **If Court filing, name of document:** |
| **If not court filing, reason to advance:** |
| Be Specific: names, dates for filing fee, motion fee, recording fee, witness fee, doc prod, depo trans & deponent, kind of bond, dues, seminar etc. |
| Attach copy of invoice or email BGR Accounting on receipt  Request and attach a W-9 if a new vendor. Taxable Cost = $136 - Days 2x40=$80 and mileage 25x.56 (4)=$56 |

| For Accounting Use | |
|---|---|
| **Account No.** | **Check No.:** |

# EXHIBIT 4

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 10224475 | 81146 |
| **Invoice Date** | **Total Due** |
| 5/31/19 | |
| | |
| | |
| | |

BROWNE GEORGE ROSS LLP - CC
2121 AVENUE OF THE STARS
SUITE 2800
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81146 | 10224475 | 5/31/19 | | 26 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/29/19 | 4000365 | PDF | BROWNE GEORGE ROSS LLP - CC | USDC-LOS ANGELES | Base Chg : 45.25 | 48.75 |
| PDF COURTESY DEL.-RUSH | | | 2121 AVENUE OF THE STARS | 255 EAST TEMPLE STREET | PDF/Ship : 3.50 | |
| | | | LOS ANGELES    CA 90067 | LOS ANGELES    CA 90012 | | |
| | | | Caller: Lachmin Singh | | | |
| | | | cv19-7618 | COURTESY CPY TO JDGE | | |
| | | | YYGM V REDBUBBLE | KLAUSNER'S CHAMBERS | | |
| | | | S&C.................. | | | |
| | | | Signed: del | Ref: 7369-011 | | |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

4000365    5/29/19        12:20    BROWNE GEORGE ROSS LLP - CC           Csr: 52

**CONTROL NUMBER**
**PICKUP**                                  **DELIVER**

| | | | |
|---|---|---|---|
| BROWNE GEORGE ROSS LLP - CC | USDC-LOS ANGELES | Base | 45.25 |
| 2121 AVENUE OF THE STARS  SUITE#2 | 255 EAST TEMPLE STREET     6TH-8TH | Return | |
| LOS ANGELES        CA  90067 | LOS ANGELES        CA  90012 | Wait | |
| | See: 10AM-4PM | Weight | |
| Req: Lachmin Singh | | PDF/Ship | 3.50 |
| Svce: PDF COURTESY DEL.-RUSH | COURTESY CPY TO JDGE | Atmpt/Addr | |
| Acct:  4004 | KLAUSNER'S CHAMBERS | Research | |
| Ref: 7369-011 | | Misc | |
| BOL: HOT HOT HOT | | Fuel Chg | |
| Sign: del | 14:00 | Adv.Fee | |
| Case#:cv19-7618 | | Check Chg | |
| CName:YYGM V REDBUBBLE | Pcs:  32 | | |
| Docs:S&C.................. | | Total | 48.75 |

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10261447 | 81146 |
| **Invoice Date** | **Total Due** |
| 10/15/19 | |
| | |
| | |
| | |

TAX ID# 27-3093840

BROWNE GEORGE ROSS LLP - CC
2121 AVENUE OF THE STARS
SUITE 2800
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 81146 | 10261447 | 10/15/19 | | 29 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 10/11/19 | 4154778 | PDF | BROWNE GEORGE ROSS LLP - CC        USDC-LOS ANGELES | Base Chg :    22.75 | 22.75 |
| PDF COURTESY DELIVERY | | | 2121 AVENUE OF THE STARS           255 EAST TEMPLE STREET | | |
| | | | LOS ANGELES      CA 90067         LOS ANGELES      CA 90012 | | |
| | | | Caller: Lachmin Singh | | |
| | | | No. 2:19-cv-04618-RGK (FF          PLEASE DELI CC | | |
| | | | Y.Y.G.M. SA DBA BRANDY VS REDBUBBLE INTO JUDGE KLAUSNER | | |
| | | | COPIES : JOINT RULE/ ADR           UPDATE POD DELI STAT | | |
| | | | ( since court is clo | | |
| | | | Signed: delivered rgk              Ref: 7639-011 | | |
| | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

```
4154778      10/11/19      15:26   BROWNE GEORGE ROSS LLP - CC        Csr: 641
CONTROL NUMBER
PICKUP                             DELIVER
BROWNE GEORGE ROSS LLP - CC        USDC-LOS ANGELES              Base           22.75
2121 AVENUE OF THE STARS  SUITE#2  255 EAST TEMPLE STREET  6TH-8TH Return
LOS ANGELES       CA  90067        LOS ANGELES       CA 90012   Wait
                                   See: 10AM-4PM                Weight
Req: Lachmin Singh                                              PDF/Ship
Svce: PDF COURTESY DELIVERY              PLEASE DELI CC          Atmpt/Addr
Acct:  4004                             TO JUDGE KLAUSNER        Research
Ref: 7639-011                           UPDATE POD DELI STAT     Misc
BOL: LASC                               ( since court is clo     Fuel Chg
Sign: delivered rgk          16:00      sed you can deliver      Adv.Fee
Case#:No. 2:19-cv-04618-RGK (FF                                 Check Chg
CName:Y.Y.G.M. SA DBA BRANDY VS REDBUBBLE INCPcs:  11
Docs:COPIES : JOINT RULE/ ADR                                   Total          22.75
```

**USPTO**
**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

Office of Public Records  |  Patent and Trademark Copy and Fulfillment Branch  |  Certified Copy Center

# Thank you for your order

## Order # **8114443** has been successfully submitted.

## Next steps

Your order has been submitted and will start processing soon. You will receive an email notification when order is complete. To review the status of an order at any time, please go to your My orders page.

If you have questions regarding your order, contact Customer service and reference the above order number. Toll free: 1-800-972-6382, local number: 571-272-3150 or email at dsd@uspto.gov; Monday - Friday:8:30am - 5pm ET (except federal holidays)

## Order details

**Order number:**
8114443

**Order submitted:**
May 20, 2021

**Customer number:**
IDON560660

**Client reference ID:**
7369-011

## Delivery and contact details

Browne George Ross
Attn:Phillip Paley
Mr.Phillip Paley
2121 Avenue of the Stars
Ste 2800
Los Angeles, CA 90067
UNITED STATES
ppaley@bgrfirm.com
3109238273-

## Payment method

Credit card:
**1232**

Amount paid:
**$90.00**

## Items in your order

| Item no. | Item | Processing goal | Delivery method | Quantity | Unit cost | Item total |
|---|---|---|---|---|---|---|
| 1 | Certified Trademark registration with title & status - Expedited - Trademark registration # 5748883 | 5 days | Mail | 1 | $30.00 | $30.00 |
| | **Certification statement** Paper<br>**Document media** Paper | | | | | |
| 2 | Certified Trademark registration with title & status - Expedited - Trademark registration # 5238856 | 5 days | Mail | 1 | $30.00 | $30.00 |
| | **Certification statement** Paper<br>**Document media** Paper | | | | | |
| 3 | Certified Trademark registration with title & status - Expedited - Trademark registration # 5373397 | 5 days | Mail | 1 | $30.00 | $30.00 |
| | **Certification statement** Paper<br>**Document media** Paper | | | | | |
| | | | | | **Order total** | **$90.00** |

*equitrac*

**Consolidated Account Detail**

**From: '2019-5-1'  To: '2019-5-31'**

| Starting Date: | **5/1/2019** | Ending Date: | **5/31/2019** | Number of Days: | **31** |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| **Location: LAX:LAX** | | | | | |
| **Client: 7369:Brandy Melville** | | | | | |
| **Matter: 011:Brandy Melville v Redbubble** | | | | | |
| 5/29/2019 | 4:16:08PM | | Print | 16 | $3.20 |
| 5/29/2019 | 4:18:40PM | | Print | 18 | $3.60 |
| | | **Totals for Matter: 011** | | | **$6.80** |
| | | **Totals for Client: 7369** | | | **$45.00** |

Generated       Thursday, August 5, 2021
at          12:46:59PM

**Consolidated Account Detail**

**From: '2019-6-1'   To: '2019-6-30'**

| Starting Date: | 6/1/2019 | Ending Date: | 6/30/2019 | Number of Days: | 30 |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|

**Matter: 011:Brandy Melville v Redbubble**

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| 6/5/2019 | 11:32:33AM | | Print | 8 | $1.60 |
| 6/18/2019 | 10:48:15AM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/18/2019 | 10:52:25AM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/18/2019 | 10:54:17AM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/18/2019 | 10:56:48AM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/18/2019 | 11:06:44AM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/18/2019 | 11:09:44AM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/18/2019 | 11:12:57AM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/18/2019 | 11:22:28AM | Francisco Cuellar | Print | 5 | $1.00 |
| 6/18/2019 | 11:24:31AM | Francisco Cuellar | Print | 5 | $1.00 |
| 6/18/2019 | 11:25:12AM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/18/2019 | 12:00:50PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/18/2019 | 12:04:23PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/18/2019 | 1:48:18PM | Francisco Cuellar | Print | 30 | $6.00 |
| 6/18/2019 | 2:51:41PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/18/2019 | 2:58:19PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 1:57:30PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 2:26:19PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 2:27:27PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 2:28:32PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 2:33:46PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 2:52:06PM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/19/2019 | 2:53:11PM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/19/2019 | 2:54:20PM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/19/2019 | 2:55:15PM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/19/2019 | 2:57:23PM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/19/2019 | 2:59:00PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 3:00:16PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 3:01:53PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 3:03:19PM | Francisco Cuellar | Print | 7 | $1.40 |
| 6/19/2019 | 3:05:35PM | Francisco Cuellar | Print | 6 | $1.20 |
| 6/19/2019 | 3:07:39PM | Francisco Cuellar | Print | 6 | $1.20 |
| | | **Totals for  Matter: 011** | | | **$46.80** |

![equitrac]

**Consolidated Account Detail**

From: '2019-7-1'  To: '2019-7-31'

| Starting Date: | 7/1/2019 | Ending Date: | 7/31/2019 | Number of Days: | 31 |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|

**Location: LAX:LAX**

Client: 7369:Brandy Melville

Matter: 011:Brandy Melville v Redbubble

| 7/19/2019 | 4:19:37PM | Claudia Bonilla | Print | 7 | $1.40 |
| 7/19/2019 | 4:27:55PM | Claudia Bonilla | Print | 8 | $1.60 |
| | | Totals for Matter: 011 | | | **$3.00** |
| | Totals for Client: 7369 | | | | **$12.20** |

Aug. 05, 2021  12:49:35

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2019-10-01 00:00
To: 2019-10-31 23:59

| | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 5 | 63 | 12.60 | 12.60 |
| WorkCode: CLRPRINT | 3 | 44 | 8.80 | 8.80 |
| WorkCode: SCANS | 1 | 15 | 3.00 | 3.00 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 9 | 122 | 24.40 | 24.40 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  12:51:07

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2019-11-01 00:00
To: 2019-11-30 23:59

| | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 2 | 76 | 15.20 | 15.20 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 2 | 76 | 15.20 | 15.20 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  12:52:09                                                                                              Page 1 of 1

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2019-12-01 00:00
To: 2019-12-31 23:59

| | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 2 | 256 | 51.20 | 51.20 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 2 | 256 | 51.20 | 51.20 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  12:53:20

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2020-01-01 00:00
To: 2020-01-31 23:59

|  | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 18 | 239 | 47.80 | 47.80 |
| WorkCode: SCANS | 6 | 19 | 3.80 | 3.80 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 24 | 258 | 51.60 | 51.60 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  12:54:47                                                                                     Page 1 of 1

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2020-02-01 00:00
To: 2020-02-29 23:59

|  | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 13 | 228 | 45.60 | 45.60 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 13 | 228 | 45.60 | 45.60 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  12:55:46                                                                                    Page 1 of 1

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2020-03-01 00:00
To: 2020-03-31 23:59

|  | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 14 | 162 | 32.40 | 32.40 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 14 | 162 | 32.40 | 32.40 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  12:56:49                                                                                     Page 1 of 1

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2020-05-01 00:00
To: 2020-05-31 23:59

|  | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 44 | 1,148 | 229.60 | 229.60 |
| WorkCode: CLRCOPY | 1 | 1 | 0.30 | 0.30 |
| WorkCode: CLRPRINT | 62 | 1,190 | 357.00 | 357.00 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 107 | 2,339 | 586.90 | 586.90 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  13:43:04

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2020-09-01 00:00
To: 2020-09-30 23:59

| | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 2 | 142 | 28.40 | 28.40 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 2 | 142 | 28.40 | 28.40 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  13:44:28

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2021-05-01 00:00
To: 2021-05-31 23:59

|  | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 123 | 20,320 | 4,064.00 | 4,064.00 |
| WorkCode: CLRPRINT | 206 | 3,662 | 1,098.60 | 1,098.60 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 329 | 23,982 | 5,162.60 | 5,162.60 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  13:45:59                                                                                     Page 1 of 1

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2021-06-01 00:00
To: 2021-06-30 23:59

|  | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 115 | 8,320 | 1,664.00 | 1,664.00 |
| WorkCode: CLRCOPY | 2 | 6 | 1.80 | 1.80 |
| WorkCode: CLRPRINT | 159 | 5,036 | 1,510.80 | 1,510.80 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 276 | 13,362 | 3,176.60 | 3,176.60 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Aug. 05, 2021  13:47:22                                                                    Page 1 of 1

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2021-07-01 00:00
To: 2021-07-31 23:59

|  | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7369.011 Brandy Melville / Brandy Melville v Redbubble:** | | | | |
| WorkCode: BWPRINT | 1 | 28 | 5.60 | 5.60 |
| WorkCode: CLRPRINT | 1 | 12 | 3.60 | 3.60 |
| **Totals For 7369.011 Brandy Melville / Brandy Melville v Redbubble:** | 2 | 40 | 9.20 | 9.20 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

**Summitt Reprographics**

# Invoice

2029 Century Park East #4420
Los Angeles, CA 90067-8051
(310-788-3481)

CRAIGSOMMERSTEIN@YAHOO.COM

| DATE | INVOICE # |
|------|-----------|
| 6/7/2021 | 113836 |

| BILL TO |
|---------|
| BROWNE GEORGE ROSS LLP<br>2121 AVENUE OF THE STARS<br>SUITE  2800<br>LOS ANGELES, CA 90067<br>ATTN: PHIL PALEY |

| CLIENT # | REP |
|----------|-----|
| 7369-011 | CS |

| QUANTITY | DESCRIPTION | AMOUNT |
|---------:|-------------|-------:|
| | 2 SETS FOR BGR /   SPLIT 2 SETS W ZUBER SO CHARGE IS FOR 3 TOTAL SETS FOR BGR | |
| 19,920 | PRINT | 1,593.60T |
| 9,663 | COLOR COPIES | 5,314.65T |
| 51 | 3 RING BINDERS | 1,020.00T |
| 3 | FLASH DRIVE | 75.00T |
| 1 | DELIVERY TO COURTHOUSE | 125.00 |
| 1,413 | TABS | 353.25T |
| | Sales Tax | 793.87 |

| Total | $9,275.37 |
|-------|-----------|

WE UNDERSTAND THAT SOME LAW FIRMS PASS THE BILLS THROUGH TO THEIR
CLIENTS, HOWEVER, THE SUMMIT CLIENT REMAINS RESPONSIBLE TO PAY
INVOICES BILLED TO THEM.
TAX ID#95-4473644
WE NOW ACCEPT VISA/MASTERCARD/AMEX