BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>   Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION, ATTORNEY'S FEES, AND PRE-JUDGMENT INTEREST**<br><br>Date:        September 7, 2021<br>Time:        9:00 a.m.<br>Courtroom:   850<br><br>PTSC Date.:  May 24, 2021<br>Trial Date:  June 17. 2021 |
|---|---|


# DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross O'Brien Annaguey & Ellis LLP ("BGR"), counsel of record for plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville" or "Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot from the Redbubble website (https://www.redbubble.com/shop/?query=Brandy%20Melville&ref=search_box), last accessed on August 10, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of select pages from Trial Exhibit 223.

4. Attached hereto as Exhibit 3 is a true and correct copy of a screenshot from the Redbubble website (https://www.redbubble.com/i/sticker/Chill-Since-1993-sticker-by-reesetaylor6/50663364.EJUG5), last accessed on August 10, 2021.

5. Attached hereto as Exhibit 4 is a true and correct copy of a screenshot from the Redbubble website (https://www.redbubble.com/i/sticker/Chill-Since-1993-Malibu-by-illustrationsbm/75195624.EJUG5), last accessed on August 10, 2021.

6. Attached hereto as Exhibit 5 is a true and correct copy of a screenshot from the Redbubble website (https://www.redbubble.com/i/sticker/chill-since-1993-brandy-by-sug6rs/45785323.EJUG5), last accessed on August 10, 2021.

7. Attached hereto as Exhibit 6 is a true and correct copy of a screenshot from the Redbubble website (https://www.redbubble.com/i/sticker/Skeletons-Dancing-by-makennalarson/43744329.QK27K), last accessed on August 10, 2021.

8. Attached hereto as Exhibit 7 is a true and correct copy of a page from Trial Exhibit 223, bearing the Bates number BRANDY_0002338.

9. Attached hereto as Exhibit 8 is a true and correct copy of a screenshot from the Brandy Melville website (https://us.brandymelville.com/collections/graphics/products/charlie-cowboys-cowboys-top), last accessed on August 8, 2021.

10. Attached hereto as Exhibit 9 is a true and correct copy of a screenshot from the Redbubble website (https://www.redbubble.com/i/sticker/cowboys-sticker-stickers-brandy-by-chrisrydz/53265066.Z7RJ3), last accessed on August 8, 2021.

11. Attached hereto as Exhibit 10 is a true and correct copy of a partial screenshot from the Redbubble website (https://www.redbubble.com/shop/?query=Brandy%20Melville&ref=search_box), last accessed on August 10, 2021.

12. Attached hereto as Exhibit 11 is a true and correct copy of screenshots from the Redbubble website (https://www.redbubble.com/shop/?query=coca%20cola&ref=search_box; https://www.redbubble.com/shop/?query=ford&ref=search_box; https://www.redbubble.com/shop/?query=tesla&ref=search_box; https://www.redbubble.com/shop/?query=starbucks&ref=search_box; https://www.redbubble.com/shop/?query=mcdonalds&ref=search_box), last accessed on August 10, 2021.

13. I have been the lead litigation attorney for Brandy Melville in this matter since the inception of the case. I personally oversaw all aspects of the case including billing and settlement negotiations. I was the lead attorney for Brandy Melville at trial.

14. During the course of litigation, Redbubble made low-ball settlement offers to Brandy Melville. There offers did not even cover the attorneys' fees that Brandy Melville had incurred when Redbubble made those offers. Further, Redbubble's settlement offers failed to make material changes to its contributions to the infringement.

15. Attached hereto as Exhibit 12 is a true and correct copy of the time entries for this litigation that my firm sent to Brandy Melville. These entries reveal the date, amount, and nature of the work performed by Brandy Melville's attorneys. In addition, my office created a chart summarizing, by timekeeper, the number of

hours being claimed and the rates at which the claimed hours were billed. That chart is appended to the end of Exhibit 12.

16. The billing rate for BGR attorneys in this matter ranged from $400 to $850 per hour, depending on the individual attorney's experience.

17. Attached hereto as Exhibit 13 is a true and correct copy of my biographical information, setting forth my education and experience.

18. Attached hereto as Exhibit 14 is a true and correct copy of the biographical information for Jason Y. Kelly, setting forth his education and experience.

19. Attached hereto as Exhibit 15 is a true and correct copy of the biographical information for Ryan Q. Keech, setting forth his education and experience.

20. Attached hereto as Exhibit 16 is a true and correct copy of the biographical information for Ashford Kneitel, setting forth his education and experience.

21. Attached hereto as Exhibit 17 is a true and correct copy of the biographical information for Ryan Evans, setting forth his education and experience.

22. Phillip Paley served as the paralegal on this matter. Mr. Paley graduated from UCLA with a B.A. in English in 2001, and he has over 25 years of experience working as a paralegal and in litigation support.

23. In my experience, each of the rates charged by Brandy Melville's attorneys and paralegals is consistent with prevailing rates in Southern California and constitutes a reasonable rate for individuals with their skill and experience. In addition, based on my experience, I believe the number of hours spent on this matter was necessary and reasonable.

24. I expect that Brandy Melville will incur additional fees after the date of this declaration in connection with, for example, the reply in support of this motion and in opposition to Redbubble's anticipated post-trial motion. Brandy Melville will

4   Case No. 2:15-cv-00579-CAS-ASx

DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF'S MOTION
FOR PERMANENT INJUNCTION, ATTORNEY'S FEES, AND PRE-JUDGMENT INTEREST

specify the amounts of such fees and costs, to the extent they have actually been incurred, in any reply papers in further support of its motion and/or by way of declaration to be presented at or before the hearing of its motion.

Executed this 10th day of August 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                       */s/ Keith J. Wesley*
                                       Keith J. Wesley