# EXHIBIT 1



By chrisrydz
From $1.46

By jean hopkins
From $21.22

By jean hopkins
From $1.54

By chrisrydz
From $1.46

By Blonded Designs
From $1.72



i only like my lemons lulu Sticker
By Katie's Stickers
From $1.61

Sun Child Sticker
By sxndrx19
From $1.25

♡ Chill Since 1993 KonKay Stick...
By sophiiiia
From $1.25

White Butterflies Sticker
By maiaswamy
From $1.56

why be racist .... Sticker
By c. elizabeth
From $1.54

  

chill since 1993 new york sticke...
By chrisrydz
From $1.46

monarch butterfly sticker pack ...
By Katie's Stickers
From $1.93

saint pete's sticker brandy Stic...
By chrisrydz
From $1.46

cute cow print flower Sticker
By adequatedesigns
From $1.35

Hamptons Blue Varsity Letterin...
By jean hopkins
From $1.54

    

chill since 1993 konkay sticker ...
By chrisrydz
From $1.46

Sparkle lightning bolt design Sti...
By goodvibstickers
From $1.35

"Dio" Sticker
By paulaverdugo
From $1.25

maui hawaii Sticker
By chrisrydz
From $1.46

cowprint hearts Sticker
By disco dottie ✿
From $1.70

    

Massachusetts Varsity Letterin...
By Lexi Rydland
From $1.35

Outer Banks iPhone Soft Case
By meliasart
$21.00

set of pink sparkly lightening b...
By victoriabr-
From $1.46

cowboys sticker stickers brand...
By chrisrydz
From $1.46

Alien Sticker Sticker
By jesskoen
From $1.67

    

short you are beautiful text mes...
By Katie's Stickers
From $1.61

not today satan Flat Mask
By c. elizabeth
From $7.66

where's the beach? Sticker
By biancabui
From $1.25

Pastel Green Butterflies Sticker
By maiaswamy
From $1.56

Get Busy Living Sticker
By marleylettering
From $1.82

8

College Dark Blue Varsity Lette...
By jean hopkins
From $1.54

Mini Pastel Varsity Lettering Sti...
By jean hopkins
From $1.54

pinkity drinkity Sticker
By Katie's Stickers
From $1.61

choi hung aesthetic trendy bra...
By chrisrydz
From $1.46

glossier lip gloss Sticker
By bratayleyfanfic
From $1.46

SEQUOIA NATIONAL PARK Stic...
By cyberpeaches
From $2.03

chill since 1993 brandy Sticker
By jasmine ♥
From $1.48

i don't know smiley sticker Stic...
By Lauren Scott
From $1.53

Palm Beach Varsity Lettering St...
By jean hopkins
From $1.54

y'all Sticker
By Katie's Stickers
From $1.61

y2k cow print Flat Mask
By aesthetic--art
From $7.33

LA Sticker
By stickerzaf
From $1.56

Texas Varsity Lettering Design ...
By Lexi Rydland
From $1.35

killin' it - pastel pink Sticker
By Gloria Lam
From $1.38

clout goggles Sticker
By Katie's Stickers
From $1.61

Santa Cruz Sticker
By abbiequail
From $1.25

Tumblr Inspired Sun Logo Sticker
By selinuenal13
From $1.82

saint pete beach florida brandy ...
By chrisrydz
From $1.46

Lavender Butterflies Sticker
By maiaswamy
From $1.56

Peach Butterflies Sticker
By maiaswamy
From $1.56

## Shop by Category

Clothing   Kids & Babies   Phone Cases   Stickers   Wall Art   Home & Living   Stationery   Accessories



monarch butterfly sticker pack ...
By Katie's Stickers
From $1.93



great wave iPhone Soft Case
By Katie's Stickers
$25.38



Be a kind human Sticker
By swaygirls
From $2.08



Outer Banks Varsity Lettering D...
By Lexi Rydland
$21.55



killin' it - pastel blue Sticker
By Gloria Lam
From $1.38

stripe star shaka Sticker

Forget Me Not Design Essential ...

miami beach florida sticker stic...

white jeep Sticker

Palm Tree - Cuba Sticker

By Katie's Stickers

From $1.87

By aestheticqueen

$21.55

By chrisrydz

From $18.86

By Katie's Stickers

From $1.61

By StyleandCoffee

From $1.77



monarch butterfly sticker pack ...
By Katie's Stickers

From $1.61

radiate positivity Sticker
By c. elizabeth

From $1.54

angel and devil cuties Poster
By ilomilo15

$15.02

didn't come this far Sticker
By Lauren Scott

$1.53



Brown Butterflies Sticker
By maiaswamy

From $1.56



y&#39;all Sticker
By c. elizabeth

From $1.54

cherubs Sticker
By meliasart

From $1.56



New York Varsity Lettering Desi...
By Lexi Rydland

$21.55

Pink cheetah print heart <3 Stic...
By CAT027

From $1.25

xoxo pink Sticker
By stickerzaf

From $1.56



nyc Sticker
By c. elizabeth

From $1.54

y2k cherry bomb Sticker
By waevem

From $1.32

You're gold baby, solid gold Stic...
By Amanda M

From $1.56

its ok to not be ok heart Sticker
By c. elizabeth

From $1.54

cheetah print scrunchie Sticker
By Katie's Stickers

From $1.61



HOES MAD Transparent Sticker
By MonkeySame

From $2.12

killin' it - black Sticker
By Gloria Lam

From $1.38

Teal Butterflies Sticker
By maiaswamy

From $1.56

Blue New York Sticker
By Moxie Graphics

From $1.51

New York Home State Outline S...
By Jamie Maher

From $1.99



pink and black wave Sticker
By Katie's Stickers

From $1.61

trendy glasses Art Board Print
By bratayleyfanfic

From $7.57

Loser Sticker
By HustlerJauregui

From $1.25

Nevertheless, She Persisted Sti...
By Moxie Graphics

From $1.51

monarch butterfly sticker pack ...
By Katie's Stickers

From $1.61








**juicy y2k Sticker**
By ilovechickenn

From $1.56


**Watermelon Sticker**
By Soccer Girl

From $1.67


**I hate People Sticker**
By Lauren Scott

From $1.53

‹ Previous          Showing 1 - 108 of 9,222 unique designs          Next ›



**Worldwide Shipping**
Available as Standard or Express delivery
**Learn more**

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
**Learn more**

**Free Return**
Exchange or money back guarantee for all orders
**Learn more**

**Local Support**
24/7 Dedicated support
**Submit a request**

Brandy Melville

T-shirts, stickers, wall art, home decor, and more designed and sold by independent artists. Find Brandy Melville-inspired gifts and merchandise printed on quality products one at a time in socially responsible ways. Every purchase you make puts money in an artist's pocket.

### Related searches

Brandy Melville   Brandy   Melville   Aesthetic   Trendy   Sticker   Cute   Vsco   Brandy Melville   Tumblr   California

Hydroflask   Blue   Beach   Gifts

**10% off, promos, and the best indie art ever!**

Your email address                    ➤

🇺🇸 USD$ - English     Mature content: Hidden

**Shop**
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest

🅡 REDBUBBLE

User Agreement   Privacy Policy   Do not sell my personal information   Redbubble uses cookies: Cookie Policy



© Redbubble. All Rights Reserved

11:54:44 AM 8/10/2021