# EXHIBIT 2



BRANDY_0002374

TE223_0176



BRANDY_0002375

TE223_0177



BRANDY_0002376

TE223_0178



BRANDY_0002382

TE223_0184



BRANDY_0002383

TE223_0185