# EXHIBIT 3

20

**reesetaylor6**
2020


**Cow Print Sticker**
From $1.25


**Cow print**
From $1.25


**vibes sticker**
From $1.25


**Pink Cheetah/Leopard print**
From $1.25

View reesetaylor6's shop

## Similar designs

Explore similar designs from over 700,000 independent artists.


**Chill Since 1993 Aspen Sticker**
By yourcute-jeans
From $1.54


**angel and devil cuties Sticker**
By ilomilo15
From $1.29


**where's the beach? Sticker**
By biancabui
From $1.25


**love from alaska penguin Stic...**
By biancabui
From $1.25


**chill since 1993 hawaii sticke...**
By chrisrydz
From $1.46


**Everyday essentials design S...**
By sheilalangarita
From $1.25

**vibes sticker Sticker**
By reesetaylor6
From $1.25

**chill since 1993 malibu konka...**
By biancabui
From $1.25

**Chill Since 1993 California Sti...**
By abigailhng
From $1.25

**brandy kitten and kitties stick...**
By biancabui
From $1.25

**chill since 1993 florida sticke...**
By chrisrydz
From $1.46

**Chill Since 1993 Sticker**
By sunnyaesthetic
From $1.46

### Stickers Tags

brandy stickers   brandy melville stickers   trendy stickers   trending stickers   vsco stickers   chill since 1993 stickers   y2k stickers   alt stickers   indie stickers

cheap stickers   free stickers   basic stickers   car stickers

### All Product Tags

brandy   brandy melville   trendy   trending   vsco   chill since 1993   y2k   alt   indie   cheap   free   basic

### Other Products

brandy t-shirts   brandy stickers   brandy masks   brandy phone cases   brandy posters   brandy sweatshirts & hoodies

21


**Worldwide Shipping**
Available as Standard or Express delivery
Learn more


**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more


**Free Return**
Exchange or money back guarantee for all orders
Learn more


**Local Support**
24/7 Dedicated support
Submit a request

⚠ Report Content   /   Copyright infringement

 10% off, promos, and the best indie art ever!

Your email address   ➤

🇺🇸 USD$ - English        Mature content: Hidden

**Shop**
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
📷 Instagram
f Facebook
🐦 Twitter
t Tumblr
P Pinterest

**REDBUBBLE**

User Agreement   Privacy Policy   Do not sell my personal information   Redbubble uses cookies: Cookie Policy



© Redbubble. All Rights Reserved

11:59:11 AM 8/10/2021

22