**EXHIBIT 4**







     

     









12:01:21 PM 8/10/2021

27