# **EXHIBIT 5**

School's back, in person. Reintroduce yourself with designs from sweet to spooky.

REDBUBBLE | Search designs and products | Sell your art | Login | Signup

Clothing | Stickers | Masks | Phone Cases | Wall Art | Home & Living | Kids & Babies | Accessories | Stationery | Gifts | Explore designs

**chill since 1993 brandy Sticker**
Designed and sold by jasmine ♥

**$2.95**

Pay in 4 interest-free payments of $0.74 with afterpay

PayPal Pay in 4 interest-free payments on qualifying purchases. Learn more

$2.21 when you buy 4+
$1.48 when you buy 10+

Finish
Matte

Size
Small (3.3 × 3 in)

Finish
Matte

Size
Small (3.3 × 3 in)

Finish
Matte

Size
Small (3.3 × 3 in)

Finish
Matte

Size
Small (3.3 × 3 in)

Size
Small (3.3 × 3 in)

Add to cart

View size guide

Delivery
Express by 18 August
Standard between 20 - 24 August

**Features**
- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

**Reviews**

+ Read all 150 reviews

**chill since 1993 brandy**
Designed and sold by jasmine ♥

**Also available on**

iPhone Soft Case
$21.00

View this design on +12 products

29

**jasmine ♥**
2020


small heart
From $1.48


walter periodt
From $1.48


that's gay hilary duff
From $1.48


today sucked malcolm
From $1.48


bernie meme
From $1.48


Daria Sticker
From $1.48

View jasmine ♥'s shop

## Similar designs

Explore similar designs from over 700,000 independent artists.


Chill Since 1993 Malibu Sticker
By illustrationsbm
From $1.30


♡ Chill Since 1993 Malibu Stic...
By sophiiiia
From $1.25


Chill Since 1993 Aspen Sticker
By yourcute-jeans
From $1.54


chill since 1993 malibu konka...
By biancabui
From $1.25


chill since 1993 new york stic...
By chrisrydz
From $1.46


chill since 1993 konkay stick...
By chrisrydz
From $1.46


Heaven Sent Angel Cherub St...
By yourcute-jeans
From $1.54


Los Angeles Sticker
By MakennaWhaley
From $1.56


chill since 1993 hawaii sticke...
By chrisrydz
From $1.46


chill since 1993 florida sticke...
By chrisrydz
From $1.46

chill since 1993 malibu sticke...
By chrisrydz
From $1.46


chill since 1993 aspen sticker...
By chrisrydz
From $1.46

### Stickers Tags

malibu stickers   brandy stickers   brandy melville stickers   vsco stickers   vsco stickers   trendy stickers   car stickers

### All Product Tags

malibu   brandy   brandy melville   vsco   vsco   trendy

### Other Products

malibu t-shirts   malibu stickers   malibu masks   malibu phone cases   malibu posters   malibu sweatshirts & hoodies

   



