# EXHIBIT 6

32






