# EXHIBIT 7



BRANDY_0002338

TE223_0140