# EXHIBIT 8

  SIGN IN  0

# Brandy ♥ Melville



**CHARLIE COWBOYS COWBOYS TOP**

SKU: MF041-8003SU25V12400

$26

SIZE:

Regular Fit

QUANTITY:

− 1 +

**ADD TO BAG**

**BUY IT NOW**

Soft and stretchy cotton henley top in taupe with the cowboys cowboys graphic on the front left of the chest with 3 button down detailing.
**Fabrics** 100% cotton
**Measurement** 20" (51 cm) length, 19" (48 cm) bust
**Made in** Switzerland

YOU MAY ALSO LIKE....

  

39




