# EXHIBIT 9



| cowboys sticker sticker... | chill since 1993 hawaii s... | rough rider sticker stick... | niagara falls canada stic... | rare brown rough rider s... | st barth sail club french ... |
|---|---|---|---|---|---|
| From $1.46 | From $1.46 | From $1.46 | From $1.46 | From $1.46 | From $1.46 |

View chrisrydz's shop ›

## Similar designs

Explore similar designs from over 700,000 independent artists.

     

| chill since 1993 hawaii s... | rare brown rough rider s... | hawaii waimea bay oah... | niagara falls canada stic... | miami beach florida stic... | hell sent sticker sticker... |
|---|---|---|---|---|---|
| By chrisrydz | By chrisrydz | By chrisrydz | By chrisrydz | By chrisrydz | By chrisrydz |
| From $1.46 | From $1.46 | From $1.46 | From $1.46 | From $1.46 | From $1.46 |

     

| cowboys sticker sticker... | rough rider sticker stick... | rare brandy mini design... | chill since 1993 florida s... | chill since 1993 new yor... | chill since 1993 paris sti... |
|---|---|---|---|---|---|
| By chrisrydz | By chrisrydz | By chrisrydz | By chrisrydz | By chrisrydz | By chrisrydz |
| From $1.46 | From $1.46 | From $1.46 | From $1.46 | From $1.46 | From $1.46 |

## Stickers Tags

brandy stickers · brandy melville stickers · melville stickers · aesthetic stickers · brandy melville stickers · brandy melville stickers · aesthetic stickers · trendy stickers · inspired stickers · brandy inspired stickers · brandy melville inspired stickers · brandy melville inspired stickers · california stickers · country of orange stickers · country of orange california stickers · vsco stickers · vsco stickers · mirror stickers · aesthetic hydro flash stickers · soft girl stickers · brandy mel stickers · brandy melvile stickers · cow boys stickers · cowboys stickers · car stickers

## All Product Tags

brandy · brandy melville · melville · aesthetic · brandy melville · brandy melville · aesthetic · trendy · inspired · brandy inspired · brandy melville inspired · brandy melville inspired · california · country of orange · country of orange california · vsco · vsco · mirror · aesthetic hydro flash · soft girl · brandy mel · brandy melvile · cow boys · cowboys · cow · orange aesthetic · cow girl

## Other Products

brandy t-shirts · brandy stickers · brandy masks · brandy phone cases · brandy posters · brandy sweatshirts & hoodies


**Worldwide Shipping**
Available as Standard or Express delivery
Learn more


**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more


**Free Return**
Exchange or money back guarantee for all orders
Learn more


**Local Support**
24/7 Dedicated support
Submit a request

⚠ Report Content   /   Copyright infringement

 10% off, promos, and the best indie art ever!

Your email address 

🇺🇸 USD$ - English        Mature content: Hidden

## Shop
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

## About
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

## Help
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

## Social
📷 Instagram
f Facebook
🐦 Twitter
t Tumblr
ⓟ Pinterest

**REDBUBBLE**

User Agreement   Privacy Policy   Do not sell my personal information   Redbubble uses cookies: Cookie Policy

      

 

© Redbubble. All Rights Reserved

| Google Chrome | 92.0.4515.131 | 1:23:03 PM 8/8/2021 | Windows 10 Pro 64-bit Build 19043 |