# EXHIBIT 11





I identify as a Tesla Sticker
By SmartTShirtTime

From $1.46



In Musk We Trust Sticker
By omeganexusmx

From $1.25



Tesla Logo White Classic Mug
By Noura Vineyard

From $14.00



Space pack Sticker
By jaxu3

From $1.55



Elon Musk Smokes Hardcover Jou...
By stertube

From $16.41



Tesla model 3 blueprint and specs...
By Cosmosfield

$20.48



Untitled Classic T-Shirt
By Sharon Marks

$19.90



Tesla Logo Kids Pullover Hoodie
By ozumdesigns

$27.36



Tesla Logo Mug/Water Bottle (Gre...
By EternalVisions

From $12.92



Cybertruck - Going To Mars Class...
By Ellyzium

$19.90



Elon Musk Companies Pack Sticker
By ZenPrintApparel

From $1.35



Tesla Logo Throw Blanket
By ozumdesigns

$41.55



TESLA - White iPhone Soft Case
By AbigailMinchew

$21.00



NASA insignia - Dark style Sticker
By jaxu3

From $1.25



Tesla Logo (white) Happy Birthda...
By deniz29

From $2.42



Occupy Mars Spacex Starman Ess...
By Boy-With-Hat

$22.88



Tesla Motors Standard Logo T Shi...
By rangerd2012



S3XY Tesla - Model S, Model 3, M...
By elonscloset



Tesla Logo (Repeating, Blue on Bl...
By EternalVisions



design tesla All Over Print Tote Bag
By PineLemon

$39.90                    $23.21                    From $13.57                    From $19.32






Best Selling of Red Tesla Logo Fitt...    Tesla family Poster    haha yes Sticker    tesla Classic T-Shirt
By mahdalyn                By CarlDerGrosse        By acmezero            By Fresh1988

From $17.34               $16.13                    From $1.14                    $18.24










Tesla Motor Logo for Laptop & Mo...    Untitled Kids T-Shirt    Dark Gray Tesla Logo Essential T-...    Tesla Logo Red Sticker
By iamsanakhan9            By babtriii333          By oldy                By Noura Vineyard

From $8.13                From $13.69            $19.90                    From $3.12










Elon Musk Tweet Sticker    Tesla Logo (Repeating, Red on Gre...    Occupy Mars - Space Planet - Spa...    Recent Tesla Classic T-Shirt
By Kelly Allison          By EternalVisions        By Peter Vance          By adel loika

From $1.46                From $13.57                                        $19.90









Tesla Logo (Repeating, Rainbow o...    Elon Musk Dancing Sticker    Elon musk meme design Sticker    Tesla Supercharger Sticker
By EternalVisions        By Kristenwa            By DankApparel666        By Kristenwa

From $13.57                From $1.52                From $1.46                    From $1.52









Astronaut Sticker          Elon Musk Twitter Memes Throw    Tesla Autopilot Sticker    Untitled Flat Mask

By enocescobar0                    By Chris Johnston                 By ybloc                        By ComosoMEDIA

From $1.51            From $18.86            From $1.56            From $8.00

## Shop by Category

Clothing   Kids & Babies   Phone Cases   Stickers   Wall Art   Home & Living   Stationery   Acce... 



**Starman Sticker**
By elonmuskmemes

From $1.51



**Tesla (TSLA) Stock Price Ticker G...**
By FinTechFinance

$14.89



**KEEP CALM AND DRIVE A TESLA ...**
By rangerd2012

$39.89



**Tesla Logo (Red) Lightweight Hoo...**
By Danhaz13

$31.94



**Tesla Logo (Repeating, Grey on Gr...**
By EternalVisions

From $13.57



**Tesla Roadster - White Sticker**
By Roll The R

From $1.19



**Tesla Roadster SpaceX Sticker**
By Backpack

From $1.25



**tesla model x Sticker**
By Roll The R

From $1.19



**Haha, Gas - Tesla Model 3 - Elon ...**
By elonscloset

$23.21



**tesla motors car Sticker**
By PineLemon

From $1.56



**Elon Musk's Head Socks**
By notmicha

From $12.92



**Tesla stock to the moon Classic T...**
By Vindollar

$20.73



**SPACEX: Falcon 9 & Falcon Heavy ...**
By BLUE GALAXY DESIGNS

$17.62



**Tesla Sticker**
By stoorzender

From $1.22



**Best Selling Tesla Logo Lightweig...**
By reynaldahenke99

$37.75



**Tesla model 3 logo Sticker**
By tarzanwynn

From $1.25

52









Elon Musk celebrating in 2002 Sti...
By cool-guy

From $1.15

Tesla Charging at Supercharger S...
By EternalVisions

From $13.57

Tesla Model 3 Sticker
By Roll The R

From $1.19

Tesla Model 3 Poster
By CarlDerGrosse

$16.13









Nikola Tesla All Over Print Tote Bag
By ValentinaHramov

From $19.32

White Tesla Model S Sticker
By carswithoutgas

From $1.15

Tesla Model 3 Red Throw Blanket
By deniz29

$39.89

Tesla to the Moon Sticker
By Trader-Style

From $2.13









Tesla Cybertruck Graffiti Logo Sti...
By Sergey S

From $3.12

Tesla Model 3 Charging at Superc...
By EternalVisions

From $13.57

SpaceX Starman with Roadster an...
By Kristenwa

From $1.52

Sexy Tesla: White Logo Sticker
By CynicalThought

From $4.08









Tesla Model X Sticker Sticker
By rangerd2012

From $1.25

Principals of the Tesla Coil Essenti...
By vox-and-curie

$22.38

Red Tesla Logo Sticker
By Garrett Steele

From $1.45

Tesla Logo (Repeating) Socks
By EternalVisions

From $13.57









Tesla Motors Sticker
By sandvvich

From $3.12

tesla cyber truck Sticker
By zouabi9

From $1.26

tesla model 3 Sticker
By jackiekeating

From $1.30

Untitled Classic T-Shirt
By Junchan

$23.21



**Elon Musk Dr. Evil Sticker**
By Kristenwa

From $1.52



**Nasa Sticker**
By Stick Erify

From $1.35



**Tesla Roadster Car 2022-Sticker ...**
By rangerd2012

From $1.25



**SpaceX Starlink Mission Patch Sti...**
By VisualWorks

From $1.99



**Wallstreetbets - Diamond Hands ...**
By jenartfart

From $1.46



**SpaceX Logo Sticker**
By NeatMemes

From $1.35



**Tesla Motors Classic T-Shirt**
By CaramelMania

$22.38



**" F*ck Edison " - By Tesla Sticker**
By Mengarda

From $1.56



**Timeline of Science History Poster**
By Evan Leed

$15.51



**Tesla Logo White Essential T-Shirt**
By Erica Scarletta

$21.22



**[ORIGINAL] Tesla Cybertruck Silh...**
By Alex Ozack

$21.55



**BEST TO BUY - Tesla Logo Essenti...**
by chandlergazi

$19.90



**Jaden Smith - SYRE Poster**
By simpliciti

$15.51



**Tesla Plaid Mode Sticker**
By DesignedOnEarth

From $1.25



**Don't panic The Hitchhiker's Guid...**
By yinon-h

From $8.33



**Occupy Mars - Elon Musk SpaceX ...**
By AZ Designs

$34.85

‹ Previous                    Showing 1 - 108 of 18,634 unique designs                    Next ›



**Worldwide Shipping**
Available as Standard or Express delivery
**Learn more**



**Secure Payments**
100% Secure payment with 256-bit SSL
Encryption



**Free Return**
Exchange or money back guarantee for all
orders



**Local Support**
24/7 Dedicated support
**Submit a request**

Learn more                    Learn more



Tesla

T-shirts, stickers, wall art, home decor, and more designed and sold by independent artists. Find Tesla-inspired gifts and merchandise printed on quality products one at a time in socially responsible ways. Every purchase you make puts money in an artist's pocket.

**Related searches**

Elon Musk    Spacex    Elon    Musk    Space    Science    Tesla Motors    Model 3    Roadster    Mars    Car    Model S

Gifts

**10% off, promos, and the best indie art ever!**

Your email address



USD$ - English        Mature content: Hidden

**Shop**
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest

**REDBUBBLE**

User Agreement    Privacy Policy    Do not sell my personal information    Redbubble uses cookies: Cookie Policy

© Redbubble. All Rights Reserved

12:13:13 PM 8/10/2021

School's back, in person. Reintroduce yourself with **designs** from sweet to spooky.

**REDBUBBLE**

coca cola

Sell your art    Login    Signup

Clothing    Stickers    Masks    Phone Cases    Wall Art    Home & Living    Kids & Babies    Accessories    Stationery    Gifts    Explore designs

**Filters**

**Category**

All Categories
  Clothing
  Kids & Babies
  Phone Cases
  Stickers
  Wall Art
  Home & Living
  Stationery
  Accessories

**Price**
☐ $
☐ $$
☐ $$$

**Artwork Medium**
● All Mediums
○ Design & Illustration
○ Digital Art
○ Drawing
○ Painting & Mixed Media
○ Photography

Soda Can    Soft Drink    Public Domain    70s Music    Builder    Carbohydrates    Energy Drink    Fizzy    ›

**Coca Cola** 4,716 Results

Most Relevant ⌄

Coca Cola Logo Sticker
By coolturd
From $1.25

original Sticker
By dai$y s0ck
From $1.93

Coca-Cola Light Bottle Poster
By YellowTeaCups
$15.51

Coke Sticker
By Pepe Soza
From $1.25

classic Sticker
By dai$y s0ck
From $1.93

Coca Cola iPhone Soft Case
By mahdalyn
$22.75

Pop Art Coca-Cola Bottle Photogr...
By YellowTeaCups
$7.32

Coca Cola Flat Mask
By The Crackerdale Emporium
From $8.00



Stylized Coca Cola logo Throw Pill...
By pjota
From $18.86


Coca-Cola Bottles Design Sticker
By YellowTeaCups
From $1.30


Fringed Coca Cola Sign Sticker
By YellowTeaCups
From $1.30


Vintage Retro Coca Cola Logo Sti...
By jodyceline
From $1.36

Coca Cola Sticker
By tehhota
From $1.46


Coca-Cola Classical Classic T-Shirt
By SALT on Redbubble
$19.90


McDonalds Coke Sticker
By Messy-Essie
From $1.56


Cola Cola Sticker
By cathericcarter
From $2.45

56



Diet Coke IV Bag Greeting Card
By anamichele
From $2.42



Pause Drink Coca-cola Sign Poster
By CarolRMontoya
$18.62



Always coca cola in every Momen...
By Danteacin
From $8.66



Coca Cola Sticker
By gdgaspar
From $1.77



Coca Cola Flat Mask
By asun5
From $8.33



Coca-Cola Chic~ Sticker
By RiverChaos1125
From $1.25



Coca Cola Hot Dog Poster
By Noah Simpson
$14.89



Coca Cola Logo Sticker
By abrown3467
From $1.25



Coca Cola Retro Sticker
By Pepe Soza
From $1.25

Coca Cola Sticker
By xoaadriana
From $1.93



Glass Coke Sticker
By sonya400
From $1.25



Coca Cola Bottle Sticker
By Natalie McKillip
From $1.25



Coca-Cola Vintage Logo Essential...
By zeewa
$19.90



Coca Cola Can Sticker
By YellowTeaCups
From $1.30



Fanta Logo Original Fitted 3-Layer
By mekylestudio
From $17.34



~enjoy capitalism~ Sticker
By sopheru
From $1.26



Coca-Cola Madness Fitted V-Nec...
By SALT on Redbubble



ATL Atlanta Sticker
By Margo Shemaria



Air Cooled Classic Logo Coca cola...
By FlatSixGraphics



1960s Rock Legends Vintage T Sh...
By thegrays

57

$22.16     From $1.51     From $1.35     $19.90



Fueled by Diet Coke Greeting Card
By anamichele

From $2.42



CocaCola not for SALE Essential T...
By Sasaokim

$19.90



Enjoy Coke iPhone Soft Case
By EduardoRizz

$21.00



coca cola Essential T-Shirt
By indrilaila

$23.21



ATLIENS Classic T-Shirt
By SleepyLab

$19.90



Pepsi Can Scissors Art Sticker
By shostartenko

From $1.25



Coca-Cola Bottle Cap Design Stic...
By YellowTeaCups

From $1.30



Coca Cola Essential T-Shirt
By dukagesadsf

$21.55



Original Taste Premium T-Shirt
By DisneyBro

$28.22



Coca Cola Sticker
By Le Parfait Inconnu

From $1.13



Powered by Diet Coke Classic T-S...
By anamichele

$19.90



Diet Coke Logo Essential T-Shirt
By mekylestudio

$21.55



capitalism Sticker
By Frankiko

From $1.25



Estus - White Essential T-Shirt
By Geoffrey Bunting

$19.90



My Blood Type Is Coke Zero Sticker
By killian8921

From $1.25



Coca-cola-Christmas-Polar-Bear ...
By wvquarf352

From $1.54









Vintage Dr. Pepper Logo - King of ...
By tennessee-carly

$14.26

Coca Cola Vintage Poster
By sgmcdermott

$14.89

Vintage Japanese Coke ad shirt C...
By madzypex

$20.73

Coca Cola Logo Classic T-Shirt
By mahdalyn

$21.55

**Shop by Category**

Clothing   Kids & Babies   Phone Cases   Stickers   Wall Art   Home & Living   Stationery   Acce 



Bepsi Sticker
By ianjuras1

From $1.25



Best Selling of Coca Cola Logo iPh...
By mikkyhelma

$22.75



cevap-cici Classic T-Shirt
By amuska

$19.90



Diet Coke Classic T-Shirt
By savmedley

$23.21



Hawaii Sticker
By sgmcdermott

From $1.56



Dr. Pepper Vintage Photographic ...
By sgmcdermott

$7.03



spront Sticker
By grandpa roach

From $1.25



cherry Sticker
By dai$y s0ck

From $1.93



Fanta Original Logo Sticker
By marina ralston

From $1.99



Coca Cola Logo Fitted 3-Layer
By mekylestudio

$17.34



Maui Art Board Print
By sgmcdermott

From $9.25



Coca Cola Freestyle "My Dealer" S...
By anamichele

From $1.56



Blingy Diet Coke Sticker
By Clancy Rodgers

From $1.67



Coca Cola Sticker
By John Andrew

From $1.30

Chainsaw...that's not yours Sticker
By rplusd

From $1.35

diet Sticker
By dai$y s0ck

From $1.93



Dr. Pepper Classic Logo Hardcove...
By talialif

From $17.43



Coke Zero Can Sticker
By ptaich

From $2.00



Off Series: Cola-Cola Art Board Pr...
By ewtsuro

From $7.88



Cheeky Chappy Sticker
By inkstyl

From $3.12



The Pope Four Loko Tapestry
By one-broke-kid

$47.72



Enjoy Coca Cola Graphic T-Shirt
By mekylestudio

$30.58



crispy croke | kian and jc Classic T...
By tweoneeinsteins

$19.90




coca cola Sticker
By z0e designs

From $2.08



Coke Sticker
By lucata

From $1.47



Drink Coca Cola Essential T-Shirt
By IntenseVibe

$22.38



Black Bottle In Red iPhone Soft Ca...
By marymacek

$23.98



The Best of Coca Cola Logo Classi...
By mikkyhelma

$21.55



Dr. Pepper Vintage Ad #2 All Over ...
By Scriptron

From $20.13



Aurebesh Soda Essential T-Shirt
By Vamplify

$20.73



Best Seller - Coca Cola Merchandi...
By Kate Rich

$22.05



Famous Coke Bear Sticker
By Squeakygirl16

From $1.25



Enjoy Skooma Essential T-Shirt
By DarkChoocoolat

$19.90



Taco Bell Sticker
By stardust garden

From $1.45



Trending! Classic T-Shirt
By gosslisashop

$22.88



Trending! iPhone Soft Case
By gosslisashop

$24.15






Alternate Sprite Logo Classic T-S...
By Hannah May

$19.90

Crack! Essential T-Shirt
By Primotees

$19.90

Hail Satan Essential T-Shirt
By FiremanDuff

$18.24

Coca-Cola Splash Logo Poster
By YellowTeaCups

$15.51






Diet Cokehead Sticker
By Kendyl McCartney

From $2.07

Coca Cola Essential T-Shirt
By Nastar Sip

$22.05

Coca Cola Logo Essential T-Shirt
By eden hazard

$22.22

Red Fanta Logo Fitted 3-Layer
By mekylestudio

From $17.34






Have A Coke Sticker
By Faizal Khan

From $1.25

Vintage Coca Cola Flat Mask
By vennfounder

From $8.66

Best selling -Coca Coca Retro Sign...
By silzverlake

$19.90

Joan Crawford Coca-Cola Sticker
By IndecentDesigns

From $1.30






Coca-Cola Field Logo Sticker
By YellowTeaCups

From $1.30

Retro coca-cola sign Sticker
By A-Mudie

From $1.25

Coca Cola - Always Coca Cola Cla...
By Anchor96

$20.23

retro coke! Sticker
By Bayley ~~

From $1.25

‹ Previous          Showing 1 - 108 of 4,716 unique designs          Next ›



**Worldwide Shipping**
Available as Standard or Express delivery
**Learn more**



**Secure Payments**
100% Secure payment with 256-bit SSL Encryption



**Free Return**
Exchange or money back guarantee for all orders



**Local Support**
24/7 Dedicated support
**Submit a request**

Learn more                    Learn more

**Coca Cola**

T-shirts, stickers, wall art, home decor, and more designed and sold by independent artists. Find Coca Cola-inspired gifts and merchandise printed on quality products one at a time in socially responsible ways. Every purchase you make puts money in an artist's pocket.

**Related searches**

Coke   Cola   Coca   Soda   Drink   Diet Coke   Logo   Pop   Vintage   Coca Cola Logo   Red   Pepsi

Coca Cola Bottle   Gifts



**10% off, promos, and the best indie art ever!**

Your email address

USD$ - English        Mature content: Hidden



**Shop**
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest

**REDBUBBLE**

User Agreement    Privacy Policy    Do not sell my personal information    Redbubble uses cookies: Cookie Policy

© Redbubble. All Rights Reserved

12:10:57 PM 8/10/2021

School's back, in person. Reintroduce yourself with **designs** from sweet to spooky.

**REDBUBBLE**   ford

Sell your art   Login   Signup

Clothing   Stickers   Masks   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs

**Filters**

**Category**

All Categories
- Clothing
- Kids & Babies
- Phone Cases
- Stickers
- Wall Art
- Home & Living
- Stationery
- Accessories

**Price**
- [ ] $
- [ ] $$
- [ ] $$$

**Artwork Medium**
- ● All Mediums
- ○ Design & Illustration
- ○ Digital Art
- ○ Drawing
- ○ Painting & Mixed Media
- ○ Photography

4x4   Pickup   Mustang   Ranger   1978   Ford Mustang   Muscle Car   Mustang Gt   She >

**Ford**   52,054 Results

Most Relevant ⌄

Ford Logo Sticker
By StWalrus
From $1.30

Ford American Flag Sticker
By Robjohnsilvers
From $1.25

USA Ford Logo Sticker
By deannaburg
From $1.35

FORD Flat Mask
By Tudor07
From $8.66

Ford "Fuck" Logo Classic T-Shirt
By AtomikPunk
$21.55

Oil Stained Ford Sign Spiral Noteb...
By tanyarose
From $10.73

Shitbox Sticker Sticker
By camilleannmarie
From $1.25

Classic Car Logos: Ford Sticker
By brookestead
From $1.26

Ford Sticker
By Alex Cummings
From $1.25

4 Doors for more Whores 0001 Sti...
By thatstickerguy
From $1.67

Built Not Bought Wrench 0001bla...
By thatstickerguy
From $2.29

HEX GRILLE - Ford ST emblem Flat...
By blimeyguvnor
From $8.00

Passengers are Requested: Origin...
By GnomeEnthusiast
From $1.16

Mustang- 1968 Custom - Vintage,...
By OffsetVinylFilm
$14.95

Ford Mustang horse Sticker
By nour forte
From $1.56

Ford Mustang Logo Sticker Sticker
By PaceRacer
From $1.25



63


**Rusty Ford tailgate Flat Mask**
By mal-photography
From $8.40


**financial mistake - 2 Sticker**
By hoddynoddy
From $2.08


**Bronco Grill Silhouette Sticker**
By mangaesthetic
From $1.25


**Visit Gravity Falls Postcard Poster**
By mabsthebabs
$14.89


**Harry Ford Anglia Flying Car Sticker**
By amkdino
From $1.25


**Indiana Jones Sticker**
By Elliot-Four
From $1.47


**Fuck - Ford Blue Essential T-Shirt**
By D Hallin
$19.90


**Indiana Jones - Lao Che Air Freigh...**
By UnconArt
$107.90


**Classic Ford Motor Co. Essential T...**
By NP's Tees
$19.81

**The Godfather - Genco Olive Oil C...**
By UnconArt
$35.26

**ford mustang, colored logo Essent...**
By hottehue
$19.90


**Ford Mustang Classic T-Shirt**
By ItsMeRuva
$21.55


**Ziptie Mechanic Essential T-Shirt**
By 8pointdesigns
$22.38


**Blue Ford Bronco Sticker**
By eknicole
From $1.25


**Ferrari Symbol iPhone Soft Case**
By IlustraPaint
$23.63


**5.0 Coyote Engine S550 Stang Po...**
By gearheadc
$14.89


**Ford Performance Tuned ST Thro...**
By blimeyguvnor


**DON'T PANIC Classic T-Shirt**
By Robert Partridge


**Michigan Sticker**
By Shall Hatch


**1984 Classic T-Shirt**
By American Artist

$41.55    $19.90    From $1.35    $22.55






The Godfather Sticker
By Florian Dvente

Pegasus - Classic Style Essential ...
By hotrodz

powerstroke Essential T-Shirt
By rednecksam45

Apocalypse Now by burro Flat Mask
By burrotees

From $1.25    $21.55    $19.90    From $8.33






Mustang Bullitt Essential T-Shirt
By AutomotiveArt

Mustang Sticker
By zcharendoff

Streamline Motor Lubrication Ess...
By hotrodz

Cummins Truck Logo Black Essen...
By seledri

$19.73    From $1.50    $21.55    $21.89






If in doubt, Flat out Essential T-Shirt
By Meu383

Detroit vs. Everybody Sticker
By whiskeytracks

Lifted Truck Sticker Sticker
By SillySam52-

BooSTed Sticker
By BooSTeRS Garage

$19.90    From $1.35    From $1.25    From $1.32






Ford Essential T-Shirt
By Achilleus

ford anglia sticker Classic T-Shirt
By nocontextjuls

Ford F*ckin Ranger Sticker
By bluepapercup

Ford Ranger Classic Mug
By JoeKiller

$20.56    $19.90    From $1.43    From $12.92





Ford Racing Pullover Sweatshirt
By ozumdesigns
$36.30

Ford Mustang Socks
By HogarthArts
From $13.46

They Do Travel in Herds Throw Pill...
By RebekahLynne
From $18.86

Evolution of the Ford Mustang Ess...
By mal-photography
$22.91

## Shop by Category

Clothing   Kids & Babies   Phone Cases   Stickers   Wall Art   Home & Living   Stationery   Acce   


Vintage Hurst shifter Car decal U...
By Retinaclimax
$19.90

like tears in rain - blade runner qu...
By alphaville
$19.98


Solo Family Portrait Sticker
By rktdesigns
From $1.41


Warning - manual transmission Sti...
By hoddynoddy
From $2.08 


Ford Bronco 2021 Grille Silhouette...
By parkerku
From $1.48


Blade Runner Japanese Movie Po...
By ZJCustoms
$20.73

It's not leaking oil, it's sweating po...
By PlanDesigner
$20.73

Apocalypse Now: This is the end ...
By dutyfreak
$35.23


Lancia HF Elefantino Classic Mug
By 2fedex2
From $12.33

Life's too short to drive boring car...
By PlanDesigner
$20.73

a great steering wheel Flat Mask
By olivegreene
From $8.00


Street Classics-Rusty Culture Hot ...
By letsrocklets
From $1.56 


Redneck American Flag Sticker
By deannaburg
From $1.35


BEST TO BUY - Ford Mustang Thr...
By WeedsIDEAS
$39.89


ford mustang car Premium T-Shirt
By erneroy
$31.75


Gremlin Flasher Essential T-Shirt
By Vic V
$20.23



**Trafalgar Law Sticker**
By WeeLaxIndustry

From $1.77



**The Outsiders Newspaper Clippin...**
By themarrowoflife

From $1.25



**BEST SELLING Ford Mustang Mer...**
By xunacino

$21.00



**Classic GT-HO Ford WX XY Falcon...**
By TheScrambler

$20.73



**Indiana Jones and the Raiders of t...**
By oldposters

$14.89



**Detroit Skyline Sticker**
By livemoree

From $1.25



**Milner's Speed Shop Essential T-S...**
By superiorgraphix

$20.73



**Van Life Sticker**
By j1zzy

From $1.35



**Ford Mustang - King of Speed Pos...**
By SAVALLAS

$14.89

**Warning - Fast and Furious Sticker**
By hoddynoddy

From $2.08

**shelby cobra Essential T-Shirt**
By sopanar

$22.55



**Vintage Genuine Stolen Parts Stic...**
By hilda74

From $1.77



**DRIVING MY TRACTOR Sticker**
By MisterSmithers

From $1.87



**Plymouth Roadrunner Bird Classic...**
By KruseDesigns

$19.90



**Danger Ranger Sticker**
By medresigns

From $1.25



**1986 Group B v2 Essential T-Shirt**
By Purple Twin-turbo

$24.87



**Original Ford Motor Co Logo Thro...**
By smstees

$39.89



**Mad Max Interceptor - last of V8 -...**
By GalfiZsolt

From $17.86



**Old School Nissan Essential T-Shirt**
By TylerB555

$19.90



**Ford performance Sticker**
By AdilBozzy

From $2.08

67









Truck-kun ISEKAI DELIVERY SERV...
By sasuga8

$19.90

diesel truck cumins Sticker
By petricpolles

From $1.25 

Believe Survivors Sticker
By marvelousdesign

From $1.42 

Road Warrior Classic T-Shirt
By derP

$20.73









J.F.Sebastian Tyrell Corporation E...
By edwoods1987

$19.46

Blade Runner 2049 Photographic ...
By Marie Gigi

$7.03

Black Cat Speed Equipment Essen...
By Coupecustoms

$19.90

Still Plays With Blocks Essential T...
By hotrodz

$21.55









Ford Mustang logo Sticker
By loic45

From $1.25 

Peterbilt Truck Logo Redwhite Ess...
By cildrenangel13

$22.38

Blade Runner - Like Tears in Rain ...
By Azrael

$21.55

Blade Runner - Like Tears in Rain (...
By Azrael

$21.55









Let's go steal... Sticker
By KirbyKoolAid

From $1.25

Apocalypse now Poster
By aria7falco

$18.62

Ford Performance Logo Sticker
By aliciawilde

From $1.35

Ford Mustang Horse iPhone Soft ...
By Danny MKIV

$19.93

‹ Previous            Showing 1 - 108 of 52,054 unique designs            Next ›



**Worldwide Shipping**

Available as Standard or Express delivery

**Learn more**



**Secure Payments**

100% Secure payment with 256-bit SSL Encryption



**Free Return**

Exchange or money back guarantee for all orders



**Local Support**

24/7 Dedicated support

**Submit a request**

Learn more                                Learn more

**Ford**

T-shirts, stickers, wall art, home decor, and more designed and sold by independent artists. Find Ford-inspired gifts and merchandise printed on quality products one at a time in socially responsible ways. Every purchase you make puts money in an artist's pocket.

**Related searches**

Car    Mustang    Cars    Racing    Classic    Vintage    Retro    Chevy    Dodge    Truck    Movie    Classic Car    Gifts



**10% off, promos, and the best indie art ever!**

Your email address

USD$ - English    Mature content: Hidden



**Shop**
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest

**REDBUBBLE**

User Agreement    Privacy Policy    Do not sell my personal information    Redbubble uses cookies: Cookie Policy

© Redbubble. All Rights Reserved

12:12:12 PM 8/10/2021





Nuggets Throw Blanket
By LisaDylanArt

$46.54



Sauces from McDonalds Sticker
By claudru

From $1.25



McDonald's Fries Sticker
By seaturtlez19

From $1.25



Cactus Jack McDonald Crew Clas...
By dualogy

$20.23



fil a fries Sticker
By cazfax

From $1.56



McDonalds Sticker
By RJ20

From $1.30



mcdonalds cactus jack T-shirt Cla...
By nagymagdy

$19.73



Big Mac Sticker
By knottjodie

From $1.56



chicken nuggets Sticker
By tropicalnoot

From $1.25



Mc Donald's logo Sticker
By lamstar

From $1.25



McDonald's fries Classic T-Shirt
By chxrlotteh

$19.90



Burger sticker Sticker
By Thomas Sharp

From $1.30



cute hash brown :'-) Sticker
By its-ella

From $1.46



Krabby Meal Sticker
By slyfieri

From $1.25



McDonald's gang Flat Mask
By BakaBaiko

From $8.00











Grimace McDonald's Sticker
By Gabby Parker

From $1.25



My spirit animal is a chicken nugg...
By blipdesigns



Can We Get Chipotle? Sticker
By kaylee-grace



nugget dino Sticker
By amysthetic



"Nugs Not Drugs" Pullover Sweats...
By dubthedweeb

From $1.25    From $1.96    From $1.96    $34.85



**nugs not drugs Classic T-Shirt**
By joelcross
$19.90



**minecraft frog sticker Sticker**
By burymebees
From $1.25



**NUGGETS Sticker**
By jsivart
From $2.03



**IKEA logo Classic T-Shirt**
By memetrashpepe
$20.73



**Bin Chicken Photographic Print**
By Straya Stickers
$7.50



**Male and Female Chicken Nugget …**
By SkullyCXV
From $1.25



**Macs Bear Plus Deer Shirt & More …**
By thegrays
$19.90



**BEST SELLING - In N Out Burger M…**
By balzdwinharbori
$19.90



**Vintage Glacier National Park Retr…**
By mrsmitful
$19.90



**Canadian Nuggets Sticker**
By YEETXDD
From $1.20



**Happy Dino Nugget Classic T-Shirt**
By Olivia Doces
$21.02



**Chicken Sticker Pack Sticker**
By Gabbi Hanes
From $1.56



**Travis Scott x McDonalds Poster**
By andyshyper
$14.89



**Texas Flag Sticker**
By Sun Dog Montana
From $1.52



**Travis Scott x McDonald's Crew c…**
By OMIX3
$19.90



**Mcdonald's Filet-O-Fish Classic T…**
By masoncarr2244
$19.90









Fries Before Guys iPhone Soft Case
By sleeping-tigers
$22.75

McLovin Sticker
By DOLF1738
From $1.47

chicken nug nug :) Classic T-Shirt
By amysthetic
$24.04

Wildcard Classic T-Shirt
By Shayli Kipnis
$22.88

## Shop by Category

Clothing | Kids & Babies | Phone Cases | Stickers | Wall Art | Home & Living | Stationery | Acce



kon piye Premium T-Shirt
By ijarit
$32.46



Im lovin it Essential T-Shirt
By ebeccalden
$24.87



Macs Detroit Smoking Gun Shirt E...
By thegrays
$19.90



Grimace Cartoon Design - Transp...
By toxicparadoxic
$21.88



Mac Tonight Essential T-Shirt
By A-Game
$24.54

fil a shake Sticker
By cazfax
From $1.56



Chicken Nugget Palette Sticker
By mizhappy3
From $1.46



McDonalds classic characters Pos...
By RainbowRetro
$14.89

hamburglar Sticker
By 22lpatti
From $1.25

Maccas Run Sticker Sticker
By Xutoh
From $1.30

mcdonalds logo Sticker
By stephgio
From $1.25



Golden Arches Flat Mask
By L F12
From $9.33



GRIMACE CANNOT COMPREHEN...
By trentonjedi
From $1.25

Heart Nugget Sticker
By pugsaregreat
From $1.35



Montana Forest Camping Ski Sno...
By letourneau41
From $1.75



John mulaney streets smarts stic...
By kellzy
From $1.25

73



Cactus jack McDonald's Poster Po...
By ModernGArt

$14.89



Pi Phry Sticker
By corinnedoll

From $1.35



Mac Tonight Poster
By Carrotcakes

$14.27



Mc french fries Socks
By Shazmond

From $12.92



Chicky Nuggies Sticker
By xSpyra

From $1.25



Cheeseburger Hamburger and Fre...
By Irregulariteez

$19.90



Ronald McDonald Winking at you ...
By debracornell97

From $1.25



BTS x McDonalds Crew Classic T-...
By moonfairs

$21.55



Alex Morgan USA - #13 Jersey Sti...
By cocreations

From $1.51



Hungry for Free Hugs from Grimac...
By ThatWhiteGuy17

From $1.46



Whatever, I'm getting Mcdonalds ...
By 82 rising

$19.90



Kermit iPhone Soft Case
By Beau Williams

$21.88



McDonald's T Shirts and Merchan...
By HollywoodStudio

$19.90



Thelma & Louise Sticker
By PuzzleBuzz

From $2.08



Dirty Bird (KFC) Parody Classic T-...
By LittleBogan

$21.56



sebuah Fitted V-Neck T-Shirt
By thie

$25.49



Riot (black) Sticker
By joeredbubble

From $1.25



Hamburger Sticker
By cdanoff

From $1.56



Macs Gym And Tonic T Shirt Esse...
By thegrays

$19.90



McDonalds pack Sticker
By amber faulkner

From $1.25



Grim ace Sticker
By Min L
From $1.32



Wandy's UWU Fast Food Chain He...
By MoeLok
From $1.25



Untitled Essential T-Shirt
By yayajkka
$21.39



Big Macs Duvet Cover
By knottjodie
$123.44



Chicken Tenders Sticker
By emilywiseman
From $1.28



Taco Bell Sticker
By stardust garden
From $1.45



Chicken McNuggets Pullover Swe...
By Courtney Graben
$34.85



Charlie's Dating Profile Classic T-...
By ScribblyQ
$25.00



Dino nugs Sticker
By Skbohn
From $1.35



sauce Sticker
By lydiabailey
From $1.30



Vintage Retro Glacier National Par...
By mrsmitful
$19.90



Eren McDonalds Dad Hat
By soysaucecoolio
$23.42



ima chicken nugget Sticker
By meganwalsh12
From $1.25



Smug Wendy's iPhone Soft Case
By SwiftM0nkey
$21.00



Cactus Jack McDonald Crew Esse...
By MariaMartinez2
$19.90



Pizza Hut Classic T-Shirt
By Zakmacattack
$19.90

‹ Previous            Showing 1 - 108 of 10,353 unique designs            Next ›



**Worldwide Shipping**
Available as Standard or Express delivery
**Learn more**



**Secure Payments**
100% Secure payment with 256-bit SSL
Encryption



**Free Return**
Exchange or money back guarantee for all orders



**Local Support**
24/7 Dedicated support
**Submit a request**

75

Learn more                                    Learn more

**Mcdonalds**

T-shirts, stickers, wall art, home decor, and more designed and sold by independent artists. Find
Mcdonalds-inspired gifts and merchandise printed on quality products one at a time in socially
responsible ways. Every purchase you make puts money in an artist's pocket.

### Related searches

Food    Fast Food    Funny    Burger    Fries    Cute    Burger King    Chicken    Meme    Hamburger    French Fries

Nuggets    Gifts



**10% off, promos, and the best
indie art ever!**

Your email address

🇺🇸 USD$ - English        Mature content: Hidden



| Shop | About | Help | Social |
|------|-------|------|--------|
| Gift Guides | About Us | Delivery | Instagram |
| Fan Art | Social Responsibility | Returns | Facebook |
| New Works | Partner Program | Help Center | Twitter |
| Blog | Affiliates | Guidelines | Tumblr |
| Give Savings, Get Savings | Sell your art | Copyright | Pinterest |
| Student Discount | Jobs | Investor Center | |
| Login | Artist Blog | Contact Us | |
| Signup | | | |
| Bulk orders | | | |

**REDBUBBLE**

User Agreement    Privacy Policy    Do not sell my personal information    Redbubble uses cookies: Cookie Policy

© Redbubble. All Rights Reserved

12:15:43 PM 8/10/2021





Starbucks Carmel Frap Items Stic...
By sardortpd1

From $1.25



Star Set in Pink Sticker
By rracheell

From $1.67



Another Day Another Starbies Sti...
By Starr Batcheler

From $1.82



iced coffee Sticker
By dancingmandy96

From $1.51



Caffeine Molecule Sticker
By annmariestowe

From $1.77



aqua starbucks logo Sticker
By ★ Autumn and Elworthy ★

From $1.56



Ohana Coffee Sticker
By firstsale2903

From $1.25



dunkin iced coffee Sticker
By darbyvojtko

From $1.82



iced coffee Sticker
By samanthasargen

From $1.67



Starbucks Floral Watercolor Sticker
By livpaigedesigns

From $1.39



Strawberry Passion Refresher Stic...
By oliviaeneil

From $1.25



purple starbucks logo sticker
By ★ Autumn and Elworthy ★

From $1.56



Starbucks Drinks Sticker Pack Sti...
By shannondunnx

From $1.67



iced coffee Sticker
By RockyMarusco

From $1.25



Starbucks - Death Sticker
By catkoebsch

From $1.31



Sponsored by Starbucks & Lulule...
By Morgan Turrentine

From $1.30



mental health matters Classic T-S...
By nmgee



The Jasmine Dragon Classic Mug
By MrStrawberry



Rainbow Starbucks Logo Sticker
By TheStickerPro



Gothic Coffee Sticker
By saucemerch

$19.90

From $12.92

From $1.24

From $1.25

coffee Sticker
By alexabrinaldi

From $1.87

Bunny Coffee (Purple) Sticker
By iiLita

From $1.30

*aggressively drinks coffee* Stick...
By Madison Michele

From $1.46

Leaky Cauldron Sticker
By JordansAWolf

From $1.56

Dragon Drink Sticker
By mirra7

From $1.49

Dumb Starbucks Sticker
By subtnut

From $1.26

JESUS DESU &lt;3 Sticker
By milkymintshoppe

From $1.25

Explosion Coffee (Bakugo) Sticker
By kizographer

From $1.25

Starbucks cup Sticker
By victoriajmet

From $1.56

Makkachin Coffee Sticker
By beginblu

From $1.56

Floral Coffee Sticker
By aterkaderk

From $1.98

Caffeine Queen Chic Coffee Lover...
By Leo and Todd Digital Design

From $1.98

Starbucks Sticker
By canada14

From $1.25

Coffee Transparent Sticker
By danique

From $1.61

starbucks iced coffee drinks men...
By finniel

From $1.77

Star Set in Yellow Sticker
By rracheell

From $1.67

79

Jack and Sally Coffee Mini Sticker...
By Ellador

From $1.25

love iced coffee Sticker
By lolo dottie

From $1.62

BUT FIRST, COFFEE Sticker
By emilystp23

From $1.67

Want to Go to Starbucks? (Anna ...
By jenncreationz

From $1.25

## Shop by Category

Clothing   Kids & Babies   Phone Cases   Stickers   Wall Art   Home & Living   Stationery   Acce... ❯






fil a shake Sticker
By cazfax

From $1.56

I Love You So Matcha Sticker
By Raana Norooz

From $1.30

GRAPHIC - Starbucks Sticker
By xSofiaCristinax

From $1.25

Pothead Sticker
By Gramophone Cafe

From $2.60






Coffee Sticker
By LocalityDesign

From $1.77

Starbucks Apron
By Aiya 88

$20.85

Starbucks strawberry refresher St...
By KT designs

From $1.56

Iced Coffee 1 Sticker
By lawjfree

From $1.69






Light Pink Sticker Pack Sticker
By Abby Jane

From $1.51

Let It Be Yellow Script Quote Sticker
By aterkaderk

From $1.98

Daisies Sticker
By amanda003

From $1.25

Star Set in Teal Sticker
By rracheell

From $1.67






iced coffee Sticker
By caro111111

From $1.25

Sagittarius Zodiac Wildflower Con...
By aterkaderk

$21.55

Dunkin Donuts Iced Coffee Sticker
By Aaron Scotch

From $1.56

Iced Chai Tea Latte Sticker
By jukera98

From $1.30







Watercolor Flowers — 4 Pack Stick...
By flowerlife
From $1.75

and i feel god in this chilis tonight ...
By mandykamp
From $1.51

Rainbow Lips Sticker
By erinaugusta
From $1.50

coffee and jesus Sticker
By cgidesign
From $1.74







Starbucks Sticker
By Claire Chesnut
From $1.46

New York - Have a Nice Day Sticker
By StyleandCoffee
From $1.59

Iced Coffee Sticker
By clarearbuckle
From $1.35

texture pineapple 2 Sticker
By SaintCroissant
From $1.56










drink too much iced coffee Sticker
By carlygk
From $1.30

Starbucks pink drink Sticker
By Sarah C
From $1.25

bee kind Glossy Sticker
By itsmeannae
From $1.49

james charles hi sisters Sticker
By mandykamp
From $1.51








life is short and so am I Pullover S...
By LeighAnne64
$34.85

One More Chapter Sticker
By dxmyana (dxmyana)
From $1.35

cowboy advice Sticker
By milkymintshoppe
From $1.46

Mos Eisley Cantina Classic Mug
By Yolanda Martínez Cáceres
From $12.92








Dead inside but caffeinated Classi...
By Jess Adams
$21.56

Beware of crocs Sticker
By 3blondegirls
From $1.35

Cancer Zodiac Wildflower Constel...
By aterkaderk
$16.13

Virgo Zodiac Wildflower Constella...
By aterkaderk
$54.12








Coffee Essential T-Shirt
By Zhivago

$21.55

Leo Zodiac Wildflower Constellati...
By aterkaderk

$7.62

Scorpio Zodiac Wildflower Conste...
By aterkaderk

$39.89

but first, coffee Classic T-Shirt
By leaamaarie

$20.73






fueled by coffee and country musi...
By whiskeytracks

$22.75

Taurus Zodiac Wildflower Constel...
By aterkaderk

From $1.98

BEST SELLER Starbucks Logo Flat...
By James-Murdock

From $7.33

kind people Magnet
By nmgee

$7.18






Tegridy Farms Randy Marsh Sticker
By Purplecube

From $1.17

Dungeons and Dragons Starbucks...
By Carl Huber

From $1.25

Aries Zodiac Wildflower Constella...
By aterkaderk

From $8.19

Gemini Zodiac Wildflower Constel...
By aterkaderk

$21.55






Serious Gourmet Shit Pulp Fiction ...
By BankrobberGus

From $2.27

starbucks drink sticker Sticker
By katiekimiko

From $1.15

Taurus Zodiac Constellation Draw...
By aterkaderk

From $1.98

Coffee Cup Sticker
By zlapr

From $1.35

‹ Previous          Showing 1 - 108 of 49,720 unique designs          Next ›


**Worldwide Shipping**
Available as Standard or Express delivery
**Learn more**


**Secure Payments**
100% Secure payment with 256-bit SSL Encryption


**Free Return**
Exchange or money back guarantee for all orders


**Local Support**
24/7 Dedicated support
**Submit a request**

82

Learn more                          Learn more

**Starbucks**

T-shirts, stickers, wall art, home decor, and more designed and sold by independent artists. Find Starbucks-inspired gifts and merchandise printed on quality products one at a time in socially responsible ways. Every purchase you make puts money in an artist's pocket.

**Related searches**

Coffee   Cute   Funny   Sticker   Drink   Latte   Tumblr   Trending   College   Caffeine   Iced Coffee   Tea

Gifts



**10% off, promos, and the best indie art ever!**

Your email address

USD$ - English          Mature content: Hidden



**Shop**
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest

REDBUBBLE

User Agreement    Privacy Policy    Do not sell my personal information    Redbubble uses cookies: Cookie Policy

© Redbubble. All Rights Reserved

12:14:22 PM 8/10/2021