# EXHIBIT 14

**BGR | BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**



**Education**
- J.D., University of Southern California
- B.A., University of California, Los Angeles

**Bar Admissions**
- State Bar of California
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California

**Jason Kelly**  **T:** 310.274.7100
**Partner**  **F**: 310.275.5697
Office: Century City  jkelly@bgrfirm.com

Jason Kelly is a partner in Browne George Ross O'Brien Annaguey & Ellis's Century City office. His practice focuses on complex commercial litigation, with an emphasis on class actions. Jason has litigated complex securities, breach-of-contract, and competition claims. He has experience in all aspects of litigation, including discovery, law and motion, trial, and mediation and settlement.

Prior to joining Browne George Ross O'Brien Annaguey & Ellis, Jason was a law clerk for the Honorable Leslie J. Abrams Gardner of the U.S. District Court, Middle District of Georgia. He also was an associate at Kirkland & Ellis LLP and Katten Muchin Rosenman LLP. During law school, Jason was a judicial extern for the Honorable Virginia A. Phillips of the U.S. District Court, Central District of California, and an intern for the U.S. Securities and Exchange Commission.

1