# EXHIBIT 15

**BGR** | BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP



### Ryan Q. Keech
**Partner**

Office: Century City

**T:** 310.274.7100
**F:** 310.275.5697

rkeech@bgrfirm.com

**Education**
- New York University School of Law, J.D.
- Osgoode Hall Law School, LL.B.
- Queen's University at Kingston, B.A. (Hons.), with distinction

**Bar Admissions**
- California
- Central District of California
- Northern District of California
- Southern District of California
- Ninth Circuit Court of Appeals
- Ontario, Canada

Ryan Q. Keech is a partner in the Los Angeles office of Browne George Ross O'Brien Annaguey & Ellis LLP, where he advises and represents companies and individuals in high-stakes entertainment and business disputes. Mr. Keech has represented U.S. and foreign clients in trial and appellate litigation and arbitration in a wide variety of industries, including feature and television production, general media and entertainment, toys and other consumer products, cosmetics, financial services, insurance, social media and mobile technology. He has particularly significant experience handling disputes involving copyright, trademark, trade dress, trade secrets, business torts, complex contract interpretation, unfair competition, false advertising and FTC claims, as well as with collective bargaining, labor relations and initial and residual compensation issues in the theatrical motion picture and television industry.

Prior to joining Browne George Ross O'Brien Annaguey & Ellis LLP, Mr. Keech most recently served for more than two years as in-house staff counsel for the Alliance of Motion Picture and Television Producers (AMPTP), where he represented the major studios, broadcast television networks and certain basic cable and pay television services in labor negotiations and related matters in the United States and Canada. Before serving as staff counsel to the AMPTP, Mr. Keech was an associate for five years litigating cases at both the trial and appellate level in the Los Angeles office of Quinn Emanuel Urquhart & Sullivan, LLP.

Mr. Keech received his J.D. from New York University School of Law, where he served as a Notes Editor for the New York University Journal of Legislation and Public Policy. Mr. Keech also received an LL.B. from Osgoode Hall Law School, where he was an editor of the Osgoode Hall Law Journal and received top academic prizes in Criminal Law, Civil Procedure and Administrative Law. Mr. Keech earned his B.A. in Political Studies and Music, with distinction, from Queen's University at Kingston.

## Notable Representations:

- Obtained preliminary injunction in the Central District of California halting all advertising and sales of competing product based on claims of trademark, trade dress and copyright infringement. Prevailed on subsequent appeal to Ninth Circuit Court of Appeals. Am. Rena Int'l Corp., et al v. Sis-Joyce Int'l Co., Ltd., et al, 2012 WL 12538385 (C.D. Cal. Oct. 15, 2012), aff'd, 534 Fed. Appx. 633 (9th Cir. Jul. 24, 2013).

- Obtained case-ending terminating sanctions prior to trial, including a seven-figure judgment with a full award of damages, over $1 million in attorneys' fees and a permanent injunction, in a trademark, trade dress and RICO conspiracy case in the Central District of California.

- Obtained summary judgment completely defeating eight-figure contract and tort claims brought by former independent contractor in Los Angeles Superior Court.

1



- Part of trial team that obtained seven-figure judgment for client on trademark and trade dress counterclaims at ensuing bench trial.

- Part of trial team that obtained full defense verdict at jury trial in the Central District of California on behalf of producers, writer, director and associated production company for intellectual property claims related to the development and production of a major theatrical motion picture.

- Successfully defended animation studio against claims of copyright infringement related to a major theatrical motion picture.

- Successfully defended owner and operators of major social media application against claims of trademark infringement.

- Successfully represented high-profile non-profit motion picture industry organization in enforcing intellectual property and related restrictions on the sale of industry award statuettes by award recipients.

- Part of industry negotiating team that successfully represented the major motion picture and television studios, network production entities and independent production companies in numerous labor negotiations and related matters.

## Practice Areas

- Complex Business
- Entertainment
- Copyright/Trademark
- Insurance

## Education:

- New York University School of Law, J.D.
- Osgoode Hall Law School, LL.B.
- Queen's University at Kingston, B.A. (Hons.), with distinction

2