# EXHIBIT 16

139

**BGR | BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**



**EDUCATION**
- J.D. UCLA
- M.B.A. University of Nevada, Las Vegas
- B.S. Gaming Management University of Nevada, Las Vegas

**BAR ADMISSIONS**
- California

## ASHFORD KNEITEL
ASSOCIATE
OFFICE: CENTURY CITY

T: 310.274.7100
F: 310.275.5697
akneitel@bgrfirm.com

Ashford's practice focuses on business litigation and gaming law. Prior to joining Browne George Ross O'Brien Annaguey & Ellis, Ashford worked for the nation's preeminent nonprofit law firm, where he analyzed cutting-edge constitutional issues. During law school, Ashford served as an Articles Editor for the UCLA Law Review and externed for Chief Judge Sheri Bluebond of the Bankruptcy Court for the Central District of California. He also presented oral argument before the Eighth Circuit Court of Appeals while in the First Amendment Clinic.

The nation has seen an explosive growth in gambling-related businesses ever since the U.S. Supreme Court issued a seminal decision in 2018. Ashford understands the gaming industry inside and out, having worked for many years as a dealer, manager, and game inventor.

### PRACTICE AREAS
- Business Litigation
- Gaming and Sports Wagering Law
- First Amendment

### PUBLICATIONS:
- Casino Countermeasures: Are Casinos Cheating?, 10 HARVARD JOURNAL OF SPORTS & ENTERTAINMENT LAW 55 (2019).

1