# EXHIBIT 17

# BROWNE GEORGE ROSS LLP
Los Angeles·New York·San Francisco



### EDUCATION
- University of Southern California, JD, 2013
- Arizona State University, BA, 2006

### BAR ADMISSIONS
- State Bar of California

## RYAN D. EVANS
ASSOCIATE
OFFICE: CENTURY CITY

T: 310.274.7100
F: 310.275.5697
revans@bgrfirm.com

Ryan Evans is an associate in the firm's Century City office who focuses his practice on various complex commercial litigation matters, including consumer class actions and general business disputes. Prior to joining the firm, Ryan was an associate at Winston & Strawn where he managed cases at all stages of litigation. He also served as a Judicial Extern for the Honorable Michael Daly Hawkins at the Ninth Circuit Court of Appeals.

## PRACTICE AREAS

- Class Actions
- General Business Disputes
- Commercial Litigation

1