# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA<br><br>Plaintiff(s),<br><br>v.<br><br>REDBUBBLE, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–04618–RGK–JPR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:     8/10/2021

Document Number(s):    207

Title of Document(s):    Application for Clerk to Tax Costs (CV–59)

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Clerk to Tax Costs (CV–59) – under Category – Applications/Ex Parte Applications/Motions/Petitions/Requests

Costs event utilized in docketing this filing. Please use the SEARCH feature on the CM/ECF Menu Bar if you are unsure of the events to use

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 11, 2021         By:  /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Case 2:19-cv-04618-RGK-JPR Document 209 Filed 08/11/21 Page 2 of 2 Page ID #:11734

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS