KENNETH B. WILSON (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Tel: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
 jmasur@zuberlawler.com
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Tel: (213) 596-5620 / Fax: (213) 596-5621

JEFFREY J. ZUBER (SBN 220830)
 jzuber@zuberlawler.com
ZUBER LAWLER LLP
350 S. Grand Ave., 32nd Fl.
Los Angeles, California 90071
Tel: (213) 596-5620 / Fax: (213) 596-5621

JENNIFER C. KUHN (*Admitted Pro Hac Vice*)
 jkuhn@zuberlawler.com
ZUBER LAWLER LLP
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 717-7430 / Fax: (213) 596-5621

Attorneys for Defendant
Redbubble Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION, ATTORNEY'S FEES, AND PRE-JUDGMENT INTEREST**<br><br>[Filed Concurrently with Opposition and [Proposed] Order Denying Motion]<br><br>Date: September 7, 2021<br>Time: 9:00 a.m.<br>Crtrm.: 850 |

2911-1006 / 1865801.1

# DECLARATION OF JOSHUA M. MASUR

I, Joshua M. Masur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler LLP, attorneys of record for Defendant Redbubble Inc. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's initial disclosures in this matter, served on October 11, 2019.

3. Attached hereto as Exhibit B are true and correct copies of pages 229, 239-42 and 278 from the June 21, 2021 trial transcript in this matter.

4. Attached hereto as Exhibit C are true and correct copies of pages 382-84 and 433 from the June 22, 2021 trial transcript in this matter.

5. Attached hereto as Exhibit D is a true and correct copy of Trial Exhibit 7.

6. Attached hereto as Exhibit E is a true and correct copy of Trial Exhibit 10.

7. Attached hereto as Exhibit F is a true and correct copy of Trial Exhibit 167.

8. Attached hereto as Exhibit G is a true and correct copy of Trial Exhibit 172.

9. Attached hereto as Exhibit H is a true and correct copy of Trial Exhibit 173.

10. Attached hereto as Exhibit I is a true and correct copy of Trial Exhibit 222.

11. Attached hereto as Exhibit J is a true and correct copy of Trial Exhibit 290.

12. Attached hereto as Exhibit K is a true and correct copy of Trial Exhibit 291.

13. Attached hereto as Exhibit L is a true and correct copy of Trial Exhibit 292.

14. Attached hereto as Exhibit M is a true and correct copy of Trial Exhibit 295.

15. Attached hereto as Exhibit N is a true and correct copy of Trial Exhibit 296.

16. Attached hereto as Exhibit O is a true and correct copy of Trial Exhibit 343.

17. Attached hereto as Exhibit P is a true and correct copy of Trial Exhibit 408.

18. Attached hereto as Exhibit Q is a true and correct copy of Trial Exhibit 414.

19. Attached hereto as Exhibit R is a true and correct copy of Trial Exhibit 416.

20. Attached hereto as Exhibit S is a true and correct copy of Trial Exhibit 421.

21. Attached hereto as Exhibit T is a true and correct copy of Trial Exhibit 629.

22. Attached hereto as Exhibit U is a true and correct copy of Trial Exhibit 631.

23. Attached hereto as Exhibit V is a true and correct copy of Trial Exhibit 633.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of August, 2021, at San Carlos, California.

*/s/ Joshua M. Masur*
Joshua M. Masur

1
2
3
4
5
6
| |
|---|
| A Trial Transcript pages |
| B Trial Transcript pages |
| C Trial Transcript pages |
| D Trial Transcript pages |
| E Trial Transcript pages |
| F Trial Transcript pages |
| G Trial Transcript pages |
| H Trial Transcript pages |
| I Trial Transcript pages |
| J Trial Transcript pages |
| K Trial Transcript pages |
| L Trial Transcript pages |
| M Trial Transcript pages |
| N Trial Transcript pages |
| O Trial Transcript pages |
| P Trial Transcript pages |
| Q Trial Transcript pages |
| R Trial Transcript pages |
| S Trial Transcript pages |
| T Trial Transcript pages |
| U Trial Transcript pages |
| V Trial Transcript pages |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28