# EXHIBIT B

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

**HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE**

```
Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,  )
a Swiss corporation,                 )
                                     )
            PLAINTIFF,               ) CASE NO.
                                     )
        vs.                          ) CV 19-04618-RGK
                                     )
REDBUBBLE, INC., a Delaware          )
corporation,                         ) VOLUME 2
                                     ) PAGES 215 TO 342
            DEFENDANT.               )
_____)
```

**REPORTER'S TRANSCRIPT OF**
**TRIAL DAY 2**
**MONDAY, JUNE 21, 2021**
**1:00 P.M.**
**LOS ANGELES, CALIFORNIA**

---

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
    BY:   KEITH J. WESLEY
    BY:   JASON Y. KELLY
    2121 Avenue of the Stars
    Suite 2800
    Los Angeles, California 90067

**FOR THE DEFENDANT:**

    ZUBER LAWLER & DEL DUCA, LLP
    BY:   JOSHUA M. MASUR
    BY:   JENNIFER KUHN
    BY:   HEMING XU
    2000 Broadway Street
    Office 154
    Redwood City, California 94063

1                           **INDENT OF WITNESSES**

3     **WITNESSES**                                                    **PAGE**

4     WALTERS, Terry

5             Direct examination resumed by Mr. Kelly              220
              Cross-examination by Ms. Kuhn                        226
6             Redirect examination by Mr. Kelly                    230


      PALEY, Philip

              Direct examination by Mr. Kelly                      234
              Cross-examination by Ms. Kuhn                        252
              Redirect examination by Mr. Kelly                    256


      ELKINS, Madison

              Direct examination by Mr. Kelly                      257
              Cross-examination by Ms. Kuhn                        269


      TOY, James

              Direct examination by Mr. Wesley                     288
              Cross-examination by Mr. Masur                       331

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 65 Pg 2 | Redbubble IP FAQ | 296 | 296 |
| 70 | CON-Policing for Trademarks | 321 | 321 |
| 113 | E-mail | 318 | 318 |
| 115 | Brandy Melville Policing Guidelines | 315 | 315 |
| 121 | E-mail | 307 | 307 |
| 122 | E-mail | 311 | 311 |
| 128 | E-mail | 325 | 325 |
| 164 | E-mail Chain | 222 | 222 |
| 167 | E-mail | 222 | 222 |
| 172 | Products and Envelope from Redbubble | 223 | 223 |
| 173 | Product from the Redbubble Marketplace | 225 | 225 |
| 223 Pg 153 | Brandy Melville Graphics | 259 | 259 |
| 223 Pg 96 | Brandy Melville Graphics | 260 | 260 |
| 223 Pg 69 & 70 | Brandy Melville Graphics | 267 | 267 |
| 273 Pg 37 | Redbubble Webpage | 232 | 232 |
| 286 Pg 6 | Redbubble Annual Report 2018 | 328 | 328 |
| 287 Pg 3 | Redbubble Annual Report 2019 | 293 | 293 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 290 | Redbubble Webpage | 236 | 236 |
| 291 | Redbubble Webpage | 236 | 236 |
| 292 | Redbubble Webpage | 236 | 236 |
| 295 | Redbubble Webpage | 237 | 237 |
| 296 | Images of Products | 238 | 238 |
| 301 | E-mail | 304 | 304 |
| 302 | E-mail | 306 | 306 |
| 303 | E-mail | 306 | 306 |
| 307 | E-mail | 301 | 301 |
| 343 | Images of Products | 240 | 240 |
| 401 | Brandy Melville Butterfly | 241 | 241 |
| 404 | Brandy 519 Broadway Mark | 242 | 242 |
| 408 | Brandy Hampton Mark | 243 | 243 |
| 414 | Product Listing | 244 | 244 |
| 416 | Brandy Tiny Stickers Sticker | 244 | 244 |
| 421 | Product Listing | 245 | 245 |
| 424 | Partial Snapshot of Product Listing | 245 | 245 |
| 623 | All Works - One Row Per Work | 246 | 246 |
| 628 | Brandy Heart - One Row Per Work | 252 | 252 |
| 634 Pg 9 | LA Lightning - One Row Per Work | 253 | 124 |

```
 1   Brandy Heart, Brandy Flag, LA Lightning logo on the tag of that
 2   T-shirt?
 3        A     No.  I see Redbubble.
 4        Q     All right.  So let's go to trial Exhibit 173,
 5   page 6.
 6              So do you see any Brandy Melville trademark on
 7   the tag at the top that identifies the source of the T-shirt?
 8        A     I can't really see that very clearly.
 9        Q     All right.  The next page is page 8.  It's a
10   little bit more of a -- I'm sorry.  Page 9.  It has a little
11   bit more of a zoom in on that tag.
12              So do you see Brandy Heart Melville, Brandy Flag
13   Melville, or LA Lightning on that tag?
14        A     Not on that tag.
15        Q     All right.  At any time when you were ordering
16   these T-shirts, you knew you were on the Redbubble website;
17   right?
18        A     That is correct.
19        Q     You weren't confused thinking that you were on
20   the Brandy Melville website; right?
21        A     No.  I'm not confused.
22        Q     All right.  What sizes did you order your shirts
23   in?
24              Let me clarify the question.
25              Were you allowed to select a size when you
```

1     A     These are the cell phone cases that I purchased.
2           MR. KELLY:  Your Honor, Brandy Melville moves
3    into evidence the document premarked trial Exhibit 343.
4           THE COURT:  It will be received.
5           (Marked for identification and received
6           into evidence Exhibit No. 343.)
7     Q     BY MR. KELLY:  Mr. Paley, this is what you
8    received when you made a purchase on the Redbubble website?
9     A     Yes.
10    Q     And what is this page 2 of Exhibit 343?
11    A     These are stickers I think that came in the
12   package, Redbubble's package.
13    Q     With the cell phone cases; is that right?
14    A     Yes.
15    Q     All right.  Mr. Paley, have you taken snapshots
16   of designs on the Redbubble website?
17    A     Yes, I have.
18    Q     Ones that say "Brandy" or "Brandy Melville"?
19    A     Yes.
20    Q     All right.  And when did you do that?
21    A     I have done that from April and May all the way
22   until this year in March.
23    Q     Were all those snapshots taken after this lawsuit
24   was filed?
25    A     Yes.

1	Q	And approximately how many in total did you take?
2	A	I have taken somewhere between 20 and 50
3	screenshots.
4	Q	In the interest of avoiding unnecessary
5	repetition, we won't go through all of those. But if you could
6	go -- just a couple samples, the document premarked trial
7	Exhibit 401, and let me know what that is.
8	A	It's a Brandy Melville sticker. Butterfly. Blue
9	butterfly sticker.
10	Q	And did you take the snapshot?
11	A	Yes.
12	    MR. KELLY: Your Honor, Brandy Melville moves
13	into evidence trial Exhibit 401.
14	    THE COURT: It will be received.
15	    (Marked for identification and received
16	    into evidence Exhibit No. 401.)
17	Q	BY MR. KELLY: Mr. Paley, can you read the words
18	on that design?
19	A	Yes. It's says "Brandy Melville."
20	Q	And what's the logo on the top left corner?
21	A	Redbubble.
22	Q	I'd like to direct you to trial Exhibit 404. If
23	you can please let the jury know what this is.
24	A	This is another Brandy Melville. It's an
25	American Eagle Prince and Broadway Streets sticker.

```
 1        Q      Is this another snapshot you took?
 2        A      Yes.
 3               MR. KELLY:  Your Honor, Brandy Melville moves
 4   into evidence a premarked Exhibit 404.
 5               THE COURT:  It will be received.
 6            (Marked for identification and received
 7             into evidence Exhibit No. 404.)
 8        Q      BY MR. KELLY:  Mr. Paley, can you read what the
 9   description is?
10        A      "American Eagle Prince and Broadway Streets
11   sticker sticker."
12        Q      And although it's small, if you look at the
13   design, there's some small text at the top.  Can you read what
14   that says?
15        A      "Brandymelvilleusa.com."
16        Q      Mr. Paley, I'd like to direct you to trial
17   Exhibit 408.  If you can tell the jury, when you can, what that
18   document is?
19        A      This is a screenshot from the Redbubble website
20   of a Hampton Sailing sticker.
21        Q      Is this one that you took as well?
22        A      Yes.
23               MR. KELLY:  Your Honor, Brandy Melville moves
24   into evidence trial Exhibit 408.
25               THE COURT:  It will be received.
```

1             (Marked for identification and received
2          into evidence Exhibit No. 408.)
3      Q     BY MR. KELLY:  Can you tell me, Mr. Paley, what
4  the text in the design says?
5      A     It says, "Hamptons brandymelvilleusa.com."
6      Q     I'm going to direct you to the bottom of page 1
7  of trial Exhibit 408.  And can you read to me what that says?
8      A     Available on 73 products.
9      Q     Based on your experience on the Redbubble
10  website, if you were to click that, what would you see?
11      A     It would bring you to another page that shows you
12  the products that it's available on.
13      Q     And just above the text that you read, are those
14  some of those products?
15      A     Yes.
16      Q     All right.  I'd like to direct you to trial
17  Exhibit 414 and 416.  When you get a chance, tell me what that
18  is.
19      A     Brandy tiny stickers sticker.
20      Q     And is this a -- pictures of snapshots that you
21  took?
22      A     Yes.
23            MR. KELLY:  Your Honor, Brandy Melville moves
24  into evidence trial Exhibits 414 and 416.
25            THE COURT:  They will be received.

```
 1                CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5         I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6  COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7  THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8  PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9  FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10  STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11  ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12  CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13  THE UNITED STATES.

14

15              DATED THIS  21ST  DAY OF JUNE, 2021.

16

17

18              /S/ MIRANDA ALGORRI

19              MIRANDA ALGORRI, CSR NO. 12743, CRR
                FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```