# EXHIBIT C

1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3       HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5   Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,   )
    a Swiss corporation,                  )
6                                         )
                PLAINTIFF,                ) CASE NO.
7                                         )
            vs.                           ) CV 19-04618-RGK
8                                         )
    REDBUBBLE, INC., a Delaware           )
9   corporation,                          ) VOLUME 3
                                          ) PAGES 343 TO 524
10              DEFENDANT.                )
    _____)

11

12

13

14              REPORTER'S TRANSCRIPT OF
                    TRIAL DAY 3
15             TUESDAY, JUNE 22, 2021
                    8:34 A.M.
16            LOS ANGELES, CALIFORNIA

17

18

19

20

21

22
    _____
23

          MIRANDA ALGORRI, CSR 12743, RPR, CRR
24          FEDERAL OFFICIAL COURT REPORTER
           350 WEST 1ST STREET, SUITE 4455
25          LOS ANGELES, CALIFORNIA 90012
              MIRANDAALGORRI@GMAIL.COM

1          **APPEARANCES OF COUNSEL:**

2

3     **FOR THE PLAINTIFF:**

4          BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
           BY:   KEITH J. WESLEY
5          BY:   JASON Y. KELLY
           2121 Avenue of the Stars
6          Suite 2800
           Los Angeles, California 90067
7

8     **FOR THE DEFENDANT:**

9
           ZUBER LAWLER & DEL DUCA, LLP
10         BY:   JOSHUA M. MASUR
           BY:   JENNIFER KUHN
11         BY:   HEMING XU
           2000 Broadway Street
12         Office 154
           Redwood City, California 94063

13

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF WITNESSES**

**WITNESSES**                                                                                      **PAGE**

TOY, James

       Cross-examination resumed by Mr. Masur            348


TOY, James

       Direct examination resumed by Mr. Masur           350
       Cross-examination by Mr. Wesley                   400
       Redirect examination by Mr. Masur                 412
       Recross-examination by Mr. Wesley                 416


RICKERT, Kate

       Direct examination by Mr. Masur                   420
       Cross-examination by Mr. Kelly                    435


DAVIS, Carina

       Direct examination by Mr. Masur                   437
       Cross-examination by Mr. Kelly                    450
       Redirect examination by Mr. Masur                 464

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 30 | Redbubble User Agreement | 363 | 363 |
| 31 | Redbubble IP/Publicity Rights Policy | 364 | 364 |
| 35 | Product Listing | 378 | 378 |
| 51 | CON Suspend-from-Sale | 382 | 382 |
| 52 | CON Warnings and Account Restriction | 370 | 370 |
| 58 | Confluence Document | 357 | 357 |
| 60 | New Hire Onboarding | 368 | 368 |
| 62 | Intellectual Property | 363 | 363 |
| 65 | Redbubble IP FAQ | 362 | 362 |
| 71 | CON Proactive Policing | 374 | 374 |
| 106 | Redbubble Webpage | 410 | 410 |
| 155 | E-mail | 390 | 360 |
| 622 | All Orders | 408 | 408 |
| 623 Pg 6 | All Works | 396 | 396 |
| 623 Pg 81 | All Works | 397 | 397 |
| 624 | BMUSA.com | 430 | 430 |
| 627 | Brandy Heart Orders | 406 | 406 |
| 629 | Brandy LA Orders | 429 | 429 |
| 631 | Brandy Melville Orders | 431 | 431 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 633 | LA Lightning Order | 425 | 425 |

1          THE COURT:  Okay.

2          Q     BY MR. MASUR:  Mr. Toy, are you familiar with

3   this document?

4          A     Yes.

5          Q     What is it?

6          A     This describes a tool.  At the time this document

7   was created, it was called "Suspend From Sale" at the top.  We

8   were -- it's -- it's essentially tag-based suspension is what I

9   call it now.  It's a tool that will -- so we mentioned the

10  search keywords.  If one of those search keywords is present,

11  it will not only show up in the review team's dashboard, it

12  will also prevent anyone from reviewing it.  So nobody can view

13  it on the marketplace.  Nobody can buy anything.  It just sits

14  there until a human can look at it and remove it.

15          MR. MASUR:  Can I move this into evidence,

16  please, Your Honor?

17          THE COURT:  It will be received.

18          MR. MASUR:  Thank you.

19          (Marked for identification and received

20          into evidence Exhibit No. 51.)

21          Q     BY MR. MASUR:  And this was -- again, this was

22  a -- you said this was a description of, it sounds like, an

23  earlier version of this tool or earlier description of this

24  tool?

25          A     Yes.

1        Q       So it's evolved like most of Redbubble's policies

2   since when we produced these documents?

3        A       Yes.  We're always trying to make them better.

4        Q       So tag-based suspend or suspend from sale, is

5   that the same thing as blocking from the use of tags?

6        A       No.  So tag-based suspension still allows people

7   to tag with a company name, for example.  Blocking a keyword

8   would prevent that.  And it would also prevent users from

9   searching -- searching for the keyword.

10              The nice thing about tag-based suspension is that

11  it works with our proactive policing tools which are based on

12  keywords to find the content.  So most rights holders for

13  policing for them, they will tell us -- instruct us to

14  remove -- to find content with certain keywords.  Those are

15  almost always their trademarks.  Search for our company name.

16  Search for our product name.

17              That's -- if we allow that, then the seller

18  can -- it's almost like using -- using it against these really

19  bad actors.  It's like they will tag it with a company name

20  which actually enables us to hide it from view immediately and

21  then remove it without anyone ever seeing it.

22        Q       So let me make sure I've got this straight.

23              The difference between this tag-based suspension

24  and your standard proactive policing is, with standard

25  proactive policing, a work can go up on the site even though it

384

1  has a tag in it that you're policing for.  But if it's part of

2  the suspend for review or tag-based suspension, it doesn't go

3  up until a human being has looked at it?

4         A       Right.  If we just blocked keywords, prevented

5  somebody from using a -- so if we just blocked a tag, somebody

6  could still upload an image.  Somebody could still upload

7  somebody's logo.  That would still be infringement.  We

8  wouldn't be able to find it with this tool, one of our main --

9  one of our main weapons.

10        Q       And do you do tag-based suspension for

11  Brandy Melville?

12        A       Yes.

13        Q       When did you start doing that?  Do you know?

14        A       October 2019.

15        Q       Okay.  And -- and that was -- at that point, the

16  suspend-for-review tool was pretty new; right?

17        A       Yes.  We have been developing it, rolling it out.

18  Yeah.

19        Q       Okay.  And let's see.  So tag-based suspension

20  and proactive policing flagged listings, those get reviewed by

21  whom?

22        A       The content team.

23        Q       How many people are on that now?

24        A       So it's grown a lot over the years since I have

25  been at Redbubble.  Right now it's got about 40 people.

1    created a demonstrative exhibit not to be submitted into

2    evidence.  I would like to switch that -- it's already been

3    provided to counsel.  It is demonstrative No. 26.

4                    THE COURT:  Okay.

5         Q      BY MS. KUHN:  So looking at that, in between the

6    date of the notice letter, the 2018 notice letter, and the date

7    of the Complaint, how much money did Redbubble make on the

8    Brandy Heart logo products?

9         A      $875.19.

10        Q      And that's -- on this chart, that's in

11   U.S. dollars.  When we created the chart, we used the exchange

12   rate at the time?

13        A      Yes.

14        Q      Now, after the lawsuit was filed, did Redbubble

15   start proactively policing for hearts similar to the Brandy

16   Hearts logo?

17        A      Yes.

18        Q      And once Redbubble started proactively policing

19   in response to the Complaint, how many products with designs

20   similar to the Brandy Heart logo were sold?

21        A      No products.  So no sales.

22        Q      So there are no sales after the Complaint?

23        A      Yes.

24        Q      Okay.  So next let's talk about the Los Angeles

25   Lightning mark.

1            Did you have spreadsheets created for the

2   Los Angeles Lightning logo similar to what you did for the

3   Brandy Hearts logo?

4       A      Yes, I did.

5       Q      And just to clarify, do you know if the

6   Los Angeles Lightning logo was identified in the 2018 notice

7   letter?

8       A      Not to my knowledge.

9       Q      So I'd like to show you what has been

10  pre-admitted as Exhibit 633.  We would like to -- so do you --

11  can you identify this document?

12      A      Yes.  It is also the list of orders, sales of the

13  LA Lightning logo.

14            MS. KUHN:  I would like to move this exhibit into

15  evidence if it's not already in evidence.

16            THE COURT:  What exhibit number?

17            MS. KUHN:  633.

18            THE COURT:  633?

19            MS. KUHN:  Yes.

20            THE COURT:  Okay.  It will be received.

21        (Marked for identification and received

22         into evidence Exhibit No. 633.)

23      Q      BY MS. KUHN:  So has a product that features the

24  LA Lightning logo -- let me say this.

25            In between the first notice letter and the date

1    of the lawsuit, did Redbubble sell any items with the

2    Los Angeles Lightning logo on it?

3         A    Yes.

4         Q    How many?  I'm sorry.  We have to -- did you

5    include this information as part of your demonstrative?

6         A    Yes, I did.

7              MS. KUHN:  Let's switch back to that.  I

8    apologize.  We're going to go back to the demonstrative 26,

9    page 2.  Let's go to page 3.

10        Q    So how many items were sold in between the date

11   of the 2018 notice letter and the Complaint?

12        A    1,235.

13        Q    All right.  And how much -- how much did

14   Redbubble collect in service fees for those sales?

15        A    $965.64.

16        Q    And to be -- just so we can clarify here, we're

17   talking about sales of products that feature the logo even if

18   there were other logos as part of the sale such as multiple

19   sticker packs.

20        A    Yes.

21        Q    Okay.  Now, after the plaintiff filed suit, when

22   Redbubble started proactively policing for the Los Angeles

23   Lightning logo, were there any products sold through the

24   marketplace that contained designs similar to that logo?

25        A    Yes.

```
1        Q       And how many -- how many sales were there?

2        A       70.

3        Q       70 sales.  We're going to go back to trial

4    Exhibit 633 and look at page 129.  Can you tell me, based on

5    this, when the last sale was?

6                If we could zoom in on that third row?

7        A       Yes.  It was August 29, 2020.

8        Q       August 29, 2020.

9                So turning back to the demonstrative on page 3 --

10   I apologize.  I apologize.  We're going back to 633.  I

11   misspoke.

12               You said that you were familiar with the marks at

13   issue in this case.

14       A       Yes.

15       Q       Do you know what the Los Angeles Lightning logo

16   registration covers, what classification of products it covers?

17       A       Mainly clothing.

18       Q       Covers clothing.

19               Was any clothing sold through the Redbubble

20   marketplace?

21       A       No.

22       Q       Was there an order for clothing through the

23   Redbubble marketplace?

24       A       Yes.

25       Q       I'd like you to look at page 128 of Exhibit 633.
```

1    Let's look at lines 5 and 6.  Is that the order?

2        A     Yes, it is.

3        Q     What is that an order for?

4        A     It is for women's fitted scoop T-shirt and then a

5    lightweight hoodie.

6        Q     Do you know who placed that order?

7        A     Yes.  It came from the plaintiff's law firm.

8        Q     All right.  And what happened to that order?

9        A     As soon as we became aware of it, we cancelled

10   the order.

11        Q     So let's close out with the registered marks and

12   turn to the unregistered marks.

13             Are you familiar with the unregistered marks that

14   Brandy Melville is asserting in this lawsuit?

15        A     Yes, I am.

16        Q     What are those unregistered marks?

17        A     The Brandy L.A., brandymelvilleusa, and

18   Brandy Melville.

19        Q     Did you generate reports for those marks and

20   phrases?

21        A     Yes.

22        Q     For these unregistered marks, I'm only going to

23   ask you about sales that occurred after the notice letter.

24   Let's start with Brandy L.A.

25             Can we pull up trial Exhibit 629.

1         Can you identify it?  I'm not sure if it's been

2    admitted yet.

3         A    Yes.

4              MS. KUHN:  So I'd like to move this trial

5    Exhibit 629 entered into evidence.

6              THE COURT:  The number is?

7              MS. KUHN:  629.

8              THE COURT:  629.

9         (Marked for identification and received

10        into evidence Exhibit No. 629.)

11        Q    BY MS. KUHN:  Is this the report that you

12   prepared for that mark?

13        A    Yes.

14        Q    Were there any sales of items that used any of

15   the phrases Brandy L.A., Brandy Melville, Brandy U.S.A., any

16   sales of items that used that phrase after the May 2018 notice

17   letter?

18        A    Yes.

19        Q    All right.  Did you summarize those in the

20   demonstrative?

21        A    Yes, I did.

22        Q    Let's look at the demonstrative on page 4.

23             How many sales were there before the notice?  I'm

24   sorry.  How many sales were there between the notice letter and

25   the filing of the Complaint?

1          A          There were 19 units sold which is $15.17.

2          Q          And were any of those sales made after the

3     lawsuit was filed?

4          A          No.

5          Q          All right.  So that was -- I'm sorry.  That was

6     just for Brandy L.A.  Let's move on to brandymelvilleusa.

7                     Did you create a spreadsheet for that mark?

8          A          Yes, I did.

9                     MS. KUHN:  Can we look at trial Exhibit 624 and

10    have her identify it?  This has been stipulated to.  I would

11    like to move to have it entered into evidence.

12                    THE COURT:  It will be received.

13               (Marked for identification and received

14               into evidence Exhibit No. 624.)

15         Q          BY MS. KUHN:  So is this the report that you

16    prepared for the brandymelvilleusa mark?

17         A          Yes, it is.

18         Q          Were there any sales of items that used the

19    phrase brandymelvilleusa on the Redbubble marketplace between

20    the date the plaintiff sent the notice letter and the date the

21    plaintiff filed the Complaint?

22         A          Yes.

23         Q          All right.  Did you summarize those in the

24    demonstrative?

25         A          Yes, I did.

1    Q    Let's look at the demonstrative at page 5.

2         So how many units were sold?

3    A    674.

4    Q    And how much did Redbubble receive in service

5    fees?

6    A    $542.55.

7    Q    And how about sales after the Complaint was

8    filed?

9    A    One unit was sold which is less than a dollar.

10   Q    Were there any orders for works that didn't fit

11   into the categories that we talked about, namely, the

12   registered marks or the unregistered marks Brandy L.A.,

13   Brandy Melville or brandymelvilleusa.com?  Any other works that

14   had the words Brandy Melville on the product?

15   A    Yes.

16        MS. KUHN:  All right.  Can we take a look at

17   trial Exhibit 631.  This has been stipulated to for

18   preadmission.  I would like to move it into evidence.

19        THE COURT:  It will be received.

20        (Marked for identification and received

21        into evidence Exhibit No. 631.)

22   Q    BY MS. KUHN:  And did you summarize this trial

23   exhibit in the demonstrative?

24   A    Yes, I did.

25   Q    So let's take a look at the demonstrative,

page 6.

So can you please tell us how many sales were made with just the words Brandy Melville on it without any other marks?

A    There were eight units sold.

Q    Mainly what kind of products were these?

A    Mainly stickers.

Q    All right.  And for these sales, did these occur before or after Brandy Melville started -- I mean, after Redbubble started proactively policing for plaintiff's claim marks?

A    I'm sorry.  Can you repeat that?

Q    Did these sales happen before or after Redbubble began proactively policing for plaintiff's claim marks?

A    Happened before.

Q    So I understand that you have created a few summary tables for us to understand exactly what the total sales were.

A    Yes.

Q    So let's take a look at No. 7.

For the registered marks, the Heart and Lightning logos, what were the total service fees collected by Redbubble after the notice -- after they were given notice either through the letter or the filing of the lawsuit?

A    $1,049.43.

1    Q     All right.  And of those registered marks, how

2  many were -- I apologize.

3          For the registered marks for the sales, how many

4  of those were counterfeit -- sales from counterfeits?

5          Let's go on to the next page of the

6  demonstrative.

7    A     None of those.

8    Q     None of those.

9          And how about the sales for the unregistered

10  marks?  Let's go on to page 9.

11         For the unregistered marks, what are the -- what

12  were these sales?

13   A     $582.06.

14   Q     So based on the data, what was the total amount

15  of post notice service fees received by Redbubble for the

16  listings in this case -- can we please go to 10?

17   A     $1,631.49.

18   Q     For all marks -- that's the Redbubble fees for

19  all marks post notice, $1,631; right?

20   A     Yes.  The registered trademarks and also the

21  other trademarks at issue in this case.

22   Q     One more question.

23         The jury has heard testimony about other exhibits

24  that are not the focus of exhibits that -- other trial evidence

25  that are not the focus trial evidence that we discussed here.

1    Say, trial Exhibit 623, can we just take a quick look at trial

2    Exhibit 623?

3                Now, you did prepare trial Exhibit 623; right?

4    A       Yes.

5    Q       And would you say this is focused in time on the

6    marks at issue in -- is this exhibit focused on the marks at

7    issue in this case?

8    A       I'm sorry.  Can you --

9    Q       I'm sorry.

10               Are there listings for products in trial

11   Exhibit 623 that are not at issue in this case?

12   A       Yes.  That is correct.

13   Q       All right.  And are -- does this exhibit contain

14   all sales whether they were pre-notice or post-notice?

15   A       Yes.

16   Q       And does this exhibit contain sales for things

17   that are, say, sales of products that are critical of

18   Brandy Melville?

19   A       Yes.

20   Q       And so if you were looking to calculate fees for

21   the issues related at stake in this case, would you use trial

22   Exhibit 623 to do it?

23   A       No, I would not.

24               MS. KUHN:  Thank you very much.

25               THE COURT:  All right.  Cross-examination.

1          CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6  COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7  THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8  PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9  FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10 STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11 ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12 CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13 THE UNITED STATES.

14

15          DATED THIS  23RD  DAY OF JUNE, 2021.

16

17

18          /S/ MIRANDA ALGORRI

19          _____
           MIRANDA ALGORRI, CSR NO. 12743, CRR
20         FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25