# EXHIBIT F

**Terri Walters**

| | |
|---|---|
| **From:** | Terri Walters <​█████████████​> |
| **Sent:** | Monday, October 14, 2019 12:47 PM |
| **To:** | Terri Walters |
| **Subject:** | Fw: Redbubble Order Confirmation and Progress |

Sent from ███████ for iPhone

Begin forwarded message:

On Monday, October 14, 2019, 10:08 AM, Redbubble <aboutmyorder@e.redbubble.com> wrote:



# We're on it.

Hang tight while we prep your stuff.

Confirmed

Shipped

Delivered

Estimated Delivery Date: **October 18**

Order #30595759

1

BRANDY_0000311

TE167_0001

**Shipping Address**

TERRI WALTERS

UNITED STATES

Update Address?

# Order Summary



**Sun Child**

Small (2.4" x 0.7")

1 x Sticker $1.35



**Grand Tour Sport Japan GTS Retro Car**

L | Black | Front

1 x Premium T-Shirt $25.10



blue pink wave

BRANDY_0000312

TE167_0002

Small (2.9" x 2.8")

1 x Sticker $1.62



just peachy

Small (4.0" x 1.0")

1 x Sticker $1.74



Alien Sticker

Small (0.7" x 0.8")

1 x Sticker $1.79



fun in the sun malibu sticker

Small (3.1" x 3.0")

1 x Sticker $2.24



brandy melville USA

BRANDY_0000313

TE167_0003

Small (4.0" x 3.0")

1 x Sticker $1.71



California

Small (4.0" x 2.6")

1 x Sticker $2.01



malibu racing sticker

Small (3.8" x 3.0")

1 x Sticker $2.24



los angeles 1984 sticker (red)

Small (4.0" x 2.4")

1 x Sticker $2.24



California- Dark Pink

BRANDY_0000314

TE167_0004

Small (4.0" x 1.2")

1 x Sticker $1.68



Skull Pizza

Small (3.3" x 3.0")

1 x Sticker $1.65



I'll sleep when I'm dead

Small (3.0" x 3.0")

1 x Glossy Sticker $1.49



patterned raise boys and girls the same way

Small (3.1" x 1.3")

1 x Sticker $1.65



Ok, But First Coffee

BRANDY_0000315

TE167_0005

Slim Fit T-Shirt | L | White | Front

1 x Slim Fit T-Shirt $14.94



Butterfly Brandy Melville Design

Small (4.0" x 2.0")

1 x Sticker $1.35



bad luck sticker

Small (3.0" x 3.0")

1 x Sticker $2.24



COOL KIDS ON THE BLOCK

Small (3.0" x 3.9")

1 x Sticker $1.96



hawaii sticker

BRANDY_0000316

TE167_0006

Small (2.5" x 1.5")

1 x Sticker $2.24



club inferno sticker

Small (4.0" x 2.8")

1 x Sticker $2.24



ride or die sticker

Small (2.9" x 3.0")

1 x Sticker $2.24



those damn kids sticker

Small (4.0" x 1.4")

1 x Sticker $2.24



new york

BRANDY_0000317

TE167_0007

Small (1.4" x 1.4")

1 x Sticker $2.01

Subtotal

$79.97

Shipping (Express Freight)

$63.73

Coupon Applied UPTO50

Total USD

$143.70

Includes $8.24 in taxes

This order has been paid in full (**$143.70**) via Amazon Payments

Items in your order may ship separately. Learn more

Check your order progress >

## Meet the Artists

A portion of your purchase goes directly to these creatives



sxndrx19

Valencia, United States

Follow

BRANDY_0000318

TE167_0008



bananashirts
Joined July 2019

Follow



brooke-rebe
Joined November 2018

Follow



m3ryl
Joined November 2017

Follow



jesskoen
Joined December 2015

Follow

BRANDY_0000319

TE167_0009

Case 2:19-cv-04618-RGK-JPR Document 210-7 Filed 08/17/21 Page 11 of 14 Page ID #:11822



Sammy Hopko
Narberth, United States

Follow



aesthetics :-)
Joined June 2019

Follow



elisazhang
Joined October 2015

Follow



madisonarin
Visalia, United States

Follow

BRANDY_0000320

TE167_0010



**cykyrath**
Watertown, United States

Follow



**Brandystickers**
Cypress, United States

Follow



**lobsters123**
Joined April 2015

Follow



**caseyward**
Hackettstown, United States

Follow

BRANDY_0000321

TE167_0011



aestheticqueen
Austin, United States

Follow



selinuenal13
Joined August 2015

Follow



SolisqueLuna
Wynnewood, United States

Follow

# We're Here to Help

Check your order progress >

Can I change my order? >

Return or exchange an item >

When should I expect my order? >

BRANDY_0000322

TE167_0012

MY ACCOUNT SHIPPING & DELIVERY RETURNS HELP CONTACT US

Want to update email settings? Rumor is, if you unsubscribe a grumpy unicorn named Jeff will send you passive-aggressive texts for all eternity. But it's up to you.
Update Preferences or Unsubscribe.

User Agreement | Privacy Policy

©2007 - 2019, Redbubble. All Rights Reserved
111 Sutter St. 17th Floor | San Francisco, CA 94104 | USA

BRANDY_0000323

TE167_0013