# EXHIBIT I

JUST IN    BASICS    CLOTHING    GRAPHICS    ACCESSORIES    GIFT CARDS    LOOKBOOK

SERENA LOS ANGELES LIGHTNING BOLT TOP

$20

Cute lightweight crewneck cropped tee in black with a yellow Los Angeles California 1984 lightning graphic.

**Fabrics:** 100% Cotton
**Measurements:** 17" length, 16" bust
**Made in:** Italy

QUANTITY:

1    ADD TO CART

MLA106YC-K05S001S51900

MORE INFO    +

YOU MAY ALSO LIKE...

     

BRANDY_0002198

TE222_0001