# EXHIBIT J



Keep safe, be healthy, and stay creative. For Product & Delivery updates, check these FAQs.

REDBUBBLE

Search designs and products

Clothing Stickers Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

# los angeles california Case & Skin for Samsung Galaxy

Designed by **hannahwyt**

**$25.25**

Model

Samsung Galaxy S10

Case Style

Snap Case

Add to cart

Snap Case

Add to cart

Delivery

Snap Case

Add to cart

Delivery

Snap Case

Add to cart

Delivery

## Features

- Slim, one-piece, clip-on protective case
- Impact resistant polycarbonate shell with protective lip
- Super-bright colors embedded directly into the case
- Slim fitting with design wrapping around side of the case and full access to ports
- Compatible with Qi-standard wireless charging and PowerShare
- Thickness 3/64 inch (1mm), weight 15g

## Reviews

★★★★★
★★★★
★★★
★★
★

+ Read all 62 reviews

## los angeles california