# EXHIBIT K

Keep safe, be healthy, and stay creative. For Product & Delivery updates, check these **FAQs**.

REDBUBBLE

Search designs and products

Clothing Stickers Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

# los angeles california iPhone Case & Cover

Designed by **hannahwyt**

## $21.00

**Model**

iPhone 11

**Case Style**

Soft Case

**Add to cart**

Soft Case

**Add to cart**

**Delivery**

Soft Case

**Add to cart**

**Delivery**

Soft Case

**Add to cart**

**Delivery**

## Features

- Durable flexible case that grips around the edges of your phone
- Shock absorbent TPU case with anti-fingerprint finish
- Colors are ink printed on the frosted shell surface
- The design is featured on the back while the edges of the case are semi transparent and provide full access to ports
- Compatible with Qi-standard wireless charging
- Weight 26g
- Thickness 1/16 inch (1.6mm)

## Reviews

+ Read all 93 reviews

