# EXHIBIT L

Keep safe, be healthy, and stay creative. For Product & Delivery updates, check these **FAQs**.

 Search designs and products   

Clothing   Stickers   Phone Cases   Wall Art   Home & Living   Kids & Babies   Accessories   Stationery   Gifts   Explore designs



### los angeles california Sticker
Designed by hannahwyt

**$2.75**

$2.06 when you buy 4+
$1.38 when you buy 10+

**Finish**
Glossy ▼

**Size**
Small (4 x 1.2 in) ▼

[Add to cart]

**Size**
Small (4 x 1.2 in) ▼

[Add to cart]

**Size**
Small (4 x 1.2 in) ▼

[Add to cart]

[Add to cart]

View size guide

### Features
- Decorate notebooks, personalize laptops, or stick 'em wherever
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Glossy finish for vibrant, eye-catching colors
- Sticker types may be printed and shipped from different locations

### Reviews
★★★★★
★★★★☆
★★★☆☆
★★☆☆☆
★☆☆☆☆

+ Read all 46 reviews

 **los angeles california**
Designed by hannahwyt

Also available on