# EXHIBIT M



| Clothing | Stickers | Phone Cases | Wall Art | Home & Living | Kids & Babies | Accessories | Stationery | Gifts | Explore designs |
|---|---|---|---|---|---|---|---|---|---|



### Here's what happens next

**ORDER SUCCESSFUL**
APRIL 22

MADE AND SHIPPED

EST. DELIVERY
28 APRIL - 4 MAY

### Shipping address

Phillip Paley

2121 Avenue of the Stars Ste 2800, Los Angeles

CA 90067 United States

VIA STANDARD POST

Need to change this address?



Redbubble is going carbon neutral.
Find out how.



### Get shipping notifications

Stay updated with our iOS mobile app.

3109238273



### Order summary

ORDER # 34427609

This order has been paid in full ($122.26) via Credit Card

| ARTIST DETAILS | PRODUCT | QTY | PRICE |
|---|---|---|---|

| User | | Product | Qty | Price |
|---|---|---|---|---|
| hannahwyt | Chicago, United States | los angeles california — Sticker — Small (4.0" x 1.2") | 1 | $2.72 |
| hannahwyt | Chicago, United States | los angeles california — Glossy Sticker — Small (4.0" x 1.2") | 1 | $2.99 |
| hannahwyt | Chicago, United States | los angeles california — Transparent Sticker — Small (4.0" x 1.2") | 1 | $3.34 |
| hannahwyt | Chicago, United States | los angeles california — Transparent Sticker — Medium (5.5" x 1.6") | 1 | $7.82 |
| hannahwyt | Chicago, United States | los angeles california — Glossy Sticker — Medium (5.5" x 1.6") | 1 | $7.18 |
| hannahwyt | Chicago, United States | los angeles california — Glossy Sticker — Large (8.5" x 2.5") | 1 | $11.95 |
| hannahwyt | Chicago, United States | los angeles california — Transparent Sticker — Large (8.5" x 2.5") | 1 | $13.03 |
| hannahwyt | Chicago, United States | los angeles california — iPhone 11 Pro Max - Snap — iPhone 11 Pro Max - Snap | 1 | $27.43 |
| hannahwyt | Chicago, United States | los angeles california — Samsung Galaxy S10 - Snap — Samsung Galaxy S10 - Snap | 1 | $27.43 |

