# EXHIBIT N



TE296_0001









TE296_0005





TE296_0007