# EXHIBIT O



