# EXHIBIT P

Sell your art Login Signup

REDBUBBLE

Search designs and products

Clothing Stickers Masks Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

## Hamptons Sailing Sticker

Designed by Asha Tandon

$10.00

Finish

Matte

Size

Large (8.5 x 5.3 in)

Add to cart

View size guide

Large (8.5 x 5.3 in)

Add to cart

View size guide

Large (8.5 x 5.3 in)

Add to cart

View size guide

Large (8.5 x 5.3 in)

Add to cart

View size guide

Large (8.5 x 5.3 in)

Add to cart

View size guide

Large (8.5 x 5.3 in)

Add to cart

View size guide

Add to cart

View size guide

Delivery

Express by 15 September

Standard between 16 - 21 September

### Features

- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

### Reviews

+ Read all 150 reviews

### Hamptons Sailing

Designed by Asha Tandon

Cute copy of a brandy melville sticker with ships that says Hamptons and has flags.

### Also available on

Poster

$14.32

Essential T-Shirt

$19.90

Hardcover Journal

From $17.43

Pullover Hoodie

$39.90

Available on +73 products

