# EXHIBIT Q

Sell your art Login Signup

REDBUBBLE

Search designs and products

Clothing Stickers Masks Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

## Brandy Tiny Stickers Sticker

Designed by **Saerayy**

**$11.66**

**Finish**

Matte

**Size**

Large (7.6 x 8.5 in)

**Add to cart**

**View size guide**

Large (7.6 x 8.5 in)

**Add to cart**

**View size guide**

Large (7.6 x 8.5 in)

**Add to cart**

**View size guide**

**Add to cart**

**View size guide**

**Delivery**

Express by 11 November

Standard between 12 - 16 November

### Features

- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

### Reviews

★★★★★
★★★★
★★★
★★
★

+ Read all 150 reviews

### Brandy Tiny Stickers

Designed by **Saerayy**

tiny little guys// @saerayy

**Available on +4 products**

**Saerayy**

Berlin, United States

Follow

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more

**Local Support**
24/7 Dedicated support
**Submit a request**

Report Content / Copyright infringement

10% off, promos, and the best indie art ever!

Your email address

USD$ - English Mature content: Hidden

**Shop**
- Gift Guides
- Fan Art
- Blog
- Give Savings, Get Savings
- Student Discount
- Login
- Signup
- Bulk orders

**About**
- About Us
- Social Responsibility
- Partner Program
- Affiliates
- Sell your art
- Jobs
- Artist Blog

**Help**
- Delivery
- Returns
- Help Center
- Guidelines
- Copyright
- Investor Center
- Contact Us

**Social**
- Instagram
- Facebook
- Twitter
- Tumblr
- Pinterest

REDBUBBLE

User Agreement Privacy Policy Do not sell my personal information Redbubble uses cookies: Cookie Policy

Download on the App Store GET IT ON Google Play

© Redbubble. All Rights Reserved

1:13:05 PM 11/4/2020



