# EXHIBIT S







REDBUBBLE  Search designs and products  Sell your art  Login  Signup

Clothing  Stickers  Masks  Phone Cases  Wall Art  Home & Living  Kids & Babies  Accessories  Stationery  Gifts  Explore designs

## Los Angeles 1984 brandy sticker Magnet

Designed and sold by **hanflu**

**$7.00**

Size

Small (2.1 × 2.3 in)

**Add to cart**

**View size guide**

**Delivery**
Express by 7 April

**View size guide**

**Delivery**
Express by 7 April

**View size guide**

**Delivery**
Express by 7 April

**View size guide**

**Delivery**
Express by 7 April

**View size guide**

**Delivery**
Express by 7 April

**View size guide**

**Delivery**
Express by 7 April

**View size guide**

**Delivery**
Express by 7 April
Standard between 9 - 13 April

### Features

- Die-cut magnets add a touch of easily switchable flair to your fridge, locker, or file cabinet
- Available in three sizes
- Flexible, durable 20mil / 0.5mm vinyl
- Vibrant color printing
- Approximately 4mm white border around design
- WARNING: Choking Hazard small parts. Not for children under 3.
- This product contains magnets. Swallowed magnets can stick together across intestines causing serious injuries. Seek immediate medical attention if magnets are swallowed.
- Not a toy. For decorative use only.

### Reviews

★★★★★
★★★★
★★★
★★
★

**+ Read all 47 reviews**

### Los Angeles 1984 brandy sticker

Designed and sold by **hanflu**

Loss Angeles brandy sticker

### Also available on

**Sticker**

**From $1.25**

**Available on +4 products**

**hanflu**
Colombus, United States

Follow

positive energy sticker rainbow
$7.00

CMBYN sticker black
$7.00

Vsco slip on yellow shoes
$7.00

Girl power sticker
$7.00

Brandy realistic donut sticker
$7.00

Ivory elephant sticker
$7.00

View hanflu's shop

**Magnets Tags**

1984 brandy magnets

**All Product Tags**

1984 brandy

**Other Products**

1984 brandy t-shirts | 1984 brandy stickers | 1984 brandy masks | 1984 brandy phone cases | 1984 brandy posters | 1984 brandy sweatshirts & hoodies

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more

**Local Support**
24/7 Dedicated support
Submit a request

Report Content / Copyright infringement

10% off, promos, and the best indie art ever!

Your email address

USD$ - English   Mature content: Hidden

**Shop**
- Gift Guides
- Fan Art
- New Works
- Blog
- Give Savings, Get Savings
- Student Discount
- Login
- Signup
- Bulk orders

**About**
- About Us
- Social Responsibility
- Partner Program
- Affiliates
- Sell your art
- Jobs
- Artist Blog

**Help**
- Delivery
- Returns
- Help Center
- Guidelines
- Copyright
- Investor Center
- Contact Us

**Social**
- Instagram
- Facebook
- Twitter
- Tumblr
- Pinterest

1:37:28 PM 3/31/2021

TE421_0003