# EXHIBIT T

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32733508 | | brandy melille | 21597875 | 2018-08-21 18:59:17-07 | 2018-08-21 18:59:23-07 | 88705384 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.03 | 2.03 | 0.63 | 0.8 | 2018-08-27 11:06:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733508 | | brandy melille | 22240289 | 2018-09-19 10:04:57-07 | 2018-09-19 10:05:04-07 | 92438401 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.06 | 2.06 | 0.64 | 0.81 | 2018-09-26 10:09:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733508 | | brandy melille | 22800141 | 2018-10-18 19:20:11-07 | 2018-10-18 19:20:26-07 | 95433996 | StickerProduct | CANADA | CANADA | 1 | 1.8 | 1.8 | 0.56 | 0.64 | | shipped | Hardwood | CANADA |
| 32733508 | | brandy melille | 23401835 | 2018-11-21 19:37:51-08 | 2018-11-21 19:37:54-08 | 98300077 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.05 | 2.05 | 0.63 | 0.81 | 2018-12-06 14:51:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733508 | | brandy melille | 23641477 | 2018-11-26 17:51:14-08 | 2018-11-26 17:51:19-08 | 99433240 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.06 | 2.06 | 0.64 | 0.81 | 2018-12-10 18:18:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733508 | | brandy melille | 23881958 | 2018-12-02 19:50:31-08 | 2018-12-02 19:50:37-08 | 100541378 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.03 | 2.03 | 0.63 | 0.87 | 2018-12-11 17:00:00 UTC | shipped | Blik | UNITED STATES |
| 32733508 | | brandy melille | 24290684 | 2018-12-10 20:00:36-08 | 2018-12-10 20:00:41-08 | 102178120 | StickerProduct | CANADA | CANADA | 1 | 1.73 | 1.73 | 0.54 | 0.61 | | shipped | Hardwood | CANADA |
| 32733508 | | brandy melille | 24290874 | 2018-12-10 20:04:22-08 | 2018-12-10 20:04:30-08 | 102179120 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.07 | 2.07 | 0.64 | 0.89 | | shipped | Blik | UNITED STATES |
| 32733508 | | brandy melille | 24391770 | 2018-12-12 14:42:47-08 | 2018-12-12 14:42:54-08 | 102554030 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.06 | 2.06 | 0.64 | 0.88 | 2018-12-20 14:55:00 UTC | shipped | Blik | UNITED STATES |

TE629_001