# EXHIBIT U

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32733625 | | brandy melville | 25651833 | 2019-02-07 21:31:28-08 | 2019-02-07 21:31:39-08 | 108752571 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.1 | 2.1 | 0.65 | 0.83 | 2019-02-14 14:48:00 UTC | shipped | US T-shirt Printing | UNITED STATES |
| 32733625 | | brandy melville | 24681353 | 2018-12-18 15:58:21-08 | 2018-12-18 15:58:24-08 | 103696199 | StickerProduct | | UNITED STATES | 1 | 3.13 | 3.13 | 0.98 | 1.6 | 2018-12-26 16:59:00 UTC | shipped | Blik | UNITED STATES |
| 32733625 | | brandy melville | 24435884 | 2018-12-13 11:09:42-08 | 2018-12-13 11:09:49-08 | 102719167 | StickerProduct | UNITED STATES | GERMANY | 1 | 2.03 | 2.03 | 0.63 | 0.69 | | shipped | European Prints | UNITED KINGDOM |
| 32733625 | | brandy melville | 22680819 | 2018-10-11 20:36:16-07 | 2018-10-11 20:36:20-07 | 94827154 | TapestryProduct | UNITED STATES | UNITED STATES | 1 | 60.72 | 60.72 | 10.12 | 23.9 | 2018-10-17 15:56:00 UTC | shipped | Manual Woodworkers & Weavers | UNITED STATES |
| 32733625 | | brandy melville | 22210134 | 2018-09-17 21:09:13-07 | 2018-09-17 21:09:17-07 | 92261671 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.08 | 2.08 | 0.64 | 0.9 | 2018-09-20 17:29:47 UTC | shipped | Blik | UNITED STATES |
| 32733625 | | brandy melville | 21946019 | 2018-09-05 17:43:08-07 | 2018-09-05 17:43:11-07 | 90730806 | StickerProduct | | UNITED STATES | 1 | 2.08 | 2.08 | 0.64 | 0.9 | 2018-09-14 12:12:00 UTC | shipped | Blik | UNITED STATES |
| 32733625 | | brandy melville | 21622967 | 2018-08-22 21:54:55-07 | 2018-08-22 21:55:03-07 | 88851838 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.04 | 2.04 | 0.63 | 0.87 | 2018-08-31 15:32:00 UTC | shipped | Blik | UNITED STATES |
| 32144931 | | brandy melville | 20859158 | 2018-07-10 12:45:17-07 | 2018-07-10 12:45:22-07 | 84945163 | StickerProduct | CANADA | CANADA | 1 | 1.41 | 1.41 | 0.23 | 0.61 | 2018-07-16 14:41:00 UTC | shipped | Hardwood | CANADA |
| 18768797 | | Brandy Melville | 19452423 | 2018-04-05 12:56:08-07 | 2018-04-05 12:56:11-07 | 78854201 | StickerProduct | | UNITED STATES | 1 | 1.87 | 1.87 | 0.38 | 0.98 | 2018-04-13 15:32:00 UTC | shipped | Blik | UNITED STATES |
| 15813910 | | Brandy Melville Sticker Logo | 19411728 | 2018-04-02 19:16:59-07 | 2018-04-02 19:17:04-07 | 78673542 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.74 | 2.74 | 1.17 | 1.06 | 2018-04-07 13:42:00 UTC | shipped | Blik | UNITED STATES |