# EXHIBIT V

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42063409 | | los angeles california | 34533494 | 2020-04-27 10:38:00-07 | 2020-04-27 10:38:05-07 | 148978816 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.95 | 1.95 | 0.33 | 1.01 | | shipped | Blik | UNITED STATES |
| 42063409 | | los angeles california | 34560361 | 2020-04-28 12:08:21-07 | 2020-04-28 12:08:27-07 | 149106390 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.94 | 1.94 | 0.33 | 1.01 | | shipped | Blik | UNITED STATES |
| 42063409 | | los angeles california | 34591455 | 2020-04-29 17:36:16-07 | 2020-04-29 17:36:23-07 | 149256458 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 1.91 | 1.91 | 0.32 | 0.99 | 2020-05-08 14:38:00 UTC | shipped | Blik | UNITED STATES |
| 42063409 | | los angeles california | 34615579 | 2020-04-30 14:45:27-07 | 2020-04-30 14:45:32-07 | 149371791 | StickerProduct | CANADA | CANADA | 1 | 1.53 | 1.53 | 0.25 | 0.62 | | shipped | Hardwood | CANADA |
| 48207346 | | Los Angeles design - California 1984 | 35297139 | 2020-05-26 17:28:19-07 | 2020-05-26 17:28:25-07 | 152680638 | WomensFittedScoopProduct | UNITED STATES | UNITED STATES | 1 | 34.74 | 34.74 | | 21.46 | | closed | DTG2Go | UNITED STATES |
| 48207346 | | Los Angeles design - California 1984 | 35297215 | 2020-05-26 17:32:09-07 | 2020-05-26 17:32:21-07 | 152681034 | LightweightHoodieProduct | UNITED STATES | UNITED STATES | 1 | 54.61 | 54.61 | | 36.39 | | closed | DTG2Go | UNITED STATES |
| 47385485 | | Brandy Sticker Pack | 35967272 | 2020-06-22 03:44:46-07 | 2020-06-22 03:44:48-07 | 155870044 | StickerProduct | | GERMANY | 1 | 14.72 | 14.72 | 2.46 | 7.76 | | shipped | Prodigi | UNITED KINGDOM |
| 47385485 | | Brandy Sticker Pack | 36009914 | 2020-06-23 18:56:59-07 | 2020-06-23 18:57:07-07 | 156074974 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 14.4 | 14.4 | 2.4 | 9.12 | 2020-06-29 16:57:00 UTC | shipped | Blik | UNITED STATES |
| 47385485 | | Brandy Sticker Pack | 36596933 | 2020-07-15 09:17:57-07 | 2020-07-15 09:17:59-07 | 158899587 | GlossyStickerProduct | | UNITED STATES | 1 | 3.93 | 3.93 | 0.66 | 2.63 | | shipped | Innovation Line | UNITED STATES |
| 47385485 | | Brandy Sticker Pack | 36652263 | 2020-07-17 00:19:25-07 | 2020-07-17 00:19:28-07 | 159162847 | StickerProduct | | AUSTRALIA | 1 | 2.65 | 2.65 | 0.44 | 1.54 | | shipped | Horsham Colour | AUSTRALIA |

TE633_128

| work_id | image | work_title | purchase_order_id | order_created_at_pst | order_payment_date_pst | purchase_order_line_item_id | product_type | buyer_country | shipping_address_country | individual_units_sold | price_per_unit_aud | retail_sale_price_aud | uploader_margin_aud | rb_service_fee_aud | delivery_date_of_line_item | fulfillment_state_of_line_item | third_party_fulfiller | country_of_fulfiller |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47385485 | | Brandy Sticker Pack | 37199407 | 2020-08-04 06:20:12-07 | 2020-08-04 06:20:15-07 | 161839019 | StickerProduct | | UNITED STATES | 2 | 1.76 | 3.52 | 0.6 | 1.82 | | shipped | Blik | UNITED STATES |
| 47385485 | | Brandy Sticker Pack | 37537421 | 2020-08-15 12:06:35-07 | 2020-08-15 12:06:37-07 | 163504979 | StickerProduct | | UNITED STATES | 1 | 13.94 | 13.94 | 2.33 | 8.82 | | shipped | Blik | UNITED STATES |
| 47385485 | | Brandy Sticker Pack | 37971202 | 2020-08-29 15:00:16-07 | 2020-08-29 15:00:22-07 | 165631108 | StickerProduct | UNITED STATES | UNITED STATES | 1 | 2.54 | 2.54 | 0.42 | 1.59 | | shipped | Blik | UNITED STATES |
| 32473546 | | los angeles 1884 sticker | | | | | | | | | | | | | | | | |
| 38633608 | | los angeles lightning bolt yellow - brandy melvile | | | | | | | | | | | | | | | | |
| 38633631 | | los angeles lightning bolt green - brandy melvile | | | | | | | | | | | | | | | | |
| 38633632 | | los angeles lightning bolt red - brandy melvile | | | | | | | | | | | | | | | | |
| 40975359 | | brandy melville sticker set | | | | | | | | | | | | | | | | |
| 40975399 | | brandy melville sticker set | | | | | | | | | | | | | | | | |
| 40975439 | | brandy melville sticker set | | | | | | | | | | | | | | | | |

TE633_129