BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**SUPPLEMENTAL DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION, ATTORNEY'S FEES, AND PRE-JUDGMENT INTEREST**<br><br>Date:     September 7, 2021<br>Time:    9:00 a.m.<br>Courtroom: 850<br><br>PTSC Date.: May 24, 2021<br>Trial Date:   June 17. 2021 |

## SUPPLEMENTAL DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross O'Brien Annaguey & Ellis LLP ("BGR"), counsel of record for plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville" or "Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as Exhibit 18 is a true and correct copy of a screenshot from the TeePublic website (https://www.teepublic.com/t-shirt/14299085-los-angeles-california-1984?feed_sku=14299085D1V), last accessed on August 20, 2021.

3. Attached hereto as Exhibit 19 is a true and correct copy of screenshots from the TeePublic website (https://www.teepublic.com/kids-hoodie/14299085-los-angeles-california-1984; https://www.teepublic.com/kids-t-shirt/14299085-los-angeles-california-1984; https://www.teepublic.com/mask/14299085-los-angeles-california-1984; https://www.teepublic.com/onesie/14299085-los-angeles-california-1984; https://www.teepublic.com/poster-and-art/14299085-los-angeles-california-1984; https://www.teepublic.com/tank-top/14299085-los-angeles-california-1984; https://www.teepublic.com/tapestry/14299085-los-angeles-california-1984; https://www.teepublic.com/t-shirt/14299085-los-angeles-california-1984?feed_sku=14299085D1V; https://www.teepublic.com/baseball-tee/14299085-los-angeles-california-1984; https://www.teepublic.com/crewneck-sweatshirt/ 14299085-los-angeles-california-1984; https://www.teepublic.com/hoodie/ 14299085-los-angeles-california-1984), last accessed on August 24, 2021.

4. Attached hereto as Exhibit 20 is a true and correct copy of a screenshot from the Redbubble website (https://blog.redbubble.com/2018/10/big-news-from-redbubble-and-teepublic/), last accessed on August 23, 2021.

5.    Attached hereto as Exhibit 21 is a true and correct copy of a screenshot from the TeePublic website (htttps://www.teepublic.com/user/hompson), last accessed on August 20, 2021.

6.    Attached hereto as Exhibit 22 is a true and correct copy of Defendant Redbubble Inc.'s Response to First Set of Interrogatories Propounded by Plaintiff Y.Y.G.M. SA D.B.A. Brandy Melville, dated February 18, 2020.

Executed this 24th day of August 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                          */s/ Keith J. Wesley*
                                                          Keith J. Wesley