# EXHIBIT 18













| LOS ANGELES CALIFORNIA 1984 ADULT APPAREL | LOS ANGELES CALIFORNIA 1984 CASES & STICKERS | LOS ANGELES CALIFORNIA 1984 KIDS APPAREL | LOS ANGELES CALIFORNIA 1984 HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| | | | Tapestry |
| | | | Pin |

## Los Angeles California 1984 T-Shirt

**What Material Is This Item Made Of?**

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

## Similar to Los Angeles California 1984

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch, newest t-shirts

### SUBSCRIBE TO OUR NEWSLETTER
For sales, exclusive content, and more!

[Email Address] [Subscribe]

**FOLLOW US!**

### EXPLORE
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

### PRODUCTS
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

### DESIGNERS
TeePublic Blog
Designer Signup
Design Guide

### INFO
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms