# EXHIBIT 19







**What Material Is This Item Made Of?**

Cotton/Poly fleece blend. Hooded with pocket. Super warm and cozy fleece lining with an adjustable hood and banded cuffs to keep in the heat.

Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)

FedEx Air (4-6 Business Days)

*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



---

**SUBSCRIBE TO OUR NEWSLETTER**

For sales, exclusive content, and more!

Email Address     Subscribe

**FOLLOW US!**



    

**EXPLORE**

All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**

T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**

TeePublic Blog
Designer Signup
Design Guide

**INFO**

Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★
Google
Customer Reviews

9:17:07 AM 8/24/2021

9







## Los Angeles California 1984 Kids T-Shirt

Los Angeles California 1984 Kids T-Shirt
Designed and Sold by hompson

Los Angeles California 1984

**Color:** Black

**Style**   Toddler (Ages 1-3)

**Size**   2T   3T   4

View Size Chart

**$18**

**ADD TO CART**



## More Los Angeles California 1984 Products



| T-Shirt | Sticker | Kids Hoodie | Mug | Mask |

**LOS ANGELES CALIFORNIA 1984 ADULT APPAREL**
Hoodie
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

**LOS ANGELES CALIFORNIA 1984 CASES & STICKERS**
Phone Case
Laptop Case
Magnet

**LOS ANGELES CALIFORNIA 1984 KIDS APPAREL**
Kids Long Sleeve T-Shirt
Onesie

**LOS ANGELES CALIFORNIA 1984 HOME GOODS**
Wall Art
Notebook
Pillow
Tote
Tapestry
Pin

**Los Angeles California 1984 Kids T-Shirt**

**Similar to Los Angeles California 1984**

**What Material is This Item Made Of?**

100% cotton. The perfect tee for kids, this shirt will hold up to whatever their day may bring. Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



---

**SUBSCRIBE TO OUR NEWSLETTER**

For sales, exclusive content, and more!

Email Address | Subscribe

**FOLLOW US!**



   

| EXPLORE | PRODUCTS | DESIGNERS | INFO |
|---|---|---|---|
| All Designs | T-Shirts | TeePublic Blog | Contact Us |
| New Tees on Sale | Hoodies | Designer Signup | About Us |
| Featured Designers | Tank Tops | Design Guide | Find My Order |
| Newest Designers | Crewneck Sweatshirts | | Change My Order |
| Tag Directory | Long Sleeve T-Shirts | | Size Chart |
| Newest T-Shirts | Baseball T-Shirts | | Hire an Artist |
| | Stickers | | FAQ |
| | Phone Cases | | Refunds & Returns |
| | Laptop Cases | | Shipping Info |
| | Kids T-Shirts | | Affiliate Signup |
| | Kids Hoodie | | Careers |
| | Kids Long Sleeve T-Shirt | | Social Responsibility |
| | Onesie | | Terms |
| | Mugs | | Privacy Policy |
| | Wall Art | | Do not sell my Personal Information |
| | Notebooks | | Intellectual Property Policy |
| | Pillows | | |
| | Totes | | |
| | Tapestries | | |
| | Pins | | |
| | Magnets | | |
| | Masks | | |

© TP Apparel LLC 2012 - 2021  | Privacy Policy | Terms

4.6 ★★★★★
Google
Customer Reviews





## Los Angeles California 1984 Mask

**What Material Is This Item Made Of?**

Mask measures 7" wide by 4" tall (with pleats collapsed), excluding ear loops. Sublimated polyester exterior with a soft microfiber lining for added comfort and improved fit - pleats allow the mask to expand for increased coverage and adjustable sliders on the elastic ear loops keep everything securely in place. Lining allows for insertion of additional mask or filter - not included - between layers as desired. Elastic loops are 63% polyester, 37% latex. Printed and assembled in the USA, machine washable. Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »
*Due to the nature of this product, returns and exchanges will only be accepted for defective items.*

## Similar to Los Angeles California 1984

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

[Email Address] [Subscribe]

**FOLLOW US!**




    

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★
Google
Customer Reviews

9:17:40 AM 8/24/2021





**Los Angeles California 1984 Onesie**

Los Angeles California 1984 Onesie
Designed and Sold by hompson

Los Angeles California 1984

**Color:** Black

**Size**

6 Months | 12 Months | 18 Months | 24 Months

📏 View Size Chart

**$20**

**ADD TO CART**

## More Los Angeles California 1984 Products



T-Shirt | Sticker | Kids T-Shirt | Mug | Mask

| LOS ANGELES CALIFORNIA 1984 ADULT APPAREL | LOS ANGELES CALIFORNIA 1984 CASES & STICKERS | LOS ANGELES CALIFORNIA 1984 KIDS APPAREL | LOS ANGELES CALIFORNIA 1984 HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Hoodie | Wall Art |
| Tank Top | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Crewneck Sweatshirt | Magnet | | Pillow |
| Long Sleeve T-Shirt | | | Tote |
| Baseball T-Shirt | | | Tapestry |
| | | | Pin |

**Los Angeles California 1984 Onesie**    **Similar to Los Angeles California 1984**

14

**What Material Is This Item Made Of?**

100% cotton. Soft, medium-weight onesie. Reinforced DTM 3-snap bottom closure makes it secure but easy to take off when needed. Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



**SUBSCRIBE TO OUR NEWSLETTER**

For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**



   

**EXPLORE**

All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**

T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**

TeePublic Blog
Designer Signup
Design Guide

**INFO**

Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★
Google
Customer Reviews

9:18:48 AM 8/24/2021





**What Material Is This Item Made Of?**

Gallery quality, 100% cotton rag. Ultrachrome archival inks for rich, long-lasting color. Trimmed for framing with a 1 inch border. Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address   Subscribe

**FOLLOW US!**






**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★
Google Customer Reviews

9:20:54 AM 8/24/2021







**What Material is This Item Made Of?**

100% combed ringspun cotton. Unisex sizing and loose drape design for relaxed fit. Heather is a cotton/poly blend Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



---

**SUBSCRIBE TO OUR NEWSLETTER**

For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**



    

**EXPLORE**

All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**

T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**

TeePublic Blog
Designer Signup
Design Guide

**INFO**

Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★
Google
Customer Reviews

9:22:07 AM 8/24/2021







# Los Angeles California 1984 Tapestry

**Los Angeles California 1984 Tapestry**
Designed and Sold by hompson
Los Angeles California 1984

Size    Select a Size ▼

## $30

**ADD TO CART**

## More Los Angeles California 1984 Products



| T-Shirt › | Sticker › | Kids T-Shirt › | Mug › | Mask › |

**LOS ANGELES CALIFORNIA 1984 ADULT APPAREL**
Hoodie
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt
Baseball T-Shirt

**LOS ANGELES CALIFORNIA 1984 CASES & STICKERS**
Phone Case
Laptop Case
Magnet

**LOS ANGELES CALIFORNIA 1984 KIDS APPAREL**
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**LOS ANGELES CALIFORNIA 1984 HOME GOODS**
Wall Art
Notebook
Pillow
Tote
Pin

## Los Angeles California 1984 Tapestry

**What Material Is This Item Made Of?**

## Similar to Los Angeles California 1984

Microfiber tapestry, complete with hemmed edges for secure hanging. Sublimated printing for all-over awesomeness in three sizes. Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**

 



 

**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★
Google
Customer Reviews

9:20:02 AM 8/24/2021

21







## Los Angeles California 1984 T-Shirt

Los Angeles California 1984 T-Shirt
Designed and Sold by nompson
Los Angeles California 1984



**Color:** Black

**Gender** Male | Female

**Style** Classic T-Shirt

**Size** S | M | L | XL | 2XL | 3XL | 4XL | 5XL

View Size Chart

**$20**

**ADD TO CART**

## More Los Angeles California 1984 Products



Hoodie | Sticker | Kids T-Shirt | Mug | Mask

| LOS ANGELES CALIFORNIA 1984 ADULT APPAREL | LOS ANGELES CALIFORNIA 1984 CASES & STICKERS | LOS ANGELES CALIFORNIA 1984 KIDS APPAREL | LOS ANGELES CALIFORNIA 1984 HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| | | | Tapestry |
| | | | Pin |

Los Angeles California 1984 T-Shirt

Similar to Los Angeles California 1984

22

**What Material Is This Item Made Of?**

100% combed ringspun cotton. The perfect fabric for a graphic tee and the softest in the business. (Due to product availability, cotton type may vary for 2XL and 3XL sizes) Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)

FedEx Air (4-6 Business Days)

*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

1984

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch, newest t-shirts



**SUBSCRIBE TO OUR NEWSLETTER**

For sales, exclusive content, and more!

Email Address | Subscribe

**FOLLOW US!**





**EXPLORE**

All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**

T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**

TeePublic Blog
Designer Signup
Design Guide

**INFO**

Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★
Google
Customer Reviews

9:15:18 AM 8/24/2021





## Los Angeles California 1984 Baseball T-Shirt

Los Angeles California 1984 Baseball T-Shirt
Designed and Sold by hompson
Los Angeles California 1984

Color: Black/White

Size

| S | M | L | XL |
| 2XL |

View Size Chart

**$26**

**ADD TO CART**



### More Los Angeles California 1984 Products

| T-Shirt | Sticker | Kids T-Shirt | Mug | Mask |

**LOS ANGELES CALIFORNIA 1984 ADULT APPAREL**
Hoodie
Tank Top
Crewneck Sweatshirt
Long Sleeve T-Shirt

**LOS ANGELES CALIFORNIA 1984 CASES & STICKERS**
Phone Case
Laptop Case
Magnet

**LOS ANGELES CALIFORNIA 1984 KIDS APPAREL**
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie

**LOS ANGELES CALIFORNIA 1984 HOME GOODS**
Wall Art
Notebook
Pillow
Tote
Tapestry
Pin

Los Angeles California 1984 Baseball T-Shirt

Similar to Los Angeles California 1984

**What Material Is This Item Made Of?**

52% cotton/48% polyester. A super light and soft classic baseball tee with contrasting neckline and 3/4 sleeves. Unisex sizing (women may want to size down for a slimmer fit). Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**





**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021  |  Privacy Policy  |  Terms

4.6 ★★★★★
Google
Customer Reviews

9:19:21 AM 8/24/2021





## Los Angeles California 1984 Crewneck Sweatshirt

**Los Angeles California 1984 Crewneck Sweatshirt**
Designed and Sold by hompson
Los Angeles California 1984

**Color:** Black

**Style**   Crewneck Sweatshirt

**Size**   S   M   L   XL   2XL   3XL   4XL   5XL

View Size Chart

**$38**

**ADD TO CART**

### More Los Angeles California 1984 Products



T-Shirt   Sticker   Kids T-Shirt   Mug   Mask

| LOS ANGELES CALIFORNIA 1984 ADULT APPAREL | LOS ANGELES CALIFORNIA 1984 CASES & STICKERS | LOS ANGELES CALIFORNIA 1984 KIDS APPAREL | LOS ANGELES CALIFORNIA 1984 HOME GOODS |
|---|---|---|---|
| Hoodie | Phone Case | Kids Hoodie | Wall Art |
| Tank Top | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| | | | Tapestry |
| | | | Pin |

**Los Angeles California 1984 Crewneck Sweatshirt**

**Similar to Los Angeles California 1984**

**What Material Is This Item Made Of?**

Cotton/Poly fleece blend. Super warm and cozy fleece lining with a twill neckline and banded cuffs to keep in the heat. Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



**SUBSCRIBE TO OUR NEWSLETTER**

For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**





**EXPLORE**
All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**
T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**
TeePublic Blog
Designer Signup
Design Guide

**INFO**
Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★
Google
Customer Reviews

9:21:30 AM 8/24/2021



## Los Angeles California 1984 Hoodie

**Los Angeles California 1984 Hoodie**
Designed and Sold by hompson
Los Angeles California 1984

**Color:** Black

**Style** Classic Hoodie

**Size**  S   M   L   XL
2XL   3XL   4XL   5XL

View Size Chart

**$45**

**ADD TO CART**



### More Los Angeles California 1984 Products



| T-Shirt | Sticker | Kids T-Shirt | Mug | Mask |

| LOS ANGELES CALIFORNIA 1984 ADULT APPAREL | LOS ANGELES CALIFORNIA 1984 CASES & STICKERS | LOS ANGELES CALIFORNIA 1984 KIDS APPAREL | LOS ANGELES CALIFORNIA 1984 HOME GOODS |
|---|---|---|---|
| Tank Top | Phone Case | Kids Hoodie | Wall Art |
| Crewneck Sweatshirt | Laptop Case | Kids Long Sleeve T-Shirt | Notebook |
| Long Sleeve T-Shirt | Magnet | Onesie | Pillow |
| Baseball T-Shirt | | | Tote |
| | | | Tapestry |
| | | | Pin |

**Los Angeles California 1984 Hoodie**

**Similar to Los Angeles California 1984**

28

**What Material is This Item Made Of?**

Cotton/Poly fleece blend. Super warm and cozy fleece lining with an adjustable hood and banded cuffs to keep in the heat. Learn More »

**What USA Ship Methods Are Available?**

Standard (6-8 Business Days)
FedEx Air (4-6 Business Days)
*Estimates include printing and processing time.* More Shipping Info »

**What Is The Return/Exchange Policy?**

We want you to love your order! If for any reason you don't, let us know and we'll make things right. Learn More »

**Designer's Applied Tags**

baseball, baseball team, basketball, california, dodgers, dodgers baseball, los angeles, los angeles dodgers, major league baseball, mlb, sports, los angeles gift, los angeles california 1984

**Customers Also Search**

los angeles california 1984 masks, los angeles california 1984 merch



**SUBSCRIBE TO OUR NEWSLETTER**

For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**



   

**EXPLORE**

All Designs
New Tees on Sale
Featured Designers
Newest Designers
Tag Directory
Newest T-Shirts

**PRODUCTS**

T-Shirts
Hoodies
Tank Tops
Crewneck Sweatshirts
Long Sleeve T-Shirts
Baseball T-Shirts
Stickers
Phone Cases
Laptop Cases
Kids T-Shirts
Kids Hoodie
Kids Long Sleeve T-Shirt
Onesie
Mugs
Wall Art
Notebooks
Pillows
Totes
Tapestries
Pins
Magnets
Masks

**DESIGNERS**

TeePublic Blog
Designer Signup
Design Guide

**INFO**

Contact Us
About Us
Find My Order
Change My Order
Size Chart
Hire an Artist
FAQ
Refunds & Returns
Shipping Info
Affiliate Signup
Careers
Social Responsibility
Terms
Privacy Policy
Do not sell my Personal Information
Intellectual Property Policy

© TP Apparel LLC 2012 - 2021  |  Privacy Policy  |  Terms

4.6 ★★★★★
Google
Customer Reviews

9:16:21 AM 8/24/2021