# EXHIBIT 21













**Cases & Stickers**
Phone Cases
Laptop Cases
Stickers
Magnets


**HomeGirl Gift T-Shirt**
$20 $13 for 1 day 10:53:46


**True T-Shirt**
$20 $13 for 1 day 10:53:46


**Ride The Mountains T-Shirt**
$20 $13 for 1 day 10:53:46


**Bike Mountain Bike T-Shirt**
$20 $13 for 1 day 10:53:46


**Be You - White T-Shirt**
$20 $13 for 1 day 10:53:46


**Gamer Food Itemsm Hylian Wilderche…**
$20 $13 for 1 day 10:53:46


**Gamer Trash Raccoon T-Shirt**
$20 $13 for 1 day 10:53:45


**Car Game Champion T-Shirt**
$20 $13 for 1 day 10:53:45


**Follow Your Dreams T-Shirt**
$20 $13 for 1 day 10:53:45


**Duke the Big Dog T-Shirt**
$20 $13 for 1 day 10:53:54


**Paw Patrol T-Shirt**
$20 $13 for 1 day 10:53:54


**Grian Barge T-Shirt**
$20 $13 for 1 day 10:53:54





36





**Butterfly Girl 1 T-Shirt**
$20 $13 for 1 day 10:53:53

**Merry Christmas Down Under Australi...**
$20 $13 for 1 day 10:53:53

**Merry and Bright Christmas T-Shirt**
$20 $13 for 1 day 10:53:53





**Will You Shut Up Man T-Shirt**
$20 $13 for 1 day 10:53:55

**Sarcastic Comment Loading Please ...**
$20 $13 for 1 day 10:53:55

**Merci Idea T-Shirt**
$20 $13 for 1 day 10:53:55





**Los Angeles California 1984 T-Shirt**
$20 $13 for 1 day 10:53:56

**Man Hobby Song T-Shirt**
$20 $13 for 1 day 10:53:56

**Actor Photo Design T-Shirt**
$20 $13 for 1 day 10:53:56

**SUBSCRIBE TO OUR NEWSLETTER**
For sales, exclusive content, and more!

Email Address    Subscribe

**FOLLOW US!**

 

     

| EXPLORE | PRODUCTS | DESIGNERS | INFO |
|---|---|---|---|
| All Designs | T-Shirts | TeePublic Blog | Contact Us |
| New Tees on Sale | Hoodies | Designer Signup | About Us |
| Featured Designers | Tank Tops | Design Guide | Find My Order |
| Newest Designers | Crewneck Sweatshirts | | Change My Order |
| Tag Directory | Long Sleeve T-Shirts | | Size Chart |
| Newest T-Shirts | Baseball T-Shirts | | Hire an Artist |
| | Stickers | | FAQ |
| | Phone Cases | | Refunds & Returns |
| | Laptop Cases | | Shipping Info |
| | Kids T-Shirts | | Affiliate Signup |
| | Kids Hoodie | | Careers |
| | Kids Long Sleeve T-Shirt | | Social Responsibility |
| | Onesie | | Terms |
| | Mugs | | Privacy Policy |
| | Wall Art | | Do not sell my Personal Information |
| | Notebooks | | Intellectual Property Policy |
| | Pillows | | |
| | Totes | | |
| | Tapestries | | |
| | Pins | | |
| | Magnets | | |
| | Masks | | |

© TP Apparel LLC 2012 - 2021 | Privacy Policy | Terms

4.6 ★★★★★ Google Customer Reviews

i.icon.icon-l2.tp-x-light.touchable.jsQueryCloseModal
1:05:56 PM 8/20/2021