KENNETH B. WILSON  (SBN 130009)
 *ken@coastsidelegal.com*
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Tel: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
 *jmasur@zuberlawler.com*
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Tel: (213) 596-5620 / Fax: (213) 596-5621

JENNIFER C. KUHN (*Admitted Pro Hac Vice*)
 *jkuhn@zuberlawler.com*
ZUBER LAWLER LLP
100 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel: (512) 717-7430 / Fax: (213) 596-5621

Attorneys for Defendant
Redbubble Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>                         Plaintiff,<br><br>          v.<br><br>REDBUBBLE INC.,<br><br>                         Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**<br><br>*[Filed Concurrently with Renewed Motion for Judgment as a Matter of Law and [Proposed] Order]*<br><br>Date:    September 27, 2021<br>Time:    9:00 a.m.<br>Crtrm.:  850<br>Judge:   Hon. R. Gary Klausner |

## <u>DECLARATION OF JOSHUA M. MASUR</u>

I, Joshua M. Masur, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with Zuber Lawler LLP, attorneys of record for Defendant Redbubble Inc. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2.      Attached hereto as Exhibit A are true and correct copies of pages 120-25, 178-80, and 194 from the June 17, 2021 trial transcript in this matter.

3.      Attached hereto as Exhibit B are true and correct copies of pages 261-62, 271, and 315-16 from the June 21, 2021 trial transcript in this matter.

4.      Attached hereto as Exhibit C are true and correct copies of pages 409, 427-34, and 501-17 from the June 22, 2021 trial transcript in this matter.

5.      Attached hereto as Exhibit D is a true and correct copy of Trial Exhibit 7.

6.      Attached hereto as Exhibit E is a true and correct copy of Trial Exhibit 10.

7.      Attached hereto as Exhibit F is a true and correct copy of Trial Exhibit 115.

8.      Attached hereto as Exhibit G is a true and correct copy of Trial Exhibit 160.

9.      Attached hereto as Exhibit H is a true and correct copy of Trial Exhibit 172.

10.     Attached hereto as Exhibit I is a true and correct copy of Trial Exhibit 173.

11.     Attached hereto as Exhibit J is a true and correct copy of Trial Exhibit 187.

12.     Attached hereto as Exhibit K is a true and correct copy of Trial Exhibit 221.

1    13.    Attached hereto as Exhibit L is a true and correct copy of Trial

2  Exhibit 222.

3    14.    Attached hereto as Exhibit M is a true and correct copy of Trial

4  Exhibit 288.

5    15.    Attached hereto as Exhibit N is a true and correct copy of Trial

6  Exhibit 296.

7    16.    Attached hereto as Exhibit O is a true and correct copy of Trial

8  Exhibit 375.

9    17.    Attached hereto as Exhibit P is a true and correct copy of Trial

10  Exhibit 401.

11    18.    Attached hereto as Exhibit Q is a true and correct copy of Trial

12  Exhibit 403.

13    19.    Attached hereto as Exhibit R is a true and correct copy of Trial

14  Exhibit 404.

15    20.    Attached hereto as Exhibit S is a true and correct copy of Trial

16  Exhibit 633.

17    I declare under penalty of perjury under the laws of the United States of

18  America that the foregoing is true and correct.

19    Executed on this 24th day of August, 2021, at San Carlos, California.

20

21    _/s/ Joshua M. Masur_
      Joshua M. Masur
22

23

24

25

26

27

28