# EXHIBIT A

```
               UNITED STATES DISTRICT COURT

        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

          HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE



Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,  )
a Swiss corporation,                 )
                                     )
             PLAINTIFF,              ) CASE NO.
                                     )
        vs.                          ) CV 19-04618-RGK
                                     )
REDBUBBLE, INC., a Delaware          )
corporation,                         ) VOLUME 1
                                     ) PAGES 1 TO 214
             DEFENDANT.              )
_____)




                    REPORTER'S TRANSCRIPT OF
                         TRIAL DAY 1
                    THURSDAY, JUNE 17, 2021
                         9:05 A.M.
                    LOS ANGELES, CALIFORNIA










     _____

           MIRANDA ALGORRI, CSR 12743, RPR, CRR
             FEDERAL OFFICIAL COURT REPORTER
             350 WEST 1ST STREET, SUITE 4455
             LOS ANGELES, CALIFORNIA 90012
                MIRANDAALGORRI@GMAIL.COM
```

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
    BY:   KEITH J. WESLEY
    BY:   JASON Y. KELLY
    2121 Avenue of the Stars
    Suite 2800
    Los Angeles, California 90067


**FOR THE DEFENDANT:**

    ZUBER LAWLER & DEL DUCA, LLP
    BY:   JOSHUA M. MASUR
    BY:   JENNIFER KUHN
    BY:   HEMING XU
    2000 Broadway Street
    Office 154
    Redwood City, California 94063

1                       **INDEX OF WITNESSES**

2

3   **WITNESSES**                                                    **PAGE**

4   RIANNA, Salvatore

5           Direct examination by Mr. Wesley                           97
            Cross-examination by Masur                                159
6           Redirect examination by Mr. Wesley                        205
            Recross-examination by Mr. Masur                          207
7

8   Walters, Terry

9           Direct examination by Mr. Kelly                           209

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 5 | USPTO Certificate for Registration | 161 | 161 |
| 6 | USPTO Certificate for Registration | 116 | 116 |
| 7 | USPTO Certificate for Registration | 123 | 123 |
| 8 | Brandy Melville Presentation | 182 | 182 |
| 10 | Correspondence | 129 | 129 |
| 110 | Search Results | 133 | 133 |
| 144 | Brandymelvilleusa Instagram | 107 | 107 |
| 155 | E-mail | 175 | 175 |
| 160 | Wesley Letter to Masur | 150 | 150 |
| 160 PG 10 | Wesley Letter to Masur | 201 | 201 |
| 162 | Wesley Letter to Masur | 152 | 152 |
| 181 | Partial Screenshot of Product Listing | 136 | 136 |
| 183 | Partial Screenshot of Product Listing | 139 | 139 |
| 187 PG 1 | Screenshot of Product Listing | 141 | 141 |
| 189 | Screenshot of Search Results | 156 | 156 |
| 200 | News Article | 110 | 110 |
| 214 | Celebuzz Article | 111 | 111 |
| 221 | LA Lightning Apparel | 124 | 124 |

| | | | |
|---|---|---|---|
| 1 | **INDEX OF EXHIBITS CON'T** | | |
| 2 | | FOR IDENTIFICATION | FOR EVIDENCE |
| 3 | NUMBER   DESCRIPTION | PG. | PG. |
| 4 | 222   LA Lightning Apparel | 124 | 124 |
| 5 | 223   Brandy Melville Graphics | 104 | 104 |
| 6 | 225   Image of LA Lightning Apparel | 126 | 126 |
| 7 | 288   Images of Brandy Melville Products and Tags | 120 | 120 |
| 8-9 | 294   Partial Snapshot of Redbubble Webpage | 144 | 144 |
| 10 | 328 PG 5   Images of Signs | 101 | 101 |
| 11-12 | 328   Images of Signs | 113 | 113 |
| 13 | 369   Redbubble HaleyShore Page | 147 | 147 |
| 14 | 375   California 1984 Apparel | 145 | 145 |
| 15 | 376   California 1984 Products | 146 | 146 |
| 16 | 403   Artist Shop Webpage | 148 | 148 |

| | | |
|---|---|---|
| 1 | Q | Okay. I would ask that you be shown volume 10, |
| 2 | Exhibit 288. | |
| 3 | A | I have it. |
| 4 | Q | This is a seven-page document that appears to be |
| 5 | more product shots. So I would ask that you flip through and | |
| 6 | review each page. | |
| 7 | | THE CLERK: What was the exhibit number? |
| 8 | | MR. WESLEY: 288. |
| 9 | | THE WITNESS: I have it. |
| 10 | Q | BY MR. WESLEY: Okay. Are you familiar with |
| 11 | these products? | |
| 12 | A | Yes. |
| 13 | Q | Are they authentic Brandy Melville products? |
| 14 | A | They are. |
| 15 | Q | Are they all authentic Brandy Melville tags as |
| 16 | well? | |
| 17 | A | Yes, they are. |
| 18 | | MR. WESLEY: Move Exhibit 288. |
| 19 | | THE COURT: It will be received. |
| 20 | | (Marked for identification and received |
| 21 | | into evidence Exhibit No. 288.) |
| 22 | | MR. WESLEY: I will show the jury page 1. |
| 23 | Q | So do you see here there is a tag -- is this a |
| 24 | sewn-in tag? | |
| 25 | A | Yes, it is. |

1         Q      And is that common for your apparel to have
2 sewn-in Brandy Melville tags?
3         A      Yes, it is.
4         Q      And how would you describe this tag?
5         A      That's a hangtag.
6         Q      Okay. And are hangtags commonly placed on
7 Brandy Melville products?
8         A      Yes. That's where we usually place the price.
9         Q      Okay. And is that all Brandy Melville products?
10        A      Yes.
11        Q      Okay. I will give you one other example, page 2
12 of Exhibit 288.
13             Is this another example of the trademark on
14 Brandy Melville clothes?
15        A      Yes, it is.
16        Q      Okay. And, in your view, does the
17 Brandy Melville trademark provide any value for the business?
18        A      Substantial, yes.
19        Q      And has Brandy Melville used variations of the
20 trademark as well?
21        A      Yes.
22        Q      Has Brandy Melville marked any products with its
23 website URL?
24        A      Yes, we have.
25        Q      Okay. Showing you Exhibit 223, page 34, is this

1  an example of a product marked with the Brandy Melville URL?
2      A    Yes, it is.
3      Q    And has Brandy Melville done this continuously
4  for several years?
5      A    Yes.
6      Q    And has Brandy Melville marked products with the
7  physical address of its stores?
8      A    Yes, it has.
9      Q    And has Brandy Melville done that continuously?
10     A    Yes.  Yes, it has.
11     Q    I'm showing you page 16 of Exhibit 223.
12         Do you see this product?
13     A    Yes, I do.
14     Q    Is it an authentic Brandy Melville key chain?
15     A    It is.
16     Q    And there is an address -- it's kind of hard to
17 read but appears to be in Santa Monica?
18     A    Yes.
19     Q    What is that address?
20     A    Of the store.
21     Q    The Brandy Melville store?
22     A    Yes.  The Brandy Melville store, yes.
23     Q    Okay.  Showing you Exhibit 223, page 20, do you
24 see this product?
25     A    I do.

```
 1          Q      Is this a Brandy Melville product?
 2          A      It is.
 3          Q      And there's an address Prince 44 New York.  Do
 4   you see that?
 5          A      I do.
 6          Q      What is that address?
 7          A      That was the address of our Prince store in
 8   New York.
 9          Q      Next trademark that we have been calling the
10   LA Lightning -- Your Honor, I would move Exhibit 7 which is the
11   trademark registration for the LA Lightning mark by
12   stipulation.
13                 THE COURT:  It will be received.
14             (Marked for identification and received
15             into evidence Exhibit No. 7.)
16          Q      BY MR. WESLEY:  Let's take a look at this one.
17                 Just to confirm, Mr. Rianna, is this, in fact, a
18   federal registration for the LA Lightning mark?
19          A      Yes, it is.
20          Q      Okay.  Is this a logo that Brandy Melville uses
21   to identify the brand?
22          A      Yes, it is.
23          Q      And when did Brandy Melville start using the
24   logo?
25          A      Approximately 2018.
```

```
1        Q      Okay.  And why file to register this particular
2   logo with the trademark office?
3        A      It was hugely popular with our customers.  We
4   continued to use it.
5        Q      All right.  Well, let's talk about that use.
6               What types of products has the LA Lightning mark
7   been actually physically printed on?
8        A      There is apparel products from hoodies to
9   T-shirts to hats as well as stickers.
10       Q      Okay.  And I would ask -- I'm not sure if it is
11  in front of you or not, but I would ask that volume 8 be placed
12  in front of you.  I would like you to take a look at Exhibits
13  221 and 222, please.
14       A      Yes.  I'm there.
15       Q      Okay.  And what are Exhibits 221 and 222?
16       A      Our LA Lightning products.
17       Q      And they're authentic Brandy Melville products?
18       A      Yes.
19              MR. WESLEY:  Okay.  Move Exhibits 221 and 222.
20              THE COURT:  They will be received.
21          (Marked for identification and received
22           into evidence Exhibit Nos. 221 and 222.)
23              MR. WESLEY:  I will just show the jury.  This is
24  Exhibit 221.
25       Q      Can you describe the product?
```

```
 1        A      This is an LA Lightning button sweatshirt.
 2        Q      Okay.  I'm showing you Exhibit 222.  Do you see
 3   this product?
 4        A      I do.
 5        Q      And what is that?
 6        A      That is our LA Lightning crop T-shirt.
 7        Q      Okay.  Below that there are some other products
 8   that look like they have the mark.
 9        A      Yes.
10        Q      Do they?
11        A      They do.
12        Q      And so --
13        A      Tank tops, T-shirts.
14        Q      And so was this LA Lightning mark sold on
15   multiple different types of apparel?
16        A      Yes, it was.
17        Q      And approximately how many different types?
18        A      Over a half dozen.
19        Q      Okay.  Same binder, take a look at Exhibit 225,
20   please.
21        A      Yes.
22        Q      Do you see the picture in Exhibit 225?
23        A      I do.
24        Q      What is that picture of?
25        A      That is an LA Lightning decorative sign.
```

```
 1         A      That was an employee in customer service.
 2         Q      Okay.  So the employee in customer service asked
 3  you -- what did the employee in customer service say?
 4         A      She alerted that there was some confusion coming
 5  from the Redbubble site and asked me to verify if it was an
 6  authorized resell of Brandy Melville products.
 7         Q      But that was an employee; correct?
 8         A      In customer service.
 9         Q      Okay.  But was -- have you ever heard from
10  someone who is not an employee of brandymelvilleusa or one of
11  its affiliates or Y.Y.G.M. that they were confused?
12         A      I may have.
13         Q      You may have, but you can't think of any sitting
14  here today.
15         A      Not at this moment.
16         Q      Do you believe that -- let me strike that and ask
17  a better question.
18                Has any consumer ever told you that, when they
19  see an LA Lightning on a shirt, they associate that shirt with
20  Brandy Melville?
21         A      Given my position, I'm not always in front of the
22  customer.
23         Q      Okay.  Let me -- perhaps I'm using consumer
24  unartfully.
25                Does anyone who is not affiliated with
```

```
 1  brandymelvilleusa, Y.Y.G.M., or their affiliates, has anyone
 2  who fits those criteria ever told you that, when they see the
 3  LA Lightning logo on a shirt, they associate that with
 4  Brandy Melville?
 5        A     I believe customers have told customer service.
 6        Q     I understand.  I'm asking, sir, whether anyone
 7  has told you.
 8              And I would actually move to strike the previous
 9  answer.
10              THE COURT:  It will be stricken.  It was hearsay.
11              MR. MASUR:  Well, if he's heard it, I want to --
12              THE COURT:  It will be stricken what the customer
13  service told him.  You can ask him directly if he has talked to
14  anybody.
15              MR. MASUR:  I'm sorry.  I can ask him --
16              THE COURT:  You can ask him directly if he's had
17  any contact which I think is what you asked.
18              MR. MASUR:  That is what I am trying to ask,
19  Your Honor.
20              THE WITNESS:  Have I spoken to people and asked
21  them, not affiliated with our company, if the Redbubble site
22  creates confusion?
23              THE COURT:  Or has anybody said anything to you
24  about it?
25              THE WITNESS:  They may have.
```

1    Q    BY MR. MASUR:  But you can't recall sitting here
2 today?
3    A    I can't recall.
4    Q    Where are Brandy Melville's goods sold?
5    A    In the United States?
6    Q    You're right.  Sorry.  That was again an unartful
7 and vague question.  I apologize.  Yes.  In the United States.
8 What retail outlets are authorized Brandy Melville goods sold?
9    A    We have two, direct retail stores and an
10 E-commerce site.
11    Q    And that's it?
12    A    We also wholesale under a different mark to
13 PacSun.
14    Q    Under a different mark?  What is that different
15 mark?
16    A    John Galt.
17    Q    And that's not at issue here; correct?
18    A    I don't believe so.
19    Q    I'd like to pull up Exhibit 8 but not for the
20 jury yet.
21         Mr. Rianna, do you recognize this document?
22    A    Do you mean the photograph?
23    Q    Would you like us to flip through it to show the
24 rest of the pages?
25         THE COURT:  Well, it's your choice.

```
 1                THE COURT:  I understand that.  Don't try to
 2    anticipate where somebody is going.  These attorneys are
 3    seasoned attorneys.  If they want you to embellish on it or
 4    talk further, your counsel or his, they will ask you those
 5    questions.  But right now it should be simple for you.  Just
 6    answer the question.  They want to go further, they will ask
 7    further questions.
 8                Go ahead, counsel.
 9                MR. MASUR:  I wish I could have the question read
10    back, but it's not a deposition.
11                THE COURT:  No.
12        Q       BY MR. MASUR:  Sir, has anyone not affiliated
13    with brandymelvilleusa, Y.Y.G.M., or their affiliates ever told
14    you that they associate this logo with Brandy Melville?
15        A       I'm not sure.
16        Q       You can't recall?
17        A       I can't recall.
18        Q       You don't know whether the appeal of that design
19    to people outside of the Brandy Melville umbrella relates to
20    it's signifying Brandy Melville, or it be a nice graphic?
21                THE COURT:  Other than what people in the company
22    have said.
23        Q       BY MR. MASUR:  Yes.  Other than what people in
24    the company have said?
25        A       This was kind of my earlier answer.  I believe it
```

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS 18TH DAY OF JUNE, 2021.

/S/ MIRANDA ALGORRI

MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER