# EXHIBIT B

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

**HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE**

| | |
|---|---|
| **Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,** | ) |
| **PLAINTIFF,** | ) **CASE NO.** |
| **vs.** | ) **CV 19-04618-RGK** |
| **REDBUBBLE, INC., a Delaware corporation,** | ) **VOLUME 2** ) **PAGES 215 TO 342** |
| **DEFENDANT.** | ) |

**REPORTER'S TRANSCRIPT OF**
**TRIAL DAY 2**
**MONDAY, JUNE 21, 2021**
**1:00 P.M.**
**LOS ANGELES, CALIFORNIA**

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
BY: KEITH J. WESLEY
BY: JASON Y. KELLY
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067

**FOR THE DEFENDANT:**

ZUBER LAWLER & DEL DUCA, LLP
BY: JOSHUA M. MASUR
BY: JENNIFER KUHN
BY: HEMING XU
2000 Broadway Street
Office 154
Redwood City, California 94063

**INDEX OF WITNESSES**


| WITNESSES | PAGE |
|---|---|
| WALTERS, Terry | |
| Direct examination resumed by Mr. Kelly | 220 |
| Cross-examination by Ms. Kuhn | 226 |
| Redirect examination by Mr. Kelly | 230 |
| PALEY, Philip | |
| Direct examination by Mr. Kelly | 234 |
| Cross-examination by Ms. Kuhn | 252 |
| Redirect examination by Mr. Kelly | 256 |
| ELKINS, Madison | |
| Direct examination by Mr. Kelly | 257 |
| Cross-examination by Ms. Kuhn | 269 |
| TOY, James | |
| Direct examination by Mr. Wesley | 288 |
| Cross-examination by Mr. Masur | 331 |

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 65 Pg 2 | Redbubble IP FAQ | 296 | 296 |
| 70 | CON-Policing for Trademarks | 321 | 321 |
| 113 | E-mail | 318 | 318 |
| 115 | Brandy Melville Policing Guidelines | 315 | 315 |
| 121 | E-mail | 307 | 307 |
| 122 | E-mail | 311 | 311 |
| 128 | E-mail | 325 | 325 |
| 164 | E-mail Chain | 222 | 222 |
| 167 | E-mail | 222 | 222 |
| 172 | Products and Envelope from Redbubble | 223 | 223 |
| 173 | Product from the Redbubble Marketplace | 225 | 225 |
| 223 Pg 153 | Brandy Melville Graphics | 259 | 259 |
| 223 Pg 96 | Brandy Melville Graphics | 260 | 260 |
| 223 Pg 69 & 70 | Brandy Melville Graphics | 267 | 267 |
| 273 Pg 37 | Redbubble Webpage | 232 | 232 |
| 286 Pg 6 | Redbubble Annual Report 2018 | 328 | 328 |
| 287 Pg 3 | Redbubble Annual Report 2019 | 293 | 293 |

**INDEX OF EXHIBITS CON'T**


| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 290 | Redbubble Webpage | 236 | 236 |
| 291 | Redbubble Webpage | 236 | 236 |
| 292 | Redbubble Webpage | 236 | 236 |
| 295 | Redbubble Webpage | 237 | 237 |
| 296 | Images of Products | 238 | 238 |
| 301 | E-mail | 304 | 304 |
| 302 | E-mail | 306 | 306 |
| 303 | E-mail | 306 | 306 |
| 307 | E-mail | 301 | 301 |
| 343 | Images of Products | 240 | 240 |
| 401 | Brandy Melville Butterfly | 241 | 241 |
| 404 | Brandy 519 Broadway Mark | 242 | 242 |
| 408 | Brandy Hampton Mark | 243 | 243 |
| 414 | Product Listing | 244 | 244 |
| 416 | Brandy Tiny Stickers Sticker | 244 | 244 |
| 421 | Product Listing | 245 | 245 |
| 424 | Partial Snapshot of Product Listing | 245 | 245 |
| 623 | All Works - One Row Per Work | 246 | 246 |
| 628 | Brandy Heart - One Row Per Work | 252 | 252 |
| 634 Pg 9 | LA Lightning - One Row Per Work | 253 | 124 |

clothes or designs?

A Yes. We sell out all the time. I could put a product on the floor Saturday morning, and by the afternoon we're sold out.

Q And on a given day, what would be the most popular thing at Brandy Melville?

A Mostly we have girls coming in and showing us photos of their favorite celebrities wearing Brandy Melville all the time. So Hailey Bieber, Kaia Gerber are seen wearing a Brandy Melville T-shirt, that is going to be the most popular at that time.

Q Now I'm going to change topics and put up an image that has been already admitted into evidence, trial Exhibit 7.

Ms. Elkins, do you recognize this design?

A Yes, I do.

Q It is the LA Lightning mark?

A Yes, it is.

Q How long has Brandy Melville used the LA Lightning mark?

A I have seen this for a few years now.

Q Okay. And is this a graphic that would be on a graphic T-shirt?

A Yes, it is. Graphic T-shirt, stickers, hats.

Q In your experience, how have Brandy Melville's

customers responded to the LA Lightning mark?

A So this is one of our most popular designs. Girls go absolutely crazy for this. We not only sell it on shirts, we -- at our Santa Monica flagship, we actually have a huge mural of this exact graphic. I can't tell you how many times I have seen girls line up to take photos in front of this graphic tagged on Instagram "Brandy Melville" in which some of those posts I actually saw recently.

Q How recently?

A I could still find them on Instagram yesterday actually.

Q Okay. And based on your experience working at Brandy Melville and interacting with its customers, is it your belief that Brandy Melville's customers associated the LA Lightning mark with the brand?

A Oh, yes. Definitely.

THE COURT: Okay. You've answered the question.

Q BY MR. KELLY: Have you seen anything on the Redbubble website that suggests that people associate the LA Lightning mark with the Brandy Melville brand?

A I have.

Q Okay. And can you describe what makes you say that?

A Yes. This weekend I actually saw a graphic that looked very similar to this. However, instead of Los Angeles,

A Yes, I do.

Q Do you see anywhere where Brandy Melville has put like a little circle with "R" or "TM" anywhere near its marks?

A I just see Brandy Melville's trademark.

Q All right. Have you ever seen -- the LA Lightning mark that we just looked at trial Exhibit 7, have you ever seen that sewn into a piece of clothing or on a hangtag like this?

A I'm not sure.

Q You're not sure? You worked there for nine years, and you're not sure if you've ever seen one?

A Nine years is a long time.

Q Have you ever seen Brandy Melville put a little circle "R" or a "TM" on any sticker that it sold?

A I'm not sure. We could have.

Q All right. Sorry. I'm just going to ask you generally.

Have you ever -- can you recall any time ever seeing Brandy Melville the heart logo, the flags logo, or the lightning logo anywhere through Brandy Melville with a "TM" or "R"?

A I'm not sure. I'm not really looking for that usually.

Q All right. So let's talk a little bit about the graphic T-shirts.

All right. So, Your Honor, Exhibit 115, I don't know if it is in yet. It was stipulated to be admitted. Counsel used it in opening. I would move 115.

THE COURT: It will be received.

MR. WESLEY: Okay.

(Marked for identification and received into evidence Exhibit No. 115.)

Q BY MR. WESLEY: So this is part of Redbubble's proactive policing of the Brandy Melville brand; right?

A Yes.

Q Okay. And do you see here it says "Policing start date 31 May 2019"?

Do you see that?

A Yes.

Q And so a lawyer's letter, is that insufficient to get Redbubble to start proactively policing?

A Your letter and our back-and-forth over a couple days, which wasn't shown here, confirmed the -- the action that we took. You wanted images removed from the site; so we did our best to find those. You identified six images. We searched and removed -- did our best to remove those images and in total removed like 26.

Q Well, Exhibit 10 is the cease and desist letter. That is dated May 16, 2018.

Do you see that?

A I do.

Q And Redbubble starts policing over a year later; right?

A That's right.

Q And that was only after we filed a lawsuit; correct?

A That's right.

Q And in the meantime, despite our letter, new infringing products were popping up and down on the Redbubble site; right?

A I believe we asked you twice to help us find more.

Q Well, respectfully, that's not my question.

In 2018, after receipt of the cease and desist letter, were you aware that new items with Brandy Melville's trademarks were being posted on Redbubble?

A I was not aware, no.

THE COURT: Anything further of this witness? Anything further?

MR. WESLEY: Sorry, Your Honor.

THE COURT: You have wasted a lot of time, counsel. I asked if you have any other questions, or can we turn over to cross? If you have other questions, that's fine. You have just been hesitating. You're wasting time. My only question is do you have further questions of the witness?

CERTIFICATE OF OFFICIAL REPORTER

I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS 21ST DAY OF JUNE, 2021.

/S/ MIRANDA ALGORRI

MIRANDA ALGORRI, CSR NO. 12743, CRR
FEDERAL OFFICIAL COURT REPORTER