# EXHIBIT D

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,748,883**
**Registered May 14, 2019**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

YYGM SA (SWITZERLAND CORPORATION)
Via Motta 44
Lugano, SWITZERLAND CH-6900

CLASS 25: Clothing, namely, t-shirts, tank tops, and sweatshirts

FIRST USE 2-18-2018; IN COMMERCE 2-18-2018

The color(s) yellow is/are claimed as a feature of the mark.

The mark consists of The word "LOSANGELES" as one word without a space. The first letter of the word is stylized to resemble a lightning bolt. Below "LOSANGELES" is the word "CALIFORNIA" and the number "1984". All of the words are in yellow.

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOS ANGELES CALIFORNIA 1984"

SER. NO. 88-018,059, FILED 06-27-2018



Director of the United States
Patent and Trademark Office



BRANDY_0002195
TE007_0001