# EXHIBIT G



2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
T (310) 274-7100 F (310) 275-5697

Keith J. Wesley
kwesley@bgrfirm.com

File No. 7369-011

June 26, 2019

**CONFIDENTIAL COMMUNICATION**

**Via Electronic Mail Only**

Joshua M. Masur
Zuber Lawler & Del Duca LLP
2000 Broadway Street, Suite 154
Redwood City, CA 94063
E-Mail: jmasur@zuberlawler.com

   Re: *Y.Y.G.M. SA d.b.a. Brandy Melville v. Redbubble Inc.*,
      No. 2:19-cv-4618 (C.D. Cal.)

Dear Josh:

  I write in response to your letter dated June 16, 2019.

  Although we have not yet completed a review of the information regarding Redbubble's claimed sales, I wanted to raise a more urgent issue with you. It appears that Redbubble has removed (at least for the present time) items stamped with the "Brandy Melville" and "LA Lightning" trademarks referenced in the lawsuit. Nevertheless, Redbubble continues to allow users to search for and locate, with the click of a button, Brandy Melville designs. Indeed, a search for "Brandy Melville" on Redbubble's search engine, even today, yields nearly 2,000 results, most of which are exact or near-exact copies of designs that Brandy Melville has sold or is selling.

  A photographic comparison of just a few original Brandy Melville designs and corresponding Redbubble designs are attached as Exhibit A. And below are screenshots from portions of the webpages that give the appearance of being (but are not authorized to be) Redbubble's online Brandy Melville store.

1288674.1

**ATTACHMENT A**

| No. | Brandy Melville Product | Redbubble Product |
|---|---|---|
| 1 | ![Brandy Melville honey shirt] | ![Honey Cursive Brandy Sticker] Honey Cursive Brandy Sti... By uncommongoods $2.88 |

Attachment A

Attachment A

| No. | Brandy Melville Product | Redbubble Product |
|---|---|---|
| 5A | [Have A Nice Day embroidered patch with red flower] | have a nice day Classic T-... By daisystone $21.50 |

6

128842.1

BRANDY_0000152

TE160_0009

Attachment A

| No. | Redbubble Product | Brandy Melville Product |
|---|---|---|
| 5B |  Have A Nice Day Sticker<br>By Marissa Siegel<br>$3.91 |  |

7

128842.1

BRANDY_0000153

TE160_0010