# EXHIBIT H



BRANDY_0000404

TE172_0005



BRANDY_0000410

TE172_0011



BRANDY_0000411

TE172_0012