# EXHIBIT I



BRANDY_0000415

TE173_0001



BRANDY_0000416

TE173_0002



BRANDY_0000417

TE173_0003





BRANDY_0000420

TE173_0006



BRANDY_0000421

TE173_0007



BRANDY_0000422

TE173_0008

