# EXHIBIT J



Get 25% off all clothing. Sartorialists rejoice. Code: STANDOUT
Offer ends in 09:51:28

Sell your art Login Signup

REDBUBBLE brandy melville t-shirt los angeles

Women's Men's Kids & Babies Device Cases Stickers Wall Art Home Decor Stationery Bags Gifts

## Copy of los angeles lightning bolt black - brandy melvile Slim Fit T-Shirt

Designed by Katie's Stickers

$20.78

S M L XL 2XL 3XL

Add to cart

View size guide

Delivery
Express by 30 May
Standard between 30 May - 3 June

### Available t-shirt styles

Classic T-Shirt
$20.78

Long Sleeve T-Shirt
$30.15

Long T-Shirt
$30.15

Baseball ¾ Sleeve T-Shirt
$30.15

View this design on +36 products

### Features

- Solid color t-shirts are 100% cotton; heather grey is 90% cotton, 10% polyester; charcoal heather is 52% cotton, 48% polyester
- Ethically sourced
- Slim fit, but if that's not your thing, order a size up
- 4.2 oz (145g), but if that's too light, try our heavier Classic T-Shirt

### Reviews

★★★★★
★★★★
★★★
★★
★

+ Read all 150 reviews