# EXHIBIT M

BRANDY MELVILLE
small
Brandy Melville

BRANDY MELVILLE
Brandy Melville

BRANDY MELVILLE
one size
Brandy Melville

BRANDY ♥ MELVILLE
one size

TE288_0004

BRANDY ♥ MELVILLE
one size
BRANDYUSA
MLA164-428S1320000
BRANDYUSA
MLA164-428S1320000
15





Brandy Melville

TE288_0006



Brandy ♥ Melville

TE288_0007