# EXHIBIT N



TE296_0001





TE296_0003









TE296_0007