# EXHIBIT Q



Sell your art Login Signup

REDBUBBLE

Search designs and products

Clothing Stickers Masks Phone Cases Wall Art Home & Living Kids & Babies Accessories Stationery Gifts Explore designs

ASHA

Share

## Asha Tandon

New York City, United States • 339 designs • View artist profile

Shop products Explore designs

**Filters (1)**

Collection
Brandy Melville

All Collections
Greys Anatomy
Gossip Girl
Retro
Quotes
Brandy Melville
Patterns
Glossier
Twilight

Category

All Categories
Clothing
Kids & Babies
Phone Cases
Stickers
Wall Art
Home & Living
Stationery
Accessories

Artwork Medium

All Mediums
Design & Illustration
Digital Art
Drawing
Painting & Mixed Media
Photography

**Brandy Melville** 25 Results

Most Relevant

Brandy Melville ✕ Clear all

Newport Beach California Stic...
From $1.20

Heart With Angel Wings Sticker
From $1.20

Hamptons Sailing Sticker
From $1.20

California Republic Bear Sticke...
From $1.20

San Francisco California Sticke...
From $1.20

Snapchat Logo Sticker
From $1.20

Malibu Racing Flags Sticker Sti...
From $1.20

Chill Since 1993 Konkay Blue a...
$19.07

Chill Since 1993 Konkay Sticker
From $1.20

New York Retro Lettering Stick...
From $1.20

Il Meet You In New York Sticker
From $1.20

Chill Since 1993 Konkay Panele...
From $1.20

Forget Me Not Sticker
From $1.20

Red Asian Dragon Sticker
From $1.20

Chill Since 1993 Aspen Essenti...
$19.07

Blue And White Newport Beac...
From $1.20

San Francisco California Sticke...
From $1.20

Black And White New York Sti...
From $1.20

Natives Of The Golden Coast C...
From $1.20

Chill Since 1993 Konkay Panele...
From $1.20

Sep 2, 2020 9:35:50 AM



Sep 2, 2020 9:35:50 AM

TE403_0002