# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**[PROPOSED] ORDER STRIKING PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION, ATTORNEY'S FEES, AND PRE-JUDGMENT INTEREST [ECF NO. 211]** |

Having considered Defendant's Objection and Request to Strike Plaintiff's Reply in Support of Motion for Permanent Injunction, Attorney's Fees, and Pre-Judgment Interest (ECF No. 211), Plaintiff's Reply is hereby STRICKEN.

**IT IS SO ORDERED.**

DATED: _____, 2021   _____
Honorable R. Gary Klausner
United States District Court Judge