BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 274-7100
Facsimile:  (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**DECLARATION OF KEITH J. WESLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT REDBUBBLE INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**<br><br>Date:  September 27, 2021<br>Time:  9:00 a.m.<br>Courtroom:  850<br><br>PTSC Date.:  May 24, 2021<br>Trial Date:   June 17. 2021 |

# DECLARATION OF KEITH J. WESLEY

I, Keith J. Wesley, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross O'Brien Annaguey & Ellis LLP ("BGR"), counsel of record for plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville ("Brandy Melville" or "Plaintiff") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot from the Redbubble website (https://www.redbubble.com/i/t-shirt/Los-Angeles-California-Lightning-Bolt-by-kaylaslarson/62548997.IJ6L0), last accessed on September 2, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of TE221 admitted as evidence at trial.

Executed this 3rd day of September 2021, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            */s/ Keith J. Wesley*
                                              Keith J. Wesley