# EXHIBIT 1


You want hats? You got hats. Baseball caps & dad hats now available.
REDBUBBLE
Search designs and products
Sell your art
Login
Signup
Clothing
Stickers
Masks
Phone Cases
Wall Art
Home & Living
Kids & Babies
Accessories
Stationery & Office
Gifts
Explore designs
Los Angeles
Kay Paige
+ 16 colors
Los Angeles California Lightning Bolt Classic T-Shirt
Designed and sold by Kay Paige
$19.90
PayPal Pay in 4 interest-free payments on qualifying purchases. Learn more
Size
Choose a size
Print Location
Front
Back
Add to cart
View size guide
Delivery
Express by 9 September
Standard between 13 - 15 September
Also available on
Classic T-Shirt
$19.90
Long Sleeve T-Shirt
$25.20
Active T-Shirt
$25.00
Baseball ¾ Sleeve T-Shirt
$25.20
View this design on +52 products
Features
The standard, traditional t-shirt for everyday wear
Classic, generous, boxy fit
Male model shown is 6'0" / 183 cm tall and wearing size Medium
Female model shown is 5'8" / 173 cm tall and wearing size Small
Heavyweight 5.3 oz / 180 gsm fabric, solid colors are 100% preshrunk cotton, heather grey is 90% cotton/10% polyester, denim heather is 50% cotton/ 50% polyester
Double-needle hems and neck band for durability
Reviews
+ Read all 150 reviews





Los Angeles California Lightning Bolt

Designed and sold by **Kay Paige**



Kay Paige
2020

Follow


LA Los Angeles Bones
$19.90


harry bring back manly men
$19.90


Harry Bring Back Manly Men
$19.90


Purple Flowers
$19.90


Sunflower
$19.90


Sunflower, Vol.6 Harry Styles
$19.90

View Kay Paige's shop

## Similar designs

Explore similar designs from over 700,000 independent artists.



Straight Outta LA for Los Angeles ...
By friendlyspoon
$19.99


Charlie Don't Surf Classic T-Shirt
By jacobcdietz
$20.73


City of Los Angeles Classic T-Shirt
By abbeyz71
$19.90


Melrose Avenue Classic T-Shirt
By PeachyGummies
$19.90



THE BEVERLY HILLS VARSITY STI...
By DogginCat
$24.87



Retro Los Angeles Classic T-Shirt
By bayleebrooke5
$19.99


greetings from hollywood californi...
By DogginCat
$24.87


greetings from holLywood californ...
By DogginCat
$24.87


Seal of Los Angeles Classic T-Shirt
By abbeyz71
$19.90



SANTA MONICA VARSITY STICKE...
By DogginCat
$24.87



City Of Angeles Los Angeles Clas...
By bayleebrooke5
$19.99



IRVINE CALIFORNIA SHIRT AND V...
By DogginCat
$24.87

### T-Shirts Tags

los angeles t-shirts · city of angels t-shirts · hollywood t-shirts · california t-shirts · lightning t-shirts · lightning bolt t-shirts · yellow t-shirts · beverly hills t-shirts · melrose t-shirts · sunset boulevard t-shirts · ocean t-shirts · city t-shirts · coast t-shirts · coastal t-shirts · waves t-shirts · beach t-shirts · pacific t-shirts · west coast t-shirts · southern california t-shirts · socal t-shirts · celebrity t-shirts · celebrities t-shirts · santa barbara t-shirts · san diego t-shirts · palm trees t-shirts · sea t-shirts

### All Product Tags

los angeles · city of angels · hollywood · california · lightning · lightning bolt · yellow · beverly hills · melrose · sunset boulevard · ocean · city · coast · coastal · waves · beach · pacific · west coast · southern california · socal · celebrity · celebrities · santa barbara · san diego · palm trees · sea




Other Products
los angeles stickers
los angeles masks
los angeles phone cases
los angeles posters
los angeles sweatshirts & hoodies
Worldwide Shipping
Available as Standard or Express delivery
Learn more
Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more
Free Return
Exchange or money back guarantee for all orders
Learn more
Local Support
24/7 Dedicated support
Submit a request
Report Content / Copyright infringement
10% off, promos, and the best indie art ever!
Your email address
US USD$ - English
Mature content: Hidden
Shop
Gift Guides
Fan Art
New Works
Blog
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders
About
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog
Help
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us
Social
Instagram
Facebook
Twitter
Tumblr
Pinterest
REDBUBBLE
User Agreement
Privacy Policy
Do not sell my personal information
Cookie Policy
VISA
PayPal
Pay
pay
Download on the App Store
GET IT ON Google Play
© Redbubble. All Rights Reserved
4:49:12 PM 9/2/2021