UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER DENYING DEFENDANT REDBUBBLE INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**<br><br>Date: September 27, 2021<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>PTSC Date.: May 24, 2021<br>Trial Date: June 17. 2021 |

# [PROPOSED] ORDER

This matter having come before the Court upon Defendant Redbubble Inc.'s Renewed Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial (the "Motion"; Dkt. No. 212), the Court, having reviewed the Motion and related papers, including Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville's opposition to the Motion and supporting exhibits, rules as follows:

Judgment as a matter of law is appropriate "[i]f a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue." Fed. R. Civ. P. 50(a). And "[t]he court may, on motion, grant a new trial . . . after a jury trial, for any reason for which a new trial has heretofore been granted in an action at law in federal court." Fed. R. Civ. P. 59(a)(1)(A).

Here, Redbubble has failed to carry its burden in the Motion. Redbubble has not demonstrated that "a reasonable jury would not have a legally sufficient evidentiary basis to find" as it did at trial, as evidenced in the jury verdict form (Dkt. No. 193). Moreover, Redbubble has not established any grounds for a new trial to be granted.

Accordingly, Defendant Redbubble Inc.'s Renewed Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial is **DENIED**.

**IT IS SO ORDERED.**

Dated: September     , 2021

_____
Honorable R. Gary Klausner
United States District Court Judge