KENNETH B. WILSON (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Tel: (650) 440-4211

JOSHUA M. MASUR (SBN 203510)
  jmasur@zuberlawler.com
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Tel: (213) 596-5620 / Fax: (213) 596-5621

JENNIFER C. KUHN (*Admitted Pro Hac Vice*)
  jkuhn@zuberlawler.com
ZUBER LAWLER LLP
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 717-7430 / Fax: (213) 596-5621

Attorneys for Defendant
Redbubble Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE INC.,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DECLARATION OF JOSHUA M. MASUR IN SUPPORT OF DEFENDANT REDBUBBLE INC.'S REPLY IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, FOR A NEW TRIAL**<br><br>Date: September 27, 2021<br>Time: 9:00 a.m.<br>Crtrm.: 850<br>Judge: Hon. R. Gary Klausner |

2911-1006 / 1880843.1

1

# DECLARATION OF JOSHUA M. MASUR

I, Joshua M. Masur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Zuber Lawler LLP, attorneys of record for Defendant Redbubble Inc. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. Attached hereto as Exhibit T is a true and correct copy of page 75 from the June 17, 2021 trial transcript in this matter, supplementing Exhibit A from my August 24, 2021 Declaration (ECF No. 212-2).

3. Attached hereto as Exhibit U are true and correct copies of pages 229, 297-98, 323-28, and from the June 21, 2021 trial transcript in this matter, supplementing Exhibit B from my August 24, 2021 Declaration (ECF No. 212-3).

4. Attached hereto as Exhibit V are true and correct copies of pages 383-84 and 456 from the June 22, 2021 trial transcript in this matter, supplementing Exhibit C from my August 24, 2021 Declaration (ECF No. 212-4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of September, 2021, at Redwood City, California.

/s/ *Joshua M. Masur*
Joshua M. Masur