# EXHIBIT T

1  so to speak.  Rather than create and upload new original
2  designs, many Redbubble users instead upload the trademarks and
3  logos of well-known brands.  After all, creating new original
4  designs takes time, hard work, money, creativity.  Uploading a
5  popular trademark or logo can be done at the click of a button.
6  The users then tag the design with the name of the famous brand
7  so that people searching for authentic-branded products will be
8  directed to Redbubble instead.
9           Redbubble facilitates the rest of the counterfeit
10 sale.  Just like the sales of counterfeits in 20th Century back
11 alleys or swap meets, Redbubble is at the center of the online
12 sale of counterfeits in the 21st Century.
13           Now, you have probably guessed why we are here
14 today.  The evidence will show that Redbubble has facilitated
15 and continues to facilitate the infringement and counterfeiting
16 of Brandy Melville's trademarks.  Now, the first trademark in
17 question is the Brandy Melville logo.  This will be in evidence
18 as Exhibit 6.  I will try to blow it up a little bit.  This is
19 the U.S. Patent & Trademark Office federal registration for
20 Brandy Melville.
21           That trademark is used as the primary signage
22 both inside and outside Brandy Melville stores including in
23 that original Westwood store all the way back in 2009.  It's
24 also used on physical tags, on all Brandy Melville products.
25 It really is the name and primary source identifier of the