# EXHIBIT U

1  Brandy Heart, Brandy Flag, LA Lightning logo on the tag of that
2  T-shirt?
3       A    No.  I see Redbubble.
4       Q    All right.  So let's go to trial Exhibit 173,
5  page 6.
6            So do you see any Brandy Melville trademark on
7  the tag at the top that identifies the source of the T-shirt?
8       A    I can't really see that very clearly.
9       Q    All right.  The next page is page 8.  It's a
10 little bit more of a -- I'm sorry.  Page 9.  It has a little
11 bit more of a zoom in on that tag.
12           So do you see Brandy Heart Melville, Brandy Flag
13 Melville, or LA Lightning on that tag?
14      A    Not on that tag.
15      Q    All right.  At any time when you were ordering
16 these T-shirts, you knew you were on the Redbubble website;
17 right?
18      A    That is correct.
19      Q    You weren't confused thinking that you were on
20 the Brandy Melville website; right?
21      A    No.  I'm not confused.
22      Q    All right.  What sizes did you order your shirts
23 in?
24           Let me clarify the question.
25           Were you allowed to select a size when you

```
 1                THE COURT:  Okay.
 2                MR. WESLEY:  And I'm on a short clock of all
 3   things.
 4        Q    So Redbubble states on its website, "We generally
 5   don't go looking for similar works to remove from the
 6   marketplace."
 7             Right?
 8        A    That's what that says.
 9        Q    And Redbubble doesn't go looking for counterfeits
10   because Redbubble makes money from the sales of counterfeits on
11   its site.
12             True?
13        A    Absolutely false.
14        Q    Well, there are significant quantities of
15   infringing goods on Redbubble's sites as we sit here today in
16   this trial.  No?
17        A    I don't know.  You're probably right.  We try to
18   find everything we can and try to remove it.
19        Q    You know there's a lot of Tesla counterfeits on
20   your site right now?
21                MR. MASUR:  Objection, Your Honor.
22                THE COURT:  Sustained.
23        Q    BY MR. WESLEY:  But you can't assure us, as you
24   sit here today, that there aren't substantial quantities of
25   counterfeits on the site; is that correct?
```

1    A    Can you repeat your question?

2    Q    You cannot assure us, as you sit here today, that
3 there are not substantial quantities of counterfeits on the
4 Redbubble site; correct?

5    A    We remove all that we can.  With 75,000 uploads
6 every single day, even if we're 99 percent effective, there
7 might be 250 images on there any given day which might infringe
8 someone's rights.

9    Q    Just impossible?

10   A    I'm sorry?

11   Q    It's just an impossible task to ensure that there
12 won't be counterfeits on Redbubble?

13   A    It is impossible to be 100 percent perfect, yes.

14   Q    Okay.  New subject.
15        Whether Redbubble knew or should have known that
16 its users were selling Brandy Melville trademarked goods, now
17 Redbubble searched its electronic files for relevant documents
18 in this case.
19        True?

20   A    I'm sorry.  Can you repeat the question?

21   Q    Redbubble searched its electronic files for
22 relevant documents in this case, produced documents?

23   A    Yes.  Produced to you, yes.

24   Q    Yes.  And you were part of that production
25 effort.

1  manufacturers to be on the lookout for any products with the
2  Brandy Melville trademarks?
3              MR. MASUR:  Objection.
4              THE COURT:  Overruled.
5              THE WITNESS:  I don't believe any -- I would have
6  known.  No.  I don't believe any third-party manufacturers were
7  notified.  In what time are you talking about?
8       Q     BY MR. WESLEY:  Anytime.
9       A     Anytime, no.
10      Q     And did Redbubble alert customer service
11 representatives to be on the lookout for any signs of
12 infringement of Brandy Melville IP?
13      A     Yes.  Again, I don't know what time period you're
14 talking about, but that is the case now, yes.
15      Q     Okay.  How about after the cease and desist
16 letter in 2018?
17      A     Between 2018 and when you sued us?
18      Q     Yes.
19      A     No.  That did not happen.
20      Q     And Redbubble could have hired hundreds more
21 employees to monitor the site; right?
22      A     We --
23             MR. MASUR:  Objection.  Speculation.
24             THE COURT:  Sustained.
25      Q     BY MR. WESLEY:  Did Redbubble hire hundreds of

```
 1  new people to join its content moderation team?
 2       A     So we could block your word Brandy Melville?  No,
 3  we didn't.  We don't think that's infringement.
 4       Q     Okay.  And does Redbubble screen users who try to
 5  upload designs?
 6       A     Absolutely.
 7       Q     Did Redbubble post on its site a catalog of logos
 8  and designs that is off limits?
 9       A     I'm sorry.  Can you repeat the question?
10       Q     Did Redbubble post on its site a catalog of logos
11  or designs to tell its users what's off limits?
12       A     I don't know what you're referring to.  Is it
13  something that we did that you're asking about, or are you
14  hypothetically asking if we did that?
15       Q     I'm asking if you posted on your website a list
16  or notice saying, hey, these are some brands that we have had
17  an issue with before and listed the names or their intellectual
18  property, something to alert your users that that's a no-no.
19             MR. MASUR:  Objection, Your Honor.
20             THE COURT:  Overruled.
21             THE WITNESS:  Every time somebody uploaded
22  something that we remove because a brand owner asks us to, we
23  warn them not to do it again.
24       Q     BY MR. WESLEY:  And Redbubble could have disabled
25  the Brandy Melville keyword entirely; right?
```

1    A    We could ban that word from the marketplace,
2    yeah.  We could prevent anyone from searching for
3    Brandy Melville or anyone from inputting those words into their
4    listing as a tag.  We could prevent sellers from doing that,
5    yes.  But we don't.
6    Q    In fact, as of the time of your deposition in
7    December 2019, rights holders had informed you that other
8    platforms had disabled tags for them; right?
9    A    They don't want to spend the resources to do it
10   right.
11   Q    And rights holders told you that disabling tags
12   is an effective way to stop the possibility of infringement;
13   right?
14   A    They thought it was effective, yeah.  A few of
15   them.  Not many.
16   Q    Yet Redbubble refuses to disable the
17   Brandy Melville keyword; correct?
18   A    We won't block words on the Internet.
19   Q    Take a look at what's been marked as Exhibit 128.
20        This has been pre-admitted, Your Honor.  I would
21   move Exhibit 128.
22        THE COURT:  128.
23        (Marked for identification and received
24         into evidence Exhibit No. 128.)
25   Q    BY MR. WESLEY:  I'm going to show you page 1.

```
 1                 You knew a Drew Brosnan; right?
 2       A         Yes, I do.
 3       Q         Who is he?
 4       A         I work with him.  He works in marketing.
 5       Q         Okay.  In this e-mail, Mr. Brosnan is being
 6   written about search keyword conversion.
 7                 Do you see that?
 8       A         Yes.
 9       Q         In paragraph 2 the hypothesis is "Particular
10   search terms will correlate with user intent and, therefore,
11   some search terms will show higher conversion than others."
12                 Do you see that?
13       A         I see it.
14       Q         And paragraph 3 says, if some search terms are
15   more likely to lead to a purchase, we can concentrate our
16   marketing efforts on these.
17                 Do you see that?
18       A         I see that.
19       Q         And then in the analysis it goes on to say, "The
20   analysis is for all searches from the past year, June 1, 2017,
21   to June 1, 2018, that were analyzed."
22                 Do you see that?
23       A         Yes.  Yeah.
24       Q         Okay.  And then there is a list that starts near
25   the bottom of page 1 and goes on and says, "For the top 1,000
```

```
 1   searches and then the best converting."
 2               Do you see that?
 3       A       Yes.
 4       Q       Number one is preppy.
 5       A       I see it.
 6       Q       And then on page 2 it goes on to say, National
 7   Park, Vine, Yellow, and then Brandy Melville.
 8               Do you see that?
 9       A       Yes.
10       Q       Out of the 65,745 searches for Brandy Melville,
11   23,308 resulted in somebody adding something to their cart;
12   right?
13       A       I don't know.
14       Q       Can you go back to the headers?
15       A       Sure.  Okay.
16       Q       Search count, ATCS.
17       A       Okay.
18       Q       And ATC convert?
19       A       I see that.  I agree those are the numbers in
20   those columns, yes.
21       Q       So about 35 percent of people who searched
22   Brandy Melville added something to their cart on Redbubble.
23   No?
24       A       I can tell you what the -- those numbers in their
25   columns and what the headers say, but I don't know if what you
```

```
 1  said is accurate.  Do you want me to assume it's accurate?
 2  Does that answer your question?  I just don't know.
 3       Q     Okay.  That's okay.  We will wait for somebody to
 4  explain those to us other than the document.
 5       A     Okay.
 6       Q     Looking at page 6 of Exhibit 286, this is your
 7  2018 annual report.  This has been pre-admitted.
 8             Your Honor, I would move page 6.
 9             THE COURT:  286 has been.  You're correct.
10             Page 6?
11             MR. WESLEY:  Yes, sir.
12             THE COURT:  You got it.  It will be received.
13          (Marked for identification and received
14            into evidence Exhibit No. 286, page 6.)
15       Q     BY MR. WESLEY:  Okay.  Do you see here, Mr. Toy,
16  there is a stat for average AOV?  Do you know that term?
17       A     Where are you?
18       Q     My apologies.  AOV.
19       A     I see it.
20       Q     That is the average amount per order for that
21  period of time; is that right?
22       A     I don't know if that is what AOV stands for.
23       Q     It says dollar per order.  You're not familiar
24  with that?
25       A     I just don't know what AOV is.
```