# EXHIBIT V

1   Q     So it's evolved like most of Redbubble's policies
2   since when we produced these documents?
3   A     Yes.  We're always trying to make them better.
4   Q     So tag-based suspend or suspend from sale, is
5   that the same thing as blocking from the use of tags?
6   A     No.  So tag-based suspension still allows people
7   to tag with a company name, for example.  Blocking a keyword
8   would prevent that.  And it would also prevent users from
9   searching -- searching for the keyword.
10            The nice thing about tag-based suspension is that
11  it works with our proactive policing tools which are based on
12  keywords to find the content.  So most rights holders for
13  policing for them, they will tell us -- instruct us to
14  remove -- to find content with certain keywords.  Those are
15  almost always their trademarks.  Search for our company name.
16  Search for our product name.
17            That's -- if we allow that, then the seller
18  can -- it's almost like using -- using it against these really
19  bad actors.  It's like they will tag it with a company name
20  which actually enables us to hide it from view immediately and
21  then remove it without anyone ever seeing it.
22  Q     So let me make sure I've got this straight.
23            The difference between this tag-based suspension
24  and your standard proactive policing is, with standard
25  proactive policing, a work can go up on the site even though it

1  has a tag in it that you're policing for.  But if it's part of
2  the suspend for review or tag-based suspension, it doesn't go
3  up until a human being has looked at it?
4        A      Right.  If we just blocked keywords, prevented
5  somebody from using a -- so if we just blocked a tag, somebody
6  could still upload an image.  Somebody could still upload
7  somebody's logo.  That would still be infringement.  We
8  wouldn't be able to find it with this tool, one of our main --
9  one of our main weapons.
10       Q      And do you do tag-based suspension for
11 Brandy Melville?
12       A      Yes.
13       Q      When did you start doing that?  Do you know?
14       A      October 2019.
15       Q      Okay.  And -- and that was -- at that point, the
16 suspend-for-review tool was pretty new; right?
17       A      Yes.  We have been developing it, rolling it out.
18 Yeah.
19       Q      Okay.  And let's see.  So tag-based suspension
20 and proactive policing flagged listings, those get reviewed by
21 whom?
22       A      The content team.
23       Q      How many people are on that now?
24       A      So it's grown a lot over the years since I have
25 been at Redbubble.  Right now it's got about 40 people.

1   been sued numerous times with respect to intellectual property
2   infringement; correct?
3         A     Sir, I believe you have brought a number of cases
4   against Redbubble, yes.
5         Q     I'm asking are you aware that there are at least
6   a dozen lawsuits currently pending against Redbubble related --
7         A     Yes.
8         Q     Including there were ones that were resolved
9   before; correct?
10        A     Were there lawsuits resolved?
11              THE COURT:  Resolved before what?
12              MR. KELLY:  That are no longer pending.
13              THE COURT:  Okay.
14        Q     BY MR. KELLY:  Pokémon, for instance.
15        A     Was that resolved?
16        Q     I'm asking that -- Pokémon brought an
17  intellectual property case against --
18              THE COURT:  We're not going to get into
19  individual cases that have nothing to do with this case.
20              The question is are you familiar with the fact
21  that there have been infringement allegations and lawsuits
22  against your company?
23              THE WITNESS:  Yes, sir, I am.
24              THE COURT:  Okay.  Go ahead, counsel.
25              And some of them have been resolved before trial?