BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Ryan Q. Keech (State Bar No. 280306)
  rkeech@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff
Y.Y.G.M. SA d.b.a. Brandy Melville

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDBUBBLE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br>Hon. R. Gary Klausner<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br>PTSC Date:  May 24, 2021<br>Trial Date:   June 17, 2021 |

19191162.1

Case No. 2:19-cv-04618-RGK (JPRx)

1       Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby
2 given that Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville hereby appeals the Court's
3 July 27, 2021 Order (Docket No. 204), July 27, 2021 Final Judgment Order (Docket
4 No. 206), October 5, 2021 Order (Docket No. 218), and all interlocutory orders that
5 gave rise to the Final Judgment.  This appeal is taken to the United States Court of
6 Appeals for the Ninth Circuit.

7

8 DATED: October 19, 2021          BROWNE GEORGE ROSS
9                                              O'BRIEN ANNAGUEY & ELLIS LLP
                                                Keith J. Wesley
10                                              Ryan Q. Keech
                                             Jason Y. Kelly
11

12                               By:    */s/ Keith J. Wesley*
13                                           Keith J. Wesley
                                   Attorneys for Plaintiff
14                                    Y.Y.G.M. SA d.b.a. Brandy Melville

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2021, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## SEE ATTACHED SERVICE LIST

_____
Claudia Bonilla

# SERVICE LIST

*Atari Interactive, Inc. v. Redbubble Inc.*
U.S.D.C. N.D. CA, Oakland Division Case No. 4:18-CV-03451-JST
[Related to Case Nos. 3:18-cv-03843-JST; 3:18-cv-04115; 4:18-cv-04949-JST; and 19-cv-00264-JST]

| | |
|---|---|
| Kenneth B. Wilson<br>**COASTSIDE LEGAL**<br>455 1st Avenue<br>Half Moon Bay, CA 94019<br>Tel:   (650)440-4211<br>Fax:   (650)440-4851<br>ken@coastsidelegal.com<br>NO HARD COPIES – PAPERLESS OFFICE | Attorneys for Defendant<br>Redbubble, Inc. |
| Jonathan M. Masur<br>Debora Sanfelippo<br>**ZUBER LAWLER LLP**<br>2000 Broadway Street, Suite 154<br>Redwood City, California 94063<br>Telephone: (650) 434-8538<br>Email: jmasur@zuberlawler.com<br>          dsanfelippo@zuberlawler.com | Attorneys for Defendant<br>Redbubble, Inc. |
| **DURIE TANGRI LLP**<br>Daralyn J. Durie<br>Joseph C. Gratz<br>Matthaeus Martino-Weinhardt<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:   415-362-6666<br>Facsimile:  415-236-6300<br>ddurie@durietangri.com<br>jgratz@durietangri.com<br>mweinhardt@durietangri.com | Attorneys for Defendant<br>Redbubble, Inc. |
| **DURIE TANGRI LLP**<br>Allyson R. Bennett<br>Moon Hee Lee<br>53 East 3rd Street<br>Los Angeles, CA 90013<br>Telephone:   213-992-4499<br>Facsimile:  415-236-6300<br>abennett@durietangri.com<br>mlee@durietangri.com | |