KENNETH B. WILSON  (SBN 130009)
 ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Tel: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
 jmasur@zuberlawler.com
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Tel: (213) 596-5620 / Fax: (213) 596-5621

JENNIFER C. KUHN (CA SBN 208503)
 jkuhn@zuberlawler.com
ZUBER LAWLER LLP
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 717-7430 / Fax: (213) 596-5621

Attorneys for Defendant
Redbubble Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Y.Y.G.M. SA d.b.a. BRANDY MELVILLE, a Swiss corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>REDBUBBLE INC.,<br><br>  Defendant. | Case No. 2:19-cv-04618-RGK (JPRx)<br><br>**DEFENDANT REDBUBBLE INC.'S NOTICE OF APPEAL** |

Pursuant to the Federal Rules of Appellate Procedure and the Ninth Circuit Appellate Rules, defendant Redbubble Inc. ("Redbubble") gives notice that it hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on July 27, 2021 (Dkt. 206), the July 27, 2021 Order

1

re: Defendant's Motion for Judgment as a Matter of Law (Dkt. 204), and the October 19, 2021 Order re: Defendant's Renewed Motion for Judgment as a Matter of Law (Dkt. 219), along with any prior and subsidiary Orders that gave rise to the Final Judgment.

Pursuant to Ninth Circuit Local Rule 3-2(b), Redbubble's Representation Statement is attached to this Notice.

Dated: November 10, 2021      Respectfully submitted,

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER LLP
JOSHUA M. MASUR
JENNIFER C. KUHN

By: */s/ Kenneth B. Wilson*
      Attorneys for Defendant Redbubble Inc.

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), defendant Redbubble Inc. identifies the following parties to this action and their counsel of record:

1. **Defendant-Appellant Redbubble Inc**.

   Kenneth B. Wilson
   **COASTSIDE LEGAL**
   455 1st Avenue
   Half Moon Bay, CA 94019
   Tel: (650)440-4211
   Fax: (650)440-4851
   ken@coastsidelegal.com

   Joshua M. Masur
   **ZUBER LAWLER LLP**
   2000 Broadway Street, Suite 154
   Redwood City, CA 94063
   Tel: (213) 596-5620
   Fax: (213) 596-5621
   jmasur@zuberlawler.com

   Jennifer C. Kuhn
   **ZUBER LAWLER LLP**
   100 Congress Avenue, Suite 2000
   Austin, TX 78701
   Tel: (512) 717-7430
   Fax: (213) 596-5621
   jkuhn@zuberlawler.com

   Daralyn J. Durie
   Joseph C. Gratz
   Matthaeus Martino-Weinhardt
   **DURIE TANGRI LLP**
   217 Leidesdorff Street
   San Francisco, CA 94111
   Tel: 415-362-6666
   Fax: 415-236-6300
   ddurie@durietangri.com
   jgratz@durietangri.com
   mweinhardt@durietangri.com

1  Allyson R. Bennett
   Moon Hee Lee
2  **DURIE TANGRI LLP**
   53 East 3rd Street
3  Los Angeles, CA 90013
   Tel: 213-992-4499
4  Fax: 415-236-6300
   abennett@durietangri.com
5  mlee@durietangri.com

6

7

8  2.   **Plaintiff-Appellee Y.Y.G.M. SA d.b.a. Brandy Melville**

9  Keith J. Wesley
   Ryan Q. Keech
10 Jason Y. Kelly
   **BROWNE GEORGE ROSS O'BRIEN**
11 **ANNAGUEY & ELLIS LLP**
   2121 Avenue of the Stars, Suite 2800
12 Los Angeles, CA 90067
   Tel: (310) 274-7100
13 Fax: (310) 275-5697
   kwesley@bgrfirm.com
14 rkeech@bgrfirm.com
   jkelly@bgrfirm.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4