```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                              ---

 4       HONORABLE JUDGE R. GARY KLAUSNER, JUDGE PRESIDING

 5                              ---

 6

 7

 8   Y.Y.G.M. SA, a Swiss              )
     Corporation doing business as     )
 9   Brandy Melville,                  )
                                       )
10                                     )
                                       )
11              Plaintiff              )
                                       ) CV NO. 19-4618
12          VS                         )
                                       )
13   REDBUBBLE, INC., et al.,          )
                                       )
14                                     )
                Defendants             )
15   _____)

16

17            Reporter's Transcript of Proceedings
                            VERDICT
18                   Los Angeles, California
                   WEDNESDAY, JUNE 23, 2021
19                        1:30 P.M.

20

21

22

23

24          ANNE KIELWASSER, CRR, RPR, CSR
            Federal Official Court Reporter
            UNITED STATES DISTRICT COURT
25          CENTRAL DISTRICT OF CALIFORNIA
               anne.kielwasser@gmail.com
```

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

**Jason Yuegin Kelly**
Browne George Ross O'Brien Annaguey and Ellis LLP
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067
310-274-7100
Fax: 310-275-5697
E-mail: Jkelly@bgrfirm.com

**Keith J Wesley**
Browne George Ross O'Brien Annaguey and Ellis LLP
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067
310-274-7100
Fax: 310-275-5967
E-mail: Kwesley@bgrfirm.com

ON BEHALF OF THE DEFENDANT:

**Jennifer C. Kuhn**
Zuber Lawler LLP
100 Congress Avenue Suite 2000
Austin, TX 78701
512-717-7430
Fax: 213-596-5621
E-mail: Jkuhn@zuberlawler.com

**Joshua M Masur**
Zuber Lawler LLP
2000 Broadway Street Suite 154
Redwood City, CA 94063
650-434-8538
Fax: 213-596-5621
E-mail: Jmasur@zuberlawler.com

```
13:45:34    1   WEDNESDAY, JUNE 23, 2021                           1:30 P.M.
            2                              ~ ~ ~
            3                             VERDICT
            4                              ~ ~ ~
13:45:34    5          (Following held in the presence of the jury.)
13:45:39    6          THE COURT:  Okay, in this particular matter, I
13:45:44    7   understand that the foreperson is Mr. Goodman?
13:45:49    8          THE FOREPERSON:  Yes.
13:45:49    9          THE COURT:  Okay, let me ask you.  Have you been
13:45:52   10   able to reach a verdict?
13:45:53   11          THE FOREPERSON:  Yes.
13:45:54   12          THE COURT:  And have you dated and signed it and
13:45:56   13   filled it up?
13:45:58   14          THE FOREPERSON:  Yes.
13:45:59   15          THE COURT:  If you could pass it up to the clerk
13:46:04   16   please, through the bailiff.
13:46:08   17              (Document handed.)
13:46:11   18          THE COURT:  Thank you very much.
13:46:28   19              Okay, if you can read the verdict, please.
13:46:31   20          COURT CLERK:  United States District Court,
13:46:38   21   Central District of California.  Y.Y.G.M. SA d/b/a Brandy
13:46:47   22   Melville, a Swiss corporation, plaintiff; versus Redbubble,
13:46:52   23   Inc., a Delaware corporation, defendant.
13:46:54   24              Case No. 19-cv-4618.
13:47:00   25              Verdict form.
```

```
13:47:01   1              We, the jury, in the above entitled case find
13:47:05   2    the following on the questions submitted to us.
13:47:09   3              No. 1:  Did defendant Redbubble
13:47:13   4    contributorily counterfeit the Brandy Melville Heart Mark?
13:47:18   5              The answer is:  Yes.
13:47:19   6              If you answered "yes," then please answer the
13:47:22   7    next two subquestions.
13:47:23   8              A:  Was defendant Redbubble's contributory
13:47:28   9    counterfitting willful?
13:47:31  10              The answer is:  Yes.
13:47:33  11              B:  What is the total amount of statutory
13:47:35  12    damage that you award to plaintiff, Brandy Melville, for
13:47:41  13    defendant Redbubble contributorily counterfeiting the Brandy
13:47:46  14    Melville Heart Mark?
13:47:46  15              $300,000.
13:47:49  16              No. 2.  Did defendant Redbubble
13:47:54  17    contributorily counterfeit the Brandy Melville LA Lightening
13:48:00  18    Mark?
13:48:01  19              The answer is:  Yes.
13:48:02  20              If you answered "yes," then please answer the
13:48:06  21    next two subquestions.
13:48:08  22              Was defendant Redbubble's contributory
13:48:10  23    counterfeiting willful?
13:48:13  24              The answer is:  Yes.
13:48:14  25              B:  What is the total amount of statutory
```

```
13:48:17   1    damages you award to plaintiff Brandy Melville for defendant
13:48:24   2    Redbubble contributorily counterfeiting the LA Lighting Mark?
13:48:29   3               The answer is:  $200,000.
13:48:32   4               Regardless of how you answered questions 1
13:48:36   5    and 2, please answer questions 3, 4, 5 and 6.
13:48:40   6               Question 3:  Did defendant Redbubble
13:48:43   7    contributorily infringe the Brandy Melville Heart Mark?
13:48:48   8               Answer is:  Yes.
13:48:49   9               No. 4:  Did defendant Redbubble
13:48:53  10    contributorily infringe the Brandy Melville Flags Mark?
13:48:58  11               The answer is:  No.
13:48:59  12               No. 5.  Did defendant Redbubble
13:49:03  13    contributorily infringe the Brandy Melville LA Lightening
13:49:09  14    Mark?
13:49:09  15               The answer is:  Yes.
13:49:11  16               No. 6.  Did defendant Redbubble
13:49:15  17    contributorily infringe any of Brandy Melville's unregistered
13:49:21  18    trademarks in the Brandy Melville name or other unregistered
13:49:25  19    variation of Brandy Melville name, including Brandy LA,
13:49:29  20    Brandy Melville USA and Brandy MelvilleUSA.com?
13:49:37  21               The answer is:  Yes.
13:49:38  22               If you answered "yes" to questions 3, 4, 5
13:49:44  23    and 6, then please answer question 7.
13:49:48  24               Question 7:  What is the total amount of
13:49:50  25    defendant Redbubble's profit attributable to Redbubble's
```

```
13:49:54   1    contributory trademark infringement?
13:49:57   2              The answer is:  $20,000.
13:50:00   3              Signed and dated June 23rd, 2021 by the
13:50:04   4    foreperson.
13:50:04   5         THE COURT:  Okay, ladies and gentlemen of the
13:50:07   6    jury, as the verdict was just read to you, is that your
13:50:12   7    verdict, say you one, say you all?
13:50:16   8         THE JURY:  Yes.
13:50:17   9         THE COURT:  Anytime we take a verdict, I'll pole
13:50:18  10    the jury afterwards, which means I'll go to each juror and
13:50:21  11    say:  Is that your individual verdict?  To make sure that
13:50:22  12    everybody has a unanimous verdict.
13:50:23  13              So, Juror No. 1, as the verdict was read by
13:50:28  14    the clerk of the court, does that reflect your own individual
13:50:30  15    verdict?
13:50:30  16         THE JUROR:  Yes.
13:50:30  17         THE COURT:  Juror No. 2?
13:50:30  18         THE JUROR:  Yes.
13:50:34  19         THE COURT:  Juror No. 3?
13:50:35  20         THE JUROR:  Yes.
13:50:36  21         THE COURT:  Juror No. 4?
13:50:37  22         THE JUROR:  Yes.
13:50:39  23         THE COURT:  Juror No. 5?
13:50:42  24         THE JUROR:  Yes.
13:50:44  25         THE COURT:  Juror No. 6.
```

```
13:50:44   1              THE JUROR:  Yes.
13:50:48   2              THE COURT:  Juror No. 7?
13:50:48   3              THE JUROR:  Yes.
13:50:48   4              THE COURT:  Juror No. 8?
13:50:49   5              THE JUROR:  Yes.
13:50:49   6              THE COURT:  The Court will order the verdict to be
13:50:52   7    recorded at this time.
13:50:53   8                    Ladies and gentlemen, I'm now going to lift
13:50:55   9    that obligation not to discuss the case.  You can talk to
13:50:58  10    anybody that you wish to about it.
13:51:00  11                    At this time I'm going to thank you very much
13:51:02  12    for your services.  It was not a long case, but it was a case
13:51:05  13    that took some thinking on your part and analyzation on your
13:51:09  14    part, and I want to tell you how much I appreciate what
13:51:12  15    you've done in that job.
13:51:14  16                    When the trial is over and I release the
13:51:17  17    jury, if you wish, the attorneys can talk to you outside if
13:51:20  18    you want to talk to them, or anybody else can talk to you
13:51:24  19    about the case.  But if you talk with an attorney or anybody
13:51:26  20    else, you're really limited insofar as what you can tell
13:51:30  21    them.  You can tell them about what your thoughts were, but
13:51:33  22    you can't tell them what somebody else in the jury room said,
13:51:37  23    because that's sacred, what went on in the jury room.
13:51:37  24    Everyone should know they're comfortable with what they can
13:51:43  25    say whenever they feel like it.  So, if you want to talk to
```

```
13:51:45   1    them, that's fine, but don't talk about what was discussed in
13:51:49   2    the jury room.
13:51:49   3              If you don't want to talk to them, and the
13:51:52   4    most jurors don't, that's fine too.  We'll make sure the
13:51:55   5    bailiff provides you with a way to leave the courthouse and
13:51:58   6    not talk to anybody.  Okay?
13:52:00   7              Any questions you might have?  If not, thank
13:52:03   8    you very much for your participation.  You're excused at this
13:52:05   9    time.
13:52:06  10              (Following proceedings held outside the presence
13:52:24  11    of the jury.)
13:52:24  12              **THE COURT:**  Okay, let the record the jurors have
13:52:27  13    left.
13:52:27  14              All I wanted to do is make sure that I thank
13:52:30  15    both of you.  I thought this was done very professionally by
13:52:34  16    both sides and the attorneys, and I appreciate that as an
13:52:37  17    officer of the Court the professionalism you've shown.
13:52:42  18              We'll be in recess.
13:52:51  19              (Recess taken.)
13:52:52  20              COURT CLERK:  This Court is adjourned.
          21              (TRIAL CONCLUDED.)
          22
          23
          24
          25
```

```
1                    C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the united states.

8

9

10   /S/Anne Kielwasser
     _____        _11/16/2021_
11   Anne Kielwasser, CSR, RPR              Date
     Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| $ | A | | E | |
|---|---|---|---|---|
| $20,000 [1] - 6:5 | able [1] - 3:13 | comfortable [1] - 8:3 | entitled [1] - 4:4 | JUNE [2] - 1:18, 3:1 |
| $200,000 [1] - 5:6 | adjourned [1] - 8:24 | CONCLUDED [1] - 8:25 | et [1] - 1:13 | June [2] - 3:5, 6:6 |
| $300,000 [1] - 4:18 | afterwards [1] - 6:13 | conference [1] - 9:7 | excused [1] - 8:12 | JUROR [11] - 3:11, 3:14, 3:17, 6:19, 6:21, 6:23, 6:25, 7:2, 7:4, 7:6, 7:8 |
| | al [1] - 1:13 | conformance [1] - 9:6 | | |
| / | amount [3] - 4:14, 5:3, 6:2 | contributorily [8] - 4:7, 4:16, 4:20, 5:5, 5:10, 5:13, 5:16, 5:20 | F | juror [2] - 6:13, 7:7 |
| /S/Anne [1] - 9:10 | analyzation [1] - 7:16 | | Federal [1] - 1:24 | Juror [7] - 6:16, 6:20, 6:22, 6:24, 7:1, 7:3, 7:5 |
| | Angeles [1] - 1:18 | contributory [3] - 4:11, 4:25, 6:4 | fee [1] - 9:5 | jurors [2] - 8:8, 8:16 |
| 1 | Anne [1] - 9:11 | corporation [3] - 1:8, 3:25, 4:1 | fees [1] - 9:5 | jury [10] - 3:6, 3:8, 4:4, 6:9, 6:13, 7:20, 8:1, 8:2, 8:6, 8:15 |
| 1 [2] - 4:6, 6:16 | ANNE [1] - 1:23 | correct [1] - 9:2 | filled [1] - 3:16 | JURY [1] - 6:11 |
| 11/16/2021 [1] - 9:10 | anne.kielwasser@gmail.com [1] - 1:25 | counterfeit [2] - 4:7, 4:20 | fine [2] - 8:5, 8:8 | |
| 19-4618 [2] - 1:11, 3:6 | answer [14] - 4:8, 4:9, 4:13, 4:22, 4:23, 5:2, 5:6, 5:8, 5:11, 5:14, 5:18, 5:24, 6:1, 6:5 | counterfeiting [3] - 4:16, 5:1, 5:5 | Flags [1] - 5:13 | K |
| 19-cv-4618 [1] - 4:2 | | counterfitting [1] - 4:12 | Following [2] - 3:8, 8:14 | Kielwasser [2] - 9:10, 9:11 |
| 1:30 [3] - 1:19, 3:1, 3:5 | answered [4] - 4:9, 4:23, 5:7, 5:25 | COURT [20] - 1:1, 1:24, 3:9, 3:12, 3:15, 3:18, 3:21, 3:23, 6:8, 6:12, 6:20, 6:22, 6:24, 7:1, 7:3, 7:5, 7:7, 7:9, 8:16, 8:24 | following [1] - 4:5 | KIELWASSER [1] - 1:23 |
| 2 | anytime [1] - 6:12 | | foregoing [1] - 9:2 | KLAUSNER [1] - 1:4 |
| 2 [2] - 4:19, 6:20 | appreciate [2] - 7:17, 8:20 | | foreperson [2] - 3:10, 6:7 | Klausner [1] - 3:5 |
| 2021 [4] - 1:18, 3:1, 3:5, 6:6 | attorney [1] - 7:22 | | form [1] - 4:3 | L |
| 23 [3] - 1:18, 3:1, 3:5 | attorneys [2] - 7:20, 8:20 | | G | LA [4] - 4:20, 5:5, 5:16, 5:22 |
| 23rd [1] - 6:6 | attributable [1] - 6:3 | court [1] - 6:17 | GARY [1] - 1:4 | ladies [2] - 6:8, 7:11 |
| | award [2] - 4:15, 5:4 | Court [6] - 1:24, 3:23, 7:9, 8:21, 8:24, 9:11 | gentlemen [2] - 6:8, 7:11 | leave [1] - 8:9 |
| 3 | B | courthouse [1] - 8:9 | Goodman [1] - 3:10 | left [1] - 8:17 |
| 3 [4] - 5:8, 5:9, 5:25, 6:22 | bailiff [2] - 3:19, 8:9 | CRR [1] - 1:23 | H | less [1] - 9:5 |
| | BEHALF [2] - 2:3, 2:8 | CSR [2] - 1:23, 9:11 | handed [1] - 3:20 | lift [1] - 7:11 |
| 4 | Brandy [16] - 1:9, 3:24, 4:7, 4:15, 4:16, 4:20, 5:4, 5:10, 5:13, 5:16, 5:20, 5:21, 5:22, 5:23 | CV [2] - 1:11, 3:6 | Heart [3] - 4:7, 4:17, 5:10 | Lightening [2] - 4:20, 5:16 |
| 4 [4] - 5:8, 5:12, 5:25, 6:24 | | D | held [2] - 3:8, 8:14 | Lighting [1] - 5:5 |
| | | d/b/a [1] - 3:24 | hereby [1] - 9:2 | limited [1] - 7:23 |
| 5 | business [1] - 1:8 | damage [1] - 4:15 | HONORABLE [1] - 1:4 | Los [1] - 1:18 |
| 5 [4] - 5:8, 5:15, 5:25, 7:1 | C | damages [1] - 5:4 | I | M |
| | CALIFORNIA [2] - 1:2, 1:25 | Date [1] - 9:11 | Inc [1] - 4:1 | Mark [7] - 4:7, 4:17, 4:21, 5:5, 5:10, 5:13, 5:17 |
| 6 | California [2] - 1:18, 3:24 | dated [2] - 3:15, 6:6 | INC [1] - 1:13 | matter [2] - 3:9, 9:4 |
| 6 [4] - 5:8, 5:19, 6:1, 7:3 | Case [1] - 4:2 | DEFENDANT [1] - 2:8 | including [1] - 5:22 | means [1] - 6:13 |
| | case [5] - 4:4, 7:12, 7:15, 7:22 | defendant [12] - 4:1, 4:6, 4:11, 4:16, 4:19, 4:25, 5:4, 5:9, 5:12, 5:15, 5:19, 6:3 | individual [2] - 6:14, 6:17 | Melville [14] - 1:9, 3:25, 4:7, 4:15, 4:17, 4:20, 5:4, 5:10, 5:13, 5:16, 5:21, 5:22, 5:23 |
| 7 | CENTRAL [2] - 1:2, 1:25 | defendants [1] - 1:14 | infringe [4] - 5:10, 5:13, 5:16, 5:20 | |
| 7 [3] - 6:1, 6:2, 7:5 | Central [1] - 3:24 | Delaware [1] - 4:1 | infringement [1] - 6:4 | Melville's [1] - 5:20 |
| | certify [1] - 9:2 | deposit [1] - 9:6 | insofar [1] - 7:23 | might [1] - 8:11 |
| 8 | charged [1] - 9:5 | discuss [1] - 7:12 | J | most [1] - 8:8 |
| 8 [1] - 7:7 | circuit [1] - 9:5 | discussed [1] - 8:6 | job [1] - 7:18 | |
| | clerk [2] - 3:18, 6:17 | DISTRICT [4] - 1:1, 1:2, 1:24, 1:25 | JUDGE [2] - 1:4 | |
| | CLERK [2] - 3:23, 8:24 | District [2] - 3:23, 3:24 | Judge [1] - 3:5 | |
| | | Document [1] - 3:20 | judicial [1] - 9:7 | |
| | | done [2] - 7:18, 8:19 | | |

| **N** | **R** | 7:4, 7:5, 7:6, 7:7, 7:8, 7:9, 8:16 |
|---|---|---|
| **name** [2] - 5:21, 5:22<br>**next** [2] - 4:10, 4:24<br>**NO** [1] - 1:11 | **reach** [1] - 3:13<br>**read** [3] - 3:22, 6:9, 6:16<br>**really** [1] - 7:23<br>**recess** [1] - 8:22<br>**Recess** [1] - 8:23<br>**record** [1] - 8:16<br>**recorded** [2] - 7:10, 9:3<br>**REDBUBBLE** [1] - 1:13<br>**Redbubble** [9] - 3:25, 4:6, 4:16, 4:19, 5:5, 5:9, 5:12, 5:15, 5:19<br>**Redbubble's** [4] - 4:11, 4:25, 6:3<br>**reduction** [1] - 9:6<br>**reflect** [1] - 6:17<br>**regardless** [1] - 5:7<br>**regulations** [1] - 9:7<br>**release** [1] - 7:19<br>**Reporter** [2] - 1:24, 9:11<br>**Reporter's** [1] - 1:17<br>**room** [3] - 8:2, 8:3, 8:6<br>**RPR** [2] - 1:23, 9:11 | **thinking** [1] - 7:16<br>**thoughts** [1] - 7:25<br>**took** [1] - 7:16<br>**total** [3] - 4:14, 5:3, 6:2<br>**trademark** [1] - 6:4<br>**trademarks** [1] - 5:21<br>**transcript** [2] - 9:3, 9:5<br>**Transcript** [1] - 1:17<br>**trial** [1] - 7:19<br>**TRIAL** [1] - 8:25<br>**true** [1] - 9:2<br>**two** [3] - 4:10, 4:24, 5:8 |
| **O** | | **U** |
| **obligation** [1] - 7:12<br>**OF** [4] - 1:2, 1:25, 2:3, 2:8<br>**officer** [1] - 8:21<br>**Official** [1] - 1:24<br>**official** [1] - 9:11<br>**ON** [2] - 2:3, 2:8<br>**one** [2] - 5:7, 6:10<br>**order** [1] - 7:9<br>**outside** [2] - 7:20, 8:14<br>**own** [1] - 6:17 | | **unanimous** [1] - 6:15<br>**UNITED** [2] - 1:1, 1:24<br>**united** [1] - 9:7<br>**United** [1] - 3:23<br>**unregistered** [2] - 5:20, 5:21<br>**up** [2] - 3:16, 3:18<br>**USA** [1] - 5:23<br>**USA.com** [1] - 5:23 |
| **P** | **S** | **V** |
| **P.M** [2] - 1:19, 3:1<br>**p.m.** [1] - 3:5<br>**part** [2] - 7:16, 7:17<br>**participation** [1] - 8:12<br>**particular** [1] - 3:9<br>**pass** [1] - 3:18<br>**plaintiff** [4] - 1:11, 3:25, 4:15, 5:4<br>**PLAINTIFF** [1] - 2:3<br>**pole** [1] - 6:12<br>**presence** [2] - 3:8, 8:14<br>**PRESIDING** [1] - 1:4<br>**proceedings** [2] - 8:14, 9:3<br>**Proceedings** [1] - 1:17<br>**professionalism** [1] - 8:21<br>**professionally** [1] - 8:19<br>**profit** [1] - 6:3<br>**PROSPECTIVE** [3] - 3:11, 3:14, 3:17<br>**provides** [1] - 8:9 | **SA** [2] - 1:8, 3:24<br>**sacred** [1] - 8:2<br>**services** [1] - 7:15<br>**shown** [1] - 8:21<br>**sides** [1] - 8:20<br>**signed** [2] - 3:15, 6:6<br>**STATES** [2] - 1:1, 1:24<br>**states** [1] - 9:7<br>**States** [1] - 3:23<br>**statutory** [2] - 4:14, 5:3<br>**stenographically** [1] - 9:3<br>**submitted** [1] - 4:5<br>**subquestions** [2] - 4:10, 4:24<br>**Swiss** [2] - 1:8, 3:25 | **variation** [1] - 5:22<br>**verdict** [13] - 1:17, 3:6, 3:13, 3:22, 4:3, 6:9, 6:10, 6:12, 6:14, 6:15, 6:16, 6:18, 7:9<br>**VERDICT** [1] - 3:3<br>**versus** [1] - 3:25<br>**vS** [1] - 1:12 |
| | | **W** |
| | | **WEDNESDAY** [2] - 1:18, 3:1<br>**Wednesday** [1] - 3:5<br>**willful** [2] - 4:12, 5:1<br>**wish** [2] - 7:13, 7:20 |
| **Q** | **T** | **Y** |
| **questions** [5] - 4:5, 5:7, 5:8, 5:25, 8:11 | **THE** [27] - 2:3, 2:8, 3:9, 3:12, 3:15, 3:18, 3:21, 6:8, 6:11, 6:12, 6:19, 6:20, 6:21, 6:22, 6:23, 6:24, 6:25, 7:1, 7:2, 7:3, | **Y.Y.G.M** [2] - 1:8, 3:24 |