1                  UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3           HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5   Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,   )
    a Swiss corporation,                  )
6                                         )
                    PLAINTIFF,            ) CASE NO.
7                                         )
            vs.                           ) CV 19-04618-RGK
8                                         )
    REDBUBBLE, INC., a Delaware           )
9   corporation,                          ) VOLUME 1
                                          ) PAGES 1 TO 214
10                  DEFENDANT.            )
    _____)
11

12

13

14                   REPORTER'S TRANSCRIPT OF
                         TRIAL DAY 1
15              THURSDAY, JUNE 17, 2021
                         9:05 A.M.
16              LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23   _____

24          MIRANDA ALGORRI, CSR 12743, RPR, CRR
            FEDERAL OFFICIAL COURT REPORTER
            350 WEST 1ST STREET, SUITE 4455
25          LOS ANGELES, CALIFORNIA 90012
            MIRANDAALGORRI@GMAIL.COM

1          **APPEARANCES OF COUNSEL:**

2

3  **FOR THE PLAINTIFF:**

4      BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
       BY:  KEITH J. WESLEY
5      BY:  JASON Y. KELLY
       2121 Avenue of the Stars
6      Suite 2800
       Los Angeles, California 90067
7

8
   **FOR THE DEFENDANT:**
9
       ZUBER LAWLER & DEL DUCA, LLP
10     BY:  JOSHUA M. MASUR
       BY:  JENNIFER KUHN
11     BY:  HEMING XU
       2000 Broadway Street
12     Office 154
       Redwood City, California 94063
13

14

15

16

17

18

19

20

21

22

23

24

25

1                     **INDEX OF WITNESSES**

2

3    **WITNESSES**                                                    **PAGE**

4    RIANNA, Salvatore

5            Direct examination by Mr. Wesley              97
             Cross-examination by Masur                    159
6            Redirect examination by Mr. Wesley            205
             Recross-examination by Mr. Masur              207
7

8    Walters, Terry

9            Direct examination by Mr. Kelly               209

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 5 | USPTO Certificate for Registration | 161 | 161 |
| 6 | USPTO Certificate for Registration | 116 | 116 |
| 7 | USPTO Certificate for Registration | 123 | 123 |
| 8 | Brandy Melville Presentation | 182 | 182 |
| 10 | Correspondence | 129 | 129 |
| 110 | Search Results | 133 | 133 |
| 144 | Brandymelvilleusa Instagram | 107 | 107 |
| 155 | E-mail | 175 | 175 |
| 160 | Wesley Letter to Masur | 150 | 150 |
| 160 PG 10 | Wesley Letter to Masur | 201 | 201 |
| 162 | Wesley Letter to Masur | 152 | 152 |
| 181 | Partial Screenshot of Product Listing | 136 | 136 |
| 183 | Partial Screenshot of Product Listing | 139 | 139 |
| 187 PG 1 | Screenshot of Product Listing | 141 | 141 |
| 189 | Screenshot of Search Results | 156 | 156 |
| 200 | News Article | 110 | 110 |
| 214 | Celebuzz Article | 111 | 111 |
| 221 | LA Lightning Apparel | 124 | 124 |

1

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 222 | LA Lightning Apparel | 124 | 124 |
| 223 | Brandy Melville Graphics | 104 | 104 |
| 225 | Image of LA Lightning Apparel | 126 | 126 |
| 288 | Images of Brandy Melville Products and Tags | 120 | 120 |
| 294 | Partial Snapshot of Redbubble Webpage | 144 | 144 |
| 328 PG 5 | Images of Signs | 101 | 101 |
| 328 | Images of Signs | 113 | 113 |
| 369 | Redbubble HaleyShore Page | 147 | 147 |
| 375 | California 1984 Apparel | 145 | 145 |
| 376 | California 1984 Products | 146 | 146 |
| 403 | Artist Shop Webpage | 148 | 148 |

**THURSDAY, JUNE 17, 2021; 9:05 A.M.**

**LOS ANGELES, CALIFORNIA**

-oOo-

09:05AM   THE CLERK:  Calling item No. 1, case No. CV 19-4618, Y.Y.G.M. SA versus Redbubble, Incorporated.

Counsel, please state your appearances.

MR. WESLEY:  Good morning, Your Honor.

Keith Wesley and Jason Kelly for the plaintiff.

09:05AM   THE COURT:  Counsel.

MR. MASUR:  Good morning, Your Honor. Joshua Masur, Heming Xu, and Jennifer Kuhn.

THE COURT:  Thank you, counsel.

Counsel, I just wanted to make sure everyone was 09:05AM   here, ready to go and make sure there weren't any problems. The jury is going to be coming in at -- hopefully we're gunning for a quarter to 10:00.  So you have about 45 minutes to get any preparation you need until they get in here.

A couple things I wanted to go over with you.  I 09:06AM   still need -- I didn't find it.  I need a short statement of the case.  I got a statement of the case, but it went on for paragraphs.  A short statement of the case is maybe two sentences.  We don't have to have the names or anything else. I just want the jury to know what the case is about such as 09:06AM   plaintiff says they have a trademark and they say that someone

working with the defendant has violated that trademark and the

defendant is contributorily negligent.  That's it.

We don't have to get into names, how it happened.

You will get plenty of time in opening statement to get into

09:06AM   that.  I want it about that short, just so they know, as I said

before, whether or not this is a murder case or whether or not

this is -- just a very short thing so the jury will know what

type of case this is.

MR. MASUR:  So basically take out the specifics

09:06AM   about each party from the statement that we did.  We did a

three-sentence statement.

THE COURT:  Yes.  Three-sentence is something I'm

looking for.  Something very, very short.

MR. MASUR:  Okay.

09:07AM   THE COURT:  Second thing I wanted to mention to

you is on exhibits, because I didn't mention this in pretrial.

I normally do, and I apologize.  On exhibits, only those things

that are referred to by the witness and testified to will be

received.  Let me give you an example.  Let's say you have a

09:07AM   hundred-page document about the process you went through.

Those pages that the witness testifies to can come in.  It may

be three pages.  Only three pages out of that hundred-page

document can come in.  The whole document doesn't come in.

Only the pages and only the paragraphs or whatever that the

09:07AM   witnesses are testifying to.  I want to make sure that we

1    understood that also.

2               I have reviewed it again.  It looks like about

3    four hours per side.  I think I mentioned that to you before.

4    I do that off a running clock.  So I will be able to tell you

09:07AM   5    at the end of the day how much time you have left.  Those of

6    you that are mathematicians can tell me.  I think that four

7    hours is about 480 minutes.  Does that sound about right?  Do

8    we have any mathematicians in here?

9               MS. ELKINS:  240 minutes per side.  480 total.

09:08AM  10               THE COURT:  Try that again.  Four hours is how

11    many minutes?

12               MS. ELKINS:  240 minutes.

13               THE COURT:  Per side though.

14               MS. ELKINS:  Right.

09:08AM  15               THE COURT:  I thought you meant in total.  So I

16    will tell you how many minutes you have left at the end of

17    every day if that helps you out any.

18               Opening statement, I have concerted that.  That

19    should be 20 minutes, and that is also off a running clock.  I

09:08AM  20    have a new technology here that has a chess clock on it that

21    will give you, when you're giving your opening statement, the

22    same time.  I don't know if I can use it or not.  I can try it.

23    It will be about 20 minutes.  When you get to 20 minutes, if

24    you want three or four minutes before or five minutes before,

09:09AM  25    tell me whatever you want.  I will certainly give you notice

       1    saying you have five minutes left if you would like that.  I

       2    don't know if you would or not.  Would you like that?

       3                    MR. MASUR:  Sure.

       4                    THE COURT:  About five minutes before the end?

09:09AM  5                    MR. MASUR:  That would be great.  Thank you,

       6    Your Honor.

       7                    MR. WESLEY:  Sure, Your Honor.

       8                    THE COURT:  You got it.  All right.  I will try

       9    the clock.  I don't know if it's going to work or not, but we

09:09AM 10    will pretend like it's not going to work, and I will tell you

      11    as we go through the case.

      12                    They should be on their way down.  You have

      13    questions I can tell by your body language.

      14                    Counsel.

09:09AM 15                    MR. WESLEY:  Thank you, Your Honor.

      16                    I'm not sure if the Court saw, but late last

      17    night we submitted to the Court a fairly extensive list of

      18    exhibits that we agreed can be pre-admitted, and I don't know

      19    how the Court --

09:09AM 20                    THE COURT:  Let me talk to you about that.  As

      21    long as you agree on that, no problem.  But the problem is

      22    this.  Before something is displayed or given to the jury, it

      23    has to be admitted first.  We have run into problems when both

      24    sides have agreed on something and you start talking about the

09:09AM 25    exhibit.  You have to say I'd like to move Exhibit 4 into

```
 1   evidence, a documentary by John Smith, and the Court will say,

 2   if there is no objection -- and there won't be if you already

 3   agreed on it -- it will be received and then publish it.  But

 4   don't publish it before the Court receives it.  Does that make

 5   sense?

 6                 MR. WESLEY:  Absolutely.

 7                 THE COURT:  Okay.  But, again, the two of you

 8   agree on it, I almost don't care.

 9                 Anything else?

10                 MR. MASUR:  Your Honor, I think probably both

11   want to hear confirmation on the motions in limine.

12                 THE COURT:  Yes.  I went over that again last

13   night.  The tentatives I gave you will be the ruling of the

14   Court.  Now, remember what I said before.  Motions in limine

15   are rulings that are, quote, tentative insofar as, if evidence

16   comes in that all of a sudden makes it relevant, I may change

17   it.  In other words, motions in limine really are going to make

18   sure you don't say things in opening statement that aren't

19   going to come in.  So they don't come in until I approve they

20   come in if I have excluded them during motions in limine.

21                 MR. MASUR:  Just to clarify then, Your Honor, so

22   the plaintiff is allowed to have witnesses testify who were not

23   on the Rule 26 --

24                 THE COURT:  Yes.  Anything else?

25                 MR. MASUR:  Yes, Your Honor.  I wanted to have
```

09:10AM (line 5)
09:10AM (line 10)
09:10AM (line 15)
09:11AM (line 20)
09:11AM (line 25)

guidance on the party representative.  We're allowed to have

one party representative at counsel table; correct?

        THE COURT:  If you can fit them in.  The problem

is logistics.

09:11AM        MR. MASUR:  Yes.

        THE COURT:  You have one.

        MR. MASUR:  Yes.  I also wanted to make sure.

Does that person have to be affiliated with the party?

        THE COURT:  Yes.

09:11AM        MR. MASUR:  Because I think -- I don't know the

status of opposing counsel.  Maybe something has changed in the

past year.  I believe Ms. Elkins is not affiliated with the

plaintiff, Your Honor.

        THE COURT:  I don't know if they are affiliated.

09:11AM Why don't the two of you work that out.  That should be pretty

easy to work out.  But you say can you have a representative?

Well, if you have three attorneys, you won't have room for a

representative.  But, again, one representative from each side

can be at the table.

09:12AM        I like what you said as far as that you have

agreed on some evidence coming in.  As I have said before, the

more you can agree on yourself, the more I will probably allow

time.

        Anything else?  You have a few minutes to get

09:12AM ready, and hopefully we will get to witnesses today.  Probably

1    first thing in the afternoon.

2              We will be breaking a little differently than I

3    indicated before.  I indicated before we will go from 8:30

4    until 11:30, hour and a half for lunch, and then 1:00 o'clock

09:12AM    5    until 3:00 o'clock.  That's during trial.  Because we don't

6    start on time here because this is the first day of the jury

7    trial, we will go until I decide to break, but it will probably

8    be between 11:30 and 12:00, but we will come back in at

9    1:00 o'clock and start the afternoon at 1:00 o'clock.

09:12AM   10              Thank you.

11              (A recess was taken at 9:12 a.m.)

12              (The following proceedings were held in

13              open court in the presence of the jury:)

14              THE CLERK:  Calling case No. CV 19-4618,

09:48AM   15    Y.Y.G.M. SA versus Redbubble, Incorporated, et al.

16              Counsel, please state your appearances.

17              MR. WESLEY:  Good morning.  Keith Wesley and

18    Jason Kelly for the plaintiff.

19              THE COURT:  Thank you, counsel.

09:48AM   20              MR. MASUR:  Good morning.  Joshua Masur and

21    Jennifer Kuhn for the defendant.

22              THE COURT:  Thank you, counsel.

23              The jury has been sworn in?

24              THE CLERK:  Yes, Judge.

09:49AM   25              THE COURT:  Okay.  Good morning, ladies and

```
 1   gentlemen.  The trial before us -- let me talk to you a little
 2   bit about it.  First of all, let me tell you what the case is
 3   going to be about.  The allegations in this matter is that the
 4   plaintiff, Y.Y.G.M., known as or doing business as
 5   Brandy Melville, asserts that the defendant, Redbubble,
 6   Incorporated, and Redbubble Incorporated disputes that it is
 7   liable to contributory trademark infringement and
 8   counterfeiting rising from an unauthorized use of a certain
 9   trademark that the plaintiff says they possess and the
10   defendant used.  So it's a trademark case.
11            Should be -- you're fortunate -- you're
12   unfortunate so far as you're called for jury duty.  You're
13   fortunate insofar as it's going to be a short case.  We should
14   be able to finish this case in just a few days.  So that's good
15   news for you.
16            At this time what I'd like to do is have the --
17   the attorneys introduce themselves and their parties and any
18   witnesses they intend to call.  I will have both introduce.
19   We're doing this because we want to find out whether or not you
20   know any of the people involved in this trial.
21            Okay.  Counsel.
22            MR. WESLEY:  Thank you, Your Honor.
23            Good morning.  Keith Wesley.  I represent the
24   plaintiff.  I'm joined by my partner here Jason Kelly and our
25   client representative Madison Elkins.  She will also be
```

09:49AM — lines 5
09:49AM — line 10
09:50AM — line 15
09:50AM — line 20
09:50AM — line 25

```
 1   testifying in the trial.  Also testifying for us will be a

 2   gentleman named Sal Rianna who just stood up and waved, and we

 3   also may have a couple other witnesses by the names of

 4   Phil Paley, Terry Walters, and Francisco Cuellar.

 5                THE COURT:  All right.  Do they all live in this

 6   area, those three?

 7                MR. WESLEY:  Those three do, yes.

 8                THE COURT:  All right.  Thank you very much.

 9   Counsel.

10                MR. MASUR:  Thank you, Your Honor.

11                Ladies and gentlemen, my name is Joshua Masur,

12   and I represent Defendant Redbubble.  With me is my partner

13   Jennifer Kuhn.  Our associate Heming Xu may be in and out.

14                Let's see.  Our client representative is

15   Ms. Corina Davis from Redbubble.  And other witnesses you will

16   be hearing from from Redbubble include at least Mr. James Toy,

17   known as Jimmy, Ms. Kate Rickert, and possibly

18   Mr. Drew Brosnan, all of whom live in the Bay Area.

19                THE COURT:  Thank you very much, counsel.

20                All right.  Ladies and gentlemen, first of all,

21   let me talk to you.  I'm going to be addressing almost all my

22   questions at this time to the 14 jurors sitting over here.

23   Keep in mind that doesn't mean you're off the hook.  You have

24   to participate as much as they do and think about what your

25   answers might be because I'm going to be asking them specific
```

questions and they may or may not be seated on the jury at the end.  They may be challenged off or not.  If they are, you can be called in to take their place, and we will be asking you questions.

09:52AM        And, you know, without repeating every question to every juror, which will keep us here and it will no longer be a short case -- we will be here until Christmas -- think about what your answers would have been because the first thing I'm going to ask when you get into those seats, have you

09:52AM listened to all the questions that have been asked of the jurors, and is there anything you should call to our attention?  Is there anything where your answers would differ?  Those of you sitting in the middle here, do the same work as the jurors over here as far as thinking of what your responses would be.

09:52AM        By the way, if you can't see something or hear something, raise your hand, and let us know because it's just as important that you see and hear everything as the jurors over here.

        Let me get to the 14 jurors over here.  Is there

09:53AM anybody -- the reason -- he held up a mic.  The reason he held up the mic is normally we would pass that mic to the people who are speaking because the reporter here during these entire proceedings will be taking down everything that is being said by myself, by the attorneys, by witnesses, but also by any

09:53AM jurors.  So we have to make sure we can hear what you say.

```
  1   Some of you are loud enough you don't need a mic, but we do

  2   have to make sure she knows exactly what's being said.

  3              All right.  We asked -- we have introduced all

  4   the parties that will be involved in the case.  We have told

  5   you a little bit about what the case is involving.  So my

  6   question to you is, before we get started, does anybody know

  7   anything about this case or any of the witnesses that have been

  8   mentioned here or any of the parties that have been mentioned

  9   here?

 10              (Jury responds in the negative.)

 11              THE COURT:  I am assuming from your answer -- let

 12   me ask this question.  How many of you have served on a jury

 13   through deliberation before?  Can you raise your hands?  One.

 14   Okay.  That's what I suspected.

 15              There are two ways to conduct a jury trial and

 16   voir dire of the jury.  One is to ask each individual juror

 17   what their answers would be on every question.  I could go

 18   through all 14 and say, do you know anybody, et cetera.  That

 19   takes a lot of time.  It's much easier if I can ask questions

 20   in general and have the entire jury respond because we can save

 21   time that way and move on.

 22              In that last question that I asked, about half of

 23   you said "yes" and raised your hand, and the rest looked at me

 24   like what am I doing here?  If you can all respond, then we can

 25   move on, and we don't have to ask individual jurors.  So
```

```
 1      hopefully, when I ask a question, let me know what the answer

 2      would be.  Let me know if it's yes, no, whatever it is.  Stand

 3      up, yell.  I don't care what it is.  Let me know what the

 4      answer is so we can make this more efficient.  So let me try

 5      again.

 6              Does anybody know anybody involved in this case

 7      or any of the facts in this case?

 8              (Jury responds in the negative.)

 9              THE COURT:  Since we have new jurors here that

10      have never sat on juries before, let me talk to you about what

11      the -- what your duty is, why you're here.  The duty of the

12      jury is really twofold.  The first duty that you have is to

13      determine what the facts of the case are.  Second duty is to

14      apply the law that I give to you at the end of the case.

15              Let me talk about those two functions that you

16      have.  The first function, you must determine what the facts of

17      the case are.  Well, how the devil are you going to do that?

18      You already told me you don't know anything about this case.

19      Well, the law is very clear.  What it says is you must

20      determine what the facts of the case are from and only from the

21      evidence received during the trial.

22              Does that really help much because what's

23      evidence?  You have no idea.  Well, evidence the law also

24      defines as the testimony of witnesses here under oath, the

25      exhibits that are received during the course of the trial, and
```

09:55AM (line 5)
09:55AM (line 10)
09:55AM (line 15)
09:55AM (line 20)
09:56AM (line 25)

anything both sides have stipulated to.  Those three things and only from those three things you have to determine what the evidence of the case is.  Once you determine what those facts are, then you will apply the law to them.

09:56AM    Let me talk to you about that first -- I want to make sure you understand.  How many of you have done -- if you can raise your hand.  How many of you have done or watch people do jigsaw puzzles?  Okay.  Everybody has.  I thought so.  That's a good example.  On a jigsaw puzzle, what do you do?

09:56AM    You throw the pieces on the table, you put the box top up there, and you start putting the pieces together.

In this trial, we're asking you, when you put those pieces together, what do you get?  We're not asking you what's on the box top.  Nobody is asking you what happened on a

09:57AM    particular day, at a particular time, at a particular location.  We're asking you what does the evidence show happened on a particular day, at a particular time.  So you might have a box top that has a horse on it, and you're putting this together, and you have a dog here.  We don't care about what the box top

09:57AM    says.  We care about what the evidence shows when you put those pieces together.  You don't add pieces.  You don't take pieces away.  You take the pieces that you're given, and you put it together, and you tell us what it is.

Some people are a little confused on that because

09:57AM    they don't understand that being a juror -- being a judge

1    also -- should be a very humbling experience.  This sounds

2    terrible, but nobody really cares what you think.  What we care

3    is what your determination is when you look at the evidence to

4    tell us what the facts are.  It's almost like a computer.  You

09:58AM    5    tell us what the facts say -- or you tell us what the evidence

6    shows the facts say, and then you take that evidence, and you

7    apply the law that I give to you at the end of the case.

8             It's very important that you realize that it's

9    not about how you want the case to come out.  It's not about

09:58AM   10    what you would like the evidence to say.  I have decided

11    hundreds of cases where I haven't liked the results, but that's

12    what the evidence of the law says.  So that's what we're asking

13    you is how fair can you be?  Because both sides are entitled to

14    a fair trial.  They're entitled to you looking at the evidence,

09:58AM   15    from that evidence tell us what the facts are, whether you like

16    it or not, what the facts are, and then applying the law that I

17    give to you at the end of the case.

18             Let me talk about the second duty, applying the

19    law that I give to you at the end of the case.  Again, it's not

09:58AM   20    what you would like the law to be.  If you don't like the law,

21    go up to Sacramento and change it or go back to

22    Washington, D.C. and change it.  But we have to apply the same

23    set of laws.  If we didn't -- if I had ten people here and I

24    said, what do you think the law should be, I'm going to get ten

09:59AM   25    different responses.  So if we have ten people judging on what

1    they thought it should be, you're going to be subject to ten

2    different people saying, well, it should be this or that.  That

3    would ruin the continuity of what a jury trial is all about.

4              So you apply the law that I give to you at the

09:59AM    5    end of the case which is the same law that everybody applies.

6    Whether you like it or not, you apply that law to it, and you

7    tell us what your verdict is.  This is the evidence.  These are

8    the facts.  Apply the law to those facts, and this is the

9    verdict.  Oddly enough, it's not whether you like that verdict

09:59AM   10    or not.  It is what is the verdict when you do those two

11    things.

12              I know that's pretty basic.  Sometimes it's

13    confusing.  Do you all understand what I'm talking about as far

14    as your duty as a juror and how important it is that you carry

09:59AM   15    that so both sides get a fair trial on it?  Any problems with

16    that?  Everybody think they can do that?  Okay.

17              I told you I was going to ask questions in

18    general, but let me get into specific questions now.  Then I

19    will go back to the questions in general.  I'm going to go back

10:00AM   20    and ask you a couple questions.  Unlike school, I'm going to

21    give you the questions before I ask them so you know what the

22    test is all about.  It's not that difficult.  Most of you can

23    answer the questions.  One will be what is your name.  Second

24    one is what is your occupation?  Third one is is there anyone

10:00AM   25    in the household that works outside of the household and what

1    is their occupation?  The other question is what area do you

2    live in?  We don't want your street address.  But if you live

3    in Covina, say you live in Covina.  If you say L.A. be a little

4    more specific -- South L.A. or East L.A. or West L.A.  Just the

10:00AM    5    general area that you live in.

6              Then I might ask some follow-up questions to the

7    jurors as I go through each one individually.  Don't take it

8    personally.  The questions really ought to be taken more or

9    less for the purpose of trying to instruct the jury on what

10:00AM    10    their duties are.  So as we go through this, I will start with

11    Juror No. 1 then.

12             Juror No. 1 -- by the way, I have referred to you

13    as numbers because, when people get challenged, et cetera, you

14    will be moving around a little bit.  Your number is where

10:01AM    15    you're sitting, and we have it on the back there so you can

16    look at your number.

17             PROSPECTIVE JUROR WONG:  Sure.

18             THE COURT:  Juror No. 1, can we have your name,

19    please?

10:01AM    20             PROSPECTIVE JUROR WONG:  Daniel Wong.

21             THE COURT:  First of all, what area do you live

22    in?

23             PROSPECTIVE JUROR WONG:  Monrovia, California.

24             THE COURT:  What is your occupation?

10:01AM    25             PROSPECTIVE JUROR WONG:  Customer service.

```
 1                      THE COURT:  Is there anyone in the home that

 2         works outside of the home?

 3                      PROSPECTIVE JUROR WONG:  Yes.

 4                      THE COURT:  What type of occupation?

 5                      PROSPECTIVE JUROR WONG:  Food service.

 6                      THE COURT:  Food service.  Now, again, your

 7         occupation is what again?

 8                      PROSPECTIVE JUROR WONG:  Customer service for

 9         safety company.

10                      THE COURT:  What company?

11                      PROSPECTIVE JUROR WONG:  Safety company.

12                      THE COURT:  Okay.  Do you have any relationship

13         or contact with any type of clothing industry?

14                      PROSPECTIVE JUROR WONG:  No, sir.

15                      THE COURT:  In your job I'm talking about.  In

16         your job, do you get into anything that deals with trademarks?

17                      PROSPECTIVE JUROR WONG:  No.

18                      THE COURT:  Okay.  So it's telling me that you're

19         pretty neutral on all of that.  You have no preconceived ideas

20         in a case like this?

21                      PROSPECTIVE JUROR WONG:  Yes, Your Honor.

22                      THE COURT:  Do you feel you can do that duty that

23         I said, and that is tell us what the facts are whether you like

24         them or not, apply the law to them and let the cards fall as

25         they may, you tell us what the verdict is?
```

10:01AM (line 5)
10:01AM (line 10)
10:01AM (line 15)
10:02AM (line 20)
10:02AM (line 25)

```
 1                    PROSPECTIVE JUROR WONG:  Yes, Your Honor.

 2                    THE COURT:  Thank you very much.

 3                    Juror No. 2.

 4                    PROSPECTIVE JUROR CRIST:  Cory Crist.  Cudahy.

 5                    THE COURT:  Okay.  I know where it is.

 6    Occupation?

 7                    PROSPECTIVE JUROR CRIST:  Accounts receivable.

 8                    THE COURT:  Is there anyone in the home that

 9    works outside the home?

10                    PROSPECTIVE JUROR CRIST:  Yes.  Wife works at a

11    clothing industry warehouse.

12                    THE COURT:  Okay.  Now, along those lines, again,

13    we're dealing with trademarks.  I'm sure they deal with

14    clothing and other things like that.  Does she deal with any of

15    the parties in this case?

16                    PROSPECTIVE JUROR CRIST:  No, Your Honor.

17                    THE COURT:  Okay.  Is there anything -- if you

18    hear something, this is the way it is in the clothing industry,

19    you have to leave that out of this case because you're limited

20    to just what comes into this case.  You don't see any problem

21    bringing that into this case?

22                    PROSPECTIVE JUROR CRIST:  No, Your Honor.

23                    THE COURT:  So you feel you can be fair and

24    impartial and judge it on the facts as they come out here in

25    court?
```

```
 1                    PROSPECTIVE JUROR CRIST:  Yes, Your Honor.
 2                    THE COURT:  Thank you very much.
 3                    Juror No. 3.
 4                    PROSPECTIVE JUROR BAUTISTA:  My name is
 5         Myla Bautista.
 6                    THE COURT:  I think we're going to need a mic.
 7                    PROSPECTIVE JUROR BAUTISTA:  Sorry.
 8                    THE COURT:  That's okay.
 9                    PROSPECTIVE JUROR BAUTISTA:  My name is
10         Myla Bautista.
11                    THE COURT:  What area do you live in?
12                    PROSPECTIVE JUROR BAUTISTA:  I'm sorry?
13                    THE COURT:  What area?
14                    PROSPECTIVE JUROR BAUTISTA:  Glendale,
15         California.
16                    THE COURT:  Okay.  What is your occupation?
17                    PROSPECTIVE JUROR BAUTISTA:  Registered nurse.
18                    THE COURT:  Okay.  For what -- is it for a
19         hospital?
20                    PROSPECTIVE JUROR BAUTISTA:  Yeah.  For a
21         hospital.
22                    THE COURT:  What hospital is it?
23                    PROSPECTIVE JUROR BAUTISTA:  Mission Community
24         Hospital.
25                    THE COURT:  Okay.  And is there anyone in the
```

10:03AM (line 5)
10:03AM (line 10)
10:03AM (line 15)
10:03AM (line 20)
10:04AM (line 25)

1  home who works outside of the home?

2          PROSPECTIVE JUROR BAUTISTA:  Yes.  My husband

3  works in medical records -- medical records.

4          THE COURT:  So you're both kind of in medicine.

5          PROSPECTIVE JUROR BAUTISTA:  Yes.

6          THE COURT:  Okay.  Sounds to me like -- well, let

7  me ask you.  It sounds like you don't have any affiliation with

8  products such as clothing or anything like that -- is that

9  correct? -- other than buying it obviously?

10          PROSPECTIVE JUROR BAUTISTA:  Yeah.

11          THE COURT:  Do you ever get involved with

12  trademarks or any type of copyright or trademarks?

13          PROSPECTIVE JUROR BAUTISTA:  No.  No.

14          THE COURT:  So you feel you can be fair to both

15  sides in this case?

16          PROSPECTIVE JUROR BAUTISTA:  Yes.

17          THE COURT:  Okay.  Next juror, please.

18          PROSPECTIVE JUROR JOHNSON:  My name is Fredrick

19  Johnson.

20          THE COURT:  Okay.

21          PROSPECTIVE JUROR JOHNSON:  I'm from

22  Santa Monica.

23          THE COURT:  Okay.

24          PROSPECTIVE JUROR JOHNSON:  I'm a student.

25          THE COURT:  Okay.  Anyone in the home that works

1    outside the home?

2              PROSPECTIVE JUROR JOHNSON:  No.

3              THE COURT:  As a student, what subjects are you

4    taking?

10:05AM  5              PROSPECTIVE JUROR JOHNSON:  Computer science.

6              THE COURT:  What school are you in?

7              PROSPECTIVE JUROR JOHNSON:  Santa Monica College.

8              THE COURT:  Now, does any of your studies deal

9    with law at all?

10:05AM  10              PROSPECTIVE JUROR JOHNSON:  No.

11              THE COURT:  Okay.  Can you think of anything at

12   all, anything in your background that might have an effect on

13   this case that you might bring into this case?

14              PROSPECTIVE JUROR JOHNSON:  Not that I can think

10:05AM  15   of, Your Honor.

16              THE COURT:  Okay.  So you kind of have an empty

17   slate in front of you?

18              PROSPECTIVE JUROR JOHNSON:  Yes, Your Honor.

19              THE COURT:  You can tell us what the facts say

10:05AM  20   whether you like them or not?

21              PROSPECTIVE JUROR JOHNSON:  Yes, Your Honor.

22              THE COURT:  It's not whether we like one side or

23   the other.  It's these are what the facts are.

24              I'm going to ask you -- this is the most

10:05AM  25   difficult question.  How are you going to get that microphone

```
  1   all the way down to Juror No. 6?

  2                 PROSPECTIVE JUROR JOHNSON:  I'm going to move --

  3                 THE COURT:  Okay.  I couldn't see you through the

  4   plexiglass.  Can we have your name, please?

  5                 PROSPECTIVE JUROR SALINAS:  Consuelo Salinas.

  6                 THE COURT:  What area do you live in?

  7                 PROSPECTIVE JUROR SALINAS:  Sun Valley.

  8                 THE COURT:  What is your occupation?

  9                 PROSPECTIVE JUROR SALINAS:  I'm an attendant at

 10   the post office.

 11                 THE COURT:  Anybody in your household that works

 12   outside the house?

 13                 PROSPECTIVE JUROR SALINAS:  No.  My husband is

 14   retired.

 15                 THE COURT:  Okay.  By the way, if he's retired,

 16   do me a favor and tell me what you were before you were retired

 17   because I get very jealous when you say retired.

 18                 PROSPECTIVE JUROR SALINAS:  Construction.

 19                 THE COURT:  Is there anything about this case --

 20   we told you a little bit about it.  Do you have any

 21   relationship or knowledge or anything about trademarks or the

 22   clothing industry or anything like that?

 23                 PROSPECTIVE JUROR SALINAS:  No, Your Honor.

 24                 THE COURT:  So you feel you can be very fair in

 25   this case?
```

10:06AM (line 5)
10:06AM (line 10)
10:06AM (line 15)
10:06AM (line 20)
10:07AM (line 25)

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 10:07AM | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 10:07AM | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 10:07AM | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 10:07AM | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 10:08AM | 25 |

1       PROSPECTIVE JUROR SALINAS:  Yes, Your Honor.

2       THE COURT:  You can decide it just on what the

3  evidence is here in court?

4       PROSPECTIVE JUROR SALINAS:  Yes.

5       THE COURT:  And you're not going to bring

6  anything in from the outside?

7       PROSPECTIVE JUROR SALINAS:  No.

8       THE COURT:  Okay.  Juror No. 6, can we have your

9  name, please?

10       PROSPECTIVE JUROR ROSALES:  Michelle Rosales.

11       THE COURT:  What area do you live in?

12       PROSPECTIVE JUROR ROSALES:  Watts.

13       THE COURT:  What is your occupation?

14       PROSPECTIVE JUROR ROSALES:  I work as a

15  receptionist in a law firm.

16       THE COURT:  Anyone in the home that works outside

17  of the home?

18       PROSPECTIVE JUROR ROSALES:  I have a teacher and

19  security company.

20       THE COURT:  I'm sorry.  Teacher and what?

21       PROSPECTIVE JUROR ROSALES:  Security company.

22       THE COURT:  Security company.  All right.

23  Working for a law firm, I don't know if they do trademark

24  litigation or not.

25       PROSPECTIVE JUROR ROSALES:  No.  We do criminal,

immigration, and family law.

THE COURT:  So it probably wouldn't make a difference in this case.  Sometimes we even get jurors that sit -- judges who have to sit as jurors because we get called in also.  I have to ask those judges, if I tell you the law in this case is A and you think it should be B, can you follow A?  Well, they know enough they're going to say, yeah, I'm going to follow whatever this Court says the law is because we have to have one standard to judge.

So whatever you might have picked up in that law firm, can you leave that out of this case entirely?  I know it's criminal and may not have anything to do with it.  But if something touches on something that you might hear in this case, can you leave it out of this case and just decide this case on what you hear here in this Court?

PROSPECTIVE JUROR ROSALES:  Yes, Your Honor.

THE COURT:  Okay.  Can you see any reason at all why you would not be a good juror in a case like this?

PROSPECTIVE JUROR ROSALES:  No, Your Honor.

THE COURT:  You can be fair to both sides?

PROSPECTIVE JUROR ROSALES:  Yes, Your Honor.

THE COURT:  Okay.  Next juror.

Sir, name?

PROSPECTIVE JUROR IMAN:  Danny Iman.

THE COURT:  Location you live in?

1           PROSPECTIVE JUROR IMAN:  Sylmar.

2           THE COURT:  Occupation?

3           PROSPECTIVE JUROR IMAN:  Asbestos abatement

4    supervisor.

10:09AM    5           THE COURT:  Anyone inside the home that works

6    outside the home?

7           PROSPECTIVE JUROR IMAN:  Yes.  Marketing.

8           THE COURT:  What type of marketing?

9           PROSPECTIVE JUROR IMAN:  For Mother's Nutritional

10:09AM   10   Center.

11          THE COURT:  Nutritional Center?

12          PROSPECTIVE JUROR IMAN:  Yes.

13          THE COURT:  Okay.  So it doesn't sound like that

14   would have any relationship to what we're talking about here

10:09AM   15   with the clothing industry or trademarks in the --

16          PROSPECTIVE JUROR IMAN:  No, sir.

17          THE COURT:  Can you think of anything at all in

18   your background that you might bring into a case like this?

19          PROSPECTIVE JUROR IMAN:  No.

10:09AM   20          THE COURT:  Okay.  Do you feel you can be fair to

21   both sides?

22          PROSPECTIVE JUROR IMAN:  Yes, sir.

23          THE COURT:  Okay.  Let me ask you because both

24   sides want a fair trial in this case.  So if you're the

10:09AM   25   defendant -- excuse me.  Let's start with the plaintiff.

1   You're the plaintiff over here.  You figure, hey, they will

2   give me a fair trial.  I may or may not win, but they will give

3   me a fair trial and base it just on the evidence and the law

4   and that's it.  Do you think you can say yes to that?

10:10AM   5           PROSPECTIVE JUROR IMAN:  Yes, sir.

6           THE COURT:  And if you're the defendant, you also

7   would be satisfied that someone like you could give you a fair

8   trial?

9           PROSPECTIVE JUROR IMAN:  Yes.

10:10AM   10          THE COURT:  That's all we can ask.  Next juror.

11          PROSPECTIVE JUROR KARAVIDAS:  Manual Karavidas,

12  and I'm a high school custodian, and I live in Palmdale.

13          THE COURT:  Anyone that works outside the house?

14          PROSPECTIVE JUROR KARAVIDAS:  No.

10:10AM   15          THE COURT:  How about you?  Anything in your

16  background we should know about that might reflect on this

17  case?

18          PROSPECTIVE JUROR KARAVIDAS:  No.  Nothing.

19          THE COURT:  What kind of -- I will ask you the

10:10AM   20  same question.  If you're the plaintiff in this case, would you

21  be satisfied that people like you would give you a fair trial?

22          PROSPECTIVE JUROR KARAVIDAS:  Yes.

23          THE COURT:  Same with the defendant?

24          PROSPECTIVE JUROR KARAVIDAS:  Yes.

10:10AM   25          THE COURT:  Okay.  Are you going to be offended

1   if I don't ask you any more questions?

2           PROSPECTIVE JUROR KARAVIDAS:  It's up to you.

3           THE COURT:  Okay.  Juror No. 9, can we have your

4   name, please?

10:11AM  5           PROSPECTIVE JUROR MARTINEZ:  Christina Martinez.

6           THE COURT:  Okay.  Location you live in?

7           PROSPECTIVE JUROR MARTINEZ:  San Pedro.

8           THE COURT:  What is your occupation?

9           PROSPECTIVE JUROR MARTINEZ:  Electrical engineer.

10:11AM 10           THE COURT:  Is that microphone on?

11           THE CLERK:  It's on.

12           THE COURT:  The occupation was?

13           PROSPECTIVE JUROR MARTINEZ:  Electrical engineer.

14           THE COURT:  Okay.  You have heard the questions

10:11AM 15  we have asked everybody else.

16           PROSPECTIVE JUROR MARTINEZ:  So I have a nurse

17  living with me and also another electrical engineer.

18           THE COURT:  I can't hear you.

19           PROSPECTIVE JUROR MARTINEZ:  I have a nurse

10:11AM 20  living with me but also another electrical engineer.

21           THE COURT:  Okay.  So you have got electrical

22  engineer which is you, and you have another electrical engineer

23  living with you and a nurse.

24           PROSPECTIVE JUROR MARTINEZ:  Yes.

10:11AM 25           THE COURT:  Is that because in electrical

```
 1   engineering somebody may get injured?  Is that why you have
 2   your nurse with you?  I'm giving you a hard time.
 3                You have heard the questions we have asked the
 4   other jurors.  You've heard everything we've been talking
 5   about.
 6                PROSPECTIVE JUROR MARTINEZ:  Yes.
 7                THE COURT:  Is there anything that you think you
 8   should call to our attention that might affect your ability on
 9   this case to be fair to both sides?
10                PROSPECTIVE JUROR MARTINEZ:  No, Your Honor.
11                THE COURT:  Do you think you can do that easily?
12                PROSPECTIVE JUROR MARTINEZ:  Yes.
13                THE COURT:  Okay.  If you can pass the microphone
14   to the lady behind you there.
15                Okay.  Juror No. 10, can we have your name,
16   please?
17                PROSPECTIVE JUROR ABELL:  Bailee Abell.
18                THE COURT:  Okay.  And your occupation?
19                PROSPECTIVE JUROR ABELL:  I'm a theme park and
20   entertainment news reporter.
21                THE COURT:  Location you live in?
22                PROSPECTIVE JUROR ABELL:  Alhambra.
23                THE COURT:  Anyone in the home that works outside
24   of the home?
25                PROSPECTIVE JUROR ABELL:  My partner is a medical
```

10:12AM (line 5)
10:12AM (line 10)
10:12AM (line 15)
10:12AM (line 20)
10:12AM (line 25)

34

```
 1   student.
 2            THE COURT:  Okay.  How about same questions.
 3   We're going over the same questions again and again.  Is there
 4   anything you can think of that might affect your ability to be
 5   fair to both sides in this case?
 6            PROSPECTIVE JUROR ABELL: I have purchased from
 7   both brands before.
 8            THE COURT:  I'm sorry?
 9            PROSPECTIVE JUROR ABELL:  I have purchased from
10   both brands.
11            THE COURT:  Okay.
12            PROSPECTIVE JUROR ABELL:  Yes.
13            THE COURT:  So you have some contact or knowledge
14   at least of the plaintiff in this case?
15            PROSPECTIVE JUROR ABELL:  Yes.
16            THE COURT:  Do you have any knowledge of the
17   defendant?
18            PROSPECTIVE JUROR ABELL:  Just through past
19   purchases from myself and past roommates.
20            THE COURT:  So you have purchased through both of
21   them before?
22            PROSPECTIVE JUROR ABELL:  Yes.
23            THE COURT:  Now, the question is this.  Knowing
24   that, is there anything about that that would affect your
25   ability to be fair in this trial?
```

10:12AM (line 5)
10:13AM (line 10)
10:13AM (line 15)
10:13AM (line 20)
10:13AM (line 25)

1              PROSPECTIVE JUROR ABELL:  I don't believe so

2   other than just some familiarity.

3              THE COURT:  Okay.  I'm glad you answered that way

4   because that gives me a chance to explain to the jury.  A lot

10:13AM  5   of people -- I will say, can you be fair, and they say, I think

6   so.  Sometimes the attorneys will say, well, that means they're

7   hesitant.  The correct answer is you think so.  Nobody knows

8   100 percent.  So we're getting to if you think -- if you think

9   you're going to have a hard time being fair to one side or the

10:13AM  10   other, let us know now.

11              Is there something that might press you one way

12   or the other?  You might have really liked one of the companies

13   involved or really disliked one of the companies involved.

14   None of that should make any difference as far as your telling

10:14AM  15   us what the evidence is, what the facts are in applying the

16   law, whether the company you like or dislike or you like them

17   both or dislike them both, you understand that?

18              PROSPECTIVE JUROR ABELL:  Yes.

19              THE COURT:  Okay.  And you have no problem with

10:14AM  20   that?

21              PROSPECTIVE JUROR ABELL:  No.

22              THE COURT:  Okay.  Thank you very much.

23              Next juror.

24              PROSPECTIVE JUROR EMMETT:  My name is

10:14AM  25   Catherine Emmett.  La Crescenta, California.  I'm the chief

1   compliance officer for a registered investment advisor.  My

2   husband is retired from city service.

3              THE COURT:  Have you been on a jury before?

4              PROSPECTIVE JUROR EMMETT:  I have.

10:14AM   5              THE COURT:  I thought so.  You had all four

6   questions down like that.  Didn't give me a chance to ask you

7   anything.

8              Is there anything in your background of

9   everything that we are talking about here that might affect

10:14AM  10   your ability or might have some influence in this particular

11   case?

12              PROSPECTIVE JUROR EMMETT:  Can I get

13   clarification on the name of the plaintiff because it was --

14              THE COURT:  Yes.  The name of the plaintiff --

10:15AM  15   counsel, why don't you state it again to make sure I don't make

16   a mistake.  The name of the plaintiff.

17              MR. WESLEY:  Sure.  The corporate name is

18   Y.Y.G.M., but it's known as Brandy Melville.

19              PROSPECTIVE JUROR EMMETT:  Okay.

10:15AM  20              THE COURT:  Okay.  They do business as --

21              PROSPECTIVE JUROR EMMETT:  I have a little bit of

22   familiarity but nothing that would impact my ability.

23              THE COURT:  Like I talked to the last witness,

24   although you are familiar or may have had some contact with

10:15AM  25   them, is there any chance that would affect your ability to

1    just tell us what the facts of this case are?

2              PROSPECTIVE JUROR EMMETT:  I don't believe so.

3              THE COURT:  Okay.  By the way, if something comes

4    up during the case where all of a sudden you do think something

10:15AM  5   could affect your ability to be fair, I would assume all of you

6    are strong enough to raise your hand, and we can correct it at

7    that time.  Okay?  Okay.

8              Any reason why you think you wouldn't be fair to

9    both sides?

10:15AM  10            PROSPECTIVE JUROR EMMETT:  I don't think so.

11             THE COURT:  Okay.  The next juror.

12             PROSPECTIVE JUROR FLORES:  Hello.  My name is

13   Hedrick Flores.  I currently work in education.  My mother

14   works as a nurse for the elderly, and I currently reside in

10:16AM  15  Lynwood, California.

16             THE COURT:  How about you?  Is there any contact

17   you have with any of the parties in this case or any knowledge

18   that you have or anything at all that might affect your ability

19   to be absolutely fair on this case?

10:16AM  20            PROSPECTIVE JUROR FLORES:  No, Your Honor.

21             THE COURT:  If you were sitting at the

22   plaintiff's table, you would be satisfied that people like you

23   would give you a fair trial?

24             PROSPECTIVE JUROR FLORES:  Yes.

10:16AM  25            THE COURT:  If you were the defendant, you would

```
 1    have the same satisfaction that you would give a fair trial?

 2                   PROSPECTIVE JUROR FLORES:  Yes.

 3                   THE COURT:  Okay.  Next juror, Juror No. 13.

 4                   PROSPECTIVE JUROR STALLINGSTOMS:  My name is

 5    Allyson Stallingstoms.  I'm a full-time student and currently

 6    live in Ventura, California.

 7                   THE COURT:  Anyone in the home that works outside

 8    the home?

 9                   PROSPECTIVE JUROR STALLINGSTOMS:  Yes.  One works

10    for a school district, and one works for an insurance company.

11                   THE COURT:  I asked the other gentleman who was a

12    student here.  What type of subjects are you -- what are you

13    studying?

14                   PROSPECTIVE JUROR STALLINGSTOMS:  I'm studying

15    chemistry.

16                   THE COURT:  Okay.  I'm assuming that nothing in

17    the line you are studying has anything to do with trademarks or

18    clothing industry or anything else?

19                   PROSPECTIVE JUROR STALLINGSTOMS:  No, Your Honor.

20                   THE COURT:  You have heard all the questions we

21    have been asking.  Is there anything that you should call to

22    our attention as far as your ability to be fair to both sides?

23                   PROSPECTIVE JUROR STALLINGSTOMS:  No.

24                   THE COURT:  So you think you would be a good

25    juror?
```

```
 1                    PROSPECTIVE JUROR STALLINGSTOMS:  Yes,

 2     Your Honor.

 3                    THE COURT:  Next juror, please.

 4                    PROSPECTIVE JUROR WEI:  My name is Wei Wei.  I'm

 5     a statistician for a pharmaceutical company.  My husband is a

 6     software engineer for an IT company.  I live in Thousand Oaks.

 7                    THE COURT:  Thousand Oaks?

 8                    PROSPECTIVE JUROR WEI:  Yes.

 9                    THE COURT:  You have heard everything.  You're

10     the 14th juror we have talked to.  I have asked all kinds of

11     questions.  You know what we're looking for.  We're looking for

12     a juror who can just tell us what the facts are here in court,

13     not bring anything from the outside in to determine what those

14     facts are, and just tell us those facts and apply the law, be

15     fair to both sides.  Do you think you can do that?

16                    PROSPECTIVE JUROR WEI:  Yes, Your Honor.

17                    THE COURT:  So you also think you would be a good

18     juror?

19                    PROSPECTIVE JUROR WEI:  Yes.

20                    THE COURT:  Okay.  I'm going to have my clerk

21     take the microphone back from you at this time.  I'm going to

22     ask general questions of the 14 of you now.  As I said before,

23     let me know what your response would be so I don't have to go

24     through each juror again and ask these questions.

25                    These are some general questions, and I just want
```

10:17AM (line 5)
10:17AM (line 10)
10:17AM (line 15)
10:18AM (line 20)
10:18AM (line 25)

```
 1   to find out, first of all, other than the people that have
 2   already told us about it, this area, is there anybody here that
 3   has any connection with the fashion industry that hasn't
 4   already told us about it?  Anybody?
 5               (Jury responds in the negative.)
 6               THE COURT:  Anybody have any experience or
 7   training as far as selling or having distributors sell
 8   products?  Yes?
 9               PROSPECTIVE JUROR EMMETT:  I used to be a private
10   consultant for a women's clothing company.
11               THE COURT:  In that area, do they -- you worked
12   for the people that had other people designing or working on
13   clothing?
14               PROSPECTIVE JUROR EMMETT:  Correct.
15               THE COURT:  We may get a little bit into that in
16   this case here.  The question is going to be is can you avoid
17   the temptation of saying, well, no witness testified to it but
18   let me tell you what happened in the real world.  If it's not
19   one of those pieces to the puzzle here from the evidence that
20   was received, we can't even consider it.  Do you think you can
21   do that?
22               PROSPECTIVE JUROR EMMETT:  I do.
23               THE COURT:  So whatever your experiences are you
24   will leave outside of this case?
25               PROSPECTIVE JUROR EMMETT:  I will.
```

```
 1                    THE COURT:  All right.  Anybody else?

 2                    Has anybody ever applied for a trademark or tried

 3       to protect a trademark?  Anybody have any experience with

 4       trademarks at all?

 5                    (Jury responds in the negative.)

 6                    THE COURT:  Copyrights?  Anybody have any

 7       experience with copyrights at all?

 8                    (Jury responds in the negative.)

 9                    THE COURT:  Anybody have any experience with the

10       legal field?  We have talked to two people.  Anybody else?  Any

11       experience with the legal field that either you worked with

12       them or have had experience or had training in the law?

13       Anybody like that?

14                    (Jury responds in the negative.)

15                    THE COURT:  Same juror.

16                    PROSPECTIVE JUROR EMMETT:  Sorry.  I was a legal

17       assistant for 15 years at a small firm.  Well, I finished at

18       O'Melveny but in securities and real estate.

19                    THE COURT:  You know the questions I will ask.

20       You wouldn't bring any of that into this case?

21                    PROSPECTIVE JUROR EMMETT:  No.

22                    THE COURT:  If you were sure that the law was not

23       the way that I said it, you still could follow the law that I

24       gave you?

25                    PROSPECTIVE JUROR EMMETT:  I can.
```

| | | |
|---|---|---|
| | 1 | THE COURT:  You know how important that is? |
| | 2 | PROSPECTIVE JUROR EMMETT:  I do. |
| | 3 | THE COURT:  Okay.  Anybody on the jury that has |
| | 4 | either sued or been sued? |
| 10:20AM | 5 | (Jury responds in the negative.) |
| | 6 | THE COURT:  Any of you on the jury that has been |
| | 7 | witnesses in a legal case? |
| | 8 | (Jury responds in the negative.) |
| | 9 | THE COURT:  Any of your -- well, only one served |
| 10:21AM | 10 | as a juror before.  We love talking to you.  Why don't you tell |
| | 11 | us how many cases you have been on. |
| | 12 | PROSPECTIVE JUROR EMMETT:  Only one. |
| | 13 | THE COURT:  Was it criminal or civil, or do you |
| | 14 | know? |
| 10:21AM | 15 | PROSPECTIVE JUROR EMMETT:  It was criminal. |
| | 16 | THE COURT:  Okay.  So there was a prosecutor that |
| | 17 | was prosecuting the case? |
| | 18 | PROSPECTIVE JUROR EMMETT:  Correct. |
| | 19 | THE COURT:  Was it a case -- any case -- anything |
| 10:21AM | 20 | like this case? |
| | 21 | PROSPECTIVE JUROR EMMETT:  No. |
| | 22 | THE COURT:  In a criminal case, there is a burden |
| | 23 | of proof that the prosecutor has to prove their case by a |
| | 24 | preponderance of the evidence.  Very high standard.  In a civil |
| 10:21AM | 25 | case, it's beyond a reasonable doubt.  Excuse me.  I'm sorry. |

1    I mixed that up.  Criminal case is beyond a reasonable doubt.

2    The prosecution has to go all the way to prove beyond a

3    reasonable doubt.  In a civil case, it's just preponderance of

4    the evidence.  What's that mean?  I will instruct you on it

10:22AM    5    later, but it means tipping the scale one way or the other.

6    Whichever way it tips, one way or the other.

7            We have to make sure you understand this is not a

8    criminal case.  This is a civil case which means burden of

9    proof is preponderance of the evidence.  Who tips the scale one

10:22AM   10    way or the other.  You understand that distinction?

11            PROSPECTIVE JUROR EMMETT:  I do.

12            THE COURT:  So it is a different standard you

13    would be applying to this case.

14            Were you able to reach a verdict in that case?

10:22AM   15            PROSPECTIVE JUROR EMMETT:  Yes.

16            THE COURT:  That is the only case you were on?

17            PROSPECTIVE JUROR EMMETT:  Correct.

18            THE COURT:  Nobody else has been on a jury trial?

19            (Jury responds in the negative.)

10:22AM   20            THE COURT:  You won't be able to say that in the

21    future, you know.

22            I'm going to be talking with the attorneys over

23    at the side bench for just a second.  Before I do that, let me

24    say this.  You have heard all the questions I have asked.  You

10:22AM   25    know what we're looking for.  We're looking for jurors who can

say this is what the evidence says whether I like it or not.

So these are what the facts are whether I like it or not.  And

I'm going to apply the law that the judge gives me whether I

like it or not.  And I'm going to tell you what the verdict is

and let the cards fall as they may.  I'm not in here to support

one side or the other or anything else.  I'm just here to tell

you what the facts are and apply the law to those facts and

give a verdict.

        That way you can be fair to the plaintiff's side,

because that's all they're asking, and the defendant's side.

That's all they're asking.  But both sides are entitled to

jurors that can do that.

        I'm assuming from everything I have heard so far

that all 14 of you have told me that you think you can do that;

is that correct?

        (Jury responds in the affirmative.)

        THE COURT:  Okay.  Anybody have anything else

before I talk with the attorneys over here as to why you should

not be sitting on this jury?

        Okay.  I'm going to be talking to the attorneys

over at the side bench here.  Let me tell you a couple things.

During the trial, we don't have side bench conferences.  We

will just for the voir dire the jury, but after that we don't

have side bench conferences.

        A side bench conference, you have to be very

```
          1   careful that -- what we're talking about and the reason we're
          2   at the side bench is we're going to be whispering over here.
          3   The reason we're whispering is we don't particularly want you
          4   to hear what we're talking about.  Not that it would make any
10:24AM   5   difference.  You would be bored to death if you did hear what
          6   we were talking about.  It's important that nobody tries to
          7   read lips or eavesdrop.
          8                   Can I have your promise on that?
          9                   (Jury responds in the affirmative.)
10:24AM  10                   THE COURT:  In fact, we will turn on some white
         11   noise so you won't have any problem.  I don't think you will be
         12   able to hear us at all.  We will be right back as soon as we're
         13   done talking to the attorneys.
         14                   May I have the attorneys over at the side bench,
10:24AM  15   please?
         16               (The following proceedings were held at sidebar:)
         17                   MR. MASUR:  How many peremptories do we get,
         18   Your Honor?
         19                   THE COURT:  You have four peremptories each side.
10:24AM  20   We're going to be picking a jury of eight.
         21                   When you talk, give your name because she doesn't
         22   know who's talking.
         23                   MR. MASUR:  Joshua Masur.  I have some concern
         24   about No. 10 given that she has been exposed to purchases for
10:25AM  25   both parties.  I think it might be tough to -- we haven't gone
```

```
 1   through that process.
 2                   THE COURT:  I don't know if you want to join in
 3   that or not.  I'm not going to be granting it.  You can use a
 4   peremptory challenge obviously.  It's not evident that she has
 5   a challenge for cause on that; so I would be denying that.
 6                   Do you have any challenge for cause?
 7                   MR. WESLEY:  No.
 8                   THE COURT:  Peremptory challenge starts with the
 9   plaintiff.
10                   MR. WESLEY:  Juror No. 7.
11                   THE COURT:  That means that Juror No. 9 moves
12   into that seat Juror No. 7.
13                   So the peremptory now is with the defense.
14   That's just as to the first eight we have here.
15                   MR. MASUR:  Okay.  Do we have to go in order?
16                   THE COURT:  We go back and forth.
17                   MR. MASUR:  No. 8.
18                   THE COURT:  You can go any number you want.
19                   MR. MASUR:  No. 8.
20                   THE COURT:  Okay.  So Juror No. 10 will move into
21   8.
22                   For the plaintiff?
23                   MR. WESLEY:  Juror No. 5.
24                   THE COURT:  Juror No. 5 to be excused.  So
25   Juror No. 11 will go into that position.
```

```
 1                    MR. MASUR:  No. 3, Your Honor.

 2                    THE COURT:  3 will be excused.  12 will go into

 3      3's position.

 4                    Okay.  Back with the plaintiff.

 5                    MR. WESLEY:  Juror No. 2, please.

 6                    THE COURT:  Juror No. 2.  Juror No. 13 will go in

 7      that position.

 8                    Back to the defense.  Remember your original

 9      Juror 10 --

10                    MR. MASUR:  Unfortunately it's hard for us to

11      see.

12                    THE COURT:  I understand.

13                    MR. MASUR:  With the masks.  I'm sorry,

14      Your Honor.

15                    THE COURT:  If this helps, this is Juror No. 9,

16      Juror No. 10.  Juror No. 11, 12, and 13.

17                    MR. MASUR:  The former Juror No. 10 is now 8?

18                    THE COURT:  Yes.

19                    MR. MASUR:  8.

20                    THE COURT:  Okay.  Juror No. 14 will go into 8.

21                    Back to the plaintiff.  Each one of you has one

22      left.  If you pass, if the other side passes, you have a jury.

23      If not, you don't lose it.

24                    Plaintiff?

25                    MR. WESLEY:  Pass.
```

10:27AM  5
10:27AM 10
10:27AM 15
10:28AM 20
10:29AM 25

```
 1                THE COURT:  Okay.  Defense?

 2                MR. MASUR:  No. 1, Your Honor.

 3                THE COURT:  Okay.  So now you have one left when

 4     we come back, and that's it.

 5                No. 1, I'm sorry.

 6                MR. MASUR:  Yes.

 7                THE COURT:  No. 1 will be vacant until we put a

 8     juror in it.  Let's go back and do it.

 9                (The following proceedings were held in

10                open court in the presence of the jury:)

11                THE COURT:  Okay.  Ladies and gentlemen, I'm

12     going to read off juror numbers here.  If I read off your

13     number, if you would please stand.

14                Juror No. 7, Juror No. 8, Juror No. 5,

15     Juror No. 3, Juror No. 2, Juror No. 10, and Juror No. 1.  The

16     seven of you at this time are excused to go back to the jury

17     room.  Thank you very much.  We will miss you not being here.

18     Thank you very much for being with us.

19                This will be a little complicated.  We will ask

20     you to come up and take some seats here.

21                I will ask Juror No. 9 to come up and take seat

22     No. 7.

23                Juror No. 11, if you can come up and take seat

24     No. 5 here.

25                Juror No. 14, if you can come up and take seat
```

10:29AM (line 5)
10:29AM (line 10)
10:30AM (line 15)
10:30AM (line 20)
10:31AM (line 25)

No. 8, please.

Juror No. 13, if you can come up and take seat No. 2.

Juror No. 12, if you can come up and take seat No. 3, please.

Okay.  We're going to call -- as your number is called, I'm going to have you come up and take a seat in your respective seats.  The first juror will go down and take seat No. 1.  The second juror will take seat No. 9.  Then we will fill up 10, 11, and 12.

THE CLERK:  Calling Michael Henry Maher, M-a-h-e-r.

Calling Michelle Rodriguez Lugo, R-o-d-r-i-g-u-e-z L-u-g-o.

Devin Star Goodwin.

THE COURT:  That's for seat No. 10.

THE CLERK:  G-o-o-d-w-i-n.

Julie Eunhye Han, H-a-n.

Monica Argentina Holguin, H-o-l-g-u-i-n.

THE COURT:  Give me just a second here.  Okay.  I'm going to be talking just to the five new jurors that have come up here.

Have you been listening to all the questions we have been asking all the other jurors?

(Jury responds in the affirmative.)

```
 1                    THE COURT:  Speak up so I can know what your

 2      answers are.

 3                    Is there anything else you should call to our

 4      attention as far as what you have heard as far as your ability

 5      to hear this case?

 6                    (Jury responds in the negative.)

 7                    PROSPECTIVE JUROR MAHER:  I'm hearing about half

 8      of what's going on.  I couldn't tell you any of the names other

 9      than what you said about the trademark infringement.  I don't

10      know who they are or what their names are.  I know they all

11      stood and said it.

12                    THE COURT:  We have a device for hearing

13      impaired.  I wish you told us earlier.

14                    PROSPECTIVE JUROR MAHER:  I didn't know.

15                    THE COURT:  That's okay.  Is that better?  You

16      can hear?

17                    PROSPECTIVE JUROR MAHER:  Yes.

18                    THE COURT:  Okay.  We will go through many of the

19      questions -- what I asked before we will go through again.

20                    PROSPECTIVE JUROR MAHER:  Like I said, I got

21      about half.

22                    THE COURT:  Okay.  We will go through it again

23      for you.

24                    Let me start with you, first of all, and ask what

25      is your name?
```

|  |  |  |
|---|---|---|
|  | 1 | PROSPECTIVE JUROR MAHER:  Michael Maher. |
|  | 2 | THE COURT:  What is your occupation? |
|  | 3 | PROSPECTIVE JUROR MAHER:  I am retired. |
|  | 4 | THE COURT:  What type of work did you do? |
| 10:36AM | 5 | PROSPECTIVE JUROR MAHER:  I retired from the |
|  | 6 | Transit. |
|  | 7 | THE COURT:  Anyone outside the home that works |
|  | 8 | outside the home? |
|  | 9 | PROSPECTIVE JUROR MAHER:  My wife works for a |
| 10:36AM | 10 | freight forwarding company. |
|  | 11 | THE COURT:  What location do you live in? |
|  | 12 | PROSPECTIVE JUROR MAHER:  Redondo Beach. |
|  | 13 | THE COURT:  In this case we will be dealing with, |
|  | 14 | as you know, trademark and trademark infringement and whether |
| 10:36AM | 15 | or not somebody infringed or not.  Do you have any background |
|  | 16 | or training in that area at all? |
|  | 17 | PROSPECTIVE JUROR MAHER:  Not at all. |
|  | 18 | THE COURT:  Is there any one reason that you can |
|  | 19 | think of why you would not be a fair juror in an area like |
| 10:37AM | 20 | that? |
|  | 21 | PROSPECTIVE JUROR MAHER:  Not that I know of. |
|  | 22 | THE COURT:  Okay.  As I have told everyone before |
|  | 23 | many times, I guess it's important that you realize that your |
|  | 24 | job is just to tell us what the evidence says and what the |
| 10:37AM | 25 | facts are just from the evidence, not bringing in anything from |

```
        1   the outside or anything else.  You can listen -- excuse me.

        2   You can listen to the witnesses, and from the witnesses'

        3   testimony and evidence, you can tell us what the facts are,

        4   whether we like them or not, what the facts are that came into

10:37AM  5   court.

        6              Do you understand that?

        7              PROSPECTIVE JUROR MAHER:  Yes.

        8              THE COURT:  Apply the law that I gave to you at

        9   the end of the case whether you like it or not.

10:37AM 10              PROSPECTIVE JUROR MAHER:  I assume I can.

       11              THE COURT:  Okay.  Okay.  She can't take down a

       12   gesture.  That's why you have to say "yes" or "no."

       13              In that way you can give both sides a fair trial;

       14   is that correct?

10:37AM 15              PROSPECTIVE JUROR MAHER:  Correct.

       16              THE COURT:  Okay.  Let me go to the other jurors.

       17              Juror No. 9, can we have your name, please?

       18              PROSPECTIVE JUROR RODRIGUEZ LUGO:  Michelle

       19   Rodriguez Lugo.  My name is Michelle Rodriguez Lugo.

10:38AM 20              THE COURT:  What area do you live in?

       21              PROSPECTIVE JUROR RODRIGUEZ LUGO:  Whittier,

       22   California.

       23              THE COURT:  What is your occupation?

       24              PROSPECTIVE JUROR RODRIGUEZ LUGO:  Phone banker

10:38AM 25   specialist.
```

1          THE COURT:  Anyone that works outside the home?

2          PROSPECTIVE JUROR RODRIGUEZ LUGO:  Dental

3    assistant.

4          THE COURT:  Dental assistant?

10:38AM  5          PROSPECTIVE JUROR RODRIGUEZ LUGO:  Yes.

6          THE COURT:  Okay.  You have heard the questions

7    we have asked everybody else?

8          PROSPECTIVE JUROR RODRIGUEZ LUGO:  Yes,

9    Your Honor.

10:38AM  10          THE COURT:  You know what we're looking for.

11          PROSPECTIVE JUROR RODRIGUEZ LUGO:  Yes.

12          THE COURT:  We want someone who can tell us what

13    the evidence is to determine what the facts are and only what

14    the evidence is here in court.  Anything you hear outside the

10:38AM  15    Court, anything you might have witnessed outside, you have to

16    leave that out and just decide it on the evidence you receive

17    here.  You can do that?

18          PROSPECTIVE JUROR RODRIGUEZ LUGO:  Yes,

19    Your Honor.

10:38AM  20          THE COURT:  And you can apply the law that I give

21    to you at the end of the case?

22          PROSPECTIVE JUROR RODRIGUEZ LUGO:  Yes.

23          THE COURT:  And you think you can be a good

24    juror?

10:39AM  25          PROSPECTIVE JUROR RODRIGUEZ LUGO:  Yes.

```
 1                    THE COURT:  Next juror, please.

 2                    PROSPECTIVE JUROR GOODWIN:  My name is

 3       Devin Goodwin.  I live in Montrose, California.  I'm a physical

 4       therapist, and my wife is also a physical therapist.

 5                    THE COURT:  Okay.  Again, you've heard all the

 6       questions we have asked everybody else?

 7                    PROSPECTIVE JUROR GOODWIN:  Yes.

 8                    THE COURT:  Is there anything you can think of

 9       that might affect your ability to hear this case?

10                    PROSPECTIVE JUROR GOODWIN:  No.

11                    THE COURT:  Do you feel you can be fair -- the

12       question is can you be fair to both sides, both the plaintiff

13       and the defendant?

14                    PROSPECTIVE JUROR GOODWIN:  I believe I can.

15                    THE COURT:  So if you're sitting in either one of

16       those chairs, you would say someone like me will give you a

17       fair trial?

18                    PROSPECTIVE JUROR GOODWIN:  Yes.

19                    THE COURT:  Okay.  Next juror.

20                    PROSPECTIVE JUROR HAN:  My name is Julie Han.  I

21       work for Samsung Electronics, home appliance planner.  My

22       husband is an electrical engineer.  I have -- I do have

23       clothing experience.  I have been in wholesale clothing for

24       four-and-a-half years before I moved to Samsung.

25                    THE COURT:  Okay.
```

10:39AM (line 5)
10:39AM (line 10)
10:39AM (line 15)
10:39AM (line 20)
10:40AM (line 25)

```
 1              PROSPECTIVE JUROR HAN:  I worked as a sales
 2    assistant manager.
 3              THE COURT:  That may or may not affect what you
 4    hear here in court.  As I have said to everybody else, it's so
 5    important that we don't judge this on something you might have
 6    heard outside the Court where nobody gets a chance to examine
 7    it.
 8              Whether it agrees with what your experiences are
 9    or not, all we are asking is what does the evidence show here?
10    Do you think you can do that?
11              PROSPECTIVE JUROR HAN:  Yes, Your Honor.
12              THE COURT:  I'm sorry?
13              PROSPECTIVE JUROR HAN:  Yes.
14              THE COURT:  Okay.  The fact that you have had
15    some experiences with the clothing industry, et cetera, you can
16    leave that out of this case one way or the other?
17              PROSPECTIVE JUROR HAN:  Yes.
18              THE COURT:  I don't know if you have dealt with
19    either of these -- plaintiff or the defendant.  Have you?
20              PROSPECTIVE JUROR HAN:  No, I have not.
21              THE COURT:  Okay.  So you have no feelings one
22    way or the other towards either one of them; is that correct?
23              PROSPECTIVE JUROR HAN:  Correct.
24              THE COURT:  You feel you would be a good juror
25    for either one of them?
```

```
 1                    PROSPECTIVE JUROR HAN:  Yes.

 2                    THE COURT:  Last juror there, Juror No. 15.

 3                    PROSPECTIVE JUROR HOLGUIN:  My name is

 4    Monica Holguin.  I'm a banker.  My spouse is an executive chef.

 5    We live in Huntington Park.

 6                    THE COURT:  Okay.  Again, you have heard

 7    everything we have been talking about.  I don't want to bore

 8    everybody going through it again and again, but you have heard

 9    everything we have been talking about.

10                    PROSPECTIVE JUROR HOLGUIN:  Yes.

11                    THE COURT:  You know what we're looking for in

12    finding a good juror?

13                    PROSPECTIVE JUROR HOLGUIN:  Yes.

14                    THE COURT:  Do you see any reason why you would

15    not be a good juror?

16                    PROSPECTIVE JUROR HOLGUIN:  No.

17                    THE COURT:  So you think that you would be fair

18    to both sides?

19                    PROSPECTIVE JUROR HOLGUIN:  Yes.

20                    THE COURT:  As I said before, you would be a good

21    juror?

22                    PROSPECTIVE JUROR HOLGUIN:  Yes.

23                    THE COURT:  Nothing in your background you can

24    think of that would affect you?

25                    PROSPECTIVE JUROR HOLGUIN:  No.
```

                            THE COURT:  Okay.  Counsel, come over to the side

bench.

                    (The following proceedings were held at sidebar:)

                            THE COURT:  Okay.  Challenges for cause?

10:42AM        MR. MASUR:  The one who said he couldn't hear the

names of anyone, I don't think we read them back to him.  So I

don't know whether we have a challenge for cause.

                            THE COURT:  Okay.  Well, you can introduce

yourselves to him again if you wish.

10:42AM                     MR. MASUR:  I think we would want to.

                            THE COURT:  All right.  You can do that.

                    (The following proceedings were held in

                     open court in the presence of the jury:)

                            THE COURT:  Juror No. 1, did you hear the names

10:42AM   of the parties that were being introduced in the beginning of

the case?  I'm going to have them introduce those people to you

again.

                            Counsel for the plaintiff.

                            MR. WESLEY:  For the plaintiff, the corporate

10:42AM   name is Y.Y.G.M., but it goes by Brandy Melville.

                            THE COURT:  And people you intend to call as

witnesses?

                            MR. WESLEY:  Madison Elkins, Sal Rianna,

Terry Walters, Francisco Cuellar, and Phil Paley.

10:43AM                     THE COURT:  Do you know any of those people at

1  all?

2              PROSPECTIVE JUROR MAHER:  No.

3              THE COURT:  Okay.  How about you?

4              MR. MASUR:  The defendant is Redbubble, Inc.  The

10:43AM  5  defendant is Redbubble, Inc.  My name is Joshua Masur.  My

6  partner's name is Jennifer Kuhn.  And the likely witnesses are

7  Corina Davis, James Norman Toy, known as Jimmy, Kate Rickert,

8  and Drew Brosnan.

9              THE COURT:  Do you know any of those people?

10:43AM  10             PROSPECTIVE JUROR MAHER:  No, I do not.

11             THE COURT:  Thank you.

12         (The following proceedings were held at sidebar:)

13             THE COURT:  Okay.  This is challenges for cause.

14             MR. WESLEY:  Your Honor, this is Keith Wesley for

10:43AM  15  the plaintiff.  I am still concerned about Juror No. 1's

16  ability to hear.  Mr. Masur was speaking in what I thought was

17  a usual tone and Juror No. 1 --

18             THE COURT:  Just to save time --

19             MR. MASUR:  I would agree with that.

10:44AM  20             THE COURT:  Okay.  Any other cause?

21             By the way, I agree with both of you on that.

22             Okay.  So peremptory, we have one left.  That was

23  for the plaintiff.

24             MR. WESLEY:  We will exercise it on Juror No. 4.

10:44AM  25             THE COURT:  Juror No. 4, Johnson.

```
 1                  MR. WESLEY:  Yes.

 2                  THE COURT:  Martinez will come in to take that

 3       position.  No.  Excuse me.  Martinez will take No. 1's

 4       position.  Not Martinez.  Rodriguez.

 5                  MR. WESLEY:  Goodwin then takes 4.

 6                  THE COURT:  Goodwin takes 4.

 7                  What I'm going to do is take a short break after

 8       we swear them in.  Then we will come back in about 15 minutes,

 9       and I will give them the pre-instructions before we get into

10       opening statements.

11                  MR. MASUR:  Will we do opening statements before

12       or after lunch?

13                  THE COURT:  Before.  Well, depends on how much

14       time.  Maybe one before and one after.

15                  THE CLERK:  Goodwin is taking Johnson?

16                  THE COURT:  Yes.

17                  THE CLERK:  Not Rodriguez.

18                  THE COURT:  Rodriguez takes 1.

19                  THE CLERK:  Okay.

20                  THE COURT:  Okay.  Let's do it.

21                  (The following proceedings were held in

22                  open court in the presence of the jury:)

23                  THE COURT:  We're going to have Juror No. 1 and

24       Juror No. 4 please stand up.  At this time I'm excusing you to

25       go back to the jury room.
```

10:44AM (line 5)
10:45AM (line 10)
10:45AM (line 15)
10:45AM (line 20)
10:45AM (line 25)

1    Make sure you get the headphones before he

2    leaves.

3    Thank you very much for being with us.

4    PROSPECTIVE JUROR JOHNSON:  Are we excused?

10:46AM   5    THE COURT:  You are excused to go back to the

6    jury room, but I think you will be excused entirely.

7    We're going to have Juror No. 9, if you can take

8    seat No. 1, please.

9    Juror No. 10, if you can take seat No. 4, please.

10:46AM  10    Ladies and gentlemen, the eight people that are

11    sitting up here, I'm going to have you please stand up at this

12    time to be sworn in as a jury.

13    THE CLERK:  Please raise your right hand.

14    Ladies and gentlemen of the jury, do you solemnly

10:47AM  15    swear that you will well and truly try the cause now before

16    this Court and a true verdict therein render according to the

17    evidence and instructions of the Court, so help you God?

18    (Jury responds in the affirmative.)

19    THE COURT:  You can have a seat, please.

10:47AM  20    Those jurors that are out there that have not

21    been called, I hate to lose you, but you're free.  So we're

22    going to excuse you at this time.  Thank you very much for

23    being with us.

24    Ladies and gentlemen, we're going to be taking a

10:47AM  25    short recess here, 10 minutes, 15 minutes at most.  When we

       1   come back, I will be instructing you on some pre-instructions

       2   that you should be informed of before the case.  Then we will

       3   get into opening statements and then into the evidence.  But

       4   let's take about 15 minutes before.

10:48AM   5           Before I do that, let me talk to you a little bit

       6   about procedures.  During the course of the case, I have

       7   already told you how important it is that you decide this case

       8   only on what you hear here in court.  What that means is, when

       9   you get outside of court, we don't want you really talking to

10:48AM  10   anybody outside of the court.  They may be parties to the case.

      11   They may be not.  You may be in the elevator, and somebody

      12   might say good morning to you.  We really don't want you saying

      13   good morning back.  It may be completely innocent, but at the

      14   same time, if one party for one side sees somebody from the

10:48AM  15   other side talking to one of the jurors, it looks bad.  So

      16   there is to be no communication from somebody outside with the

      17   jurors.

      18           I guess the rest of the instructions I can give

      19   you when you get back from your break.  So we will see you --

10:48AM  20   in about 10 to 15 minutes we will have you come back in.  We

      21   will be in recess.

      22           (A recess was taken at 10:48 a.m.)

      23           (The following proceedings were held in

      24            open court in the presence of the jury:)

11:06AM  25           THE COURT:  Okay.  The record will reflect that

1    all the jurors are present in their respective seats in the

2    jury box.

3              Ladies and gentlemen, now that you are the jury

4    in this case, it is my duty to instruct you on some of the law

11:06AM    5    that applies, and these are what we call the preliminary

6    instructions to help you understand the evidence as it comes

7    in.

8              It is your duty to find the facts and all the

9    evidence in this case.  To those facts, you will apply the law

11:06AM   10    that I give to you.  You must follow the law that I give to you

11    whether you agree with it or not.  A lot of this we have

12    already covered.  And you must not be influenced by any

13    personal likes or dislikes, opinions, prejudices, or

14    sympathies.  It means you must decide this case solely on the

11:06AM   15    evidence before you.  You will recall that you took an oath to

16    do so a few minutes ago.

17              At the end of the trial, I will give you the

18    final instructions.  It is the final instructions that will

19    govern your duties.

11:07AM   20              Please do not read into these instructions or

21    anything that I may say or do that I have an opinion regarding

22    the evidence or what the verdict should be.

23              As we mentioned before, when a party has a burden

24    of proving any claim by a preponderance of the evidence, it

11:07AM   25    means that you must be persuaded by the evidence that the claim

is more probably true than not true.  You should base your

decision on all the evidence regardless of which side presents

that evidence.

Evidence that you are to consider in deciding

what the facts of the case are is the sworn testimony of

witnesses, the exhibits that are admitted into evidence, any

facts to which the parties have agreed, and any facts that I

have told you to accept as proved.

In reaching your verdict, you may consider only

the testimony and exhibits received into evidence.  Certain

things are not evidence, and you may not consider them in

deciding what the facts are.  I will list them for you.

Number one, arguments or statements of the

attorneys are not evidence.  The lawyers are not witnesses.

What they may say in their opening statements or closing

arguments or at other times is intended to help you interpret

the evidence, but it is not evidence.  If the facts as you

remember them differ from the way the attorneys have stated

them, it is your memory that controls.

Questions or objections by lawyers are not

evidence.  Attorneys have a duty to their client to object when

they believe a question is improper under the Rules of

Evidence.  You should not be influenced by the objection or the

Court's ruling on the objection.

Testimony that is excluded or stricken or that

1    you have been instructed to disregard is not evidence and may

2    not be considered by you.  In addition, some evidence may be

3    received only for a limited purpose.  When I instruct you to

4    consider certain evidence only for a limited purpose, you must

11:08AM    5    do so, and you may consider that evidence -- but you may not

6    consider that evidence for any other purpose.

7             Anything that I -- that you may hear or see when

8    Court is not in session is not evidence.  You are to decide

9    this case solely on the evidence received during this trial.

11:09AM    10            Evidence may be direct or circumstantial.  Direct

11    evidence is direct proof of a fact such as the testimony of a

12    witness about what that witness personally saw or heard or did.

13    Circumstantial evidence is proof of one or more facts from

14    which you can find another fact to be true.  You should

11:09AM    15    consider both kinds of evidence.  The law makes no distinction

16    between the weight to be given to either circumstantial or

17    direct evidence.  It is for you to decide how much weight needs

18    to be given to any evidence.

19            There are Rules of Evidence that control what can

11:09AM    20    be received into evidence.  When a lawyer asks a question or

21    offers an exhibit into evidence and the lawyer on the other

22    side thinks that it is not permitted by the Rules of Evidence,

23    that lawyer may object.  If I overrule the objection, the

24    question may be answered or the exhibit received.  If I sustain

11:10AM    25    the objection, the question cannot be answered, and the exhibit

1    cannot be received.  Whenever I sustain an objection to a

2    question, you must ignore that question and must not guess as

3    to what the answer might have been.

4            Sometimes I may order the evidence be stricken

5    from the record and that you disregard or ignore that evidence.

6    That means, when you are deciding that case, you must not

7    consider any evidence that is stricken out by the Court.

8            In deciding the evidence -- excuse me.  In

9    deciding the facts of this case, you may have to decide which

10   testimony to believe and which testimony not to believe.  You

11   may believe everything a witness says or part of it or none of

12   it.

13           In considering the testimony of any witness, you

14   may take into account:

15           Number one, the opportunity and ability of the

16   witness to see or hear or know things testified to;

17           Number two, the witness's memory;

18           Number three, the witness's manner while

19   testifying;

20           Number four, the witness's interest in the

21   outcome of the case, if any;

22           Number five, the witness's bias or prejudice, if

23   any;

24           Number six, whether or not the evidence

25   contradicts the witness's testimony;

1        Number seven, the reasonableness of a witness's

2   testimony in light of all the other evidence; and,

3        Number eight, any other factor that bears on

4   believability.

11:11AM    5        The weight of the evidence as to any fact does

6   not necessarily depend on the number of witnesses who have

7   testified.  What is important is how believable the witnesses

8   were and how much weight you think that testimony deserves.

9        I talked to you a little bit about your conduct,

11:11AM   10   but I will talk to you about it now.

11        First, keep in mind that throughout the trial you

12   have to keep an open mind, and do not decide what the verdict

13   should be until you and your fellow jurors have completed your

14   deliberation at the end of the case.

11:11AM   15        Second, because you must decide this case based

16   only on the evidence received in this case and on the

17   instructions that -- of the law that apply, you must not be

18   exposed to any other information about the case or to the

19   issues involved during the course of the jury trial.  Thus,

11:12AM   20   until the end of the trial or unless I tell you otherwise, do

21   not communicate with anyone in any way, and do not let anyone

22   else communicate with you in any way about the merits of this

23   case or anything to do with it.  This includes discussions of

24   the case in person, in writing, by phone, by electronic means,

11:12AM   25   via e-mail, text messages, or any other form of social media.

This applies to communicating with your fellow jurors until I
give you the case and it goes back for deliberation.

Let me talk a little bit about that.  I will be
instructing you every time we take a break that you are not to
consider this case or talk with other jurors about the case
until you get back to the jury room, and you are not even to
think about the case until you get back to the jury room.
You're not to form or express any opinions until you get back
to the jury room.  You may say, well, I'm the juror, what do
you mean I can't form any opinions on it?  Well, the reality is
the way the jury system works is that we present the evidence
to you from both sides, we send you back to the jury room, and
as a jury of eight you deliberate on the case and you hear
everybody's input before you make a decision.  Otherwise, you
may make a decision and you may stand by that decision, not
even listen to the other jurors.  This is done as a jury -- as
the eight of you getting together, sharing the information
before you make a decision on the case.  That is why we don't
want you to predetermine anything or talk about the case until
you get back to the jury room.

This also -- not talking with anybody also
applies to communicating with everyone else including your
family members, your employer, and the people involved in this
trial.  Although you may notify your family and employer that
you have been seated on a jury in this case and how long you

1    expect it might last, if you are asked or approached in any way

2    about your jury service or anything to do with this case, you

3    must respond that you have been ordered by this Court not to

4    discuss this matter, and report it to the Court immediately.

11:14AM   5    Because you will receive all the evidence and all

6    the legal instructions you properly need to consider and to

7    return a verdict, do not therefore read or do any research such

8    as consulting dictionaries, searching the Internet, or using

9    any other reference materials, and do not make any type of

11:14AM   10   investigation in any way other than -- in order to learn about

11   this case.

12   This rule protects both parties to make sure that

13   the parties have a right to have this case decided only by the

14   evidence that has been presented in this trial.  Each of the

11:14AM   15   parties is entitled to a fair trial by an impartial jury, and

16   if you decide this case based on the information presented not

17   in court, you will have denied the parties a fair trial.  A

18   juror who violates this restriction jeopardizes the fairness of

19   the proceedings, and if a juror is exposed to any outside

11:15AM   20   information, please notify the Court immediately.

21   I urge you to pay close attention to the

22   testimony as it is given.  During deliberations, you will not

23   have a transcript of this trial.  So keep notes or anything,

24   but you won't have a transcript.  So pay very close attention.

11:15AM   25   If you wish, you may take notes to remember the

1   evidence.  If you do so, please keep those notes to yourself

2   until you go back into the jury room to decide this case.  Do

3   not let note taking distract you though.  When you leave, your

4   notes should be left in the courtroom.  No one will read those

11:15AM   5   notes.  Whether or not you take notes, you should rely on your

6   own memory of the evidence.  Notes are only to assist your

7   memory.  You should not be overly influenced by those notes of

8   yours or your fellow jurors.

9          Now, we're going to be starting the case.  Let me

11:15AM   10  tell you a little bit about the outline.  What's going to

11  happen is the trial will proceed in the following way: First,

12  each side will have an opportunity to make an opening statement

13  about the case.  An opening statement is not evidence.  It is

14  simply an outline to help you understand what the parties

11:16AM   15  expect the evidence will show.  A party is not required to make

16  an opening statement if they don't wish to.

17         Then the plaintiff will be able to present their

18  evidence, and counsel for the defendant may cross-examine.

19  Then the defendant may present their evidence, and counsel for

11:16AM   20  the plaintiff may cross-examine.

21         After the evidence has been presented, the

22  attorneys will make their closing argument to you, and then the

23  Court will instruct you on the law that applies to this case.

24  So that will be the order in which the case proceeds.  After I

11:16AM   25  instruct you, you will go back into the jury room to deliberate

```
 1    on your verdict.
 2                    Do you have any questions before I proceed?
 3    Okay.
 4                    Counsel, would you care to make an opening
 5    statement?
 6                    MR. WESLEY:  Yes, Your Honor.  Thank you.
 7                    Your Honor, I apologize.  It looks like the
 8    defense has the camera on.
 9                    THE COURT:  I'm sorry.  Go ahead.  I'm just
10    playing with this right now, counsel.
11                    MR. WESLEY:  There we go.  Sorry about that.
12                    THE COURT:  Okay.  Let me interrupt you for a
13    second.  If you can't see or hear something, let me know.
14    Raise your hand.
15                    Go ahead, counsel.
16                    MR. WESLEY:  Thank you, Your Honor.
17                    And, jurors, I just want to start by thanking you
18    for your service here today.  We're in an unprecedented time,
19    and jury service at any time is honorable and really important
20    to our civic country.  To do it here in one of the first
21    post-quarantine jury trials in person I think is really
22    historic.  So thank you for your service in advance.
23                    So let me now jump into the case.  As the judge
24    indicated, this is a trademark infringement and counterfeiting
25    case.  When you think of the sale of counterfeits, visions of
```

1    back alleys or swap meets or stadium parking lots may come to

2    mind.  This case, though, is about the new 21st Century version

3    of trademark counterfeiting and the company, Defendant

4    Redbubble, that is at the center of it.

11:19AM    5            Now, before describing the trademark infringement

6    that brings us here today, let me start by giving a little bit

7    of background about my client.  My client is a girls' fashion

8    brand that goes by the name Brandy Melville.  The

9    Brandy Melville brand actually started several decades ago in

11:19AM   10   Europe.  An Italian family created the brand and began selling

11   Brandy Melville clothes to teenage girls and young women in

12   Italy and the surrounding areas.

13           About a dozen years ago, 2009, the

14   Brandy Melville brand decided to try to make it here in

11:19AM   15   America.  Its first attempt was modest, a single small boutique

16   in Westwood right next to the UCLA campus.  The Brandy Melville

17   products were affordable, around $20 a shirt, yet they were

18   unique.  They were mostly Italian, made of higher quality and

19   detail than others at that price point.  They had fun catchy

11:20AM   20   sayings and were sold in a store that had a particular charm,

21   kind of a combination of the laidback Southern California beach

22   style and old world Italy.

23           The Westwood store was a hit with the kids at

24   UCLA, and Brandy Melville soon followed with a larger store on

11:20AM   25   the Santa Monica Promenade and a handful of others throughout

1    L.A.

2              Now, as it quickly became clear that

3    Brandy Melville had great potential here in the U.S., the

4    business made certain choices regarding how to mold and grow

11:20AM    5    the brand here.  Many are actually counterintuitive.  Other

6    brands zigged, Brandy Melville zagged.  So, for example, many

7    brands opened as many stores and as many locations as customer

8    demand can sustain.  Think of the Walmart on every corner.

9    Brandy Melville decided, however, to open a limited number of

11:21AM   10    stores and only in certain prominent or, quote/unquote, hip

11    neighborhoods or cities.

12              Many brands flood the media with paid

13    self-promotion.  Brandy Melville chose to do the opposite.  No

14    paid advertising.  The brand became known solely through its

11:21AM   15    Instagram page and word of mouth.  Many brands stocked their

16    stores with as much inventory as could possibly be sold and

17    sell off remaining stock in discount sales.  Brandy Melville

18    instead limited the supply of many of its designs and

19    continually put out small batches of new designs, routinely

11:21AM   20    selling out each design.

21              Brandy Melville sold or even gave away signs,

22    stickers, and other catchy little items that depicted the

23    brand's name, store address, web name or designs.  It could

24    just be a charm used to signal that you're in the know or

11:22AM   25    you're a fan of the brand.

1          This strategy worked.  Aided by the Internet and

2     social media, this quirky brand from Italy that can only be

3     found in a few locations became a word-of-mouth and viral

4     sensation.  Girls drove for hours and lined up to

5     Brandy Melville stores to get new designs.  The Brandy Melville

6     Instagram page gained millions of followers.  Magazines and

7     blogs routinely mentioned and continue to mention celebrities

8     sporting Brandy Melville.  Within a few years, Brandy Melville

9     had truly become one of the "it" brands for teen and college

10    aged girls in America.

11         So now let me take a pause, and I want to turn to

12    the defendant Redbubble.  Shortly before Brandy Melville opened

13    its original Westwood store, a company in Australia launched

14    the website Redbubble.com.  The site is what is known as a

15    print-on-demand site.  And in its original and purest form, the

16    concept of Redbubble and other print-on-demand sites is really

17    a good one.

18         Redbubble invites any member of the public to

19    upload a design onto its site.  Could be a drawing of a cat.

20    Could be a picture of the Eiffel Tower.  Anything you come up

21    with can be posted on Redbubble.  And Redbubble then makes the

22    designs available to shoppers to buy on a variety of products

23    from T-shirts to stickers to mugs to home furnishings.  If

24    there's a product that a design can be printed onto, then

25    Redbubble likely offers it.

1          Redbubble facilitates each sale on its site.

2   Redbubble digitally superimposes each design on various

3   available products.  Redbubble processes and confirms the

4   payment.  Redbubble routes the order to manufacturers.

11:24AM  5   Redbubble coordinates shipping.  Redbubble communicates with

6   the customers and the manufacturers.  And when the product

7   arrives, it's in Redbubble packaging with Redbubble tags.

8   Redbubble splits the sale price between itself, the designer,

9   and the manufacturer.  In other words, Redbubble plays the role

11:24AM  10  of really any other seller, but instead of employing designers

11  and manufacturers directly, Redbubble contracts out for those

12  services.

13          Now, Redbubble does something else that is

14  important to its success and will become significant in this

11:24AM  15  case.  Redbubble enables each design uploaded onto its website

16  to be, quote, "tagged" with particular words that make the

17  designs easier for shoppers to find both on Redbubble and in

18  the Google search.  So if you uploaded a picture of your cat,

19  you may tag the picture "cat," "feline," "cat lady," words that

11:25AM  20  might draw people who are looking for a cat shirt to your

21  design.

22          The tags allow shoppers to locate quickly only

23  those designs they are looking for.  So that's all well and

24  good, but we're here today because there is unfortunately a

11:25AM  25  major problem on the Redbubble site, kind of a dark underbelly,

1    so to speak.  Rather than create and upload new original

2    designs, many Redbubble users instead upload the trademarks and

3    logos of well-known brands.  After all, creating new original

4    designs takes time, hard work, money, creativity.  Uploading a

11:26AM   5    popular trademark or logo can be done at the click of a button.

6    The users then tag the design with the name of the famous brand

7    so that people searching for authentic-branded products will be

8    directed to Redbubble instead.

9            Redbubble facilitates the rest of the counterfeit

11:26AM   10   sale.  Just like the sales of counterfeits in 20th Century back

11   alleys or swap meets, Redbubble is at the center of the online

12   sale of counterfeits in the 21st Century.

13           Now, you have probably guessed why we are here

14   today.  The evidence will show that Redbubble has facilitated

11:26AM   15   and continues to facilitate the infringement and counterfeiting

16   of Brandy Melville's trademarks.  Now, the first trademark in

17   question is the Brandy Melville logo.  This will be in evidence

18   as Exhibit 6.  I will try to blow it up a little bit.  This is

19   the U.S. Patent & Trademark Office federal registration for

11:27AM   20   Brandy Melville.

21           That trademark is used as the primary signage

22   both inside and outside Brandy Melville stores including in

23   that original Westwood store all the way back in 2009.  It's

24   also used on physical tags, on all Brandy Melville products.

11:27AM   25   It really is the name and primary source identifier of the

1    brand.

2              Now, here are a couple examples of products that

3    could be found on Redbubble.  It says Brandy Melville, it has

4    the Brandy Melville logo.  Brandy Melville, Brandy Melville

11:28AM    5    logo.  Brandy Melville, Brandy Melville.  This time on a men's

6    T-shirt, Brandy Melville.

7              Redbubble actually compiled for us a chart of all

8    of the products that were sold on Redbubble with this logo.  I

9    will just give you a sense of what it looks like.  It's going

11:28AM    10   to be in evidence as Exhibit 627.  So you will see this is the

11   image and the documents of the sale.  This document is over

12   364 pages, small print, all of Brandy Melville logo designs.

13             In addition, when a user types the

14   Brandy Melville trademark into Google or Redbubble search

11:29AM    15   engine, the results are literally thousands of designs that are

16   the same or very similar to designs found in Brandy Melville

17   stores.

18             So here's how it works.  A consumer is looking

19   for Brandy Melville stickers, so just types it right into

11:29AM    20   Google.  Well, one, two, three, four down there's a link to

21   Brandy Melville stickers on Redbubble.  Once you get to

22   Redbubble, because of those tags we mentioned earlier, if you

23   type in Brandy Melville into Redbubble's internal search

24   engine, you get what is essentially an online Brandy Melville

11:30AM    25   store.  All these designs at one time were sold by

       1   Brandy Melville, and you will see the first design is that

       2   registered logo we looked at earlier.

       3               And in terms of products that were sold by

       4   somebody looking for Brandy Melville, this is the chart of

11:31AM  5   those.  It's a full box and goes into another box, over

       6   4,000 pages of different entries.  That's Exhibit 622.

       7               There's a second trademark that's at issue here.

       8   We can call it different things, but I find it easy to refer to

       9   it as the LA Lightning trademark.  It's the word Los Angeles

11:31AM 10   with the "L" as a lightning bolt, and it's faint here but says

      11   "California 1984."  So that was registered by the U.S. Patent &

      12   Trademark Office as well and is owned by Brandy Melville.  Now,

      13   that trademark was used for years exclusively on

      14   Brandy Melville apparel as well as stickers, and it's become a

11:32AM 15   primary sign of the brand.

      16               Now, here are a couple Redbubble products.  Look

      17   familiar?  That's one product offered.  Then the beauty of

      18   Redbubble or tragedy is you can get that design on all kinds of

      19   different products -- T-shirt, sweatshirt, hoodie, tank top,

11:32AM 20   even a baby onesie.

      21               So Brandy Melville discovered the infringement by

      22   Redbubble in May of 2018.  They were, as you can imagine,

      23   shocked.  The name they had spent about a decade trying to

      24   cultivate goodwill here in America and designs that were being

11:33AM 25   offered for sale were on Redbubble in mass quantity without

permission on what at least appeared to be inferior product and even product for men.

So Brandy Melville immediately reached out to Redbubble to demand that it stop using the Brandy Melville names and trademarks.  Didn't ask for money, although it could have.  Didn't ask for an apology.  May have deserved one.  Brandy Melville just wanted the unauthorized use of the Brandy Melville name and logos to stop.

You will see what will be in evidence as Exhibit 10.  This is the cease and desist letter from Brandy Melville's lawyers to Redbubble requesting them to stop.  On the second page, there is included screenshots of the Brandy Melville logo that were found on Redbubble.  In addition, we raised the issue of other products being offered for sale on Redbubble, used the keyword "Brandy Melville" to drive consumers to products that incorporate well-known Brandy Melville designs and depict a couple of them.

THE COURT:  You have about five minutes.

MR. WESLEY:  Thank you, Your Honor.

As I mentioned before, at this time our goal is simply to stop the infringement as quickly as possible.

Now, after receiving the demand letter, Redbubble did, to its credit, remove a few obvious counterfeits from the site, but the use of Brandy Melville as a keyword driving consumers to a Brandy Melville page of Brandy Melville designs

1    continued just like before.  And as time passed, those exact

2    copies of Brandy Melville's registered trademarks began to pop

3    up again.  So Brandy Melville filed this lawsuit.

4           Unfortunately even the lawsuit did not solve the

11:35AM   5    problem.  Products using Brandy Melville's trademarks continued

6    to pop up.  The use of Brandy Melville as a keyword driving

7    consumers to Brandy Melville designs actually increased

8    significantly.  All the while, Redbubble's revenues went up and

9    up and up, last year even exceeding 340 million annually.

11:36AM   10           So Brandy Melville doesn't want to be here in

11    court today.  We really don't.  We have a fun, interesting

12    business to run.  But a demand letter didn't stop the problem.

13    Filing a lawsuit didn't stop the problem.  Litigating for over

14    a year didn't stop the problem.  So we were left with no choice

11:36AM   15    but to come here and ask for your help.

16           At the end of the case, we will ask you to really

17    consider three things.  First, did Redbubble contribute in any

18    way to the infringement or counterfeiting of Brandy Melville

19    trademarks?  Did they contribute to the problem?

11:36AM   20           Two, did Redbubble act knowingly or at least

21    willfully blindly, or did Redbubble have no reason to know this

22    infringement was going on?

23           And, number three, what remedy will adequately

24    deter Redbubble from contributing to the infringement of the

11:37AM   25    trademarks not just of Brandy Melville but of many other brands

|     |     |
| --- | --- |
|     | 1   both large and small in the future? |
|     | 2           Thank you for your time in advance. |
|     | 3           THE COURT:  Thank you very much, counsel. |
|     | 4           Counsel, do you care to make an opening statement |
| 11:37AM | 5   at this time or reserve for defense? |
|     | 6           MR. MASUR:  I will make an opening statement now, |
|     | 7   Your Honor. |
|     | 8           THE COURT:  Sure. |
|     | 9           MR. MASUR:  It will be an appetizer. |
| 11:37AM | 10          Ladies and gentlemen, this case is |
|     | 11  fundamentally -- this case is fundamentally about whether one |
|     | 12  person or company is responsible and liable when someone else |
|     | 13  that they have never even met did something wrong.  It has to |
|     | 14  do with trademarks.  But fundamentally it's about fairness. |
| 11:38AM | 15  It's about when it's fair to hold someone responsible for the |
|     | 16  wrongdoing of another person.  It's about what happens when |
|     | 17  people provide services that they intend to be used in one way |
|     | 18  to do very good things.  And most people use those services |
|     | 19  that way, but a small number use it for things that aren't |
| 11:38AM | 20  good.  And it's about whether, when they learn that that |
|     | 21  person -- that a specific person is using their services for |
|     | 22  something bad, whether they do what they can to stop it. |
|     | 23          I'm going to move this away so I don't keep |
|     | 24  brushing against it. |
| 11:38AM | 25          Ladies and gentlemen, we submit that is common |

1   sense stuff.  That's the type of stuff you teach your kids, and

2   that fundamentally is what this case is about.

3            So I want to tell you a little bit about my

4   client Redbubble.  I wish we could actually take you to

11:39AM   5   Redbubble's offices in San Francisco because I think it would

6   have the same impression on you as it did on me.  You walk into

7   that office, you walk into that space.  I don't know how better

8   to describe it than you're immersed in art.  The walls are

9   covered in art.  The desks are covered in art.  Basically every

11:39AM   10  available surface is covered in art.  It is all art that was

11  created by artists who put their products up for sale on

12  Redbubble.  Now, I can't show you that, but what I can do right

13  now is at least show you a graphic of a home page for

14  Redbubble's online marketplace.

11:40AM   15            15 years ago Redbubble was started by artists as

16  a marketplace for independent artists to sell products printed

17  with their works.  Those artists are at the center of

18  everything that Redbubble does.  The company was built on the

19  idea that, the more creativity you can bring into the world,

11:40AM   20  the more vibrant the world becomes.  The company is dedicated

21  to helping people express themselves whether through their own

22  artworks or things that they purchase, artworks that someone

23  else created that they purchased from legitimate artists,

24  something that expresses something about themselves, or

11:40AM   25  something that expresses something about the world, something

1    they identify with.

2            So today the Redbubble marketplace has over

3    51 million designs created by more than 3.8 million people

4    around the world.  Now, those artists, when they uploaded that

11:41AM    5    art -- and this is an example of an upload screen that you

6    would get if you are an artist who was putting up your work on

7    Redbubble -- when they uploaded that art, they agreed -- they

8    checked that box that says, "I have the right to sell product

9    containing this artwork."  They represented that they created

11:41AM    10    the design, they didn't copy it from someone else, and they

11    owned the rights.  And, in fact, the website won't allow them

12    to create that product on the site unless they affirmatively

13    check that box and say that they do.

14            Now, then they go on, and they click the buttons

11:41AM    15    that say the types of products they can -- I think we're out of

16    order.  It's all right.  I can talk it through.

17            They hit buttons to say what kind of product the

18    artwork can be printed on, and they say how much it can be sold

19    for.  They write descriptions for the products, and often they

11:42AM    20    are going to put in keywords, keywords that they think

21    potential customers can use to find the specific products that

22    they might be interested in.

23            Now, those keywords might highlight a specific

24    feature you can see in the artwork like orange raccoon balloon,

11:42AM    25    or they can talk about the type of person that the artist

1    thinks might like it.  Then the artist makes them available to

2    be sold.

3              Now, when a potential customer comes to the

4    Redbubble marketplace and finds a product they like, they place

11:42AM 5    an order through the website.  That's then sent to an

6    independent company near them -- we call that a fulfiller --

7    that can print the art on behalf of the selling artist.

8              So what is Redbubble's role in all of this?

9    Well, Redbubble doesn't create the art.  The artists do.

11:42AM 10   Redbubble doesn't buy the art.  The customers do.  Redbubble

11   doesn't print the art on the product for the customer on behalf

12   of the artist.  The fulfillers do.  What Redbubble does is it

13   handles things that the artists would otherwise have to do

14   themselves, the business of getting art into the hands of

11:43AM 15   consumers that, frankly, artists don't do terribly well.  And

16   for the services that Redbubble provides to those artists, it

17   charges a service fee, and that service fee is used to maintain

18   and build and improve its marketplace.

19             So because Redbubble's focus -- it's a central

11:43AM 20   focus -- is supporting artists, Redbubble does a lot to try to

21   keep people who aren't artists from using the marketplace to

22   try to sell products that aren't theirs to sell.  We already

23   talked about the fact that Redbubble has -- it requires each of

24   those artists to actually affirm that they have the rights to

11:43AM 25   sell it, but that's not enough from Redbubble's perspective.

```
         1   Redbubble invests a lot of money in the tools it uses.  It
         2   invests in services from a company called SIFT which looks for
         3   patterns of abuse on websites, not just at Redbubble but other
         4   marketplaces and other websites, generally to look for patterns
11:44AM  5   and to look for certain people who are likely to use services
         6   the wrong way.
         7             Redbubble invests in developing its own
         8   technologies.  We have the RB Protect and keyword suspension.
         9   These are technologies that Redbubble engineers have
11:44AM 10   implemented to try to figure out when something that is being
        11   uploaded to their site that isn't the person that is uploading
        12   doesn't belong to the person who is uploading.
        13             And then their people.  Redbubble spends around
        14   $2-and-a-half million a year for people to review works and to
11:44AM 15   make policies and to do things that are related directly to
        16   keeping infringement off the site and to taking down stuff that
        17   shouldn't be there.  Frankly, most importantly, when someone
        18   says, hey, this product shouldn't be on your site because that
        19   work is really mine, Redbubble takes it down.
11:45AM 20             Now, identifying the products that need to be
        21   taken down is actually easier -- sorry -- more difficult than
        22   it sounds.  It's easier said than done.  So, like I said, there
        23   are more than 51 million works on its marketplace, and 75,000
        24   new ones are being added each day.  And those are visual works
11:45AM 25   that we have talked about.  Those are visual works.  They can
```

1       really only be found using keywords, using words in the

2       description or in the keyword text tags that the artist

3       created.  There is no way to search only on the graphic.  So

4       that's the number of listings you have to deal with.

11:45AM  5              Then there's the question of the number of,

6       frankly, of rights holders of brands.  There are millions of

7       brands, probably tens of millions of brands.  How many

8       countless numbers more every day.  It's just impossible for any

9       one company to keep track of all of those.  So Redbubble thinks

11:46AM 10       that brand owners are the ones who are in the best position to

11       know what their rights are and what they think their rights are

12       and what they think is actually infringing those rights.

13       Redbubble works with hundreds of brand owners to do just that.

14              Now, the evidence here is going to show that,

11:46AM 15       when Brandy Melville reached out in May 2018 and told Redbubble

16       to take down products it thought infringed, Redbubble did.

17       Redbubble didn't just do that.  It said, hey, if you see more,

18       tell us.  If you see something, say something.  And do you know

19       what, Brandy Melville's lawyers reached out again and said,

11:46AM 20       hey, there are some more on there.  We said, great.  We will

21       take those down.  Please, if you see any more, tell us.  We

22       will remove them.

23              Then they didn't hear anything.  Nothing for over

24       a year.  I think this is a common sense thing again, ladies and

11:47AM 25       gentlemen.  If someone tells you you're doing something wrong,

1   you think you stopped it, they tell you, no, you missed a spot,

2   you said, okay, I think we got it this time, tell us if we

3   didn't, and you don't hear anything more for a year, you

4   probably think you resolved it too.

11:47AM   5            But it turns out, instead of reaching out to

6   Redbubble, for over a year plaintiffs and its lawyers watched

7   users upload new products, new products that plaintiff thought

8   were infringing but didn't bother to tell Redbubble about.

9   Then after a year they filed a suit.  Now, they didn't sue the

11:47AM   10   users who were actually infringing.  They didn't sue the people

11   who were actually doing the things that were wrong.  What they

12   said is we will go after Redbubble instead.  They didn't

13   immediately notify Redbubble they located new accused listings.

14   They didn't ask them to be taken down.  They just filed a case.

11:48AM   15            Ladies and gentlemen, I think we all know, if you

16   see in your own life that someone else is using something that

17   belongs to you, has taken something that belongs to you, are

18   you going to wait around for a year, just let it happen?  Or

19   are you going to say something?  Plaintiff didn't.  They sat on

11:48AM   20   their hands.  We heard crickets.

21            Once they did finally notify -- sorry.  Once they

22   did finally notify Redbubble by filing this lawsuit, Redbubble,

23   again, took down every listing that was identified, every

24   infringing product.  But this time Redbubble didn't just take

11:49AM   25   down the products that plaintiff had identified because it knew

now that plaintiff had sat for a year and it didn't let

Redbubble know when it found new infringements.  So it knew

that the plaintiff wasn't interested in working with Redbubble

to try to identify potentially infringing products.  So

11:49AM  Redbubble knew it was going to have to do it on its own.

So Redbubble used the information it had to

create a list of words and graphics that its people, its team

should look out for and try to keep off the site or, if it got

on despite their best efforts, that they would take it down

11:49AM  after.  Within six months after Redbubble started doing that,

it had taken down more listings than plaintiff had ever

identified to it.  Redbubble was doing it on its own without

the benefit of the knowledge that plaintiff had, but it was

still finding more even without plaintiff's cooperation.  And,

11:50AM  again, every time Redbubble identified an infringing product,

it took it down every single time.

Ladies and gentlemen, I told you a few moments

ago this case is about whether someone is responsible when

someone else does something wrong.  I think your common sense

11:50AM  and experience will tell you that, when there are things going

on that are actually hurting you, you don't wait around for a

year without saying something about it.

Over the next couple days, you're going to hear

some words that you have probably heard, words like "trademark"

11:50AM  and "counterfeit."  You might have heard people use them.  You

might have used them yourself.  These are words that have
technical legal meanings that I'm not going to talk to you
about now.  That is something that His Honor is going to talk
to you about at the end of the case when he instructs you.
That means that, as Your Honor said, there is going to be a
puzzle to put together, and there will be some pieces I will
point to and some missing pieces that I want to point to that
might not make sense until you see how the puzzle is supposed
to work.

                    I apologize because that's a little opaque.  It
means we're asking you to remember things without context.  But
I want you to keep in mind a couple things that you're not
going to see in this courtroom.  Plaintiff is not going to
bring you in the sticker with that heart logo on it because it
never made one.  In fact, it's policy not to make it.

                    That T-shirt with the LA Lightning logo that he
put up, you know, plaintiff is not actually going to be able to
bring this T-shirt in here because it never actually existed
because, when the plaintiff learned -- sorry.  When Redbubble
learned that that product was available on its site, what
Redbubble did -- I know I sound a bit like a broken record
here, but Redbubble took it down.  When Redbubble learned that
somebody had placed an order but it wasn't too late to stop the
order from being produced, it stopped it.  Do you know who
placed that order that Redbubble stopped, ladies and gentlemen?

1    It was plaintiff's law firm because they were trying to create

2    evidence for this case.

3                Ladies and gentlemen, the actual evidence here is

4    going to show that, when Redbubble learns that someone is

11:52AM  5    selling infringing products on its marketplace, it takes it

6    down.  It tries to stop it.  The evidence is going to show that

7    Redbubble does a lot.  We think it does a lot more than the law

8    requires to try to prevent that infringement from happening in

9    the first place and to try to stop infringement that slips

11:52AM  10   through despite its efforts.

11                In other words, we think you will find that

12   Redbubble is responsible but not for infringement.  We think

13   that you will find that Redbubble is a responsible business

14   that tries to do the right thing for artists, for customers,

11:53AM  15   and for brands and brand holders whether or not those brand or

16   brand holders actually sell a product through Redbubble.

17                Now, at the end of this trial, I will get the

18   opportunity to speak to you again to explain how we think the

19   evidence shows that Redbubble isn't responsible for the bad

11:53AM  20   actions of a few of its users.  Until then, we thank you in

21   advance for the time and effort you are putting in over the

22   next few days, again, especially given that we have asked you

23   to push -- to hold off on going back to your normal while the

24   rest of the state gets to.  We hope that we're going to be

11:53AM  25   living up to your respect and to the effort and time that

1   you're going to be putting in and your attention.

2                   Thank you very much, ladies and gentlemen.

3                   THE COURT:  Okay.  Thank you, counsel.

4                   Ladies and gentlemen, we're going to be breaking

11:53AM   5   for lunch pretty soon here.  In fact, very soon here.

6                   A couple things I didn't mention earlier that I

7   want to mention to you.  One of the things you will find out

8   about this Court is you almost can set your watch by what

9   you're doing.  First day we're going to voir dire the jury.

11:54AM   10   That's hard to figure out exactly when we start, when we stop.

11   From here on in, for instance, this afternoon we will be going

12   from 1:00 o'clock until 4:00 o'clock.

13                   I have told counsel that 4:00 o'clock, if you're

14   midway through a question, I will say remember the question

11:54AM   15   because we're going to break at 4:00 o'clock.  If you have

16   obligations that you have to get to, you can count we will

17   break right at 4:00 o'clock.

18                   We also have to start on time.  We start right at

19   1:00 o'clock.  The rest of the days from here on in, we start

11:54AM   20   at 8:30 every morning.  We go from 8:30 to 11:30.  We will give

21   you a break in there, but it is three hours.  Then we have

22   lunch from 11:30 until 1:00.  We will come back at 1:00 and go

23   until 4:00.  Again, we start right at 1:00 and break right at

24   4:00.  We will give you a 15-minute break in there.

11:55AM   25                   But I want you to understand that you have the --

1    you should have the luxury of being able to count on your time

2    and when you will be in court.  We're not going to move that

3    around at all.  It also demands that you are here right on time

4    also.

11:55AM    5            So when we say be in at 8:30 tomorrow morning,

6    what we are really saying is come in at about 8:15, get a cup

7    of coffee because at 8:30 we're going to start at that time.

8    And if you're not here, everyone is going to be sitting in the

9    courtroom waiting for you to walk in, and that's going to be

11:55AM    10   embarrassing.

11            The reason we start at 8:30 rather than 9:00 -- a

12   lot of courts start at 9:00 o'clock.  They go from 9:00 o'clock

13   until 4:30.  I have been told by jurors they would rather get

14   out at 4:00 o'clock rather than 4:30 for traffic reasons and

11:55AM    15   everything else and they would rather start at 8:30.  So that's

16   what our schedule is like.

17            So we will see you back in at 1:00 o'clock.

18   Remember, every time I break, I try to remember to give you

19   this admonishment.  Not to decide this case among yourselves or

11:55AM    20   form or express any opinions about the matter until you retire

21   to the jury room for the reasons that I have told you.  Don't

22   talk about the case.  Don't think about the case.  We will see

23   you back in at 1:00 o'clock and start at that time.

24            Any questions you might have?

11:56AM    25            JUROR NO. 5:  Did you say, if we took notes, we

```
 1   should leave them in the courtroom?

 2              THE COURT:  Yes.  You should leave them in the

 3   courtroom.

 4              All right.  Thank you very much.  We will excuse

 5   you at this time.

 6              (The following proceedings were held in

 7              open court in the presence of Juror No. 7:)

 8              THE COURT:  The record will indicate that the

 9   jurors have left the courtroom.

10              Juror No. 7, I was informed by the clerk that you

11   had mentioned on the way out that you recall you may have had

12   contact or some knowledge of one of the parties in this case.

13   Let me get you the microphone first.

14              So I wanted to ask you some questions.  We have

15   had other jurors that have also had some contact, et cetera.  I

16   will be asking you the same questions.  We didn't get a chance

17   to ask you those questions because at the time we didn't know

18   you had that contact.

19              Which parties have you had contact with?

20              JUROR NO. 7:  Brandy Melville.

21              THE COURT:  Okay.  What type of contact did you

22   have with them?

23              JUROR NO. 7:  Brandy Melville, I purchased a lot

24   of their products.

25              THE COURT:  I'm sorry?
```

11:56AM (line 5)
11:57AM (line 10)
11:57AM (line 15)
11:58AM (line 20)
11:58AM (line 25)

1          JUROR NO. 7:  I have purchased a lot of their

2     products.

3          THE COURT:  As other jurors did also.

4          My question to them and my question to you is,

11:58AM  5     the fact that you purchased their product, can you still decide

6     this case only on the evidence that comes into court and not

7     lean one way or the other?

8          JUROR NO. 7:  I feel like there would be some

9     bias just because.

11:58AM  10         THE COURT:  So you think you would decide this

11     case on something other than the facts of this case?  You would

12     bring something else like your feelings or something else into

13     the case rather than -- you don't think you could fulfill your

14     obligation saying this is what the evidence is and this is what

11:58AM  15     you will rely on?  You might have some pressure --

16         JUROR NO. 7:  I think I would have a bias.

17         THE COURT:  Okay.  So you think you probably

18     wouldn't be fair to both sides.

19         JUROR NO. 7:  Yeah.  I believe I wouldn't be

11:59AM  20     fair.

21         THE COURT:  Okay.  Counsel have any questions?

22         MR. MASUR:  I appreciate your candor.  Thank you.

23         THE COURT:  Counsel, do you have any questions?

24         MR. WESLEY:  The judge previously indicated that

11:59AM  25     we all come into cases with life experiences, and recognizing

```
 1   that maybe you have had some experiences, you think that

 2   there's no way you can judge this case fairly?

 3                   JUROR NO. 7:  I just think that I have an innate

 4   bias because I purchased --

 5                   THE COURT:  I don't want to get into what your

 6   bias is.

 7                   JUROR NO. 7:  Yeah.

 8                   THE COURT:  Okay.  So you might favor one over

 9   the other?

10                   JUROR NO. 7:  Yeah.

11                   THE COURT:  Any other questions?  Okay.

12                   I'm going to excuse you at this time, and let me

13   talk with the attorneys.

14                   (The following proceedings were held in

15                   open court outside the presence of the jury:)

16                   THE COURT:  Okay.  The record will reflect that

17   that juror has left the courtroom.

18                   I wish I could say this is unusual, but it

19   happens many times.  That's why we pick a jury of eight rather

20   than six.  We only need six to decide the case.  It seems to me

21   that a juror that expresses they have a bias -- and I don't

22   know which way the bias is -- it would not be proper for that

23   juror to sit on the case.  Any feelings one way or the other?

24   Not any feelings.  Any input that you wish to put on the

25   record?
```

11:59AM (line 5)
11:59AM (line 10)
12:00PM (line 15)
12:00PM (line 20)
12:00PM (line 25)

                    MR. WESLEY:  Well, Your Honor, she -- everyone

comes here with life experiences, and she purchased some

products.

                    THE COURT:  Yeah.

                    MR. WESLEY:  I don't feel like -- I don't feel

like that's enough to release her for cause.

                    THE COURT:  You're absolutely correct, counsel.

That's why I asked the follow-up question, can you still be

fair or would you be influenced by these biases?  And she said

she would be influenced by the bias.  By the way, I'm not too

sure what way it cuts, counsel.  I don't know if that will cut

in favor of you or negative because I don't know what her

biases are.  She used the word bias rather than favorable.  So

I don't know.  I'm going to excuse that juror.  We will go with

seven.  See you back in at 1:00 o'clock.

                        (A lunch recess was taken until

                        1:00 p.m. of the same day.)

**THURSDAY, JUNE 17, 2021; 1:03 P.M.**

**LOS ANGELES, CALIFORNIA**

-oOo-

01:03PM   THE COURT:  The record will reflect that all the jurors are in their respective seats of the jury box.

At this time we have heard now the opening statements, preinstructions.  So here's where we get into what we talked to you about before, and that is the evidence you are
01:03PM   to use to determine what the facts are.  These are going to be the witnesses and any exhibits that will be introduced.  Up to now you haven't heard any of this.  Starting now we will.

Counsel, if you want to proceed.

MR. WESLEY:  Thank you, Your Honor.
01:03PM   Plaintiff calls Sal Rianna.

THE CLERK:  Do you solemnly swear that the testimony you shall give in the cause now before this Court shall be the truth, the whole truth, and nothing but the truth, so help you God?

01:03PM   THE WITNESS:  I do.

THE CLERK:  Thank you.  Please be seated.

Please state your full name and spell your last name.

THE WITNESS:  Sure.  It's Salvatore M. Rianna,
01:04PM   last name spelled R-i-a-n-n-a.

| | |
|---|---|
| 1 | THE COURT:  Thank you. |
| 2 | Counsel, you may inquire. |
| 3 | MR. WESLEY:  Thank you, Your Honor. |
| 4 | **SALVATORE RIANNA,** |
| 01:04PM  5 | **CALLED BY THE PLAINTIFF, WAS SWORN.** |
| 6 | **DIRECT EXAMINATION** |
| 7 | BY MR. WESLEY: |
| 8 | Q     Good afternoon, Mr. Rianna. |
| 9 | A     Good afternoon. |
| 01:04PM 10 | Q     Mr. Rianna, are you currently affiliated with the |
| 11 | Brandy Melville brand? |
| 12 | A     Yes, I am. |
| 13 | Q     And what is your position with the company? |
| 14 | A     I'm the executive vice president and chief |
| 01:04PM 15 | financial officer. |
| 16 | Q     And is that for a particular geographic region? |
| 17 | A     For the United States. |
| 18 | Q     Okay.  At the most general level, what is |
| 19 | Brandy Melville? |
| 01:04PM 20 | A     Brandy Melville is a very, very popular fashion |
| 21 | brand that caters to young teens and college-aged girls. |
| 22 | Q     And for how long have you served as an executive |
| 23 | with the brand? |
| 24 | A     Approximately six years. |
| 01:05PM 25 | Q     Are you involved at all in the finances of the |

1 business?

2   A  Yes, I am.

3   Q  Do you have any involvement in overall business

4 strategy?

01:05PM 5   A  Absolutely, yes.

6   Q  How about sales and marketing?  Do you have any

7 role there?

8   A  Yes, I do.

9   Q  And how about registration and protection of the

01:05PM 10 brand's intellectual property in the United States?

11   A  Yes.  That is a direct responsibility.

12   Q  Okay.  Were you personally involved in the

13 decision to file this lawsuit?

14   A  Yes, I was.

01:05PM 15   Q  Okay.  Can you think of any aspect of the

16 Brandy Melville U.S. operations that you haven't touched upon

17 in any way?

18   A  I cannot.

19   Q  Okay.  Now, before learning more about the

01:05PM 20 Brandy Melville business, let's pick up a bit more information

21 about you personally.

22     Where were you born and raised?

23   A  I was born in Derby, Connecticut.

24   Q  Did you go to college?

01:06PM 25   A  I did.

```
 1          Q        Did you graduate?

 2          A        I did.

 3          Q        With what degree?

 4          A        Finance and a minor in international business.

 5          Q        Okay.  And other than Brandy Melville, have you

 6   worked for any other fashion companies?

 7          A        Yes, I have.  My entire career.  I have been in

 8   fashion for about 25 years now.  Started my career at

 9   Calvin Klein, spent approximately five years there.  Then went

10   on to be the vice president of finance for DKNY, the

11   Donna Karan brand.  At that point in time, that was part of the

12   Louis Vuitton Moet Hennessy group.  Many more brands such as

13   Louis Vuitton, Christian Dior, Fendi.

14                   After my stint there, I had an opportunity to

15   join a luxury home company known as Frette for two years.  Then

16   after that I had an opportunity to join one of the largest

17   eyewear companies selling optical frames and sunglasses for

18   major brands around the world such as Harley-Davidson,

19   Sketchers, Guess, Tom Ford.

20          Q        So all totalled, approximately how long have you

21   worked in the fashion industry?

22          A        About 25 years.

23          Q        Okay.  New subject, the history and growth of the

24   Brandy Melville business.  Are you familiar with the history of

25   the Brandy Melville business?
```

| | | | |
|---|---|---|---|
| | 1 | A | I am. |
| | 2 | Q | And where did the brand originate? |
| | 3 | A | Italy. |
| | 4 | Q | And who founded the brand? |
| 01:07PM | 5 | A | The Marsan family. |
| | 6 | Q | Where were Brandy Melville products originally |
| | 7 | | sold? |
| | 8 | A | Italy. |
| | 9 | Q | And what types of products were sold in Italy |
| 01:07PM | 10 | | under the label? |
| | 11 | A | Apparel and accessories. |
| | 12 | Q | And was that for certain demographic? |
| | 13 | A | For young girls, yes. |
| | 14 | Q | At some point did Brandy Melville start doing |
| 01:08PM | 15 | | business here in the United States? |
| | 16 | A | Yes. |
| | 17 | Q | Approximately when? |
| | 18 | A | 2009. |
| | 19 | Q | And where did Brandy Melville first start |
| 01:08PM | 20 | | operating in the U.S.? |
| | 21 | A | A small store in Los Angeles.  Westwood. |
| | 22 | Q | Okay.  And I would ask the clerk to hand you |
| | 23 | | volume 11 of the exhibits, and I'm going to ask that you turn |
| | 24 | | to Exhibit 328. |
| 01:08PM | 25 | | THE COURT:  Joe.  Exhibit what? |

1        MR. WESLEY:  Volume 11.  Exhibit 328, please.

2    Q    Okay.  Turn to page 5, please.

3    A    I'm there.

4    Q    This appears to be a picture of a Brandy Melville

01:09PM  5  store.

6        Do you see that?

7    A    I do.

8    Q    Is this, in fact, a true and correct copy of a

9  picture of the Brandy Melville Westwood store?

01:09PM  10   A    Yes, it is.

11        MR. WESLEY:  We move Exhibit 328, page 5.

12        THE COURT:  It will be received.

13        (Marked for identification and received

14         into evidence Exhibit No. 328, page 5.)

01:09PM  15   Q    BY MR. WESLEY:  Just so the jury is with us, so

16  is this -- you said this is the exterior of the original

17  Westwood store?

18   A    Yes, it is.

19   Q    Okay.  And is that Westwood location still in

01:09PM  20  existence?

21   A    It is.

22   Q    Same appearance as on page 5 of Exhibit 328?

23   A    Yes.

24   Q    And to your understanding, was the

01:09PM  25  Brandy Melville Westwood store a commercial success?

```
 1              A       Yes, it was.

 2              Q       And did Brandy Melville soon open additional

 3     stores in the L.A. area?

 4              A       Yes, it did.  It followed with a much larger

01:10PM  5     store at Third Street Promenade in Santa Monica.

 6              Q       Okay.  And since the first U.S. Brandy Melville

 7     store opened in 2009, has the brand expanded nationwide?

 8              A       Yes, it has.

 9              Q       And is the brand still family-owned?

01:10PM 10              A       It is.

11              Q       Okay.  Let's now take a moment and talk about

12     some key characteristics of the brand.  Let's start with the

13     products themselves.

14                      What is the approximate price point?

01:10PM 15              A       Retail approximately $20.

16              Q       And can you give the jury a sense of what type of

17     product $20 might buy at a Brandy Melville store?

18              A       Sure.  We sell tops and sweatshirts and hoodies

19     that are washed quite well.  Use superior fabrics to other

01:11PM 20     similar brands in the zone.  It's quite a value for $20.

21              Q       And in your view, are the products well made?

22              A       They are.  They are predominantly made in Italy,

23     and Italy is known for an artisan manufacturing hand when it

24     comes to apparel products.

01:11PM 25              Q       And how would you describe the look and feel of
```

```
  1    the products?

  2         A      It's very unique.  It's Italian designed with

  3    that kind of California relaxed feel.

  4         Q      And does Brandy Melville spend significant time

  5    and money coming up with its product's designs?

  6         A      Yes, we do.  We employ many artists that come up

  7    with our graphics and unique designs for the brand.

  8         Q      And how often does Brandy Melville put out new

  9    designs?

 10         A      Regularly.  We can sometimes deliver twice a week

 11    to a store.

 12         Q      And why so often?

 13         A      Well, we like to give our customers something

 14    new, another reason to visit our store and find something that

 15    she didn't see the last time she was there.

 16         Q      Okay.  I would ask the clerk to hand you

 17    volume 8, and take a look at what's been marked for

 18    identification as Exhibit 223.

 19         A      Yes, I'm there.

 20         Q      Okay.  And what is Exhibit 223?

 21         A      It is an image of our motor show graphic.

 22         Q      Okay.  And there's multiple pages to the exhibit;

 23    correct?

 24         A      Yes, there are.

 25         Q      There are a series of products depicted there;
```

01:11PM (line 5)
01:11PM (line 10)
01:12PM (line 15)
01:12PM (line 20)
01:12PM (line 25)

```
 1    true?
 2            A       Yes.
 3            Q       And are they all authentic Brandy Melville
 4    products?
 5            A       Yes, they are.
 6                    MR. WESLEY:  Okay.  Your Honor, move Exhibit 223.
 7                    MR. MASUR:  Your Honor, objection to foundation.
 8                    THE COURT:  You didn't take this picture, did
 9    you?
10                    THE WITNESS:  I did not.
11                    THE COURT:  Do you recognize what it depicts?
12                    THE WITNESS:  I do.
13                    THE COURT:  Do you recognize what the picture is
14    taken of?
15                    THE WITNESS:  I do.
16                    THE COURT:  Have you seen the original in the
17    past?
18                    THE WITNESS:  I have seen originals in the store.
19                    THE COURT:  Okay.  Overruled.
20            (Marked for identification and received
21             into evidence Exhibit No. 223.)
22            Q       BY MR. WESLEY:  Let's take a look at a couple
23    of -- by the way, are these authentic Brandy Melville products
24    in Exhibit 223?
25            A       Yes, they are.
```

```
 1          Q       Okay.  Let's just give the jury a flavor of some
 2   of these products.
 3                  Is this an example of a Brandy Melville T-shirt?
 4          A       Yes.
 5          Q       That's page 37 of Exhibit 223.
 6                  Showing page 36 of Exhibit 223, are these other
 7   Brandy Melville products?
 8          A       Yes, they are.
 9          Q       And is this a design that Brandy Melville
10   created?
11          A       Yes.
12          Q       Showing you page 139, is this another example of
13   a Brandy Melville T-shirt?
14          A       Yes, it is.
15          Q       Okay.  And page 71, is this a Brandy Melville
16   sweatshirt?
17          A       Yes, it is.
18          Q       Okay.  Just one more.  I just want to give a feel
19   for the products.  This is page 178.
20                  Do you see that?
21          A       I do.
22          Q       Is this an authentic Brandy Melville key chain?
23          A       Yes, it is.
24          Q       Okay.  Next aspect of the brand, advertising.
25                  Does Brandy Melville engage in traditional
```

| | |
|---|---|
| 1 | advertising like paid magazine?  TV ads?  Billboards? |
| 2 | A        No. |
| 3 | Q        And is that an intentional choice? |
| 4 | A        It is.  It is deliberate. |
| 01:16PM   5 | Q        And why did Brandy Melville make that choice? |
| 6 | A        The brand tried to differentiate itself from many |
| 7 | other brands, and at that time that it launched in the U.S., |
| 8 | social media began to become a very important part of |
| 9 | advertising. |
| 01:16PM  10 | Q        And what is Brandy Melville's core consumer |
| 11 | demographic currently? |
| 12 | A        Young teens as well as college-aged girls. |
| 13 | Q        And Brandy Melville has a social media presence; |
| 14 | is that correct? |
| 01:16PM  15 | A        Yes.  Very much so.  We are listed in the top ten |
| 16 | of most popular brands on Instagram.  We have had, since I have |
| 17 | been with the company, minimally 3 million or more followers, a |
| 18 | very engaged customer and follower. |
| 19 | Q        Okay.  I'm going to show you Exhibit 144. |
| 01:17PM  20 | But before I do, Your Honor, I move it.  It was |
| 21 | stipulated to be admitted. |
| 22 | THE COURT:  144? |
| 23 | MR. WESLEY:  Yes. |
| 24 | THE COURT:  It will be received. |
| 01:17PM  25 | /// |

```
 1              (Marked for identification and received
 2              into evidence Exhibit No. 144.)
 3      Q       BY MR. WESLEY:  I'm putting on the screen the
 4  first page of Exhibit 144.
 5              Do you see that?
 6      A       I do.
 7      Q       What is this?
 8      A       This is Brandy Melville's Instagram page.
 9      Q       Okay.  Do you see it says here 3.9 million
10  followers?
11      A       I do.
12      Q       Has that been, give or take, the approximate
13  range of followers throughout your time at the company?
14      A       Roughly.
15      Q       Okay.  Now, do you ever see Brandy Melville
16  mentioned in the press?
17      A       Often, yes.
18      Q       Have you ever seen Brandy Melville mentioned as
19  being worn by celebrities in the press?
20      A       Yes.  Yes, I have.
21      Q       Can you give us a couple examples?
22      A       Yeah.  I believe I have seen Taylor Swift
23  mentioned as an early adopter of the brand.  Most recently
24  Kaia Gerber, Cindy Crawford's daughter, as well as
25  Hailey Bieber, Justin Bieber the singer, his wife wearing our
```

```
 1   brand.
 2           Q       Does Brandy Melville pay for or solicit this
 3   press?
 4           A       No.
01:18PM  5      Q       In your view, does the unsolicited press
 6   nevertheless promote the brand?
 7           A       Absolutely.  People like wearing the same clothes
 8   as their favorite celebrities.
 9           Q       As part of this case, did you prepare for me some
01:18PM 10   examples of press clippings featuring Brandy Melville?
11           A       Yes.
12           Q       Okay.  These are in volumes 7 and 8, and I direct
13   your attention to Exhibits 197 through 217.
14           A       I'm there.
01:19PM 15      Q       Okay.  Are these, in fact, the press clippings
16   featuring Brandy Melville that you gathered for purposes of
17   this litigation?
18           A       Yes, they are.
19           Q       And are they true and correct copies of those
01:19PM 20   clippings?
21           A       Yes, they are.
22                   MR. WESLEY:  Okay.  Your Honor, move Exhibits 197
23   through 217.
24                   THE COURT:  Okay.
01:19PM 25                   MR. MASUR:  The entire exhibits, counsel?
```

1        MR. WESLEY:  Yes.

2        MR. MASUR:  Objection, Your Honor.

3        THE COURT:  Grounds for the objection?

4        MR. MASUR:  I believe we're supposed to move

01:19PM 5   individual pages.

6        THE COURT:  Well, the only thing that's going to

7   come into evidence is what pages he testifies to.

8        MR. MASUR:  My apologies.

9     Q     BY MR. WESLEY:  Okay.  So you have seen

01:20PM 10  Exhibits 197 through 217; correct?

11    A     Yes.

12    Q     And did you prepare all of those articles as

13  examples of Brandy Melville in the press?

14    A     Yes.

01:20PM 15       MR. WESLEY:  Your Honor, I move Exhibits 197 to

16  217.

17       THE COURT:  Is there still an objection?

18       MR. MASUR:  Yes.

19       THE COURT:  Sustained.

01:20PM 20       He hasn't identified each one.  He's going to

21  have to identify each item that you want to move into evidence.

22       MR. WESLEY:  Okay.

23    Q     Let's just look at a couple of them.  Take a look

24  at Exhibit 200.  That appears to be a printout from a website

01:20PM 25  *Who What Wear.*

1              Do you see that?

2         A      I do.

3         Q      Is this an actual printout from the website

4    *Who What Wear* that you printed out for me?

01:21PM   5         A      Yes.

6         Q      And does it feature the Brandy Melville

7    trademark?

8         A      Yes.

9              MR. WESLEY:  Your Honor, move Exhibit 200.

01:21PM   10             THE COURT:  It will be received.

11          (Marked for identification and received

12          into evidence Exhibit No. 200.)

13        Q      BY MR. WESLEY:  Let's just give the jury a sense

14   of what we're talking about here.  See, it says, "Three

01:21PM   15   Brandy Melville basics Kaia Gerber, Sophia Richie, and

16   Lily-Rose Depp own."

17        A      Yes.

18        Q      Is that an example of the unsolicited press we're

19   talking about?

01:21PM   20        A      Yes, it is.

21        Q      For those of us who are not up on our *Us Weekly*

22   these days, are those celebrities?

23        A      They are.

24        Q      Let's look at one other.  Look at Exhibit 214,

01:22PM   25   please, which appears to be a printout from a website called

```
 1    Celebuzz.

 2              Do you see that?

 3    A    Which volume?

 4    Q    It would be volume 8, and it's Exhibit 214.

 5    A    Yes.

 6    Q    Is that another article that you located online?

 7    A    Yes.

 8    Q    Does it truly and correctly depict what you saw

 9    online?

10    A    Yes.

11              MR. WESLEY:  Okay.  Move Exhibit 214.

12              THE COURT:  It will be received.

13         (Marked for identification and received

14         into evidence Exhibit No. 214.)

15    Q    BY MR. WESLEY:  This one says, "Taylor Swift" --

16    I do know her -- "hanging out in New York like a commoner leads

17    this weekend's hottest star sightings."  It goes on to say,

18    "The 25 year-old pop star was out and about like a total

19    commoner shopping for clothes at Brandy Melville in SoHo and

20    then for some groceries at Whole Foods in Tribeca."

21              Do you see that?

22    A    I do.

23    Q    And does Brandy Melville, in fact, have a SoHo

24    store?

25    A    Yes.
```

1       Q       To your knowledge, has Taylor Swift shopped

2  there?

3       A       Yes.

4       Q       Okay.  I will move on from celebrity gossip.

01:23PM  5       Let's talk now about the in-store shopping

6  experience at a Brandy Melville store.  How would you describe

7  the look and feel of the Brandy Melville in the U.S.?

8       A       Very boutique'ish, very soft colors, lots of wood

9  but very straightforward.

01:23PM  10      Q       And are there any signs hanging around?

11      A       Absolutely.  Signs have become synonymous with

12  the brand, signs featuring our logo.

13      Q       And I would ask you to go back to Exhibit 328

14  which is in volume 11.  We talked about one page, but I would

01:24PM  15  like you to look at the others.

16      A       Exhibit 328?

17      Q       Yes.

18      A       Okay.  I'm there.

19      Q       Okay.  Are you familiar with the products

01:24PM  20  depicted in 328?

21      A       Yes, I am.

22      Q       And what are they?

23      A       Brandy Melville wooden sign.

24      Q       And flip through the other pages.  Are you

01:24PM  25  familiar with those products as well?

1       A       I am.

2       Q       And what are they?

3       A       Brandy Melville wooden signs.

4               MR. WESLEY:  Your Honor, move the rest of

01:24PM  5      Exhibit 328.

6               THE COURT:  It will be received.

7               (Marked for identification and received

8               into evidence in whole Exhibit No. 328.)

9       Q       BY MR. WESLEY:  To give the jury a sense of what

01:25PM  10     we're talking about, is this one of the authentic

11      Brandy Melville signs?

12      A       Yes, it is.

13      Q       Okay.  Is this another example of an authentic

14      Brandy Melville sign?

01:25PM  15     A       Yes, it is.

16      Q       And how, if at all, do these signs benefit the

17      brand, in your view?

18      A       Our customers seem to love them.  It gives them

19      an opportunity to take a piece of the brand home with them,

01:26PM  20     hang it in their bedrooms.  They really seem to gravitate

21      towards that.

22      Q       And does Brandy Melville also use stickers at all

23      in its promotions?

24      A       Yes.  Stickers have become a key feature to the

01:26PM  25     brand.  We give them for free with purchase.  We give our

|    |    |                                                               |
|----|----|---------------------------------------------------------------|
|    | 1  | customers an opportunity to use them on their laptops, on cell |
|    | 2  | phones, very, very popular.                                    |
|    | 3  | Q      Okay.  Let's take a look at what's in evidence as |
|    | 4  | Exhibit 223, page 34.                                          |
| 01:26PM | 5 | Do you see this?                                            |
|    | 6  | A      Volume 8, I believe.                                    |
|    | 7  | Q      This one is in evidence.  I'm just showing it to        |
|    | 8  | you on the screen.                                             |
|    | 9  | A      Okay.                                                   |
| 01:26PM | 10 | Q      Do you see?                                          |
|    | 11 | A      I do.                                                   |
|    | 12 | Q      Do you see the screen?  What are those?                 |
|    | 13 | A      These are Brandy Melville stickers.                     |
|    | 14 | Q      Do you see -- it's a little faint, but do you see       |
| 01:27PM | 15 | there's -- down here there's brandymelvilleusa.com?        |
|    | 16 | A      Yes.                                                    |
|    | 17 | Q      And is that something that Brandy Melville              |
|    | 18 | includes on its stickers regularly?                            |
|    | 19 | A      Yeah.  On several.                                      |
| 01:27PM | 20 | Q      Just one more on the stickers.  This is             |
|    | 21 | Exhibit 223, page 193.                                         |
|    | 22 | Do you see what appears to be a wall of stickers?             |
|    | 23 | A      Yeah.  This is a common look in our stores.  We         |
|    | 24 | use the stickers to decorate the stores as well.              |
| 01:27PM | 25 | Q      Okay.  So we have now briefly discussed certain     |

```
 1    aspects of the Brandy Melville brand, product, signage,

 2    stickers, stores.  Let's discuss whether or not the strategy

 3    has worked.

 4                    Since the opening of the first

 5    U.S. Brandy Melville store in Westwood in 2009, has

 6    Brandy Melville opened additional stores in the U.S.?

 7          A       Yes, we have.

 8          Q       And how many retail locations currently exist in

 9    the U.S.?

10          A       Approximately 35.

11          Q       And where are they located?

12          A       Major cities -- Los Angeles, San Francisco,

13    Chicago, New York.

14          Q       How about worldwide?

15          A       Worldwide, I believe there's approximately 100.

16          Q       And does Brandy Melville also have a website?

17          A       Yes, we do.

18          Q       And can consumers order products from those

19    websites?

20          A       Yes, they can.

21          Q       And between the retail stores and -- let's just

22    focus on U.S. now.  Between the retail stores and E-commerce

23    business, how many people does Brandy Melville employ?

24          A       Approximately 800.

25          Q       Okay.  And other than sort of the commercial
```

01:28PM (line 5)
01:28PM (line 10)
01:28PM (line 15)
01:28PM (line 20)
01:29PM (line 25)

| | |
|---|---|
| 1 | metrics, have you personally witnessed any other indications |
| 2 | that the branding strategy is working? |
| 3 | A      Yes, I have.  I mean, in my 25 years I would say |
| 4 | this brand is one of the most successful I have ever seen. |
| 01:29PM   5 | When we open a store, mothers and daughters drive for hours to |
| 6 | wait in line for the first opening and to be first in line.  We |
| 7 | have some of the most passionate customers I have ever seen in |
| 8 | fashion. |
| 9 | Q      Okay.  New topic. |
| 01:29PM  10 | The trademarks in question in this case, does |
| 11 | Brandy Melville own trademarks in the United States? |
| 12 | A      Yes. |
| 13 | Q      And, in your view, do the trademarks provide any |
| 14 | value to the brand? |
| 01:29PM  15 | A      Very much so.  We use them on our storefronts. |
| 16 | They're on every product, yes. |
| 17 | Q      Okay.  Let's look at a few of them. |
| 18 | Your Honor, I would ask that Exhibit 6, which is |
| 19 | the trademark registration for the Brandy Melville trademark, |
| 01:30PM  20 | be admitted based on stipulation. |
| 21 | THE COURT:  It will be received. |
| 22 | (Marked for identification and received |
| 23 | into evidence Exhibit No. 6.) |
| 24 | Q      BY MR. WESLEY:  Okay.  I will put this up for the |
| 01:30PM  25 | jury to see. |

1        Is this an actual trademark registration for the

2   Brandy Melville mark?

3        A      Yes, it is.

4        Q      And it says here that the owner is Y.Y.G.M. SA.

01:30PM   5   Do you see that?

6        A      I do.

7        Q      Who is Y.Y.G.M. SA?

8        A      They are the owners, the licensure.

9        Q      Is there any relation to the original Italian

01:30PM   10   family?

11        A      Yes.

12        Q      But you work for the U.S. operations.

13               True?

14        A      I do.  U.S. is a licensee.

01:31PM   15        Q      Have you been given any authorization to protect

16   the brand here?

17        A      Absolutely.  We have the right to distribute that

18   trademark in the United States.

19        Q      And have you been authorized to file this suit on

01:31PM   20   behalf of the brand?

21        A      Yes.  The company has a duty to defend the

22   trademarks in the United States.

23        Q      Okay.  Let's talk about the use of the

24   Brandy Melville trademark in the U.S.

01:31PM   25               What types of Brandy Melville products has the

```
 1    trademark either been featured on or used to promote?

 2         A       Virtually all the products.  All the apparel, the

 3    accessories.

 4         Q       Okay.  And is it also featured in all your

 5    stores?

 6         A       Absolutely.

 7         Q       Okay.  Are there other types of products you sell

 8    in your stores?

 9         A       Other than accessories and apparel?

10         Q       Yes.

11         A       Yes.

12         Q       Can you give us some examples?

13         A       I guess they would all fall under accessories.

14    Scrunchies, things of that nature.  The signs as well, of

15    course.

16         Q       Okay.  And for how long has the Brandy Melville

17    trademark been used in the U.S.?

18         A       Since 2009.

19         Q       Has it been continuous?

20         A       Yes.

21         Q       I'm showing you page 5 of Exhibit 328.

22                 Is this one example of the use of the trademark?

23         A       Yes, it is.

24         Q       And we talked before that that was the Westwood

25    store; correct?
```

         1         A       It is.

         2         Q       And is it used in a similar manner, it being a

         3    trademark, in front of other stores?

         4         A       Yes.  Virtually all.

01:33PM  5         Q       And has the trademark been featured on wooden

         6    signs within the stores?

         7         A       Yes.  Absolutely.

         8         Q       Okay.  And we looked at a few of those

         9    previously; so I won't belabor the point.

01:33PM 10                 Has the Brandy Melville trademark been used by

        11    the brand on the Internet?

        12         A       Yes, it has.

        13         Q       In what ways?

        14         A       On our website, on our Instagram page, other

01:33PM 15    social media pages.

        16         Q       Showing you Exhibit 144, page 1, so is this the

        17    Brandy Melville Instagram homepage?

        18         A       Yes, it is.

        19         Q       And for how long has the logo been on the

01:33PM 20    Instagram homepage?

        21         A       I'm not sure exactly, but perhaps at least ten

        22    years.

        23         Q       Does Brandy Melville include its logo on tags on

        24    the products themselves?

01:34PM 25         A       Absolutely, yes.

1    Q    Okay.  I would ask that you be shown volume 10,

2    Exhibit 288.

3    A    I have it.

4    Q    This is a seven-page document that appears to be

01:34PM  5    more product shots.  So I would ask that you flip through and

6    review each page.

7              THE CLERK:  What was the exhibit number?

8              MR. WESLEY:  288.

9              THE WITNESS:  I have it.

01:35PM  10   Q    BY MR. WESLEY:  Okay.  Are you familiar with

11   these products?

12   A    Yes.

13   Q    Are they authentic Brandy Melville products?

14   A    They are.

01:35PM  15   Q    Are they all authentic Brandy Melville tags as

16   well?

17   A    Yes, they are.

18             MR. WESLEY:  Move Exhibit 288.

19             THE COURT:  It will be received.

01:35PM  20        (Marked for identification and received

21        into evidence Exhibit No. 288.)

22             MR. WESLEY:  I will show the jury page 1.

23   Q    So do you see here there is a tag -- is this a

24   sewn-in tag?

01:35PM  25   A    Yes, it is.

```
 1          Q        And is that common for your apparel to have

 2   sewn-in Brandy Melville tags?

 3          A        Yes, it is.

 4          Q        And how would you describe this tag?

 5          A        That's a hangtag.

 6          Q        Okay.  And are hangtags commonly placed on

 7   Brandy Melville products?

 8          A        Yes.  That's where we usually place the price.

 9          Q        Okay.  And is that all Brandy Melville products?

10          A        Yes.

11          Q        Okay.  I will give you one other example, page 2

12   of Exhibit 288.

13                   Is this another example of the trademark on

14   Brandy Melville clothes?

15          A        Yes, it is.

16          Q        Okay.  And, in your view, does the

17   Brandy Melville trademark provide any value for the business?

18          A        Substantial, yes.

19          Q        And has Brandy Melville used variations of the

20   trademark as well?

21          A        Yes.

22          Q        Has Brandy Melville marked any products with its

23   website URL?

24          A        Yes, we have.

25          Q        Okay.  Showing you Exhibit 223, page 34, is this
```

| | | |
|---|---|---|
| | 1 | an example of a product marked with the Brandy Melville URL? |
| | 2 | A      Yes, it is. |
| | 3 | Q      And has Brandy Melville done this continuously |
| | 4 | for several years? |
| 01:37PM | 5 | A      Yes. |
| | 6 | Q      And has Brandy Melville marked products with the |
| | 7 | physical address of its stores? |
| | 8 | A      Yes, it has. |
| | 9 | Q      And has Brandy Melville done that continuously? |
| 01:38PM | 10 | A      Yes.  Yes, it has. |
| | 11 | Q      I'm showing you page 16 of Exhibit 223. |
| | 12 | Do you see this product? |
| | 13 | A      Yes, I do. |
| | 14 | Q      Is it an authentic Brandy Melville key chain? |
| 01:38PM | 15 | A      It is. |
| | 16 | Q      And there is an address -- it's kind of hard to |
| | 17 | read but appears to be in Santa Monica? |
| | 18 | A      Yes. |
| | 19 | Q      What is that address? |
| 01:38PM | 20 | A      Of the store. |
| | 21 | Q      The Brandy Melville store? |
| | 22 | A      Yes.  The Brandy Melville store, yes. |
| | 23 | Q      Okay.  Showing you Exhibit 223, page 20, do you |
| | 24 | see this product? |
| 01:38PM | 25 | A      I do. |

```
 1          Q       Is this a Brandy Melville product?

 2          A       It is.

 3          Q       And there's an address Prince 44 New York.  Do

 4   you see that?

 5          A       I do.

 6          Q       What is that address?

 7          A       That was the address of our Prince store in

 8   New York.

 9          Q       Next trademark that we have been calling the

10   LA Lightning -- Your Honor, I would move Exhibit 7 which is the

11   trademark registration for the LA Lightning mark by

12   stipulation.

13                  THE COURT:  It will be received.

14              (Marked for identification and received

15              into evidence Exhibit No. 7.)

16          Q       BY MR. WESLEY:  Let's take a look at this one.

17                  Just to confirm, Mr. Rianna, is this, in fact, a

18   federal registration for the LA Lightning mark?

19          A       Yes, it is.

20          Q       Okay.  Is this a logo that Brandy Melville uses

21   to identify the brand?

22          A       Yes, it is.

23          Q       And when did Brandy Melville start using the

24   logo?

25          A       Approximately 2018.
```

01:38PM (line 5)
01:39PM (line 10)
01:39PM (line 15)
01:39PM (line 20)
01:39PM (line 25)

1    Q    Okay.  And why file to register this particular

2  logo with the trademark office?

3    A    It was hugely popular with our customers.  We

4  continued to use it.

01:40PM  5    Q    All right.  Well, let's talk about that use.

6         What types of products has the LA Lightning mark

7  been actually physically printed on?

8    A    There is apparel products from hoodies to

9  T-shirts to hats as well as stickers.

01:40PM  10    Q    Okay.  And I would ask -- I'm not sure if it is

11  in front of you or not, but I would ask that volume 8 be placed

12  in front of you.  I would like you to take a look at Exhibits

13  221 and 222, please.

14    A    Yes.  I'm there.

01:40PM  15    Q    Okay.  And what are Exhibits 221 and 222?

16    A    Our LA Lightning products.

17    Q    And they're authentic Brandy Melville products?

18    A    Yes.

19         MR. WESLEY:  Okay.  Move Exhibits 221 and 222.

01:41PM  20         THE COURT:  They will be received.

21      (Marked for identification and received

22       into evidence Exhibit Nos. 221 and 222.)

23         MR. WESLEY:  I will just show the jury.  This is

24  Exhibit 221.

01:41PM  25    Q    Can you describe the product?

| | | | |
|---|---|---|---|
| | 1 | A | This is an LA Lightning button sweatshirt. |
| | 2 | Q | Okay.  I'm showing you Exhibit 222.  Do you see |
| | 3 | this product? | |
| | 4 | A | I do. |
| 01:41PM | 5 | Q | And what is that? |
| | 6 | A | That is our LA Lightning crop T-shirt. |
| | 7 | Q | Okay.  Below that there are some other products |
| | 8 | that look like they have the mark. | |
| | 9 | A | Yes. |
| 01:42PM | 10 | Q | Do they? |
| | 11 | A | They do. |
| | 12 | Q | And so -- |
| | 13 | A | Tank tops, T-shirts. |
| | 14 | Q | And so was this LA Lightning mark sold on |
| 01:42PM | 15 | multiple different types of apparel? | |
| | 16 | A | Yes, it was. |
| | 17 | Q | And approximately how many different types? |
| | 18 | A | Over a half dozen. |
| | 19 | Q | Okay.  Same binder, take a look at Exhibit 225, |
| 01:42PM | 20 | please. | |
| | 21 | A | Yes. |
| | 22 | Q | Do you see the picture in Exhibit 225? |
| | 23 | A | I do. |
| | 24 | Q | What is that picture of? |
| 01:42PM | 25 | A | That is an LA Lightning decorative sign. |

1        Q        Where is that located?

2        A        We place those throughout our store.

3                 MR. WESLEY:  Okay.  Move Exhibit 225.

4                 THE COURT:  It will be received.

01:43PM   5                 (Marked for identification and received

6                 into evidence Exhibit No. 225.)

7        Q        BY MR. WESLEY:  Is this the decorative sign you

8    were describing?

9        A        Yes, it is.

01:43PM  10        Q        Above that is this another Brandy Melville

11   design?

12        A        Yes, it is.

13        Q        And has the LA Lightning mark ever been used in

14   the Santa Monica store?

01:43PM  15        A        Yes, it has.

16        Q        In what way?

17        A        Behind our Santa Monica store, we have a key

18   feature.  We have a fence which many of our customers have

19   found and taken selfies in front of.  We actually had painted

01:43PM  20   somewhat of a mural of LA Lightning behind there.

21        Q        Okay.  And has Brandy Melville used the

22   LA Lightning mark on stickers?

23        A        Yes, it has.

24        Q        And has Brandy Melville used the mark

01:44PM  25   continuously from early 2018 to the present?

```
 1        A      Yes, it has.

 2        Q      And how much in revenue would you estimate has

 3   been generated by products that actually have that mark stamped

 4   on it?

 5        A      Several million.

 6        Q      And after Brandy Melville began selling products

 7   with the LA Lightning logo, did you ever observe any other

 8   brands incorporating copies of that logo on their products?

 9        A      Yes, I did.

10        Q      Can you tell us who you saw selling copies?

11        A      The Ross stores as well as Princess Polly.

12        Q      And did Brandy Melville take any steps to stop

13   those other companies from using its trademark?

14        A      Yes, we did.

15        Q      And did the others stop?

16        A      Yes, they did.

17        Q      Now, just one point of clarification on the

18   LA Lightning mark.

19               Does Brandy Melville contend that it owns a

20   monopoly on the words "Los Angeles 1984" and a lightning bolt?

21        A      Absolutely not.

22        Q      What does Brandy Melville contend it owns?

23        A      The version that our artist designed originally.

24        Q      So that version that is on the screen now?

25        A      That is correct.
```

1    Q      Okay.  And, in your view, is the LA Lightning

2    logo an important trademark for the business?

3    A      Yes, it is.

4    Q      Okay.  We have gone through some background on

01:45PM  5    the Brandy Melville business.  I hope we didn't put anyone to

6    sleep.  But now let's turn to Redbubble and what brings us here

7    today.

8           When is the first time that you heard of the

9    company Redbubble?

01:45PM  10   A      I was alerted about Redbubble in 2018 from one of

11   our associates who had alerted me to a copy branding store they

12   found online and directed me to the website www.redbubble.com.

13   Q      And did you visit the site?

14   A      I absolutely did.

01:46PM  15   Q      Can you describe what you saw?

16   A      I saw hundreds of our designs and products we

17   would never make such as men's T-shirts, mugs by simply putting

18   in our trademark in their search.

19   Q      What was your reaction?

01:46PM  20   A      I was shocked.  I had basically discovered the

21   most aggressive, sophisticated, and efficient counterfeiting

22   site I have ever seen online.

23   Q      And so did you take any steps to reach out to

24   Redbubble regarding your concerns?

01:47PM  25   A      Yes.  We sent them a letter informing them that

1    they were infringing on our trademarks.

2         Q      And did that -- who did that letter come from?

3         A      We have a relationship with an attorney.  It came

4    from you, Keith.

01:47PM  5              MR. WESLEY:  Okay.  Your Honor, I would move

6    Exhibit 10 which is the May 14, 2018, cease and desist letter

7    to Redbubble which has been stipulated.

8              THE COURT:  It will be received.  Exhibit number

9    was what?

01:47PM  10             MR. WESLEY:  10, Your Honor.

11             THE COURT:  Okay.

12         (Marked for identification and received

13         into evidence Exhibit No. 10.)

14        Q      BY MR. WESLEY:  I'm placing on the screen

01:47PM  15   Exhibit 10.

16             Mr. Rianna, is this the -- sorry.  A lot of

17   binders.  Are you okay?

18        A      Yes.

19        Q      I'm placing on the screen Exhibit 10.  Is this

01:48PM  20   the cease and desist letter that counsel sent on behalf of

21   Brandy Melville to Redbubble?

22        A      Yes, it is.

23        Q      And you authorized this to be sent?

24        A      I did.

01:48PM  25        Q      And you approved the content?

1        A        I did.  I do, and I did.

2        Q        Okay.  Let me just skip down to paragraph 3 here.

3   It says, "It has come to our attention that Redbubble is

4   offering for sale numerous products that deliberately infringe

01:48PM    5   upon Brandy Melville's trademark rights.  The products can be

6   found by searching for," quote, "'Brandy Melville' on the

7   Redbubble website."  And then there is a link.

8                Do you see that?

9        A        I do.

01:48PM   10        Q        And is this link one that you actually visited?

11        A        Yes, it is.

12        Q        Did you actually see numerous products that, in

13   your view, infringed upon Brandy's trademarks?

14        A        Yes, absolutely.

01:49PM   15        Q        Okay.  Then we go on to say some of the products

16   utilize the Brandy Melville trademark directly.  For example,

17   the products are labeled as Brandy Melville or reference

18   Brandy Melville's actual website.

19                Was that true?

01:49PM   20        A        That is true.

21        Q        A few examples are at the top of the next page.

22   There are many more on Redbubble's site.  And then on the next

23   page, do you see there are a few examples?

24        A        Yes, I do.

01:49PM   25        Q        In your view, did these designs infringe upon

```
          1    Brandy Melville's trademark?

          2         A    Yes, they did.

          3              MR. MASUR:  Objection.  Calls for a legal

          4    conclusion.

01:49PM   5              THE COURT:  Sustained.  That is the jury's

          6    determination.

          7         Q    BY MR. WESLEY:  Then the letter goes on, "Other

          8    products currently being offered for sale on Redbubble use the

          9    keyword Brandy Melville to drive consumers to products that

01:50PM  10    incorporate well-known" -- apologies.

         11              "Other products currently being offered for sale

         12    on Redbubble use the keyword Brandy Melville to drive consumers

         13    to products that incorporate well-known Brandy Melville

         14    designs.  A few of those products are depicted below."

01:50PM  15              Do you see that?

         16         A    I do.

         17         Q    Are these products or designs that

         18    Brandy Melville had sold?

         19         A    Yes.

01:51PM  20         Q    And are they designs that you saw when typing

         21    Brandy Melville into the Redbubble search engine?

         22         A    Yes, they are.

         23         Q    Okay.  In the second to last paragraph, it says,

         24    "At this time our goal is simply to stop the infringement as

01:51PM  25    quickly as possible."
```

1           Do you see that?

2       A       Yes.

3       Q       And was that true?  Was that Brandy Melville's

4   goal as of May 14, 2018?

01:51PM  5      A       Yes, it was.

6       Q       Did you have any desire to sue at that point?

7       A       No, we did not.  Lawsuits are quite expensive and

8   consume a lot of time.

9       Q       Okay.  In the days and months that followed, did

01:52PM 10  you periodically check the Redbubble site?

11      A       I did.

12      Q       Did you also instruct my law firm to periodically

13  check the site?

14      A       Yes, I did.

01:52PM 15      Q       Between us, did we save screenshots of certain

16  items we saw on the site?

17      A       Yes, we did.

18      Q       Okay.  And just to be clear, did the use of

19  Brandy Melville's trademarks and designs on the site stop?

01:52PM 20      A       No, it did not.

21      Q       Okay.  Please take a look at -- in volume 4

22  Exhibit 110.

23      A       I'm there.

24      Q       Okay.  And are you familiar with Exhibit 110?

01:53PM 25      A       I am.

1          Q        It appears to be a screenshot dated

2      September 10, 2018.

3                   Do you see that?

4          A        I do.

01:53PM  5          Q        And did you visit the Redbubble site on or around

6      September 10, 2018?

7          A        I did.

8          Q        And did you type in "Brandy Melville" into the

9      search box?

01:53PM 10          A        I did.

11          Q        And does this document accurately preserve what

12      you saw?

13          A        Yes, it does.

14                   MR. WESLEY:  Your Honor, move Exhibit 110.

01:53PM 15                   THE COURT:  It will be received.

16              (Marked for identification and received

17              into evidence Exhibit No. 110.)

18          Q        BY MR. WESLEY:  I'm showing Exhibit 110.  Do you

19      see here it's dated September 10, 2018?

01:53PM 20          A        Yes.

21          Q        So how long after the cease and desist letter was

22      sent is this?

23          A        A few months.

24          Q        Okay.  And so when you visited the site, did you

01:54PM 25      see the Brandy Melville trademark?

```
              1            A      I did.

              2            Q      Did you see the Los Angeles Lightning trademark?

              3            A      I did.

              4            Q      This one, is that -- is that the sticker we

01:54PM       5     looked at earlier?

              6            A      It is.

              7            Q      And what about all the rest of these designs?  Do

              8     they -- did Brandy Melville ever offer them for sale?

              9            A      Yes.  At one point or another.

01:54PM      10            Q      And so when you went to the Brandy Melville --

             11     excuse me -- the Redbubble site, did you see Brandy Melville

             12     gifts and merchandise on Redbubble?

             13            A      Yes, I did.

             14            Q      And did you see the heading "Brandy Melville"?

01:55PM      15            A      I did.

             16            Q      And was that at all a concern of yours?

             17            A      Very much so.

             18            Q      Why?

             19            A      Because they were deceiving the customer and

01:55PM      20     giving the customer an indication that they're an authorized

             21     seller of Brandy Melville products.

             22                   THE COURT:  Let me ask before we go further.  On

             23     Exhibit 110, how many pages are in 110?

             24                   THE WITNESS:  Five.

01:55PM      25                   THE COURT:  Which page were you referring to when
```

1    you showed us that picture?

2              THE WITNESS:  First page.

3              THE COURT:  Page 1.  Thank you.

4         Q    BY MR. WESLEY:  While we're on it, let me just

01:56PM  5    show you the second page.

6              Do you see any Brandy Melville designs that were

7    sold in Brandy Melville stores?

8         A    Yeah.  The majority.

9         Q    Okay.  Is that one we looked at earlier?

01:56PM  10        A    Yes.

11        Q    I would ask that you take a look at volume 7,

12   Exhibit 181.

13        A    I'm there.

14        Q    Okay.  And this is an 11-page document.  So

01:56PM  15   please flip through and familiarize yourself with those pages.

16        A    I have.

17        Q    Do you see in the right-hand lower corner it's

18   dated October 11, 2018?

19        A    Yes.

01:57PM  20        Q    And did you personally visit the Redbubble site

21   on or around October 11, 2018?

22        A    I did.

23        Q    And did you review these product listings that

24   are shown in Exhibit 181?

01:57PM  25        A    Yes, I did.

```
 1          Q       Does Exhibit 181 accurately reflect what you saw?

 2          A       Yes.

 3                  MR. WESLEY:  Move Exhibit 181.

 4                  THE COURT:  Received.

 5          (Marked for identification and received

 6          into evidence Exhibit No. 181.)

 7                  THE COURT:  Identify what page you are talking

 8   about.  Go ahead, counsel.

 9                  MR. WESLEY:  Okay.

10          Q       Just to give the jury a sense of Exhibit 181, a

11   couple examples, is this an example of a Brandy Melville 499 --

12                  THE COURT:  Counsel, what page are you referring

13   to?

14                  MR. WESLEY:  Page 1 on Exhibit 181.  My

15   apologies.

16                  THE COURT:  Okay.

17          Q       BY MR. WESLEY:  Do you see on the screen there is

18   a Brandy Melville 499 Broadway NYC sticker?

19          A       Yes.

20          Q       Is that a product you saw on the Redbubble site

21   on or around October 11, 2018?

22          A       Yes, it is.

23          Q       Is that a design that Brandy Melville has sold in

24   its stores?

25          A       Yes.
```

01:57PM (line 5)
01:58PM (line 10)
01:58PM (line 15)
01:58PM (line 20)
01:58PM (line 25)

```
 1          Q      What are those addresses?

 2          A      Those are addresses to our New York stores.

 3          Q      By the way, was this after the cease and desist

 4   letter?

 5          A      Yes, it was.

 6          Q      And did you see the name Brandy Melville in the

 7   title of other products on Redbubble?

 8          A      Yes.

 9          Q      Okay.  Same volume.  Please turn to Exhibit 183.

10          A      Yes.  I'm there.

11          Q      These appear to be screenshots from Redbubble

12   dated October 8, 2018.

13                 Do you see those?

14          A      I do.

15          Q      Did you visit the Redbubble site on or around

16   October 8, 2018?

17          A      I did.

18          Q      Did you look for Brandy Melville designs?

19          A      Yes, I did.

20          Q      Are these designs --

21                 THE COURT:  Counsel, I don't know what page you

22   are talking about.

23                 MR. WESLEY:  Pages 1 through 10.

24                 THE COURT:  Of what exhibit?

25                 MR. WESLEY:  183, Your Honor.
```

```
 1                    THE COURT:  Okay.  Let's take it one at a time.

 2       Are you on page 1?

 3                    THE WITNESS:  Yes.

 4                    THE COURT:  Is that an exhibit of what you are

 5       talking about?

 6                    THE WITNESS:  Yes, it is.

 7            Q      BY MR. WESLEY:  Page 2?

 8            A      Page 2.

 9            Q      Did you see that product in or around

10       October 2018?

11            A      Yes, I did.

12            Q      Page 3?

13            A      Yes.

14            Q      Page 4?

15            A      Yes.

16            Q      Page 5?

17            A      Yes.

18            Q      Page 6?

19            A      Yes.

20            Q      Page 7?

21            A      Yes.

22            Q      Page 8?

23            A      Yes.

24            Q      Page 9?

25            A      Yes.
```

| | | | |
|---|---|---|---|
| | 1 | Q | Page 10? |
| | 2 | A | Yes. |
| | 3 | Q | Page 11? |
| | 4 | A | Yes. |
| 02:00PM | 5 | Q | Page 12? |
| | 6 | A | Yes. |
| | 7 | Q | Page 13? |
| | 8 | A | Yes. |
| | 9 | Q | Page 14? |
| 02:00PM | 10 | A | Yes. |

11          MR. WESLEY:  Your Honor, move Exhibit 183.

12          THE COURT:  It will be received, pages 1 through

13   14.

14          (Marked for identification and received

02:01PM   15          into evidence Exhibit No. 183.)

16     Q     BY MR. WESLEY:  I'm showing you page 4.  Do you

17   see this product?

18     A     I do.

19     Q     Brandy Melville didn't authorize the sale of this

02:01PM   20   product on Redbubble, did it?

21     A     Absolutely not.

22     Q     Is this a design you saw after sending the cease

23   and desist letter?

24     A     Yes, it is.

02:01PM   25     Q     I'm showing you page 10 of Exhibit 183.  This

1    says "Brandy Melville" under wall tapestries.

2                  Do you see this?

3         A     Yes.

4         Q     Is this another product you saw after sending the

02:01PM  5    cease and desist letter?

6         A     Yes, it is.

7         Q     If you see here, there is a category that says

8    available products and the number 9.

9         A     Yes.

02:02PM  10        Q     And did you ever look into what that meant on the

11   Redbubble site?

12        A     Yes.

13        Q     What did you discover?

14        A     There were nine other types of products utilizing

02:02PM  15   that same logo.

16        Q     What types of products have you seen this logo on

17   Redbubble?

18        A     Mugs, T-shirts, hats, men's T-shirts.

19        Q     Is it true that, after sending the cease and

02:02PM  20   desist letter, you continued to see products that you objected

21   to on Redbubble?

22        A     Yes.  If not more.

23        Q     Why didn't you just immediately run out and sue?

24        A     There were so many.  There were thousands that we

02:03PM  25   assumed that it would take some time to go through it and

```
          1    remove them all.

          2          Q      You did ultimately sue, right?

          3          A      Yes.

          4          Q      Why?  What triggered it?

02:03PM   5          A      They just continued to use them regardless of how

          6    we felt and profit from the use as well.

          7          Q      Okay.  Do you have volume 7 in front of you, or

          8    could you grab it, please?

          9          A      I have it.

02:03PM  10          Q      Can you turn to Exhibit 187, please.

         11          A      I'm there.

         12          Q      Okay.  Page 1 of Exhibit 187 is dated

         13    May 21st, 2019.  Do you see that?

         14          A      I do.

02:04PM  15          Q      And did you see this particular product on the

         16    Redbubble site on or around May 21st, 2019?

         17          A      Yes, I did.

         18                 MR. WESLEY:  Okay.  Your Honor, move page 1 of

         19    Exhibit 187.

02:04PM  20                 THE COURT:  Received.

         21             (Marked for identification and received

         22             into evidence Exhibit No. 187, page 1.)

         23          Q      BY MR. WESLEY:  I'm showing the jury what you

         24    saw.  So is this a product you saw?

02:04PM  25          A      Yes, it is.
```

```
 1        Q       And it says, "Copy of Los Angeles lightning bolt

 2   black Brandy Melville slim fit T-shirt."

 3                Do you see that?

 4        A       I do.

 5        Q       Do you see there's a design on it?

 6        A       Yes.

 7        Q       And is that, in your view, your Los Angeles

 8   Lightning trademark?

 9        A       Yes, it is.

10        Q       Okay.  But it looks to be cut off.

11        A       It is.

12        Q       Did you notice that?

13        A       I did.

14        Q       Did you feel like this was a good thing for the

15   brand or a bad thing or indifferent?

16        A       Absolutely not good for the brand.

17        Q       Why not?

18        A       Well, this is a variation in the men's T-shirt

19   that we would never sell and create customer confusion.

20        Q       And did this -- did this product contribute to

21   your decision to file suit?

22        A       Absolutely.

23        Q       Okay.  Now let's discuss whether, in your view,

24   the filing of a lawsuit solved the problem.

25                After filing the lawsuit, did you continue to see
```

1    the Brandy Melville trademark on the Redbubble site?

2         A       Yes.

3         Q       Did you continue to see Brandy trademarks offered

4    for sale actually on products?

02:06PM  5   A       Yes.

6         Q       I would ask that you look at volume 10,

7    Exhibit 294.

8         A       I have it.

9         Q       This appears to be a screenshot dated

02:06PM  10  April 23rd, 2020.

11                Do you see that?

12        A       I'm sorry, Keith.  Which exhibit?

13        Q       294.

14        A       294.  I'm there.

02:07PM  15  Q       This appears to be a screenshot dated

16   April 23rd, 2020.

17                Do you see that?

18        A       I do.

19        Q       And did you personally see this product on the

02:07PM  20  Redbubble site in or around April 2020?

21        A       I did.

22                MR. WESLEY:  Your Honor, move just one page but

23   move Exhibit 294.

24                THE COURT:  It will be received.

02:07PM  25  ///

|         |    |   |                                                       |
|---------|----|---|-------------------------------------------------------|
|         | 1  |   | (Marked for identification and received               |
|         | 2  |   | into evidence Exhibit No. 294.)                       |
|         | 3  | Q | BY MR. WESLEY:  So you saw this item?                 |
|         | 4  | A | Correct.                                              |
| 02:07PM | 5  | Q | And was it being offered for sale for $12?            |
|         | 6  | A | Yes, it was.                                          |
|         | 7  | Q | Okay.  And that was in April 2020?                    |
|         | 8  | A | Yes, it was.                                          |
|         | 9  | Q | And was that after the lawsuit had been filed?        |
| 02:07PM | 10 | A | Yes, it was.                                          |
|         | 11 | Q | Please turn to volume 12, Exhibit 375.                |
|         | 12 | A | 375?                                                  |
|         | 13 | Q | Yes, sir.                                             |
|         | 14 | A | I'm there.                                            |
| 02:08PM | 15 | Q | Okay.  And what is Exhibit 375?                        |

16        A       It says screenshot on the Redbubble site showing

17    several -- over ten designs in various apparel products.

18        Q       Okay.  Did you see those products on the

19    Redbubble site?

02:08PM  20        A       Yes, I did.

21        Q       Was that after the filing of the lawsuit?

22        A       Yes, it was.

23        Q       Okay.  Take a look at Exhibit 376.

24                THE COURT:  That was a one-page exhibit?

02:09PM  25                MR. MASUR:  I don't think he has moved it in yet.

1          THE COURT:  Do you want to move it in?

2          MR. WESLEY:  Yes.  Move in 375.

3          MR. MASUR:  Objection.  Lacks foundation.

4          THE COURT:  Overruled.

02:09PM  5          (Marked for identification and received

6          into evidence Exhibit No. 375.)

7     Q     BY MR. WESLEY:  Please look at Exhibit 376.

8     A     Yes.

9     Q     What is Exhibit 376?

02:09PM  10    A     Redbubble site screenshot of LA Lightning

11    products and various mugs, signs, stickers.

12    Q     And did you see -- did you personally see these

13    products with --

14    A     Yes.

02:09PM  15    Q     Sorry.

16    A     Absolutely, yes.

17    Q     Okay.

18          THE COURT:  Did you see that exhibit and what it

19    depicts?

02:09PM  20          THE WITNESS:  Yes.

21          THE COURT:  That is true for 375 too?

22          THE WITNESS:  Yes.

23          THE COURT:  Okay.

24          MR. WESLEY:  Move 375 -- well, I think it's

02:09PM  25    already in.  Move 376.

|    | 1  | MR. MASUR:  Same objection. |
|----|----|-----|
|    | 2  | THE COURT:  It will be received. |
|    | 3  | (Marked for identification and received |
|    | 4  | into evidence Exhibit No. 376.) |
| 02:10PM | 5  | Q     BY MR. WESLEY:  I will show the jury. |
|    | 6  | Is this what we were talking about as |
|    | 7  | Exhibit 375? |
|    | 8  | A     Yes, it is. |
|    | 9  | Q     Okay.  Is this what you were talking about as |
| 02:10PM | 10 | Exhibit 376? |
|    | 11 | A     Yes, it is. |
|    | 12 | Q     And after the filing of the lawsuit, did you see |
|    | 13 | Brandy Melville in the title, in other words, the name of |
|    | 14 | products on Redbubble? |
| 02:10PM | 15 | A     Yes. |
|    | 16 | Q     Please take a look at volume 12, Exhibit 369. |
|    | 17 | A     Which exhibit, Keith? |
|    | 18 | Q     369, please. |
|    | 19 | This appears to be a printout from the Redbubble |
| 02:12PM | 20 | site.  Did you actually view this web page with the title |
|    | 21 | Haley Shore? |
|    | 22 | A     Yes. |
|    | 23 | Q     Okay.  Does Exhibit 369 accurately depict what |
|    | 24 | you saw? |
| 02:12PM | 25 | A     Yes, it does. |

|   |   |   |
|---|---|---|
| 1 | | MR. WESLEY:  Move Exhibit 369. |
| 2 | | MR. MASUR:  Objection, Your Honor.  This wasn't |
| 3 | produced. |
| 4 | | THE COURT:  Overruled. |
| 02:12PM 5 | | (Marked for identification and received |
| 6 | | into evidence Exhibit No. 369.) |
| 7 | | THE COURT:  Is that a one-page exhibit also? |
| 8 | | THE WITNESS:  It is. |
| 9 | Q | BY MR. WESLEY:  Did you view this site as |
| 02:12PM 10 | depicted in Exhibit 369 after the filing of the lawsuit? |
| 11 | A | Yes. |
| 12 | Q | And did you see Brandy Melville and the |
| 13 | Los Angeles Lightning mark? |
| 14 | A | Yes, I did. |
| 02:13PM 15 | Q | Same volume, please turn to Exhibit 403. |
| 16 | A | I'm there. |
| 17 | Q | And this appears to be a printout from the |
| 18 | Redbubble site dated September 2nd, 2020. |
| 19 | | Do you see that? |
| 02:13PM 20 | A | I do. |
| 21 | Q | Did you see this particular web page? |
| 22 | A | Yes, I did. |
| 23 | Q | In or around September 2nd, 2020? |
| 24 | A | Yes, I did. |
| 02:13PM 25 | Q | And do the two pages accurately reflect what you |

```
 1   saw?

 2        A        Yes, they do.

 3                 MR. WESLEY:  Move Exhibit 403.

 4                 MR. MASUR:  Same objection, Your Honor.

 5                 THE COURT:  It will be noted for the record.  It

 6   will be overruled.

 7                 MR. MASUR:  Thanks.

 8                 THE COURT:  403.

 9             (Marked for identification and received

10             into evidence Exhibit No. 403.)

11        Q        BY MR. WESLEY:  I'm showing you Exhibit 403.  Do

12   you see there's a title "Brandy Melville 25 results"?

13        A        Yes.

14        Q        Just to be clear, did Brandy Melville authorize

15   this store?

16        A        None.

17        Q        And do you see any designs on here that you

18   recognize?

19        A        Several.

20        Q        Can you give us a couple examples?

21        A        Sure.  The "chill since" in the second row, third

22   in; the "I miss you" which is row three, first; the California

23   bear.  There is also a "chill since" in men's which is in the

24   third row, fifth item over starting from the left.  Correct.

25   Another "chill since."  Various "chill since."
```

1        Q        And did you type "Brandy Melville" into the

2    Redbubble search engine following the filing of the lawsuit?

3        A        Yes.

4        Q        Did you continue to see Brandy Melville designs?

02:15PM  5        A        Hundreds.

6        Q        Okay.  Following -- even after filing the

7    lawsuit, did Brandy Melville ever raise further objection as to

8    the use of Brandy Melville as a keyword?

9        A        Yes.

02:15PM  10       Q        Okay.  And take a look at -- take a look at

11   volume 6, Exhibit 160, please.

12       A        Yes.  I'm there.

13       Q        Okay.  And this is a June 26, 2019, letter.

14                Do you see that?

02:16PM  15       A        I do.

16       Q        Did you authorize counsel to send this letter to

17   Redbubble?

18       A        I did.

19       Q        Was it after the filing of the Complaint?

02:16PM  20       A        Yes.

21       Q        Okay.  And what was the purpose of sending this

22   follow-up?

23       A        To get them to stop.

24                MR. WESLEY:  Okay.  Your Honor, move Exhibit 160.

02:16PM  25                THE COURT:  It will be received.  160?

```
                     1              MR. WESLEY:  160, Your Honor.

                     2              THE COURT:  Okay.  Go ahead.

                     3              (Marked for identification and received

                     4              into evidence Exhibit No. 160.)

02:16PM              5       Q      BY MR. WESLEY:  Let's just take a quick look at

                     6   it.  Dated June 26, 2019; correct?

                     7       A      Correct.

                     8              THE CLERK:  Is that page 1, counsel?

                     9              MR. WESLEY:  Yes.

02:17PM             10       Q      In the second paragraph we write, it appears that

                    11   Redbubble has removed, at least for the present time, items

                    12   stamped with the Brandy Melville and LA Lightning trademarks

                    13   referenced in the lawsuit.  Nevertheless, Redbubble continues

                    14   to allow users to search for and locate, with the click of a

02:17PM             15   button, Brandy Melville designs.  Indeed, a search for

                    16   Brandy Melville on Redbubble's search engine even today yields

                    17   nearly 2,000 results, most of which are exact or near exact

                    18   copies of designs that Brandy Melville has sold or is selling.

                    19              Do you see that?

02:17PM             20       A      I do.

                    21       Q      Do you stand by that?

                    22       A      I do.

                    23       Q      And then attached to the letter, there are

                    24   some -- well, you prepared a comparison; right?

02:17PM             25       A      I did.
```

1    Q       That shows some of the designs that you were

2    seeing when typing in Brandy Melville into Redbubble; correct?

3    A       Correct.

4    Q       And so, for example, on the left is a product

02:18PM  5    that Brandy Melville had sold.

6              THE COURT:  Are you talking about page 2?

7              MR. WESLEY:  Sorry, Your Honor.  Page 4.

8              THE COURT:  Page 4.  Okay.

9              THE WITNESS:  Yes.

02:18PM  10    Q       BY MR. WESLEY:  And on the right is a product

11    that you saw on Redbubble?

12    A       Yes.

13    Q       Page 9 is a patch that was seen in

14    Brandy Melville stores?

02:18PM  15    A       Yes.

16    Q       On the right, was that a design you saw on

17    Redbubble?

18    A       Yes, it is.

19    Q       Okay.  And some of these designs, I mean,

02:18PM  20    U.S.A. -- you don't claim ownership of the U.S.A.?

21    A       Absolutely not.

22    Q       Right.  Then why were you concerned about designs

23    being sold on Redbubble?

24    A       Well, these are I think exact replicas of the way

02:19PM  25    our artists designed those logos.

```
 1          Q        Flip a few exhibits ahead, same volume, to

 2     Exhibit 162.

 3          A        I'm there.

 4          Q        Okay.  Is this another letter that you authorized

 5     counsel to send?

 6          A        Yes.

 7          Q        And for what purpose?

 8          A        Again, to get them to stop.

 9                   MR. WESLEY:  Okay.  Your Honor, move Exhibit 162.

10                   THE COURT:  Okay.  How many pages?

11                   MR. WESLEY:  16, Your Honor.

12                   THE COURT:  Go ahead.

13              (Marked for identification and received

14              into evidence Exhibit No. 162.)

15          Q        BY MR. WESLEY:  I'm placing page 1 on the screen.

16     This is a letter dated July 19, 2019.

17                   Do you see that?

18          A        I do.

19          Q        Your counsel in the letter kind of goes through

20     the process of a consumer searching for Brandy Melville

21     stickers; right?

22          A        Correct.

23          Q        And is this something that you had personally

24     done?

25          A        Absolutely.
```

02:19PM (line 5)
02:19PM (line 10)
02:20PM (line 15)
02:20PM (line 20)
02:20PM (line 25)

```
 1          Q      So is this screenshot something that you

 2    personally saw?

 3          A      Yes, it is.

 4          Q      Okay.  And so we write, "A consumer searching for

 5    Brandy Melville stickers by typing into Google 'Brandy Melville

 6    stickers' is led to the following link which is listed amongst

 7    a collection of other links to websites offering actual

 8    authentic Brandy Melville products."

 9                 Is this a link you saw?

10          A      Absolutely.

11          Q      Okay.  Then we go on.  The consumer who clicks on

12    that link or a consumer who searches for Brandy Melville

13    stickers in Redbubble's own search engine is then led to the

14    following Brandy Melville stickers page on Redbubble.  And do

15    you see here there is a Brandy Melville stickers screenshot?

16          A      Yes.

17          Q      And is this actually a screenshot that was taken

18    from the Redbubble site?

19          A      Yes, it is.

20                 THE COURT:  That's on page 2?

21                 MR. WESLEY:  This is on page 2.

22                 THE COURT:  Okay.

23          Q      BY MR. WESLEY:  Then, thereafter, whether the

24    consumer purchased something for Redbubble or simply spent a

25    few seconds before turning your attention elsewhere, the
```

02:20PM (line 5)
02:20PM (line 10)
02:21PM (line 15)
02:21PM (line 20)
02:21PM (line 25)

```
              1    consumer's computer will automatically receive pop-ups that

              2    show simply Redbubble and Brandy Melville designs including

              3    designs like that below that is a registered trademark of

              4    Brandy Melville and a design that purportedly had been removed

  02:21PM     5    due to Redbubble's proactive policing.

              6              Do you see that?

              7    A      I do.

              8    Q      Have you seen pop-up ads after searching

              9    Redbubble's search engine?

  02:22PM    10    A      Yes, I have.

             11    Q      And after sending this letter, did Redbubble stop

             12    using Brandy Melville as a keyword?

             13    A      No.

             14    Q      And did you periodically check and search

  02:22PM    15    Brandy Melville on the site?

             16    A      Yes.

             17    Q      And did the number of search results decrease or

             18    increase or stay approximately the same?

             19    A       Increased by a lot.  I actually did it this

  02:22PM    20    morning.  There were 8,817.

             21              MR. WESLEY:  Your Honor, permission to conduct

             22    the search of Redbubble for Brandy Melville as we sit here

             23    today.

             24              MR. MASUR:  Your Honor, we would object to the

  02:23PM    25    extent it is going to be offered to be introduced.
```

|      |    |                                                              |
|------|----|--------------------------------------------------------------|
|      | 1  | THE COURT:  Sustained.                                       |
|      | 2  | MR. WESLEY:  One more document.  Volume 7,                   |
|      | 3  | please.  Exhibit 189.                                        |
|      | 4  | THE WITNESS:  I'm there.                                      |
| 02:23PM | 5 | Q      BY MR. WESLEY:  This appears to be screenshots      |
|      | 6  | from Google searches.  The first two pages are Brandy Melville |
|      | 7  | stickers, and there's Brandy Melville T-shirts on the second |
|      | 8  | two pages.                                                   |
|      | 9  | Do you see that?                                             |
| 02:24PM | 10 | A      I do.                                               |
|      | 11 | Q      Are these searches that you actually conducted?      |
|      | 12 | A      Yes, they are.                                        |
|      | 13 | Q      And it's dated July 18, 2019.                         |
|      | 14 | Do you see that?                                             |
| 02:24PM | 15 | A      I do.                                               |
|      | 16 | Q      Did you conduct these searches on or around          |
|      | 17 | July 18, 2019?                                               |
|      | 18 | A      I did.                                                |
|      | 19 | Q      And do the four pages in Exhibit 189 truly depict    |
| 02:24PM | 20 | what you saw?                                              |
|      | 21 | A      Yes, they do.                                         |
|      | 22 | MR. WESLEY:  Thank you.  Move Exhibit 189,                   |
|      | 23 | please.                                                      |
|      | 24 | THE COURT:  It will be received.                             |
| 02:24PM | 25 | ///                                                       |

```
 1              (Marked for identification and received

 2              into evidence Exhibit No. 189.)

 3      Q       BY MR. WESLEY:  So you typed into Google

 4   "Brandy Melville stickers"; is that correct?

 5      A       I did.

 6      Q       One of the -- it looks like the fourth search

 7   result down was Redbubble site?

 8      A       Yes, it was.

 9      Q       Do you see the fifth?

10      A       Yes, I do.

11      Q       What is that?

12      A       That's our own site, our own website.

13      Q       So you saw the Redbubble site above the authentic

14   Brandy Melville customer service site?

15      A       Correct.  And therein lies the confusion.

16      Q       What is Brandy Melville's goal in this

17   litigation?

18      A       Our goal is to get them to stop and hopefully

19   discourage other sites like that from proliferating, ultimately

20   to protect our own artists' work and other independent artists

21   who might not have the resources to get lawyers involved.

22              MR. WESLEY:  Thank you.  That is all I have.

23              THE COURT:  Okay.  Ladies and gentlemen, normally

24   we take a break at 2:30.  It is close enough.  So we should

25   take a break now before getting to cross-examination.
```

1    You are advised not to discuss the case amongst

2    yourselves or with anybody else or form or express any opinions

3    about the matter until you return to the jury room for your

4    deliberations.

02:26PM    5    We will see you back in 15 minutes.  If you leave

6    quietly, I'm going to be talking with the attorneys a little

7    bit.  So please, when you leave, leave quietly.

8    (The following proceedings were held in

9    open court outside the presence of the jury:)

02:26PM    10    THE COURT:  Okay.  The record will reflect that

11    the jurors have left the courtroom.

12    Counsel, this is not a criticism.  This is just

13    kind of to tell you where we are in this case.  You know, when

14    you bake a cake, you can just give the cake to somebody, but

02:27PM    15    you might want to put icing on it to make it more desirable.

16    That's what the attorneys do.  You do it the way you want to do

17    it.  You have your time limits.  But I can tell you probably

18    25 to 30 percent of what went on here was either repetitive or

19    was not necessary.  First, it's where were you born and where

02:27PM    20    did you go to college and what degrees.  All that is great, and

21    I'm not criticizing you because that's how you win your case by

22    making it as appetizing as possible to the jury.

23    But I just want to let everybody know that the

24    four hours is going to be more than enough on both sides.  I

02:27PM    25    will probably not be deviating from that at the end.

1      Let's take a 15-minute break.

2      (A recess was taken at 2:27 p.m.)

3      (The following proceedings were held in

4      open court in the presence of the jury:)

02:45PM   5      THE COURT:  Everyone have a seat, please.

6      Okay.  Ladies and gentlemen, a directive has just

7  come down from Washington, DC that the president has signed the

8  bill making Juneteenth a holiday, and he's going to enforce it

9  as of tomorrow.  So all court buildings are closed tomorrow

02:46PM  10  which is kind of throwing everything into a dilemma, but that's

11  what we have to do tomorrow.  We have to learn to adjust to it

12  unfortunately.

13      So when we finish today at 4:00 o'clock, we will

14  finish for the week.  Normally Monday are our law and motion

02:46PM  15  days -- I have pushed everything into the morning; so we're

16  going to meet Monday at 1:00 o'clock.  So we will have an

17  afternoon session on Monday and then go back to the 8:30 until

18  4:00 for the rest of the week.

19      Okay.  I don't know if -- you probably aren't

02:47PM  20  disappointed.  You get a day off.  But it sure throws a bucket

21  wrench into the court proceedings and everything else.  But you

22  live with what you have.

23      So I want to tell you that so you can make your

24  plans accordingly.  When you break at 4:00 o'clock today, we

02:47PM  25  will have you come back in on Monday.  Be here at about a

1    quarter of 1:00 so we can start right at 1:00 o'clock and get a

2    full afternoon in.  Okay.

3               Okay.  Counsel, cross-examination.  You may

4    proceed, counsel.

5                        **CROSS-EXAMINATION**

6    BY MR. MASUR:

7        Q    Good afternoon, Mr. Rianna.  I want to confirm.

8    What company do you work for?  What company are you the CFO of?

9        A    I am the CFO for brandymelvilleusa.

10       Q    And that's a separate corporation from

11   Y.Y.G.M. SA; correct?

12       A    It is an authorized licensee.

13       Q    I understand.  That's not the question I asked,

14   sir.

15               Is it a separate company from Y.Y.G.M. SA?

16       A    It is.

17       Q    And do you know people who work for Y.Y.G.A. SA?

18       A    I do.

19       Q    Are any of them here?

20       A    They are not here.

21       Q    Okay.  They know that this is happening today;

22   correct?

23       A    Absolutely.

24       Q    But they're not here.

25       A    They're not here.

                1        Q        Now, does Y.Y.G.M. use brandymelvilleusa as a

                2    trademark?

                3        A        Could you clarify that?

                4        Q        Yeah.  My understanding is that brandymelvilleusa

02:48PM         5    or brandymelvilleusa.com is one of the alleged trademarks here;

                6    isn't that correct?

                7        A        Yes, it is.

                8        Q        And is that used by Y.Y.G.M. SA?

                9        A        Y.Y.G.M. SA is the owner of Brandy Melville.

02:49PM        10        Q        But not of brandymelvilleusa; correct?

               11        A        Not --

               12                 THE COURT:  If you know.

               13                 THE WITNESS:  I'm not sure.

               14        Q        BY MR. MASUR:  The words "Brandy Melville," do

02:49PM        15    you understand them to be a registered trademark?

               16        A        Along with the graphic, yes.

               17        Q        So it's your understanding that the words

               18    "Brandy Melville," not just the design Brandy Melville with a

               19    heart or a flag in it, is a registered trademark?

02:49PM        20        A        I believe both are.

               21        Q        Why don't we start with Exhibit 5.

               22                 Do you recognize this document, sir?

               23        A        I do.

               24        Q        We brought this in I believe previously, didn't

02:50PM        25    we?  This came in during your testimony?  No, it didn't.

```
 1                    Can we move it in?

 2                    THE CLERK:  What exhibit number?

 3                    MR. MASUR:  This is Exhibit 5.  It's subject to

 4   the stipulation.

 5                    THE COURT:  Do you have Exhibit 5 in front of

 6   you?

 7                    MR. MASUR:  It should be coming up on his screen,

 8   I believe.

 9                    THE COURT:  Let's wait until he knows what he's

10   talking about.

11                    MR. MASUR:  I believe it should be up on his

12   screen already.

13                    THE WITNESS:  Yeah.  It's up on the screen.

14                    THE COURT:  It's up on your screen?

15                    THE WITNESS:  Yes.

16                    THE COURT:  But it's not published yet.  Okay.

17   That's fine.

18                    Do you recognize 5?

19                    THE WITNESS:  I do.

20                    THE COURT:  Do you want to move it in?

21                    MR. MASUR:  Yes.

22                    THE COURT:  No objection.  It will be received.

23              (Marked for identification and received

24              into evidence Exhibit No. 5.)

25         Q     BY MR. MASUR:  Now, this is the Brandy flags
```

1    logo.  If I call it that, you will understand what I'm talking

2    about?

3         A     Yes.

4         Q     Do you see where it says, "Class 16, stickers

02:51PM  5    calendars"?

6         A     Yes.

7         Q     And do you have an understanding of what that

8    means?

9         A     I do.

02:51PM  10        Q     What is your understanding of what that means?

11        A     From my understanding, those are the

12   classifications that the mark is registered for.

13        Q     Okay.  And I believe there are more

14   classifications if we go down the page.  Class 18 for casual

02:51PM  15   weekend tote and class 25 for visors being head wear.

16              Do you see that?

17        A     I do.

18        Q     Is that the last on that page?  Okay.

19              So those three classes, is it your understanding

02:52PM  20   that those three classes is what the mark is registered at?

21        A     I believe so.

22        Q     Going to class 16, stickers, has the Brandy

23   brand, as you put it -- the Brandy Melville brand ever put the

24   Brandy flags logo on a sticker?

02:52PM  25        A     I have not seen all the stickers.

1    Q        Have you ever seen a sticker that has the Brandy

2    flags brand?

3    A        I may have.

4    Q        So it's your testimony that this is not a logo

02:52PM  5    that Brandy Melville does not put on stickers?

6    A        Could you say that again?

7    Q        Yeah.  I can probably say that without the double

8    negative.

9             Does Brandy Melville have a policy not to put its

02:52PM 10    flags logo on stickers?

11    A        I'm not aware of such a policy.

12    Q        But you're not aware of any sticker bearing this

13    logo that has been produced by Brandy Melville?

14    A        I am not certain.

02:52PM 15    Q        Okay.  And I know that you're not responsible for

16    all the evidence in this case, but you're not aware of any that

17    was provided to your counsel to be used for evidence?

18    A        I'm not aware.

19    Q        Can we go to the next exhibit, Exhibit 6.  I

02:53PM 20    believe Exhibit 6 has been admitted.  That is the Brandy heart?

21             THE COURT:  6, it's been admitted.

22    Q        BY MR. MASUR:  Actually, I believe that our

23    visualization of it is omitting the heart for the middle.  I

24    think it's just too faint to see.  But you would expect to see

02:53PM 25    a heart there, would you not?

```
        1        A       I would.

        2        Q       Let's look at those classes here too.

        3                Cleaning and polishing preparations, do you see

        4   that?

02:53PM 5        A       Yes.

        6        Q       Are you aware of any products that

        7   Brandy Melville has sold under that class in the U.S.?

        8        A       I am -- I'm not sure.

        9        Q       Precious metals and their alibis, class 14.

02:54PM 10       A       Jewelry.

        11       Q       Okay.  Can we go to the next class, class 16.

        12  Adhesive tapes for stationery or household purposes.

        13       A       Yes.

        14       Q       You were aware that the Brandy Melville heart

02:54PM 15  logo has been used on one of those items?

        16       A       Yes.

        17       Q       Which item?

        18       A       I believe the tape to wrap products for our

        19  E-commerce.

02:54PM 20       Q       Okay.  Can we go to the next.  Leather and

        21  imitation leather, has this logo been used on leather or

        22  imitation leather or other items?

        23       A       I believe so.

        24       Q       How has it been used on those?

02:54PM 25       A       I believe on handbags.
```

1    Q       On the handbag itself or on the hangtag on the

2    handbag?

3    A       Maybe both.

4    Q       Do you know whether you provided a photograph of

02:54PM  5    any example of it being used on one of these items to your

6    counsel?

7    A       I'm not certain.

8    Q       So you're not sure whether there is any in

9    evidence here?

02:55PM  10   A       I'm not certain.

11   Q       Okay.  Can we go to the next class, furniture,

12   mirrors, picture frames.  Does Brandy Melville use the

13   Brandy Melville heart logo on any of those?

14   A       I believe so.

02:55PM  15   Q       Which ones?

16   A       I believe the picture frames.

17   Q       And are those in evidence?

18   A       I'm not certain.

19   Q       And it should be clear.  You're not a lawyer.  I

02:55PM  20   don't expect you to know whether they are in evidence.

21           Did you provide any photographs or any examples

22   of a picture frame bearing the Brandy heart logo to your

23   counsel?

24   A       No.

02:55PM  25   Q       Can we go down to the next class?  On this,

```
  1    dresses, berets, footwear, et cetera.  I expect you have used
  2    the Brandy heart logo on those?
  3         A     I'm not certain.
  4         Q     Oh, okay.  Can we go to the next class?
  5    Actually, I believe that is the end of them, isn't it?
  6               Can you read the description where it says the
  7    colors and then the mark?
  8         A     Where is that?  I'm sorry.
  9         Q     There's two paragraphs there that limit this
 10    mark.
 11         A     Black and pink.
 12         Q     And you see also that the mark consists of the
 13    wording Brandy Melville in black with a pink heart between
 14    Brandy and Melville?
 15         A     Yes.
 16         Q     So is it your understanding that this
 17    registration covers Brandy Melville with a heart between them
 18    and not the words Brandy Melville?
 19         A     I believe so.
 20         Q     Okay.  Can we go back to Exhibit 5.  Let's go
 21    back down to "The mark consists of."  Again, see "The mark
 22    consists of Brandy Melville with a pair of crisscrossed flags
 23    between the Y and M"?
 24         A     Yes.
 25         Q     Is it your understanding based on this that the
```

```
             1    registered mark Brandy Melville with the flags where the

             2    Brandy flags mark is limited to the use of those words with a

             3    pair of crisscrossed flags?

             4            A      I'm not sure it's limited.

02:57PM      5            Q      It says, "The mark consists of that," sir?

             6            A      Yes, it does.

             7            Q      I believe you said you were familiar with working

             8    with trademarks in the course of your business?

             9            A      I am.

02:57PM     10            Q      And as far as -- again, the brandymelvilleusa

            11    company, are you the most knowledgeable person within the

            12    company about those marks?

            13            A      I am.

            14            Q      Okay.  But you don't know?

02:57PM     15                   THE COURT:  I'm sorry.  You don't know what?

            16                   MR. MASUR:  Sorry, Your Honor.

            17            Q      You don't know whether it's limited to

            18    Brandy Melville with the crisscrossed flags between the Y and

            19    the M?

02:57PM     20            A      I'm not sure what limited -- what you mean by

            21    limited.

            22            Q      Okay.  If I said, instead of limited, that it

            23    consists of and therefore requires a pair of crisscrossed

            24    flags --

02:58PM     25            A      It indicates that -- the mark contains the flags.
```

|   |   |   |
|---|---|---|
| 1 | Q | You mentioned that there are a number of mentions |

1      Q      You mentioned that there are a number of mentions

2  of Brandy Melville in the press; correct?

3      A      Yes.

4      Q      And that you collect them?

02:58PM  5      A      Yes.

6      Q      Are those all positive mentions?

7      A      The majority --

8                 MR. WESLEY:  Objection.  Relevance.  403.  Motion

9  in limine.

02:58PM  10                THE COURT:  Can you state the question again?

11                MR. MASUR:  I'm asking whether the press clips

12  that Mr. Rianna has read about Brandy Melville are all

13  positive.  He testified about positive ones.  I'm curious if

14  he's seen ones that aren't.

02:59PM  15                THE COURT:  I'm going to sustain that objection.

16  It doesn't make a difference.  Sustained.

17      Q      BY MR. MASUR:  Can we bring up Exhibit 200 which

18  was introduced with you before?

19                You testified that you're familiar with this

02:59PM  20  article; correct?

21      A      Yes.

22      Q      And, in fact, you provided it to your counsel.

23      A      Yes.

24      Q      *Who What Wear*, what is that?

02:59PM  25      A      *Who What Wear*?

1      Q      Sorry.  This appears to be from a magazine or a

2  website called *Who What Wear*.  It's up in the upper left-hand

3  corner highlighted now.

4      A      Yes.

02:59PM 5      Q      So I'm wondering what the context is for this.

6  What website is this from?

7      A      These are style postings.

8      Q      And you don't know what *Who What Wear* is?

9      A      It's a fashion source.

03:00PM 10     Q      Okay.  What do you mean by "fashion source"?

11     A      It happens to be a site that typically showcases

12  celebrity wearings.

13     Q      And it showcases celebrity wearings why?

14     A      For -- could you be more specific?

03:00PM 15     Q      I believe that you testified that this site was

16  someplace that people would go to look to figure out which

17  celebrities were wearing certain clothes?

18     A      Yes.

19     Q      Or let me rephrase that.  Which clothes certain

03:00PM 20  celebrities were wearing?

21     A      Yes.  I believe that to be true.

22     Q      So it's the type of site that is used when the

23  viewer doesn't recognize that that, for instance, is a

24  Brandy Melville outfit if it is.

03:01PM 25     A      Could you say that again?

1      Q      Yeah.  I can try to ask a better question I'm

2  sure.

3             Is that a Brandy Melville outfit that that woman

4  is wearing?

03:01PM   5      A      Yes.

6      Q      And how do you know that?

7      A      I recognize her dress.

8      Q      Okay.  And is that something where the general

9  public recognizes that dress as being a Brandy Melville?

03:01PM  10      A      Our customers who are familiar with us, yes.

11      Q      But this site is about helping people figure out

12  who actually makes those clothing; correct?

13      A      It draws readers to their site using celebrities

14  and fashion brands.

03:01PM  15      Q      And it's for people who don't know that that is a

16  Brandy Melville.

17      A      I'm not sure.

18      Q      Okay.  Let's go to Exhibit 223 at page 193.  This

19  is one that Mr. Wesley introduced with you.

03:02PM  20             That logo that "We grew here.  New York.  You

21  flew here" --

22             THE COURT:  Counsel, what page are you referring

23  to?

24             MR. MASUR:  I'm sorry.  Page 193.  This is

03:02PM  25  already in evidence.

```
 1                    THE COURT:  I've got it.
 2                    MR. MASUR:  With the stickers in the background.
 3          Q         Is that "We grew here.  You flew here" logo
 4     Brandy Melville's?
 5          A         I believe so, yes.
 6          Q         Okay.  Did Brandy Melville grow in New York?
 7          A         I believe the model who is wearing it did.
 8          Q         Okay.  But that's about the model and not about
 9     the brand Brandy Melville; correct?
10          A         Well, we make clothes for our customers in
11     different cities.
12          Q         Now, counsel -- you testified earlier that you
13     instructed your law firm to check Redbubble's website; is that
14     correct?
15          A         I did.
16          Q         For what purpose?
17          A         To assist in monitoring the activity.
18          Q         What do you mean by "the activity"?
19          A         The usage of our branding Brandy Melville logos
20     and designs.
21          Q         So you instructed your law firm to check that
22     website between May 2018 when they sent the notice letter to
23     Redbubble and when they filed suit; correct?
24          A         Approximately.
25          Q         And you instructed them to check the site.  Did
```

03:02PM — line 5
03:02PM — line 10
03:03PM — line 15
03:03PM — line 20
03:03PM — line 25

1    they tell you they had checked it?

2         A     They did.

3         Q     And they reported back to you on things that they

4    found on that site; correct?

03:03PM   5         A     As well as confirmed the things that I found.

6         Q     Okay.  So you were having a dialogue with your

7    law firm about things you were finding on the Redbubble site

8    between May 2018 and May 2019 when you filed the Complaint?

9               MR. WESLEY:  Objection, Your Honor.

03:04PM  10    Attorney/client privilege.

11               MR. MASUR:  I believe they opened the door,

12    Your Honor.  He waived.

13               THE COURT:  No.  I'm going to overrule it.  He's

14    not asking for the content.

03:04PM  15               But did you discuss that --

16               THE WITNESS:  Did I discuss?  I'm sorry?

17               THE COURT:  Did you discuss and talk about

18    whether or not the website was producing things?

19               THE WITNESS:  Yes.

03:04PM  20               THE COURT:  Okay.

21         Q     BY MR. MASUR:  So you were aware and your lawyers

22    were aware that listings that you believed to be infringing

23    were on Redbubble's site?

24               THE COURT:  Sustained.  That would be

03:04PM  25    attorney/client privilege.

1          MR. MASUR:  Okay.

2     Q     You said earlier -- you testified that you didn't

3     sue between May of 2018 and May of 2019 because it would take

4     time.  I believe that was your testimony.  We don't have the

03:05PM    5     transcript yet.

6     A     I did that -- typically our practice is not to

7     file lawsuits because it's expensive and consumes a lot of the

8     management's time.

9     Q     I believe that you also testified -- and please

03:05PM   10     do correct me if I'm wrong -- that you expected that it would

11     take time for Redbubble to take down listings off of its site;

12     correct?

13     A     Given the thousands that were there, yes.  I

14     assumed it would take time.

03:05PM   15     Q     But you were aware, were you not, that your law

16     firm had contacted Redbubble on May 14th of 2018, and then on

17     May 15th to complain that the listings were not yet down?

18     A     Could you say that again?

19     Q     You're aware -- the cease and desist letter, as

03:05PM   20     Mr. Wesley referred to, was sent on May 14?

21     A     Yes.

22     Q     And on May 15th Mr. Wesley again e-mailed and

23     said there are still listings up; right?

24     A     That was the date, yes.

03:06PM   25     Q     So after only one day.  Between May 14th and

```
 1    May 15th is one day.
 2                    THE COURT:  I will take judicial notice.
 3                    MR. MASUR:  Thank you, Your Honor.  May 14th to
 4    the 15th is one day.
 5         Q      So I'm trying to understand -- I'm presuming that
 6    your lawyer was acting at your instruction to send both of
 7    those communications; correct?
 8         A      Yes.
 9         Q      So you instructed your lawyer to send that
10    communication after waiting only one day because the listings
11    were not yet down; correct?
12         A      Could you -- but there were other communications?
13         Q      Sorry?  I couldn't hear you.
14         A      There were other communications?
15         Q      Yes, there were, and I will be getting to that
16    shortly.  Give me one second, and I will turn to it.
17                    I do not believe this has yet been introduced
18    into evidence; so I want you to not publish it to the jury.
19    Exhibit 155, the bottom half of that.
20                    Mr. Wesley {sic}, do you recognize this e-mail?
21         A      Yes.
22         Q      You do.
23                    I would like to move it in.
24                    THE COURT:  It will be received.
25                    MR. MASUR:  Thank you.
```

```
 1                (Marked for identification and received

 2                into evidence Exhibit No. 155.)

 3        Q      BY MR. MASUR:  So this is an e-mail that I showed

 4   earlier today.  So this was an e-mail that was in response to
03:08PM
 5   Mr. Wesley's May 14th letter; correct?

 6        A      I believe so.

 7        Q      And like Redbubble's May 14th response to

 8   Mr. Wesley, it says, "If there are additional specific designs

 9   you would like removed, please identify them to us."
03:08PM
10        A      I believe so, yes.

11               MR. MASUR:  Okay.  And, actually, why don't we go

12   -- I believe it's on the next page you will see the earlier

13   response.  Below that.  That was Mr. Wesley's response.  The

14   next one down.  Yes.
03:08PM
15        Q      So that was Redbubble's response on May 15th

16   earlier; correct?

17        A      I believe so, yes.

18        Q      So just to get your testimony correct, Mr. Wesley

19   sends a letter on May 14th, Redbubble responds on May 15th
03:09PM
20   saying we have taken it down, Mr. Wesley responds saying

21   they're not all down, and Redbubble says, we have taken down

22   the listings you have identified, please let us know if there

23   are any more.

24               Is that an accurate summary?
03:09PM
25        A      That's what the e-mail said, yes.
```

1    Q      So on your behalf, your lawyers reached out to

2    Redbubble on one day, and then the following day they reached

3    out to say that there hasn't been action yet; correct?

4    A      I don't have all the correspondences in front of

03:09PM   5    me.  Yes.

6    Q      That's what this exhibit says.  That's what these

7    e-mails say, that you have said you have seen.

8    A      Yes.  I have seen this e-mail.

9    Q      Okay.  But although your lawyers followed up

03:10PM   10    after only one day, you are saying that you wanted to give

11    Redbubble more time after that, and you gave more than a year;

12    correct?

13    A      Between the correspondences and the filing of the

14    lawsuit.

03:10PM   15    Q      Okay.  And was -- and during that time, to be

16    clear, you have testified already that you saw a number of

17    additional what you consider to be infringements of

18    Brandy Melville's intellectual property on Redbubble?

19    A      Yes.

03:10PM   20    Q      I'm trying to understand why we went from urgency

21    on May 14th and 15th of 2018 -- is that a fair characterization

22    to call it urgent, a response that happens within a day?

23    A      You can, yes.

24    Q      Okay.  And then no response, no further

03:10PM   25    communications with Redbubble for over a year; is that correct?

```
 1        A       I believe so.

 2        Q       And I'm trying to understand why the difference

 3   happened.  You're saying that you wanted to give Redbubble

 4   time.

 5        A       Yeah.

 6        Q       But you hadn't given Redbubble time the first

 7   time.

 8        A       Uh-huh.

 9        Q       So I'm confused.

10        A       Sure.  I'll expand.

11        Q       Sure.

12        A       After we had given notice and Redbubble in this

13   e-mail claimed to remove the items, then the same items

14   reappeared.

15        Q       Right.  That explains why you would reach out

16   again if you thought that those were infringing.  I'm trying to

17   figure out why you didn't reach out for over a year.

18        A       Well, from our perspective, it was Redbubble's

19   responsibility to not have them reappear again.

20        Q       Has anyone ever told you that they thought that

21   Redbubble was selling authentic Brandy Melville merchandise?

22        A       Yes.

23        Q       Who was that?

24        A       Our -- the first person that notified us.

25        Q       And who was that?
```

1    A       That was an employee in customer service.

2    Q       Okay.  So the employee in customer service asked

3    you -- what did the employee in customer service say?

4    A       She alerted that there was some confusion coming

03:12PM   5    from the Redbubble site and asked me to verify if it was an

6    authorized resell of Brandy Melville products.

7    Q       But that was an employee; correct?

8    A       In customer service.

9    Q       Okay.  But was -- have you ever heard from

03:12PM   10   someone who is not an employee of brandymelvilleusa or one of

11   its affiliates or Y.Y.G.M. that they were confused?

12   A       I may have.

13   Q       You may have, but you can't think of any sitting

14   here today.

03:13PM   15   A       Not at this moment.

16   Q       Do you believe that -- let me strike that and ask

17   a better question.

18           Has any consumer ever told you that, when they

19   see an LA Lightning on a shirt, they associate that shirt with

03:13PM   20   Brandy Melville?

21   A       Given my position, I'm not always in front of the

22   customer.

23   Q       Okay.  Let me -- perhaps I'm using consumer

24   unartfully.

03:13PM   25           Does anyone who is not affiliated with

```
  1    brandymelvilleusa, Y.Y.G.M., or their affiliates, has anyone

  2    who fits those criteria ever told you that, when they see the

  3    LA Lightning logo on a shirt, they associate that with

  4    Brandy Melville?

  5        A    I believe customers have told customer service.

  6        Q    I understand.  I'm asking, sir, whether anyone

  7    has told you.

  8             And I would actually move to strike the previous

  9    answer.

 10             THE COURT:  It will be stricken.  It was hearsay.

 11             MR. MASUR:  Well, if he's heard it, I want to --

 12             THE COURT:  It will be stricken what the customer

 13    service told him.  You can ask him directly if he has talked to

 14    anybody.

 15             MR. MASUR:  I'm sorry.  I can ask him --

 16             THE COURT:  You can ask him directly if he's had

 17    any contact which I think is what you asked.

 18             MR. MASUR:  That is what I am trying to ask,

 19    Your Honor.

 20             THE WITNESS:  Have I spoken to people and asked

 21    them, not affiliated with our company, if the Redbubble site

 22    creates confusion?

 23             THE COURT:  Or has anybody said anything to you

 24    about it?

 25             THE WITNESS:  They may have.
```

| | | |
|---|---|---|
| | 1 | Q        BY MR. MASUR:  But you can't recall sitting here |
| | 2 | today? |
| | 3 | A        I can't recall. |
| | 4 | Q        Where are Brandy Melville's goods sold? |
| 03:15PM | 5 | A        In the United States? |
| | 6 | Q        You're right.  Sorry.  That was again an unartful |
| | 7 | and vague question.  I apologize.  Yes.  In the United States. |
| | 8 | What retail outlets are authorized Brandy Melville goods sold? |
| | 9 | A        We have two, direct retail stores and an |
| 03:15PM | 10 | E-commerce site. |
| | 11 | Q        And that's it? |
| | 12 | A        We also wholesale under a different mark to |
| | 13 | PacSun. |
| | 14 | Q        Under a different mark?  What is that different |
| 03:15PM | 15 | mark? |
| | 16 | A        John Galt. |
| | 17 | Q        And that's not at issue here; correct? |
| | 18 | A        I don't believe so. |
| | 19 | Q        I'd like to pull up Exhibit 8 but not for the |
| 03:16PM | 20 | jury yet. |
| | 21 | Mr. Rianna, do you recognize this document? |
| | 22 | A        Do you mean the photograph? |
| | 23 | Q        Would you like us to flip through it to show the |
| | 24 | rest of the pages? |
| 03:16PM | 25 | THE COURT:  Well, it's your choice. |

|  | 1 | MR. MASUR:  Well, it was an exhibit at his |

```
            1              MR. MASUR:  Well, it was an exhibit at his

            2    deposition, Your Honor.

            3              THE COURT:  It's your choice if you want to ask

            4    him.

03:16PM     5              So is the question do you recognize this page?

            6              THE WITNESS:  Yes.

            7              THE COURT:  So you recognize this page?

            8              THE WITNESS:  I recognize the page.

            9    BY MR. MASUR:

03:16PM    10         Q    Do you recognize the rest of the document?

           11         A    I do.

           12         Q    What is this document?

           13         A    This is a brand presentation.

           14         Q    A brand presentation by whom?

03:16PM    15         A    I believe this was a collective effort.

           16         Q    Who was in the collective?

           17         A    There were some associates that assisted as well

           18    as myself.

           19         Q    Just to be clear, I'm asking whether it was a

03:17PM    20    Brandy Melville or brandymelvilleusa presentation.

           21         A    It is.

           22              MR. MASUR:  Okay.  I would like to move it into

           23    evidence.

           24              THE COURT:  It will be received.

03:17PM    25              MR. MASUR:  Thank you.
```

```
 1                    (Marked for identification and received
 2                    into evidence Exhibit No. 8.)
 3                         MR. MASUR:  Can we go to page 3?
 4                         THE CLERK:  I'm sorry, counsel.  What exhibit
 5        number?
 6                         MR. MASUR:  That is Exhibit 8.
 7             Q         The second paragraph there, can you read that?
 8        The second bullet point, I believe, to be fair.
 9             A         "Designs are focused on fabrication, wash, fit
10        and intellectual details rather than logos."
11             Q         I'm sorry.  Can we have it published for the
12        jury?
13                         THE COURT:  Yes.
14                         MR. MASUR:  Thank you.
15                         THE CLERK:  What page?
16                         MR. MASUR:  This is page 3.
17             Q         I apologize, but I would like to ask you to read
18        it again since it wasn't up yet for the jury.
19             A         Second paragraph again?
20             Q         Yes.
21             A         "Designs are focused on fabrication, wash, fit
22        and intellectual details rather than logos."
23             Q         Do you recall a little while ago I asked you
24        whether brandymelvilleusa uses the Brandy flags mark on
25        stickers, for instance?
```

03:17PM (line 5)
03:18PM (line 10)
03:18PM (line 15)
03:18PM (line 20)
03:18PM (line 25)

| | | | |
|---|---|---|---|
| | 1 | A | It does use the mark. |
| | 2 | Q | The flags mark on stickers specifically? |
| | 3 | A | I'm not sure if it's used on stickers. |
| | 4 | Q | Is it used on the front of T-shirts? |
| 03:18PM | 5 | A | I'm not sure.  It's used on the neck and |
| | 6 | | hangtags. |
| | 7 | Q | Are you aware of any T-shirts where it is used as |
| | 8 | | a graphic on the front? |
| | 9 | A | I'm not sure. |
| 03:18PM | 10 | Q | Okay.  And you're not aware of anywhere it's -- |
| | 11 | | of any stickers you're not -- sitting here today, you're not |
| | 12 | | aware of any stickers where it's used? |
| | 13 | A | I'm not certain. |
| | 14 | Q | Okay.  What about the Brandy hearts logo -- |
| 03:19PM | 15 | | heart, singular, logo? |
| | 16 | A | What about it? |
| | 17 | Q | Are you aware of any stickers that |
| | 18 | | Brandy Melville produces that have the Brandy heart logo on |
| | 19 | | them? |
| 03:19PM | 20 | A | I'm not sure about stickers, but it's on all of |
| | 21 | | our hangtags, and it's on the neck of the products. |
| | 22 | Q | But not on stickers; correct? |
| | 23 | A | I'm not sure. |
| | 24 | Q | But you're not aware of any, again, to be clear? |
| 03:19PM | 25 | A | I'm not certain. |

1    Q      Okay.  And you're not aware of a policy on the

2  part of Brandy Melville that it's not to be used on stickers?

3    A      I'm not aware of a policy.

4    Q      I believe Exhibit 7 is already in evidence;

03:19PM  5  correct?  Are you familiar with this document?

6    A      I am.

7    Q      I believe you testified about this a little bit

8  ago.  This is the Los Angeles Lightning mark; correct?

9  Registration?

03:20PM  10    A      Yes.

11    Q      Looking at the classes here, there is only one

12  class here; correct?

13    A      Yes.

14    Q      And I don't think it's disputed that

03:20PM  15  Brandy Melville uses this logo on clothing, namely, T-shirts,

16  tank tops, and sweatshirts; correct?

17    A      Correct.

18    Q      Do you see also where it says the color yellow is

19  claimed as a feature of the mark?

03:20PM  20    A      Yes.

21    Q      And so is it your understanding that this mark

22  has -- a registered mark is limited to one using the color

23  yellow?

24    A      Again, the limited word -- it does clearly say

03:21PM  25  yellow.

1    Q     Okay.  And then where the "No claim is made" two

2  paragraphs in, do you see that, Mr. Rianna, "No claim is made

3  to the exclusive right"?

4    A     I do.

03:21PM  5    Q     So it's your understanding that it is only

6  registered for use in the way that is on the registration

7  certificate; correct?

8    A     I believe so.

9    Q     Now, it also says this was registered on

03:21PM  10  May 14, 2019; correct?

11    A     Yes.

12    Q     Okay.  That means there was no registration

13  before then; correct?

14    A     Correct.

03:21PM  15    Q     Okay.  Do you recall whether this graphic was

16  included in Mr. Wesley's letter from May 14, 2018?

17    A     I'm sorry.  Could you repeat that?

18    Q     Yes.  Mr. Wesley's letter to Redbubble of

19  May 14, 2018, do you recall that?

03:22PM  20    A     Yes.

21    Q     This logo isn't on there, is it?

22    A     I'm not sure.

23    Q     Before this mark was registered -- before this

24  mark was registered, sir, are you aware of any third-party uses

03:22PM  25  of it?

```
           1        A        We were using it.

           2        Q        You were using it.  What about anyone else?

           3        A        I'm not certain.

           4        Q        Okay.  So you would be surprised if your lawyer

03:23PM    5   had included a Redbubble screenshot in the -- in correspondence

           6   with the trademark office before this was issued?

           7        A        I'm sorry.  You said I would be surprised?

           8        Q        Would you be surprised if your -- let me back up.

           9                 Do you know who prosecuted this trademark

03:23PM   10   application, who obtained this trademark registration for

          11   Y.Y.G.M.?

          12        A        I believe it was Browne George Ross, our

          13   attorneys.

          14        Q        So your trial counsel here?

03:23PM   15        A        Yes.

          16        Q        And I'm asking would it surprise you -- let me

          17   rephrase that.

          18                 Were you involved in the prosecution of this

          19   mark?

03:23PM   20        A        Yes.

          21        Q        So you approved the various different

          22   correspondence with the trademark office on behalf of Y.Y.G.M.?

          23        A        Yes.  I was aware of it.

          24        Q        And I'm asking are you aware of whether your

03:24PM   25   lawyers sent a copy of a Redbubble web page to the
```

1    Patent & Trademark Office in connection with this trademark

2    prosecution before the trademark was obtained.

3          A      I'm sorry.  Can you --

4          Q      I can definitely do a better job of asking that.

03:24PM  5          Are you aware of whether your lawyers -- by

6    "yours," I mean the Brandy Melville and Y.Y.G.M. in

7    particular -- sent a copy of a Redbubble web page that had this

8    logo to the Patent & Trademark Office before this trademark

9    issue?

03:24PM  10         A      Did our attorneys send the screenshot from

11   Redbubble with this logo on it to the registration office?  Am

12   I understanding that correctly?

13         Q      Yes.

14         A      I'm sorry.  I'm a little confused by it.

03:25PM  15         Q      There is a lot to get into there.  I understand.

16         You're aware that, as part of the process of

17   prosecuting a trademark, of obtaining one from the Patent &

18   Trademark Office, the registrant has to show evidence of use;

19   correct?

03:25PM  20         A      Yes.

21         Q      And your lawyers showed evidence of this use to

22   the trademark office; right?

23         A      Yes.

24         Q      Did that evidence of use include use by people

03:25PM  25   other than Brandy Melville?

```
 1        A       I don't believe so.

 2                MR. MASUR:  Your Honor, I have an impeachment

 3      exhibit to use that is not on our exhibit list.

 4                THE COURT:  Okay.

 5                MR. MASUR:  Which I would like to arrange to have

 6      handed to the witness.

 7                THE COURT:  Show it to counsel first, and then

 8      you can go ahead and ask for it to be received.

 9                MR. MASUR:  I'm sorry?

10                THE COURT:  Show it to counsel first, and you can

11      move it into evidence if you wish.

12                MR. MASUR:  I believe counsel will recognize it.

13                THE COURT:  Okay.  Any objection?

14                MR. WESLEY:  It's not impeachment.

15                THE COURT:  I don't know if it is or not.  I'm

16      going to overrule the objection at this time.

17                MR. WESLEY:  It's not inconsistent.

18                THE COURT:  You said it's not impeachment, but I

19      will have to rule on it when I hear the testimony.

20                MR. MASUR:  How should I get this to the witness?

21                THE COURT:  Hand it to the clerk, and the clerk

22      will hand it to --

23                MR. MASUR:  Okay.  I want to make sure I'm not

24      crossing the lines here, Your Honor.  It is not yet publishable

25      to the jury, correct?
```

03:26PM (line 5)
03:26PM (line 10)
03:27PM (line 15)
03:27PM (line 20)
03:28PM (line 25)

1     THE COURT:  Not yet.

2  Q  BY MR. MASUR:  Mr. Rianna, do you recognize this

3 document?

4  A  I don't believe so.

03:28PM 5  Q  Okay.

6     THE COURT:  Have you ever seen it before?

7     THE WITNESS:  I don't think so.

8     THE COURT:  Okay.  Why don't you hand it back to

9 the clerk, and the clerk will hand it back to you.

03:28PM 10     MR. MASUR:  Actually, before we do, I would like

11 to -- I don't believe he had a chance to look through the whole

12 thing, and I would like to direct him to a particular page.

13     THE COURT:  Okay.

14  Q  BY MR. MASUR:  If you look at page 3, sir, you

03:28PM 15 see there is a declaration signature there.

16  A  Page 3?  Can you repeat that?

17  Q  Page 3 there is a declaration signature.  It's an

18 electronic signature?

19  A  Yes.

03:29PM 20  Q  Again, I'm trying to be sure not to cross the

21 line while we don't have this publishable to the jury.  But you

22 see above that miscellaneous statement that the applicant is a

23 Swiss entity?

24  A  Where exactly is that?

03:29PM 25  Q  I'm sorry.  Miscellaneous statement on the next

|   | page. |
|---|---|
| 1 | page. |
| 2 | A       Yes. |
| 3 | Q       Applicant is a Swiss entity? |
| 4 | A       Yes. |
| 5 | Q       Do you have any reason to doubt that this is a |
| 6 | document that was submitted by your lawyers in connection with |
| 7 | the prosecution of the Los Angeles Lightning logo? |
| 8 | A       I have never seen this before.  Sorry. |

03:29PM

03:29PM

1    page.

2         A       Yes.

3         Q       Applicant is a Swiss entity?

4         A       Yes.

03:29PM    5         Q       Do you have any reason to doubt that this is a

6    document that was submitted by your lawyers in connection with

7    the prosecution of the Los Angeles Lightning logo?

8         A       I have never seen this before.  Sorry.

9                  MR. MASUR:  Your Honor, I would like to know if

03:29PM   10    you can take judicial notice of this as a publication of the

11    Patent & Trademark Office.

12                 THE COURT:  Sustained.  Why don't you pass it

13    back.

14                 MR. MASUR:  Thank you, Your Honor.

03:30PM   15                 THE COURT:  You can maybe introduce that later

16    with another witness, but at this time it will be sustained.

17                 MR. MASUR:  Well, Your Honor, I believe, unless

18    Mr. Wesley will be getting up on the stand, that there won't be

19    a witness who could.

03:30PM   20                 THE COURT:  I'm sorry?

21                 MR. MASUR:  Unless Mr. Wesley were getting up on

22    the stand, there wouldn't be a witness who could authenticate

23    it.

24                 THE COURT:  I don't know if there would be or

03:30PM   25    not.

|  |  |  |
|---|---|---|
|  | 1 | MR. MASUR:  Exhibit 222, I believe this has been |
|  | 2 | admitted already.  Am I correct?  222. |
|  | 3 | THE COURT:  It's been admitted. |
|  | 4 | MR. MASUR:  It has.  Okay. |
| 03:31PM | 5 | Q      This is a Brandy Melville site with the |
|  | 6 | LA Lightning logo on the shirt; is that correct? |
|  | 7 | A      Yes, it is. |
|  | 8 | Q      Are shirts with this logo currently available on |
|  | 9 | the Brandy Melville website? |
| 03:31PM | 10 | A      I'm not sure. |
|  | 11 | Q      Okay.  Is it still available in the stores? |
|  | 12 | A      I'm not certain. |
|  | 13 | Q      Didn't you say this was a hot seller? |
|  | 14 | A      Yes, it is. |
| 03:31PM | 15 | Q      But it's not still in stores?  Strike that. |
|  | 16 | That's not a fair characterization.  You're not sure whether |
|  | 17 | it's still in stores? |
|  | 18 | A      I'm not sure. |
|  | 19 | Q      Okay.  So you don't know whether this logo is |
| 03:31PM | 20 | still in use by Brandy Melville; correct? |
|  | 21 | A      I'm not sure. |
|  | 22 | Q      Okay.  And you have -- do you know whether |
|  | 23 | Brandy Melville plans to sell apparel with this logo in the |
|  | 24 | future? |
| 03:31PM | 25 | A      I'm not sure. |

1    Q    Okay.  Has anyone not affiliated with -- and I

2    apologize.  I'm going to try to -- I should probably try to

3    figure out shorthand for this that you and I can both agree on.

4         Anyone not affiliated with brandymelvilleusa,

03:32PM  5    Y.Y.G.M., or their various affiliates ever told you that, when

6    they see this Los Angeles Lightning logo, they associate it

7    with Brandy Melville?

8    A    You're saying customers?

9         THE COURT:  No.  He's saying has anybody that is

03:32PM  10   not affiliated with your organization, has anybody come up and

11   told you that?

12        THE WITNESS:  Well, customers are not

13   necessarily --

14        THE COURT:  Nobody mentioned customers.  Has

03:32PM  15   anybody outside of your corporation ever said that to you?

16        THE WITNESS:  Yeah.  The reason why I wanted a

17   clarification is customers do associate that trademark with --

18        THE COURT:  That will be stricken, and you are to

19   ignore that.

03:33PM  20        That wasn't the question.  The question was has

21   anybody ever told you -- it's a very simple question.  Has

22   anybody ever told you that is not with the organization that

23   they are confused by that logo?

24        THE WITNESS:  I don't recall.

03:33PM  25        THE COURT:  Okay.  That's good enough.

1              THE WITNESS:  Okay.

2         Q      BY MR. MASUR:  What I'm trying to get at,

3    Mr. Rianna, is it your belief that this design is popular

4    because it's a nice design?

03:33PM  5         A      I believe it's popular because it is a nice

6    design and associated with our brand.

7         Q      But has anyone ever told you that they associate

8    it with your brand?

9              THE COURT:  Outside of your corporation.

03:33PM  10             THE WITNESS:  The sales data indicates that it's

11   popular --

12             THE COURT:  I'm going to sustain the objection.

13             Why do you got to do -- as a witness, your job is

14   just to answer the questions that are asked, not to become

03:34PM  15   argumentative, not to try to figure out where they're going.

16   Just answer the questions that are asked.  That's not the

17   question he asked about sales data.  He's just asking has

18   anybody that is not with your corporation made these statements

19   to you?  He's not saying customers.  Just anybody outside the

03:34PM  20   corporation made these statements to you.

21             THE WITNESS:  Sorry.  I was confused by --

22             THE COURT:  It's tough to be a witness.  I

23   understand that.

24             THE WITNESS:  I just want to make sure I answer

03:34PM  25   correct.

```
 1              THE COURT:  I understand that.  Don't try to

 2   anticipate where somebody is going.  These attorneys are

 3   seasoned attorneys.  If they want you to embellish on it or

 4   talk further, your counsel or his, they will ask you those

 5   questions.  But right now it should be simple for you.  Just

 6   answer the question.  They want to go further, they will ask

 7   further questions.

 8              Go ahead, counsel.

 9              MR. MASUR:  I wish I could have the question read

10   back, but it's not a deposition.

11              THE COURT:  No.

12       Q     BY MR. MASUR:  Sir, has anyone not affiliated

13   with brandymelvilleusa, Y.Y.G.M., or their affiliates ever told

14   you that they associate this logo with Brandy Melville?

15       A     I'm not sure.

16       Q     You can't recall?

17       A     I can't recall.

18       Q     You don't know whether the appeal of that design

19   to people outside of the Brandy Melville umbrella relates to

20   it's signifying Brandy Melville, or it be a nice graphic?

21              THE COURT:  Other than what people in the company

22   have said.

23       Q     BY MR. MASUR:  Yes.  Other than what people in

24   the company have said?

25       A     This was kind of my earlier answer.  I believe it
```

03:34PM (line 5)
03:34PM (line 10)
03:35PM (line 15)
03:35PM (line 20)
03:35PM (line 25)

<pre>
      1    is a very appealing design because it was successful with

      2    our -- again, with the customers.

      3            Q       Does Brandy Melville own copyrights?

      4            A       I believe we may.

03:35PM  5            Q       In designs that it puts onto T-shirts and such?

      6            A       I believe it may.

      7            Q       Do you know whether they have copyrighted this

      8    design?

      9            A       I'm not sure.

03:36PM 10            Q       Okay.  You testified earlier that Brandy Melville

     11    Instagram following has been about 3.9 million followers since

     12    you came there?

     13            A       Like I said, over 3 million.

     14            Q       How long have you been at the company?

03:36PM 15            A       Six years.

     16            Q       So over six years it stayed in the range of

     17    somewhere over 3 million to 3.9 million?

     18            A       I believe it's been over 3 million.

     19                    MR. MASUR:  Okay.  Can we go to Exhibit 117.  In

03:37PM 20    that case let's not show this to the jury yet, please.

     21                    THE COURT:  The number again?  Exhibit number?

     22                    MR. MASUR:  Exhibit No. 117.

     23                    Can we zoom in on the top part of that page?  I

     24    believe this was one that was in earlier, is it not?  No.  I'm

03:37PM 25    sorry.  This was the wrong one.
</pre>

            1          Q      Do you recall the exhibit number of the Google

            2   search that you had done for Brandy Melville stickers?

            3          A      I don't recall.

            4                 THE COURT:  Neither do I.

03:37PM     5                 MR. MASUR:  There we are.

            6                 THE COURT:  This is Exhibit?

            7                 MR. MASUR:  This is Exhibit 189.  My apologies,

            8   Your Honor.  I was looking at the wrong number.  I believe we

            9   can publish it to the jury.  This has already been admitted.

03:38PM    10                 THE COURT:  Have we received 189?  Yes, we did.

           11   Okay.

           12          Q      BY MR. MASUR:  You testified that this was a

           13   search that you did on Google that showed up for

           14   Brandy Melville stickers that showed Redbubble among others;

03:38PM    15   correct?

           16          A      Yes.

           17          Q      So that first line there, are there any Redbubble

           18   listings in that first line, that "See Brandy Melville

           19   stickers" sponsored line?

03:38PM    20          A      I don't see any.

           21          Q      Are you familiar with Etsy?

           22          A      I am.

           23          Q      Is Etsy a licensed retailer for Brandy Melville?

           24          A      No, it is not.

03:38PM    25          Q      Okay.  What about Poshmark?  Is Poshmark a

| | | |
|---|---|---|
| | 1 | licensed retailer? |
| | 2 | A No. They are authentic resellers. |
| | 3 | Q So you are saying that these are companies that |
| | 4 | are selling -- let me rephrase that. |
| 03:39PM | 5 | Someone is selling through those websites |
| | 6 | authentic Brandy Melville stickers? |
| | 7 | A It seems to be. |
| | 8 | Q How can you tell that they are authentic? |
| | 9 | A They seem to be authentic. |
| 03:39PM | 10 | Q I understand, but what makes them seem to be |
| | 11 | authentic? |
| | 12 | A Well, from my perspective, they seem to be |
| | 13 | stickers that we have sold and given away. |
| | 14 | Q I'm trying to understand what your basis is for |
| 03:39PM | 15 | that, sir. |
| | 16 | A My opinion. |
| | 17 | Q But you don't have any -- there's nothing you can |
| | 18 | point to in them that shows that? |
| | 19 | A Well, I'm deducing that because these aren't |
| 03:39PM | 20 | reproduction sites. |
| | 21 | Q And you said stickers that you have sold; is that |
| | 22 | correct? |
| | 23 | A Yes. |
| | 24 | Q Brandy Melville sells stickers? |
| 03:40PM | 25 | A I believe in the past it may have, yes. |

| | | | |
|---|---|---|---|
| | 1 | Q | Are you familiar with the term logo-oriented |
| | 2 | branding? | |
| | 3 | A | I may have heard that in the past. |
| | 4 | Q | It's not a term you use on a regular basis? |
| 03:40PM | 5 | A | I believe I have heard of it in the past. |
| | 6 | Q | But it's not one you have used is my question. |
| | 7 | A | I may have used it in the past. |
| | 8 | Q | Do you have an understanding of that term? |
| | 9 | A | In very general terms. |
| 03:41PM | 10 | Q | What's your understanding of that term? |
| | 11 | A | Could you repeat it again?  Logo oriented? |
| | 12 | Q | Logo-oriented branding? |
| | 13 | A | Logo-oriented branding.  Okay.  It's branding |
| | 14 | used in logos. | |
| 03:41PM | 15 | Q | Do you have a nontautological definition of that |
| | 16 | phrase or understanding of that phrase? | |
| | 17 | A | No.  Just a straightforward one. |
| | 18 | Q | Okay.  So is it your understanding that |
| | 19 | Brandy Melville avoids logo-oriented branding? | |
| 03:41PM | 20 | A | Not necessarily.  All our products have a logo on |
| | 21 | the neck of the garment and on the hangtags. | |
| | 22 | Q | I am sorry.  I'm looking for -- can we go to |
| | 23 | Exhibit 160, and this has not yet been introduced. | |
| | 24 | | Before we show this to the jury, sir, do you |
| 03:42PM | 25 | recognize this letter? | |

```
 1            A       Yes.  I believe so.

 2            Q       Actually, has this one -- this one was

 3     introduced.  It was 161 that was not.  Let's go to 161, please.

 4                    Is this letter familiar to you?

 5            A       I'm not sure.  I'm not sure.

 6                    THE COURT:  Counsel, just so that you know, 160

 7     has come in.

 8                    MR. MASUR:  160 is in.

 9                    THE COURT:  This is 161?

10                    MR. MASUR:  Correct.

11                    THE COURT:  Okay.  Go ahead.

12                    MR. MASUR:  And I believe 162.

13                    THE COURT:  162 has been received.

14                    MR. MASUR:  Can we go to 162 and publish that?

15            Q       Do you see that first line there after "Dear

16     Josh.  I write in response to your letter dated July 16th"?

17            A       I do.

18            Q       And you already testified about this letter;

19     correct?

20            A       I believe so, yes.

21            Q       This is already in evidence.  Actually, I realize

22     we may need to go back --

23                    THE COURT:  It is.

24                    MR. MASUR:  Can I ask that the exhibits that we

25     have published so far during cross be admitted?
```

03:43PM (line 5)
03:43PM (line 10)
03:43PM (line 15)
03:44PM (line 20)
03:44PM (line 25)

```
 1                    THE COURT:  I have received --
 2                    MR. MASUR:  You're right.  They have been
 3    received.  My apologies, Your Honor.  We're a little bit rusty
 4    after a year out of the courtroom.
 5                    THE COURT:  I know.
 6                    MR. MASUR:  So this is Exhibit 162 which is a
 7    response to a letter from me on July 16th.  I will note, for
 8    counsel's amusement, that he sent this to me on my birthday.
 9                    THE COURT:  Okay.
10        Q      BY MR. MASUR:  Let's show you back to 161 which
11    is I believe the letter to which this responds.
12                    THE COURT:  161 is not --
13                    MR. MASUR:  That is not published yet.
14        Q      Does that refresh your recollection about this
15    letter, sir?
16        A      Yes.
17        Q      So you have seen this letter before?
18        A      I don't recall seeing it.
19                    MR. WESLEY:  Your Honor, it's not only not in
20    evidence.  It shouldn't be on the screen.
21                    MR. MASUR:  It's not published to the jury.
22                    MR. WESLEY:  My apologies.
23                    MR. MASUR:  We are going back and forth on how to
24    put the things up.
25        Q      So you're not sure whether you saw this letter,
```

```
         1   but you did recognize the letter that responded to it?

         2        A       I know it was the response to a letter, and I'm

         3   looking at this letter now.

         4                 MR. MASUR:  Let's go back to 160 then.  Now we

03:46PM  5   are back in evidence.  Can we go to page 2 and scoot down a

         6   little bit to "Have a nice day" logo.  It must be on the first

         7   page beyond what I can see.  You're on 162.  We need to be on

         8   160.  And this is published I believe.

         9                 THE CLERK:  Are you on 162?

03:46PM  10                MR. MASUR:  I see what the issue is, I believe.

         11  160 there are actually multiple pages, are there not?  I

         12  believe there is an appendix.

         13                THE COURT:  Counsel, if you're talking about 160,

         14  only --

03:47PM  15                MR. MASUR:  Yes.  This is what I was looking at.

         16                THE COURT:  -- 1, 4, and 9 have been received.

         17                MR. MASUR:  This is page 10.  That is what

         18  happened.  I didn't have the page number written down.  I would

         19  like to also ask that page 10 be received into evidence.

03:47PM  20                THE COURT:  Okay.  It will be received.

         21           (Marked for identification and received

         22            into evidence Exhibit No. 160, page 10.)

         23                MR. MASUR:  Thank you.

         24        Q       Now, we can go back to the first page of this,

03:47PM  25  but this is an attachment to a letter from your counsel.  I
```

|   |   |
|---|---|
| 1 | believe you testified earlier that -- I believe you testified |
| 2 | earlier that you put together the exhibits, the attachment to |
| 3 | this; correct? |
| 4 | A      Yes. |
| 5 | Q      My understanding of this is that you are |
| 6 | asserting here that the Brandy Melville product, that "Have a |
| 7 | nice day" logo, yes, that you have the rights to that; correct? |
| 8 | A      We are saying that that is a design we have used. |
| 9 | Q      Yes.  And the one that you take offense at |
| 10 | Redbubble allowing the listing to be on its website with that |
| 11 | logo. |
| 12 | A      Yes.  That is one of many, yeah. |
| 13 | Q      And, specifically, you're objecting to the fact |
| 14 | that the product on the right side, similar but slightly |
| 15 | different, "Have a nice day" logo, you are saying that |
| 16 | infringes that; correct? |
| 17 | A      Yes. |
| 18 | Q      And you're not aware of any response about that, |
| 19 | are you? |
| 20 | A      Of any response? |
| 21 | Q      Of any response -- this is attached to a letter? |
| 22 | A      Yes. |
| 23 | Q      That was sent by your counsel to me. |
| 24 | A      Yes. |
| 25 | Q      And what I'm saying is I responded to your |

03:48PM (line 5)
03:48PM (line 10)
03:48PM (line 15)
03:49PM (line 20)
03:49PM (line 25)

1    counsel which is -- that letter is not in evidence because you

2    haven't authenticated it yet.  You haven't said whether you

3    have seen it.  But you did authenticate another response from

4    your counsel to my letter.

03:49PM   5    A    Yes.

6    Q    So I'm trying to figure out the meat in the

7    sandwich.  I'm trying to get did they get you to take a look at

8    the meat in this particular sandwich and as part of that I'm

9    saying you asserted on behalf of Brandy Melville that the

03:49PM   10    graphic on the right somehow violated Brandy Melville's rights

11    in the graphic on the left?

12              Is that correct?

13    A    Yes.

14    Q    And I'm asking whether you have any recollection

03:50PM   15    of receiving a response about whether that was, in fact,

16    Brandy Melville's -- something that Brandy Melville had rights

17    in.

18    A    I don't recall.

19    Q    So even though you approved the letter that went

03:50PM   20    with this graphic in it, that this is page 10, and you approved

21    the response to my response to this, you never saw the letter

22    to which your attorney responded?

23    A    I didn't say I never saw it.  I said I don't

24    recall.

03:50PM   25    Q    You don't recall?

1          A        It was two years ago.

2          Q        Okay.  Do you believe that that graphic on the

3     left is one that is proprietary to Brandy Melville?

4          A        I believe it is similar.

03:51PM   5              MR. MASUR:  I believe that Exhibit 189 is in

6     evidence already.

7                   THE COURT:  Yes.

8                   MR. MASUR:  Terrific.  Let's zoom in on that.

9          Q        This is one, yes, that you testified to, and we

03:51PM   10    had started to look at.  Let's depublish.  I want to make sure

11    that 187 -- has 187 been admitted yet?

12                   THE COURT:  Yes.

13                   MR. MASUR:  Great.  Let's go to 187.

14                   THE COURT:  Page what of 187?

03:51PM   15         Q        BY MR. MASUR:  So this is one of the listings

16    that you testified about earlier; correct?

17         A        Yes.

18         Q        Do you see a Redbubble logo anywhere on this

19    page?

03:52PM   20        A        I do.

21         Q        Have you ever seen a page on the Redbubble

22    website that does not have a Redbubble logo on it?

23         A        I'm not sure.

24         Q        You can't recall seeing one?

03:52PM   25        A        I can't recall seeing.  I'm not sure.

```
 1                    MR. MASUR:  I believe that's all the questions I
 2      have at the moment.
 3                    THE COURT:  Okay.  Redirect.
 4                        REDIRECT EXAMINATION
 5      BY MR. WESLEY:
 6          Q      Okay.  Mr. Rianna, counsel asked you about the
 7      relationship with Y.Y.G.M. and brandymelvilleusa.  Can you just
 8      remind us why you're here as opposed to Y.Y.G.M.?
 9          A      Well, we're a direct licensee.  So we have
10      authorization to use these marks in the United States, and we
11      have a right to defend the marks in this territory.
12          Q      Now, counsel also mentioned products -- asked you
13      about products being stamped or not stamped with the
14      Brandy Melville trademark.  And not every single product that
15      Brandy Melville sells has Brandy Melville stamped on it.
16                    True?
17          A      That is true.
18          Q      But are all of the products sold in stores that
19      have Brandy Melville across the top?
20          A      Yes, they are.
21          Q      And signs throughout the store?
22          A      Yes.
23          Q      And, in your view, does the use of the
24      Brandy Melville trademark inure to the benefit of the sales of
25      all of the products?
```

03:52PM (line 5)
03:53PM (line 10)
03:53PM (line 15)
03:53PM (line 20)
03:54PM (line 25)

```
 1          A       Most certainly, yes.

 2          Q       Okay.  And counsel was asking about some specific

 3   designs.  He mentioned I think "Have a nice day."  But "Have a

 4   nice day," wasn't that being sold on a page with

 5   Brandy Melville on it?

 6          A       It was.

 7          Q       And that was on Redbubble.

 8                  True?

 9          A       That is true.

10          Q       And so is the real issue selling these designs on

11   a page that has Brandy Melville at the top?

12          A       Yes, it is.

13          Q       Counsel asked about LA Lightning and was

14   wondering if anyone really associates it with Brandy.  I want

15   to show you what is evidenced as -- I want to show you what's

16   in evidence as Exhibit 369.  And this isn't -- this isn't a

17   Brandy Melville employee; right?

18          A       I'm sorry?

19          Q       Haley Shore doesn't work for Brandy Melville,

20   does she?

21          A       She does not, to my knowledge.

22          Q       And yet she has highlighted on her page the

23   Los Angeles Lightning trademark right next to Brandy Melville;

24   right?

25          A       That is correct.
```

1      Q       And in your searching on Redbubble, did the

2   LA Lightning trademark come up when you searched for

3   Brandy Melville?

4      A       Yes, it did.

03:56PM  5      Q       So does that indicate in any way to you that

6   people associate LA Lightning with Brandy Melville?

7      A       It most certainly does.

8      Q       Okay.  And counsel showed you Exhibit 187.  Do

9   you recall that?

03:56PM 10      A       I do.

11      Q       And he said, but Redbubble is on the page; right?

12      A       Yes.

13      Q       Well, does Brandy Melville want to be associated

14   with Redbubble?

03:56PM 15      A       Absolutely not.

16      Q       Isn't that the problem?

17      A       That is the problem.

18              MR. WESLEY:  Thank you.  Nothing further.

19              THE COURT:  Okay.  Any recross?

03:56PM 20              MR. MASUR:  A brief one, Your Honor.

21                    **RECROSS-EXAMINATION**

22   BY MR. MASUR:

23      Q       So just because your counsel clarified this, I

24   want to further clarify it.

03:57PM 25              So brandymelvilleusa is a licensee of Y.Y.G.M.;

```
 1    is that correct?
 2         A      It is.
 3         Q      Is it an exclusive licensee of Y.Y.G.M.?
 4         A      It is.
 5         Q      Do you know whether you produced any documents
 6    supporting the claim to being an exclusive licensee in
 7    connection with this case?
 8         A      I'm not sure.
 9         Q      Okay.  And I believe the final question, is
10    brandymelvilleusa a party to this case?
11         A      I don't believe so.
12                MR. MASUR:  Thank you.  Nothing further.
13                THE COURT:  You may step down.  Thank you very
14    much.
15                Counsel, your next witness.
16                MR. KELLY:  Your Honor, we call
17    Ms. Terry Walters.
18                THE COURT:  Okay.
19                MR. MASUR:  Your Honor, we're going to reiterate
20    our objection to an undisclosed witness.
21                THE COURT:  Reiterate -- I didn't get the last
22    part of that.
23                MR. MASUR:  To a witness not disclosed.
24                THE COURT:  That will be noted for the record.
25                MR. MASUR:  Thank you.
```

03:57PM   5
03:57PM  10
03:57PM  15
03:58PM  20
03:58PM  25

|   |   |   |
|---|---|---|
| | 1 | THE CLERK:  Please raise your right hand. |
| | 2 | Do you solemnly swear that the testimony you |
| | 3 | shall give in the cause now before this Court shall be the |
| | 4 | truth, the whole truth, and nothing but the truth, so help you |
| 03:58PM | 5 | God? |
| | 6 | THE WITNESS:  I do. |
| | 7 | THE CLERK:  Thank you.  Please be seated. |
| | 8 | For the record, please state your full name and |
| | 9 | spell your last name. |
| 03:59PM | 10 | THE WITNESS:  Terry Walters, W-a-l-t-e-r-s. |
| | 11 | THE COURT:  You may inquire, counsel. |

                              **TERRY WALTERS,**

                 **CALLED BY THE PLAINTIFF, WAS SWORN.**

                         **DIRECT EXAMINATION**

BY MR. KELLY:

      Q     Good afternoon, Ms. Walters.

            What is your current occupation?

      A     I'm a paralegal.

      Q     And did you previously work at a law firm now
called Browne George Ross O'Brien Annaguey & Ellis, LLP?

      A     Yes, I did.

      Q     Is that the same law firm that I work at?

      A     Yes.

      Q     And what was your position when you worked there?

      A     Paralegal.

1      Q      Ms. Walters, are you familiar with the Redbubble

2  website?

3      A      Yes, I am.

4      Q      Can you briefly describe your experience with the

03:59PM  5  Redbubble website?

6      A      My experience, I did some searches on the

7  website, keyword searches for Brandy Melville products, and I

8  found hundreds of thousands of different items.

9      Q      Have you ever purchased anything from the

04:00PM  10  Redbubble website?

11     A      Yes, I have.

12     Q      How many times have you purchased something from

13  that site?

14     A      I think about a couple times.

04:00PM  15  Q      All right.  I want to focus first on your first

16  purchase.

17            Approximately when did that take place?

18     A      I believe it might have been October 2019.

19     Q      Do you remember what you purchased?

04:00PM  20  A      Some T-shirts, stickers, different items.

21            MR. KELLY:  Your Honor, if I can approach, I have

22  a binder with specific --

23            THE COURT:  It's good timing because it just

24  turned 4:00 o'clock.  So we will be breaking at this time,

04:00PM  25  ladies and gentlemen.

1    Remember the advisement that I gave you earlier

2    not to discuss the case amongst yourselves or with anybody else

3    or form or express any opinions about the matter until it is

4    submitted to you and you retire to the jury room.

04:00PM    5    Keep in mind you will come in Monday at what

6    time?

7    THE JURY:  1:00 o'clock.

8    THE COURT:  What time Monday?

9    THE JURY:  1:00.  Before 1:00.

04:01PM    10    THE COURT:  Yeah.  A little bit before 1:00.  A

11    quarter to 1:00.  We aren't going to start at that time, but we

12    have traffic problems and everything else.  So if you come in a

13    little early, we won't have any problem about starting late.

14    To give you an indication so you know, even

04:01PM    15    though we have lost tomorrow because inextricably -- from our

16    government, it looks like we're about, as far as testimony

17    goes, about a third through.  So it gives you an idea where we

18    are.  We will probably finish this on Tuesday.  I can't

19    guarantee you that, but I have a feeling for that.

04:01PM    20    Any questions you have?  If not, I'm going to

21    excuse you for this three-day weekend.

22    JUROR NO. 4:  Leave this on our chair?

23    THE COURT:  Yes.  Leave them there.  Nobody will

24    read them.  Have a pleasant weekend.

04:01PM    25    We will see you back on Monday at 1:00 o'clock.

|  |  |
|---|---|
|  | 1 |

Let's start Monday right at 1:00 o'clock.  Thank you very much.

If you leave quietly, I have to talk with the attorneys.

                    (The following proceedings were held in

                    open court outside the presence of the jury:)

04:02PM                    THE COURT:  Okay.  The record will reflect that

all the jurors have left the courtroom.  You can have seats.

                    Two things.  One is somebody wanted to put

something on the record.  I would be happy to hear that now if

you wish, and then I will tell you what your times are.  Is

04:02PM   there anything you want to bring up to the Court?

                    MR. MASUR:  I think it's moot now, Your Honor,

now that you have instructed the jury to come back on Monday

rather than Tuesday.

                    THE COURT:  Yeah.  I'm assuming that maybe is an

04:02PM   inconvenience for a lot of people, but we've got to -- we have

been inconvenienced for the last 18 months, and it is

continuing.

                    MR. MASUR:  We certainly understand that,

Your Honor.  I understand there are other things on the Court's

04:03PM   calendar that are probably getting pushed back by this.  I was

trying to see --

                    THE COURT:  If it helps you out, we have three

juries trailing yours.

                    As far as times go, the plaintiff has used

04:03PM   90 minutes, the defendant has used 68 minutes at this time.

          1    Have a pleasant weekend.  Enjoy your three days.  You got an

          2    extra day in there; so hopefully you won't work all three days.

          3    Try to be in by about 12:30 in case there are some problems you

          4    have before we get into trial.  Have a pleasant weekend.  We

04:03PM    5    will see you back Monday.

          6                    (Proceedings concluded at 4:03 p.m.)

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

CERTIFICATE OF OFFICIAL REPORTER

          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME
COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT
PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE
FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
THE UNITED STATES.

                    DATED THIS  18TH  DAY OF JUNE, 2021.


                    /S/ MIRANDA ALGORRI
                    _____
                    MIRANDA ALGORRI, CSR NO. 12743, CRR
                    FEDERAL OFFICIAL COURT REPORTER

## $

**$12** [1] - 144:5
**$20** [4] - 71:17, 102:15, 102:17, 102:20

## '

**'BRANDY** [2] - 130:6, 153:5

## /

**/S** [1] - 214:18

## 1

**1** [31] - 1:9, 1:9, 1:14, 4:20, 6:5, 21:11, 21:12, 21:18, 48:2, 48:5, 48:7, 48:15, 49:9, 57:14, 58:17, 59:18, 59:23, 60:8, 119:16, 120:22, 135:3, 136:14, 137:23, 138:2, 139:12, 141:12, 141:18, 141:22, 150:8, 152:15, 201:16
**1'S** [2] - 58:15, 59:3
**10** [32] - 4:9, 4:15, 33:15, 45:24, 46:20, 47:9, 47:16, 47:17, 48:15, 49:10, 49:16, 60:9, 60:25, 61:20, 78:10, 120:1, 129:6, 129:10, 129:13, 129:15, 129:19, 133:2, 133:6, 133:19, 137:23, 139:1, 139:25, 143:6, 201:17, 201:19, 201:22, 203:20
**100** [2] - 35:8, 115:15
**101** [2] - 5:10
**104** [2] - 5:5
**107** [2] - 4:11
**10:00** [1] - 6:17
**10:48** [1] - 61:22
**11** [11] - 46:25, 47:16, 48:23, 49:10, 100:23, 101:1, 112:14, 135:18, 135:21, 136:21, 139:3
**11-PAGE** [1] - 135:14
**110** [10] - 4:10, 4:23,

132:22, 132:24, 133:14, 133:17, 133:18, 134:23
**111** [2] - 4:24
**113** [2] - 5:11
**116** [2] - 4:5
**117** [2] - 195:19, 195:22
**11:30** [4] - 12:4, 12:8, 90:20, 90:22
**12** [7] - 47:2, 47:16, 49:4, 49:10, 139:5, 144:11, 146:16
**120** [2] - 5:7
**123** [2] - 4:7
**124** [4] - 4:25, 5:4
**126** [2] - 5:6
**12743** [2] - 1:23, 214:19
**129** [2] - 4:9
**12:00** [1] - 12:8
**12:30** [1] - 213:3
**13** [5] - 38:3, 47:6, 47:16, 49:2, 139:7
**133** [2] - 4:10
**136** [2] - 4:17
**139** [3] - 4:18, 105:12
**14** [16] - 14:22, 15:19, 16:18, 39:22, 44:14, 47:20, 48:25, 129:6, 132:4, 139:9, 139:13, 164:9, 173:20, 185:10, 185:16, 185:19
**141** [2] - 4:20
**144** [8] - 4:11, 5:8, 106:19, 106:22, 107:2, 107:4, 119:16
**145** [2] - 5:13
**146** [2] - 5:14
**147** [2] - 5:12
**148** [2] - 5:15
**14TH** [8] - 39:10, 173:16, 173:25, 174:3, 175:5, 175:7, 175:19, 176:21
**15** [8] - 41:17, 56:2, 59:8, 60:25, 61:4, 61:20, 81:15, 157:5
**15-MINUTE** [2] - 90:24, 158:1
**150** [2] - 4:13
**152** [2] - 4:16
**154** [1] - 2:12
**155** [3] - 4:12, 174:19, 175:2
**156** [2] - 4:21
**159** [1] - 3:5
**15TH** [7] - 173:17, 173:22, 174:1,

174:4, 175:15, 175:19, 176:21
**16** [5] - 122:11, 152:11, 162:4, 162:22, 164:11
**160** [15] - 4:13, 4:14, 149:11, 149:24, 149:25, 150:1, 150:4, 198:23, 199:6, 199:8, 201:4, 201:8, 201:11, 201:13, 201:22
**161** [7] - 4:4, 199:3, 199:9, 200:10, 200:12
**162** [10] - 4:16, 152:2, 152:9, 152:14, 199:12, 199:13, 199:14, 200:6, 201:7, 201:9
**16TH** [2] - 199:16, 200:7
**17** [3] - 1:15, 6:1, 96:1
**175** [2] - 4:12
**178** [1] - 105:19
**18** [4] - 155:13, 155:17, 162:14, 212:16
**181** [8] - 4:17, 135:12, 135:24, 136:1, 136:3, 136:6, 136:10, 136:14
**182** [2] - 4:8
**183** [6] - 4:18, 137:9, 137:25, 139:11, 139:15, 139:25
**187** [10] - 4:20, 141:10, 141:12, 141:19, 141:22, 204:11, 204:13, 204:14, 207:8
**189** [8] - 4:21, 155:3, 155:19, 155:22, 156:2, 196:7, 196:10, 204:5
**18TH** [1] - 214:15
**19** [1] - 152:16
**19-04618-RGK** [1] - 1:7
**19-4618** [2] - 6:6, 12:14
**193** [3] - 114:21, 170:18, 170:24
**197** [4] - 108:13, 108:22, 109:10, 109:15
**1984** [4] - 5:13, 5:14, 77:11, 127:20
**1:00** [22] - 12:4, 12:9, 90:12, 90:19, 90:22,

90:23, 91:17, 91:23, 95:15, 95:17, 158:16, 159:1, 211:7, 211:9, 211:10, 211:11, 211:25, 212:1
**1:03** [1] - 96:1
**1ST** [1] - 1:24

## 2

**2** [12] - 23:3, 47:5, 47:6, 48:15, 49:3, 121:11, 138:7, 138:8, 151:6, 153:20, 153:21, 201:5
**2,000** [1] - 150:17
**2-AND-A-HALF** [1] - 84:14
**20** [4] - 8:19, 8:23, 122:23
**200** [5] - 4:23, 109:24, 110:9, 110:12, 168:17
**2000** [1] - 2:11
**2009** [6] - 71:13, 75:23, 100:18, 102:7, 115:5, 118:18
**201** [2] - 4:14
**2018** [23] - 77:22, 85:15, 123:25, 126:25, 128:10, 129:6, 132:4, 133:2, 133:6, 133:19, 135:18, 135:21, 136:21, 137:12, 137:16, 138:10, 171:22, 172:8, 173:3, 173:16, 176:21, 185:16, 185:19
**2019** [11] - 141:13, 141:16, 149:13, 150:6, 152:16, 155:13, 155:17, 172:8, 173:3, 185:10, 210:18
**2020** [6] - 143:10, 143:16, 143:20, 144:7, 147:18, 147:23
**2021** [4] - 1:15, 6:1, 96:1, 214:15
**205** [1] - 3:6
**207** [1] - 3:6
**209** [1] - 3:9
**20TH** [1] - 75:10
**2121** [1] - 2:5
**214** [6] - 1:9, 4:24,

90:23, 91:17, 91:23, 95:15, 95:17, 158:16, 159:1, 211:7, 211:9, 211:10, 211:11, 211:25, 212:1
**1:03** [1] - 96:1
**1ST** [1] - 1:24

110:24, 111:4, 111:11, 111:14
**217** [4] - 108:13, 108:23, 109:10, 109:16
**21ST** [4] - 71:2, 75:12, 141:13, 141:16
**221** [6] - 4:25, 124:13, 124:15, 124:19, 124:22, 124:24
**222** [8] - 5:4, 124:13, 124:15, 124:19, 124:22, 125:2, 191:1, 191:2
**223** [14] - 5:5, 103:18, 103:20, 104:6, 104:21, 104:24, 105:5, 105:6, 114:4, 114:21, 121:25, 122:11, 122:23, 170:18
**225** [5] - 5:6, 125:19, 125:22, 126:3, 126:6
**23RD** [2] - 143:10, 143:16
**240** [2] - 8:9, 8:12
**25** [7] - 99:8, 99:22, 111:18, 116:3, 148:12, 157:18, 162:15
**26** [3] - 10:23, 149:13, 150:6
**28** [1] - 214:8
**2800** [1] - 2:6
**288** [6] - 5:7, 120:2, 120:8, 120:18, 120:21, 121:12
**294** [6] - 5:8, 143:7, 143:13, 143:14, 143:23, 144:2
**2:27** [1] - 158:2
**2:30** [1] - 156:24
**2ND** [2] - 147:18, 147:23

## 3

**3** [16] - 24:3, 47:1, 47:2, 48:15, 49:5, 106:17, 130:2, 138:12, 182:3, 182:16, 189:14, 189:16, 189:17, 195:13, 195:17, 195:18
**3'S** [1] - 47:3
**3.8** [1] - 82:3
**3.9** [3] - 107:9, 195:11, 195:17
**30** [1] - 157:18

**328** [13] - 5:10, 5:11, 100:24, 101:1, 101:11, 101:14, 101:22, 112:13, 112:16, 112:20, 113:5, 113:8, 118:21
**34** [2] - 114:4, 121:25
**340** [1] - 79:9
**35** [1] - 115:10
**350** [1] - 1:24
**36** [1] - 105:6
**364** [1] - 76:12
**369** [8] - 5:12, 146:16, 146:18, 146:23, 147:1, 147:6, 147:10, 206:16
**37** [1] - 105:5
**375** [9] - 5:13, 144:11, 144:12, 144:15, 145:2, 145:6, 145:21, 145:24, 146:7
**376** [7] - 5:14, 144:23, 145:7, 145:9, 145:25, 146:4, 146:10
**3:00** [1] - 12:5

## 4

**4** [14] - 9:25, 58:24, 58:25, 59:5, 59:6, 59:24, 60:9, 132:21, 138:14, 139:16, 151:7, 151:8, 201:16, 211:22
**4,000** [1] - 77:6
**403** [7] - 5:15, 147:15, 148:3, 148:8, 148:10, 148:11, 168:8
**44** [1] - 123:3
**4455** [1] - 1:24
**45** [1] - 6:17
**480** [2] - 8:7, 8:9
**499** [2] - 136:11, 136:18
**4:00** [11] - 90:12, 90:13, 90:15, 90:17, 90:23, 90:24, 91:14, 158:13, 158:18, 158:24, 210:24
**4:03** [1] - 213:6
**4:30** [2] - 91:13, 91:14

## 5

**5** [19] - 4:4, 5:10, 46:23, 46:24, 48:14, 48:24, 91:25, 101:2,

101:11, 101:14, 101:22, 118:21, 138:16, 160:21, 161:3, 161:5, 161:18, 161:24, 166:20
**51** [2] - 82:3, 84:23

## 6

**6** [11] - 4:5, 27:1, 28:8, 75:18, 116:18, 116:23, 138:18, 149:11, 163:19, 163:20, 163:21
**622** [1] - 77:6
**627** [1] - 76:10
**68** [1] - 212:25

## 7

**7** [24] - 4:7, 46:10, 46:12, 48:14, 48:22, 92:7, 92:10, 92:20, 92:23, 93:1, 93:8, 93:16, 93:19, 94:3, 94:7, 94:10, 108:12, 123:10, 123:15, 135:11, 138:20, 141:7, 155:2, 184:4
**71** [1] - 105:15
**75,000** [1] - 84:23
**753** [1] - 214:8

## 8

**8** [20] - 4:8, 46:17, 46:19, 46:21, 47:17, 47:19, 47:20, 48:14, 49:1, 103:17, 108:12, 111:4, 114:6, 124:11, 137:12, 137:16, 138:22, 180:19, 182:2, 182:6
**8,817** [1] - 154:20
**800** [1] - 115:24
**8:15** [1] - 91:6
**8:30** [8] - 12:3, 90:20, 91:5, 91:7, 91:11, 91:15, 158:17

## 9

**9** [11] - 32:3, 46:11, 47:15, 48:21, 49:9, 52:17, 60:7, 138:24, 140:8, 151:13, 201:16
**90** [1] - 212:25
**90012** [1] - 1:25

**90067** [1] - 2:6
**94063** [1] - 2:12
**97** [1] - 3:5
**9:00** [3] - 91:11, 91:12
**9:05** [2] - 1:15, 6:1
**9:12** [1] - 12:11

## A

**A.M** [2] - 1:15, 6:1
**A.M** [2] - 12:11, 61:22
**ABATEMENT** [1] - 30:3
**ABELL** [13] - 33:17, 33:19, 33:22, 33:25, 34:6, 34:9, 34:12, 34:15, 34:18, 34:22, 35:1, 35:18, 35:21
**ABELL** [1] - 33:17
**ABILITY** [13] - 33:8, 34:4, 34:25, 36:10, 36:22, 36:25, 37:5, 37:18, 38:22, 50:4, 54:9, 58:16, 65:15
**ABLE** [8] - 8:4, 13:14, 43:14, 43:20, 45:12, 69:17, 88:17, 91:1
**ABOVE** - 214:11
**ABOVE-ENTITLED** [1] - 214:11
**ABSOLUTELY** [22] - 10:6, 37:19, 95:7, 98:5, 108:7, 112:11, 117:17, 118:6, 119:7, 119:25, 127:21, 128:14, 130:14, 139:21, 142:16, 142:22, 145:16, 151:21, 152:25, 153:10, 159:23, 207:15
**ABUSE** [1] - 84:3
**ACCEPT** [1] - 63:8
**ACCESSORIES** [4] - 100:11, 118:3, 118:9, 118:13
**ACCORDING** [1] - 60:16
**ACCORDINGLY** [1] - 158:24
**ACCOUNT** [1] - 65:14
**ACCOUNTS** [1] - 23:7
**ACCURATE** [1] - 175:24
**ACCURATELY** [4] - 133:11, 136:1, 146:23, 147:25
**ACCUSED** [1] - 86:13
**ACT** [1] - 79:20
**ACTING** [1] - 174:6

**ACTION** - 176:3
**ACTIONS** [1] - 89:20
**ACTIVITY** [2] - 171:17, 171:18
**ACTUAL** [5] - 89:3, 110:3, 117:1, 130:18, 153:7
**ADD** [1] - 18:21
**ADDED** [1] - 84:24
**ADDITION** [3] - 64:2, 76:13, 78:13
**ADDITIONAL** [4] - 102:2, 115:6, 175:8, 176:17
**ADDRESS** [8] - 21:2, 72:23, 122:7, 122:16, 122:19, 123:3, 123:6, 123:7
**ADDRESSES** [2] - 137:1, 137:2
**ADDRESSING** [1] - 14:21
**ADEQUATELY** [1] - 79:23
**ADHESIVE** [1] - 164:12
**ADJUST** [1] - 158:11
**ADMITTED** [12] - 9:18, 9:23, 63:6, 106:21, 116:20, 163:20, 163:21, 191:2, 191:3, 196:9, 199:25, 204:11
**ADMONISHMENT** [1] - 91:19
**ADOPTER** [1] - 107:23
**ADS** [2] - 106:1, 154:8
**ADVANCE** [3] - 70:22, 80:2, 89:21
**ADVERTISING** [4] - 72:14, 105:24, 106:1, 106:9
**ADVISED** [1] - 157:1
**ADVISEMENT** [1] - 211:1
**ADVISOR** [1] - 36:1
**AFFECT** [10] - 33:8, 34:4, 34:24, 36:9, 36:25, 37:5, 37:18, 54:9, 55:3, 56:24
**AFFILIATED** [10] - 11:8, 11:12, 11:14, 97:10, 178:25, 179:21, 192:1, 192:4, 192:10, 194:12
**AFFILIATES** [4] - 178:11, 179:1, 192:5, 194:13
**AFFILIATION** [1] -

25:7
**AFFIRM** [1] - 83:24
**AFFIRMATIVELY** [1] - 82:12
**AFFORDABLE** [1] - 71:17
**AFTERNOON** [9] - 12:1, 12:9, 90:11, 97:8, 97:9, 158:17, 159:2, 159:7, 209:16
**AGED** [3] - 73:10, 97:21, 106:12
**AGGRESSIVE** [1] - 128:21
**AGO** [8] - 62:16, 71:9, 71:13, 81:15, 87:18, 182:23, 184:8, 204:1
**AGREE** [7] - 9:1, 10:8, 11:22, 58:19, 58:21, 62:11, 192:3
**AGREED** [9] - 9:18, 9:24, 10:3, 11:21, 63:7, 82:7
**AGREES** [1] - 55:8
**AHEAD** [9] - 70:9, 70:15, 136:8, 150:2, 152:1, 152:12, 188:8, 194:8, 199:11
**AIDED** [1] - 73:1
**AL** [1] - 12:15
**ALERTED** [3] - 128:10, 128:11, 178:4
**ALGORRI** [4] - 1:23, 214:5, 214:18, 214:19
**ALHAMBRA** [1] - 33:22
**ALIBIS** [1] - 164:9
**ALLEGATIONS** [1] - 13:3
**ALLEGED** [1] - 160:5
**ALLEYS** [2] - 71:1, 75:11
**ALLOW** [4] - 11:22, 74:22, 82:11, 150:14
**ALLOWED** [2] - 10:22, 11:1
**ALLOWING** [1] - 202:10
**ALLYSON** [1] - 38:5
**ALMOST** [4] - 10:8, 14:21, 19:4, 90:8
**AMERICA** [3] - 71:15, 73:10, 77:24
**AMUSEMENT** [1] - 200:8
**AND** [3] - 214:6, 214:9, 214:11
**ANGELES** [4] - 1:16,

1:25, 6:2, 96:2
**ANGELES** [13] - 2:6, 77:9, 100:21, 115:12, 127:20, 134:2, 142:1, 142:7, 147:13, 184:8, 190:7, 192:6, 206:23
**ANNAGUEY** [1] - 209:20
**ANNAGUEY** [1] - 2:4
**ANNUALLY** [1] - 79:9
**ANSWER** [12] - 16:11, 17:1, 17:4, 20:23, 35:7, 65:3, 179:9, 193:14, 193:16, 193:24, 194:6, 194:25
**ANSWERED** [3] - 35:3, 64:24, 64:25
**ANSWERS** [5] - 14:25, 15:8, 15:12, 16:17, 50:2
**ANTICIPATE** [1] - 194:2
**APOLOGIES** [6] - 109:8, 131:10, 136:15, 196:7, 200:3, 200:22
**APOLOGIZE** [6] - 7:17, 70:7, 88:10, 180:7, 182:17, 192:2
**APOLOGY** [1] - 78:6
**APPAREL** [4] - 4:25, 5:4, 5:6, 5:13
**APPAREL** [10] - 77:14, 100:11, 102:24, 118:2, 118:9, 121:1, 124:8, 125:15, 144:17, 191:23
**APPEAL** [1] - 194:18
**APPEALING** [1] - 195:1
**APPEAR** [1] - 137:11
**APPEARANCE** [1] - 101:22
**APPEARANCES** [2] - 6:7, 12:16
**APPEARANCES** [1] - 2:1
**APPEARED** [1] - 78:1
**APPENDIX** [1] - 201:12
**APPETIZER** [1] - 80:9
**APPETIZING** [1] - 157:22
**APPLIANCE** [1] - 54:21
**APPLICANT** [2] - 189:22, 190:3
**APPLICATION** [1] -

186:10
**APPLIED** [1] - 41:2
**APPLIES** [5] - 20:5, 62:5, 67:1, 67:22, 69:23
**APPLY** [15] - 17:14, 18:4, 19:7, 19:22, 20:4, 20:6, 20:8, 22:24, 39:14, 44:3, 44:7, 52:8, 53:20, 62:9, 66:17
**APPLYING** [4] - 19:16, 19:18, 35:15, 43:13
**APPRECIATE** [1] - 93:22
**APPROACH** [1] - 210:21
**APPROACHED** [1] - 68:1
**APPROVE** [1] - 10:19
**APPROVED** [4] - 129:25, 186:21, 203:19, 203:20
**APPROXIMATE** [2] - 102:14, 107:12
**APRIL** [4] - 143:10, 143:16, 143:20, 144:7
**AREA** [14] - 14:6, 21:1, 21:5, 21:21, 24:11, 24:13, 27:6, 28:11, 40:2, 40:11, 51:16, 51:19, 52:20, 102:3
**AREA** [1] - 14:18
**AREAS** [1] - 71:12
**ARGENTINA** [1] - 49:19
**ARGUMENT** [1] - 69:22
**ARGUMENTATIVE** [1] - 193:15
**ARGUMENTS** [2] - 63:13, 63:16
**ARRANGE** [1] - 188:5
**ARRIVES** [1] - 74:7
**ART** [12] - 81:8, 81:9, 81:10, 82:5, 82:7, 83:7, 83:9, 83:10, 83:11, 83:14
**ARTICLE** [2] - 111:6, 168:20
**ARTICLE** [2] - 4:23, 4:24
**ARTICLES** [1] - 109:12
**ARTISAN** [1] - 102:23
**ARTIST** [7] - 82:6, 82:25, 83:1, 83:7, 83:12, 85:2, 127:23
**ARTIST** [1] - 5:15

**ARTISTS** [17] - 81:11, 81:15, 81:16, 81:17, 81:23, 82:4, 83:9, 83:13, 83:15, 83:16, 83:20, 83:21, 83:24, 89:14, 103:6, 151:25, 156:20
**ARTISTS'** [1] - 156:20
**ARTWORK** [3] - 82:9, 82:18, 82:24
**ARTWORKS** [2] - 81:22
**ASBESTOS** [1] - 30:3
**ASPECT** [2] - 98:15, 105:24
**ASPECTS** [1] - 115:1
**ASSERTED** [1] - 203:9
**ASSERTING** [1] - 202:6
**ASSERTS** [1] - 13:5
**ASSIST** [2] - 69:6, 171:17
**ASSISTANT** [4] - 41:17, 53:3, 53:4, 55:2
**ASSISTED** [1] - 181:17
**ASSOCIATE** [8] - 14:13, 178:19, 179:3, 192:6, 192:17, 193:7, 194:14, 207:6
**ASSOCIATED** [2] - 193:6, 207:13
**ASSOCIATES** [3] - 128:11, 181:17, 206:14
**ASSUME** [2] - 37:5, 52:10
**ASSUMED** [2] - 140:25, 173:14
**ASSUMING** [4] - 16:11, 38:16, 44:13, 212:14
**ATTACHED** [2] - 150:23, 202:21
**ATTACHMENT** [2] - 201:25, 202:2
**ATTEMPT** [1] - 71:15
**ATTENDANT** [1] - 27:9
**ATTENTION** [10] - 15:11, 33:8, 38:22, 50:4, 68:21, 68:24, 90:1, 108:13, 130:3, 153:25
**ATTORNEY** [2] - 129:3, 203:22
**ATTORNEY/CLIENT** [2] - 172:10, 172:25

**ATTORNEYS** [21] - 11:17, 13:17, 15:24, 35:6, 43:22, 44:18, 44:20, 45:13, 45:14, 63:14, 63:18, 63:21, 69:22, 94:13, 157:6, 157:16, 186:13, 187:10, 194:2, 194:3, 212:2
**AUSTRALIA** [1] - 73:13
**AUTHENTIC** [18] - 75:7, 104:3, 104:23, 105:22, 113:10, 113:13, 120:13, 120:15, 122:14, 124:17, 153:8, 156:13, 177:21, 197:2, 197:6, 197:8, 197:9, 197:11
**AUTHENTIC-BRANDED** [1] - 75:7
**AUTHENTICATE** [2] - 190:22, 203:3
**AUTHENTICATED** [1] - 203:2
**AUTHORIZATION** [2] - 117:15, 205:10
**AUTHORIZE** [3] - 139:19, 148:14, 149:16
**AUTHORIZED** [7] - 117:19, 129:23, 134:20, 152:4, 159:12, 178:6, 180:8
**AUTOMATICALLY** [1] - 154:1
**AVAILABLE** [8] - 73:22, 74:3, 81:10, 83:1, 88:20, 140:8, 191:8, 191:11
**AVENUE** [1] - 2:5
**AVOID** [1] - 40:16
**AVOIDS** [1] - 198:19
**AWARE** [23] - 163:11, 163:12, 163:16, 163:18, 164:6, 164:14, 172:21, 172:22, 173:15, 173:19, 183:7, 183:10, 183:12, 183:17, 183:24, 184:1, 184:3, 185:24, 186:23, 186:24, 187:5, 187:16, 202:18

## B

**BABY** [1] - 77:20

**BACKGROUND** [9] - 26:12, 30:18, 31:16, 36:8, 51:15, 56:23, 71:7, 128:4, 171:2
**BAD** [4] - 61:15, 80:22, 89:19, 142:15
**BAILEE** [1] - 33:17
**BAKE** [1] - 157:14
**BALLOON** [1] - 82:24
**BANKER** [2] - 52:24, 56:4
**BASE** [2] - 31:3, 63:1
**BASED** [4] - 66:15, 68:16, 116:20, 166:25
**BASIC** [1] - 20:12
**BASICS** [1] - 110:15
**BASIS** [2] - 197:14, 198:4
**BATCHES** [1] - 72:19
**BAUTISTA** [13] - 24:4, 24:7, 24:9, 24:12, 24:14, 24:17, 24:20, 24:23, 25:2, 25:5, 25:10, 25:13, 25:16
**BAUTISTA** [2] - 24:5, 24:10
**BAY** [1] - 14:18
**BEACH** [1] - 71:21
**BEACH** [1] - 51:12
**BEAR** [1] - 148:23
**BEARING** [2] - 163:12, 165:22
**BEARS** [1] - 66:3
**BEAUTY** [1] - 77:17
**BECAME** [3] - 72:2, 72:14, 73:3
**BECOME** [7] - 73:9, 74:14, 77:14, 106:8, 112:11, 113:24, 193:14
**BECOMES** [1] - 81:20
**BEDROOMS** [1] - 113:20
**BEGAN** [4] - 71:10, 79:2, 106:8, 127:6
**BEGINNING** [1] - 57:15
**BEHALF** [7] - 83:7, 83:11, 117:20, 129:20, 176:1, 186:22, 203:9
**BEHIND** [3] - 33:14, 126:17, 126:20
**BELABOR** [1] - 119:9
**BELIEF** [1] - 193:3
**BELIEVABILITY** [1] - 66:4
**BELIEVABLE** [1] - 66:7

**BELONG** [1] - 84:12
**BELONGS** [2] - 86:17
**BELOW** [4] - 125:7, 131:14, 154:3, 175:13
**BENCH** [8] - 43:23, 44:21, 44:22, 44:24, 44:25, 45:2, 45:14, 57:2
**BENEFIT** [3] - 87:13, 113:16, 205:24
**BERETS** [1] - 166:1
**BEST** [2] - 85:10, 87:9
**BETTER** [5] - 50:15, 81:7, 170:1, 178:17, 187:4
**BETWEEN** [15] - 12:8, 64:16, 74:8, 115:21, 115:22, 132:15, 166:13, 166:17, 166:23, 167:18, 171:22, 172:8, 173:3, 173:25, 176:13
**BEYOND** [4] - 42:25, 43:1, 43:2, 201:7
**BIAS** [9] - 65:22, 93:9, 93:16, 94:4, 94:6, 94:21, 94:22, 95:10, 95:13
**BIASES** [2] - 95:9, 95:13
**BIEBER** [2] - 107:25
**BILL** [1] - 158:8
**BILLBOARDS** [1] - 106:1
**BINDER** [2] - 125:19, 210:22
**BINDERS** [1] - 129:17
**BIRTHDAY** [1] - 200:8
**BIT** [20] - 13:2, 16:5, 21:14, 27:20, 36:21, 40:15, 61:5, 66:9, 67:3, 69:10, 71:6, 75:18, 81:3, 88:21, 98:20, 157:7, 184:7, 200:3, 201:6, 211:10
**BLACK** [3] - 142:2, 166:11, 166:13
**BLINDLY** [1] - 79:21
**BLOGS** [1] - 73:7
**BLOW** [1] - 75:18
**BODY** [1] - 9:13
**BOLT** [3] - 77:10, 127:20, 142:1
**BORE** [1] - 56:7
**BORED** [1] - 45:5
**BORN** [2] - 98:22, 98:23, 157:19
**BOTHER** [1] - 86:8

**BOTTOM** [1] - 174:19
**BOUTIQUE** [1] - 71:15
**BOUTIQUE'ISH** [1] - 112:8
**BOX** [11] - 18:10, 18:14, 18:17, 18:19, 62:2, 77:5, 82:8, 82:13, 96:6, 133:9
**BRAND** [52] - 71:8, 71:9, 71:10, 71:14, 72:5, 72:14, 72:25, 73:2, 75:6, 76:1, 77:15, 85:10, 83:15, 89:15, 89:16, 97:11, 97:21, 97:23, 99:11, 100:2, 100:4, 102:7, 102:9, 102:12, 103:7, 105:24, 106:6, 107:23, 108:1, 108:6, 112:12, 113:17, 113:19, 113:25, 115:1, 116:4, 116:14, 117:16, 117:20, 119:11, 123:21, 142:15, 142:16, 162:23, 163:2, 171:9, 181:13, 181:14, 193:6, 193:8
**BRAND'S** [2] - 72:23, 98:10
**BRANDED** [1] - 75:7
**BRANDING** [8] - 116:2, 128:11, 171:19, 198:2, 198:12, 198:13, 198:19
**BRANDS** [20] - 34:7, 34:10, 72:6, 72:7, 72:12, 72:15, 73:9, 75:3, 79:25, 85:6, 85:7, 89:15, 99:12, 99:18, 102:20, 106:7, 106:16, 127:8, 170:14
**BRANDY** [317] - 4:8, 5:5, 5:7, 13:5, 36:18, 57:20, 71:8, 71:9, 71:11, 71:14, 71:16, 71:24, 72:3, 72:6, 72:9, 72:13, 72:17, 72:21, 73:5, 73:8, 73:12, 75:16, 75:17, 75:20, 75:22, 75:24, 76:3, 76:4, 76:5, 76:6, 76:12, 76:14, 76:16, 76:19, 76:21, 76:23, 76:24, 77:1, 77:4, 77:12, 77:14,

77:21, 78:3, 78:4, 78:7, 78:8, 78:10, 78:12, 78:15, 78:16, 78:24, 78:25, 79:2, 79:3, 79:5, 79:6, 79:7, 79:10, 79:18, 79:25, 85:15, 85:19, 92:20, 92:23, 97:11, 97:19, 97:20, 98:16, 98:20, 99:5, 99:24, 99:25, 100:6, 100:14, 100:19, 101:4, 101:9, 101:25, 102:2, 102:6, 102:17, 103:4, 103:8, 104:3, 104:23, 105:3, 105:7, 105:9, 105:13, 105:15, 105:22, 105:25, 106:5, 106:10, 106:13, 107:8, 107:15, 107:18, 108:2, 108:10, 108:16, 109:13, 110:6, 110:15, 111:19, 111:23, 112:6, 112:7, 112:23, 113:3, 113:11, 113:14, 113:22, 114:13, 114:17, 115:1, 115:5, 115:6, 115:16, 115:23, 116:11, 116:19, 117:2, 117:24, 117:25, 118:16, 119:10, 119:17, 119:23, 120:13, 120:15, 121:2, 121:7, 121:9, 121:14, 121:17, 121:19, 121:22, 122:1, 122:3, 122:6, 122:9, 122:14, 122:21, 122:22, 123:1, 123:20, 123:23, 124:17, 126:10, 126:21, 126:24, 127:6, 127:12, 127:19, 127:22, 128:5, 129:21, 130:5, 130:16, 130:17, 130:18, 131:1, 131:9, 131:12, 131:13, 131:18, 131:21, 132:3, 132:19, 133:8, 133:25, 134:8, 134:10, 134:11,

134:14, 134:21, 135:6, 135:7, 136:11, 136:18, 136:23, 137:6, 137:18, 139:19, 140:1, 142:2, 143:1, 143:3, 146:13, 147:12, 148:12, 148:14, 149:1, 149:4, 149:7, 149:8, 150:12, 150:15, 150:16, 150:18, 151:2, 151:5, 151:14, 152:20, 153:5, 153:8, 153:12, 153:14, 153:15, 154:2, 154:4, 154:12, 154:15, 154:22, 155:6, 155:7, 156:4, 156:14, 156:16, 160:9, 160:14, 160:18, 161:25, 162:22, 162:23, 162:24, 163:1, 163:5, 163:9, 163:13, 163:20, 164:7, 164:14, 165:12, 165:13, 165:22, 166:2, 166:13, 166:14, 166:17, 166:18, 166:22, 167:1, 167:2, 167:18, 168:2, 168:12, 169:24, 170:3, 170:9, 170:16, 171:4, 171:6, 171:9, 171:19, 176:18, 177:21, 178:6, 178:20, 179:4, 180:4, 180:8, 181:20, 182:24, 183:14, 183:18, 184:2, 184:15, 187:6, 187:25, 191:5, 191:9, 191:20, 191:23, 192:7, 194:14, 194:19, 194:20, 195:3, 195:10, 196:2, 196:14, 196:18, 196:23, 197:6, 197:24, 198:19, 202:6, 203:9, 203:10, 203:16, 204:3, 205:14, 205:15, 205:19, 205:24, 206:5, 206:11, 206:14, 206:17,

206:19, 206:23, 207:3, 207:6, 207:13, 210:7
**BRANDY** [1] - 1:5
**BRANDY'S** [1] - 130:13
**BRANDYMELVILLE USA** [14] - 159:9, 160:1, 160:4, 160:10, 167:10, 178:10, 179:1, 181:20, 182:24, 192:4, 194:13, 205:7, 207:25, 208:10
**BRANDYMELVILLE USA** [1] - 4:11
**BRANDYMELVILLE USA.COM** [2] - 114:15, 160:5
**BREAK** [14] - 12:7, 59:7, 61:19, 67:4, 90:15, 90:17, 90:21, 90:23, 90:24, 91:18, 156:24, 156:25, 158:1, 158:24
**BREAKING** [3] - 12:2, 90:4, 210:24
**BRIEF** [1] - 207:20
**BRIEFLY** [2] - 114:25, 210:4
**BRING** [11] - 26:13, 28:5, 30:18, 39:13, 41:20, 81:19, 88:14, 88:18, 93:12, 168:17, 212:10
**BRINGING** [2] - 23:21, 51:25
**BRINGS** [2] - 71:6, 128:6
**BROADWAY** [2] - 2:11, 136:18
**BROKEN** [1] - 88:21
**BROSNAN** [2] - 14:18, 58:8
**BROUGHT** [1] - 160:24
**BROWNE** [1] - 2:4
**BROWNE** [2] - 186:12, 209:20
**BRUSHING** [1] - 80:24
**BUCKET** [1] - 158:20
**BUILD** [1] - 83:18
**BUILDINGS** [1] - 158:9
**BUILT** [1] - 81:18
**BULLET** [1] - 182:8
**BURDEN** [3] - 42:22, 43:8, 62:23
**BUSINESS** [18] - 13:4,

36:20, 72:4, 79:12, 83:14, 89:13, 98:1, 98:3, 98:20, 99:4, 99:24, 99:25, 100:15, 115:23, 121:17, 128:2, 128:5, 167:8
**BUTTON** [3] - 75:5, 125:1, 150:15
**BUTTONS** [2] - 82:14, 82:17
**BUY** [3] - 73:22, 83:10, 102:17
**BUYING** [1] - 25:9
**BY** [58] - 2:4, 2:5, 2:10, 2:10, 2:11, 97:5, 97:7, 101:15, 104:22, 107:3, 109:9, 110:13, 111:15, 113:9, 116:24, 120:10, 123:16, 126:7, 129:14, 131:7, 133:18, 135:4, 136:17, 138:7, 139:16, 141:23, 144:3, 145:7, 146:5, 147:9, 148:11, 150:5, 151:10, 152:15, 153:23, 155:5, 156:3, 159:6, 160:14, 161:25, 163:22, 168:17, 172:21, 175:3, 180:1, 181:9, 189:2, 189:14, 193:2, 194:12, 194:23, 196:12, 200:10, 204:15, 205:5, 207:22, 209:13, 209:15

# C

**CAKE** [2] - 157:14
**CALENDAR** [1] - 212:20
**CALENDARS** [1] - 162:5
**CALIFORNIA** [15] - 2:6, 2:12, 5:13, 5:14, 21:23, 24:15, 35:25, 37:15, 38:6, 52:22, 54:3, 71:21, 77:11, 103:3, 148:22
**CALIFORNIA** [6] - 1:2, 1:16, 1:25, 6:2, 96:2, 214:7
**CALLED** [2] - 97:5, 209:13

**CALVIN** [1] - 99:9
**CAMERA** [1] - 70:8
**CAMPUS** [1] - 71:16
**CANDOR** [1] - 93:22
**CANNOT** [3] - 64:25, 65:1, 98:18
**CARDS** [2] - 22:24, 44:5
**CARE** [7] - 10:8, 17:3, 18:19, 18:20, 19:2, 70:4, 80:4
**CAREER** [2] - 99:7, 99:8
**CAREFUL** [1] - 45:1
**CARES** [1] - 19:2
**CARRY** [1] - 20:14
**CASE** [153] - 6:5, 6:21, 6:22, 6:24, 7:6, 7:8, 9:11, 12:14, 13:2, 13:10, 13:13, 13:14, 15:7, 16:4, 16:5, 16:7, 17:6, 17:7, 17:13, 17:14, 17:17, 17:18, 17:20, 18:3, 19:7, 19:9, 19:17, 19:19, 20:5, 22:20, 23:15, 23:19, 23:20, 23:21, 25:15, 26:13, 27:19, 27:25, 29:3, 29:6, 29:11, 29:14, 29:15, 29:18, 30:18, 30:24, 31:17, 31:20, 33:9, 34:5, 34:14, 36:11, 37:1, 37:4, 37:17, 37:19, 40:16, 40:24, 41:20, 42:7, 42:17, 42:19, 42:20, 42:22, 42:23, 42:25, 43:1, 43:3, 43:8, 43:13, 43:14, 43:16, 50:5, 51:13, 52:9, 53:21, 54:9, 55:16, 57:16, 61:2, 61:6, 61:7, 61:10, 62:4, 62:9, 62:14, 63:5, 64:9, 65:6, 65:9, 65:21, 66:14, 66:15, 66:16, 66:18, 66:23, 66:24, 67:2, 67:5, 67:7, 67:13, 67:18, 67:19, 67:25, 68:2, 68:11, 68:13, 68:16, 69:2, 69:9, 69:13, 69:23, 69:24, 70:23, 70:25, 71:2, 74:15, 79:16, 80:10, 80:11, 81:2, 86:14, 87:18, 88:4, 89:2, 91:19, 91:22, 92:12, 93:6, 93:11, 93:13, 94:2,

94:20, 94:23, 108:9, 116:10, 157:1, 157:13, 157:21, 163:16, 195:20, 208:7, 208:10, 211:2, 213:3
**CASE** [1] - 1:6
**CASES** [3] - 19:11, 42:11, 93:25
**CASUAL** [1] - 162:14
**CAT** [5] - 73:19, 74:18, 74:19, 74:20
**CATCHY** [2] - 71:19, 72:22
**CATEGORY** [1] - 140:7
**CATERS** [1] - 97:21
**CATHERINE** [1] - 35:25
**CEASE** [9] - 78:10, 129:6, 129:20, 133:21, 137:3, 139:22, 140:5, 140:19, 173:19
**CELEBRITIES** [7] - 73:7, 107:19, 108:8, 110:22, 169:17, 169:20, 170:13
**CELEBRITY** [3] - 112:4, 169:12, 169:13
**CELEBUZZ** [2] - 4:24, 111:1
**CELL** [1] - 114:1
**CENTER** [2] - 30:10, 30:11
**CENTER** [3] - 71:4, 75:11, 81:17
**CENTRAL** [1] - 83:19
**CENTRAL** [2] - 1:2, 214:7
**CENTURY** [3] - 71:2, 75:10, 75:12
**CERTAIN** [20] - 13:8, 63:10, 64:4, 72:4, 72:10, 84:5, 100:12, 114:25, 132:15, 163:14, 165:7, 165:10, 165:18, 166:3, 169:17, 169:19, 183:13, 183:25, 186:3, 191:12
**CERTAINLY** [4] - 8:25, 206:1, 207:7, 212:18
**CERTIFICATE** [3] - 4:4, 4:5, 4:7
**CERTIFICATE** [1] - 185:7
**CERTIFICATE** [1] -

214:1
**CERTIFY** [1] - 214:7
**CETERA** [6] - 16:18, 21:13, 55:15, 92:15, 166:1
**CFO** [2] - 159:8, 159:9
**CHAIN** [2] - 105:22, 122:14
**CHAIR** [1] - 211:22
**CHAIRS** [1] - 54:16
**CHALLENGE** [5] - 46:4, 46:5, 46:6, 46:8, 57:7
**CHALLENGED** [2] - 15:2, 21:13
**CHALLENGES** [2] - 57:4, 58:13
**CHANCE** [6] - 35:4, 36:6, 36:25, 55:6, 92:16, 189:11
**CHANGE** [3] - 10:16, 19:21, 19:22
**CHANGED** [1] - 11:11
**CHARACTERISTICS** [1] - 102:12
**CHARACTERIZATION** [2] - 176:21, 191:16
**CHARGES** [1] - 83:17
**CHARM** [2] - 71:20, 72:24
**CHART** [2] - 76:7, 77:4
**CHECK** [7] - 82:13, 132:10, 132:13, 154:14, 171:13, 171:21, 171:25
**CHECKED** [2] - 82:8, 172:1
**CHEF** [1] - 56:4
**CHEMISTRY** [1] - 38:15
**CHESS** [1] - 8:20
**CHICAGO** [1] - 115:13
**CHIEF** [2] - 35:25, 97:14
**CHILL** [4] - 148:21, 148:23, 148:25
**CHOICE** [5] - 79:14, 106:3, 106:5, 180:25, 181:3
**CHOICES** [1] - 72:4
**CHOSE** [1] - 72:13
**CHRISTIAN** [1] - 99:13
**CHRISTINA** [1] - 32:5
**CHRISTMAS** [1] - 15:7
**CINDY** [1] - 107:24
**CIRCUMSTANTIAL** [3] - 64:10, 64:13, 64:16
**CITIES** [3] - 72:11,

115:12, 171:11
**CITY** [1] - 36:2
**CITY** [1] - 2:12
**CIVIC** [1] - 70:20
**CIVIL** [4] - 42:13, 42:24, 43:3, 43:8
**CLAIM** [6] - 62:24, 62:25, 151:20, 185:1, 185:2, 208:6
**CLAIMED** [2] - 177:13, 184:19
**CLARIFICATION** [3] - 36:13, 127:17, 192:17
**CLARIFIED** [1] - 207:23
**CLARIFY** [3] - 10:21, 160:3, 207:24
**CLASS** [1] - 162:4
**CLASS** [11] - 162:14, 162:15, 162:22, 164:7, 164:9, 164:11, 165:11, 165:25, 166:4, 184:12
**CLASSES** [4] - 162:19, 162:20, 164:2, 184:11
**CLASSIFICATIONS** [2] - 162:12, 162:14
**CLEANING** [1] - 164:3
**CLEAR** [8] - 17:19, 72:2, 132:18, 148:14, 165:19, 176:16, 181:19, 183:24
**CLEARLY** [1] - 184:24
**CLERK** [8] - 39:20, 92:10, 100:22, 103:16, 188:21, 189:9
**CLERK** [20] - 6:5, 12:14, 12:24, 32:11, 49:11, 49:17, 59:15, 59:17, 59:19, 60:13, 96:16, 96:21, 120:7, 150:8, 161:2, 182:4, 182:15, 201:9, 209:1, 209:7
**CLICK** [3] - 75:5, 82:14, 150:14
**CLICKS** [1] - 153:11
**CLIENT** [6] - 13:25, 14:14, 63:21, 71:7, 81:4
**CLIPPINGS** [3] - 108:10, 108:15, 108:20
**CLIPS** [1] - 168:11
**CLOCK** [4] - 8:4, 8:19,

8:20, 9:9
**CLOSE** [3] - 68:21, 68:24, 156:24
**CLOSED** [1] - 158:9
**CLOSING** [2] - 63:15, 69:22
**CLOTHES** [7] - 71:11, 108:7, 111:19, 121:14, 169:17, 169:19, 171:10
**CLOTHING** [15] - 22:13, 23:11, 23:14, 23:18, 25:8, 27:22, 30:15, 38:18, 40:10, 40:13, 54:23, 55:15, 170:12, 184:15
**CODE** [1] - 214:8
**COFFEE** [1] - 91:7
**COLLECT** [1] - 168:4
**COLLECTION** [1] - 153:7
**COLLECTIVE** [2] - 181:15, 181:16
**COLLEGE** [5] - 73:9, 97:21, 98:24, 106:12, 157:20
**COLLEGE** [1] - 26:7
**COLLEGE-AGED** [2] - 97:21, 106:12
**COLOR** [2] - 184:18, 184:22
**COLORS** [2] - 112:8, 166:7
**COMBINATION** [1] - 71:21
**COMING** [5] - 6:16, 11:21, 103:5, 161:7, 178:4
**COMMERCE** [3] - 115:22, 164:19, 180:10
**COMMERCIAL** [2] - 101:25, 115:25
**COMMON** [5] - 80:25, 85:24, 87:19, 114:23, 121:1
**COMMONER** [2] - 111:16, 111:19
**COMMONLY** [1] - 121:6
**COMMUNICATE** [2] - 66:21, 66:22
**COMMUNICATES** [1] - 74:5
**COMMUNICATING** [2] - 67:1, 67:22
**COMMUNICATION** [2] - 61:16, 174:10
**COMMUNICATIONS** [4] - 174:7, 174:12,

174:14, 176:25
**COMMUNITY** [1] - 24:23
**COMPANIES** [6] - 35:12, 35:13, 99:6, 99:17, 127:13, 197:3
**COMPANY** [35] - 22:9, 22:10, 22:11, 28:19, 28:21, 28:22, 35:16, 38:10, 39:5, 39:6, 40:10, 51:10, 71:3, 73:13, 80:12, 81:18, 81:20, 83:6, 84:2, 85:9, 97:13, 99:15, 106:17, 107:13, 117:21, 128:9, 159:8, 159:15, 167:11, 167:12, 179:21, 194:21, 194:24, 195:14
**COMPARISON** [1] - 150:24
**COMPILED** [1] - 76:7
**COMPLAIN** [1] - 173:17
**COMPLAINT** [2] - 149:19, 172:8
**COMPLETED** [1] - 66:13
**COMPLETELY** [1] - 61:13
**COMPLIANCE** [1] - 36:1
**COMPLICATED** [1] - 48:19
**COMPUTER** [3] - 19:4, 26:5, 154:1
**CON'T** [1] - 5:1
**CONCEPT** [1] - 73:16
**CONCERN** [2] - 45:23, 134:16
**CONCERNED** [2] - 58:15, 151:22
**CONCERNS** [1] - 128:24
**CONCERTED** [1] - 8:18
**CONCLUDED** [1] - 213:6
**CONCLUSION** [1] - 131:4
**CONDUCT** [4] - 16:15, 66:9, 154:21, 155:16
**CONDUCTED** [1] - 155:11
**CONFERENCE** [1] - 214:12
**CONFERENCE** [1] - 44:25
**CONFERENCES** [2] -

44:22, 44:24
**CONFIRM** [2] - 123:17, 159:7
**CONFIRMATION** [1] - 10:11
**CONFIRMED** [1] - 172:5
**CONFIRMS** [1] - 74:3
**CONFORMANCE** [1] - 214:12
**CONFUSED** [6] - 18:24, 177:9, 178:11, 187:14, 192:23, 193:21
**CONFUSING** [1] - 20:13
**CONFUSION** [4] - 142:19, 156:15, 178:4, 179:22
**CONNECTICUT** [1] - 98:23
**CONNECTION** [4] - 40:3, 187:1, 190:6, 208:7
**CONSIDER** [13] - 40:20, 63:4, 63:9, 63:11, 64:4, 64:5, 64:6, 64:15, 65:7, 67:5, 68:6, 79:17, 176:17
**CONSIDERED** [1] - 64:2
**CONSIDERING** [1] - 65:13
**CONSISTS** [5] - 166:12, 166:21, 166:22, 167:5, 167:23
**CONSTRUCTION** [1] - 27:18
**CONSUELO** [1] - 27:5
**CONSULTANT** [1] - 40:10
**CONSULTING** [1] - 68:8
**CONSUME** [1] - 132:8
**CONSUMER** [9] - 76:18, 106:10, 152:20, 153:4, 153:11, 153:12, 153:24, 178:18, 178:23
**CONSUMER'S** [1] - 154:1
**CONSUMERS** [7] - 78:15, 78:25, 79:7, 83:15, 115:18, 131:9, 131:12
**CONSUMES** [1] - 173:7

**CONTACT** [10] - 22:13, 34:13, 36:24, 37:16, 92:12, 92:15, 92:18, 92:19, 92:21, 179:17
**CONTACTED** [1] - 173:16
**CONTAINING** [1] - 82:9
**CONTAINS** [1] - 167:25
**CONTEND** [2] - 127:19, 127:22
**CONTENT** [2] - 129:25, 172:14
**CONTEXT** [2] - 88:11, 169:5
**CONTINUALLY** [1] - 72:19
**CONTINUE** [4] - 73:7, 142:25, 143:3, 149:4
**CONTINUED** [5] - 79:1, 79:5, 124:4, 140:20, 141:5
**CONTINUES** [2] - 75:15, 150:13
**CONTINUING** [1] - 212:17
**CONTINUITY** [1] - 20:3
**CONTINUOUS** [1] - 118:19
**CONTINUOUSLY** [3] - 122:3, 122:9, 126:25
**CONTRACTS** [1] - 74:11
**CONTRADICTS** [1] - 65:25
**CONTRIBUTE** [3] - 79:17, 79:19, 142:20
**CONTRIBUTING** [1] - 79:24
**CONTRIBUTORILY** [1] - 7:2
**CONTRIBUTORY** [1] - 13:7
**CONTROL** [1] - 64:19
**CONTROLS** [1] - 63:19
**COOPERATION** [1] - 87:14
**COORDINATES** [1] - 74:5
**COPIES** [5] - 79:2, 108:19, 127:8, 127:10, 150:18
**COPY** [1] - 142:1
**COPY** [5] - 82:10, 101:8, 128:11, 186:25, 187:7

**COPYRIGHT** [1] - 25:12
**COPYRIGHTED** [1] - 195:7
**COPYRIGHTS** [3] - 41:6, 41:7, 195:3
**CORE** [1] - 106:10
**CORINA** [2] - 14:15, 58:7
**CORNER** [3] - 72:8, 135:17, 169:3
**CORPORATE** [2] - 36:17, 57:19
**CORPORATION** [7] - 1:5, 1:9, 159:10, 192:15, 193:9, 193:18, 193:20
**CORRECT** [1] - 214:9
**CORRECT** [79] - 11:2, 25:9, 35:7, 37:6, 40:14, 42:18, 43:17, 44:15, 52:14, 52:15, 55:22, 55:23, 95:7, 101:8, 103:23, 106:14, 108:19, 109:10, 118:25, 127:25, 144:4, 148:24, 150:6, 150:7, 151:2, 151:3, 152:22, 156:4, 156:15, 159:11, 159:22, 160:6, 160:10, 168:2, 168:20, 170:12, 171:9, 171:14, 171:23, 172:4, 173:10, 173:12, 174:7, 174:11, 175:5, 175:16, 175:18, 176:3, 176:12, 176:25, 178:7, 180:17, 183:22, 184:5, 184:8, 184:12, 184:16, 184:17, 185:7, 185:10, 185:13, 185:14, 187:19, 188:25, 191:2, 191:6, 191:20, 193:25, 196:15, 197:22, 199:10, 199:19, 202:3, 202:7, 202:16, 203:12, 204:16, 206:25, 208:1
**CORRECTLY** [2] - 111:8, 187:12
**CORRESPONDENC E** [2] - 186:5, 186:22

CORRESPONDENC E [1] - 4:9
CORRESPONDENC ES [2] - 176:4, 176:13
CORY [1] - 23:4
COUNSEL [1] - 2:1
COUNSEL [70] - 6:7, 6:10, 6:13, 6:14, 9:14, 11:2, 11:11, 12:16, 12:19, 12:22, 13:21, 14:9, 14:19, 36:15, 57:1, 57:18, 69:18, 69:19, 70:4, 70:10, 70:15, 80:3, 80:4, 90:3, 90:13, 93:21, 93:23, 95:7, 95:11, 96:13, 97:2, 108:25, 129:20, 136:8, 136:12, 137:21, 149:16, 150:8, 152:5, 152:19, 157:12, 159:3, 159:4, 163:17, 165:6, 165:23, 168:22, 170:22, 171:12, 182:4, 186:14, 188:7, 188:10, 188:12, 194:4, 194:8, 199:6, 201:13, 201:25, 202:23, 203:1, 203:4, 205:6, 205:12, 206:2, 206:13, 207:8, 207:23, 208:15, 209:11
COUNSEL'S [1] - 200:8
COUNT [2] - 90:16, 91:1
COUNTERFEIT [2] - 75:9, 87:25
COUNTERFEITING [6] - 13:8, 70:24, 71:3, 75:15, 79:18, 128:21
COUNTERFEITS [4] - 70:25, 75:10, 75:12, 78:23
COUNTERINTUITIVE [1] - 72:5
COUNTLESS [1] - 85:8
COUNTRY [1] - 70:20
COUPLE [16] - 6:19, 14:3, 20:20, 44:21, 76:2, 77:16, 78:17, 87:23, 88:12, 90:6,

104:22, 107:21, 109:23, 136:11, 148:20, 210:14
COURSE [5] - 17:25, 61:6, 66:19, 118:15, 167:8
COURT [22] - 9:16, 9:17, 9:19, 10:1, 10:4, 10:14, 29:8, 29:15, 53:15, 55:6, 60:16, 60:17, 64:8, 65:7, 68:3, 68:4, 68:20, 69:23, 90:8, 96:17, 209:3, 212:10
COURT [25] - 12:13, 23:25, 28:3, 39:12, 48:10, 52:5, 53:14, 55:4, 57:13, 59:22, 61:8, 61:9, 61:10, 61:24, 68:17, 79:11, 91:2, 92:7, 93:6, 94:15, 157:9, 158:4, 158:9, 158:21, 212:4
COURT [438] - 1:1, 1:24, 6:10, 6:13, 7:12, 7:15, 8:10, 8:13, 8:15, 9:4, 9:8, 9:20, 10:7, 10:12, 10:24, 11:3, 11:6, 11:9, 11:14, 12:19, 12:22, 12:25, 14:5, 14:8, 14:19, 16:11, 17:9, 21:18, 21:21, 21:24, 22:1, 22:4, 22:6, 22:10, 22:12, 22:15, 22:18, 22:22, 23:2, 23:5, 23:8, 23:12, 23:17, 23:23, 24:2, 24:6, 24:8, 24:11, 24:13, 24:16, 24:18, 24:22, 24:25, 25:4, 25:6, 25:11, 25:14, 25:17, 25:20, 25:23, 25:25, 26:3, 26:6, 26:8, 26:11, 26:16, 26:19, 26:22, 27:3, 27:6, 27:8, 27:11, 27:15, 27:19, 27:24, 28:2, 28:5, 28:8, 28:11, 28:13, 28:16, 28:20, 28:22, 29:2, 29:17, 29:20, 29:22, 29:25, 30:2, 30:5, 30:8, 30:11, 30:13, 30:17, 30:20, 30:23, 31:6, 31:10, 31:13, 31:15, 31:19, 31:23, 31:25, 32:3, 32:6, 32:8, 32:10, 32:12, 32:14, 32:18, 32:21, 32:25, 33:7,

33:11, 33:13, 33:18, 33:21, 33:23, 34:2, 34:8, 34:11, 34:13, 34:16, 34:20, 34:23, 35:3, 35:19, 35:22, 36:3, 36:5, 36:14, 36:20, 36:23, 37:3, 37:11, 37:16, 37:21, 37:25, 38:3, 38:7, 38:11, 38:16, 38:20, 38:24, 39:3, 39:7, 39:9, 39:17, 39:20, 40:6, 40:11, 40:15, 40:23, 41:1, 41:6, 41:9, 41:15, 41:19, 41:22, 42:1, 42:3, 42:6, 42:9, 42:13, 42:16, 42:19, 42:22, 43:12, 43:16, 43:18, 43:20, 44:17, 45:10, 45:19, 46:2, 46:8, 46:11, 46:16, 46:18, 46:20, 46:24, 47:2, 47:6, 47:12, 47:15, 47:18, 47:20, 48:1, 48:3, 48:7, 48:11, 49:16, 49:20, 50:1, 50:12, 50:15, 50:18, 50:22, 51:2, 51:4, 51:7, 51:11, 51:13, 51:18, 51:22, 52:8, 52:11, 52:16, 52:20, 52:23, 53:1, 53:4, 53:6, 53:10, 53:12, 53:20, 53:23, 54:1, 54:5, 54:8, 54:11, 54:15, 54:19, 54:25, 55:3, 55:12, 55:14, 55:18, 55:21, 55:24, 56:2, 56:6, 56:11, 56:14, 56:17, 56:20, 56:23, 57:1, 57:4, 57:8, 57:11, 57:14, 57:21, 57:25, 58:3, 58:9, 58:11, 58:13, 58:18, 58:20, 58:25, 59:2, 59:6, 59:13, 59:16, 59:18, 59:20, 59:23, 60:5, 60:19, 61:25, 70:9, 70:12, 78:18, 80:3, 80:8, 90:3, 92:2, 92:8, 92:21, 92:25, 93:3, 93:10, 93:17, 93:21, 93:23, 94:5, 94:8, 94:11, 94:16, 95:4, 95:7, 96:5, 97:1, 100:25, 101:12, 104:8, 104:11, 104:13, 104:16, 104:19, 106:22,

106:24, 108:24, 109:3, 109:6, 109:17, 109:19, 110:10, 111:12, 113:6, 116:21, 120:19, 123:13, 124:20, 126:4, 129:8, 129:11, 131:5, 133:15, 134:22, 134:25, 135:3, 136:4, 136:7, 136:12, 136:16, 137:21, 137:24, 138:1, 138:4, 139:12, 141:20, 143:24, 144:24, 145:1, 145:4, 145:18, 145:21, 145:23, 146:2, 147:4, 147:7, 148:5, 148:8, 149:25, 150:2, 151:6, 151:8, 152:10, 152:12, 153:20, 153:22, 155:1, 155:24, 156:23, 157:10, 158:5, 160:12, 161:5, 161:9, 161:14, 161:16, 161:20, 161:22, 163:21, 167:15, 168:10, 168:15, 170:22, 171:1, 172:13, 172:17, 172:20, 172:24, 174:2, 174:24, 179:10, 179:12, 179:16, 179:23, 180:25, 181:3, 181:7, 181:24, 182:13, 188:4, 188:7, 188:10, 188:13, 188:15, 188:18, 188:21, 189:1, 189:6, 189:8, 189:13, 190:12, 190:15, 190:20, 190:24, 191:3, 192:9, 192:14, 192:18, 192:25, 193:9, 193:12, 193:22, 194:1, 194:11, 194:21, 195:21, 196:4, 196:6, 196:10, 196:6, 199:9, 199:11, 199:13, 199:23, 200:1, 200:5, 200:9, 200:12, 201:13, 201:16, 201:20,

204:7, 204:12, 204:14, 205:3, 207:19, 208:13, 208:18, 208:21, 208:24, 209:11, 210:23, 211:8, 211:10, 211:23, 212:5, 212:14, 212:22, 214:6, 214:19
COURT'S [1] - 63:24, 212:19
COURTROOM [10] - 69:4, 88:13, 91:9, 92:1, 92:3, 92:9, 94:17, 157:11, 200:4, 212:6
COURTS [1] - 91:12
COVERED [4] - 62:12, 81:9, 81:10
COVERS [1] - 166:17
COVINA [2] - 21:3
CRAWFORD'S [1] - 107:24
CREATE [6] - 75:1, 82:12, 83:9, 87:7, 89:1, 142:19
CREATED [7] - 71:10, 81:11, 81:23, 82:3, 82:9, 85:3, 105:10
CREATES [1] - 179:22
CREATING [1] - 75:3
CREATIVITY [2] - 75:4, 81:19
CREDIT [1] - 78:23
CRESCENTA [1] - 35:25
CRICKETS [1] - 86:20
CRIMINAL [7] - 28:25, 29:12, 42:13, 42:15, 42:22, 43:1, 43:8
CRISSCROSSED [4] - 166:22, 167:3, 167:18, 167:23
CRIST [6] - 23:4, 23:7, 23:10, 23:16, 23:22, 24:1
CRIST [1] - 23:4
CRITERIA [1] - 179:2
CRITICISM [1] - 157:12
CRITICIZING [1] - 157:21
CROP [1] - 125:6
CROSS [1] - 3:5
CROSS [1] - 159:5
CROSS [6] - 69:18, 69:20, 156:25, 159:3, 189:20, 199:25

**CROSS-EXAMINATION** [1] - 3:5
**CROSS-EXAMINATION** [2] - 156:25, 159:3
**CROSS-EXAMINATION** [1] - 159:5
**CROSS-EXAMINE** [2] - 69:18, 69:20
**CROSSING** [1] - 188:24
**CRR** [2] - 1:23, 214:19
**CSR** [2] - 1:23, 214:19
**CUDAHY** [1] - 23:4
**CUELLAR** [2] - 14:4, 57:24
**CULTIVATE** [1] - 77:24
**CUP** [1] - 91:6
**CURIOUS** [1] - 168:13
**CURRENT** [1] - 209:17
**CUSTODIAN** [1] - 31:12
**CUSTOMER** [17] - 21:25, 22:8, 72:7, 83:3, 83:11, 106:18, 134:19, 134:20, 142:19, 156:14, 178:1, 178:2, 178:3, 178:8, 178:22, 179:5, 179:12
**CUSTOMERS** [19] - 74:6, 82:21, 83:10, 89:14, 103:13, 113:18, 114:1, 116:7, 124:3, 126:18, 170:10, 171:10, 179:5, 192:8, 192:12, 192:14, 192:17, 193:19, 195:2
**CUT** [2] - 95:11, 142:10
**CUTS** [1] - 95:11
**CV** [3] - 1:7, 6:6, 12:14

**D**

**D.B.A** [1] - 1:5
**D.C** [1] - 19:22
**DANIEL** [1] - 21:20
**DANNY** [1] - 29:24
**DARK** [1] - 74:25
**DATA** [2] - 193:10, 193:17
**DATE** [1] - 173:24
**DATED** [1] - 214:15
**DATED** [12] - 133:1,

133:19, 135:18, 137:12, 141:12, 143:9, 143:15, 147:18, 150:6, 152:16, 155:13, 199:16
**DAUGHTER** [1] - 107:24
**DAUGHTERS** [1] - 116:5
**DAVIDSON** [1] - 99:18
**DAVIS** [2] - 14:15, 58:7
**DAY** [2] - 1:14, 214:15
**DAYS** [9] - 13:14, 87:23, 89:22, 90:19, 110:22, 132:9, 158:15, 213:1, 213:2
**DC** [1] - 158:7
**DEAL** [4] - 23:13, 23:14, 26:8, 85:4
**DEALING** [2] - 23:13, 51:13
**DEALS** [1] - 22:16
**DEALT** [1] - 55:18
**DEAR** [1] - 199:15
**DEATH** [1] - 45:5
**DECADE** [1] - 77:23
**DECADES** [1] - 71:9
**DECEIVING** [1] - 134:19
**DECIDE** [17] - 12:7, 28:2, 29:14, 53:16, 61:7, 62:14, 64:8, 64:17, 65:9, 66:12, 66:15, 68:16, 69:2, 91:19, 93:5, 93:10, 94:20
**DECIDED** [4] - 19:10, 68:13, 71:14, 72:9
**DECIDING** [5] - 63:4, 63:12, 65:6, 65:8, 65:9
**DECISION** [7] - 63:2, 67:14, 67:15, 67:18, 98:13, 142:21
**DECLARATION** [2] - 189:15, 189:17
**DECORATE** [1] - 114:24
**DECORATIVE** [2] - 125:25, 126:7
**DECREASE** [1] - 154:17
**DEDICATED** [1] - 81:20
**DEDUCING** [1] - 197:19
**DEFEND** [2] - 117:21, 205:11

**DEFENDANT** [18] - 7:1, 7:2, 12:21, 13:5, 13:10, 30:25, 31:6, 31:23, 34:17, 37:25, 54:13, 55:19, 58:4, 58:5, 69:18, 69:19, 73:12, 212:25
**DEFENDANT** [2] - 14:12, 71:3
**DEFENDANT** [2] - 1:10, 2:8
**DEFENDANT'S** [1] - 44:10
**DEFENSE** [5] - 46:13, 47:8, 48:1, 70:8, 80:5
**DEFINES** [1] - 17:24
**DEFINITELY** [1] - 187:4
**DEFINITION** [1] - 198:15
**DEGREE** [1] - 99:3
**DEGREES** [1] - 157:20
**DEL** [1] - 2:9
**DELAWARE** [1] - 1:8
**DELIBERATE** [3] - 67:13, 69:25, 106:4
**DELIBERATELY** [1] - 130:4
**DELIBERATION** [3] - 16:13, 66:14, 67:2
**DELIBERATIONS** [2] - 68:22, 157:4
**DELIVER** [1] - 103:10
**DEMAND** [6] - 72:8, 73:15, 73:16, 78:4, 78:22, 79:12
**DEMANDS** [1] - 91:3
**DEMOGRAPHIC** [2] - 100:12, 106:11
**DENIED** [1] - 68:17
**DENTAL** [2] - 53:2, 53:4
**DENYING** [1] - 46:5
**DEPICT** [4] - 78:16, 111:8, 146:23, 155:19
**DEPICTED** [5] - 72:22, 103:25, 112:20, 131:14, 147:10
**DEPICTS** [2] - 104:11, 145:19
**DEPOSITION** [2] - 181:2, 194:10
**DEPP** [1] - 110:16
**DEPUBLISH** [1] - 204:10
**DERBY** [1] - 98:23
**DESCRIBE** [7] - 81:8,

102:25, 112:6, 121:4, 124:25, 128:15, 210:4
**DESCRIBING** [2] - 71:5, 126:8
**DESCRIPTION** [2] - 85:2, 166:6
**DESCRIPTION** [2] - 4:3, 5:3
**DESCRIPTIONS** [1] - 82:19
**DESERVED** [1] - 78:6
**DESERVES** [1] - 66:8
**DESIGN** [25] - 72:20, 73:19, 73:24, 74:2, 74:15, 74:21, 75:6, 77:1, 77:18, 82:10, 105:9, 126:11, 136:23, 139:22, 142:5, 151:16, 154:4, 160:18, 193:3, 193:4, 193:6, 194:18, 195:1, 195:8, 202:8
**DESIGNED** [3] - 103:2, 127:23, 151:25
**DESIGNER** [1] - 74:8
**DESIGNERS** [1] - 74:10
**DESIGNING** [1] - 40:12
**DESIGNS** [48] - 72:18, 72:19, 72:23, 73:5, 73:22, 74:17, 74:23, 75:2, 75:4, 76:12, 76:15, 76:16, 76:25, 77:24, 78:16, 78:25, 79:7, 82:3, 103:5, 103:7, 103:9, 128:16, 130:25, 131:14, 131:17, 131:20, 132:19, 134:7, 135:6, 137:18, 137:20, 144:17, 148:17, 149:4, 150:15, 150:18, 151:1, 151:19, 151:22, 154:2, 154:3, 171:20, 175:8, 182:9, 182:21, 195:5, 206:3, 206:10
**DESIRABLE** [1] - 157:15
**DESIRE** [1] - 132:6
**DESIST** [9] - 78:10, 129:6, 129:20, 133:21, 137:3, 139:23, 140:5,

140:20, 173:19
**DESKS** [1] - 81:9
**DESPITE** [2] - 87:9, 89:10
**DETAIL** [1] - 71:19
**DETAILS** [2] - 182:10, 182:22
**DETER** [1] - 79:24
**DETERMINATION** [1] - 19:3, 131:6
**DETERMINE** [8] - 17:13, 17:16, 17:20, 18:2, 18:3, 39:13, 53:13, 96:10
**DEVELOPING** [1] - 84:7
**DEVIATING** [1] - 157:25
**DEVICE** [1] - 50:12
**DEVIL** [1] - 17:17
**DEVIN** [2] - 49:15, 54:3
**DIALOGUE** [1] - 172:6
**DICTIONARIES** [1] - 68:8
**DIFFER** [2] - 15:12, 63:18
**DIFFERENCE** [5] - 29:3, 35:14, 45:5, 168:16, 177:2
**DIFFERENT** [16] - 19:25, 20:2, 43:12, 77:6, 77:8, 77:19, 125:15, 125:17, 171:11, 180:12, 180:14, 186:21, 202:15, 210:8, 210:20
**DIFFERENTIATE** [1] - 106:6
**DIFFERENTLY** [1] - 12:2
**DIFFICULT** [3] - 20:22, 26:25, 84:21
**DIGITALLY** [1] - 74:2
**DILEMMA** [1] - 158:10
**DIOR** [1] - 99:13
**DIRE** [3] - 16:16, 44:23, 90:9
**DIRECT** [2] - 97:6, 209:14
**DIRECT** [2] - 3:5, 3:9
**DIRECT** [9] - 64:10, 64:11, 64:17, 98:11, 108:12, 180:9, 189:12, 205:9
**DIRECTED** [2] - 75:8, 128:12
**DIRECTIVE** [1] - 158:6
**DIRECTLY** [5] - 74:11,

84:15, 130:16, 179:13, 179:16
**DISAPPOINTED** [1] - 158:20
**DISCLOSED** [1] - 208:23
**DISCOUNT** [1] - 72:17
**DISCOURAGE** [1] - 156:19
**DISCOVER** [1] - 140:13
**DISCOVERED** [2] - 77:21, 128:20
**DISCUSS** [8] - 68:4, 115:2, 142:23, 157:1, 172:15, 172:16, 172:17, 211:2
**DISCUSSED** [1] - 114:25
**DISCUSSIONS** [1] - 66:23
**DISLIKE** [2] - 35:16, 35:17
**DISLIKED** [1] - 35:13
**DISLIKES** [1] - 62:13
**DISPLAYED** [1] - 9:22
**DISPUTED** [1] - 184:14
**DISPUTES** [1] - 13:6
**DISREGARD** [2] - 64:1, 65:5
**DISTINCTION** [2] - 43:10, 64:15
**DISTRACT** [1] - 69:3
**DISTRIBUTE** [1] - 117:17
**DISTRIBUTORS** [1] - 40:7
**DISTRICT** [5] - 1:1, 1:2, 1:3, 214:6, 214:7
**DISTRICT** [1] - 38:10
**DIVISION** [1] - 1:2
**DKNY** [1] - 99:10
**DO** [1] - 214:7
**DOCUMENT** [15] - 7:20, 7:23, 76:11, 120:4, 133:11, 135:14, 155:2, 160:22, 180:21, 181:10, 181:12, 184:5, 189:3, 190:6
**DOCUMENTARY** [1] - 10:1
**DOCUMENTS** [2] - 76:11, 208:5
**DOG** [1] - 18:19
**DONE** [10] - 18:6, 18:7, 45:13, 67:16,

75:5, 84:22, 122:3, 122:9, 152:24, 196:2
**DONNA** [1] - 99:11
**DOOR** [1] - 172:11
**DOUBLE** [1] - 163:7
**DOUBT** [4] - 42:25, 43:1, 43:3, 190:5
**DOWN** [37] - 9:12, 15:23, 27:1, 36:6, 49:8, 52:11, 76:20, 84:16, 84:19, 84:21, 85:16, 85:21, 86:14, 86:23, 86:25, 87:9, 87:11, 87:16, 88:22, 89:6, 114:15, 130:2, 156:7, 158:7, 162:14, 165:25, 166:21, 173:11, 173:17, 174:11, 175:14, 175:20, 175:21, 201:5, 201:18, 208:13
**DOZEN** [2] - 71:13, 125:18
**DRAW** [1] - 74:20
**DRAWING** [1] - 73:19
**DRAWS** [1] - 170:13
**DRESS** [2] - 170:7, 170:9
**DRESSES** [1] - 166:1
**DREW** [2] - 14:18, 58:8
**DRIVE** [4] - 78:15, 116:5, 131:9, 131:12
**DRIVING** [2] - 78:24, 79:6
**DROVE** [1] - 73:4
**DUCA** [1] - 2:9
**DUE** [1] - 154:5
**DURING** [14] - 10:20, 12:5, 15:22, 17:21, 17:25, 37:4, 44:22, 61:6, 64:9, 66:19, 68:22, 160:25, 176:15, 199:25
**DUTIES** [2] - 21:10, 62:19
**DUTY** [12] - 13:12, 17:11, 17:12, 17:13, 19:18, 20:14, 22:22, 62:4, 62:8, 63:21, 117:21

## E

**E-COMMERCE** [3] - 115:22, 164:19, 180:10
**E-MAIL** [1] - 4:12
**E-MAIL** [7] - 66:25,

174:20, 175:3, 175:4, 175:25, 176:8, 177:13
**E-MAILED** [1] - 173:22
**E-MAILS** [1] - 176:7
**EARLY** [3] - 107:23, 126:25, 211:13
**EASIER** [4] - 16:19, 74:17, 84:21, 84:22
**EASILY** [1] - 33:11
**EAST** [1] - 21:4
**EASY** [2] - 11:16, 77:8
**EAVESDROP** [1] - 45:7
**EDUCATION** [1] - 37:13
**EFFECT** [1] - 26:12
**EFFICIENT** [2] - 17:4, 128:21
**EFFORT** [3] - 89:21, 89:25, 181:15
**EFFORTS** [2] - 87:9, 89:10
**EIFFEL** [1] - 73:20
**EIGHT** [7] - 45:20, 46:14, 60:10, 66:3, 67:13, 67:17, 94:19
**EITHER** [9] - 41:11, 42:4, 54:15, 55:19, 55:22, 55:25, 64:16, 118:1, 157:18
**ELDERLY** [1] - 37:14
**ELECTRICAL** [8] - 32:9, 32:13, 32:17, 32:20, 32:21, 32:22, 32:25, 54:22
**ELECTRONIC** [2] - 66:24, 189:18
**ELECTRONICS** [1] - 54:21
**ELEVATOR** [1] - 61:11
**ELKINS** [3] - 11:12, 13:25, 57:23
**ELKINS** [3] - 8:9, 8:12, 8:14
**ELLIS** [1] - 209:20
**ELLIS** [1] - 2:4
**ELSEWHERE** [1] - 153:25
**EMBARRASSING** [1] - 91:10
**EMBELLISH** [1] - 194:3
**EMMETT** [22] - 35:24, 36:4, 36:12, 36:19, 36:21, 37:2, 37:10, 40:9, 40:14, 40:22, 40:25, 41:16, 41:21, 41:25, 42:2, 42:12, 42:15, 42:18, 42:21,

43:11, 43:15, 43:17
**EMMETT** [1] - 35:25
**EMPLOY** [2] - 103:6, 115:23
**EMPLOYEE** [6] - 178:1, 178:2, 178:3, 178:7, 178:10, 206:17
**EMPLOYER** [2] - 67:23, 67:24
**EMPLOYING** [1] - 74:10
**EMPTY** [1] - 26:16
**ENABLES** [1] - 74:15
**END** [19] - 8:5, 8:16, 9:4, 15:2, 17:14, 19:7, 19:17, 19:19, 20:5, 52:9, 53:21, 62:17, 66:14, 66:20, 79:16, 88:4, 89:17, 157:25, 166:5
**ENFORCE** [1] - 158:8
**ENGAGE** [1] - 105:25
**ENGAGED** [1] - 106:18
**ENGINE** [7] - 76:15, 76:24, 131:21, 149:2, 150:16, 153:13, 154:9
**ENGINEER** [8] - 32:9, 32:13, 32:17, 32:20, 32:22, 39:6, 54:22
**ENGINEERING** [1] - 33:1
**ENGINEERS** [1] - 84:9
**ENJOY** [1] - 213:1
**ENTERTAINMENT** [1] - 33:20
**ENTIRE** [4] - 15:22, 16:20, 99:7, 108:25
**ENTIRELY** [2] - 29:11, 60:6
**ENTITLED** [1] - 214:11
**ENTITLED** [4] - 19:13, 19:14, 44:11, 68:15
**ENTITY** [2] - 189:23, 190:3
**ENTRIES** [1] - 77:6
**ESPECIALLY** [1] - 89:22
**ESSENTIALLY** [1] - 76:24
**ESTATE** [1] - 41:18
**ESTIMATE** [1] - 127:2
**ET** [6] - 12:15, 16:18, 21:13, 55:15, 92:15, 166:1
**ETSY** [2] - 196:21, 196:23
**EUNHYE** [1] - 49:18

**EUROPE** [1] - 71:10
**EVIDENCE** [147] - 10:1, 10:15, 11:21, 17:21, 17:23, 18:3, 18:16, 18:20, 19:3, 19:5, 19:6, 19:10, 19:12, 19:14, 19:15, 20:7, 28:3, 31:3, 35:15, 40:19, 42:24, 43:4, 43:9, 44:1, 51:24, 51:25, 52:3, 53:13, 53:14, 53:16, 55:9, 60:17, 61:3, 62:6, 62:9, 62:15, 62:22, 62:24, 62:25, 63:2, 63:3, 63:4, 63:6, 63:10, 63:11, 63:14, 63:17, 63:21, 64:1, 64:2, 64:4, 64:5, 64:6, 64:8, 64:9, 64:10, 64:11, 64:13, 64:15, 64:17, 64:18, 64:20, 64:21, 65:4, 65:5, 65:7, 65:8, 65:24, 66:2, 66:5, 66:16, 67:11, 68:5, 68:14, 69:1, 69:6, 69:13, 69:15, 69:18, 69:19, 69:21, 75:14, 75:17, 76:10, 78:9, 85:14, 89:2, 89:3, 89:6, 89:19, 93:6, 93:14, 96:9, 101:14, 104:21, 107:2, 109:7, 109:21, 110:12, 111:14, 113:8, 114:3, 114:7, 116:23, 120:21, 123:15, 124:22, 126:6, 129:13, 133:17, 136:6, 139:15, 141:22, 144:2, 145:6, 146:4, 147:6, 148:10, 150:4, 152:14, 156:2, 161:24, 163:16, 163:17, 165:9, 165:17, 165:20, 170:25, 174:18, 175:2, 181:23, 182:2, 184:4, 187:18, 187:21, 187:24, 188:11, 199:21, 200:20, 201:5, 201:19, 201:22, 203:1, 204:6, 206:16
**EVIDENCE** [3] - 63:23, 64:19, 64:22
**EVIDENCE** [2] - 4:2,

5:2

**EVIDENCED** [1] - 206:15
**EVIDENT** [1] - 46:4
**EXACT** [4] - 79:1, 150:17, 151:24
**EXACTLY** [4] - 16:2, 90:10, 119:21, 189:24
**EXAMINATION** [5] - 97:6, 159:5, 205:4, 207:21, 209:14
**EXAMINATION** [7] - 3:5, 3:5, 3:6, 3:6, 3:9, 156:25, 159:3
**EXAMINE** [3] - 55:6, 69:18, 69:20
**EXAMPLE** [16] - 7:19, 18:9, 72:6, 82:5, 105:3, 105:12, 110:18, 113:13, 118:22, 121:11, 121:13, 122:1, 130:16, 136:11, 151:4, 165:5
**EXAMPLES** [10] - 76:2, 107:21, 108:10, 109:13, 118:12, 130:21, 130:23, 136:11, 148:20, 165:21
**EXCEEDING** [1] - 79:9
**EXCLUDED** [2] - 10:20, 63:25
**EXCLUSIVE** [3] - 185:3, 208:3, 208:6
**EXCLUSIVELY** [1] - 77:13
**EXCUSE** [11] - 30:25, 42:25, 52:1, 59:3, 60:22, 65:8, 92:4, 94:12, 95:14, 134:11, 211:21
**EXCUSED** [6] - 46:24, 47:2, 48:16, 60:4, 60:5, 60:6
**EXCUSING** [1] - 59:24
**EXECUTIVE** [3] - 56:4, 97:14, 97:22
**EXERCISE** [1] - 58:24
**EXHIBIT** [22] - 9:25, 64:21, 64:24, 64:25, 100:25, 103:22, 120:7, 137:24, 138:4, 143:12, 144:24, 145:18, 146:17, 147:7, 161:2, 163:19, 176:6, 181:1, 182:4, 188:3, 196:1

**EXHIBIT** [137] - 9:25, 75:18, 76:10, 77:6, 78:9, 100:24, 101:1, 101:11, 101:14, 101:22, 103:18, 103:20, 104:6, 104:21, 104:24, 105:5, 105:6, 106:19, 107:2, 107:4, 109:24, 110:9, 110:12, 110:24, 111:4, 111:11, 111:14, 112:13, 112:16, 113:5, 113:8, 114:4, 114:21, 116:18, 116:23, 118:21, 119:16, 120:2, 120:18, 120:21, 121:12, 121:25, 122:11, 122:23, 123:10, 123:15, 124:22, 124:24, 125:2, 125:19, 125:22, 126:3, 126:6, 129:6, 129:8, 129:13, 129:15, 129:19, 132:22, 132:24, 133:14, 133:17, 133:18, 134:23, 135:12, 135:24, 136:1, 136:3, 136:6, 136:10, 136:14, 137:9, 139:11, 139:15, 139:25, 141:10, 141:12, 141:19, 141:22, 143:7, 143:23, 144:2, 144:11, 144:15, 144:23, 145:6, 145:7, 145:9, 146:4, 146:7, 146:10, 146:16, 146:23, 147:1, 147:6, 147:10, 147:15, 148:3, 148:10, 148:11, 149:11, 149:24, 150:4, 152:2, 152:9, 152:14, 155:3, 155:19, 155:22, 156:2, 160:21, 161:3, 161:5, 161:24, 163:19, 163:20, 166:20, 168:17, 170:18, 174:19, 175:2, 180:19, 182:2, 182:6, 184:4, 191:1, 195:19, 195:21,

195:22, 196:6, 196:7, 198:23, 200:6, 201:22, 204:5, 206:16, 207:8
**EXHIBITS** [2] - 4:1, 5:1
**EXHIBITS** [12] - 7:16, 7:17, 9:18, 17:25, 63:6, 63:10, 96:11, 100:23, 108:25, 152:1, 199:24, 202:2
**EXHIBITS** [7] - 108:13, 108:22, 109:10, 109:15, 124:12, 124:15, 124:19
**EXIST** [1] - 115:8
**EXISTED** [1] - 88:18
**EXISTENCE** [1] - 101:20
**EXPAND** [1] - 177:10
**EXPANDED** [1] - 102:7
**EXPECT** [5] - 68:1, 69:15, 163:24, 165:20, 166:1
**EXPECTED** [1] - 173:10
**EXPENSIVE** [2] - 132:7, 173:7
**EXPERIENCE** [12] - 19:1, 40:6, 41:3, 41:7, 41:9, 41:11, 41:12, 54:23, 87:20, 112:6, 210:4, 210:6
**EXPERIENCES** [6] - 40:23, 55:8, 55:15, 93:25, 94:1, 95:2
**EXPLAIN** [2] - 35:4, 89:18
**EXPLAINS** [1] - 177:15
**EXPOSED** [3] - 45:24, 66:18, 68:19
**EXPRESS** [5] - 67:8, 81:21, 91:20, 157:2, 211:3
**EXPRESSES** [3] - 81:24, 81:25, 94:21
**EXTENSIVE** [1] - 9:17
**EXTENT** [1] - 154:25
**EXTERIOR** [1] - 101:16
**EXTRA** [1] - 213:2
**EYEWEAR** [1] - 99:17

**F**

**FABRICATION** [2] - 182:9, 182:21
**FABRICS** [1] - 102:19

**FACILITATE** [1] - 75:15
**FACILITATED** [1] - 75:14
**FACILITATES** [2] - 74:1, 75:9
**FACT** [17] - 45:10, 55:14, 64:11, 64:14, 66:5, 82:11, 83:23, 88:15, 90:5, 93:5, 101:8, 108:15, 111:23, 123:17, 168:22, 202:13, 203:15
**FACTOR** [1] - 66:3
**FACTS** [39] - 17:7, 17:13, 17:16, 17:20, 18:3, 19:4, 19:5, 19:6, 19:15, 19:16, 20:8, 22:23, 23:24, 26:19, 26:23, 35:15, 37:1, 39:12, 39:14, 44:2, 44:7, 51:25, 52:3, 52:4, 53:13, 62:8, 62:9, 63:5, 63:7, 63:12, 63:17, 64:13, 65:9, 93:11, 96:10
**FAINT** [3] - 77:10, 114:14, 163:24
**FAIR** [41] - 19:13, 19:14, 20:15, 23:23, 25:14, 27:24, 29:20, 30:20, 30:24, 31:2, 31:3, 31:7, 31:21, 33:9, 34:5, 34:25, 35:5, 35:9, 37:5, 37:8, 37:19, 37:23, 38:1, 38:22, 39:15, 44:9, 51:19, 52:13, 54:11, 54:12, 54:17, 56:17, 68:15, 68:17, 80:15, 93:18, 93:20, 95:9, 176:21, 182:8, 191:16
**FAIRLY** [2] - 9:17, 94:2
**FAIRNESS** [2] - 68:18, 80:14
**FALL** [3] - 22:24, 44:5, 118:13
**FAMILIAR** [15] - 36:24, 77:17, 99:24, 112:19, 112:25, 120:10, 132:24, 167:7, 168:19, 170:10, 184:5, 196:21, 198:1, 199:4, 210:1
**FAMILIARITY** [2] -

35:2, 36:22
**FAMILIARIZE** [1] - 135:15
**FAMILY** [7] - 29:1, 67:23, 67:24, 71:10, 100:5, 102:9, 117:10
**FAMILY-OWNED** [1] - 102:9
**FAMOUS** [1] - 75:6
**FAN** [1] - 72:25
**FAR** [14] - 11:20, 13:12, 15:14, 20:13, 35:14, 38:22, 40:7, 44:13, 50:4, 167:10, 199:25, 211:16, 212:24
**FASHION** [10] - 40:3, 71:7, 97:20, 99:6, 99:8, 99:21, 116:8, 169:9, 169:10, 170:14
**FAVOR** [3] - 27:16, 94:8, 95:12
**FAVORABLE** [1] - 95:13
**FAVORITE** [1] - 108:8
**FEATURE** [5] - 82:24, 110:6, 113:24, 126:18, 184:19
**FEATURED** [3] - 118:1, 118:4, 119:5
**FEATURING** [3] - 108:10, 108:16, 112:12
**FEDERAL** [3] - 1:24, 214:5, 214:19
**FEDERAL** [2] - 75:19, 123:18
**FEE** [2] - 83:17
**FEELINGS** [4] - 55:21, 93:12, 94:23, 94:24
**FELINE** [1] - 74:19
**FELLOW** [3] - 66:13, 67:1, 69:8
**FELT** [1] - 141:6
**FENCE** [1] - 126:18
**FENDI** [1] - 99:13
**FEW** [17] - 11:24, 13:14, 62:16, 73:3, 73:8, 78:23, 87:17, 89:20, 89:22, 116:17, 119:8, 130:21, 130:23, 131:14, 133:23, 152:1, 153:25
**FIELD** [2] - 41:10, 41:11
**FIFTH** [2] - 148:24, 156:9
**FIGURE** [9] - 31:1,

84:10, 90:10, 169:16, 170:11, 177:17, 192:3, 193:15, 203:6
**FILE** [5] - 98:13, 117:19, 124:1, 142:21, 173:7
**FILED** [6] - 79:3, 86:9, 86:14, 144:9, 171:23, 172:8
**FILING** [11] - 79:13, 86:22, 142:24, 142:25, 144:21, 146:12, 147:10, 149:2, 149:6, 149:19, 176:13
**FILL** [1] - 49:10
**FINAL** [3] - 62:18, 208:9
**FINALLY** [2] - 86:21, 86:22
**FINANCE** [2] - 99:4, 99:10
**FINANCES** [1] - 97:25
**FINANCIAL** [1] - 97:15
**FINE** [1] - 161:17
**FINISH** [4] - 13:14, 158:13, 158:14, 211:18
**FINISHED** [1] - 41:17
**FIRM** [12] - 28:15, 28:23, 29:11, 41:17, 89:1, 132:12, 171:13, 171:21, 172:7, 173:16, 209:19, 209:22
**FIRST** [46] - 9:23, 12:1, 12:6, 13:2, 14:20, 15:8, 17:12, 17:16, 18:5, 21:21, 40:1, 46:14, 49:8, 50:24, 66:11, 69:11, 70:20, 71:15, 75:16, 77:1, 79:17, 89:9, 90:9, 92:13, 100:19, 102:6, 107:4, 115:4, 116:6, 128:8, 135:2, 148:22, 155:6, 157:19, 177:6, 177:24, 188:7, 188:10, 196:17, 196:18, 199:15, 201:6, 201:24, 210:15
**FIT** [4] - 11:3, 142:2, 182:9, 182:21
**FITS** [1] - 179:2
**FIVE** [8] - 8:24, 9:1, 9:4, 49:21, 65:22, 78:18, 99:9, 134:24

**FLAG** [1] - 160:19
**FLAGS** [13] - 161:25, 162:24, 163:2, 163:10, 166:22, 167:1, 167:2, 167:3, 167:18, 167:24, 167:25, 182:24, 183:2
**FLAVOR** [1] - 105:1
**FLEW** [2] - 170:21, 171:3
**FLIP** [5] - 112:24, 120:5, 135:15, 152:1, 180:23
**FLOOD** [1] - 72:12
**FLORES** [4] - 37:12, 37:20, 37:24, 38:2
**FLORES** [1] - 37:13
**FOCUS** [4] - 83:19, 83:20, 115:22, 210:15
**FOCUSED** [2] - 182:9, 182:21
**FOLLOW** [7] - 21:6, 29:6, 29:8, 41:23, 62:10, 95:8, 149:22
**FOLLOW-UP** [3] - 21:6, 95:8, 149:22
**FOLLOWED** [4] - 71:24, 102:4, 132:9, 176:9
**FOLLOWER** [1] - 106:18
**FOLLOWERS** [5] - 73:6, 106:17, 107:10, 107:13, 195:11
**FOLLOWING** [20] - 12:12, 45:16, 48:9, 57:3, 57:12, 58:12, 59:21, 61:23, 69:11, 92:6, 94:14, 149:2, 149:6, 153:6, 153:14, 157:8, 158:3, 176:2, 195:11, 212:3
**FOOD** [2] - 22:5, 22:6
**FOODS** [1] - 111:20
**FOOTWEAR** [1] - 166:1
**FOR** [8] - 2:3, 2:8, 4:2, 5:2, 214:6
**FORD** [1] - 99:19
**FOREGOING** [1] - 214:9
**FORM** [7] - 66:25, 67:8, 67:10, 73:15, 91:20, 157:2, 211:3
**FORMAT** [1] - 214:11
**FORMER** [1] - 47:17

**FORTH** [2] - 46:16, 200:23
**FORTUNATE** [2] - 13:11, 13:13
**FORWARDING** [1] - 51:10
**FOUNDATION** [2] - 104:7, 145:3
**FOUNDED** [1] - 100:4
**FOUR** [11] - 8:3, 8:6, 8:10, 8:24, 36:5, 45:19, 54:24, 65:20, 76:20, 155:19, 157:24
**FOUR-AND-A-HALF** [1] - 54:24
**FOURTH** [1] - 156:6
**FRAME** [1] - 165:22
**FRAMES** [2] - 99:17, 165:12, 165:16
**FRANCISCO** [4] - 14:4, 57:24, 81:5, 115:12
**FRANKLY** [3] - 83:15, 84:17, 85:6
**FREDRICK** [1] - 25:18
**FREE** [2] - 60:21, 113:25
**FREIGHT** [1] - 51:10
**FRETTE** [1] - 99:15
**FRONT** [11] - 26:17, 119:3, 124:11, 124:12, 126:19, 141:7, 161:5, 176:4, 178:21, 183:4, 183:8
**FULFILL** [1] - 93:13
**FULFILLER** [1] - 83:6
**FULFILLERS** [1] - 83:12
**FULL** [5] - 38:5, 77:5, 96:22, 159:2, 209:8
**FULL-TIME** [1] - 38:5
**FUN** [2] - 71:19, 79:11
**FUNCTION** [1] - 17:16
**FUNCTIONS** [1] - 17:15
**FUNDAMENTALLY** [4] - 80:11, 80:14, 81:2
**FURNISHINGS** [1] - 73:23
**FURNITURE** [1] - 165:11
**FUTURE** [3] - 43:21, 80:1, 191:24

### G

**G-O-O-D-W-I-N** [1] - 49:17

**GAINED** [1] - 73:6
**GALT** [1] - 180:16
**GARMENT** [1] - 198:21
**GARY** [1] - 1:3
**GATHERED** [1] - 108:16
**GENERAL** [9] - 16:20, 20:18, 20:19, 21:5, 39:22, 39:25, 97:18, 170:8, 198:9
**GENERALLY** [1] - 84:4
**GENERATED** [1] - 127:3
**GENTLEMAN** [2] - 14:2, 38:11
**GENTLEMEN** [20] - 13:1, 14:11, 14:20, 48:11, 60:10, 60:14, 60:24, 62:3, 80:10, 80:25, 85:25, 86:15, 87:17, 88:25, 89:3, 90:2, 90:4, 156:23, 158:6, 210:25
**GEOGRAPHIC** [1] - 97:16
**GEORGE** [2] - 2:4
**GEORGE** [2] - 186:12, 209:20
**GERBER** [2] - 107:24, 110:15
**GESTURE** [1] - 52:12
**GIFTS** [1] - 134:12
**GIRLS** [6] - 71:11, 73:4, 73:10, 97:21, 100:13, 106:12
**GIRLS'** [1] - 71:7
**GIVEN** [13] - 9:22, 18:22, 45:24, 64:16, 64:18, 68:22, 89:22, 117:15, 173:13, 177:6, 177:12, 178:21, 197:13
**GLAD** [1] - 35:3
**GLENDALE** [1] - 24:14
**GOAL** [5] - 78:20, 131:24, 132:4, 156:16, 156:18
**GOD** [3] - 60:17, 96:19, 209:5
**GOODS** [2] - 180:4, 180:8
**GOODWILL** [1] - 77:24
**GOODWIN** [5] - 49:15, 54:3, 59:5, 59:6, 59:15
**GOODWIN** [5] - 54:2,

54:7, 54:10, 54:14, 54:18
**GOOGLE** [8] - 74:18, 76:14, 76:20, 153:5, 155:6, 156:3, 196:1, 196:13
**GOSSIP** [1] - 112:4
**GOVERN** [1] - 62:19
**GOVERNMENT** [1] - 211:16
**GRAB** [1] - 141:8
**GRADUATE** [1] - 99:1
**GRANTING** [1] - 46:3
**GRAPHIC** [11] - 81:13, 85:3, 103:21, 160:16, 183:8, 185:15, 194:20, 203:10, 203:11, 203:20, 204:2
**GRAPHICS** [2] - 87:7, 103:7
**GRAPHICS** [1] - 5:5
**GRAVITATE** [1] - 113:20
**GREAT** [5] - 9:5, 72:3, 85:20, 157:20, 204:13
**GREW** [2] - 170:20, 171:3
**GROCERIES** [1] - 111:20
**GROUNDS** [1] - 109:3
**GROUP** [1] - 99:12
**GROW** [2] - 72:4, 171:6
**GROWTH** [1] - 99:23
**GUARANTEE** [1] - 211:19
**GUESS** [1] - 99:19
**GUESS** [4] - 51:23, 61:18, 65:2, 118:13
**GUESSED** [1] - 75:13
**GUIDANCE** [1] - 11:1
**GUNNING** [1] - 6:16

### H

**H-A-N** [1] - 49:18
**H-O-L-G-U-I-N** [1] - 49:19
**HAILEY** [1] - 107:25
**HALEY** [2] - 146:21, 206:19
**HALEYSHORE** [1] - 5:12
**HALF** [7] - 12:4, 16:22, 50:7, 50:21, 54:24, 125:18, 174:19
**HAN** [8] - 54:20, 55:1, 55:11, 55:13, 55:17,

55:20, 55:23, 56:1
**HAN** [2] - 49:18, 54:20
**HAND** [16] - 15:16, 16:23, 18:7, 37:6, 60:13, 70:14, 100:22, 102:23, 103:16, 135:17, 169:2, 188:21, 188:22, 189:8, 189:9, 209:1
**HANDBAG** [2] - 165:1, 165:2
**HANDBAGS** [1] - 164:25
**HANDED** [1] - 188:6
**HANDFUL** [1] - 71:25
**HANDLES** [1] - 83:13
**HANDS** [3] - 16:13, 83:14, 86:20
**HANG** [1] - 113:20
**HANGING** [2] - 111:16, 112:10
**HANGTAG** [2] - 121:5, 165:1
**HANGTAGS** [4] - 121:6, 183:6, 183:21, 198:21
**HAPPY** [1] - 212:8
**HARD** [6] - 33:2, 35:9, 47:10, 75:4, 90:10, 122:16
**HARLEY** [1] - 99:18
**HARLEY-DAVIDSON** [1] - 99:18
**HATE** [1] - 60:21
**HATS** [2] - 124:9, 140:18
**HEAD** [1] - 162:15
**HEADING** [1] - 134:14
**HEADPHONES** [1] - 60:1
**HEAR** [30] - 10:11, 15:15, 15:17, 15:25, 23:18, 29:13, 29:15, 32:18, 45:4, 45:5, 45:12, 50:5, 50:16, 53:14, 54:9, 55:4, 57:5, 57:14, 58:16, 61:8, 64:7, 65:16, 67:13, 70:13, 85:23, 86:3, 87:23, 174:13, 188:19, 212:8
**HEARD** [24] - 32:14, 33:3, 33:4, 38:20, 39:9, 43:24, 44:13, 50:4, 53:6, 54:5, 55:6, 56:6, 56:8, 64:12, 86:20, 87:24, 87:25, 96:7, 96:12, 128:8, 178:9,

179:11, 198:3, 198:5
**HEARING** [3] - 14:16, 50:7, 50:12
**HEARSAY** [1] - 179:10
**HEART** [13] - 88:14, 160:19, 163:20, 163:23, 163:25, 164:14, 165:13, 165:22, 166:2, 166:13, 166:17, 183:15, 183:18
**HEARTS** [1] - 183:14
**HEDRICK** [1] - 37:13
**HELD** [15] - 12:12, 15:20, 45:16, 48:9, 57:3, 57:12, 58:12, 59:21, 61:23, 92:6, 94:14, 157:8, 158:3, 212:3
**HELD** [1] - 214:10
**HELLO** [1] - 37:12
**HELP** [8] - 17:22, 60:17, 62:6, 63:16, 69:14, 79:15, 96:19, 209:4
**HELPING** [2] - 81:21, 170:11
**HELPS** [3] - 8:17, 47:15, 212:22
**HEMING** [1] - 2:11
**HEMING** [2] - 6:12, 14:13
**HENNESSY** [1] - 99:12
**HENRY** [1] - 49:11
**HEREBY** [1] - 214:7
**HESITANT** [1] - 35:7
**HIGH** [2] - 31:12, 42:24
**HIGHER** [1] - 71:18
**HIGHLIGHT** [1] - 82:23
**HIGHLIGHTED** [2] - 169:3, 206:22
**HIP** [1] - 72:10
**HISTORIC** [1] - 70:22
**HISTORY** [2] - 99:23, 99:24
**HIT** [2] - 71:23, 82:17
**HOLD** [2] - 80:15, 89:23
**HOLDERS** [3] - 85:6, 89:15, 89:16
**HOLGUIN** [7] - 56:3, 56:10, 56:13, 56:16, 56:19, 56:22, 56:25
**HOLGUIN** [2] - 49:19, 56:4
**HOLIDAY** [1] - 158:8
**HOME** [24] - 22:1,

22:2, 23:8, 23:9, 25:1, 25:25, 26:1, 28:16, 28:17, 30:5, 30:6, 33:23, 33:24, 38:7, 38:8, 51:7, 51:8, 53:1, 54:21, 73:23, 81:13, 99:15, 113:19
**HOMEPAGE** [2] - 119:17, 119:20
**HONOR** [93] - 6:8, 6:11, 9:6, 9:7, 9:15, 10:10, 10:21, 10:25, 11:13, 13:22, 14:10, 22:21, 23:1, 23:16, 23:22, 24:1, 26:15, 26:18, 26:21, 27:23, 28:1, 29:16, 29:19, 29:21, 33:10, 37:20, 38:19, 39:2, 39:16, 45:18, 47:1, 47:14, 48:2, 53:9, 53:19, 55:11, 58:14, 70:6, 70:7, 70:16, 78:19, 80:7, 88:3, 88:5, 95:1, 96:14, 97:3, 104:6, 104:7, 106:20, 108:22, 109:2, 109:15, 110:9, 113:4, 116:18, 123:10, 129:5, 129:10, 133:14, 137:25, 139:11, 141:18, 143:22, 147:2, 148:4, 149:24, 150:1, 151:7, 152:9, 152:11, 154:21, 154:24, 167:16, 172:9, 172:12, 174:3, 179:19, 181:2, 188:2, 188:24, 190:9, 190:14, 190:17, 196:8, 200:3, 200:19, 207:20, 208:16, 208:19, 210:21, 212:11, 212:19
**HONORABLE** [1] - 1:3
**HONORABLE** [1] - 70:19
**HOODIE** [1] - 77:19
**HOODIES** [2] - 102:18, 124:8
**HOOK** [1] - 14:23
**HOPE** [2] - 89:24, 128:5
**HOPEFULLY** [5] - 6:16, 11:25, 17:1,

156:18, 213:2
**HORSE** [1] - 18:18
**HOSPITAL** [3] - 24:19, 24:21, 24:22
**HOSPITAL** [1] - 24:24
**HOT** [1] - 191:13
**HOTTEST** [1] - 111:17
**HOUR** [1] - 12:4
**HOURS** [7] - 8:3, 8:7, 8:10, 73:4, 90:21, 116:5, 157:24
**HOUSE** [2] - 27:12, 31:13
**HOUSEHOLD** [4] - 20:25, 27:11, 164:12
**HUGELY** [1] - 124:3
**HUMBLING** [1] - 19:1
**HUNDRED** [2] - 7:20, 7:22
**HUNDRED-PAGE** [2] - 7:20, 7:22
**HUNDREDS** [5] - 19:11, 85:13, 128:16, 149:5, 210:8
**HUNTINGTON** [1] - 56:5
**HURTING** [1] - 87:21
**HUSBAND** [5] - 25:2, 27:13, 36:2, 39:5, 54:22

**I**

**ICING** [1] - 157:15
**IDEA** [3] - 17:23, 81:19, 211:17
**IDEAS** [1] - 22:19
**IDENTIFICATION** [2] - 4:2, 5:2
**IDENTIFICATION** [29] - 101:13, 103:18, 104:20, 107:1, 110:11, 111:13, 113:7, 116:22, 120:20, 123:14, 124:21, 126:5, 129:12, 133:16, 136:5, 139:14, 141:21, 144:1, 145:5, 146:3, 147:5, 148:9, 150:3, 152:13, 156:1, 161:23, 175:1, 182:1, 201:21
**IDENTIFIED** [6] - 86:23, 86:25, 87:12, 87:15, 109:20, 175:22
**IDENTIFIER** [1] - 75:25

**IDENTIFY** [6] - 82:1, 87:4, 109:21, 123:21, 136:7, 175:9
**IDENTIFYING** [1] - 84:20
**IGNORE** [3] - 65:2, 65:5, 192:19
**IMAGE** [2] - 76:11, 103:21
**IMAGE** [1] - 5:6
**IMAGES** [3] - 5:7, 5:10, 5:11
**IMAGINE** [1] - 77:22
**IMAN** [11] - 29:24, 30:1, 30:3, 30:7, 30:9, 30:12, 30:16, 30:19, 30:22, 31:5, 31:9
**IMAN** [1] - 29:24
**IMITATION** [2] - 164:21, 164:22
**IMMEDIATELY** [5] - 68:4, 68:20, 78:3, 86:13, 140:23
**IMMERSED** [1] - 81:8
**IMMIGRATION** [1] - 29:1
**IMPACT** [1] - 36:22
**IMPAIRED** [1] - 50:13
**IMPARTIAL** [2] - 23:24, 68:15
**IMPEACHMENT** [3] - 188:2, 188:14, 188:18
**IMPLEMENTED** [1] - 84:10
**IMPORTANT** [13] - 15:17, 19:8, 20:14, 42:1, 45:6, 51:23, 55:5, 61:7, 66:7, 70:19, 74:14, 106:8, 128:2
**IMPORTANTLY** [1] - 84:17
**IMPOSSIBLE** [1] - 85:8
**IMPRESSION** [1] - 81:6
**IMPROPER** [1] - 63:22
**IMPROVE** [1] - 83:18
**IN** [3] - 214:6, 214:10, 214:11
**IN-STORE** [1] - 112:5
**INC** [2] - 58:4, 58:5
**INC** [1] - 1:8
**INCLUDE** [3] - 14:16, 119:23, 187:24
**INCLUDED** [3] - 78:12, 185:16, 186:5
**INCLUDES** [2] - 66:23,

114:18
INCLUDING [3] -
67:22, 75:22, 154:2
INCONSISTENT [1] -
188:17
INCONVENIENCE [1]
- 212:15
INCONVENIENCED
[1] - 212:16
INCORPORATE [3] -
78:16, 131:10,
131:13
INCORPORATED [4] -
6:6, 12:15, 13:6
INCORPORATING [1]
- 127:8
INCREASE [1] -
154:18
INCREASED [2] -
79:7, 154:19
INDEED [1] - 150:15
INDEPENDENT [3] -
81:16, 83:6, 156:20
INDEX [3] - 3:1, 4:1,
5:1
INDICATE [2] - 92:8,
207:5
INDICATED [4] - 12:3,
70:24, 93:24
INDICATES [2] -
167:25, 193:10
INDICATION [2] -
134:20, 211:14
INDICATIONS [1] -
116:1
INDIFFERENT [1] -
142:15
INDIVIDUAL [3] -
16:16, 16:25, 109:5
INDIVIDUALLY [1] -
21:7
INDUSTRY [9] - 22:13,
23:11, 23:18, 27:22,
30:15, 38:18, 40:3,
55:15, 99:21
INEXTRICABLY [1] -
211:15
INFERIOR [1] - 78:1
INFLUENCE [1] -
36:10
INFLUENCED [5] -
62:12, 63:23, 69:7,
95:9, 95:10
INFORMATION [6] -
66:18, 67:17, 68:16,
68:20, 87:6, 98:20
INFORMED [2] - 61:2,
92:10
INFORMING [1] -
128:25

INFRINGE [2] - 130:4,
130:25
INFRINGED [3] -
51:15, 85:16, 130:13
INFRINGEMENT [16] -
13:7, 50:9, 51:14,
70:24, 71:5, 75:15,
77:21, 78:21, 79:18,
79:22, 79:24, 84:16,
89:8, 89:9, 89:12,
131:24
INFRINGEMENTS [2]
- 87:2, 176:17
INFRINGES [1] -
202:16
INFRINGING [10] -
85:12, 86:8, 86:10,
86:24, 87:4, 87:15,
89:5, 129:1, 172:22,
177:16
INJURED [1] - 33:1
INNATE [1] - 94:3
INNOCENT [1] - 61:13
INPUT [2] - 67:14,
94:24
INQUIRE [2] - 97:2,
209:11
INSIDE [2] - 30:5,
75:22
INSOFAR [2] - 10:15,
13:13
INSTAGRAM [9] -
4:11, 72:15, 73:6,
106:16, 107:8,
119:14, 119:17,
119:20, 195:11
INSTANCE [3] - 90:11,
169:23, 182:25
INSTEAD [7] - 72:18,
74:10, 75:2, 75:8,
86:5, 86:12, 167:22
INSTRUCT [7] - 21:9,
43:4, 62:4, 64:3,
69:23, 69:25, 132:12
INSTRUCTED [6] -
64:1, 171:13,
171:21, 171:25,
174:9, 212:12
INSTRUCTING [2] -
61:1, 67:4
INSTRUCTION [1] -
174:6
INSTRUCTIONS [10] -
59:9, 60:17, 61:1,
61:18, 62:6, 62:18,
62:20, 66:17, 68:6
INSTRUCTS [1] - 88:4
INSURANCE [1] -
38:10
INTELLECTUAL [4] -

98:10, 176:18,
182:10, 182:22
INTEND [3] - 13:18,
57:21, 80:17
INTENDED [1] - 63:16
INTENTIONAL [1] -
106:3
INTEREST [1] - 65:20
INTERESTED [2] -
82:22, 87:3
INTERESTING [1] -
79:11
INTERNAL [1] - 76:23
INTERNATIONAL [1] -
99:4
INTERNET [3] - 68:8,
73:1, 119:11
INTERPRET [1] -
63:16
INTERRUPT [1] -
70:12
INTRODUCE [5] -
13:17, 13:18, 57:8,
57:16, 190:15
INTRODUCED [9] -
16:3, 57:15, 96:11,
154:25, 168:18,
170:19, 174:17,
198:23, 199:3
INURE [1] - 205:24
INVENTORY [1] -
72:16
INVESTIGATION [1] -
68:10
INVESTMENT [1] -
36:1
INVESTS [3] - 84:1,
84:2, 84:7
INVITES [1] - 73:18
INVOLVED [12] -
13:20, 16:4, 17:6,
25:11, 35:13, 66:19,
67:23, 97:25, 98:12,
156:21, 186:18
INVOLVEMENT [1] -
98:3
INVOLVING [1] - 16:5
IS [2] - 214:9, 214:11
ISSUE [6] - 77:7,
78:13, 180:17,
187:9, 201:10,
206:10
ISSUED [1] - 186:6
ISSUES [1] - 66:19
IT [1] - 39:6
ITALIAN [4] - 71:10,
71:18, 103:2, 117:9
ITALY [8] - 71:12,
71:22, 73:2, 100:3,
100:8, 100:9,

102:22, 102:23
ITEM [5] - 6:5, 109:21,
144:3, 148:24,
164:17
ITEMS [10] - 72:22,
132:16, 150:11,
164:15, 164:22,
165:5, 177:13,
210:8, 210:20
ITSELF [3] - 74:8,
106:6, 165:1

## J

JAMES [2] - 14:16,
58:7
JASON [1] - 2:5
JASON [3] - 6:9,
12:18, 13:24
JEALOUS [1] - 27:17
JENNIFER [1] - 2:10
JENNIFER [4] - 6:12,
12:21, 14:13, 58:6
JEOPARDIZES [1] -
68:18
JEWELRY [1] - 164:10
JIGSAW [2] - 18:8,
18:9
JIMMY [2] - 14:17,
58:7
JOB [5] - 22:15, 22:16,
51:24, 187:4, 193:13
JOE [1] - 100:25
JOHN [2] - 10:1,
180:16
JOHNSON [12] -
25:18, 25:21, 25:24,
26:2, 26:5, 26:7,
26:10, 26:14, 26:18,
26:21, 27:2, 60:4
JOHNSON [3] - 25:19,
58:25, 59:15
JOIN [3] - 46:2, 99:15,
99:16
JOINED [1] - 13:24
JOSH [1] - 199:16
JOSHUA [1] - 2:10
JOSHUA [5] - 6:12,
12:20, 14:11, 45:23,
58:5
JUDGE [8] - 18:25,
23:24, 29:9, 44:3,
55:5, 70:23, 93:24,
94:2
JUDGE [1] - 12:24
JUDGE [1] - 1:3
JUDGES [2] - 29:4,
29:5
JUDGING [1] - 19:25
JUDICIAL [1] - 214:12

JUDICIAL [2] - 174:2,
190:10
JULIE [2] - 49:18,
54:20
JULY [5] - 152:16,
155:13, 155:17,
199:16, 200:7
JUMP [1] - 70:23
JUNE [4] - 1:15, 6:1,
96:1, 214:15
JUNE [2] - 149:13,
150:6
JUNETEENTH [1] -
158:8
JURIES [2] - 17:10,
212:23
JUROR [39] - 15:6,
16:16, 18:25, 20:14,
25:17, 29:18, 29:22,
31:10, 35:23, 37:11,
38:3, 38:25, 39:3,
39:10, 39:12, 39:18,
39:24, 41:15, 42:10,
48:8, 48:12, 49:8,
49:9, 51:19, 53:24,
54:1, 54:19, 55:24,
56:2, 56:12, 56:15,
56:21, 67:9, 68:18,
68:19, 94:17, 94:21,
94:23, 95:14
JUROR [51] - 21:11,
21:12, 21:18, 23:3,
24:3, 27:1, 28:8,
32:3, 33:15, 38:3,
46:10, 46:11, 46:12,
46:20, 46:23, 46:24,
46:25, 47:5, 47:6,
47:9, 47:15, 47:16,
47:17, 47:20, 48:14,
48:15, 48:21, 48:23,
48:25, 49:2, 49:4,
52:17, 56:2, 57:14,
58:15, 58:17, 58:24,
58:25, 59:23, 59:24,
60:7, 60:9, 92:7,
92:10
JUROR [194] - 21:17,
21:20, 21:23, 21:25,
22:3, 22:5, 22:8,
22:11, 22:14, 22:17,
22:21, 23:1, 23:4,
23:7, 23:10, 23:16,
23:22, 24:1, 24:4,
24:7, 24:9, 24:12,
24:14, 24:17, 24:20,
24:23, 25:2, 25:5,
25:10, 25:13, 25:16,
25:18, 25:21, 25:24,
26:2, 26:5, 26:7,
26:10, 26:14, 26:18,

26:21, 27:2, 27:5,
27:7, 27:9, 27:13,
27:18, 27:23, 28:1,
28:4, 28:7, 28:10,
28:12, 28:14, 28:18,
28:21, 28:25, 29:16,
29:19, 29:21, 29:24,
30:1, 30:3, 30:7,
30:9, 30:12, 30:16,
30:19, 30:22, 31:5,
31:9, 31:11, 31:14,
31:18, 31:22, 31:24,
32:2, 32:5, 32:7,
32:9, 32:13, 32:16,
32:19, 32:24, 33:6,
33:10, 33:12, 33:17,
33:19, 33:22, 33:25,
34:6, 34:9, 34:12,
34:15, 34:18, 34:22,
35:1, 35:18, 35:21,
35:24, 36:4, 36:12,
36:19, 36:21, 37:2,
37:10, 37:12, 37:20,
37:24, 38:2, 38:4,
38:9, 38:14, 38:19,
38:23, 39:1, 39:4,
39:8, 39:16, 39:19,
40:9, 40:14, 40:22,
40:25, 41:16, 41:21,
41:25, 42:2, 42:12,
42:15, 42:18, 42:21,
43:11, 43:15, 43:17,
50:7, 50:14, 50:17,
50:20, 51:1, 51:3,
51:5, 51:9, 51:12,
51:17, 51:21, 52:7,
52:10, 52:15, 52:18,
52:21, 52:24, 53:2,
53:5, 53:8, 53:11,
53:18, 53:22, 53:25,
54:2, 54:7, 54:10,
54:14, 54:18, 54:20,
55:1, 55:11, 55:13,
55:17, 55:20, 55:23,
56:1, 56:3, 56:10,
56:13, 56:16, 56:19,
56:22, 56:25, 58:2,
58:10, 60:4, 91:25,
92:20, 92:23, 93:1,
93:8, 93:16, 93:19,
94:3, 94:7, 94:10,
211:22

**JURORS** [34] - 14:22,
15:11, 15:13, 15:17,
15:19, 15:25, 16:25,
17:9, 21:7, 29:3,
29:4, 33:4, 43:25,
44:12, 49:21, 49:24,
52:16, 60:20, 61:15,
61:17, 62:1, 66:13,
67:1, 67:5, 67:16,

69:8, 70:17, 91:13,
92:9, 92:15, 93:3,
96:6, 157:11, 212:6

**JURY** [99] - 6:16, 6:24,
7:7, 9:22, 12:6,
12:13, 12:23, 13:12,
15:1, 16:10, 16:12,
16:15, 16:16, 16:20,
17:8, 17:12, 20:3,
21:9, 35:4, 36:3,
40:5, 41:5, 41:8,
41:14, 42:3, 42:5,
42:6, 42:8, 43:18,
43:19, 44:16, 44:19,
44:23, 45:9, 45:20,
47:22, 48:10, 48:16,
49:25, 50:6, 57:13,
59:22, 59:25, 60:6,
60:12, 60:14, 60:18,
61:24, 62:2, 62:3,
66:19, 67:6, 67:7,
67:9, 67:11, 67:12,
67:13, 67:16, 67:20,
67:25, 68:2, 68:15,
69:2, 69:25, 70:19,
70:21, 90:9, 91:21,
94:15, 94:19, 96:6,
101:15, 102:16,
105:1, 110:13,
113:9, 116:25,
120:22, 124:23,
136:10, 141:23,
146:5, 157:3, 157:9,
157:22, 158:4,
174:18, 180:20,
182:12, 182:18,
188:25, 189:21,
195:20, 196:9,
198:24, 200:21,
211:4, 212:4, 212:12

**JURY** [2] - 211:7,
211:9

**JURY'S** [1] - 131:5

**JUSTIN** [1] - 107:25

---

# K

**KAIA** [2] - 107:24,
110:15

**KARAN** [1] - 99:11

**KARAVIDAS** [6] -
31:11, 31:14, 31:18,
31:22, 31:24, 32:2

**KARAVIDAS** [1] -
31:11

**KATE** [2] - 14:17, 58:7

**KEEP** [12] - 14:23,
15:6, 66:11, 66:12,
68:23, 69:1, 80:23,
83:21, 85:9, 87:8,

88:12, 211:5

**KEEPING** [1] - 84:16

**KEITH** [7] - 6:9, 12:17,
13:23, 58:14, 129:4,
143:12, 146:17

**KEITH** [1] - 2:4

**KELLY** [4] - 2:5,
208:16, 209:15,
210:21

**KELLY** [4] - 3:9, 6:9,
12:18, 13:24

**KEY** [5] - 102:12,
105:22, 113:24,
122:14, 126:17

**KEYWORD** [10] -
78:15, 78:24, 79:6,
84:8, 85:2, 131:9,
131:12, 149:8,
154:12, 210:7

**KEYWORDS** [4] -
82:20, 82:23, 85:1

**KIDS** [2] - 71:23, 81:1

**KIND** [12] - 25:4,
26:16, 31:19, 71:21,
74:25, 82:17, 103:3,
122:16, 152:19,
157:13, 158:10,
194:25

**KINDS** [3] - 39:10,
64:15, 77:18

**KLAUSNER** [1] - 1:3

**KLEIN** [1] - 99:9

**KNOWING** [1] - 34:23

**KNOWINGLY** [1] -
79:20

**KNOWLEDGE** [8] -
27:21, 34:13, 34:16,
37:17, 87:13, 92:12,
112:1, 206:21

**KNOWLEDGEABLE**
[1] - 167:11

**KNOWN** [12] - 13:4,
14:17, 36:18, 58:7,
72:14, 73:14, 75:3,
78:16, 99:15,
102:23, 131:10,
131:13

**KNOWS** [3] - 16:2,
35:7, 161:9

**KUHN** [1] - 2:10

**KUHN** [4] - 6:12,
12:21, 14:13, 58:6

---

# L

**L-U-G-O** [1] - 49:14

**L.A** [6] - 21:3, 21:4,
72:1, 102:3

**LA** [28] - 4:25, 5:4, 5:6,
77:9, 88:16, 123:10,

123:11, 123:18,
124:6, 124:16,
125:1, 125:6,
125:14, 125:25,
126:13, 126:20,
126:22, 127:7,
127:18, 128:1,
145:10, 150:12,
178:19, 179:3,
191:6, 206:13,
207:2, 207:6

**LABEL** [1] - 100:10

**LABELED** [1] - 130:17

**LACKS** [1] - 145:3

**LADIES** [20] - 12:25,
14:11, 14:20, 48:11,
60:10, 60:14, 60:24,
62:3, 80:10, 80:25,
85:24, 86:15, 87:17,
88:25, 89:3, 90:2,
90:4, 156:23, 158:6,
210:25

**LADY** [2] - 33:14,
74:19

**LAIDBACK** [1] - 71:21

**LANGUAGE** [1] - 9:13

**LAPTOPS** [1] - 114:1

**LARGE** [1] - 80:1

**LARGER** [2] - 71:24,
102:4

**LARGEST** [1] - 99:16

**LAST** [15] - 9:16,
10:12, 16:22, 36:23,
56:2, 68:1, 79:9,
96:22, 96:25,
103:15, 131:23,
162:18, 208:21,
209:9, 212:16

**LATE** [3] - 9:16, 88:23,
211:13

**LAUNCHED** [2] -
73:13, 106:7

**LAW** [49] - 17:14,
17:19, 17:23, 18:4,
19:7, 19:12, 19:16,
19:19, 19:20, 19:24,
20:4, 20:5, 20:6,
20:8, 22:24, 26:9,
28:15, 28:23, 29:1,
29:5, 29:8, 29:10,
31:3, 35:16, 39:14,
41:12, 41:22, 41:23,
44:3, 44:7, 52:8,
53:20, 62:4, 62:9,
62:10, 64:15, 66:17,
69:23, 89:1, 89:7,
132:12, 158:14,
171:13, 171:21,
172:7, 173:15,
209:19, 209:22

**LAWLER** [1] - 2:9

**LAWS** [1] - 19:23

**LAWSUIT** [15] - 79:3,
79:4, 79:13, 86:22,
98:13, 142:24,
142:25, 144:9,
144:21, 146:12,
147:10, 149:2,
149:7, 150:13,
176:14

**LAWSUITS** [2] -
132:7, 173:7

**LAWYER** [7] - 64:20,
64:21, 64:23,
165:19, 174:6,
174:9, 186:4

**LAWYERS** [13] -
63:14, 63:20, 78:11,
85:19, 86:6, 156:21,
172:21, 176:1,
176:9, 186:25,
187:5, 187:21, 190:6

**LEADS** [1] - 111:16

**LEAN** [1] - 93:7

**LEARN** [3] - 68:10,
80:20, 158:11

**LEARNED** [3] - 88:19,
88:20, 88:22

**LEARNING** [1] - 98:19

**LEARNS** [1] - 89:4

**LEAST** [7] - 14:16,
34:14, 78:1, 79:20,
81:13, 119:21,
150:11

**LEATHER** [4] -
164:20, 164:21,
164:22

**LEAVE** [15] - 23:19,
29:11, 29:14, 40:24,
53:16, 55:16, 69:3,
92:1, 92:2, 157:5,
157:7, 211:22,
211:23, 212:2

**LEAVES** [1] - 60:2

**LED** [2] - 153:6,
153:13

**LEFT** [17] - 8:5, 8:16,
9:1, 47:22, 48:3,
58:22, 69:4, 79:14,
92:9, 94:17, 148:24,
151:4, 157:11,
169:2, 203:11,
204:3, 212:6

**LEFT-HAND** [1] -
169:2

**LEGAL** [7] - 41:10,
41:11, 41:16, 42:7,
68:6, 88:2, 131:3

**LEGITIMATE** [1] -
81:23

LESS [1] - 21:9
LETTER [44] - 78:10, 78:22, 79:12, 128:25, 129:2, 129:6, 129:20, 131:7, 133:21, 137:4, 139:23, 140:5, 140:20, 149:13, 149:16, 150:23, 152:4, 152:16, 152:19, 154:11, 171:22, 173:19, 175:5, 175:19, 185:16, 185:18, 198:25, 199:4, 199:16, 199:18, 200:7, 200:11, 200:15, 200:17, 200:25, 201:1, 201:2, 201:3, 201:25, 202:21, 203:1, 203:4, 203:19, 203:21
LETTER [3] - 4:13, 4:14, 4:16
LEVEL [1] - 97:18
LIABLE [2] - 13:7, 80:12
LICENSED [2] - 196:23, 197:1
LICENSEE [6] - 117:14, 159:12, 205:9, 207:25, 208:3, 208:6
LICENSURE [1] - 117:8
LIES [1] - 156:15
LIFE [3] - 86:16, 93:25, 95:2
LIGHT [1] - 66:2
LIGHTNING [3] - 77:10, 127:20, 142:1
LIGHTNING [35] - 4:25, 5:4, 5:6, 77:9, 88:16, 123:10, 123:11, 123:18, 124:6, 124:16, 125:1, 125:6, 125:14, 125:25, 126:13, 126:20, 126:22, 127:7, 127:18, 128:1, 134:2, 142:8, 145:10, 147:13, 150:12, 178:19, 179:3, 184:8, 190:7, 191:6, 192:6, 206:13, 206:23, 207:2, 207:6
LIKELY [3] - 58:6,

73:25, 84:5
LILY [1] - 110:16
LILY-ROSE [1] - 110:16
LIMINE [5] - 10:11, 10:14, 10:17, 10:20, 168:9
LIMIT [1] - 166:9
LIMITED [13] - 23:19, 64:3, 64:4, 72:9, 72:18, 167:2, 167:4, 167:17, 167:20, 167:21, 167:22, 184:22, 184:24
LIMITS [1] - 157:17
LINE [8] - 38:17, 116:6, 189:21, 196:17, 196:18, 196:19, 199:15
LINED [1] - 73:4
LINES [2] - 23:12, 188:24
LINK [6] - 76:20, 130:7, 130:10, 153:6, 153:9, 153:12
LINKS [1] - 153:7
LIPS [1] - 45:7
LIST [4] - 9:17, 63:12, 87:7, 188:3
LISTED [2] - 106:15, 153:6
LISTEN [2] - 52:1, 52:2, 67:16
LISTENED [1] - 15:10
LISTENING [1] - 49:23
LISTING [3] - 4:17, 4:19, 4:20
LISTING [2] - 86:23, 202:10
LISTINGS [12] - 85:4, 86:13, 87:11, 135:23, 172:22, 173:11, 173:17, 173:23, 174:10, 175:22, 196:18, 204:15
LITERALLY [1] - 76:15
LITIGATING [1] - 79:13
LITIGATION [3] - 28:24, 108:17, 156:17
LIVE [21] - 14:5, 14:18, 21:2, 21:3, 21:5, 21:21, 24:11, 27:6, 28:11, 29:25, 31:12, 32:6, 33:21, 38:6, 39:6, 51:11, 52:20, 54:3, 56:5, 158:22

LIVING [4] - 32:17, 32:20, 32:23, 89:25
LLP [3] - 2:4, 2:9, 209:20
LOCATE [2] - 74:22, 150:14
LOCATED [4] - 86:13, 111:6, 115:11, 126:1
LOCATION [6] - 18:15, 29:25, 32:6, 33:21, 51:11, 101:19
LOCATIONS [3] - 72:7, 73:3, 115:8
LOGISTICS [1] - 11:4
LOGO [61] - 75:5, 75:17, 76:4, 76:5, 76:8, 76:12, 77:2, 78:12, 88:14, 88:16, 112:12, 119:19, 119:23, 123:20, 123:24, 124:2, 127:7, 127:8, 128:2, 140:15, 140:16, 162:1, 162:24, 163:4, 163:10, 163:13, 164:15, 164:21, 165:13, 165:22, 166:2, 170:20, 171:3, 179:3, 183:14, 183:15, 183:18, 184:15, 185:21, 187:8, 187:11, 190:7, 191:6, 191:8, 191:19, 191:23, 192:6, 192:23, 194:14, 198:1, 198:11, 198:12, 198:13, 198:19, 198:20, 201:6, 202:7, 202:11, 202:15, 204:18, 204:22
LOGO-ORIENTED [4] - 198:1, 198:12, 198:13, 198:19
LOGOS [7] - 75:3, 78:8, 151:25, 171:19, 182:10, 182:22, 198:14
LOOK [39] - 19:3, 21:16, 77:16, 84:4, 84:5, 87:8, 102:25, 103:17, 104:22, 109:23, 110:24, 112:7, 112:15, 114:3, 114:23, 116:17, 123:16, 124:12, 125:8, 125:19, 132:21,

135:11, 137:18, 140:10, 143:6, 144:23, 145:7, 146:16, 149:10, 150:5, 164:2, 169:16, 189:11, 189:14, 203:7, 204:10
LOOKED [5] - 16:23, 77:2, 119:8, 134:5, 135:9
LOOKING [17] - 7:13, 19:14, 39:11, 43:25, 53:10, 56:11, 74:20, 74:23, 76:18, 77:4, 184:11, 196:8, 198:22, 201:3, 201:15
LOOKS [8] - 8:2, 61:15, 70:7, 76:9, 84:2, 142:10, 156:6, 211:16
LOS [4] - 1:16, 1:25, 6:2, 96:2
LOS [13] - 2:6, 77:9, 100:21, 115:12, 127:20, 134:2, 142:1, 142:7, 147:13, 184:8, 190:7, 192:6, 206:23
LOSE [2] - 47:23, 60:21
LOST [1] - 211:15
LOUD [1] - 16:1
LOUIS [2] - 99:12, 99:13
LOVE [2] - 42:10, 113:18
LOWER [1] - 135:17
LUGO [2] - 49:13, 52:19
LUGO [10] - 52:18, 52:21, 52:24, 53:2, 53:5, 53:8, 53:11, 53:18, 53:22, 53:25
LUNCH [5] - 12:4, 59:12, 90:5, 90:22, 95:16
LUXURY [2] - 91:1, 99:15
LYNWOOD [1] - 37:15

## M

M-A-H-E-R [1] - 49:12
MADISON [2] - 13:25, 57:23
MAGAZINE [2] - 106:1, 169:1
MAGAZINES [1] - 73:6

MAHER [2] - 49:11, 51:1
MAHER [16] - 50:7, 50:14, 50:17, 50:20, 51:1, 51:3, 51:5, 51:9, 51:12, 51:17, 51:21, 52:7, 52:10, 52:15, 58:2, 58:10
MAIL [8] - 4:12, 66:25, 174:20, 175:3, 175:4, 175:25, 176:8, 177:13
MAILED [1] - 173:22
MAILS [1] - 176:7
MAINTAIN [1] - 83:17
MAJOR [3] - 74:25, 99:18, 115:12
MAJORITY [2] - 135:8, 168:7
MANAGEMENT'S [1] - 173:8
MANAGER [1] - 55:2
MANNER [2] - 65:18, 119:2
MANUAL [1] - 31:11
MANUFACTURER [1] - 74:9
MANUFACTURERS [3] - 74:4, 74:6, 74:11
MANUFACTURING [1] - 102:23
MARK [36] - 117:2, 123:11, 123:18, 124:6, 125:8, 125:14, 126:13, 126:22, 126:24, 127:3, 127:18, 147:13, 162:12, 162:20, 166:7, 166:10, 166:12, 166:21, 167:1, 167:2, 167:5, 167:25, 180:12, 180:14, 180:15, 182:24, 183:1, 183:2, 184:8, 184:19, 184:21, 184:22, 185:23, 185:24, 186:19
MARKED [28] - 101:13, 104:20, 107:1, 110:11, 111:13, 113:7, 116:22, 120:20, 123:14, 124:21, 126:5, 129:12, 133:16, 136:5, 139:14, 141:21, 144:1, 145:5, 146:3, 147:5, 148:9, 150:3,

152:13, 156:1, 161:23, 175:1, 182:1, 201:21
**MARKED** [4] - 103:17, 121:22, 122:1, 122:6
**MARKETING** [3] - 30:7, 30:8, 98:6
**MARKETPLACE** [8] - 81:14, 81:16, 82:2, 83:4, 83:18, 83:21, 84:23, 89:5
**MARKETPLACES** [1] - 84:4
**MARKS** [3] - 167:12, 205:10, 205:11
**MARSAN** [1] - 100:5
**MARTINEZ** [10] - 32:5, 32:7, 32:9, 32:13, 32:16, 32:19, 32:24, 33:6, 33:10, 33:12
**MARTINEZ** [4] - 32:5, 59:2, 59:3, 59:4
**MASKS** [1] - 47:13
**MASS** [1] - 77:25
**MASUR** [133] - 2:10, 6:11, 7:9, 7:14, 9:3, 9:5, 10:10, 10:21, 10:25, 11:5, 11:7, 11:10, 12:20, 14:10, 45:17, 45:23, 46:15, 46:17, 46:19, 47:1, 47:10, 47:13, 47:17, 47:19, 48:2, 48:6, 57:5, 57:10, 58:4, 58:19, 59:11, 80:6, 80:9, 93:22, 104:7, 108:25, 109:2, 109:4, 109:8, 109:18, 131:3, 144:25, 145:3, 146:1, 147:2, 148:4, 148:7, 154:24, 159:6, 160:14, 161:3, 161:7, 161:11, 161:21, 161:25, 163:22, 167:16, 168:11, 168:17, 170:24, 171:2, 172:11, 172:21, 173:1, 174:3, 174:25, 175:3, 175:11, 179:11, 179:15, 179:18, 180:1, 181:1, 181:9, 181:22, 181:25, 182:3, 182:6, 182:14, 182:16, 188:2, 188:5, 188:9, 188:12, 188:20,

188:23, 189:2, 189:10, 189:14, 190:9, 190:14, 190:17, 190:21, 191:1, 191:4, 193:2, 194:9, 194:12, 194:23, 195:19, 195:22, 196:5, 196:7, 196:12, 199:8, 199:10, 199:12, 199:14, 199:24, 200:2, 200:6, 200:10, 200:13, 200:21, 200:23, 201:4, 201:10, 201:15, 201:17, 201:23, 204:5, 204:8, 204:13, 204:15, 205:1, 207:20, 207:22, 208:12, 208:19, 208:23, 208:25, 212:11, 212:18
**MASUR** [11] - 3:5, 3:6, 4:13, 4:14, 4:16, 6:12, 12:20, 14:11, 45:23, 58:5, 58:16
**MATERIALS** [1] - 68:9
**MATHEMATICIANS** [2] - 8:6, 8:8
**MATTER** [5] - 13:3, 68:4, 91:20, 157:3, 211:3
**MATTER** [1] - 214:11
**MEAN** [10] - 14:23, 43:4, 67:10, 116:3, 151:19, 167:20, 169:10, 171:18, 180:22, 187:6
**MEANINGS** [1] - 88:2
**MEANS** [14] - 35:6, 43:5, 43:8, 46:11, 61:8, 62:14, 62:25, 65:6, 66:24, 88:5, 88:11, 162:8, 162:10, 185:12
**MEANT** [2] - 8:15, 140:10
**MEAT** [2] - 203:6, 203:8
**MEDIA** [6] - 66:25, 72:12, 73:2, 106:8, 106:13, 119:15
**MEDICAL** [3] - 25:3, 33:25
**MEDICINE** [1] - 25:4
**MEET** [1] - 158:16
**MEETS** [2] - 71:1, 75:11

**MELVILLE** [287] - 4:8, 5:5, 5:7, 13:5, 36:18, 57:20, 71:8, 71:9, 71:11, 71:14, 71:16, 71:24, 72:3, 72:6, 72:9, 72:13, 72:17, 72:21, 73:5, 73:8, 73:12, 75:17, 75:20, 75:22, 75:24, 76:3, 76:4, 76:5, 76:6, 76:12, 76:14, 76:16, 76:19, 76:21, 76:23, 76:24, 77:1, 77:4, 77:12, 77:14, 77:21, 78:3, 78:4, 78:7, 78:8, 78:12, 78:15, 78:16, 78:24, 78:25, 79:3, 79:6, 79:7, 79:10, 79:18, 79:25, 85:15, 92:20, 92:23, 97:11, 97:19, 97:20, 98:16, 98:20, 99:5, 99:24, 99:25, 100:6, 100:14, 100:19, 101:4, 101:9, 101:25, 102:2, 102:6, 102:17, 103:4, 103:8, 104:3, 104:23, 105:3, 105:7, 105:9, 105:13, 105:15, 105:22, 105:25, 106:5, 106:13, 107:15, 107:18, 108:2, 108:10, 108:16, 109:13, 110:6, 110:15, 111:19, 111:23, 112:6, 112:7, 112:23, 113:3, 113:11, 113:14, 113:22, 114:13, 114:17, 115:1, 115:5, 115:6, 115:16, 115:23, 116:11, 116:19, 117:2, 117:24, 117:25, 118:16, 119:10, 119:17, 119:23, 120:13, 120:15, 121:2, 121:7, 121:9, 121:14, 121:17, 121:19, 121:22, 122:1, 122:3, 122:6, 122:9, 122:14, 122:21, 122:22, 123:1, 123:20, 123:23, 124:17, 126:10, 126:21, 126:24, 127:6,

127:12, 127:19, 127:22, 128:5, 129:21, 130:16, 130:17, 131:9, 131:12, 131:13, 131:18, 131:21, 133:8, 133:25, 134:8, 134:10, 134:11, 134:14, 134:21, 135:6, 135:7, 136:11, 136:18, 136:23, 137:6, 137:18, 139:19, 140:1, 142:2, 143:1, 146:13, 147:12, 148:12, 148:14, 149:1, 149:4, 149:7, 149:8, 150:12, 150:15, 150:16, 150:18, 151:2, 151:5, 151:14, 152:20, 153:5, 153:8, 153:12, 153:14, 153:15, 154:2, 154:4, 154:12, 154:15, 154:22, 155:6, 155:7, 156:4, 156:14, 160:9, 160:14, 160:18, 162:23, 163:5, 163:9, 163:13, 164:7, 164:14, 165:12, 165:13, 166:13, 166:14, 166:17, 166:18, 166:22, 167:1, 167:18, 168:2, 168:12, 169:24, 170:3, 170:9, 170:16, 171:6, 171:9, 171:19, 177:21, 178:6, 178:20, 179:4, 180:8, 181:20, 183:18, 184:2, 184:15, 187:6, 187:25, 191:5, 191:9, 191:20, 191:23, 192:7, 194:14, 194:19, 194:20, 195:3, 195:10, 196:2, 196:14, 196:18, 196:23, 197:6, 197:24, 198:19, 202:6, 203:9, 203:16, 204:3, 205:14, 205:15, 205:19, 205:24,

206:5, 206:11, 206:17, 206:19, 206:23, 207:3, 207:6, 207:13, 210:7
**MELVILLE** [1] - 1:5
**MELVILLE'** [1] - 130:6
**MELVILLE'S** [18] - 75:16, 78:10, 79:2, 79:5, 85:19, 106:10, 107:8, 130:5, 130:18, 131:1, 132:3, 132:19, 156:16, 171:4, 176:18, 180:4, 203:10, 203:16
**MEMBER** [1] - 73:18
**MEMBERS** [1] - 67:23
**MEMORY** [4] - 63:19, 65:17, 69:6, 69:7
**MEN** [1] - 78:2
**MEN'S** [5] - 76:5, 128:17, 140:18, 142:18, 148:23
**MENTION** [5] - 7:15, 7:16, 73:7, 90:6, 90:7
**MENTIONED** [15] - 8:3, 16:8, 62:23, 73:7, 76:22, 78:20, 92:11, 107:16, 107:18, 107:23, 168:1, 192:14, 205:12, 206:3
**MENTIONS** [2] - 168:1, 168:6
**MERCHANDISE** [2] - 134:12, 177:21
**MERITS** [1] - 66:22
**MESSAGES** [1] - 66:25
**MET** [1] - 80:13
**METALS** [1] - 164:9
**METRICS** [1] - 116:1
**MIC** [5] - 15:20, 15:21, 16:1, 24:6
**MICHAEL** [2] - 49:11, 51:1
**MICHELLE** [4] - 28:10, 49:13, 52:18, 52:19
**MICROPHONE** [5] - 26:25, 32:10, 33:13, 39:21, 92:13
**MIDDLE** [2] - 15:13, 163:23
**MIDWAY** [1] - 90:14
**MIGHT** [37] - 14:25, 18:17, 21:6, 26:12, 26:13, 29:10, 29:13, 30:18, 31:16, 33:8, 34:4, 35:11, 35:12,

36:9, 36:10, 37:18, 45:25, 53:15, 54:9, 55:5, 61:12, 65:3, 68:1, 74:20, 82:22, 82:23, 83:1, 87:25, 88:1, 88:8, 91:24, 93:15, 94:8, 102:17, 156:21, 157:15, 210:18
**MILLION** [13] - 79:9, 82:3, 84:14, 84:23, 106:17, 107:9, 127:5, 195:11, 195:13, 195:17, 195:18
**MILLIONS** [3] - 73:6, 85:6, 85:7
**MIND** [6] - 14:23, 66:11, 66:12, 71:2, 88:12, 211:5
**MINE** [1] - 84:19
**MINIMALLY** [1] - 106:17
**MINOR** [1] - 99:4
**MINUTES** [24] - 6:17, 8:7, 8:9, 8:11, 8:12, 8:16, 8:19, 8:23, 8:24, 9:1, 9:4, 11:24, 59:8, 60:25, 61:4, 61:20, 62:16, 78:18, 157:5, 212:25
**MIRANDA** [4] - 1:23, 214:5, 214:18, 214:19
**MIRANDAALGORRI @GMAIL.COM** [1] - 1:25
**MIRRORS** [1] - 165:12
**MISCELLANEOUS** [2] - 189:22, 189:25
**MISS** [2] - 48:17, 148:22
**MISSED** [1] - 86:1
**MISSING** [1] - 88:7
**MISSION** [1] - 24:23
**MISTAKE** [1] - 36:16
**MIXED** [1] - 43:1
**MODEL** [2] - 171:7, 171:8
**MODEST** [1] - 71:15
**MOET** [1] - 99:12
**MOLD** [1] - 72:4
**MOMENT** [3] - 102:11, 178:15, 205:2
**MOMENTS** [1] - 87:17
**MONDAY** [10] - 158:14, 158:16, 158:17, 158:25, 211:5, 211:8, 211:25, 212:1,

212:12, 213:5
**MONEY** [4] - 75:4, 78:5, 84:1, 103:5
**MONICA** [9] - 25:22, 26:7, 49:19, 56:4, 71:25, 102:5, 122:17, 126:14, 126:17
**MONITORING** [1] - 171:17
**MONOPOLY** [1] - 127:20
**MONROVIA** [1] - 21:23
**MONTHS** [4] - 87:10, 132:9, 133:23, 212:16
**MONTROSE** [1] - 54:3
**MOOT** [1] - 212:11
**MORNING** [12] - 6:8, 6:11, 12:17, 12:20, 12:25, 13:23, 61:12, 61:13, 90:20, 91:5, 154:20, 158:15
**MOST** [15] - 20:22, 26:24, 60:25, 80:18, 84:17, 97:18, 106:16, 107:23, 116:4, 116:7, 128:21, 150:17, 167:11, 206:1, 207:7
**MOSTLY** [1] - 71:18
**MOTHER** [1] - 37:13
**MOTHER'S** [1] - 30:9
**MOTHERS** [1] - 116:5
**MOTION** [2] - 158:14, 168:8
**MOTIONS** [4] - 10:11, 10:14, 10:17, 10:20
**MOTOR** [1] - 103:21
**MOUTH** [2] - 72:15, 73:3
**MOVE** [44] - 9:25, 16:21, 16:25, 27:2, 46:20, 80:23, 91:2, 101:11, 104:6, 106:20, 108:22, 109:4, 109:15, 109:21, 110:9, 111:11, 112:4, 113:4, 120:18, 123:10, 124:19, 126:3, 129:5, 133:14, 136:3, 139:11, 141:18, 143:22, 143:23, 145:1, 145:2, 145:24, 145:25, 147:1, 148:3, 149:24, 152:9,

155:22, 161:1, 161:20, 174:23, 179:8, 181:22, 188:11
**MOVED** [2] - 54:24, 144:25
**MOVES** [1] - 46:11
**MOVING** [1] - 21:14
**MR** [245] - 6:8, 6:11, 7:9, 7:14, 9:3, 9:5, 9:7, 9:15, 10:6, 10:10, 10:21, 10:25, 11:5, 11:7, 11:10, 12:17, 12:20, 13:22, 14:7, 14:10, 36:17, 45:17, 45:23, 46:7, 46:10, 46:15, 46:17, 46:19, 46:23, 47:1, 47:5, 47:10, 47:13, 47:17, 47:19, 47:25, 48:2, 48:6, 57:5, 57:10, 57:19, 57:23, 58:4, 58:14, 58:19, 58:24, 59:1, 59:5, 59:11, 70:6, 70:11, 70:16, 78:19, 80:6, 80:9, 93:22, 93:24, 95:1, 95:5, 96:14, 97:3, 97:7, 101:1, 101:11, 101:15, 104:6, 104:7, 104:22, 106:23, 107:3, 108:22, 108:25, 109:1, 109:2, 109:4, 109:8, 109:9, 109:15, 109:18, 109:22, 110:9, 110:13, 111:11, 111:15, 113:4, 113:9, 116:24, 120:8, 120:10, 120:18, 120:22, 123:16, 124:19, 124:23, 126:3, 126:7, 129:5, 129:10, 129:14, 131:3, 131:7, 133:14, 133:18, 135:4, 136:3, 136:9, 136:14, 136:17, 137:23, 137:25, 138:7, 139:11, 139:16, 141:18, 141:23, 143:22, 144:3, 144:25, 145:2, 145:3, 145:7, 145:24, 146:1, 146:5, 147:1, 147:2, 147:9, 148:3, 148:4, 148:7, 148:11, 149:24, 150:1,

150:5, 150:9, 151:7, 151:10, 152:9, 152:11, 152:15, 153:21, 153:23, 154:21, 154:24, 155:2, 155:5, 155:22, 156:3, 156:22, 159:6, 160:14, 161:3, 161:7, 161:11, 161:21, 161:25, 163:22, 167:16, 168:8, 168:11, 168:17, 170:24, 171:2, 172:9, 172:11, 172:21, 173:1, 174:3, 174:25, 175:3, 175:11, 179:11, 179:15, 179:18, 180:1, 181:1, 181:9, 181:22, 181:25, 182:3, 182:6, 182:14, 182:16, 182:2, 188:5, 188:9, 188:12, 188:14, 188:17, 188:20, 188:23, 189:2, 189:10, 189:14, 190:9, 190:14, 190:17, 190:21, 191:1, 191:4, 193:2, 194:9, 194:12, 194:23, 195:19, 195:22, 196:5, 196:7, 196:12, 199:8, 199:10, 199:12, 199:14, 199:24, 200:2, 200:6, 200:10, 200:13, 200:19, 200:21, 200:22, 200:23, 201:4, 201:10, 201:15, 201:17, 201:23, 204:5, 204:8, 204:13, 204:15, 205:1, 205:5, 207:18, 207:20, 207:22, 208:12, 208:16, 208:19, 208:23, 208:25, 209:15, 210:21, 212:11, 212:18
**MS** [3] - 8:9, 8:12, 8:14
**MUGS** [4] - 73:23, 128:17, 140:18, 145:11
**MULTIPLE** [3] - 103:22, 125:15, 201:11

**MURAL** [1] - 126:20
**MURDER** [1] - 7:6
**MUST** [14] - 17:16, 17:19, 62:10, 62:12, 62:14, 62:25, 64:4, 65:2, 65:6, 66:15, 66:17, 68:3, 201:6
**MYLA** [2] - 24:5, 24:10

## N

**NAME** [43] - 14:11, 20:23, 21:18, 24:4, 24:9, 25:18, 27:4, 28:9, 29:23, 32:4, 33:15, 35:24, 36:13, 36:14, 36:16, 36:17, 37:12, 38:4, 39:4, 45:21, 50:25, 52:17, 52:19, 54:2, 54:20, 56:3, 57:20, 58:5, 58:6, 71:8, 72:23, 75:6, 75:25, 77:23, 78:8, 96:22, 96:23, 96:25, 137:6, 146:13, 209:8, 209:9
**NAMED** [1] - 14:2
**NAMELY** [1] - 184:15
**NAMES** [8] - 6:23, 7:3, 14:3, 50:8, 50:10, 57:6, 57:14, 78:5
**NATIONWIDE** [1] - 102:7
**NATURE** [2] - 83:6, 150:17
**NEAR** [2] - 83:6, 150:17
**NEARLY** [1] - 150:17
**NECESSARILY** [3] - 66:6, 192:13, 198:20
**NECESSARY** [1] - 157:19
**NECK** [3] - 183:5, 183:21, 198:21
**NEED** [10] - 6:18, 6:20, 16:1, 24:6, 68:6, 84:20, 94:20, 199:22, 201:7
**NEEDS** [1] - 64:17
**NEGATIVE** [12] - 16:10, 17:8, 40:5, 41:5, 41:8, 41:14, 42:5, 42:8, 43:19, 50:6, 95:12, 163:8
**NEGLIGENT** [1] - 7:2
**NEIGHBORHOODS** [1] - 72:11
**NEUTRAL** [1] - 22:19
**NEVER** [9] - 17:10, 80:13, 88:15, 88:18, 128:17, 142:19,

190:8, 203:21, 203:23
**NEVERTHELESS** [2] - 108:6, 150:13
**NEW** [17] - 8:20, 17:9, 49:21, 71:2, 72:19, 73:5, 75:1, 75:3, 84:24, 86:7, 86:13, 87:2, 99:23, 103:8, 103:14, 116:9
**NEW** [7] - 111:16, 115:13, 123:3, 123:8, 137:2, 170:20, 171:6
**NEWS** [1] - 4:23
**NEWS** [2] - 13:15, 33:20
**NEXT** [27] - 25:17, 29:22, 31:10, 35:23, 37:11, 38:3, 39:3, 54:1, 54:19, 71:16, 87:23, 89:22, 105:24, 123:9, 130:21, 130:22, 163:19, 164:11, 164:20, 165:11, 165:25, 166:4, 175:12, 175:14, 189:25, 206:23, 208:15
**NICE** [8] - 193:4, 193:5, 194:20, 201:6, 202:7, 202:15, 206:3, 206:4
**NIGHT** [2] - 9:17, 10:13
**NINE** [1] - 140:14
**NO** [13] - 1:6, 91:25, 92:20, 92:23, 93:1, 93:8, 93:16, 93:19, 94:3, 94:7, 94:10, 211:22, 214:19
**NOBODY** [8] - 18:14, 19:2, 35:7, 43:18, 45:6, 55:6, 192:14, 211:23
**NOISE** [1] - 45:11
**NONE** [3] - 35:14, 65:11, 148:16
**NONTAUTOLOGICAL** [1] - 198:15
**NORMAL** [1] - 89:23
**NORMALLY** [4] - 7:17, 15:21, 156:23, 158:14
**NORMAN** [1] - 58:7
**NOS** [1] - 124:22
**NOTE** [2] - 69:3, 200:7
**NOTED** [2] - 148:5, 208:24

**NOTES** [9] - 68:23, 68:25, 69:1, 69:4, 69:5, 69:6, 69:7, 91:25
**NOTHING** [10] - 31:18, 36:22, 38:16, 56:23, 85:23, 96:18, 197:17, 207:18, 208:12, 209:4
**NOTICE** [6] - 8:25, 142:12, 171:22, 174:2, 177:12, 190:10
**NOTIFIED** [1] - 177:24
**NOTIFY** [5] - 67:24, 68:20, 86:13, 86:21, 86:22
**NUMBER** [32] - 21:14, 21:16, 46:18, 48:13, 49:6, 63:13, 65:15, 65:17, 65:18, 65:20, 65:22, 65:24, 66:1, 66:6, 72:9, 79:23, 80:19, 85:4, 85:5, 120:7, 129:8, 140:8, 154:17, 161:2, 168:1, 176:16, 182:5, 195:21, 196:1, 196:8, 201:18
**NUMBER** [1] - 66:3
**NUMBER** [2] - 4:3, 5:3
**NUMBERS** [3] - 21:13, 48:12, 85:8
**NUMEROUS** [2] - 130:4, 130:12
**NURSE** [6] - 24:17, 32:16, 32:19, 32:23, 33:2, 37:14
**NUTRITIONAL** [1] - 30:9
**NUTRITIONAL** [1] - 30:11
**NYC** [1] - 136:18

# O

**O'BRIEN** [1] - 209:20
**O'CLOCK** [24] - 12:4, 12:5, 12:9, 90:12, 90:13, 90:15, 90:17, 90:19, 91:12, 91:14, 91:17, 91:23, 95:15, 158:13, 158:16, 158:24, 159:1, 210:24, 211:7, 211:25, 212:1
**O'MELVENY** [1] - 41:18
**OAKS** [2] - 39:6, 39:7
**OATH** [2] - 17:24,

62:15
**OBJECT** [3] - 63:21, 64:23, 154:24
**OBJECTED** [1] - 140:20
**OBJECTING** [1] - 202:13
**OBJECTION** [24] - 10:2, 63:23, 63:24, 64:23, 64:25, 65:1, 104:7, 109:2, 109:3, 109:17, 131:3, 145:3, 146:1, 147:2, 148:4, 149:7, 161:22, 168:8, 168:15, 172:9, 188:13, 188:16, 193:12, 208:20
**OBJECTIONS** [1] - 63:20
**OBLIGATION** [1] - 93:14
**OBLIGATIONS** [1] - 90:16
**OBSERVE** [1] - 127:7
**OBTAINED** [2] - 186:10, 187:2
**OBTAINING** [1] - 187:17
**OBVIOUS** [1] - 78:23
**OBVIOUSLY** [2] - 25:9, 46:4
**OCCUPATION** [16] - 20:24, 21:1, 21:24, 22:4, 22:7, 23:6, 24:16, 27:8, 28:13, 30:2, 32:8, 32:12, 33:18, 51:2, 52:23, 209:17
**OCTOBER** [7] - 135:18, 135:21, 136:21, 137:12, 137:16, 138:10, 210:18
**ODDLY** [1] - 20:9
**OF** [12] - 1:2, 1:14, 2:1, 3:1, 4:1, 5:1, 214:1, 214:7, 214:9, 214:12, 214:15
**OFFENDED** [1] - 31:25
**OFFENSE** [1] - 202:9
**OFFER** [1] - 134:8
**OFFERED** [8] - 77:17, 77:25, 78:14, 131:8, 131:11, 143:3, 144:5, 154:25
**OFFERING** [2] - 130:4, 153:7
**OFFERS** [2] - 64:21,

73:25
**OFFICE** [7] - 27:10, 81:7, 124:2, 186:6, 186:22, 187:11, 187:22
**OFFICE** [7] - 2:12, 75:19, 77:12, 187:1, 187:8, 187:18, 190:11
**OFFICER** [2] - 36:1, 97:15
**OFFICES** [1] - 81:5
**OFFICIAL** [4] - 1:24, 214:1, 214:5, 214:19
**OFTEN** [4] - 82:19, 103:8, 103:12, 107:17
**OLD** [2] - 71:22, 111:18
**OMITTING** [1] - 163:23
**ONCE** [4] - 18:3, 76:21, 86:21
**ONE** [115] - 11:2, 11:6, 11:18, 16:13, 16:16, 20:23, 20:24, 21:7, 26:22, 29:9, 35:9, 35:11, 35:12, 35:13, 38:9, 38:10, 40:19, 42:9, 42:12, 43:5, 43:6, 43:9, 44:6, 47:21, 48:3, 51:18, 54:15, 55:16, 55:21, 55:22, 55:25, 57:5, 58:22, 59:14, 61:14, 61:15, 63:13, 64:13, 65:15, 69:4, 70:20, 73:9, 73:17, 76:20, 76:25, 77:17, 78:6, 80:11, 80:17, 85:9, 88:15, 90:7, 92:12, 93:7, 94:8, 94:23, 99:16, 105:18, 109:20, 110:24, 111:15, 112:14, 113:10, 114:7, 114:20, 116:4, 118:22, 121:11, 123:16, 127:17, 128:10, 130:10, 134:4, 134:9, 135:9, 138:1, 143:22, 144:24, 147:7, 155:2, 156:6, 160:5, 164:15, 165:5, 170:19, 173:25, 174:1, 174:4, 174:10, 174:16, 175:14, 176:2, 176:10, 178:10, 184:11, 184:22,

187:17, 195:24, 195:25, 198:6, 198:17, 199:2, 202:9, 202:12, 204:3, 204:9, 204:15, 204:24, 207:20, 212:7
**ONE-PAGE** [2] - 144:24, 147:7
**ONES** [5] - 84:24, 85:10, 165:15, 168:13, 168:14
**ONESIE** [1] - 77:20
**ONLINE** [7] - 75:11, 76:24, 81:14, 111:6, 111:9, 128:12, 128:22
**OOO** [2] - 6:3, 96:3
**OPAQUE** [1] - 88:10
**OPEN** [14] - 12:13, 48:10, 57:13, 59:22, 61:24, 66:12, 72:9, 92:7, 94:15, 102:2, 116:5, 157:9, 158:4, 212:4
**OPENED** [5] - 72:7, 73:12, 102:7, 115:6, 172:11
**OPENING** [17] - 7:4, 8:18, 8:21, 10:18, 59:10, 59:11, 61:3, 63:15, 69:12, 69:13, 69:16, 70:4, 80:4, 80:6, 96:7, 115:4, 116:6
**OPERATING** [1] - 100:20
**OPERATIONS** [2] - 98:16, 117:12
**OPINION** [2] - 62:21, 197:16
**OPINIONS** [6] - 62:13, 67:8, 67:10, 91:20, 157:2, 211:3
**OPPORTUNITY** [7] - 65:15, 69:12, 89:18, 99:14, 99:16, 113:19, 114:1
**OPPOSED** [1] - 205:8
**OPPOSING** [1] - 11:11
**OPPOSITE** [1] - 72:13
**OPTICAL** [1] - 99:17
**ORANGE** [1] - 82:24
**ORDER** [11] - 46:15, 65:4, 68:10, 69:24, 74:4, 82:16, 83:5, 88:23, 88:24, 88:25, 115:18
**ORDERED** [1] - 68:3
**ORGANIZATION** [2] -

192:10, 192:22
ORIENTED [5] - 198:1, 198:11, 198:12, 198:13, 198:19
ORIGINAL [9] - 47:8, 73:13, 73:15, 75:1, 75:3, 75:23, 101:16, 104:16, 117:9
ORIGINALLY [2] - 100:6, 127:23
ORIGINALS [1] - 104:18
ORIGINATE [1] - 100:2
OTHERWISE [3] - 66:20, 67:14, 83:13
OUGHT [1] - 21:8
OUTCOME [1] - 65:21
OUTFIT [2] - 169:24, 170:3
OUTLETS [1] - 180:8
OUTLINE [2] - 69:10, 69:14
OUTSIDE [33] - 20:25, 22:2, 23:9, 25:1, 26:1, 27:12, 28:6, 28:16, 30:6, 31:13, 33:23, 38:7, 39:13, 40:24, 51:7, 51:8, 52:1, 53:1, 53:14, 53:15, 55:6, 61:9, 61:10, 61:16, 68:19, 75:22, 94:15, 157:9, 192:15, 193:9, 193:19, 194:19, 212:4
OVERALL [1] - 98:3
OVERLY [1] - 69:7
OVERRULE [3] - 64:23, 172:13, 188:16
OVERRULED [4] - 104:19, 145:4, 147:4, 148:6
OWN [13] - 69:6, 81:21, 84:7, 86:16, 87:5, 87:12, 110:16, 116:11, 153:13, 156:12, 156:20, 195:3
OWNED [3] - 77:12, 82:11, 102:9
OWNER [2] - 117:4, 160:9
OWNERS [3] - 85:10, 85:13, 117:8
OWNERSHIP [1] - 151:20
OWNS [2] - 127:19,

127:22

## P

P.M [3] - 95:17, 158:2, 213:6
P.M [1] - 96:1
PACKAGING [1] - 74:7
PACSUN [1] - 180:13
PAGE [110] - 7:20, 7:22, 72:15, 73:6, 78:12, 78:25, 81:13, 101:2, 101:11, 101:14, 101:22, 105:5, 105:6, 105:12, 105:15, 105:19, 107:4, 107:8, 112:14, 114:4, 114:21, 119:14, 119:14, 119:16, 120:4, 120:6, 120:22, 121:11, 121:25, 122:11, 122:23, 130:21, 130:23, 134:25, 135:2, 135:3, 135:5, 136:7, 136:12, 136:14, 137:21, 138:2, 138:7, 138:8, 138:12, 138:14, 138:16, 138:18, 138:20, 138:22, 138:24, 139:1, 139:3, 139:5, 139:7, 139:9, 139:16, 139:25, 141:12, 141:18, 141:22, 143:22, 144:24, 146:20, 147:7, 147:21, 150:8, 151:6, 151:7, 151:8, 151:13, 152:15, 153:14, 153:20, 153:21, 162:14, 162:18, 170:18, 170:22, 170:24, 175:12, 181:5, 181:7, 181:8, 182:3, 182:15, 182:16, 186:25, 187:7, 189:12, 189:14, 189:16, 189:17, 190:1, 195:23, 201:5, 201:7, 201:17, 201:18, 201:19, 201:22, 201:24, 203:20, 204:14, 204:19, 204:21, 206:4,

206:11, 206:22, 207:11
PAGE [1] - 5:12
PAGE [2] - 3:3, 214:11
PAGES [1] - 1:9
PAGES [22] - 7:21, 7:22, 7:24, 76:12, 77:6, 103:22, 109:5, 109:7, 112:24, 119:15, 134:23, 135:15, 137:23, 139:12, 147:25, 152:10, 155:6, 155:8, 155:19, 180:24, 201:11
PAID [3] - 72:12, 72:14, 106:1
PAINTED [1] - 126:19
PAIR [3] - 166:22, 167:3, 167:23
PALEY [1] - 14:4, 57:24
PALMDALE [1] - 31:12
PARAGRAPH [5] - 130:2, 131:23, 150:10, 182:7, 182:19
PARAGRAPHS [4] - 6:22, 7:24, 166:9, 185:2
PARALEGAL [2] - 209:18, 209:25
PARK [1] - 33:19
PARK [1] - 56:5
PARKING [1] - 71:1
PART [9] - 65:11, 99:11, 106:8, 108:9, 184:2, 187:16, 195:23, 203:8, 208:22
PARTIAL [3] - 4:17, 4:18, 5:8
PARTICIPATE [1] - 14:24
PARTICULAR [15] - 18:15, 18:17, 36:10, 71:20, 74:16, 97:16, 124:1, 141:15, 147:21, 187:7, 189:12, 203:8
PARTICULARLY [1] - 45:3
PARTIES [16] - 13:17, 16:4, 16:8, 23:15, 37:17, 45:25, 57:15, 61:10, 63:7, 68:12, 68:13, 68:15, 68:17, 69:14, 92:12, 92:19
PARTNER [3] - 13:24,

14:12, 33:25
PARTNER'S [1] - 58:6
PARTY [9] - 7:10, 11:1, 11:2, 11:8, 61:14, 62:23, 69:15, 185:24, 208:10
PASS [5] - 15:21, 33:13, 47:22, 47:25, 190:12
PASSED [1] - 79:1
PASSES [1] - 47:22
PASSIONATE [1] - 116:7
PAST [8] - 11:12, 34:18, 34:19, 104:17, 197:25, 198:3, 198:5, 198:7
PATCH [1] - 151:13
PATENT [6] - 75:19, 77:11, 187:1, 187:8, 187:17, 190:11
PATTERNS [2] - 84:3, 84:4
PAUSE [1] - 73:11
PAY [3] - 68:21, 68:24, 108:2
PAYMENT [1] - 74:4
PEDRO [1] - 32:7
PEOPLE [47] - 13:20, 15:21, 18:7, 18:24, 19:23, 19:25, 20:2, 21:13, 31:21, 35:5, 37:22, 40:1, 40:12, 41:10, 57:16, 57:21, 57:25, 58:9, 60:10, 67:23, 74:20, 75:7, 80:17, 80:18, 81:21, 82:3, 83:21, 84:5, 84:13, 84:14, 86:10, 87:7, 87:25, 108:7, 115:23, 159:17, 169:16, 170:11, 170:15, 179:20, 187:24, 194:19, 194:21, 194:23, 207:6, 212:15
PER [3] - 8:3, 8:9, 8:13
PERCENT [2] - 35:8, 157:18
PEREMPTORIES [2] - 45:17, 45:19
PEREMPTORY [4] - 46:4, 46:8, 46:13, 58:22
PERHAPS [2] - 119:21, 178:23
PERIODICALLY [3] - 132:10, 132:12, 154:14
PERMISSION [2] -

78:1, 154:21
PERMITTED [1] - 64:22
PERSON [12] - 11:8, 66:24, 70:21, 80:12, 80:16, 80:21, 82:25, 84:11, 84:12, 167:11, 177:24
PERSONAL [1] - 62:13
PERSONALLY [10] - 21:8, 64:12, 98:12, 98:21, 116:1, 135:20, 143:19, 145:12, 152:23, 153:2
PERSPECTIVE [3] - 83:25, 177:18, 197:12
PERSUADED [1] - 62:25
PG [7] - 4:3, 4:15, 4:20, 5:3, 5:10
PHARMACEUTICAL [1] - 39:5
PHIL [2] - 14:4, 57:24
PHONE [2] - 52:24, 66:24
PHONES [1] - 114:2
PHOTOGRAPH [2] - 165:4, 180:22
PHOTOGRAPHS [1] - 165:21
PHRASE [2] - 198:16
PHYSICAL [4] - 54:3, 54:4, 75:24, 122:7
PHYSICALLY [1] - 124:7
PICK [2] - 94:19, 98:20
PICKED [1] - 29:10
PICKING [1] - 45:20
PICTURE [13] - 73:20, 74:18, 74:19, 101:4, 101:9, 104:8, 104:13, 125:22, 125:24, 135:1, 165:12, 165:16, 165:22
PIECE [1] - 113:19
PIECES [10] - 18:10, 18:11, 18:13, 18:21, 18:22, 40:19, 88:6, 88:7
PINK [2] - 166:11, 166:13
PLACE [6] - 15:3, 83:4, 89:9, 121:8, 126:2, 210:17
PLACED [4] - 88:23,

88:25, 121:6, 124:11
**PLACING** [3] - 129:14, 129:19, 152:15
**PLAINTIFF** [4] - 1:6, 2:3, 97:5, 209:13
**PLAINTIFF** [40] - 6:9, 6:25, 10:22, 11:13, 12:18, 13:4, 13:9, 13:24, 30:25, 31:1, 31:20, 34:14, 36:13, 36:14, 36:16, 46:9, 46:22, 47:4, 47:21, 47:24, 54:12, 55:19, 57:18, 57:19, 58:15, 58:23, 69:17, 69:20, 86:7, 86:19, 86:25, 87:1, 87:3, 87:11, 87:13, 88:13, 88:17, 88:19, 96:15, 212:24
**PLAINTIFF'S** [4] - 37:22, 44:9, 87:14, 89:1
**PLAINTIFFS** [1] - 86:6
**PLANNER** [1] - 54:21
**PLANS** [2] - 158:24, 191:23
**PLAYING** [1] - 70:10
**PLAYS** [1] - 74:9
**PLEASANT** [3] - 211:24, 213:1, 213:4
**PLENTY** [1] - 7:4
**PLEXIGLASS** [1] - 27:4
**POINT** [12] - 71:19, 88:7, 99:11, 100:14, 102:14, 119:9, 127:17, 132:6, 134:9, 182:8, 197:18
**POLICIES** [1] - 84:15
**POLICING** [1] - 154:5
**POLICY** [5] - 88:15, 163:9, 163:11, 184:1, 184:3
**POLISHING** [1] - 164:3
**POLLY** [1] - 127:11
**POP** [5] - 79:2, 79:6, 111:18, 154:1, 154:8
**POP-UP** [1] - 154:8
**POP-UPS** [1] - 154:1
**POPULAR** [8] - 75:5, 97:20, 106:16, 114:2, 124:3, 193:3, 193:5, 193:11
**POSHMARK** [2] - 196:25
**POSITION** [9] - 46:25, 47:3, 47:7, 59:3, 59:4, 85:10, 97:13, 178:21, 209:24

**POSITIVE** [3] - 168:6, 168:13
**POSSESS** [1] - 13:9
**POSSIBLE** [3] - 78:21, 131:25, 157:22
**POSSIBLY** [2] - 14:17, 72:16
**POST** [2] - 27:10, 70:21
**POST-QUARANTINE** [1] - 70:21
**POSTED** [1] - 73:21
**POSTINGS** [1] - 169:7
**POTENTIAL** [3] - 72:3, 82:21, 83:3
**POTENTIALLY** [1] - 87:4
**PRACTICE** [1] - 173:6
**PRE** [3] - 9:18, 59:9, 61:1
**PRE-ADMITTED** [1] - 9:18
**PRE-INSTRUCTIONS** [2] - 59:9, 61:1
**PRECIOUS** [1] - 164:9
**PRECONCEIVED** [1] - 22:19
**PREDETERMINE** [1] - 67:19
**PREDOMINANTLY** [1] - 102:22
**PREINSTRUCTIONS** [1] - 96:8
**PREJUDICE** [1] - 65:22
**PREJUDICES** [1] - 62:13
**PRELIMINARY** [1] - 62:5
**PREPARATION** [1] - 6:18
**PREPARATIONS** [1] - 164:3
**PREPARE** [2] - 108:9, 109:12
**PREPARED** [1] - 150:24
**PREPONDERANCE** [4] - 42:24, 43:3, 43:9, 62:24
**PRESENCE** [11] - 12:13, 48:10, 57:13, 59:22, 61:24, 92:7, 94:15, 106:13, 157:9, 158:4, 212:4
**PRESENT** [6] - 62:1, 67:11, 69:17, 69:19, 126:25, 150:11
**PRESENTATION** [1] -

4:8
**PRESENTATION** [3] - 181:13, 181:14, 181:20
**PRESENTED** [3] - 68:14, 68:16, 69:21
**PRESENTS** [1] - 63:2
**PRESERVE** [1] - 133:11
**PRESIDENT** [3] - 97:14, 99:10, 158:7
**PRESS** [11] - 35:11, 107:16, 107:19, 108:3, 108:5, 108:10, 108:15, 109:13, 110:18, 168:2, 168:11
**PRESSURE** [1] - 93:15
**PRESUMING** [1] - 174:5
**PRETEND** [1] - 9:10
**PRETRIAL** [1] - 7:16
**PRETTY** [4] - 11:15, 20:12, 22:19, 90:5
**PREVENT** [1] - 89:8
**PREVIOUS** [1] - 179:8
**PREVIOUSLY** [4] - 93:24, 119:9, 160:24, 209:19
**PRICE** [4] - 71:19, 74:8, 102:14, 121:8
**PRIMARY** [3] - 75:21, 75:25, 77:15
**PRINCE** [2] - 123:3, 123:7
**PRINCESS** [1] - 127:11
**PRINT** [5] - 73:15, 73:16, 76:12, 83:7, 83:11
**PRINT-ON-DEMAND** [2] - 73:15, 73:16
**PRINTED** [5] - 73:24, 81:16, 82:18, 110:4, 124:7
**PRINTOUT** [5] - 109:24, 110:3, 110:25, 146:19, 147:17
**PRIVATE** [1] - 40:9
**PRIVILEGE** [2] - 172:10, 172:25
**PROACTIVE** [1] - 154:5
**PROBLEM** [16] - 9:21, 11:3, 23:20, 35:19, 45:11, 74:25, 79:5, 79:12, 79:13, 79:14, 79:19, 142:24,

207:16, 207:17, 211:13
**PROBLEMS** [5] - 6:15, 9:23, 20:15, 211:12, 213:3
**PROCEDURES** [1] - 61:6
**PROCEED** [4] - 69:11, 70:2, 96:13, 159:4
**PROCEEDINGS** [17] - 12:12, 15:23, 45:16, 48:9, 57:3, 57:12, 58:12, 59:21, 61:23, 68:19, 92:6, 94:14, 157:8, 158:3, 158:21, 212:3, 213:6
**PROCEEDINGS** [1] - 214:10
**PROCEEDS** [1] - 69:24
**PROCESS** [4] - 7:20, 46:1, 152:20, 187:16
**PROCESSES** [1] - 74:3
**PRODUCED** [4] - 88:24, 147:3, 163:13, 208:5
**PRODUCES** [1] - 183:18
**PRODUCING** [1] - 172:18
**PRODUCT** [3] - 4:17, 4:19, 4:20
**PRODUCT** [41] - 73:24, 74:6, 77:17, 78:1, 78:2, 82:8, 82:12, 82:17, 83:4, 83:11, 84:18, 86:24, 87:15, 88:20, 89:16, 93:5, 102:17, 115:1, 116:16, 120:5, 122:1, 122:12, 122:24, 123:1, 124:25, 125:3, 135:23, 136:20, 138:9, 139:17, 139:20, 140:4, 141:15, 141:24, 142:20, 143:19, 151:4, 151:10, 202:6, 202:14, 205:14
**PRODUCT'S** [1] - 103:5
**PRODUCTS** [100] - 5:7, 25:8, 40:8, 71:17, 73:22, 74:3, 75:7, 75:24, 76:2, 76:8, 77:3, 77:16, 77:19, 78:14, 78:15,

79:5, 81:11, 81:16, 82:15, 82:19, 82:21, 83:22, 84:20, 85:16, 86:7, 86:25, 87:4, 89:5, 92:24, 93:2, 95:3, 100:6, 100:9, 102:13, 102:21, 102:24, 103:1, 103:25, 104:4, 104:23, 105:2, 105:7, 105:19, 112:19, 112:25, 115:18, 117:25, 118:2, 118:7, 119:24, 120:11, 120:13, 121:7, 121:9, 121:22, 122:6, 124:6, 124:8, 124:16, 124:17, 125:7, 127:3, 127:6, 127:8, 128:16, 130:4, 130:5, 130:12, 130:15, 130:17, 131:8, 131:9, 131:11, 131:13, 131:14, 131:17, 134:21, 137:7, 140:8, 140:14, 140:16, 140:20, 143:4, 144:17, 144:18, 145:11, 145:13, 146:14, 153:8, 164:6, 164:18, 178:6, 183:21, 198:20, 205:12, 205:13, 205:18, 205:25, 210:7
**PRODUCTS** [1] - 5:14
**PROFIT** [1] - 141:6
**PROLIFERATING** [1] - 156:19
**PROMENADE** [2] - 71:25, 102:5
**PROMINENT** [1] - 72:10
**PROMISE** [1] - 45:8
**PROMOTE** [2] - 108:6, 118:1
**PROMOTION** [1] - 72:13
**PROMOTIONS** [1] - 113:23
**PROOF** [4] - 42:23, 43:9, 64:11, 64:13
**PROPER** [1] - 94:22
**PROPERLY** [1] - 68:6
**PROPERTY** [2] - 98:10, 176:18
**PROPRIETARY** [1] -

204:3
**PROSECUTED** [1] - 186:9
**PROSECUTING** [2] - 42:17, 187:17
**PROSECUTION** [4] - 43:2, 186:18, 187:2, 190:7
**PROSECUTOR** [2] - 42:16, 42:23
**PROSPECTIVE** [183] - 21:17, 21:20, 21:23, 21:25, 22:3, 22:5, 22:8, 22:11, 22:14, 22:17, 22:21, 23:1, 23:4, 23:7, 23:10, 23:16, 23:22, 24:1, 24:4, 24:7, 24:9, 24:12, 24:14, 24:17, 24:20, 24:23, 25:2, 25:5, 25:10, 25:13, 25:16, 25:18, 25:21, 25:24, 26:2, 26:5, 26:7, 26:10, 26:14, 26:18, 26:21, 27:2, 27:5, 27:7, 27:9, 27:13, 27:18, 27:23, 28:1, 28:4, 28:7, 28:10, 28:12, 28:14, 28:18, 28:21, 28:25, 29:16, 29:19, 29:21, 29:24, 30:1, 30:3, 30:7, 30:9, 30:12, 30:16, 30:19, 30:22, 31:5, 31:9, 31:11, 31:14, 31:18, 31:22, 31:24, 32:2, 32:5, 32:7, 32:9, 32:13, 32:16, 32:19, 32:24, 33:6, 33:10, 33:12, 33:17, 33:19, 33:22, 33:25, 34:6, 34:9, 34:12, 34:15, 34:18, 34:22, 35:1, 35:18, 35:21, 35:24, 36:4, 36:12, 36:19, 36:21, 37:2, 37:10, 37:12, 37:20, 37:24, 38:2, 38:4, 38:9, 38:14, 38:19, 38:23, 39:1, 39:4, 39:8, 39:16, 39:19, 40:9, 40:14, 40:22, 40:25, 41:16, 41:21, 41:25, 42:2, 42:12, 42:15, 42:18, 42:21, 43:11, 43:15, 43:17, 50:7, 50:14, 50:17, 50:20, 51:1, 51:3, 51:5, 51:9, 51:12, 51:17, 51:21,

52:7, 52:10, 52:15, 52:18, 52:21, 52:24, 53:2, 53:5, 53:8, 53:11, 53:18, 53:22, 53:25, 54:2, 54:7, 54:10, 54:14, 54:18, 54:20, 55:1, 55:11, 55:13, 55:17, 55:20, 55:23, 56:1, 56:3, 56:10, 56:13, 56:16, 56:19, 56:22, 56:25, 58:2, 58:10, 60:4
**PROTECT** [3] - 41:3, 117:15, 156:20
**PROTECT** [1] - 84:8
**PROTECTION** [1] - 98:9
**PROTECTS** [1] - 68:12
**PROVE** [2] - 42:23, 43:2
**PROVED** [1] - 63:8
**PROVIDE** [4] - 80:17, 116:13, 121:17, 165:21
**PROVIDED** [3] - 163:17, 165:4, 168:22
**PROVIDES** [1] - 83:16
**PROVING** [1] - 62:24
**PUBLIC** [2] - 73:18, 170:9
**PUBLICATION** [1] - 190:10
**PUBLISH** [5] - 10:3, 10:4, 174:18, 196:9, 199:14
**PUBLISHABLE** [2] - 188:24, 189:21
**PUBLISHED** [6] - 161:16, 182:11, 199:25, 200:13, 200:21, 201:8
**PULL** [1] - 180:19
**PURCHASE** [3] - 81:22, 113:25, 210:16
**PURCHASED** [13] - 34:6, 34:9, 34:20, 81:23, 92:23, 93:1, 93:5, 94:4, 95:2, 153:24, 210:9, 210:12, 210:19
**PURCHASES** [2] - 34:19, 45:24
**PUREST** [1] - 73:15
**PURPORTEDLY** [1] - 154:4
**PURPOSE** [7] - 21:9, 64:3, 64:4, 64:6, 149:21, 152:7,

171:16
**PURPOSES** [2] - 108:16, 164:12
**PURSUANT** [1] - 214:8
**PUSH** [1] - 89:23
**PUSHED** [2] - 158:15, 212:20
**PUT** [22] - 18:10, 18:12, 18:20, 18:22, 48:7, 72:19, 81:11, 82:20, 88:6, 88:17, 94:24, 103:8, 116:24, 128:5, 157:15, 162:23, 163:5, 163:9, 200:24, 202:2, 212:7
**PUTS** [1] - 195:5
**PUTTING** [7] - 18:11, 18:18, 82:6, 89:21, 90:1, 107:3, 128:17
**PUZZLE** [4] - 18:9, 40:19, 88:6, 88:8
**PUZZLES** [1] - 18:8

## Q

**QUALITY** [1] - 71:18
**QUANTITY** [1] - 77:25
**QUARANTINE** [1] - 70:21
**QUARTER** [3] - 6:17, 159:1, 211:11
**QUESTIONS** [46] - 9:13, 14:22, 15:1, 15:4, 15:10, 16:19, 20:17, 20:18, 20:19, 20:20, 20:21, 20:23, 21:6, 21:8, 32:1, 32:14, 33:3, 34:2, 34:3, 36:6, 38:20, 39:11, 39:22, 39:24, 39:25, 41:19, 43:24, 49:23, 50:19, 53:6, 54:6, 63:20, 70:2, 91:24, 92:14, 92:16, 92:17, 93:21, 93:23, 94:11, 193:14, 193:16, 194:5, 194:7, 205:1, 211:20
**QUICK** [1] - 150:5
**QUICKLY** [4] - 72:2, 74:22, 78:21, 131:25
**QUIETLY** [3] - 157:6, 157:7, 212:2
**QUIRKY** [1] - 73:2
**QUITE** [3] - 102:19, 102:20, 132:7
**QUOTE** [3] - 10:15, 74:16, 130:6

**QUOTE/UNQUOTE** [1] - 72:10

## R

**R-I-A-N-N-A** [1] - 96:25
**RACCOON** [1] - 82:24
**RAISE** [8] - 15:16, 16:13, 18:7, 37:6, 60:13, 70:14, 149:7, 209:1
**RAISED** [3] - 16:23, 78:13, 98:22
**RANGE** [2] - 107:13, 195:16
**RATHER** [11] - 75:1, 91:11, 91:13, 91:14, 91:15, 93:13, 94:19, 95:13, 182:10, 182:22, 212:13
**RB** [1] - 84:8
**REACH** [4] - 43:14, 128:23, 177:15, 177:17
**REACHED** [5] - 78:3, 85:15, 85:19, 176:1, 176:2
**REACHING** [2] - 63:9, 86:5
**REACTION** [1] - 128:19
**READ** [14] - 45:7, 48:12, 57:6, 62:20, 68:7, 69:4, 122:17, 166:6, 168:12, 182:7, 182:17, 194:9, 211:24
**READERS** [1] - 170:13
**READY** [2] - 6:15, 11:25
**REAL** [3] - 40:18, 41:18, 206:10
**REALITY** [1] - 67:10
**REALIZE** [3] - 19:8, 51:23, 199:21
**REALLY** [21] - 10:17, 17:12, 17:22, 19:2, 21:8, 35:12, 35:13, 61:9, 61:12, 70:19, 70:21, 73:16, 74:10, 75:25, 79:11, 79:16, 84:19, 85:1, 91:6, 113:20, 206:14
**REALTIME** [1] - 214:5
**REAPPEAR** [1] - 177:19
**REAPPEARED** [1] - 177:14
**REASON** [13] - 15:20,

29:17, 37:8, 45:1, 45:3, 51:18, 56:14, 79:21, 91:11, 103:14, 190:5, 192:16
**REASONABLE** [3] - 42:25, 43:1, 43:3
**REASONABLENESS** [1] - 66:1
**REASONS** [2] - 91:14, 91:21
**RECEIVABLE** [1] - 23:7
**RECEIVE** [3] - 53:16, 68:5, 154:1
**RECEIVED** [70] - 7:19, 10:3, 17:21, 17:25, 40:20, 63:10, 64:3, 64:9, 64:20, 64:24, 65:1, 66:16, 101:12, 101:13, 104:20, 106:24, 107:1, 110:10, 110:11, 111:12, 111:13, 113:6, 113:7, 116:11, 116:22, 120:19, 120:20, 123:13, 123:14, 124:20, 124:21, 126:4, 126:5, 129:8, 129:12, 133:15, 133:16, 136:4, 136:5, 139:12, 139:14, 141:20, 141:21, 143:24, 144:1, 145:5, 146:2, 146:3, 147:5, 148:9, 149:25, 150:3, 152:13, 155:24, 156:1, 161:22, 161:23, 174:24, 175:1, 181:24, 182:1, 188:8, 196:10, 199:13, 200:1, 200:3, 201:16, 201:19, 201:20, 201:21
**RECEIVES** [1] - 10:4
**RECEIVING** [2] - 78:22, 203:15
**RECENTLY** [1] - 107:23
**RECEPTIONIST** [1] - 28:15
**RECESS** [6] - 12:11, 60:25, 61:21, 61:22, 95:16, 158:2
**RECOGNIZE** [17] - 104:11, 104:13, 148:18, 160:22,

161:18, 169:23, 170:7, 174:20, 180:21, 181:5, 181:7, 181:8, 181:10, 188:12, 189:2, 198:25, 201:1
**RECOGNIZES** [1] - 170:9
**RECOGNIZING** [1] - 93:25
**RECOLLECTION** [2] - 200:14, 203:14
**RECORD** [13] - 61:25, 65:5, 88:21, 92:8, 94:16, 94:25, 96:5, 148:5, 157:10, 208:24, 209:8, 212:5, 212:8
**RECORDS** [2] - 25:3
**RECROSS** [1] - 207:19
**RECROSS** [1] - 3:6
**RECROSS** [1] - 207:21
**RECROSS-EXAMINATION** [1] - 3:6
**RECROSS-EXAMINATION** [1] - 207:21
**REDBUBBLE** [190] - 5:8, 5:12, 6:6, 12:15, 13:5, 13:6, 14:12, 14:15, 14:16, 58:4, 58:5, 71:4, 73:12, 73:16, 73:18, 73:21, 73:25, 74:1, 74:2, 74:3, 74:4, 74:5, 74:7, 74:8, 74:9, 74:11, 74:13, 74:15, 74:17, 74:25, 75:2, 75:8, 75:9, 75:11, 75:14, 76:3, 76:7, 76:8, 76:14, 76:21, 76:22, 77:16, 77:18, 77:22, 77:25, 78:4, 78:11, 78:13, 78:14, 78:22, 79:17, 79:20, 79:21, 79:24, 81:4, 81:12, 81:15, 81:18, 82:2, 82:7, 83:4, 83:9, 83:10, 83:12, 83:16, 83:20, 83:23, 84:1, 84:3, 84:7, 84:9, 84:13, 84:19, 85:9, 85:13, 85:15, 85:16, 85:17, 86:6, 86:8, 86:12, 86:13, 86:22, 86:24, 87:2, 87:3, 87:5, 87:6,

87:10, 87:12, 87:15, 88:19, 88:21, 88:22, 88:25, 89:4, 89:7, 89:12, 89:13, 89:16, 89:19, 128:6, 128:9, 128:10, 128:24, 129:7, 129:21, 130:3, 130:7, 131:8, 131:12, 131:21, 132:10, 133:5, 134:11, 134:12, 135:20, 136:20, 137:7, 137:11, 137:15, 139:20, 140:11, 140:17, 140:21, 141:16, 143:1, 143:20, 144:16, 144:19, 145:10, 146:14, 146:19, 147:18, 149:2, 149:17, 150:11, 150:13, 151:2, 151:11, 151:17, 151:23, 153:14, 153:18, 153:24, 154:2, 154:11, 154:22, 156:7, 156:13, 171:23, 172:7, 173:11, 173:16, 175:19, 175:21, 176:2, 176:11, 176:18, 176:25, 177:3, 177:6, 177:12, 177:21, 178:5, 179:21, 185:18, 186:5, 186:25, 187:7, 187:11, 196:14, 196:17, 202:10, 204:18, 204:21, 204:22, 206:7, 207:1, 207:11, 207:14, 210:1, 210:5, 210:10
**REDBUBBLE** [1] - 1:8
**REDBUBBLE'S** [17] - 76:23, 79:8, 81:5, 81:14, 83:8, 83:19, 83:25, 130:22, 150:16, 153:13, 154:5, 154:9, 171:13, 172:23, 175:7, 175:15, 177:18
**REDBUBBLE.COM** [1] - 73:14
**REDIRECT** [2] - 205:3, 205:4
**REDIRECT** [1] - 3:6

**REDONDO** [1] - 51:12
**REDWOOD** [1] - 2:12
**REFER** [1] - 77:8
**REFERENCE** [2] - 68:9, 130:17
**REFERENCED** [1] - 150:13
**REFERRED** [3] - 7:18, 21:12, 173:20
**REFERRING** [3] - 134:25, 136:12, 170:22
**REFLECT** [8] - 31:16, 61:25, 94:16, 96:5, 136:1, 147:25, 157:10, 212:5
**REFRESH** [1] - 200:14
**REGARDING** [3] - 62:21, 72:4, 128:24
**REGARDLESS** [2] - 63:2, 141:5
**REGION** [1] - 97:16
**REGISTER** [1] - 124:1
**REGISTERED** [16] - 24:17, 36:1, 77:2, 77:11, 79:2, 154:3, 160:15, 160:19, 162:12, 162:20, 167:1, 184:22, 185:6, 185:9, 185:23, 185:24
**REGISTRANT** [1] - 187:18
**REGISTRATION** [12] - 75:19, 98:9, 116:19, 117:1, 123:11, 123:18, 166:17, 184:9, 185:6, 185:12, 186:10, 187:11
**REGISTRATION** [3] - 4:4, 4:6, 4:7
**REGULAR** [1] - 198:4
**REGULARLY** [2] - 103:10, 114:18
**REGULATIONS** [1] - 214:12
**REITERATE** [2] - 208:19, 208:21
**RELATED** [1] - 84:15
**RELATES** [1] - 194:19
**RELATION** [1] - 117:9
**RELATIONSHIP** [5] - 22:12, 27:21, 30:14, 129:3, 205:7
**RELAXED** [1] - 103:3
**RELEASE** [1] - 95:6
**RELEVANCE** [1] - 168:8
**RELEVANT** [1] - 10:16

**RELY** [2] - 69:5, 93:15
**REMAINING** [1] - 72:17
**REMEDY** [1] - 79:23
**REMEMBER** [10] - 10:14, 47:8, 63:18, 68:25, 88:11, 90:14, 91:18, 210:19, 211:1
**REMIND** [1] - 205:8
**REMOVE** [4] - 78:23, 85:22, 141:1, 177:13
**REMOVED** [3] - 150:11, 154:4, 175:9
**RENDER** [1] - 60:16
**REPEAT** [3] - 185:17, 189:16, 198:11
**REPEATING** [1] - 15:5
**REPETITIVE** [1] - 157:18
**REPHRASE** [3] - 169:19, 186:17, 197:4
**REPLICAS** [1] - 151:24
**REPORT** [1] - 68:4
**REPORTED** [1] - 214:10
**REPORTED** [1] - 172:3
**REPORTER** [4] - 1:24, 214:1, 214:6, 214:19
**REPORTER** [2] - 15:22, 33:20
**REPORTER'S** [1] - 1:14
**REPRESENT** [2] - 13:23, 14:12
**REPRESENTATIVE** [7] - 11:1, 11:2, 11:16, 11:18, 13:25, 14:14
**REPRESENTED** [1] - 82:9
**REPRODUCTION** [1] - 197:20
**REQUESTING** [1] - 78:11
**REQUIRED** [1] - 69:15
**REQUIRES** [3] - 83:23, 89:8, 167:23
**RESEARCH** [1] - 68:7
**RESELL** [1] - 178:6
**RESELLERS** [1] - 197:2
**RESERVE** [1] - 80:5
**RESIDE** [1] - 37:14
**RESOLVED** [1] - 86:4
**RESOURCES** [1] - 156:21
**RESPECT** [1] - 89:25

**RESPECTIVE** [3] - 49:8, 62:1, 96:6
**RESPOND** [3] - 16:20, 16:24, 68:3
**RESPONDED** [3] - 201:1, 202:25, 203:22
**RESPONDS** [17] - 16:10, 17:8, 40:5, 41:5, 41:8, 41:14, 42:5, 42:8, 43:19, 44:16, 45:9, 49:25, 50:6, 60:18, 175:19, 175:20, 200:11
**RESPONSE** [18] - 39:23, 175:4, 175:7, 175:13, 175:15, 176:22, 176:24, 199:16, 200:7, 201:2, 202:18, 202:20, 202:21, 203:3, 203:15, 203:21
**RESPONSES** [2] - 15:14, 19:25
**RESPONSIBILITY** [2] - 98:11, 177:19
**RESPONSIBLE** [7] - 80:12, 80:15, 87:18, 89:12, 89:13, 89:19, 163:15
**REST** [10] - 16:23, 61:18, 75:9, 89:24, 90:19, 113:4, 134:7, 158:18, 180:24, 181:10
**RESTRICTION** [1] - 68:18
**RESULT** [1] - 156:7
**RESULTS** [5] - 19:11, 76:15, 148:12, 150:17, 154:17
**RESULTS** [2] - 4:10, 4:22
**RETAIL** [6] - 102:15, 115:8, 115:21, 115:22, 180:8, 180:9
**RETAILER** [2] - 196:23, 197:1
**RETIRE** [1] - 91:20, 211:4
**RETIRED** [7] - 27:14, 27:15, 27:16, 27:17, 36:2, 51:3, 51:5
**RETURN** [2] - 68:7, 157:3
**REVENUE** [1] - 127:2
**REVENUES** [1] - 79:8
**REVIEW** [3] - 84:14, 120:6, 135:23

REVIEWED [1] - 8:2
RIANNA [2] - 3:4, 97:4
RIANNA [15] - 14:2, 57:23, 96:15, 96:24, 97:8, 97:10, 123:17, 129:16, 159:7, 168:12, 180:21, 185:2, 189:2, 193:3, 205:6
RICHIE [1] - 110:15
RICKERT [2] - 14:17, 58:7
RIGHT-HAND [1] - 135:17
RIGHTS [10] - 82:11, 83:24, 85:6, 85:11, 85:12, 130:5, 202:7, 203:10, 203:16
RISING [1] - 13:8
RODRIGUEZ [6] - 49:13, 52:19, 59:4, 59:17, 59:18
RODRIGUEZ [11] - 49:14, 52:18, 52:21, 52:24, 53:2, 53:5, 53:8, 53:11, 53:18, 53:22, 53:25
ROLE [3] - 74:9, 83:8, 98:7
ROOM [14] - 11:17, 48:17, 59:25, 60:6, 67:6, 67:7, 67:9, 67:12, 67:20, 69:2, 69:25, 91:21, 157:3, 211:4
ROOMMATES [1] - 34:19
ROSALES [9] - 28:10, 28:12, 28:14, 28:18, 28:21, 28:25, 29:16, 29:19, 29:21
ROSALES [1] - 28:10
ROSE [1] - 110:16
ROSS [3] - 127:11, 186:12, 209:20
ROSS [1] - 2:4
ROUGHLY [1] - 107:14
ROUTES [1] - 74:4
ROUTINELY [2] - 72:19, 73:7
ROW [3] - 148:21, 148:22, 148:24
RPR [1] - 1:23
RUIN [1] - 20:3
RULE [2] - 68:12, 188:19
RULE [1] - 10:23
RULES [3] - 63:22, 64:19, 64:22

RULING [2] - 10:13, 63:24
RULINGS [1] - 10:15
RUN [3] - 9:23, 79:12, 140:23
RUNNING [2] - 8:4, 8:19
RUSTY [1] - 200:3

## S

SA [10] - 1:5, 6:6, 12:15, 117:4, 117:7, 159:11, 159:15, 159:17, 160:8, 160:9
SACRAMENTO [1] - 19:21
SAFETY [2] - 22:9, 22:11
SAL [3] - 14:2, 57:23, 96:15
SALE [16] - 70:25, 74:1, 74:8, 75:10, 75:12, 76:11, 77:25, 78:14, 81:11, 130:4, 131:8, 131:11, 134:8, 139:19, 143:4, 144:5
SALES [7] - 55:1, 72:17, 75:10, 98:6, 193:10, 193:17, 205:24
SALINAS [9] - 27:5, 27:7, 27:9, 27:13, 27:18, 27:23, 28:1, 28:4, 28:7
SALINAS [1] - 27:5
SALVATORE [2] - 3:4, 96:24
SALVATORE [1] - 97:4
SAMSUNG [2] - 54:21, 54:24
SAN [3] - 32:7, 81:5, 115:12
SANDWICH [2] - 203:7, 203:8
SANTA [7] - 25:22, 26:7, 71:25, 102:5, 122:17, 126:14, 126:17
SAT [3] - 17:10, 86:19, 87:1
SATISFACTION [1] - 38:1
SATISFIED [3] - 31:7, 31:21, 37:22
SAVE [3] - 16:20, 58:18, 132:15
SAW [28] - 9:16,

64:12, 111:8, 127:10, 128:15, 128:16, 131:20, 132:16, 133:12, 136:1, 136:20, 139:22, 140:4, 141:24, 144:3, 146:24, 148:1, 151:11, 151:16, 153:2, 153:9, 155:20, 156:13, 176:16, 200:25, 203:21, 203:23
SAYINGS [1] - 71:20
SCALE [2] - 43:5, 43:9
SCHEDULE [1] - 91:16
SCHOOL [4] - 20:20, 26:6, 31:12, 38:10
SCIENCE [1] - 26:5
SCOOT [1] - 201:5
SCREEN [14] - 82:5, 107:3, 114:8, 114:12, 127:24, 129:14, 129:19, 136:17, 152:15, 161:7, 161:12, 161:13, 161:14, 200:20
SCREENSHOT [10] - 133:1, 143:9, 143:15, 144:16, 145:10, 153:1, 153:15, 153:17, 186:5, 187:10
SCREENSHOT [4] - 4:17, 4:18, 4:20, 4:21
SCREENSHOTS [4] - 78:12, 132:15, 137:11, 155:5
SCRUNCHIES [1] - 118:14
SEARCH [2] - 4:10, 4:21
SEARCH [19] - 74:18, 76:14, 76:23, 85:3, 128:18, 131:21, 133:9, 149:2, 150:14, 150:15, 150:16, 153:13, 154:9, 154:14, 154:17, 154:22, 156:6, 196:2, 196:13
SEARCHED [1] - 207:2
SEARCHES [6] - 153:12, 155:6, 155:11, 155:16, 210:6, 210:7

SEARCHING [7] - 68:8, 75:7, 130:6, 152:20, 153:4, 154:8, 207:1
SEASONED [1] - 194:3
SEAT [14] - 46:12, 48:21, 48:23, 48:25, 49:2, 49:4, 49:7, 49:8, 49:9, 49:16, 60:8, 60:9, 60:19, 158:5
SEATED [4] - 15:1, 67:25, 96:21, 209:7
SEATS [6] - 15:9, 48:20, 49:8, 62:1, 96:6, 212:6
SECOND [20] - 7:15, 17:13, 19:18, 20:23, 43:23, 49:9, 49:20, 66:15, 70:13, 77:7, 78:11, 131:23, 135:5, 148:21, 150:10, 155:7, 174:16, 182:7, 182:8, 182:19
SECONDS [1] - 153:25
SECTION [1] - 214:8
SECURITIES [1] - 41:18
SECURITY [3] - 28:19, 28:21, 28:22
SEE [122] - 14:14, 15:15, 15:17, 23:20, 27:3, 29:17, 47:11, 56:14, 61:19, 64:7, 65:16, 70:13, 76:10, 77:1, 78:9, 82:24, 85:17, 85:18, 85:21, 86:16, 88:8, 88:13, 91:17, 91:22, 95:15, 101:6, 103:15, 105:20, 107:5, 107:9, 107:15, 110:1, 110:14, 111:2, 111:21, 114:5, 114:10, 114:12, 114:14, 114:22, 116:25, 117:5, 120:23, 122:12, 122:24, 123:4, 125:2, 125:22, 130:8, 130:12, 130:23, 131:15, 132:1, 133:3, 133:19, 133:25, 134:2, 134:11, 134:14, 135:6, 135:17,

136:17, 137:6, 137:13, 138:9, 139:17, 140:2, 140:7, 140:20, 141:13, 141:15, 142:3, 142:5, 142:25, 143:3, 143:11, 143:17, 143:19, 144:18, 145:12, 145:18, 146:12, 147:12, 147:19, 147:21, 148:17, 148:17, 149:4, 149:14, 150:19, 152:17, 153:15, 154:6, 155:9, 155:14, 156:9, 157:5, 162:4, 162:16, 163:24, 164:3, 166:12, 166:21, 175:12, 178:19, 179:2, 184:18, 185:2, 189:15, 189:22, 192:6, 196:20, 199:15, 201:7, 201:10, 204:18, 211:25, 212:21, 213:5
SEE [1] - 196:18
SEEING [4] - 151:2, 200:18, 204:24, 204:25
SEEM [5] - 113:18, 113:20, 197:9, 197:10, 197:12
SEES [1] - 61:14
SELF [1] - 72:13
SELF-PROMOTION [1] - 72:13
SELFIES [1] - 126:19
SELL [12] - 40:7, 72:17, 81:16, 82:8, 83:22, 83:25, 89:16, 102:18, 118:7, 142:19, 191:23
SELLER [3] - 74:10, 134:21, 191:13
SELLING [13] - 40:7, 71:10, 72:20, 83:7, 89:5, 99:17, 127:6, 127:10, 150:18, 177:21, 197:4, 197:5, 206:10
SELLS [2] - 197:24, 205:15
SEND [6] - 67:12, 149:16, 152:5, 174:6, 174:9, 187:10
SENDING [5] - 139:22,

140:4, 140:19, 149:21, 154:11
**SENDS** [1] - 175:19
**SENSATION** [1] - 73:4
**SENSE** [10] - 10:5, 76:9, 81:1, 85:24, 87:19, 88:8, 102:16, 110:13, 113:9, 136:10
**SENT** [11] - 83:5, 128:25, 129:20, 129:23, 133:22, 171:22, 173:20, 186:25, 187:7, 200:8, 202:23
**SENTENCE** [2] - 7:11, 7:12
**SENTENCES** [1] - 6:23
**SEPARATE** [2] - 159:10, 159:15
**SEPTEMBER** [5] - 133:2, 133:6, 133:19, 147:18, 147:23
**SERIES** [1] - 103:25
**SERVED** [3] - 16:12, 42:9, 97:22
**SERVICE** [18] - 21:25, 22:5, 22:6, 22:8, 36:2, 68:2, 70:18, 70:19, 70:22, 83:17, 156:14, 178:1, 178:2, 178:3, 178:8, 179:5, 179:13
**SERVICES** [7] - 74:12, 80:17, 80:18, 80:21, 83:16, 84:2, 84:5
**SESSION** [2] - 64:8, 158:17
**SET** [2] - 19:23, 90:8
**SEVEN** [4] - 48:16, 66:1, 95:15, 120:4
**SEVEN-PAGE** [1] - 120:4
**SEVERAL** [6] - 71:9, 114:19, 122:4, 127:5, 144:17, 148:19
**SEWN** [2] - 120:24, 121:2
**SEWN-IN** [2] - 120:24, 121:2
**SHALL** [4] - 96:17, 96:18, 209:3
**SHARING** [1] - 67:17
**SHIPPING** [1] - 74:5
**SHIRT** [15] - 71:17, 74:20, 76:6, 77:19, 88:16, 88:18, 105:3,

105:13, 125:6, 142:2, 142:18, 178:19, 179:3, 191:6
**SHIRTS** [13] - 73:23, 124:9, 125:13, 128:17, 140:18, 155:7, 183:4, 183:7, 184:15, 191:8, 195:5, 210:20
**SHOCKED** [2] - 77:23, 128:20
**SHOP** [1] - 5:15
**SHOPPED** [1] - 112:1
**SHOPPERS** [3] - 73:22, 74:17, 74:22
**SHOPPING** [2] - 111:19, 112:5
**SHORE** [2] - 146:21, 206:19
**SHORT** [9] - 6:20, 6:22, 7:5, 7:7, 7:13, 13:13, 15:7, 59:7, 60:25
**SHORTHAND** [1] - 192:3
**SHORTLY** [2] - 73:12, 174:16
**SHOTS** [1] - 120:5
**SHOW** [25] - 18:16, 55:9, 69:15, 75:14, 81:12, 81:13, 85:14, 89:4, 89:6, 103:21, 106:19, 120:22, 124:23, 135:5, 146:5, 154:2, 180:23, 187:18, 188:7, 188:10, 195:20, 198:24, 200:10, 206:15
**SHOWCASES** [2] - 169:11, 169:13
**SHOWED** [6] - 135:1, 175:3, 187:21, 196:13, 196:14, 207:8
**SHOWING** [15] - 105:6, 105:12, 114:7, 118:21, 119:16, 121:25, 122:11, 122:23, 125:2, 133:18, 139:16, 139:25, 141:23, 144:16, 148:11
**SHOWN** [2] - 120:1, 135:24
**SHOWS** [5] - 18:20, 19:6, 89:19, 151:1, 197:18
**SIC** [1] - 174:20

**SIDE** [25] - 8:3, 8:9, 8:13, 11:18, 26:22, 35:9, 43:23, 44:6, 44:9, 44:10, 44:21, 44:22, 44:24, 44:25, 45:2, 45:14, 45:19, 47:22, 57:1, 61:14, 61:15, 63:2, 64:22, 69:12, 202:14
**SIDEBAR** [3] - 45:16, 57:3, 58:12
**SIDES** [20] - 9:24, 18:1, 19:13, 20:15, 25:15, 29:20, 30:21, 30:24, 33:9, 34:5, 37:9, 38:22, 39:15, 44:11, 52:13, 54:12, 56:18, 67:12, 93:18, 157:24
**SIFT** [1] - 84:2
**SIGHTINGS** [1] - 111:17
**SIGN** [5] - 77:15, 112:23, 113:14, 125:25, 126:7
**SIGNAGE** [2] - 75:21, 115:1
**SIGNAL** [1] - 72:24
**SIGNATURE** [3] - 189:15, 189:17, 189:18
**SIGNED** [1] - 158:7
**SIGNIFICANT** [2] - 74:14, 103:4
**SIGNIFICANTLY** [1] - 79:8
**SIGNIFYING** [1] - 194:20
**SIGNS** [11] - 72:21, 112:10, 112:11, 112:12, 113:3, 113:11, 113:16, 118:14, 119:6, 145:11, 205:21
**SIGNS** [2] - 5:10, 5:11
**SIMILAR** [5] - 76:16, 102:20, 119:2, 202:14, 204:4
**SIMPLE** [2] - 192:21, 194:5
**SIMPLY** [6] - 69:14, 78:21, 128:17, 131:24, 153:24, 154:2
**SINGER** [1] - 107:25
**SINGLE** [3] - 71:15, 87:16, 205:14
**SINGULAR** [1] - 183:15
**SIT** [4] - 29:4, 94:23,

154:22
**SITE** [56] - 73:14, 73:15, 73:19, 74:1, 74:25, 78:24, 82:12, 84:11, 84:16, 84:18, 87:8, 88:20, 128:13, 128:22, 130:22, 132:10, 132:13, 132:16, 132:19, 133:5, 133:24, 134:11, 135:20, 136:20, 137:15, 140:11, 141:16, 143:1, 143:20, 144:16, 144:19, 145:10, 146:20, 147:9, 147:18, 153:18, 154:15, 156:7, 156:12, 156:13, 156:14, 169:11, 169:15, 169:22, 170:11, 170:13, 171:25, 172:4, 172:7, 172:23, 173:11, 178:5, 179:21, 180:10, 191:5, 210:13
**SITES** [3] - 73:16, 156:19, 197:20
**SITTING** [11] - 14:22, 15:13, 21:15, 37:21, 44:19, 54:15, 60:11, 91:8, 178:13, 180:1, 183:11
**SIX** [7] - 65:24, 87:10, 94:20, 97:24, 195:15, 195:16
**SKETCHERS** [1] - 99:19
**SKIP** [1] - 130:2
**SLATE** [1] - 26:17
**SLEEP** [1] - 128:6
**SLIGHTLY** [1] - 202:14
**SLIM** [1] - 142:2
**SLIPS** [1] - 89:9
**SMALL** [7] - 41:17, 71:15, 72:19, 76:12, 80:1, 80:19, 100:21
**SMITH** [1] - 10:1
**SNAPSHOT** [1] - 5:8
**SOCIAL** [5] - 66:25, 73:2, 106:8, 106:13, 119:15
**SOFT** [1] - 112:8
**SOFTWARE** [1] - 39:6
**SOHO** [2] - 111:19, 111:23
**SOLD** [24] - 71:20,

72:16, 72:21, 76:8, 76:25, 77:3, 82:18, 83:2, 100:7, 100:9, 125:14, 131:18, 135:7, 136:23, 150:18, 151:5, 151:23, 164:7, 180:4, 180:8, 197:13, 197:21, 205:18, 206:4
**SOLELY** [3] - 62:14, 64:9, 72:14
**SOLEMNLY** [3] - 60:14, 96:16, 209:2
**SOLICIT** [1] - 108:2
**SOLVE** [1] - 79:4
**SOLVED** [1] - 142:24
**SOMEONE** [16] - 6:25, 31:7, 53:12, 54:16, 80:12, 80:15, 81:22, 82:10, 84:17, 85:25, 86:16, 87:18, 87:19, 89:4, 178:10, 197:5
**SOMEPLACE** [1] - 169:16
**SOMETIMES** [5] - 20:12, 29:3, 35:6, 65:4, 103:10
**SOMEWHAT** [1] - 126:20
**SOMEWHERE** [1] - 195:17
**SOON** [5] - 45:12, 71:24, 90:5, 102:2
**SOPHIA** [1] - 110:15
**SOPHISTICATED** [1] - 128:21
**SORRY** [42] - 24:7, 24:12, 28:20, 34:8, 41:16, 42:25, 47:13, 48:5, 55:12, 70:9, 70:11, 84:21, 86:21, 88:19, 92:25, 129:16, 143:12, 145:15, 151:7, 166:8, 167:15, 167:16, 169:1, 170:24, 172:16, 174:13, 179:15, 180:6, 182:4, 182:11, 185:17, 186:7, 187:3, 187:14, 188:9, 189:25, 190:8, 190:20, 193:21, 195:25, 198:22, 206:18
**SORT** [1] - 115:25
**SOUND** [3] - 8:7, 30:13, 88:21

**SOUNDS** [4] - 19:1, 25:6, 25:7, 84:22
**SOURCE** [3] - 75:25, 169:9, 169:10
**SOUTH** [1] - 21:4
**SOUTHERN** [1] - 71:21
**SPACE** [1] - 81:7
**SPEAKING** [2] - 15:22, 58:16
**SPECIALIST** [1] - 52:25
**SPECIFIC** [10] - 14:25, 20:18, 21:4, 80:21, 82:21, 82:23, 169:14, 175:8, 206:2, 210:22
**SPECIFICALLY** [2] - 183:2, 202:13
**SPECIFICS** [1] - 7:9
**SPELL** [2] - 96:22, 209:9
**SPELLED** [1] - 96:25
**SPEND** [1] - 103:4
**SPENDS** [1] - 84:13
**SPENT** [3] - 77:23, 99:9, 153:24
**SPLITS** [1] - 74:8
**SPOKEN** [1] - 179:20
**SPONSORED** [1] - 196:19
**SPORTING** [1] - 73:8
**SPOT** [1] - 86:1
**SPOUSE** [1] - 56:4
**STADIUM** [1] - 71:1
**STALLINGSTOMS** [6] - 38:4, 38:9, 38:14, 38:19, 38:23, 39:1
**STALLINGSTOMS** [1] - 38:5
**STAMPED** [5] - 127:3, 150:12, 205:13, 205:15
**STAND** [8] - 17:2, 48:13, 59:24, 60:11, 67:15, 150:21, 190:18, 190:22
**STANDARD** [3] - 29:9, 42:24, 43:12
**STAR** [1] - 49:15
**STAR** [2] - 111:17, 111:18
**STARS** [1] - 2:5
**START** [27] - 9:24, 12:6, 12:9, 18:11, 21:10, 30:25, 50:24, 70:17, 71:6, 90:10, 90:18, 90:19, 90:23, 91:7, 91:11, 91:12, 91:15, 91:23,

100:14, 100:19, 102:12, 123:23, 159:1, 160:21, 211:11, 212:1
**STARTED** [6] - 16:6, 71:9, 81:15, 87:10, 99:8, 204:10
**STARTING** [4] - 69:9, 96:12, 148:24, 211:13
**STARTS** [1] - 46:8
**STATE** [7] - 6:7, 12:16, 36:15, 89:24, 96:22, 168:10, 209:8
**STATEMENT** [17] - 6:20, 6:21, 6:22, 7:4, 7:10, 7:11, 8:18, 8:21, 10:18, 69:12, 69:13, 69:16, 70:5, 80:4, 80:6, 189:22, 189:25
**STATEMENTS** [8] - 59:10, 59:11, 61:3, 63:13, 63:15, 96:8, 193:18, 193:20
**STATES** [9] - 97:17, 98:10, 100:15, 116:11, 117:18, 117:22, 180:5, 180:7, 205:10
**STATES** [4] - 1:1, 214:6, 214:8, 214:13
**STATIONERY** [1] - 164:12
**STATISTICIAN** [1] - 39:5
**STATUS** [1] - 11:11
**STAY** [1] - 154:18
**STAYED** [1] - 195:16
**STENOGRAPHICALLY** [1] - 214:10
**STEP** [1] - 208:13
**STEPS** [2] - 127:12, 128:23
**STICKER** [6] - 88:14, 134:4, 136:18, 162:24, 163:1, 163:12
**STICKERS** [46] - 72:22, 73:23, 76:19, 76:21, 77:14, 113:22, 113:24, 114:13, 114:18, 114:20, 114:22, 114:24, 115:2, 124:9, 126:22, 145:11, 152:21, 153:5, 153:13, 153:14, 153:15, 155:7, 156:4, 162:4,

162:22, 162:25, 163:5, 163:10, 171:2, 182:25, 183:2, 183:3, 183:11, 183:12, 183:17, 183:20, 183:22, 184:2, 196:2, 196:14, 196:19, 197:6, 197:13, 197:21, 197:24, 210:20
**STICKERS'** [1] - 153:6
**STILL** [14] - 6:20, 41:23, 58:15, 87:14, 93:5, 95:8, 101:19, 102:9, 109:17, 173:23, 191:11, 191:15, 191:17, 191:20
**STINT** [1] - 99:14
**STIPULATED** [3] - 18:1, 106:21, 129:7
**STIPULATION** [3] - 116:20, 123:12, 161:4
**STOCK** [1] - 72:17
**STOCKED** [1] - 72:15
**STOOD** [2] - 14:2, 50:11
**STOP** [20] - 78:4, 78:8, 78:11, 78:21, 79:12, 79:13, 79:14, 80:22, 88:23, 89:6, 89:9, 90:10, 127:12, 127:15, 131:24, 132:19, 149:23, 152:8, 154:11, 156:18
**STOPPED** [3] - 86:1, 88:24, 88:25
**STORE** [34] - 71:20, 71:23, 71:24, 72:23, 73:13, 75:23, 76:25, 100:21, 101:5, 101:9, 101:17, 101:25, 102:5, 102:7, 102:17, 103:11, 103:14, 104:18, 111:24, 112:5, 112:6, 115:5, 116:5, 118:25, 120:20, 122:21, 122:22, 123:7, 126:2, 126:14, 126:17, 128:11, 148:15, 205:21
**STOREFRONTS** [1] - 116:15
**STORES** [28] - 72:7, 72:10, 72:16, 73:5,

75:22, 76:17, 102:3, 114:23, 114:24, 115:2, 115:6, 115:21, 115:22, 118:5, 118:8, 119:3, 119:6, 122:7, 127:11, 135:7, 136:24, 137:2, 151:14, 180:9, 191:11, 191:15, 191:17, 205:18
**STRAIGHTFORWARD** [2] - 112:9, 198:17
**STRATEGY** [4] - 73:1, 98:4, 115:2, 116:2
**STREET** [2] - 2:11, 102:5
**STREET** [1] - 1:24
**STREET** [1] - 21:2
**STRICKEN** [6] - 63:25, 65:4, 65:7, 179:10, 179:12, 192:18
**STRIKE** [3] - 178:16, 179:8, 191:15
**STRONG** [1] - 37:6
**STUDENT** [5] - 25:24, 26:3, 34:1, 38:5, 38:12
**STUDIES** [1] - 26:8
**STUDYING** [3] - 38:13, 38:14, 38:17
**STUFF** [3] - 81:1, 84:16
**STYLE** [2] - 71:22, 169:7
**SUBJECT** [3] - 20:1, 99:23, 161:3
**SUBJECTS** [2] - 26:3, 38:12
**SUBMIT** [1] - 80:25
**SUBMITTED** [3] - 9:17, 190:6, 211:4
**SUBSTANTIAL** [1] - 121:18
**SUCCESS** [2] - 74:14, 101:25
**SUCCESSFUL** [2] - 116:4, 195:1
**SUDDEN** [2] - 10:16, 37:4
**SUE** [6] - 86:9, 86:10, 132:6, 140:23, 141:2, 173:3
**SUED** [2] - 42:4
**SUIT** [4] - 86:9, 117:19, 142:21, 171:23
**SUITE** [1] - 2:6
**SUITE** [1] - 1:24
**SUMMARY** [1] -

175:24
**SUN** [1] - 27:7
**SUNGLASSES** [1] - 99:17
**SUPERIMPOSES** [1] - 74:2
**SUPERIOR** [1] - 102:19
**SUPERVISOR** [1] - 30:4
**SUPPLY** [1] - 72:18
**SUPPORT** [1] - 44:5
**SUPPORTING** [2] - 83:20, 208:6
**SUPPOSED** [2] - 88:8, 109:4
**SURFACE** [1] - 81:10
**SURPRISE** [1] - 186:16
**SURPRISED** [3] - 186:4, 186:7, 186:8
**SURROUNDING** [1] - 71:12
**SUSPECTED** [1] - 16:14
**SUSPENSION** [1] - 84:8
**SUSTAIN** [5] - 64:24, 65:1, 72:8, 168:15, 193:12
**SUSTAINED** [7] - 109:19, 131:5, 155:1, 168:16, 172:24, 190:12, 190:16
**SWAP** [2] - 71:1, 75:11
**SWEAR** [4] - 59:8, 60:15, 96:16, 209:2
**SWEATSHIRT** [3] - 77:19, 105:16, 125:1
**SWEATSHIRTS** [2] - 102:18, 184:16
**SWIFT** [3] - 107:22, 111:15, 112:1
**SWISS** [3] - 1:5, 189:23, 190:3
**SWORN** [2] - 97:5, 209:13
**SWORN** [3] - 12:23, 60:12, 63:5
**SYLMAR** [1] - 30:1
**SYMPATHIES** [1] - 62:14
**SYNONYMOUS** [1] - 112:11
**SYSTEM** [1] - 67:11

# T

**T-SHIRT** [9] - 76:6, 77:19, 88:16, 88:18, 105:3, 105:13, 125:6, 142:2, 142:18
**T-SHIRTS** [12] - 73:23, 124:9, 125:13, 128:17, 140:18, 155:7, 183:4, 183:7, 184:15, 195:5, 210:20
**TABLE** [4] - 11:2, 11:19, 18:10, 37:22
**TAG** [5] - 74:19, 75:6, 120:23, 120:24, 121:4
**TAGGED** [1] - 74:16
**TAGS** [1] - 5:7
**TAGS** [8] - 74:7, 74:22, 75:24, 76:22, 85:2, 119:23, 120:15, 121:2
**TANK** [3] - 77:19, 125:13, 184:16
**TAPE** [1] - 164:18
**TAPES** [1] - 164:12
**TAPESTRIES** [1] - 140:1
**TAYLOR** [3] - 107:22, 111:15, 112:1
**TEACH** [1] - 81:1
**TEACHER** [2] - 28:18, 28:20
**TEAM** [1] - 87:7
**TECHNICAL** [1] - 88:2
**TECHNOLOGIES** [2] - 84:8, 84:9
**TECHNOLOGY** [1] - 8:20
**TEEN** [1] - 73:9
**TEENAGE** [1] - 71:11
**TEENS** [2] - 97:21, 106:12
**TEMPTATION** [1] - 40:17
**TEN** [7] - 19:23, 19:24, 19:25, 20:1, 106:15, 119:21, 144:17
**TENS** [1] - 85:7
**TENTATIVE** [1] - 10:15
**TENTATIVES** [1] - 10:13
**TERM** [4] - 198:1, 198:4, 198:8, 198:10
**TERMS** [2] - 77:3, 198:9
**TERRIBLE** [1] - 19:2
**TERRIBLY** [1] - 83:15

**TERRIFIC** [1] - 204:8
**TERRITORY** [1] - 205:11
**TERRY** [5] - 3:8, 14:4, 57:24, 208:17, 209:10
**TERRY** [1] - 209:12
**TEST** [1] - 20:22
**TESTIFIED** [19] - 7:18, 40:17, 65:16, 66:7, 168:13, 168:19, 169:15, 171:12, 173:2, 173:9, 176:16, 184:7, 195:10, 196:12, 199:18, 202:1, 204:9, 204:16
**TESTIFIES** [2] - 7:21, 109:7
**TESTIFY** [1] - 10:22
**TESTIFYING** [4] - 7:25, 14:1, 65:19
**TESTIMONY** [21] - 17:24, 52:3, 63:5, 63:10, 63:25, 64:11, 65:10, 65:13, 65:25, 66:2, 66:8, 68:22, 96:17, 160:25, 163:4, 173:4, 175:18, 188:19, 209:2, 211:16
**TEXT** [2] - 66:25, 85:2
**THANKING** [1] - 70:17
**THAT** [3] - 214:7, 214:8, 214:11
**THE** [504] - 2:3, 2:8, 6:5, 6:10, 6:13, 7:12, 7:15, 8:10, 8:13, 8:15, 9:4, 9:8, 9:20, 10:7, 10:12, 10:24, 11:3, 11:6, 11:9, 11:14, 12:14, 12:19, 12:22, 12:24, 12:25, 14:5, 14:8, 14:19, 16:11, 17:9, 21:18, 21:21, 21:24, 22:1, 22:4, 22:6, 22:10, 22:12, 22:15, 22:18, 22:22, 23:2, 23:5, 23:8, 23:12, 23:17, 23:23, 24:2, 24:6, 24:8, 24:11, 24:13, 24:16, 24:18, 24:22, 24:25, 25:4, 25:6, 25:11, 25:14, 25:17, 25:20, 25:23, 25:25, 26:3, 26:6, 26:8, 26:11, 26:16, 26:19, 26:22, 27:3, 27:6, 27:8, 27:11, 27:15,

27:19, 27:24, 28:2, 28:5, 28:8, 28:11, 28:13, 28:16, 28:20, 28:22, 29:2, 29:17, 29:20, 29:22, 29:25, 30:2, 30:5, 30:8, 30:11, 30:13, 30:17, 30:20, 30:23, 31:6, 31:10, 31:13, 31:15, 31:19, 31:23, 31:25, 32:3, 32:6, 32:8, 32:10, 32:11, 32:12, 32:14, 32:18, 32:21, 32:25, 33:7, 33:11, 33:13, 33:18, 33:21, 33:23, 34:2, 34:8, 34:11, 34:13, 34:16, 34:20, 34:23, 35:3, 35:19, 35:22, 36:3, 36:5, 36:14, 36:20, 36:23, 37:3, 37:11, 37:16, 37:21, 37:25, 38:3, 38:7, 38:11, 38:16, 38:20, 38:24, 39:3, 39:7, 39:9, 39:17, 39:20, 40:6, 40:11, 40:15, 40:23, 41:1, 41:6, 41:9, 41:15, 41:19, 41:22, 42:1, 42:3, 42:6, 42:9, 42:13, 42:16, 42:19, 42:22, 43:12, 43:16, 43:18, 43:20, 44:17, 45:10, 45:19, 46:2, 46:8, 46:11, 46:16, 46:18, 46:20, 46:24, 47:2, 47:6, 47:12, 47:15, 47:18, 47:20, 48:1, 48:3, 48:7, 48:11, 49:11, 49:16, 49:17, 49:20, 50:1, 50:12, 50:15, 50:18, 50:22, 51:2, 51:4, 51:7, 51:11, 51:13, 51:18, 51:22, 52:8, 52:11, 52:16, 52:20, 52:23, 53:1, 53:4, 53:6, 53:10, 53:12, 53:20, 53:23, 54:1, 54:5, 54:8, 54:11, 54:15, 54:19, 54:25, 55:3, 55:12, 55:14, 55:18, 55:21, 55:24, 56:2, 56:6, 56:11, 56:14, 56:17, 56:20, 56:23, 57:1, 57:4, 57:8, 57:11, 57:14, 57:21, 57:25, 58:3, 58:9, 58:11, 58:13, 58:18, 58:20, 58:25, 59:2, 59:6,

59:13, 59:15, 59:16, 59:17, 59:18, 59:19, 59:20, 59:23, 60:5, 60:13, 60:19, 61:25, 70:9, 70:12, 78:18, 80:3, 80:8, 90:3, 92:2, 92:8, 92:21, 92:25, 93:3, 93:10, 93:17, 93:21, 93:23, 94:5, 94:8, 94:11, 94:16, 95:4, 95:7, 96:5, 96:16, 96:20, 96:21, 96:24, 97:1, 97:5, 100:25, 101:12, 104:8, 104:10, 104:11, 104:12, 104:13, 104:15, 104:16, 104:18, 104:19, 106:22, 106:24, 108:24, 109:3, 109:6, 109:17, 109:19, 110:10, 111:12, 113:6, 116:21, 120:7, 120:9, 120:19, 123:13, 124:20, 126:4, 129:8, 129:11, 131:5, 133:15, 134:22, 134:24, 134:25, 135:2, 135:3, 136:4, 136:7, 136:12, 136:16, 137:21, 137:24, 138:1, 138:3, 138:4, 138:6, 139:12, 141:20, 143:24, 144:24, 145:1, 145:4, 145:18, 145:20, 145:21, 145:22, 145:23, 146:2, 147:4, 147:7, 147:8, 148:5, 148:8, 149:25, 150:2, 150:8, 151:6, 151:8, 151:9, 152:10, 152:12, 153:20, 153:22, 155:1, 155:4, 155:24, 156:23, 157:10, 158:5, 160:12, 160:13, 161:2, 161:5, 161:9, 161:13, 161:14, 161:15, 161:16, 161:19, 161:20, 161:22, 163:21, 167:15, 168:10, 168:15, 170:22, 171:1, 172:13,

172:16, 172:17, 172:19, 172:20, 172:24, 174:2, 174:24, 179:10, 179:12, 179:16, 179:20, 179:23, 179:25, 180:25, 181:3, 181:6, 181:7, 181:8, 181:24, 182:4, 182:13, 182:15, 188:4, 188:7, 188:10, 188:13, 188:15, 188:18, 188:21, 189:1, 189:6, 189:7, 189:8, 189:13, 190:12, 190:15, 190:20, 190:24, 191:3, 192:9, 192:12, 192:14, 192:16, 192:18, 192:24, 192:25, 193:1, 193:9, 193:10, 193:12, 193:21, 193:22, 193:24, 194:1, 194:11, 194:21, 195:21, 196:4, 196:6, 196:10, 196:6, 199:9, 199:11, 199:13, 199:23, 200:1, 200:5, 200:9, 200:12, 201:9, 201:13, 201:16, 201:20, 204:7, 204:12, 204:14, 205:3, 207:19, 208:13, 208:18, 208:21, 208:24, 209:1, 209:6, 209:7, 209:10, 209:11, 209:13, 210:23, 211:7, 211:8, 211:9, 211:10, 211:23, 212:5, 212:14, 212:22, 214:6, 214:7, 214:8, 214:9, 214:10, 214:11, 214:12, 214:13
**THEIRS** [1] - 83:22
**THEME** [1] - 33:19
**THEMSELVES** [6] - 13:17, 81:21, 81:24, 83:14, 102:13, 119:24
**THERAPIST** [2] - 54:4
**THEREAFTER** [1] - 153:23
**THEREFORE** [2] -

68:7, 167:23

**THEREIN** [2] - 60:16, 156:15

**THINKING** [1] - 15:14

**THINKS** [3] - 64:22, 83:1, 85:9

**THIRD** [1] - 102:5

**THIRD** [5] - 20:24, 148:21, 148:24, 185:24, 211:17

**THIRD-PARTY** [1] - 185:24

**THIS** [1] - 214:15

**THOUSAND** [2] - 39:6, 39:7

**THOUSANDS** [4] - 76:15, 140:24, 173:13, 210:8

**THREE** [1] - 110:14

**THREE** [22] - 7:11, 7:12, 7:22, 8:24, 11:17, 14:6, 14:7, 18:1, 18:2, 65:18, 76:20, 79:17, 79:23, 90:21, 148:22, 162:19, 162:20, 211:21, 212:22, 213:1, 213:2

**THREE-DAY** [1] - 211:21

**THREE-SENTENCE** [2] - 7:11, 7:12

**THROUGHOUT** [5] - 66:11, 71:25, 107:13, 126:2, 205:21

**THROW** [1] - 18:10

**THROWING** [1] - 158:10

**THROWS** [1] - 158:20

**THURSDAY** [3] - 1:15, 6:1, 96:1

**TIMING** [1] - 210:23

**TIPPING** [1] - 43:5

**TIPS** [2] - 43:6, 43:9

**TITLE** [4] - 137:7, 146:13, 146:20, 148:12

**TITLE** [1] - 214:8

**TO** [2] - 1:9, 214:8

**TODAY** [17] - 11:25, 70:18, 71:6, 74:24, 75:14, 79:11, 82:2, 128:7, 150:16, 154:23, 158:13, 158:24, 159:21, 175:4, 178:14, 180:2, 183:11

**TOGETHER** [8] - 18:11, 18:13, 18:18,

18:21, 18:23, 67:17, 88:6, 202:2

**TOM** [1] - 99:19

**TOMORROW** [5] - 91:5, 158:9, 158:11, 211:15

**TONE** [1] - 58:17

**TOOK** [5] - 62:15, 86:23, 87:16, 88:22, 91:25

**TOOLS** [1] - 84:1

**TOP** [10] - 18:10, 18:14, 18:18, 18:19, 77:19, 106:15, 130:21, 195:23, 205:19, 206:11

**TOPIC** [1] - 116:9

**TOPS** [3] - 102:18, 125:13, 184:16

**TOTAL** [3] - 8:9, 8:15, 111:18

**TOTALLED** [1] - 99:20

**TOTE** [1] - 162:15

**TOUCHED** [1] - 98:16

**TOUCHES** [1] - 29:13

**TOUGH** [2] - 45:25, 193:22

**TOWARDS** [2] - 55:22, 113:21

**TOWER** [1] - 73:20

**TOY** [2] - 14:16, 58:7

**TRACK** [1] - 85:9

**TRADEMARK** [68] - 6:25, 7:1, 13:7, 13:9, 13:10, 28:23, 41:2, 41:3, 50:9, 51:14, 70:24, 71:3, 71:5, 75:5, 75:16, 75:21, 76:14, 77:7, 77:9, 77:13, 87:24, 110:7, 116:19, 117:1, 117:18, 117:24, 118:1, 118:17, 118:22, 119:3, 119:5, 119:10, 121:13, 121:17, 121:20, 123:9, 123:11, 124:2, 127:13, 128:2, 128:18, 130:5, 130:16, 131:1, 133:25, 134:2, 142:8, 143:1, 154:3, 160:2, 160:15, 160:19, 186:6, 186:9, 186:10, 186:22, 187:1, 187:2, 187:8, 187:17, 187:22, 192:17, 205:14,

205:24, 206:23, 207:2

**TRADEMARK** [6] - 75:19, 77:12, 187:1, 187:8, 187:18, 190:11

**TRADEMARKS** [27] - 22:16, 23:13, 25:12, 27:21, 30:15, 38:17, 41:4, 75:2, 75:16, 78:5, 79:2, 79:5, 79:19, 79:25, 80:14, 116:10, 116:11, 116:13, 117:22, 129:1, 130:13, 132:19, 143:3, 150:12, 160:5, 167:8

**TRADITIONAL** [1] - 105:25

**TRAFFIC** [2] - 91:14, 211:12

**TRAGEDY** [1] - 77:18

**TRAILING** [1] - 212:23

**TRAINING** [3] - 40:7, 41:12, 51:16

**TRANSCRIPT** [3] - 1:14, 214:9, 214:11

**TRANSCRIPT** [3] - 68:23, 68:24, 173:5

**TRANSIT** [1] - 51:6

**TRIAL** [1] - 1:14

**TRIAL** [38] - 12:5, 12:7, 13:1, 13:20, 14:1, 16:15, 17:21, 17:25, 18:12, 19:14, 20:3, 20:15, 30:24, 31:2, 31:3, 31:8, 31:21, 34:25, 37:23, 38:1, 43:18, 44:22, 52:13, 54:17, 62:17, 64:9, 66:11, 66:19, 66:20, 67:24, 68:14, 68:15, 68:17, 68:23, 69:11, 89:17, 186:14, 213:4

**TRIALS** [1] - 70:21

**TRIBECA** [1] - 111:20

**TRIED** [2] - 41:2, 106:6

**TRIES** [3] - 45:6, 89:6, 89:14

**TRIGGERED** [1] - 141:4

**TRUE** [18] - 60:16, 63:1, 64:14, 101:8, 104:1, 108:19, 117:13, 130:19, 130:20, 132:3, 140:19, 145:21, 169:21, 205:16,

205:17, 206:8, 206:9

**TRUE** [1] - 214:9

**TRULY** [4] - 60:15, 73:9, 111:8, 155:19

**TRUTH** [6] - 96:18, 209:4

**TRY** [21] - 8:10, 8:22, 9:8, 17:4, 60:15, 71:14, 75:18, 83:20, 83:22, 84:10, 87:4, 87:8, 89:8, 89:9, 91:18, 170:1, 192:2, 193:15, 194:1, 213:3

**TRYING** [14] - 21:9, 77:23, 89:1, 174:5, 176:20, 177:2, 177:16, 179:18, 189:20, 193:2, 197:14, 203:6, 203:7, 212:21

**TUESDAY** [2] - 211:18, 212:13

**TURN** [10] - 45:10, 73:11, 100:23, 101:2, 128:6, 137:9, 141:10, 144:11, 147:15, 174:16

**TURNED** [1] - 210:24

**TURNING** [1] - 153:25

**TURNS** [1] - 86:5

**TV** [1] - 106:1

**TWICE** [1] - 103:10

**TWO** [19] - 6:22, 10:7, 11:15, 16:15, 17:15, 20:10, 41:10, 65:17, 76:20, 79:20, 99:15, 147:25, 155:6, 155:8, 166:9, 180:9, 185:1, 204:1, 212:7

**TWOFOLD** [1] - 17:12

**TYPE** [16] - 7:8, 22:4, 22:13, 25:12, 30:8, 38:12, 51:4, 68:9, 76:23, 81:1, 82:25, 92:21, 102:16, 133:8, 149:1, 169:22

**TYPED** [1] - 156:3

**TYPES** [11] - 76:13, 76:19, 82:15, 100:9, 117:25, 118:7, 124:6, 125:15, 125:17, 140:14, 140:16

**TYPICALLY** [2] - 169:11, 173:6

**TYPING** [3] - 131:20, 151:2, 153:5

**U**

**U.S** [18] - 1:3, 72:3, 75:19, 77:11, 98:16, 100:20, 102:6, 106:7, 112:7, 115:5, 115:6, 115:9, 115:22, 117:12, 117:14, 117:24, 118:17, 164:7

**U.S.A** [2] - 151:20

**UCLA** [2] - 71:16, 71:24

**ULTIMATELY** [2] - 141:2, 156:19

**UMBRELLA** [1] - 194:19

**UNARTFUL** [1] - 180:6

**UNARTFULLY** [1] - 178:24

**UNAUTHORIZED** [2] - 13:8, 78:7

**UNDER** [8] - 17:24, 63:22, 100:10, 118:13, 140:1, 164:7, 180:12, 180:14

**UNDERBELLY** [1] - 74:25

**UNDERSTOOD** [1] - 8:1

**UNDISCLOSED** [1] - 208:20

**UNFORTUNATE** [1] - 13:12

**UNFORTUNATELY** [4] - 47:10, 74:24, 79:4, 158:12

**UNIQUE** [3] - 71:18, 103:2, 103:7

**UNITED** [4] - 1:1, 214:6, 214:8, 214:13

**UNITED** [9] - 97:17, 98:10, 100:15, 116:11, 117:18, 117:22, 180:5, 180:7, 205:10

**UNLESS** [4] - 66:20, 82:12, 190:17, 190:21

**UNLIKE** [1] - 20:20

**UNPRECEDENTED** [1] - 70:18

**UNSOLICITED** [2] - 108:5, 110:18

**UNUSUAL** [1] - 94:18

**UP** [63] - 14:2, 15:20, 15:21, 17:3, 18:10, 19:21, 21:6, 29:10, 32:2, 37:4, 43:1,

48:20, 48:21, 48:23,
48:25, 49:2, 49:4,
49:7, 49:10, 49:22,
50:1, 59:24, 60:11,
73:4, 73:20, 75:18,
79:3, 79:6, 79:8,
79:9, 81:11, 82:6,
88:17, 89:25, 95:8,
96:11, 98:20, 103:5,
103:6, 110:21,
116:24, 149:22,
154:8, 161:7,
161:11, 161:13,
161:14, 168:17,
169:2, 173:23,
176:9, 180:19,
182:18, 186:8,
190:18, 190:21,
192:10, 196:13,
200:24, 207:2,
212:10
**UPLOAD** [5] - 73:19,
75:1, 75:2, 82:5,
86:7
**UPLOADED** [5] -
74:15, 74:18, 82:4,
82:7, 84:11
**UPLOADING** [3] -
75:4, 84:11, 84:12
**UPPER** [1] - 169:2
**UPS** [1] - 154:1
**URGE** [1] - 68:21
**URGENCY** [1] -
176:20
**URGENT** [1] - 176:22
**URL** [2] - 121:23,
122:1
**USAGE** [1] - 171:19
**USER** [1] - 76:13
**USERS** [6] - 75:2,
75:6, 86:7, 86:10,
89:20, 150:14
**USES** [5] - 84:1,
123:20, 182:24,
184:15, 185:24
**USPTO** [3] - 4:4, 4:5,
4:7
**USUAL** [1] - 58:17
**UTILIZE** [1] - 130:16
**UTILIZING** [1] -
140:14

**V**

**VACANT** [1] - 48:7
**VAGUE** [1] - 180:7
**VALLEY** [1] - 27:7
**VALUE** [3] - 102:20,
116:14, 121:17
**VARIATION** [1] -

142:18
**VARIATIONS** [1] -
121:19
**VARIETY** [1] - 73:22
**VARIOUS** [6] - 74:2,
144:17, 145:11,
148:25, 186:21,
192:5
**VENTURA** [1] - 38:6
**VERDICT** [14] - 20:7,
20:9, 20:10, 22:25,
43:14, 44:4, 44:8,
60:16, 62:22, 63:9,
66:12, 68:7, 70:1
**VERIFY** [1] - 178:5
**VERSION** [3] - 71:2,
127:23, 127:24
**VERSUS** [2] - 6:6,
12:15
**VIA** [1] - 66:25
**VIBRANT** [1] - 81:20
**VICE** [2] - 97:14, 99:10
**VIEW** [13] - 102:21,
108:5, 113:17,
116:13, 121:16,
128:1, 130:13,
130:25, 142:7,
142:23, 146:20,
147:9, 205:23
**VIEWER** [1] - 169:23
**VIOLATED** [2] - 7:1,
203:10
**VIOLATES** [1] - 68:18
**VIRAL** [1] - 73:3
**VIRTUALLY** [2] -
118:2, 119:4
**VISIONS** [1] - 70:25
**VISIT** [5] - 103:14,
128:13, 133:5,
135:20, 137:15
**VISITED** [2] - 130:10,
133:24
**VISORS** [1] - 162:15
**VISUAL** [2] - 84:24,
84:25
**VISUALIZATION** [1] -
163:23
**VOIR** [3] - 16:16,
44:23, 90:9
**VOLUME** [20] -
100:23, 101:1,
103:17, 111:3,
111:4, 112:14,
114:6, 120:1,
124:11, 132:21,
135:11, 137:9,
141:7, 143:6,
144:11, 146:16,
147:15, 149:11,
152:1, 155:2

**VOLUME** [1] - 1:9
**VOLUMES** [1] -
108:12
**VS** [1] - 1:7
**VUITTON** [2] - 99:12,
99:13

**W**

**W-A-L-T-E-R-S** [1] -
209:10
**WAIT** [4] - 86:18,
87:21, 116:6, 161:9
**WAITING** [1] - 91:9,
174:10
**WAIVED** [1] - 172:12
**WALK** [3] - 81:6, 81:7,
91:9
**WALL** [2] - 114:22,
140:1
**WALLS** [1] - 81:8
**WALMART** [1] - 72:8
**WALTERS** [7] - 3:8,
14:4, 57:24, 208:17,
209:10, 209:16,
210:1
**WALTERS** [1] -
209:12
**WAREHOUSE** [1] -
23:11
**WAS** [2] - 97:5, 209:13
**WASH** [2] - 182:9,
182:21
**WASHED** [1] - 102:19
**WASHINGTON** [2] -
19:22, 158:7
**WATCH** [2] - 18:7,
90:8
**WATCHED** [1] - 86:6
**WATTS** [1] - 28:12
**WAVED** [1] - 14:2
**WAYS** [2] - 16:15,
119:13
**WEAR** [6] - 109:25,
110:4, 168:24,
168:25, 169:2, 169:8
**WEAR** [1] - 162:15
**WEARING** [6] -
107:25, 108:7,
169:17, 169:20,
170:4, 171:7
**WEARINGS** [2] -
169:12, 169:13
**WEB** [5] - 72:23,
146:20, 147:21,
186:25, 187:7
**WEBPAGE** [2] - 5:9,
5:15
**WEBSITE** [26] - 73:14,
74:15, 82:11, 83:5,

109:24, 110:3,
110:25, 115:16,
119:14, 121:23,
128:12, 130:7,
130:18, 156:12,
169:2, 169:6,
171:13, 171:22,
172:18, 191:9,
202:10, 204:22,
210:2, 210:5, 210:7,
210:10
**WEBSITES** [5] - 84:3,
84:4, 115:19, 153:7,
197:5
**WEEK** [3] - 103:10,
158:14, 158:18
**WEEKEND** [5] -
162:15, 211:21,
211:24, 213:1, 213:4
**WEEKEND'S** [1] -
111:17
**WEEKLY** [1] - 110:21
**WEI** [4] - 39:4, 39:8,
39:16, 39:19
**WEI** [1] - 39:4
**WEIGHT** [4] - 64:16,
64:17, 66:5, 66:8
**WELL-KNOWN** [4] -
75:3, 78:16, 131:10,
131:13
**WESLEY** [111] - 2:4,
6:8, 9:7, 9:15, 10:6,
12:17, 13:22, 14:7,
36:17, 46:7, 46:10,
46:23, 47:5, 47:25,
57:19, 57:23, 58:14,
58:24, 59:1, 59:5,
70:6, 70:11, 70:16,
78:19, 93:24, 95:1,
95:5, 96:14, 97:3,
97:7, 101:1, 101:11,
101:15, 104:6,
104:22, 106:23,
107:3, 108:22,
109:1, 109:9,
109:15, 109:22,
110:9, 110:13,
111:11, 111:15,
113:4, 113:9,
116:24, 120:8,
120:10, 120:18,
120:22, 123:16,
124:19, 124:23,
126:3, 126:7, 129:5,
129:10, 129:14,
131:7, 133:14,
133:18, 135:4,
136:3, 136:9,
136:14, 136:17,
137:23, 137:25,

138:7, 139:11,
139:16, 141:18,
141:23, 143:22,
144:3, 145:2, 145:7,
145:24, 146:5,
147:1, 147:9, 148:3,
148:11, 149:24,
150:1, 150:5, 150:9,
151:7, 151:10,
152:9, 152:11,
152:15, 153:21,
153:23, 154:21,
155:2, 155:5,
155:22, 156:3,
156:22, 168:8,
172:9, 188:14,
188:17, 200:19,
200:22, 205:5,
207:18
**WESLEY** [18] - 3:5,
3:6, 4:13, 4:14, 4:16,
6:9, 12:17, 13:23,
58:14, 170:19,
173:20, 173:22,
174:20, 175:8,
175:18, 175:20,
190:18, 190:21
**WESLEY'S** [4] - 175:5,
175:13, 185:16,
185:18
**WEST** [1] - 1:24
**WEST** [1] - 21:4
**WESTERN** [1] - 1:2
**WESTWOOD** [11] -
71:16, 71:23, 73:13,
75:23, 100:21,
101:9, 101:17,
101:19, 101:25,
115:5, 118:24
**WHICHEVER** [1] -
43:6
**WHISPERING** [2] -
45:2, 45:3
**WHITE** [1] - 45:10
**WHITTIER** [1] - 52:21
**WHOLE** [1] - 111:20
**WHOLE** [5] - 7:23,
96:18, 113:8,
189:11, 209:4
**WHOLESALE** [2] -
54:23, 180:12
**WIFE** [4] - 23:10, 51:9,
54:4, 107:25
**WILLFULLY** [1] -
79:21
**WIN** [2] - 31:2, 157:21
**WISH** [10] - 50:13,
57:9, 68:25, 69:16,
81:4, 94:18, 94:24,
188:11, 194:9, 212:9

**WITH** [1] - 214:12
**WITNESS** [36] - 96:20, 96:24, 104:10, 104:12, 104:15, 104:18, 120:9, 134:24, 135:2, 138:3, 138:6, 145:20, 145:22, 147:8, 151:9, 155:4, 160:13, 161:13, 161:15, 161:19, 172:16, 172:19, 179:20, 179:25, 181:6, 181:8, 189:7, 192:12, 192:16, 192:24, 193:1, 193:10, 193:21, 193:24, 209:6, 209:10
**WITNESS** [19] - 7:18, 7:21, 36:23, 40:17, 64:12, 65:11, 65:13, 65:16, 188:6, 188:20, 190:16, 190:19, 190:22, 193:13, 193:22, 208:15, 208:20, 208:23
**WITNESS'S** [6] - 65:17, 65:18, 65:20, 65:22, 65:25, 66:1
**WITNESSED** [2] - 53:15, 116:1
**WITNESSES** [2] - 3:1, 3:3
**WITNESSES** [18] - 7:25, 10:22, 11:25, 13:18, 14:3, 14:15, 15:24, 16:7, 17:24, 42:7, 52:2, 57:22, 58:6, 63:6, 63:14, 66:6, 66:7, 96:11
**WITNESSES'** [1] - 52:2
**WOMAN** [1] - 170:3
**WOMEN** [1] - 71:11
**WOMEN'S** [1] - 40:10
**WONDERING** [2] - 169:5, 206:14
**WONG** [12] - 21:17, 21:20, 21:23, 21:25, 22:3, 22:5, 22:8, 22:11, 22:14, 22:17, 22:21, 23:1
**WONG** [1] - 21:20
**WOOD** [1] - 112:8
**WOODEN** [3] - 112:23, 113:3, 119:5
**WORD** [5] - 72:15, 73:3, 77:9, 95:13,

184:24
**WORD-OF-MOUTH** [1] - 73:3
**WORDING** [1] - 166:13
**WORDS** [16] - 10:17, 74:9, 74:16, 74:19, 85:1, 87:7, 87:24, 88:1, 89:11, 127:20, 146:13, 160:14, 160:17, 166:18, 167:2
**WORKS** [27] - 20:25, 22:2, 23:9, 23:10, 25:1, 25:3, 25:25, 27:11, 28:16, 30:5, 31:13, 33:23, 37:14, 38:7, 38:9, 38:10, 51:7, 51:9, 53:1, 67:11, 76:18, 81:17, 84:14, 84:23, 84:24, 84:25, 85:13
**WORLD** [7] - 40:18, 71:22, 81:19, 81:20, 81:25, 82:4, 99:18
**WORLDWIDE** [2] - 115:14, 115:15
**WORN** [1] - 107:19
**WRAP** [1] - 164:18
**WRENCH** [1] - 158:21
**WRITE** [4] - 82:19, 150:10, 153:4, 199:16
**WRITING** [1] - 66:24
**WRITTEN** [1] - 201:18
**WRONGDOING** [1] - 80:16
**WWW.REDBUBBLE. COM** [1] - 128:12

## X

**XU** [2] - 6:12, 14:13
**XU** [1] - 2:11

## Y

**Y.Y.G.A** [1] - 159:17
**Y.Y.G.M** [24] - 1:5, 6:6, 12:15, 13:4, 36:18, 57:20, 117:4, 117:7, 159:11, 159:15, 160:1, 160:8, 160:9, 178:11, 179:1, 186:11, 186:22, 187:6, 192:5, 194:13, 205:7, 205:8, 207:25, 208:3
**YEAR** [16] - 11:12, 79:9, 79:14, 84:14,

85:24, 86:3, 86:6, 86:9, 86:18, 87:1, 87:22, 111:18, 176:11, 176:25, 177:17, 200:4
**YEAR-OLD** [1] - 111:18
**YEARS** [17] - 41:17, 54:24, 71:13, 73:8, 77:13, 81:15, 97:24, 99:8, 99:9, 99:15, 99:22, 116:3, 119:22, 122:4, 195:15, 195:16, 204:1
**YELL** [1] - 17:3
**YELLOW** [3] - 184:18, 184:23, 184:25
**YIELDS** [1] - 150:16
**YORK** [7] - 111:16, 115:13, 123:3, 123:8, 137:2, 170:20, 171:6
**YOUNG** [4] - 71:11, 97:21, 100:13, 106:12
**YOURSELF** [4] - 11:22, 69:1, 88:1, 135:15
**YOURSELVES** [4] - 57:9, 91:19, 157:2, 211:2

## Z

**ZAGGED** [1] - 72:6
**ZIGGED** [1] - 72:6
**ZONE** [1] - 102:20
**ZOOM** [2] - 195:23, 204:8
**ZUBER** [1] - 2:9