1        **UNITED STATES DISTRICT COURT**

2     **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3     **HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE**

4

5  **Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,**   )
    **a Swiss corporation,**              )

6                       )
            **PLAINTIFF,**       ) **CASE NO.**

7                     )
         **vs.**             ) **CV 19-04618-RGK**

8                     )
  **REDBUBBLE, INC., a Delaware**       )

9  **corporation,**               ) **VOLUME 2**
                     ) **PAGES 215 TO 342**

10        **DEFENDANT.**       )
  _____)

11

12

13

14              **REPORTER'S TRANSCRIPT OF**
                **TRIAL DAY 2**

15          **MONDAY, JUNE 21, 2021**
                **1:00 P.M.**

16        **LOS ANGELES, CALIFORNIA**

17

18

19

20

21

22

23  _____

24     **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
       FEDERAL OFFICIAL COURT REPORTER

25       350 WEST 1ST STREET, SUITE 4455
       LOS ANGELES, CALIFORNIA 90012
        MIRANDAALGORRI@GMAIL.COM

1          **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4          BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
           BY:  KEITH J. WESLEY
5          BY:  JASON Y. KELLY
           2121 Avenue of the Stars
6          Suite 2800
           Los Angeles, California 90067
7

8    **FOR THE DEFENDANT:**
9
           ZUBER LAWLER & DEL DUCA, LLP
10         BY:  JOSHUA M. MASUR
           BY:  JENNIFER KUHN
11         BY:  HEMING XU
           2000 Broadway Street
12         Office 154
           Redwood City, California 94063
13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **INDEX OF WITNESSES**

2

3     **WITNESSES**                                                    **PAGE**

4     WALTERS, Terry

5              Direct examination resumed by Mr. Kelly          220
              Cross-examination by Ms. Kuhn                     226
6              Redirect examination by Mr. Kelly                230

7

      PALEY, Philip
8
              Direct examination by Mr. Kelly                   234
9              Cross-examination by Ms. Kuhn                     252
              Redirect examination by Mr. Kelly                256

10

11     ELKINS, Madison

12              Direct examination by Mr. Kelly                   257
              Cross-examination by Ms. Kuhn                     269
13

14     TOY, James

15              Direct examination by Mr. Wesley                 288
              Cross-examination by Mr. Masur                   331
16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 65 Pg 2 | Redbubble IP FAQ | 296 | 296 |
| 70 | CON-Policing for Trademarks | 321 | 321 |
| 113 | E-mail | 318 | 318 |
| 115 | Brandy Melville Policing Guidelines | 315 | 315 |
| 121 | E-mail | 307 | 307 |
| 122 | E-mail | 311 | 311 |
| 128 | E-mail | 325 | 325 |
| 164 | E-mail Chain | 222 | 222 |
| 167 | E-mail | 222 | 222 |
| 172 | Products and Envelope from Redbubble | 223 | 223 |
| 173 | Product from the Redbubble Marketplace | 225 | 225 |
| 223 Pg 153 | Brandy Melville Graphics | 259 | 259 |
| 223 Pg 96 | Brandy Melville Graphics | 260 | 260 |
| 223 Pg 69 & 70 | Brandy Melville Graphics | 267 | 267 |
| 273 Pg 37 | Redbubble Webpage | 232 | 232 |
| 286 Pg 6 | Redbubble Annual Report 2018 | 328 | 328 |
| 287 Pg 3 | Redbubble Annual Report 2019 | 293 | 293 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 290 | Redbubble Webpage | 236 | 236 |
| 291 | Redbubble Webpage | 236 | 236 |
| 292 | Redbubble Webpage | 236 | 236 |
| 295 | Redbubble Webpage | 237 | 237 |
| 296 | Images of Products | 238 | 238 |
| 301 | E-mail | 304 | 304 |
| 302 | E-mail | 306 | 306 |
| 303 | E-mail | 306 | 306 |
| 307 | E-mail | 301 | 301 |
| 343 | Images of Products | 240 | 240 |
| 401 | Brandy Melville Butterfly | 241 | 241 |
| 404 | Brandy 519 Broadway Mark | 242 | 242 |
| 408 | Brandy Hampton Mark | 243 | 243 |
| 414 | Product Listing | 244 | 244 |
| 416 | Brandy Tiny Stickers Sticker | 244 | 244 |
| 421 | Product Listing | 245 | 245 |
| 424 | Partial Snapshot of Product Listing | 245 | 245 |
| 623 | All Works - One Row Per Work | 246 | 246 |
| 628 | Brandy Heart - One Row Per Work | 252 | 252 |
| 634 Pg 9 | LA Lightning - One Row Per Work | 253 | 124 |

1          **MONDAY, JUNE 21, 2021; 1:00 P.M.**

2               **LOS ANGELES, CALIFORNIA**

3                          -oOo-

4

5          (The following proceedings were held in

6          open court in the presence of the jury:)

7               THE COURT:  The record will reflect that all the

8     members of the jury are seated in the jury box.

9               Thank you very much.  That allows us to get going

01:00PM  10   and not lose time in this case.

11              It looks to me like we're going to try to get

12   this trial to you -- to the jury by tomorrow night hopefully.

13   Pay close attention because there's not that much time left on

14   it.

01:01PM  15              Remember, you are still under oath.

16              THE WITNESS:  Yes, sir.

17              THE COURT:  Counsel, you may inquire.

18                    **TERRY WALTERS,**

19        **CALLED BY THE PLAINTIFF, WAS PREVIOUSLY SWORN.**

01:01PM  20             **DIRECT EXAMINATION (RESUMED)**

21   BY MR. KELLY:

22        Q     Ms. Walters, you previously worked as a paralegal

23   at the law firm that I currently work at?

24        A     Yes.  That is correct.

01:01PM  25        Q     And you made a purchase on the Redbubble website?

```
 1          A       Yes.  I made a few.

 2          Q       Around -- let's focus on the first purchase.

    When did that take place?

 3

 4          A       I believe October 2019.

 5          Q       Do you remember what you purchased?

 6          A       Variety of different things.  Stickers, maybe

 7  some T-shirts.

 8          Q       Do you remember what payment method you used to

 9  make that purchase?

10          A       Amazon Pay.

11          MR. KELLY:  Your Honor, permission to approach

12  the witness with a binder of select exhibits from the trial

13  exhibit list.

14          THE COURT:  Hand it to the clerk, please.

15          Q       BY MR. KELLY:  Ms. Walters, I'd like to direct

16  you to Exhibit 164.

17          THE COURT:  Counsel, these have been shared with

18  the other side?

19          MR. KELLY:  These are from the exhibit list, yes.

20          THE COURT:  Okay.

21          Q       BY MR. KELLY:  Please go to the document that is

22  premarked as Exhibit 164.

23          What is this document?

24          A       It shows a payment is complete from Redbubble.

25          Q       And if you turn to the document that has been
```

01:01PM (line 5)
01:02PM (line 10)
01:02PM (line 15)
01:02PM (line 20)
01:02PM (line 25)

```
 1    premarked as Exhibit 167, what is that document?

 2         A      It's an order confirmation, and then it

 3    summarizes the purchases.

 4         Q      Who is it from?

 5         A      It's from Redbubble about my order at

 6    Redbubble.com.

 7              MR. KELLY:  Your Honor, I would like to move into

 8    evidence documents premarked as trial Exhibits 164 and 167.

 9              THE COURT:  They will be received.

10         (Marked for identification and received

11          into evidence Exhibit Nos. 164 and 167.)

12         Q      BY MR. KELLY:  Ms. Walters, this is a document --

13    this is 167; is that right?

14         A      Yes.  That is correct, I believe.

15         Q      It shows some of the items that you purchased,

16    for instance, page 2, page 3, and so forth?

17         A      Yes.  It goes to page 13.

18         Q      Ms. Walters, how much did you spend on this

19    purchase?

20         A      I think it says here $143 and change.

21         Q      I'd like to direct you back to trial Exhibit 164.

22         A      $143.70.

23         Q      If you can go to trial Exhibit 164.  I would

24    direct you to page 2.

25              Who is the merchant for this purchase?
```

01:03PM (line 5)
01:03PM (line 10)
01:03PM (line 15)
01:04PM (line 20)
01:04PM (line 25)

|      | 1  | A         | Redbubble, Inc. |
|------|----|-----------|-----------------|
|      | 2  | Q         | That is indicated right here; is that right? |
|      | 3  | A         | That is correct. |
|      | 4  | Q         | Ms. Walters, did your purchase come? |
| 01:05PM | 5  | A      | Yes, it did. |

            6       Q       Did you take any pictures of the products that

            7    you ordered?

            8       A       Yes, I did, as well as the envelope it came in.

            9       Q       I would like to first direct you to the document

01:05PM    10    that has been premarked as trial Exhibit 172.  Please let me

           11    know when you've had a chance to look through the exhibit.  I

           12    believe it's 15 pages.

           13       A       Okay.

           14       Q       What is this document?

01:06PM    15       A       It looks like an envelope where the stickers came

           16    in.

           17       Q       Did you take these pictures?

           18       A       Yes, I did.

           19              MR. KELLY:  Your Honor, Brandy Melville would

01:06PM    20    like to move into evidence the document premarked as trial

           21    Exhibit 172.

           22              THE COURT:  It will be received.

           23          (Marked for identification and received

           24          into evidence Exhibit No. 172.)

01:06PM    25       Q       BY MR. KELLY:  Ms. Walters, this is the envelope

```
 1   it came in?
 2        A      Yes.
 3        Q      And did it come in multiple envelopes?
 4        A      I believe so.  It looks as though it did, yes.
 5        Q      And can you describe for me what is published
 6   right now?  This is page 5 of trial Exhibit 172.  I believe
 7   it's on your screen as well.
 8        A      That's the back of the envelope.
 9        Q      And what does it say?
10        A      "Redbubble.  Find your thing."
11        Q      And are these pictures of the various stickers
12   that you purchased?
13        A      Yes.
14        Q      Including the one on page 11 that is currently
15   published?
16        A      Yes.
17        Q      As well as on page 12?
18        A      Yes.
19        Q      Ms. Walters, I would like to direct you to the
20   document premarked as trial Exhibit 173.
21        A      Okay.
22        Q      What is trial exhibit -- the document marked as
23   173?
24        A      It looks like the T-shirts I purchased, the
25   envelope that they came in.
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Q        And these are pictures, yes?                        |
|       | 2  | A        Yes.                                                |
|       | 3  | Q        Did you take these pictures?                        |
|       | 4  | A        Yes, I did.                                         |
| 01:08PM | 5 | MR. KELLY:  Your Honor, Brandy Melville moves              |
|       | 6  | into evidence the document premarked as trial Exhibit 173.   |
|       | 7  | THE COURT:  It will be received.                             |
|       | 8  | (Marked for identification and received                      |
|       | 9  | into evidence Exhibit No. 173.)                              |
| 01:08PM | 10 | Q        BY MR. KELLY:  Ms. Walters, this is page 1 of     |
|       | 11 | 173.  What is this a picture of?                             |
|       | 12 | A        It's a photo of the T-shirt as well as the label    |
|       | 13 | that was on the T-shirt when I opened the envelope.          |
|       | 14 | Q        And what logo do you see on that tag?               |
| 01:09PM | 15 | A        It says RB, Redbubble.                            |
|       | 16 | Q        This is page 2 of Exhibit 173.  What is this       |
|       | 17 | document?                                                    |
|       | 18 | A        Photo of the envelope, the front of the envelope.   |
|       | 19 | Q        And what name do you see on it?                     |
| 01:09PM | 20 | A        Redbubble.                                        |
|       | 21 | Q        This is page 4 of 173.  What is this?              |
|       | 22 | A        T-shirt that I purchased.                           |
|       | 23 | Q        This is page 7 of trial Exhibit 173.  What is      |
|       | 24 | this?                                                        |
| 01:09PM | 25 | A        It's another T-shirt I purchased.                 |

```
 1              MR. KELLY:  That's all we have, Your Honor.
 2              THE COURT:  Okay.  Cross-examination.
 3                       CROSS-EXAMINATION
 4  BY MS. KUHN:
 5        Q     Okay.  Ms. Walters, first, I just really need you
 6  to clarify.  You worked for plaintiff's law firm at the time
 7  you made these purchases?
 8        A     Correct.
 9        Q     But you no longer work --
10        A     That is correct.
11        Q     And are you getting paid to appear here today to
12  testify?
13        A     No.  I'm missing work.
14        Q     All right.  So my first question is about the
15  stickers you purchased.  That would be trial Exhibit 167.  I'm
16  sorry.  No.  Trial Exhibit 167.  You have pictures of the
17  stickers.  Do any of these stickers display the Brandy pink
18  heart Melville trademark?  You can take your time to look
19  through them.
20        A     I don't see a pink heart on them.
21        Q     All right.  Do any of these stickers display the
22  Brandy Flag Melville trademark?
23        A     I'm sorry.  Can you repeat that?
24        Q     So Brandy Melville has a trademark.  It's Brandy
25  and then two crossed black flags and then says Melville.  Do
```

1    you see those anywhere in your stickers or on your T-shirts?

2         A    Stickers are small, but I don't see it.

3         Q    Okay.  How about the trademark registered as

4    Los Angeles Lightning which is yellow?

5         A    What was the question?

6         Q    Do you see anything in the stickers or graphics

7    displayed on the T-shirts that shows Los Angeles Lightning?

8    It's a yellow mark and has kind of a jagged lightning next to

9    it.

10        A    I don't see it.

11             MS. KUHN:  Okay.  So could you please go to page

12   8 of this exhibit, trial Exhibit 167.

13        Q    So that language right there that says, "Meet the

14   artists" --

15        A    Okay.

16        Q    Do you see that on page 8?

17        A    I see that.

18             MS. KUHN:  Can we go to page 9?  Can we blow up

19   the logos for all the artists -- the listing artists.

20        Q    Do you see those?  Are those the artists who

21   made -- who listed the products that you bought?

22        A    I'm not sure.

23        Q    Do you have any reason to believe those are not

24   the artists who listed the products you bought?

25        A    I don't have any reason to believe that either

```
          1    way.

          2                MS. KUHN:  Let's go to page 10.  Same thing.  Can

          3    we pull out the artists, scroll down.

          4         Q     Same question.  Do you have any reason to believe

01:13PM   5    those are not the artists who listed the products that you

          6    bought?

          7         A     I can't make that type of determination.

          8         Q     All right.  So then the next page, same question.

          9    Any reason to believe those are not the artists who listed the

01:13PM  10    products you bought?

         11         A     (Inaudible.)

         12         Q     You're shaking your head, but could you --

         13         A     No.  I don't know either way.  I'm sorry.

         14         Q     Okay.

01:13PM  15         A     They're on the e-mail.  So I printed everything.

         16    So I don't know --

         17         Q     Fair enough.

         18                So they were all in the e-mail you received when

         19    you ordered the products?

01:14PM  20         A     When I got the confirmation.  When I ordered the

         21    products, it said -- I searched for Brandy Melville, and these

         22    are what came up that I purchased.

         23         Q     I understand.

         24                So the T-shirts now, we're looking at trial

01:14PM  25    exhibit page 1 -- trial Exhibit 173, page 1.  Do you see the
```

         1    Brandy Heart, Brandy Flag, LA Lightning logo on the tag of that

         2    T-shirt?

         3         A       No.  I see Redbubble.

         4         Q       All right.  So let's go to trial Exhibit 173,

01:14PM  5    page 6.

         6                 So do you see any Brandy Melville trademark on

         7    the tag at the top that identifies the source of the T-shirt?

         8         A       I can't really see that very clearly.

         9         Q       All right.  The next page is page 8.  It's a

01:15PM  10   little bit more of a -- I'm sorry.  Page 9.  It has a little

         11   bit more of a zoom in on that tag.

         12                So do you see Brandy Heart Melville, Brandy Flag

         13   Melville, or LA Lightning on that tag?

         14        A       Not on that tag.

01:15PM  15        Q       All right.  At any time when you were ordering

         16   these T-shirts, you knew you were on the Redbubble website;

         17   right?

         18        A       That is correct.

         19        Q       You weren't confused thinking that you were on

01:15PM  20   the Brandy Melville website; right?

         21        A       No.  I'm not confused.

         22        Q       All right.  What sizes did you order your shirts

         23   in?

         24                Let me clarify the question.

01:15PM  25                Were you allowed to select a size when you

```
 1    ordered the T-shirts?

 2         A     I think so.  I'm not sure.  I believe so.  And

 3    colors too; right?

 4         Q     Okay.

 5         A     On some of them.

 6               MS. KUHN:  Thank you very much.

 7               THE COURT:  Redirect?

 8               MR. KELLY:  Yes, Your Honor.

 9                       REDIRECT EXAMINATION

10    BY MR. KELLY:

11         Q     Ms. Walters, I'm showing you again trial

12    Exhibit 173, page 7.

13               Do you see that?

14         A     Yes.

15         Q     And that's a picture of a product that you

16    purchased on the Redbubble website; correct?

17         A     That is correct.

18         Q     I'm going to show you a page that has already

19    been admitted.  It's trial Exhibit 223, page 46.  That was

20    produced by Brandy Melville.

21               Ms. Walters, do you see this page?

22         A     Yes, I do.

23         Q     Does it look similar to the picture of the

24    product that you purchased from the Redbubble website?

25               MR. MASUR:  Objection, Your Honor.  This exceeds
```

01:16PM (line 5)
01:16PM (line 10)
01:16PM (line 15)
01:17PM (line 20)
01:17PM (line 25)

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | the scope of the cross.                                      |
|       | 2  | THE COURT:  Oh, no.  Overruled.                              |
|       | 3  | You may answer the question.                                 |
|       | 4  | THE WITNESS:  Yes, it does.                                  |
| 01:17PM | 5 | Q      BY MR. KELLY:  Just to confirm, this is the          |
|       | 6  | purchase that you made?                                      |
|       | 7  | A      Yes.                                                  |
|       | 8  | Q      And this is the image of Exhibit 223, page 46.       |
|       | 9  | A      Okay.                                                 |
| 01:17PM | 10 | Q      Your answer is still the same?                      |
|       | 11 | A      Yes, it is.                                           |
|       | 12 | Q      Ms. Walters, I'm going to show you page 3 of         |
|       | 13 | trial Exhibit 173.  This is a picture you took.             |
|       | 14 | A      Yes.  On my desk at the time.                        |
| 01:18PM | 15 | Q      And I'm going to show you now a picture -- it's     |
|       | 16 | trial Exhibit 223, page 37 -- that Brandy Melville produced. |
|       | 17 | Do you see that design?                                     |
|       | 18 | A      Yes.                                                  |
|       | 19 | Q      And does it look like the design that -- of the      |
| 01:18PM | 20 | T-shirt that you purchased from Redbubble?                  |
|       | 21 | A      Yes.  Substantially -- yes.  Same words but a        |
|       | 22 | little different.                                           |
|       | 23 | THE COURT:  What page is that, counsel?                      |
|       | 24 | MR. KELLY:  Page 37 of trial Exhibit 223.                    |
| 01:18PM | 25 | THE COURT:  Are you asking that be received in            |

```
 1    evidence?  That hasn't been received yet.

 2                 MR. KELLY:  My understanding, Your Honor, is all

 3    of trial exhibit --

 4                 THE COURT:  No.  Only those pages that have been

 5    testified to.

 6                 MR. KELLY:  My apologies.  Yes.  We move into

 7    evidence page 37 of trial Exhibit 223.

 8                 MR. MASUR:  Objection, Your Honor.  Lacks

 9    foundation for this witness.

10                 THE COURT:  Overruled.

11                 (Marked for identification and received

12                 into evidence Exhibit No. 223, page 37.)

13                 MR. KELLY:  Likewise, Your Honor, the image that

14    was shown just a second ago, page 46 of trial Exhibit 223.

15                 THE COURT:  46 has already been in.

16                 MR. KELLY:  Thank you, Your Honor.

17         Q     Ms. Walters, do you see the logo on the tag,

18    rather, on trial Exhibit 223, page 37?

19         A     Yes.

20         Q     Can you read what that says?

21         A     It says "Brandy Melville" and something in

22    between it.  I can't really tell what that is.

23                 MR. KELLY:  Okay.  No further questions,

24    Your Honor.

25                 THE COURT:  Any recross in that area?
```

01:18PM (line 5)
01:19PM (line 10)
01:19PM (line 15)
01:19PM (line 20)
01:19PM (line 25)

|     |     |
| --- | --- |
|        | 1 |
|        | 2 |
|        | 3 |
|        | 4 |
| 01:20PM | 5 |
|        | 6 |
|        | 7 |
|        | 8 |
|        | 9 |
| 01:20PM | 10 |

1      MR. MASUR:  Nothing further, Your Honor.

2      THE COURT:  Okay.  You may step down.  Thank you

3  very much.

4      Next witness?

5      MR. KELLY:  Call Mr. Philip Paley, Your Honor.

6      THE COURT:  Okay.  Is he in the courtroom?  Is

7  somebody getting him?

8      MR. KELLY:  I think somebody is getting him right

9  now.

10      THE CLERK:  Please raise your right hand.

11      Do you solemnly swear that the testimony you

12  shall give in the cause now before this Court shall be the

13  truth, the whole truth, and nothing but the truth, so help you

14  God?

15      THE WITNESS:  Yes.

16      THE CLERK:  Thank you.  Please be seated.

17      Please state your full name and spell your last

18  name.

19      THE WITNESS:  My name is Philip Paley.  My last

20  name is spelled P-a-l-e-y.

21      THE COURT:  Thank you.  You may inquire.

22      MR. KELLY:  Thank you, Your Honor.

23  ///

24  ///

25  ///

**PHILIP PALEY,**

**CALLED BY THE PLAINTIFF, WAS SWORN.**

**DIRECT EXAMINATION**

BY MR. KELLY:

01:21PM    Q    Mr. Paley, where do you currently work?

     A    I work at Browne George Ross.

     Q    That is the same law firm I work at?

     A    Correct.

     Q    What is your position there?

01:21PM    A    I'm a paralegal.

     Q    Have you ever heard of the Redbubble website?

     A    Yes, I have.

     Q    Are you familiar with it?

     A    Yes.

01:21PM    Q    Can you generally describe your experience with
the Redbubble website?

     A    Yes.  I have spent the last year or so going to
the website and taking snapshots and reviewing items on the
website, and also I purchased some items from the website.

01:22PM    Q    When did you purchase items from the Redbubble
website?

     A    It was in April.

     Q    Of which year?

     A    2020.

01:22PM    Q    That was after this lawsuit was filed?

|       |    |                                                                     |
|-------|----|---------------------------------------------------------------------|
|       | 1  | A        Yes.  About a year.                                         |
|       | 2  | Q        Do you remember what you purchased?                         |
|       | 3  | A        Yes.  I purchased some stickers and cell phone             |
|       | 4  | cases.                                                               |
| 01:22PM | 5  | Q        Okay.  And what design or designs did those              |
|       | 6  | products have?                                                       |
|       | 7  | A        They had the LA Lightning mark on it.                       |
|       | 8  | MR. KELLY:  Your Honor, permission to approach          |
|       | 9  | the witness with documents that were premarked as exhibits from     |
| 01:22PM | 10 | the exhibit list.                                                   |
|       | 11 | THE COURT:  Okay.                                        |
|       | 12 | Q        BY MR. KELLY:  Mr. Paley, I'd like to direct your          |
|       | 13 | attention to the trial exhibits premarked 290, 291, and 292.        |
|       | 14 | Let me know when you've had a chance to look at those               |
| 01:23PM | 15 | documents.                                                          |
|       | 16 | A        Yes.                                                        |
|       | 17 | Q        Are you familiar with these documents?                     |
|       | 18 | A        Yes.                                                        |
|       | 19 | Q        What are they?                                              |
| 01:23PM | 20 | A        They're screenshots of items that I purchased.            |
|       | 21 | Q        From where?                                                 |
|       | 22 | A        From the Redbubble website.                                 |
|       | 23 | MR. KELLY:  Your Honor, Brandy Melville moves            |
|       | 24 | into evidence trial documents premarked as 290, 291, and 292.       |
| 01:23PM | 25 | THE COURT:  They will be received.                       |

```
                1           (Marked for identification and received
                2           into evidence Exhibit Nos. 290, 291 and 292.)
                3       Q       BY MR. KELLY:  Mr. Paley, this is page 1 of
                4   Exhibit 290.
01:24PM         5           Do you see that?
                6       A       Yes.
                7       Q       Is that the LA Lightning mark that you were
                8   mentioning?
                9       A       Yes.
01:24PM        10       Q       I'm going to direct you to page 1 of Exhibit 291.
               11   Could you read what the title of that page is?
               12       A       Los Angeles California iPhone case and cover.
               13       Q       What logo do you see in the top left-hand corner?
               14       A       Redbubble.
01:24PM        15       Q       And what marks on the cell phone case?
               16       A       The Los Angeles mark.
               17       Q       The Los Angeles Lightning mark?
               18       A       Los Angeles Lightning mark, yes.
               19       Q       I'm going to take you -- same thing, Exhibit 292.
01:24PM        20   What mark do you see on that?
               21       A       The same mark, the Los Angeles Lightning mark.
               22       Q       Mr. Paley, I'd like to direct your attention to
               23   the document premarked Exhibit 295.
               24       A       Yes.
01:25PM        25       Q       And what is this document?
```

```
 1          A       This is the confirmation page on the Redbubble

 2    website for the items that I purchased.

 3                  MR. KELLY:  Your Honor, Brandy Melville moves

 4    into evidence the document premarked as trial Exhibit 295.

 5                  THE COURT:  It will be received.

 6                  (Marked for identification and received

 7                  into evidence Exhibit No. 295.)

 8          Q       BY MR. KELLY:  Mr. Paley, what logo do you see in

 9    the top left corner?

10          A       Redbubble website logo.

11          Q       Do you see your name?

12          A       Yes.

13          Q       And where were these products being shipped?

14          A       To our office in Century City.

15          Q       Directing you to page 2, these are some of the

16    pictures of the items you purchased; is that right?

17          A       Yes.

18          Q       And they all have the same mark; is that right?

19          A       Yes.

20          Q       Did you ever receive your order?

21          A       Yes, I did.

22          Q       I'd like to direct your attention to the document

23    premarked as Exhibit 296.

24          A       Yes.

25          Q       And what is Exhibit 296?
```

01:25PM (line 5)
01:25PM (line 10)
01:25PM (line 15)
01:26PM (line 20)
01:26PM (line 25)

```
         1       A       These are the envelopes that the items that I

         2  purchased came in the mail.

         3       Q       And are there other things in there as well,

         4  other pictures?

01:27PM  5       A       Yes.  Yes.  There's actual pictures of the

         6  stickers just as they were received.

         7               MR. KELLY:  Okay.  Your Honor, Brandy Melville

         8  moves Exhibit 296 into evidence.

         9               THE COURT:  It will be received.

01:27PM  10              (Marked for identification and received

         11              into evidence Exhibit No. 296.)

         12      Q       BY MR. KELLY:  What name do you see on those

         13  envelopes?

         14      A       Redbubble.

01:27PM  15      Q       And this is a picture of one of the products that

         16  you purchased from the Redbubble website?

         17      A       Yes.

         18      Q       And another one?

         19      A       Yes.

01:27PM  20      Q       And other ones?

         21      A       Yes.  Yes.

         22      Q       I'd like to direct your attention to the document

         23  premarked 343.

         24      A       Yes.

01:27PM  25      Q       What is the document premarked 343?
```

```
         1        A        These are the cell phone cases that I purchased.

         2                 MR. KELLY:  Your Honor, Brandy Melville moves

         3     into evidence the document premarked trial Exhibit 343.

         4                 THE COURT:  It will be received.

01:28PM  5            (Marked for identification and received

         6            into evidence Exhibit No. 343.)

         7        Q        BY MR. KELLY:  Mr. Paley, this is what you

         8     received when you made a purchase on the Redbubble website?

         9        A        Yes.

01:28PM  10       Q        And what is this page 2 of Exhibit 343?

         11       A        These are stickers I think that came in the

         12    package, Redbubble's package.

         13       Q        With the cell phone cases; is that right?

         14       A        Yes.

01:28PM  15       Q        All right.  Mr. Paley, have you taken snapshots

         16    of designs on the Redbubble website?

         17       A        Yes, I have.

         18       Q        Ones that say "Brandy" or "Brandy Melville"?

         19       A        Yes.

01:28PM  20       Q        All right.  And when did you do that?

         21       A        I have done that from April and May all the way

         22    until this year in March.

         23       Q        Were all those snapshots taken after this lawsuit

         24    was filed?

01:29PM  25       A        Yes.
```

1       Q       And approximately how many in total did you take?

2       A       I have taken somewhere between 20 and 50

3    screenshots.

4       Q       In the interest of avoiding unnecessary

01:29PM   5    repetition, we won't go through all of those.  But if you could

6    go -- just a couple samples, the document premarked trial

7    Exhibit 401, and let me know what that is.

8       A       It's a Brandy Melville sticker.  Butterfly.  Blue

9    butterfly sticker.

01:29PM   10      Q       And did you take the snapshot?

11      A       Yes.

12              MR. KELLY:  Your Honor, Brandy Melville moves

13   into evidence trial Exhibit 401.

14              THE COURT:  It will be received.

01:29PM   15          (Marked for identification and received

16            into evidence Exhibit No. 401.)

17      Q       BY MR. KELLY:  Mr. Paley, can you read the words

18   on that design?

19      A       Yes.  It's says "Brandy Melville."

01:30PM   20      Q       And what's the logo on the top left corner?

21      A       Redbubble.

22      Q       I'd like to direct you to trial Exhibit 404.  If

23   you can please let the jury know what this is.

24      A       This is another Brandy Melville.  It's an

01:30PM   25   American Eagle Prince and Broadway Streets sticker.

241

```
             1      Q       Is this another snapshot you took?

             2      A       Yes.

             3              MR. KELLY:  Your Honor, Brandy Melville moves

             4      into evidence a premarked Exhibit 404.

01:30PM      5              THE COURT:  It will be received.

             6              (Marked for identification and received

             7              into evidence Exhibit No. 404.)

             8      Q       BY MR. KELLY:  Mr. Paley, can you read what the

             9      description is?

01:30PM     10      A       "American Eagle Prince and Broadway Streets

            11      sticker sticker."

            12      Q       And although it's small, if you look at the

            13      design, there's some small text at the top.  Can you read what

            14      that says?

01:31PM     15      A       "Brandymelvilleusa.com."

            16      Q       Mr. Paley, I'd like to direct you to trial

            17      Exhibit 408.  If you can tell the jury, when you can, what that

            18      document is?

            19      A       This is a screenshot from the Redbubble website

01:31PM     20      of a Hampton Sailing sticker.

            21      Q       Is this one that you took as well?

            22      A       Yes.

            23              MR. KELLY:  Your Honor, Brandy Melville moves

            24      into evidence trial Exhibit 408.

01:31PM     25              THE COURT:  It will be received.
```

|   |   |
|---|---|
| 1 | (Marked for identification and received |
| 2 | into evidence Exhibit No. 408.) |
| 3 | Q      BY MR. KELLY:  Can you tell me, Mr. Paley, what |
| 4 | the text in the design says? |

01:31PM

5      A      It says, "Hamptons brandymelvilleusa.com."

6      Q      I'm going to direct you to the bottom of page 1

7 of trial Exhibit 408.  And can you read to me what that says?

8      A      Available on 73 products.

9      Q      Based on your experience on the Redbubble

01:32PM  10 website, if you were to click that, what would you see?

11      A      It would bring you to another page that shows you

12 the products that it's available on.

13      Q      And just above the text that you read, are those

14 some of those products?

01:32PM  15      A      Yes.

16      Q      All right.  I'd like to direct you to trial

17 Exhibit 414 and 416.  When you get a chance, tell me what that

18 is.

19      A      Brandy tiny stickers sticker.

01:32PM  20      Q      And is this a -- pictures of snapshots that you

21 took?

22      A      Yes.

23             MR. KELLY:  Your Honor, Brandy Melville moves

24 into evidence trial Exhibits 414 and 416.

01:32PM  25             THE COURT:  They will be received.

| | | |
|---|---|---|
| | 1 | (Marked for identification and received |
| | 2 | into evidence Exhibit Nos. 414 and 416.) |
| | 3 | Q     BY MR. KELLY:  Mr. Paley, earlier you talked |
| | 4 | about the design on the cell phone stickers. |
| 01:33PM | 5 | Do you remember that? |
| | 6 | A     Yes. |
| | 7 | Q     And do you see the same design in trial |
| | 8 | Exhibit 414? |
| | 9 | A     Yes, I do. |
| 01:33PM | 10 | Q     And I'm going to direct you to trial Exhibit 416 |
| | 11 | which is a zoomed-in image of the sticker. |
| | 12 | A     Yes. |
| | 13 | Q     And do you see the black sticker, the black mini |
| | 14 | sticker? |
| 01:33PM | 15 | A     Yes. |
| | 16 | Q     And what design is on that? |
| | 17 | A     The LA Lightning mark. |
| | 18 | Q     I'd like to direct you back to Exhibit 414 if you |
| | 19 | look at the last page. |
| 01:33PM | 20 | Do you see a timestamp? |
| | 21 | A     Yes. |
| | 22 | Q     What is the date on the timestamp? |
| | 23 | A     November 4, 2020. |
| | 24 | Q     Is that after this lawsuit was filed? |
| 01:34PM | 25 | A     Yes. |

1    Q      All right.  I'd like to direct you to trial

2  Exhibit 421 and 424.  Please tell me what these documents show.

3    A      421 is a Los Angeles 1984 Brandy sticker magnet.

4    Q      And 424, what is that?

01:34PM    5    A      424 looks to be a close-up of the same item.

6           MR. KELLY:  Your Honor, Brandy Melville moves

7  into evidence trial Exhibits 421 and 424.

8           THE COURT:  They will be received.

9           (Marked for identification and received

01:35PM   10           into evidence Exhibit Nos. 421 and 424.)

11    Q      BY MR. KELLY:  Mr. Paley, here is Exhibit 424.

12  Can you tell me what you see in the design?

13    A      It says -- well, Los Angeles 1984 and then

14  brandymelvilleusa.com.

01:35PM   15    Q      If you look at the timestamp at the bottom, what

16  date is that?

17    A      March 31, 2021.

18    Q      And it's just about three months ago?

19    A      Yes.

01:35PM   20    Q      Mr. Paley, I'm going to change to a different

21  topic to some exhibits that you reviewed.

22           In this case, did you review various spreadsheets

23  that Redbubble provided showing certain sales and orders that

24  were made on the Redbubble website?

01:35PM   25    A      Yes, I have.

1    Q      All right.  I'd like to direct you to trial

2    Exhibit 623.

3           Brandy Melville would move trial Exhibit 623 into

4    evidence based on stipulation with Redbubble.

01:36PM  5           THE COURT:  It will be received.

6           (Marked for identification and received

7            into evidence Exhibit No. 623.)

8           MR. MASUR:  Objection to this witness having

9    foundation on it.

01:36PM  10          THE COURT:  Subject to a motion to strike if no

11    foundation is made.

12          Go ahead.

13    Q      BY MR. KELLY:  Mr. Paley, are you familiar with

14    this document?

01:36PM  15    A      Yes.

16    Q      And about how many pages is this?

17    A      86.

18    Q      All right.  What do you understand this document

19    to be?

01:36PM  20    A      This is a document received from opposing

21    counsel.  It's Redbubble's, I guess, database dump of all the

22    sales that have anything to do with Brandy Melville.

23    Q      And if you go to the far right-hand side, there

24    are a few columns.  They're blown up right here.

01:37PM  25          Do you see one that says "retail sale price AUD"?

```
 1          A      Yes.

 2          Q      And "Redbubble service fee AUD"?

 3          A      Yes.

 4          Q      And did you do anything with respect to trial

01:37PM  5  Exhibit 623 and these columns?

 6          A      Yes, I did.  I added these up, these two columns.

 7          Q      All right.  For all the pages?

 8          A      Yes.

 9          Q      In this exhibit?

01:37PM 10          A      Yes.

11          Q      And when you added them up, what numbers did you

12  get?

13          A      For the retail sale prices, 118,500 something.  I

14  can't exactly remember.

01:37PM 15          Q      Is there something that would refresh your

16  recollection?

17          A      Yes.  I did a spreadsheet that has all the

18  numbers that adds them up exactly.

19          Q      And would seeing that help you remember what the

01:37PM 20  exact total of those different columns was?

21          A      Yes.

22                 MR. KELLY:  Your Honor, permission to approach to

23  refresh the recollection of the witness.

24                 THE COURT:  Go ahead.  Through the clerk.

01:38PM 25                 MR. MASUR:  Can I just have clarification for the
```

```
 1    record?  Has this document been produced?

 2              THE COURT:  No.  It's only to refresh his memory.

 3    He's not offering any of this.

 4              Why don't you take a look at that document.

 5    After you look at the document, put it aside.  This is not

 6    evidence.  It is whether or not it refreshes your memory.  All

 7    right.

 8              THE WITNESS:  Yes.

 9              THE COURT:  Go ahead and look at it.

10              THE WITNESS:  (Witness reviewing document.)

11              Yes.

12              THE COURT:  Does that refresh your memory?

13              THE WITNESS:  Yes, it does.

14              THE COURT:  Why don't you put it aside then.

15         Q    BY MR. KELLY:  Mr. Paley, when you had calculated

16    the retail sale price column, what number did you get to?

17         A    118,583.24.

18         Q    Same question for the last -- the far right

19    column, "Redbubble service fee AUD."

20         A    That one I didn't -- okay.  It was 45,500

21    something.

22              Can I look at it again?

23              THE COURT:  You're asking the questions.

24         Q    BY MR. KELLY:  Yes.  If looking at it again --

25              THE COURT:  Look --
```

```
 1                    THE WITNESS:  It's 45 --

 2                    THE COURT:  We don't care what that document

 3          says.  That could be postage stamps as far as I'm concerned.

 4          The only question is, when looking at it, does it refresh your

 5          memory as to what the number is?

 6                    THE WITNESS:  Yes, it does.

 7                    THE COURT:  What is the number?

 8                    THE WITNESS:  45 --

 9                    THE COURT:  We don't want you reading it.  It's

10          not in evidence.  We just want to know, when looking at it,

11          does it actually refresh your memory?

12                    THE WITNESS:  It does.

13                    THE COURT:  Put it aside.  You can't testify from

14          a document that is not in evidence.

15                    THE WITNESS:  Yes.  $45,549.

16                    THE COURT:  Okay.  Thank you.

17                    MR. KELLY:  I'd like to turn to Exhibit 628.

18                    MR. MASUR:  Move to strike that, Your Honor, for

19          lack of foundation.

20                    THE COURT:  Overruled.

21          Q       BY MR. KELLY:  Trial Exhibit 628.  Mr. Paley, if

22          you can tell me what that document is or your understanding of

23          what that document is.

24          A       It is another large pdf that has a list of all

25          the Brandy Melville -- Brandy Heart Melville mark on its
```

01:39PM (line 5)
01:39PM (line 10)
01:39PM (line 15)
01:39PM (line 20)
01:40PM (line 25)

```
 1   products, all the sales from that particular mark.

 2        Q      Did you add up all the numbers in the "retail

 3   sale price AUD" in that column?

 4        A      Yes.

 5        Q      Likewise, for the "Redbubble service fee AUD"

 6   column?

 7        A      Yes.

 8        Q      Do you remember what the sums were when you added

 9   those up?

10        A      Not off the top of my head, I don't.  It was --

11        Q      Would something refresh your recollection?

12        A      Yes.  I did the same for those other

13   spreadsheets.

14        Q      You took notes of your calculation?

15        A      Yes.  Yes.

16               MR. KELLY:  Your Honor, permission to approach to

17   refresh the witness's recollection.

18               THE COURT:  Yes.

19               MR. KELLY:  Thank you.

20               THE COURT:  Okay.

21        Q      BY MR. KELLY:  Mr. Paley, did that refresh your

22   recollection?

23        A      Yes.

24        Q      So for trial Exhibit 628, what was the total when

25   you calculated all the numbers in the "retail sale price AUD"
```

1       column?

2              A        $8,133 or something like that.

3              Q        Okay.  And, likewise, for the "Redbubble service

4       fee AUD" column?

01:41PM    5              A        It was 3,000 and some dollars.

6              Q        Would looking at it one more time help refresh

7       your recollection?

8              A        Yes.  $3,459.

9              Q        And, finally, I'd like to turn to trial

01:42PM   10       Exhibit 634.

11                     Your Honor, I don't think I have moved this into

12       evidence, but we would move Exhibit 628 into evidence based on

13       a stipulation with Redbubble.

14                     THE COURT:  How many pages?

01:42PM   15                     MR. KELLY:  It's a spreadsheet.  I believe

16       30 pages, Your Honor.

17                     THE COURT:  It will be denied.  You can only

18       introduce pages that have actually been testified to by a

19       witness in front of the jury.  I don't know if you need it or

01:42PM   20       not.  But if you want the exhibit in, the only exhibits that

21       come in to the jury in the jury room are pages that have

22       actually been testified to by the witness.

23                     Next question.

24              Q        BY MR. KELLY:  Mr. Paley, your calculation of the

01:42PM   25       sums for trial Exhibit 628, was that based on calculating all

| | |
|---|---|
| 1 | the numbers on -- in that column through the entire exhibit? |
| 2 | A    Yes. |
| 3 | Q    And did your calculation rely on all the pages in |
| 4 | that exhibit to come to the total sum? |
| 01:43PM 5 | A    Yes. |
| 6 | MR. KELLY:  Your Honor, we would move again to |
| 7 | admit trial Exhibit 628. |
| 8 | THE COURT:  Denied.  Next question. |
| 9 | Q    BY MR. KELLY:  Mr. Paley, do you have |
| 01:43PM 10 | Exhibit 634? |
| 11 | A    Yes. |
| 12 | Q    How many pages is that? |
| 13 | A    There are nine pages. |
| 14 | Q    Okay.  And are you familiar with this exhibit? |
| 01:43PM 15 | A    Yes, I am. |
| 16 | Q    And you reviewed it? |
| 17 | A    Yes. |
| 18 | Q    What do you understand it to be? |
| 19 | A    It's another one of those database dumps of all |
| 01:43PM 20 | the items that were sold by Redbubble with the Los Angeles mark |
| 21 | on them. |
| 22 | Q    What is the number on the last page? |
| 23 | A    It's hard to see because it is very small. |
| 24 | Q    What page number is that?  Trial |
| 01:44PM 25 | Exhibit 634-00 -- |

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
|    | 1  | A        9.                                                   |
|    | 2  | Q        Looking on page 9, do you see there is an area       |
|    | 3  | where it adds up all the numbers in the two columns that we  |
|    | 4  | have been speaking of?                                        |
| 01:44PM | 5 | A        Yes.                                            |
|    | 6  | Q        All right.  What is the total dollar amount in       |
|    | 7  | the "retail sale price AUD" column?                           |
|    | 8  | A        $4,228.91.                                           |
|    | 9  | Q        And the total dollar amount for the "Redbubble       |
| 01:44PM | 10 | service fee AUD" column in trial Exhibit 634?               |
|    | 11 | A        $1,475.52.  It's hard to see.  It's really small.    |
|    | 12 | MR. KELLY:  Okay.  Your Honor, Brandy Melville               |
|    | 13 | moves into evidence the last page, page 9 of trial Exhibit 634. |
|    | 14 | THE COURT:  It will be received.                            |
| 01:44PM | 15 | (Marked for identification and received                    |
|    | 16 | into evidence Exhibit No. 634, page 9.)                      |
|    | 17 | MR. KELLY:  No further questions, Your Honor.               |
|    | 18 | THE COURT:  Okay.  Cross.                                    |
|    | 19 | **CROSS-EXAMINATION**                                        |
| 01:44PM | 20 | BY MS. KUHN:                                                |
|    | 21 | Q        Hello.  First, let's take a look at the last        |
|    | 22 | document you were talking about, 634, trial Exhibit 634.  Let's |
|    | 23 | look at page 1.  I'd like you to look at the very first listing |
|    | 24 | on the top.                                                   |
| 01:45PM | 25 | What does it say the work creation date for that           |

1    mark is?

2         A       Work creation date, that says June 29, 2018.

3         Q       All right.  Do you happen to know when the

4    trademark for the Los Angeles Lightning logo was issued by the

5    Patent & Trademark Office?

6         A       Not off the top of my head.

7         Q       Actually, go over one, two, three, four, five,

8    six, seven columns.  There's a column that is entitled "removal

9    date."

10                What was the removal date for that product?

11        A       It says 2019, May 29.

12        Q       Okay.  So let's -- let's step ahead.

13                So this database -- it looks like this listing it

14   starts June 2018; correct?

15        A       Yes.

16        Q       So then let's go ahead -- let's step ahead to

17   page 6 of trial Exhibit 634, and I'd like you to look at the

18   second listing from the bottom.  Does that listing say where

19   that product was sold -- I'm sorry -- where that product was

20   uploaded from?  If you go over four or five -- I'm sorry.

21                Do you see where it says "Netherlands"?

22        A       Yes.

23        Q       All right.  Thank you.

24                So let's go back to trial Exhibit 623.  I'd like

25   you to take a look at trial Exhibit 623, page 11.  We're going

01:46PM (line 5)
01:46PM (line 10)
01:46PM (line 15)
01:47PM (line 20)
01:47PM (line 25)

|  | 1 | to look at the fourth row from the bottom. |
|---|---|---|
|  | 2 | Again, where was that image uploaded from?  Do |
|  | 3 | you see where it says "Canada"? |
|  | 4 | A    Yes. |
| 01:48PM | 5 | Q    All right. |
|  | 6 | And then you see that in three columns over that |
|  | 7 | it was taken down.  Next couple columns it says "Take down |
|  | 8 | notice." |
|  | 9 | A    Yes.  I see "Take down notice moderation." |
| 01:48PM | 10 | Q    I'd like you to look at the very top column, the |
|  | 11 | very first listing in trial Exhibit 623.  What is the date on |
|  | 12 | that listing? |
|  | 13 | A    Excuse me.  What is the date? |
|  | 14 | Q    What is the date? |
| 01:49PM | 15 | A    Of the work creation date? |
|  | 16 | Q    Yes. |
|  | 17 | A    It's February 15, 2016. |
|  | 18 | Q    And do you happen to know the date that your law |
|  | 19 | firm sent notice to Redbubble on behalf of Y.Y.G.M.? |
| 01:49PM | 20 | A    I don't know that date. |
|  | 21 | Q    All right.  Would you be surprised if I told you |
|  | 22 | it was two years after that date right there? |
|  | 23 | A    I guess. |
|  | 24 | Q    So let's go back to -- let's go back to your |
| 01:49PM | 25 | purchases on the Brandy Melville website and your pictures of |

marks from the Brandy Melville website.

You purchased Los Angeles Lightning stickers and phone cases; right?

A    Correct.

Q    You did not purchase any clothing with the Los Angeles Lightning graphic on it; correct?

A    Correct.

Q    All right.  Your stickers, did any of them include the Brandy Heart Melville or the Brandy Flag Melville logo that is represented in the registered marks?

A    No.  I only purchased the LA Lightning mark stickers and cell phone cases.

Q    So you purchased the LA Lightning stickers but did not purchase them on clothing?

A    Yes.

Q    I'd like you to take a look at Exhibit No. 408, first page.  Please look down at the bottom and see what the -- do you see the two male models in T-shirts modeling the clothing there?

A    Yes.

Q    All right.  One more question.  Let's step back to Exhibit 404.  So that's the Eagle logo.

Do you see any artwork in this courtroom that is similar to that logo?

MR. KELLY:  Objection.  Vague, Your Honor.

|  | 1 | THE COURT:  Sustained. |
|---|---|---|
|  | 2 | Q      BY MS. KUHN:  I'm going to ask -- I'm going to |
|  | 3 | direct your attention to directly behind His Honor, the great |
|  | 4 | seal of the United States displayed on the wall. |
| 01:51PM | 5 | Is that in its way very similar to the seal |
|  | 6 | displayed on the Brandy logo? |
|  | 7 | MR. KELLY:  Same objection. |
|  | 8 | THE COURT:  Overruled. |
|  | 9 | THE WITNESS:  It's not exactly the same but -- |
| 01:51PM | 10 | Q      BY MS. KUHN:  Not exactly the same, but it's |
|  | 11 | similar? |
|  | 12 | A      It has some similarity, but it's different. |
|  | 13 | MS. KUHN:  Thank you. |
|  | 14 | THE COURT:  Thank you. |
| 01:52PM | 15 | Redirect? |
|  | 16 | MR. KELLY:  Yes, Your Honor. |
|  | 17 | **REDIRECT EXAMINATION** |
|  | 18 | BY MR. KELLY: |
|  | 19 | Q      Mr. Paley, the seal that you just looked at, did |
| 01:52PM | 20 | it say brandymelvilleusa.com? |
|  | 21 | A      Yes. |
|  | 22 | Q      And does the seal on the wall in this room say |
|  | 23 | brandymelvilleusa.com? |
|  | 24 | MR. KELLY:  That is all, Your Honor. |
| 01:52PM | 25 | THE COURT:  All right.  Any recross in that area? |

```
 1                    Okay.  You may step down then.

 2                    Next witness.

 3                    MR. KELLY:  We will call Ms. Madison Elkins.

 4                    THE COURT:  Okay.

 5                    THE CLERK:  Do you solemnly swear that the

 6      testimony you shall give in the cause now before this Court

 7      shall be the truth, the whole truth, and nothing but the truth,

 8      so help you God?

 9                    THE WITNESS:  I do.

10                    THE CLERK:  Thank you.  Please be seated.

11                    Please state your full name and spell your last

12      name.

13                    THE WITNESS:  Madison Elkins, E-l-k-i-n-s.

14                    THE COURT:  Okay.  Thank you.

15                    Counsel, you may inquire.

16                              MADISON ELKINS,

17                    CALLED BY THE PLAINTIFF, WAS SWORN.

18                         DIRECT EXAMINATION

19      BY MR. KELLY:

20           Q    Ms. Elkins, where do you work?

21           A    I work at Brandy Melville.

22           Q    What is your position?

23           A    I am the regional manager for the East Coast

24      stores.

25           Q    How long have you been at Brandy Melville?
```

1        A        About nine years now.

2        Q        Would you briefly describe for the jury your work

3   experience and responsibilities at Brandy Melville.

4        A        So I started out as a sales associate at our

01:53PM   5   Topanga store which was in Canoga Park, California close to my

6   hometown.  Since then I moved my way up in the company.  I went

7   to -- from visual manager to regional manager of the West Coast

8   stores, and now I am currently the East Coast regional manager

9   working out of a flagship store in New York City.

01:54PM   10        Q        Would you briefly describe the parts of the

11   business that you are experienced with?

12        A        I am experienced with many aspects of the brand.

13   I specialized in individual merchandising for many years, and I

14   work on the floor with our customers every day.

01:54PM   15        Q        And how would you describe Brandy Melville brand?

16        A        I would describe it as cool, trendy clothing and

17   accessories for younger girls and women, quality products,

18   affordable price.

19        Q        And why do you consider it trendy or cool?

01:55PM   20        A        The brand is super, super popular, super hyped

21   right now.  It's pretty cool that our customers and these

22   teen-aged girls and young women can actually buy the same

23   authentic product as their favorite celebrities and

24   influencers, and I think that's pretty cool.

01:55PM   25        Q        Brandy Melville sells T-shirts?

1      A      Yes, we do.

2      Q      Can you kind of describe the T-shirts that

3  Brandy Melville sells?

4      A      So we sell two types of T-shirts.  We've got

01:55PM  5  basic T's, and we've got graphic T's.  Basic T's, plain

6  T-shirt.  And a graphic T-shirt is one of our Brandy Melville

7  basic T-shirts, however, it has Brandy Melville original

8  artwork printed on it.

9            MR. KELLY:  Your Honor, permission to approach

01:55PM  10  the witness with exhibits that have been on the trial exhibit

11  list.

12            THE COURT:  Yes.

13      Q      BY MR. KELLY:  I would direct you to Exhibit 223.

14  I would direct you to page 153.

01:56PM  15            THE CLERK:  Counsel, 223?

16            MR. KELLY:  Exhibit 223, page 153.

17      Q      Ms. Elkins, is page 153 an example of a graphic

18  T-shirt from Brandy Melville?

19      A      Yes, it is.  I am very familiar with this

01:57PM  20  graphic.

21            MR. KELLY:  Your Honor, we would move page 153 of

22  trial Exhibit 223 into evidence.

23            THE COURT:  It will be received.

24          (Marked for identification and received

01:57PM  25            into evidence Exhibit No. 223, page 153.)

|         | 1  | Q       BY MR. KELLY:  Ms. Elkins, between T-shirts and |
|         | 2  | graphic T-shirts, is one more popular than the other with |
|         | 3  | Brandy Melville customers? |
|         | 4  | A       Yes. |
| 01:57PM | 5  | Q       Which of the two is more popular? |
|         | 6  | A       I'm sorry? |
|         | 7  | Q       Just generally between T-shirts and graphic |
|         | 8  | T-shirts. |
|         | 9  | A       Graphic T-shirts definitely. |
| 01:57PM | 10 | Q       Okay.  I'm going to direct you to page 96 of |
|         | 11 | Exhibit 223 and ask if this is an example of another graphic |
|         | 12 | T-shirt at Brandy Melville. |
|         | 13 | A       I'm sorry.  What page am I going to? |
|         | 14 | Q       96. |
| 01:58PM | 15 | A       Yes.  I am familiar with this graphic. |
|         | 16 | Q       Is this a picture of a graphic T-shirt from |
|         | 17 | Brandy Melville? |
|         | 18 | A       Yes, it is. |
|         | 19 | MR. KELLY:  Your Honor, Brandy Melville would |
| 01:58PM | 20 | move into evidence page 96 of Exhibit 223. |
|         | 21 | THE COURT:  It will be received. |
|         | 22 | (Marked for identification and received |
|         | 23 | into evidence Exhibit No. 223, page 96.) |
|         | 24 | Q       BY MR. KELLY:  Ms. Elkins, in your experience |
| 01:58PM | 25 | working at Brandy Melville, does the store ever sell out of |

261

```
 1   clothes or designs?

 2        A     Yes.  We sell out all the time.  I could put a

 3   product on the floor Saturday morning, and by the afternoon

 4   we're sold out.

 5        Q     And on a given day, what would be the most

 6   popular thing at Brandy Melville?

 7        A     Mostly we have girls coming in and showing us

 8   photos of their favorite celebrities wearing Brandy Melville

 9   all the time.  So Hailey Bieber, Kaia Gerber are seen wearing a

10   Brandy Melville T-shirt, that is going to be the most popular

11   at that time.

12        Q     Now I'm going to change topics and put up an

13   image that has been already admitted into evidence, trial

14   Exhibit 7.

15              Ms. Elkins, do you recognize this design?

16        A     Yes, I do.

17        Q     It is the LA Lightning mark?

18        A     Yes, it is.

19        Q     How long has Brandy Melville used the

20   LA Lightning mark?

21        A     I have seen this for a few years now.

22        Q     Okay.  And is this a graphic that would be on a

23   graphic T-shirt?

24        A     Yes, it is.  Graphic T-shirt, stickers, hats.

25        Q     In your experience, how have Brandy Melville's
```

01:59PM — line 5
01:59PM — line 10
01:59PM — line 15
01:59PM — line 20
02:00PM — line 25

1  customers responded to the LA Lightning mark?

2      A      So this is one of our most popular designs.

3  Girls go absolutely crazy for this.  We not only sell it on

4  shirts, we -- at our Santa Monica flagship, we actually have a

02:00PM  5  huge mural of this exact graphic.  I can't tell you how many

6  times I have seen girls line up to take photos in front of this

7  graphic tagged on Instagram "Brandy Melville" in which some of

8  those posts I actually saw recently.

9      Q      How recently?

02:00PM  10     A      I could still find them on Instagram yesterday

11  actually.

12     Q      Okay.  And based on your experience working at

13  Brandy Melville and interacting with its customers, is it your

14  belief that Brandy Melville's customers associated the

02:01PM  15  LA Lightning mark with the brand?

16     A      Oh, yes.  Definitely.

17            THE COURT:  Okay.  You've answered the question.

18     Q      BY MR. KELLY:  Have you seen anything on the

19  Redbubble website that suggests that people associate the

02:01PM  20  LA Lightning mark with the Brandy Melville brand?

21     A      I have.

22     Q      Okay.  And can you describe what makes you say

23  that?

24     A      Yes.  This weekend I actually saw a graphic that

02:01PM  25  looked very similar to this.  However, instead of Los Angeles,

```
 1    it said "Central Florida."  And in the description it was both

 2    described and tagged as "Brandy inspired."

 3                   MR. KELLY:  Your Honor, permission to publish an

 4    exhibit that would just be a demonstrative and not be in

 5    evidence sent back with the jury.

 6                   MR. MASUR:  Can we see a copy first?

 7                   THE COURT:  Yes.  Show it to counsel first.

 8                   This would be for demonstrative purposes,

 9    counsel?

10                   MR. KELLY:  Yes, Your Honor.

11                   Permission to approach?

12                   THE COURT:  Yes.  This is just for demonstrative

13    purposes.  You can publish it.

14                   MR. KELLY:  Okay.  Thank you.

15                   THE COURT:  You don't have to give it to the

16    witness.

17         Q       BY MR. KELLY:  Ms. Elkins, this would be marked

18    plaintiff's demonstrative 1.

19                   Do you recognize this document?

20         A       I recognize this page, yeah.

21         Q       Is that the page that you were just describing?

22         A       Yeah, it is.

23         Q       And it says in the title there, "UCF Central

24    Florida Brandy inspired lightning sticker."

25                   Do you see that?
```

02:01PM  (line 5)
02:02PM  (line 10)
02:02PM  (line 15)
02:02PM  (line 20)
02:02PM  (line 25)

```
          1            A       Yes, I do.

          2            Q       Do you see the design there or the logo from the

          3   Redbubble web page?

          4            A       Yes.

02:03PM   5            Q       Would you say that is similar to the LA Lightning

          6   mark?

          7            A       Yes.  Very similar.

          8            Q       You said that you saw that just a couple days

          9   ago?

02:03PM  10            A       Yes.

         11            Q       I would direct you to the timestamp at the

         12   bottom.  Can you read the date off?

         13            A       June 20th, 2021.

         14            Q       Would you say that this suggests that at least

02:03PM  15   this user of the Redbubble website associates the LA Lightning

         16   mark with Brandy Melville?

         17            A       Yes, I agree.

         18                    MR. MASUR:  Objection, Your Honor.

         19                    THE COURT:  Sustained.

02:03PM  20            Q       BY MR. KELLY:  Ms. Elkins, is the LA Lightning

         21   mark currently being sold in the Brandy Melville store?

         22            A       I haven't seen it in the store recently, but I do

         23   anticipate it will come back.

         24            Q       Why do you say that?

02:03PM  25            A       You know, a lot of the times we will
```

```
 1  intentionally stop a graphic in cycle.  It almost builds

 2  anticipation for the graphic so it's not overused, not

 3  overplayed.  When we bring it back, you know, there's a lot of

 4  excitement for that.

 5       Q     Has Brandy Melville done that with other designs,

 6  popular designs?

 7       A     Yes, they have.

 8       Q     Can you give us an example?

 9       A     We have this graphic.  It says "honey" in gold.

10  That was a big one for us.  We -- it was a top seller.  We

11  stopped using it in cycle, say, for even a year or so.  I can't

12  tell you how many times customers would come into the store

13  every day asking for the honey shirt, asking for the honey

14  shirt, asking for the honey shirt.  When we finally came and

15  brought the honey shirt back, that was sold out in hours.

16       Q     In your experience working at Brandy Melville,

17  have customers said that to you about the LA Lightning mark?

18       A     Oh, yeah.  We have people asking for it all the

19  time.

20       Q     So we just looked at a posting from the Redbubble

21  website.  Have you -- let me just ask you generally.  You have

22  been on the Redbubble website?

23       A     Yes, I have.

24       Q     Can you briefly describe what you have done on

25  the Redbubble website?
```

1      A      Typed in the search bar "Brandy Melville,"

2  "Brandy inspired," "Brandy Melville stickers," and you get a

3  bunch of hits of several, several graphics that I recognized

4  from our stores.

02:05PM   5      Q      Did you do that last week?

6      A      Yes, I did.

7      Q      When you did that, what did you see?

8      A      Couple thousand hits of our graphics and graphics

9  that weren't ours but used Brandy Melville to pop up in that

02:05PM  10  search.

11             MR. KELLY:  Your Honor, we'd like to mark as just

12  a demonstrative plaintiff's demonstrative 2.

13             THE COURT:  Okay.  Okay, counsel.  You may

14  proceed.

02:06PM  15      Q      BY MR. KELLY:  I'm going to put up what is

16  plaintiff's demonstrative 2.

17             Ms. Elkins, can you describe what this is?

18      A      Yes.  That is a Chill Since Brandy Melville

19  graphic being sold as a huge sticker that we would never

02:06PM  20  actually sell.

21      Q      And who is selling it?  Is it Brandy Melville or

22  someone else?

23      A      It looks like Chris R-y-d-z by Redbubble.

24      Q      I'm going to show you what has been marked as

02:07PM  25  plaintiff's demonstrative Exhibit 3.

```
 1                    THE COURT:  Counsel, go ahead.

 2         Q      BY MR. KELLY:  This is plaintiff's demonstrative

 3    Exhibit 3.  I will zoom in for the design here.

 4                Do you recognize that design?

 5         A      Yes, I do.

 6         Q      What is that?

 7         A      It is a Heaven Sent Brandy Melville graphic.

 8         Q      This is on Redbubble website?

 9         A      Yes.  It is on Redbubble website.

10         Q      I'd like to go back to your binder and look at a

11    page -- trial Exhibit 223, page 69 and 70.  Let me know when

12    you have had a chance to review that.

13         A      I see it.

14         Q      And what is on page 69 and 70?

15         A      This is the authentic Heaven Sent graphic from

16    Brandy Melville's website.

17                MR. KELLY:  Your Honor, Brandy Melville moves

18    into evidence trial exhibit -- pages 69 and 70 of trial

19    Exhibit 223.

20                THE COURT:  It will be received.

21             (Marked for identification and received

22              into evidence Exhibit No. 223, pages 69 and 70.)

23         Q      BY MR. KELLY:  Here is page 69.  What is this

24    again?

25         A      This is the Brandy Melville authentic Heaven Sent
```

```
                1   graphic on a Brandy Melville hoodie sold through our website.
                2        Q       And this is Exhibit 70, a closer image of that;
                3   right?
                4        A       Yes.
02:09PM         5        Q       And going back to the demonstrative, do they look
                6   similar to you?
                7        A       Yes.  They look the same.
                8        Q       And looking at the timestamp on the demonstrative
                9   exhibit, can you read what that date is?
02:09PM        10        A       6/16/2021.
               11        Q       That is last week; right?
               12        A       Yes.
               13        Q       Ms. Elkins, based on your experience at
               14   Brandy Melville, do you believe that Redbubble sale of these
02:10PM        15   designs is in any way harmful to the Brandy Melville brand?
               16        A       Yes.
               17        Q       Can you tell me why you believe that?
               18        A       You know, we take pride in our authenticity of
               19   our product, and it seems that Redbubble is just making
02:10PM        20   knockoffs of our brand, and that is not fair for our customers
               21   receiving a knockoff item that is not actually Brandy Melville.
               22        Q       Going back to the LA Lightning mark, you said
               23   that has not been -- it goes in and out of circulation; is that
               24   right?
02:10PM        25        A       Yes.  That is right.  And, you know, that really
```

1    hurts our strategy with that when this graphic is being readily

2    available for people to buy the knockoff version when we have

3    been saving the real copy for when we want to rerelease it.

4              MR. KELLY:  No further questions, Your Honor.

02:11PM    5              THE COURT:  Okay.  Cross-examination.

6                        **CROSS-EXAMINATION**

7    BY MS. KUHN:

8         Q    Good morning.  Before we -- to get started, you

9    said that you were -- you work for Brandy Melville; right?

02:11PM   10         A    Yes, I do.

11         Q    I just want to clarify.  You do not actually work

12    for the plaintiff in this lawsuit which is Y.Y.G.M.; right?

13         A    I work for Brandy Melville.

14         Q    You work for Brandy Melville, not Y.Y.G.M.;

02:11PM   15    right?

16         A    I work for Brandy Melville.

17         Q    Okay.  Let's start out with Exhibit 7.  I would

18    like to zoom in on the bottom where it says -- do you see where

19    it says "No claim is made" -- it says, "No claim is made to the

02:11PM   20    exclusive right to use the following, apart from the mark as

21    shown Los Angeles California 1984."

22              Right?

23         A    I can see it says that.

24         Q    You see that it says that.  Okay.

02:12PM   25              So your employer Brandy Melville -- you said you

```
 1    have worked there for nine years now?

 2         A      About nine years, yes.

 3         Q      About nine years.

 4                Have you ever worked for any other employer or

 5    just Brandy Melville?

 6         A      Just Brandy Melville.

 7         Q      And you started out as a sales rep and then moved

 8    to be a key holder, according to your deposition, and then a

 9    visual manager, a regional manager for the West Coast, and then

10    regional manager for the East Coast; right?

11         A      That is correct.

12         Q      All right.  And you were in court last week when

13    you heard Mr. Rianna testify that clothes were made in Italy?

14         A      Yes.

15         Q      Do you also sell clothes made in China?

16         A      We do sell some products from China.

17         Q      All right.  So you also heard Mr. Rianna testify

18    that Brandy Melville may have sold stickers in the past.  In

19    your time at Brandy Melville, have you ever sold a sticker?

20         A      In my time I haven't sold a sticker.

21         Q      Have you seen anyone else sell a sticker?

22         A      I'm not sure.

23         Q      So let's start with trial Exhibit 288.

24                Do you see Brandy Melville's registered trademark

25    anywhere on this exhibit?
```

1        A       Yes, I do.

2        Q       Do you see anywhere where Brandy Melville has put

3    like a little circle with "R" or "TM" anywhere near its marks?

4        A       I just see Brandy Melville's trademark.

02:13PM    5        Q       All right.  Have you ever seen -- the

6    LA Lightning mark that we just looked at trial Exhibit 7, have

7    you ever seen that sewn into a piece of clothing or on a

8    hangtag like this?

9        A       I'm not sure.

02:14PM    10        Q       You're not sure?  You worked there for nine

11    years, and you're not sure if you've ever seen one?

12        A       Nine years is a long time.

13        Q       Have you ever seen Brandy Melville put a little

14    circle "R" or a "TM" on any sticker that it sold?

02:14PM    15        A       I'm not sure.  We could have.

16        Q       All right.  Sorry.  I'm just going to ask you

17    generally.

18                Have you ever -- can you recall any time ever

19    seeing Brandy Melville the heart logo, the flags logo, or the

02:14PM    20    lightning logo anywhere through Brandy Melville with a "TM" or

21    "R"?

22        A       I'm not sure.  I'm not really looking for that

23    usually.

24        Q       All right.  So let's talk a little bit about the

02:15PM    25    graphic T-shirts.

1          I'd like to go back to your demonstrative, and I

2    think I'm going to need to go back to the camera.  So we took a

3    look at this demonstrative before.  You provided it to us.

4    This is the Chill Since.

02:15PM    5          A     Uh-huh.

6          Q     I would like you to read what is right underneath

7    the artist's name there at the bottom of the page.

8          A     Which one am I reading?

9          Q     So right there.  You testified that you saw

02:15PM   10    Chris R-y-d-z as the artist's name.  What is that right there?

11          A     Well, because I got confused.  I was confused

12    because it says right here "designed."

13          Q     At the bottom where it says where the artist

14    lives.

02:16PM   15          A     In Toronto, Canada.

16          Q     Right.  We're going to the back page of your

17    demonstrative.

18          Do you see what it says there, "Report

19    content/copyright infringement"?

02:16PM   20          A     Yes.  I see that.

21          Q     When you looked this up, did you report it?

22          A     I didn't.

23          Q     Excuse me?

24          A     I didn't.

02:16PM   25          Q     You did or did not?

```
          1           A      I didn't look this up.

          2           Q      You didn't look this up.  I'm sorry.

          3                  Do you know if your lawyers reported it on your

          4    behalf?

02:16PM   5           A      I'm not sure.

          6           Q      I have one more question about the camera.

          7                  Let's take a look at the Heaven Sent.  Do you see

          8    the Heaven Sent design here, you're seeing it -- the primary

          9    picture is a Heaven Sent on a woman, but underneath it you see

02:17PM  10    at least three of the models are men; correct?

         11           A      I see that.

         12           Q      All right.  Thank you.

         13                  Let's go on.  We're going to turn to a question

         14    that you were asked in a deposition about the one-size policy.

02:17PM  15    You testified that Brandy Melville has a one-size policy and

         16    that is one size per product.

         17                  Can we see trial Exhibit 288, please?  I'm sorry.

         18    228.

         19                  MR. KELLY:  Scope and also plaintiff's motion in

02:17PM  20    limine.

         21                  THE COURT:  Counsel, little louder.

         22                  MR. KELLY:  Scope and plaintiff's motion in

         23    limine.

         24                  MS. KUHN:  We are --

02:17PM  25                  THE COURT:  One person at a time.  Scope and?
```

```
 1              MR. KELLY:  Motion in limine.

 2              MS. KUHN:  So the argument I'm making here has

 3   nothing to do with the scope of that motion in limine.  It has

 4   to do with initial confusion.

 5              THE COURT:  Okay.  Overruled.

 6        Q     BY MS. KUHN:  222.  So you testified that

 7   Brandy Melville has a one-size policy that is one size per

 8   product; right?

 9        A     I'm not sure if I used the word "policy."

10              MS. KUHN:  Can we see her deposition, page 128?

11              "Each product that we make comes in one size.

12   There are, however, different styles that we produce.  There

13   are some that are large.  There are some that are extra large.

14   There are some that are small."

15        Q     You testified to that one size.

16              THE COURT:  Is that a question?

17              MS. KUHN:  Yes.

18        Q     BY MS. KUHN:  Did you testify?

19        A     I did not say that there was a one-size policy.

20   I was simply asked a question.

21        Q     Right.  And you testified that every single

22   product comes in one size; right?

23        A     We have many, many styles of T-shirts and items

24   at Brandy Melville.

25        Q     I do not deny.  We have seen many of the T-shirt
```

|      |                                                                                            |
|------|--------------------------------------------------------------------------------------------|
| 1    | styles.  So for your loyal fans who will drive hours to go to a                             |
| 2    | store opening, like Mr. Rianna said, who are a very engaged                                 |
| 3    | customer base, like Mr. Rianna said, they know about the                                    |
| 4    | one-size policy; right?                                                                     |
| 5    | A       They know that each style is one size --                                            |
| 6    | Q       Right.  They --                                                                     |
| 7    | THE COURT:  I'm sorry.  Counsel, let the -- two                                             |
| 8    | people can't speak at the same time and expect the reporter to                             |
| 9    | take it down.  Let her finish her answer, and we will go back                              |
| 10   | to you.                                                                                     |
| 11   | THE WITNESS:  Yes.  Our customers or fan base                                              |
| 12   | know the brand.  They know what they're coming to shop for.                                 |
| 13   | They know that each style is in one size.  However, we carry                                |
| 14   | many styles that vary in sizes.                                                             |
| 15   | MS. KUHN:  Right.                                                                           |
| 16   | THE COURT:  Next question.                                                                  |
| 17   | Q       BY MS. KUHN:  So my next question is here is                                        |
| 18   | that, when you list your products on your website, you actually                            |
| 19   | have to put the dimensions of the product so that -- because                               |
| 20   | you don't have sizes.  So if somebody wants to order something                             |
| 21   | from the website, they have to look up the dimensions on the                               |
| 22   | website; correct?                                                                           |
| 23   | A       I'm not sure.                                                                       |
| 24   | Q       Take a look at trial Exhibit 222.  What does it                                     |
| 25   | say the bust size for the shirt is?                                                         |

02:19PM (lines 5, 10, 15, 20)
02:20PM (line 25)

```
 1                    THE COURT:  What exhibit is this?

 2                    MS. KUHN:  222.

 3                    THE COURT:  Okay.

 4                    THE WITNESS:  It says 16-inch bust.

 5        Q    BY MS. KUHN:  16-inch bust and 17-inch length.

 6   And that is the only size that that particular product comes

 7   in; right?

 8                    So --

 9                    THE COURT:  She didn't answer.

10                    MS. KUHN:  I'm sorry.

11                    THE COURT:  Is that correct?

12                    THE WITNESS:  Yes.  In this specific version of

13   this T-shirt, that's the one size we have in there.

14        Q    BY MS. KUHN:  All right.  So if a member of your

15   fan base saw a shirt that came in small, medium, and large,

16   they would know it isn't a Brandy Melville shirt; right?

17                    MR. KELLY:  Objection.

18                    THE COURT:  Sustained.  Calls for a conclusion --

19                    THE WITNESS:  Like I said --

20                    THE COURT:  You don't have to answer the

21   question.

22                    Next question.

23        Q    BY MS. KUHN:  So you testified that

24   Brandy Melville never sells guys' clothes, only women's

25   clothes; right?
```

02:20PM (line 5)
02:20PM (line 10)
02:20PM (line 15)
02:21PM (line 20)
02:21PM (line 25)

|         |    |                                                           |
|---------|----|-----------------------------------------------------------|
|         | 1  | A        We sell -- yes.  We sell women's clothing.       |
|         | 2  | Q        Right.                                           |
|         | 3  | If you see a T-shirt marketed on a guy, you know          |
|         | 4  | it's not one of your shirts; right?                       |
| 02:21PM | 5  | A        It is not a Brandy Melville shirt.               |
|         | 6  | Q        Right.                                           |
|         | 7  | So let's go back to your time working at the              |
|         | 8  | Brandy Melville stores.  Every day working at Brandy Melville |
|         | 9  | stores, you testified that you could receive one to ten  |
| 02:21PM | 10 | exchanges; right?                                         |
|         | 11 | A        I can't remember.                                |
|         | 12 | Q        Would you like to see your deposition testimony  |
|         | 13 | to refresh your recollection?                             |
|         | 14 | A        Sure.                                            |
| 02:21PM | 15 | Q        Okay.  So page 141.                              |
|         | 16 | Do you see the question at line 4, "But it               |
|         | 17 | happens every day relating to exchanges."  Can we zoom in on |
|         | 18 | 22, page 141, to page -2, lines 2 through 4 of the next page. |
|         | 19 | Well, one at a time.  Page 141, 22 to 25.                |
| 02:22PM | 20 | MR. KELLY:  Your Honor, we would just note that          |
|         | 21 | it's being published.                                     |
|         | 22 | MS. KUHN:  I apologize.  It is being published.          |
|         | 23 | Q        Is this your deposition?                         |
|         | 24 | A        I couldn't see my name, but I think so.          |
| 02:22PM | 25 | MS. KUHN:  All right.  So can we move pages 141           |

and 142 into evidence?

        THE COURT:  If it's the deposition, counsel, no.
I will instruct the jury on this now.

        A deposition can be read in for impeachment
purposes, and if it's read in, it's the same as if that person
testified here in court.  So it's not introduced into evidence.

        MS. KUHN:  All right.  Apologies.

    Q    So you said, "We could have one to ten exchanges
every day."

    A    Sure.

    Q    And you testified that you had never personally
received a counterfeit item as an exchange.

    A    Not that I can remember.

    Q    And you had never heard of anyone else receiving
a counterfeit item as an exchange.

    A    I can't remember.  I have been there many years
and have faced many, many different customer questions and
exchanges.

    Q    So in your deposition, you said you never -- "You
have never received a counterfeit return.  Are you aware of
anyone else at Brandy Melville receiving a counterfeit return?"

        You said, "Not that I recall."

    A    Yes.  Not that I remember.  But as I said, I have
been there for many years, and there are many customer
questions and customer exchanges.  I can't remember them all.

```
 1              MR. KELLY:  Counsel is effectively introducing
 2    the deposition testimony.
 3              THE COURT:  No.  She's questioning, counsel.  And
 4    it's not inconsistent by the way.  So next question.
 5       Q     BY MS. KUHN:  All right.  And you've testified --
 6    let me ask you.
 7              Your friends all wear Brandy Melville too?
 8       A     Yeah.
 9       Q     And you said you've never seen them wearing
10    counterfeit Brandy Melville.
11       A     I haven't seen my friends wearing counterfeit
12    Brandy Melville.
13       Q     All right.  So in your deposition, you testified
14    that all your designs are good and that they all sell out;
15    right?
16              THE COURT:  Was that a question, counsel?
17              MS. KUHN:  Yes.
18              THE COURT:  You mentioned it as a statement as if
19    it's true.  You can ask her questions about the deposition.
20       Q     BY MS. KUHN:  All right.  Did you testify --
21              THE COURT:  There you go.
22              MS. KUHN:  Apologies.
23       Q     Did you testify that all your designs are good
24    and they all sell out?
25       A     I can't remember what I testified.
```

```
 1          Q       Would you like to see your deposition to refresh
 2   your recollection?
 3          A       Sure.
 4                  MS. KUHN:  All right.  Can we show her page 83 of
 5   her deposition?
 6                  THE COURT:  Does that refresh your memory?
 7                  THE WITNESS:  Which one am I looking at?
 8          Q       BY MS. KUHN:  Page 83, lines 14 through 22,
 9   especially lines 21 through 22.
10          A       Okay.
11                  THE COURT:  Does that refresh your memory as to
12   what you said?
13                  THE WITNESS:  Yes.  It refreshed my memory.
14          Q       BY MS. KUHN:  All right.  So do you have any
15   intent to bring the LA Lightning product back to your stores?
16          A       Based on customer comments, we have a lot of
17   people interested in the LA Lightning graphic coming back.
18          Q       So when?
19          A       That's not up for me to decide.
20          Q       One more question.  In your deposition, when you
21   were asked if you thought that Redbubble had actually caused
22   Brandy Melville to lose sales, what did you answer?
23          A       I said, "yes."
24          Q       Would you like to take -- so please take a look
25   at page 45, lines 12 through 14.
```

02:24PM  5

02:25PM  10

02:25PM  15

02:26PM  20

02:26PM  25

1          So what did you testify to at your deposition?

2     A     I said I don't know because I didn't know at the

3     time.

4     Q     So what did you do to educate yourself in the

02:26PM  5     meantime?

6     A     I looked up the Redbubble website even more.

7     Q     Did you review any Brandy Melville sales data?

8     A     I didn't review sales data.  I'm usually working

9     from the floor working with the physical product.

02:27PM  10     Q     Okay.  So let's just turn to your marketing

11     program.

12          You and Mr. Rianna have both testified, you in

13     your deposition, Mr. Rianna here in court, that Brandy Melville

14     does two different types of marketing.  You do stickers, and

02:27PM  15     you do Instagram; is that right?

16     A     Yes.

17     Q     And you testified in your deposition you don't

18     really do any other kind of marketing; correct?

19     A     Those are the two forms of marketing that I am

02:27PM  20     most aware about.

21     Q     And you testified that the Instagram feed --

22     right now you testified that your Instagram feed is photos of

23     employees, models, and customers can tag their Brandy Melville

24     clothing in the Instagram feed; right?

02:27PM  25     A     They can tag -- what did you say?

1        Q        Let me break that down.

2                 Brandy Melville's Instagram feed has photos of

3    employees and models wearing Brandy Melville clothes; right?

4        A        Yes.

02:28PM   5        Q        And then customers can also tag Brandy Melville

6    wearing their own Brandy Melville clothes; right?

7        A        Yes.  We have people tag Brandy Melville on their

8    photos all the time.

9        Q        Right.

02:28PM   10                And you testified in your deposition that

11   Brandy Melville has a policy that it does not put its logos on

12   its clothing or on its apparel and on its stickers with the

13   exclusion of the hangtags and the sewn-in tags.

14       A        I don't believe that I said there was a policy.

02:28PM   15   I believe there was a question asked to me, and I gave an

16   answer.

17       Q        So page 110 -- true.  You testified we do --

18   right.  That is correct, that you do not do it.  You did not

19   say there was a policy.  I apologize.

02:28PM   20                So if someone were looking on your Instagram

21   feed, would they see Brandy Heart Melville or the Brandy Flags

22   Melville marks on your Instagram feed?

23       A        The picture has the Brandy Heart --

24       Q        Right.  You have the wooden -- you have the

02:29PM   25   wooden sign as your profile picture.  Anywhere else?

|     |   |                                                      |
|-----|---|------------------------------------------------------|
| 1   | A | I can't remember.                                    |
| 2   | Q | Let's turn back to stickers.                          |
| 3   |   | You testified in your deposition that                |
| 4   |   | Brandy Melville hands out stickers for free in stores. |

02:29PM

Customers can put them on their water bottles or school supplies; right?

| 7 | A | Right. |

8    Q    And when you were asked whether or not a sticker
9    sold through the Redbubble platform had the same exposure

02:29PM
10   benefits as a sticker handed out in your store, what did you
11   say?

| 12 | A | Again, I can't remember what I said. |
| 13 | Q | Would you like to see your deposition? |
| 14 | A | Sure. |

02:29PM
15   Q    So lines 2 through 6 are the question.  Line 7 is
16   the answer.

| 17 | A | I said that question isn't very clear. |
| 18 | Q | So this was -- this was -- this was specific to |

19   the LA Lightning sticker.

02:30PM
20       Do you believe that the LA Lightning sticker, if
21   it's sold through the Redbubble website or handed out in your
22   store for free, does it have the same exposure benefits?

23   A    Well, I don't know if the Redbubble version is
24   authentic or not.

02:30PM
25   Q    So let's talk about the LA Lightning logo then.

```
            1              THE COURT:  You can pick that up after the break.
            2              Ladies and gentlemen, we're going to break at
               this time.  15 minutes.  Come back in 15 minutes.
            3
            4              Remember the admonishment not to discuss the case
02:30PM     5   among yourselves or with anybody else or form or express any
            6   opinions about the matter until it is given to you and you
            7   retire to the jury room.
            8              We will see you back in 15 minutes.  If you will
            9   be quiet, I will be talking to the attorneys when you leave.
02:30PM    10              (The following proceedings were held in
           11              open court outside the presence of the jury:)
           12              THE COURT:  Okay.  You may have seats.
           13              The record will reflect that the jurors have left
           14   the courtroom at this time.
02:31PM    15              Counsel, I want to give everybody a heads-up
           16   because you're going through this and your time is running
           17   down.  The plaintiff has used 146 minutes, so you have about
           18   90 something left.  And the Government -- or the defense has
           19   used 101 minutes, so you have about 140 left.  So I want
02:31PM    20   everybody to know where you are.
           21              If you use all your time on direct examination,
           22   you're not going to be able to cross-examine.  Remember that.
           23   The time goes for direct and cross-examination.  So keep that
           24   in mind.
02:32PM    25              Okay.  We will see you back here in 15 minutes.
```

```
 1                 (A recess was taken at 2:32 p.m.)

 2                 THE COURT:  The record will reflect that all the

 3      members of the jury are in their respective seats in the jury

 4      box and the witness is on the witness stand.

 5                 You may continue, counsel.

 6                 MS. KUHN:  Just a few more questions.

 7           Q     You testified previously that Brandy Melville has

 8      not put its Brandy Heart logo, Brandy Flags logo on T-shirts or

 9      on stickers; right?

10           A     I haven't seen since I have been there.

11           Q     All right.  You did, however, put the

12      LA Lightning on T-shirts and on stickers?

13           A     Yes.

14           Q     And then you filed a trademark registration after

15      you already put LA Lightning on T-shirts and on stickers?

16           A     I'm not sure.

17           Q     Okay.  You saw the LA Lightning registration

18      earlier.

19                 Can we pull up trial Exhibit 7?

20                 Your attorney showed this to you.  Can you read

21      when this registration was put on the register by the USPTO.

22      It says registered by -- I'm sorry.  Registered May 14, 2019.

23      Do you see that?

24                 All right.  While we're here -- I'm sorry.  We

25      are not -- this is an already-admitted exhibit.  Can we please
```

02:45PM (line 5)
02:46PM (line 10)
02:46PM (line 15)
02:46PM (line 20)
02:47PM (line 25)

```
 1   put it up and publish it to the jury?  Thank you so much.

 2           While we're here, you can see that the owner of

 3   this mark is Y.Y.G.M. SA which is a Swiss company.  I just need

 4   to be clear.  You understand that you work for a different
```
02:47PM  5   company than the Swiss company.  At least that is what you're

```
 6   representing to us; right?

 7        A     I work for Brandy Melville, a related company.

 8        Q     It's an affiliated company.

 9              Do you know if they have common ownership?
```
02:47PM 10   Because, honestly, I'm still trying to figure it out.

```
11              THE COURT:  If you know.

12        Q     BY MS. KUHN:  If you know.

13        A     I'm not sure the -- I don't know how to say this.

14        Q     Can I say you're not sure of the ownership
```
02:47PM 15   relationship between Y.Y.G.M. --

```
16        A     I'm not sure of the relationship.

17        Q     So can I ask you have you ever met anyone from

18   Y.Y.G.M.?

19        A     Yes, I have.
```
02:48PM 20        Q     You have.  Great.

```
21              Do you know if anyone from Y.Y.G.M. is here

22   today?

23        A     I don't see anyone.

24        Q     When was the last time you talked with somebody
```
02:48PM 25   from Y.Y.G.M.?

```
 1        A       That I talked to someone?

 2        Q       Right.  When was the last time you talked with

 3   somebody from the company who is the plaintiff in this lawsuit

 4   today?

 5        A       I can't remember.  I spoke to them regularly

 6   more, so prior to the pandemic when they were in the country.

 7        Q       Okay.  Last question.

 8                Just to confirm, have you ever seen a

 9   Brandy Melville sticker with the Brandy Heart Melville logo on

10   it that Brandy Melville gave away?

11        A       From my time working for the company?

12        Q       Right.

13        A       I haven't seen.

14        Q       I have the same question about the Brandy Flag

15   Melville.

16                Have you ever seen Brandy crisscross flag

17   Melville sticker given away by Brandy Melville in your time?

18        A       In my time working here, I'm not sure.  I can't

19   remember seeing a sticker.

20                MS. KUHN:  Thank you.

21                THE COURT:  Okay.  Recross.

22                MR. KELLY:  No, Your Honor.

23                THE COURT:  You may step down.  Thank you very

24   much for being here.

25                Next witness.
```

```
 1              MR. WESLEY:  Thank you, Your Honor.  Plaintiff
 2    calls --
 3              THE COURT:  Leave it up there.  Thank you.
 4              Go ahead, counsel.
 5              MR. WESLEY:  Thank you, Your Honor.  Plaintiff
 6    calls James Toy under Rule 611(c).
 7              THE CLERK:  Please raise your right hand.
 8              Do you solemnly swear that the testimony you
 9    shall give in the cause now before this Court shall be the
10    truth, the whole truth, and nothing but the truth, so help you
11    God?
12              THE WITNESS:  I swear.
13              THE CLERK:  Thank you.  Please be seated.
14              Please state your full name and spell your last
15    name.
16              THE WITNESS:  James Norman Toy, T-o-y.
17              THE COURT:  Okay.  Counsel, you may inquire.
18              MR. WESLEY:  Thank you, Your Honor.
19                        JAMES NORMAN TOY,
20              CALLED BY THE PLAINTIFF, WAS SWORN.
21                       DIRECT EXAMINATION
22    BY MR. WESLEY:
23         Q    Good afternoon, Mr. Toy.
24         A    Good afternoon.
25         Q    Let's find out a little bit about you.
```

02:49PM  5
02:50PM 10
02:50PM 15
02:50PM 20
02:51PM 25

                        You're a lawyer; right?

  A       That's right.

  Q       And you're employed by Redbubble, Inc., as
assistant general counsel.

                        True?

  A       That's right.

  Q       And you have served in that position continuously
since December of 2014; right?

  A       That's correct.

  Q       And your responsibilities include intellectual
property issues.

                        True?

  A       True.

  Q       And, in particular, your responsibilities include
Redbubble's notice and takedown procedures and proactive
monitoring; correct?

  A       That is correct.

  Q       And in this case, you were designated under what
we call Rule 30(b)(6) as the corporate designee for Redbubble;
right?

  A       At my deposition?

  Q       Yes.

  A       Yes.

  Q       And so you were speaking on behalf of the
corporation as well as yourself.

| | | | |
|---|---|---|---|
| | 1 | | Is that your understanding? |
| | 2 | A | Yes. |
| | 3 | Q | Okay.  Next topic, whether Redbubble knows or |
| | 4 | | should know that its site is offering counterfeits for sale. |
| 02:52PM | 5 | | As of December 2019, Redbubble had been sued 10 |
| | 6 | | to 20 times worldwide for intellectual property infringement. |
| | 7 | | True? |
| | 8 | A | I don't know the exact number. |
| | 9 | Q | Okay.  Well, let me read to you from your 2019 |
| 02:52PM | 10 | | deposition. |
| | 11 | | Your Honor, it's been lodged with the Court. |
| | 12 | | It's page 190, lines 16 through 20. |
| | 13 | | THE COURT:  Counsel has the deposition?  You wish |
| | 14 | | to read it? |
| 02:52PM | 15 | | MR. WESLEY:  Yes, I do. |
| | 16 | | THE COURT:  Ladies and gentlemen, as I said |
| | 17 | | before, when a deposition is read into a trial like that, it is |
| | 18 | | to be taken with the same force and effect as if the person |
| | 19 | | being deposed had testified like that in court. |
| 02:53PM | 20 | | MR. MASUR:  Your Honor, we object.  This wasn't |
| | 21 | | disclosed in the deposition designations. |
| | 22 | | THE COURT:  Overruled. |
| | 23 | | If you just read it in.  We don't ask the witness |
| | 24 | | whether or not he said that or not.  It's just testimony that's |
| 02:53PM | 25 | | been given. |

```
 1                    MR. WESLEY:  "Question:  How many

 2               times has Redbubble been sued whether

 3               in the U.S. or internationally for

 4               intellectual property infringement?

 5               "Answer:  I'm not sure of a specific

 6               number, but somewhere between 10 and

 7               20 times worldwide."

 8               THE COURT:  Okay.  Next question.

 9          Q    BY MR. WESLEY:  Prior to this suit, Redbubble had

10     been sued by Pokémon; right?

11          A    Yes.

12          Q    Hells Angels?

13          A    Yes.  They sued us.

14          Q    BMW?

15          A    BMW sued us.

16          Q    The Ohio State University?

17          A    Yes.

18          Q    Many others?

19          A    Others have sued us, yes.

20          Q    How many intellectual property infringement suits

21     do you have pending against you?

22          A    I don't know the exact number.

23          Q    But you are in the legal department of Redbubble?

24          A    Yes.

25          Q    And you can't tell us how many separate lawsuits
```

```
 1   about intellectual property infringement --
 2            THE COURT:  Argumentative.  You can ask him a
 3   question, but it is argumentative the way it is asked.
 4        Q    BY MR. WESLEY:  Can you tell us the number of
 5   intellectual property infringements that is currently pending
 6   against Redbubble?
 7        A    I don't know the exact number.  Do you want me to
 8   estimate?
 9        Q    Sure.
10        A    15.
11        Q    Are trademark infringement lawsuits just another
12   cost of doing business at Redbubble?
13        A    No.
14        Q    You're familiar with the Ohio State suit;
15   correct?
16        A    Yes.
17        Q    And Redbubble was represented by an attorney
18   Ken Wilson; right?
19        A    That is correct, yes.
20        Q    And he argued before the 6th Circuit Court of
21   Appeal; correct?
22        A    Yes.
23        Q    And in that argument, didn't Redbubble represent
24   to the Court that it facilitates transactions that may include
25   infringing goods and that's what's known as contributory
```

1    trademark infringement?

2              MR. MASUR:  Objection, Your Honor.

3              THE COURT:  Sustained.

4         Q    BY MR. WESLEY:  Isn't contributory infringement

02:55PM  5    the claim in this case, to your understanding?

6         A    Yes.  I believe so.

7         Q    Okay.  Let's look at Redbubble's 2019 annual

8    report, Exhibit 287.

9              Your Honor, the parties have stipulated to its

02:55PM  10   admission.  I'd like to show the witness page 3.

11             THE COURT:  287?

12             MR. WESLEY:  287.

13             THE COURT:  Page 3.

14             MR. WESLEY:  I will move that into evidence.

02:55PM  15             THE COURT:  It will be received.

16             MR. WESLEY:  Thank you.

17         (Marked for identification and received

18          into evidence Exhibit No. 287, page 3.)

19        Q    BY MR. WESLEY:  Mr. Toy, you know that Redbubble

02:56PM  20   issues annual reports to its shareholders; right?

21        A    Yes.

22        Q    It's a public company; right?

23        A    Yes.  It's a public company.

24        Q    And the annual reports update shareholders how

02:56PM  25   the business is doing.

1             True?

2       A       True.

3       Q       And Redbubble ensures that everything in their

4    report is accurate; right?

02:56PM   5       A       To the best we can, yes.

6       Q       Okay.  Let's take a look at what Redbubble said

7    in its 2019 report.  I'm going to do my best with this small

8    font.  It says, "Business update."  And the first bullet point,

9    do you see, it says, "Product revenue from authentic sellers at

02:56PM   10   Redbubble grew by 39 percent and represented 76 percent of

11   Redbubble product revenue."

12             Do you see that?

13      A       Yes.

14      Q       And down here, just for full disclosure,

02:57PM   15   "Authentic sellers are defined as those artists that tend to

16   upload high quality original works which resonate well with

17   customers."

18             Do you see that?

19      A       Yes.

02:57PM   20      Q       So isn't an authentic seller another name for a

21   seller who isn't uploading infringing designs?

22      A       No.

23      Q       Well, a seller uploading counterfeit designs

24   wouldn't be included in the 76 percent of authentic sellers,

02:57PM   25   would they?

1    A        Absolutely not.  We have no interest in those

2    kinds of sellers.

3    Q        Okay.  So at least as of 2019 Redbubble was

4    patting itself on the back a bit by saying that only a quarter

02:58PM   5    of its sales come from inauthentic sellers; right?

6    A        Can you repeat the question?

7    Q        As of 2019, Redbubble was congratulating itself

8    about the fact that 76 percent of its sales came from,

9    quote/unquote, authentic sellers; right?

02:58PM  10    A        76 percent of the sales came from sellers that

11   sold products that resonate well with sellers.

12   Q        That's not really what it says, is it?

13   A        Looks to me like that's what it says.

14            THE COURT:  The document speaks for itself.  The

02:58PM  15   jury can read the document.

16            MR. WESLEY:  That is true.

17   Q        Redbubble keeps the revenue from sales made by

18   inauthentic sellers; right?

19   A        We're happy to give up any proceeds we made from

02:59PM  20   sales of infringing products.

21   Q        So the 24 percent of sales from inauthentic

22   sellers, you give that revenue back?

23   A        If we knew where to give it to, we would.  Yeah.

24   Q        Did you give any revenue back to Brandy Melville?

02:59PM  25   A        We offered.  You didn't accept.

1    Q    And despite all of this, it has traditionally

2    been Redbubble's policy not to go looking for infringing works

3    to remove from the site.

4         True?

02:59PM  5    A    That is not true.

6    Q    Okay.  Let me show you what's been marked for

7    identification as Exhibit 65.  This is a printout from the

8    Redbubble website.  It's been stipulated to be pre-admitted.

9         Your Honor, move Exhibit 65, page 2.

03:00PM  10        THE COURT:  It will be received.

11        (Marked for identification and received

12        into evidence Exhibit No. 65, page 2.)

13    Q    BY MR. WESLEY:  Showing the jury Exhibit 65,

14    page 2, do you recognize this as a page from the Redbubble

03:01PM  15    website?

16    A    Yes.

17    Q    And here in the first paragraph it says, "It is

18    Redbubble's policy to remove allegedly infringing works in

19    response to valid complaints under applicable law.  The content

03:01PM  20    is only removed when it is specifically identified as

21    infringing in a legally valid takedown notice.  We generally

22    don't go looking for similar works to remove from the

23    marketplace."

24         I accidentally pressed the freeze button.  It's

03:01PM  25    resetting.  My apologies.

```
 1                  THE COURT:  Okay.

 2                  MR. WESLEY:  And I'm on a short clock of all

 3       things.

 4            Q    So Redbubble states on its website, "We generally

03:02PM  5       don't go looking for similar works to remove from the

 6       marketplace."

 7                  Right?

 8            A    That's what that says.

 9            Q    And Redbubble doesn't go looking for counterfeits

03:02PM 10       because Redbubble makes money from the sales of counterfeits on

11       its site.

12                  True?

13            A    Absolutely false.

14            Q    Well, there are significant quantities of

03:02PM 15       infringing goods on Redbubble's sites as we sit here today in

16       this trial.  No?

17            A    I don't know.  You're probably right.  We try to

18       find everything we can and try to remove it.

19            Q    You know there's a lot of Tesla counterfeits on

03:02PM 20       your site right now?

21                  MR. MASUR:  Objection, Your Honor.

22                  THE COURT:  Sustained.

23            Q    BY MR. WESLEY:  But you can't assure us, as you

24       sit here today, that there aren't substantial quantities of

03:03PM 25       counterfeits on the site; is that correct?
```

1      A      Can you repeat your question?

2      Q      You cannot assure us, as you sit here today, that

3  there are not substantial quantities of counterfeits on the

4  Redbubble site; correct?

03:03PM   5      A      We remove all that we can.  With 75,000 uploads

6  every single day, even if we're 99 percent effective, there

7  might be 250 images on there any given day which might infringe

8  someone's rights.

9      Q      Just impossible?

03:03PM  10      A      I'm sorry?

11      Q      It's just an impossible task to ensure that there

12  won't be counterfeits on Redbubble?

13      A      It is impossible to be 100 percent perfect, yes.

14      Q      Okay.  New subject.

03:03PM  15             Whether Redbubble knew or should have known that

16  its users were selling Brandy Melville trademarked goods, now

17  Redbubble searched its electronic files for relevant documents

18  in this case.

19             True?

03:04PM  20      A      I'm sorry.  Can you repeat the question?

21      Q      Redbubble searched its electronic files for

22  relevant documents in this case, produced documents?

23      A      Yes.  Produced to you, yes.

24      Q      Yes.  And you were part of that production

03:04PM  25  effort.

```
 1                    True?

 2        A         True.

 3        Q         And you produced documents that referenced

 4   Brandy Melville; right?

 5        A         Yes.  We produced documents to you for this case,

 6   yes, that you requested.

 7        Q         Okay.  I would ask that the clerk hand you

 8   volume 10 and you take a look at Exhibit 307.

 9                    THE COURT:  307?

10                    MR. WESLEY:  Yes, Your Honor.

11                    THE COURT:  Take a look at 307.

12                    THE WITNESS:  Yes, Your Honor.  Okay.

13        Q         BY MR. WESLEY:  For the record, this appears to

14   be an e-mail from Redbubble aboutmyorder@redbubble.com.

15                    Do you see that?

16                    MR. MASUR:  Objection.  Mischaracterizes the

17   document.

18                    THE COURT:  Overruled.  Is that similar to the

19   document you're looking at?

20                    THE WITNESS:  I'm sorry, Your Honor?

21                    THE COURT:  What's the document you're looking

22   at?

23                    THE WITNESS:  It's an e-mail that says -- it

24   looks like it's about an order, yes.

25                    THE COURT:  Go ahead.
```

03:04PM (line 5)
03:04PM (line 10)
03:05PM (line 15)
03:05PM (line 20)
03:05PM (line 25)

1     Q     BY MR. WESLEY:  That's a customer communication

2   that Redbubble produced in this case.

3             True?

4     A     I don't recall the specific document because

03:05PM  5   there were -- we gave you everything we could find, but I will

6   take your word for it.

7             MR. WESLEY:  Okay.  Move Exhibit 307.

8             THE COURT:  It will be received.  Is that what

9   you're looking at, 307?

03:06PM  10            MR. WESLEY:  Yes.

11            THE COURT:  It will be received.

12        (Marked for identification and received

13         into evidence Exhibit No. 307.)

14            THE WITNESS:  Okay.  Yes.  That's the same.

03:06PM  15    Q     BY MR. WESLEY:  Okay.  Do you see it's a

16   December 4th, 2015, e-mail from aboutmyorder@redbubble.com?

17    A     I see that, yes.

18    Q     Okay.  And it appears that it's a communication

19   with a customer -- right? -- about an order?  Tina Harmon;

03:06PM  20   right?

21    A     That looks to be the case.

22    Q     All right.  And down here there's a list of

23   products that shipped.

24            Do you see that?

03:07PM  25    A     Yes.

```
 1        Q       One of them is a Brandy Melville -- and what's
 2   this -- what's this little "R," if you know?
 3        A       It is a trademark symbol.
 4        Q       Okay.  And this is also a Brandy Melville
 5   product.
 6                Do you see that?
 7        A       I see that.
 8        Q       And as a Redbubble lawyer who focuses on
 9   intellectual property issues, weren't you made aware of this
10   e-mail in or around late 2015?
11        A       There are tens of thousands of e-mails that get
12   sent out automatically by platform software.  I don't see them
13   all, no.
14        Q       And Redbubble knew by late 2015 that
15   Brandy Melville's trademark was being used on the site.  No?
16        A       No.
17        Q       Didn't know?
18        A       I didn't know.
19        Q       Isn't this e-mail a red flag?
20        A       If I had -- if I had seen it, it probably would
21   have gotten my attention.  I don't read all of the order
22   confirmation e-mails.
23        Q       Doesn't anyone at Redbubble look at the
24   communications with customers to see if there are any signs,
25   any indication that maybe some infringement is going on?
```

03:07PM (line 5)
03:07PM (line 10)
03:07PM (line 15)
03:08PM (line 20)
03:08PM (line 25)

| | | | |
|---|---|---|---|
| | 1 | A | We're always on the lookout for infringement. |
| | 2 | Q | Okay. |
| | 3 | A | We want to remove it. |
| | 4 | Q | But 307 didn't make it to you? |
| 03:08PM | 5 | A | If it would have, I would have investigated it. |
| | 6 | Q | Okay.  Flip back to 301, please, same binder. |
| | 7 | A | Okay. |
| | 8 | Q | Are you with me? |
| | 9 | A | Yep. |
| 03:08PM | 10 | Q | For the record, this appears to be an e-mail from |

Redbubble to a Maya Kim dated September 3rd, 2016.

                        Do you see that?

| | 13 | A | Yes. |
| | 14 | Q | This has the same Bates number RBBM or Bates |

prefix.  Do you see that?

| | 16 | A | I -- at the bottom? |
| | 17 | Q | Yes, sir. |
| | 18 | A | What did you say? |
| | 19 | Q | It has the RBBM Bates prefix; right? |
| 03:09PM | 20 | A | I see that, yes. |
| | 21 | Q | And this was produced by Redbubble in this case; |

right?

| | 23 | A | Probably. |

                        MR. WESLEY:  Move Exhibit 301.

                        THE COURT:  It will be received.

1              (Marked for identification and received

2              into evidence Exhibit No. 301.)

3         Q        BY MR. WESLEY:  So we were in Exhibit 307 in

4    2015.  Let's now skip ahead to 2016.

03:09PM    5              And, by the way, these years are before the cease

6    and desist letter that we sent; right?

7         A        That looks to be the case.

8         Q        Okay.  So this is a -- this is an e-mail from

9    Redbubble, your company, to a Maya Kim dated

03:10PM   10   September 3rd, 2016.

11             Do you see that?

12        A        Yes.

13        Q        And the e-mail is saying, based on your recent

14   visit, here's some stuff we thought you might like.

03:10PM   15             Do you see that?

16        A        I do.

17        Q        And do you see it's all Brandy Melville products?

18        A        I see what you're highlighting, yes.

19        Q        And not only that, but Redbubble is saying view

03:10PM   20   more Brandy Melville stickers.

21             Do you see that?

22        A        I see what you highlighted.

23        Q        As a Redbubble lawyer who focuses on intellectual

24   property issues, were you made aware that Redbubble was

03:11PM   25   actually soliciting customers to buy more Brandy Melville

```
 1    products?

 2         A       No.  I wasn't aware.

 3         Q       That's a big red flag, isn't it?

 4         A       What's a red flag?

 5         Q       That Redbubble is affirmatively reaching out to

 6    customers and saying view more Brandy Melville stickers.

 7              MR. MASUR:  Objection.  Document speaks for

 8    itself.

 9              THE COURT:  Overruled.

10              THE WITNESS:  This is an e-mail that is -- it's

11    maybe called a target e-mail or personalized e-mail.  It's

12    based on the visit of this -- probably based on the visit of

13    this Maya Kim to the site.  They probably viewed or bought

14    things, probably searched for the term "Brandy Melville."  I

15    don't know.  And then -- but as -- to the question did

16    Redbubble affirmatively try to get people to buy

17    Brandy Melville, no.  It just took what this person was

18    searching for and sent out an e-mail to them like a lot of

19    E-commerce marketplaces do.  Nobody at Redbubble put this

20    e-mail together.

21         Q       BY MR. WESLEY:  So you're blaming it on the

22    Redbubble software?

23         A       No.  I'm saying -- you said Redbubble

24    affirmatively sent this out.  I just want to clarify what

25    "affirmatively" means.
```

305

```
          1        Q      Yeah.  It says from Redbubble.

          2        A      Yeah.  I see that.

          3        Q      This e-mail came from Redbubble or some software

          4   that Redbubble put in motion; right?

03:12PM   5        A      You tried to make it sound like somebody put this

          6   together and sent it out to someone, but that's not what

          7   happened.

          8        Q      Take a look at Exhibit 302, the next exhibit,

          9   please.

03:13PM  10        A      Okay.

         11        Q      And is this another -- is this another e-mail

         12   that Redbubble automatically generated to customers?

         13        A      It looks similar to the other one, yes.

         14             MR. WESLEY:  Okay.  Move Exhibit 302.

03:13PM  15             THE COURT:  It will be received.

         16             (Marked for identification and received

         17             into evidence Exhibit No. 302.)

         18        Q      BY MR. WESLEY:  How about 303?  Is that another

         19   e-mail Redbubble automatically generated to consumers?

03:13PM  20        A      It looks like a similar type of e-mail, but the

         21   content is different, very different.

         22             MR. WESLEY:  Move Exhibit 303.

         23             THE COURT:  It will be received.

         24             (Marked for identification and received

03:13PM  25             into evidence Exhibit No. 303.)
```

1          Q          BY MR. WESLEY:  How about Exhibit 304?  Is that

2     another automatically generated customer e-mail from Redbubble?

3          A          It looks like a similar e-mail to the one we were

4     looking at, yes.  Similar structure.

03:13PM   5          Q          Okay.  I won't go through each one.  The jury

6     will have these in evidence.

7                     But is this another e-mail from Redbubble here,

8     the subject says, "Look, Brandy Melville stickers" --

9                     THE COURT:  I'm sorry, counsel.  You're referring

03:14PM   10    to which exhibit?

11                    MR. WESLEY:  302.

12                    THE COURT:  Okay.  Go ahead.

13         Q          BY MR. WESLEY:  And this was a December 8, 2016,

14    e-mail from Redbubble saying, "Look, Brandy Melville stickers

03:14PM   15    just for you."

16                    Do you see that?

17         A          I see it.

18         Q          And nobody made you aware of that?

19         A          No.  Like I said, tens of thousands of e-mails

03:14PM   20    get sent out all the time from the marketplace.

21         Q          Well, is Redbubble still sending out these

22    Brandy Melville solicitations?

23         A          We shouldn't be.

24         Q          Can you tell us if you are?

03:14PM   25         A          I told people not to after we got your notice,

```
 1    after we knew.

 2         Q     Are you 100 percent certain that you're not

 3    sending these out?

 4         A     Right now?

 5         Q     Yes.

 6         A     I haven't seen any, but I guess we can't be

 7    100 percent certain.

 8         Q     Okay.  Let's look at Exhibit 121.  That's in

 9    volume 4.

10                So you're going to have to -- thank you,

11    Mr. Clerk.

12                Take a look at Exhibit 121.  Do you see that?

13         A     Yes.

14         Q     And that's a September 14, 2017, chat transcript

15    from Redbubble to a Mini MacBook.

16                Do you see that?

17         A     I see that.

18                MR. WESLEY:  Move Exhibit 121.

19                THE COURT:  It will be received.

20           (Marked for identification and received

21            into evidence Exhibit No. 121.)

22         Q     BY MR. WESLEY:  Okay.  Now, we were in 2016.

23    Let's keep moving forward.

24                We're now in 2017.  Do you see that,

25    September 14th?
```

```
 1          A       Yes.

 2          Q       Okay.  And Redbubble customer service chats with

 3   customers; correct?

 4          A       Are you asking if this is that, this is what -- a

 5   chat with a customer?

 6          Q       Well, Redbubble has a customer service team;

 7   right?

 8          A       Yes.

 9          Q       And they chat with customers from time to time;

10   correct?

11          A       Yes.

12          Q       Okay.  And this says chat transcript, and the

13   visitor says:  "Do you have any Brandy Melville stickers?"

14                  And the response is, "Hello.  My name is

15   Safiyyah.  Thanks for getting in touch with us.  I'm happy to

16   help you today."  She says, "I would recommend using our nifty

17   search bar and search any keywords associated with the design

18   you are looking for.  Are you still with me?"

19                  Visitor:  "Yes.  Sorry."

20                  "That's all right."

21                  Visitor:  "So you don't have any stickers that

22   brand specifically made?"

23                  Do you see that?

24          A       Yes.

25          Q       And Safiyyah, who is a Redbubble
```

1    representative -- right?

2        A    I don't know.  It could be a Chatbot.  It could

3    be somebody in an outsource team in another country.

4        Q    Okay.  Whoever this representative was, human or

03:18PM  5    bot, says, "Here is a link to what I found" and directs the

6    customer to the link to Brandy Melville stickers.

7             Do you see that?

8        A    Yes.

9        Q    And so a customer is reaching out to Redbubble

03:18PM  10   and saying are the stickers on your site actually from

11   Brandy Melville; right?

12       A    I don't know if that's what that specifically

13   says.  It's different.

14       Q    Well --

03:18PM  15       A    I can see what this says though, yes.

16       Q    Well, the response isn't, no, we don't sell

17   Brandy Melville products, we're a different company; right?

18       A    No.

19       Q    The response is to direct them to the

03:18PM  20   Brandy Melville page on Redbubble; right?

21            MR. MASUR:  Objection.  Mischaracterizes the

22   document.

23            THE COURT:  Sustained.

24       Q    BY MR. WESLEY:  And as a Redbubble lawyer who

03:19PM  25   focuses on these issues, weren't you made aware of this chat?

|  |  |  |
|---|---|---|
| 1 | A | No.  No.  And if I had, I would have investigated |

1    A    No.  No.  And if I had, I would have investigated

2  it.

3    Q    Didn't the customer service representative inform

4  you that a customer had asked if Redbubble was selling

03:19PM  5  authentic Brandy Melville stickers?

6    A    These sorts of issues are brought to my attention

7  on a regular basis, but this -- this was not.  I don't remember

8  ever seeing this chat transcript.  Like I said, we -- you

9  requested a bunch of documents, and we gave you everything we

03:19PM  10  could find.  And I don't -- I didn't see all of the documents

11  in the course of my job at Redbubble.

12    Q    Didn't Redbubble know by September of 2017 that

13  the Brandy Melville trademark was being used on Redbubble?

14    A    No.  Not that I know of.

03:19PM  15    Q    No idea?

16    A    No idea.  I have no idea.

17    Q    Take a look in that same binder of Exhibit 122,

18  please.

19        Are you with me?

03:20PM  20    A    Yes.

21    Q    Okay.  And is this a -- this is another customer

22  communication produced by Redbubble in this case.

23        True?

24    A    That looks to be the case.

03:20PM  25        MR. WESLEY:  Move Exhibit 122.

```
 1                    THE COURT:  122 is in.  If not, it will be
 2    received.
 3                    (Marked for identification and received
 4                    into evidence Exhibit No. 122.)
 5         Q      BY MR. WESLEY:  I'm going to show you page 2 of
 6    Exhibit 122.  I will give a little context here.  It says here,
 7    "Hello.  Still haven't received my order.  Not happy.  Taking a
 8    very long time.  Could you please let me know the status of my
 9    order?  Thank you.  Mary Rubenstein."
10                    Do you see that?
11         A      Yes.
12         Q      And then Devin at Redbubble says, "Hey there,
13    Mary.  Thank you for getting in touch about the order."  And he
14    says, "I have checked in on your order, and you can see that it
15    was shipped out on the 20th from Iowa to this address."
16                    Do you see that?
17         A      Yes.
18         Q      On page 3, then, there are the -- there's the
19    list of items that she ordered.
20                    Do you see that?
21         A      Yes.
22         Q      And one of them is "Gossip Girl, what would
23    Blair Waldorf do?"
24                    Do you see that?
25                    MR. MASUR:  Objection, Your Honor.  Motion in
```

03:21PM (line 5)
03:21PM (line 10)
03:21PM (line 15)
03:22PM (line 20)
03:22PM (line 25)

```
    1   limine.
    2                THE COURT:  Overruled.
    3                THE WITNESS:  I see it.
    4        Q       BY MR. WESLEY:  Okay.  On the next page, page 4,
03:22PM  5   there is a Brandy Melville sticker.
    6                Do you see that?
    7        A       I see what you highlighted, yes.
    8        Q       And there is the Philadelphia Eagles.
    9                Do you see that?
03:22PM 10        A       I see it.
   11        Q       Team U.S.A. Water Polo, do you see that?
   12        A       Yes.
   13        Q       Aren't these red flags that Redbubble is helping
   14   to facilitate trademark infringement?
03:23PM 15        A       I don't know what you mean by "red flag."
   16        Q       Just putting you on notice, something that might
   17   be concerning to you.
   18        A       Do you speak for these brands?
   19        Q       No.
03:23PM 20        A       We look to the brand owner themselves to give us
   21   instructions on what to remove and what not to remove from the
   22   marketplace.
   23        Q       Okay.  Well, one thing I think we can agree on is
   24   that by May 14, 2018, when we sent you a cease and desist
03:23PM 25   letter, that at least at that point Redbubble knew that
```

1  Brandy Melville's trademark was used on the Redbubble site;

2  right?

3          A       You identified images for us to remove, yes.

4          Q       Okay.  Well, let's look at what we identified.

03:24PM  5  This is in evidence as Exhibit 10.  So one thing we identified

6  were that some of the products utilized the Brandy Melville

7  trademark directly.  For example, the products are labeled as

8  Brandy Melville or referenced Brandy Melville's actual website,

9  brandymelvilleusa.com.  And then we gave a couple examples.

03:24PM 10          Do you see that?

11          A       I don't see the examples.

12          Q       The examples are on the next page, page 2.

13          Do you see that?

14          A       Yes.

03:24PM 15          Q       So we -- so as of May 14, 2018, you knew that one

16  of our complaints was that there are products that are actually

17  stamped with Brandy Melville; right?

18          A       What do you mean by "stamped"?

19          Q       They have Brandy Melville on the product.

03:25PM 20          A       Can you go back to the second page, the three at

21  the top?  Are those the ones you are referring to?

22          Q       I'm just asking you more generally.

23          When Redbubble received my letter, was one

24  problem that you were on notice of that we were concerned that

03:25PM 25  there were products being sold that said Brandy Melville on

       1   them?

       2        A      Yeah.  You identified images to us, and we went

       3   and did our best to remove them.  You didn't give us anything

       4   to go on but these images.  So we tried to find them and remove

03:25PM  5   them.

       6        Q      But then we also say "Other products currently

       7   being offered for sale on Redbubble use the keyword

       8   Brandy Melville to drive consumers to products that incorporate

       9   well-known Brandy Melville designs."

03:26PM 10           Do you see that?

      11        A      I see what you wrote in your letter, what you

      12   alleged, yes.

      13        Q      So you're aware as of May 14, 2018, that another

      14   concern of Brandy Melville's was the use of tags or keywords

03:26PM 15   that say Brandy Melville that could be typed into Redbubble's

      16   search engine and take somebody to products that

      17   Brandy Melville sells.  You knew that was our complaint.

      18           True?

      19        A      I knew that was your complaint, yeah.

03:26PM 20        Q      Well, let's look at what Redbubble did in

      21   response.

      22        A      Do I still need to have these two binders on my

      23   lap?

      24        Q      I don't think so.  I apologize.  I didn't realize

03:26PM 25   they were on your lap.  There's not a lot of space up there.

| | |
|---|---|
| 1 | All right.  So, Your Honor, Exhibit 115, I don't |
| 2 | know if it is in yet.  It was stipulated to be admitted. |
| 3 | Counsel used it in opening.  I would move 115. |
| 4 | THE COURT:  It will be received. |
| 03:27PM 5 | MR. WESLEY:  Okay. |
| 6 | (Marked for identification and received |
| 7 | into evidence Exhibit No. 115.) |
| 8 | Q     BY MR. WESLEY:  So this is part of Redbubble's |
| 9 | proactive policing of the Brandy Melville brand; right? |
| 03:27PM 10 | A     Yes. |
| 11 | Q     Okay.  And do you see here it says "Policing |
| 12 | start date 31 May 2019"? |
| 13 | Do you see that? |
| 14 | A     Yes. |
| 03:27PM 15 | Q     And so a lawyer's letter, is that insufficient to |
| 16 | get Redbubble to start proactively policing? |
| 17 | A     Your letter and our back-and-forth over a couple |
| 18 | days, which wasn't shown here, confirmed the -- the action that |
| 19 | we took.  You wanted images removed from the site; so we did |
| 03:28PM 20 | our best to find those.  You identified six images.  We |
| 21 | searched and removed -- did our best to remove those images and |
| 22 | in total removed like 26. |
| 23 | Q     Well, Exhibit 10 is the cease and desist letter. |
| 24 | That is dated May 16, 2018. |
| 03:28PM 25 | Do you see that? |

```
 1          A       I do.

 2          Q       And Redbubble starts policing over a year later;

 3   right?

 4          A       That's right.

 5          Q       And that was only after we filed a lawsuit;

 6   correct?

 7          A       That's right.

 8          Q       And in the meantime, despite our letter, new

 9   infringing products were popping up and down on the Redbubble

10   site; right?

11          A       I believe we asked you twice to help us find

12   more.

13          Q       Well, respectfully, that's not my question.

14                  In 2018, after receipt of the cease and desist

15   letter, were you aware that new items with Brandy Melville's

16   trademarks were being posted on Redbubble?

17          A       I was not aware, no.

18                  THE COURT:  Anything further of this witness?

19   Anything further?

20                  MR. WESLEY:  Sorry, Your Honor.

21                  THE COURT:  You have wasted a lot of time,

22   counsel.  I asked if you have any other questions, or can we

23   turn over to cross?  If you have other questions, that's fine.

24   You have just been hesitating.  You're wasting time.  My only

25   question is do you have further questions of the witness?
```

|   | 1  | MR. WESLEY:  Yes, I do, Your Honor. |
|---|----|---|
|   | 2  | THE COURT:  Let's go ahead and proceed. |
|   | 3  | MR. WESLEY:  Thank you. |
|   | 4  | Q     So 623 is in evidence.  So I'm going to show you |
| 03:30PM | 5 | page 12 and page 15. |
|   | 6  | And you're familiar with this chart -- |
|   | 7  | correct? -- that Redbubble created? |
|   | 8  | THE CLERK:  Counsel, which exhibit is this? |
|   | 9  | MR. WESLEY:  623, page 12. |
| 03:30PM | 10 | THE WITNESS:  Am I familiar with this chart? |
|   | 11 | There are tons of charts.  Are you asking if this is one we |
|   | 12 | produced? |
|   | 13 | Q     BY MR. WESLEY:  Yes. |
|   | 14 | A     Can I see Bates numbers? |
| 03:31PM | 15 | Q     I don't know if there are Bates numbers.  It was |
|   | 16 | produced late in the game. |
|   | 17 | A     I'm fine taking your word for it. |
|   | 18 | Q     Do you see there is a product that says |
|   | 19 | Brandy Melville on it? |
| 03:31PM | 20 | A     I see that, yes. |
|   | 21 | Q     Okay.  And do you see in the column that says |
|   | 22 | "Work creation date" it says 10/22/2018? |
|   | 23 | A     I see that. |
|   | 24 | Q     Okay.  And you didn't need my assistance to |
| 03:31PM | 25 | identify that this is an infringing design, did you? |

1        A       I don't know what you mean by that.

2        Q       Well --

3        A       If I knew that that was there, I would have told

4    people to remove it.  If the content team found it, the team

03:32PM  5    that does moderations, they would have removed it.  They would

6    have told me about it.

7        Q       Okay.  And it was posted several months after our

8    cease and desist letter; correct?

9        A       Looks like it's October 2018, yes.  That would be

03:32PM 10    after.

11        Q       And it stayed on the site all the way until

12    May 29, 2019.  Do you see that?

13        A       I see it.

14        Q       Okay.  Let's look at Exhibit 113.  Do you have

03:33PM 15    113, Mr. Toy?  That's volume 4.

16        A       Yes.

17        Q       Okay.  Is this an internal record showing a

18    customer communication from Redbubble on or about

19    August 7, 2019?

03:33PM 20        A       It looks like a -- it looks like an e-mail

21    generated, yes, and sent to somebody, yeah.

22                MR. WESLEY:  Move Exhibit 113.

23                THE COURT:  It will be received.

24                (Marked for identification and received

03:33PM 25                into evidence Exhibit No. 113.)

```
 1                  MR. WESLEY:  I'm showing page 1.

 2          Q       This is from -- this is an e-mail from Redbubble;

 3   right?

 4          A       Yes.

 5          Q       And it's to a seller, somebody who uploaded a

 6   design; correct?

 7          A       That's right.

 8          Q       It says, "Hi, Ally" -- oh, August 7, 2019, that's

 9   actually after the filing of this lawsuit; right?

10          A       Right.

11          Q       It says, "Hi, Ally.  Congratulations on your

12   recent sale on Redbubble.  You're well on your way to becoming

13   a true Redbubble all star."

14                  Do you see that?

15          A       Yes.

16          Q       And then it lists the product that she had sold,

17   iPhone case of brandymelvilleusa.

18                  Do you see that?

19          A       Yes.

20          Q       Were you made aware that, after this lawsuit was

21   filed, Redbubble was sending out e-mails to users

22   congratulating them on selling items entitled Brandy Melville?

23          A       I was not made aware of this e-mail, no.

24          Q       Okay.  And then on the second page it shows the

25   breakdown of the finances.  So the price was $20.20.
```

```
 1                    Do you see that?

 2        A      Yes.

 3        Q      So the artist gets $3.37; right?

 4        A      Yes.

 5        Q      And Redbubble keeps $16.83 for a manufacturing

 6   fee including facilitation fee.

 7                    Do you see that?

 8        A      I see it, but Redbubble didn't keep that.  Only a

 9   portion of it.

10        Q      Redbubble kept the facilitation fee; correct?

11        A      Correct.

12        Q      Because it facilitates the sale; correct?

13        A      Yes.

14        Q      I'm going to show you what's in evidence as

15   Exhibit 181, page 10.  Do you see, Mr. Toy, this is a product

16   that was displayed on Redbubble?

17        A      I see it, yes.

18        Q      Do you see the title is "Brandy Melville No

19   Foolin sticker"?

20        A      Yes.

21                    MR. WESLEY:  I want to show you what's been

22   marked for identification as Exhibit 70.  It's in volume 3.

23   It's been admitted by stipulation.  I would move it into

24   evidence, Exhibit 70.

25                    THE COURT:  70?
```

03:35PM  (line 5)
03:35PM  (line 10)
03:36PM  (line 15)
03:36PM  (line 20)
03:37PM  (line 25)

```
 1                    MR. WESLEY:  Yes, sir.

 2                    THE COURT:  It will be received.

 3                    (Marked for identification and received

 4              into evidence Exhibit No. 70.)

 5                    THE WITNESS:  Sorry.  Which number?

 6                    THE COURT:  70.

 7                    MR. WESLEY:  You can either look in the book or I

 8      will show you pages on the screen.

 9          Q     So I'm showing you page 1.  Do you see this

10      document?

11          A     Yes.

12          Q     And this is part of Redbubble's policing tips;

13      correct?

14          A     Correct.

15          Q     And here it says, "If one of a specified

16      trademark listed in the guidelines appears in the title of the

17      work, we should generally treat it the same as if such term

18      appears in the image of the work itself.  The work alone does

19      not fall within the guidelines but provides context related to

20      the property's trademark in the title and could cause confusion

21      for the average consumer as related to that property.  It

22      should be moderated."

23                    Do you see that?

24          A     I see it.

25          Q     And then on the second page there's a couple
```

03:37PM (line 5)
03:37PM (line 10)
03:37PM (line 15)
03:38PM (line 20)
03:38PM (line 25)

1    tangible examples.

2              Do you see that?

3        A     Yes.

4        Q     For example, if this work were posted but it was

03:38PM  5    titled "Disney Castle," the work itself may be okay.  But

6    because the title has "Disney" in it, that could be a problem;

7    right?

8        A     We -- this is an internal guide for our team to

9    execute instructions from brand owners.  So if they want that,

03:38PM  10   that's what we will do.

11       Q     Okay.  So based on your internal guidelines,

12   Brandy Melville in the title, that could be a problem; right?

13       A     If -- I just wish that you had communicated with

14   us.  If I knew that this is what you wanted, we would have done

03:39PM  15   it in a heartbeat.

16       Q     And keyword tags -- the Brandy Melville keyword

17   is still used to this day; right?

18       A     That's right.

19       Q     Let's talk about what more Redbubble could have

03:39PM  20   done.  Redbubble could have alerted its manufacturers to be on

21   the lookout for any products with Brandy Melville trademarks;

22   right?

23              MR. MASUR:  Objection.

24              THE COURT:  Sustained.  Speculation.

03:40PM  25       Q     BY MR. WESLEY:  Did Redbubble alert any of its

```
  1     manufacturers to be on the lookout for any products with the

  2     Brandy Melville trademarks?

  3                     MR. MASUR:  Objection.

  4                     THE COURT:  Overruled.

03:40PM  5              THE WITNESS:  I don't believe any -- I would have

  6     known.  No.  I don't believe any third-party manufacturers were

  7     notified.  In what time are you talking about?

  8         Q      BY MR. WESLEY:  Anytime.

  9         A      Anytime, no.

03:40PM 10         Q      And did Redbubble alert customer service

 11     representatives to be on the lookout for any signs of

 12     infringement of Brandy Melville IP?

 13         A      Yes.  Again, I don't know what time period you're

 14     talking about, but that is the case now, yes.

03:40PM 15         Q      Okay.  How about after the cease and desist

 16     letter in 2018?

 17         A      Between 2018 and when you sued us?

 18         Q      Yes.

 19         A      No.  That did not happen.

03:41PM 20         Q      And Redbubble could have hired hundreds more

 21     employees to monitor the site; right?

 22         A      We --

 23                     MR. MASUR:  Objection.  Speculation.

 24                     THE COURT:  Sustained.

03:41PM 25         Q      BY MR. WESLEY:  Did Redbubble hire hundreds of
```

|   | 1 | new people to join its content moderation team? |
|---|---|---|
|   | 2 | A      So we could block your word Brandy Melville?  No, |
|   | 3 | we didn't.  We don't think that's infringement. |
|   | 4 | Q      Okay.  And does Redbubble screen users who try to |
| 03:41PM | 5 | upload designs? |
|   | 6 | A      Absolutely. |
|   | 7 | Q      Did Redbubble post on its site a catalog of logos |
|   | 8 | and designs that is off limits? |
|   | 9 | A      I'm sorry.  Can you repeat the question? |
| 03:41PM | 10 | Q      Did Redbubble post on its site a catalog of logos |
|   | 11 | or designs to tell its users what's off limits? |
|   | 12 | A      I don't know what you're referring to.  Is it |
|   | 13 | something that we did that you're asking about, or are you |
|   | 14 | hypothetically asking if we did that? |
| 03:42PM | 15 | Q      I'm asking if you posted on your website a list |
|   | 16 | or notice saying, hey, these are some brands that we have had |
|   | 17 | an issue with before and listed the names or their intellectual |
|   | 18 | property, something to alert your users that that's a no-no. |
|   | 19 | MR. MASUR:  Objection, Your Honor. |
| 03:42PM | 20 | THE COURT:  Overruled. |
|   | 21 | THE WITNESS:  Every time somebody uploaded |
|   | 22 | something that we remove because a brand owner asks us to, we |
|   | 23 | warn them not to do it again. |
|   | 24 | Q      BY MR. WESLEY:  And Redbubble could have disabled |
| 03:42PM | 25 | the Brandy Melville keyword entirely; right? |

                 1        A       We could ban that word from the marketplace,

                 2   yeah.  We could prevent anyone from searching for

                 3   Brandy Melville or anyone from inputting those words into their

                 4   listing as a tag.  We could prevent sellers from doing that,

03:42PM          5   yes.  But we don't.

                 6        Q       In fact, as of the time of your deposition in

                 7   December 2019, rights holders had informed you that other

                 8   platforms had disabled tags for them; right?

                 9        A       They don't want to spend the resources to do it

03:43PM         10   right.

                11        Q       And rights holders told you that disabling tags

                12   is an effective way to stop the possibility of infringement;

                13   right?

                14        A       They thought it was effective, yeah.  A few of

03:43PM         15   them.  Not many.

                16        Q       Yet Redbubble refuses to disable the

                17   Brandy Melville keyword; correct?

                18        A       We won't block words on the Internet.

                19        Q       Take a look at what's been marked as Exhibit 128.

03:43PM         20              This has been pre-admitted, Your Honor.  I would

                21   move Exhibit 128.

                22              THE COURT:  128.

                23           (Marked for identification and received

                24           into evidence Exhibit No. 128.)

03:44PM         25        Q       BY MR. WESLEY:  I'm going to show you page 1.

| | | | |
|---|---|---|---|
| | 1 | | You knew a Drew Brosnan; right? |
| | 2 | A | Yes, I do. |
| | 3 | Q | Who is he? |
| | 4 | A | I work with him.  He works in marketing. |
| 03:44PM | 5 | Q | Okay.  In this e-mail, Mr. Brosnan is being |

written about search keyword conversion.

Do you see that?

A        Yes.

Q        In paragraph 2 the hypothesis is "Particular
search terms will correlate with user intent and, therefore,
some search terms will show higher conversion than others."

Do you see that?

A        I see it.

Q        And paragraph 3 says, if some search terms are
more likely to lead to a purchase, we can concentrate our
marketing efforts on these.

Do you see that?

A        I see that.

Q        And then in the analysis it goes on to say, "The
analysis is for all searches from the past year, June 1, 2017,
to June 1, 2018, that were analyzed."

Do you see that?

A        Yes.  Yeah.

Q        Okay.  And then there is a list that starts near
the bottom of page 1 and goes on and says, "For the top 1,000

```
  1    searches and then the best converting."

  2              Do you see that?

  3         A    Yes.

  4         Q    Number one is preppy.

  5         A    I see it.

  6         Q    And then on page 2 it goes on to say, National

  7    Park, Vine, Yellow, and then Brandy Melville.

  8              Do you see that?

  9         A    Yes.

 10         Q    Out of the 65,745 searches for Brandy Melville,

 11    23,308 resulted in somebody adding something to their cart;

 12    right?

 13         A    I don't know.

 14         Q    Can you go back to the headers?

 15         A    Sure.  Okay.

 16         Q    Search count, ATCS.

 17         A    Okay.

 18         Q    And ATC convert?

 19         A    I see that.  I agree those are the numbers in

 20    those columns, yes.

 21         Q    So about 35 percent of people who searched

 22    Brandy Melville added something to their cart on Redbubble.

 23    No?

 24         A    I can tell you what the -- those numbers in their

 25    columns and what the headers say, but I don't know if what you
```

03:45PM (line 5)
03:46PM (line 10)
03:46PM (line 15)
03:46PM (line 20)
03:47PM (line 25)

```
 1   said is accurate.  Do you want me to assume it's accurate?

 2   Does that answer your question?  I just don't know.

 3        Q     Okay.  That's okay.  We will wait for somebody to

 4   explain those to us other than the document.

 5        A     Okay.

 6        Q     Looking at page 6 of Exhibit 286, this is your

 7   2018 annual report.  This has been pre-admitted.

 8              Your Honor, I would move page 6.

 9              THE COURT:  286 has been.  You're correct.

10              Page 6?

11              MR. WESLEY:  Yes, sir.

12              THE COURT:  You got it.  It will be received.

13          (Marked for identification and received

14            into evidence Exhibit No. 286, page 6.)

15        Q     BY MR. WESLEY:  Okay.  Do you see here, Mr. Toy,

16   there is a stat for average AOV?  Do you know that term?

17        A     Where are you?

18        Q     My apologies.  AOV.

19        A     I see it.

20        Q     That is the average amount per order for that

21   period of time; is that right?

22        A     I don't know if that is what AOV stands for.

23        Q     It says dollar per order.  You're not familiar

24   with that?

25        A     I just don't know what AOV is.
```

1    Q       Based on your experience with the company, is the

2    average order at Redbubble around, give or take, $45?

3    A       I have no idea.

4    Q       Okay.  One more thing, Mr. Toy.  We will go back

03:49PM  5    to Exhibit 287.  That is the 2019 report.  I will show you

6    page 7.

7            Here, Mr. Toy, it says in 2019 total reported

8    revenue for services was 307 million; right?

9    A       I see that.

03:49PM  10   Q       And 2018 was 218 million.

11           Do you see that?

12   A       I see that.

13   Q       So a lot of growth between 2018 and 2019; right?

14   A       Yes.  A lot of growth.

03:49PM  15   Q       How about in 2020?  What were the revenues in

16   2020?

17   A       I don't know.  But a lot of people are really --

18   really love Redbubble.  So it's grown a lot.

19   Q       Okay.  Well, the revenue went up in 2020

03:50PM  20   significantly; right?

21   A       I haven't seen the financials, but I would assume

22   so, yes.

23   Q       And as a public company, Redbubble has a lot of

24   pressure to continue to increase its revenue each year;

03:50PM  25   correct?

```
 1        A       Like any other public company, yes.

 2        Q       In fact, it says here that the business is

 3   focused on the strategic work to reach the milestone of

 4   $1 billion in sales.

 5        A       Uh-huh.

 6        Q       Do you see that?

 7        A       I do.

 8        Q       Were you aware of that?

 9        A       Was I aware that was a goal or this is written in

10   here or what?

11        Q       Yes.  Were you aware that was Redbubble's goal to

12   be selling $1 billion annually?

13        A       I think like any company, especially large public

14   companies that are global public companies, that are publicly

15   traded, yes.  We want to make more money.

16        Q       And with 25 percent around inauthentic sellers,

17   Redbubble can't be too strict on counterfeits, can it, to reach

18   $1 billion?

19                MR. MASUR:  Objection.

20                THE COURT:  Sustained.  Argumentative.

21                MR. WESLEY:  Thank you, Your Honor.  That's all I

22   have.

23                THE COURT:  Okay.  Cross.

24   ///

25   ///
```

**CROSS-EXAMINATION**

BY MR. MASUR:

1

2

3        Q       Good afternoon, Mr. Toy.  We're going to go to

4   Exhibit 287 which you were looking at a bit ago, page 3.

03:52PM  5        A       Okay.

6        Q       Authentic sellers, I believe you were asked -- I

7   believe that counsel was using the term authentic versus

8   inauthentic to be equivalent to infringing or non-infringing.

9               Is that a fair characterization?

03:52PM  10       A       No.  And I wish he hadn't cut me off.

11       Q       Let me put it this way.

12               Is there anyone in that roughly 24 percent -- I

13   can't see it from here -- yeah.  24 percent of sellers

14   inauthentic who are not trademark infringers?

03:52PM  15       A       I would think so, yes.

16       Q       Because the definition of inauthentic seller that

17   Redbubble was using at the time, that wasn't about

18   infringement, was it?

19       A       It was mostly about what customers are interested

03:53PM  20   in buying.  Yes.  So it is not about infringement.

21       Q       It was about high quality?

22       A       Yes.

23       Q       That's what that footnote down there says,

24   footnote 2?

03:53PM  25       A       In this document?

1    Q        Yes.   There we go.   High quality original works

2    which resonate well with customers?

3    A        Yes.

4             MR. MASUR:   Okay.   Can we go to Exhibit 65.   Can

03:53PM   5    I have page 2 and zoom in on that top paragraph, please.

6    Q        Now, that general language that counsel was

7    asking about there that we generally don't go look for similar

8    works to remove from the marketplace, are there exceptions to

9    that rule?

03:53PM  10    A        There are large exceptions to that general rule,

11   yes.

12   Q        Can you name a couple?

13   A        For plaintiff for one we looked for -- they

14   identified six images.   We removed 26.   We looked for similar

03:54PM  15   images to remove.   We did our best.   There's also proactive

16   policing.   It's a huge part of my job.   We didn't really go

17   into the details to explain what that is.   We just do the

18   turnaround.   But we go looking for things that brand owners

19   tell us to look for and remove them.

03:54PM  20   Q        To be clear, we will be getting into that in our

21   direct testimony in our case.   I just wanted to clear that up.

22            Can you go to Exhibit 207.   I'm sorry.   307.

23   That was also used by counsel.   Then if you zoom in on I

24   believe it's page 2, there is an "R" and a circle.   I'm sorry.

03:54PM  25   Which page has been introduced or admitted in this exhibit?   I

```
 1    see it there.  It's that first one there.

 2              So do you see that Brandy Melville with the "R"

 3    in the circle?

 4         A    Yes.

 5         Q    So counsel asked you whether you recognized "R"

 6    in a circle there as meaning anything as an IP lawyer.

 7         A    It's a trademark symbol.

 8         Q    And specifically it's a registered trademark

 9    symbol, is it not?

10         A    Yes.

11         Q    And there are registered trademarks and

12    unregistered trademarks, and those are related but different

13    things; correct?

14         A    Yes.

15         Q    So that "R" in the circle is only supposed to be

16    used for a registered trademark; correct?

17         A    That's right.

18         Q    Do you know whether there is a trademark for

19    the -- registered trademark for the words "Brandy Melville"?

20         A    I believe it says it's dead.

21         Q    It's dead.  The registry -- you're saying, if you

22    go on to the trademark database at the U.S. Patent & Trademark

23    Office and you look for the phrase "Brandy Melville," you're

24    saying that it says that it's dead?

25         A    The U.S. Trademark Office says that trademark is
```

03:55PM (lines 5, 10, 15, 20, 25)

dead.

Q      Okay.  So you're familiar with the registered

marks in this case that I won't pull up now but have been in

front of the jury already.  It's Exhibits 5, 6, and 7.

03:56PM  Exhibit 5 I will tell you is the Brandy Flags mark.  It's

Brandy Flags Melville and then Brandy Heart Melville.  Those

are registered marks, but those are not marks simply for the

words Brandy Melville, are they?

A      I believe you're correct.  Images.

03:56PM  Q      Are you familiar with the difference between a

design mark and a word mark for trademarks?

A      Yes.

Q      What is that difference?

A      A design mark has to be --

03:56PM  MR. WESLEY:  Objection.  Calls for a legal --

THE COURT:  Sustained.

Q      BY MR. MASUR:  Okay.  But that "R" in a circle,

do you know it to be used for a registered trademark?

A      Correct.

03:56PM  Q      So that wasn't true, was it, that

Brandy Melville -- the phrase Brandy Melville is a registered

trademark?

A      I believe it was rejected by the U.S. Trademark

Office, and now it's dead.

03:56PM  Q      Let's go to Exhibit 301.  If we go down to -- I'm

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
|       | 1  | sorry.  Where this is set up I can't see very clearly.  That |
|       | 2  | second line there, Brandy Melville with an "R" again, do you |
|       | 3  | see -- who is the artist there?                            |
|       | 4  | A        YouAreMuggle.                                     |
| 03:57PM | 5 | Q        Is YouAreMuggle an alias -- to the best of your   |
|       | 6  | knowledge, an alias for Brandy Melville?                   |
|       | 7  | A        Not that I know of.                               |
|       | 8  | Q        So whoever is saying this isn't Brandy Melville;  |
|       | 9  | correct?                                                   |
| 03:57PM | 10 | A        Correct.                                         |
|       | 11 | Q        You testified that this is an automatically       |
|       | 12 | generated e-mail to someone who bought or searched for     |
|       | 13 | something on the website; correct?                         |
|       | 14 | A        Yes.                                              |
| 03:57PM | 15 | Q        So that's based on the user search or purchase    |
|       | 16 | history?                                                   |
|       | 17 | A        Yes.                                              |
|       | 18 | Q        And did any human being ever review this e-mail   |
|       | 19 | before it went out?                                        |
| 03:57PM | 20 | A        I didn't.                                        |
|       | 21 | Q        Okay.                                             |
|       | 22 | A        Looks like an automated e-mail.                   |
|       | 23 |          MR. MASUR:  Can we go to Exhibit 121.  Actually,  |
|       | 24 | we can skip right to exhibit -- Exhibit 70.  Actually, let's |
| 03:58PM | 25 | skip this.  Let's go to Exhibit 128.  Let's zoom in on the |

```
 1    header, the e-mail header.
 2         Q     Mr. Toy, what is Confluence?
 3         A     Confluence is a -- it's a company that makes a
 4    product that other companies use to -- it's like an intranet.
 5    It's an internal website that companies collaborate, share
 6    ideas.
 7         Q     And is -- I know this looks like an e-mail from
 8    Megan Burkimsher -- I know I'm mispronouncing her name -- to
 9    Drew Brosnan.  Is it an e-mail from her to him?
10         A     No.  If I understand how this product works, she
11    may have added to a page on this internal communication
12    platform, and then the communication platform just sends out
13    notifications to anybody who looks at that page.
14         Q     So it's just a notification?
15         A     Yeah.  It's just a -- yeah.
16         Q     One more question.  Exhibit 287.  Let's go to
17    page 7 which Mr. Wesley was looking at.  Let's zoom in.  There
18    we go.  Down on that table in the lower part.
19               Mr. Toy, do you see the artist margin number
20    there for 2019 and 2018?
21         A     Sorry.  Yes.
22         Q     So that means that in 2019 Redbubble paid artists
23    $30 million -- sorry -- $50 million; correct?
24         A     Artists made $50 million on our website.
25         Q     These are all Australian dollars; correct?
```

1          A        Yes.

2          Q        That was up from 35.9 million in 2018?

3          A        Yes.

4          Q        And then the literal bottom line --

04:00PM   5          THE COURT:  Excuse me, ladies and gentlemen.   It

6    is 4:00 o'clock at this time.  So we are going to be breaking

7    at this time.  Ladies and gentlemen, we're going to come back

8    in tomorrow morning at 8:30.

9          Remember the admonishment not to discuss the case

04:01PM   10   among yourselves or with anybody else.  Do not form or express

11   any opinions about the matter until it is submitted to you and

12   you retire to the jury room.  Don't think about it.  I don't

13   know if there is a basketball game on tonight or something.

14   But think about something else.  Don't think about this case

04:01PM   15   until you get back here and you hear more evidence.

16          Okay.  You will be excused at this time.  We will

17   start right at 8:30.  If we get started right at 8:30, there is

18   a good chance we will get the case to you by tomorrow.  So be

19   here right on time.  You are excused at this time.  I want you

04:01PM   20   to leave quietly so I can talk to the attorneys after you

21   leave.  Go ahead.

22          (The following proceedings were held in

23          open court outside the presence of the jury:)

24          THE COURT:  Okay.  You may have a seat, and you

04:02PM   25   may step down if you wish.

1        Counsel, we're going to be calling the juror that

2    we talked about earlier back in here and talk to that juror a

3    little bit.  We talked to a juror earlier in the case.

4              (The following proceedings were held in

04:03PM   5         open court in the presence of Juror No. 7:)

6              THE COURT:  We're going to get you the mic so we

7    can hear you.

8              Okay.  Ms. Martinez.

9              JUROR NO. 7:  Yes.

04:03PM  10            THE COURT:  We talked to you earlier, and you

11   indicated at the time you thought you might have some problems

12   because you might have some bias or prejudice.  You've been

13   able to hear the testimony through the majority of the

14   plaintiff's case, and at this time you have heard a lot of the

04:03PM  15   evidence that came in.

16            So my question to you is, after sitting through

17   part of this case, do you still feel there might be a problem

18   where you might not be able to be fair to both sides because of

19   feelings that you have or bias you have?

04:04PM  20            JUROR NO. 7:  I think naturally I will be biased.

21            THE COURT:  So you think one way or the other,

22   even after you have heard everything, the facts of the case are

23   such that, because of your feelings, you might lean one way or

24   the other?

04:04PM  25            JUROR NO. 7:  Yes.

1          THE COURT:  Anybody want to inquire one way or

2     the other?  Okay.

3               At this time we are going to excuse you.  So you

4     won't have to come back in tomorrow.  Okay.  You're not to

04:04PM   5     discuss the case with any of the other jurors between now and

6     then.  Thank you very much.

7          (The following proceedings were held in

8          open court outside the presence of the jury:)

9          THE COURT:  Counsel, I wanted to talk to you a

04:04PM  10     little bit about logistics tomorrow when we come back in.  I am

11     assuming we will be able to finish the testimony, I'm assuming,

12     by noontime tomorrow.  If you want to know your minutes, the

13     plaintiff has 33 minutes left, the defendant has 125 minutes

14     left.  That's for both cross and direct examination.  So it

04:05PM  15     seems to me that this case will be finished by 11:00 o'clock

16     tomorrow.

17               So when we come back in, either we will finish up

18     on any testimony that is left or we will go right into

19     instructions and argument.  Courts do it differently.  In our

04:05PM  20     court, we always do the argument first, and I always instruct

21     later.  A lot of courts argue first, and you do the

22     instructions later.  I always give the instructions after the

23     argument.

24               I will be going over all the instructions again.

04:05PM  25     I have already gone over some of them, but I will go over all

        1    of them tomorrow.  Tonight -- I probably will want to go over

        2    them again at 11:00 o'clock because I don't know what evidence

        3    is going to come in between now and 11:00 and what instructions

        4    are proper or not.  But we will sit down and talk -- I will

04:06PM  5    probably have you come back in, rather than at 1:00 o'clock, at

        6    12:30, so I can tell you what the instructions are so you can

        7    argue the instructions when you go to argue it.

        8                    Any questions either side?

        9                    MR. MASUR:  So, Your Honor, it sounds like with

04:06PM 10    that schedule we will be doing evidence during the morning and

       11    dealing with the instructions and then come back from lunch and

       12    go into closings?

       13                    THE COURT:  Yeah.  Exactly.  Okay.  We'll see you

       14    back in tomorrow.

04:06PM 15                    MR. MASUR:  I'm sorry.  How long will we have for

       16    closing?

       17                    THE COURT:  30 minutes.

       18                    MR. MASUR:  Okay.

       19                    MR. WESLEY:  And, Your Honor, for the plaintiff,

04:06PM 20    30 broken up -- I assume I will get a rebuttal.

       21                    THE COURT:  You have your rebuttal, yes.

       22                    MR. WESLEY:  Is there time --

       23                    THE COURT:  30 minutes total on both sides.  You

       24    can break it up however you want.  If you want, I will give you

04:06PM 25    five minutes before the end.  You tell me before how much you

1    want.  So I can give you five minutes before the end of that.

2                  MR. WESLEY:  Thank you.

3                  MR. MASUR:  I'm assuming I can't get a

4    surrebuttal.

04:07PM  5                  THE COURT:  No.

6                  MR. MASUR:  Thank you, Your Honor.

7                  (Proceedings concluded at 4:07 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5        I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15            DATED THIS  21ST  DAY OF JUNE, 2021.

16

17

18            /S/ MIRANDA ALGORRI

19            _____
              MIRANDA ALGORRI, CSR NO. 12743, CRR
20            FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25

## $

**$1,475.52** [1] - 252:11
**$143** [1] - 222:20
**$143.70** [1] - 222:22
**$16.83** [1] - 320:5
**$20.20** [1] - 319:25
**$3,459** [1] - 250:8
**$3.37** [1] - 320:3
**$30** [1] - 336:23
**$4,228.91** [1] - 252:8
**$45** [1] - 329:2
**$45,549** [1] - 248:15
**$50** [2] - 336:23, 336:24
**$8,133** [1] - 250:2

## /

**/S** [1] - 342:18

## 1

**1** [17] - 225:10, 228:25, 236:3, 236:10, 242:6, 252:23, 263:18, 319:1, 321:9, 325:25, 326:20, 326:21, 326:25, 330:4, 330:12, 330:18
**1,000** [1] - 326:25
**10** [7] - 228:2, 290:5, 291:6, 299:8, 313:5, 315:23, 320:15
**10/22/2018** [1] - 317:22
**100** [3] - 298:13, 307:2, 307:7
**101** [1] - 284:19
**11** [2] - 224:14, 253:25
**110** [1] - 282:17
**113** [5] - 218:6, 318:14, 318:15, 318:22, 318:25
**115** [4] - 218:7, 315:1, 315:3, 315:7
**118,500** [1] - 246:13
**118,583.24** [1] - 247:17
**11:00** [3] - 339:15, 340:2, 340:3
**12** [4] - 224:17, 280:25, 317:5, 317:9
**121** [6] - 218:9, 307:8, 307:12, 307:18, 307:21, 335:23
**122** [6] - 218:10, 310:17, 310:25, 311:1, 311:4, 311:6

**124** [1] - 219:24
**125** [1] - 339:13
**12743** [2] - 215:23, 342:19
**128** [7] - 218:11, 274:10, 325:19, 325:21, 325:22, 325:24, 335:25
**12:30** [1] - 340:6
**13** [1] - 222:17
**14** [7] - 280:8, 280:25, 285:22, 307:14, 312:24, 313:15, 314:13
**140** [1] - 284:19
**141** [4] - 277:15, 277:18, 277:19, 277:25
**142** [1] - 278:1
**146** [1] - 284:17
**14TH** [1] - 307:25
**15** [8] - 223:12, 254:17, 284:3, 284:8, 284:25, 292:10, 317:5
**153** [6] - 218:17, 259:14, 259:16, 259:17, 259:21, 259:25
**154** [1] - 216:12
**16** [2] - 290:12, 315:24
**16-INCH** [2] - 276:4, 276:5
**164** [7] - 218:12, 221:16, 221:22, 222:8, 222:11, 222:21, 222:23
**167** [8] - 218:13, 222:1, 222:8, 222:11, 222:13, 226:15, 226:16, 227:12
**17-INCH** [1] - 276:5
**172** [5] - 218:14, 223:10, 223:21, 223:24, 224:6
**173** [13] - 218:15, 224:20, 224:23, 225:6, 225:9, 225:11, 225:16, 225:21, 225:23, 228:25, 229:4, 230:12, 231:13
**181** [1] - 320:15
**19-04618-RGK** [1] - 215:7
**190** [1] - 290:12
**1984** [3] - 244:3, 244:13, 269:21
**1:00** [3] - 215:15,

220:1, 340:5
**1ST** [1] - 215:24

## 2

**2** [23] - 215:9, 215:14, 218:4, 222:16, 222:24, 225:16, 237:15, 239:10, 266:12, 266:16, 277:18, 283:15, 296:9, 296:12, 296:14, 311:5, 313:12, 326:9, 327:6, 331:24, 332:5, 332:24
**20** [4] - 240:2, 290:6, 290:12, 291:7
**2000** [1] - 216:11
**2014** [1] - 289:8
**2015** [4] - 300:16, 301:10, 301:14, 303:4
**2016** [6] - 254:17, 302:11, 303:4, 303:10, 306:13, 307:22
**2017** [4] - 307:14, 307:24, 310:12, 326:20
**2018** [17] - 218:23, 253:2, 253:14, 312:24, 313:15, 314:13, 315:24, 316:14, 318:9, 323:16, 323:17, 326:21, 328:7, 329:10, 329:13, 336:20, 337:2
**2019** [20] - 218:25, 221:4, 253:11, 285:22, 290:5, 290:9, 293:7, 294:7, 295:3, 295:7, 315:12, 318:12, 318:19, 319:8, 325:7, 329:5, 329:7, 329:13, 336:20, 336:22
**2020** [5] - 234:24, 243:23, 329:15, 329:16, 329:19
**2021** [5] - 215:15, 220:1, 244:17, 264:13, 342:15
**207** [1] - 332:22
**20TH** [2] - 264:13, 311:15
**21** [3] - 215:15, 220:1, 280:9

**2121** [1] - 216:5
**215** [1] - 215:9
**218** [1] - 329:10
**21ST** [1] - 342:15
**22** [4] - 277:18, 277:19, 280:8, 280:9
**220** [1] - 217:5
**222** [7] - 218:12, 218:13, 274:6, 275:24, 276:2
**223** [24] - 218:14, 218:17, 218:18, 218:20, 230:19, 231:8, 231:16, 231:24, 232:7, 232:12, 232:14, 232:18, 259:13, 259:15, 259:16, 259:22, 259:25, 260:11, 260:20, 260:23, 267:11, 267:19, 267:22
**225** [2] - 218:15
**226** [1] - 217:5
**228** [1] - 273:18
**23,308** [1] - 327:11
**230** [1] - 217:6
**232** [2] - 218:21
**234** [1] - 217:8
**236** [6] - 219:4, 219:5, 219:6
**237** [2] - 219:7
**238** [2] - 219:8
**24** [3] - 295:21, 331:12, 331:13
**240** [2] - 219:13
**241** [2] - 219:14
**242** [2] - 219:15
**243** [2] - 219:16
**244** [4] - 219:17, 219:18
**245** [4] - 219:19, 219:20
**246** [2] - 219:21
**25** [2] - 277:19, 330:16
**250** [1] - 298:7
**252** [3] - 217:9, 219:22
**253** [1] - 219:24
**256** [1] - 217:9
**257** [1] - 217:12
**259** [2] - 218:17
**26** [2] - 315:22, 332:14
**260** [2] - 218:18
**267** [2] - 218:20
**269** [1] - 217:12
**273** [1] - 218:21
**28** [1] - 342:8
**2800** [1] - 216:6
**286** [4] - 218:23,

**328**:6, 328:9, 328:14
**287** [8] - 218:24, 293:8, 293:11, 293:12, 293:18, 329:5, 331:4, 336:16
**288** [3] - 217:15, 270:23, 273:17
**29** [3] - 253:2, 253:11, 318:12
**290** [5] - 219:4, 235:13, 235:24, 236:2, 236:4
**291** [5] - 219:5, 235:13, 235:24, 236:2, 236:10
**292** [5] - 219:6, 235:13, 235:24, 236:2, 236:19
**293** [2] - 218:24
**295** [4] - 219:7, 236:23, 237:4, 237:7
**296** [7] - 218:4, 219:8, 237:23, 237:25, 238:8, 238:11
**2:32** [1] - 285:1

## 3

**3** [12] - 218:25, 222:16, 231:12, 266:25, 267:3, 293:10, 293:13, 293:18, 311:18, 320:22, 326:14, 331:4
**3,000** [1] - 250:5
**30** [4] - 250:16, 340:17, 340:20, 340:23
**30(B)(6)** [1] - 289:19
**301** [7] - 219:9, 219:12, 302:6, 302:24, 303:2, 334:25
**302** [5] - 219:10, 305:8, 305:14, 305:17, 306:11
**303** [4] - 219:11, 305:18, 305:22, 305:25
**304** [3] - 219:9, 306:1
**306** [4] - 219:10, 219:11
**307** [13] - 219:8, 219:12, 299:8, 299:9, 299:11, 300:7, 300:9, 300:13, 302:4, 303:3, 249:8, 322:22
**31** [2] - 244:17, 315:12
**311** [2] - 218:10

**315** [2] - 218:7
**318** [2] - 218:6
**321** [2] - 218:5
**325** [2] - 218:11
**328** [2] - 218:23
**33** [1] - 339:13
**331** [1] - 217:15
**342** [1] - 215:9
**343** [6] - 219:13, 238:23, 238:25, 239:3, 239:6, 239:10
**35** [1] - 327:21
**35.9** [1] - 337:2
**350** [1] - 215:24
**37** [6] - 218:22, 231:16, 231:24, 232:7, 232:12, 232:18
**39** [1] - 294:10
**3RD** [2] - 302:11, 303:10

**4**

**4** [7] - 225:21, 243:23, 277:16, 277:18, 307:9, 312:4, 318:15
**401** [4] - 219:14, 240:7, 240:13, 240:16
**404** [5] - 219:15, 240:22, 241:4, 241:7, 255:22
**408** [6] - 219:16, 241:17, 241:24, 242:2, 242:7, 255:16
**414** [6] - 219:17, 242:17, 242:24, 243:2, 243:8, 243:18
**416** [5] - 219:18, 242:17, 242:24, 243:2, 243:10
**421** [5] - 219:19, 244:2, 244:3, 244:7, 244:10
**424** [7] - 219:20, 244:2, 244:4, 244:5, 244:7, 244:10, 244:11
**4455** [1] - 215:24
**45** [3] - 248:1, 248:8, 280:25
**45,500** [1] - 247:20
**46** [4] - 230:19, 231:8, 232:14, 232:15
**4:00** [1] - 337:6
**4:07** [1] - 341:7
**4TH** [1] - 300:16

**5**

**5** [3] - 224:6, 334:4, 334:5
**50** [1] - 240:2
**519** [1] - 219:15

**6**

**6** [9] - 218:23, 229:5, 253:17, 283:15, 328:6, 328:8, 328:10, 328:14, 334:4
**6/16/2021** [1] - 268:10
**611(C)** [1] - 288:6
**623** [10] - 219:21, 245:2, 245:3, 245:7, 246:5, 253:24, 253:25, 254:11, 317:4, 317:9
**628** [7] - 219:22, 248:17, 248:21, 249:24, 250:12, 250:25, 251:7
**634** [9] - 219:24, 250:10, 251:10, 252:10, 252:13, 252:16, 252:22, 253:17
**634-00** [1] - 251:25
**65** [6] - 218:4, 296:7, 296:9, 296:12, 296:13, 332:4
**65,745** [1] - 327:10
**69** [6] - 218:20, 267:11, 267:14, 267:18, 267:22, 267:23
**6TH** [1] - 292:20

**7**

**7** [16] - 225:23, 230:12, 261:14, 269:17, 271:6, 283:15, 285:19, 318:19, 319:8, 329:6, 334:4, 336:17, 338:5, 338:9, 338:20, 338:25
**70** [13] - 218:5, 218:20, 267:11, 267:14, 267:18, 267:22, 268:2, 320:22, 320:24, 320:25, 321:4, 321:6, 335:24
**73** [1] - 242:8
**75,000** [1] - 298:5
**753** [1] - 342:8

**76** [4] - 294:10, 294:24, 295:8, 295:10

**8**

**8** [4] - 227:12, 227:16, 229:9, 306:13
**83** [2] - 280:4, 280:8
**86** [1] - 245:17
**8:30** [3] - 337:8, 337:17

**9**

**9** [7] - 219:24, 227:18, 229:10, 252:1, 252:2, 252:13, 252:16
**90** [1] - 284:18
**90012** [1] - 215:25
**90067** [1] - 216:6
**94063** [1] - 216:12
**96** [5] - 218:19, 260:10, 260:14, 260:20, 260:23
**99** [1] - 298:6

**A**

**ABLE** [4] - 284:22, 338:13, 338:18, 339:11
**ABOUTMYORDER@REDBUBBLE.COM** [2] - 299:14, 300:16
**ABOVE** [1] - 342:11
**ABOVE-ENTITLED** [1] - 342:11
**ABSOLUTELY** [4] - 262:3, 295:1, 297:13, 324:6
**ACCEPT** [1] - 295:25
**ACCESSORIES** [1] - 258:17
**ACCIDENTALLY** [1] - 296:24
**ACCORDING** [1] - 270:8
**ACCURATE** [3] - 294:4, 328:1
**ACTION** [1] - 315:18
**ACTUAL** [2] - 238:5, 313:8
**ADD** [1] - 249:2
**ADDED** [5] - 246:6, 246:11, 249:8, 327:22, 336:11
**ADDING** [1] - 327:11
**ADDRESS** [1] - 311:15

**ADDS** [2] - 246:18, 252:3
**ADMISSION** [1] - 293:10
**ADMIT** [1] - 251:7
**ADMITTED** [9] - 230:19, 261:13, 285:25, 296:8, 315:2, 320:23, 325:20, 328:7, 332:25
**ADMONISHMENT** [2] - 284:4, 337:9
**AFFILIATED** [1] - 286:8
**AFFIRMATIVELY** [4] - 304:5, 304:16, 304:24, 304:25
**AFFORDABLE** [1] - 258:18
**AFTERNOON** [4] - 261:3, 288:23, 288:24, 331:3
**AGED** [1] - 258:22
**AGO** [4] - 232:14, 244:18, 264:9, 331:4
**AGREE** [3] - 264:17, 312:23, 327:19
**AHEAD** [13] - 245:12, 246:24, 247:9, 253:12, 253:16, 267:1, 288:4, 299:25, 303:4, 306:12, 317:2, 337:21
**ALERT** [3] - 322:25, 323:10, 324:18
**ALERTED** [1] - 322:20
**ALGORRI** [4] - 215:23, 342:5, 342:18, 342:19
**ALIAS** [2] - 335:5, 335:6
**ALLEGED** [1] - 314:12
**ALLEGEDLY** [1] - 296:18
**ALLOWED** [1] - 229:25
**ALLOWS** [1] - 220:9
**ALLY** [2] - 319:8, 319:11
**ALMOST** [1] - 265:1
**ALONE** [1] - 321:18
**ALREADY-ADMITTED** [1] - 285:25
**AMAZON** [1] - 221:10
**AMERICAN** [2] - 240:25, 241:10
**AMOUNT** [3] - 252:6,

252:9, 328:20
**ANALYSIS** [2] - 326:19, 326:20
**ANALYZED** [1] - 326:21
**AND** [3] - 342:6, 342:9, 342:11
**ANGELES** [3] - 215:16, 215:25, 220:2
**ANGELES** [16] - 216:6, 227:4, 227:7, 236:12, 236:16, 236:17, 236:18, 236:21, 244:3, 244:13, 251:20, 253:4, 255:2, 255:6, 262:25, 269:21
**ANGELS** [1] - 291:12
**ANNAGUEY** [1] - 216:4
**ANNUAL** [4] - 293:7, 293:20, 293:24, 328:7
**ANNUAL** [2] - 218:23, 218:24
**ANNUALLY** [1] - 330:12
**ANSWER** [10] - 231:3, 231:10, 275:9, 276:9, 276:20, 280:22, 282:16, 283:16, 291:5, 328:2
**ANSWERED** [1] - 262:17
**ANTICIPATE** [1] - 264:23
**ANTICIPATION** [1] - 265:2
**ANYTIME** [2] - 323:8, 323:9
**AOV** [4] - 328:16, 328:18, 328:22, 328:25
**APART** [1] - 269:20
**APOLOGIES** [5] - 232:6, 278:7, 279:22, 296:25, 328:18
**APOLOGIZE** [3] - 277:22, 282:19, 314:24
**APPAREL** [1] - 282:12
**APPEAL** [1] - 292:21
**APPEAR** [1] - 226:11
**APPEARANCES** [1] - 216:1
**APPLICABLE** [1] - 296:19
**APPROACH** [6] -

221:11, 235:8, 246:22, 249:16, 259:9, 263:11
**APRIL** [2] - 234:22, 239:21
**AREA** [3] - 232:25, 252:2, 256:25
**ARGUE** [3] - 339:21, 340:7
**ARGUED** [1] - 292:20
**ARGUMENT** [5] - 274:2, 292:23, 339:19, 339:20, 339:23
**ARGUMENTATIVE** [3] - 292:2, 292:3, 330:20
**ARTIST** [4] - 272:13, 320:3, 335:3, 336:19
**ARTIST'S** [2] - 272:7, 272:10
**ARTISTS** [11] - 227:14, 227:19, 227:20, 227:24, 228:3, 228:5, 228:9, 294:15, 336:22, 336:24
**ARTWORK** [2] - 255:23, 259:8
**ASIDE** [3] - 247:5, 247:14, 248:13
**ASPECTS** [1] - 258:12
**ASSISTANCE** [1] - 317:24
**ASSISTANT** [1] - 289:4
**ASSOCIATE** [2] - 258:4, 262:19
**ASSOCIATED** [2] - 262:14, 308:17
**ASSOCIATES** [1] - 264:15
**ASSUME** [3] - 328:1, 329:21, 340:20
**ASSUMING** [3] - 339:11, 341:3
**ASSURE** [2] - 297:23, 298:2
**ATC** [1] - 327:18
**ATCS** [1] - 327:16
**ATTENTION** [8] - 220:13, 235:13, 236:22, 237:22, 238:22, 256:3, 301:21, 310:6
**ATTORNEY** [2] - 285:20, 292:17
**ATTORNEYS** [2] - 284:9, 337:20
**AUD** [9] - 245:25,

246:2, 247:19, 249:3, 249:5, 249:25, 250:4, 252:7, 252:10
**AUGUST** [2] - 318:19, 319:8
**AUSTRALIAN** [1] - 336:25
**AUTHENTIC** [1] - 294:15
**AUTHENTIC** [11] - 258:23, 267:15, 267:25, 283:24, 294:9, 294:20, 294:24, 295:9, 310:5, 331:6, 331:7
**AUTHENTICITY** [1] - 268:18
**AUTOMATED** [1] - 335:22
**AUTOMATICALLY** [5] - 301:12, 305:12, 305:19, 306:2, 335:11
**AVAILABLE** [3] - 242:8, 242:12, 269:2
**AVENUE** [1] - 216:5
**AVERAGE** [4] - 321:21, 328:16, 328:20, 329:2
**AVOIDING** [1] - 240:4
**AWARE** [15] - 278:20, 281:20, 301:9, 303:24, 304:2, 306:18, 309:25, 314:13, 316:15, 316:17, 319:20, 319:23, 330:8, 330:9, 330:11

---

**B**

---

**BACK-AND-FORTH** [1] - 315:17
**BAN** [1] - 325:1
**BAR** [2] - 266:1, 308:17
**BASE** [3] - 275:3, 275:11, 276:15
**BASED** [12] - 242:9, 245:4, 250:12, 250:25, 262:12, 268:13, 280:16, 303:13, 304:12, 322:11, 329:1, 335:15
**BASIC** [3] - 259:5, 259:7
**BASIS** [1] - 310:7
**BASKETBALL** [1] -

337:13
**BATES** [5] - 302:14, 302:19, 317:14, 317:15
**BECOMING** [1] - 319:12
**BEHALF** [3] - 254:19, 273:4, 289:24
**BEHIND** [1] - 256:3
**BELIEF** [1] - 262:14
**BENEFITS** [2] - 283:10, 283:22
**BEST** [8] - 294:5, 294:7, 314:3, 315:20, 315:21, 327:1, 332:15, 335:5
**BETWEEN** [11] - 232:22, 240:2, 260:1, 260:7, 286:15, 291:6, 323:17, 329:13, 334:10, 339:5, 340:3
**BIAS** [2] - 338:12, 338:19
**BIASED** [1] - 338:20
**BIEBER** [1] - 261:9
**BIG** [2] - 265:10, 304:3
**BILLION** [3] - 330:4, 330:12, 330:18
**BINDER** [4] - 221:12, 267:10, 302:6, 310:17
**BINDERS** [1] - 314:22
**BIT** [8] - 229:10, 229:11, 271:24, 288:25, 295:4, 331:4, 338:3, 339:10
**BLACK** [3] - 226:25, 243:13
**BLAIR** [1] - 311:23
**BLAMING** [1] - 304:21
**BLOCK** [2] - 324:2, 325:18
**BLOW** [1] - 227:18
**BLOWN** [1] - 245:24
**BLUE** [1] - 240:8
**BMW** [2] - 291:14, 291:15
**BOOK** [1] - 321:7
**BOT** [1] - 309:5
**BOTTLES** [1] - 283:5
**BOTTOM** [12] - 242:6, 244:15, 253:18, 254:1, 255:17, 264:12, 269:18, 272:7, 272:13, 302:16, 326:25, 337:4
**BOUGHT** [6] - 227:21, 227:24, 228:6,

228:10, 304:13, 335:12
**BOX** [2] - 220:8, 285:4
**BRAND** [14] - 258:12, 258:15, 258:20, 262:15, 262:20, 268:15, 268:20, 275:12, 308:22, 312:20, 315:9, 322:9, 324:22, 332:18
**BRANDS** [2] - 312:18, 324:16
**BRANDY** [209] - 218:7, 218:17, 218:18, 218:20, 219:14, 219:15, 219:16, 219:18, 219:22, 223:19, 225:5, 226:17, 226:22, 226:24, 228:21, 229:1, 229:6, 229:12, 229:20, 230:20, 231:16, 232:21, 235:23, 237:3, 238:7, 239:2, 239:18, 240:8, 240:12, 240:19, 240:24, 241:3, 241:23, 242:19, 242:23, 244:3, 244:6, 245:3, 245:22, 248:25, 252:12, 254:25, 255:1, 255:9, 256:6, 257:21, 257:25, 258:3, 258:15, 258:25, 259:3, 259:6, 259:7, 259:18, 260:3, 260:12, 260:17, 260:19, 260:25, 261:6, 261:8, 261:10, 261:19, 261:25, 262:7, 262:13, 262:14, 262:20, 263:2, 263:24, 264:16, 264:21, 265:5, 265:16, 266:1, 266:2, 266:9, 266:18, 266:21, 267:7, 267:16, 267:17, 267:25, 268:1, 268:14, 268:15, 268:21, 269:9, 269:13, 269:14, 269:16, 269:25, 270:5, 270:6, 270:18, 270:19, 270:24,

271:2, 271:4, 271:13, 271:19, 271:20, 273:15, 274:7, 274:24, 276:16, 276:24, 277:5, 277:8, 278:21, 279:7, 279:10, 279:12, 280:22, 281:7, 281:13, 281:23, 282:2, 282:3, 282:5, 282:6, 282:7, 282:11, 282:21, 282:23, 283:4, 285:7, 285:8, 286:7, 287:9, 287:10, 287:14, 287:16, 287:17, 295:24, 298:16, 299:4, 301:1, 301:4, 301:15, 303:17, 303:20, 303:25, 304:6, 304:14, 304:17, 306:8, 306:14, 306:22, 308:13, 309:6, 309:11, 309:17, 309:20, 310:5, 310:13, 312:5, 313:1, 313:6, 313:8, 313:17, 313:19, 313:25, 314:8, 314:9, 314:14, 314:15, 314:17, 315:9, 316:15, 317:19, 319:22, 320:18, 322:12, 322:16, 322:21, 323:2, 323:12, 324:2, 324:25, 325:3, 325:17, 327:7, 327:10, 327:22, 333:2, 333:19, 333:23, 334:5, 334:6, 334:8, 334:21, 335:2, 335:6, 335:8
**BRANDY** [1] - 215:5
**BRANDYMELVILLE USA** [1] - 319:17
**BRANDYMELVILLE USA.COM** [6] - 241:15, 242:5, 244:14, 256:20, 256:23, 313:9
**BREAK** [4] - 282:1, 284:1, 284:2, 340:24
**BREAKDOWN** [1] - 319:25
**BREAKING** [1] - 337:6

**BRIEFLY** [3] - 258:2,
258:10, 265:24
**BRING** [3] - 242:11,
265:3, 280:15
**BROADWAY** [4] -
216:11, 219:15,
240:25, 241:10
**BROKEN** [1] - 340:20
**BROSNAN** [3] - 326:1,
326:5, 336:9
**BROUGHT** [2] -
265:15, 310:6
**BROWNE** [1] - 216:4
**BROWNE** [1] - 234:6
**BUILDS** [1] - 265:1
**BULLET** [1] - 294:8
**BUNCH** [2] - 266:3,
310:9
**BURKIMSHER** [1] -
336:8
**BUSINESS** [1] - 294:8
**BUSINESS** [4] -
258:11, 292:12,
293:25, 330:2
**BUST** [3] - 275:25,
276:4, 276:5
**BUTTERFLY** [1] -
219:14
**BUTTERFLY** [2] -
240:8, 240:9
**BUTTON** [1] - 296:24
**BUY** [4] - 258:22,
269:2, 303:25,
304:16
**BUYING** [1] - 331:20
**BY** [91] - 216:4, 216:5,
216:10, 216:10,
216:11, 220:19,
220:21, 221:15,
221:21, 222:12,
223:25, 225:10,
226:4, 230:10,
231:5, 234:2, 234:4,
235:12, 236:3,
237:8, 238:12,
239:7, 240:17,
241:8, 242:3, 243:3,
244:11, 245:13,
247:15, 247:24,
248:21, 249:21,
250:24, 251:9,
252:20, 256:2,
256:10, 256:18,
257:17, 257:19,
259:13, 260:1,
260:24, 262:18,
263:17, 264:20,
266:15, 267:2,
267:23, 269:7,
274:6, 274:18,

275:17, 276:5,
276:14, 276:23,
279:5, 279:20,
280:8, 280:14,
286:12, 288:20,
288:22, 291:9,
292:4, 293:4,
293:19, 296:13,
297:23, 299:13,
300:1, 300:15,
303:3, 304:21,
305:18, 306:1,
306:13, 307:22,
309:24, 311:5,
312:4, 315:8,
317:13, 322:25,
323:8, 323:25,
324:24, 325:25,
328:15, 331:2,
334:17

**C**

**CALCULATED** [2] -
247:15, 249:25
**CALCULATING** [1] -
250:25
**CALCULATION** [3] -
249:14, 250:24,
251:3
**CALIFORNIA** [5] -
216:6, 216:12,
236:12, 258:5,
269:21
**CALIFORNIA** [5] -
215:2, 215:16,
215:25, 220:2, 342:7
**CALLED** [4] - 220:19,
234:2, 257:17,
288:20
**CAMERA** [2] - 272:2,
273:6
**CANADA** [2] - 254:3,
272:15
**CANNOT** [1] - 298:2
**CANOGA** [1] - 258:5
**CARE** [1] - 248:2
**CARRY** [1] - 275:13
**CART** [2] - 327:11,
327:22
**CASE** [1] - 215:6
**CASE** [29] - 220:10,
236:12, 236:15,
244:22, 284:4,
289:18, 293:5,
298:18, 298:22,
299:5, 300:2,
300:21, 302:21,
303:7, 310:22,
310:24, 319:17,

323:14, 332:21,
334:3, 337:9,
337:14, 337:18,
338:3, 338:14,
338:17, 338:22,
339:5, 339:15
**CASES** [5] - 235:4,
239:1, 239:13,
255:3, 255:12
**CASTLE** [1] - 322:5
**CATALOG** [2] - 324:7,
324:10
**CAUSED** [1] - 280:21
**CEASE** [6] - 303:5,
312:24, 315:23,
316:14, 318:8,
323:15
**CELEBRITIES** [2] -
258:23, 261:8
**CELL** [6] - 235:3,
236:15, 239:1,
239:13, 243:4,
255:12
**CENTRAL** [2] - 263:1,
263:23
**CENTRAL** [2] - 215:2,
342:7
**CENTURY** [1] - 237:14
**CERTAIN** [3] - 244:23,
307:2, 307:7
**CERTIFICATE** [1] -
342:1
**CERTIFY** [1] - 342:7
**CHAIN** [1] - 218:12
**CHANCE** [5] - 223:11,
235:14, 242:17,
267:12, 337:18
**CHANGE** [3] - 222:20,
244:20, 261:12
**CHARACTERIZATIO
N** [1] - 331:9
**CHART** [2] - 317:6,
317:10
**CHARTS** [1] - 317:11
**CHAT** [6] - 307:14,
308:5, 308:9,
308:12, 309:25,
310:8
**CHATBOT** [1] - 309:2
**CHATS** [1] - 308:2
**CHECKED** [1] -
311:14
**CHILL** [2] - 266:18,
272:4
**CHINA** [2] - 270:15,
270:16
**CHRIS** [2] - 266:23,
272:10
**CIRCLE** [7] - 271:3,
271:14, 332:24,

333:3, 333:6,
333:15, 334:17
**CIRCUIT** [1] - 292:20
**CIRCULATION** [1] -
268:23
**CITY** [3] - 216:12,
237:14, 258:9
**CLAIM** [3] - 269:19,
293:5
**CLARIFICATION** [1] -
246:25
**CLARIFY** [4] - 226:6,
229:24, 269:11,
304:24
**CLEAR** [4] - 283:17,
286:4, 332:20,
332:21
**CLEARLY** [2] - 229:8,
335:1
**CLERK** [8] - 233:10,
233:16, 257:5,
257:10, 259:15,
288:7, 288:13, 317:8
**CLERK** [4] - 221:14,
246:24, 299:7,
307:11
**CLICK** [1] - 242:10
**CLOCK** [1] - 297:2
**CLOSE** [3] - 220:13,
244:5, 258:5
**CLOSE-UP** [1] - 244:5
**CLOSER** [1] - 268:2
**CLOSING** [1] - 340:16
**CLOSINGS** [1] -
340:12
**CLOTHES** [7] - 261:1,
270:13, 270:15,
276:24, 276:25,
282:3, 282:6
**CLOTHING** [8] -
255:5, 255:14,
255:19, 258:16,
271:7, 277:1,
281:24, 282:12
**COAST** [5] - 257:23,
258:7, 258:8, 270:9,
270:10
**CODE** [1] - 342:8
**COLLABORATE** [1] -
336:5
**COLORS** [1] - 230:3
**COLUMN** [12] -
247:16, 247:19,
249:3, 249:6, 250:1,
250:4, 251:1, 252:7,
252:10, 253:8,
254:10, 317:21
**COLUMNS** [10] -
245:24, 246:5,
246:6, 246:20,

252:3, 253:8, 254:6,
254:7, 327:20,
327:25
**COMING** [3] - 261:7,
275:12, 280:17
**COMMENTS** [1] -
280:16
**COMMERCE** [1] -
304:19
**COMMON** [1] - 286:9
**COMMUNICATED** [1]
- 322:13
**COMMUNICATION** [6]
- 300:1, 300:18,
310:22, 318:18,
336:11, 336:12
**COMMUNICATIONS**
[1] - 301:24
**COMPANIES** [4] -
330:14, 336:4, 336:5
**COMPANY** [17] -
258:6, 286:3, 286:5,
286:7, 286:8, 287:3,
287:11, 293:22,
293:23, 303:9,
309:17, 329:1,
329:23, 330:1,
330:13, 336:3
**COMPLAINT** [2] -
314:17, 314:19
**COMPLAINTS** [2] -
296:19, 313:16
**COMPLETE** [1] -
221:24
**CON** [1] - 218:5
**CON'T** [1] - 219:1
**CON-POLICING** [1] -
218:5
**CONCENTRATE** [1] -
326:15
**CONCERN** [1] -
314:14
**CONCERNED** [2] -
248:3, 313:24
**CONCERNING** [1] -
312:17
**CONCLUDED** [1] -
341:7
**CONCLUSION** [1] -
276:18
**CONFERENCE** [1] -
342:12
**CONFIRM** [2] - 231:5,
287:8
**CONFIRMATION** [4] -
222:2, 228:20,
237:1, 301:22
**CONFIRMED** [1] -
315:18
**CONFLUENCE** [2] -

336:2, 336:3
CONFORMANCE [1] - 342:12
CONFUSED [4] - 229:19, 229:21, 272:11
CONFUSION [2] - 274:4, 321:20
CONGRATULATING [2] - 295:7, 319:22
CONGRATULATIONS [1] - 319:11
CONSIDER [1] - 258:19
CONSUMER [1] - 321:21
CONSUMERS [2] - 305:19, 314:8
CONTENT [4] - 296:19, 305:21, 318:4, 324:1
CONTENT/ COPYRIGHT [1] - 272:19
CONTEXT [2] - 311:6, 321:19
CONTINUE [2] - 285:5, 329:24
CONTINUOUSLY [1] - 289:7
CONTRIBUTORY [2] - 292:25, 293:4
CONVERSION [2] - 326:6, 326:11
CONVERT [1] - 327:18
CONVERTING [1] - 327:1
COOL [4] - 258:16, 258:19, 258:21, 258:24
COPY [2] - 263:6, 269:3
CORNER [3] - 236:13, 237:9, 240:20
CORPORATE [1] - 289:19
CORPORATION [3] - 215:5, 215:9, 289:25
CORRECT [1] - 342:9
CORRECT [50] - 220:24, 222:14, 223:3, 226:8, 226:10, 229:18, 230:16, 230:17, 234:8, 253:14, 255:4, 255:6, 255:7, 270:11, 273:10, 275:22, 276:11, 281:18, 282:18, 289:9, 289:16,

289:17, 292:15, 292:19, 292:21, 297:25, 298:4, 308:3, 308:10, 316:6, 317:7, 318:8, 319:6, 320:10, 320:11, 320:12, 321:14, 325:17, 328:9, 329:25, 333:13, 333:16, 334:9, 334:19, 335:9, 335:10, 335:13, 336:23, 336:25
CORRELATE [1] - 326:10
COST [1] - 292:12
COUNSEL [1] - 216:1
COUNSEL [32] - 220:17, 221:17, 231:23, 245:21, 257:15, 259:15, 263:7, 263:9, 266:13, 267:1, 273:21, 275:7, 278:2, 279:1, 279:3, 279:16, 284:15, 285:5, 288:4, 288:17, 289:4, 290:13, 306:9, 315:3, 316:22, 317:8, 331:7, 332:6, 332:23, 333:5, 338:1, 339:9
COUNT [1] - 327:16
COUNTERFEIT [7] - 278:12, 278:15, 278:20, 278:21, 279:10, 279:11, 294:23
COUNTERFEITS [8] - 290:4, 297:9, 297:10, 297:19, 297:25, 298:3, 298:12, 330:17
COUNTRY [2] - 287:6, 309:3
COUPLE [8] - 240:6, 254:7, 264:8, 266:8, 313:9, 315:17, 321:25, 332:12
COURSE [1] - 310:11
COURT [10] - 220:6, 270:12, 278:6, 281:13, 284:11, 290:19, 337:23, 338:5, 339:8, 339:20
COURT [162] - 215:1, 215:24, 220:7, 220:17, 221:14,

221:17, 221:20, 222:9, 223:22, 225:7, 226:2, 230:7, 231:2, 231:23, 231:25, 232:4, 232:10, 232:15, 232:25, 233:2, 233:6, 233:21, 235:11, 235:25, 237:5, 238:9, 239:4, 240:14, 241:5, 241:25, 242:25, 244:8, 245:5, 245:10, 246:24, 247:2, 247:9, 247:12, 247:14, 247:23, 247:25, 248:2, 248:7, 248:9, 248:13, 248:16, 248:20, 249:18, 249:20, 250:14, 250:17, 251:8, 252:14, 252:18, 256:1, 256:8, 256:14, 256:25, 257:4, 257:14, 259:12, 259:23, 260:21, 262:17, 263:7, 263:12, 263:15, 264:19, 266:13, 267:1, 267:20, 269:5, 273:21, 273:25, 274:5, 274:16, 275:7, 275:16, 276:1, 276:3, 276:9, 276:11, 276:18, 276:20, 278:2, 279:3, 279:16, 279:18, 279:21, 280:6, 280:11, 284:1, 284:12, 285:2, 286:11, 287:21, 287:23, 288:3, 288:17, 290:13, 290:16, 290:22, 291:8, 292:2, 293:3, 293:11, 293:13, 293:15, 295:14, 296:10, 297:1, 297:22, 299:9, 299:11, 299:18, 299:21, 299:25, 300:8, 300:11, 302:25, 304:9, 305:15, 305:23, 306:9, 306:12, 307:19, 309:23, 311:1, 312:2, 315:4, 316:18, 316:21,

317:2, 318:23, 320:25, 321:2, 321:6, 322:24, 323:4, 323:24, 324:20, 325:22, 328:9, 328:12, 330:20, 330:23, 334:16, 337:5, 337:24, 338:6, 338:10, 338:21, 339:1, 339:9, 340:13, 340:17, 340:21, 340:23, 341:5, 342:6, 342:19
COURT [6] - 233:12, 257:6, 288:9, 290:11, 292:20, 292:24
COURTROOM [3] - 233:6, 255:23, 284:14
COURTS [2] - 339:19, 339:21
COVER [1] - 236:12
CRAZY [1] - 262:3
CREATED [1] - 317:7
CREATION [4] - 252:25, 253:2, 254:15, 317:22
CRISSCROSS [1] - 287:16
CROSS [9] - 226:2, 231:1, 252:18, 269:5, 284:22, 284:23, 316:23, 330:23, 339:14
CROSS [4] - 217:5, 217:9, 217:12, 217:15
CROSS [4] - 226:3, 252:19, 269:6, 331:1
CROSS- EXAMINATION [4] - 217:5, 217:9, 217:12, 217:15
CROSS- EXAMINATION [3] - 226:2, 269:5, 284:23
CROSS- EXAMINATION [4] - 226:3, 252:19, 269:6, 331:1
CROSS-EXAMINE [1] - 284:22
CROSSED [1] - 226:25
CRR [2] - 215:23, 342:19
CSR [2] - 215:23, 342:19

CUSTOMER [18] - 275:3, 278:17, 278:24, 278:25, 280:16, 300:1, 300:19, 306:2, 308:2, 308:5, 308:6, 309:6, 309:9, 310:3, 310:4, 310:21, 318:18, 323:10
CUSTOMERS [22] - 258:14, 258:21, 260:3, 262:1, 262:13, 262:14, 265:12, 265:17, 268:20, 275:11, 281:23, 282:5, 283:5, 294:17, 301:24, 303:25, 304:6, 305:12, 308:3, 308:9, 331:19, 332:2
CUT [1] - 331:10
CV [1] - 215:7
CYCLE [2] - 265:1, 265:11

D

D.B.A [1] - 215:5
DATA [2] - 281:7, 281:8
DATABASE [4] - 245:21, 251:19, 253:13, 333:22
DATE [17] - 243:22, 244:16, 252:25, 253:2, 253:9, 253:10, 254:11, 254:13, 254:14, 254:15, 254:18, 254:20, 254:22, 264:12, 268:9, 315:12, 317:22
DATED [3] - 302:11, 303:9, 315:24
DATED [1] - 342:15
DAY [2] - 215:14, 342:15
DAYS [2] - 264:8, 315:18
DEAD [5] - 333:20, 333:21, 333:24, 334:1, 334:24
DEALING [1] - 340:11
DECEMBER [5] - 289:8, 290:5, 300:16, 306:13, 325:7
DECIDE [1] - 280:19
DEFENDANT [1] -

339:13
**DEFENDANT** [2] - 215:10, 216:8
**DEFENSE** [1] - 284:18
**DEFINED** [1] - 294:15
**DEFINITELY** [2] - 260:9, 262:16
**DEFINITION** [1] - 331:16
**DEL** [1] - 216:9
**DELAWARE** [1] - 215:8
**DEMONSTRATIVE** [14] - 263:4, 263:8, 263:12, 263:18, 266:12, 266:16, 266:25, 267:2, 268:5, 268:8, 272:1, 272:3, 272:17
**DENIED** [2] - 250:17, 251:8
**DENY** [1] - 274:25
**DEPARTMENT** [1] - 291:23
**DEPOSED** [1] - 290:19
**DEPOSITION** [26] - 270:8, 273:14, 274:10, 277:12, 277:23, 278:2, 278:4, 278:19, 279:2, 279:13, 279:19, 280:1, 280:5, 280:20, 281:1, 281:13, 281:17, 282:10, 283:3, 283:13, 289:21, 290:10, 290:13, 290:17, 290:21, 325:6
**DESCRIBE** [10] - 224:5, 234:15, 258:2, 258:10, 258:15, 258:16, 259:2, 262:22, 265:24, 266:17
**DESCRIBED** [1] - 263:2
**DESCRIBING** [1] - 263:21
**DESCRIPTION** [2] - 241:9, 263:1
**DESCRIPTION** [2] - 218:3, 219:3
**DESIGN** [20] - 231:17, 231:19, 235:5, 240:18, 241:13, 242:4, 243:4, 243:7, 243:16, 244:12, 261:15, 264:2,

267:3, 267:4, 273:8, 308:17, 317:25, 319:6, 334:11, 334:14
**DESIGNATED** [1] - 289:18
**DESIGNATIONS** [1] - 290:21
**DESIGNED** [1] - 272:12
**DESIGNEE** [1] - 289:19
**DESIGNS** [15] - 235:5, 239:16, 261:1, 262:2, 265:5, 265:6, 268:15, 279:14, 279:23, 294:21, 294:23, 314:9, 324:5, 324:8, 324:11
**DESIST** [6] - 303:6, 312:24, 315:23, 316:14, 318:8, 323:15
**DESK** [1] - 231:14
**DESPITE** [2] - 296:1, 316:8
**DETAILS** [1] - 332:17
**DETERMINATION** [1] - 228:7
**DEVIN** [1] - 311:12
**DIFFERENCE** [2] - 334:10, 334:13
**DIFFERENT** [14] - 221:6, 231:22, 244:20, 246:20, 256:12, 274:12, 278:17, 281:14, 286:4, 305:21, 309:13, 309:17, 333:12
**DIFFERENTLY** [1] - 339:19
**DIMENSIONS** [2] - 275:19, 275:21
**DIRECT** [4] - 217:5, 217:8, 217:12, 217:15
**DIRECT** [28] - 221:15, 222:21, 222:24, 223:9, 224:19, 235:12, 236:10, 236:22, 237:22, 238:22, 240:22, 241:16, 242:6, 242:16, 243:10, 243:18, 244:1, 245:1, 256:3, 259:13, 259:14, 260:10, 264:11, 284:21, 284:23,

309:19, 332:21, 339:14
**DIRECT** [4] - 220:20, 234:3, 257:18, 288:21
**DIRECTING** [1] - 237:15
**DIRECTLY** [2] - 256:3, 313:7
**DIRECTS** [1] - 309:5
**DISABLE** [1] - 325:16
**DISABLED** [2] - 324:24, 325:8
**DISABLING** [1] - 325:11
**DISCLOSED** [1] - 290:21
**DISCLOSURE** [1] - 294:14
**DISCUSS** [3] - 284:4, 337:9, 339:5
**DISNEY** [2] - 322:5, 322:6
**DISPLAY** [2] - 226:17, 226:21
**DISPLAYED** [4] - 227:7, 256:4, 256:6, 320:16
**DISTRICT** [5] - 215:1, 215:2, 215:3, 342:6, 342:7
**DIVISION** [1] - 215:2
**DO** [1] - 342:7
**DOCUMENT** [45] - 221:21, 221:23, 221:25, 222:1, 222:12, 223:9, 223:14, 223:20, 224:20, 224:22, 225:6, 225:17, 236:23, 236:25, 237:4, 237:22, 238:22, 238:25, 239:3, 240:6, 241:18, 245:14, 245:18, 245:20, 247:1, 247:4, 247:5, 247:10, 248:2, 248:14, 248:22, 248:23, 252:22, 263:19, 295:14, 295:15, 299:17, 299:19, 299:21, 300:4, 304:7, 309:22, 321:10, 328:4, 331:25
**DOCUMENTS** [13] - 222:8, 235:9, 235:15, 235:17, 235:24, 244:2,

298:17, 298:22, 299:3, 299:5, 310:9, 310:10
**DOLLAR** [3] - 252:6, 252:9, 328:23
**DOLLARS** [2] - 250:5, 336:25
**DONE** [5] - 239:21, 265:5, 265:24, 322:14, 322:20
**DOWN** [19] - 228:3, 233:2, 254:7, 254:9, 255:17, 257:1, 275:9, 282:1, 284:17, 287:23, 294:14, 300:22, 316:9, 331:23, 334:25, 336:18, 337:25, 340:4
**DREW** [2] - 326:1, 336:9
**DRIVE** [2] - 275:1, 314:8
**DUCA** [1] - 216:9
**DUMP** [1] - 245:21
**DUMPS** [1] - 251:19
**DURING** [1] - 340:10

# E

**E-COMMERCE** [1] - 304:19
**E-L-K-I-N-S** [1] - 257:13
**E-MAIL** [10] - 218:6, 218:9, 218:10, 218:11, 218:12, 218:13, 219:9, 219:10, 219:11, 219:12
**E-MAIL** [33] - 228:15, 228:18, 299:14, 299:23, 300:16, 301:10, 301:19, 302:10, 303:8, 303:13, 304:10, 304:11, 304:18, 304:20, 305:3, 305:11, 305:19, 305:20, 306:2, 306:3, 306:7, 306:14, 318:20, 319:2, 319:23, 326:5, 335:12, 335:18, 335:22, 336:1, 336:7, 336:9
**E-MAILS** [4] - 301:11, 301:22, 306:19, 319:21
**EAGLE** [3] - 240:25,

241:10, 255:22
**EAGLES** [1] - 312:8
**EAST** [3] - 257:23, 258:8, 270:10
**EDUCATE** [1] - 281:4
**EFFECT** [1] - 290:18
**EFFECTIVE** [3] - 298:6, 325:12, 325:14
**EFFECTIVELY** [1] - 279:1
**EFFORT** [1] - 298:25
**EFFORTS** [1] - 326:16
**EITHER** [5] - 227:25, 228:13, 321:7, 339:17, 340:8
**ELECTRONIC** [2] - 298:17, 298:21
**ELKINS** [11] - 257:3, 257:13, 257:20, 259:17, 260:1, 260:24, 261:15, 263:17, 264:20, 266:17, 268:13
**ELKINS** [2] - 217:11, 257:16
**ELLIS** [1] - 216:4
**EMPLOYED** [1] - 289:3
**EMPLOYEES** [3] - 281:23, 282:3, 323:21
**EMPLOYER** [2] - 269:25, 270:4
**END** [2] - 340:25, 341:1
**ENGAGED** [1] - 275:2
**ENGINE** [1] - 314:16
**ENSURE** [1] - 298:11
**ENSURES** [1] - 294:3
**ENTIRE** [1] - 251:1
**ENTIRELY** [1] - 324:25
**ENTITLED** [2] - 253:8, 319:22
**ENTITLED** [1] - 342:11
**ENVELOPE** [8] - 223:8, 223:15, 223:25, 224:8, 224:25, 225:13, 225:18
**ENVELOPE** [1] - 218:14
**ENVELOPES** [3] - 224:3, 238:1, 238:13
**EQUIVALENT** [1] - 331:8
**ESPECIALLY** [2] - 280:9, 330:13
**ESTIMATE** [1] - 292:8

EVIDENCE [2] - 218:2, 219:2
EVIDENCE [69] - 222:8, 222:11, 223:20, 223:24, 225:6, 225:9, 232:1, 232:7, 232:12, 235:24, 236:2, 237:4, 237:7, 238:8, 238:11, 239:3, 239:6, 240:13, 240:16, 241:4, 241:7, 241:24, 242:2, 242:24, 243:2, 244:7, 244:10, 245:4, 245:7, 247:6, 248:10, 248:14, 250:12, 252:13, 252:16, 259:22, 259:25, 260:20, 260:23, 261:13, 263:5, 267:18, 267:22, 278:1, 278:6, 293:14, 293:18, 296:12, 300:13, 303:2, 305:17, 305:25, 306:6, 307:21, 311:4, 313:5, 315:7, 317:4, 318:25, 320:14, 320:24, 321:4, 325:24, 328:14, 337:15, 338:15, 340:2, 340:10
EXACT [5] - 246:20, 262:5, 290:8, 291:22, 292:7
EXACTLY [5] - 246:14, 246:18, 256:9, 256:10, 340:13
EXAMINATION [15] - 217:5, 217:5, 217:6, 217:8, 217:9, 217:9, 217:12, 217:12, 217:15, 217:15, 226:2, 269:5, 284:21, 284:23, 339:14
EXAMINATION [10] - 220:20, 226:3, 230:9, 234:3, 252:19, 256:17, 257:18, 269:6, 288:21, 331:1
EXAMINE [1] - 284:22
EXAMPLE [5] - 259:17, 260:11,

265:8, 313:7, 322:4
EXAMPLES [4] - 313:9, 313:11, 313:12, 322:1
EXCEEDS [1] - 230:25
EXCEPTIONS [2] - 332:8, 332:10
EXCHANGE [2] - 278:12, 278:15
EXCHANGES [5] - 277:10, 277:17, 278:8, 278:18, 278:25
EXCITEMENT [1] - 265:4
EXCLUSION [1] - 282:13
EXCLUSIVE [1] - 269:20
EXCUSE [4] - 254:13, 272:23, 337:5, 339:3
EXCUSED [2] - 337:16, 337:19
EXECUTE [1] - 322:9
EXHIBIT [25] - 221:13, 221:19, 223:11, 224:22, 227:12, 228:25, 232:3, 235:10, 246:9, 250:20, 251:1, 251:4, 251:14, 259:10, 263:4, 267:18, 268:9, 270:25, 276:1, 285:25, 305:8, 306:10, 317:8, 332:25, 335:24
EXHIBIT [157] - 221:16, 221:22, 222:1, 222:11, 222:21, 222:23, 223:10, 223:21, 223:24, 224:6, 224:20, 225:6, 225:9, 225:16, 225:23, 226:15, 226:16, 227:12, 228:25, 229:4, 230:12, 230:19, 231:8, 231:13, 231:16, 231:24, 232:7, 232:12, 232:14, 232:18, 236:2, 236:4, 236:10, 236:19, 236:23, 237:4, 237:7, 237:23, 237:25, 238:8, 238:11, 239:3, 239:6, 239:10,

240:7, 240:13, 240:16, 240:22, 241:4, 241:7, 241:17, 241:24, 242:2, 242:7, 242:17, 243:2, 243:8, 243:10, 243:18, 244:2, 244:10, 244:11, 245:2, 245:3, 245:7, 246:5, 248:17, 248:21, 249:24, 250:10, 250:12, 250:25, 251:7, 251:10, 251:25, 252:10, 252:13, 252:16, 252:22, 253:17, 253:24, 253:25, 254:11, 255:16, 255:22, 259:13, 259:16, 259:22, 259:25, 260:11, 260:20, 260:23, 261:14, 266:25, 267:3, 267:11, 267:19, 267:22, 268:2, 269:17, 270:23, 271:6, 273:17, 275:24, 285:19, 293:8, 293:18, 296:7, 296:9, 296:12, 296:13, 299:8, 300:7, 300:13, 302:24, 303:2, 303:3, 305:8, 305:14, 305:17, 305:22, 305:25, 306:1, 307:8, 307:12, 307:18, 307:21, 310:17, 310:25, 311:4, 311:6, 313:5, 315:1, 315:7, 315:23, 318:14, 318:22, 318:25, 320:15, 320:22, 320:24, 321:4, 325:19, 325:21, 325:24, 329:5, 331:4, 332:4, 332:22, 334:5, 334:25, 335:23, 335:24, 335:25, 336:16
EXHIBITS [2] - 218:1, 219:1
EXHIBITS [6] - 221:12, 235:9, 235:13, 244:21, 250:20, 259:10

EXHIBITS [4] - 222:8, 242:24, 244:7, 334:4
EXPECT [1] - 275:8
EXPERIENCE [9] - 234:15, 242:9, 258:3, 260:24, 261:25, 262:12, 265:16, 268:13, 329:1
EXPERIENCED [2] - 258:11, 258:12
EXPLAIN [2] - 328:4, 332:17
EXPOSURE [2] - 283:9, 283:22
EXPRESS [2] - 284:5, 337:10
EXTRA [1] - 274:13

## F

FACED [1] - 278:17
FACILITATE [1] - 312:14
FACILITATES [2] - 292:24, 320:12
FACILITATION [2] - 320:6, 320:10
FACT [3] - 295:8, 325:6, 330:2
FACTS [1] - 338:22
FAIR [4] - 228:17, 268:20, 331:9, 338:18
FALL [1] - 321:19
FALSE [1] - 297:13
FAMILIAR [12] - 234:13, 235:17, 245:13, 251:14, 259:19, 260:15, 292:14, 317:6, 317:10, 328:23, 334:2, 334:10
FAN [2] - 275:11, 276:15
FANS [1] - 275:1
FAQ [1] - 218:4
FAR [3] - 245:23, 247:18, 248:3
FAVORITE [2] - 258:23, 261:8
FEBRUARY [1] - 254:17
FEDERAL [3] - 215:24, 342:5, 342:19
FEE [8] - 246:2, 247:19, 249:5, 250:4, 252:10, 320:6, 320:10

FEED [6] - 281:21, 281:22, 281:24, 282:2, 282:21, 282:22
FEELINGS [2] - 338:19, 338:23
FEW [5] - 221:1, 245:24, 261:21, 285:6, 325:14
FIGURE [1] - 286:10
FILED [6] - 234:25, 239:24, 243:24, 285:14, 316:5, 319:21
FILES [2] - 298:17, 298:21
FILING [1] - 319:9
FINALLY [2] - 250:9, 265:14
FINANCES [1] - 319:25
FINANCIALS [1] - 329:21
FINE - 316:23, 317:17
FINISH [3] - 275:9, 339:11, 339:17
FINISHED [1] - 339:15
FIRM [4] - 220:23, 226:6, 234:7, 254:19
FIRST [15] - 221:2, 223:9, 226:5, 226:14, 252:21, 252:23, 254:11, 255:17, 263:6, 263:7, 294:8, 296:17, 333:1, 339:20, 339:21
FIVE [4] - 253:7, 253:20, 340:25, 341:1
FLAG [5] - 226:22, 229:1, 229:12, 255:9, 287:14
FLAG [5] - 287:16, 301:19, 304:3, 304:4, 312:15
FLAGS [4] - 282:21, 285:8, 334:5, 334:6
FLAGS [3] - 226:25, 271:19, 312:13
FLAGSHIP [2] - 258:9, 262:4
FLIP [1] - 302:6
FLOOR [3] - 258:14, 261:3, 281:9
FLORIDA [2] - 263:1, 263:24
FOCUS [1] - 221:2
FOCUSED [1] - 330:3

**FOCUSES** [3] - 301:8, 303:23, 309:25
**FOLLOWING** [6] - 220:5, 269:20, 284:10, 337:22, 338:4, 339:7
**FONT** [1] - 294:8
**FOOLIN** [1] - 320:19
**FOOTNOTE** [2] - 331:23, 331:24
**FOR** [8] - 216:3, 216:8, 218:2, 219:2, 342:6
**FORCE** [1] - 290:18
**FOREGOING** [1] - 342:9
**FORM** [2] - 284:5, 337:10
**FORMAT** [1] - 342:11
**FORMS** [1] - 281:19
**FORTH** [2] - 222:16, 315:17
**FORWARD** [1] - 307:23
**FOUNDATION** [4] - 232:9, 245:9, 245:11, 248:19
**FOUR** [2] - 253:7, 253:20
**FOURTH** [1] - 254:1
**FREE** [2] - 283:4, 283:22
**FREEZE** [1] - 296:24
**FRIENDS** [2] - 279:7, 279:11
**FRONT** [4] - 225:18, 250:19, 262:6, 334:4
**FULL** [4] - 233:17, 257:11, 288:14, 294:14

# G

**GAME** [2] - 317:16, 337:13
**GARY** [1] - 215:3
**GENERAL** [3] - 289:4, 332:6, 332:10
**GENERALLY** [9] - 234:15, 260:7, 265:21, 271:17, 296:21, 297:4, 313:22, 321:17, 332:7
**GENERATED** [5] - 305:12, 305:19, 306:2, 318:21, 335:12
**GENTLEMEN** [4] - 284:2, 290:16,

337:5, 337:7
**GEORGE** [1] - 216:4
**GEORGE** [1] - 234:6
**GERBER** [1] - 261:9
**GIRL** [1] - 311:22
**GIRLS** [5] - 258:17, 258:22, 261:7, 262:3, 262:6
**GIVEN** [5] - 261:5, 284:6, 287:17, 290:25, 298:7
**GLOBAL** [1] - 330:14
**GOAL** [2] - 330:9, 330:11
**GOD** [3] - 233:14, 257:8, 288:11
**GOLD** [1] - 265:9
**GOODS** [3] - 292:25, 297:15, 298:16
**GOSSIP** [1] - 311:22
**GOVERNMENT** [1] - 284:18
**GRAPHIC** [27] - 255:6, 259:5, 259:6, 259:17, 259:20, 260:2, 260:7, 260:9, 260:11, 260:15, 260:16, 261:22, 261:23, 261:24, 262:5, 262:7, 262:24, 265:1, 265:2, 265:9, 266:19, 267:7, 267:15, 268:1, 269:1, 271:25, 280:17
**GRAPHICS** [3] - 218:17, 218:18, 218:20
**GRAPHICS** [4] - 227:6, 266:3, 266:8
**GREAT** [2] - 256:3, 286:20
**GREW** [1] - 294:10
**GROWN** [1] - 329:18
**GROWTH** [2] - 329:13, 329:14
**GUESS** [3] - 245:21, 254:23, 307:6
**GUIDE** [1] - 322:8
**GUIDELINES** [1] - 218:8
**GUIDELINES** [3] - 321:16, 321:19, 322:11
**GUY** [1] - 277:3
**GUYS'** [1] - 276:24

# H

**HAILEY** [1] - 261:9
**HAMPTON** [2] - 219:16, 241:20
**HAMPTONS** [1] - 242:5
**HAND** [6] - 221:14, 233:10, 236:13, 245:23, 288:7, 299:7
**HANDED** [2] - 283:10, 283:21
**HANDS** [1] - 283:4
**HANGTAG** [1] - 271:8
**HANGTAGS** [1] - 282:13
**HAPPY** [3] - 295:19, 308:15, 311:7
**HARD** [2] - 251:23, 252:11
**HARMFUL** [1] - 268:15
**HARMON** [1] - 300:19
**HATS** [1] - 261:24
**HEAD** [3] - 228:12, 249:10, 253:6
**HEADER** [2] - 336:1
**HEADERS** [2] - 327:14, 327:25
**HEADS** [1] - 284:15
**HEADS-UP** [1] - 284:15
**HEAR** [3] - 337:15, 338:7, 338:13
**HEARD** [6] - 234:11, 270:13, 270:17, 278:14, 338:14, 338:22
**HEART** [3] - 226:18, 226:20, 271:19
**HEART** [10] - 219:22, 229:1, 229:12, 248:25, 255:9, 282:21, 282:23, 285:8, 287:9, 334:6
**HEARTBEAT** [1] - 322:15
**HEAVEN** [6] - 267:7, 267:15, 267:25, 273:7, 273:8, 273:9
**HELD** [5] - 220:5, 284:10, 337:22, 338:4, 339:7
**HELD** [1] - 342:10
**HELLO** [2] - 308:14, 311:7
**HELLO** [1] - 252:21
**HELLS** [1] - 291:12
**HELP** [7] - 233:13, 246:19, 250:6,

257:8, 288:10, 308:16, 316:11
**HELPING** [1] - 312:13
**HEMING** [1] - 216:11
**HEREBY** [1] - 342:7
**HESITATING** [1] - 316:24
**HI** [2] - 319:8, 319:11
**HIGH** [3] - 294:16, 331:21, 332:1
**HIGHER** [1] - 326:11
**HIGHLIGHTED** [2] - 303:22, 312:7
**HIGHLIGHTING** [1] - 303:18
**HIRE** [1] - 323:25
**HIRED** [1] - 323:20
**HISTORY** [1] - 335:16
**HITS** [2] - 266:3, 266:8
**HOLDER** [1] - 270:8
**HOLDERS** [2] - 325:7, 325:11
**HOMETOWN** [1] - 258:6
**HONESTLY** [1] - 286:10
**HONEY** [5] - 265:9, 265:13, 265:14, 265:15
**HONOR** [71] - 221:11, 222:7, 223:19, 225:5, 226:1, 230:8, 230:25, 232:2, 232:8, 232:13, 232:16, 232:24, 233:1, 233:5, 233:22, 235:8, 235:23, 237:3, 238:7, 239:2, 240:12, 241:3, 241:23, 242:23, 244:6, 246:22, 248:18, 249:16, 250:11, 250:16, 251:6, 252:12, 252:17, 255:25, 256:3, 256:16, 256:24, 259:9, 259:21, 260:19, 263:3, 263:10, 264:18, 266:11, 267:17, 269:4, 277:20, 287:22, 288:1, 288:5, 288:18, 290:11, 290:20, 293:2, 293:9, 296:9, 297:21, 299:10, 299:12, 299:20, 311:25, 315:1,

316:20, 317:1, 324:19, 325:20, 328:8, 330:21, 340:9, 340:19, 341:6
**HONORABLE** [1] - 215:3
**HOODIE** [1] - 268:1
**HOPEFULLY** [1] - 220:12
**HOURS** [2] - 265:15, 275:1
**HUGE** [3] - 262:5, 266:19, 332:16
**HUMAN** [2] - 309:4, 335:18
**HUNDREDS** [2] - 323:20, 323:25
**HURTS** [1] - 269:1
**HYPED** [1] - 258:20
**HYPOTHESIS** [1] - 326:9
**HYPOTHETICALLY** [1] - 324:14

# I

**IDEA** [4] - 310:15, 310:16, 329:3
**IDEAS** [1] - 336:6
**IDENTIFICATION** [2] - 218:2, 219:2
**IDENTIFICATION** [33] - 222:10, 223:23, 225:8, 232:11, 236:1, 237:6, 238:10, 239:5, 240:15, 241:6, 242:1, 243:1, 244:9, 245:6, 252:15, 259:24, 260:22, 267:21, 293:17, 296:7, 296:11, 300:12, 303:1, 305:16, 305:24, 307:20, 311:3, 315:6, 318:24, 320:22, 321:3, 325:23, 328:13
**IDENTIFIED** [7] - 296:20, 313:3, 313:4, 313:5, 314:2, 315:20, 332:14
**IDENTIFIES** [1] - 229:7
**IDENTIFY** [1] - 317:25
**IMAGE** [7] - 231:8, 232:13, 243:11, 254:2, 261:13, 268:2, 321:18
**IMAGES** [2] - 219:8,

9

219:13

**IMAGES** [10] - 298:7, 313:3, 314:2, 314:4, 315:19, 315:20, 315:21, 332:14, 332:15, 334:9

**IMPEACHMENT** [1] - 278:4

**IMPOSSIBLE** [3] - 298:9, 298:11, 298:13

**IN** [3] - 342:6, 342:10, 342:11

**INAUDIBLE** [1] - 228:11

**INAUTHENTIC** [7] - 295:5, 295:18, 295:21, 330:16, 331:8, 331:14, 331:16

**INC** [2] - 223:1, 289:3

**INC** [1] - 215:8

**INCLUDE** [4] - 255:9, 289:10, 289:14, 292:24

**INCLUDED** [1] - 294:24

**INCLUDING** [2] - 224:14, 320:6

**INCONSISTENT** [1] - 279:4

**INCORPORATE** [1] - 314:8

**INCREASE** [1] - 329:24

**INDEX** [3] - 217:1, 218:1, 219:1

**INDICATED** [2] - 223:2, 338:11

**INDICATION** [1] - 301:25

**INDIVIDUAL** [1] - 258:13

**INFLUENCERS** [1] - 258:24

**INFORM** [1] - 310:3

**INFORMED** [1] - 325:7

**INFRINGE** [1] - 298:7

**INFRINGEMENT** [16] - 272:19, 290:6, 291:4, 291:20, 292:1, 292:11, 293:1, 293:4, 301:25, 302:1, 312:14, 323:12, 324:3, 325:12, 331:18, 331:20

**INFRINGEMENTS** [1] - 292:5

**INFRINGERS** [1] -

331:14

**INFRINGING** [11] - 292:25, 294:21, 295:20, 296:2, 296:18, 296:21, 297:15, 316:9, 317:25, 331:8

**INITIAL** [1] - 274:4

**INPUTTING** [1] - 325:3

**INQUIRE** [5] - 220:17, 233:21, 257:15, 288:17, 339:1

**INSPIRED** [3] - 263:2, 263:24, 266:2

**INSTAGRAM** [9] - 262:7, 262:10, 281:15, 281:21, 281:22, 281:24, 282:2, 282:20, 282:22

**INSTANCE** [1] - 222:16

**INSTEAD** [1] - 262:25

**INSTRUCT** [2] - 278:3, 339:20

**INSTRUCTIONS** [10] - 312:21, 322:9, 339:19, 339:22, 339:24, 340:3, 340:6, 340:7, 340:11

**INSUFFICIENT** [1] - 315:15

**INTELLECTUAL** [9] - 289:10, 290:6, 291:4, 291:20, 292:1, 292:5, 301:9, 303:23, 324:17

**INTENT** [2] - 280:15, 326:10

**INTENTIONALLY** [1] - 265:1

**INTERACTING** [1] - 262:13

**INTEREST** [2] - 240:4, 295:1

**INTERESTED** [2] - 280:17, 331:19

**INTERNAL** [5] - 318:17, 322:8, 322:11, 336:5, 336:11

**INTERNATIONALLY** [1] - 291:3

**INTERNET** [1] - 325:18

**INTRANET** [1] - 336:4

**INTRODUCE** [1] - 250:18

**INTRODUCED** [2] - 278:6, 332:25

**INTRODUCING** [1] - 279:1

**INVESTIGATED** [2] - 302:5, 310:1

**IOWA** [1] - 311:15

**IP** [2] - 218:4, 323:12, 333:6

**IPHONE** [2] - 236:12, 319:17

**IS** [2] - 342:9, 342:11

**ISSUE** [1] - 324:17

**ISSUED** [1] - 253:4

**ISSUES** [6] - 289:11, 293:20, 301:9, 303:24, 309:25, 310:6

**ITALY** [1] - 270:13

**ITEM** [4] - 244:5, 268:21, 278:12, 278:15

**ITEMS** [13] - 222:15, 234:18, 234:19, 234:20, 235:20, 237:2, 237:16, 238:1, 251:20, 274:23, 311:19, 316:15, 319:22

**ITSELF** [6] - 295:4, 295:7, 295:14, 304:8, 321:18, 322:5

### J

**JAGGED** [1] - 227:8

**JAMES** [1] - 288:19

**JAMES** [3] - 217:14, 288:6, 288:16

**JASON** [1] - 216:5

**JENNIFER** [1] - 216:10

**JOB** [2] - 310:11, 332:16

**JOIN** [1] - 324:1

**JOSHUA** [1] - 216:10

**JUDGE** [1] - 215:3

**JUDICIAL** [1] - 342:12

**JUNE** [5] - 253:2, 253:14, 264:13, 326:20, 326:21

**JUNE** [3] - 215:15, 220:1, 342:15

**JUROR** [3] - 338:1, 338:2, 338:3

**JUROR** [1] - 338:5

**JUROR** [3] - 338:9, 338:20, 338:25

**JURORS** [2] - 284:13, 339:5

**JURY** [24] - 220:6, 220:8, 220:12,

240:23, 241:17, 250:19, 250:21, 258:2, 263:5, 278:3, 284:7, 284:11, 285:3, 286:1, 295:15, 296:13, 306:5, 334:4, 337:12, 337:23, 339:8

### K

**KAIA** [1] - 261:9

**KEEP** [3] - 284:23, 307:23, 320:8

**KEEPS** [2] - 295:17, 320:5

**KEITH** [1] - 216:4

**KELLY** [94] - 216:5, 220:21, 221:11, 221:15, 221:19, 221:21, 222:7, 222:12, 223:19, 223:25, 225:5, 225:10, 226:1, 230:8, 230:10, 231:5, 231:24, 232:2, 232:6, 232:13, 232:16, 232:23, 233:5, 233:8, 233:22, 234:4, 235:8, 235:12, 235:23, 236:3, 237:3, 237:8, 238:7, 238:12, 239:2, 239:7, 240:12, 240:17, 241:3, 241:8, 241:23, 242:3, 242:23, 243:3, 244:6, 244:11, 245:13, 246:22, 247:15, 247:24, 248:17, 248:21, 249:16, 249:19, 249:21, 250:15, 250:24, 251:6, 251:9, 252:12, 252:17, 255:25, 256:7, 256:16, 256:18, 256:24, 257:3, 257:19, 259:9, 259:13, 259:16, 259:21, 260:1, 260:19, 260:24, 262:18, 263:3, 263:10, 263:14, 263:17, 264:20, 266:11, 266:15, 267:2, 267:17, 267:23,

269:4, 273:19, 273:22, 274:1, 276:17, 277:20, 279:1, 287:22

**KELLY** [5] - 217:5, 217:6, 217:8, 217:9, 217:12

**KEN** [1] - 292:18

**KEPT** [1] - 320:10

**KEY** [1] - 270:8

**KEYWORD** [6] - 314:7, 322:16, 324:25, 325:17, 326:6

**KEYWORDS** [2] - 308:17, 314:14

**KIM** [3] - 302:11, 303:9, 304:13

**KIND** [3] - 227:8, 259:2, 281:18

**KINDS** [1] - 295:2

**KLAUSNER** [1] - 215:3

**KNOCKOFF** [2] - 268:21, 269:2

**KNOCKOFFS** [1] - 268:20

**KNOWLEDGE** [1] - 335:6

**KNOWN** [4] - 292:25, 298:15, 314:9, 323:6

**KNOWS** [1] - 290:3

**KUHN** [37] - 216:10, 226:4, 227:11, 227:18, 228:2, 230:6, 252:20, 256:2, 256:10, 256:13, 269:7, 273:24, 274:2, 274:6, 274:10, 274:17, 274:18, 275:15, 275:17, 276:2, 276:5, 276:10, 276:14, 276:23, 277:22, 277:25, 278:7, 279:5, 279:17, 279:20, 279:22, 280:4, 280:8, 280:14, 285:6, 286:12, 287:20

**KUHN** [3] - 217:5, 217:9, 217:12

### L

**LA** [27] - 219:24, 229:1, 229:13, 235:7, 236:7, 243:17, 255:11,

255:13, 261:17, 261:20, 262:1, 262:15, 262:20, 264:5, 264:15, 264:20, 265:17, 268:22, 271:6, 280:15, 280:17, 283:19, 283:20, 283:25, 285:12, 285:15, 285:17
**LABEL** [1] - 225:12
**LABELED** [1] - 313:7
**LACK** [1] - 248:19
**LACKS** [1] - 232:8
**LADIES** [4] - 284:2, 290:16, 337:5, 337:7
**LANGUAGE** [2] - 227:13, 332:6
**LAP** [2] - 314:23, 314:25
**LARGE** [6] - 248:24, 274:13, 276:15, 330:13, 332:10
**LAST** [16] - 233:17, 233:19, 234:17, 243:19, 247:18, 251:22, 252:13, 252:21, 257:11, 266:5, 268:11, 270:12, 286:24, 287:2, 287:7, 288:14
**LATE** [3] - 301:10, 301:14, 317:16
**LAW** [5] - 220:23, 226:6, 234:7, 254:18, 296:19
**LAWLER** [1] - 216:9
**LAWSUIT** [8] - 234:25, 239:23, 243:24, 269:12, 287:3, 316:5, 319:9, 319:20
**LAWSUITS** [2] - 291:25, 292:11
**LAWYER** [5] - 289:1, 301:8, 303:23, 309:24, 333:6
**LAWYER'S** [1] - 315:15
**LAWYERS** [1] - 273:3
**LEAD** [1] - 326:15
**LEAN** [1] - 338:23
**LEAST** [5] - 264:14, 273:10, 286:5, 295:3, 312:25
**LEAVE** [4] - 249:4, 288:3, 337:20, 337:21
**LEFT** [10] - 220:13, 236:13, 237:9, 240:20, 284:13,

284:18, 284:19, 339:13, 339:14, 339:18
**LEFT-HAND** [1] - 236:13
**LEGAL** [2] - 291:23, 334:15
**LEGALLY** [1] - 296:21
**LENGTH** [1] - 276:5
**LETTER** [11] - 303:6, 312:25, 313:23, 314:11, 315:15, 315:17, 315:23, 316:8, 316:15, 318:8, 323:16
**LIGHTNING** [3] - 227:8, 263:24, 271:20
**LIGHTNING** [35] - 219:24, 227:4, 227:7, 229:1, 229:13, 235:7, 236:7, 236:17, 236:18, 236:21, 243:17, 253:4, 255:2, 255:6, 255:11, 255:13, 261:17, 261:20, 262:1, 262:15, 262:20, 264:5, 264:15, 264:20, 265:17, 268:22, 271:6, 280:15, 280:17, 283:19, 283:20, 283:25, 285:12, 285:15, 285:17
**LIKELY** [1] - 326:15
**LIKEWISE** [3] - 232:13, 249:5, 250:3
**LIMINE** [5] - 273:20, 273:23, 274:1, 274:3, 312:1
**LIMITS** [2] - 324:8, 324:11
**LINE** [5] - 262:6, 277:16, 283:15, 335:2, 337:4
**LINES** [6] - 277:18, 280:8, 280:9, 280:25, 283:15, 290:12
**LINK** [2] - 309:5, 309:6
**LIST** [10] - 221:13, 221:19, 235:10, 248:24, 259:11, 275:18, 300:22, 311:19, 324:15, 326:24
**LISTED** [6] - 227:21,

227:24, 228:5, 228:9, 321:16, 324:17
**LISTING** [3] - 219:17, 219:19, 219:20
**LISTING** [8] - 227:19, 252:23, 253:13, 253:18, 254:11, 254:12, 325:4
**LISTS** [1] - 319:16
**LITERAL** [1] - 337:4
**LIVES** [1] - 272:14
**LLP** [2] - 216:4, 216:9
**LODGED** [1] - 290:11
**LOGISTICS** [1] - 339:10
**LOGO** [20] - 225:14, 229:1, 232:17, 236:13, 237:8, 237:10, 240:20, 253:4, 255:10, 255:22, 255:24, 256:6, 264:2, 271:19, 271:20, 283:25, 285:8, 287:9
**LOGOS** [4] - 227:19, 282:11, 324:7, 324:10
**LOOK** [50] - 223:11, 226:18, 230:23, 231:19, 235:14, 241:12, 243:19, 244:15, 247:4, 247:5, 247:9, 247:22, 247:25, 252:21, 252:23, 253:17, 253:25, 254:1, 254:10, 255:16, 255:17, 267:10, 268:5, 268:7, 272:3, 273:1, 273:2, 273:7, 275:21, 275:24, 280:24, 293:7, 294:6, 299:8, 299:11, 301:23, 305:8, 307:8, 307:12, 310:17, 312:20, 313:4, 314:20, 318:14, 321:7, 325:19, 332:7, 332:19, 333:23
**LOOK** [2] - 306:8, 306:14
**LOOKED** [8] - 256:19, 262:25, 265:20, 271:6, 272:21, 281:6, 332:13, 332:14

**LOOKING** [23] - 228:24, 247:24, 248:4, 248:10, 250:6, 252:2, 268:8, 271:22, 280:7, 282:20, 296:2, 296:22, 297:5, 297:9, 299:19, 299:21, 300:9, 306:4, 308:18, 328:6, 331:4, 332:18, 336:17
**LOOKOUT** [4] - 302:1, 322:21, 323:1, 323:11
**LOOKS** [21] - 220:11, 223:15, 224:4, 224:24, 244:5, 253:13, 266:23, 295:13, 299:24, 300:21, 303:7, 305:13, 305:20, 306:3, 310:24, 318:9, 318:20, 335:22, 336:7, 336:13
**LOS** [3] - 215:16, 215:25, 220:2
**LOS** [16] - 216:6, 227:4, 227:7, 236:12, 236:16, 236:17, 236:18, 236:21, 244:3, 244:13, 251:20, 253:4, 255:2, 255:6, 262:25, 269:21
**LOSE** [2] - 220:10, 280:22
**LOUDER** [1] - 273:21
**LOVE** [1] - 329:18
**LOWER** [1] - 336:18
**LOYAL** [1] - 275:1
**LUNCH** [1] - 340:11

---

**M**

**MACBOOK** [1] - 307:15
**MADISON** [1] - 257:16
**MADISON** [3] - 217:11, 257:3, 257:13
**MAGNET** [1] - 244:3
**MAIL** [44] - 218:6, 218:9, 218:10, 218:11, 218:12, 218:13, 219:9, 219:10, 219:11, 219:12, 228:15, 228:18, 238:2,

299:14, 299:23, 300:16, 301:10, 301:19, 302:10, 303:8, 303:13, 304:10, 304:11, 304:18, 304:20, 305:3, 305:11, 305:19, 305:20, 306:2, 306:3, 306:7, 306:14, 318:20, 319:2, 319:23, 326:5, 335:12, 335:18, 335:22, 336:1, 336:7, 336:9
**MAILS** [4] - 301:11, 301:22, 306:19, 319:21
**MAJORITY** [1] - 338:13
**MALE** [1] - 255:18
**MANAGER** [7] - 257:23, 258:7, 258:8, 270:9, 270:10
**MANUFACTURERS** [3] - 322:20, 323:1, 323:6
**MANUFACTURING** [1] - 320:5
**MARCH** [2] - 239:22, 244:17
**MARGIN** [1] - 336:19
**MARK** [2] - 219:15, 219:16
**MARK** [34] - 227:8, 235:7, 236:7, 236:16, 236:17, 236:18, 236:20, 236:21, 237:18, 243:17, 248:25, 249:1, 251:20, 253:1, 255:11, 261:17, 261:20, 262:1, 262:15, 262:20, 264:6, 264:16, 264:21, 265:17, 266:11, 268:22, 269:20, 271:6, 286:3, 334:5, 334:11, 334:14
**MARKED** [31] - 222:10, 223:23, 225:8, 232:11, 236:1, 237:6, 238:10, 239:5, 240:15, 241:6, 242:1, 243:1, 244:9, 245:6, 252:15, 259:24, 260:22, 267:21, 293:17, 296:11, 300:12,

303:1, 305:16, 305:24, 307:20, 311:3, 315:6, 318:24, 321:3, 325:23, 328:13

**MARKED** [6] - 224:22, 263:17, 266:24, 296:6, 320:22, 325:19

**MARKETED** [1] - 277:3

**MARKETING** [6] - 281:10, 281:14, 281:18, 281:19, 326:4, 326:16

**MARKETPLACE** [6] - 296:23, 297:6, 306:20, 312:22, 325:1, 332:8

**MARKETPLACE** [1] - 218:16

**MARKETPLACES** [1] - 304:19

**MARKS** [8] - 236:15, 255:1, 255:10, 271:3, 282:22, 334:3, 334:7

**MARTINEZ** [1] - 338:8

**MARY** [2] - 311:9, 311:13

**MASUR** [30] - 216:10, 230:25, 232:8, 233:1, 245:8, 246:25, 248:18, 263:6, 264:18, 290:20, 293:2, 297:21, 299:16, 304:7, 309:21, 311:25, 322:23, 323:3, 323:23, 324:19, 330:19, 331:2, 332:4, 334:17, 335:23, 340:9, 340:15, 340:18, 341:3, 341:6

**MASUR** [1] - 217:15

**MATTER** [2] - 284:6, 337:11

**MATTER** [1] - 342:11

**MAYA** [3] - 302:11, 303:9, 304:13

**MEAN** [3] - 312:15, 313:18, 318:1

**MEANING** [1] - 333:6

**MEANS** [2] - 304:25, 336:22

**MEANTIME** [1] - 281:5, 316:8

**MEDIUM** [1] - 276:15

**MEET** [1] - 227:13

**MEGAN** [1] - 336:8

**MELVILLE** [1] - 215:5

**MELVILLE** [181] - 218:7, 218:17, 218:18, 218:20, 219:14, 223:19, 225:5, 226:18, 226:22, 226:24, 226:25, 228:21, 229:6, 229:12, 229:13, 229:20, 230:20, 231:16, 232:21, 235:23, 237:3, 238:7, 239:2, 239:18, 240:8, 240:12, 240:19, 240:24, 241:3, 241:23, 242:23, 244:6, 245:3, 245:22, 248:25, 252:12, 254:25, 255:1, 255:9, 257:21, 257:25, 258:3, 258:15, 258:25, 259:3, 259:6, 259:7, 259:18, 260:3, 260:12, 260:17, 260:19, 260:25, 261:6, 261:8, 261:10, 261:19, 262:7, 262:13, 262:20, 264:16, 264:21, 265:5, 265:16, 266:1, 266:2, 266:9, 266:18, 266:21, 267:7, 267:17, 267:25, 268:1, 268:14, 268:15, 268:21, 269:9, 269:13, 269:14, 269:16, 269:25, 270:5, 270:6, 270:18, 270:19, 271:2, 271:13, 271:19, 271:20, 273:15, 274:7, 274:24, 276:16, 276:24, 277:5, 277:8, 278:21, 279:7, 279:10, 279:12, 280:22, 281:7, 281:13, 281:23, 282:3, 282:5, 282:6, 282:7, 282:11, 282:21, 282:22, 283:4, 285:7, 286:7, 287:9, 287:10, 287:15, 287:17, 295:24,

298:16, 299:4, 301:1, 301:4, 303:17, 303:20, 303:25, 304:6, 304:14, 304:17, 306:8, 306:14, 306:22, 308:13, 309:6, 309:11, 309:17, 309:20, 310:5, 310:13, 312:5, 313:6, 313:8, 313:17, 313:19, 313:25, 314:8, 314:9, 314:15, 314:17, 315:9, 317:19, 319:22, 320:18, 322:12, 322:16, 322:21, 323:2, 323:12, 324:2, 324:25, 325:3, 325:17, 327:7, 327:10, 327:22, 333:2, 333:19, 333:23, 334:6, 334:8, 334:21, 335:2, 335:6, 335:8

**MELVILLE'S** [11] - 261:25, 262:14, 267:16, 270:24, 271:4, 282:2, 301:15, 313:1, 313:8, 314:14, 316:15

**MEMBER** [1] - 276:14

**MEMBERS** [2] - 220:8, 285:3

**MEMORY** [8] - 247:2, 247:6, 247:12, 248:5, 248:11, 280:6, 280:11, 280:13

**MEN** [1] - 273:10

**MENTIONED** [1] - 279:18

**MENTIONING** [1] - 236:8

**MERCHANDISING** [1] - 258:13

**MERCHANT** [1] - 222:25

**MET** [1] - 286:17

**METHOD** [1] - 221:8

**MIC** [1] - 338:6

**MIGHT** [9] - 298:7, 303:14, 312:16, 338:11, 338:12, 338:17, 338:18, 338:23

**MILESTONE** [1] -

330:3

**MILLION** [6] - 329:8, 329:10, 336:23, 336:24, 337:2

**MIND** [1] - 284:24

**MINI** [1] - 307:15

**MINI** [1] - 243:13

**MINUTES** [13] - 284:3, 284:8, 284:17, 284:19, 284:25, 339:12, 339:13, 340:17, 340:23, 340:25, 341:1

**MIRANDA** [4] - 215:23, 342:5, 342:18, 342:19

**MIRANDAALGORRI @GMAIL.COM** [1] - 215:25

**MISCHARACTERIZE S** [2] - 299:16, 309:21

**MISPRONOUNCING** [1] - 336:8

**MISSING** [1] - 226:13

**MODELING** [1] - 255:18

**MODELS** [4] - 255:18, 273:10, 281:23, 282:3

**MODERATED** [1] - 321:22

**MODERATION** [2] - 254:9, 324:1

**MODERATIONS** [1] - 318:5

**MONDAY** [2] - 215:15, 220:1

**MONEY** [2] - 297:10, 330:15

**MONICA** [1] - 262:4

**MONITOR** [1] - 323:21

**MONITORING** [1] - 289:16

**MONTHS** [2] - 244:18, 318:7

**MORNING** [4] - 261:3, 269:8, 337:8, 340:10

**MOST** [4] - 261:5, 261:10, 262:2, 281:20

**MOSTLY** [2] - 261:7, 331:19

**MOTION** [7] - 245:10, 273:19, 273:22, 274:1, 274:3, 305:4, 311:25

**MOVE** [23] - 222:7, 223:20, 232:6, 245:3, 248:18,

250:12, 251:6, 259:21, 260:20, 277:25, 293:14, 296:9, 300:7, 302:24, 305:14, 305:22, 307:18, 310:25, 315:3, 318:22, 320:23, 325:21, 328:8

**MOVED** [3] - 250:11, 258:6, 270:7

**MOVES** [12] - 225:5, 235:23, 237:3, 238:8, 239:2, 240:12, 241:3, 241:23, 242:23, 244:6, 252:13, 267:17

**MOVING** [1] - 307:23

**MR** [184] - 220:21, 221:11, 221:15, 221:19, 221:21, 222:7, 222:12, 223:19, 223:25, 225:5, 225:10, 226:1, 230:8, 230:10, 230:25, 231:5, 231:24, 232:2, 232:6, 232:8, 232:13, 232:16, 232:23, 233:1, 233:5, 233:8, 233:22, 234:4, 235:8, 235:12, 235:23, 236:3, 237:3, 237:8, 238:7, 238:12, 239:2, 239:7, 240:12, 240:17, 241:3, 241:8, 241:23, 242:3, 242:23, 243:3, 244:6, 244:11, 245:8, 245:13, 246:22, 246:25, 247:15, 247:24, 248:17, 248:18, 248:21, 249:16, 249:19, 249:21, 250:15, 250:24, 251:6, 251:9, 252:12, 252:17, 255:25, 256:7, 256:16, 256:18, 256:24, 257:3, 257:19, 259:9, 259:13, 259:16, 259:21, 260:1, 260:19, 260:24, 262:18, 263:3, 263:6, 263:10, 263:14,

263:17, 264:18, 264:20, 266:11, 266:15, 267:2, 267:17, 267:23, 269:4, 273:19, 273:22, 274:1, 276:17, 277:20, 279:1, 287:22, 288:1, 288:5, 288:18, 288:22, 290:15, 290:20, 291:1, 291:9, 292:4, 293:2, 293:4, 293:12, 293:14, 293:16, 293:19, 295:16, 296:13, 297:2, 297:21, 297:23, 299:10, 299:13, 299:16, 300:1, 300:7, 300:10, 300:15, 302:24, 303:3, 304:7, 304:21, 305:14, 305:18, 305:22, 306:1, 306:11, 306:13, 307:18, 307:22, 309:21, 309:24, 310:25, 311:5, 311:25, 312:4, 315:5, 315:8, 316:20, 317:1, 317:3, 317:9, 317:13, 318:22, 319:1, 320:21, 321:1, 321:7, 322:23, 322:25, 323:3, 323:8, 323:23, 323:25, 324:19, 324:24, 325:25, 328:11, 328:15, 330:19, 330:21, 331:2, 332:4, 334:15, 334:17, 335:23, 340:9, 340:15, 340:18, 340:19, 340:22, 341:2, 341:3, 341:6

**MS** [36] - 226:4, 227:11, 227:18, 228:2, 230:6, 252:20, 256:2, 256:10, 256:13, 269:7, 273:24, 274:2, 274:6, 274:10, 274:17, 274:18, 275:15, 275:17, 276:2, 276:5, 276:10, 276:14, 276:23,

277:22, 277:25, 278:7, 279:5, 279:17, 279:20, 279:22, 280:4, 280:8, 280:14, 285:6, 286:12, 287:20

**MULTIPLE** [1] - 224:3
**MURAL** [1] - 262:5

## N

**NAME** [18] - 225:19, 233:17, 233:18, 233:19, 233:20, 237:11, 238:12, 257:11, 257:12, 272:7, 272:10, 277:24, 288:14, 288:15, 294:20, 308:14, 332:12, 336:8
**NAMES** [1] - 324:17
**NATIONAL** [1] - 327:6
**NATURALLY** [1] - 338:20
**NEAR** [2] - 271:3, 326:24
**NEED** [6] - 226:5, 250:19, 272:2, 286:3, 314:22, 317:24
**NETHERLANDS** [1] - 253:21
**NEVER** [7] - 266:19, 276:24, 278:11, 278:14, 278:19, 278:20, 279:9
**NEW** [4] - 298:14, 316:8, 316:15, 324:1
**NEW** [1] - 258:9
**NEXT** [19] - 227:8, 228:8, 229:9, 233:4, 250:23, 251:8, 254:7, 257:2, 275:16, 275:17, 276:22, 277:18, 279:4, 287:25, 290:3, 291:8, 305:8, 312:4, 313:12
**NIFTY** [1] - 308:16
**NIGHT** [1] - 220:12
**NINE** [7] - 251:13, 258:1, 270:1, 270:2, 270:3, 271:10, 271:12
**NO** [5] - 215:6, 338:9, 338:20, 338:25, 342:19
**NOBODY** [2] - 304:19,

306:18
**NON** [1] - 331:8
**NON-INFRINGING** [1] - 331:8
**NOONTIME** [1] - 339:12
**NORMAN** [1] - 288:16
**NORMAN** [1] - 288:19
**NOS** [4] - 222:11, 236:2, 243:2, 244:10
**NOTE** [1] - 277:20
**NOTES** [1] - 249:14
**NOTHING** [5] - 233:1, 233:13, 257:7, 274:3, 288:10
**NOTICE** [9] - 254:8, 254:9, 254:19, 289:15, 296:21, 306:25, 312:16, 313:24, 324:16
**NOTIFICATION** [1] - 336:14
**NOTIFICATIONS** [1] - 336:13
**NOTIFIED** [1] - 323:7
**NOVEMBER** [1] - 243:23
**NUMBER** [2] - 218:3, 219:3
**NUMBER** [14] - 247:16, 248:5, 248:7, 251:22, 251:24, 290:8, 291:6, 291:22, 292:4, 292:7, 302:14, 321:5, 327:4, 336:19
**NUMBERS** [10] - 246:11, 246:18, 249:2, 249:25, 251:1, 252:3, 317:14, 317:15, 327:19, 327:24

## O

**O'CLOCK** [4] - 337:6, 339:15, 340:2, 340:5
**OATH** [1] - 220:15
**OBJECT** [1] - 290:20
**OBJECTION** [19] - 230:25, 232:8, 245:8, 255:25, 256:7, 264:18, 276:17, 293:2, 297:21, 299:16, 304:7, 309:21, 311:25, 322:23, 323:3, 323:23, 324:19, 330:19,

334:15
**OCTOBER** [2] - 221:4, 318:9
**OF** [12] - 215:2, 215:14, 216:1, 217:1, 218:1, 219:1, 342:1, 342:7, 342:9, 342:12, 342:15
**OFFERED** [2] - 295:25, 314:7
**OFFERING** [2] - 247:3, 290:4
**OFFICE** [5] - 216:12, 253:5, 333:23, 333:25, 334:24
**OFFICE** [1] - 237:14
**OFFICIAL** [4] - 215:24, 342:1, 342:5, 342:19
**OHIO** [2] - 291:16, 292:14
**ONE** [3] - 219:21, 219:22, 219:24
**ONE** [56] - 224:14, 238:15, 238:18, 241:21, 245:25, 247:20, 250:6, 251:19, 253:7, 255:21, 259:6, 260:2, 262:2, 265:10, 271:11, 272:8, 273:6, 273:14, 273:15, 273:16, 273:25, 274:7, 274:11, 274:15, 274:19, 274:22, 275:4, 275:5, 275:13, 276:13, 277:4, 277:9, 277:19, 278:8, 280:7, 280:20, 301:1, 305:13, 306:3, 306:5, 311:22, 312:23, 313:5, 313:15, 313:23, 317:11, 321:15, 327:4, 329:4, 332:13, 333:1, 336:16, 338:21, 338:23, 339:1
**ONE-SIZE** [5] - 273:14, 273:15, 274:7, 274:19, 275:4
**ONES** [3] - 238:20, 239:18, 313:21
**OOO** [1] - 220:3
**OPEN** [5] - 220:6, 284:11, 337:23, 338:5, 339:8

**OPENED** [1] - 225:13
**OPENING** [2] - 275:2, 315:3
**OPINIONS** [2] - 284:6, 337:11
**OPPOSING** [1] - 245:20
**ORDER** [15] - 222:2, 222:5, 229:22, 237:20, 275:20, 299:24, 300:19, 301:21, 311:7, 311:9, 311:13, 311:14, 328:20, 328:23, 329:2
**ORDERED** [5] - 223:7, 228:19, 228:20, 230:1, 311:19
**ORDERING** [1] - 229:15
**ORDERS** [1] - 244:23
**ORIGINAL** [3] - 259:7, 294:16, 332:1
**OUTSIDE** [3] - 284:11, 337:23, 339:8
**OUTSOURCE** [1] - 309:3
**OVERPLAYED** [1] - 265:3
**OVERRULED** [11] - 231:2, 232:10, 248:20, 256:8, 274:5, 290:22, 299:18, 304:9, 312:2, 323:4, 324:20
**OVERUSED** [1] - 265:2
**OWN** [1] - 282:6
**OWNER** [3] - 286:2, 312:20, 324:22
**OWNERS** [2] - 322:9, 332:18
**OWNERSHIP** [2] - 286:9, 286:14

## P

**P-A-L-E-Y** [1] - 233:20
**P.M** [2] - 215:15, 220:1
**P.M** [2] - 285:1, 341:7
**PACKAGE** [1] - 239:12
**PAGE** [121] - 222:16, 222:17, 222:24, 224:6, 224:14, 224:17, 225:10, 225:16, 225:21, 225:23, 227:11, 227:16, 227:18, 228:2, 228:8,

228:25, 229:5, 229:9, 229:10, 230:12, 230:18, 230:19, 230:21, 231:8, 231:12, 231:16, 231:23, 231:24, 232:7, 232:12, 232:14, 232:18, 236:3, 236:10, 236:11, 237:1, 237:15, 239:10, 242:6, 242:11, 243:19, 251:22, 251:24, 252:2, 252:13, 252:16, 252:23, 253:17, 253:25, 255:17, 259:14, 259:16, 259:17, 259:21, 259:25, 260:10, 260:13, 260:20, 260:23, 263:20, 263:21, 264:3, 267:11, 267:14, 267:23, 272:7, 272:16, 274:10, 277:15, 277:18, 277:19, 280:4, 280:8, 280:25, 282:17, 290:12, 293:10, 293:13, 293:18, 296:9, 296:12, 296:14, 309:20, 311:5, 311:18, 312:4, 313:12, 313:20, 317:5, 317:9, 319:1, 319:24, 320:15, 321:9, 321:25, 325:25, 326:25, 327:6, 328:6, 328:8, 328:10, 328:14, 329:6, 331:4, 332:5, 332:24, 332:25, 336:11, 336:13, 336:17

**PAGE** [2] - 217:3, 342:11
**PAGES** [15] - 223:12, 232:4, 245:16, 246:7, 250:14, 250:16, 250:18, 250:21, 251:3, 251:12, 251:13, 267:18, 267:22, 277:25, 321:8
**PAGES** [1] - 215:9
**PAID** [2] - 226:11, 336:22

**PALEY** [23] - 233:5, 233:19, 234:5, 235:12, 236:3, 236:22, 237:8, 239:7, 239:15, 240:17, 241:8, 241:16, 242:3, 243:3, 244:11, 244:20, 245:13, 247:15, 248:21, 249:21, 250:24, 251:9, 256:19
**PALEY** [2] - 217:7, 234:1
**PANDEMIC** [1] - 287:6
**PARAGRAPH** [4] - 296:17, 326:9, 326:14, 332:5
**PARALEGAL** [2] - 220:22, 234:10
**PARK** [2] - 258:5, 327:7
**PART** [6] - 298:24, 315:8, 321:12, 332:16, 336:18, 338:17
**PARTIAL** [1] - 219:20
**PARTICULAR** [3] - 249:1, 276:6, 289:14
**PARTICULAR** [1] - 326:9
**PARTIES** [1] - 293:9
**PARTS** [1] - 258:10
**PARTY** [1] - 323:6
**PAST** [2] - 270:18, 326:20
**PATENT** [2] - 253:5, 333:22
**PATTING** [1] - 295:4
**PAY** [1] - 221:10
**PAY** [1] - 220:13
**PAYMENT** [2] - 221:8, 221:24
**PDF** [1] - 248:24
**PENDING** [2] - 291:21, 292:5
**PEOPLE** [12] - 262:19, 265:18, 269:2, 275:8, 280:17, 282:7, 304:16, 306:25, 318:4, 324:1, 327:21, 329:17
**PER** [3] - 219:21, 219:22, 219:24
**PER** [4] - 273:16, 274:7, 328:20, 328:23
**PERCENT** [14] - 294:10, 294:24,

295:8, 295:10, 295:21, 298:6, 298:13, 307:2, 307:7, 327:21, 330:16, 331:12, 331:13
**PERFECT** [1] - 298:13
**PERIOD** [2] - 323:13, 328:21
**PERMISSION** [7] - 221:11, 235:8, 246:22, 249:16, 259:9, 263:3, 263:11
**PERSON** [4] - 273:25, 278:5, 290:18, 304:17
**PERSONALIZED** [1] - 304:11
**PERSONALLY** [1] - 278:11
**PG** [4] - 218:3, 219:3
**PG** [4] - 218:4, 218:22, 218:23, 219:24
**PG** [4] - 218:17, 218:19, 218:20, 218:25
**PHILADELPHIA** [1] - 312:8
**PHILIP** [1] - 234:1
**PHILIP** [3] - 217:7, 233:5, 233:19
**PHONE** [7] - 235:3, 236:15, 239:1, 239:13, 243:4, 255:3, 255:12
**PHOTO** [2] - 225:12, 225:18
**PHOTOS** [5] - 261:8, 262:6, 281:22, 282:2, 282:8
**PHRASE** [2] - 333:23, 334:21
**PHYSICAL** [1] - 281:9
**PICK** [1] - 284:1
**PICTURE** [10] - 225:11, 230:15, 230:23, 231:13, 231:15, 238:15, 260:16, 273:9, 282:23, 282:25
**PICTURES** [11] - 223:6, 223:17, 224:11, 225:1, 225:3, 226:16, 237:16, 238:4, 238:5, 242:20, 254:25
**PIECE** [1] - 271:7
**PINK** [2] - 226:17, 226:20

**PLACE** [1] - 221:3
**PLAIN** [1] - 259:5
**PLAINTIFF** [6] - 215:6, 216:3, 220:19, 234:2, 257:17, 288:20
**PLAINTIFF** [8] - 269:12, 284:17, 287:3, 288:1, 288:5, 332:13, 339:13, 340:19
**PLAINTIFF'S** [9] - 226:6, 263:18, 266:12, 266:16, 266:25, 267:2, 273:19, 273:22, 338:14
**PLATFORM** [4] - 283:9, 301:12, 336:12
**PLATFORMS** [1] - 325:8
**POINT** [2] - 294:8, 312:25
**POKÉMON** [1] - 291:10
**POLICING** [5] - 315:9, 315:16, 316:2, 321:12, 332:16
**POLICING** [3] - 218:5, 218:7, 315:11
**POLICY** [11] - 273:14, 273:15, 274:7, 274:9, 274:19, 275:4, 282:11, 282:14, 282:19, 296:2, 296:18
**POLO** [1] - 312:11
**POP** [1] - 266:9
**POPPING** [1] - 316:9
**POPULAR** [7] - 258:20, 260:2, 260:5, 261:6, 261:10, 262:2, 265:6
**PORTION** [1] - 320:9
**POSITION** [3] - 234:9, 257:22, 289:7
**POSSIBILITY** [1] - 325:12
**POST** [2] - 324:7, 324:10
**POSTAGE** [1] - 248:3
**POSTED** [4] - 316:16, 318:7, 322:4, 324:15
**POSTING** [1] - 265:20
**POSTS** [1] - 262:8
**PRE** [3] - 296:8, 325:20, 328:7
**PRE-ADMITTED** [3] - 296:8, 325:20, 328:7

**PREFIX** [2] - 302:15, 302:19
**PREJUDICE** [1] - 338:12
**PREMARKED** [18] - 221:22, 222:1, 222:8, 223:10, 223:20, 224:20, 225:6, 235:9, 235:13, 235:24, 236:23, 237:4, 237:23, 238:23, 238:25, 239:3, 240:6, 241:4
**PREPPY** [1] - 327:4
**PRESENCE** [5] - 220:6, 284:11, 337:23, 338:5, 339:8
**PRESSED** [1] - 296:24
**PRESSURE** [1] - 329:24
**PRETTY** [2] - 258:21, 258:24
**PREVENT** [2] - 325:2, 325:4
**PREVIOUSLY** [1] - 220:19
**PREVIOUSLY** [2] - 220:22, 285:7
**PRICE** [7] - 245:25, 247:16, 249:3, 249:25, 252:7, 258:18, 319:25
**PRICES** [1] - 246:13
**PRIDE** [1] - 268:18
**PRIMARY** [1] - 273:8
**PRINCE** [2] - 240:25, 241:10
**PRINTED** [2] - 228:15, 259:8
**PRINTOUT** [1] - 296:7
**PROACTIVE** [3] - 289:15, 315:9, 332:15
**PROACTIVELY** [1] - 315:16
**PROBLEM** [4] - 313:24, 322:6, 322:12, 338:17
**PROBLEMS** [1] - 338:11
**PROCEDURES** [1] - 289:15
**PROCEED** [2] - 266:14, 317:2
**PROCEEDINGS** [6] - 220:5, 284:10, 337:22, 338:4, 339:7, 341:7
**PROCEEDINGS** [1] -

342:10
**PROCEEDS** [1] - 295:19
**PRODUCE** [1] - 274:12
**PRODUCED** [12] - 230:20, 231:16, 247:1, 298:22, 298:23, 299:3, 299:5, 300:2, 302:21, 310:22, 317:12, 317:16
**PRODUCT** [5] - 218:15, 219:17, 219:19, 219:20, 294:9
**PRODUCT** [24] - 230:15, 230:24, 253:10, 253:19, 258:23, 261:3, 268:19, 273:16, 274:8, 274:11, 274:22, 275:19, 276:6, 280:15, 281:9, 294:11, 301:5, 313:19, 317:18, 319:16, 320:15, 336:4, 336:10
**PRODUCTION** [1] - 298:24
**PRODUCTS** [33] - 223:6, 227:21, 227:24, 228:5, 228:10, 228:19, 228:21, 235:6, 237:13, 238:15, 242:8, 242:12, 242:14, 249:1, 258:17, 270:16, 275:18, 295:11, 295:20, 300:23, 303:17, 304:1, 309:17, 313:6, 313:7, 313:16, 313:25, 314:6, 314:8, 314:16, 316:9, 322:21, 323:1
**PRODUCTS** [3] - 218:14, 219:8, 219:13
**PROFILE** [1] - 282:25
**PROGRAM** [1] - 281:11
**PROPER** [1] - 340:4
**PROPERTY** [10] - 289:11, 290:6, 291:4, 291:20, 292:1, 292:5, 301:9, 303:24, 321:21,

324:18
**PROPERTY'S** [1] - 321:20
**PROVIDED** [2] - 244:23, 272:3
**PROVIDES** [1] - 321:19
**PUBLIC** [6] - 293:22, 293:23, 329:23, 330:1, 330:13, 330:14
**PUBLICLY** [1] - 330:14
**PUBLISH** [3] - 263:3, 263:13, 286:1
**PUBLISHED** [4] - 224:5, 224:15, 277:21, 277:22
**PULL** [3] - 228:3, 285:19, 334:3
**PURCHASE** [13] - 220:25, 221:2, 221:9, 222:19, 222:25, 223:4, 231:6, 234:20, 239:8, 255:5, 255:14, 326:15, 335:15
**PURCHASED** [23] - 221:5, 222:15, 224:12, 224:24, 225:22, 225:25, 226:15, 228:22, 230:16, 230:24, 231:20, 234:19, 235:2, 235:3, 235:20, 237:2, 237:16, 238:2, 238:16, 239:1, 255:2, 255:11, 255:13
**PURCHASES** [3] - 222:3, 226:7, 254:25
**PURPOSES** [3] - 263:8, 263:13, 278:5
**PURSUANT** [1] - 342:8
**PUT** [20] - 247:5, 247:14, 248:13, 261:2, 261:12, 266:15, 271:2, 271:13, 275:19, 282:11, 283:5, 285:8, 285:11, 285:15, 285:21, 286:1, 304:19, 305:4, 305:5, 331:11
**PUTTING** [1] - 312:16

## Q

**QUALITY** [4] - 258:17, 294:16, 331:21, 332:1
**QUANTITIES** [3] - 297:14, 297:24, 298:3
**QUARTER** [1] - 295:4
**QUESTIONING** [1] - 279:3
**QUESTIONS** [12] - 232:23, 247:23, 252:17, 269:4, 278:17, 278:25, 279:19, 285:6, 316:22, 316:23, 316:25, 340:8
**QUIET** [1] - 284:9
**QUIETLY** [1] - 337:20
**QUOTE/UNQUOTE** [1] - 295:9

## R

**RAISE** [2] - 233:10, 288:7
**RATHER** [2] - 232:18, 340:5
**RB** [1] - 225:15
**RBBM** [2] - 302:14, 302:19
**REACH** [2] - 330:3, 330:17
**REACHING** [2] - 304:5, 309:9
**READ** [19] - 232:20, 236:11, 240:17, 241:8, 241:13, 242:7, 242:13, 264:12, 268:9, 272:6, 278:4, 278:5, 285:20, 290:9, 290:14, 290:17, 290:23, 295:15, 301:21
**READILY** [1] - 269:1
**READING** [2] - 248:9, 272:8
**REAL** [1] - 269:3
**REALIZE** [1] - 314:24
**REALLY** [11] - 226:5, 229:8, 232:22, 252:11, 268:25, 271:22, 281:18, 295:12, 329:17, 329:18, 332:16
**REALTIME** [1] - 342:5
**REASON** [4] - 227:23, 227:25, 228:4, 228:9

**REBUTTAL** [2] - 340:20, 340:21
**RECEIPT** [1] - 316:14
**RECEIVE** [2] - 237:20, 277:9
**RECEIVED** [71] - 222:9, 222:10, 223:22, 223:23, 225:7, 225:8, 228:18, 231:25, 232:1, 232:11, 235:25, 236:1, 237:5, 237:6, 238:6, 238:9, 238:10, 239:4, 239:5, 239:8, 240:14, 240:15, 241:5, 241:6, 241:25, 242:1, 242:25, 243:1, 244:8, 244:9, 245:5, 245:6, 245:20, 252:14, 252:15, 259:23, 259:24, 260:21, 260:22, 267:20, 267:21, 278:12, 278:20, 293:15, 293:17, 296:10, 296:11, 300:8, 300:11, 300:12, 302:25, 303:1, 305:15, 305:16, 305:23, 305:24, 307:19, 307:20, 311:2, 311:3, 311:7, 313:23, 315:4, 315:6, 318:23, 318:24, 321:2, 321:3, 325:23, 328:12, 328:13
**RECEIVING** [3] - 268:21, 278:14, 278:21
**RECENT** [2] - 303:13, 319:12
**RECENTLY** [3] - 262:8, 262:9, 264:22
**RECESS** [1] - 285:1
**RECOGNIZE** [5] - 261:15, 263:19, 263:20, 267:4, 296:14
**RECOGNIZED** [2] - 266:3, 333:5
**RECOLLECTION** [8] - 246:16, 246:23, 249:11, 249:17, 249:22, 250:7, 277:13, 280:2
**RECOMMEND** [1] -

308:16
**RECORD** [7] - 220:7, 247:1, 284:13, 285:2, 299:13, 302:10, 318:17
**RECROSS** [3] - 232:25, 256:25, 287:21
**RED** [5] - 301:19, 304:3, 304:4, 312:13, 312:15
**REDBUBBLE** [168] - 218:4, 218:14, 218:15, 218:21, 218:23, 218:24, 219:4, 219:5, 219:6, 219:7, 220:25, 221:24, 222:5, 223:1, 224:10, 225:15, 225:20, 229:3, 229:16, 230:16, 230:24, 231:20, 234:11, 234:16, 234:20, 235:22, 236:14, 237:1, 237:10, 238:14, 238:16, 239:8, 239:16, 240:21, 241:19, 242:9, 244:23, 244:24, 245:4, 246:2, 247:19, 249:5, 250:3, 250:13, 251:20, 252:9, 254:19, 262:19, 264:3, 264:15, 265:20, 265:22, 265:25, 266:23, 267:8, 267:9, 268:14, 268:19, 280:21, 281:6, 283:9, 283:21, 283:23, 289:3, 289:19, 290:3, 290:5, 291:2, 291:9, 291:23, 292:6, 292:12, 292:17, 292:23, 293:19, 294:3, 294:6, 294:10, 294:11, 295:3, 295:7, 295:17, 296:8, 296:14, 297:4, 297:9, 297:10, 298:4, 298:12, 298:15, 298:17, 298:21, 299:14, 300:2, 301:8, 301:14, 301:23, 302:11, 302:21, 303:9,

303:19, 303:23, 303:24, 304:5, 304:16, 304:19, 304:22, 304:23, 305:1, 305:3, 305:4, 305:12, 305:19, 306:2, 306:7, 306:14, 306:21, 307:15, 308:2, 308:6, 308:25, 309:9, 309:20, 309:24, 310:4, 310:11, 310:12, 310:13, 310:22, 311:12, 312:13, 312:25, 313:1, 313:23, 314:7, 314:20, 315:16, 316:2, 316:9, 316:16, 317:7, 318:18, 319:2, 319:12, 319:13, 319:21, 320:5, 320:8, 320:10, 320:16, 322:19, 322:20, 322:25, 323:10, 323:20, 323:25, 324:4, 324:7, 324:10, 324:24, 325:16, 327:22, 329:2, 329:18, 329:23, 330:17, 331:17, 336:22
**REDBUBBLE** [1] - 215:8
**REDBUBBLE'S** [11] - 239:12, 245:21, 289:15, 293:7, 296:2, 296:18, 297:15, 314:15, 315:8, 321:12, 330:11
**REDBUBBLE.COM** [1] - 222:6
**REDIRECT** [1] - 217:6
**REDIRECT** [5] - 217:9, 230:7, 230:9, 256:15, 256:17
**REDWOOD** [1] - 216:12
**REFERENCED** [2] - 299:3, 313:8
**REFERRING** [3] - 306:9, 313:21, 324:12
**REFLECT** [3] - 220:7, 284:13, 285:2
**REFRESH** [14] - 246:15, 246:23,

247:2, 247:12, 248:4, 248:11, 249:11, 249:17, 249:21, 250:6, 277:13, 280:1, 280:6, 280:11
**REFRESHED** [1] - 280:13
**REFRESHES** [1] - 247:6
**REFUSES** [1] - 325:16
**REGIONAL** [5] - 257:23, 258:7, 258:8, 270:9, 270:10
**REGISTER** [1] - 285:21
**REGISTERED** [13] - 227:3, 255:10, 270:24, 285:22, 333:8, 333:11, 333:16, 333:19, 334:2, 334:7, 334:18, 334:21
**REGISTRATION** [3] - 285:14, 285:17, 285:21
**REGISTRY** [1] - 333:21
**REGULAR** [1] - 310:7
**REGULARLY** [1] - 287:5
**REGULATIONS** [1] - 342:12
**REJECTED** [1] - 334:23
**RELATED** [4] - 286:7, 321:19, 321:21, 333:12
**RELATING** [1] - 277:17
**RELATIONSHIP** [2] - 286:15, 286:16
**RELEVANT** [2] - 298:17, 298:22
**RELY** [1] - 251:3
**REMEMBER** [22] - 220:15, 221:5, 221:8, 235:2, 243:5, 246:14, 246:19, 249:8, 277:11, 278:13, 278:16, 278:23, 278:25, 279:25, 283:1, 283:12, 284:4, 284:22, 287:5, 287:19, 310:7, 337:9
**REMOVAL** [2] - 253:8, 253:10
**REMOVE** [18] - 296:3, 296:18, 296:22,

297:5, 297:18, 298:5, 302:3, 312:21, 313:3, 314:3, 314:4, 315:21, 318:4, 324:22, 332:8, 332:15, 332:19
**REMOVED** [6] - 296:20, 315:19, 315:21, 315:22, 318:5, 332:14
**REP** [1] - 270:7
**REPEAT** [5] - 226:23, 295:6, 298:1, 298:20, 324:9
**REPETITION** [1] - 240:5
**REPORT** [3] - 218:23, 218:24, 272:18
**REPORT** [6] - 272:21, 293:8, 294:4, 294:7, 328:7, 329:5
**REPORTED** [1] - 342:10
**REPORTED** [2] - 273:3, 329:7
**REPORTER** [4] - 215:24, 342:1, 342:6, 342:19
**REPORTER** [1] - 275:8
**REPORTER'S** [1] - 215:14
**REPORTS** [2] - 293:20, 293:24
**REPRESENT** [1] - 292:23
**REPRESENTATIVE** [3] - 309:1, 309:4, 310:3
**REPRESENTATIVES** [1] - 323:11
**REPRESENTED** [3] - 255:10, 292:17, 294:10
**REPRESENTING** [1] - 286:6
**REQUESTED** [2] - 299:6, 310:9
**RERELEASE** [1] - 269:3
**RESETTING** [1] - 296:25
**RESONATE** [3] - 294:16, 295:11, 332:2
**RESOURCES** [1] - 325:9
**RESPECT** [1] - 246:4
**RESPECTFULLY** [1] -

316:13
**RESPECTIVE** [1] - 285:3
**RESPONDED** [1] - 262:1
**RESPONSE** [5] - 296:19, 308:14, 309:16, 309:19, 314:21
**RESPONSIBILITIES** [3] - 258:3, 289:10, 289:14
**RESULTED** [1] - 327:11
**RESUMED** [1] - 217:5
**RESUMED** [1] - 220:20
**RETAIL** [6] - 245:25, 246:13, 247:16, 249:2, 249:25, 252:7
**RETIRE** [2] - 284:7, 337:12
**RETURN** [2] - 278:20, 278:21
**REVENUE** [8] - 294:9, 294:11, 295:17, 295:22, 295:24, 329:8, 329:19, 329:24
**REVENUES** [1] - 329:15
**REVIEW** [5] - 244:22, 267:12, 281:7, 281:8, 335:18
**REVIEWED** [2] - 244:21, 251:16
**REVIEWING** [2] - 234:18, 247:10
**RIANNA** [6] - 270:13, 270:17, 275:2, 275:3, 281:12, 281:13
**RIGHT-HAND** [1] - 245:23
**RIGHTS** [3] - 298:8, 325:7, 325:11
**ROOM** [4] - 250:21, 256:22, 284:7, 337:12
**ROSS** [1] - 216:4
**ROSS** [1] - 234:6
**ROUGHLY** [1] - 331:12
**ROW** [1] - 254:1
**ROW** [3] - 219:21, 219:22, 219:24
**RPR** [1] - 215:23
**RUBENSTEIN** [1] - 311:9
**RULE** [2] - 332:9,

332:10
**RULE** [2] - 288:6, 289:19
**RUNNING** [1] - 284:16
**RYDZ** [2] - 266:23, 272:10

**S**

**SA** [2] - 215:5, 286:3
**SAFIYYAH** [2] - 308:15, 308:25
**SAILING** [1] - 241:20
**SALE** [11] - 245:25, 246:13, 247:16, 249:3, 249:25, 252:7, 268:14, 290:4, 314:7, 319:12, 320:12
**SALES** [16] - 244:23, 245:22, 249:1, 258:4, 270:7, 280:22, 281:7, 281:8, 295:5, 295:8, 295:10, 295:17, 295:20, 295:21, 297:10, 330:4
**SAMPLES** [1] - 240:6
**SANTA** [1] - 262:4
**SATURDAY** [1] - 261:3
**SAVING** [1] - 269:3
**SAW** [6] - 262:8, 262:24, 264:8, 272:9, 276:15, 285:17
**SCHEDULE** [1] - 340:10
**SCHOOL** [1] - 283:5
**SCOPE** [5] - 231:1, 273:19, 273:22, 273:25, 274:3
**SCREEN** [3] - 224:7, 321:8, 324:4
**SCREENSHOT** [1] - 241:19
**SCREENSHOTS** [2] - 235:20, 240:3
**SCROLL** [1] - 228:3
**SEAL** [4] - 256:4, 256:5, 256:19, 256:22
**SEARCH** [11] - 266:1, 266:10, 308:17, 314:16, 326:6, 326:10, 326:11, 326:14, 327:16, 335:15
**SEARCHED** [7] - 228:21, 298:17,

298:21, 304:14, 315:21, 327:21, 335:12
**SEARCHES** [3] - 326:20, 327:1, 327:10
**SEARCHING** [2] - 304:18, 325:2
**SEAT** [1] - 337:24
**SEATED** [4] - 220:8, 233:16, 257:10, 288:13
**SEATS** [2] - 284:12, 285:3
**SECOND** [6] - 232:14, 253:18, 313:20, 319:24, 321:25, 335:2
**SECTION** [1] - 342:8
**SEE** [163] - 225:14, 225:19, 226:20, 227:1, 227:2, 227:6, 227:10, 227:16, 227:17, 227:20, 228:25, 229:3, 229:6, 229:8, 229:12, 230:13, 230:21, 231:17, 232:17, 236:5, 236:13, 236:20, 237:8, 237:11, 238:12, 242:10, 243:7, 243:13, 243:20, 244:12, 245:25, 251:23, 252:2, 252:11, 253:21, 254:3, 254:6, 254:9, 255:17, 255:18, 255:23, 263:6, 263:25, 264:2, 266:7, 267:13, 269:18, 269:23, 269:24, 270:24, 271:2, 271:4, 272:18, 272:20, 273:7, 273:9, 273:11, 273:17, 274:10, 277:3, 277:12, 277:16, 277:24, 280:1, 282:21, 283:13, 284:8, 284:25, 285:23, 286:2, 286:23, 294:9, 294:12, 294:18, 299:15, 300:15, 300:17, 300:24, 301:6, 301:7, 301:12, 301:24,

302:12, 302:15, 302:20, 303:11, 303:15, 303:17, 303:18, 303:21, 303:22, 305:2, 306:16, 306:17, 307:12, 307:16, 307:17, 307:24, 308:23, 309:7, 309:15, 310:10, 311:10, 311:14, 311:16, 311:20, 311:24, 312:3, 312:6, 312:7, 312:9, 312:10, 312:11, 313:10, 313:11, 313:13, 314:10, 314:11, 315:11, 315:13, 315:25, 317:14, 317:18, 317:20, 317:21, 317:23, 318:12, 318:13, 319:14, 319:18, 320:1, 320:7, 320:8, 320:15, 320:17, 320:18, 321:9, 321:23, 321:24, 322:2, 326:7, 326:12, 326:13, 326:17, 326:18, 326:22, 327:2, 327:5, 327:8, 327:19, 328:15, 328:19, 329:9, 329:11, 329:12, 330:6, 331:13, 333:1, 333:2, 335:1, 335:3, 336:19, 340:13
**SEEING** [5] - 246:19, 271:19, 273:8, 287:19, 310:8
**SELECT** [2] - 221:12, 229:25
**SELL** [13] - 259:4, 260:25, 261:2, 262:3, 266:20, 270:15, 270:16, 270:21, 277:1, 279:14, 279:24, 309:16
**SELLER** [6] - 265:10, 294:20, 294:21, 294:23, 319:5, 331:16
**SELLERS** [14] - 294:9, 294:15, 294:24, 295:2, 295:5, 295:9, 295:10, 295:11,

295:18, 295:22, 325:4, 330:16, 331:6, 331:13
**SELLING** [5] - 266:21, 298:16, 310:4, 319:22, 330:12
**SELLS** [4] - 258:25, 259:3, 276:24, 314:17
**SENDING** [3] - 306:21, 307:3, 319:21
**SENDS** [1] - 336:12
**SENT** [10] - 254:19, 263:5, 301:12, 303:6, 304:18, 304:24, 305:6, 306:20, 312:24, 318:21
**SENT** [6] - 267:7, 267:15, 267:25, 273:7, 273:8, 273:9
**SEPARATE** [1] - 291:25
**SEPTEMBER** [5] - 302:11, 303:10, 307:14, 307:25, 310:12
**SERVED** [1] - 289:7
**SERVICE** [9] - 246:2, 247:19, 249:5, 250:3, 252:10, 308:2, 308:6, 310:3, 323:10
**SERVICES** [1] - 329:8
**SET** [1] - 335:1
**SEVEN** [1] - 253:8
**SEVERAL** [3] - 266:3, 318:7
**SEWN** [2] - 271:7, 282:13
**SEWN-IN** [1] - 282:13
**SHAKING** [1] - 228:12
**SHALL** [6] - 233:12, 257:6, 257:7, 288:9
**SHARE** [1] - 336:5
**SHARED** [1] - 221:17
**SHAREHOLDERS** [2] - 293:20, 293:24
**SHIPPED** [3] - 237:13, 300:23, 311:15
**SHIRT** [26] - 225:12, 225:13, 225:22, 225:25, 229:2, 229:7, 231:20, 259:6, 259:18, 260:12, 260:16, 261:10, 261:23, 261:24, 265:13, 265:14, 265:15, 274:25, 275:25,

276:13, 276:15, 276:16, 277:3, 277:5
**SHIRTS** [25] - 221:7, 224:24, 227:1, 227:7, 228:24, 229:16, 229:22, 230:1, 255:18, 258:25, 259:2, 259:4, 259:7, 260:1, 260:2, 260:7, 260:8, 260:9, 262:4, 271:25, 274:23, 277:4, 285:8, 285:12, 285:15
**SHOP** [1] - 275:12
**SHORT** [1] - 297:2
**SHOW** [17] - 230:18, 231:12, 231:15, 244:2, 263:7, 266:24, 280:4, 293:10, 296:6, 311:5, 317:4, 320:14, 320:21, 321:8, 325:25, 326:11, 329:5
**SHOWED** [1] - 285:20
**SHOWING** [7] - 230:11, 244:23, 261:7, 296:13, 318:17, 319:1, 321:9
**SHOWN** [3] - 232:14, 269:21, 315:18
**SHOWS** [5] - 221:24, 222:15, 227:7, 242:11, 319:24
**SIDE** [3] - 221:18, 245:23, 340:8
**SIDES** [2] - 338:18, 340:23
**SIGN** [1] - 282:25
**SIGNIFICANT** [1] - 297:14
**SIGNIFICANTLY** [1] - 329:20
**SIGNS** [2] - 301:24, 323:11
**SIMILAR** [17] - 230:23, 255:24, 256:5, 256:11, 262:25, 264:5, 264:7, 268:6, 296:22, 297:5, 299:18, 305:13, 305:20, 306:3, 306:4, 332:7, 332:14
**SIMILARITY** [1] - 256:12
**SIMPLY** [2] - 274:20, 334:7
**SINGLE** [2] - 274:21, 298:6

**SIT** [4] - 297:15, 297:24, 298:2, 340:4
**SITE** [16] - 290:4, 296:3, 297:11, 297:20, 297:25, 298:4, 301:15, 304:13, 309:10, 313:1, 315:19, 316:10, 318:11, 323:21, 324:7, 324:10
**SITES** [1] - 297:15
**SITTING** [1] - 338:16
**SIX** [3] - 253:8, 315:20, 332:14
**SIZE** [16] - 229:25, 273:14, 273:15, 273:16, 274:7, 274:11, 274:15, 274:19, 274:22, 275:4, 275:5, 275:13, 275:25, 276:6, 276:13
**SIZES** [3] - 229:22, 275:14, 275:20
**SKIP** [3] - 303:4, 335:24, 335:25
**SMALL** [8] - 227:2, 241:12, 241:13, 251:23, 252:11, 274:14, 276:15, 294:7
**SNAPSHOT** [1] - 219:20
**SNAPSHOT** [2] - 240:10, 241:1
**SNAPSHOTS** [4] - 234:18, 239:15, 239:23, 242:20
**SOFTWARE** [3] - 301:12, 304:22, 305:3
**SOLD** [16] - 251:20, 253:19, 261:4, 264:21, 265:15, 266:19, 268:1, 270:18, 270:19, 270:20, 271:14, 283:9, 283:21, 295:11, 313:25, 319:16
**SOLEMNLY** [3] - 233:11, 257:5, 288:8
**SOLICITATIONS** [1] - 306:22
**SOLICITING** [1] - 303:25
**SOMEONE** [5] - 266:22, 282:20, 287:1, 305:6, 335:12

**SOMEWHERE** [2] - 240:2, 291:6

**SORRY** [29] - 226:16, 226:23, 228:13, 229:10, 253:19, 253:20, 260:6, 260:13, 271:16, 273:2, 273:17, 275:7, 276:10, 285:22, 285:24, 298:10, 298:20, 299:20, 306:9, 308:19, 316:20, 321:5, 324:9, 332:22, 332:24, 335:1, 336:21, 336:23, 340:15

**SORTS** [1] - 310:6

**SOUND** [1] - 305:5

**SOUNDS** [1] - 340:9

**SOURCE** [1] - 229:7

**SPACE** [1] - 314:25

**SPEAKING** [2] - 252:4, 289:24

**SPEAKS** [2] - 295:14, 304:7

**SPECIALIZED** [1] - 258:13

**SPECIFIC** [4] - 276:12, 283:18, 291:5, 300:4

**SPECIFICALLY** [4] - 296:20, 308:22, 309:12, 333:8

**SPECIFIED** [1] - 321:15

**SPECULATION** [2] - 322:24, 323:23

**SPELL** [3] - 233:17, 257:11, 288:14

**SPELLED** [1] - 233:20

**SPEND** [2] - 222:18, 325:9

**SPENT** [1] - 234:17

**SPREADSHEET** [2] - 246:17, 250:15

**SPREADSHEETS** [2] - 244:22, 249:13

**STAMPED** [2] - 313:17, 313:18

**STAMPS** [1] - 248:3

**STAND** [1] - 285:4

**STANDS** [1] - 328:22

**STAR** [1] - 319:13

**STARS** [1] - 216:5

**START** [5] - 269:17, 270:23, 315:12, 315:16, 337:17

**STARTED** [4] - 258:4, 269:8, 270:7, 337:17

**STARTS** [3] - 253:14, 316:2, 326:24

**STAT** [1] - 328:16

**STATE** [3] - 233:17, 257:11, 288:14

**STATE** [2] - 291:16, 292:14

**STATEMENT** [1] - 279:18

**STATES** [4] - 215:1, 342:6, 342:8, 342:13

**STATES** [1] - 256:4

**STATES** [1] - 297:4

**STATUS** [1] - 311:8

**STAYED** [1] - 318:11

**STENOGRAPHICALLY** [1] - 342:10

**STEP** [7] - 233:2, 253:12, 253:16, 255:21, 257:1, 287:23, 337:25

**STICKER** [26] - 240:8, 240:9, 240:25, 241:11, 241:20, 242:19, 243:11, 243:13, 243:14, 244:3, 263:24, 266:19, 270:19, 270:20, 270:21, 271:14, 283:8, 283:10, 283:19, 283:20, 287:9, 287:17, 287:19, 312:5, 320:19

**STICKER** [1] - 219:18

**STICKERS** [38] - 221:6, 223:15, 224:11, 226:15, 226:17, 226:21, 227:1, 227:2, 227:6, 235:3, 238:6, 239:11, 242:19, 243:4, 255:2, 255:8, 255:12, 255:13, 261:24, 266:2, 270:18, 281:14, 282:12, 283:2, 283:4, 285:9, 285:12, 285:15, 303:20, 304:6, 306:8, 306:14, 308:13, 308:21, 309:6, 309:10, 310:5

**STICKERS** [1] - 219:18

**STILL** [10] - 220:15, 231:10, 262:10, 286:10, 306:21, 308:18, 311:7, 314:22, 322:17,

338:17

**STIPULATED** [3] - 293:9, 296:8, 315:2

**STIPULATION** [3] - 245:4, 250:13, 320:23

**STOP** [2] - 265:1, 325:12

**STOPPED** [1] - 265:11

**STORE** [9] - 258:5, 258:9, 260:25, 264:21, 264:22, 265:12, 275:2, 283:10, 283:22

**STORES** [7] - 257:24, 258:8, 266:4, 277:8, 277:9, 280:15, 283:4

**STRATEGIC** [1] - 330:3

**STRATEGY** [1] - 269:1

**STREET** [1] - 215:24

**STREET** [1] - 216:11

**STREETS** [2] - 240:25, 241:10

**STRICT** [1] - 330:17

**STRIKE** [2] - 245:10, 248:18

**STRUCTURE** [1] - 306:4

**STUFF** [1] - 303:14

**STYLE** [2] - 275:5, 275:13

**STYLES** [4] - 274:12, 274:23, 275:1, 275:14

**SUBJECT** [3] - 245:10, 298:14, 306:8

**SUBMITTED** [1] - 337:11

**SUBSTANTIAL** [2] - 297:24, 298:3

**SUBSTANTIALLY** [1] - 231:21

**SUED** [7] - 290:5, 291:2, 291:10, 291:13, 291:15, 291:19, 323:17

**SUGGESTS** [2] - 262:19, 264:14

**SUIT** [2] - 291:9, 292:14

**SUITE** [1] - 216:6

**SUITE** [1] - 215:24

**SUITS** [1] - 291:20

**SUM** [1] - 251:4

**SUMMARIZES** [1] - 222:3

**SUMS** [2] - 249:8, 250:25

**SUPER** [3] - 258:20

**SUPPLIES** [1] - 283:6

**SUPPOSED** [1] - 333:15

**SURPRISED** [1] - 254:21

**SURREBUTTAL** [1] - 341:4

**SUSTAINED** [10] - 256:1, 264:19, 276:18, 293:3, 297:22, 309:23, 322:24, 323:24, 330:20, 334:16

**SWEAR** [4] - 233:11, 257:5, 288:8, 288:12

**SWISS** [3] - 215:5, 286:3, 286:5

**SWORN** [4] - 220:19, 234:2, 257:17, 288:20

**SYMBOL** [3] - 301:3, 333:7, 333:9

## T

**T'S** [3] - 259:5

**T-O-Y** [1] - 288:16

**T-SHIRT** [18] - 225:12, 225:13, 225:22, 225:25, 229:2, 229:7, 231:20, 259:6, 259:18, 260:12, 260:16, 261:10, 261:23, 261:24, 274:25, 276:13, 277:3

**T-SHIRTS** [21] - 221:7, 224:24, 227:1, 227:7, 228:24, 229:16, 230:1, 255:18, 258:25, 259:2, 259:4, 259:7, 260:1, 260:2, 260:7, 260:8, 260:9, 271:25, 274:23, 285:8, 285:12, 285:15

**TABLE** [1] - 336:18

**TAG** [12] - 225:14, 229:1, 229:7, 229:11, 229:13, 229:14, 232:17, 281:23, 281:25, 282:5, 282:7, 325:4

**TAGGED** [2] - 262:7, 263:2

**TAGS** [5] - 282:13, 314:14, 322:16, 325:8, 325:11

**TAKEDOWN** [2] - 289:15, 296:21

**TANGIBLE** [1] - 322:1

**TARGET** [1] - 304:11

**TASK** [1] - 298:11

**TEAM** [7] - 308:6, 309:3, 312:11, 318:4, 322:8, 324:1

**TEEN** [1] - 258:22

**TEEN-AGED** [1] - 258:22

**TEN** [2] - 277:9, 278:8

**TEND** [1] - 294:15

**TENS** [2] - 301:11, 306:19

**TERM** [4] - 304:14, 321:17, 328:16, 331:7

**TERMS** [3] - 326:10, 326:11, 326:14

**TERRY** [1] - 217:4

**TERRY** [1] - 220:18

**TESLA** [1] - 297:19

**TESTIFIED** [25] - 232:5, 250:18, 250:22, 272:9, 273:15, 274:6, 274:15, 274:21, 276:23, 277:9, 278:6, 278:11, 279:5, 279:13, 279:25, 281:12, 281:17, 281:21, 281:22, 282:10, 282:17, 283:3, 285:7, 290:19, 335:11

**TESTIFY** [8] - 226:12, 248:13, 270:13, 270:17, 274:18, 279:20, 279:23, 281:1

**TESTIMONY** [10] - 233:11, 257:6, 277:12, 279:2, 288:8, 290:24, 332:21, 338:13, 339:11, 339:18

**TEXT** [3] - 241:13, 242:4, 242:13

**THAT** [3] - 342:7, 342:8, 342:11

**THE** [213] - 216:3, 216:8, 220:7, 220:16, 220:17, 220:19, 221:14, 221:17, 221:20, 222:9, 223:22, 225:7, 226:2, 230:7, 231:2, 231:4,

231:23, 231:25, 232:4, 232:10, 232:15, 232:25, 233:2, 233:6, 233:10, 233:15, 233:16, 233:19, 233:21, 234:2, 235:11, 235:25, 237:5, 238:9, 239:4, 240:14, 241:5, 241:25, 242:25, 244:8, 245:5, 245:10, 246:24, 247:2, 247:8, 247:9, 247:10, 247:12, 247:13, 247:14, 247:23, 247:25, 248:1, 248:2, 248:6, 248:7, 248:8, 248:9, 248:12, 248:13, 248:15, 248:16, 248:20, 249:18, 249:20, 250:14, 250:17, 251:8, 252:14, 252:18, 256:1, 256:8, 256:9, 256:14, 256:25, 257:4, 257:5, 257:9, 257:10, 257:13, 257:14, 257:17, 259:12, 259:15, 259:23, 260:21, 262:17, 263:7, 263:12, 263:15, 264:19, 266:13, 267:1, 267:20, 269:5, 273:21, 273:25, 274:5, 274:16, 275:7, 275:11, 275:16, 276:1, 276:3, 276:4, 276:9, 276:11, 276:12, 276:18, 276:19, 276:20, 278:2, 279:3, 279:16, 279:18, 279:21, 280:6, 280:7, 280:11, 280:13, 284:1, 284:12, 285:2, 286:11, 287:21, 287:23, 288:3, 288:7, 288:12, 288:13, 288:16, 288:17, 288:20, 290:13, 290:16, 290:22, 291:8, 292:2, 293:3, 293:11, 293:13, 293:15, 295:14, 296:10, 297:1,

297:22, 299:9, 299:11, 299:12, 299:18, 299:20, 299:21, 299:23, 299:25, 300:8, 300:11, 300:14, 302:25, 304:9, 304:10, 305:15, 305:23, 306:9, 306:12, 307:19, 309:23, 311:1, 312:2, 312:3, 315:4, 316:18, 316:21, 317:2, 317:8, 317:10, 318:23, 320:25, 321:2, 321:5, 321:6, 322:24, 323:4, 323:5, 323:24, 324:20, 324:21, 325:22, 328:9, 328:12, 330:20, 330:23, 334:16, 337:5, 337:24, 338:6, 338:10, 338:21, 339:1, 339:9, 340:13, 340:17, 340:21, 340:23, 341:5, 342:6, 342:7, 342:8, 342:9, 342:10, 342:11, 342:12, 342:13
**THEMSELVES** [1] - 312:20
**THEREFORE** [1] - 326:10
**THINKING** [1] - 229:19
**THIRD** [1] - 323:6
**THIRD-PARTY** [1] - 323:6
**THIS** [1] - 342:15
**THOUSAND** [1] - 266:8
**THOUSANDS** [2] - 301:11, 306:19
**THREE** [5] - 244:18, 253:7, 254:6, 273:10, 313:20
**TIMESTAMP** [5] - 243:20, 243:22, 244:15, 264:11, 268:8
**TINA** [1] - 300:19
**TINY** [1] - 219:18
**TINY** [1] - 242:19
**TIPS** [1] - 321:12
**TITLE** [7] - 236:11, 263:23, 320:18, 321:16, 321:20,

322:6, 322:12
**TITLE** [1] - 342:8
**TITLED** [1] - 322:5
**TM** [3] - 271:3, 271:14, 271:20
**TO** [2] - 215:9, 342:8
**TODAY** [7] - 226:11, 286:22, 287:4, 297:15, 297:24, 298:2, 308:16
**TOGETHER** [2] - 304:20, 305:6
**TOMORROW** [9] - 220:12, 337:8, 337:18, 339:4, 339:10, 339:12, 339:16, 340:1, 340:14
**TONIGHT** [2] - 337:13, 340:1
**TONS** [1] - 317:11
**TOOK** [8] - 231:13, 241:1, 241:21, 242:21, 249:14, 272:2, 304:17, 315:19
**TOP** [13] - 229:7, 236:13, 237:9, 240:20, 241:13, 249:10, 252:24, 253:6, 254:10, 265:10, 313:21, 326:25, 332:5
**TOPANGA** [1] - 258:5
**TOPIC** [2] - 244:21, 290:3
**TOPICS** [1] - 261:12
**TORONTO** [1] - 272:15
**TOTAL** [9] - 240:1, 246:20, 249:24, 251:4, 252:6, 252:9, 315:22, 329:7, 340:23
**TOUCH** [2] - 308:15, 311:13
**TOY** [2] - 288:6, 288:16
**TOY** [2] - 217:14, 288:19
**TOY** [10] - 288:23, 293:19, 318:15, 320:15, 328:15, 329:4, 329:7, 331:3, 336:2, 336:19
**TRADED** [1] - 330:15
**TRADEMARK** [29] - 226:18, 226:22, 226:24, 227:3, 229:6, 253:4,

270:24, 271:4, 285:14, 292:11, 293:1, 301:3, 301:15, 310:13, 312:14, 313:1, 313:7, 321:16, 321:20, 331:14, 333:7, 333:8, 333:16, 333:18, 333:19, 333:22, 333:25, 334:18, 334:22
**TRADEMARK** [4] - 253:5, 333:22, 333:25, 334:23
**TRADEMARKED** [1] - 298:16
**TRADEMARKS** [6] - 316:16, 322:21, 323:2, 333:11, 333:12, 334:11
**TRADEMARKS** [1] - 218:5
**TRADITIONALLY** [1] - 296:1
**TRANSACTIONS** [1] - 292:24
**TRANSCRIPT** [3] - 215:14, 342:9, 342:11
**TRANSCRIPT** [3] - 307:14, 308:12, 310:8
**TREAT** [1] - 321:17
**TRENDY** [2] - 258:16, 258:19
**TRIAL** [72] - 220:12, 221:12, 222:8, 222:21, 222:23, 223:10, 223:20, 224:6, 224:20, 224:22, 225:6, 225:23, 226:15, 226:16, 227:12, 228:24, 228:25, 229:4, 230:11, 230:19, 231:13, 231:16, 231:24, 232:3, 232:7, 232:14, 232:18, 235:13, 235:24, 237:4, 239:3, 240:6, 240:13, 240:22, 241:16, 241:24, 242:7, 242:16, 242:24, 243:7, 243:10, 244:1, 244:7, 245:1, 245:3, 246:4, 248:21, 249:24, 250:9,

250:25, 251:7, 251:24, 252:10, 252:13, 252:22, 253:17, 253:24, 253:25, 254:11, 259:10, 259:22, 261:13, 267:11, 267:18, 270:23, 271:6, 273:17, 275:24, 285:19, 290:17, 297:16
**TRIAL** [1] - 215:14
**TRIED** [2] - 305:5, 314:4
**TRUE** [1] - 342:9
**TRUE** [20] - 279:19, 282:17, 289:5, 289:12, 289:13, 290:7, 294:1, 294:2, 295:16, 296:4, 296:5, 297:12, 298:19, 299:1, 299:2, 300:3, 310:23, 314:18, 319:13, 334:20
**TRUTH** [9] - 233:13, 257:7, 288:10
**TRY** [5] - 220:11, 297:17, 297:18, 304:16, 324:4
**TRYING** [1] - 286:10
**TURN** [7] - 221:25, 248:17, 250:9, 273:13, 281:10, 283:2, 316:23
**TURNAROUND** [1] - 332:18
**TWICE** [1] - 316:11
**TWO** [12] - 226:25, 246:6, 252:3, 253:7, 254:22, 255:18, 259:4, 260:5, 275:7, 281:14, 281:19, 314:22
**TYPE** [2] - 228:7, 305:20
**TYPED** [2] - 266:1, 314:15
**TYPES** [2] - 259:4, 281:14

**U**

**U.S** [5] - 215:3, 291:3, 333:22, 333:25, 334:23
**U.S.A** [1] - 312:11
**UCF** [1] - 263:23
**UNDER** [4] - 220:15, 288:6, 289:18,

296:19
**UNDERNEATH** [2] - 272:6, 273:9
**UNITED** [1] - 256:4
**UNITED** [4] - 215:1, 342:6, 342:8, 342:13
**UNIVERSITY** [1] - 291:16
**UNNECESSARY** [1] - 240:4
**UNREGISTERED** [1] - 333:12
**UP** [37] - 227:18, 228:22, 244:5, 245:24, 246:6, 246:11, 246:18, 249:2, 249:9, 252:3, 258:6, 261:12, 262:6, 266:9, 266:15, 272:21, 273:1, 273:2, 275:21, 280:19, 281:6, 284:1, 284:15, 285:19, 286:1, 288:3, 295:19, 314:25, 316:9, 329:19, 332:21, 334:3, 335:1, 337:2, 339:17, 340:20, 340:24
**UPDATE** [2] - 293:24, 294:8
**UPLOAD** [2] - 294:16, 324:5
**UPLOADED** [4] - 253:20, 254:2, 319:5, 324:21
**UPLOADING** [2] - 294:21, 294:23
**UPLOADS** [1] - 298:5
**USER** [3] - 264:15, 326:10, 335:15
**USERS** [5] - 298:16, 319:21, 324:4, 324:11, 324:18
**USPTO** [1] - 285:21
**UTILIZED** [1] - 313:6

**V**

**VAGUE** [1] - 255:25
**VALID** [2] - 296:19, 296:21
**VARIETY** [1] - 221:6
**VARIOUS** [2] - 224:11, 244:22
**VARY** [1] - 275:14
**VERSION** [3] - 269:2, 276:12, 283:23

**VERSUS** [1] - 331:7
**VIEW** [2] - 303:19, 304:6
**VIEWED** [1] - 304:13
**VINE** [1] - 327:7
**VISIT** [3] - 303:14, 304:12
**VISITOR** [3] - 308:13, 308:19, 308:21
**VISUAL** [2] - 258:7, 270:9
**VOLUME** [1] - 215:9
**VOLUME** [4] - 299:8, 307:9, 318:15, 320:22
**VS** [1] - 215:7

**W**

**WAIT** [1] - 328:3
**WALDORF** [1] - 311:23
**WALL** [2] - 256:4, 256:22
**WALTERS** [13] - 220:22, 221:15, 222:12, 222:18, 223:4, 223:25, 224:19, 225:10, 226:5, 230:11, 230:21, 231:12, 232:17
**WALTERS** [2] - 217:4, 220:18
**WANTS** [1] - 275:20
**WARN** [1] - 324:23
**WAS** [4] - 220:19, 234:2, 257:17, 288:20
**WASTED** [1] - 316:21
**WASTING** [1] - 316:24
**WATER** [1] - 283:5
**WATER** [1] - 312:11
**WEAR** [1] - 279:7
**WEARING** [6] - 261:8, 261:9, 279:9, 279:11, 282:3, 282:6
**WEB** [1] - 264:3
**WEBPAGE** [5] - 218:21, 219:4, 219:5, 219:6, 219:7
**WEBSITE** [44] - 220:25, 229:16, 229:20, 230:16, 230:24, 234:11, 234:16, 234:18, 234:19, 234:21, 235:22, 237:2, 237:10, 238:16, 239:8, 239:16,

241:19, 242:10, 244:24, 254:25, 255:1, 262:19, 264:15, 265:21, 265:22, 265:25, 267:8, 267:9, 267:16, 268:1, 275:18, 275:21, 275:22, 281:6, 283:21, 296:8, 296:15, 297:4, 313:8, 324:15, 335:13, 336:5, 336:24
**WEEK** [3] - 266:5, 268:11, 270:12
**WEEKEND** [1] - 262:24
**WELL-KNOWN** [1] - 314:9
**WESLEY** [2] - 217:15, 336:17
**WESLEY** [63] - 216:4, 288:1, 288:5, 288:18, 288:22, 290:15, 291:1, 291:9, 292:4, 293:4, 293:12, 293:14, 293:16, 293:19, 295:16, 296:13, 297:2, 297:23, 299:10, 299:13, 300:1, 300:7, 300:10, 300:15, 302:24, 303:3, 304:21, 305:14, 305:18, 305:22, 306:1, 306:11, 306:13, 307:18, 307:22, 309:24, 310:25, 311:5, 312:4, 315:5, 315:8, 316:20, 317:1, 317:3, 317:9, 317:13, 318:22, 319:1, 320:21, 321:1, 321:7, 322:25, 323:8, 323:25, 324:24, 325:25, 328:11, 328:15, 330:21, 334:15, 340:19, 340:22, 341:2
**WEST** [1] - 215:24
**WEST** [2] - 258:7, 270:9
**WESTERN** [1] - 215:2
**WHOLE** [3] - 233:13, 257:7, 288:10
**WILSON** [1] - 292:18

**WISH** [4] - 290:13, 322:13, 331:10, 337:25
**WITH** [1] - 342:12
**WITNESS** [33] - 220:16, 231:4, 233:15, 233:19, 247:8, 247:10, 247:13, 248:1, 248:6, 248:8, 248:12, 248:15, 256:9, 257:9, 257:13, 275:11, 276:4, 276:12, 276:19, 280:7, 280:13, 288:12, 288:16, 299:12, 299:20, 299:23, 300:14, 304:10, 312:3, 317:10, 321:5, 323:5, 324:21
**WITNESS** [19] - 221:12, 232:9, 233:4, 235:9, 245:8, 246:23, 247:10, 250:19, 250:22, 257:2, 259:10, 263:16, 285:4, 287:25, 290:23, 293:10, 316:18, 316:25
**WITNESS'S** [1] - 249:17
**WITNESSES** [2] - 217:1, 217:3
**WOMAN** [1] - 273:9
**WOMEN** [2] - 258:17, 258:22
**WOMEN'S** [2] - 276:24, 277:1
**WOODEN** [2] - 282:24, 282:25
**WORD** [6] - 274:9, 300:6, 317:17, 324:2, 325:1, 334:11
**WORDS** [6] - 231:21, 240:17, 325:3, 325:18, 333:19, 334:8
**WORKS** [9] - 294:16, 296:2, 296:18, 296:22, 297:5, 326:4, 332:1, 332:8, 336:10
**WORKS** [1] - 219:21
**WORLDWIDE** [2] - 290:6, 291:7
**WRITTEN** [2] - 326:6, 330:9
**WROTE** [1] - 314:11

**X**

**XU** [1] - 216:11

**Y**

**Y.Y.G.M** [9] - 215:5, 254:19, 269:12, 269:14, 286:3, 286:15, 286:18, 286:21, 286:25
**YEAR** [8] - 234:17, 234:23, 235:1, 239:22, 265:11, 316:2, 326:20, 329:24
**YEARS** [12] - 254:22, 258:1, 258:13, 261:21, 270:1, 270:2, 270:3, 271:11, 271:12, 278:16, 278:24, 329:1
**YELLOW** [1] - 327:7
**YELLOW** [2] - 227:4, 227:8
**YESTERDAY** [1] - 262:10
**YORK** [1] - 258:9
**YOUAREMUGGLE** [2] - 335:4, 335:5
**YOUNG** [1] - 258:22
**YOUNGER** [1] - 258:17
**YOURSELF** [2] - 281:4, 289:25
**YOURSELVES** [2] - 284:5, 337:10

**Z**

**ZOOM** [8] - 229:11, 267:3, 269:18, 277:17, 332:5, 332:23, 335:25, 336:17
**ZOOMED** [1] - 243:11
**ZOOMED-IN** [1] - 243:11
**ZUBER** [1] - 216:9