1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3        HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

4

5  Y.Y.G.M. SA d.b.a. BRANDY MELVILLE,   )
   a Swiss corporation,                  )
6                                        )
                PLAINTIFF,               ) CASE NO.
7                                        )
            vs.                          ) CV 19-04618-RGK
8                                        )
   REDBUBBLE, INC., a Delaware           )
9  corporation,                          ) VOLUME 3
                                         ) PAGES 343 TO 524
10                DEFENDANT.             )
   _____)
11

12

13

14              REPORTER'S TRANSCRIPT OF
                    TRIAL DAY 3
15             TUESDAY, JUNE 22, 2021
                    8:34 A.M.
16             LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23  _____

         MIRANDA ALGORRI, CSR 12743, RPR, CRR
24         FEDERAL OFFICIAL COURT REPORTER
           350 WEST 1ST STREET, SUITE 4455
25          LOS ANGELES, CALIFORNIA 90012
              MIRANDAALGORRI@GMAIL.COM

1                     **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4         BROWNE GEORGE ROSS ANNAGUEY & ELLIS, LLP
          BY:   KEITH J. WESLEY
5         BY:   JASON Y. KELLY
          2121 Avenue of the Stars
6         Suite 2800
          Los Angeles, California 90067
7

8    **FOR THE DEFENDANT:**
9
          ZUBER LAWLER & DEL DUCA, LLP
10        BY:   JOSHUA M. MASUR
          BY:   JENNIFER KUHN
11        BY:   HEMING XU
          2000 Broadway Street
12        Office 154
          Redwood City, California 94063
13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                              INDEX OF WITNESSES

 2

 3     WITNESSES                                                    PAGE

 4     TOY, James

 5             Cross-examination resumed by Mr. Masur              348

 6

       TOY, James
 7
               Direct examination resumed by Mr. Masur            350
 8             Cross-examination by Mr. Wesley                     400
               Redirect examination by Mr. Masur                  412
 9             Recross-examination by Mr. Wesley                   416

10

       RICKERT, Kate
11
               Direct examination by Mr. Masur                    420
12             Cross-examination by Mr. Kelly                      435

13

       DAVIS, Carina
14
               Direct examination by Mr. Masur                    437
15             Cross-examination by Mr. Kelly                      450
               Redirect examination by Mr. Masur                  464
16

17

18

19

20

21

22

23

24

25
```

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 30 | Redbubble User Agreement | 363 | 363 |
| 31 | Redbubble IP/Publicity Rights Policy | 364 | 364 |
| 35 | Product Listing | 378 | 378 |
| 51 | CON Suspend-from-Sale | 382 | 382 |
| 52 | CON Warnings and Account Restriction | 370 | 370 |
| 58 | Confluence Document | 357 | 357 |
| 60 | New Hire Onboarding | 368 | 368 |
| 62 | Intellectual Property | 363 | 363 |
| 65 | Redbubble IP FAQ | 362 | 362 |
| 71 | CON Proactive Policing | 374 | 374 |
| 106 | Redbubble Webpage | 410 | 410 |
| 155 | E-mail | 390 | 360 |
| 622 | All Orders | 408 | 408 |
| 623 Pg 6 | All Works | 396 | 396 |
| 623 Pg 81 | All Works | 397 | 397 |
| 624 | BMUSA.com | 430 | 430 |
| 627 | Brandy Heart Orders | 406 | 406 |
| 629 | Brandy LA Orders | 429 | 429 |
| 631 | Brandy Melville Orders | 431 | 431 |

347

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 633 | LA Lightning Order | 425 | 425 |

1              **TUESDAY, JUNE 22, 2021; 8:34 A.M.**

2                 **LOS ANGELES, CALIFORNIA**

3                      -oOo-

4

5        (The following proceedings were held in

6        open court in the presence of the jury:)

7           THE COURT:  Okay.  The record will reflect that

8  all the members of the jury are in their respective seats in

9  the jury box and the witness is on the witness stand.

08:34AM  10          Good morning.  Thank you for being here right on

11  time.  It makes the trial much more efficient so we can start

12  right on time like this.  Hopefully we can finish today.  If

13  not, at least by tomorrow morning.  Okay?

14           The witness is on the witness stand.  Remember

08:35AM  15  you are still under oath.

16           THE WITNESS:  Yes, Your Honor.

17           THE COURT:  Counsel, you may.

18           MR. MASUR:  Thank you.  And we were on

19  Exhibit 287 when we left off yesterday.  I just have a couple

08:35AM  20  quick questions to sum that up.

21                 **JAMES TOY,**

22        **CALLED BY THE PLAINTIFF, WAS PREVIOUSLY SWORN.**

23           **CROSS-EXAMINATION (RESUMED)**

24  BY MR. MASUR:

08:35AM  25        Q    Great.  So we were looking at -- so we looked in

1    the artist margin.  There you see the 50.1 million in 2019 and

2    35.9 in 2018.  Those are the amounts that Redbubble paid

3    artists in those years; correct?

4         A     Correct.

08:35AM    5         Q     Then that last line, the bottom line, that

6    reported total -- I believe it says total loss for the year

7    $27 million -- 27.7 in 2019, 10 million loss in 2018.

8               That's correct?

9         A     That's right.

08:35AM    10         Q     So basically Redbubble has lost money in both

11   fiscal year 2018 and 2019 and, in fact, the amount that it paid

12   artists was a lot more than what it lost?

13        A     That's right.

14        Q     And just one last question.  These are -- these

08:36AM    15   are Australian dollars; correct?

16        A     Australian dollars.

17        Q     Roughly how many Australian dollars to a dollar?

18        A     I believe it's about 70 cents.

19        Q     I will represent it's about 75 as of last night,

08:36AM    20   but it varies a bit.  Doing basic math, $50 million paid to

21   artists in 2019 would be about 37 and a half, $38 million in

22   2019?  I'm sorry, U.S. dollars.

23        A     That sounds right.

24              MR. MASUR:  That's all my questions on cross.

08:36AM    25              THE COURT:  Okay.  Any redirect?

|     |     |
| --- | --- |
|          | 1 |

          1          MR. WESLEY:  No, Your Honor.

          2          THE COURT:  Okay.  You may step down.  Thank you

          3   very much.

          4          Next witness.

08:36AM   5          MR. WESLEY:  Your Honor, the plaintiff rests.

          6          THE COURT:  Okay.  Thank you, counsel.

          7          Counsel?

          8          MR. MASUR:  In which case Mr. Toy is going to be

          9   our first witness.

08:37AM  10          THE COURT:  Okay.  You're back on.

         11          MR. MASUR:  He doesn't get off that easy.  But I

         12   do have a binder of exhibits.

         13                    **JAMES TOY,**

         14      **CALLED BY THE DEFENDANT, WAS PREVIOUSLY SWORN.**

08:37AM  15                  **DIRECT EXAMINATION**

         16   BY MR. MASUR:

         17      Q     Good morning again, Mr. Toy.  Tell me when you're

         18   ready.

         19      A     Ready.

08:37AM  20      Q     Mr. Toy, what are your responsibilities as

         21   Redbubble's general counsel?

         22      A     I lead legal operations at the company.  I am

         23   responsible for legal policy.  I lead that team.  Contracts, of

         24   course.  Just general legal matters.  I also talk to a lot of

08:38AM  25   brand owners about what they want us to find and remove from

the site.

Q      So what kind of communications do you have with brand owners?

A      Over the last -- over six years I have been at Redbubble, I have talked to -- I don't know exact -- I would say almost every major brand owner in the world we have had contact with.  Some are very deep relationships where we take instruction from them what to find and remove from the site.

Q      So in terms of taking -- does that include both takedowns and what we generally call proactive screening or proactive policing?

A      Yes.

Q      So are you familiar with how Redbubble addresses infringement or potential infringement on its marketplace?

A      Very familiar.

Q      And you're also familiar with how users create accounts and listings on the marketplace website?

A      Yes.

MR. MASUR:  And we worked to prepared a couple of videos because there is no way to have the actual website live here.  We have run these by opposing counsel, Your Honor. We're going to have Mr. Toy explain what's going on here.

THE COURT:  Okay.

MR. MASUR:  Bring up video 1, please.

THE COURT:  You're going to play the video?

```
 1              MR. MASUR:  Yes.

 2              THE COURT:  Can that be marked as an exhibit?

 3              MR. MASUR:  I believe it's supposed to be a

 4    demonstrative, Your Honor.  We'd be happy to make it an

 5    exhibit.

 6              THE COURT:  Is any audio in the visual?

 7              MR. MASUR:  There is not.

 8              THE COURT:  So we don't have to worry about the

 9    reporter taking down the video.

10              MR. MASUR:  Yes.  I apologize.  Mr. Toy will be

11    talking it through.

12              THE COURT:  Go ahead.

13              THE WITNESS:  I apologize in advance.  I may ask

14    you to pause the video or go back at times.

15       Q      BY MR. MASUR:  So let's start with -- you have a

16    video that describes or shows how a user creates an account on

17    Redbubble?

18       A      Yes.  So please don't press play yet, but this is

19    the home page of the Redbubble marketplace.  You can press play

20    now.

21              In the upper right-hand corner, there is a

22    sign-up where the user can click.  And then they're taken to

23    another page where, if they're an artist, they can create their

24    products to sell and set up a shop.  If they're a customer,

25    there is a different sign-up area.
```

1    Then down at the bottom you can see it says you
2 have to agree to the user agreement before you can start the
3 account.  You can press play again.  Thank you.

4    Here we have three different areas where the
5 artists -- this is the artist interface.  The customer is a
6 different one.  They can create their products and design their
7 products.  They set up their shop where their products are
8 listed, and then there is another area where an account is set
9 up where they can set up getting paid.

10    Q    Perfect.  You mentioned creating products.  We
11 have a video also that shows how a user creates a listing.
12 This is DD33.

13    A    This is the same page.  You can press play now.

14    So it will go to add a new work button up in the
15 right-hand corner again.  Here is where the artist can upload
16 their artwork.  It will be an image they will upload from the
17 computer.

18    This is the page with the design tools for this
19 listing.  While the image is uploading, there is this title,
20 tags, and description.  These are the text-based user-generated
21 content fields or UGC fields that the artists can describe
22 their listing for their customers to find.  So in this case,
23 uploading an image of a raccoon with a balloon, so they type in
24 raccoon space balloon.

25    Lower down on the page, there are the design

```
 1    tools where the artist can choose what kind of products they
 2    want to sell from their shop.  They can go into great detail on
 3    patterning, choosing different patterns like titles.  This,
 4    they can scale their image, change the size, and they can do
 5    that on all the different products.  We will scroll down, and
 6    then you can see everything that they can add to their shop.
 7                 They can also set the prices from here and --
 8    okay.  So there's mature content.  So they have to select two
 9    things before they can save their listing.  They can say is it
10    for kids?
11                 Thomas, can you go back just a little bit?  I
12    want to make sure that we see this thing at the very bottom.
13                 So right here this is very important.  They have
14    to click this box that says they have the rights.  So they have
15    to promise they have the rights to upload their image and to
16    sell these products before they can save their work.
17        Q       So you can't even click that save work button
18    unless they have clicked that box; right?
19        A       That is right.  That is for every single upload
20    to the marketplace.
21        Q       Okay.  You said the artist sets the prices?
22        A       Yes.
23                 You can press play, Thomas.
24                 Yes.  The artist sets the prices.
25        Q       Now it's adding the new work.
```

1       A       On the next page after this is done processing,

2   it will display all of the products that the artist designed in

3   the preview images that they created.  And then the artist can

4   review these on the previews, see if they like the way it

08:43AM   5   looks, if it will be appealing to their customers.  They can go

6   back and click on if they want to re-edit it if it's not right.

7   They can deselect products.

8       Q       So does the artist keep the entire purchase price

9   for the products sold through the marketplace?

08:44AM   10       A       So they set the price, but there is a base cost.

11   The artist keeps their profits above that.  So they keep all of

12   that, sort of their margin or profits.  What they don't keep is

13   costs that go to the party who manufactured it based on

14   whatever product type they chose to sell.

08:44AM   15               And then part of that also is a Redbubble service

16   fee.  It's a transaction fee that Redbubble charges for every

17   sale that goes through the marketplace.  It's just a -- it's

18   like a fixed fee that -- for every product type.  It doesn't

19   vary based on the price.  It's just for every transaction we

08:45AM   20   collect "X" amount.

21       Q       Okay.  And I understand there is also a video

22   DD07 to show how a customer might find and purchase products on

23   the site.

24       A       So this works much like other E-commerce

08:45AM   25   marketplaces you may have seen like eBay or something.

1          You can press play.

2          The potential customer will search for what

3     they're looking for.  Raccoon, we go back to the same example.

4     You get a search results page.  It says whatever they typed in

08:45AM  5     at the top -- whatever they typed in at the top and how many

6     results there are for their search.  They can narrow down

7     product type to what they're looking for.  If they want

8     clothing -- and here they found the raccoon that they want with

9     an orange balloon.  You're taken to the listing page.

08:45AM  10          Then you can see that this is designed and sold

11    by.  It says the price that the artist chose.  They can also --

12    see this carousel here, if they don't like that particular

13    product, they can choose a different one.  If it's a man or

14    woman choosing, they can choose whatever product they would

08:46AM  15    like.  Here they can choose the size.  It shows the price that

16    the artist chose.  They like it, so they add it to their cart,

17    and they're going to view their cart.  Then if they're happy

18    with their cart, then they can buy it.

19     Q     I see this says shipping to Australia, but my

08:46AM  20    understanding is those would be U.S. dollars on this.  I will

21    represent that to you.

22     A     Yes.  That's right.

23     Q     And you lead the group that sets policies at

24    Redbubble for dealing with infringement that might occur in the

08:46AM  25    marketplace; is that correct?

1      A       That is correct.

2      Q       What is Redbubble's policy for dealing with

3  complaints about trademark infringement?

4               Actually, you know what, let's bring up

08:46AM   5  Exhibit 58 which is part of the stipulation.  Let's zoom out on

6  the top part of that page.

7               Mr. Toy, do you recognize this document?

8               THE COURT:  Has 58 been admitted?

9               MR. MASUR:  It's stipulated to, Your Honor.

08:47AM  10               THE COURT:  But it hasn't --

11               MR. MASUR:  Can I move this into evidence?

12               THE COURT:  It will be received.

13               MR. MASUR:  Thank you.

14          (Marked for identification and received

08:47AM  15          into evidence Exhibit No. 58.)

16               THE WITNESS:  Yes.  I recognize it.  This is a

17  guide for the content operations team that finds and removes

18  content from the site.  This is about takedowns, and it's just

19  some information on how to process takedowns.

08:47AM  20      Q       BY MR. MASUR:  How often does Redbubble get

21  takedown requests?

22      A       We get takedown requests every day.  To date, we

23  probably have gotten over 300,000.  I think -- I think the

24  most.

08:48AM  25               Important thing that we can get from this

                 1    document is the time.  I hear from brand owners all the time

                 2    that we have very responsive and very fast processing times.

                 3    And No. 3 there, timeliness, vast majority of takedowns are

                 4    processed within 24 hours.

08:48AM          5         Q     You said about 300,000 takedown requests.  Any

                 6    idea how many product listings have been removed in response to

                 7    takedown requests?

                 8         A     Yes.  Over a million.

                 9         Q     How many images are uploaded to the Redbubble

08:48AM         10    marketplace every day?

                11         A     On average, 75,000.

                12         Q     Has that changed at all recently?

                13         A     Yes.  It's -- a year ago before the pandemic it

                14    was about 25,000 per day.

08:48AM         15         Q     Does Redbubble have any understanding of what

                16    caused that increase?

                17         A     We think it was the pandemic.  People being at

                18    home, spending time on the Internet, being more -- creating

                19    things and probably shopping online more.  Yeah.

08:49AM         20         Q     Do any of those images that users upload ever

                21    infringe someone else's intellectual property?

                22         A     Unfortunately, yes.

                23         Q     Sorry.  You said "Unfortunately, yes"?

                24         A     Yes.

08:49AM         25         Q     Can you explain?

1    A      So sometimes people upload things that they

2   shouldn't, and they're often -- they mean well.  They may just

3   not understand that they're infringing somebody's rights.  They

4   could be real artists just trying to make art and basing it on

08:49AM  5   their favorite TV show or movie.  When we remove something, we

6   warn them.  The vast majority of times, actually, that is

7   enough.  They won't do it again.  They are actually kind of

8   scared.

9         Then there's also content that is uploaded --

08:50AM  10  this is the really unfortunate part, I think.  There is a small

11  minority of people who upload things intentionally repeatedly

12  that they shouldn't.

13   Q      Okay.  And does Redbubble want infringing

14  products on its marketplace?

08:50AM  15   A      Actually, we do not.

16   Q      Why not?

17   A      It's bad for -- Redbubble marketplace is a place

18  for legitimate artists to sell original artwork.  That is true

19  of almost all users, and it's -- it's -- you know, when there's

08:50AM  20  infringing content on the site, you know, it's bad for the

21  brand.  It's bad for artists.  They don't want their original

22  art to be next to infringement.

23   Q      So over the course of this litigation that has

24  been over roughly two years now, you have seen images and

08:51AM  25  search results that plaintiff has put together that they say

```
 1    infringed their trademarks.  If Redbubble doesn't want
 2    infringing products in its marketplace, why doesn't Redbubble
 3    just prevent it?
 4         A     It's not -- we do -- we do try to prevent it, but
 5    it's not as simple as just removing everything that has a tag
 6    like the plaintiff would want.  We -- it's -- that is not --
 7    that's not trademark infringement just using a tag.
 8              For example, I think the best way -- I think the
 9    best way to explain it is just to say there are some -- there
10    are some uses of a word -- could be a company name -- that are
11    totally lawful.  And there's tens of millions of trademarks out
12    there, and it's impossible to know who has rights in what and
13    where their rights end and others begin.
14              And there's a lot of -- there's a lot of
15    trademarks that have, like, common usage like Apple computers
16    or Virgin Airlines or like Honda Civic, Civic, the car.  You
17    can't block those words just because they're a trade --
18    somebody says it's their trademark.  A lot of those companies,
19    they don't want that.  They don't want to do that.
20              Also people's names.  I think that's another good
21    example.  I read a recent study from 2018 that says the most --
22    10,000 more common names in the English language, people's
23    names like Jimmy, 99 percent of them are contained in people's
24    trademarks, and people shouldn't -- you can't just block all of
25    that from the Internet.
```

```
 1              So, you know, even if -- even if -- so there is a
 2    lot of unrelated uses that aren't trademark infringement.
 3    Also, it's even okay to use the trademark in relation to
 4    someone's brand too.  That's okay too for criticizing the
 5    brand.  If a corporation did bad things, it's okay for an
 6    artist to make art commentary on that.
 7         Q       But doesn't Redbubble make money when an artist
 8    sells an infringing product?
 9         A       Yes.  We make our standard transaction fee, yes.
10         Q       So doesn't Redbubble want infringement to get
11    those fees?
12         A       No.  No, we don't.  We don't want that.  Like I
13    said, it's bad for our brand.  It's bad for artists who use our
14    site.  Like I said yesterday, we -- we are -- if we are in
15    communication with a rights holder and they are communicating
16    with us, we are more than happy to give up the -- any profits
17    we made.  We regularly offer that to people and do it.  We
18    offered it to plaintiff, in fact, and they refused.
19         Q       So when you receive a takedown notice from a
20    particular listing, why don't you take down all similar
21    designs?
22         A       So we --
23         Q       Actually, before -- let me withdraw that
24    question.
25              Can we pull up Exhibit 65, and this is part of
```

1    the stipulation; so this can be moved in.

2                    THE COURT:  65, it will be received.

3                    (Marked for identification and received

4                    into evidence Exhibit No. 65.)

08:54AM   5        Q      BY MR. MASUR:  As I was asking, when you received

6    a takedown notice for a particular listing, why don't you take

7    down all similar designs?

8        A      Well, again, like I said yesterday, we actually

9    did that for plaintiff.  They identified six designs.  We

08:54AM  10    removed 26 as a result of our back-and-forth over a couple

11    days.  So we did do that for plaintiff.  So it's not like we

12    don't do that.  We do it a lot.

13                    But we -- a rights holder -- if they just give us

14    a standard takedown, they're in the best position to decide

08:54AM  15    what their rights are.  It's not for us to go down and find

16    something, oh, that's a different color or that's a different

17    word but we're going to remove that too.  That can lead to a

18    lot of backlash.  It's not what the brands want.  They don't

19    want that backlash.  And if they want something removed, they

08:55AM  20    will tell us.

21                    MR. MASUR:  Can we bring up Exhibit 30 at page 4

22    and 5?  This is, again, part of the stipulation.  Actually,

23    let's go to page 2 first.

24                    THE COURT:  It will be received, 30.

08:55AM  25                    MR. MASUR:  Yes.  This is Exhibit 30, and we're

1    going to look at pages 2 and -- 2, 3, 4, and 5.

2                (Marked for identification and received

3                into evidence Exhibit No. 30.)

4         Q     BY MR. MASUR:  Mr. Toy, are you familiar with

08:55AM  5    this document?

6         A     Yes.

7         Q     And what is this document?

8         A     This is our user agreement.  Everybody has to

9    agree to this.  You saw this on this video we showed.

08:55AM  10   Everybody has to agree to this when they create an account.

11               MR. MASUR:  Can we go through to page -- to the

12   next page and then to page 4.

13        Q     And down at the bottom there you see putting

14   content on the Redbubble site.  Is that the portion you were

08:55AM  15   talking about that has to do with the user promising not to put

16   up infringing content?

17        A     Yes.  So every time they upload a listing, there

18   is that checklist where they promise they have the rights to

19   upload it and sell.  This is a more detailed description of

08:56AM  20   what they're agreeing to.

21               MR. MASUR:  Let's pull up Exhibit 62, page 1.

22   This is also on the stipulation.

23               THE COURT:  It will be received.

24               (Marked for identification and received

08:56AM  25               into evidence Exhibit No. 62, page 1.)

1      Q      BY MR. MASUR:  Mr. Toy, you're familiar with this

2  document?

3      A      Yes.  This is our IP FAQ.

4      Q      What does FAQ stand for?

08:56AM  5      A      Frequently asked questions.

6      Q      And this is more information for users of the

7  site about Rebubble's intellectual property policies?

8      A      Yes.  More in layman's terms just for artists so

9  they can have instructions on how not to infringe people's

08:56AM  10  rights.

11      Q      So these documents, these agreements and

12  procedures, these are all things that Redbubble does to try to

13  prevent uploading infringement to the marketplace?

14      A      Yes.  One of the many.

08:57AM  15              MR. MASUR:  Let's go to Exhibit 31 at 1, and this

16  is also a stipulated document.

17              THE COURT:  It will be received.

18          (Marked for identification and received

19          into evidence Exhibit No. 31.)

08:57AM  20              MR. MASUR:  I guess we have to go to -- thanks.

21  That's page 2.

22      Q      Do you recognize this document?

23      A      Yes.  This is our IP policy.

24      Q      So this is another one of those documents,

08:57AM  25  another one of those agreements the user has to agree to?

1      A      Yes.

2      Q      So if we look at that first paragraph there, if

3  you can't see it clearly -- there we go.

4             It talks about -- you know what -- actually, why

08:57AM  5  don't I ask you to read that in.

6      A      "Redbubble is a community built on respect and

7  recognition of artists.  We ask, rather we beg, that you

8  remember this when you are posting work on Redbubble.  If you

9  make sure that all the works you upload consist of your very

08:58AM  10  own, original ideas and are not infringing on the intellectual

11  property or publicity rights of another, you will help us

12  foster the supportive and creative environment that is

13  Redbubble and, besides, being counter to all that Redbubble

14  stands for, stealing other people's work and passing it off as

08:58AM  15  your own is against the law."

16      Q      Do you think that's a clear statement of

17  Redbubble's policies?

18      A      Yes.

19      Q      And, again, these are all documents that users

08:58AM  20  have to agree to by checking that check box to upload art?

21      A      Yes.

22      Q      But these procedures don't stop all infringement,

23  do they?

24      A      No.

08:58AM  25      Q      Why not?

1    A    I mentioned that category of intentional people

2    who are repeat infringers, people who just don't care about an

3    agreement that they agree to when using our site.  They don't

4    care about infringing those rights.  They aren't trying to

08:59AM    5    foster this creative community that we and many of our users

6    are trying to do.  So we -- we -- we really try to have --

7    prevent -- tools to prevent those types of people, especially

8    from using our -- misusing our site.  Honest artists will get

9    this, but intentional abusers won't.

08:59AM    10    Q    Any other kinds of characteristic behavior of

11    some of those intentionally abusive really bad users?

12    A    For me, what stands out in my head is the repeat

13    part of it, somebody that, when they upload something, we

14    remove it, we warn them, and then the next day they -- or a

08:59AM    15    week later or a month later they upload the same thing again.

16    To me that's one of those intentional abusers.

17    Q    And when you see patterns like that, Redbubble

18    takes them down?

19    A    When we find them, absolutely.

09:00AM    20    Q    And disables their accounts too?

21    A    Terminate their account right away and every

22    listing that they have in their account.

23    Q    And is it possible to identify these bad actors

24    and keep them off the marketplace?

09:00AM    25    A    It's not possible to do it 100 percent perfectly,

```
 1   but we go to great lengths to do it.  We have a lot of tools

 2   that are very effective at terminating those accounts.

 3                   MR. MASUR:  Let's pull up Exhibit 60, and this

 4   is, again, part of the stipulation.  We will start with

 5   Exhibit 1 -- sorry -- page 1.

 6                   THE COURT:  60?

 7                   MR. MASUR:  Yes.  Page 1.

 8        Q       Mr. Toy, do you recognize this document?

 9        A       Yes.

10        Q       What is it?

11                   MR. WESLEY:  There is no stipulation.

12                   MR. MASUR:  I'm sorry.  This was not stipulated

13   to?  My notes are wrong.  I apologize.  Can we show it just to

14   the witness?

15                   THE COURT:  You can show it to the witness only,

16   yes.

17                   MR. MASUR:  My apologies, Your Honor.  I had that

18   noted incorrectly.

19        Q       Mr. Toy, do you recognize this document?

20        A       Yes.

21        Q       What is it?

22        A       At the time it was created, it's a training

23   presentation for new hires to our content operations team.  At

24   this time it was called the marketplace integrity team.  But,

25   yeah.  Training for the content team, the team that does --
```

```
 1   finds and removes content.

 2                   MR. MASUR:  We would like to move this into

 3   evidence.

 4                   THE COURT:  It will be received.

 5                   THE CLERK:  What is the number?

 6                   MR. MASUR:  60.

 7                   THE CLERK:  Thank you.

 8             (Marked for identification and received

 9             into evidence Exhibit No. 60.)

10                   MR. MASUR:  So let's publish this to the witness

11   and the jury.  Can we go to page 16.  We have now seen page 1.

12   We will go to 16.  This is titled repeat infringer policy.

13   Let's go to 17 also.  And back to 16.  I just wanted to make

14   sure both pages had been seen.

15       Q     Mr. Toy, does Redbubble have a policy regarding

16   repeat infringement?

17       A     Yes.  We call it out in our IP policy, one of

18   those documents we looked at before.  Because we have people

19   who are always trying to evade us and misuse our marketplace,

20   we have a lot of internal information that is more detailed

21   about instructions of the content team about how to assess

22   repeat infringer accounts, decide if they are one or not, and

23   then eventually during that review, when they are done with

24   that review, terminate that account if that is warranted.

25                   MR. MASUR:  Okay.  And let's go back to
```

09:01AM   5

09:01AM   10

09:02AM   15

09:02AM   20

09:02AM   25

1    Exhibit 31 which we have already taken a look at.  This is the

2    IP and publicity rights policy.  Let's go to page 3 which is

3    the second page here.

4         Q    Does Redbubble tell the public about its repeat

09:02AM  5    infringement policy?

6         A    Yes.  So, like I said, we call it out.  We let

7    people know we have one.  It's right there in the middle of the

8    page.  Right there at the top.

9              MR. MASUR:  And then I do have another exhibit

09:03AM 10    that has not been admitted yet or has not been stipulated to.

11    So if we can blank the screen before the jury.  Let's call up

12    Exhibit 52.

13         Q    Mr. Toy, do you recognize this document?

14         A    Yes.

09:03AM 15         Q    What is it?

16         A    This is another one of those instruction internal

17    guides for the content team.  This also deals with what sort of

18    actions they might take on an account that might be a repeat

19    infringer.  It talks about warnings and deletion of their

09:03AM 20    account.

21              MR. MASUR:  I would like to move this into

22    evidence, Your Honor.  It is a single-page.

23              THE COURT:  It will be received.  It's a

24    single-page document?

09:04AM 25              MR. MASUR:  I believe it's a single page

1    document.

2                    THE COURT:  Okay.

3                (Marked for identification and received

4                into evidence Exhibit No. 52.)

5                    MR. MASUR:  I think we can now show it to the

6    jury.

7                    THE COURT:  Yes.

8                    MR. MASUR:  I'm sorry.

9        Q     And then -- so in this -- this is -- at the time

10   this was generated, this was an accurate description of

11   Redbubble's policies as far as dealing with warnings for

12   account restriction escalation of procedures?

13       A     Yeah.  At the time.  It's always evolving.  It's

14   a cat-and-mouse game to catch these people.

15       Q     And if you look down toward the middle of the

16   page -- actually, let's see.  The second -- the first bullet

17   point under reuploading, can you read in that --

18       A     "Whilst it can sometimes be hard to identify,

19   moderated work can be uploaded by users with a new URL which

20   circumvents the normal DMCA process, the notice and takedown

21   process.  It circumvents the DMCA process and IP/publicity

22   rights policy.  If you see work that you suspect has been

23   reuploaded --"

24       Q     And then there's a series of procedures that the

25   team members have to follow if they see things that they think

```
  1    may have been --
  2          A       That is correct.
  3                  MR. MASUR:   Okay.   Now let's go back to
  4    Exhibit 60.   Let's go this time to the new page 21.   I probably
09:05AM  5    should show the witness 22 and 23 -- sorry.   Just 22.   Let's go
  6    back.
  7          Q       Mr. Toy, what is Redbubble's first technological
  8    protection line against potential infringement by users and
  9    particularly those really abusive users?
09:06AM 10          A       This slide introduces this tool called
 11    SIFT Science.   It's a fraud detection tool.   It detects
 12    patterns of abuse among accounts.   Sometimes a repeat
 13    infringer -- we might -- we will terminate their account.   They
 14    might start a new account with a different e-mail address or
09:06AM 15    different user name and information.   This program detects
 16    patterns among -- like an account.   So if there is an account
 17    that was deleted but uses the same e-mail address or Paypal
 18    handle, it can automatically connect that.   That's one of the
 19    patterns it finds with the new account they're trying to create
09:06AM 20    to circumvent us.   So SIFT will detect that pattern, assign it
 21    a risk score, and automatically, like, zap the account.
 22                  MR. MASUR:   Can we go to page 22.
 23          Q       This is what you were just talking about here,
 24    the different categories?
09:07AM 25          A       Right.   So first column there, user one, abusive.
```

  1    I talked about connected to multiple bad accounts.  That can be

  2    a connection like a Paypal handle.  Yeah.

  3         Q       And what happens?  You said SIFT zaps an account.

  4    What does it do?

09:07AM   5         A       That means it terminates it automatically

  6    without -- yeah.  Just instantly.  Even before they can upload

  7    anything.

  8         Q       Okay.  But if they have uploaded anything, it

  9    deletes the account but the listing stays up there?

09:07AM  10         A       No.  Whenever a SIFT delete -- deletes an

 11    account, it will also remove every single image that they have

 12    uploaded to their account.

 13         Q       And that's true whether it's done automatically

 14    by SIFT, whether the -- or manual by someone at Redbubble;

09:07AM  15    correct?

 16         A       Right.  That's how our system works.  Whenever an

 17    account is deleted, it will delete everything.

 18         Q       And roughly how many listings are removed by SIFT

 19    each day?

09:08AM  20         A       So within each -- so -- so any given account may

 21    have -- for ten images that have been uploaded to it, so

 22    removing one account might remove ten listings at a time.  So

 23    the total amount of listings that SIFT removes in connection

 24    with all the accounts that it terminates is 25,000 listings a

09:08AM  25    day.

```
 1        Q        Those are not necessarily 25,000 newly uploaded

 2   listings a day.  It's back to the old ones that that same user

 3   name put in?

 4        A        Right.  Yes.

 5        Q        And it's not with an eye towards whether those

 6   specific listings are infringing.  It's just that user is a bad

 7   actor and we're taking it down?

 8        A        Right.

 9        Q        Okay.  Now, did Redbubble develop this

10   technology?

11        A        No.  We couldn't have because one of the really

12   awesome things about it is that it detects these patterns

13   across the entire Internet.  So SIFT might know -- it might

14   detect that someone was terminated from Etsy and know what

15   their Paypal handle is and then, when they try to start an

16   account at Redbubble with that same one, then it will know that

17   and give a high risk score and terminate the account

18   automatically.

19        Q        Does Redbubble -- you were talking about takedown

20   notices.  Does Redbubble have any normal processes for people

21   to report -- to report listings that need to be taken down?

22        A        Yes.  And, in fact, we're always trying to make

23   it easier for people to get us the information they need to do

24   that.  So we -- we have an e-mail address.  We have a link at

25   the bottom of each page.  So the -- the -- we also have a form
```

09:08AM (line 5)
09:08AM (line 10)
09:09AM (line 15)
09:09AM (line 20)
09:09AM (line 25)

1    that is very easy for people to enter in their contact

2    information -- the rights holder name, the brand owner name.

3    And then -- and then they can identify the specific listings

4    with -- with URL's or links to the listing page.

09:10AM    5         You saw in the video what the artist created with

6    the design tools and listing page, like a link to that page

7    where they offer their products for sale.  So if we see those

8    links, we can process it really fast through the form, and it's

9    just really efficient.

09:10AM   10    Q    And so besides -- besides the user's agreements

11   and SIFT and takedowns, does Redbubble use any other techniques

12   to try to prevent infringement on the marketplace?

13    A    Yes.  One of our main weapons is what we have

14   been talking about, proactive policing or proactive screening.

09:10AM   15         MR. MASUR:  And Exhibit 71 is, I believe, part of

16   the stipulation.

17         THE COURT:  Would you like to introduce that?

18         MR. MASUR:  We will.

19         THE COURT:  71 will be received.

09:10AM   20         MR. MASUR:  Thank you.

21         (Marked for identification and received

22          into evidence Exhibit No. 71.)

23    Q    BY MR. MASUR:  Mr. Toy, do you recognize this

24   document?

09:10AM   25    A    Yes.

1              MR. MASUR:  Can we just scroll through it?

2       Q      Let's look at page 2 and page 3, page 4.  I

3   believe it's a seven-page document.

4       A      Yes.

09:11AM   5       Q      We have now looked at all -- well, the seventh

6   page is blank.  Let's go back to the first.

7              What is this document, Mr. Toy?

8       A      This is -- we have been talking about

9   instructions and guidance for the content team to find and

09:11AM  10   remove content.  You saw one for processing takedowns.  This is

11   for conducting these proactive screens or proactive policing.

12       Q      So this was an accurate description of

13   Redbubble's policy at the time, but you said they evolve over

14   time?

09:11AM  15       A      These are -- these tools, these methods are

16   always evolving.

17       Q      And can you describe -- when you use the word

18   "proactive screening" and "proactive removing" what do you

19   mean?

09:11AM  20       A      I mean that a brand owner can tell us what they

21   want us to look for in its -- and remove it from the site

22   without them having to send a takedown notice, without them

23   having to monitor the site.

24              And it really consists of two types of -- two

09:12AM  25   parts of instructions.  One is how to find it, and then the

second is, once we found it, what should be removed and what

should we leave up.  And we look to them to give that guidance

to us.  And we try to get it right, try to follow the

instructions.

09:12AM

So they will provide us search keywords.  Going

back to one of the videos you saw, the descriptions like titles

and tags, so if somebody -- the rights holder may say, here's

some keywords that we have -- that we think would be useful to

find these things.  They could be product names, the name of

09:12AM

their company.  Then we will take those search keywords, maybe

put two words together -- put two words together, use common

misspellings.  We will put all that into our policing tool, and

then the policing tool automatically just searches the site all

the time.  When it finds a match to those keyword descriptions,

09:13AM

it will put it in front of the content team to review.

That is where the second part comes in because

the rights holder will also tell us, once we see that, those

listings, they will say this is my logo.  This is what I want

you to remove.  If you see this, don't remove it.  If you

09:13AM

see -- a lot of brands -- practically everybody I talk to

doesn't want us to remove criticism or commentary on their

brand.  They would rather leave that up.  Or things that are

unrelated.  If it doesn't actually have our logo in it, don't

remove it.  And we will do that.

09:13AM

Q       Why would a brand want to leave up criticism

1   instead of take it down?

2       A       Most legitimate companies out there, brands that

3   they don't want -- they don't -- they don't want to be seen as

4   a company that is trying to silence people or -- you know,

09:14AM   5   they -- even if they're in the news for something bad, they

6   wouldn't want -- they're comfortable with that commentary being

7   out there.  And then it can also lead to very bad PR for them.

8   People will write articles about it and flame them on social

9   media.  So they can be very sensitive to being overly broad in

09:14AM   10   what they want removed from our marketplace and from other

11   marketplaces too across the whole Internet.  They don't want

12   that.

13       Q       So you talked about what happens when Redbubble

14   is doing proactive policing in collaboration while working with

09:14AM   15   a brand owner.  What about if a brand owner doesn't want to

16   work with Redbubble or doesn't choose to?

17       A       It can be hard to know exactly what they want.

18   We may not know that they want proactive screening.  We may not

19   know that they want certain things left up and certain things

09:15AM   20   taken down.  We may not know what search keywords to use to

21   find the content.  So we have to try to piece together with the

22   information that they have given to us which often isn't given

23   to us in collaboration.  It could be a cease and desist letter,

24   and then, you know, maybe even a complaint and a lawsuit.  We

09:15AM   25   will take all that information, and then we will try to piece

```
 1    it together as best we can.

 2                  MR. MASUR:  Let's go to Exhibit 35.  This is also

 3    part of the stipulation.  We will go to page 2.

 4                  THE COURT:  Do you want to introduce it?

 5                  MR. MASUR:  I do want to introduce it, yes.

 6                  THE COURT:  It will be --

 7                  MR. MASUR:  Sorry.

 8                  THE COURT:  It will be received.

 9              (Marked for identification and received

10              into evidence Exhibit No. 35.)

11                  MR. MASUR:  I just wanted to clarify that page 1

12    was --

13                  THE COURT:  I just wanted to make sure both sides

14    have an opportunity to object.

15                  MR. MASUR:  My apologies.  This is page 1.  Can

16    we go to page 2 for a sec?  I'm sorry.  We went from page 2 to

17    page 3.  Let's go back to page 2.

18          Q      Mr. Toy, do you recognize this document?

19          A      Yes.

20          Q      What is it?

21          A      This is a listing page that I -- I annotated with

22    these green boxes for this litigation.  The green boxes show

23    user-generated content.  So going back to the -- the video that

24    we showed where the user was entering their price and their

25    title and, you know -- and, actually, their shop name, their
```

|  | 1 | user name, and selecting a product, that is all done by the |
|  | 2 | user, the person -- the seller.  Redbubble doesn't enter in |
|  | 3 | this information in the green boxes.  So whenever you see |
|  | 4 | something in the green box, that is generated from the seller. |
| 09:16AM | 5 | Q      Just to be clear, when you say "annotated," those |
|  | 6 | green boxes aren't actually on the site the way the user would |
|  | 7 | see it.  It's just you showing what things got created by the |
|  | 8 | user? |
|  | 9 | A      I put them there, yes. |
| 09:17AM | 10 | MR. MASUR:  Can we go to the bottom of page 3? |
|  | 11 | Q      You see down there there are all product tags. |
|  | 12 | That is also a green box? |
|  | 13 | A      Yes.  Those are the tags the user put. |
|  | 14 | Q      Those are all keywords?  That's another word for |
| 09:17AM | 15 | those tags? |
|  | 16 | A      Yes.  So those are keywords that we use in our |
|  | 17 | proactive screening.  So we -- those are the words that we will |
|  | 18 | search for.  And if that is in the listing, then it will show |
|  | 19 | up in our -- in the content team's review tools so they can |
| 09:17AM | 20 | actually look at the -- look at the design and product and see |
|  | 21 | if it is actually infringing. |
|  | 22 | MR. MASUR:  Okay.  We can take that down. |
|  | 23 | Thanks. |
|  | 24 | Q      So how many uploads does Redbubble proactively |
| 09:17AM | 25 | review on average in a day? |

```
 1          A        25,000 images a day.

 2          Q        So about a third of the ones that are uploaded

 3   every day?

 4          A        Yes.

 5          Q        And when you say -- so they're being proactively

 6   reviewed, that means they are actually going to be reviewed by

 7   a human being?

 8          A        Yes.

 9          Q        Why doesn't Redbubble just remove all the

10   listings tagged in the trademark?

11          A        So, like I said before, most brands don't want

12   that.  They just don't want it.  They don't think it's within

13   the scope of their rights just because somebody used a word on

14   a listing.  And, yeah, they're fine with those being up.  They

15   just want to focus on the actual infringement.

16          Q        So once a listing has been identified by --

17   through the use of a keyword that is on the list that Redbubble

18   is searching for, can you walk me through the process for

19   reviewing those listings?

20          A        Sure.  So they -- so the content team has --

21   sorry.  There's a lot of little pieces to proactive policing.

22   We have what we call removal guidelines or policing guidelines.

23   It's a guide for them to find and remove what the -- what the

24   brand owner instructed us to.  So I mentioned the two parts to

25   it, keywords to search and find images.  So if there's a match
```

09:17AM (line 5)
09:18AM (line 10)
09:18AM (line 15)
09:18AM (line 20)
09:19AM (line 25)

        1    with an image in the guidelines, content team member sees it,

        2    and they see it in the uploaded image, then they will remove it

        3    if that's what the rights owner wants.

        4         Q       And so they're all flagged for review by

09:19AM 5    reviewer.

        6                 Is it any random reviewer that gets to review?

        7         A       No.  We try to have people specialize in certain

        8    reviews for rights holders.  So for Brandy Melville, the -- we

        9    try to keep it consistent so they can be experienced and learn

09:19AM 10   about it.

        11        Q       So it's not any of the 40-person team that

        12   reviews these things.  It's one or two specific people?

        13        A       Yes.

        14        Q       Presumably those people are going to become most

09:20AM 15   familiar with the proactive policing guidelines for that

        16   particular company, in this case, Brandy Melville?

        17        A       Yes.  They are good at that.

        18                MR. MASUR:  I'd like to put up an exhibit that

        19   has not been stipulated to.

09:20AM 20               THE COURT:  Number?

        21                MR. MASUR:  It's 51.  Thank you, Your Honor.

        22                THE COURT:  You're introducing it at this time?

        23                MR. MASUR:  I'm going to try to, but I want --

        24   because it hasn't been stipulated to, so I want to put it up

09:20AM 25   for the witness first.

```
 1                    THE COURT:  Okay.

 2          Q       BY MR. MASUR:  Mr. Toy, are you familiar with

 3   this document?

 4          A       Yes.

 5          Q       What is it?

 6          A       This describes a tool.  At the time this document

 7   was created, it was called "Suspend From Sale" at the top.  We

 8   were -- it's -- it's essentially tag-based suspension is what I

 9   call it now.  It's a tool that will -- so we mentioned the

10   search keywords.  If one of those search keywords is present,

11   it will not only show up in the review team's dashboard, it

12   will also prevent anyone from reviewing it.  So nobody can view

13   it on the marketplace.  Nobody can buy anything.  It just sits

14   there until a human can look at it and remove it.

15                    MR. MASUR:  Can I move this into evidence,

16   please, Your Honor?

17                    THE COURT:  It will be received.

18                    MR. MASUR:  Thank you.

19              (Marked for identification and received

20              into evidence Exhibit No. 51.)

21          Q       BY MR. MASUR:  And this was -- again, this was

22   a -- you said this was a description of, it sounds like, an

23   earlier version of this tool or earlier description of this

24   tool?

25          A       Yes.
```

```
 1          Q       So it's evolved like most of Redbubble's policies
 2   since when we produced these documents?
 3          A       Yes.  We're always trying to make them better.
 4          Q       So tag-based suspend or suspend from sale, is
 5   that the same thing as blocking from the use of tags?
 6          A       No.  So tag-based suspension still allows people
 7   to tag with a company name, for example.  Blocking a keyword
 8   would prevent that.  And it would also prevent users from
 9   searching -- searching for the keyword.
10              The nice thing about tag-based suspension is that
11   it works with our proactive policing tools which are based on
12   keywords to find the content.  So most rights holders for
13   policing for them, they will tell us -- instruct us to
14   remove -- to find content with certain keywords.  Those are
15   almost always their trademarks.  Search for our company name.
16   Search for our product name.
17              That's -- if we allow that, then the seller
18   can -- it's almost like using -- using it against these really
19   bad actors.  It's like they will tag it with a company name
20   which actually enables us to hide it from view immediately and
21   then remove it without anyone ever seeing it.
22          Q       So let me make sure I've got this straight.
23              The difference between this tag-based suspension
24   and your standard proactive policing is, with standard
25   proactive policing, a work can go up on the site even though it
```

09:21AM (line 5)
09:22AM (line 10)
09:22AM (line 15)
09:22AM (line 20)
09:23AM (line 25)

```
 1   has a tag in it that you're policing for.  But if it's part of

 2   the suspend for review or tag-based suspension, it doesn't go

 3   up until a human being has looked at it?

 4        A     Right.  If we just blocked keywords, prevented

 5   somebody from using a -- so if we just blocked a tag, somebody

 6   could still upload an image.  Somebody could still upload

 7   somebody's logo.  That would still be infringement.  We

 8   wouldn't be able to find it with this tool, one of our main --

 9   one of our main weapons.

10        Q     And do you do tag-based suspension for

11   Brandy Melville?

12        A     Yes.

13        Q     When did you start doing that?  Do you know?

14        A     October 2019.

15        Q     Okay.  And -- and that was -- at that point, the

16   suspend-for-review tool was pretty new; right?

17        A     Yes.  We have been developing it, rolling it out.

18   Yeah.

19        Q     Okay.  And let's see.  So tag-based suspension

20   and proactive policing flagged listings, those get reviewed by

21   whom?

22        A     The content team.

23        Q     How many people are on that now?

24        A     So it's grown a lot over the years since I have

25   been at Redbubble.  Right now it's got about 40 people.
```

1 Q And are there other people who are involved in

2 Redbubble keeping bad content off the site?

3 A Yes.  So there is about -- there is about five

4 people who work on creating the policies for the content team

09:24AM 5 to implement, so one of the policies on finding and removing

6 content like the IP policy.  And then -- and then the content

7 team will go and find it and remove it.  And then there's --

8 it's also just really a company-wide effort.  The engineers are

9 involved, the data team, the legal team.

09:25AM 10 Q And how effective is the work of the content team

11 and others at Redbubble in trying to prevent -- sorry -- trying

12 to prevent infringement?

13 A Very effective.  We get positive feedback from

14 brand owners all the time.  Just to give you an idea, when I

09:25AM 15 first started, we had under 100 of these relationships.  Now we

16 collaborate with nearly 500 brand owners around the world.  For

17 confidentiality reasons, most of them don't want us to give

18 details or talk about it, but all the brands you have heard of

19 all around the world, we talk to them.

09:25AM 20 Q So those are -- almost 500 brand owners, how many

21 individual brands are you policing for?

22 A So any particular brand owner might have many

23 brands.  Imagine a movie studio has -- can have 100 movies,

24 movie titles, all things that they might consider their

09:26AM 25 properties or their brands.  And so 500 brand owners, um, about

1    20,000 individual properties or brands.

2        Q    And besides brand names, what kinds of words can

3    be used by Redbubble to identify potential infringing material

4    to be reviewed?

09:26AM    5        A    So we have been talking a lot about company

6    names.  Celebrities want us to look as well.  In that case we

7    would look for the name of the celebrity.  Sports teams too.

8    So sports team would say, hey, Redbubble, we want you to

9    proactively find and remove our mascot or our prominent

09:26AM   10    players.  So they will say, hey, look for this player's name

11    and look for this mascot name.

12        Q    Movies, TV shows, stuff like that too?

13        A    Yeah.  Of course.

14        Q    You said there are about 75,000 listings uploaded

09:26AM   15    to Redbubble on an average day.  About 25,000 of those are

16    reviewed by human beings.  Of those, around how many get

17    removed?

18        A    About 6,000 a day.

19        Q    Okay.  And how many listings have you removed for

09:27AM   20    brand owners proactively?

21        A    Over 10 million to date.

22        Q    And how many repeat infringer accounts has

23    Redbubble terminated?

24        A    Over a million.

09:27AM   25        Q    Okay.  Now, as a reviewer, has someone on the

content team, to your knowledge, ever intentionally left an
infringing upload stay on the site?

          MR. WESLEY:  Objection.  Calls for speculation.

          THE COURT:  Sustained.

          MR. MASUR:  I asked to his knowledge, Your Honor.

          THE COURT:  Asking for speculation.

          MR. MASUR:  Okay.

    Q    How do you decide what brands you are going to
proactively screen for?

    A    Most of the time brand owners will ask.  We have
relationships with nearly 500.  It's -- so they talk to each
other.  They go to conferences.  It's no secret that we do
this.  But they don't have to ask.  That's not the only way.

    Q    Do you advertise?  Do you tell brand owners this
is available?

    A    Yes.  I try to get the word out.  The best way
is -- that I get the word out is by attending brand protection
conferences, anticounterfeiting conferences, global ones that
are attended by all the major brands.  They all sit on a panel,
speak to them in an auditorium.  I will tell them about
proactive policing and what Redbubble can do.  They don't have
to send us takedown notices.  I will even say, look at the
site.  Tell us -- if you haven't looked, look at it.  Here is
my e-mail address.  Contact me.  I actually give my e-mail
address out to them.  It -- it -- it results in good

          1    collaborative relationships with them.

          2          Q      I know that in-person conferences have been kind

          3    of slow over the past year, year and a half over the pandemic.

          4    But when is the next conference you will be speaking at?

09:29AM   5          A      Today.  I was scheduled to -- I was invited by

          6    the -- by the Anticounterfeiting World Law Forum to speak today

          7    on a panel to all hundreds of brands, but I had to cancel at

          8    the last minute.

          9          Q      Because you're here?

09:29AM  10          A      That is correct.

         11          Q      Did you tell anything to the organizers about,

         12    you know, why you are not going to be there and what to do in

         13    your absence?

         14          A      Yes.  I told them about the -- the -- there is a

09:29AM  15    scheduling change in the trial and so I had to be here.  But I

         16    gave the organizers my e-mail address, and I said -- well, they

         17    had my e-mail address.  I said, get it out to anybody that

         18    wants it.  I'm happy to talk to them.

         19          Q      So besides the user agreements and SIFT and the

09:30AM  20    proactive screening and the tag-based suspension, are there any

         21    other tools that Redbubble uses to try to keep infringement off

         22    its site?

         23          A      Yes.  There's a lot of tools.  The next one I

         24    think would be great to mention is image matching.  We have

09:30AM  25    a -- a -- a tool that we have been trying to develop for years.

1    It can -- strangely it can be very challenging to try to match

2    art to other art, logos to logos, because they can be very

3    transformative, very different.

4              But we have an image matching program now that --

09:30AM    5    where we are also -- it is still in development.  We are still

6    rolling it out.  But it is being used right now.  And it is,

7    um -- we are actually using it with plaintiff.  We -- what it

8    does is it will detect -- so if we moderate something, if we

9    remove an image, it will go into a library.  And if anybody,

09:31AM   10    not only the user who we moderate who we removed it from, if

11    anybody tries to upload an identical image, then it will

12    automatically be suspended from the site.  So nobody can view

13    it.  Similar to the tag-based suspension tool but this is

14    image-based suspension.

09:31AM   15              But -- but it isn't -- you know, it's not a

16    cure-all.  It's not the greatest because it needs to see an

17    exact match with the image to be -- to really detect it.  So it

18    does have limitations.  But we're trying to improve that tool

19    too.

09:31AM   20              MR. MASUR:  Okay.  Let's see.  So Exhibit 10, I

21    believe, is already in evidence.  Can we pull that up?

22         Q    Mr. Toy, when did you first learn that this

23    plaintiff was concerned about listings on the marketplace?

24         A    So there was some back-and-forth around

09:31AM   25    May 14, 2018, when we received this letter.  Over the course of

```
 1    a couple days, there was -- there was some correspondence.  And
 2    so, yeah.  Over the course of those days, the matter was
 3    escalated to me, and that's when I got involved.
 4                 MR. MASUR:  If we can pull up Exhibit 155.  I'm
 5    not sure this is in yet, but it is part of the stipulation.  I
 6    would like to move this into evidence, Your Honor.
 7                 THE COURT:  It will be received.
 8                 (Marked for identification and received
 9                 into evidence Exhibit No. 155.)
10                 MR. MASUR:  Let's go to -- this is an e-mail
11    chain; so it's in reverse order.
12                 This is not part of the stipulation?  I'm sorry.
13    Can we take this down?  It's already been admitted.
14                 THE COURT:  55?
15                 MR. MASUR:  155.  I'm sorry.  My notes are wrong.
16    I apologize.
17                 It is okay to show it to the jury though is what
18    you're saying?  Okay.  Terrific.
19                 So let's go to page 3 of this because this is an
20    e-mail chain that is in reverse chronological order.
21          Q     So this was the e-mail attached to that letter
22    that you just talked about, Exhibit 10?
23          A     Yes.
24          Q     And Redbubble responded to that?
25          A     Yes.
```

```
 1          Q       What did Redbubble say?
 2          A       So the first response we send out is just to tell
 3     the sender that -- just confirm that we received their letter,
 4     whatever -- their e-mail.
09:33AM    5          Q       The next response -- can we go a little higher?
 6     It's actually on the previous page as well.
 7                  So it looks like -- well, can you describe what
 8     that is conveying there?
 9          A       So this is May 15th.  So it's still within that
09:33AM   10     window, a few days.  We wrote back this person -- she wrote
11     back and said that we removed the content you referred to.
12     Yeah.  And we warned the user not to do it again.
13          Q       And that warning to the user, that is part of the
14     standard procedures we talked about earlier?
09:34AM   15          A       Yes.  We always give a warning.  We always tell
16     them not to do it again.
17          Q       If we go back, I think there is a response from
18     plaintiff's counsel here.
19          A       Yeah.  So, actually, this is a response to
09:34AM   20     what -- so if you go back down, we actually asked them to
21     identify more content for us so that we could remove it right
22     there, the last paragraph.  So if you see anything else, tell
23     us.  And they did.
24          Q       And they did.  Okay.  So let's see.  Let's go
09:34AM   25     back up.
```

1          After you got that, Redbubble responded again;

2    correct?

3          A      Right.

4          Q      And it looks very similar to that first response.

09:34AM   5          A      Yes.  So she -- this person, they sent -- yeah.

6    It's the same e-mail.  It says the same thing, that we removed

7    the content they referred to and then notified the user and,

8    again, asked, tell us more.

9          Q      So in connection with that letter, Exhibit 10,

09:35AM   10   and this e-mail chain correspondence, Exhibit 155, can you kind

11   of summarize what Redbubble did?

12         A      Sure.  So we -- we -- we responded to them.

13   We -- they -- I -- they identified six images in the original

14   letter which we saw yesterday.  And we, um -- they identified

09:35AM   15   one other listing when we asked for more.  And then in total we

16   removed 26 listings from the marketplace.

17         Q      So not --

18         A      As a result of that back-and-forth.

19         Q      So not just the ones that were identified in that

09:35AM   20   letter or in that e-mail.  Also looking for some similar ones?

21         A      We looked for and found and removed similar

22   designs.  We did our best to.

23         Q      Was there anything unusual about what plaintiff

24   was saying here as opposed to other types of requests you get

09:35AM   25   from brand owners?

1      A     Yes.  They seemed to want us to remove anything

2  with the tag Brandy Melville.  Even if it was totally unrelated

3  to their brand, didn't have their logo, image, or nothing to do

4  with any products they were selling.  They said, if it shows up

09:36AM  5  in search results, take it down.

6      Q     And had anyone other than plaintiff complained

7  about using keywords before?

8      A     Yes.  Yeah.  A few.  And we -- but it's -- it --

9  again, if people are talking to us and we're collaborating and

09:36AM  10  they -- there is a dialogue going on, we can find a solution to

11  any -- I -- I don't think -- I'm sure there have been things

12  that we couldn't do, but like we can find a solution if they're

13  talking to us.  But in this case plaintiffs stopped -- they

14  didn't engage with us anymore.

09:36AM  15      Q     But that solution from Redbubble's perspective is

16  not going to include just block keywords from being used?

17      A     We don't block -- we don't block keywords, no.

18      Q     Okay.  So after this correspondence, did you

19  start proactively screening for plaintiff?

09:37AM  20      A     No.

21      Q     Why not?

22      A     It -- it was unclear what they wanted.  It seemed

23  to be like they wanted to remove everything.  It just didn't

24  sound like proactive screening was the right solution.  Um, I

09:37AM  25  mean, if it doesn't look like it's going to address their

        1    concerns or fit the circumstances, you know, we don't want to

        2    waste our time or theirs talking about it or doing it.

        3        Q      So you took down the six they requested and

        4    another 20, and you thought that solved the problem?

09:37AM  5        A      They were identifying listings to us.  We kept

        6    asking for more.  They identified more.  We took more stuff

        7    down that we could find.  We really did our best to find

        8    similar things.  It -- and then they stopped communicating with

        9    us.  They went away for a year.  And we didn't know that that

09:38AM 10    is what they wanted or -- and from our communications, it

       11    didn't seem like that would help address what they wanted.

       12        Q      Okay.  Now, you did, though, begin proactive

       13    screening for Brandy Melville at some point; right?

       14        A      Yes.  After the lawsuit was filed.

09:38AM 15            MR. MASUR:  So can we call up Exhibit 115?  This,

       16    I believe, has been admitted already.  It is definitely part of

       17    the stipulation.  For the sake of safety, I would move this

       18    into evidence.

       19            THE COURT:  115.  Is that what you said?

09:38AM 20            MR. MASUR:  Yes.  115.

       21            THE COURT:  Okay.  If it hasn't been, it will be

       22    received.

       23            MR. MASUR:  Terrific.  Let's actually look at all

       24    four pages because I think they are all relevant here.  Okay.

09:38AM 25    Let's go back to page 1.

1    Q    So what is this document?

2    A    Before I was talking about removal guidelines

3    that the content team uses in their proactive policing or

4    proactive screening, this is the removal guidelines for

09:39AM  5    plaintiff.

6    Q    Okay.  So this is a typical format for removal

7    guidelines at Redbubble?

8    A    Yes.  This would be our internal document that is

9    created by the content team.  Usually based on collaboration

09:39AM  10    and instructions with the brand owner.

11    Q    So this is the kind of document that one of the

12    members of the content team would review and compare to when

13    they are looking at listings that were identified when using

14    keywords?

09:39AM  15    A    Right.  So we will search the keywords.  It will

16    show up in the dash.  Then the content team members doing the

17    review, they will look at the removal guidelines where these

18    images are.  If they see an image that the plaintiff seems --

19    that the plaintiff seems or anyone that we're working with

09:39AM  20    seems to say that they own, if we find that image that they

21    own, then we can match it up, then we will proactively remove

22    the upload without them having to monitor or monitor the site

23    or send a takedown notice.

24    Q    Okay.  So you described Redbubble's takedown

09:40AM  25    process and its proactive policing process earlier.  Did

```
 1    Redbubble follow it using these guidelines?

 2         A     Yes.

 3         Q     And Redbubble took down every single listing that

 4    it found that was relevant to -- that you thought might

 5    infringe Brandy Melville's rights?

 6         A     We did our best, yes.

 7         Q     Even though you thought that they might not

 8    infringe some of them?

 9         A     We looked to the brand owner.  If they -- if they

10    seemed -- if they tell us this is what we own, then it's very

11    clear to us.  If we have to piece it together based on year-old

12    correspondence and threats, if they sue us and they say we own

13    this stuff, you know, we will gather all the information we

14    have and then put it into these removal guidelines.

15              MR. MASUR:  Okay.  Can we go to Exhibit 623?  We

16    will go to page 6.  This is a stipulation.  This is one of the

17    reports.

18              THE COURT:  623?

19              MR. MASUR:  Yes.  Page 6.  I would like to move

20    this page in.

21              THE COURT:  Okay.

22         (Marked for identification and received

23         into evidence Exhibit No. 623, page 6.)

24         Q     BY MR. MASUR:  If you look, the fifth row down

25    there is a "Crush the Patriarchy" there.
```

09:40AM (line 5)
09:40AM (line 10)
09:41AM (line 15)
09:41AM (line 20)
09:41AM (line 25)

```
 1          A       Yes.  I see it.

 2          Q       This is one of the graphics -- one of the

 3   listings that was taken down by Redbubble because they thought

 4   that Brandy Melville was concerned about it?

 5          A       Yes.  So at this point, after they sued us, we

 6   tried to get any of the information we could to piece together

 7   and remove -- I mean -- yeah, remove what we thought they would

 8   want removed.  In this case, this is one of the -- the designs

 9   that was removed.

10          Q       So does this infringe Brandy Melville's rights?

11          A       No.

12          Q       Why not?

13          A       Because it's -- it's clear to me that this is --

14   nobody would confuse this as a Brandy Melville sticker or a

15   Brandy Melville T-shirt.  This is a parity or a commentary or a

16   satire.  It's fair use.  This doesn't use anything that they

17   own.

18                  MR. MASUR:  Let's go to page 81 of the same

19   document.  I'd like to move page 81 in too.

20                  THE COURT:  Okay.

21              (Marked for identification and received

22               into evidence Exhibit No. 623, page 81.)

23                  MR. MASUR:  Let's move into the second row.  I

24   apologize.  There is some profanity in this one.

25          Q       Do you see the listing there it says -- the
```

 1   graphic says "I f-ing hate Brandy Melville."

 2        A       Yep.

 3        Q       Do you think this infringes Brandy Melville's

 4   rights?

 5        A       Absolutely not.

 6        Q       Why not?

 7        A       Because it's a criticism on their -- on their

 8   thing they do as a company.

 9        Q       But Redbubble took those listings down anyway;

10   right?

11        A       Yes.

12        Q       Why?

13        A       Because, like I said, we had to do the best we

14   could with the information we had.  You know, they -- a lot

15   of -- every brand owner will tell us don't take the -- don't

16   take things like that down.  We don't want that.  But -- but at

17   the time with the information we had, Brandy Melville had such

18   an expansive, overly broad view of what they owned like -- like

19   the seal of our country, that, you know, we just tried to do as

20   best we could.

21              MR. MASUR:  Let's go to Exhibit 31 and go to

22   page 4.  Actually, let's go to page 1 just so I can confirm it

23   first.  Page 2 I guess.

24        Q       This is the IP publicity rights policy we

25   discussed before.

1          A        Right.

2          Q        Let's go to page 4 there.  There's a section if

3    your work has been included in a notice takedown report.  So if

4    the user procreated those listings that were taken down and

09:44AM  5    thought it was unfair, could they have asked Redbubble to

6    restore them?

7          A        They could have, yeah.

8          Q        And that's part of your policies; correct?

9          A        Yes.

09:44AM  10         Q        But the users who created those two listings

11   didn't do that?

12         A        Nope.

13         Q        So after Redbubble takes down a listing in

14   response to a rights holder's complaint, can a same or similar

09:44AM  15   listing go back up on the site?

16         A        If it's not caught by our screens or by SIFT or

17   image matching or -- yeah.

18         Q        So it can happen, but it shouldn't?

19         A        We can't -- with 75,000 uploads a day, we -- with

09:44AM  20   human review, there's only so much we can review, and nobody

21   can be perfect.  So yeah.  There's probably things that are

22   going to get through.  Even if we're 99 percent effective, if

23   the content team is reviewing 25,000 images a day, even if

24   we're 99 percent effective, 250 things will get through

09:45AM  25   probably.

1     Q     So does that mean, if a user just puts up a copy

2     of that Brandy Hearts logo but doesn't use Brandy or other tag

3     words in the tags of the description, that listing might go up?

4     A     That would -- that could go live, and we probably

09:45AM   5   could never find it.  It would just -- it would be there.

6     Q     Is it fair to say that that's the downside of

7     disabling tags entirely?

8     A     Tags are essential to our proactive screening --

9     one of our main weapons to find infringement.  That 6,000

09:45AM   10  images we remove every day, we rely on keywords to do that.  We

11    actually use tagging against those bad actors to hide those

12    things from view, to review them and remove them before anyone

13    can ever see them.  We rely on keywords for that.

14              MR. MASUR:  Nothing more at this time.

09:46AM   15              THE COURT:  Okay.  Cross-examination.

16              MR. WESLEY:  Thank you, Your Honor.

17                        **CROSS-EXAMINATION**

18    BY MR. WESLEY:

19    Q     Good morning, Mr. Toy.

09:46AM   20  A     Good morning to you.

21    Q     So you were just saying that keywords are

22    important for you to proactively monitor; is that correct?

23    A     That is correct.

24              MR. WESLEY:  Okay.  Let me get the camera up.

09:47AM   25  Okay.

```
             1        Q        This is Exhibit 408.  This is in evidence.  This

             2   is a Redbubble product listing that we looked at yesterday with

             3   Mr. Paley.

             4             Do you see this?

09:47AM      5        A        Yes.

             6        Q        Do you see that the product says

             7   brandymelvilleusa on it?

             8        A        I see that.

             9        Q        Were you aware that Mr. Paley testified yesterday

09:47AM     10   that this was located well after the lawsuit was filed?

            11        A        I don't recall.

            12        Q        Okay.  I will represent that he did say that.

            13             Here on the tag list, first tag, Brandy Melville.

            14   Do you see that?

09:48AM     15        A        I do.

            16        Q        Sticker tag, Brandy Melville stickers.  Do you

            17   see that?

            18        A        I do.

            19        Q        Just a mistake?

09:48AM     20        A        Well, I don't understand your question.

            21        Q        Just a mistake that that listing was tagged with

            22   Brandy Melville and yet it still was found on your site long

            23   after the lawsuit?

            24        A        So -- when was -- so are you saying that this was

09:48AM     25   something that was recently found on the site?  Is that what
```

```
  1    you're saying?

  2         Q    Yes.

  3         A    Okay.  It could have been an error.  Like I said,

  4    it's -- things get through.  We do our best to find and remove

09:48AM  5    them, but errors are made.

  6              Also, I question whether that is infringing or

  7    not.  Just because you slapped your name on it does not mean

  8    that you own it.  Just because you put your name on that

  9    doesn't mean that you own that.

09:49AM 10         Q    Okay.  And you were talking before about certain

 11    bad apples.

 12              Do you remember that?

 13         A    Yes.

 14         Q    I want to read to you from your 2019 deposition,

09:49AM 15    page 38, line 2 through 8.

 16         A    Okay.

 17         Q    "Question:  Okay.  Now, I want

 18              to ask you as representative, as

 19              the corporate representative of

09:49AM 20              Redbubble, has Redbubble ever

 21              generated any revenue from the

 22              promotion or sale of counterfeit

 23              products?

 24              "Answer:  No."

09:49AM 25              And in terms of your own, you said you've seen
```

1   some counterfeit products from these bad apples; right?

2        A        Counterfeiting requires an intent to counterfeit.

3   Willfulness.  Redbubble, I think it is clear from everything

4   that the jury has seen today, everything that I have said, that

09:50AM   5   we do not intend for any of that to happen and we go above and

6   beyond the law to find and remove infringement when we see it.

7   So I stand by that.  There is no counterfeiting on the site.

8        Q        There is no counterfeiting on the site.

9        A        Yeah.

09:50AM   10        Q        Okay.

11        A        Because we don't want it to happen.  We don't

12   have the intent for it to happen.  We don't have the

13   willfulness for it to happen.

14        Q        Okay.  And you said before that Brandy Melville

09:50AM   15   wanted everything that was tagged with Brandy Melville removed.

16              Do you remember that?

17        A        I also remember saying that it was unclear what

18   exactly Brandy Melville wanted.

19        Q        Well, the correspondence back and forth are in

09:51AM   20   evidence, and I don't want to waste time going back to them.

21              Aren't you aware, Mr. Toy, that the real

22   complaint is not that there is a moon on Redbubble, but the

23   real complaint is that, when somebody types in Brandy Melville,

24   there's essentially an online Brandy Melville store on your

09:51AM   25   site?  Are you aware that that is the real issue?

|  | 1 | A     This is a search results page.  Those words in |
|---|---|---|
|  | 2 | the box that you pointed to is -- those are terms entered in by |
|  | 3 | a searching user.  We aren't going to prevent someone from |
|  | 4 | typing in a word into the Internet.  That's wrong.  And then |
| 09:51AM | 5 | where it says Brandy Melville 1,192 results, that just displays |
|  | 6 | whatever you entered into the search field. |
|  | 7 | Q     And, Mr. Toy, I apologize.  I am on limited time, |
|  | 8 | so I just -- if you don't mind. |
|  | 9 | A     I will be fast. |
| 09:52AM | 10 | Q     Please just answer my question. |
|  | 11 | You said earlier that certain companies don't |
|  | 12 | want to disable keywords because they're common names; right? |
|  | 13 | A     Some do.  That's right. |
|  | 14 | Q     Brandy Melville isn't a common name, is it? |
| 09:52AM | 15 | A     So if you were to look at the 10,000 most common |
|  | 16 | names in the English language, 99 percent of them are in |
|  | 17 | people's trademarks. |
|  | 18 | THE COURT:  That's not the question. |
|  | 19 | THE WITNESS:  Sorry, Your Honor. |
| 09:52AM | 20 | THE COURT:  Why don't you state the question |
|  | 21 | again. |
|  | 22 | Q     BY MR. WESLEY:  Brandy Melville isn't a common |
|  | 23 | name, is it? |
|  | 24 | A     I don't know.  Brandy Melville could -- there |
| 09:52AM | 25 | could be thousands of people with that name in the world.  I |

```
 1   have no idea.

 2              THE COURT:  Okay.

 3       Q     BY MR. WESLEY:  Certain companies, you said,

 4   don't want their keywords removed.  They think it's a bad

 5   thing; right?

 6       A     That's right.  What I said was they don't want to

 7   just remove everything that has that company name on it like

 8   tagged.

 9       Q     Well, you're aware that Brandy Melville has a

10   real big issue with its tag being used on Redbubble; right?

11       A     Well, now we do after you sued us.  A year went

12   by, and that was very unclear to us.  I wish you -- after this

13   litigation is over, you should -- let's talk, and we will

14   remove exactly what you want us to remove hopefully within

15   reason.

16       Q     And you said that your proactive procedures are

17   very, very effective in your view; correct?

18       A     Yes.

19       Q     I would ask you to take a look at what's been

20   marked for identification as Exhibit 627.  That's in binder

21   No. 15.

22              THE COURT:  627?

23              MR. WESLEY:  Yes, Your Honor.

24              THE COURT:  Okay.  It will be received.

25   ///
```

|       |                                                                          |
|-------|--------------------------------------------------------------------------|
| 1     | (Marked for identification and received                                  |
| 2     | into evidence Exhibit No. 627.)                                          |
| 3     | Q      BY MR. WESLEY:  Mr. Toy, I will save the clerk                    |
| 4     | the trip.  This was pre-admitted.                                       |

09:54AM 5      A      I will take your word for it.

6              THE COURT:  You can put it on the screen.

7              MR. WESLEY:  I will put it on the screen.

8      Q      Do you see this document?

9      A      Yes.

09:54AM 10     Q      This is a document that Redbubble created; right?

11     A      It looks like it, yes.

12     Q      And it shows various sales of the Brandy Melville

13     trademark; right?

14     A      Yes.

09:54AM 15     Q      You can see here this is page 1.

16     A      Yes.

17     Q      I don't have time to go through every page, but I

18     will show you the last page.  It's 364.

19     A      Okay.

09:55AM 20     Q      Do you see that?

21     A      Can you go back to that first page, please, so I

22     can -- this is all the same listing.

23             THE COURT:  Well, let's wait for the question.

24     There is no question pending yet.

09:55AM 25             THE WITNESS:  Sorry.

1      Q      BY MR. WESLEY:  Each of these rows is a different

2   order; correct?

3      A      That looks to be the case, yes.

4      Q      Okay.  You would agree, at least, that this is an

09:55AM   5   infringing design; right?

6      A      I -- it is one of the designs in our proactive

7   screening guidelines that we searched for and tried to remove

8   for Brandy Melville, yes.  Whether it's valid trademark rights

9   I don't know.

09:56AM   10      Q      Okay.  But for this particular design, you

11   produced 365 pages of single row orders that were listed and

12   sold on Redbubble; right?

13                  MR. MASUR:  Objection.  Document speaks for

14   itself.

09:56AM   15                  THE COURT:  Overruled.

16                  THE WITNESS:  We tried to give you everything

17   that you asked for in this litigation and not hide anything.

18      Q      BY MR. WESLEY:  And that was, even despite your

19   very, very effective proactive policing; right?

09:56AM   20      A      What's your question?  I'm sorry.

21      Q      You produced 364 pages of single-spaced rows.

22   Each row is an individual order of products with the

23   Brandy Melville logo.  And despite that, you're standing by

24   that your proactive policing is very, very effective.

09:57AM   25      A      Yes.  I stand by that.  I don't know exactly what

1    it -- what was in -- like it all looked like the same design to

2    me.  I don't know when it was removed.  I don't know when it

3    was uploaded.  I think there's a lot of details there that we

4    don't know about what you just showed us.

09:57AM    5              MR. WESLEY:  And I'm going to direct your

6    attention to Exhibit 622 which is also pre-admitted and move

7    622.

8              THE COURT:  It will be received.

9              (Marked for identification and received

09:57AM    10             into evidence Exhibit No. 622.)

11   Q      BY MR. WESLEY:  This is another chart -- I'm

12   showing page 1.  This is another chart that was produced by

13   Redbubble.

14             Do you see that?

09:57AM    15   A      Yes.

16   Q      Similar chart, each sale by row; correct?

17   A      Correct.

18   Q      And these are all designs in some way related to

19   Brandy Melville; correct?

09:57AM    20   A      If you say you own the word "Stay weird" or

21   "Okay, but first coffee," then yes.

22   Q      Well, these are all designs that, if somebody

23   typed in Brandy Melville into the Redbubble search feature,

24   these came up.

09:58AM    25   A      People can go into Amazon or Etsy right now and

```
 1    search it and search results will come up.  That's not against

 2    the law.

 3         Q      That's exactly right.  Because Amazon and Etsy,

 4    they have sales of authentic Brandy Melville products and

 5    others; right?

 6         A      I don't know.

 7         Q      You didn't know Amazon resold products?

 8         A      I don't know.

 9         Q      Okay.

10         A      Maybe they do.  I will take your word for it.

11         Q      Okay.  But Redbubble -- every single product on

12    Redbubble is a new design; right?

13         A      So yeah.  The product does not exist.  There is

14    no product at all.  There is no inventory.  There is no product

15    until somebody places an order and buys it from the artist and

16    then it gets manufactured.

17         Q      So we know, if the Brandy Melville trademark is

18    on the site, displayed on a shirt, that that is an infringing

19    product.  It's not going to be a resale of an authentic

20    product.  It's infringing; right?

21         A      That's why we're looking for them and removing

22    them for you.

23         Q      Okay.  And Exhibit 622, I will show you

24    page 4460.  Do you see that?

25         A      Yes.
```

```
       1        Q        Were you aware that for this chart, one row per

       2   item, it was 4,460 pages?

       3        A        Okay.  That's fine.  Yes.  I see that.

       4        Q        By the way, when did Redbubble implement SIFT,

10:00AM  5   that computer program you were talking about?

       6        A        Around -- it was in 2016 I believe.

       7        Q        Okay.

       8                 THE COURT:  Ladies and gentlemen, we're going to

       9   break at this time because it's time for the morning break at

10:00AM 10   10:00 o'clock.  So we will see you back here in 15 minutes.

      11                 Remember the admonishment not to discuss the case

      12   among yourselves or with anybody else or form or express any

      13   opinions about the matter until it is submitted to you and you

      14   retire into the jury room.  We will see you back here in

10:00AM 15   15 minutes.

      16            (A recess was taken at 10:00 a.m.)

      17                 THE COURT:  The record will reflect that all the

      18   members of the jury are in their respective seats in the jury

      19   box and the witness is on the witness stand.

10:15AM 20                 You may continue your cross-examination, counsel.

      21                 MR. WESLEY:  Thank you, Your Honor.

      22                 Plaintiff will move Exhibit 106 by stipulation.

      23                 THE COURT:  It will be received.

      24            (Marked for identification and received

10:15AM 25             into evidence Exhibit No. 106.)
```

1    Q    BY MR. WESLEY:  Mr. Toy, I'm showing you what has

2  been marked as Exhibit 106, page 1.

3              Do you see that?

4    A    Yes.

10:15AM  5    Q    And those are -- this is a page from the

6  Redbubble website; right?

7    A    Yes.

8    Q    And here is some advice that Redbubble gives to

9  users, and it reads, "What should I do if I see something on

10:16AM 10  Redbubble that I think may infringe another's rights?"

11              Do you see that?

12    A    Yes.

13    Q    And the first -- the first response is, "First,

14  resist the urge to go all vigilante crime fighter.  While your

10:16AM 15  intentions are good, only the person who holds the intellectual

16  property rights or someone acting on their behalf like an

17  attorney can lodge a valid takedown notice under Redbubble

18  policy and applicable law."

19              Do you see that?

10:16AM 20    A    Yes.

21    Q    And so Redbubble's message to its users is that,

22  if you see something that you think is an obvious counterfeit,

23  we don't want to know about it.

24    A    That's not true.  The intent of that is the

10:17AM 25  content team has a lot of sophisticated tools and work flows to

1    most efficiently screen 25,000 images a day.  It is not a

2    scaleable efficient solution for Redbubble, for the brand

3    owners to receive complaints about infringement and then

4    process them on a one-off basis from people who don't even

10:17AM  5    represent the brand owner.

6         Q    Until a brand owner happens to reach out,

7    Redbubble just keeps its eyes closed to any infringement on its

8    site, doesn't it?

9         A    Nope.

10:17AM  10        MR. WESLEY:  Thank you.  No further questions.

11             THE COURT:  Thank you, counsel.

12             Any redirect?

13                    **REDIRECT EXAMINATION**

14   BY MR. MASUR:

10:18AM  15        Q    Counsel was just showing this to you.

16        A    Yes.

17        Q    You mentioned these were all of one listing.

18   What is the last date on that page of the sale?  Can you see

19   that?  Shall we zoom in?

10:18AM  20        A    Yes, please.

21        Q    On the bottom.

22             THE CLERK:  Counsel, what --

23             MR. MASUR:  Sorry.  This is page 1 of

24   Exhibit 627.  This is what counsel was using.

10:18AM  25        Q    What is the date of that order?

|  |  |  |
|---|---|---|
| | 1 | A        April 10, 2016. |
| | 2 | Q        So roughly two years before the first contact |
| | 3 | from plaintiff's counsel? |
| | 4 | A        Yes. |
| 10:18AM | 5 | MR. MASUR:  Okay.  Can we go to the last page of |
| | 6 | that document, page 364. |
| | 7 | Q        Mr. Toy, does anything strike you about these |
| | 8 | rows here?  Let me withdraw that. |
| | 9 | A        They're -- |
| 10:19AM | 10 | Q        Sorry.  Please. |
| | 11 | A        They're blanked out. |
| | 12 | Q        So does that mean that these are works that were |
| | 13 | never actually purchased through the marketplace? |
| | 14 | A        That's correct.  Yeah.  I believe there would be |
| 10:19AM | 15 | some sort of a -- a number, a dollar amount there if there were |
| | 16 | actually a sale. |
| | 17 | MR. MASUR:  Okay.  And can we go to Exhibit 622. |
| | 18 | Q        Same question here.  When is the first order |
| | 19 | there? |
| 10:19AM | 20 | A        2014. |
| | 21 | Q        So, again, years before the first contact from |
| | 22 | plaintiff's counsel? |
| | 23 | A        Yes.  Four years. |
| | 24 | Q        And let's go to that last page again, |
| 10:19AM | 25 | page 4460 -- excuse me.  And same question as the last page of |

1    the other one.  Anything strike you about this?

2         A        Looks like there are no orders.

3         Q        So the fact that there are 4,460 pages in the

4    report doesn't mean that they were actually specific sales of

10:20AM   5    all of those rows, does it?

6         A        That's right.

7         Q        And the way that this report was generated, was

8    it a listing of works that Redbubble thought infringed, or was

9    it a list of works that Redbubble thought Brandy Melville was

10:20AM  10    entitled to review as part of a litigation?

11        A        That's right.

12        Q        Which is right?

13                 THE COURT:  He gave you an alternative.

14                 THE WITNESS:  Sorry, Your Honor.

10:20AM  15                 Can you repeat the question for me, please?

16        Q        BY MR. MASUR:  So was this a list of works or of

17   sales that Redbubble thought infringed Brandy Melville's

18   rights?

19        A        No.  I see what you're asking.  So they requested

10:20AM  20   anything that had to do with Brandy Melville.  So we basically

21   did "control F" through every single communication tool and

22   database we had, and we gave them everything we had like they

23   asked.

24        Q        And you produced over 100,000 pages of

10:21AM  25   documentation; correct?

1     A    We gave them what they asked for, yes.

2     Q    Do you remember roughly how many pages

3  Brandy Melville produced in this case?

4     A    I don't recall.

10:21AM  5     Q    If I were to tell you it was less than 4,000

6  would --

7            MR. WESLEY:  Objection.  Relevance.

8            THE COURT:  Sustained.

9            MR. MASUR:  Okay.

10:21AM  10     Q    Counsel also asked you about whether -- when you

11  started using SIFT, and that was 2016; correct?

12     A    Yes.

13     Q    And has SIFT's capabilities remained the same

14  since 2016?

10:21AM  15     A    I'm not familiar with what goes on at SIFT, but I

16  would assume over the last five years that company has

17  continued to improve their product.

18     Q    Because companies don't keep the same software

19  product for five years and expect to have customers like

10:21AM  20  Redbubble?

21     A    Right.

22            MR. MASUR:  Thank you.

23            THE COURT:  Before you go back to recross, I just

24  want to make sure that we understand a couple dates.

10:22AM  25           The letter that came in -- the first letter from

```
 1    Brandy Melville was when?  What's the date?
 2                THE WITNESS:  I believe it was May 14, 2018.
 3                THE COURT:  And the date of the suit being filed?
 4                THE WITNESS:  I don't know the exact date, but it
 5    was in 2019.
 6                THE COURT:  Okay.  You don't have the date with
 7    you?
 8                MR. MASUR:  Counsel can probably agree on that.
 9                THE COURT:  I don't know if anybody has the date.
10                MR. MASUR:  May 28th.
11                THE COURT:  Okay.
12                MR. WESLEY:  2019.
13                THE COURT:  Counsel, on recross.
14                MR. WESLEY:  Thank you, Your Honor.
15                        RECROSS-EXAMINATION
16    BY MR. WESLEY:
17         Q    Mr. Toy, counsel showed you some of the first
18    entries on Exhibit 627, and I'd like to show you some others.
19                MR. MASUR:  Your Honor, object beyond the scope
20    of redirect.
21                THE COURT:  I don't know.  Go ahead.  I can't
22    rule on that yet.  I don't know what they are.
23         Q    BY MR. WESLEY:  So Exhibit 627, you recall, was
24    the chart with the Brandy Heart sales by order?
25         A    I will take your word for it.
```

10:22AM (line 5)
10:22AM (line 10)
10:22AM (line 15)
10:23AM (line 20)
10:23AM (line 25)

1    Q       Okay.  And I'm going to show you page 188, and do

2    you see here --

3            MR. MASUR:  Same objection, Your Honor.  This is

4    beyond the scope.

10:23AM    5            THE COURT:  Overruled at this time.  I may let

6    you open redirect.  Go ahead.

7    Q       BY MR. WESLEY:  Do you see here that the order is

8    May 13, 2020?  I'm sorry.  May 13, 2018?

9    A       Yes.

10:23AM    10   Q       And that was after the cease and desist letter.

11           True?

12   A       One day before.

13   Q       Okay.  Let's go to the next page then.  This is

14   page 189.

10:24AM    15   A       Okay.

16   Q       May 15th, 2018.  Do you see that?

17   A       Yes.

18   Q       So this was after the cease and desist letter;

19   right?

10:24AM    20   A       Yes.  It looks to be.

21   Q       This is in chronological order; right?

22   A       Um -- by date?

23   Q       Yes.

24   A       It appears to be, yes.

10:24AM    25   Q       So that's page 189.

|       |    |   |                                                         |
|-------|----|---|---------------------------------------------------------|
|       | 1  | A | But I'm not sure about that.                            |
|       | 2  | Q | Okay.  Let me show you page 209.  I will jump           |
|       | 3  |   | ahead a few.                                            |
|       | 4  | A | Okay.                                                   |
| 10:24AM | 5 | Q | Now we have more Brandy Melville orders.  This is       |

1      A      But I'm not sure about that.

2      Q      Okay.  Let me show you page 209.  I will jump

3   ahead a few.

4      A      Okay.

10:24AM 5      Q      Now we have more Brandy Melville orders.  This is

6   October 3rd, 2018.

7             Do you see that?

8      A      Yes.

9      Q      That's well after the cease and desist; right?

10:25AM 10     A      Yes.

11     Q      More orders October 3rd, October 4th,

12   October 5th.

13            Do you see that?

14     A      Yes.

10:25AM 15     Q      And that's page 209.

16            I'm on 280 now.  71 pages up.

17            Do you see here's more orders of the Brandy

18   Heart?  This one February 6th, 2019.

19     A      Okay.  Yes.

10:25AM 20     Q      February 7th, 2019.

21     A      Okay.

22     Q      So after we send the cease and desist on an

23   almost daily basis, products with our registered trademark are

24   not only being displayed on the Brandy Melville -- on the

10:26AM 25   Redbubble site, but you're facilitating the order and taking

1   the money; correct?

2           A       It looks like after -- yeah.  Eight months

3   after -- yeah.  People will reupload things.  If we are not

4   proactively policing, we won't find it.

10:26AM   5                   MR. WESLEY:  Thank you.  Nothing further.

6                   THE COURT:  Do you want redirect in that limited

7   area?

8                   MR. MASUR:  Nothing further, Your Honor.

9                   THE COURT:  Okay.  You may step down.

10:26AM   10                  Next witness.

11                  MS. KUHN:  Calling Kate Rickert.

12                  THE CLERK:  Please raise your right hand.

13                  Do you solemnly swear that the testimony you

14  shall give in the cause now before this Court shall be the

10:27AM   15  truth, the whole truth, and nothing but the truth, so help you

16  God?

17                  THE WITNESS:  Yes.

18                  THE CLERK:  Thank you.  Please be seated.

19                  Please state your full name and spell your last

10:27AM   20  name.

21                  THE WITNESS:  Kate Rickert.  My last name is

22  R-i-c-k-e-r-t.

23                  THE COURT:  You may inquire, counsel.

24  ///

25  ///

**KATE RICKERT,**

**CALLED BY THE DEFENDANT, WAS SWORN.**

**DIRECT EXAMINATION**

BY MS. KUHN:

10:28AM

Q       Ms. Rickert, what is your job?

A       I am the IP policy manager at Redbubble.  I have
been there since 2015, first as the IP content specialist, then
as a paralegal, and I was promoted last summer to IP policy
manager.

10:28AM

Q       What are your responsibilities at Redbubble?

A       So I develop, refine, and launch IP policy, and
then I also use and supervise the use of internal databases to
track the proactive policing.

Q       So it's fair to say that you are familiar with
10:28AM
how Redbubble addresses potential intellectual property
infringement on the marketplace; correct?

A       Yes.

Q       And you were -- and are you generally familiar
with the plaintiff's claims in this lawsuit?

10:28AM

A       Yes, I am.

Q       When did you first learn that plaintiff was
concerned about listings on the Redbubble marketplace?

A       In May 2018 we received a letter from plaintiff's
counsel and then engaged in some follow-up correspondence.

10:29AM

Q       And after you received that follow-up

```
 1    correspondence, you sent out your last letter, what did

 2    Brandy Melville do?

 3         A      So they -- the follow-up correspondence, they

 4    didn't reply back to us after we followed up with them.  Even

 5    after we invited them to provide additional listings for us to

 6    be able to promptly remove.

 7         Q      So turning to this lawsuit, are you familiar with

 8    the identified registered trademarks in this lawsuit?

 9         A      Yes.  The Brandy Heart logo, the Brandy Flags

10    logo, and the LA Lightning logo.

11         Q      We're going to turn first to the Brandy Heart

12    logo.

13              Do you know anything about sales through the

14    Redbubble marketplace of products that feature designs that are

15    similar to the Brandy Heart logo?

16         A      Yes, I do.

17              MS. KUHN:  Can we have Exhibit 627?  Exhibit 627

18    has been stipulated to.  So I'd like to move it into evidence.

19              THE COURT:  627 is already admitted.

20              MS. KUHN:  I apologize.

21              THE COURT:  That's okay.

22         Q      BY MS. KUHN:  So what do you know about

23    Exhibit 627?

24         A      So this is a list of orders that have been made.

25    So it's a list of sales.
```

1        Q        And, specifically, sales of what -- for what

2    logo?

3        A        The Brandy Heart logo.

4        Q        So how is this list created?

10:30AM   5        A        So it is ordered by order creation date.

6        Q        Order creation date.

7        A        Uh-huh.

8        Q        Is each -- each item on the list is one sale?

9        A        Correct.

10:30AM  10        Q        All right.  So I'd like you to take a look at the

11    very top of page 1.

12        A        Okay.

13        Q        What is the sale date of the first area?

14        A        It is March 27th, 2016.

10:31AM  15        Q        And that was well before you received the notice

16    letter; correct?

17        A        Yes.  Correct.

18        Q        So let's go all the way to the end, page 353,

19    just like we just did with Mr. Toy.

10:31AM  20                 So the last row on this page is blank, and why is

21    that?

22        A        It is because there are no orders, so no sales.

23        Q        So every listing from that line to the end of the

24    document is blank?

10:31AM  25        A        Yes.  That is correct.

1     Q       So when was the last sale for an item with the

2     Brandy Heart logo according to this document?

3     A       May 28th, 2019, which is just before the

4     Complaint was filed, the lawsuit.

10:31AM 5     Q       All right.  Well, let's now move back to

6     page 189, second row.  We just looked at this with Mr. Toy as

7     well.  What was the date -- you testified that the date of the

8     notice letter was May 14, 2018.

9     A       Correct.

10:32AM 10     Q       So you see that sale on May 15, 2018.

11     A       Yes.

12     Q       Did Redbubble start pulling down listings in

13     response to the notice letter?

14     A       Yes, we did.

10:32AM 15     Q       And when was the next sale after the sales on

16     May 15th?  Could we go down to the next line after we show the

17     sales on the May 15th sales?

18     A       It was July 24th, 2018.

19     Q       So after Brandy Melville sent notice and after

10:32AM 20     Redbubble took down the listings that Brandy Melville

21     complained about, when was -- there was a two-month gap in

22     between sales?

23     A       Yes.  A two-month gap.

24     Q       So did you -- how much money did Redbubble make

10:32AM 25     on these products?  And for right now, I understand that you

                1    created a demonstrative exhibit not to be submitted into

                2    evidence.  I would like to switch that -- it's already been

                3    provided to counsel.  It is demonstrative No. 26.

                4            THE COURT:  Okay.

10:33AM         5        Q       BY MS. KUHN:  So looking at that, in between the

                6    date of the notice letter, the 2018 notice letter, and the date

                7    of the Complaint, how much money did Redbubble make on the

                8    Brandy Heart logo products?

                9        A       $875.19.

10:33AM        10        Q       And that's -- on this chart, that's in

               11    U.S. dollars.  When we created the chart, we used the exchange

               12    rate at the time?

               13        A       Yes.

               14        Q       Now, after the lawsuit was filed, did Redbubble

10:33AM        15    start proactively policing for hearts similar to the Brandy

               16    Hearts logo?

               17        A       Yes.

               18        Q       And once Redbubble started proactively policing

               19    in response to the Complaint, how many products with designs

10:33AM        20    similar to the Brandy Heart logo were sold?

               21        A       No products.  So no sales.

               22        Q       So there are no sales after the Complaint?

               23        A       Yes.

               24        Q       Okay.  So next let's talk about the Los Angeles

10:34AM        25    Lightning mark.

1              Did you have spreadsheets created for the

2      Los Angeles Lightning logo similar to what you did for the

3      Brandy Hearts logo?

4          A      Yes, I did.

10:34AM  5          Q      And just to clarify, do you know if the

6      Los Angeles Lightning logo was identified in the 2018 notice

7      letter?

8          A      Not to my knowledge.

9          Q      So I'd like to show you what has been

10:34AM  10     pre-admitted as Exhibit 633.  We would like to -- so do you --

11     can you identify this document?

12         A      Yes.  It is also the list of orders, sales of the

13     LA Lightning logo.

14             MS. KUHN:  I would like to move this exhibit into

10:35AM  15     evidence if it's not already in evidence.

16             THE COURT:  What exhibit number?

17             MS. KUHN:  633.

18             THE COURT:  633?

19             MS. KUHN:  Yes.

10:35AM  20             THE COURT:  Okay.  It will be received.

21          (Marked for identification and received

22          into evidence Exhibit No. 633.)

23         Q      BY MS. KUHN:  So has a product that features the

24     LA Lightning logo -- let me say this.

10:35AM  25             In between the first notice letter and the date

1  of the lawsuit, did Redbubble sell any items with the

2  Los Angeles Lightning logo on it?

3       A     Yes.

4       Q     How many?  I'm sorry.  We have to -- did you

10:35AM  5  include this information as part of your demonstrative?

6       A     Yes, I did.

7             MS. KUHN:  Let's switch back to that.  I

8  apologize.  We're going to go back to the demonstrative 26,

9  page 2.  Let's go to page 3.

10:35AM  10      Q     So how many items were sold in between the date

11  of the 2018 notice letter and the Complaint?

12      A     1,235.

13      Q     All right.  And how much -- how much did

14  Redbubble collect in service fees for those sales?

10:36AM  15      A     $965.64.

16      Q     And to be -- just so we can clarify here, we're

17  talking about sales of products that feature the logo even if

18  there were other logos as part of the sale such as multiple

19  sticker packs.

10:36AM  20      A     Yes.

21      Q     Okay.  Now, after the plaintiff filed suit, when

22  Redbubble started proactively policing for the Los Angeles

23  Lightning logo, were there any products sold through the

24  marketplace that contained designs similar to that logo?

10:36AM  25      A     Yes.

```
          1        Q        And how many -- how many sales were there?

          2        A        70.

          3        Q        70 sales.  We're going to go back to trial

          4    Exhibit 633 and look at page 129.  Can you tell me, based on

10:36AM   5    this, when the last sale was?

          6                 If we could zoom in on that third row?

          7        A        Yes.  It was August 29, 2020.

          8        Q        August 29, 2020.

          9                 So turning back to the demonstrative on page 3 --

10:37AM  10    I apologize.  I apologize.  We're going back to 633.  I

         11    misspoke.

         12                 You said that you were familiar with the marks at

         13    issue in this case.

         14        A        Yes.

10:37AM  15        Q        Do you know what the Los Angeles Lightning logo

         16    registration covers, what classification of products it covers?

         17        A        Mainly clothing.

         18        Q        Covers clothing.

         19                 Was any clothing sold through the Redbubble

10:37AM  20    marketplace?

         21        A        No.

         22        Q        Was there an order for clothing through the

         23    Redbubble marketplace?

         24        A        Yes.

10:37AM  25        Q        I'd like you to look at page 128 of Exhibit 633.
```

| | |
|---|---|
| 1 | Let's look at lines 5 and 6.  Is that the order? |
| 2 | A       Yes, it is. |
| 3 | Q       What is that an order for? |
| 4 | A       It is for women's fitted scoop T-shirt and then a |
| 5 | lightweight hoodie. |
| 6 | Q       Do you know who placed that order? |
| 7 | A       Yes.  It came from the plaintiff's law firm. |
| 8 | Q       All right.  And what happened to that order? |
| 9 | A       As soon as we became aware of it, we cancelled |
| 10 | the order. |
| 11 | Q       So let's close out with the registered marks and |
| 12 | turn to the unregistered marks. |
| 13 | Are you familiar with the unregistered marks that |
| 14 | Brandy Melville is asserting in this lawsuit? |
| 15 | A       Yes, I am. |
| 16 | Q       What are those unregistered marks? |
| 17 | A       The Brandy L.A., brandymelvilleusa, and |
| 18 | Brandy Melville. |
| 19 | Q       Did you generate reports for those marks and |
| 20 | phrases? |
| 21 | A       Yes. |
| 22 | Q       For these unregistered marks, I'm only going to |
| 23 | ask you about sales that occurred after the notice letter. |
| 24 | Let's start with Brandy L.A. |
| 25 | Can we pull up trial Exhibit 629. |

10:38AM — 5
10:38AM — 10
10:38AM — 15
10:38AM — 20
10:39AM — 25

1          Can you identify it?  I'm not sure if it's been

2    admitted yet.

3          A     Yes.

4                MS. KUHN:  So I'd like to move this trial

10:39AM  5    Exhibit 629 entered into evidence.

6                THE COURT:  The number is?

7                MS. KUHN:  629.

8                THE COURT:  629.

9                (Marked for identification and received

10:39AM  10               into evidence Exhibit No. 629.)

11         Q     BY MS. KUHN:  Is this the report that you

12   prepared for that mark?

13         A     Yes.

14         Q     Were there any sales of items that used any of

10:39AM  15   the phrases Brandy L.A., Brandy Melville, Brandy U.S.A., any

16   sales of items that used that phrase after the May 2018 notice

17   letter?

18         A     Yes.

19         Q     All right.  Did you summarize those in the

10:39AM  20   demonstrative?

21         A     Yes, I did.

22         Q     Let's look at the demonstrative on page 4.

23               How many sales were there before the notice?  I'm

24   sorry.  How many sales were there between the notice letter and

10:40AM  25   the filing of the Complaint?

1      A       There were 19 units sold which is $15.17.

2      Q       And were any of those sales made after the

3  lawsuit was filed?

4      A       No.

10:40AM  5      Q       All right.  So that was -- I'm sorry.  That was

6  just for Brandy L.A.  Let's move on to brandymelvilleusa.

7              Did you create a spreadsheet for that mark?

8      A       Yes, I did.

9              MS. KUHN:  Can we look at trial Exhibit 624 and

10:40AM  10  have her identify it?  This has been stipulated to.  I would

11  like to move to have it entered into evidence.

12             THE COURT:  It will be received.

13        (Marked for identification and received

14         into evidence Exhibit No. 624.)

10:40AM  15     Q       BY MS. KUHN:  So is this the report that you

16  prepared for the brandymelvilleusa mark?

17     A       Yes, it is.

18     Q       Were there any sales of items that used the

19  phrase brandymelvilleusa on the Redbubble marketplace between

10:40AM  20  the date the plaintiff sent the notice letter and the date the

21  plaintiff filed the Complaint?

22     A       Yes.

23     Q       All right.  Did you summarize those in the

24  demonstrative?

10:41AM  25     A       Yes, I did.

```
 1          Q       Let's look at the demonstrative at page 5.

 2                  So how many units were sold?

 3          A       674.

 4          Q       And how much did Redbubble receive in service

 5   fees?

 6          A       $542.55.

 7          Q       And how about sales after the Complaint was

 8   filed?

 9          A       One unit was sold which is less than a dollar.

10          Q       Were there any orders for works that didn't fit

11   into the categories that we talked about, namely, the

12   registered marks or the unregistered marks Brandy L.A.,

13   Brandy Melville or brandymelvilleusa.com?  Any other works that

14   had the words Brandy Melville on the product?

15          A       Yes.

16                  MS. KUHN:  All right.  Can we take a look at

17   trial Exhibit 631.  This has been stipulated to for

18   preadmission.  I would like to move it into evidence.

19                  THE COURT:  It will be received.

20              (Marked for identification and received

21              into evidence Exhibit No. 631.)

22          Q       BY MS. KUHN:  And did you summarize this trial

23   exhibit in the demonstrative?

24          A       Yes, I did.

25          Q       So let's take a look at the demonstrative,
```

1    page 6.

2            So can you please tell us how many sales were

3    made with just the words Brandy Melville on it without any

4    other marks?

10:42AM  5        A        There were eight units sold.

6        Q        Mainly what kind of products were these?

7        A        Mainly stickers.

8        Q        All right.  And for these sales, did these occur

9    before or after Brandy Melville started -- I mean, after

10:42AM  10   Redbubble started proactively policing for plaintiff's claim

11   marks?

12       Q        I'm sorry.  Can you repeat that?

13       Q        Did these sales happen before or after Redbubble

14   began proactively policing for plaintiff's claim marks?

10:43AM  15       A        Happened before.

16       Q        So I understand that you have created a few

17   summary tables for us to understand exactly what the total

18   sales were.

19       A        Yes.

10:43AM  20       Q        So let's take a look at No. 7.

21            For the registered marks, the Heart and Lightning

22   logos, what were the total service fees collected by Redbubble

23   after the notice -- after they were given notice either through

24   the letter or the filing of the lawsuit?

10:43AM  25       A        $1,049.43.

```
           1      Q      All right.  And of those registered marks, how
           2   many were -- I apologize.
           3             For the registered marks for the sales, how many
           4   of those were counterfeit -- sales from counterfeits?
10:44AM    5             Let's go on to the next page of the
           6   demonstrative.
           7      A      None of those.
           8      Q      None of those.
           9             And how about the sales for the unregistered
10:44AM   10   marks?  Let's go on to page 9.
          11             For the unregistered marks, what are the -- what
          12   were these sales?
          13      A      $582.06.
          14      Q      So based on the data, what was the total amount
10:44AM   15   of post notice service fees received by Redbubble for the
          16   listings in this case -- can we please go to 10?
          17      A      $1,631.49.
          18      Q      For all marks -- that's the Redbubble fees for
          19   all marks post notice, $1,631; right?
10:44AM   20      A      Yes.  The registered trademarks and also the
          21   other trademarks at issue in this case.
          22      Q      One more question.
          23             The jury has heard testimony about other exhibits
          24   that are not the focus of exhibits that -- other trial evidence
10:45AM   25   that are not the focus trial evidence that we discussed here.
```

1    Say, trial Exhibit 623, can we just take a quick look at trial

2    Exhibit 623?

3              Now, you did prepare trial Exhibit 623; right?

4    A    Yes.

10:45AM   5    Q    And would you say this is focused in time on the

6    marks at issue in -- is this exhibit focused on the marks at

7    issue in this case?

8    A    I'm sorry.  Can you --

9    Q    I'm sorry.

10:45AM   10             Are there listings for products in trial

11   Exhibit 623 that are not at issue in this case?

12   A    Yes.  That is correct.

13   Q    All right.  And are -- does this exhibit contain

14   all sales whether they were pre-notice or post-notice?

10:45AM   15   A    Yes.

16   Q    And does this exhibit contain sales for things

17   that are, say, sales of products that are critical of

18   Brandy Melville?

19   A    Yes.

10:46AM   20   Q    And so if you were looking to calculate fees for

21   the issues related at stake in this case, would you use trial

22   Exhibit 623 to do it?

23   A    No, I would not.

24             MS. KUHN:  Thank you very much.

10:46AM   25             THE COURT:  All right.  Cross-examination.

**CROSS-EXAMINATION**

BY MR. KELLY:

Q       Ms. Rickert, your testimony today has only concerned products that were actually sold on the Redbubble website; correct?

A       Products that were sold that are related to the three registered trademarks and also the three other trademarks that are at issue.  So the unregistered ones.

Q       So it doesn't -- your testimony doesn't give any insight into what other products might have been advertised or available for sale or promoted on the Redbubble website even if there wasn't a sale ultimately; is that right?

A       Only -- I only testified about the six trademark -- six -- three unregistered and three registered.

Q       Purchases of those; correct?

A       Purchases of those.

Q       Turning back to Exhibit 633, you spoke about two LA Lightning mark apparels where the sale was cancelled; right?

A       Yes.

Q       And are you aware that notice of those products were provided to Redbubble by the plaintiff?

A       Yes.

Q       And if those orders were cancelled, that must have meant that those products were for sale and advertised on the Redbubble website; correct?

```
 1        A       Yes.

 2                MR. KELLY:  No further questions.

 3                THE COURT:  Any redirect?

 4                You may step down.

 5                Next witness.

 6                MR. MASUR:  Your Honor, I will call Carina Davis.

 7                May I ask for a time remaining?

 8                THE COURT:  Sure.  You have about 24 minutes.

 9                MR. MASUR:  24?

10                THE COURT:  Yes.

11                MR. MASUR:  Thank you, Your Honor.

12                THE CLERK:  Please raise your right hand.

13                Do you solemnly swear that the testimony you

14  shall give in the cause now before this Court shall be the

15  truth, the whole truth, and nothing but the truth, so help you

16  God?

17                THE WITNESS:  I do.

18                THE CLERK:  Thank you.  Please be seated.

19                Please state your full name and spell your last

20  name.

21                THE WITNESS:  Carina Davis, D-a-v-i-s.

22                THE COURT:  You may inquire.

23  ///

24  ///

25  ///
```

10:47AM (line 5)
10:48AM (line 10)
10:48AM (line 15)
10:49AM (line 20)

**CARINA DAVIS,**

**CALLED BY THE DEFENDANT, WAS SWORN.**

**DIRECT EXAMINATION**

BY MR. MASUR:

10:49AM

Q        Good morning, Ms. Davis.

A        Good morning.

Q        Ms. Davis, what is your job title?

A        I'm the chief legal officer at Redbubble and the executive vice president of business development.

10:49AM

Q        And how long have you been at Redbubble?

A        I have been at Redbubble for nine years.

Q        How and why did you come to Redbubble?

A        Well, I came -- immediately prior to Redbubble, I was actually working in copyright and trademark litigation

10:49AM

working with rights holders, folks like Nat King Cole and Frank Sinatra, for example.  So I was practicing on the rights holder's side.

A recruiter told me about this company Redbubble, and I met with the founder who is a very well-known and

10:49AM

well-respected Australian entrepreneur.  I was really interested in what they were doing, disrupting the art world. He was looking for someone to help him develop the IP policies and create a team.  The company was only about 20 people at that time.  Small startup.

10:50AM

Q        Did you have a role in creating Redbubble's

1    policies and procedures for preventing and redressing

2    infringement?

3         A       Yes.  Absolutely.  I actually drafted some of the

4    policies and procedures myself, but with my team we have

10:50AM   5    developed those over the years.  You know, over the last six

6    years, Mr. Toy has really been in charge of the day-to-day

7    operations, and he's done an excellent job.

8         Q       And those are the policies and procedures that

9    came into evidence earlier?

10:50AM   10        A       Yes.  That is correct.

11        Q       When you created those policies and procedures,

12   what did you take into account?

13        A       Well, a number of different things.  Of course,

14   initially we make sure that we understand the law and what the

10:50AM   15   law says about infringement.  In fact, we consult with some of

16   the most prestigious law firms around the globe to really make

17   sure we understand that context.  We also attend a number of

18   different IP seminars and other events that we're invited to to

19   really understand that context as well.

10:51AM   20             In addition, we consult with rights holders.  So

21   personally I have probably spoken to hundreds and hundreds of

22   rights holders over the years myself.  I actually also go and

23   meet with them globally face-to-face to discuss IP infringement

24   and how we can work together to solve those problems.

10:51AM   25   Obviously that was preCOVID when we could get on an airplane

1    more easily.

2              Additionally, you know, we don't create policies

3    and kind of set them and forget them.  We actually, as you saw

4    Mr. Toy testify to, we have auditing programs.  We're looking

10:51AM  5    at volumes of uploads.  We're constantly trying to iterate on

6    our policies to make sure we are best in class in this area.

7         Q      And as chief legal officer at Redbubble and the

8    person who is ultimately responsible for the policies on an IP,

9    how do you feel about infringement on the marketplace, and how

10:52AM  10   does it affect the way that you direct the relevant activities

11   at Redbubble?

12        A      Personally I feel incredibly passionate about

13   preventing infringement.  I was actually back in the Bay Area

14   yesterday with my mom who was in surgery, and I flew back late

10:52AM  15   last night because this is an incredibly important issue to

16   Redbubble.  You know, sitting over there last week and

17   listening to plaintiff talk about Redbubble as a back alley

18   swap meet was incredibly offensive and just blatantly false.

19              We are a publicly-traded and publicly-listed

10:52AM  20   company.  We have been audited for years by the, you know, big

21   four auditing, the best audit firms in the world.  As I said

22   before, we work with experts from around the world, law firms

23   and others on IP infringement, and this is an issue we take

24   incredibly seriously.

10:53AM  25        Q      What is Redbubble's view of rights holders?

1    A    We have an incredible amount of respect for

2  rights holders.  You know, we see ourselves as in a similar

3  community as rights holders.  We are fighting the same bad guy

4  which is the fraudsters, the folks that are actually stealing

10:53AM 5  content and trying to sell it as their own.

6         I have found personally in talking to hundreds of

7  rights holders over the years that our skills really complement

8  each other.  Redbubble is a technology company, and we have a

9  lot of information about how we can fight these bad guys from a

10:53AM 10  technological perspective.  The rights holders, of course, they

11  know about their brands.  So once we engage with the rights

12  holder, once we collaborate, we really are much stronger at

13  fighting these bad guys together.

14         MR. MASUR:  And I'm sorry.  Can we have

10:54AM 15  defendant's demonstrative 21?  Before you pull it up, this is

16  something we provided to counsel last week.  Can we pull up

17  defendant's demonstrative 21 and publish it, but it won't be

18  introduced into evidence?

19         THE COURT:  It's not going to be in evidence yet?

10:54AM 20         MR. MASUR:  This is not going to be in evidence.

21         THE COURT:  Okay.  Okay.

22    Q    BY MR. MASUR:  So broadly speaking -- I should

23  say this is a demonstrative that you helped work on; correct?

24    A    Yes.  That's correct.

10:54AM 25    Q    Broadly speaking, how does Redbubble fight

infringement on its marketplace?

         A        We have a number of different things as you heard Mr. Toy testify to.  We have kind of our first layer of defense which is our takedown notice process.  As Mr. Toy explained, that is a really simple form.  And, actually, we worked -- we worked pretty hard to make sure it was simple so rights holders could easily tell us about an issue.  After that we have a number of different tools as Mr. Toy also talked about, SIFT Science, in-house tools that were developed like RB Protect, a number of different ways to fight repeat infringement.

                  So those are the accounts that, again, Mr. Toy talked about to really make sure we're trying to identify those people who are misusing the site and particularly those that are misusing it more than once.  We know sometimes, when someone is misusing it, it's just an accident.  They don't know that they're infringing.  So we really try to target those repeat infringer accounts.

                  On top of that, we have our policing program which is something that we feel -- and we talked to rights holders about this all the time.  This is something that is really us going above and beyond what the law requires of a marketplace.  I will say I also sit on a number of policy organizations with folks like Etsy, eBay, and we talk about IP infringement, you know, very frequently.  This is an issue that

happens across all marketplaces on the Internet.  It is not an issue that is alone to Redbubble, that is isolated to Redbubble.  So we talk about this proactive policing.

Additionally, I have been invited to go to Washington, D.C. to talk on the Hill to senate and house of representative offices about all of these different tools that we provide.  And we are best in class.  There's no question.

MR. KELLY:  Your Honor, move to strike as nonresponsive.

THE COURT:  Last part will be stricken, nonresponsive.

MR. MASUR:  Any objection going to demonstrative 22?  Do you have any objection?  This is 21.  The next one has numbers on it.  Can we go to demonstrative 22.

Q    This is also a demonstrative you helped prepare; correct?

A    Yes.  That is correct.

Q    So how much does Redbubble invest in preventing and fighting infringement on this marketplace?

A    We invest multiple millions of dollars every single year.  SIFT Science alone costs about a half a million dollars a year.

THE COURT:  Let me cut you off.  It has to be by question and answer rather than narrative.  You have already answered the question.

1          Next question.

2          Q     BY MR. MASUR:  So how much does Redbubble spend

3     on SIFT every year?

4          A     Redbubble spends about half a million dollars on

10:57AM  5     the SIFT Science tool every year.

6          Q     As far as the Redbubble staffing that is really

7     focusing on the content team in particular, how much does that

8     cost Redbubble to do every year?

9          A     That head count is about two-and-a-half-million

10:57AM  10    dollars every year.

11         Q     And other expenditures in terms of engineering,

12    developing new tools, et cetera, do you have some idea of how

13    much those cost?

14         A     An additional hundreds of thousands of dollars a

10:57AM  15    year.

16         Q     Okay.

17         A     If not million.

18         Q     Did Redbubble try to work with Brandy Melville by

19    responding to its takedown notice?

10:57AM  20    A     Yes, we did.

21         Q     And before Redbubble received that May 2018

22    takedown letter, had Redbubble received any indication that its

23    users might be infringing Brandy Melville's trademarks?

24         A     No.  As Mr. Toy testified to, there are

10:58AM  25    millions -- tens of millions of trademarks out there.

```
 1   Additionally, our content team is -- as we have learned --
 2                 THE COURT:  That's it.  Don't do a narrative.
 3   That wasn't the question.  You did answer the question.
 4                 Go ahead.
 5        Q     BY MR. MASUR:  Roughly -- as a practitioner in
 6   the area, do you know roughly how many marks there are out
 7   there, how many registered marks?
 8        A       Registered marks, I believe there's 10 million.
 9        Q       And --
10        A       In the U.S.
11        Q       And how would you describe what you understand as
12   Brandy Melville's niche, market niche?
13        A       I understand Brandy Melville's market to be
14   extremely niche, to be teen-aged girls who wear small sizes.
15        Q       And it's my understanding that it's Redbubble's
16   position that the mere use of the words Brandy Melville in a
17   product title or tag doesn't necessarily infringe a trademark;
18   is that correct?
19        A       That is absolutely correct.
20        Q       Why not?
21        A       Well, there's a number of reasons that we believe
22   that just using a word and a trademark does not infringe
23   somebody's rights.  For example, the word Brandy refers to an
24   alcohol as well as the plaintiff.  So at Redbubble we -- if we
25   were to block every single trademark that's at use from an
```

10:58AM (line 5)
10:58AM (line 10)
10:58AM (line 15)
10:59AM (line 20)
10:59AM (line 25)

         1    artist's ability to tag, an artist really wouldn't be able to

         2    tag their product with anything.  I mean, you know, most of the

         3    common words that we use in English are trademarks.

         4              MR. KELLY:  Same objection, Your Honor.

10:59AM  5              THE COURT:  Overruled.

         6        Q     BY MR. MASUR:  Shouldn't users' use of the

         7    Brandy Melville tag on product listings, shouldn't that have

         8    alerted the team at Redbubble to the fact that plaintiff might

         9    consider those to be infringing?

10:59AM  10       A     No.  I don't think so.  In my opinion, you know,

         11   similarly to what we heard from the jury, our team at Redbubble

         12   is not Brandy Melville's niche market.  They have no reason to

         13   know about this brand prior to Brandy Melville's takedown

         14   notice letter.

11:00AM  15       Q     And can Redbubble or -- let me stick to Redbubble

         16   for now.

         17             Can Redbubble police for and monitor for every

         18   trademark that has ever existed?

         19       A     No.  That's not feasible.

11:00AM  20       Q     Why not?

         21       A     Well, as we talked about, there are millions of

         22   marks.  Additionally, there are millions of owners of the same

         23   exact mark.  And, in my experience, talking to multiple owners

         24   of the same mark, they each want different -- they each treat

11:00AM  25   their trademarks differently.  So some owners I have spoken to

```
      1   want to leave up, you know, most uses of their mark because

      2   they feel like it's fair use.  They don't want to create a bad

      3   relationship with the artists who are typically there -- the

      4   fans of their brand.  And then we have some trademark owners

11:01AM  5   who, you know, take an opposite stance.  That's much more rare,

      6   similar to plaintiff here, that, you know, believes they have

      7   very expansive use of their -- of a common word.

      8        Q       And you talked a bit about what happens with

      9   the -- we have heard a fair amount of testimony about what

11:01AM 10   happens when a rights holder works with Redbubble.  When a

     11   rights holder chooses not to work with Redbubble, does

     12   Redbubble simply turn a blind eye to infringement?

     13        A       Absolutely not.  As you heard, we have --

     14           THE COURT:  He asked --

11:01AM 15        Q       BY MR. MASUR:  Why do you say it doesn't?

     16        A       Okay.  Thank you, Your Honor.

     17           You know, I think, as we have talked about during

     18   this whole trial, we have many different tools that are

     19   fighting infringement 24 hours a day.  We do not stick our head

11:01AM 20   in the sand in any way, shape, or form.  Whenever a rights

     21   holder doesn't want to work with us, it is simply a little bit

     22   of a hurdle for us.  It's not a roadblock.

     23           Infringement on Redbubble's site hurts the

     24   artists that are our true north, and they also -- any type of

11:02AM 25   stolen content hurts Redbubble's brand as well.
```

1      Q      You mentioned that you have discussions with

2   rights holders.  Have those discussions influenced the

3   development of the policies and practices that Redbubble has?

4      A      Absolutely.  As I mentioned before, I have gone

11:02AM  5   to New York, to L.A., here, spoken with rights holders in

6   Australia, and I've heard firsthand from the largest rights

7   holders in the world that Redbubble is leading the charge when

8   it comes to IP infringement detection, and that has absolutely

9   influenced our policies and procedures.

11:02AM  10      THE COURT:  Being a witness is tough.  Nobody

11   asked you that.  Just listen to the question they asked you,

12   and just answer that question.  If either side wishes to expand

13   on that, they will ask further questions.  But just answer the

14   question that was asked.

11:03AM  15      Q      BY MR. MASUR:  The question that was asked was

16   whether it has influenced your -- whether those discussions

17   have influenced your procedures and practices, and the obvious

18   follow-up is how has it influenced your procedures and

19   practices.

11:03AM  20      THE COURT:  Okay.  Don't look at me.  You have a

21   question.

22      THE WITNESS:  Yes.  Yes.  They have.

23      MR. MASUR:  You can repeat what you just said.

24      THE COURT:  No.  No.  Because a lot of what she

11:03AM  25   said had nothing to do with that particular issue.  You have to

|    |    |
|----|----|
| 1  | listen to the question.  Just answer the question.  If somebody |
| 2  | wants to get into other areas, that fine.  But it's not -- a |
| 3  | witness isn't there to try to convince people as to what the |
| 4  | witness wants them to be convinced of.  The witness is just |
| 5  | there to answer questions proposed by the attorney. |

11:03AM    5    there to answer questions proposed by the attorney.

6              Counsel, next question.

7      Q      BY MR. MASUR:  A simple "yes" or "no" question to

8    start then.  What do you think?  Does Redbubble do a good job

9    of preventing and addressing infringement on its marketplace?

11:03AM   10      A      Yes.  I believe we do.

11      Q      Why do you think that?

12      A      I believe that, because of my experience at the

13    company for nine years, all of the different policies and

14    procedures we have in place, learning from rights holders about

11:04AM   15    what hasn't worked, iterating on our policies, and

16    conversations that I have had with rights holders recently that

17    I trust --

18              MR. KELLY:  Objection, Your Honor.  Hearsay.

19              THE COURT:  That's correct.

11:04AM   20              MR. MASUR:  Offered for effect on the listener,

21    Your Honor.

22              THE COURT:  But it will not be offered for the

23    truth of the matter.

24              MR. MASUR:  Agreed.

11:04AM   25              THE COURT:  Okay.

```
 1        Q      BY MR. MASUR:  You can continue.

 2               THE COURT:  Counsel, she's -- she answered the

 3      question.  You're asking her to give a narrative and tell the

 4      jury what she thinks.  One question at a time.  You asked the

 5      question, and she can answer that question.  It's not an

 6      invitation to get up there and expand to the jury what you

 7      think.

 8               MR. MASUR:  I understand.

 9               One last yes question with a follow-up.  Yes or

10      no.  I don't want to presume it.

11               THE COURT:  Excuse me.  It doesn't have to be yes

12      or no.  You can ask questions.

13               MR. MASUR:  I understand.  But I do want to set

14      the stage for one last.

15               THE COURT:  Sure.

16        Q      BY MR. MASUR:  Ms. Davis, does Redbubble want to

17      be in litigation?

18        A      Absolutely not.

19        Q      And does Redbubble try to avoid litigation?

20        A      Yes, we do by collaborating.

21        Q      And being in litigation, does it make it easier

22      or harder for Redbubble to do the work that it wants to do to

23      prevent infringement?

24        A      It makes it harder.  We are spending money that

25      we would otherwise be spending on fighting the bad guys, the
```

11:04AM  (line 5)
11:04AM  (line 10)
11:05AM  (line 15)
11:05AM  (line 20)
11:05AM  (line 25)

|        | 1  | infringers, and time and energy and effort sitting here in this |
|--------|----|

1    infringers, and time and energy and effort sitting here in this

2    courtroom.

3                MR. MASUR:  Thank you.  Tender the witness.

4                THE COURT:  Okay.  Cross-examination.

11:05AM   5                    **CROSS-EXAMINATION**

6    BY MR. KELLY:

7         Q     Ms. Davis, you testified that you started working

8    at Redbubble in 2012?

9         A     Yes.  That's correct.

11:06AM  10         Q     At the time Redbubble had started to get takedown

11   notices alleging that users were putting up content that was

12   infringing on IP rights; correct?

13        A     Yes.

14        Q     And it was your opinion at that time that in 2012

11:06AM  15   that you needed to tackle this problem right away; is that

16   right?

17        A     Redbubble was already tackling the problem --

18        Q     It's a yes or no question.

19        A     Can you repeat the question?

11:06AM  20        Q     Absolutely.  In 2012, when you took on the

21   position at Redbubble, it was your opinion that the company

22   needed to tackle this infringement problem right away.

23                Is that true?

24        A     I don't think you're exactly characterizing what

11:06AM  25   I said.

1      Q       You never said that?

2              THE COURT:  It's immature what she said.  The

3      question is was that -- was that her mindset at the time.

4      Q       BY MR. KELLY:  Was that what you said?

11:07AM   5      A       Yes.  It was an important issue.

6      Q       And it had to be tackled right away.

7      A       Yes.

8      Q       In 2012.

9      A       Yes.

11:07AM  10      Q       And one of the things you did was you built out

11     the legal team and the marketplace integrity team at Redbubble;

12     correct?

13     A       Yes.  That is correct.

14     Q       And you helped the company go public in 2016?

11:07AM  15     A       I did.

16     Q       And you currently oversee the legal team and the

17     marketplace integrity team; is that correct?

18     A       There is no longer a marketplace integrity team.

19     I oversee the legal team, the policy team, and the partnerships

11:07AM  20     team.

21     Q       Is there a content team as well?

22     A       There is a content operations team that I no

23     longer oversee.

24     Q       And the marketplace integrity team, does that

11:07AM  25     have a different name today?  What's that name?

```
 1          A       The content operations team.
 2          Q       But you oversaw the marketplace integrity team as
 3   of last year; is that right?
 4          A       There was not a marketplace integrity team last
 5   year.  We have done some reorganizing of the teams.
 6          Q       In 2020 you didn't say that you currently oversee
 7   a legal team and a marketplace integrity team?
 8                  Is that your testimony today?
 9          A       If I said marketplace integrity team in -- sorry.
10   Can you -- did I say in 2020 that I --
11          Q       Let me re-ask that.
12                  In 2020 you said, "I currently oversee our legal
13   team and marketplace integrity team."
14                  Right?
15          A       In 2020 I said that?
16          Q       Yeah.
17          A       In what context?
18          Q       I'm asking.  Did you say that in a piece written
19   about you by Modern Counsel, a publication online?
20          A       When I was interviewed for a magazine about IP
21   infringement?
22          Q       Yeah.
23          A       Did I say that?  Well, actually, I don't know
24   exactly when that interview was taken.
25                  THE COURT:  The question was did you say it?  A
```

| | | |
|---|---|---|
| | 1 | very appropriate answer is I don't remember or I may or may not |
| | 2 | have or I didn't. |
| | 3 | THE WITNESS:  Okay. |
| | 4 | THE COURT:  So whatever -- |
| 11:09AM | 5 | THE WITNESS:  I don't remember the timing of that |
| | 6 | interview. |
| | 7 | Q     BY MR. KELLY:  But you remember that the magazine |
| | 8 | article came out in 2020; correct? |
| | 9 | A     Yes. |
| 11:09AM | 10 | Q     So going back before you started working at |
| | 11 | Redbubble, Redbubble had those takedown notices; right? |
| | 12 | A     Yes. |
| | 13 | Q     And they also had other issues with the content |
| | 14 | that was on their website like problems with design called |
| 11:09AM | 15 | Hitler Hipster; is that correct? |
| | 16 | A     Yes. |
| | 17 | Q     Earlier you testified about Redbubble working |
| | 18 | with the most prestigious law firms in the world. |
| | 19 | Do you remember that? |
| 11:09AM | 20 | A     Yes. |
| | 21 | Q     Would you consider Arnold Bloch & Leibler one of |
| | 22 | those firms? |
| | 23 | MR. MASUR:  Objection.  Relevance. |
| | 24 | THE COURT:  Sustained. |
| 11:09AM | 25 | Q     BY MR. KELLY:  Have you heard of that firm? |

|   |   |
|---|---|
|   | 1 |  A       Yes, I have heard of it. |
|   | 2 |  Q       It's a firm based in Australia that stopped |
|   | 3 | working with Redbubble -- correct? -- because of the content |
|   | 4 | that was on its website? |
| 11:09AM | 5 |  A       I'm not aware of that. |
|   | 6 |  Q       You're not aware of them ending their |
|   | 7 | relationship with Redbubble in 2011 because of the |
|   | 8 | Hipster Hitler -- |
|   | 9 |            THE COURT:  Let me -- |
| 11:10AM | 10 |            THE WITNESS:  I was not at the company. |

1      A       Yes, I have heard of it.

2      Q       It's a firm based in Australia that stopped

3  working with Redbubble -- correct? -- because of the content

4  that was on its website?

11:09AM  5      A       I'm not aware of that.

6      Q       You're not aware of them ending their

7  relationship with Redbubble in 2011 because of the

8  Hipster Hitler --

9              THE COURT:  Let me --

11:10AM  10             THE WITNESS:  I was not at the company.

11             THE COURT:  Excuse me.  Any time an attorney is

12  asking a question in a narrative form like that, you're not to

13  assume what they say is true unless it comes from the mouths of

14  the witnesses.  So questions by an attorney have no validity

11:10AM  15  unless it comes from or is endorsed by the witness.  So you

16  can't assume what counsel is saying is true.  You can't assume

17  it's not true either.  It's just not evidence unless it comes

18  from the witness.

19             Go ahead, counsel.

11:10AM  20             MR. MASUR:  Objection.  Relevance and --

21             THE COURT:  Sustained.

22      Q       BY MR. KELLY:  In fact, since you started working

23  at Redbubble, the content team and the MPI team have had a

24  number of issues with respect to the content on the Redbubble

11:10AM  25  website; is that right?

```
 1          A       Yes.

 2          Q       There was the issue of the pictures of Auschwitz

 3     in 2019 that was reported.  Did you hear about that?

 4          A       Yes, I did.

 5          Q       You also heard about last -- end of last year the

 6     Holocough Meme T-shirts that were available on the Redbubble

 7     website.

 8                  Have you heard about that?

 9          A       Yes.

10          Q       And that it had a "I survived the Holocough" and

11     it had a yellow coronavirus type of design on the top left

12     corner?

13          A       I don't recall.

14          Q       You heard about that being one of the things that

15     Redbubble had on its website while you were working at

16     Redbubble.

17          A       There are --

18                  MR. MASUR:  Objection.  Relevance, Your Honor.

19                  THE COURT:  Sustained.  I don't know what

20     relevance that has in this case.  We're talking about

21     infringement on Redbubble, and that's all we're talking about

22     now.

23                  Next question.

24          Q       BY MR. KELLY:  Earlier in the trial -- well,

25     related to that issue then, you are aware that Redbubble has
```

                  1    been sued numerous times with respect to intellectual property

                  2    infringement; correct?

                  3         A       Sir, I believe you have brought a number of cases

                  4    against Redbubble, yes.

    11:12AM       5         Q       I'm asking are you aware that there are at least

                  6    a dozen lawsuits currently pending against Redbubble related --

                  7         A       Yes.

                  8         Q       Including there were ones that were resolved

                  9    before; correct?

    11:12AM      10         A       Were there lawsuits resolved?

                 11                 THE COURT:  Resolved before what?

                 12                 MR. KELLY:  That are no longer pending.

                 13                 THE COURT:  Okay.

                 14         Q       BY MR. KELLY:  Pokémon, for instance.

    11:12AM      15         A       Was that resolved?

                 16         Q       I'm asking that -- Pokémon brought an

                 17    intellectual property case against --

                 18                 THE COURT:  We're not going to get into

                 19    individual cases that have nothing to do with this case.

    11:12AM      20                 The question is are you familiar with the fact

                 21    that there have been infringement allegations and lawsuits

                 22    against your company?

                 23                 THE WITNESS:  Yes, sir, I am.

                 24                 THE COURT:  Okay.  Go ahead, counsel.

    11:12AM      25                 And some of them have been resolved before trial?

```
 1              THE WITNESS:  I'm not sure.  Is that what he was
 2   asking?
 3              THE COURT:  That's what I'm asking you.
 4              THE WITNESS:  Have some of them been resolved?
 5   Yes.
 6              THE COURT:  Go ahead, counsel.
 7              MR. KELLY:  Thank you.
 8        Q    Today Redbubble marketplace has over 51 million
 9   designs.
10              Is that accurate?
11        A    Yes, sir.
12        Q    And 3.8 million people around the globe -- is
13   that right? -- users?
14        A    Yes.
15        Q    Okay.  You were here earlier when Mr. Toy talked
16   about 75,000 uploads a day on the Redbubble website; correct?
17        A    Yes.
18        Q    And Mr. Toy -- Toy testified that 40 people are
19   on the content team who review these designs currently;
20   correct?
21        A    Yes.  Approximately.
22              MR. MASUR:  Objection.  I'm not -- well --
23        Q    BY MR. KELLY:  But as of this time last year, as
24   of May 2020, there were only 13 people reviewing content on the
25   Redbubble website; correct?
```

1    A       I don't remember how many were on the team as of

2    this time last year.

3    Q       Do you remember that -- did Redbubble ever -- did

4    Redbubble only review 6,000 designs a day by the time of

11:14AM  5    May 2020?

6    A       I don't recall, sir.

7    Q       Would looking at Redbubble's documents filed in

8    this case representing to the Court certain facts help refresh

9    your recollection?

11:14AM  10              MR. MASUR:  Objection.  There is no recollection

11    to refresh.

12              THE COURT:  She said she doesn't remember.  That

13    objection will be overruled.

14              MR. MASUR:  Objection.

11:14AM  15              THE WITNESS:  I don't know if it will -- I don't

16    know what you're planning to show.

17    Q       BY MR. KELLY:  Have you reviewed the Court

18    filings that were filed in this case?

19              THE COURT:  Counsel, that's immaterial.  If you

11:14AM  20    want to give her something to refresh her memory, you can show

21    it to her and see if it refreshes her memory.

22              MR. KELLY:  Permission to approach.

23              THE COURT:  Sure.  Before you look at that,

24    counsel, why don't you state your last question that you want

11:15AM  25    to refresh her memory on.

|      |                                                                        |
|------|------------------------------------------------------------------------|
| 1    | MR. KELLY:  Yes, Your Honor.  Thank you,                                |
| 2    | Your Honor.  My question was that Redbubble only employed 13            |
| 3    | people in the MPI team as of May 2020.                                  |
| 4    | THE COURT:  You indicated you didn't know.                              |
| 5    | THE WITNESS:  Correct.                                                  |
| 6    | THE COURT:  Do you want to take a look at that                          |
| 7    | document that is in front of you?  The document is not in               |
| 8    | evidence.  So all it is used for is to refresh your memory.             |
| 9    | Take a look at it.  When you're through taking a look at it,            |
| 10   | put it off to the side, and see if it refreshes your memory as          |
| 11   | to that particular issue.                                               |
| 12   | Q     BY MR. KELLY:  Directing just -- it's a lengthy                   |
| 13   | document -- to page 12, paragraph 4.                                    |
| 14   | A     (Witness reviewing document.)                                     |
| 15   | Yes.  I see Mr. --                                                      |
| 16   | THE COURT:  We don't care what the document says.                       |
| 17   | It's just to refresh your memory.  If you look at the                   |
| 18   | document --                                                             |
| 19   | THE WITNESS:  Yes, sir.                                                 |
| 20   | THE COURT:  Take it and put it aside so you're                          |
| 21   | not looking at it.  Turn it over.                                       |
| 22   | The question is, having looked at that, does it                         |
| 23   | refresh your memory as to the question he asked?                        |
| 24   | THE WITNESS:  Yes.  I believe whatever my team                          |
| 25   | testified to is accurate.                                               |

11:15AM (line 5)
11:15AM (line 10)
11:16AM (line 15)
11:16AM (line 20)
11:16AM (line 25)

|       | 1  | MR. KELLY:  Okay. |

```
            1              MR. KELLY:  Okay.

            2              MR. MASUR:  Objection.  Move to strike.

            3              THE COURT:  It is stricken.

            4              That wasn't what he asked.  He asked does it

11:16AM     5    refresh your memory as to whether or not there is what --

            6              MR. KELLY:  13 people on the MPI team.

            7              THE COURT:  If you know.  Does that refresh your

            8    memory as to that question?

            9              THE WITNESS:  Yes.  That sounds like it could be

11:16AM    10    correct.

           11              THE COURT:  Okay.  Well, did it refresh your

           12    memory?  You can say yes or no.

           13              THE WITNESS:  Yes.

           14              THE COURT:  You're saying you remember now there

11:17AM    15    were 13 people?

           16              THE WITNESS:  If that's what Mr. Toy testified --

           17              THE COURT:  Nobody asked you what he said.  The

           18    question is very simple.  Can you say whether or not there's

           19    13 people or not?  You said you couldn't tell.  He gave you

11:17AM    20    something to refresh your memory.  That may refresh your

           21    memory.  You may say, yeah, I remember now.  If doesn't refresh

           22    your memory, just say so.

           23              THE WITNESS:  Yes.  I believe there were

           24    13 people.

11:17AM    25              THE COURT:  Okay.  Go ahead.  Next question.
```

```
 1        Q       BY MR. KELLY:  It's your testimony today that
 2   that number is now up; correct?
 3        A       Correct.
 4        Q       Earlier during Mr. Masur's opening statement, he
11:17AM   5   represented -- I don't know if you remember -- that Redbubble
 6   does what it can to stop infringement.
 7                Do you remember that?
 8        A       Yes.
 9        Q       Do you believe that is true?
11:17AM  10        A       Yes.
11        Q       Could Redbubble hire more people to work on their
12   content team --
13                THE COURT:  That's speculation.  That's
14   speculation.
11:18AM  15        Q       BY MR. KELLY:  You oversee the content team;
16   correct?
17        A       No, I do not, sir.
18        Q       You are the head of the legal department;
19   correct?
11:18AM  20        A       Yes, I am.
21        Q       Do you have the authority to hire people to
22   monitor the infringement of intellectual property rights at
23   Redbubble?
24                MR. MASUR:  Objection.
11:18AM  25                THE COURT:  Do you have that authority?
```

1          THE WITNESS:  No, I don't.

2          THE COURT:  Next question.

3     Q     BY MR. KELLY:  Redbubble spends approximately,

4  you testified, $2.5 million to stop infringement on its website

11:18AM  5  per year; is that right?

6     A     No.  That's not correct.

7     Q     Redbubble spends about $2.5 million a year for

8  people to review works and to make policies and to do things

9  that are related directly to keeping infringement off the site

11:18AM  10  and to taking down stuff that shouldn't be there; correct?

11     A     Yes.

12     Q     Redbubble could, in fact, spend more money to

13  review works on the Redbubble website for infringement; is that

14  correct?

11:19AM  15          MR. MASUR:  Calls for speculation.

16          THE COURT:  Sustained.

17     Q     BY MR. KELLY:  The amount of money that Redbubble

18  spends to combat infringement on its website is small compared

19  to the amount of revenue that Redbubble brings in.

11:19AM  20          Is that accurate?

21          MR. MASUR:  Objection.

22          THE COURT:  Overruled.  If you know.

23          THE WITNESS:  Sir, can you repeat that question,

24  please?

11:19AM  25     Q     BY MR. KELLY:  The amount of money that Redbubble

|   |   |
|---|---|
| 1 | spends to combat infringement on its website is very small |
| 2 | compared to the amount of revenue that the company brings in. |
| 3 | Is that accurate? |
| 4 | A    I would not characterize it as very small. |
| 5 | Q    Redbubble has -- ten months ago Redbubble had a |
| 6 | $1 billion valuation. |
| 7 | Is that accurate? |
| 8 | A    No.  That is not accurate. |
| 9 | THE COURT:  Counsel, I'm assuming you're getting |
| 10 | close to winding it up. |
| 11 | MR. KELLY:  Yes, Your Honor. |
| 12 | THE COURT:  Okay. |
| 13 | Q    BY MR. KELLY:  Ten months ago Redbubble had a |
| 14 | market cap hitting over 1 billion Australian dollars. |
| 15 | Is that accurate? |
| 16 | A    Australian dollars, yes. |
| 17 | Q    The value of the company has gone up since.  Is |
| 18 | that accurate in the last ten months? |
| 19 | A    No.  That's not correct, sir. |
| 20 | Q    Redbubble is a publicly-traded company; correct? |
| 21 | A    Correct. |
| 22 | Q    Its stock price has gone up.  It hit a 52-week |
| 23 | high earlier this year. |
| 24 | Is that accurate? |
| 25 | THE COURT:  If you know. |

11:19AM (line 5)
11:19AM (line 10)
11:20AM (line 15)
11:20AM (line 20)
11:20AM (line 25)

```
 1                      THE WITNESS:  Earlier this year, yes.

 2          Q       BY MR. KELLY:  And when you -- when the company

 3   went public, the stock was trading at about $1 per share.

 4                   Is that accurate?

 5          A       Yes.

 6          Q       It hit $7 this year.

 7                   Is that accurate?

 8          A       I'm not -- I can't testify to that.

 9          Q       It hit a record high this year.

10                   Is that accurate?

11          A       Yes.  This year.  I'm just trying to think of the

12   timeline.

13                      THE COURT:  Okay.  That's okay.  You have already

14   answered question.

15                   Anything further, counsel?

16                      MR. KELLY:  No further questions, Your Honor.

17                      THE COURT:  Okay.  Redirect.

18                          REDIRECT EXAMINATION

19   BY MR. MASUR:

20          Q       Ms. Davis, do you oversee day-to-day lit --

21   day-to-day oversight of litigation at Redbubble?

22          A       Yes.  I oversee litigation but not the day-to-day

23   operations.

24          Q       Sorry.  That was my question.

25                   The day-to-day aspects of the litigation of
```

```
 1   Redbubble?

 2        A       No, I do not.

 3        Q       Did you have that responsibility in 2020?

 4        A       No, I did not.

 5        Q       Who does have that responsibility?

 6        A       Mr. Toy.

 7        Q       And Mr. Toy reports to you?

 8        A       Yes, he does.

 9        Q       And Mr. Kelly was asking you about Redbubble's

10   market cap.  What does that number reflect?  What does a market

11   cap mean for those who don't understand it?

12        A       Market cap is the valuation of the company.

13        Q       So that is not the amount of money that Redbubble

14   has available to spend on a day-to-day basis; correct?

15        A       No.  Absolutely not.

16        Q       That's its total worth.  It's like a net worth of

17   a human being, not their salary?

18        A       Correct.

19        Q       Okay.  And in May 2020, roughly how many listings

20   per day were uploaded to Redbubble?

21        A       I believe that was about 25,000 listings back

22   then.

23        Q       And today roughly 75,000?

24        A       Correct.

25        Q       So between -- so between when Redbubble was
```

11:21AM (line 5)
11:21AM (line 10)
11:21AM (line 15)
11:22AM (line 20)
11:22AM (line 25)

```
 1    dealing with 25,000 listings a day and now when it has 75,000
 2    listings a day, did it seem appropriate to you that the size of
 3    its operations team to review those -- to review the listings
 4    would triple?
```
11:22AM  5            A       Yes.  That seems appropriate.
```
 6                    MR. MASUR:  Nothing further, Your Honor.
 7                    THE COURT:  You may step down.
 8                    Next witness.
 9                    MR. MASUR:  Defense rests.
```
11:22AM 10            THE COURT:  Anything further?
```
11                    Ladies and gentlemen, at this time I'm going to
12    excuse you a little bit early, like 7 minutes early, for lunch.
13    Both sides have rested the case.  That means the next thing we
14    go into will be the argument of counsel of what the evidence
```
11:23AM 15   showed, and I will instruct you on the law that applies to the
```
16    case at that time.
17                    We're going to have you come back a little later
18    because we have some work to do as far as jury instructions and
19    things like that and to prepare their arguments, et cetera.  So
```
11:23AM 20   we will have you come back in -- I apologize for this because I
```
21    know you don't like long lunch breaks.  We will have you come
22    back in at 1:30 rather than 1:00.  So you have to figure out
23    something to do for an extra half hour.
24                    So remember the admonishment not to discuss the
```
11:23AM 25   case among yourselves or with anyone else.  Do not form or

|  |  |  |
|---|---|---|
|  | 1 | express any opinions about this matter until it is submitted to |
|  | 2 | you and you retire to the jury room.  With that admonishment |
|  | 3 | have a pleasant lunch.  We will see you back in at 1:30.  Let's |
|  | 4 | start right at 1:30.  You are excused at this time. |
| 11:23AM | 5 | If you will leave quietly because I will still be |
|  | 6 | talking to the attorneys. |
|  | 7 | (The following proceedings were held in |
|  | 8 | open court outside the presence of the jury:) |
|  | 9 | THE COURT:  You may have seats.  The record will |
| 11:24AM | 10 | reflect the jury has left the courtroom. |
|  | 11 | Counsel, two things.  Number one is, unlike the |
|  | 12 | jury, we're going to ask you to be back at 1:00 o'clock rather |
|  | 13 | than 1:30.  The reason I want to do that is I want to see if by |
|  | 14 | that time we can give you what instructions will be given |
| 11:24AM | 15 | because some of them are going to be modified by the Court. |
|  | 16 | Then I'm going to ask -- where is your location |
|  | 17 | of your offices?  Who is closest to the court? |
|  | 18 | MR. MASUR:  I believe we probably are, |
|  | 19 | Your Honor.  We are at Cal Plaza. |
| 11:24AM | 20 | THE COURT:  One of you -- you just volunteered |
|  | 21 | although you didn't know it -- |
|  | 22 | MR. MASUR:  It was a factual question, |
|  | 23 | Your Honor. |
|  | 24 | THE COURT:  -- has to prepare the clean |
| 11:24AM | 25 | instructions.  We will give you the instructions at |

1    2:00 o'clock.  We need the clean instructions not by 1:30 but

2    by the time I read the instructions to the jurors.  So someone

3    is going to have to just copy the clean instructions.  I can't

4    give the jury --

11:25AM    5    MR. MASUR:  I understand.  Your Honor, I will --

6    we will do our utmost -- we are not back in the office yet; so

7    I don't know how much staff --

8    THE COURT:  Do you have people in the office that

9    can do it, plaintiff?

11:25AM    10    MR. WESLEY:  I think so.

11    THE COURT:  We will have the plaintiffs prepare

12    the clean instructions.  We will give you a copy of those

13    instructions at 1:00 o'clock.  I'm not going to need them until

14    at least an hour and a half, two hours after that.  I think

11:25AM    15    that's all we need to know.  Work through the lunch hour.  We

16    will talk to you at 1:00 o'clock, give you those instructions.

17    We will proceed at that time.

18    One thing to keep in mind when you argue your

19    case, because before the instructions are given, please couch

11:25AM    20    your argument in terms of, if you're talking about the

21    instructions, I anticipate the Court might give this

22    instruction, rather than saying the Court is going to give this

23    instruction because sometimes, whatever happens, I might not be

24    giving that instruction.  It will make you look bad.  So it

11:26AM    25    should always be I anticipate the Court is going to give you

```
 1    this instruction.

 2              Any other questions you have?

 3              MR. MASUR:  Your Honor, we were actually in the

 4    process of getting ready to file a Rule 50 Motion.  So it

 5    should be on file before you charge -- it should be on file --

 6              THE COURT:  Normally what we do in that case,

 7    counsel, is we will take it under submission.  So you retain

 8    your right.  We will take that under submission.  I can rule on

 9    it before or after.

10              MR. MASUR:  Understood, Your Honor.

11              THE COURT:  Same for the plaintiff on it.

12              MR. MASUR:  I wasn't sure whether there were

13    topics on which Your Honor might consider granting now and

14    therefore it would obviate jury instructions.  For instance, we

15    don't think there's been evidence of actual counterfeiting

16    here.

17              THE COURT:  Well, okay.  Let me -- normally the

18    only thing is that, when I give the instructions, I give it

19    based upon the evidence that came in.  It's not that I wouldn't

20    give the instruction.  But I'm interested in that issue.

21              Let me hear, if I can, just two or three minutes

22    as to why you don't think there's counterfeiting.

23              MR. MASUR:  So, Your Honor -- and I think this is

24    fairly well-briefed in our Summary Judgment Motions.

25    Counterfeiting requires a few very technical things.  It's got
```

to be -- it's got to be within one of the classes that's on the registration.  So registered marks only.

THE COURT:  It's got to be registered mark.

MR. MASUR:  It has to be on a class registration certificate.  It's got to be something -- it's got to be an invitation of something that plaintiff made which means they have to have made something that is in a class in the registration.

THE COURT:  You're saying there's not such a thing as contributory --

MR. MASUR:  No.  What I'm saying is, leaving aside the contributory question, we don't think there's actual counterfeiting here even downstream or upstream of Redbubble. In that, the stickers in question, there's been no evidence introduced whatsoever that Brandy Melville ever produced a sticker of its own --

THE COURT:  Counsel, if there's counterfeiting, it would have to go towards what was registered.

MR. MASUR:  Right.

THE COURT:  That's the first thing.  So they can still prove counterfeiting toward the registered trademarks.

MR. MASUR:  Not unless they have also made their own stickers, Your Honor.  It's not enough to counterfeit the mark.  You have to counterfeit the product.

THE COURT:  It depends what's on the sticker.

1     MR. MASUR:  Sure.  But there was never a -- there

2     was no evidence that there was a sticker that plaintiff

3     produced that had its logo on it, that had either Heart logo or

4     Flags logo.  And there was nothing to be imitated and

11:28AM  5     counterfeited by a downstream.

6             THE COURT:  Counsel?

7             MR. WESLEY:  Your Honor, there are two marks in

8     question.  LA Lightning, we have in evidence them offering for

9     sale an LA Lightning T-shirt.  Our registration is for apparel

11:28AM  10    including T-shirts, and we also have in evidence a sample of

11    that T-shirt.  So on that mark, there is no question that

12    counterfeiting is in play.

13            In terms of the Brandy Heart mark, we have shown

14    the Brandy Heart mark on tags on apparel.  Mr. Rianna testified

11:28AM  15    that he saw the Heart mark on apparel on Redbubble, and we know

16    that they sell apparel.  And, in addition, we have a Heart mark

17    sold in conjunction with things like stickers and signs and

18    other.

19            THE COURT:  I think what they're saying is on the

11:29AM  20    first one you have to show that it was actually made rather

21    than just advertised is what they're saying, on the shirt that

22    you first mentioned.

23            MR. MASUR:  Yes.  I would say especially since

24    that was a user in Canada if I'm not mistaken.

11:29AM  25            THE COURT:  So what you're saying is that there

1   is no counterfeiting as opposed to infringement if the product

2   was never made.

3              MR. MASUR:  Yes.

4              THE COURT:  But the second one, you said, was a

11:29AM  5   product sold.

6              MR. WESLEY:  It was.  On the first one,

7   Your Honor, the statute says right in there, right in the

8   Lanham Act, sale or offer for sale.  We briefed that

9   previously.

11:29AM  10             MR. MASUR:  As far as -- I think counsel is

11  perhaps confusing two different issues.  We don't dispute that

12  Brandy Melville uses, for instance, the Brandy Melville Heart

13  or Flags logo on collar tags.  What we dispute is that you

14  can't copy a collar tag with the front of a shirt.  And they

11:30AM  15  have never put it on the front of their shirt.  There is no

16  evidence of that.  In fact, there is deposition testimony that

17  did not come in that said it was their policy.

18             THE COURT:  The other issue that neither one of

19  you raised, but in the instructions -- I don't believe it was

11:30AM  20  ever in the proposed instructions as to -- that it has to be

21  willful.

22             MR. MASUR:  I believe that willfulness was a

23  separate issue, Your Honor.

24             THE COURT:  Willfulness as to the counterfeiting.

11:30AM  25             MR. MASUR:  I believe it goes to statutory

damages, and we don't think there was evidence of willfulness

of counterfeiting.

THE COURT:  So you feel you can be liable on

counterfeiting that was not willful.

MR. MASUR:  I believe, Your Honor -- we believe,

Your Honor, that there is no liability on counterfeiting

period.  But we certainly --

THE COURT:  I mean in general.

MR. MASUR:  We certainly believe there is no

evidence of any willful contributory --

THE COURT:  That's not my question.  Is your

position that the law is that you don't -- you can be liable

for counterfeiting even though it's not willful?

MR. MASUR:  I believe a counterfeiter -- that is

a complex question, Your Honor.

THE COURT:  It's a complex issue.  There is no

question -- I know counsel is going to raise here -- that you

don't have to show that the person knew that it was registered.

There's no question.  But does it have to be willful

counterfeiting which is --

MR. MASUR:  I believe it would have to be that

the user who created it willfully counterfeited.  Given that

there's no registration mark on the LA Lightning logo, there's

no evidence of that.

THE COURT:  Okay.

```
1              MR. WESLEY:  Your Honor, there's two forms of

2    statutory damages for counterfeiting.  For non-willful

3    counterfeiting, it's zero to 200,000.  For willful, it goes up

4    to 2 million.  Therefore, based on that premise --

5              THE COURT:  Okay.  Okay.  Do you want the answer?

6    Come back at 1:00 o'clock.

7              MR. MASUR:  Thank you, Your Honor.

8              THE COURT:  I will give you the instructions at

9    that time.

10             (A lunch recess was taken until

11              1:30 p.m. of the same day.)
```

**TUESDAY, JUNE 22, 2021; 1:20 P.M.**

**LOS ANGELES, CALIFORNIA**

-oOo-

(The following proceedings were held in

open court outside the presence of the jury:)

THE COURT:  Okay, counsel.  It took us a little

longer than I thought.  I'm going to give you these

instructions.  The law clerks give one set to each person.  The

plaintiff is going to have the -- someone make a clean copy of

those instructions without what number they are or anything

else.  Just each instruction.  There should be a blank at the

top saying jury instruction number what and a blank there.

The verdict forms, I've got to tell you.  You

both asked for special verdict forms.  It's going to be more a

general verdict form than special verdict form.  I'm going to

have to rewrite the verdict forms.  So I can't get to those

before we argue the case.

Since it took longer than I thought, we won't

start the jury trial until a quarter of.  So if you need a

little more time to prepare your argument, it will be a quarter

of -- quarter of 2:00.  Okay.  We will be back then at quarter

of 2:00 to start the instructions at that time -- excuse me --

start the argument at that time.

(A recess was taken at 1:21 p.m.)

```
 1              (The following proceedings were held in

 2         open court in the presence of the jury:)

 3              THE COURT:  Okay.  The record will reflect that

 4    all the jurors are present in the respective seats in the jury

 5    box.

 6              Ladies and gentlemen, we have now come to that

 7    point where counsel gets a chance to argue the case to you.

 8    You have all the evidence that you will use now to determine

 9    what the facts of the case are.  Remember your two duties, to

10    determine the facts of the case and apply the law that I will

11    give to you after the argument.

12              So you have heard all the evidence.  What the

13    attorneys will say during their argument is not evidence.  It's

14    their recollection of what the evidence is.  Now, it may differ

15    from what you say.  It's not because they're trying to

16    intentionally deceive you or anything else.  It's that's the

17    way you remember it.  How you remember is what controls on it.

18    Keep that in mind.  It should be very beneficial to you as far

19    as listening to how they think maybe you should interpret it,

20    and you can take that in any way you feel is appropriate.

21              Any questions you might have before we get

22    started?  The argument will be about 30 minutes per side.  It

23    will be about an hour we will be here.  Then we will get into

24    the instructions after that.  Ready to go?

25              Okay.  Counsel.
```

1          MR. WESLEY:  Thank you, Your Honor.

2          Good afternoon, ladies and gentlemen of the jury.

3  I want to thank you, again, for your service and your time.

4  All of us just being here in person, now I think we can -- we

01:50PM  5  don't agree on everything, but I think we can all agree that

6  this is a positive sign for our community and our world.  So

7  thank you for that.

8          So when I ended my opening statement, I had said

9  there were going to be three issues really that I wanted you to

01:50PM 10  focus on, and I'm going to go back to those three issues.

11         The first is did Redbubble contribute to

12  trademark infringement or counterfeiting?  And I think the

13  evidence showed that they did so in multiple ways.

14         First, actual products had our registered

01:50PM 15  trademarks printed on them.  Pretty obvious sign of

16  contributing to counterfeiting and infringement.  That was the

17  Brandy Melville Heart logo.  And here is our Los Angeles

18  Lightning logo actually printed on a variety of different

19  apparel.

01:51PM 20         In addition, our trademarks were used in titles

21  of products.  So this one, Exhibit 181, is Brandy Melville No

22  Foolinsticker, so in the title of the product.  We heard from

23  Mr. Toy yesterday that, even under Redbubble's view of the

24  world, use of a trademark in a title can be just as confusing

01:52PM 25  as if it's printed on a product itself.  That's Exhibit 70.

1          The third way that Redbubble contributed to the

2     infringement was by using Brandy Melville as a keyword to drive

3     customers to the site.  And I want to be 100 percent clear with

4     you because I think there was some uncertainty perhaps in the

01:52PM    5     testimony.  If Brandy Melville was used as a keyword to drive

6     customers to an ice cream store, we wouldn't be here.

7     Likewise, if Redbubble was selling a moon design with

8     Brandy Melville nowhere around it, we wouldn't be here.

9          We are here because Redbubble is using the

01:52PM   10     Brandy Melville keyword to drive customers to the very same

11     products that they can find in Brandy Melville stores.  And we

12     could go through all of them.  There were literally thousands.

13     I will just remind you of a couple.  Here's the authentic

14     product on the Redbubble Brandy Melville page.  Here's the

01:53PM   15     authentic Brandy Melville product.  Authentic Brandy Melville

16     product, Redbubble product on the Brandy Melville page.

17     Redbubble product, Brandy Melville product.

18          So did Redbubble contribute to any infringing

19     conduct?  I don't think it's -- I don't think it's a close

01:54PM   20     question at all.  They facilitated every part of the promotion

21     and sale of counterfeit and infringing items on their site, and

22     in doing so, they took a facilitation fee as Mr. Toy also

23     testified to.

24          Second question that I raised in opening was did

01:54PM   25     Redbubble act knowingly or willfully, blindly, or did they just

1    have no idea and no reason to know?  Now, willful blindness, I

2    kind of think of it like you bring a group of 10-year-old --

3    ten 3-year-old kids to a playroom, you shove them in, close the

4    door, and close your eyes.  And then, when you start hearing

01:54PM    5    crying, you say, well, I didn't see anything.  I didn't know.

6    Well, you didn't see anything, but you sure knew putting in ten

7    3-year-olds into the same playroom without any supervision

8    might be a problem.  So that's the willful blindness component.

9    And was Redbubble willfully blind?  I would say at a minimum

01:55PM    10    they were.

11             Even before the cease and desist letter, we saw

12    in 2015 there were communications with customers saying we

13    shipped you products, a Brandy Melville sticker,

14    Brandy Melville sticker.  2016 -- this is trial Exhibit 301 --

01:55PM    15    this is Redbubble now affirmatively saying to customers, hey,

16    you bought some Brandy Melville items before, try out some

17    more.  More Brandy Melville stickers.  Click on any of these

18    links.  That's 2016.  2017, we have the chat with a visitor to

19    the Redbubble site just asking, point blank, do you have any

01:56PM    20    Brandy Melville stickers?  Instead of saying, no, of course we

21    don't, we don't make any branded products, the response is,

22    after some back-and-forth, here is a link to what I've found,

23    and directing the customer to the Redbubble link to the

24    Brandy Melville sticker page.

01:56PM    25             You know, they say they don't go looking until

the brand owner notifies them.  I think I heard a few different

reasons for that.  But, to me, that's really pretty remarkable

that they don't go looking at their own site until an

intellectual property owner or designer sends them a message.

01:57PM    Can you imagine being the swap meet owner who sees the

Louis Vuitton counterfeits in all the bins right next to him

and says to himself, well, I haven't heard from Louis Vuitton

yet.  I don't see any problem here.  We'll just wait until we

hear.  That's willful blindness to a "T," and that's what

01:57PM    Redbubble does at least until they hear from brand owners.

And did they have reason to know about

Brandy Melville in particular other than from what I've shown

you?  Well, they spend a lot of time tracking the success of

their keywords.  It's pretty important for their business.

01:58PM    This was a study in 2018, top 1,000 keywords for Redbubble.

And after a few generic terms, the first branded term is

Brandy Melville.  They didn't know about us before the cease

and desist letter?  I will let you be the judge of that.

But we do know -- and Mr. Toy admitted -- that,

01:58PM    as of May 14, 2018, they knew there was a problem, and they

knew we were complaining about two issues -- use on the

products and use on keywords.

Now, we heard from Mr. Toy today that they didn't

start policing after receipt of this letter.  I listened with

01:59PM    great interest to hear why, and I never heard a really great

explanation.  I heard we didn't really know what to look for.
You weren't being engaging enough with us.  Well, couldn't you
at least police for Brandy Melville?  But they didn't do that.
And in the meantime, nearly every day new counterfeit products
01:59PM   are being uploaded onto the Redbubble site.

So, finally, we sue, and even after suing, they
not only start selling additional infringing products, but they
go so far as to congratulate their users.

This is August 7th, 2019, several months after
02:00PM   being sued.  "Congratulations on your recent sale on Redbubble.
You are well on your way to becoming a true Redbubble all
star."  The product that that, quote/unquote, artist uploaded
and sold?  A phone case of brandymelvilleusa.

Now, what else could they have done?  Alert the
02:00PM   manufacturer.  Somebody is out there actually physically
stamping the Brandy Melville onto products.  If you really
wanted to stop this, tell the manufacturer to keep an eye out.
Alert your customer service representatives.  Hey, if you see
an order form for Brandy Melville stickers or
02:00PM   Philadelphia Eagles stickers or Gossip Girl stickers, just give
us a heads up.  Maybe there is an innocent explanation.  But at
least we should probably know.  Maybe put a list of banned
designs on the website, give those users who are truly
uncertain a guide as to what can't be used.

02:01PM   And we always thought suspending our keyword

because, really, the only reason you're going to be looking for
Brandy Melville is to find a Brandy Melville product.  For our
particular keyword, we thought that made sense.  But maybe
there's some technological workaround.  Maybe there's some
disclaimer.  Maybe there's something that could have been done,
but nothing was.

And Mr. Toy was very adamant today in testimony
that they're very, very effective in stopping counterfeits, but
here's what he said to me yesterday.

"Question:  Well, there are
significant quantities of infringing
goods on Redbubble's site as we sit
here today in this trial.  No?

"Answer:  I don't know.  You're
probably right."

That comes from the person in charge of Redbubble
of policing counterfeits and IP infringement.  That -- all of
that is willful blindness and/or just pure knowledge.

Third question I raised during opening is what
remedy would be appropriate in this case?  Well, you will hear
two different remedies that are available.  The first is a
disgorgement of profit.  And so the idea there is, if somebody
is infringed or contributed to infringement, you disgorge the
profit.  You take it away from them because they really don't
deserve to keep it.

1    So here we heard testimony from Phil Paley that

2    the sales revenue of products related to Brandy Melville were

3    118,583, and that's -- you will hear in jury instructions

4    that's our burden as the plaintiff to put up the top line sales

02:03PM  5    number.  So that's the top line sales number there, at least

6    for the items that they put on their cart.

7    But we saw also a different form of enrichment

8    that Redbubble received through use of our trademark, and

9    that's through use of the keyword.  23,308 users added

02:03PM  10    something to their chart after using the Brandy Melville

11    keyword.  That was in a single year.

12    Now, there's a second form of remedy beyond

13    profits, and that's statutory damages, and those serve a

14    different purpose.  See, if the law solely said that we're

02:04PM  15    going to take away the profits from infringement, then that

16    wouldn't be too much of a deterrent for somebody who really

17    wanted to make money from infringing.  Not everyone sues.  Not

18    everyone who sues prevails.  And so companies that want to make

19    money are willing to risk disgorgement of profit in a single

02:04PM  20    case in order to keep the machinery going.  So one of the

21    reasons why the law has statutory damages is to deter companies

22    or people from engaging in infringement counterfeiting in the

23    future.

24    You will hear from the Court after we're done

02:05PM  25    that there are certain ranges in the law for statutory damages.

1    I believe what you will hear is that, if you find that the

2    counterfeiting was non-willful, you can award up to $200,000

3    per type of good sold if it's covered by our registration.  And

4    if you find that there has been willful infringement

02:05PM   5    counterfeiting, you can award up to $2 million for type of

6    goods sold that's contained within the registration.

7              So what amount would deter Redbubble from the

8    ongoing game of whack-a-mole that it asks brands to engage in?

9    I'm going to leave that to your discretion.  I'm going to sit

02:06PM   10   down now, and I'm going to listen intently to my friend on the

11   other side, and I will have a few minutes afterwards to respond

12   and to give you some last thoughts.

13             So thank you for your time.

14             THE COURT:  Thank you very much, counsel.

02:06PM   15             Counsel?

16             MR. MASUR:  Members of the jury, my friend

17   Mr. Wesley does -- is correct when he speaks for us all for

18   thanking you, especially at this time when we're all coming

19   back and for pushing that off for a few more days to be here

02:06PM   20   with us and to hear this dispute between a couple companies

21   that I don't think many, if any, of you had heard of before

22   last Thursday.  This system doesn't work without you, and we

23   are indebted to you for it.

24             Members of the jury, I don't know whether

02:07PM   25   everyone -- these days not everyone drinks sodas, but it used

         1    to be pretty common that you might go into a restaurant and ask

         2    for a Diet Coke or Coke.  That restaurant might not carry Coke

         3    or Diet Coke.  Instead, maybe they carry Pepsi.  That

         4    restaurant, when you ask for a Coke or Diet Coke, wasn't

02:07PM  5    required to say you have to go thirsty.  They weren't required

         6    to say we can't talk to you now because you have mentioned a

         7    forbidden word.  They're allowed to say, how about Pepsi?

         8    They're allowed to say that.  You don't get a monopoly just

         9    because you've got a trademark on every use of the word.

02:08PM  10            Again, you know, last week, ladies and gentlemen,

        11    I came up here before you, and I said that this really came

        12    down in a lot of ways to common sense, and that's still the

        13    case.  I told you it was about common sense and fairness and

        14    about what happens when you've got a company that provides

02:08PM  15    services that were supposed to be used to do good things and

        16    sometimes people use them in ways that aren't as good and that

        17    aren't the ones they intend to be used -- that the company that

        18    provides the services intended to be used.  And I think that is

        19    intuitive for all of us.

02:08PM  20            Now, last week His Honor instructed you that the

        21    attorneys here were going to hand you pieces of the puzzle over

        22    the course of the testimony.  Now it's our job to try to tell

        23    you how those puzzle pieces fit together.  And for us, in many

        24    ways, where they're missing.  I'm going to try to do that a

02:09PM  25    little bit now.

1          The law says that companies like Redbubble are

2  contributing to infringement when they do specific things, when

3  they know that specific infringement is happening and they

4  don't stop it or when they're willfully blind, when they avoid

02:09PM  5  learning about it intentionally.

6          There is a difference, ladies and gentlemen,

7  between allowing the possibility that infringement can happen,

8  permitting it -- the law doesn't say you can't permit it.  The

9  law says you can't contribute to it.  That's more than simply

02:10PM  10  allowing it.  That's what the law requires.

11          You know, it makes sense that a rights holder

12  like Brandy Melville, which knows what its rights are, which

13  knows its marketplace, which knows its consumers, that it's

14  incumbent on it to let people know -- to let platforms, for

02:10PM  15  instance, know that it can be used in these neutral ways, let

16  them know, hey, we're seeing this here.  That's what creates

17  the obligation.  I believe that's what the Court is going to

18  instruct you a little bit later.  That's what creates that

19  obligation.

02:10PM  20          The fact that some random person put a listing on

21  Redbubble's website that included an "R" in a circle -- which,

22  again, I think you will hear from His Honor an "R" in a circle

23  is a very specific thing.  Frankly, if plaintiff here had put

24  an "R" in a circle on Brandy Melville just the words, that

02:11PM  25  would have been what's called false marketing because, as you

heard, there is no word mark for Brandy Melville alone.  That

application died.

Now, you heard some specific testimony from

Mr. Rianna, for instance, that -- and Ms. Elkins, for that

02:11PM   matter that Brandy Melville, they deliver multiple new designs

to stores each week and stop using designs at different points.

How can a marketplace like Redbubble keep track of that?

Again, we're talking about a universe of millions of brands.

You need to pay attention to this one.  How do you decide which

02:12PM   one you need to pay attention to?  Well, they give you notice.

They tell you we're seeing this here.  When that happened, what

you saw was that Redbubble stopped that.  They took the

listings down.

Thomas, can we go to Exhibit 627?  Zoom in on the

02:12PM   second and third row.

You heard Ms. Rickert testify about this earlier,

members of the jury.  May 15 Redbubble goes through and does a

sweep, finds not just the six images that plaintiff talked

about, finds another 20, takes down the things it's able to

02:13PM   find.  What happens?  No sales of those Brandy Heart logos for

over two months.  Now, Redbubble thought it solved the problem.

It didn't know that there were more Brandy Melville listings

coming up on there because it turns out plaintiff was paying

attention but never said anything.

02:13PM   Is that what you do when you care about

something?  If you're watching someone take something that's

yours -- that's the theory here -- do you just sit and watch it

happen, or do you say something?  I think it speaks to what

value people place based on what their actions are.

02:13PM          There are going to be three big issues going in

front of you.  Those three big issues are whether Redbubble

contributed to infringement, again, contributed to particular

infringement, or turned a blind eye, intentionally puts its

head in the sand.  The question of counterfeiting, big one.

02:14PM  And then, if you do decide that Redbubble has liability, what

the damages are.

          Let's talk about what Redbubble does to stop

infringement from happening on its site.  It starts with the

fact that, when users sign up and every time the user creates a

02:14PM  listing, that user has to affirmatively represent to Redbubble

we have the rights to do that, I have the rights to do that.

          Redbubble doesn't stop there.  Next step -- next

step in the filter, SIFT, this software that you heard about

which Redbubble pays $500,000 a year just to license.  It looks

02:14PM  across multiple sites, not just Redbubble.  It looks across

various different E-commerce sites.  I think it's probably a

familiar enough term at this point.  And it looks for the types

of behaviors.  It looks for people who are behaving badly on

one site, who are committing fraud on one site, and it tries to

02:15PM  track that back to what they do on others.  We use that.  It

1  takes out a third of listings on Redbubble.  It takes out the

2  vast majority of listings by people who are trying to do bad

3  things.

4          Again, you heard Mr. Toy's testimony.  75,000

02:15PM  5  listings a day.  Redbubble reviews 25,000 manually, and of

6  those it stops 6,000.  That's not a company that is putting its

7  head in the sand.  I can't know how -- I can't think of any

8  better way to say that.

9          Redbubble also, we heard, responds to takedown

02:16PM  10  notices, and it responds in a way that is responsible.  It

11  says, here, you have given us a specific place to look,

12  especially if there's a significant URL, web address.  We will

13  look at that.  And while they're at it, they're usually going

14  to look for other stuff too.  They did here.  They found more

02:16PM  15  than plaintiff's counsel pointed to when they sent that letter

16  in May of 2018.

17          The proactive policing program, I think you heard

18  in detail about that, especially from Mr. Toy.  You saw the

19  four-page document.

02:16PM  20          Can you pull up Exhibit 115, four-page document.

21          Now, this is a list of the words we're looking

22  for and of the graphics we're trying to find.  Again, if you go

23  down -- scroll down a little bit.  If it sees those properties

24  Brandy Melville, brandymelvilleusa, if someone who is a human

02:17PM  25  being at Redbubble, if they see those -- if they see those

words on the visual itself, on the graphic, it comes down.

Now, is it possible that people miss words there if they're small?  Of course.  Is it possible that users -- the person -- we're talking about human beings here -- that they click the wrong button?  Of course.

Ladies and gentlemen, I should have asked you at the beginning.  If you are taking notes, it's a great idea to write down the exhibit numbers that I'm talking about because you're going to be getting these back in the jury room with you.

Again, Exhibit 115 we talked about.  That's what Redbubble was looking for.

Redbubble developed multiple different technologies to identify and prevent infringement.  Tag-based suspension, Mr. Toy testified about this.  This is Exhibit 51, by the way.  Other key exhibits, Exhibit 60, some of the training materials; 30 and 31, user agreements.

But the tag-based suspension Mr. Toy talked about, for certain rights holders who Redbubble learns are particularly concerned, if you use, for instance, the phrase Brandy Melville in a tag, it gets reviewed by a human being before it goes up on the site.  It's not to say human beings don't make mistakes because we all do.  But making mistakes is not the same thing as willful blindness.  You saw that big listing that Mr. Wesley referred to.  Those were the listings

that Redbubble found and took down.  Those were the ones that, however many hundred-page report, that was what Redbubble found and took down.  How can that be willful blindness?

Now, plaintiff says we should be disabling keywords, stopping people from tagging.  Not stopping people from searching necessarily but stopping users from tagging works, tagging our works with Brandy Melville.  What you have also heard -- and I think those of you who use Internet searches to try to find graphics know that the only way to find them is by using the words that might describe them.  If we can't use the words Brandy Melville to find and take down those listings on our site, we can't find them.  Turning those off, ladies and gentlemen, that's the definition of willful blindness.  If we stopped ourselves from being able to find these listings, that would be being willfully blind.  We don't do that.  We take it seriously.

Now, I do want to talk a little bit about counterfeit because I do think this is an incredibly important issue.  You're going to hear that counterfeiting is the only basis you can give statutory damages on.  And statutory damages are, let's be honest, the big number here.  To be a counterfeit is not just infringement.  It's got to be a registered mark. There are only three here, and they're not even at this point asserting that there is counterfeiting of the Brandy Flags logo.  Just Brandy Heart and LA Lightning.  They have to be

1   registered.  Brandy Melville -- the words Brandy Melville alone

2   are not a registered trademark.  There can't be counterfeiting

3   of the words Brandy Melville.

4            Now, those registration certificates 5 and 7 are

02:21PM  5   the important ones to look at.  Sorry.  6 and 7, the Heart and

6   the LA Lightning.

7            Now, the counterfeit has to be in one of those

8   registered classes.  For the LA Lightning, the only one is

9   clothing.  For the Brandy Heart there are stickers, there are

02:21PM  10  clothing.  Those are the things that we're talking about as

11  classes that they are asserting there are counterfeits in.

12            But here's the thing.  His Honor may instruct you

13  using the words stitch-for-stitch, and these are important

14  words.  We believe that a counterfeit has to be a

02:22PM  15  stitch-for-stitch copy meaning an exact copy, not just of a

16  mark but of a product that has that mark on it.  If there's no

17  product to copy, there can't be a counterfeit.

18            There is not a single Brandy Heart logo sticker

19  that has been shown to you that was made by the plaintiff

02:22PM  20  because they never did.  If they made one, they would have

21  brought it here.  The shirts that they say have the Brandy

22  Heart logo on them, they have them on the collar tag, they have

23  them on a hangtag.  The shirts they are claiming are

24  counterfeits have it across the front.  Again, no evidence that

02:23PM  25  Brandy Melville has ever made a shirt with that Heart logo

across the front.  That's not stitch-for-stitch copy.  Just

can't be.

Now, I keep saying this is what we're hearing

from plaintiff, but to be honest, we haven't heard from

02:23PM   plaintiff at all.  The plaintiff here is a Swiss company called

Y.Y.G.M.  They license a company called -- I believe at least

does business as brandymelvilleusa.  Y.Y.G.M., Swiss company,

that's who stands to profit here if you award damages, not the

U.S.

02:24PM   Now, that's not because -- I can understand being

skeptical maybe because of the pandemic and made travel

difficult.  Frankly, it made it impossible for certain of our

witnesses to come here from Europe or Australia.  But that's

not the deal here.  You see, at the beginning of the case, very

02:24PM   early in the case -- and this is something that you wouldn't

know if you weren't lawyering.  But at the beginning of the

case, both sides have to say here are the people we have got

with knowledge about this.  We gave them a list of two dozen

people.  They gave us two, Ms. Elkins and Mr. Rianna.  They

02:24PM   didn't identify a single person of the plaintiff itself who had

any knowledge.  We couldn't take their depositions.  That is

sworn testimony outside of court that you heard read into the

record over the last four days.

Now, again, we're looking at common sense here,

02:25PM   members of the jury.  Common sense says, if something matters

to you, if you care about it, not only do you speak up, but you
show up.  They're not here.  This is fundamentally about trying
to get money that Brandy Melville never would have made itself
but to get it out of Redbubble.

02:25PM      You know, let's talk a little bit about
trademarks and how they work.  Trademarks are about identifying
the source of a product.  It kind of gets blurred these days.
People think maybe a trademark is what's on the front of a
shirt, for instance.  But that's actually -- legally, that's
02:26PM not a trademark use.  A trademark use is something that says
this is what the source is.  And a trademark infringement is
when someone, a reasonable consumer, would be confused about
what that source is.

There was no evidence here, members of the jury,
02:26PM that even a single consumer was actually confused.  No evidence
whatsoever.  No one tried to return a shirt to a
Brandy Melville store that they had purchased through
Redbubble.  That would say they might be confused as to where
they came from.  No question.  You heard also testimony that
02:26PM Brandy Melville's fans, they put pictures up on Instagram and
tag it with their Brandy clothing.  You heard that no one could
identify anyone from the brandymelvilleusa organization to
identify a single time that somebody had tagged a counterfeit
shirt saying it was Brandy Melville on the Instagram.  Even
02:27PM Ms. Walters who had done the investigation, she testified she

        1    wasn't confused about where she was.  She knew she was on

        2    Redbubble.

        3              And that makes sense, right?  They're talking

        4    about searches on Redbubble.  How does someone not know that

02:27PM 5    they're on Redbubble when they're doing searches on Redbubble?

        6    They don't.

        7              There's no survey here of potential consumers to

        8    say whether they might be confused.  That is usually what

        9    happens in large trademark cases.  You look for surveys.

02:27PM 10   Didn't happen here.

        11             Most of the listings that plaintiff seems to

        12   complain about used Brandy or Brandy Melville.  Not on the

        13   image.  They use it in the tag.

        14             Brandy Melville's customers, they're a very

02:28PM 15   specific demographic.  This was the testimony you have heard.

        16   They're a niche.  They know the products they are looking for.

        17   The products by Brandy Melville are sold by Brandy Melville.

        18   They know that they come in one size, not multiple sizes.

        19   Again, who's going to be confused going onto Redbubble's site

02:28PM 20   and looking for it?  No one.

        21             That one size, if you will remember Exhibit 222,

        22   that one size, 17-inch length and 16-inch bust, I don't think

        23   if that anyone is going to confuse someone walking down the

        24   street, for instance, in a -- actually, that's not a good

02:28PM 25   analogy.  No one is going to get confused going on the

Redbubble site and being able to choose anything from an extra small to a triple XL with someone with a 16-inch bust -- with something that fits someone with a 16-inch bust.

And, again, every single listing -- not only are they on Redbubble.com.  Every single listing has a Redbubble logo on it, and it says that it's created by a specific artist.  No one thinks that's from Redbubble -- no one thinks that's from Brandy Melville.  They know.

Now, I do have to disagree with my colleague here about what the purpose of statutory damages are.  He thinks it's a punishment.  I don't think that is the case.  But what statutory damages are really designed to do is to present you with a way to award money to compensate a trademark owner when there's no real way to calculate what the damage is.  Especially when, for instance, the plaintiff doesn't have numbers it can associate with that damage and the defendant doesn't have profit numbers it can associate with the damage.  We opened the kimono, ladies and gentlemen.

We gave them hundreds of thousands of pages of documents so that they could figure out what our profits were.  We will go into that in a minute.  They put their chief financial officer for the U.S. -- the head money guy in the U.S. appeared.  You would think that anyone knew what the financial impact was to Brandy Melville for this supposed rampant infringement, if anyone were to know about that, it

 1   would have been Mr. Rianna, the chief financial officer.  We

 2   heard nothing.

 3               Statutory damages are not designed to be a

 4   windfall.  They're not designed to give a trademark owner a

 5   windfall that they -- of money that they would not have earned

 6   themselves or money that can't be -- that just comes out of

 7   thin air.  It's supposed to be tied to an actual injury.  The

 8   reason why Brandy Melville doesn't want to tie you to an actual

 9   injury is that that doesn't really work to their benefit.

10               Can we go to Exhibit 26.  I'm sorry.  To DD26.

11   Thanks.

12               Again, members of the jury, if you're writing

13   down, these are good numbers to write down.

14               THE COURT:  Counsel, you have about five more

15   minutes.

16               MR. MASUR:  Thank you.

17               May 14, 2018, that's when they found out --

18   that's when they gave us notice.  That's when the damages clock

19   is supposed to start.  Redbubble's fees, the portion that

20   Redbubble kept for any sale that happened after that point,

21   $875 more or less.  Exchange rates change every day.  We can go

22   to the next page.  Actually, we can skip Brandy Flags because

23   they're not asserting that at this point.

24               LA Lightning, if you look at the registration --

25   that is Exhibit 7 -- you will see that it only issued a couple

|     |                                                                              |
|-----|------------------------------------------------------------------------------|
| 1   | weeks before they brought this suit.  I believe it was actually              |
| 2   | May 14, 2019.  Excuse me.  So it wasn't part of that letter                  |
| 3   | they sent a year before.  It hadn't issued yet.  So you can                  |
| 4   | really -- that was the first notice that Redbubble got of this               |

02:32PM

| 5   | Lightning logo was when they filed the suit.  $174.24.  And                  |
| 6   | bear in mind that actually includes the order that was placed                |
| 7   | that wasn't fulfilled, I believe.  But we don't have to take                 |
| 8   | that into account.                                                           |
| 9   |              If you feel that Redbubble should give up its                    |

02:33PM

| 10  | profits, which again Redbubble offered to do here, it offers to              |
| 11  | do all the time, doesn't want to keep the money that it                      |
| 12  | shouldn't have gotten, that's what you award.                                |
| 13  |              Can we go to the next page?                                      |
| 14  |              Brandy L.A., we did get notified about it.  We                   |

02:33PM

| 15  | didn't do a perfect job of keeping everything down.  And there               |
| 16  | were a total of $41 worth of sales, $15 worth of products.                   |
| 17  | That's why you're here, ladies and gentlemen, because of $15 on              |
| 18  | Brandy and various others.                                                   |
| 19  |              Can we go to the next?                                           |

02:34PM

| 20  |              Brandymelvilleusa, again, after the suit was                     |
| 21  | filed, $1.  $1 in profits.                                                    |
| 22  |              Next, please.                                                    |
| 23  |              And Brandy Melville, any listings that had the                   |
| 24  | words Brandy Melville -- the words Brandy Melville visible on                 |

02:34PM

| 25  | the artwork, roughly $23.24 in that range worth of sales                     |

between the notice letter and when the Complaint was filed.
And then, yeah, we stopped because, when you're talking about
tens of millions of brands around the world, you can't give the
same level of scrutiny to each of them.  Brandy Melville is not
a household name.  Frankly, I hadn't heard of them until I
started -- until I got involved in this case.

There's no way for a company like Redbubble to be
aware of every single brand out there.  It doesn't matter how
many people they hire.  There's no way for a human being to
have 10 million brands in their head.  We need to use those
tags.  We need to be able to use searches in our site to find
things that are problematic.  That's what we do.

Now, members of the jury, it's going to be your
job to decide whether what Redbubble did complied with the law.
We think it unquestionably did.  Actually, we think it went
well beyond.  What we do know is, no matter what, giving
plaintiff a windfall here, giving it money it never could have
earned in the marketplace when, as the numbers that plaintiff
put up showed, Redbubble takes a loss of -- because that's the
way it pays artists, that's not what the system is designed to
do.  It's not fair to you sitting here.  It's not right.  It's
not the law, and it's not common sense.

Thank you, ladies and gentlemen.

THE COURT:  Okay.  Thank you, counsel.

Counsel, do you want to have closing?

1        By the way, the burden of proof on these claims

2   is with the plaintiff.  That's why the plaintiff has two

3   opportunities to talk.  He has a chance to rebut.

4        Counsel.

02:36PM  5        MR. WESLEY:  Thank you, Your Honor.

6        Listening to Mr. Masur, I'm reminded of the

7   lawyer who says we didn't do it, but if we did it, it didn't

8   happen, but if it had, we have an excuse.  It's just, you know,

9   pick one -- pick one argument.  It was just a scattershot of

02:36PM 10   excuses and blame and not addressing the real problem here.

11        For example, he says Brandy Melville is not the

12   actual plaintiff.  This isn't complicated.  The brand started

13   in Europe.  It's a family business, incorporated as Y.Y.G.M.,

14   but the U.S. operations are where Ms. Elkins and Mr. Rianna

02:37PM 15   work.  That's where the problem is.  It's here in the U.S.  The

16   U.S. has to deal with it.

17        Mr. Masur says there's no evidence of consumer

18   confusion.  The instructions that you will be given will say

19   that that is not a requirement of ours.  It's simply is there a

02:37PM 20   likelihood of confusion?  And I would say there's no question

21   about that.

22        A consumer types Brandy Melville stickers into

23   Google and is led to a site that says Brandy Melville stickers,

24   has exact copies of Brandy Melville products and, if you buy

02:37PM 25   one, you get e-mail messages saying do you want more

Brandy Melville stickers, is there a likelihood of confusion?
I think there's a decent one.

And, in addition, while Redbubble has its name on its site, how about if I buy one of those products and I'm walking down the street.  Where does it say Redbubble then?  If I pass somebody with a computer with a Brandy Melville sticker on it or a shirt with the LA Lightning on, do you think I will think it came from Brandy Melville?  I'm pretty sure I would.

Mr. Masur says this really isn't counterfeiting because it has to be stitch-for-stitch.  Well, I sure hope that's not the law because can you imagine the counterfeiter out there hearing that is the case?  Well, let's just take this Nike sweatshirt, sew in a little red stitch, voila, it's an authentic good.  That's just not the law.

The law says that for counterfeiting it has to be an identical use or something very, very similar.  I believe a spurious use.  And here we have -- we have the Redbubble products with our exact marks on them on the same goods, LA Lightning.  We sold a T-shirt, they offered for sale a T-shirt.  Brandy Heart, our Brandy Heart mark is used in connection with all of our products, and that is the language that will be in the instruction, I anticipate.  It's used in connection with.  It doesn't have to be stamped right on. After all, if Nike was selling sweatshirts with a tag with a swoosh on it, would it be a good defense for a counterfeiter to

come in and say, well, I stamped the swoosh right on the front

so no counterfeiting here?  I don't think so.

He says there was no harm to our brand.  Well --

and little profit.

02:40PM  I thought by now after a full trial I would have

figured it out.

No harm?  23,308 people are adding

Brandy Melville items to their cart on Redbubble in a single

year, and that was in 2017 and '18 before this explosive

02:40PM  growth.  Do you think any of those sales may have gone to us?

Brands are fragile things.  One week you're

driving by and you see a Blockbuster on every corner, and the

next week they're all gone.  One week Ed Hardy is the coolest

T-shirt brand around, and now it's a joke.  So were we harmed

02:41PM  by having tens of thousands of knockoffs offered for sale and

sold on Redbubble, and was that harm more than the couple

dollars that they posted?  I sure think it was.

Mr. Masur says every week Brandy Melville comes

out with new designs.  How can we know what to take down?  We

02:41PM  wouldn't know.  Well, we have a pretty readily available

solution for that.  It's not about the designs.  It's about

linking our designs to our trade name.  So if you can figure

that out, we don't have to send you designs all the time.  I

mean, imagine the -- what he's really saying, every week on the

02:42PM  Brandy Melville checklist, okay, designs in, shipped to stores,

1    take inventory.  We'd better check with Redbubble to make sure

2    they have all our designs.  And that's just one site out there.

3              Mr. Masur says, we don't disable keywords because

4    then we couldn't find the counterfeits.  Well, you know who

02:42PM  5    else couldn't find the counterfeits if they disabled keywords?

6    The customer.  And that's the whole point.  Will they try it?

7    No.  And why won't they try it?  The highest branded keyword

8    used at Redbubble for generating profit.

9              Mr. Masur says we look at a third of the postings

02:43PM  10   on Redbubble.  That's a lot of postings.  They're proud of

11   that.  Where I'm from, 33 percent is a flunking grade.

12   33 percent, that means that 67 percent of the products on your

13   site you don't even look at.

14             Now, you've heard throughout the trial it's our

02:43PM  15   fault.  We weren't cooperative enough.  We waited too long to

16   sue.  I think that's rich.  We tell them to stop selling our

17   trademark.  They don't proactively police.  The designs pop

18   back up.  We say stop using our keyword.  They tell us to go

19   pound sand.  But if only we had been more cooperative, problem

02:43PM  20   solved.

21             Well, where is that letter in evidence from

22   Redbubble or its lawyers saying that?  Where is that letter

23   saying, guys, we can do this outside of litigation.  You know,

24   let's work together.  Where is that?  Do you really think they

02:44PM  25   were that cooperative when we were writing to them?  And where

1    was that offer to pay back our profits before?  What I saw was

2    kind of a form e-mail -- probably automated -- that says tell

3    us any more designs.  Tell us any more designs.  That was it.

4    But now when their feet's on the fire, they're the most

02:44PM   5    cooperative company around.

6            What's really disturbing to me is the lack of

7    acceptance of any responsibility.  Blame the users.  It's all

8    the users' fault.  Blame Brandy.  Did you ever once in this

9    trial hear them say, you know what, we -- we really should have

02:44PM   10    double checked that customer service e-mail or, you know what,

11    maybe reaching out to manufacturers is a decent idea.  We will

12    do that.  We weren't perfect before, but we will do it in the

13    future.  No.  It was just them sitting on top, on high telling

14    us why it was everyone else's fault that their site is full of

02:45PM   15    counterfeits.

16            Let me leave you with this.  I think I figured

17    out the Redbubble calculous.  We have been in litigation for

18    about two years now with them.  I think I have got it down.

19    You know, the vast majority of brands or original designers

02:45PM   20    won't complain.  Maybe they lack the resources.  Maybe they

21    lack the time.  Maybe they lack the wherewithal.  Maybe they

22    haven't even stumbled upon Redbubble yet.  So for that big

23    group, until they say anything, we're not looking.  Don't go

24    all vigilante.  We're just going to close our eyes and say

02:46PM   25    there's too many brands out there, and until they let us know,

1    we're not going to do anything.

2              Now, if they get a letter, they take some designs

3    down.  The brand owner designer at that point will hopefully go

4    away and say, oh, problem solved.  And the copies will start up

02:46PM  5   again and go unnoticed.

6              THE COURT:  You have about five.

7              MR. WESLEY:  Thank you, Your Honor.

8              Now, a small number will actually sue, and we

9    were unfortunately one of those.  We heard that there's I guess

02:46PM  10  15 others now.  But, you know, litigation is long and expensive

11   and arduous.  It took two years for us to get here, and you saw

12   how Your Honor kept us on a clock.  So it's -- it is not quick.

13   So most who even go to the point of suing will tire somewhere

14   along the line.  They will settle.  They will say, you know

02:47PM  15  what, it's not worth it.  We're not going to -- we're not going

16   to pursue it anymore.  And all the while, from all these

17   categories, tens of millions of dollars is pouring into the

18   Redbubble coffers from sales of counterfeit goods.

19             There's only one thing that can mess up this

02:47PM  20  calculus, and they know it, and that's you.  You can tell

21   Redbubble that a slap on the wrist isn't good enough.  You can

22   tell Redbubble that supporting artists that do original work as

23   was intended when Redbubble started is a good thing, but the

24   counterfeits have to stop, and it's not enough to wait until

02:47PM  25  you hear from a designer or an owner.  You can tell Redbubble

1    that closing its eyes to a big problem on its site is not the

2    same as being sincerely blind to the problem.  Only you can

3    send this message, but it has to be loud and clear.

4              It's not really a message for Ms. Davis or

02:48PM    5    Mr. Toy or anyone in this courtroom.  They're just doing their

6    jobs, and they're trying, and they're up against a problem

7    that, based on the current structure, cannot be stopped.  The

8    message has to be loud and clear enough to go all the way to

9    Australia where this company that's on its way to a billion

02:48PM   10    dollars, much of it on the backs of counterfeit products, needs

11    to be told that it's not okay.  More needs to be done.

12              Thank you.

13              THE COURT:  Thank you, counsel.

14              You have now heard the argument from both sides.

02:48PM   15    At this time it's going to be my duty to instruct you on the

16    law that applies.  That's going to take a half hour.  Let's

17    take a short break, 10 to 15 minutes.  We'll come back, and I

18    will read you the instructions, and then we will send you back

19    to the jury room.

02:49PM   20              (A recess was taken at 2:49 p.m.)

21              (The following proceedings were held in

22              open court in the presence of the jury:)

23              THE COURT:  Okay.  The record will reflect that

24    all the members of the jury are in their respective seats in

03:04PM   25    the jury box.

1          "Members of the jury, now that you have heard all

2     the evidence and argument by the attorneys, it is my duty to

3     instruct you on the law that applies to this case.  A copy of

4     these instructions will be sent back to the jury room for you

03:05PM    5     to consult during your deliberations."

6          I gave you some instructions -- preliminary

7     instructions at the very beginning, those being what is

8     evidence, what is not evidence, how to look and handle

9     direct/circumstantial evidence, credibility of witnesses,

03:05PM   10     things like that.  All that pertains to your deliberations

11     also.

12          "To help you evaluate the evidence, I will give

13     you a brief summary of the positions of the parties.

14          "The plaintiff, Brandy Melville, claims that the

03:05PM   15     defendant, Redbubble, has engaged in contributory trademark

16     infringement and contributory counterfeiting.  Brandy Melville

17     has the burden of proving these claims.  The defendant,

18     Redbubble, denies these claims.  Redbubble has the burden of

19     proving any type of affirmative defense.  Brandy Melville

03:06PM   20     denies Redbubble's defenses.

21          "A trademark is any word, name, symbol, device,

22     or any other combination thereof used by a person to identify

23     and distinguish the person's goods from those of others and to

24     indicate the source of the goods even if that source is

03:06PM   25     generally unknown.  The person who uses a trademark of another

may be liable for damages.

"The defendant is liable to the plaintiff for violating trademark law if the defendant contributorily infringes plaintiff's registered or unregistered trademarks by supplying a service to someone who uses those trademarks in manners that is likely to cause confusion among the customers.

"Number two, also liable if he contributorily counterfeits plaintiff's registered trademarks by supplying a service to someone who uses the counterfeit of the plaintiff's registered trademarks.

"A person is liable for trademark infringement by another if that person supplies goods or services to another, knowing or having reason to know that the person used the goods to infringe on plaintiff's trademark.

"The plaintiff has the burden of proving each of the following by a preponderance of the evidence:

"The defendant -- number one, the defendant supplied goods or services to the direct infringer;

"Number two, any of the direct infringers used the goods or services that the defendant sold or supplied to infringe on any of plaintiff's trademarks; and,

"Number three, the defendant knew or had some reason to know one of the direct infringers would use the goods or services to infringe on any of the plaintiff's trademarks or was infringing on any of the plaintiff's trademarks and that

```
 1    the defendant continued to supply goods and services;

 2                    "Number four, that the defendant who provided the

 3    goods or services to any of the direct infringers had direct

 4    control in monitoring of the instrumentality used by the direct

 5    infringers to infringe on; and,

 6                    "Number five, the plaintiff was damaged by the

 7    infringement.

 8                    "On the plaintiff's claim for a contributory

 9    trademark infringement and contributory counterfeiting, the

10    defendant has the burden of proving each of the following

11    elements by a preponderance of the evidence:

12                    "The defendant's trademarks are valid,

13    protectable trademarks;

14                    "Number two, the plaintiff owns trademarks; and,

15                    "Number three, the direct infringers used a

16    counterfeit of these symbols or terms or marks similar to the

17    symbols or terms or marks without the consent of the plaintiff

18    in a manner that is likely to confuse -- to cause confusion

19    among ordinary customers as to the source, sponsorship,

20    affiliation, or approval of those goods.

21                    "One way for the plaintiff to prove trademark

22    validity is to show that the trademark is registered.  An owner

23    of the trademark may obtain a certificate of registration

24    issued by the United States Patent & Trademark Office and may

25    submit a certificate of evidence of the validity and
```

1    protectability of the trademark and of the certificate holder's

2    ownership of the trademark covered by that certificate.

3         "A trademark is, as I said, before a word, name,

4    symbol, device, or combination thereof that is either

03:09PM  5    inherently distinctive or descriptive but has acquired a

6    secondary meaning.  Only a valid trademark can be infringed.

7         "Only if you determine that the unregistered

8    trademarks are not inherently distinctive should you consider

9    whether they are descriptive but becomes distinctive through

03:10PM  10   the development of what we call a secondary meaning.

11        "Likelihood of confusion exists when a

12   substantial number of customers believe that the direct

13   infringed goods are produced by the plaintiff.  A likelihood of

14   confusion exists when the direct infringer's trademark is

03:10PM  15   likely to cause confusion as to a connection between the direct

16   infringer and the plaintiff such that the plaintiff's

17   sponsor -- such that the plaintiff sponsors or approves of the

18   direct infringer's goods or services.

19        "How distinctively a trademark indicates that

03:10PM  20   goods come from a particular source, even though if unknown, is

21   an important factor to consider in assessing the validity of a

22   trademark and for determining whether or not that trademark

23   used by the defendant constitutes for the customer a likelihood

24   of confusion with the plaintiff's trademarks.

03:11PM  25        "An inherently distinctive trademark is a word,

symbol, device, or combination thereof which distinctively

identifies a particular source of the goods in the marketplace.

The law assumes that an -- the law assumes that an inherently

distinctive mark is one that almost automatically tells a

03:11PM  customer that refers to a brand or a source of a product and

the consumer will be predisposed to equate that trademark with

the source of the product.

"Trademarks are grouped into categories according

to the relative strength and distinctiveness.  These categories

03:11PM  include arbitrary trademarks which are inherently distinctive

and suggestive trademarks which are also inherently

distinctive.

"Arbitrary trademarks, the first category being

arbitrary trademarks are inherently distinctive trademarks.

03:12PM  They are considered strong marks and are clearly protectable.

They involve the arbitrary or fanciful or fictitious use of a

word to designate the source of the product or service.

"Such a trademark is a word that in no way

describes or has any relevance to the particular product or

03:12PM  service it means to identify.  It may be a common word used in

an unfamiliar way, or it may be a newly created common word or

parts of a common word which are applied in a fanciful or

fictitious or unfamiliar way solely as a trademark.

"Now, suggestive trademarks, the next category,

03:12PM  suggestive trademarks, these trademarks are also inherently

distinctive but are considered weaker than arbitrary

trademarks.  Unlike arbitrary trademarks, which are in no way

related to the product, are as components, qualities, or

characteristics.  Suggestive trademarks implies some

03:13PM  characteristic or quality of the product to which they are

attached.

"If a customer must use his imagination or in any

way or type use a multistage reasoning to understand the

trademark's significance, then the trademark does not describe

03:13PM  the product's features but merely suggests them.

"If you decide that the plaintiff's unregistered

trademarks are arbitrary or suggestive, they are considered to

be inherently distinctive, and an inherently distinctive

trademark is valid and protectable.

03:13PM  "If you decide that the plaintiff's unregistered

trademarks are descriptive, you will not know if the trademark

is valid or invalid until you consider whether or not it has

gained the distinction by the acquisition of a secondary

meaning.

03:14PM  "Initial interest confusion is actionable under

the likelihood of confusion test.  Initial interest confusion

occurs when the direct infringer uses a plaintiff's trademark

in a manner calculated to capture initial customer 's attention

even though no actual sale is finally completed as a result of

03:14PM  that confusion.

1              "If you determine that the plaintiff's

2    unregistered trademarks are descriptive, you must consider the

3    recognition of that mark -- that mark have among prospective

4    customers in order to determine whether or not they are valid

03:14PM    5    or protectable even though they are descriptive.  The market

6    recognition is called the trademark's secondary meaning.

7              "A word, name, symbol, or other combination of

8    these items requires a secondary meaning when it has been used

9    in such a way that the primary significance in the minds of the

03:15PM   10    prospective customers is not the product itself but the

11    identification of the product with the single source regardless

12    of whether or not the consumer knows who or what that source

13    is.

14              "You must find by a preponderance of the evidence

03:15PM   15    that the evidence shows that the significant number of consumer

16    public associated with the unregistered trademark was a single

17    source in order to find that it has acquired a secondary

18    meaning.

19              "When you are determining whether or not the

03:15PM   20    plaintiff's unregistered trademarks have acquired a secondary

21    meaning consider some of the following:

22              "Consumer perception, number one, whether the

23    people who purchased the product or service that bears the

24    claim trademark associate that product or service with the

03:16PM   25    plaintiff;

1          "Number two, advertisement, to what degree and in

2     what manner plaintiff may have advertised under the claim

3     trademark;

4          "Number three, demonstrated utility, whether the

03:16PM  5     plaintiff successfully used a trademark to increase the sales

6     of its product;

7          "Number four, extended use, the length of time

8     and manner in which the plaintiff has used the claimed

9     trademark;

03:16PM  10         "Number five, exclusivity, whether or not the

11    plaintiff uses the claimed trademark was exclusive;

12         "Number six, copyrighting whether the defendant

13    intentionally copied plaintiff's trademark; and,

14         "Number seven, actual confusion, whether the

03:16PM  15    defendant's use of the plaintiff's trademark has led to actual

16    confusion among a significant number of people.

17         "The presence or absence of any one of these

18    particular factors should not necessarily resolve whether or

19    not the plaintiff's unregistered trademark has acquired the

03:17PM  20    secondary meaning.

21         "Descriptive marks are protected only to the

22    extent you find they have acquired distinctiveness by the

23    public coming to associate that mark with a particular source.

24    Distinctive marks are entitled to protection only as a broad --

03:17PM  25    only as a broad secondary meaning that they have acquired.

1              "If they have acquired no secondary meaning at

2    all, they are entitled to no protection and cannot be

3    considered a valid mark.

4              "The mere fact that the plaintiff is using an

03:17PM  5    unregistered trademark or that the plaintiffs began using it

6    before the defendant does not necessarily mean the trademark

7    acquired a secondary meaning.

8              "Now, counterfeiting, the use of -- as used for

9    the purposes of trademark, the term counterfeiting means a

03:18PM  10   designation that is identical with or substantially

11   indistinguishable from a trademark that is registered on the

12   principal register of the United States Patent & Trademark

13   Office for such goods and services sold, offered for sale, or

14   distributed.  Counterfeiting may occur whether or not the

03:18PM  15   person whom relief is sought knows that the plaintiff's mark

16   was registered.

17             "If you find that Redbubble contributorily

18   infringed or contributorily counterfeited the plaintiff's

19   registered Brandy Heart, Brandy Flags, or Los Angeles Lightning

03:18PM  20   trademarks after they were registered, you must determine if

21   Brandy Melville can recover statutory damages from Redbubble

22   and, if so, what the amount of those damages would be.

23             "To prove counterfeiting, the plaintiff must

24   prove, in addition to the elements required, to prove

03:19PM  25   infringement all of the following:

1          "The alleged direct infringement -- infringer

2    intentionally used in commerce a counterfeit mark;

3          "Number two, the alleged direct infringer knew

4    that the mark was counterfeit;

03:19PM  5          "Number three, that the alleged direct infringer

6    used the mark in connection with the sale, offering or

7    distribution of goods; and,

8          "Number four, the alleged direct infringer

9    was" -- excuse me -- "the alleged direct infringer's use was

03:19PM  10   likely to cause confusion, mistake, or deceit.

11         "For the purposes of a counterfeit mark -- for

12   this purpose, the counterfeit mark is a non-genuine mark which

13   is identical with or substantially indistinguishable from the

14   registered mark; the registered mark is registered with the

03:20PM  15   public register, for and used by the holder of the mark in

16   connection with the same goods in connection with which the

17   accused mark is being used; a registered mark is in use; and

18   the last element, that the accused use is not on or in

19   connection with the goods for which the producer was at the

03:20PM  20   time of the production authorized by the holder of the mark to

21   use the mark for those goods or services.

22         "A counterfeit production must be a

23   stitch-for-stitch copy of plaintiff's own product when viewed

24   in the marketplace including its packaging such as a customer

03:20PM  25   would be tricked into believing that the counterfeit is

1    actually one of the plaintiff's products.

2              "The law permits recovery of only one award of

3    statutory damages for each trademark infringed for each type of

4    goods sold.  This means that the statutory award cannot be

03:21PM   5    multiplied by the number of counterfeit items that were sold or

6    offered for sale.

7              "If you find that plaintiff is entitled to

8    statutory damages, you must further determine whether the

9    plaintiff's -- or the defendant's contributory infringement was

03:21PM  10    willful.

11              "Willful infringement under the law requires that

12    a person voluntarily and intentionally and with the specific

13    intent to commit an act.  If you find that the defendant

14    infringement was not willful, you must award statutory damages

03:21PM  15    of not less than $1,000 or more than $200,000 per counterfeit

16    mark per type of goods sold.  If you find that the defendant's

17    infringement was willful, you can award statutory damages of no

18    more than $2 million per counterfeit mark per type of goods

19    sold.

03:21PM  20              "The plaintiff is entitled to any profits earned

21    by the defendant that are attributed to the infringement which

22    the plaintiff proves by a preponderance of the evidence.

23              "Profit is determined by deducting all the

24    expenses from the gross revenue.  Gross revenue is all of the

03:22PM  25    defendant's receipts from using the trademark in the sale of

1    the infringing product.

2                "Expenses of all operating or overhead and

3    production costs incurred produced -- incurred in producing the

4    gross revenue.

03:22PM   5                "Plaintiff has the duty to use reasonable efforts

6    to mitigate damages.  To mitigate damages means to avoid or

7    reduce damages.  The defendant has the burden of proving by a

8    preponderance of the evidence that the plaintiff failed to

9    reasonably use efforts to mitigate damages.  The amount to

03:23PM  10    which the -- and the amount to which the damages would have

11    been mitigated."

12                These instructions are somewhat confusing, but

13    you're going to get a copy of all these instructions back there

14    to look at during your deliberations.

03:23PM  15                "Before you begin your deliberations, select one

16    of your members of your jury who will be the presiding juror.

17    The presiding juror will preside over your deliberations and

18    serve as the spokesman for the jury in this Court.

19                "You shall diligently strive to reach an

03:23PM  20    agreement with all the other jurors if you can do so.  Your

21    verdict must be unanimous.

22                "Each of you must decide this case for

23    yourselves, but you should do so only after you have considered

24    all the evidence, discussed all the evidence fully with all the

03:23PM  25    other jurors, and listened to their views.  It is important

1    that you attempt to reach a unanimous verdict, but of course,

2    only if each of you can do so after having made up your own

3    conscientious decision.

4         "Do not be unwilling to change your opinion if

03:23PM  5    the discussion persuades you that you should.  But do not come

6    to a decision simply because the other jurors think it's right

7    or change an honest belief about the weight or effect of the

8    evidence simply to reach a verdict.

9         "Because you must base your verdict only on the

03:24PM  10   evidence received in this case and in these instructions, I

11   remind you that you must not be exposed to any other

12   information about the case or the issues it involves.

13        "Except for discussions in this case with your

14   fellow jurors during deliberations, do not communicate with

03:24PM  15   anyone in any way or do not permit anyone to communicate with

16   you in any way about the merits of this case or anything to do

17   with it.  This includes discussing the case in person, in

18   writing, by phone, electronic means or via e-mail, via text

19   messaging, or any other form of social media.

03:24PM  20        "This applies to communicating with your family

21   members, your employer, people involved in this trial.  If you

22   are asked or approached in any way about your jury service or

23   anything to do with this case, you must respond that you have

24   been ordered not to discuss the matter and report it to this

03:25PM  25   Court immediately.

1          "Do not read, watch, or listen to any media."  I

2    don't think there is any media coverage in this.  "Do not do

3    any research such as consulting dictionaries, searching the

4    Internet, or using other reference materials.  And do not make

03:25PM  5    any investigation or in any other way to try to find or learn

6    about this case on your own.

7          "Do not visit or view any places discussed in

8    this case.  Do not use Internet programming or other devices to

9    search for or view any place discussed in this trial.  Also, do

03:25PM  10   not do any research about this case, the law involved in the

11   case or the people involved in the case including the parties,

12   the witnesses, the lawyers until you have been excused as

13   jurors.

14         "If you happen to read or see or hear anything

03:25PM  15   about this case, please turn away from it, and notify the Court

16   immediately.

17         "These rules protect each party's rights to have

18   this case decided only on the evidence presented in this Court.

19   Witnesses here in court take an oath to tell the truth, and the

03:26PM  20   accuracy of their testimony is going to be tested through the

21   trial process.

22         "Each of the parties is entitled to a fair and

23   impartial jury, and if you decide this case solely on the

24   information in this court" -- let me rephrase that.  "If you

03:26PM  25   decide this case based on any information not presented in this

court, you have denied the parties a fair trial.  Remember that
you have taken an oath to follow these rules.  It is very
important that you follow these rules.

03:26PM

"A juror who violates any of these rules or
restrictions jeopardizes the fairness of the proceedings, and
any juror who is exposed to any outside information, please
notify the Court immediately.

"If it becomes necessary during your
deliberations to communicate with me, you may send me a note

03:26PM

through the marshal signed by your presiding juror or by one of
the other jurors or multiple jurors.

"No member of the jury should ever attempt to
communicate with me except in writing.  I will communicate with
members of the jury on anything concerning this case only in

03:27PM

writing or here in open court.

"If you send out a question, I will consult with
the parties before answering it which may take some time."  For
instance, tomorrow -- we're starting another case tomorrow.  If
we're in the middle of a trial and you send out a question, we

03:27PM

have to wait until I break in that trial, communicate with the
attorneys, and bring it back in.  So it may take some time.  So
just remember you may continue your deliberations while waiting
for an answer to a question.

"Remember that you are not to tell anyone,

03:27PM

including me, how you stand numerically or otherwise until you

```
 1    have reached a unanimous verdict or have been discharged.

 2               "Do not discuss any vote count" -- excuse me.

 3    "Do not disclose any vote count in any note that you send to

 4    the Court.

 5               "The verdict form will be prepared for you and

 6    will be sent back to the jury room.  After you have reached a

 7    unanimous verdict, your foreperson should complete that verdict

 8    form in accordance with your deliberations, sign it, date it,

 9    and advise the clerk that you have reached a verdict and can

10    return to this Court."

11               Any questions you have before we send you back?

12    As I say, you will get a copy of the instructions so you can

13    review those when you're back there in the jury room.  You will

14    get a copy of the verdict form back there.

15               At this time let's swear in the bailiff.

16               THE CLERK:  Please raise your right hand.

17               You do solemnly swear that you will take charge

18    of the jury and keep them together, that you will not speak to

19    them yourself, nor allow anyone else to speak to them on

20    matters concerning this case except on order of the court and,

21    when they have agreed upon a verdict, you will return them to

22    the court?

23               Further, that you will take charge of the

24    alternate jurors and keep them apart from the jury while

25    they're deliberating on the cause until otherwise instructed by
```

```
 1   the court?

 2               THE BAILIFF:  Yes.

 3               THE CLERK:  Thank you.

 4          (The following proceedings were held in

 5          open court outside the presence of the jury:)

 6               THE COURT:  Counsel, do we have the clean

 7   instructions yet?

 8               MR. KELLY:  Not yet, Your Honor.

 9               THE COURT:  Okay.

10               MR. KELLY:  I'm trying to get an update.

11               THE COURT:  Will you be able to get them to me by

12   4:00?

13               MR. KELLY:  I anticipate that, Your Honor.

14               THE COURT:  They can go ahead and select a

15   foreperson and whatever.  I do want to get it back to them as

16   soon as we can.

17               We will be in recess.

18               Also, have you been supplied with a copy of the

19   verdict form yet?

20               MR. KELLY:  No.

21               THE COURT:  You will be as soon as I get off the

22   bench.

23          (Proceedings concluded at 3:29 p.m.)

24

25
```

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5           I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                    DATED THIS  23RD  DAY OF JUNE, 2021.

16

17

18                    /S/ MIRANDA ALGORRI

19                    _____
                      MIRANDA ALGORRI, CSR NO. 12743, CRR
20                    FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25

## $

**$1** [1] - 498:21
**$1,000** [1] - 517:15
**$1,049.43** [1] - 432:25
**$1,631** [1] - 433:19
**$1,631.49** [1] - 433:17
**$15** [2] - 498:16, 498:17
**$15.17** [1] - 430:1
**$174.24** [1] - 498:5
**$200,000** [2] - 484:2, 517:15
**$23.24** [1] - 498:25
**$27** [1] - 349:7
**$38** [1] - 349:21
**$41** [1] - 498:16
**$50** [1] - 349:20
**$500,000** [1] - 488:19
**$542.55** [1] - 431:6
**$582.06** [1] - 433:13
**$875** [1] - 497:21
**$875.19** [1] - 424:9
**$965.64** [1] - 426:15

## '

**'18** [1] - 502:9

## /

**/S** [1] - 524:18

## 1

**1** [21] - 351:24, 363:21, 363:25, 364:15, 367:5, 367:7, 368:11, 378:11, 378:15, 394:25, 398:22, 406:15, 408:12, 411:2, 412:23, 422:11, 463:6, 463:14, 464:3, 498:21
**1,000** [1] - 480:15
**1,192** [1] - 404:5
**1,235** [1] - 426:12
**10** [10] - 349:7, 386:21, 389:20, 390:22, 392:9, 413:1, 433:16, 444:8, 499:10, 506:17
**10,000** [2] - 360:22, 404:15
**10-YEAR-OLD** [1] - 479:2
**100** [4] - 366:25, 385:15, 385:23, 478:3

**100,000** [1] - 414:24
**106** [4] - 346:16, 410:22, 410:25, 411:2
**10:00** [2] - 410:10, 410:16
**115** [5] - 394:15, 394:19, 394:20, 489:20, 490:11
**118,583** [1] - 483:3
**12** [1] - 459:13
**12743** [2] - 343:23, 524:19
**128** [1] - 427:25
**129** [1] - 427:4
**13** [8] - 417:8, 457:24, 459:2, 460:6, 460:15, 460:19, 460:24
**14** [6] - 389:25, 416:2, 423:8, 480:20, 497:17, 498:2
**15** [7] - 405:21, 410:10, 410:15, 423:10, 487:17, 505:10, 506:17
**154** [1] - 344:12
**155** [5] - 346:17, 390:4, 390:9, 390:15, 392:10
**15TH** [4] - 391:9, 417:16, 423:16, 423:17
**16** [3] - 368:11, 368:12, 368:13
**16-INCH** [3] - 495:22, 496:2, 496:3
**17** [1] - 368:13
**17-INCH** [1] - 495:22
**181** [1] - 477:21
**188** [1] - 417:1
**189** [3] - 417:14, 417:25, 423:6
**19** [1] - 430:1
**19-04618-RGK** [1] - 343:7
**1:00** [5] - 466:22, 467:12, 468:13, 468:16, 474:6
**1:20** [1] - 475:1
**1:21** [1] - 475:25
**1:30** [6] - 466:22, 467:3, 467:4, 467:13, 468:1, 474:11
**1ST** [1] - 343:24

## 2

**2** [15] - 362:23, 363:1,

364:21, 375:2, 378:3, 378:16, 378:17, 398:23, 402:15, 426:9, 474:4, 484:5, 517:18
**2.5** [2] - 462:4, 462:7
**20** [3] - 394:4, 437:23, 487:19
**20,000** [1] - 386:1
**200,000** [1] - 474:3
**2000** [1] - 344:11
**2011** [1] - 454:7
**2012** [4] - 450:8, 450:14, 450:20, 451:8
**2014** [1] - 413:20
**2015** [2] - 420:7, 479:12
**2016** [8] - 410:6, 413:1, 415:11, 415:14, 422:14, 451:14, 479:14, 479:18
**2017** [2] - 479:18, 502:9
**2018** [22] - 349:2, 349:7, 349:11, 360:21, 389:25, 416:2, 417:8, 417:16, 418:6, 420:23, 423:8, 423:10, 423:18, 424:6, 425:6, 426:11, 429:16, 443:21, 480:15, 480:20, 489:16, 497:17
**2019** [15] - 349:1, 349:7, 349:11, 349:21, 349:22, 384:14, 402:14, 416:5, 416:12, 418:18, 418:20, 423:3, 455:3, 481:9, 498:2
**2020** [13] - 417:8, 427:7, 427:8, 452:6, 452:10, 452:12, 452:15, 453:8, 457:24, 458:5, 459:3, 465:3, 465:19
**2021** [4] - 343:15, 348:1, 475:1, 524:15
**209** [2] - 418:2, 418:15
**21** [4] - 371:4, 440:15, 440:17, 442:13
**2121** [1] - 344:5
**22** [8] - 343:15, 348:1, 371:5, 371:22, 442:13, 442:14,

475:1
**222** [1] - 495:21
**23** [1] - 371:5
**23,308** [2] - 483:9, 502:7
**23RD** [1] - 524:15
**24** [4] - 358:4, 436:8, 436:9, 446:19
**24TH** [1] - 423:18
**25,000** [10] - 358:14, 372:24, 373:1, 380:1, 386:15, 399:23, 412:1, 465:21, 466:1, 489:5
**250** [1] - 399:24
**26** [5] - 362:10, 392:16, 424:3, 426:8, 497:10
**27.7** [1] - 349:7
**27TH** [1] - 422:14
**28** [1] - 524:8
**280** [1] - 418:16
**2800** [1] - 344:6
**287** [1] - 348:19
**28TH** [2] - 416:10, 423:3
**29** [2] - 427:7, 427:8
**2:00** [3] - 468:1, 475:22, 475:23
**2:49** [1] - 506:20

## 3

**3** [11] - 343:9, 343:14, 358:3, 363:1, 369:2, 375:2, 378:17, 379:10, 390:19, 426:9, 427:9
**3-YEAR-OLD** [1] - 479:3
**3-YEAR-OLDS** [1] - 479:7
**3.8** [1] - 457:12
**30** [7] - 346:5, 362:21, 362:24, 362:25, 363:3, 476:22, 490:17
**300,000** [2] - 357:23, 358:5
**301** [1] - 479:14
**31** [6] - 346:6, 364:15, 364:19, 369:1, 398:21, 490:17
**33** [2] - 503:11, 503:12
**343** [1] - 343:9
**345** [1] - 345:5
**35** [3] - 346:7, 378:2, 378:10
**35.9** [1] - 349:2
**350** [2] - 343:24, 345:7

**353** [1] - 422:18
**357** [2] - 346:11
**360** [1] - 346:17
**362** [2] - 346:14
**363** [4] - 346:5, 346:13
**364** [5] - 346:6, 406:18, 407:21, 413:6
**365** [1] - 407:11
**368** [2] - 346:12
**37** [1] - 349:21
**370** [2] - 346:9
**374** [2] - 346:15
**378** [2] - 346:7
**38** [1] - 402:15
**382** [2] - 346:8
**390** [1] - 346:17
**396** [2] - 346:19
**397** [2] - 346:20
**3:29** [1] - 523:23
**3RD** [2] - 418:6, 418:11

## 4

**4** [8] - 362:21, 363:1, 363:12, 375:2, 398:22, 399:2, 429:22, 459:13
**4,000** [1] - 415:5
**4,460** [2] - 410:2, 414:3
**40** [2] - 384:25, 457:18
**40-PERSON** [1] - 381:11
**400** [1] - 345:8
**406** [2] - 346:23
**408** [3] - 346:18, 401:1
**410** [2] - 346:16
**412** [1] - 345:8
**416** [1] - 345:9
**420** [1] - 345:11
**425** [2] - 347:5
**429** [2] - 346:24
**430** [1] - 346:22
**431** [2] - 346:25
**435** [1] - 345:12
**437** [1] - 345:14
**4455** [1] - 343:24
**4460** [2] - 409:24, 413:25
**450** [1] - 345:15
**464** [1] - 345:15
**4:00** [1] - 523:12
**4TH** [1] - 418:11

## 5

**5** [5] - 362:22, 363:1, 428:1, 431:1, 492:4

**50** [1] - 469:4
**50.1** [1] - 349:1
**500** [4] - 385:16, 385:20, 385:25, 387:11
**51** [5] - 346:8, 381:21, 382:20, 457:8, 490:15
**52** [3] - 346:9, 369:12, 370:4
**52-WEEK** [1] - 463:22
**524** [1] - 343:9
**55** [1] - 390:14
**58** [4] - 346:11, 357:5, 357:8, 357:15
**5TH** [1] - 418:12

**6**

**6** [7] - 346:19, 396:16, 396:19, 396:23, 428:1, 432:1, 492:5
**6,000** [4] - 386:18, 400:9, 458:4, 489:6
**60** [7] - 346:12, 367:3, 367:6, 368:6, 368:9, 371:4, 490:16
**62** [3] - 346:13, 363:21, 363:25
**622** [6] - 346:18, 408:6, 408:7, 408:10, 409:23, 413:17
**623** [11] - 346:19, 346:20, 396:15, 396:18, 396:23, 397:22, 434:1, 434:2, 434:3, 434:11, 434:22
**624** [3] - 346:22, 430:9, 430:14
**627** [12] - 346:23, 405:20, 405:22, 406:2, 412:24, 416:18, 416:23, 421:17, 421:19, 421:23, 487:14
**629** [6] - 346:24, 428:25, 429:5, 429:7, 429:8, 429:10
**631** [3] - 346:25, 431:17, 431:21
**633** [9] - 347:5, 425:10, 425:17, 425:18, 425:22, 427:4, 427:10, 427:25, 435:17
**65** [4] - 346:14, 361:25, 362:2, 362:4
**67** [1] - 503:12

**674** [1] - 431:3
**6TH** [1] - 418:18

**7**

**7** [6] - 432:20, 464:6, 466:12, 492:4, 492:5, 497:25
**70** [4] - 349:18, 427:2, 427:3, 477:25
**71** [5] - 346:15, 374:15, 374:19, 374:22, 418:16
**75** [1] - 349:19
**75,000** [7] - 358:11, 386:14, 399:19, 457:16, 465:23, 466:1, 489:4
**753** [1] - 524:8
**7TH** [2] - 418:20, 481:9

**8**

**8** [1] - 402:15
**81** [4] - 346:21, 397:18, 397:19, 397:22
**8:34** [2] - 343:15, 348:1

**9**

**9** [1] - 433:10
**90012** [1] - 343:25
**90067** [1] - 344:6
**94063** [1] - 344:12
**99** [4] - 360:23, 399:22, 399:24, 404:16

**A**

**A.M** [2] - 343:15, 348:1
**A.M** [1] - 410:16
**ABILITY** [1] - 445:1
**ABLE** [8] - 384:8, 421:6, 445:1, 487:19, 491:14, 496:1, 499:11, 523:11
**ABOVE** [1] - 524:11
**ABOVE-ENTITLED** [1] - 524:11
**ABSENCE** [2] - 388:13, 514:17
**ABSOLUTELY** [10] - 366:19, 398:5, 438:3, 444:19, 446:13, 447:4,

447:8, 449:18, 450:20, 465:15
**ABUSE** [1] - 371:12
**ABUSERS** [2] - 366:9, 366:16
**ABUSIVE** [3] - 366:11, 371:9, 371:25
**ACCEPTANCE** [1] - 504:7
**ACCIDENT** [1] - 441:16
**ACCORDANCE** [1] - 522:8
**ACCORDING** [2] - 423:2, 511:8
**ACCOUNT** [1] - 346:9
**ACCOUNT** [27] - 352:16, 353:3, 353:8, 363:10, 366:21, 366:22, 368:24, 369:18, 369:20, 370:12, 371:13, 371:14, 371:16, 371:19, 371:21, 372:3, 372:9, 372:12, 372:17, 372:20, 372:22, 373:16, 373:17, 438:12, 498:8
**ACCOUNTS** [10] - 351:17, 366:20, 367:2, 368:22, 371:12, 372:1, 372:24, 386:22, 441:12, 441:18
**ACCURACY** [1] - 520:20
**ACCURATE** [14] - 370:10, 375:12, 457:10, 459:25, 462:20, 463:3, 463:7, 463:8, 463:15, 463:18, 463:24, 464:4, 464:7, 464:10
**ACCUSED** [2] - 516:17, 516:18
**ACQUIRED** [8] - 510:5, 513:17, 513:20, 514:19, 514:22, 514:25, 515:1, 515:7
**ACQUISITION** [1] - 512:18
**ACT** [2] - 478:25, 517:13
**ACT** [1] - 472:8
**ACTING** [1] - 411:16
**ACTIONABLE** [1] -

512:20
**ACTIONS** [2] - 369:18, 488:4
**ACTIVITIES** [1] - 439:10
**ACTOR** [1] - 373:7
**ACTORS** [3] - 366:23, 383:19, 400:11
**ACTUAL** [11] - 351:20, 380:15, 469:15, 470:12, 477:14, 497:7, 497:8, 500:12, 512:24, 514:14, 514:15
**ADAMANT** [1] - 482:7
**ADD** [3] - 353:14, 354:6, 356:16
**ADDED** [1] - 483:9
**ADDING** [2] - 354:25, 502:7
**ADDITION** [5] - 438:20, 471:16, 477:20, 501:3, 515:24
**ADDITIONAL** [3] - 421:5, 443:14, 481:7
**ADDITIONALLY** [4] - 439:2, 442:4, 444:1, 445:22
**ADDRESS** [10] - 371:14, 371:17, 373:24, 387:24, 387:25, 388:16, 388:17, 393:25, 394:11, 489:12
**ADDRESSES** [2] - 351:13, 420:15
**ADDRESSING** [2] - 448:9, 500:10
**ADMITTED** [10] - 357:8, 369:10, 390:13, 394:16, 406:4, 408:6, 421:19, 425:10, 429:2, 480:19
**ADMONISHMENT** [3] - 410:11, 466:24, 467:2
**ADVANCE** [1] - 352:13
**ADVERTISE** [1] - 387:14
**ADVERTISED** [4] - 435:10, 435:24, 471:21, 514:2
**ADVERTISEMENT** [1] - 514:1
**ADVICE** [1] - 411:8
**ADVISE** [1] - 522:9
**AFFECT** [1] - 439:10

**AFFILIATION** [1] - 509:20
**AFFIRMATIVELY** [2] - 479:15, 488:15
**AFTERNOON** [1] - 477:2
**AFTERWARDS** [1] - 484:11
**AGED** [1] - 444:14
**AGO** [3] - 358:13, 463:5, 463:13
**AGREE** [10] - 353:2, 363:9, 363:10, 364:25, 365:20, 366:3, 407:4, 416:8, 477:5
**AGREED** [2] - 448:24, 522:21
**AGREEING** [1] - 363:20
**AGREEMENT** [4] - 353:2, 363:8, 366:3, 518:20
**AGREEMENT** [1] - 346:5
**AGREEMENTS** [5] - 364:11, 364:25, 374:10, 388:19, 490:17
**AHEAD** [10] - 352:12, 416:21, 417:6, 418:3, 444:4, 454:19, 456:24, 457:6, 460:25, 523:14
**AIR** [1] - 497:7
**AIRLINES** [1] - 360:16
**AIRPLANE** [1] - 438:25
**ALCOHOL** [1] - 444:24
**ALERT** [2] - 481:14, 481:18
**ALERTED** [1] - 445:8
**ALGORRI** [4] - 343:23, 524:5, 524:18, 524:19
**ALLEGATIONS** [1] - 456:21
**ALLEGED** [5] - 516:1, 516:3, 516:5, 516:8, 516:9
**ALLEGING** [1] - 450:11
**ALLEY** [1] - 439:17
**ALLOW** [2] - 383:17, 522:19
**ALLOWED** [2] - 485:7, 485:8
**ALLOWING** [2] -

486:7, 486:10
**ALLOWS** [1] - 383:6
**ALMOST** [7] - 351:6, 359:19, 383:15, 383:18, 385:20, 418:23, 511:4
**ALONE** [4] - 442:2, 442:21, 487:1, 492:1
**ALTERNATE** [1] - 522:24
**ALTERNATIVE** [1] - 414:13
**AMAZON** [3] - 408:25, 409:3, 409:7
**AMOUNT** [16] - 349:11, 355:20, 372:23, 413:15, 433:14, 440:1, 446:9, 462:17, 462:19, 462:25, 463:2, 465:13, 484:7, 515:22, 518:9, 518:10
**AMOUNTS** [1] - 349:2
**ANALOGY** [1] - 495:25
**AND** [3] - 524:6, 524:9, 524:11
**ANGELES** [4] - 343:16, 343:25, 348:2, 475:2
**ANGELES** [9] - 344:6, 424:24, 425:2, 425:6, 426:2, 426:22, 427:15, 477:17, 515:19
**ANNAGUEY** [1] - 344:4
**ANNOTATED** [2] - 378:21, 379:5
**ANOTHER'S** [1] - 411:10
**ANSWER** [13] - 402:24, 404:10, 442:24, 444:3, 447:12, 447:13, 448:1, 448:5, 449:5, 453:1, 474:5, 482:14, 521:23
**ANSWERED** [3] - 442:25, 449:2, 464:14
**ANSWERING** [1] - 521:17
**ANTICIPATE** [4] - 468:21, 468:25, 501:22, 523:13
**ANTICOUNTERFEITI NG** [1] - 387:18
**ANTICOUNTERFEITI**

**NG** [3] - 388:6
**ANYWAY** [1] - 398:9
**APART** [1] - 522:24
**APOLOGIES** [2] - 367:17, 378:15
**APOLOGIZE** [12] - 352:10, 352:13, 367:13, 390:16, 397:24, 404:7, 421:20, 426:8, 427:10, 433:2, 466:20
**APPAREL** [5] - 471:9, 471:14, 471:15, 471:16, 477:19
**APPARELS** [1] - 435:18
**APPEALING** [1] - 355:5
**APPEARANCES** [1] - 344:1
**APPEARED** [1] - 496:23
**APPLE** [1] - 360:15
**APPLES** [2] - 402:11, 403:1
**APPLICABLE** [1] - 411:18
**APPLICATION** [1] - 487:2
**APPLIED** [1] - 511:22
**APPLIES** [4] - 466:15, 506:16, 507:3, 519:20
**APPLY** [1] - 476:10
**APPROACH** [1] - 458:22
**APPROACHED** [1] - 519:22
**APPROPRIATE** [5] - 453:1, 466:2, 466:5, 476:20, 482:20
**APPROVAL** [1] - 509:20
**APPROVES** [1] - 510:17
**APRIL** [1] - 413:1
**ARBITRARY** [7] - 511:10, 511:13, 511:14, 511:16, 512:1, 512:2, 512:12
**ARDUOUS** [1] - 505:11
**AREA** [1] - 439:13
**AREA** [6] - 352:25, 353:8, 419:7, 422:13, 439:6, 446:6
**AREAS** [2] - 353:4, 448:2
**ARGUE** [3] - 468:18,

475:18, 476:7
**ARGUMENT** [10] - 466:14, 468:20, 475:21, 475:24, 476:11, 476:13, 476:22, 500:9, 506:14, 507:2
**ARGUMENTS** [1] - 466:19
**ARNOLD** [1] - 453:21
**ART** [7] - 359:4, 359:22, 361:6, 365:20, 389:2, 437:21
**ARTICLE** [1] - 453:8
**ARTICLES** [1] - 377:8
**ARTIST** [20] - 349:1, 352:23, 353:5, 353:15, 354:1, 354:21, 354:24, 355:2, 355:3, 355:8, 355:11, 356:11, 356:16, 361:6, 361:7, 374:5, 409:15, 445:1, 481:12, 496:6
**ARTIST'S** [1] - 445:1
**ARTISTS** [16] - 349:3, 349:12, 349:21, 353:5, 353:21, 359:4, 359:18, 359:21, 361:13, 364:8, 365:7, 366:8, 446:3, 446:24, 499:20, 505:22
**ARTWORK** [3] - 353:16, 359:18, 498:25
**ASIDE** [2] - 459:20, 470:12
**ASPECTS** [1] - 464:25
**ASSERTING** [4] - 428:14, 491:24, 492:11, 497:23
**ASSESS** [1] - 368:21
**ASSESSING** [1] - 510:21
**ASSIGN** [1] - 371:20
**ASSOCIATE** [4] - 496:16, 496:17, 513:24, 514:23
**ASSOCIATED** [1] - 513:16
**ASSUME** [4] - 415:16, 454:13, 454:16
**ASSUMES** [2] - 511:3
**ASSUMING** [1] - 463:9
**ATTACHED** [2] - 390:21, 512:6
**ATTEMPT** [2] - 519:1,

521:12
**ATTEND** [1] - 438:17
**ATTENDED** [1] - 387:19
**ATTENDING** [1] - 387:17
**ATTENTION** [5] - 408:6, 487:9, 487:10, 487:24, 512:23
**ATTORNEY** [4] - 411:17, 448:5, 454:11, 454:14
**ATTORNEYS** [5] - 467:6, 476:13, 485:21, 507:2, 521:21
**ATTRIBUTED** [1] - 517:21
**AUDIO** [1] - 352:6
**AUDIT** [1] - 439:21
**AUDITED** [1] - 439:20
**AUDITING** [2] - 439:4, 439:21
**AUDITORIUM** [1] - 387:20
**AUGUST** [3] - 427:7, 427:8, 481:9
**AUSCHWITZ** [1] - 455:2
**AUSTRALIA** [5] - 356:19, 447:6, 454:2, 493:13, 506:9
**AUSTRALIAN** [6] - 349:15, 349:16, 349:17, 437:20, 463:14, 463:16
**AUTHENTIC** [6] - 409:4, 409:19, 478:13, 478:15, 501:14
**AUTHORITY** [2] - 461:21, 461:25
**AUTHORIZED** [1] - 516:20
**AUTOMATED** [1] - 504:2
**AUTOMATICALLY** [8] - 371:18, 371:21, 372:5, 372:13, 373:18, 376:13, 389:12, 511:4
**AVAILABLE** [6] - 387:15, 435:11, 455:6, 465:14, 482:21, 502:20
**AVENUE** [1] - 344:5
**AVERAGE** [3] - 358:11, 379:25, 386:15

**AVOID** [3] - 449:19, 486:4, 518:6
**AWARD** [9] - 484:2, 484:5, 493:8, 496:13, 498:12, 517:2, 517:4, 517:14, 517:17
**AWARE** [12] - 401:9, 403:21, 403:25, 405:9, 410:1, 428:9, 435:20, 454:5, 454:6, 455:25, 456:5, 499:8
**AWESOME** [1] - 373:12

## B

**BACK-AND-FORTH** [4] - 362:10, 389:24, 392:18, 479:22
**BACKLASH** [2] - 362:18, 362:19
**BACKS** [1] - 506:10
**BAD** [25] - 359:17, 359:20, 359:21, 361:5, 361:13, 366:11, 366:23, 372:1, 373:6, 377:5, 377:7, 383:19, 385:2, 400:11, 402:11, 403:1, 405:4, 440:3, 440:9, 440:13, 446:2, 449:25, 468:24, 489:2
**BADLY** [1] - 488:23
**BAILIFF** [1] - 522:15
**BAILIFF** [1] - 523:2
**BALLOON** [3] - 353:23, 353:24, 356:9
**BANNED** [1] - 481:22
**BASE** [2] - 355:10, 519:9
**BASED** [27] - 353:20, 355:13, 355:19, 382:8, 383:4, 383:6, 383:10, 383:11, 383:23, 384:2, 384:10, 384:19, 388:20, 389:13, 389:14, 395:9, 396:11, 427:4, 433:14, 454:2, 469:19, 474:4, 488:4, 490:14, 490:18, 506:7, 520:25
**BASIC** [1] - 349:20

BASING [1] - 359:4
BASIS [4] - 412:4, 418:23, 465:14, 491:20
BAY [1] - 439:13
BEAR [1] - 498:6
BEARS [1] - 513:23
BECAME [1] - 428:9
BECOME [1] - 381:14
BECOMES [2] - 510:9, 521:8
BECOMING [1] - 481:11
BEG [1] - 365:7
BEGAN [2] - 432:14, 515:5
BEGIN [3] - 360:13, 394:12, 518:15
BEGINNING [4] - 490:7, 493:14, 493:16, 507:7
BEHALF [1] - 411:16
BEHAVING [1] - 488:23
BEHAVIOR [1] - 366:10
BEHAVIORS [1] - 488:23
BEINGS [3] - 386:16, 490:4, 490:22
BELIEF [1] - 519:7
BELIEVES [1] - 446:6
BENCH [1] - 523:22
BENEFICIAL [1] - 476:18
BENEFIT [1] - 497:9
BEST [14] - 360:8, 360:9, 362:14, 378:1, 387:16, 392:22, 394:7, 396:6, 398:13, 398:20, 402:4, 439:6, 439:21, 442:7
BETTER [3] - 383:3, 489:8, 503:1
BETWEEN [13] - 383:23, 423:22, 424:5, 425:25, 426:10, 429:24, 430:19, 465:25, 484:20, 486:7, 499:1, 510:15
BEYOND [6] - 403:6, 416:19, 417:4, 441:22, 483:12, 499:16
BIG [9] - 405:10, 439:20, 488:5, 488:6, 488:9, 490:24, 491:21,

504:22, 506:1
BILLION [3] - 463:6, 463:14, 506:9
BINDER [2] - 350:12, 405:20
BINS [1] - 480:6
BIT [10] - 349:20, 354:11, 446:8, 446:21, 466:12, 485:25, 486:18, 489:23, 491:17, 494:5
BLAME [3] - 500:10, 504:7, 504:8
BLANK [7] - 369:11, 375:6, 422:20, 422:24, 475:12, 475:13, 479:19
BLANKED [1] - 413:11
BLATANTLY [1] - 439:18
BLIND [6] - 446:12, 479:9, 486:4, 488:8, 491:15, 506:2
BLINDLY [1] - 478:25
BLINDNESS [7] - 479:1, 479:8, 480:9, 482:18, 490:24, 491:3, 491:14
BLOCH [1] - 453:21
BLOCK [6] - 360:17, 360:24, 393:16, 393:17, 444:25
BLOCKBUSTER [1] - 502:12
BLOCKED [2] - 384:4, 384:5
BLOCKING [2] - 383:5, 383:7
BLURRED [1] - 494:7
BMUSA.COM [1] - 346:22
BOTTOM [7] - 349:5, 353:1, 354:12, 363:13, 373:25, 379:10, 412:21
BOUGHT [1] - 479:16
BOX [10] - 348:9, 354:14, 354:18, 365:20, 379:4, 379:12, 404:2, 410:19, 476:5, 506:25
BOXES [4] - 378:22, 379:3, 379:6
BRAND [44] - 350:25, 351:3, 351:6, 358:1, 359:21, 361:4, 361:5, 361:13, 374:2, 375:20,

376:22, 376:25, 377:15, 380:24, 385:14, 385:16, 385:20, 385:22, 385:25, 386:2, 386:20, 387:10, 387:14, 387:17, 392:25, 393:3, 395:10, 396:9, 398:15, 412:2, 412:5, 412:6, 445:13, 446:4, 446:25, 480:1, 480:10, 499:8, 500:12, 502:3, 502:14, 505:3, 511:5
BRANDED [3] - 479:21, 480:16, 503:7
BRANDS [20] - 362:18, 376:20, 377:2, 380:11, 385:18, 385:21, 385:23, 385:25, 386:1, 387:8, 387:19, 388:7, 440:11, 484:8, 487:8, 499:3, 499:10, 502:11, 504:19, 504:25
BRANDY [1] - 343:5
BRANDY [173] - 346:23, 346:24, 346:25, 381:8, 381:16, 384:11, 393:2, 394:13, 396:5, 397:4, 397:10, 397:14, 397:15, 398:1, 398:3, 398:17, 400:2, 401:13, 401:16, 401:22, 403:14, 403:15, 403:18, 403:23, 403:24, 404:5, 404:14, 404:22, 404:24, 405:9, 406:12, 407:8, 407:23, 408:19, 408:23, 409:4, 409:17, 414:9, 414:17, 414:20, 415:3, 416:1, 416:24, 418:5, 418:17, 418:24, 421:2, 421:9, 421:11, 421:15, 422:3, 423:2, 423:19, 423:20, 424:8, 424:15, 424:20, 425:3,

428:14, 428:17, 428:18, 428:24, 429:15, 430:6, 431:12, 431:13, 431:14, 432:3, 432:9, 434:18, 443:18, 443:23, 444:12, 444:13, 444:16, 444:23, 445:7, 445:12, 445:13, 470:15, 471:13, 471:14, 472:12, 477:17, 477:21, 478:2, 478:5, 478:8, 478:10, 478:11, 478:14, 478:15, 478:16, 478:17, 479:13, 479:14, 479:16, 479:17, 479:20, 479:24, 480:12, 480:17, 481:3, 481:16, 481:19, 482:2, 483:2, 483:10, 486:12, 486:24, 487:1, 487:5, 487:20, 487:22, 489:24, 490:21, 491:7, 491:11, 491:24, 491:25, 492:18, 492:21, 492:25, 494:3, 494:17, 494:20, 494:21, 494:24, 495:12, 495:14, 495:17, 496:8, 496:24, 497:8, 497:22, 498:14, 498:18, 498:23, 498:24, 499:4, 500:11, 500:22, 500:23, 500:24, 501:1, 501:6, 501:8, 501:20, 502:8, 502:18, 502:25, 504:8, 507:14, 507:16, 507:19, 515:19, 515:21
BRANDYMELVILLE USA [10] - 401:7, 428:17, 430:6, 430:16, 430:19, 481:13, 489:24, 493:7, 494:22, 498:20
BRANDYMELVILLE USA.COM [1] - 431:13

BREAK [4] - 410:9, 506:17, 521:20
BREAKS [1] - 466:21
BRIEF [1] - 507:13
BRIEFED [2] - 469:24, 472:8
BRING [5] - 351:24, 357:4, 362:21, 479:2, 521:21
BRINGS [2] - 462:19, 463:2
BROAD [4] - 377:9, 398:18, 514:24, 514:25
BROADLY [2] - 440:22, 440:25
BROADWAY [1] - 344:11
BROUGHT [4] - 456:3, 456:16, 492:21, 498:1
BROWNE [1] - 344:4
BUILT [2] - 365:6, 451:10
BULLET [1] - 370:16
BURDEN [7] - 483:4, 500:1, 507:17, 507:18, 508:15, 509:10, 518:7
BUSINESS [4] - 437:9, 480:14, 493:7, 500:13
BUST [3] - 495:22, 496:2, 496:3
BUTTON [3] - 353:14, 354:17, 490:5
BUY [4] - 356:18, 382:13, 500:24, 501:4
BUYS [1] - 409:15
BY [69] - 344:4, 344:5, 344:10, 344:10, 344:11, 348:22, 348:24, 350:14, 350:16, 352:15, 357:20, 362:5, 363:4, 364:1, 374:23, 382:2, 382:21, 396:24, 400:18, 404:22, 405:3, 406:3, 407:1, 407:18, 408:11, 411:1, 412:14, 414:16, 416:16, 416:23, 417:7, 420:2, 420:4, 421:22, 424:5, 425:23, 429:11, 430:15, 431:22, 435:2, 437:2, 437:4,

440:22, 443:2, 444:5, 445:6, 446:15, 447:15, 448:7, 449:1, 449:16, 450:6, 451:4, 453:7, 453:25, 454:22, 455:24, 456:14, 457:23, 458:17, 459:12, 461:1, 461:15, 462:3, 462:17, 462:25, 463:13, 464:2, 464:19

**C**

**CAL** [1] - 467:19
**CALCULATE** [2] - 434:20, 496:14
**CALCULATED** [1] - 512:23
**CALCULOUS** [2] - 504:17, 505:20
**CALIFORNIA** [6] - 343:2, 343:16, 343:25, 348:2, 475:2, 524:7
**CALIFORNIA** [2] - 344:6, 344:12
**CALLED** [4] - 348:22, 350:14, 420:2, 437:2
**CAMERA** [1] - 400:24
**CANADA** [1] - 471:24
**CANCEL** [1] - 388:7
**CANCELLED** [3] - 428:9, 435:18, 435:23
**CANNOT** [3] - 506:7, 515:2, 517:4
**CAP** [4] - 463:14, 465:10, 465:11, 465:12
**CAPABILITIES** [1] - 415:13
**CAPTURE** [1] - 512:23
**CAR** [1] - 360:16
**CARE** [5] - 366:2, 366:4, 459:16, 487:25, 494:1
**CARINA** [3] - 345:13, 436:6, 436:21
**CARINA** [1] - 437:1
**CAROUSEL** [1] - 356:12
**CARRY** [2] - 485:2, 485:3
**CART** [5] - 356:16, 356:17, 356:18, 483:6, 502:8

**CASE** [1] - 343:6
**CASE** [59] - 350:8, 353:22, 381:16, 386:6, 393:13, 397:8, 407:3, 410:11, 415:3, 427:13, 433:16, 433:21, 434:7, 434:11, 434:21, 455:20, 456:17, 456:19, 458:8, 458:18, 466:13, 466:16, 466:25, 468:19, 469:6, 475:18, 476:7, 476:9, 476:10, 481:13, 482:20, 483:20, 485:13, 493:14, 493:15, 493:17, 496:11, 499:6, 501:12, 507:3, 518:22, 519:10, 519:12, 519:13, 519:16, 519:17, 519:23, 520:6, 520:8, 520:10, 520:11, 520:15, 520:18, 520:23, 520:25, 521:14, 521:18, 522:20
**CASES** [3] - 456:3, 456:19, 495:9
**CAT** [1] - 370:14
**CAT-AND-MOUSE** [1] - 370:14
**CATCH** [1] - 370:14
**CATEGORIES** [5] - 371:24, 431:11, 505:17, 511:8, 511:9
**CATEGORY** [3] - 366:1, 511:13, 511:24
**CAUGHT** [1] - 399:16
**CAUSED** [1] - 358:16
**CEASE** [7] - 377:23, 417:10, 417:18, 418:9, 418:22, 479:11, 480:17
**CELEBRITIES** [1] - 386:6
**CELEBRITY** [1] - 386:7
**CENTRAL** [2] - 343:2, 524:7
**CENTS** [1] - 349:18
**CERTAIN** [11] - 377:19, 381:7, 383:14, 402:10, 404:11, 405:3,

458:8, 483:25, 490:19, 493:12
**CERTAINLY** [2] - 473:7, 473:9
**CERTIFICATE** [5] - 470:5, 509:23, 509:25, 510:1, 510:2
**CERTIFICATE** [1] - 524:1
**CERTIFICATES** [1] - 492:4
**CERTIFY** [1] - 524:7
**CETERA** [2] - 443:12, 466:19
**CHAIN** [3] - 390:11, 390:20, 392:10
**CHALLENGING** [1] - 389:1
**CHANCE** [2] - 476:7, 500:3
**CHANGE** [5] - 354:4, 388:15, 497:21, 519:4, 519:7
**CHANGED** [1] - 358:12
**CHARACTERISTIC** [2] - 366:10, 512:5
**CHARACTERISTICS** [1] - 512:4
**CHARACTERIZE** [1] - 463:4
**CHARACTERIZING** [1] - 450:24
**CHARGE** [6] - 438:6, 447:7, 469:5, 482:16, 522:17, 522:23
**CHARGES** [1] - 355:16
**CHART** [8] - 408:11, 408:12, 408:16, 410:1, 416:24, 424:10, 424:11, 483:10
**CHAT** [1] - 479:18
**CHECK** [2] - 365:20, 503:1
**CHECKED** [1] - 504:10
**CHECKING** [1] - 365:20
**CHECKLIST** [2] - 363:18, 502:25
**CHIEF** [4] - 437:8, 439:7, 496:21, 497:1
**CHOOSE** [6] - 354:1, 356:13, 356:14, 356:15, 377:16, 496:1
**CHOOSES** [1] -

446:11
**CHOOSING** [2] - 354:3, 356:14
**CHOSE** [3] - 355:14, 356:11, 356:16
**CHRONOLOGICAL** [2] - 390:20, 417:21
**CIRCLE** [3] - 486:21, 486:22, 486:24
**CIRCUMSTANCES** [1] - 394:1
**CIRCUMVENT** [1] - 371:20
**CIRCUMVENTS** [2] - 370:20, 370:21
**CITY** [1] - 344:12
**CIVIC** [2] - 360:16
**CLAIM** [5] - 432:10, 432:14, 509:8, 513:24, 514:2
**CLAIMED** [2] - 514:8, 514:11
**CLAIMING** [1] - 492:23
**CLAIMS** [5] - 420:19, 500:1, 507:14, 507:17, 507:18
**CLARIFY** [3] - 378:11, 425:5, 426:16
**CLASS** [4] - 439:6, 442:7, 470:4, 470:7
**CLASSES** [3] - 470:1, 492:8, 492:11
**CLASSIFICATION** [1] - 427:16
**CLEAN** [6] - 467:24, 468:1, 468:3, 468:12, 475:10, 523:6
**CLEAR** [8] - 365:16, 379:5, 396:11, 397:13, 403:3, 478:3, 506:3, 506:8
**CLEARLY** [2] - 365:3, 511:15
**CLERK** [9] - 368:5, 368:7, 412:22, 419:12, 419:18, 436:12, 436:18, 522:16, 523:3
**CLERK** [2] - 406:3, 522:9
**CLERKS** [1] - 475:9
**CLICK** [6] - 352:22, 354:14, 354:17, 355:6, 479:17, 490:5
**CLICKED** [1] - 354:18
**CLOCK** [2] - 497:18, 505:12
**CLOSE** [6] - 428:11,

463:10, 478:19, 479:3, 479:4, 504:24
**CLOSED** [1] - 412:7
**CLOSEST** [1] - 467:17
**CLOSING** [2] - 499:25, 506:1
**CLOTHING** [8] - 356:8, 427:17, 427:18, 427:19, 427:22, 492:9, 492:10, 494:21
**CODE** [1] - 524:8
**COFFEE** [1] - 408:21
**COFFERS** [1] - 505:18
**COKE** [6] - 485:2, 485:3, 485:4
**COLE** [1] - 437:15
**COLLABORATE** [2] - 385:16, 440:12
**COLLABORATING** [2] - 393:9, 449:20
**COLLABORATION** [3] - 377:14, 377:23, 395:9
**COLLABORATIVE** [1] - 388:1
**COLLAR** [3] - 472:13, 472:14, 492:22
**COLLEAGUE** [1] - 496:9
**COLLECT** [2] - 355:20, 426:14
**COLLECTED** [1] - 432:22
**COLOR** [1] - 362:16
**COLUMN** [1] - 371:25
**COMBAT** [2] - 462:18, 463:1
**COMBINATION** [4] - 507:22, 510:4, 511:1, 513:7
**COMFORTABLE** [1] - 377:6
**COMING** [3] - 484:18, 487:23, 514:23
**COMMENTARY** [4] - 361:6, 376:21, 377:6, 397:15
**COMMERCE** [3] - 355:24, 488:21, 516:2
**COMMIT** [1] - 517:13
**COMMITTING** [1] - 488:24
**COMMON** [18] - 360:15, 360:22, 376:11, 404:12, 404:14, 404:15, 404:22, 445:3, 446:7, 485:1,

485:12, 485:13, 493:24, 493:25, 499:22, 511:20, 511:21, 511:22
**COMMUNICATE** [6] - 519:14, 519:15, 521:9, 521:13, 521:20
**COMMUNICATING** [3] - 361:15, 394:8, 519:20
**COMMUNICATION** [2] - 361:15, 414:21
**COMMUNICATIONS** [3] - 351:2, 394:10, 479:12
**COMMUNITY** [4] - 365:6, 366:5, 440:3, 477:6
**COMPANIES** [9] - 360:18, 377:2, 404:11, 405:3, 415:18, 483:18, 483:21, 484:20, 486:1
**COMPANY** [36] - 350:22, 360:10, 376:10, 377:4, 381:16, 383:7, 383:15, 383:19, 385:8, 386:5, 398:8, 405:7, 415:16, 437:18, 437:23, 439:20, 440:8, 448:13, 450:21, 451:14, 454:10, 456:22, 463:2, 463:17, 463:20, 464:2, 465:12, 485:14, 485:17, 489:6, 493:5, 493:6, 493:7, 499:7, 504:5, 506:9
**COMPANY-WIDE** [1] - 385:8
**COMPARE** [1] - 395:12
**COMPARED** [2] - 462:18, 463:2
**COMPENSATE** [1] - 496:13
**COMPLAIN** [2] - 495:12, 504:20
**COMPLAINED** [2] - 393:6, 423:21
**COMPLAINING** [1] - 480:21
**COMPLAINT** [4] - 377:24, 399:14, 403:22, 403:23

**COMPLAINT** [9] - 423:4, 424:7, 424:19, 424:22, 426:11, 429:25, 430:21, 431:7, 499:1
**COMPLAINTS** [2] - 357:3, 412:3
**COMPLEMENT** [1] - 440:7
**COMPLETE** [1] - 522:7
**COMPLETED** [1] - 512:24
**COMPLEX** [2] - 473:15, 473:16
**COMPLICATED** [1] - 500:12
**COMPLIED** [1] - 499:14
**COMPONENT** [1] - 479:8
**COMPONENTS** [1] - 512:3
**COMPUTER** [3] - 353:17, 410:5, 501:6
**COMPUTERS** [1] - 360:15
**CON** [3] - 346:8, 346:9, 346:15
**CON'T** [1] - 347:1
**CONCERNED** [5] - 389:23, 397:4, 420:22, 435:4, 490:20
**CONCERNING** [2] - 521:14, 522:20
**CONCERNS** [1] - 394:1
**CONCLUDED** [1] - 523:23
**CONDUCT** [1] - 478:19
**CONDUCTING** [1] - 375:11
**CONFERENCE** [1] - 524:12
**CONFERENCE** [1] - 388:4
**CONFERENCES** [4] - 387:12, 387:18, 388:2
**CONFIDENTIALITY** [1] - 385:17
**CONFIRM** [2] - 391:3, 398:22
**CONFLUENCE** [1] - 346:11
**CONFORMANCE** [1] - 524:12
**CONFUSE** [3] -

397:14, 495:23, 509:18
**CONFUSED** [7] - 494:12, 494:15, 494:18, 495:1, 495:8, 495:19, 495:25
**CONFUSING** [3] - 472:11, 477:24, 518:12
**CONFUSION** [16] - 500:18, 500:20, 501:1, 508:6, 509:18, 510:11, 510:14, 510:15, 510:24, 512:20, 512:21, 512:25, 514:14, 514:16, 516:10
**CONGRATULATE** [1] - 481:8
**CONGRATULATIONS** [1] - 481:10
**CONJUNCTION** [1] - 471:17
**CONNECT** [1] - 371:18
**CONNECTED** [1] - 372:1
**CONNECTION** [10] - 372:2, 372:23, 392:9, 501:21, 501:23, 510:15, 516:6, 516:16, 516:19
**CONSCIENTIOUS** [1] - 519:3
**CONSENT** [1] - 509:17
**CONSIDER** [9] - 385:24, 445:9, 453:21, 469:13, 510:8, 510:21, 512:17, 513:2, 513:21
**CONSIDERED** [5] - 511:15, 512:1, 512:12, 515:3, 518:23
**CONSIST** [1] - 365:9
**CONSISTENT** [1] - 381:9
**CONSISTS** [1] - 375:24
**CONSTANTLY** [1] - 439:5
**CONSTITUTES** [1] - 510:23
**CONSULT** [4] - 438:15, 438:20, 507:5, 521:16

**CONSULTING** [1] - 520:3
**CONSUMER** [8] - 494:12, 494:15, 500:17, 500:22, 511:6, 513:12, 513:15, 513:22
**CONSUMERS** [2] - 486:13, 495:7
**CONTACT** [5] - 351:7, 374:1, 387:24, 413:2, 413:21
**CONTAIN** [2] - 434:13, 434:16
**CONTAINED** [3] - 360:23, 426:24, 484:6
**CONTENT** [56] - 353:21, 354:8, 357:17, 357:18, 359:9, 359:20, 363:14, 363:16, 367:23, 367:25, 368:1, 368:21, 369:17, 375:9, 375:10, 376:15, 377:21, 378:23, 379:19, 380:20, 381:1, 383:12, 383:14, 384:22, 385:2, 385:4, 385:6, 385:10, 387:1, 391:11, 391:21, 392:7, 395:3, 395:9, 395:12, 395:16, 399:23, 411:25, 420:7, 440:5, 443:7, 444:1, 446:25, 450:11, 451:21, 451:22, 452:1, 453:13, 454:3, 454:23, 454:24, 457:19, 457:24, 461:12, 461:15
**CONTEXT** [3] - 438:17, 438:19, 452:17
**CONTINUE** [3] - 410:20, 449:1, 521:22
**CONTINUED** [2] - 415:17, 509:1
**CONTRACTS** [1] - 350:23
**CONTRIBUTE** [3] - 477:11, 478:18, 486:9
**CONTRIBUTED** [4] - 478:1, 482:23, 488:7
**CONTRIBUTING** [2] -

477:16, 486:2
**CONTRIBUTORILY** [4] - 508:3, 508:7, 515:17, 515:18
**CONTRIBUTORY** [8] - 470:10, 470:12, 473:10, 507:15, 507:16, 509:8, 509:9, 517:9
**CONTROL** [2] - 414:21, 509:4
**CONTROLS** [1] - 476:17
**CONVERSATIONS** [1] - 448:16
**CONVEYING** [1] - 391:8
**CONVINCE** [1] - 448:3
**CONVINCED** [1] - 448:4
**COOLEST** [1] - 502:13
**COOPERATIVE** [4] - 503:15, 503:19, 503:25, 504:5
**COPIED** [1] - 514:13
**COPIES** [2] - 500:24, 505:4
**COPY** [15] - 400:1, 468:3, 468:12, 472:14, 475:10, 492:15, 492:17, 493:1, 507:3, 516:23, 518:13, 522:12, 522:14, 523:18
**COPYRIGHT** [1] - 437:14
**COPYRIGHTING** [1] - 514:12
**CORNER** [4] - 352:21, 353:15, 455:12, 502:12
**CORONAVIRUS** [1] - 455:11
**CORPORATE** [1] - 402:19
**CORPORATION** [3] - 343:5, 343:9, 361:5
**CORRECT** [69] - 349:3, 349:4, 349:8, 349:15, 356:25, 357:1, 371:2, 372:15, 388:10, 392:2, 399:8, 400:22, 400:23, 405:17, 407:2, 408:16, 408:17, 408:19, 413:14, 414:25, 415:11, 419:1, 420:16,

422:9, 422:16, 422:17, 422:25, 423:9, 434:12, 435:5, 435:15, 435:25, 438:10, 440:23, 440:24, 442:16, 442:17, 444:18, 444:19, 448:19, 450:9, 450:12, 451:12, 451:13, 451:17, 453:8, 453:15, 454:3, 456:2, 456:9, 457:16, 457:20, 457:25, 459:5, 460:10, 461:2, 461:3, 461:16, 461:19, 462:6, 462:10, 462:14, 463:19, 463:20, 463:21, 465:14, 465:18, 465:24, 484:17

**CORRECT** [1] - 524:9

**CORRESPONDENCE** [8] - 390:1, 392:10, 393:18, 396:12, 403:19, 420:24, 421:1, 421:3

**COST** [3] - 355:10, 443:8, 443:13

**COSTS** [3] - 355:13, 442:21, 518:3

**COUCH** [1] - 468:19

**COUNSEL** [1] - 452:19

**COUNSEL** [1] - 344:1

**COUNSEL** [50] - 348:17, 350:6, 350:7, 350:21, 351:21, 391:18, 410:20, 412:11, 412:15, 412:22, 412:24, 413:3, 413:22, 415:10, 416:8, 416:13, 416:17, 419:23, 420:24, 424:3, 440:16, 448:6, 449:2, 454:16, 454:19, 456:24, 457:6, 458:19, 458:24, 463:9, 464:15, 466:14, 467:11, 469:7, 470:17, 471:6, 472:10, 473:17, 475:7, 476:7, 476:25, 484:14, 484:15, 489:15,

497:14, 499:24, 499:25, 500:4, 506:13, 523:6

**COUNT** [3] - 443:9, 522:2, 522:3

**COUNTER** [1] - 365:13

**COUNTERFEIT** [28] - 402:22, 403:1, 403:2, 411:22, 433:4, 470:23, 470:24, 478:21, 481:4, 491:18, 491:21, 492:7, 492:14, 492:17, 494:23, 505:18, 506:10, 508:9, 509:16, 516:2, 516:4, 516:11, 516:12, 516:22, 516:25, 517:5, 517:15, 517:18

**COUNTERFEITED** [3] - 471:5, 473:22, 515:18

**COUNTERFEITER** [3] - 473:14, 501:11, 501:25

**COUNTERFEITING** [37] - 403:2, 403:7, 403:8, 469:15, 469:22, 469:25, 470:13, 470:17, 470:21, 471:12, 472:1, 472:24, 473:2, 473:4, 473:6, 473:13, 473:20, 474:2, 474:3, 477:12, 477:16, 483:22, 484:2, 484:5, 488:9, 491:19, 491:24, 492:2, 501:9, 501:15, 502:2, 507:16, 509:9, 515:8, 515:9, 515:14, 515:23

**COUNTERFEITS** [11] - 433:4, 480:6, 482:8, 482:17, 492:11, 492:24, 503:4, 503:5, 504:15, 505:24, 508:8

**COUNTRY** [1] - 398:19

**COUPLE** [9] - 348:19, 351:19, 362:10, 390:1, 415:24, 478:13, 484:20, 497:25, 502:16

**COURSE** [12] - 350:24, 359:23, 386:13, 389:25, 390:2, 438:13, 440:10, 479:20, 485:22, 490:3, 490:5, 519:1

**COURT** [17] - 419:14, 436:14, 458:8, 458:17, 467:15, 468:21, 468:22, 468:25, 483:24, 486:17, 518:18, 519:25, 520:15, 520:18, 521:7, 522:4, 522:10

**COURT** [15] - 348:6, 467:8, 467:17, 475:6, 476:2, 493:22, 506:22, 520:19, 520:24, 521:1, 521:15, 522:20, 522:22, 523:1, 523:5

**COURT** [186] - 343:1, 343:24, 348:7, 348:17, 349:25, 350:2, 350:6, 350:10, 351:23, 351:25, 352:2, 352:6, 352:8, 352:12, 357:8, 357:10, 357:12, 362:2, 362:24, 363:23, 364:17, 367:6, 367:15, 368:4, 369:23, 370:2, 370:7, 374:17, 374:19, 378:4, 378:6, 378:8, 378:13, 381:20, 381:22, 382:1, 382:17, 387:4, 387:6, 390:7, 390:14, 394:19, 394:21, 396:18, 396:21, 397:20, 400:15, 404:18, 404:20, 405:2, 405:22, 405:24, 406:6, 406:23, 407:15, 408:8, 410:8, 410:17, 410:23, 412:11, 414:13, 415:8, 415:23, 416:3, 416:6, 416:9, 416:11, 416:13, 416:21, 417:5, 419:6, 419:9, 419:23, 421:19,

421:21, 424:4, 425:16, 425:18, 425:20, 429:6, 429:8, 430:12, 431:19, 434:25, 436:3, 436:8, 436:10, 436:22, 440:19, 440:21, 442:10, 442:23, 444:2, 445:5, 446:14, 447:10, 447:20, 447:24, 448:19, 448:22, 448:25, 449:2, 449:11, 449:15, 450:4, 451:2, 452:25, 453:4, 453:24, 454:9, 454:11, 454:21, 455:19, 456:11, 456:13, 456:18, 456:24, 457:3, 457:6, 458:12, 458:19, 458:23, 459:4, 459:6, 459:16, 459:20, 460:3, 460:7, 460:11, 460:14, 460:17, 460:25, 461:13, 461:25, 462:2, 462:16, 462:22, 463:9, 463:12, 463:25, 464:13, 464:17, 466:7, 466:10, 467:9, 467:20, 467:24, 468:8, 468:11, 469:6, 469:11, 469:17, 470:3, 470:9, 470:17, 470:20, 470:25, 471:6, 471:19, 471:25, 472:4, 472:18, 472:24, 473:3, 473:8, 473:11, 473:16, 473:25, 474:5, 474:8, 475:7, 476:3, 484:14, 497:14, 499:24, 505:6, 506:13, 506:23, 523:6, 523:9, 523:11, 523:14, 523:21, 524:6, 524:19

**COURTROOM** [3] - 450:2, 467:10, 506:5

**COVERAGE** [1] - 520:2

**COVERED** [2] - 484:3, 510:2

**COVERS** [3] - 427:16, 427:18

**CREAM** [1] - 478:6

**CREATE** [9] - 351:16, 352:23, 353:6, 363:10, 371:19, 430:7, 437:23, 439:2, 446:2

**CREATED** [17] - 355:3, 367:22, 374:5, 379:7, 382:7, 395:9, 399:10, 406:10, 422:4, 424:1, 424:11, 425:1, 432:16, 438:11, 473:22, 496:6, 511:21

**CREATES** [5] - 352:16, 353:11, 486:16, 486:18, 488:14

**CREATING** [4] - 353:10, 358:18, 385:4, 437:25

**CREATION** [2] - 422:5, 422:6

**CREATIVE** [2] - 365:12, 366:5

**CREDIBILITY** [1] - 507:9

**CRIME** [1] - 411:14

**CRITICAL** [1] - 434:17

**CRITICISM** [3] - 376:21, 376:25, 398:7

**CRITICIZING** [1] - 361:4

**CROSS** [4] - 348:23, 400:17, 435:1, 450:5

**CROSS** [5] - 349:24, 400:15, 410:20, 434:25, 450:4

**CROSS** [4] - 345:5, 345:8, 345:12, 345:15

**CROSS-EXAMINATION** [4] - 348:23, 400:17, 435:1, 450:5

**CROSS-EXAMINATION** [4] - 345:5, 345:8, 345:12, 345:15

**CROSS-EXAMINATION** [4] - 400:15, 410:20, 434:25, 450:4

**CRR** [2] - 343:23, 524:19

**CRUSH** [1] - 396:25

CRYING [1] - 479:5
CSR [2] - 343:23, 524:19
CURE [1] - 389:16
CURE-ALL [1] - 389:16
CURRENT [1] - 506:7
CUSTOMER [13] - 352:24, 353:5, 355:22, 356:2, 479:23, 481:18, 503:6, 504:10, 510:23, 511:5, 512:7, 512:23, 516:24
CUSTOMERS [14] - 353:22, 355:5, 415:19, 478:3, 478:6, 478:10, 479:12, 479:15, 495:14, 508:6, 509:19, 510:12, 513:4, 513:10
CUT [1] - 442:23
CV [1] - 343:7

**D**

D-A-V-I-S [1] - 436:21
D.B.A [1] - 343:5
D.C [1] - 442:5
DAILY [1] - 418:23
DAMAGE [3] - 496:14, 496:16, 496:17
DAMAGED [1] - 509:6
DAMAGES [25] - 473:1, 474:2, 483:13, 483:21, 483:25, 488:11, 491:20, 493:8, 496:10, 496:12, 497:3, 497:18, 508:1, 515:21, 515:22, 517:3, 517:8, 517:14, 517:17, 518:6, 518:7, 518:9, 518:10
DASH [1] - 395:16
DASHBOARD [1] - 382:11
DATA [2] - 385:9, 433:14
DATABASE [1] - 414:22
DATABASES [1] - 420:12
DATE [22] - 357:22, 386:21, 412:18, 412:25, 416:1, 416:3, 416:4, 416:6,

416:9, 417:22, 422:5, 422:6, 422:13, 423:7, 424:6, 425:25, 426:10, 430:20, 522:8
DATED [1] - 524:15
DATES [1] - 415:24
DAVIS [2] - 345:13, 437:1
DAVIS [8] - 436:6, 436:21, 437:5, 437:7, 449:16, 450:7, 464:20, 506:4
DAY [2] - 343:14, 524:15
DAY-TO-DAY [6] - 438:6, 464:20, 464:21, 464:22, 464:25, 465:14
DAYS [8] - 362:11, 390:1, 390:2, 391:10, 484:19, 484:25, 493:23, 494:7
DD07 [1] - 355:22
DD26 [1] - 497:10
DD33 [1] - 353:12
DEAL [2] - 493:14, 500:16
DEALING [4] - 356:24, 357:2, 370:11, 466:1
DEALS [1] - 369:17
DECEIT [1] - 516:10
DECEIVE [1] - 476:16
DECENT [2] - 501:2, 504:11
DECIDE [11] - 362:14, 368:22, 387:8, 487:9, 488:10, 499:14, 512:11, 512:15, 518:22, 520:23, 520:25
DECIDED [1] - 520:18
DECISION [2] - 519:3, 519:6
DEDUCTING [1] - 517:23
DEEP [1] - 351:7
DEFENDANT [5] - 343:10, 344:8, 350:14, 420:2, 437:2
DEFENDANT [18] - 496:16, 507:15, 507:17, 508:2, 508:3, 508:17, 508:20, 508:22, 509:1, 509:2, 509:10, 510:23, 514:12, 515:6,

517:13, 517:21, 518:7
DEFENDANT'S [7] - 440:15, 440:17, 509:12, 514:15, 517:9, 517:16, 517:25
DEFENSE [4] - 441:3, 466:9, 501:25, 507:19
DEFENSES [1] - 507:20
DEFINITELY [1] - 394:16
DEFINITION [1] - 491:13
DEGREE [1] - 514:1
DEL [1] - 344:9
DELAWARE [1] - 343:8
DELETE [2] - 372:10, 372:17
DELETED [2] - 371:17, 372:17
DELETES [2] - 372:9, 372:10
DELETION [1] - 369:19
DELIBERATING [1] - 522:25
DELIBERATIONS [9] - 507:5, 507:10, 518:14, 518:15, 518:17, 519:14, 521:9, 521:22, 522:8
DELIVER [1] - 487:5
DEMOGRAPHIC [1] - 495:15
DEMONSTRATED [1] - 514:4
DEMONSTRATIVE [19] - 352:4, 424:1, 424:3, 426:5, 426:8, 427:9, 429:20, 429:22, 430:24, 431:1, 431:23, 431:25, 433:6, 440:15, 440:17, 440:23, 442:12, 442:14, 442:15
DENIED [1] - 521:1
DENIES [2] - 507:18, 507:20
DEPARTMENT [1] - 461:18
DEPOSITION [2] - 402:14, 472:16
DEPOSITIONS [1] - 493:21
DESCRIBE [6] -

353:21, 375:17, 391:7, 444:11, 491:10, 512:9
DESCRIBED [1] - 395:24
DESCRIBES [3] - 352:16, 382:6, 511:19
DESCRIPTION [2] - 346:4, 347:4
DESCRIPTION [7] - 353:20, 363:19, 370:10, 375:12, 382:22, 382:23, 400:3
DESCRIPTIONS [2] - 376:6, 376:14
DESCRIPTIVE [6] - 510:5, 510:9, 512:16, 513:2, 513:5, 514:21
DESELECT [1] - 355:7
DESERVE [1] - 482:25
DESIGN [12] - 353:6, 353:18, 353:25, 374:6, 379:20, 407:5, 407:10, 408:1, 409:12, 453:14, 455:11, 478:7
DESIGNATE [1] - 511:17
DESIGNATION [1] - 515:10
DESIGNED [6] - 355:2, 356:10, 496:12, 497:3, 497:4, 499:20
DESIGNER [3] - 480:4, 505:3, 505:25
DESIGNERS [1] - 504:19
DESIGNS [27] - 361:21, 362:7, 362:9, 392:22, 397:8, 407:6, 408:18, 408:22, 421:14, 424:19, 426:24, 457:9, 457:19, 458:4, 481:23, 487:5, 487:6, 502:19, 502:21, 502:22, 502:23, 502:25, 503:2, 503:17, 504:3, 505:2
DESIST [7] - 377:23, 417:10, 417:18, 418:9, 418:22, 479:11, 480:18

DESPITE [2] - 407:18, 407:23
DETAIL [2] - 354:2, 489:18
DETAILED [2] - 363:19, 368:20
DETAILS [2] - 385:18, 408:3
DETECT [4] - 371:20, 373:14, 389:8, 389:17
DETECTION [2] - 371:11, 447:8
DETECTS [3] - 371:11, 371:15, 373:12
DETER [2] - 483:21, 484:7
DETERMINE [7] - 476:8, 476:10, 510:7, 513:1, 513:4, 515:20, 517:8
DETERMINED [1] - 517:23
DETERMINING [2] - 510:22, 513:19
DETERRENT [2] - 483:16
DEVELOP [4] - 373:9, 388:25, 420:11, 437:22
DEVELOPED [3] - 438:5, 441:9, 490:13
DEVELOPING [2] - 384:17, 443:12
DEVELOPMENT [4] - 389:5, 437:9, 447:3, 510:10
DEVICE [3] - 507:21, 510:4, 511:1
DEVICES [1] - 520:8
DIALOGUE [1] - 393:10
DICTIONARIES [1] - 520:3
DIED [1] - 487:2
DIET [3] - 485:2, 485:3, 485:4
DIFFER [1] - 476:14
DIFFERENCE [2] - 383:23, 486:6
DIFFERENT [32] - 352:25, 353:4, 353:6, 354:3, 354:5, 356:13, 362:16, 371:14, 371:15, 371:24, 389:3, 407:1, 438:13, 438:18, 441:2, 441:8, 441:10,

442:6, 445:24, 446:18, 448:13, 451:25, 472:11, 477:18, 480:1, 482:21, 483:7, 483:14, 487:6, 488:21, 490:13

**DIFFERENTLY** [1] - 445:25

**DIFFICULT** [1] - 493:12

**DILIGENTLY** [1] - 518:19

**DIRECT** [19] - 408:5, 439:10, 508:18, 508:19, 508:23, 509:3, 509:4, 509:15, 510:12, 510:14, 510:15, 510:18, 512:22, 516:1, 516:3, 516:5, 516:8, 516:9

**DIRECT** [3] - 345:7, 345:11, 345:14

**DIRECT** [3] - 350:15, 420:3, 437:3

**DIRECT/ CIRCUMSTANTIAL** [1] - 507:9

**DIRECTING** [2] - 459:12, 479:23

**DIRECTLY** [1] - 462:9

**DISABLE** [2] - 404:12, 503:3

**DISABLED** [1] - 503:5

**DISABLES** [1] - 366:20

**DISABLING** [2] - 400:7, 491:4

**DISAGREE** [1] - 496:9

**DISCHARGED** [1] - 522:1

**DISCLAIMER** [1] - 482:5

**DISCLOSE** [1] - 522:3

**DISCRETION** [1] - 484:9

**DISCUSS** [5] - 410:11, 438:23, 466:24, 519:24, 522:2

**DISCUSSED** [5] - 398:25, 433:25, 518:24, 520:7, 520:9

**DISCUSSING** [1] - 519:17

**DISCUSSION** [1] - 519:5

**DISCUSSIONS** [4] - 447:1, 447:2, 447:16, 519:13

**DISGORGE** [1] - 482:23

**DISGORGEMENT** [2] - 482:22, 483:19

**DISPLAY** [1] - 355:2

**DISPLAYED** [2] - 409:18, 418:24

**DISPLAYS** [3] - 404:5

**DISPUTE** [3] - 472:11, 472:13, 484:20

**DISRUPTING** [1] - 437:21

**DISTINCTION** [1] - 512:18

**DISTINCTIVE** [12] - 510:5, 510:8, 510:9, 510:25, 511:4, 511:10, 511:12, 511:14, 512:1, 512:13, 514:24

**DISTINCTIVELY** [2] - 510:19, 511:1

**DISTINCTIVENESS** [2] - 511:9, 514:22

**DISTINGUISH** [1] - 507:23

**DISTRIBUTED** [1] - 515:14

**DISTRIBUTION** [1] - 516:7

**DISTRICT** [5] - 343:1, 343:2, 343:3, 524:6, 524:7

**DISTURBING** [1] - 504:6

**DIVISION** [1] - 343:2

**DMCA** [2] - 370:20, 370:21

**DO** [1] - 524:7

**DOCUMENT** [1] - 346:11

**DOCUMENT** [37] - 357:7, 358:1, 363:5, 363:7, 364:2, 364:16, 364:22, 367:8, 367:19, 369:13, 369:24, 370:1, 374:24, 375:3, 375:7, 378:18, 382:3, 382:6, 395:1, 395:8, 395:11, 397:19, 406:8, 406:10, 407:13, 413:6, 422:24, 423:2, 425:11, 459:7, 459:13, 459:14, 459:16, 459:18, 489:19, 489:20

**DOCUMENTATION**

[1] - 414:25

**DOCUMENTS** [7] - 364:11, 364:24, 365:19, 368:18, 383:2, 458:7, 496:20

**DOLLAR** [3] - 349:17, 413:15, 431:9

**DOLLARS** [16] - 349:15, 349:16, 349:17, 349:22, 356:20, 424:11, 442:20, 442:22, 443:4, 443:10, 443:14, 463:14, 463:16, 502:17, 505:17, 506:10

**DONE** [11] - 355:1, 368:23, 372:13, 379:1, 438:7, 452:5, 481:14, 482:5, 483:24, 494:25, 506:11

**DOOR** [1] - 479:4

**DOUBLE** [1] - 504:10

**DOWN** [56] - 350:2, 352:9, 353:1, 353:25, 354:5, 356:6, 361:20, 362:7, 362:15, 363:13, 366:18, 370:15, 373:7, 373:21, 377:1, 377:20, 379:11, 379:22, 390:13, 391:20, 393:5, 394:3, 394:7, 396:3, 396:24, 397:3, 398:9, 398:16, 399:4, 399:13, 419:9, 423:12, 423:16, 423:20, 436:4, 462:10, 466:7, 484:10, 485:12, 487:13, 487:19, 489:23, 490:1, 490:8, 491:1, 491:3, 491:11, 495:23, 497:13, 498:15, 501:5, 502:19, 504:18, 505:3

**DOWNSIDE** [1] - 400:6

**DOWNSTREAM** [2] - 470:13, 471:5

**DOZEN** [2] - 456:6, 493:18

**DRAFTED** [1] - 438:3

**DRINKS** [1] - 484:25

**DRIVE** [3] - 478:2,

478:5, 478:10

**DRIVING** [1] - 502:12

**DUCA** [1] - 344:9

**DURING** [9] - 368:23, 446:17, 461:4, 476:13, 482:19, 507:5, 518:14, 519:14, 521:8

**DUTIES** [1] - 476:9

**DUTY** [3] - 506:15, 507:2, 518:5

---

# E

**E-COMMERCE** [2] - 355:24, 488:21

**E-MAIL** [1] - 346:17

**E-MAIL** [18] - 371:14, 371:17, 373:24, 387:24, 388:16, 388:17, 390:10, 390:20, 390:21, 391:4, 392:6, 392:10, 392:20, 500:25, 504:2, 504:10, 519:18

**EAGLES** [1] - 481:20

**EARLY** [3] - 466:12, 493:15

**EARNED** [3] - 497:5, 499:18, 517:20

**EASIER** [2] - 373:23, 449:21

**EASILY** [2] - 439:1, 441:7

**EASY** [2] - 350:11, 374:1

**EBAY** [2] - 355:25, 441:24

**ED** [1] - 502:13

**EDIT** [1] - 355:6

**EFFECT** [2] - 448:20, 519:7

**EFFECTIVE** [9] - 367:2, 385:10, 385:13, 399:22, 399:24, 405:17, 407:19, 407:24, 482:8

**EFFICIENT** [3] - 348:11, 374:9, 412:2

**EFFICIENTLY** [1] - 412:1

**EFFORT** [2] - 385:8, 450:1

**EFFORTS** [2] - 518:5, 518:9

**EIGHT** [2] - 419:2, 432:5

**EITHER** [5] - 432:23,

447:12, 454:17, 471:3, 510:4

**ELECTRONIC** [1] - 519:18

**ELEMENT** [1] - 516:18

**ELEMENTS** [2] - 509:11, 515:24

**ELKINS** [3] - 487:4, 493:19, 500:14

**ELLIS** [1] - 344:4

**EMPLOYED** [1] - 459:2

**EMPLOYER** [1] - 519:21

**ENABLES** [1] - 383:20

**END** [4] - 360:13, 422:18, 422:23, 455:5

**ENDED** [1] - 477:8

**ENDING** [1] - 454:6

**ENDORSED** [1] - 454:15

**ENERGY** [1] - 450:1

**ENGAGE** [3] - 393:14, 440:11, 484:8

**ENGAGED** [2] - 420:24, 507:15

**ENGAGING** [2] - 481:2, 483:22

**ENGINEERING** [1] - 443:11

**ENGINEERS** [1] - 385:8

**ENGLISH** [3] - 360:22, 404:16, 445:3

**ENRICHMENT** [1] - 483:7

**ENTER** [2] - 374:1, 379:2

**ENTERED** [4] - 404:2, 404:6, 429:5, 430:11

**ENTERING** [1] - 378:24

**ENTIRE** [2] - 355:8, 373:13

**ENTIRELY** [1] - 400:7

**ENTITLED** [6] - 414:10, 514:24, 515:2, 517:7, 517:20, 520:22

**ENTITLED** [1] - 524:11

**ENTREPRENEUR** [1] - 437:20

**ENTRIES** [1] - 416:18

**ENVIRONMENT** [1] - 365:12

**EQUATE** [1] - 511:6

**ERROR** [1] - 402:3

**ERRORS** [1] - 402:5

**ESCALATED** [1] -

390:3
**ESCALATION** [1] - 370:12
**ESPECIALLY** [6] - 366:7, 471:23, 484:18, 489:12, 489:18, 496:15
**ESSENTIAL** [1] - 400:8
**ESSENTIALLY** [2] - 382:8, 403:24
**ET** [2] - 443:12, 466:19
**ETSY** [4] - 373:14, 408:25, 409:3, 441:24
**EUROPE** [2] - 493:13, 500:13
**EVADE** [1] - 368:19
**EVALUATE** [1] - 507:12
**EVENTS** [1] - 438:18
**EVENTUALLY** [1] - 368:23
**EVIDENCE** [82] - 357:11, 357:15, 362:4, 363:3, 363:25, 364:19, 368:3, 368:9, 369:22, 370:4, 374:22, 378:10, 382:15, 382:20, 389:21, 390:6, 390:9, 394:18, 396:23, 397:22, 401:1, 403:20, 406:2, 408:10, 410:25, 421:18, 424:2, 425:15, 425:22, 429:5, 429:10, 430:11, 430:14, 431:18, 431:21, 433:24, 433:25, 438:9, 440:18, 440:19, 440:20, 454:17, 459:8, 466:14, 469:15, 469:19, 470:14, 471:2, 471:8, 471:10, 472:16, 473:1, 473:10, 473:24, 476:8, 476:12, 476:13, 476:14, 477:13, 492:24, 494:14, 494:15, 500:17, 503:21, 507:2, 507:8, 507:9, 507:12, 508:16, 509:11, 509:25, 513:14, 513:15,

517:22, 518:8, 518:24, 519:8, 519:10, 520:18
**EVIDENCE** [2] - 346:3, 347:3
**EVOLVE** [1] - 375:13
**EVOLVED** [1] - 383:1
**EVOLVING** [2] - 370:13, 375:16
**EXACT** [7] - 351:5, 389:17, 416:4, 445:23, 492:15, 500:24, 501:18
**EXACTLY** [8] - 377:17, 403:18, 405:14, 407:25, 409:3, 432:17, 450:24, 452:24
**EXAMINATION** [14] - 345:5, 345:7, 345:8, 345:8, 345:9, 345:11, 345:12, 345:14, 345:15, 345:15, 400:15, 410:20, 434:25, 450:4
**EXAMINATION** [10] - 348:23, 350:15, 400:17, 412:13, 416:15, 420:3, 435:1, 437:3, 450:5, 464:18
**EXAMPLE** [7] - 356:3, 360:8, 360:21, 383:7, 437:16, 444:23, 500:11
**EXCELLENT** [1] - 438:7
**EXCEPT** [3] - 519:13, 521:13, 522:20
**EXCHANGE** [2] - 424:11, 497:21
**EXCLUSIVE** [1] - 514:11
**EXCLUSIVITY** [1] - 514:10
**EXCUSE** [9] - 413:25, 449:11, 454:11, 466:12, 475:23, 498:2, 500:8, 516:9, 522:2
**EXCUSED** [2] - 467:4, 520:12
**EXCUSES** [1] - 500:10
**EXECUTIVE** [1] - 437:9
**EXHIBIT** [12] - 352:2, 352:5, 369:9, 381:18, 424:1, 425:14, 425:16,

431:23, 434:6, 434:13, 434:16, 490:8
**EXHIBIT** [79] - 348:19, 357:5, 357:15, 361:25, 362:4, 362:21, 362:25, 363:3, 363:21, 363:25, 364:15, 364:19, 367:3, 367:5, 368:9, 369:1, 369:12, 370:4, 371:4, 374:15, 374:22, 378:2, 378:10, 382:20, 389:20, 390:4, 390:9, 390:22, 392:9, 392:10, 394:15, 396:15, 396:23, 397:22, 398:21, 401:1, 405:20, 406:2, 408:6, 408:10, 409:23, 410:22, 410:25, 411:2, 412:24, 413:17, 416:18, 416:23, 421:17, 421:23, 425:10, 425:22, 427:4, 427:25, 428:25, 429:5, 429:10, 430:9, 430:14, 431:17, 431:21, 434:1, 434:2, 434:3, 434:11, 434:22, 435:17, 477:21, 477:25, 479:14, 487:14, 489:20, 490:11, 490:15, 490:16, 495:21, 497:10, 497:25
**EXHIBITS** [4] - 350:12, 433:23, 433:24, 490:16
**EXHIBITS** [2] - 346:1, 347:1
**EXIST** [1] - 409:13
**EXISTED** [1] - 445:18
**EXISTS** [2] - 510:11, 510:14
**EXPAND** [2] - 447:12, 449:6
**EXPANSIVE** [2] - 398:18, 446:7
**EXPECT** [1] - 415:19
**EXPENDITURES** [1] - 443:11
**EXPENSES** [2] - 517:24, 518:2

**EXPENSIVE** [1] - 505:10
**EXPERIENCE** [2] - 445:23, 448:12
**EXPERIENCED** [1] - 381:9
**EXPERTS** [1] - 439:22
**EXPLAIN** [3] - 351:22, 358:25, 360:9
**EXPLAINED** [1] - 441:4
**EXPLANATION** [2] - 481:1, 481:21
**EXPLOSIVE** [1] - 502:9
**EXPOSED** [2] - 519:11, 521:6
**EXPRESS** [2] - 410:12, 467:1
**EXTENDED** [1] - 514:7
**EXTENT** [1] - 514:22
**EXTRA** [2] - 466:23, 496:1
**EXTREMELY** [1] - 444:14
**EYE** [4] - 373:5, 446:12, 481:17, 488:8
**EYES** [4] - 412:7, 479:4, 504:24, 506:1

## F

**F-ING** [1] - 398:1
**FACE** [2] - 438:23
**FACE-TO-FACE** [1] - 438:23
**FACILITATED** [1] - 478:20
**FACILITATING** [1] - 418:25
**FACILITATION** [1] - 478:22
**FACT** [13] - 349:11, 361:18, 373:22, 414:3, 438:15, 445:8, 454:22, 456:20, 462:12, 472:16, 486:20, 488:14, 515:4
**FACTOR** [1] - 510:21
**FACTORS** [1] - 514:18
**FACTS** [3] - 458:8, 476:9, 476:10
**FACTUAL** [1] - 467:22
**FAILED** [1] - 518:8
**FAIR** [8] - 397:16, 400:6, 420:14, 446:2, 446:9, 499:21, 520:22,

521:1
**FAIRLY** [1] - 469:24
**FAIRNESS** [2] - 485:13, 521:5
**FALSE** [2] - 439:18, 486:25
**FAMILIAR** [15] - 351:13, 351:15, 351:16, 363:4, 364:1, 381:15, 382:2, 415:15, 420:14, 420:18, 421:7, 427:12, 428:13, 456:20, 488:22
**FAMILY** [2] - 500:13, 519:20
**FANCIFUL** [2] - 511:16, 511:22
**FANS** [2] - 446:4, 494:20
**FAQ** [3] - 346:14, 364:3, 364:4
**FAR** [6] - 370:11, 443:6, 466:18, 472:10, 476:18, 481:8
**FAST** [3] - 358:2, 374:8, 404:9
**FAULT** [3] - 503:15, 504:8, 504:14
**FAVORITE** [1] - 359:5
**FEASIBLE** [1] - 445:19
**FEATURE** [3] - 408:23, 421:14, 426:17
**FEATURES** [2] - 425:23, 512:10
**FEBRUARY** [2] - 418:18, 418:20
**FEDERAL** [3] - 343:24, 524:5, 524:19
**FEE** [5] - 355:16, 355:18, 361:9, 478:22
**FEEDBACK** [1] - 385:13
**FEES** [8] - 361:11, 426:14, 431:5, 432:22, 433:15, 433:18, 434:20, 497:19
**FEET'S** [1] - 504:4
**FELLOW** [1] - 519:14
**FEW** [9] - 391:10, 393:8, 418:3, 432:16, 469:25, 480:1, 480:16,

484:11, 484:19
**FICTITIOUS** [2] - 511:16, 511:23
**FIELD** [1] - 404:6
**FIELDS** [2] - 353:21
**FIFTH** [1] - 396:24
**FIGHT** [3] - 440:9, 440:25, 441:10
**FIGHTER** [1] - 411:14
**FIGHTING** [5] - 440:3, 440:13, 442:19, 446:19, 449:25
**FIGURE** [3] - 466:22, 496:20, 502:22
**FIGURED** [2] - 502:6, 504:16
**FILE** [3] - 469:4, 469:5
**FILED** [14] - 394:14, 401:10, 416:3, 423:4, 424:14, 426:21, 430:3, 430:21, 431:8, 458:7, 458:18, 498:5, 498:21, 499:1
**FILING** [2] - 429:25, 432:24
**FILINGS** [1] - 458:18
**FILTER** [1] - 488:18
**FINALLY** [2] - 481:6, 512:24
**FINANCIAL** [3] - 496:22, 496:24, 497:1
**FINE** [3] - 380:14, 410:3, 448:2
**FINISH** [1] - 348:12
**FIRE** [1] - 504:4
**FIRM** [3] - 428:7, 453:25, 454:2
**FIRMS** [5] - 438:16, 439:21, 439:22, 453:18, 453:22
**FIRST** [1] - 411:13
**FIRST** [39] - 350:9, 362:23, 365:2, 370:16, 371:7, 371:25, 375:6, 381:25, 385:15, 389:22, 391:2, 392:4, 398:23, 401:13, 406:21, 408:21, 411:13, 413:2, 413:18, 413:21, 415:25, 416:17, 420:7, 420:21, 421:11, 422:13, 425:25, 441:3, 470:20, 471:20, 471:22, 472:6, 477:11,

477:14, 480:16, 482:21, 498:4, 511:13
**FIRSTHAND** [1] - 447:6
**FISCAL** [1] - 349:11
**FIT** [3] - 394:1, 431:10, 485:23
**FITS** [1] - 496:3
**FITTED** [1] - 428:4
**FIVE** [7] - 385:3, 415:16, 415:19, 497:14, 505:6, 509:6, 514:10
**FIXED** [1] - 355:18
**FLAGGED** [2] - 381:4, 384:20
**FLAGS** [6] - 421:9, 471:4, 472:13, 491:24, 497:22, 515:19
**FLAME** [1] - 377:8
**FLEW** [1] - 439:14
**FLOWS** [1] - 411:25
**FLUNKING** [1] - 503:11
**FOCUS** [4] - 380:15, 433:24, 433:25, 477:10
**FOCUSED** [2] - 434:5, 434:6
**FOCUSING** [1] - 443:7
**FOLKS** [3] - 437:15, 440:4, 441:24
**FOLLOW** [10] - 370:25, 376:3, 396:1, 420:24, 420:25, 421:3, 447:18, 449:9, 521:2, 521:3
**FOLLOW-UP** [5] - 420:24, 420:25, 421:3, 447:18, 449:9
**FOLLOWED** [1] - 421:4
**FOLLOWING** [10] - 348:5, 467:7, 475:5, 476:1, 506:21, 508:16, 509:10, 513:21, 515:25, 523:4
**FOOLINSTICKER** [1] - 477:22
**FOR** [8] - 344:3, 344:8, 346:3, 347:3, 524:6
**FORBIDDEN** [1] - 485:7
**FOREGOING** [1] - 524:9

**FOREPERSON** [2] - 522:7, 523:15
**FORGET** [1] - 439:3
**FORM** [18] - 373:25, 374:8, 410:12, 441:5, 446:20, 454:12, 466:25, 475:16, 481:19, 483:7, 483:12, 504:2, 519:19, 522:5, 522:8, 522:14, 523:19
**FORMAT** [1] - 395:6
**FORMAT** [1] - 524:11
**FORMS** [4] - 474:1, 475:14, 475:15, 475:17
**FORTH** [5] - 362:10, 389:24, 392:18, 403:19, 479:22
**FORUM** [1] - 388:6
**FOSTER** [2] - 365:12, 366:5
**FOUNDER** [1] - 437:19
**FOUR** [9] - 394:24, 413:23, 439:21, 489:19, 489:20, 493:23, 509:2, 514:7, 516:8
**FOUR-PAGE** [2] - 489:19, 489:20
**FRAGILE** [1] - 502:11
**FRANK** [1] - 437:16
**FRANKLY** [3] - 486:23, 493:12, 499:5
**FRAUD** [2] - 371:11, 488:24
**FRAUDSTERS** [1] - 440:4
**FREQUENTLY** [2] - 364:5, 441:25
**FRIEND** [2] - 484:10, 484:16
**FRONT** [9] - 376:15, 459:7, 472:14, 472:15, 488:6, 492:24, 493:1, 494:8, 502:1
**FULFILLED** [1] - 498:7
**FULL** [4] - 419:19, 436:19, 502:5, 504:14
**FULLY** [1] - 518:24
**FUNDAMENTALLY** [1] - 494:2
**FUTURE** [2] - 483:23, 504:13

## G

**GAINED** [1] - 512:18
**GAME** [2] - 370:14, 484:8
**GAP** [2] - 423:21, 423:23
**GARY** [1] - 343:3
**GATHER** [1] - 396:13
**GENERAL** [4] - 350:21, 350:24, 473:8, 475:16
**GENERALLY** [3] - 351:10, 420:18, 507:25
**GENERATE** [1] - 428:19
**GENERATED** [6] - 353:20, 370:10, 378:23, 379:4, 402:21, 414:7
**GENERATING** [1] - 503:8
**GENERIC** [1] - 480:16
**GENTLEMEN** [11] - 410:8, 466:11, 476:6, 477:2, 485:10, 486:6, 490:6, 491:13, 496:18, 498:17, 499:23
**GENUINE** [1] - 516:12
**GEORGE** [1] - 344:4
**GIRL** [1] - 481:20
**GIRLS** [1] - 444:14
**GIVEN** [9] - 372:20, 377:22, 432:23, 467:14, 468:19, 473:22, 489:11, 500:18
**GLOBAL** [1] - 387:18
**GLOBALLY** [1] - 438:23
**GLOBE** [2] - 438:16, 457:12
**GOD** [2] - 419:16, 436:16
**GOODS** [26] - 482:12, 484:6, 501:18, 505:18, 507:23, 507:24, 508:12, 508:13, 508:18, 508:20, 508:23, 509:1, 509:3, 509:20, 510:13, 510:18, 510:20, 511:2, 515:13, 516:7, 516:16, 516:19, 516:21, 517:4, 517:16,

517:18
**GOOGLE** [1] - 500:23
**GOSSIP** [1] - 481:20
**GRADE** [1] - 503:11
**GRANTING** [1] - 469:13
**GRAPHIC** [2] - 398:1, 490:1
**GRAPHICS** [3] - 397:2, 489:22, 491:9
**GREAT** [7] - 348:25, 354:2, 367:1, 388:24, 480:25, 490:7
**GREATEST** [1] - 389:16
**GREEN** [6] - 378:22, 379:3, 379:4, 379:6, 379:12
**GROSS** [3] - 517:24, 518:4
**GROUP** [3] - 356:23, 479:2, 504:23
**GROUPED** [1] - 511:8
**GROWN** [1] - 384:24
**GROWTH** [1] - 502:10
**GUESS** [3] - 364:20, 398:23, 505:9
**GUIDANCE** [2] - 375:9, 376:2
**GUIDE** [3] - 357:17, 380:23, 481:24
**GUIDELINES** [11] - 380:22, 381:1, 381:15, 395:2, 395:4, 395:7, 395:17, 396:1, 396:14, 407:7
**GUIDES** [1] - 369:17
**GUY** [2] - 440:3, 496:22
**GUYS** [4] - 440:9, 440:13, 449:25, 503:23

## H

**HALF** [8] - 349:21, 388:3, 442:21, 443:4, 443:9, 466:23, 468:14, 506:16
**HAND** [6] - 352:21, 353:15, 419:12, 436:12, 485:21, 522:16
**HANDLE** [4] - 371:18, 372:2, 373:15, 507:8
**HANGTAG** [1] - 492:23

**HAPPY** [4] - 352:4, 356:17, 361:16, 388:18
**HARD** [3] - 370:18, 377:17, 441:6
**HARDER** [2] - 449:22, 449:24
**HARDY** [1] - 502:13
**HARM** [3] - 502:3, 502:7, 502:16
**HARMED** [1] - 502:14
**HATE** [1] - 398:1
**HEAD** [8] - 366:12, 443:9, 446:19, 461:18, 488:9, 489:7, 496:22, 499:10
**HEADS** [1] - 481:21
**HEAR** [16] - 358:1, 455:3, 469:21, 480:9, 480:10, 480:25, 482:20, 483:3, 483:24, 484:1, 484:20, 486:22, 491:19, 504:9, 505:25, 520:14
**HEARD** [40] - 385:18, 433:23, 441:2, 445:11, 446:9, 446:13, 447:6, 453:25, 454:1, 455:5, 455:8, 455:14, 476:12, 477:22, 480:1, 480:7, 480:23, 480:25, 481:1, 483:1, 484:21, 487:1, 487:3, 487:16, 488:18, 489:4, 489:9, 489:17, 491:8, 493:4, 493:22, 494:19, 494:21, 495:15, 497:2, 499:5, 503:14, 505:9, 506:14, 507:1
**HEARING** [3] - 479:4, 493:3, 501:12
**HEARSAY** [1] - 448:18
**HEART** [28] - 346:23, 416:24, 418:18, 421:9, 421:11, 421:15, 422:3, 423:2, 424:8, 424:20, 432:21, 471:3, 471:13, 471:14, 471:15, 471:16, 472:12, 477:17, 487:20,

491:25, 492:5, 492:9, 492:18, 492:22, 492:25, 501:20, 515:19
**HEARTS** [1] - 424:15
**HEARTS** [3] - 400:2, 424:16, 425:3
**HELD** [6] - 348:5, 467:7, 475:5, 476:1, 506:21, 523:4
**HELD** [1] - 524:10
**HELP** [7] - 365:11, 394:11, 419:15, 436:15, 437:22, 458:8, 507:12
**HELPED** [3] - 440:23, 442:15, 451:14
**HEMING** [1] - 344:11
**HEREBY** [1] - 524:7
**HIDE** [3] - 383:20, 400:11, 407:17
**HIGH** [4] - 373:17, 463:23, 464:9, 504:13
**HIGHER** [1] - 391:5
**HIGHEST** [1] - 503:7
**HILL** [1] - 442:5
**HIMSELF** [1] - 480:7
**HIPSTER** [2] - 453:15, 454:8
**HIRE** [1] - 346:12
**HIRE** [3] - 461:11, 461:21, 499:9
**HIRES** [1] - 367:23
**HIT** [3] - 463:22, 464:6, 464:9
**HITLER** [2] - 453:15, 454:8
**HITTING** [1] - 463:14
**HOLDER** [12] - 361:15, 362:13, 374:2, 376:7, 376:17, 440:12, 446:10, 446:11, 446:21, 486:11, 516:15, 516:20
**HOLDER'S** [3] - 399:14, 437:17, 510:1
**HOLDERS** [18] - 381:8, 383:12, 437:15, 438:20, 438:22, 439:25, 440:2, 440:3, 440:7, 440:10, 441:6, 441:21, 447:2, 447:5, 447:7, 448:14, 448:16, 490:19
**HOLDS** [1] - 411:15

**HOLOCOUGH** [2] - 455:6, 455:10
**HOME** [2] - 352:19, 358:18
**HONDA** [1] - 360:16
**HONEST** [4] - 366:8, 491:21, 493:4, 519:7
**HONOR** [59] - 348:16, 350:1, 350:5, 351:21, 352:4, 357:9, 367:17, 369:22, 381:21, 382:16, 387:5, 390:6, 400:16, 404:19, 405:23, 410:21, 414:14, 416:14, 416:19, 417:3, 419:8, 436:6, 436:11, 442:8, 445:4, 446:16, 448:18, 448:21, 455:18, 459:1, 459:2, 463:11, 464:16, 466:6, 467:19, 467:23, 468:5, 469:3, 469:10, 469:13, 469:23, 470:23, 471:7, 472:7, 472:23, 473:5, 473:6, 473:15, 474:1, 474:7, 477:1, 485:20, 486:22, 492:12, 500:5, 505:7, 505:12, 523:8, 523:13
**HONORABLE** [1] - 343:3
**HOODIE** [1] - 428:5
**HOPE** [1] - 501:10
**HOPEFULLY** [3] - 348:12, 405:14, 505:3
**HOUR** [5] - 466:23, 468:14, 468:15, 476:23, 506:16
**HOURS** [3] - 358:4, 446:19, 468:14
**HOUSE** [2] - 441:9, 442:5
**HOUSEHOLD** [1] - 499:5
**HUMAN** [1] - 380:7, 382:14, 384:3, 386:16, 399:20, 465:17, 489:24, 490:4, 490:21, 490:22, 499:9
**HUNDRED** [1] - 491:2
**HUNDRED-PAGE** [1] -

491:2
**HUNDREDS** [6] - 388:7, 438:21, 440:6, 443:14, 496:19
**HURDLE** [1] - 446:22
**HURTS** [2] - 446:23, 446:25

---

**I**

---

**ICE** [1] - 478:6
**IDEA** [6] - 358:6, 385:14, 405:1, 443:12, 479:1, 482:22, 490:7, 504:11
**IDEAS** [1] - 365:10
**IDENTICAL** [4] - 389:11, 501:16, 515:10, 516:13
**IDENTIFICATION** [2] - 346:3, 347:3
**IDENTIFICATION** [22] - 357:14, 362:3, 363:2, 363:24, 364:18, 368:8, 370:3, 374:21, 378:9, 382:19, 390:8, 396:22, 397:21, 405:20, 406:1, 408:9, 410:24, 425:21, 429:9, 430:13, 431:20, 513:11
**IDENTIFIED** [9] - 362:9, 380:16, 392:13, 392:14, 392:19, 394:6, 395:13, 421:8, 425:6
**IDENTIFIES** [1] - 511:2
**IDENTIFY** [15] - 366:23, 370:18, 374:3, 386:3, 391:21, 425:11, 429:1, 430:10, 441:13, 490:14, 493:20, 494:22, 494:23, 507:22, 511:20
**IDENTIFYING** [2] - 394:5, 494:6
**IMAGE** [20] - 353:16, 353:19, 353:23, 354:4, 354:15, 372:11, 381:1, 381:2, 384:6, 388:24, 389:4, 389:9, 389:11,

389:14, 389:17, 393:3, 395:18, 395:20, 399:17, 495:13
**IMAGE-BASED** [1] - 389:14
**IMAGES** [13] - 355:3, 358:9, 358:20, 359:24, 372:21, 380:1, 380:25, 392:13, 395:18, 399:23, 400:10, 412:1, 487:18
**IMAGINATION** [1] - 512:7
**IMAGINE** [4] - 385:23, 480:5, 501:11, 502:24
**IMITATED** [1] - 471:4
**IMMATERIAL** [1] - 458:19
**IMMATURE** [1] - 451:2
**IMMEDIATELY** [5] - 383:20, 437:13, 519:25, 520:16, 521:7
**IMPACT** [1] - 496:24
**IMPARTIAL** [1] - 520:23
**IMPLEMENT** [2] - 385:5, 410:4
**IMPLIES** [1] - 512:4
**IMPORTANT** [12] - 354:13, 357:25, 400:22, 439:15, 451:5, 480:14, 491:18, 492:5, 492:13, 510:21, 518:25, 521:3
**IMPOSSIBLE** [2] - 360:12, 493:12
**IMPROVE** [2] - 389:18, 415:17
**IN** [3] - 524:6, 524:10, 524:11
**IN-HOUSE** [1] - 441:9
**IN-PERSON** [1] - 388:2
**INC** [1] - 343:8
**INCLUDE** [4] - 351:9, 393:16, 426:5, 511:10
**INCLUDED** [2] - 399:3, 486:21
**INCLUDES** [2] - 498:6, 519:17
**INCLUDING** [5] - 456:8, 471:10, 516:24, 520:11, 521:25

INCORPORATED [1] - 500:13

INCORRECTLY [1] - 367:18

INCREASE [2] - 358:16, 514:5

INCREDIBLE [1] - 440:1

INCREDIBLY [5] - 439:12, 439:15, 439:18, 439:24, 491:18

INCUMBENT [1] - 486:14

INCURRED [2] - 518:3

INDEBTED [1] - 484:23

INDEX [3] - 345:1, 346:1, 347:1

INDICATE [1] - 507:24

INDICATED [1] - 459:4

INDICATES [1] - 510:19

INDICATION [1] - 443:22

INDISTINGUISHABLE [2] - 515:11, 516:13

INDIVIDUAL [4] - 385:21, 386:1, 407:22, 456:19

INFLUENCED [5] - 447:2, 447:9, 447:16, 447:17, 447:18

INFORMATION [19] - 357:19, 364:6, 368:20, 371:15, 373:23, 374:2, 377:22, 377:25, 379:3, 396:13, 397:6, 398:14, 398:17, 426:5, 440:9, 519:12, 520:24, 520:25, 521:6

INFRINGE [12] - 358:21, 364:9, 396:5, 396:8, 397:10, 411:10, 444:17, 444:22, 508:14, 508:21, 508:24, 509:5

INFRINGED [8] - 360:1, 414:8, 414:17, 482:23, 510:6, 510:13, 515:18, 517:3

INFRINGEMENT [81] - 351:14, 356:24,

357:3, 359:22, 360:7, 361:2, 361:10, 364:13, 365:22, 368:16, 369:5, 371:8, 374:12, 380:15, 384:7, 385:12, 388:21, 400:9, 403:6, 412:3, 412:7, 420:16, 438:2, 438:15, 438:23, 439:9, 439:13, 439:23, 441:1, 441:11, 441:25, 442:19, 446:12, 446:19, 446:23, 447:8, 448:9, 449:23, 450:22, 452:21, 455:21, 456:2, 456:21, 461:6, 461:22, 462:4, 462:9, 462:13, 462:18, 463:1, 472:1, 477:12, 477:16, 478:2, 482:17, 482:23, 483:15, 483:22, 484:4, 486:2, 486:3, 486:7, 488:7, 488:8, 488:13, 490:14, 491:22, 494:11, 496:25, 507:16, 508:11, 509:7, 509:9, 515:25, 516:1, 517:9, 517:11, 517:14, 517:17, 517:21

INFRINGER [13] - 368:12, 368:22, 369:19, 371:13, 386:22, 441:18, 508:18, 510:16, 512:22, 516:1, 516:3, 516:5, 516:8

INFRINGER'S [3] - 510:14, 510:18, 516:9

INFRINGERS [7] - 366:2, 450:1, 508:19, 508:23, 509:3, 509:5, 509:15

INFRINGES [2] - 398:3, 508:4

INFRINGING [27] - 359:3, 359:13, 359:20, 360:2, 361:8, 363:16, 365:10, 366:4, 373:6, 379:21,

386:3, 387:2, 402:6, 407:5, 409:18, 409:20, 441:17, 443:23, 445:9, 450:12, 478:18, 478:21, 481:7, 482:11, 483:17, 508:25, 518:1

ING [1] - 398:1

INHERENTLY [10] - 510:5, 510:8, 510:25, 511:3, 511:10, 511:11, 511:14, 511:25, 512:13

INITIAL [3] - 512:20, 512:21, 512:23

INJURY [2] - 497:7, 497:9

INNOCENT [1] - 481:21

INQUIRE [2] - 419:23, 436:22

INSIGHT [1] - 435:10

INSTAGRAM [2] - 494:20, 494:24

INSTANCE [10] - 456:14, 469:14, 472:12, 486:15, 487:4, 490:20, 494:9, 495:24, 496:15, 521:18

INSTANTLY [1] - 372:6

INSTEAD [3] - 377:1, 479:20, 485:3

INSTRUCT [6] - 383:13, 466:15, 486:18, 492:12, 506:15, 507:3

INSTRUCTED [3] - 380:24, 485:20, 522:25

INSTRUCTION [10] - 351:8, 369:16, 468:22, 468:23, 468:24, 469:1, 469:20, 475:12, 475:13, 501:22

INSTRUCTIONS [38] - 364:9, 368:21, 375:9, 375:25, 376:4, 395:10, 466:18, 467:14, 467:25, 468:1, 468:2, 468:3, 468:12, 468:13, 468:16, 468:19, 468:21, 469:14, 469:18, 472:19,

472:20, 474:8, 475:9, 475:11, 475:23, 476:24, 483:3, 500:18, 506:18, 507:4, 507:6, 507:7, 518:12, 518:13, 519:10, 522:12, 523:7

INSTRUMENTALITY [1] - 509:4

INTEGRITY [10] - 367:24, 451:11, 451:17, 451:18, 451:24, 452:2, 452:4, 452:7, 452:9, 452:13

INTELLECTUAL [9] - 358:21, 364:7, 365:10, 411:15, 420:15, 456:1, 456:17, 461:22, 480:4

INTELLECTUAL [1] - 346:13

INTEND [2] - 403:5, 485:17

INTENDED [2] - 485:18, 505:23

INTENT [4] - 403:2, 403:12, 411:24, 517:13

INTENTIONAL [3] - 366:1, 366:9, 366:16

INTENTIONALLY [9] - 359:11, 366:11, 387:1, 476:16, 486:5, 488:8, 514:13, 516:2, 517:12

INTENTIONS [1] - 411:15

INTENTLY [1] - 484:10

INTEREST [3] - 480:25, 512:20, 512:21

INTERESTED [2] - 437:21, 469:20

INTERFACE [1] - 353:5

INTERNAL [4] - 368:20, 369:16, 395:8, 420:12

INTERNET [9] - 358:18, 360:25, 373:13, 377:11, 404:4, 442:1, 491:8, 520:4, 520:8

INTERPRET [1] - 476:19

INTERVIEW [2] - 452:24, 453:6

INTERVIEWED [1] - 452:20

INTRODUCE [3] - 374:17, 378:4, 378:5

INTRODUCED [2] - 440:18, 470:15

INTRODUCES [1] - 371:10

INTRODUCING [1] - 381:22

INTUITIVE [1] - 485:19

INVALID [1] - 512:17

INVENTORY [2] - 409:14, 503:1

INVEST [2] - 442:18, 442:20

INVESTIGATION [2] - 494:25, 520:5

INVITATION [2] - 449:6, 470:6

INVITED [4] - 388:5, 421:5, 438:18, 442:4

INVOLVE [1] - 511:16

INVOLVED [7] - 385:1, 385:9, 390:3, 499:6, 519:21, 520:10, 520:11

INVOLVES [1] - 519:12

IP [21] - 346:14, 364:3, 364:23, 368:17, 369:2, 385:6, 398:24, 420:6, 420:7, 420:8, 420:11, 437:22, 438:18, 438:23, 439:8, 439:23, 441:24, 447:8, 450:12, 452:20, 482:17

IP/PUBLICITY [2] - 346:6, 370:21

IS [2] - 524:9, 524:11

ISOLATED [1] - 442:2

ISSUE [23] - 403:25, 405:10, 427:13, 433:21, 434:6, 434:7, 434:11, 435:8, 439:15, 439:23, 441:7, 441:25, 442:2, 447:25, 451:5, 455:2, 455:25, 459:11, 469:20, 472:18, 472:23, 473:16, 491:19

ISSUED [3] - 497:25, 498:3, 509:24

**ISSUES** [10] - 434:21, 453:13, 454:24, 472:11, 477:9, 477:10, 480:21, 488:5, 488:6, 519:12
**ITEM** [3] - 410:2, 422:8, 423:1
**ITEMS** [11] - 426:1, 426:10, 429:14, 429:16, 430:18, 478:21, 479:16, 483:6, 502:8, 513:8, 517:5
**ITERATE** [1] - 439:5
**ITERATING** [1] - 448:15
**ITSELF** [6] - 407:14, 477:25, 490:1, 493:20, 494:3, 513:10

**J**

**JAMES** [2] - 348:21, 350:13
**JAMES** [2] - 345:4, 345:6
**JASON** [1] - 344:5
**JENNIFER** [1] - 344:10
**JEOPARDIZES** [1] - 521:5
**JIMMY** [1] - 360:23
**JOB** [7] - 420:5, 437:7, 438:7, 448:8, 485:22, 498:15, 499:14
**JOBS** [1] - 506:6
**JOKE** [1] - 502:14
**JOSHUA** [1] - 344:10
**JUDGE** [1] - 343:3
**JUDGE** [1] - 480:18
**JUDGMENT** [1] - 469:24
**JUDICIAL** [1] - 524:12
**JULY** [1] - 423:18
**JUMP** [1] - 418:2
**JUNE** [4] - 343:15, 348:1, 475:1, 524:15
**JUROR** [5] - 518:16, 518:17, 521:4, 521:6, 521:10
**JURORS** [10] - 468:2, 476:4, 518:20, 518:25, 519:6, 519:14, 520:13, 521:11, 522:24
**JURY** [54] - 348:6, 348:8, 348:9, 368:11, 369:11,

370:6, 390:17, 403:4, 410:14, 410:18, 433:23, 445:11, 449:4, 449:6, 466:18, 467:2, 467:8, 467:10, 467:12, 468:4, 469:14, 475:6, 475:13, 475:20, 476:2, 476:4, 477:2, 483:3, 484:16, 484:24, 487:17, 490:9, 493:25, 494:14, 497:12, 499:13, 506:19, 506:22, 506:24, 506:25, 507:1, 507:4, 518:16, 518:18, 519:22, 520:23, 521:12, 521:14, 522:6, 522:13, 522:18, 522:24, 523:5

**K**

**KATE** [3] - 345:10, 419:11, 419:21
**KATE** [1] - 420:1
**KEEP** [17] - 355:8, 355:11, 355:12, 366:24, 381:9, 388:21, 415:18, 468:18, 476:18, 481:17, 482:25, 483:20, 487:7, 493:3, 498:11, 522:18, 522:24
**KEEPING** [3] - 385:2, 462:9, 498:15
**KEEPS** [2] - 355:11, 412:7
**KEITH** [1] - 344:4
**KELLY** [3] - 345:12, 345:15, 465:9
**KELLY** [35] - 344:5, 435:2, 436:2, 442:8, 445:4, 448:18, 450:6, 451:4, 453:7, 453:25, 454:22, 455:24, 456:12, 456:14, 457:7, 457:23, 458:17, 458:22, 459:1, 459:12, 460:1, 460:6, 461:1, 461:15, 462:3, 462:17, 462:25, 463:11, 463:13, 464:2, 464:16,

523:8, 523:10, 523:13, 523:20
**KEPT** [3] - 394:5, 497:20, 505:12
**KEY** [1] - 490:16
**KEYWORD** [13] - 376:14, 380:17, 383:7, 383:9, 478:2, 478:5, 478:10, 481:25, 482:3, 483:9, 483:11, 503:7, 503:18
**KEYWORDS** [28] - 376:5, 376:8, 376:10, 377:20, 379:14, 379:16, 380:25, 382:10, 383:12, 383:14, 384:4, 393:7, 393:16, 393:17, 395:14, 395:15, 400:10, 400:13, 400:21, 404:12, 405:4, 480:14, 480:15, 480:22, 491:5, 503:3, 503:5
**KIDS** [2] - 354:10, 479:3
**KIMONO** [1] - 496:18
**KIND** [12] - 351:2, 354:1, 359:7, 388:2, 392:10, 395:11, 432:6, 439:3, 441:3, 479:2, 494:7, 504:2
**KINDS** [2] - 366:10, 386:2
**KING** [1] - 437:15
**KLAUSNER** [1] - 343:3
**KNOCKOFFS** [1] - 502:15
**KNOWING** [1] - 508:13
**KNOWINGLY** [1] - 478:25
**KNOWLEDGE** [6] - 387:1, 387:5, 425:8, 482:18, 493:18, 493:21
**KNOWN** [1] - 437:19
**KNOWS** [5] - 486:12, 486:13, 513:12, 515:15
**KUHN** [20] - 344:10, 419:11, 420:4, 421:17, 421:20, 421:22, 424:5, 425:14, 425:17, 425:19, 425:23, 426:7, 429:4, 429:7,

429:11, 430:9, 430:15, 431:16, 431:22, 434:24

**L**

**L.A** [7] - 428:17, 428:24, 429:15, 430:6, 431:12, 447:5, 498:14
**LA** [15] - 346:24, 347:5, 421:10, 425:13, 425:24, 435:18, 471:8, 471:9, 473:23, 491:25, 492:6, 492:8, 497:24, 501:7, 501:19
**LACK** [4] - 504:6, 504:20, 504:21
**LADIES** [11] - 410:8, 466:11, 476:6, 477:2, 485:10, 486:6, 490:6, 491:13, 496:18, 498:17, 499:23
**LANGUAGE** [3] - 360:22, 404:16, 501:21
**LANHAM** [1] - 472:8
**LARGE** [1] - 495:9
**LARGEST** [1] - 447:6
**LAST** [41] - 349:5, 349:14, 349:19, 351:4, 388:8, 391:22, 406:18, 412:18, 413:5, 413:24, 413:25, 415:16, 419:19, 419:21, 420:8, 421:1, 422:20, 423:1, 427:5, 436:19, 438:5, 439:15, 439:16, 440:16, 442:10, 449:9, 449:14, 452:3, 452:4, 455:5, 457:23, 458:2, 458:24, 463:18, 484:12, 484:22, 485:10, 485:20, 493:23, 516:18
**LATE** [1] - 439:14
**LAUNCH** [1] - 420:11
**LAW** [1] - 388:6
**LAW** [35] - 365:15, 403:6, 409:2, 411:18, 428:7, 438:14, 438:15, 438:16, 439:22,

441:22, 453:18, 466:15, 473:12, 475:9, 476:10, 483:14, 483:21, 483:25, 486:1, 486:8, 486:9, 486:10, 499:14, 499:22, 501:11, 501:14, 501:15, 506:16, 507:3, 508:3, 511:3, 517:2, 517:11, 520:10
**LAWFUL** [1] - 360:11
**LAWLER** [1] - 344:9
**LAWSUIT** [13] - 377:24, 394:14, 401:10, 401:23, 420:19, 421:7, 421:8, 423:4, 424:14, 426:1, 428:14, 430:3, 432:24
**LAWSUITS** [3] - 456:6, 456:10, 456:21
**LAWYER** [1] - 500:7
**LAWYERING** [1] - 493:16
**LAWYERS** [2] - 503:22, 520:12
**LAYER** [1] - 441:3
**LAYMAN'S** [1] - 364:8
**LEAD** [5] - 350:22, 350:23, 356:23, 362:17, 377:7
**LEADING** [1] - 447:7
**LEARN** [4] - 381:9, 389:22, 420:21, 520:5
**LEARNED** [1] - 444:1
**LEARNING** [2] - 448:14, 486:5
**LEARNS** [1] - 490:19
**LEAST** [9] - 348:13, 407:4, 456:5, 468:14, 480:10, 481:3, 481:22, 483:5, 493:6
**LEAVE** [7] - 376:2, 376:22, 376:25, 446:1, 467:5, 484:9, 504:16
**LEAVING** [1] - 470:11
**LED** [2] - 500:23, 514:15
**LEFT** [5] - 348:19, 377:19, 387:1, 455:11, 467:10
**LEGAL** [12] - 350:22, 350:23, 350:24,

385:9, 437:8, 437:7, 451:11, 451:16, 451:19, 452:7, 452:12, 461:18
**LEGALLY** [1] - 494:9
**LEGITIMATE** [2] - 359:18, 377:2
**LEIBLER** [1] - 453:21
**LENGTH** [2] - 495:22, 514:7
**LENGTHS** [1] - 367:1
**LENGTHY** [1] - 459:12
**LESS** [4] - 415:5, 431:9, 497:21, 517:15
**LETTER** [37] - 377:23, 389:25, 390:21, 391:3, 392:9, 392:14, 392:20, 415:25, 417:10, 417:18, 420:23, 421:1, 422:16, 423:8, 423:13, 424:6, 425:7, 425:25, 426:11, 428:23, 429:17, 429:24, 430:20, 432:24, 443:22, 445:14, 479:11, 480:18, 480:24, 489:15, 498:2, 499:1, 503:21, 503:22, 505:2
**LEVEL** [1] - 499:4
**LIABILITY** [2] - 473:6, 488:10
**LIABLE** [6] - 473:3, 473:12, 508:1, 508:2, 508:7, 508:11
**LIBRARY** [1] - 389:9
**LICENSE** [2] - 488:19, 493:6
**LIGHTNING** [24] - 347:5, 421:10, 424:25, 425:2, 425:6, 425:13, 425:24, 426:2, 426:23, 427:15, 432:21, 435:18, 471:8, 471:9, 473:23, 477:18, 491:25, 492:6, 492:8, 497:24, 498:5, 501:7, 501:19, 515:19
**LIGHTWEIGHT** [1] - 428:5
**LIKELIHOOD** [6] - 500:20, 501:1, 510:11, 510:13,

510:23, 512:21
**LIKELY** [4] - 508:6, 509:18, 510:15, 516:10
**LIKEWISE** [1] - 478:7
**LIMITATIONS** [1] - 389:18
**LIMITED** [2] - 404:7, 419:6
**LINE** [9] - 349:5, 371:8, 402:15, 422:23, 423:16, 483:4, 483:5, 505:14
**LINES** [1] - 428:1
**LINK** [4] - 373:24, 374:6, 479:22, 479:23
**LINKING** [1] - 502:22
**LINKS** [3] - 374:4, 374:8, 479:18
**LIST** [12] - 380:17, 401:13, 414:9, 414:16, 421:24, 421:25, 422:4, 422:8, 425:12, 481:22, 489:21, 493:18
**LISTED** [3] - 353:8, 407:11, 439:19
**LISTEN** [4] - 447:11, 448:1, 484:10, 520:1
**LISTENED** [2] - 480:24, 518:25
**LISTENER** [1] - 448:20
**LISTENING** [3] - 439:17, 476:19, 500:6
**LISTING** [33] - 353:11, 353:19, 353:22, 354:9, 356:9, 361:20, 362:6, 363:17, 366:22, 372:9, 374:4, 374:6, 378:21, 379:18, 380:14, 380:16, 392:15, 396:3, 397:25, 399:13, 399:15, 400:3, 401:2, 401:21, 406:22, 412:17, 414:8, 422:23, 486:20, 488:15, 490:25, 496:4, 496:5
**LISTING** [1] - 346:7
**LISTINGS** [46] - 351:17, 358:6, 372:18, 372:22, 372:23, 372:24, 373:2, 373:6,

373:21, 374:3, 376:18, 380:10, 380:19, 384:20, 386:14, 386:19, 389:23, 392:16, 394:5, 395:13, 397:3, 398:9, 399:4, 399:10, 420:22, 421:5, 423:12, 423:20, 433:16, 434:10, 445:7, 465:19, 465:21, 466:1, 466:2, 466:3, 487:13, 487:22, 489:1, 489:2, 489:5, 490:25, 491:12, 491:15, 495:11, 498:23
**LIT** [1] - 464:20
**LITERALLY** [1] - 478:12
**LITIGATION** [15] - 359:23, 378:22, 405:13, 407:17, 414:10, 437:14, 449:17, 449:19, 449:21, 464:21, 464:22, 464:25, 503:23, 504:17, 505:10
**LIVE** [2] - 351:20, 400:4
**LLP** [2] - 344:4, 344:9
**LOCATED** [1] - 401:10
**LOCATION** [1] - 467:16
**LODGE** [1] - 411:17
**LOGO** [40] - 376:18, 376:23, 384:7, 393:3, 400:2, 407:23, 421:9, 421:10, 421:12, 421:15, 422:2, 422:3, 423:2, 424:8, 424:16, 424:20, 425:2, 425:3, 425:6, 425:13, 425:24, 426:2, 426:17, 426:23, 426:24, 427:15, 471:3, 471:4, 472:13, 473:23, 477:17, 477:18, 491:25, 492:18, 492:22, 492:25, 496:6, 498:5
**LOGOS** [5] - 389:2, 426:18, 432:22, 487:20
**LOOK** [51] - 363:1, 365:2, 369:1,

370:15, 375:2, 375:21, 376:2, 379:20, 382:14, 386:6, 386:7, 386:10, 386:11, 387:22, 387:23, 393:25, 394:23, 395:17, 396:24, 404:15, 405:19, 422:10, 427:4, 427:25, 428:1, 429:22, 430:9, 431:1, 431:16, 431:25, 432:20, 434:1, 447:20, 458:23, 459:6, 459:9, 459:17, 468:24, 481:1, 489:11, 489:13, 489:14, 492:5, 495:9, 497:24, 503:9, 503:13, 507:8, 518:14
**LOOKED** [11] - 348:25, 368:18, 375:5, 384:3, 387:23, 392:21, 396:9, 401:2, 408:1, 423:6, 459:22
**LOOKING** [21] - 348:25, 356:3, 356:7, 392:20, 395:13, 409:21, 424:5, 434:20, 437:22, 439:4, 458:7, 459:21, 479:25, 480:3, 482:1, 489:21, 490:12, 493:24, 495:16, 495:20, 504:23
**LOOKS** [12] - 355:5, 391:7, 392:4, 406:11, 407:3, 414:2, 417:20, 419:2, 488:19, 488:20, 488:22, 488:23
**LOS** [9] - 344:6, 424:24, 425:2, 425:6, 426:2, 426:22, 427:15, 477:17, 515:19
**LOS** [4] - 343:16, 343:25, 348:2, 475:2
**LOSS** [3] - 349:6, 349:7, 499:19
**LOST** [2] - 349:10, 349:12
**LOUD** [2] - 506:3,

506:8
**LOUIS** [2] - 480:6, 480:7
**LOWER** [1] - 353:25
**LUNCH** [5] - 466:12, 466:21, 467:3, 468:15, 474:10

**M**

**MACHINERY** [1] - 483:20
**MAGAZINE** [2] - 452:20, 453:7
**MAIL** [19] - 346:17, 371:14, 371:17, 373:24, 387:24, 388:16, 388:17, 390:10, 390:20, 390:21, 391:4, 392:6, 392:10, 392:20, 500:25, 504:2, 504:10, 519:18
**MAIN** [4] - 374:13, 384:8, 384:9, 400:9
**MAJOR** [2] - 351:6, 387:19
**MAJORITY** [4] - 358:3, 359:6, 489:2, 504:19
**MAN** [1] - 356:13
**MANAGER** [2] - 420:6, 420:9
**MANNER** [4] - 509:18, 512:23, 514:2, 514:8
**MANNERS** [1] - 508:6
**MANUAL** [1] - 372:14
**MANUALLY** [1] - 489:5
**MANUFACTURED** [2] - 355:13, 409:16
**MANUFACTURER** [2] - 481:15, 481:17
**MANUFACTURERS** [1] - 504:11
**MARCH** [1] - 422:14
**MARGIN** [2] - 349:1, 355:12
**MARK** [42] - 424:25, 429:12, 430:7, 430:16, 435:18, 445:23, 445:24, 446:1, 470:3, 470:24, 471:11, 471:13, 471:14, 471:15, 471:16, 473:23, 487:1, 491:22, 492:16, 501:20, 511:4, 513:3, 514:23,

515:3, 515:15, 516:2, 516:4, 516:6, 516:11, 516:12, 516:14, 516:15, 516:17, 516:20, 516:21, 517:16, 517:18

**MARKED** [1] - 352:2, 405:20, 411:2

**MARKED** [20] - 357:14, 362:3, 363:2, 363:24, 364:18, 368:8, 370:3, 374:21, 378:9, 382:19, 390:8, 396:22, 397:21, 406:1, 408:9, 410:24, 425:21, 429:9, 430:13, 431:20

**MARKET** [8] - 444:12, 444:13, 445:12, 463:14, 465:10, 465:12, 513:5

**MARKETING** [1] - 486:25

**MARKETPLACE** [48] - 351:14, 351:17, 352:19, 354:20, 355:9, 355:17, 356:25, 358:10, 359:14, 359:17, 360:2, 364:13, 366:24, 367:24, 368:19, 374:12, 377:10, 382:13, 389:23, 392:16, 413:13, 420:16, 420:22, 421:14, 426:24, 427:20, 427:23, 430:19, 439:9, 441:1, 441:23, 442:19, 448:9, 451:11, 451:17, 451:18, 451:24, 452:2, 452:4, 452:7, 452:9, 452:13, 457:8, 486:13, 487:7, 499:18, 511:2, 516:24

**MARKETPLACES** [3] - 355:25, 377:11, 442:1

**MARKS** [33] - 427:12, 428:11, 428:12, 428:13, 428:16, 428:19, 428:22, 431:12, 432:4, 432:11, 432:14,

432:21, 433:1, 433:3, 433:10, 433:11, 433:18, 433:19, 434:6, 444:6, 444:7, 444:8, 445:22, 470:2, 471:7, 501:18, 509:16, 509:17, 511:15, 514:21, 514:24

**MARSHAL** [1] - 521:10

**MASCOT** [2] - 386:9, 386:11

**MASUR** [149] - 344:10, 348:18, 348:24, 349:24, 350:8, 350:11, 350:16, 351:19, 351:24, 352:1, 352:3, 352:7, 352:10, 352:15, 357:9, 357:11, 357:13, 357:20, 362:5, 362:21, 362:25, 363:4, 363:11, 363:21, 364:1, 364:15, 364:20, 367:3, 367:7, 367:12, 367:17, 368:2, 368:6, 368:10, 368:25, 369:9, 369:21, 369:25, 370:5, 370:8, 371:3, 371:22, 374:15, 374:18, 374:20, 374:23, 375:1, 378:2, 378:5, 378:7, 378:11, 378:15, 379:10, 379:22, 381:18, 381:21, 381:23, 382:2, 382:15, 382:18, 382:21, 387:5, 387:7, 389:20, 390:4, 390:10, 390:15, 394:15, 394:20, 394:23, 396:15, 396:19, 396:24, 397:18, 397:23, 398:21, 400:14, 407:13, 412:14, 412:23, 413:5, 413:17, 414:16, 415:9, 415:22, 416:8, 416:10, 416:19, 417:3, 419:8, 436:6, 436:9, 436:11, 437:4, 440:14, 440:20, 440:22,

442:12, 443:2, 444:5, 445:6, 446:15, 447:15, 447:23, 448:7, 448:20, 448:24, 449:1, 449:8, 449:13, 449:16, 450:3, 453:23, 454:20, 455:18, 457:22, 458:10, 458:14, 460:2, 461:24, 462:15, 462:21, 464:19, 466:6, 466:9, 467:18, 467:22, 468:5, 469:3, 469:10, 469:12, 469:23, 470:4, 470:11, 470:19, 470:22, 471:1, 471:23, 472:3, 472:10, 472:22, 472:25, 473:5, 473:9, 473:14, 473:21, 474:7, 484:16, 497:16

**MASUR** [12] - 345:5, 345:7, 345:8, 345:11, 345:14, 345:15, 500:6, 500:17, 501:9, 502:18, 503:3, 503:9

**MASUR'S** [1] - 461:4

**MATCH** [5] - 376:14, 380:25, 389:1, 389:17, 395:21

**MATCHING** [3] - 388:24, 389:4, 399:17

**MATERIAL** [1] - 386:3

**MATERIALS** [2] - 490:17, 520:4

**MATH** [1] - 349:20

**MATTER** [1] - 524:11

**MATTER** [8] - 390:2, 410:13, 448:23, 467:1, 487:5, 499:8, 499:16, 519:24

**MATTERS** [3] - 350:24, 493:25, 522:20

**MATURE** [1] - 354:8

**MEAN** [16] - 359:2, 375:19, 375:20, 393:25, 397:7, 400:1, 402:7, 402:9, 413:12, 414:4, 432:9, 445:2, 465:11, 473:8, 502:24, 515:6

**MEANING** [12] - 492:15, 510:6, 510:10, 512:19, 513:6, 513:8, 513:18, 513:21, 514:20, 514:25, 515:1, 515:7

**MEANS** [10] - 372:5, 380:6, 466:13, 470:6, 503:12, 511:20, 515:9, 517:4, 518:6, 519:18

**MEANT** [1] - 435:24

**MEANTIME** [1] - 481:4

**MEDIA** [4] - 377:9, 519:19, 520:1, 520:2

**MEET** [3] - 438:23, 439:18, 480:5

**MELVILLE** [121] - 346:25, 381:8, 381:16, 384:11, 393:2, 394:13, 397:4, 397:14, 397:15, 398:1, 398:17, 401:13, 401:16, 401:22, 403:14, 403:15, 403:18, 403:23, 403:24, 404:5, 404:14, 404:22, 404:24, 405:9, 406:12, 407:8, 407:23, 408:19, 408:23, 409:4, 409:17, 414:9, 414:20, 415:3, 416:1, 418:5, 418:24, 421:2, 423:19, 423:20, 428:14, 428:18, 429:15, 431:13, 431:14, 432:3, 432:9, 434:18, 443:18, 444:16, 445:7, 470:15, 472:12, 477:17, 477:21, 478:2, 478:5, 478:8, 478:10, 478:11, 478:14, 478:15, 478:16, 478:17, 479:13, 479:14, 479:16, 479:17, 479:20, 479:24, 480:12, 480:17, 481:3, 481:16, 481:19, 482:2, 483:2, 483:10, 486:12, 486:24, 487:1, 487:5,

487:22, 489:24, 490:21, 491:7, 491:11, 492:1, 492:3, 492:25, 494:3, 494:17, 494:24, 495:12, 495:17, 496:8, 496:24, 497:8, 498:23, 498:24, 499:4, 500:11, 500:22, 500:23, 500:24, 501:1, 501:6, 501:8, 502:8, 502:18, 502:25, 507:14, 507:16, 507:19, 515:21

**MELVILLE** [1] - 343:5

**MELVILLE'S** [11] - 396:5, 397:10, 398:3, 414:17, 443:23, 444:12, 444:13, 445:12, 445:13, 494:20, 495:14

**MEMBER** [2] - 381:1, 521:12

**MEMBERS** [17] - 348:8, 370:25, 395:12, 395:16, 410:18, 484:16, 484:24, 487:17, 493:25, 494:14, 497:12, 499:13, 506:24, 507:1, 518:16, 519:21, 521:14

**MEME** [1] - 455:6

**MEMORY** [13] - 458:20, 458:21, 458:25, 459:8, 459:10, 459:17, 459:23, 460:5, 460:8, 460:12, 460:20, 460:21, 460:22

**MENTION** [1] - 388:24

**MENTIONED** [9] - 353:10, 366:1, 380:24, 382:9, 412:17, 447:1, 447:4, 471:22, 485:6

**MERE** [2] - 444:16, 515:4

**MERELY** [1] - 512:10

**MERITS** [1] - 519:16

**MESS** [1] - 505:19

**MESSAGE** [5] - 411:21, 480:4, 506:3, 506:4, 506:8

**MESSAGES** [1] -

500:25
**MESSAGING** [1] - 519:19
**MET** [1] - 437:19
**METHODS** [1] - 375:15
**MIDDLE** [3] - 369:7, 370:15, 521:19
**MIGHT** [27] - 355:22, 356:24, 369:18, 371:13, 371:14, 372:22, 373:13, 385:22, 385:24, 396:4, 396:7, 400:3, 435:10, 443:23, 445:8, 468:21, 468:23, 469:13, 476:21, 479:8, 485:1, 485:2, 491:10, 494:18, 495:8
**MILLION** [21] - 349:1, 349:7, 349:20, 349:21, 358:8, 386:21, 386:24, 442:21, 443:4, 443:9, 443:17, 444:8, 457:8, 457:12, 462:4, 462:7, 474:4, 484:5, 499:10, 517:18
**MILLIONS** [9] - 360:11, 442:20, 443:25, 445:21, 445:22, 487:8, 499:3, 505:17
**MIND** [4] - 404:8, 468:18, 476:18, 498:6
**MINDS** [1] - 513:9
**MINDSET** [1] - 451:3
**MINIMUM** [1] - 479:9
**MINORITY** [1] - 359:11
**MINUTE** [2] - 388:8, 496:21
**MINUTES** [9] - 410:10, 410:15, 436:8, 466:12, 469:21, 476:22, 484:11, 497:15, 506:17
**MIRANDA** [4] - 343:23, 524:5, 524:18, 524:19
**MIRANDAALGORRI @GMAIL.COM** [1] - 343:25
**MISS** [1] - 490:2
**MISSING** [1] - 485:24
**MISSPELLINGS** [1] - 376:12

**MISSPOKE** [1] - 427:11
**MISTAKE** [3] - 401:19, 401:21, 516:10
**MISTAKEN** [1] - 471:24
**MISTAKES** [2] - 490:23
**MISUSE** [1] - 368:19
**MISUSING** [4] - 366:8, 441:14, 441:15, 441:16
**MITIGATE** [3] - 518:6, 518:9
**MITIGATED** [1] - 518:11
**MODERATE** [2] - 389:8, 389:10
**MODERATED** [1] - 370:19
**MODERN** [1] - 452:19
**MODIFIED** [1] - 467:15
**MOLE** [1] - 484:8
**MOM** [1] - 439:14
**MONEY** [19] - 349:10, 361:7, 419:1, 423:24, 424:7, 449:24, 462:12, 462:17, 462:25, 465:13, 483:17, 483:19, 494:3, 496:13, 496:22, 497:5, 497:6, 498:11, 499:17
**MONITOR** [6] - 375:23, 395:22, 400:22, 445:17, 461:22
**MONITORING** [1] - 509:4
**MONOPOLY** [1] - 485:8
**MONTH** [3] - 366:15, 423:21, 423:23
**MONTHS** [6] - 419:2, 463:5, 463:13, 463:18, 481:9, 487:21
**MOON** [2] - 403:22, 478:7
**MORNING** [8] - 348:10, 348:13, 350:17, 400:19, 400:20, 410:9, 437:5, 437:6
**MOST** [18] - 357:24, 360:21, 377:2, 380:11, 381:14, 383:1, 383:12,

385:17, 387:10, 404:15, 412:1, 438:16, 445:2, 446:1, 453:18, 495:11, 504:4, 505:13
**MOTION** [1] - 469:4
**MOTIONS** [1] - 469:24
**MOUSE** [1] - 370:14
**MOUTHS** [1] - 454:13
**MOVE** [20] - 357:11, 368:2, 369:21, 382:15, 390:6, 394:17, 396:19, 397:19, 397:23, 408:6, 410:22, 421:18, 423:5, 425:14, 429:4, 430:6, 430:11, 431:18, 442:8, 460:2
**MOVED** [1] - 362:1
**MOVIE** [3] - 359:5, 385:23, 385:24
**MOVIES** [2] - 385:23, 386:12
**MPI** [3] - 454:23, 459:3, 460:6
**MR** [215] - 348:18, 348:24, 349:24, 350:1, 350:5, 350:8, 350:11, 350:16, 351:19, 351:24, 352:1, 352:3, 352:7, 352:10, 352:15, 357:9, 357:11, 357:13, 357:20, 362:5, 362:21, 362:25, 363:4, 363:11, 363:21, 364:1, 364:15, 364:20, 367:3, 367:7, 367:11, 367:12, 367:17, 368:2, 368:6, 368:10, 368:25, 369:9, 369:21, 369:25, 370:5, 370:8, 371:3, 371:22, 374:15, 374:18, 374:20, 374:23, 375:1, 378:2, 378:5, 378:7, 378:11, 378:15, 379:10, 379:22, 381:18, 381:21, 381:23, 382:2, 382:15, 382:18, 382:21, 387:3, 387:5, 387:7, 389:20, 390:4,

390:10, 390:15, 394:15, 394:20, 394:23, 396:15, 396:19, 396:24, 397:18, 397:23, 398:21, 400:14, 400:16, 400:18, 400:24, 404:22, 405:3, 405:23, 406:3, 406:7, 407:1, 407:13, 407:18, 408:5, 408:11, 410:21, 411:1, 412:10, 412:14, 412:23, 413:5, 413:17, 414:16, 415:7, 415:9, 415:22, 416:8, 416:10, 416:12, 416:14, 416:16, 416:19, 416:23, 417:3, 417:7, 419:5, 419:8, 435:2, 436:2, 436:6, 436:9, 436:11, 437:4, 440:14, 440:20, 440:22, 442:8, 442:12, 443:2, 444:5, 445:4, 445:6, 446:15, 447:15, 447:23, 448:7, 448:18, 448:20, 448:24, 449:1, 449:8, 449:13, 449:16, 450:3, 450:6, 451:4, 453:7, 453:23, 453:25, 454:20, 454:22, 455:18, 455:24, 456:12, 456:14, 457:7, 457:22, 457:23, 458:10, 458:14, 458:17, 458:22, 459:1, 459:12, 460:1, 460:2, 460:6, 461:1, 461:15, 461:24, 462:3, 462:15, 462:17, 462:21, 462:25, 463:11, 463:13, 464:2, 464:16, 464:19, 466:6, 466:9, 467:18, 467:22, 468:5, 468:10, 469:3, 469:10, 469:12, 469:23, 470:4, 470:11, 470:19, 470:22, 471:1, 471:7, 471:23, 472:3,

472:6, 472:10, 472:22, 472:25, 473:5, 473:9, 473:14, 473:21, 474:1, 474:7, 477:1, 484:16, 497:16, 500:5, 505:7, 523:8, 523:10, 523:13, 523:20
**MS** [19] - 419:11, 420:4, 421:17, 421:20, 421:22, 424:5, 425:14, 425:17, 425:19, 425:23, 426:7, 429:4, 429:7, 429:11, 430:9, 430:15, 431:16, 431:22, 434:24
**MULTIPLE** [10] - 372:1, 426:18, 442:20, 445:23, 477:13, 487:5, 488:20, 490:13, 495:18, 521:11
**MULTIPLIED** [1] - 517:5
**MULTISTAGE** [1] - 512:8
**MUST** [14] - 435:23, 512:7, 513:2, 513:14, 515:20, 515:23, 516:22, 517:8, 517:14, 518:21, 518:22, 519:9, 519:11, 519:23

## N

**NAME** [34] - 360:10, 371:15, 373:3, 374:2, 376:9, 378:25, 379:1, 383:7, 383:15, 383:16, 383:19, 386:7, 386:10, 386:11, 402:7, 402:8, 404:14, 404:23, 404:25, 405:7, 419:19, 419:20, 419:21, 436:19, 436:20, 451:25, 499:5, 501:3, 502:22, 507:21, 510:3, 513:7
**NAMELY** [1] - 431:11
**NAMES** [8] - 360:20, 360:22, 360:23, 376:9, 386:2, 386:6, 404:12, 404:16

**NARRATIVE** [4] - 442:24, 444:2, 449:3, 454:12

**NARROW** [1] - 356:6

**NAT** [1] - 437:15

**NEARLY** [3] - 385:16, 387:11, 481:4

**NECESSARILY** [5] - 373:1, 444:17, 491:6, 514:18, 515:6

**NECESSARY** [1] - 521:8

**NEED** [10] - 373:21, 373:23, 468:1, 468:13, 468:15, 475:20, 487:9, 487:10, 499:10, 499:11

**NEEDED** [2] - 450:15, 450:22

**NEEDS** [3] - 389:16, 506:10, 506:11

**NET** [1] - 465:16

**NEUTRAL** [1] - 486:15

**NEVER** [11] - 400:5, 413:13, 451:1, 471:1, 472:2, 472:15, 480:25, 487:24, 492:20, 494:3, 499:17

**NEW** [13] - 353:14, 354:25, 367:23, 370:19, 371:4, 371:14, 371:19, 384:16, 409:12, 443:12, 481:4, 487:5, 502:19

**NEW** [2] - 346:12, 447:5

**NEWLY** [2] - 373:1, 511:21

**NEWS** [1] - 377:5

**NEXT** [32] - 350:4, 355:1, 359:22, 363:12, 366:14, 388:4, 388:23, 391:5, 417:13, 419:10, 423:15, 423:16, 424:24, 433:5, 436:5, 442:13, 443:1, 448:6, 455:23, 460:25, 462:2, 466:8, 466:13, 480:6, 488:17, 497:22, 498:13, 498:19, 498:22, 502:13, 511:24

**NICE** [1] - 383:10

**NICHE** [5] - 444:12,

444:14, 445:12, 495:16

**NIGHT** [2] - 349:19, 439:15

**NIKE** [2] - 501:13, 501:24

**NINE** [2] - 437:11, 448:13

**NO** [2] - 343:6, 524:19

**NOBODY** [7] - 382:12, 382:13, 389:12, 397:14, 399:20, 447:10, 460:17

**NON** [3] - 474:2, 484:2, 516:12

**NON-GENUINE** [1] - 516:12

**NON-WILLFUL** [2] - 474:2, 484:2

**NONE** [2] - 433:7, 433:8

**NONRESPONSIVE** [2] - 442:9, 442:11

**NORMAL** [2] - 370:20, 373:20

**NORMALLY** [2] - 469:6, 469:17

**NORTH** [1] - 446:24

**NOTE** [2] - 521:9, 522:3

**NOTED** [1] - 367:18

**NOTES** [3] - 367:13, 390:15, 490:7

**NOTHING** [12] - 393:3, 400:14, 419:5, 419:8, 419:15, 436:15, 447:25, 456:19, 466:6, 471:4, 482:6, 497:2

**NOTICE** [35] - 361:19, 362:6, 370:20, 375:22, 395:23, 399:3, 411:17, 422:15, 423:8, 423:13, 423:19, 424:6, 425:6, 425:25, 426:11, 428:23, 429:16, 429:23, 429:24, 430:20, 432:23, 433:15, 433:19, 434:14, 435:20, 441:4, 443:19, 445:14, 487:10, 497:18, 498:4, 499:1

**NOTICES** [5] - 373:20, 387:22, 450:11, 453:11, 489:10

**NOTIFIED** [2] - 392:7, 498:14

**NOTIFIES** [1] - 480:1

**NOTIFY** [2] - 520:15, 521:7

**NOWHERE** [1] - 478:8

**NUMBER** [2] - 346:4, 347:4

**NUMBER** [44] - 368:5, 381:20, 413:15, 425:16, 429:6, 438:13, 438:17, 441:2, 441:8, 441:10, 441:23, 444:21, 454:24, 456:3, 461:2, 465:10, 467:11, 475:11, 475:13, 483:5, 491:21, 505:8, 508:7, 508:17, 508:19, 508:22, 509:2, 509:6, 509:14, 509:15, 510:12, 513:15, 513:22, 514:1, 514:4, 514:7, 514:10, 514:12, 514:16, 516:3, 516:5, 516:8, 517:5

**NUMBER** [1] - 514:14

**NUMBERS** [6] - 442:14, 490:8, 496:16, 496:17, 497:13, 499:18

**NUMERICALLY** [1] - 521:25

**NUMEROUS** [1] - 456:1

## O

**O'CLOCK** [6] - 410:10, 467:12, 468:1, 468:13, 468:16, 474:6

**OATH** [3] - 348:15, 520:19, 521:2

**OBJECT** [2] - 378:14, 416:19

**OBJECTION** [18] - 387:3, 407:13, 415:7, 417:3, 442:12, 442:13, 445:4, 448:18, 453:23, 454:20, 455:18, 457:22, 458:10, 458:13, 458:14, 460:2, 461:24, 462:21

**OBLIGATION** [2] - 486:17, 486:19

**OBTAIN** [1] - 509:23

**OBVIATE** [1] - 469:14

**OBVIOUS** [3] - 411:22, 447:17, 477:15

**OBVIOUSLY** [1] - 438:25

**OCCUR** [3] - 356:24, 432:8, 515:14

**OCCURRED** [1] - 428:23

**OCCURS** [1] - 512:22

**OCTOBER** [5] - 384:14, 418:6, 418:11, 418:12

**OF** [12] - 343:2, 343:14, 344:1, 345:1, 346:1, 347:1, 524:1, 524:7, 524:9, 524:12, 524:15

**OFFENSIVE** [1] - 439:18

**OFFER** [4] - 361:17, 374:7, 472:8, 504:1

**OFFERED** [8] - 361:18, 448:20, 448:22, 498:10, 501:19, 502:15, 515:13, 517:6

**OFFERING** [2] - 471:8, 516:6

**OFFERS** [1] - 498:10

**OFFICE** [3] - 344:12, 509:24, 515:13

**OFFICE** [2] - 468:6, 468:8

**OFFICER** [4] - 437:18, 439:7, 496:22, 497:1

**OFFICES** [2] - 442:6, 467:17

**OFFICIAL** [4] - 343:24, 524:1, 524:5, 524:19

**OFTEN** [3] - 357:20, 359:2, 377:22

**OLD** [2] - 373:2, 396:11

**ONBOARDING** [1] - 346:12

**ONCE** [8] - 376:1, 376:17, 380:16, 424:18, 440:11, 440:12, 441:15, 504:8

**ONE** [99] - 349:14, 353:6, 356:13, 364:14, 364:24, 364:25, 366:16, 368:17, 368:22, 369:7, 369:16, 371:18, 371:25,

372:22, 373:11, 373:16, 374:13, 375:10, 375:25, 376:6, 381:12, 382:10, 384:8, 384:9, 385:5, 388:23, 392:15, 395:11, 396:16, 397:2, 397:8, 397:24, 400:9, 407:6, 410:1, 412:4, 412:17, 414:1, 417:12, 418:18, 422:8, 431:9, 433:22, 442:13, 449:4, 449:9, 449:14, 451:10, 453:21, 455:14, 467:11, 467:20, 468:18, 470:1, 471:20, 472:4, 472:6, 472:18, 475:9, 477:21, 483:20, 487:9, 487:10, 488:9, 488:24, 492:7, 492:8, 492:20, 494:16, 494:21, 495:18, 495:20, 495:21, 495:22, 495:25, 496:7, 500:9, 500:25, 501:2, 501:4, 502:11, 502:13, 503:2, 505:9, 505:19, 508:17, 508:23, 509:21, 511:4, 513:22, 514:17, 517:1, 517:2, 518:15, 521:10

**ONE-OFF** [1] - 412:4

**ONES** [10] - 373:2, 380:2, 387:18, 392:19, 392:20, 435:8, 456:8, 485:17, 491:1, 492:5

**ONGOING** [1] - 484:8

**ONLINE** [3] - 358:19, 403:24, 452:19

**OOO** [2] - 348:3, 475:3

**OPEN** [8] - 348:6, 417:6, 467:8, 475:6, 476:2, 506:22, 521:15, 523:5

**OPENED** [1] - 496:18

**OPENING** [4] - 461:4, 477:8, 478:24, 482:19

**OPERATING** [1] -

518:2
**OPERATIONS** [9] - 350:22, 357:17, 367:23, 438:7, 451:22, 452:1, 464:23, 466:3, 500:14
**OPINION** [4] - 445:10, 450:14, 450:21, 519:4
**OPINIONS** [2] - 410:13, 467:1
**OPPORTUNITIES** [1] - 500:3
**OPPORTUNITY** [1] - 378:14
**OPPOSED** [2] - 392:24, 472:1
**OPPOSING** [1] - 351:21
**OPPOSITE** [1] - 446:5
**ORANGE** [1] - 356:9
**ORDER** [1] - 347:5
**ORDER** [25] - 390:11, 390:20, 407:2, 407:22, 409:15, 412:25, 413:18, 416:24, 417:7, 417:21, 418:25, 422:5, 422:6, 427:22, 428:1, 428:3, 428:6, 428:8, 428:10, 481:19, 483:20, 498:6, 513:4, 513:17, 522:20
**ORDERED** [2] - 422:5, 519:24
**ORDERS** [10] - 407:11, 414:2, 418:5, 418:11, 418:17, 421:24, 422:22, 425:12, 431:10, 435:23
**ORDERS** [4] - 346:18, 346:23, 346:24, 346:25
**ORDINARY** [1] - 509:19
**ORGANIZATION** [1] - 494:22
**ORGANIZATIONS** [1] - 441:24
**ORGANIZERS** [2] - 388:11, 388:16
**ORIGINAL** [6] - 359:18, 359:21, 365:10, 392:13, 504:19, 505:22
**OTHERWISE** [3] -

449:25, 521:25, 522:25
**OURSELVES** [2] - 440:2, 491:14
**OUTSIDE** [6] - 467:8, 475:6, 493:22, 503:23, 521:6, 523:5
**OVERHEAD** [1] - 518:2
**OVERLY** [2] - 377:9, 398:18
**OVERRULED** [5] - 407:15, 417:5, 445:5, 458:13, 462:22
**OVERSAW** [1] - 452:2
**OVERSEE** [8] - 451:16, 451:19, 451:23, 452:6, 452:12, 461:15, 464:20, 464:22
**OVERSIGHT** [1] - 464:21
**OWN** [18] - 365:10, 365:15, 395:20, 395:21, 396:10, 396:12, 397:17, 402:8, 402:9, 402:25, 408:20, 440:5, 470:16, 470:23, 480:3, 516:23, 519:2, 520:6
**OWNED** [1] - 398:18
**OWNER** [21] - 351:6, 374:2, 375:20, 377:15, 380:24, 381:3, 385:22, 395:10, 396:9, 398:15, 412:5, 412:6, 480:1, 480:4, 480:5, 496:13, 497:4, 505:3, 505:25, 509:22
**OWNERS** [17] - 350:25, 351:3, 358:1, 385:14, 385:16, 385:20, 385:25, 386:20, 387:10, 387:14, 392:25, 412:3, 445:22, 445:23, 445:25, 446:4, 480:10
**OWNERSHIP** [1] - 510:2
**OWNS** [1] - 509:14

**P**

**P.M** [4] - 474:11,

475:25, 506:20, 523:23
**P.M** [1] - 475:1
**PACKAGING** [1] - 516:24
**PACKS** [1] - 426:19
**PAGE** [2] - 345:3, 524:11
**PAGE** [108] - 352:19, 352:23, 353:13, 353:18, 353:25, 355:1, 356:4, 356:9, 357:6, 362:21, 362:23, 363:11, 363:12, 363:21, 363:25, 364:21, 367:5, 367:7, 368:11, 369:2, 369:3, 369:8, 369:22, 369:24, 369:25, 370:16, 371:4, 371:22, 373:25, 374:4, 374:6, 375:2, 375:3, 375:6, 378:3, 378:11, 378:15, 378:16, 378:17, 378:21, 379:10, 390:19, 391:6, 394:25, 396:16, 396:19, 396:20, 396:23, 397:18, 397:19, 397:22, 398:22, 398:23, 399:2, 402:15, 404:1, 406:15, 406:17, 406:18, 406:21, 408:12, 409:24, 411:2, 411:5, 412:18, 412:23, 413:5, 413:6, 413:24, 413:25, 417:1, 417:13, 417:14, 417:25, 418:2, 418:15, 422:11, 422:18, 422:20, 423:6, 426:9, 427:4, 427:9, 427:25, 429:22, 431:1, 432:1, 433:5, 433:10, 459:13, 478:14, 478:16, 479:24, 489:19, 489:20, 491:2, 497:22, 498:13
**PAGES** [11] - 363:1, 368:14, 394:24, 407:11, 407:21, 410:2, 414:3,

414:24, 415:2, 418:16, 496:19
**PAGES** [1] - 343:9
**PAID** [4] - 349:2, 349:11, 349:20, 353:9
**PALEY** [3] - 401:3, 401:9, 483:1
**PANDEMIC** [4] - 358:13, 358:17, 388:3, 493:11
**PANEL** [2] - 387:19, 388:7
**PARAGRAPH** [3] - 365:2, 391:22, 459:13
**PARALEGAL** [1] - 420:8
**PARITY** [1] - 397:15
**PART** [23] - 355:15, 357:5, 357:6, 359:10, 361:25, 362:22, 366:13, 367:4, 374:15, 376:16, 378:3, 384:1, 390:5, 390:12, 391:13, 394:16, 399:8, 414:10, 426:5, 426:18, 442:10, 478:20, 498:2
**PARTICULAR** [17] - 356:12, 361:20, 362:6, 381:16, 385:22, 407:10, 443:7, 447:25, 459:11, 480:12, 482:3, 488:7, 510:20, 511:2, 511:19, 514:18, 514:23
**PARTICULARLY** [3] - 371:9, 441:14, 490:20
**PARTIES** [5] - 507:13, 520:11, 520:22, 521:1, 521:17
**PARTNERSHIPS** [1] - 451:19
**PARTS** [3] - 375:25, 380:24, 511:22
**PARTY** [1] - 355:13
**PARTY'S** [1] - 520:17
**PASS** [1] - 501:6
**PASSING** [1] - 365:14
**PASSIONATE** [1] - 439:12
**PAST** [1] - 388:3
**PATENT** [2] - 509:24, 515:12

**PATRIARCHY** [1] - 396:25
**PATTERN** [1] - 371:20
**PATTERNING** [1] - 354:3
**PATTERNS** [6] - 354:3, 366:17, 371:12, 371:16, 371:19, 373:12
**PAUSE** [1] - 352:14
**PAY** [3] - 487:9, 487:10, 504:1
**PAYING** [1] - 487:23
**PAYPAL** [3] - 371:17, 372:2, 373:15
**PAYS** [2] - 488:19, 499:20
**PENDING** [3] - 406:24, 456:6, 456:12
**PEOPLE** [62] - 358:17, 359:1, 359:11, 360:24, 361:17, 366:1, 366:2, 366:7, 368:18, 369:7, 370:14, 373:20, 373:23, 374:1, 377:4, 377:8, 381:7, 381:12, 381:14, 383:6, 384:23, 384:25, 385:1, 385:4, 393:9, 404:25, 408:25, 412:4, 419:3, 437:23, 441:14, 448:3, 457:12, 457:18, 457:24, 459:3, 460:6, 460:15, 460:19, 460:24, 461:11, 461:21, 462:8, 468:8, 483:22, 485:16, 486:14, 488:4, 488:23, 489:2, 490:2, 491:5, 493:17, 493:19, 494:8, 499:9, 502:7, 513:23, 514:16, 519:21, 520:11
**PEOPLE'S** [6] - 360:20, 360:22, 360:23, 364:9, 365:14, 404:17
**PEPSI** [2] - 485:3, 485:7
**PER** [11] - 358:14, 410:1, 462:5, 464:3, 465:20, 476:22, 484:3, 517:15, 517:16, 517:18
**PERCENT** [9] -

360:23, 366:25, 399:22, 399:24, 404:16, 478:3, 503:11, 503:12
**PERCEPTION** [1] - 513:22
**PERFECT** [4] - 353:10, 399:21, 498:15, 504:12
**PERFECTLY** [1] - 366:25
**PERHAPS** [2] - 472:11, 478:4
**PERIOD** [1] - 473:7
**PERMISSION** [1] - 458:22
**PERMIT** [2] - 486:8, 519:15
**PERMITS** [1] - 517:2
**PERMITTING** [1] - 486:8
**PERSON** [21] - 379:2, 388:2, 391:10, 392:5, 411:15, 439:8, 473:18, 475:9, 477:4, 482:16, 486:20, 490:4, 493:20, 507:22, 507:25, 508:11, 508:12, 508:13, 515:15, 517:12, 519:17
**PERSON'S** [1] - 507:23
**PERSONALLY** [3] - 438:21, 439:12, 440:6
**PERSPECTIVE** [2] - 393:15, 440:10
**PERSUADES** [1] - 519:5
**PERTAINS** [1] - 507:10
**PG** [2] - 346:19, 346:21
**PG** [4] - 346:4, 347:4
**PHIL** [1] - 483:1
**PHILADELPHIA** [1] - 481:20
**PHONE** [2] - 481:13, 519:18
**PHRASE** [3] - 429:16, 430:19, 490:20
**PHRASES** [2] - 428:20, 429:15
**PHYSICALLY** [1] - 481:15
**PICK** [2] - 500:9
**PICTURES** [2] - 455:2, 494:20

**PIECE** [5] - 377:21, 377:25, 396:11, 397:6, 452:18
**PIECES** [3] - 380:21, 485:21, 485:23
**PLACE** [5] - 359:17, 448:14, 488:4, 489:11, 520:9
**PLACED** [2] - 428:6, 498:6
**PLACES** [2] - 409:15, 520:7
**PLAINTIFF** [68] - 350:5, 359:25, 360:6, 361:18, 362:9, 362:11, 389:7, 389:23, 392:23, 393:6, 393:19, 395:5, 395:18, 395:19, 410:22, 420:21, 426:21, 430:20, 430:21, 435:21, 439:17, 444:24, 445:8, 446:6, 468:9, 469:11, 470:6, 471:2, 475:10, 483:4, 486:23, 487:18, 487:23, 491:4, 492:19, 493:4, 493:5, 493:20, 495:11, 496:15, 499:17, 499:18, 500:2, 500:12, 507:14, 508:2, 508:15, 509:6, 509:14, 509:17, 509:21, 510:13, 510:16, 510:17, 513:25, 514:2, 514:5, 514:8, 514:11, 515:4, 515:23, 517:7, 517:20, 517:22, 518:5, 518:8
**PLAINTIFF** [3] - 343:6, 344:3, 348:22
**PLAINTIFF'S** [32] - 391:18, 413:3, 413:22, 420:19, 420:23, 428:7, 432:10, 432:14, 489:15, 508:4, 508:8, 508:9, 508:14, 508:21, 508:24, 508:25, 509:8, 510:16, 510:24, 512:11, 512:15, 512:22, 513:1, 513:20,

514:13, 514:15, 514:19, 515:15, 515:18, 516:23, 517:1, 517:9
**PLAINTIFFS** [3] - 393:13, 468:11, 515:5
**PLANNING** [1] - 458:16
**PLATFORMS** [1] - 458:16
**PLAY** [8] - 351:25, 352:18, 352:19, 353:3, 353:13, 354:23, 356:1, 471:12
**PLAYER'S** [1] - 386:10
**PLAYERS** [1] - 386:10
**PLAYROOM** [2] - 479:3, 479:7
**PLAZA** [1] - 467:19
**PLEASANT** [1] - 467:3
**POINT** [13] - 370:17, 384:15, 394:13, 397:5, 476:7, 479:19, 488:22, 491:23, 497:20, 497:23, 503:6, 505:3, 505:13
**POINTED** [2] - 404:2, 489:15
**POINTS** [1] - 487:6
**POKÉMON** [2] - 456:14, 456:16
**POLICE** [3] - 445:17, 481:3, 503:17
**POLICIES** [21] - 356:23, 364:7, 365:17, 370:11, 383:1, 385:4, 385:5, 399:8, 437:22, 438:1, 438:4, 438:8, 438:11, 439:2, 439:6, 439:8, 447:3, 447:9, 448:13, 448:15, 462:8
**POLICING** [1] - 346:15
**POLICING** [33] - 351:11, 374:14, 375:11, 376:12, 376:13, 377:14, 380:21, 380:22, 381:15, 383:11, 383:13, 383:24, 383:25, 384:1, 384:20, 385:21, 387:21, 395:3, 395:25, 407:19, 407:24, 419:4,

420:13, 424:15, 424:18, 426:22, 432:10, 432:14, 441:19, 442:3, 480:24, 482:17, 489:17
**POLICY** [1] - 346:6
**POLICY** [19] - 350:23, 357:2, 364:23, 368:12, 368:15, 368:17, 369:2, 369:5, 370:22, 375:13, 385:6, 398:24, 411:18, 420:6, 420:8, 420:11, 441:23, 451:19, 472:17
**POP** [1] - 503:17
**PORTION** [2] - 363:14, 497:19
**POSITION** [4] - 362:14, 444:16, 450:21, 473:12
**POSITIONS** [1] - 507:13
**POSITIVE** [2] - 385:13, 477:6
**POSSIBILITY** [1] - 486:7
**POSSIBLE** [4] - 366:23, 366:25, 490:2, 490:3
**POST** [2] - 433:15, 433:19, 434:14
**POST-NOTICE** [1] - 434:14
**POSTED** [1] - 502:17
**POSTING** [1] - 365:8
**POSTINGS** [2] - 503:9, 503:10
**POTENTIAL** [6] - 351:14, 356:2, 371:8, 386:3, 420:15, 495:7
**POUND** [1] - 503:19
**POURING** [1] - 505:17
**PR** [1] - 377:7
**PRACTICALLY** [1] - 376:20
**PRACTICES** [3] - 447:3, 447:17, 447:19
**PRACTICING** [1] - 437:16
**PRACTITIONER** [1] - 444:5
**PRE** [4] - 406:4, 408:6, 425:10, 434:14
**PRE-ADMITTED** [3] - 406:4, 408:6, 425:10

**PRE-NOTICE** [1] - 434:14
**PREADMISSION** [1] - 431:18
**PRECOVID** [1] - 438:25
**PREDISPOSED** [1] - 511:6
**PRELIMINARY** [1] - 507:6
**PREMISE** [1] - 474:4
**PREPARE** [6] - 434:3, 442:15, 466:19, 467:24, 468:11, 475:21
**PREPARED** [4] - 351:19, 429:12, 430:16, 522:5
**PREPONDERANCE** [5] - 508:16, 509:11, 513:14, 517:22, 518:8
**PRESENCE** [7] - 348:6, 467:8, 475:6, 476:2, 506:22, 514:17, 523:5
**PRESENT** [3] - 382:10, 476:4, 496:12
**PRESENTATION** [1] - 367:23
**PRESENTED** [2] - 520:18, 520:25
**PRESIDE** [1] - 518:17
**PRESIDENT** [1] - 437:9
**PRESIDING** [3] - 518:16, 518:17, 521:10
**PRESS** [6] - 352:18, 352:19, 353:3, 353:13, 354:23, 356:1
**PRESTIGIOUS** [2] - 438:16, 453:18
**PRESUMABLY** [1] - 381:14
**PRESUME** [1] - 449:10
**PRETTY** [8] - 384:16, 441:6, 477:15, 480:2, 480:14, 485:1, 501:8, 502:20
**PREVAILS** [1] - 483:18
**PREVENT** [14] - 360:3, 360:4, 364:13, 366:7, 374:12, 382:12, 383:8, 385:11, 385:12,

404:3, 449:23, 490:14
**PREVENTED** [1] - 384:4
**PREVENTING** [4] - 438:1, 439:13, 442:18, 448:9
**PREVIEW** [1] - 355:3
**PREVIEWS** [1] - 355:4
**PREVIOUS** [1] - 391:6
**PREVIOUSLY** [2] - 348:22, 350:14
**PREVIOUSLY** [1] - 472:9
**PRICE** [7] - 355:8, 355:10, 355:19, 356:11, 356:15, 378:24, 463:22
**PRICES** [3] - 354:7, 354:21, 354:24
**PRIMARY** [1] - 513:9
**PRINCIPAL** [1] - 515:12
**PRINTED** [3] - 477:15, 477:18, 477:25
**PROACTIVE** [1] - 346:15
**PROACTIVE** [32] - 351:10, 351:11, 374:14, 375:11, 375:18, 377:14, 377:18, 379:17, 380:21, 381:15, 383:11, 383:24, 383:25, 384:20, 387:21, 388:20, 393:24, 394:12, 395:3, 395:4, 395:25, 400:8, 405:16, 407:6, 407:19, 407:24, 420:13, 442:3, 489:17
**PROACTIVELY** [15] - 379:24, 380:5, 386:9, 386:20, 387:9, 393:19, 395:21, 400:22, 419:4, 424:15, 424:18, 426:22, 432:10, 432:14, 503:17
**PROBLEM** [15] - 394:4, 450:15, 450:17, 450:22, 479:8, 480:8, 480:20, 487:21, 500:10, 500:15, 503:19, 505:4, 506:1, 506:2, 506:6

**PROBLEMATIC** [1] - 499:12
**PROBLEMS** [2] - 438:24, 453:14
**PROCEDURES** [14] - 364:12, 365:22, 370:12, 370:24, 391:14, 405:16, 438:1, 438:4, 438:8, 438:11, 447:9, 447:17, 447:18, 448:14
**PROCEED** [1] - 468:17
**PROCEEDINGS** [1] - 524:10
**PROCEEDINGS** [8] - 348:5, 467:7, 475:5, 476:1, 506:21, 521:5, 523:4, 523:23
**PROCESS** [12] - 357:19, 370:20, 370:21, 374:8, 380:18, 395:25, 412:4, 441:4, 469:4, 520:21
**PROCESSED** [1] - 358:4
**PROCESSES** [1] - 373:20
**PROCESSING** [3] - 355:1, 358:2, 375:10
**PROCREATED** [1] - 399:4
**PRODUCED** [10] - 383:2, 407:11, 407:21, 408:12, 414:24, 415:3, 470:15, 471:3, 510:13, 518:3
**PRODUCER** [1] - 516:19
**PRODUCING** [1] - 518:3
**PRODUCT** [56] - 355:14, 355:18, 356:7, 356:13, 356:14, 358:6, 361:8, 376:9, 379:1, 379:11, 379:20, 383:16, 401:2, 401:6, 409:11, 409:13, 409:14, 409:19, 409:20, 415:17, 415:19, 425:23, 431:14, 444:17, 445:2, 445:7, 470:24, 472:1, 472:5, 477:22, 477:25,

478:14, 478:15, 478:16, 478:17, 481:12, 482:2, 492:16, 492:17, 494:7, 511:5, 511:7, 511:17, 511:19, 512:3, 512:5, 513:10, 513:11, 513:23, 513:24, 514:6, 516:23, 518:1
**PRODUCT** [1] - 346:7
**PRODUCT'S** [1] - 512:10
**PRODUCTION** [3] - 516:20, 516:22, 518:3
**PRODUCTS** [58] - 352:24, 353:6, 353:7, 353:10, 354:1, 354:5, 354:16, 355:2, 355:7, 355:9, 355:22, 359:14, 360:2, 374:7, 393:4, 402:23, 403:1, 407:22, 409:4, 409:7, 418:23, 421:14, 423:25, 424:8, 424:19, 424:21, 426:17, 426:23, 427:16, 432:6, 434:10, 434:17, 435:4, 435:6, 435:10, 435:20, 435:24, 477:14, 477:21, 478:11, 479:13, 479:21, 480:22, 481:4, 481:7, 481:16, 483:2, 495:16, 495:17, 498:16, 500:24, 501:4, 501:18, 501:21, 503:12, 506:10, 517:1
**PROFANITY** [1] - 397:24
**PROFIT** [8] - 482:22, 482:24, 483:19, 493:8, 496:17, 502:4, 503:8, 517:23
**PROFITS** [10] - 355:11, 355:12, 361:16, 483:13, 483:15, 496:20, 498:10, 498:21, 504:1, 517:20
**PROGRAM** [5] - 371:15, 389:4, 410:5, 441:19,

489:17
**PROGRAMMING** [1] - 520:8
**PROGRAMS** [1] - 439:4
**PROMINENT** [1] - 386:9
**PROMISE** [2] - 354:15, 363:18
**PROMISING** [1] - 363:15
**PROMOTED** [2] - 420:8, 435:11
**PROMOTION** [2] - 402:22, 478:20
**PROMPTLY** [1] - 421:6
**PROOF** [1] - 500:1
**PROPERTIES** [3] - 385:25, 386:1, 489:23
**PROPERTY** [1] - 346:13
**PROPERTY** [9] - 358:21, 364:7, 365:11, 411:16, 420:15, 456:1, 456:17, 461:22, 480:4
**PROPOSED** [2] - 448:5, 472:20
**PROSPECTIVE** [2] - 513:3, 513:10
**PROTECT** [1] - 441:10
**PROTECT** [1] - 520:17
**PROTECTABILITY** [1] - 510:1
**PROTECTABLE** [4] - 509:13, 511:15, 512:14, 513:5
**PROTECTED** [1] - 514:21
**PROTECTION** [4] - 371:8, 387:17, 514:24, 515:2
**PROUD** [1] - 503:10
**PROVE** [5] - 470:21, 509:21, 515:23, 515:24
**PROVES** [1] - 517:22
**PROVIDE** [3] - 376:5, 421:5, 442:7
**PROVIDED** [4] - 424:3, 435:21, 440:16, 509:2
**PROVIDES** [2] - 485:14, 485:18
**PROVING** [5] - 507:17, 507:19, 508:15, 509:10,

518:7
**PUBLIC** [6] - 369:4, 451:14, 464:3, 513:16, 514:23, 516:15
**PUBLICATION** [1] - 452:19
**PUBLICITY** [3] - 365:11, 369:2, 398:24
**PUBLICLY** [3] - 439:19, 463:20
**PUBLICLY-LISTED** [1] - 439:19
**PUBLICLY-TRADED** [2] - 439:19, 463:20
**PUBLISH** [2] - 368:10, 440:17
**PULL** [9] - 361:25, 363:21, 367:3, 389:21, 390:4, 428:25, 440:15, 440:16, 489:20
**PULLING** [1] - 423:12
**PUNISHMENT** [1] - 496:11
**PURCHASE** [2] - 355:8, 355:22
**PURCHASED** [3] - 413:13, 494:17, 513:23
**PURCHASES** [2] - 435:15, 435:16
**PURE** [1] - 482:18
**PURPOSE** [3] - 483:14, 496:10, 516:12
**PURPOSES** [2] - 515:9, 516:11
**PURSUANT** [1] - 524:8
**PURSUE** [1] - 505:16
**PUSHING** [1] - 484:19
**PUT** [26] - 359:25, 363:15, 373:3, 376:11, 376:12, 376:15, 379:9, 379:13, 381:18, 381:24, 396:14, 402:8, 406:6, 406:7, 459:10, 459:20, 472:15, 481:22, 483:4, 483:6, 486:20, 486:23, 494:20, 496:21, 499:19
**PUTS** [2] - 400:1, 488:8
**PUTTING** [4] - 363:13, 450:11, 479:6, 489:6

**PUZZLE** [2] - 485:21, 485:23

## Q

**QUALITIES** [1] - 512:3
**QUALITY** [1] - 512:5
**QUANTITIES** [1] - 482:11
**QUARTER** [4] - 475:20, 475:21, 475:22
**QUESTIONS** [13] - 348:20, 349:24, 364:5, 412:10, 436:2, 447:13, 448:5, 449:12, 454:14, 464:16, 469:2, 476:21, 522:11
**QUICK** [3] - 348:20, 434:1, 505:12
**QUIETLY** [1] - 467:5
**QUOTE/UNQUOTE** [1] - 481:12

## R

**R-I-C-K-E-R-T** [1] - 419:22
**RACCOON** [4] - 353:23, 353:24, 356:3, 356:8
**RAISE** [4] - 419:12, 436:12, 473:17, 522:16
**RAISED** [3] - 472:19, 478:24, 482:19
**RAMPANT** [1] - 496:25
**RANDOM** [2] - 381:6, 486:20
**RANGE** [1] - 498:25
**RANGES** [1] - 483:25
**RARE** [1] - 446:5
**RATE** [1] - 424:12
**RATES** [1] - 497:21
**RATHER** [7] - 365:7, 376:22, 442:24, 466:22, 467:12, 468:22, 471:20
**RB** [1] - 441:10
**RE** [2] - 355:6, 452:11
**RE-ASK** [1] - 452:11
**RE-EDIT** [1] - 355:6
**REACH** [4] - 412:6, 518:19, 519:1, 519:8
**REACHED** [3] - 522:1, 522:6, 522:9
**REACHING** [1] -

504:11
**READ** [9] - 360:21, 365:5, 370:17, 402:14, 468:2, 493:22, 506:18, 520:1, 520:14
**READILY** [1] - 502:20
**READS** [1] - 411:9
**READY** [4] - 350:18, 350:19, 469:4, 476:24
**REAL** [7] - 359:4, 403:21, 403:23, 403:25, 405:10, 496:14, 500:10
**REALLY** [42] - 359:10, 366:6, 366:11, 371:9, 373:11, 374:8, 374:9, 375:24, 383:18, 385:8, 389:17, 394:7, 437:20, 438:6, 438:16, 438:19, 440:7, 440:12, 441:5, 441:13, 441:17, 441:22, 443:6, 445:1, 477:9, 480:2, 480:25, 481:1, 481:16, 482:1, 482:24, 483:16, 485:11, 496:12, 497:9, 498:4, 501:9, 502:24, 503:24, 504:6, 504:9, 506:4
**REALTIME** [1] - 524:5
**REASON** [9] - 405:15, 445:12, 467:13, 479:1, 480:11, 482:1, 497:8, 508:13, 508:23
**REASONABLE** [2] - 494:12, 518:5
**REASONABLY** [1] - 518:9
**REASONING** [1] - 512:8
**REASONS** [4] - 385:17, 444:21, 480:2, 483:21
**REBUBBLE'S** [1] - 364:7
**REBUT** [1] - 500:3
**RECEIPT** [1] - 480:24
**RECEIPTS** [1] - 517:25
**RECEIVE** [3] - 361:19, 412:3, 431:4
**RECEIVED** [49] - 357:12, 357:14,

362:2, 362:3, 362:5, 362:24, 363:2, 363:23, 363:24, 364:17, 364:18, 368:4, 368:8, 369:23, 370:3, 374:19, 374:21, 378:8, 378:9, 382:17, 382:19, 389:25, 390:7, 390:8, 391:3, 394:22, 396:22, 397:21, 405:24, 406:1, 408:8, 408:9, 410:23, 410:24, 420:23, 420:25, 422:15, 425:20, 425:21, 429:9, 430:12, 430:13, 431:19, 431:20, 433:15, 443:21, 443:22, 483:8, 519:10
**RECENT** [2] - 360:21, 481:10
**RECENTLY** [3] - 358:12, 401:25, 448:16
**RECESS** [5] - 410:16, 474:10, 475:25, 506:20, 523:17
**RECOGNITION** [3] - 365:7, 513:3, 513:6
**RECOGNIZE** [8] - 357:7, 357:16, 364:22, 367:8, 367:19, 369:13, 374:23, 378:18
**RECOLLECTION** [3] - 458:9, 458:10, 476:14
**RECORD** [7] - 348:7, 410:17, 464:9, 467:9, 476:3, 493:23, 506:23
**RECOVER** [1] - 515:21
**RECOVERY** [1] - 517:2
**RECROSS** [2] - 415:23, 416:13
**RECROSS** [1] - 345:9
**RECROSS** [1] - 416:15
**RECROSS-EXAMINATION** [1] - 345:9
**RECROSS-EXAMINATION** [1] - 416:15

**RECRUITER** [1] - 437:18
**RED** [1] - 501:13
**REDBUBBLE** [1] - 343:8
**REDBUBBLE** [276] - 346:5, 346:6, 346:14, 346:16, 349:2, 349:10, 351:5, 351:13, 352:17, 352:19, 355:15, 355:16, 356:24, 357:20, 358:9, 358:15, 359:13, 359:17, 360:1, 360:2, 361:7, 361:10, 363:14, 364:12, 365:6, 365:8, 365:13, 366:17, 368:15, 369:4, 372:14, 373:9, 373:16, 373:19, 373:20, 374:11, 377:13, 377:16, 379:2, 379:24, 380:9, 380:17, 384:25, 385:2, 385:11, 386:3, 386:8, 386:15, 386:23, 387:21, 388:21, 390:24, 391:1, 392:1, 392:11, 395:7, 396:1, 396:3, 397:3, 398:9, 399:5, 399:13, 401:2, 402:20, 403:3, 403:22, 405:10, 406:10, 407:12, 408:13, 408:23, 409:11, 409:12, 410:4, 411:6, 411:8, 411:10, 411:17, 412:2, 412:7, 414:8, 414:9, 414:17, 415:20, 418:25, 420:6, 420:10, 420:15, 420:22, 421:14, 423:12, 423:20, 423:24, 424:7, 424:14, 424:18, 426:1, 426:14, 426:22, 427:19, 427:23, 430:19, 431:4, 432:10, 432:13, 432:22, 433:15, 433:18, 435:4, 435:11, 435:21, 435:25, 437:8, 437:10, 437:11,

437:12, 437:13, 437:18, 439:7, 439:11, 439:16, 439:17, 440:8, 440:25, 442:2, 442:3, 442:18, 443:2, 443:4, 443:6, 443:8, 443:18, 443:21, 443:22, 444:24, 445:8, 445:11, 445:15, 445:17, 446:10, 446:11, 446:12, 447:3, 447:7, 448:8, 449:16, 449:19, 449:22, 450:8, 450:10, 450:17, 450:21, 451:11, 453:11, 453:17, 454:3, 454:7, 454:23, 454:24, 455:6, 455:15, 455:16, 455:21, 455:25, 456:4, 456:6, 457:8, 457:16, 457:25, 458:3, 458:4, 459:2, 461:5, 461:11, 461:23, 462:3, 462:7, 462:12, 462:13, 462:17, 462:19, 462:25, 463:5, 463:13, 463:20, 464:21, 465:1, 465:13, 465:20, 465:25, 470:13, 471:15, 477:11, 478:1, 478:7, 478:9, 478:14, 478:16, 478:17, 478:18, 478:25, 479:9, 479:15, 479:19, 479:23, 480:10, 480:15, 481:5, 481:10, 481:11, 482:16, 483:8, 484:7, 486:1, 487:7, 487:12, 487:17, 487:21, 488:6, 488:10, 488:12, 488:15, 488:17, 488:19, 488:20, 489:1, 489:5, 489:9, 489:25, 490:12, 490:13, 490:19, 491:1, 491:2, 494:4, 494:18, 495:2, 495:4, 495:5, 496:1, 496:5, 496:7, 497:20, 498:4,

498:9, 498:10, 499:7, 499:14, 499:19, 501:3, 501:5, 501:17, 502:8, 502:16, 503:1, 503:8, 503:10, 503:22, 504:17, 504:22, 505:18, 505:21, 505:22, 505:23, 505:25, 507:15, 507:18, 515:17, 515:21

**REDBUBBLE'S** [23] - 350:21, 357:2, 365:17, 370:11, 371:7, 375:13, 383:1, 393:15, 395:24, 411:21, 437:25, 439:25, 444:15, 446:23, 446:25, 458:7, 465:9, 477:23, 482:12, 486:21, 495:19, 497:19, 507:20

**REDBUBBLE.COM** [1] - 496:5

**REDIRECT** [10] - 345:15, 349:25, 412:12, 412:13, 416:20, 417:6, 419:6, 436:3, 464:17, 464:18

**REDIRECT** [1] - 345:8

**REDRESSING** [1] - 438:1

**REDUCE** [1] - 518:7

**REDWOOD** [1] - 344:12

**REFERENCE** [1] - 520:4

**REFERRED** [3] - 391:11, 392:7, 490:25

**REFERS** [2] - 444:23, 511:5

**REFINE** [1] - 420:11

**REFLECT** [6] - 348:7, 410:17, 465:10, 467:10, 476:3, 506:23

**REFRESH** [13] - 458:8, 458:11, 458:20, 458:25, 459:8, 459:17, 459:23, 460:5, 460:7, 460:11, 460:20, 460:21

**REFRESHES** [2] -

458:21, 459:10

**REFUSED** [1] - 361:18

**REGARDING** [1] - 368:15

**REGARDLESS** [1] - 513:11

**REGISTER** [2] - 515:12, 516:15

**REGISTERED** [34] - 418:23, 421:8, 428:11, 431:12, 432:21, 433:1, 433:3, 433:20, 435:7, 435:14, 444:7, 444:8, 470:2, 470:3, 470:18, 470:21, 473:18, 477:14, 491:22, 492:1, 492:2, 492:8, 508:4, 508:8, 508:10, 509:22, 515:11, 515:16, 515:19, 515:20, 516:14, 516:17

**REGISTRATION** [11] - 427:16, 470:2, 470:4, 470:8, 471:9, 473:23, 484:3, 484:6, 492:4, 497:24, 509:23

**REGULARLY** [1] - 361:17

**REGULATIONS** [1] - 524:12

**RELATED** [8] - 408:18, 434:21, 435:6, 455:25, 456:6, 462:9, 483:2, 512:3

**RELATION** [1] - 361:3

**RELATIONSHIP** [2] - 446:3, 454:7

**RELATIONSHIPS** [4] - 351:7, 385:15, 387:11, 388:1

**RELATIVE** [1] - 511:9

**RELEVANCE** [6] - 415:7, 453:23, 454:20, 455:18, 455:20, 511:19

**RELEVANT** [3] - 394:24, 396:4, 439:10

**RELIEF** [1] - 515:15

**RELY** [2] - 400:10, 400:13

**REMAINED** [1] - 415:13

**REMAINING** [1] - 436:7

**REMARKABLE** [1] - 480:2

**REMEDIES** [1] - 482:21

**REMEDY** [2] - 482:20, 483:12

**REMEMBER** [26] - 348:14, 365:8, 402:12, 403:16, 403:17, 410:11, 415:2, 453:1, 453:5, 453:7, 453:19, 458:1, 458:3, 458:12, 460:14, 460:21, 461:5, 461:7, 466:24, 476:9, 476:17, 495:21, 521:1, 521:22, 521:24

**REMIND** [2] - 478:13, 519:11

**REMINDED** [1] - 500:6

**REMOVAL** [6] - 380:22, 395:2, 395:4, 395:6, 395:17, 396:14

**REMOVE** [37] - 350:25, 351:8, 359:5, 362:17, 366:14, 372:11, 372:22, 375:10, 375:21, 376:19, 376:21, 376:24, 380:9, 380:23, 381:2, 382:14, 383:14, 383:21, 385:7, 386:9, 389:9, 391:21, 393:1, 393:23, 395:21, 397:7, 400:10, 400:12, 402:4, 403:6, 405:7, 405:14, 407:7, 421:6

**REMOVED** [18] - 358:6, 362:10, 362:19, 372:18, 376:1, 377:10, 386:17, 386:19, 389:10, 391:11, 392:6, 392:16, 392:21, 397:8, 397:9, 403:15, 405:4, 408:2

**REMOVES** [3] - 357:17, 368:1, 372:23

**REMOVING** [5] - 360:5, 372:22, 375:18, 385:5, 409:21

**REORGANIZING** [1] - 452:5

**REPEAT** [16] - 366:2, 366:12, 368:12, 368:16, 368:22, 369:4, 369:18, 371:12, 386:22, 414:15, 432:12, 441:10, 441:18, 447:23, 450:19, 462:23

**REPEATEDLY** [1] - 359:11

**REPHRASE** [1] - 520:24

**REPLY** [1] - 421:4

**REPORT** [9] - 373:21, 399:3, 414:4, 414:7, 429:11, 430:15, 491:2, 519:24

**REPORTED** [2] - 349:6, 455:3

**REPORTED** [1] - 524:10

**REPORTER** [4] - 343:24, 524:1, 524:6, 524:19

**REPORTER** [1] - 352:9

**REPORTER'S** [1] - 343:14

**REPORTS** [3] - 396:17, 428:19, 465:7

**REPRESENT** [5] - 349:19, 356:21, 401:12, 412:5, 488:15

**REPRESENTATIVE** [3] - 402:18, 402:19, 442:6

**REPRESENTATIVES** [1] - 481:18

**REPRESENTED** [1] - 461:5

**REPRESENTING** [1] - 458:8

**REQUESTED** [2] - 394:3, 414:19

**REQUESTS** [5] - 357:21, 357:22, 358:5, 358:7, 392:24

**REQUIRED** [3] - 485:5, 515:24

**REQUIREMENT** [1] - 500:19

**REQUIRES** [6] - 403:2, 441:22, 469:25, 486:10, 513:8, 517:11

**RESALE** [1] - 409:19

**RESEARCH** [2] - 520:3, 520:10

**RESIST** [1] - 411:14

**RESOLD** [1] - 409:7

**RESOLVE** [1] - 514:18

**RESOLVED** [6] - 456:8, 456:10, 456:11, 456:15, 456:25, 457:4

**RESOURCES** [1] - 504:20

**RESPECT** [4] - 365:6, 440:1, 454:24, 456:1

**RESPECTED** [1] - 437:20

**RESPECTIVE** [4] - 348:8, 410:18, 476:4, 506:24

**RESPOND** [2] - 484:11, 519:23

**RESPONDED** [3] - 390:24, 392:1, 392:12

**RESPONDING** [1] - 443:19

**RESPONDS** [2] - 489:9, 489:10

**RESPONSE** [11] - 358:6, 391:2, 391:5, 391:17, 391:19, 392:4, 399:14, 411:13, 423:13, 424:19, 479:21

**RESPONSIBILITIES** [2] - 350:20, 420:10

**RESPONSIBILITY** [3] - 465:3, 465:5, 504:7

**RESPONSIBLE** [3] - 350:23, 439:8, 489:10

**RESPONSIVE** [1] - 358:2

**RESTAURANT** [3] - 485:1, 485:2, 485:4

**RESTED** [1] - 466:13

**RESTORE** [1] - 399:6

**RESTRICTION** [1] - 370:12

**RESTRICTION** [1] - 346:10

**RESTRICTIONS** [1] - 521:5

**RESTS** [2] - 350:5, 466:9

**RESULT** [3] - 362:10, 392:18, 512:24

**RESULTS** [8] - 356:4, 356:6, 359:25, 387:25, 393:5,

404:1, 404:5, 409:1
**RESUMED** [1] - 348:23
**RESUMED** [2] - 345:5, 345:7
**RETAIN** [1] - 469:7
**RETIRE** [2] - 410:14, 467:2
**RETURN** [3] - 494:16, 522:10, 522:21
**REUPLOAD** [1] - 419:3
**REUPLOADED** [1] - 370:23
**REUPLOADING** [1] - 370:17
**REVENUE** [7] - 402:21, 462:19, 463:2, 483:2, 517:24, 518:4
**REVERSE** [2] - 390:11, 390:20
**REVIEW** [24] - 355:4, 368:23, 368:24, 376:15, 379:19, 379:25, 381:4, 381:6, 382:11, 384:2, 384:16, 395:12, 395:17, 399:20, 400:12, 414:10, 457:19, 458:4, 462:8, 462:13, 466:3, 522:13
**REVIEWED** [7] - 380:6, 384:20, 386:4, 386:16, 458:17, 490:21
**REVIEWER** [3] - 381:5, 381:6, 386:25
**REVIEWING** [5] - 380:19, 382:12, 399:23, 457:24, 459:14
**REVIEWS** [3] - 381:8, 381:12, 489:5
**REWRITE** [1] - 475:17
**RIANNA** [5] - 471:14, 487:4, 493:19, 497:1, 500:14
**RICH** [1] - 503:16
**RICKERT** [2] - 345:10, 420:1
**RICKERT** [5] - 419:11, 419:21, 420:5, 435:3, 487:16
**RIGHT-HAND** [2] - 352:21, 353:15
**RIGHTS** [1] - 346:6
**RIGHTS** [59] - 354:14,

354:15, 359:3, 360:12, 360:13, 361:15, 362:13, 362:15, 363:18, 364:10, 365:11, 366:4, 369:2, 370:22, 374:2, 376:7, 376:17, 380:13, 381:3, 381:8, 383:12, 396:5, 397:10, 398:4, 398:24, 399:14, 407:8, 411:10, 411:16, 414:18, 437:15, 437:16, 438:20, 438:22, 439:25, 440:2, 440:3, 440:7, 440:10, 440:11, 441:6, 441:20, 444:23, 446:10, 446:11, 446:20, 447:2, 447:5, 447:6, 448:14, 448:16, 450:12, 461:22, 486:11, 486:12, 488:16, 490:19, 520:17
**RISK** [3] - 371:21, 373:17, 483:19
**ROADBLOCK** [1] - 446:22
**ROLE** [1] - 437:25
**ROLLING** [2] - 384:17, 389:6
**ROOM** [7] - 410:14, 467:2, 490:9, 506:19, 507:4, 522:6, 522:13
**ROSS** [1] - 344:4
**ROUGHLY** [10] - 349:17, 359:24, 372:18, 413:2, 415:2, 444:5, 444:6, 465:19, 465:23, 498:25
**ROW** [10] - 396:24, 397:23, 407:11, 407:22, 408:16, 410:1, 422:20, 423:6, 427:6, 487:15
**ROWS** [4] - 407:1, 407:21, 413:8, 414:5
**RPR** [1] - 343:23
**RULE** [2] - 416:22, 469:8
**RULE** [1] - 469:4
**RULES** [4] - 520:17, 521:2, 521:3, 521:4
**RUN** [1] - 351:21

## S

**SA** [1] - 343:5
**SAFETY** [1] - 394:17
**SAKE** [1] - 394:17
**SALARY** [1] - 465:17
**SALE** [31] - 355:17, 374:7, 383:4, 402:22, 408:16, 412:18, 413:16, 422:8, 422:13, 423:1, 423:10, 423:15, 426:18, 427:5, 435:11, 435:12, 435:18, 435:24, 471:9, 472:8, 478:21, 481:10, 497:20, 501:19, 502:15, 512:24, 515:13, 516:6, 517:6, 517:25
**SALE** [2] - 346:8, 382:7
**SALES** [48] - 406:12, 409:4, 414:4, 414:17, 416:24, 421:13, 421:25, 422:1, 422:22, 423:15, 423:17, 423:22, 424:21, 424:22, 425:12, 426:14, 426:17, 427:1, 427:3, 428:23, 429:14, 429:16, 429:23, 429:24, 430:2, 430:18, 431:7, 432:2, 432:8, 432:13, 432:18, 433:3, 433:4, 433:9, 433:12, 434:14, 434:16, 434:17, 483:2, 483:4, 483:5, 487:20, 498:16, 498:25, 502:10, 505:18, 514:5
**SAMPLE** [1] - 471:10
**SAND** [4] - 446:20, 488:9, 489:7, 503:19
**SATIRE** [1] - 397:16
**SAVE** [4] - 354:9, 354:16, 354:17, 406:3
**SAW** [14] - 363:9, 374:5, 375:10, 376:6, 392:14, 439:3, 471:15, 479:11, 483:7, 487:12, 489:18, 490:24, 504:1,

505:11
**SCALE** [1] - 354:4
**SCALEABLE** [1] - 412:2
**SCARED** [1] - 359:8
**SCATTERSHOT** [1] - 500:9
**SCHEDULED** [1] - 388:5
**SCHEDULING** [1] - 388:15
**SCIENCE** [4] - 371:11, 441:9, 442:21, 443:5
**SCOOP** [1] - 428:4
**SCOPE** [3] - 380:13, 416:19, 417:4
**SCORE** [2] - 371:21, 373:17
**SCREEN** [5] - 369:11, 387:9, 406:6, 406:7, 412:1
**SCREENING** [12] - 351:10, 374:14, 375:18, 377:18, 379:17, 388:20, 393:19, 393:24, 394:13, 395:4, 400:8, 407:7
**SCREENS** [2] - 375:11, 399:16
**SCROLL** [3] - 354:5, 375:1, 489:23
**SCRUTINY** [1] - 499:4
**SEAL** [1] - 398:19
**SEARCH** [21] - 356:2, 356:4, 356:6, 359:25, 376:5, 376:10, 377:20, 379:18, 380:25, 382:10, 383:15, 383:16, 393:5, 395:15, 404:1, 404:6, 408:23, 409:1, 520:9
**SEARCHED** [1] - 407:7
**SEARCHES** [5] - 376:13, 491:9, 495:4, 495:5, 499:11
**SEARCHING** [6] - 380:18, 383:9, 404:3, 491:6, 520:3
**SEATED** [2] - 419:18, 436:18
**SEATS** [5] - 348:8, 410:18, 467:9, 476:4, 506:24
**SEC** [1] - 378:16
**SECOND** [10] - 369:3, 370:16, 376:1,

376:16, 397:23, 423:6, 472:4, 478:24, 483:12, 487:15
**SECONDARY** [11] - 510:6, 510:10, 512:18, 513:6, 513:8, 513:17, 513:20, 514:20, 514:25, 515:1, 515:7
**SECRET** [1] - 387:12
**SECTION** [1] - 399:2
**SECTION** [1] - 524:8
**SEE** [77] - 349:1, 353:1, 354:6, 354:12, 355:4, 356:10, 356:12, 356:19, 363:13, 365:3, 366:17, 370:16, 370:22, 370:25, 374:7, 376:17, 376:19, 376:20, 379:3, 379:7, 379:11, 379:20, 381:2, 384:19, 389:16, 389:20, 391:22, 391:24, 395:18, 397:1, 397:25, 400:13, 401:4, 401:6, 401:8, 401:14, 401:17, 403:6, 406:8, 406:15, 406:20, 408:14, 409:24, 410:3, 410:10, 410:14, 411:3, 411:9, 411:11, 411:19, 411:22, 412:18, 414:19, 417:2, 417:7, 417:16, 418:7, 418:13, 418:17, 423:10, 440:2, 458:21, 459:10, 459:15, 467:3, 467:13, 479:5, 479:6, 480:8, 481:18, 483:14, 489:25, 493:14, 497:25, 502:12, 520:14
**SEEING** [3] - 383:21, 486:16, 487:11
**SEEM** [2] - 394:11, 466:2
**SEES** [3] - 381:1, 480:5, 489:23
**SELECT** [3] - 354:8, 518:15, 523:14

**SELECTING** [1] - 379:1

**SELL** [9] - 352:24, 354:2, 354:16, 355:14, 359:18, 363:19, 426:1, 440:5, 471:16

**SELLER** [3] - 379:2, 379:4, 383:17

**SELLING** [5] - 393:4, 478:7, 481:7, 501:24, 503:16

**SELLS** [1] - 361:8

**SEMINARS** [1] - 438:18

**SENATE** [1] - 442:5

**SEND** [13] - 375:22, 387:22, 391:2, 395:23, 418:22, 502:23, 506:3, 506:18, 521:9, 521:16, 521:19, 522:3, 522:11

**SENDER** [1] - 391:3

**SENDS** [1] - 480:4

**SENSE** [8] - 482:3, 485:12, 485:13, 486:11, 493:24, 493:25, 495:3, 499:22

**SENSITIVE** [1] - 377:9

**SENT** [8] - 392:5, 421:1, 423:19, 430:20, 489:15, 498:3, 507:4, 522:6

**SEPARATE** [1] - 472:23

**SERIES** [1] - 370:24

**SERIOUSLY** [2] - 439:24, 491:16

**SERVE** [2] - 483:13, 518:18

**SERVICE** [15] - 355:15, 426:14, 431:4, 432:22, 433:15, 477:3, 481:18, 504:10, 508:5, 508:9, 511:17, 511:20, 513:23, 513:24, 519:22

**SERVICES** [11] - 485:15, 485:18, 508:12, 508:18, 508:20, 508:24, 509:1, 509:3, 510:18, 515:13, 516:21

**SET** [9] - 352:24, 353:7, 353:8, 353:9,

354:7, 355:10, 439:3, 449:13, 475:9

**SETS** [3] - 354:21, 354:24, 356:23

**SETTLE** [1] - 505:14

**SEVEN** [2] - 375:3, 514:14

**SEVEN-PAGE** [1] - 375:3

**SEVENTH** [1] - 375:5

**SEVERAL** [1] - 481:9

**SEW** [1] - 501:13

**SHALL** [6] - 412:19, 419:14, 436:14, 518:19

**SHAPE** [1] - 446:20

**SHARE** [1] - 464:3

**SHIPPED** [2] - 479:13, 502:25

**SHIPPING** [1] - 356:19

**SHIRT** [16] - 397:15, 409:18, 428:4, 471:9, 471:11, 471:21, 472:14, 472:15, 492:25, 494:9, 494:16, 494:24, 501:7, 501:19, 501:20, 502:14

**SHIRTS** [4] - 455:6, 471:10, 492:21, 492:23

**SHOP** [5] - 352:24, 353:7, 354:2, 354:6, 378:25

**SHOPPING** [1] - 358:19

**SHORT** [1] - 506:17

**SHOVE** [1] - 479:3

**SHOW** [24] - 355:22, 359:5, 367:13, 367:15, 370:5, 371:5, 378:22, 379:18, 382:11, 390:17, 395:16, 406:18, 409:23, 416:18, 417:1, 418:2, 423:16, 425:9, 458:16, 458:20, 471:20, 473:18, 494:2, 509:22

**SHOWED** [7] - 363:9, 378:24, 408:4, 416:17, 466:15, 477:13, 499:19

**SHOWING** [4] - 379:7, 408:12, 411:1, 412:15

**SHOWN** [3] - 471:13,

480:12, 492:19

**SHOWS** [7] - 352:16, 353:11, 356:15, 386:12, 393:4, 406:12, 513:15

**SIDE** [5] - 437:17, 447:12, 459:10, 476:22, 484:11

**SIDES** [4] - 378:13, 466:13, 493:17, 506:14

**SIFT** [19] - 371:11, 371:20, 372:3, 372:10, 372:14, 372:18, 372:23, 373:13, 374:11, 388:19, 399:16, 410:4, 415:11, 415:15, 441:9, 442:21, 443:3, 443:5, 488:18

**SIFT'S** [1] - 415:13

**SIGN** [6] - 352:22, 352:25, 477:6, 477:15, 488:14, 522:8

**SIGN-UP** [2] - 352:22, 352:25

**SIGNED** [1] - 521:10

**SIGNIFICANCE** [2] - 512:9, 513:9

**SIGNIFICANT** [4] - 482:11, 489:12, 513:15, 514:16

**SIGNS** [1] - 471:17

**SILENCE** [1] - 377:4

**SIMILAR** [18] - 361:20, 362:7, 389:13, 392:4, 392:20, 392:21, 394:8, 399:14, 408:16, 421:15, 424:15, 424:20, 425:2, 426:24, 440:2, 446:6, 501:16, 509:16

**SIMILARLY** [1] - 445:11

**SIMPLE** [5] - 360:5, 441:5, 441:6, 448:7, 460:18

**SIMPLY** [6] - 446:12, 446:21, 486:9, 500:19, 519:6, 519:8

**SINATRA** [1] - 437:16

**SINCERELY** [1] - 506:2

**SINGLE** [24] - 354:19, 369:22, 369:24, 369:25, 372:11,

396:3, 407:11, 407:21, 409:11, 414:21, 442:21, 444:25, 483:11, 483:19, 492:18, 493:20, 494:15, 494:23, 496:4, 496:5, 499:8, 502:8, 513:11, 513:16

**SINGLE-PAGE** [2] - 369:22, 369:24

**SINGLE-SPACED** [1] - 407:21

**SIT** [5] - 387:19, 441:23, 482:12, 484:9, 488:2

**SITE** [53] - 351:1, 351:8, 355:23, 357:18, 359:20, 361:14, 363:14, 364:7, 366:3, 366:8, 375:21, 375:23, 376:13, 379:6, 383:25, 385:2, 387:2, 387:23, 388:22, 389:12, 395:22, 399:15, 401:22, 401:25, 403:7, 403:8, 403:25, 409:18, 412:8, 418:25, 441:14, 446:23, 462:9, 478:3, 478:21, 479:19, 480:3, 481:5, 482:12, 488:13, 488:24, 490:22, 491:12, 495:19, 496:1, 499:11, 500:23, 501:4, 503:2, 503:13, 504:14, 506:1

**SITES** [2] - 488:20, 488:21

**SITS** [1] - 382:13

**SITTING** [4] - 439:16, 450:1, 499:21, 504:13

**SIX** [9] - 351:4, 362:9, 392:13, 394:3, 435:13, 435:14, 438:5, 487:18, 514:12

**SIZE** [6] - 354:4, 356:15, 466:2, 495:18, 495:21, 495:22

**SIZES** [2] - 444:14, 495:18

**SKEPTICAL** [1] -

493:11

**SKILLS** [1] - 440:7

**SKIP** [1] - 497:22

**SLAP** [1] - 505:21

**SLAPPED** [1] - 402:7

**SLIDE** [1] - 371:10

**SLOW** [1] - 388:3

**SMALL** [9] - 359:10, 437:24, 444:14, 462:18, 463:1, 463:4, 490:3, 496:2, 505:8

**SOCIAL** [2] - 377:8, 519:19

**SODAS** [1] - 484:25

**SOFTWARE** [2] - 415:18, 488:18

**SOLD** [27] - 355:9, 356:10, 407:12, 424:20, 426:10, 426:23, 427:19, 430:1, 431:2, 431:9, 432:5, 435:4, 435:6, 471:17, 472:5, 481:13, 484:3, 484:6, 495:17, 501:19, 502:16, 508:20, 515:13, 517:4, 517:5, 517:16, 517:19

**SOLELY** [3] - 483:14, 511:23, 520:23

**SOLEMNLY** [3] - 419:13, 436:13, 522:17

**SOLUTION** [6] - 393:10, 393:12, 393:15, 393:24, 412:2, 502:21

**SOLVE** [1] - 438:24

**SOLVED** [4] - 394:4, 487:21, 503:20, 505:4

**SOMEONE** [19] - 358:21, 372:14, 373:14, 386:25, 404:3, 411:16, 437:22, 441:16, 468:2, 475:10, 488:1, 489:24, 494:12, 495:4, 495:23, 496:2, 496:3, 508:5, 508:9

**SOMETIMES** [6] - 359:1, 370:18, 371:12, 441:15, 468:23, 485:16

**SOMEWHAT** [1] - 518:12

**SOMEWHERE** [1] -

505:13
**SOON** [3] - 428:9, 523:16, 523:21
**SOPHISTICATED** [1] - 411:25
**SORRY** [30] - 349:22, 358:23, 367:5, 367:12, 370:8, 371:5, 378:7, 378:16, 380:21, 385:11, 390:12, 390:15, 404:19, 406:25, 407:20, 412:23, 413:10, 414:14, 417:8, 426:4, 429:24, 430:5, 432:12, 434:8, 434:9, 440:14, 452:9, 464:24, 492:5, 497:10
**SORT** [3] - 355:12, 369:17, 413:15
**SOUGHT** [1] - 515:15
**SOUND** [1] - 393:24
**SOUNDS** [3] - 349:23, 382:22, 460:9
**SOURCE** [15] - 494:7, 494:11, 494:13, 507:24, 509:19, 510:20, 511:2, 511:5, 511:7, 511:17, 513:11, 513:12, 513:17, 514:23
**SPACE** [1] - 353:24
**SPACED** [1] - 407:21
**SPEAKING** [3] - 388:4, 440:22, 440:25
**SPEAKS** [3] - 407:13, 484:17, 488:3
**SPECIAL** [2] - 475:15, 475:16
**SPECIALIST** [1] - 420:7
**SPECIALIZE** [1] - 381:7
**SPECIFIC** [12] - 373:6, 374:3, 381:12, 414:4, 486:2, 486:3, 486:23, 487:3, 489:11, 495:15, 496:6, 517:12
**SPECIFICALLY** [1] - 422:1
**SPECULATION** [5] - 387:3, 387:6, 461:13, 461:14, 462:15

**SPELL** [2] - 419:19, 436:19
**SPEND** [4] - 443:2, 462:12, 465:14, 480:13
**SPENDING** [3] - 358:18, 449:24, 449:25
**SPENDS** [5] - 443:4, 462:3, 462:7, 462:18, 463:1
**SPOKEN** [3] - 438:21, 445:25, 447:5
**SPOKESMAN** [1] - 518:18
**SPONSOR** [1] - 510:17
**SPONSORS** [1] - 510:17
**SPONSORSHIP** [1] - 509:19
**SPORTS** [2] - 386:7, 386:8
**SPREADSHEET** [1] - 430:7
**SPREADSHEETS** [1] - 425:1
**SPURIOUS** [1] - 501:17
**STAFF** [1] - 468:7
**STAFFING** [1] - 443:6
**STAGE** [1] - 449:14
**STAKE** [1] - 434:21
**STAMPED** [2] - 501:23, 502:1
**STAMPING** [1] - 481:16
**STANCE** [1] - 446:5
**STAND** [7] - 348:9, 348:14, 364:4, 403:7, 407:25, 410:19, 521:25
**STANDARD** [5] - 361:9, 362:14, 383:24, 391:14
**STANDING** [1] - 407:23
**STANDS** [3] - 365:14, 366:12, 493:8
**STAR** [1] - 481:12
**STARS** [1] - 344:5
**START** [21] - 348:11, 352:15, 353:2, 367:4, 371:14, 373:15, 384:13, 393:19, 423:12, 424:15, 428:24, 448:8, 467:4, 475:20, 475:23, 475:24, 479:4,

480:24, 481:7, 497:19, 505:4
**STARTED** [14] - 385:15, 415:11, 424:18, 426:22, 432:9, 432:10, 450:7, 450:10, 453:10, 454:22, 476:22, 499:6, 500:12, 505:23
**STARTING** [1] - 521:18
**STARTS** [1] - 488:13
**STARTUP** [1] - 437:24
**STATE** [4] - 404:20, 419:19, 436:19, 458:24
**STATEMENT** [3] - 365:16, 461:4, 477:8
**STATES** [2] - 509:24, 515:12
**STATES** [4] - 343:1, 524:6, 524:8, 524:13
**STATUTE** [1] - 472:7
**STATUTORY** [16] - 472:25, 474:2, 483:13, 483:21, 483:25, 491:20, 496:10, 496:12, 497:3, 515:21, 517:3, 517:4, 517:8, 517:14, 517:17
**STAY** [1] - 387:2
**STAY** [1] - 408:20
**STAYS** [1] - 372:9
**STEALING** [2] - 365:14, 440:4
**STENOGRAPHICALLY** [1] - 524:10
**STEP** [6] - 350:2, 419:9, 436:4, 466:7, 488:17, 488:18
**STICK** [2] - 445:15, 446:19
**STICKER** [11] - 397:14, 401:16, 426:19, 470:16, 470:25, 471:2, 479:13, 479:14, 479:24, 492:18, 501:6
**STICKERS** [14] - 401:16, 432:7, 470:14, 470:23, 471:17, 479:17, 479:20, 481:19, 481:20, 492:9, 500:22, 500:23, 501:1
**STILL** [12] - 348:15,

383:6, 384:6, 384:7, 389:5, 391:9, 401:22, 467:5, 470:21, 485:12
**STIPULATED** [9] - 357:9, 364:16, 367:12, 369:10, 381:19, 381:24, 421:18, 430:10, 431:17
**STIPULATION** [13] - 357:5, 362:1, 362:22, 363:22, 367:4, 367:11, 374:16, 378:3, 390:5, 390:12, 394:17, 396:16, 410:22
**STITCH** [11] - 492:13, 492:15, 493:1, 501:10, 501:13, 516:23
**STITCH-FOR-STITCH** [5] - 492:13, 492:15, 493:1, 501:10, 516:23
**STOCK** [2] - 463:22, 464:3
**STOLEN** [1] - 446:25
**STOP** [11] - 365:22, 461:6, 462:4, 481:17, 486:4, 487:6, 488:12, 488:17, 503:16, 503:18, 505:24
**STOPPED** [7] - 393:13, 394:8, 454:2, 487:12, 491:14, 499:2, 506:7
**STOPPING** [4] - 482:8, 491:5, 491:6
**STOPS** [1] - 489:6
**STORE** [3] - 403:24, 478:6, 494:17
**STORES** [3] - 478:11, 487:6, 502:25
**STRAIGHT** [1] - 383:22
**STRANGELY** [1] - 389:1
**STREET** [1] - 344:11
**STREET** [2] - 495:24, 501:5
**STREET** [1] - 343:24
**STRENGTH** [1] - 511:9
**STRICKEN** [2] - 442:10, 460:3
**STRIKE** [4] - 413:7, 414:1, 442:8, 460:2

**STRIVE** [1] - 518:19
**STRONG** [1] - 511:15
**STRONGER** [1] - 440:12
**STRUCTURE** [1] - 506:7
**STUDIO** [1] - 385:23
**STUDY** [2] - 360:21, 480:15
**STUFF** [5] - 386:12, 394:6, 396:13, 462:10, 489:14
**STUMBLED** [1] - 504:22
**SUBMISSION** [2] - 469:7, 469:8
**SUBMIT** [1] - 509:25
**SUBMITTED** [3] - 410:13, 424:1, 467:1
**SUBSTANTIAL** [1] - 510:12
**SUBSTANTIALLY** [2] - 515:10, 516:13
**SUCCESS** [1] - 480:13
**SUCCESSFULLY** [1] - 514:5
**SUE** [4] - 396:12, 481:6, 503:16, 505:8
**SUED** [4] - 397:5, 405:11, 456:1, 481:10
**SUES** [2] - 483:17, 483:18
**SUGGESTIVE** [5] - 511:11, 511:24, 511:25, 512:4, 512:12
**SUGGESTS** [1] - 512:10
**SUING** [2] - 481:6, 505:13
**SUIT** [5] - 416:3, 426:21, 498:1, 498:5, 498:20
**SUITE** [1] - 344:6
**SUITE** [1] - 343:24
**SUM** [1] - 348:20
**SUMMARIZE** [4] - 392:11, 429:19, 430:23, 431:22
**SUMMARY** [1] - 469:24
**SUMMARY** [2] - 432:17, 507:13
**SUMMER** [1] - 420:8
**SUPERVISE** [1] - 420:12
**SUPERVISION** [1] - 479:7
**SUPPLIED** [3] -

508:18, 508:20, 523:18
**SUPPLIES** [1] - 508:12
**SUPPLY** [1] - 509:1
**SUPPLYING** [2] - 508:5, 508:8
**SUPPORTING** [1] - 505:22
**SUPPORTIVE** [1] - 365:12
**SUPPOSED** [5] - 352:3, 485:15, 496:24, 497:7, 497:19
**SURGERY** [1] - 439:14
**SURVEY** [1] - 495:7
**SURVEYS** [1] - 495:9
**SURVIVED** [1] - 455:10
**SUSPECT** [1] - 370:22
**SUSPEND** [2] - 346:8, 382:7
**SUSPEND** [4] - 383:4, 384:2, 384:16
**SUSPEND-FOR-REVIEW** [1] - 384:16
**SUSPEND-FROM-SALE** [1] - 346:8
**SUSPENDED** [1] - 389:12
**SUSPENDING** [1] - 481:25
**SUSPENSION** [12] - 382:8, 383:6, 383:10, 383:23, 384:2, 384:10, 384:19, 388:20, 389:13, 389:14, 490:15, 490:18
**SUSTAINED** [6] - 387:4, 415:8, 453:24, 454:21, 455:19, 462:16
**SWAP** [2] - 439:18, 480:5
**SWEAR** [4] - 419:13, 436:13, 522:15, 522:17
**SWEATSHIRT** [1] - 501:13
**SWEATSHIRTS** [1] - 501:24
**SWEEP** [1] - 487:18
**SWISS** [3] - 343:5, 493:5, 493:7
**SWITCH** [1] - 424:2, 426:7
**SWOOSH** [2] - 501:25,

502:1
**SWORN** [1] - 493:22
**SWORN** [4] - 348:22, 350:14, 420:2, 437:2
**SYMBOL** [4] - 507:21, 510:4, 511:1, 513:7
**SYMBOLS** [2] - 509:16, 509:17
**SYSTEM** [3] - 372:16, 484:22, 499:20

---

## T

**T-SHIRT** [7] - 397:15, 428:4, 471:9, 471:11, 501:19, 501:20, 502:14
**T-SHIRTS** [2] - 455:6, 471:10
**TABLES** [1] - 432:17
**TACKLE** [2] - 450:15, 450:22
**TACKLED** [1] - 451:6
**TACKLING** [1] - 450:17
**TAG** [34] - 360:5, 360:7, 382:8, 383:4, 383:6, 383:7, 383:10, 383:19, 383:23, 384:1, 384:2, 384:5, 384:10, 384:19, 388:20, 389:13, 393:2, 400:2, 401:13, 401:16, 405:10, 444:17, 445:1, 445:2, 445:7, 472:14, 490:14, 490:18, 490:21, 492:22, 494:21, 495:13, 501:24
**TAG-BASED** [12] - 382:8, 383:4, 383:6, 383:10, 383:23, 384:2, 384:10, 384:19, 388:20, 389:13, 490:14, 490:18
**TAGGED** [5] - 380:10, 401:21, 403:15, 405:8, 494:23
**TAGGING** [4] - 400:11, 491:5, 491:6, 491:7
**TAGS** [12] - 353:20, 376:7, 379:11, 379:13, 379:15, 383:5, 400:3, 400:7, 400:8, 471:14, 472:13, 499:11

**TAKEDOWN** [22] - 357:21, 357:22, 358:5, 358:7, 361:19, 362:6, 362:14, 370:20, 373:19, 375:22, 387:22, 395:23, 395:24, 399:3, 411:17, 441:4, 443:19, 443:22, 445:13, 450:10, 453:11, 489:9
**TAKEDOWNS** [6] - 351:10, 357:18, 357:19, 358:3, 374:11, 375:10
**TALKS** [2] - 365:4, 365:9
**TARGET** [1] - 441:17
**TEAM** [63] - 350:23, 357:17, 367:23, 367:24, 367:25, 368:21, 369:17, 370:25, 375:9, 376:15, 380:20, 381:1, 381:11, 384:22, 385:4, 385:7, 385:9, 385:10, 386:8, 387:1, 395:3, 395:9, 395:12, 395:16, 399:23, 411:25, 437:23, 438:4, 443:7, 444:1, 445:8, 445:11, 451:11, 451:16, 451:17, 451:18, 451:19, 451:20, 451:21, 451:22, 451:24, 452:1, 452:2, 452:4, 452:7, 452:9, 452:13, 454:23, 457:19, 458:1, 459:3, 459:24, 460:6, 461:12, 461:15, 466:3
**TEAM'S** [2] - 379:19, 382:11
**TEAMS** [2] - 386:7, 452:5
**TECHNICAL** [1] - 469:25
**TECHNIQUES** [1] - 374:11
**TECHNOLOGICAL** [3] - 371:7, 440:10, 482:4
**TECHNOLOGIES** [1] - 490:14
**TECHNOLOGY** [2] -

373:10, 440:8
**TEEN** [1] - 444:14
**TEEN-AGED** [1] - 444:14
**TEN** [7] - 372:21, 372:22, 463:5, 463:13, 463:18, 479:3, 479:6
**TENDER** [1] - 450:3
**TENS** [5] - 360:11, 443:25, 499:3, 502:15, 505:17
**TERM** [4] - 480:16, 488:22, 515:9
**TERMINATE** [4] - 366:21, 368:24, 371:13, 373:17
**TERMINATED** [2] - 373:14, 386:23
**TERMINATES** [2] - 372:5, 372:24
**TERMINATING** [1] - 367:2
**TERMS** [10] - 351:9, 364:8, 402:25, 404:2, 443:11, 468:20, 471:13, 480:16, 509:16, 509:17
**TERRIFIC** [2] - 390:18, 394:23
**TEST** [1] - 512:21
**TESTED** [1] - 520:20
**TESTIFIED** [14] - 401:9, 423:7, 435:13, 443:24, 450:7, 453:17, 457:18, 459:25, 460:16, 462:4, 471:14, 478:23, 490:15, 494:25
**TESTIFY** [4] - 439:4, 441:3, 444:8, 487:16
**TESTIMONY** [19] - 419:13, 433:23, 435:3, 435:9, 436:13, 446:9, 452:8, 461:1, 472:16, 478:5, 482:7, 483:1, 485:22, 487:3, 489:4, 493:22, 494:19, 495:15, 520:20
**TEXT** [2] - 353:20, 519:18
**TEXT-BASED** [1] - 353:20
**THANKING** [1] - 484:18

**THAT** [3] - 524:7, 524:8, 524:11
**THE** [237] - 344:3, 344:8, 348:7, 348:16, 348:17, 348:22, 349:25, 350:2, 350:6, 350:10, 350:14, 351:23, 351:25, 352:2, 352:6, 352:8, 352:12, 352:13, 357:8, 357:10, 357:12, 357:16, 362:2, 362:24, 363:23, 364:17, 367:6, 367:15, 368:4, 368:5, 368:7, 369:23, 370:2, 370:7, 374:17, 374:19, 378:4, 378:6, 378:8, 378:13, 381:20, 381:22, 382:1, 382:17, 387:4, 387:6, 390:7, 390:14, 394:19, 394:21, 396:18, 396:21, 397:20, 400:15, 404:18, 404:19, 404:20, 405:2, 405:22, 405:24, 406:6, 406:23, 406:25, 407:15, 407:16, 408:8, 410:8, 410:17, 410:23, 412:11, 412:22, 414:13, 414:14, 415:8, 415:23, 416:2, 416:3, 416:4, 416:6, 416:9, 416:11, 416:13, 416:21, 417:5, 419:6, 419:9, 419:12, 419:17, 419:18, 419:21, 419:23, 420:2, 421:19, 421:21, 424:4, 425:16, 425:18, 425:20, 429:6, 429:8, 430:12, 431:19, 434:25, 436:3, 436:8, 436:10, 436:12, 436:17, 436:18, 436:21, 436:22, 437:2, 440:19, 440:21, 442:10, 442:23, 444:2, 445:5, 446:14, 447:10,

447:20, 447:22, 447:24, 448:19, 448:22, 448:25, 449:2, 449:11, 449:15, 450:4, 451:2, 452:25, 453:3, 453:4, 453:5, 453:24, 454:9, 454:10, 454:11, 454:21, 455:19, 456:11, 456:13, 456:18, 456:23, 456:24, 457:1, 457:3, 457:4, 457:6, 458:12, 458:15, 458:19, 458:23, 459:4, 459:5, 459:6, 459:16, 459:19, 459:20, 459:24, 460:3, 460:7, 460:9, 460:11, 460:13, 460:14, 460:16, 460:17, 460:23, 460:25, 461:13, 461:25, 462:1, 462:2, 462:16, 462:22, 462:23, 463:9, 463:12, 463:25, 464:1, 464:13, 464:17, 466:7, 466:10, 467:9, 467:20, 467:24, 468:8, 468:11, 469:6, 469:11, 469:17, 470:3, 470:9, 470:17, 470:20, 470:25, 471:6, 471:19, 471:25, 472:4, 472:18, 472:24, 473:3, 473:8, 473:11, 473:16, 473:25, 474:5, 474:8, 475:7, 476:3, 484:14, 497:14, 499:24, 505:6, 506:13, 506:23, 522:16, 523:2, 523:3, 523:6, 523:9, 523:11, 523:14, 523:21, 524:6, 524:7, 524:8, 524:9, 524:10, 524:11, 524:12, 524:13

**THEIRS** [1] - 394:2

**THEMSELVES** [1] - 497:6

**THEORY** [1] - 488:2

**THEREFORE** [2] - 469:14, 474:4

**THEREOF** [3] - 507:22, 510:4, 511:1

**THIN** [1] - 497:7

**THINKS** [4] - 449:4, 496:7, 496:10

**THIRD** [7] - 380:2, 427:6, 478:1, 482:19, 487:15, 489:1, 503:9

**THIRSTY** [1] - 485:5

**THIS** [1] - 524:15

**THOMAS** [3] - 354:11, 354:23, 487:14

**THOUGHTS** [1] - 484:12

**THOUSANDS** [5] - 404:25, 443:14, 478:12, 496:19, 502:15

**THREATS** [1] - 396:12

**THREE** [15] - 353:4, 435:7, 435:14, 469:21, 477:9, 477:10, 488:5, 488:6, 491:23, 508:22, 509:15, 514:4, 516:5

**THROUGHOUT** [1] - 503:14

**THURSDAY** [1] - 484:22

**TIE** [1] - 497:8

**TIED** [1] - 497:7

**TIMELINE** [1] - 464:12

**TIMELINESS** [1] - 358:3

**TIMING** [1] - 453:5

**TIRE** [1] - 505:13

**TITLE** [6] - 353:19, 378:25, 437:7, 444:17, 477:22, 477:24

**TITLE** [1] - 524:8

**TITLED** [1] - 368:12

**TITLES** [4] - 354:3, 376:6, 385:24, 477:20

**TO** [2] - 343:9, 524:8

**TODAY** [13] - 348:12, 388:5, 388:6, 403:4, 435:3, 451:25, 452:8, 457:8, 461:1, 465:23, 480:23, 482:7, 482:13

**TOGETHER** [12] - 359:25, 376:11, 377:21, 378:1, 396:11, 397:6, 438:24, 440:13, 485:23, 503:24,

522:18

**TOMORROW** [3] - 348:13, 521:18

**TOOK** [13] - 394:3, 394:6, 396:3, 398:9, 423:20, 450:20, 475:7, 475:19, 478:22, 487:12, 491:1, 491:3, 505:11

**TOOL** [15] - 371:10, 371:11, 376:12, 376:13, 382:6, 382:9, 382:23, 382:24, 384:8, 384:16, 388:25, 389:13, 389:18, 414:21, 443:5

**TOOLS** [16] - 353:18, 354:1, 366:7, 367:1, 374:6, 375:15, 379:19, 383:11, 388:21, 388:23, 411:25, 441:8, 441:9, 442:6, 443:12, 446:18

**TOP** [13] - 356:5, 357:6, 369:8, 382:7, 422:11, 441:19, 455:11, 475:13, 480:15, 483:4, 483:5, 504:13

**TOPICS** [1] - 469:13

**TOTAL** [9] - 349:6, 372:23, 392:15, 432:17, 432:22, 433:14, 465:16, 498:16

**TOTALLY** [2] - 360:11, 393:2

**TOUGH** [1] - 447:10

**TOWARD** [2] - 370:15, 470:21

**TOWARDS** [2] - 373:5, 470:18

**TOY** [48] - 350:8, 350:17, 350:20, 351:22, 352:10, 357:7, 363:4, 364:1, 367:8, 367:19, 368:15, 369:13, 371:7, 374:23, 375:7, 378:18, 382:2, 389:22, 400:19, 403:21, 404:7, 406:3, 411:1, 413:7, 416:17, 422:19, 423:6, 438:6, 439:4, 441:3, 441:4, 441:8, 441:12, 443:24,

457:15, 457:18, 460:16, 465:6, 465:7, 477:23, 478:22, 480:19, 480:23, 482:7, 489:18, 490:15, 490:18, 506:5

**TOY** [1] - 457:18

**TOY** [4] - 345:4, 345:6, 348:21, 350:13

**TOY'S** [1] - 489:4

**TRACK** [3] - 420:13, 487:7, 488:25

**TRACKING** [1] - 480:13

**TRADE** [2] - 360:17, 502:22

**TRADED** [2] - 439:19, 463:20

**TRADEMARK** [2] - 509:24, 515:12

**TRADEMARK** [71] - 357:3, 360:7, 360:18, 361:2, 361:3, 380:10, 406:13, 407:8, 409:17, 418:23, 435:14, 437:14, 444:17, 444:22, 444:25, 445:18, 446:4, 477:12, 477:24, 483:8, 485:9, 492:2, 494:8, 494:10, 494:11, 495:9, 496:13, 497:4, 503:17, 507:15, 507:21, 507:25, 508:3, 508:11, 508:14, 509:9, 509:21, 509:22, 509:23, 510:1, 510:2, 510:3, 510:6, 510:14, 510:19, 510:22, 510:25, 511:6, 511:18, 511:23, 512:9, 512:14, 512:16, 512:22, 513:16, 513:24, 514:3, 514:5, 514:9, 514:11, 514:13, 514:15, 514:19, 515:5, 515:6, 515:9, 515:11, 517:3, 517:25

**TRADEMARK'S** [2] - 512:9, 513:6

**TRADEMARKS** [49] - 360:1, 360:11, 360:15, 360:24,

383:15, 404:17, 421:8, 433:20, 433:21, 435:7, 443:23, 443:25, 445:3, 445:25, 470:21, 477:15, 477:20, 494:6, 508:4, 508:5, 508:8, 508:10, 508:21, 508:24, 508:25, 509:12, 509:13, 509:14, 510:8, 510:24, 511:8, 511:10, 511:11, 511:13, 511:14, 511:24, 511:25, 512:2, 512:4, 512:12, 512:16, 513:2, 513:20, 515:20

**TRADING** [1] - 464:3

**TRAINING** [3] - 367:22, 367:25, 490:17

**TRANSACTION** [3] - 355:16, 355:19, 361:9

**TRANSCRIPT** [3] - 343:14, 524:9, 524:11

**TRANSFORMATIVE** [1] - 389:3

**TRAVEL** [1] - 493:11

**TREAT** [1] - 445:24

**TRIAL** [30] - 348:11, 388:15, 427:3, 428:25, 429:4, 430:9, 431:17, 431:22, 433:24, 433:25, 434:1, 434:3, 434:10, 434:21, 446:18, 455:24, 456:25, 475:20, 479:14, 482:13, 502:5, 503:14, 504:9, 519:21, 520:9, 520:21, 521:1, 521:19, 521:20

**TRIAL** [1] - 343:14

**TRICKED** [1] - 516:25

**TRIED** [5] - 397:6, 398:19, 407:7, 407:16, 494:16

**TRIES** [2] - 389:11, 488:24

**TRIP** [1] - 406:4

**TRIPLE** [2] - 466:4, 496:2

**TRUE** [1] - 524:9

**TRUE** [11] - 359:18, 372:13, 411:24, 417:11, 446:24, 450:23, 454:13, 454:16, 454:17, 461:9, 481:11

**TRULY** [1] - 481:23

**TRUST** [1] - 448:17

**TRUTH** [8] - 419:15, 436:15, 448:23, 520:19

**TRY** [26] - 360:4, 364:12, 366:6, 373:15, 374:12, 376:3, 377:21, 377:25, 381:7, 381:9, 381:23, 387:16, 388:21, 389:1, 441:17, 443:18, 448:3, 449:19, 479:16, 485:22, 485:24, 491:9, 503:6, 503:7, 520:5

**TRYING** [22] - 359:4, 366:4, 366:6, 368:19, 371:19, 373:22, 377:4, 383:3, 385:11, 388:25, 389:18, 439:5, 440:5, 441:13, 464:11, 476:15, 489:2, 489:22, 494:2, 506:6, 523:10

**TUESDAY** [3] - 343:15, 348:1, 475:1

**TURN** [5] - 421:17, 428:12, 446:12, 459:21, 520:15

**TURNED** [1] - 488:8

**TURNING** [4] - 421:7, 427:9, 435:17, 491:12

**TURNS** [1] - 487:23

**TV** [2] - 359:5, 386:12

**TWO** [34] - 354:8, 359:24, 375:24, 376:11, 380:24, 381:12, 399:10, 413:2, 423:21, 423:23, 435:17, 443:9, 467:11, 468:14, 469:21, 471:7, 472:11, 474:1, 476:9, 480:21, 482:21, 487:21, 493:18, 493:19, 500:2, 504:18, 505:11,

508:7, 508:19, 509:14, 514:1, 516:3

**TWO-AND-A-HALF-MILLION** [1] - 443:9

**TWO-MONTH** [2] - 423:21, 423:23

**TYPE** [13] - 353:23, 355:14, 355:18, 356:7, 446:24, 455:11, 484:3, 484:5, 507:19, 512:8, 517:3, 517:16, 517:18

**TYPED** [1] - 356:4, 356:5, 408:23

**TYPES** [6] - 366:7, 375:24, 392:24, 403:23, 488:22, 500:22

**TYPICAL** [1] - 395:6

**TYPICALLY** [1] - 446:3

**TYPING** [1] - 404:4

# U

**U.S** [11] - 343:3, 349:22, 356:20, 424:11, 440:10, 493:9, 496:22, 496:23, 500:14, 500:15, 500:16

**U.S.A** [1] - 429:15

**UGC** [1] - 353:21

**ULTIMATELY** [2] - 435:12, 439:8

**UNANIMOUS** [4] - 518:21, 519:1, 522:1, 522:7

**UNCERTAIN** [1] - 481:24

**UNCERTAINTY** [1] - 478:4

**UNCLEAR** [3] - 393:22, 403:17, 405:12

**UNDER** [10] - 348:15, 370:17, 385:15, 411:17, 469:7, 469:8, 477:23, 512:20, 514:2, 517:11

**UNDERSTOOD** [1] - 469:10

**UNFAIR** [1] - 399:5

**UNFAMILIAR** [2] - 511:21, 511:23

**UNFORTUNATE** [1] - 359:10

**UNFORTUNATELY**

[2] - 358:22, 505:9

**UNFORTUNATELY** [1] - 358:23

**UNIT** [1] - 431:9

**UNITED** [4] - 343:1, 524:6, 524:8, 524:13

**UNITED** [2] - 509:24, 515:12

**UNITS** [3] - 430:1, 431:2, 432:5

**UNIVERSE** [1] - 487:8

**UNKNOWN** [2] - 507:25, 510:20

**UNLESS** [5] - 354:18, 454:13, 454:15, 454:17, 470:22

**UNLIKE** [2] - 467:11, 512:2

**UNNOTICED** [1] - 505:5

**UNQUESTIONABLY** [1] - 499:15

**UNREGISTERED** [18] - 428:12, 428:13, 428:16, 428:22, 431:12, 433:9, 433:11, 435:8, 435:14, 508:4, 510:7, 512:11, 512:15, 513:2, 513:16, 513:20, 514:19, 515:5

**UNRELATED** [3] - 361:2, 376:23, 393:2

**UNUSUAL** [1] - 392:23

**UNWILLING** [1] - 519:4

**UP** [79] - 348:20, 351:24, 352:22, 352:24, 352:25, 353:7, 353:9, 353:14, 357:4, 361:16, 361:25, 362:21, 363:16, 363:21, 367:3, 369:11, 372:9, 376:2, 376:22, 376:25, 377:19, 379:19, 380:14, 381:18, 381:24, 382:11, 383:25, 384:3, 389:21, 390:4, 391:25, 393:4, 394:15, 395:16, 395:21, 399:15, 400:1, 400:3, 400:24, 408:24, 409:1, 418:16, 420:24, 420:25, 421:3,

421:4, 428:25, 440:15, 440:16, 446:1, 447:18, 449:6, 449:9, 450:11, 461:2, 463:10, 463:17, 463:22, 474:3, 481:21, 483:4, 484:2, 484:5, 485:11, 487:23, 488:14, 489:20, 490:22, 494:1, 494:2, 494:20, 498:9, 499:19, 503:18, 505:4, 505:19, 506:6, 519:2

**UPDATE** [1] - 523:10

**UPLOAD** [19] - 353:15, 353:16, 354:15, 354:19, 358:20, 359:1, 359:11, 363:17, 363:19, 365:9, 365:20, 366:13, 366:15, 372:6, 384:6, 387:2, 389:11, 395:22

**UPLOADED** [14] - 358:9, 359:9, 370:19, 372:8, 372:12, 372:21, 373:1, 380:2, 381:2, 386:14, 408:3, 465:20, 481:5, 481:12

**UPLOADING** [3] - 353:19, 353:23, 364:13

**UPLOADS** [4] - 379:24, 399:19, 439:5, 457:16

**UPPER** [1] - 352:21

**UPSTREAM** [1] - 470:13

**URGE** [1] - 411:14

**URL** [2] - 370:19, 489:12

**URL'S** [1] - 374:4

**USAGE** [1] - 360:15

**USEFUL** [1] - 376:8

**USER** [32] - 352:16, 352:22, 353:2, 353:11, 353:20, 363:8, 363:15, 364:25, 371:15, 371:25, 373:2, 373:6, 378:23, 378:24, 379:1, 379:2, 379:6, 379:8, 379:13, 388:19,

389:10, 391:12, 391:13, 392:7, 399:4, 400:1, 404:3, 471:24, 473:22, 488:14, 488:15, 490:17

**USER** [1] - 346:5

**USER'S** [1] - 374:10

**USER-GENERATED** [2] - 353:20, 378:23

**USERS** [24] - 351:16, 358:20, 359:19, 364:6, 365:19, 366:5, 366:11, 370:19, 371:8, 371:9, 383:8, 399:10, 411:9, 411:21, 443:23, 450:11, 457:13, 481:8, 481:23, 483:9, 488:14, 490:3, 491:6, 504:7

**USERS'** [2] - 445:6, 504:8

**USES** [12] - 360:10, 361:2, 371:17, 388:21, 395:3, 446:1, 472:12, 507:25, 508:5, 508:9, 512:22, 514:11

**UTILITY** [1] - 514:4

**UTMOST** [1] - 468:6

# V

**VALID** [8] - 407:8, 411:17, 509:12, 510:6, 512:14, 512:17, 513:4, 515:3

**VALIDITY** [4] - 454:14, 509:22, 509:25, 510:21

**VALUATION** [2] - 463:6, 465:12

**VALUE** [2] - 463:17, 488:4

**VARIES** [1] - 349:20

**VARIETY** [1] - 477:18

**VARIOUS** [3] - 406:12, 488:21, 498:18

**VARY** [1] - 355:19

**VAST** [4] - 358:3, 359:6, 489:2, 504:19

**VERDICT** [17] - 475:14, 475:15, 475:16, 475:17, 518:21, 519:1, 519:8, 519:9, 522:1, 522:5, 522:7, 522:9,

522:14, 522:21, 523:19
**VERSION** [1] - 382:23
**VIA** [2] - 519:18
**VICE** [1] - 437:9
**VIDEO** [10] - 351:24, 351:25, 352:9, 352:14, 352:16, 353:11, 355:21, 363:9, 374:5, 378:23
**VIDEOS** [2] - 351:20, 376:6
**VIEW** [11] - 356:17, 382:12, 383:20, 389:12, 398:18, 400:12, 405:17, 439:25, 477:23, 520:7, 520:9
**VIEWED** [1] - 516:23
**VIEWS** [1] - 518:25
**VIGILANTE** [2] - 411:14, 504:24
**VIOLATES** [1] - 521:4
**VIOLATING** [1] - 508:3
**VIRGIN** [1] - 360:16
**VISIBLE** [1] - 498:24
**VISIT** [1] - 520:7
**VISITOR** [1] - 479:18
**VISUAL** [2] - 352:6, 490:1
**VOILA** [1] - 501:13
**VOLUME** [1] - 343:9
**VOLUMES** [1] - 439:5
**VOLUNTARILY** [1] - 517:12
**VOLUNTEERED** [1] - 467:20
**VOTE** [2] - 522:2, 522:3
**VS** [1] - 343:7
**VUITTON** [2] - 480:6, 480:7

**W**

**WAIT** [4] - 406:23, 480:8, 505:24, 521:20
**WAITED** [1] - 503:15
**WAITING** [1] - 521:22
**WALK** [1] - 380:18
**WALKING** [2] - 495:23, 501:5
**WALTERS** [1] - 494:25
**WANTS** [5] - 381:3, 388:18, 448:2, 448:4, 449:22
**WARN** [2] - 359:6, 366:14

**WARNED** [1] - 391:12
**WARNING** [2] - 391:13, 391:15
**WARNINGS** [1] - 346:9
**WARNINGS** [2] - 369:19, 370:11
**WARRANTED** [1] - 368:24
**WAS** [4] - 348:22, 350:14, 420:2, 437:2
**WASHINGTON** [1] - 442:5
**WASTE** [2] - 394:2, 403:20
**WATCH** [2] - 488:2, 520:1
**WATCHING** [1] - 488:1
**WAYS** [6] - 441:10, 477:13, 485:12, 485:16, 485:24, 486:15
**WEAKER** [1] - 512:1
**WEAPONS** [3] - 374:13, 384:9, 400:9
**WEAR** [1] - 444:14
**WEB** [1] - 489:12
**WEBPAGE** [1] - 346:16
**WEBSITE** [19] - 351:17, 351:20, 411:6, 435:5, 435:11, 435:25, 453:14, 454:4, 454:25, 455:7, 455:15, 457:16, 457:25, 462:4, 462:13, 462:18, 463:1, 481:23, 486:21
**WEEK** [11] - 366:15, 439:16, 440:16, 485:10, 485:20, 487:6, 502:11, 502:13, 502:18, 502:24
**WEEKS** [1] - 498:1
**WEIGHT** [1] - 519:7
**WEIRD** [1] - 408:20
**WELL-BRIEFED** [1] - 469:24
**WELL-KNOWN** [1] - 437:19
**WELL-RESPECTED** [1] - 437:20
**WESLEY** [34] - 344:4, 350:1, 350:5, 367:11, 387:3, 400:16, 400:18,

400:24, 404:22, 405:3, 405:23, 406:3, 406:7, 407:1, 407:18, 408:5, 408:11, 410:21, 411:1, 412:10, 415:7, 416:12, 416:14, 416:16, 416:23, 417:7, 419:5, 468:10, 471:7, 472:6, 474:1, 477:1, 500:5, 505:7
**WESLEY** [4] - 345:8, 345:9, 484:17, 490:25
**WEST** [1] - 343:24
**WESTERN** [1] - 343:2
**WHACK** [1] - 484:8
**WHACK-A-MOLE** [1] - 484:8
**WHATSOEVER** [2] - 470:15, 494:16
**WHEREWITHAL** [1] - 504:21
**WHILST** [1] - 370:18
**WHOLE** [5] - 377:11, 419:15, 436:15, 446:18, 503:6
**WIDE** [1] - 385:8
**WILLFUL** [20] - 472:21, 473:4, 473:10, 473:13, 473:19, 474:2, 474:3, 479:1, 479:8, 480:9, 482:18, 484:2, 484:4, 490:24, 491:3, 491:13, 517:10, 517:11, 517:14, 517:17
**WILLFULLY** [5] - 473:22, 478:25, 479:9, 486:4, 491:15
**WILLFULNESS** [5] - 403:3, 403:13, 472:22, 472:24, 473:1
**WILLING** [1] - 483:19
**WINDFALL** [3] - 497:4, 497:5, 499:17
**WINDING** [1] - 463:10
**WINDOW** [1] - 391:10
**WISH** [1] - 405:12
**WISHES** [1] - 447:12
**WITH** [1] - 524:12
**WITHDRAW** [2] - 361:23, 413:8
**WITNESS** [24] - 348:9, 348:14, 350:4, 350:9, 367:14,

367:15, 368:10, 371:5, 381:25, 410:19, 419:10, 436:5, 447:10, 448:3, 448:4, 450:3, 454:15, 454:18, 459:14, 466:8
**WITNESS** [31] - 348:16, 352:13, 357:16, 404:19, 406:25, 407:16, 414:14, 416:2, 416:4, 419:17, 419:21, 436:17, 436:21, 447:22, 453:3, 453:5, 454:10, 456:23, 457:1, 457:4, 458:15, 459:5, 459:19, 459:24, 460:9, 460:13, 460:16, 460:23, 462:1, 462:23, 464:1
**WITNESSES** [5] - 454:14, 493:13, 507:9, 520:12, 520:19
**WITNESSES** [2] - 345:1, 345:3
**WOMAN** [1] - 356:14
**WOMEN'S** [1] - 428:4
**WORD** [27] - 360:10, 362:17, 375:17, 379:14, 380:13, 387:16, 387:17, 404:4, 406:5, 408:20, 409:10, 416:25, 444:22, 444:23, 446:7, 485:7, 485:9, 487:1, 507:21, 510:3, 510:25, 511:17, 511:18, 511:20, 511:21, 511:22, 513:7
**WORDS** [23] - 360:17, 376:11, 379:17, 386:2, 400:3, 404:1, 431:14, 432:3, 444:16, 445:3, 486:24, 489:21, 490:1, 490:2, 491:10, 491:11, 492:1, 492:3, 492:13, 492:14, 498:24
**WORKAROUND** [1] - 482:4
**WORKS** [2] - 346:19, 346:20

**WORKS** [15] - 355:24, 365:9, 372:16, 383:11, 413:12, 414:8, 414:9, 414:16, 431:10, 431:13, 446:10, 462:8, 462:13, 491:7
**WORLD** [1] - 388:6
**WORLD** [12] - 351:6, 385:16, 385:19, 404:25, 437:21, 439:21, 439:22, 447:7, 453:18, 477:6, 477:24, 499:3
**WORRY** [1] - 352:8
**WORTH** [6] - 465:16, 498:16, 498:25, 505:15
**WRIST** [1] - 505:21
**WRITE** [3] - 377:8, 490:8, 497:13
**WRITING** [5] - 497:12, 503:25, 519:18, 521:13, 521:15
**WRITTEN** [1] - 452:18
**WROTE** [2] - 391:10

**X**

**XL** [1] - 496:2
**XU** [1] - 344:11

**Y**

**Y.Y.G.M** [4] - 343:5, 493:6, 493:7, 500:13
**YEAR** [31] - 349:6, 349:11, 358:13, 388:3, 394:9, 396:11, 405:11, 442:21, 442:22, 443:3, 443:5, 443:8, 443:10, 443:15, 452:3, 452:5, 455:5, 457:23, 458:2, 462:5, 462:7, 463:23, 464:1, 464:6, 464:9, 464:11, 483:11, 488:19, 498:3, 502:9
**YEAR-OLD** [1] - 396:11
**YEARS** [19] - 349:3, 351:4, 359:24, 384:24, 388:25, 413:2, 413:21, 413:23, 415:16, 415:19, 437:11, 438:5, 438:6, 438:22, 439:20,

440:7, 448:13, 504:18, 505:11
**YELLOW** [1] - 455:11
**YESTERDAY** [9] - 348:19, 361:14, 362:8, 392:14, 401:2, 401:9, 439:14, 477:23, 482:9
**YORK** [1] - 447:5
**YOURSELF** [1] - 522:19
**YOURSELVES** [3] - 410:12, 466:25, 518:23

## Z

**ZAP** [1] - 371:21
**ZAPS** [1] - 372:3
**ZERO** [1] - 474:3
**ZOOM** [4] - 357:5, 412:19, 427:6, 487:14
**ZUBER** [1] - 344:9