```
1                    UNITED STATES OF AMERICA
               UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
3
                         -  -  -
4              HONORABLE R. GARY KLAUSNER,
         UNITED STATES DISTRICT JUDGE PRESIDING
5                        -  -  -

6
   Y.Y.G.M. SA,                     )   CERTIFIED COPY
7                                    )
          PLAINTIFF,                 )
8                                    )
   VS.                               )   CV 19-04618 RGK
9                                    )
   REDBUBBLE, INC.,                  )
10                                   )
               DEFENDANT.            )
11 _____)

12

13

14
               REPORTER'S TRANSCRIPT OF PROCEEDINGS
15                 MONDAY, MAY 24, 2021
                       A.M. SESSION
16               LOS ANGELES, CALIFORNIA

17

18

19

20
               SHERI S. KLEEGER, CSR 10340
21             FEDERAL OFFICIAL COURT REPORTER
               312 NORTH SPRING STREET, ROOM 402
22             LOS ANGELES, CALIFORNIA 90012
                 PH:  (213)894-6604
23

24

25
```

```
 1

 2    APPEARANCES OF COUNSEL:

 3    ON BEHALF OF PLAINTIFF:

 4          Browne George Ross O'Brien Annaguey and Ellis LLP
            By:  Keith J. Wesley, Esquire
 5          2121 Avenue of the Stars Suite 2800
            Los Angeles, CA 90067
 6

 7
      ON BEHALF OF DEFENDANT:
 8
            Zuber Lawler LLP
 9          Joshua Masur, ESQUIRE
            2000 Broadway Street Suite 154
10          Redwood City, CA 94063

11          Browne George Ross O'Brien Annaguey and Ellis LLP
            By:  Jason Kelly, Esquire
12          2121 Avenue of the Stars Suite 2800
            Los Angeles, CA 90067
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   LOS ANGELES, CALIFORNIA; MONDAY, MAY 24, 2021

2                       A.M. SESSION
                          - - -
3

10:03:23   4              THE CLERK:   Item 20 - case number civil 19,

10:03:27   5   4618, RGK.   Y.Y.G.M. SA versus Red Bubble, Inc.

10:03:34   6              Counsel, please state your appearances.

10:03:37   7              MR. WESLEY:   Good morning, Your Honor.

10:03:38   8   Keith Wesley for the plaintiff.

10:03:40   9              THE COURT:   Counsel.

10:03:41   10             MR. KELLY:   Good morning, Your Honor.   Jason

10:03:42   11  Kelly on behalf of the plaintiff.

10:03:44   12             THE COURT:   Counsel.

10:03:45   13             MR. MASUR:   Joshua Masur on behalf of the

10:03:47   14  defendant.

10:03:47   15             THE COURT:   Okay.   Thank you, Counsel.

10:03:48   16             You can have seats there.   We're just going

10:03:50   17  to be talking about what's happening on the trial.   The

10:03:53   18  purpose of the pretrial is to let you know how the Court

10:03:56   19  runs and what's going to be happening so that you will

10:03:58   20  be more at ease when you come in for the trial.

10:04:03   21             So let me talk to you.   First of all, I'm

10:04:05   22  going to cover very quickly the motions in limine and

10:04:07   23  then we'll get into some of the procedures as far as the

10:04:10   24  trial is concerned.

10:04:11   25             Motions in limine as you know are

10:04:13  1   evidentiary motions.  Many of them, even if the Court

10:04:17  2   rules on them beforehand, may change during the trial

10:04:21  3   because something may or may not become relevant.  So

10:04:24  4   they're just kind of tentative rulings that you adhere

10:04:28  5   to until and unless the Court changes them.

10:04:32  6           So I'm going to be giving you at this time

10:04:34  7   tentatives of the tentative; in other words, where the

10:04:38  8   Court feels it's going at this time.  And when you come

10:04:40  9   in for trial, I'll give you the exact rulings on them.

10:04:43  10          But I'm just going to go through them very

10:04:45  11  briefly here so that you can know exactly where we are

10:04:48  12  going on -- what area we're going towards.

10:04:50  13          On the motions in limine -- and I'm going to

10:04:52  14  go through them quickly just to give you an indication

10:04:54  15  so you can mark them down.

10:04:56  16          On the plaintiff's motion, Motions in Limine

10:05:02  17  Number 1, tentative is as follows, grant.  Number 2,

10:05:07  18  grant.  Number 3, deny.  And Number 4, grant.

10:05:11  19          The defendant's motion, Number 1 would be

10:05:18  20  granted also.  Those are -- Number 4 of the plaintiff's

10:05:21  21  and Number 1 of the defendant is as to expert witnesses.

10:05:24  22          And the Court's really going to be granting

10:05:27  23  it on relevancy more than anything else insofar as the

10:05:30  24  Court can't see and nothing's been demonstrated that you

10:05:33  25  really are going to need expert testimony.  And that

10:05:35  1    expert testimony is justified where the jurors can't

10:05:39  2    form their own opinions on it.  Anyway, those two

10:05:42  3    tentatively will be granted.

10:05:44  4              Defendant's Number 2 tentatively will be

10:05:52  5    granted.  Defendant's Number 2 will be granted with this

10:05:53  6    understanding, you can get into to show knowledge.  You

10:05:57  7    can show that there was a case there.  But you can't get

10:06:00  8    into what the rulings on the case were.  But you can

10:06:02  9    show that somebody has sued on a similar case to show

10:06:07  10   knowledge of possible infringement.

10:06:09  11             Number 3 would be denied.  Number 4 would be

10:06:16  12   denied.

10:06:18  13             And let me talk about Number 4.  What's

10:06:19  14   being denied in that is there's a request to exclude --

10:06:23  15   two things.  Number 1 is the marks that were expressly

10:06:30  16   identified in the complaint and not in the complaint.

10:06:33  17   And those were -- that were expressed during discovery.

10:06:40  18   Anything that was in the complaint, you can go into.

10:06:43  19   Anything that was not in the complaint, you cannot go

10:06:46  20   into.

10:06:47  21             As far as the discovery goes, that it wasn't

10:06:49  22   mentioned in discovery, that's going to be denied.  You

10:06:52  23   can go ahead and mention that.

10:06:53  24             Number 5 -- excuse me.  Number 4 is going to

10:07:02  25   be denied.  Number 5 is going to be granted.  Number 6

| | | |
|---|---|---|
| 10:07:06 | 1 | is going to be denied.  Number 7 -- I'm sorry.  I |
| 10:07:11 | 2 | misspoke.  Take it back to Number 5 again. |
| 10:07:13 | 3 | Number 5 is going to be denied.  Number 6 is |
| 10:07:16 | 4 | going to be granted.  Number 7 is going to be denied. |
| 10:07:19 | 5 | Number 8 is going to be denied.  Number 9 will be |
| 10:07:22 | 6 | denied.  And Number 10 will be denied. |
| 10:07:24 | 7 | Those are tentatives.  I'll talk to you |
| 10:07:28 | 8 | about it more when we get to the trial date itself as to |
| 10:07:30 | 9 | what you can get into and what you can't get into as far |
| 10:07:35 | 10 | as opening statements, et cetera. |
| 10:07:37 | 11 | Now let me talk to you a little bit -- and I |
| 10:07:39 | 12 | don't know if I went too fast.  Do you want me to go |
| 10:07:39 | 13 | back to any one of those and tell you what the rulings |
| 10:07:41 | 14 | was?  Or did you get them all? |
| 10:07:43 | 15 | Got them all.  Okay. |
| 10:07:46 | 16 | Let me talk to you about the pretrial and |
| 10:07:48 | 17 | how the case is going to proceed.  Every Court runs it |
| 10:07:52 | 18 | differently.  So I want to give you the footing for how |
| 10:07:55 | 19 | this Court is run. |
| 10:07:56 | 20 | I'm going to -- you have provided me with |
| 10:08:01 | 21 | the order of witnesses, and that's okay. |
| 10:08:05 | 22 | Statement of the case, I don't know if I |
| 10:08:06 | 23 | have a short statement of the case.  What I'm looking |
| 10:08:08 | 24 | for is a joint statement that is maybe two sentences |
| 10:08:12 | 25 | long, something that I can just read to the jury so they |

| | | |
|---|---|---|
| 10:08:14 | 1 | know, is this a murder case or is this a copyright case, |
| 10:08:18 | 2 | what it is.  Just a very short statement of the case. |
| 10:08:20 | 3 | And it's got to be joint.  The two of you together can |
| 10:08:26 | 4 | just, you know, benign, but a short statement. |
| 10:08:27 | 5 | Voir dire.  Both sides have submitted to the |
| 10:08:29 | 6 | Court suggested voir dire questions.  The Court has read |
| 10:08:32 | 7 | them.  And the Court will consider them.  And will |
| 10:08:35 | 8 | include them in the Court's voir dire to the point -- to |
| 10:08:39 | 9 | the place where I think it is appropriate. |
| 10:08:41 | 10 | The Court will exercise its own voir dire. |
| 10:08:45 | 11 | And the Court will do all the voir dire itself. |
| 10:08:48 | 12 | We will bring in 14 jurors in the box.  And |
| 10:08:55 | 13 | it's kind of like a six-pack.  We'll go through the 14. |
| 10:08:59 | 14 | I'll do all the voir dire on it.  After I finish my voir |
| 10:09:02 | 15 | dire, I'll come over to the side bench here and we'll |
| 10:09:04 | 16 | talk over the side bench as to who you like to challenge |
| 10:09:08 | 17 | for cause.  You can exercise a challenge for cause as to |
| 10:09:12 | 18 | any one of the 14. |
| 10:09:12 | 19 | Then we will get into the peremptory |
| 10:09:15 | 20 | challenges.  Only exercise as to the first eight.  We |
| 10:09:18 | 21 | are going to be picking a jury of eight, by the way. |
| 10:09:20 | 22 | We'll have two extras.  Only exercise your peremptory |
| 10:09:23 | 23 | challenges to the jurors of the -- the first eight |
| 10:09:25 | 24 | jurors, because you don't want to waste a peremptory on |
| 10:09:29 | 25 | someone who may not be a juror.  So wait until we get to |

10:09:33  1   the eight.

10:09:33  2              If you wish to -- if you wish to pass on a

10:09:37  3   peremptory challenge, you can do so.  And you don't lose

10:09:41  4   that peremptory challenge.  You're going to get four

10:09:43  5   peremptory challenges because we have eight rather than

10:09:47  6   three on a six -- on a jury of six.

10:09:49  7              If you pass that -- let's say you've

10:09:51  8   exercised two and then you pass, you still keep those

10:09:54  9   two until the end.  You may get to the point at the end

10:09:56  10  where you have two or three left and the other side

10:09:59  11  doesn't because they didn't pass.  You know, you can do

10:10:01  12  that any way you want.  But keep in mind if you pass and

10:10:02  13  the other side passes, you can't go back and exercise a

10:10:06  14  peremptory challenge.  You got a jury at that time.

10:10:10  15             After we go through the peremptory

10:10:12  16  challenges over here and the challenges for cause, and

10:10:14  17  we challenge seven people, I will come back to the

10:10:18  18  bench.  I will excuse those seven involved.  In other

10:10:21  19  words, I'll give the number of those seven jurors.

10:10:24  20  They'll stand up.  They'll be excused.  They're not

10:10:27  21  going to know why.  They're not going to know who

10:10:29  22  excused them.  They're just going to know they're not

10:10:31  23  going to be part of the jury.  And we'll bring seven

10:10:33  24  more in and we'll keep going through the voir dire

10:10:36  25  process until we get to the point where we have eight

| | | |
|---|---|---|
| 10:10:39 | 1 | jurors.  And then we'll proceed from there. |
| 10:10:40 | 2 | Any questions on the voir dire and how we do |
| 10:10:43 | 3 | the voir dire, from any side?  Okay. |
| 10:10:47 | 4 | Some of the Court rules.  Any time you have |
| 10:10:51 | 5 | an objection, please stand when you make your objection. |
| 10:10:56 | 6 | The reason for that is if I hear somebody objecting out |
| 10:10:59 | 7 | there and I look out there and I don't know who made the |
| 10:11:01 | 8 | objection, I've got a problem with it.  So just stand |
| 10:11:03 | 9 | when you make your objection. |
| 10:11:04 | 10 | When you make an objection, you state the |
| 10:11:06 | 11 | nature of the objection; like hearsay.  You don't argue |
| 10:11:10 | 12 | the objection.  You just tell us what the nature of the |
| 10:11:12 | 13 | objection is. |
| 10:11:13 | 14 | The other side can respond briefly, like, |
| 10:11:16 | 15 | not offered for the truth of the matter.  But you do not |
| 10:11:18 | 16 | argue it. |
| 10:11:19 | 17 | Nothing -- there's not going to be any |
| 10:11:22 | 18 | argument in front of the jury as to any legal issues |
| 10:11:24 | 19 | that have to be decided by the Court.  And I'll go ahead |
| 10:11:27 | 20 | and make a ruling on it.  I feel confident with the |
| 10:11:30 | 21 | number of years I have been on the bench as far as |
| 10:11:33 | 22 | evidentiary objections go, I'll go ahead and make a |
| 10:11:35 | 23 | ruling on it. |
| 10:11:36 | 24 | If you disagree with the objection, if you |
| 10:11:38 | 25 | think I'm wrong and all of us are sometimes, the next |

| | | |
|---|---|---|
| 10:11:41 | 1 | time we take a break in the jury trial and they're |
| 10:11:43 | 2 | outside, I'll hear from you and we'll either correct |
| 10:11:46 | 3 | what has to be corrected or put it on the record if you |
| 10:11:49 | 4 | want it on the record, but we don't do it in front of |
| 10:11:52 | 5 | the jury.  Okay? |
| 10:11:53 | 6 | Now, other than the objections where you |
| 10:11:55 | 7 | stand and tell us what it is -- oh, let me get to that. |
| 10:12:00 | 8 | If -- no, let me wait on that. |
| 10:12:03 | 9 | As you're going through the trial, any time |
| 10:12:05 | 10 | you are addressing the Court or a witness in front of |
| 10:12:10 | 11 | the jury, it has to be from the podium.  It is not like |
| 10:12:14 | 12 | in TV where you walk around the courtroom.  In fact, a |
| 10:12:18 | 13 | lot of courtrooms will let you do that.  But it has to |
| 10:12:21 | 14 | be in front of the podium and not only in front of the |
| 10:12:23 | 15 | podium but in front of the microphone so the reporter |
| 10:12:24 | 16 | can take down what you are saying. |
| 10:12:27 | 17 | Evidentiary objections would -- excuse me. |
| 10:12:33 | 18 | Objections to exhibits, if you object to an exhibit, |
| 10:12:37 | 19 | fine, stand up and give us your objection on it.  If you |
| 10:12:42 | 20 | don't -- I guess I would say this, don't feel |
| 10:12:43 | 21 | necessary -- if you don't mind if an exhibit comes in, |
| 10:12:46 | 22 | don't say -- you don't have to say "We have no |
| 10:12:48 | 23 | objection."  If you want to, to impress the jury, that's |
| 10:12:51 | 24 | fine.  But you don't have to say that. |
| 10:12:53 | 25 | What I'm going to do when an exhibit is |

10:12:55   1   introduced is to wait a few seconds to see if there's an

10:12:59   2   objection, and if I don't say anything, I'll assume

10:13:03   3   there's not.  But you don't have to interrupt all the

10:13:05   4   time and say, "No objection.  No objection," et cetera.

10:13:07   5   I'll give you time to do that.

10:13:10   6          On the exhibits, when you have an exhibit

10:13:14   7   and you want to hand it to the witness on the witness

10:13:15   8   stand, never hand it directly to the witness.  Always

10:13:18   9   hand it to the clerk and the clerk will hand it to the

10:13:20   10  witness.

10:13:21   11         There's to be no contact between the

10:13:25   12  attorneys and the witnesses -- physical contact

10:13:27   13  between...

10:13:28   14         What else on exhibits?  Can't think of

10:13:33   15  anything.

10:13:34   16         As we go through examining questions on

10:13:37   17  these areas, let me know.

10:13:38   18         You know what, one of the things I want to

10:13:45   19  make sure you understand, and it's so important -- and

10:13:48   20  two sides know this, that the more you can do together,

10:13:52   21  jointly, the better the trial runs.  The more you can

10:13:55   22  agree on.

10:13:55   23         If you ask me to decide something, one side

10:13:58   24  is going to lose, one side's going to win.  Where you

10:14:00   25  can do it yourself.  You can sculpture it the way you

| | | |
|---|---|---|
| 10:14:03 | 1 | want. |
| 10:14:05 | 2 | So I will go along with almost anything that |
| 10:14:07 | 3 | the two sides agree on.  For instance, as to whether or |
| 10:14:11 | 4 | not you are going to have something mentioned during |
| 10:14:15 | 5 | opening statement, like you want to put a video on |
| 10:14:17 | 6 | during opening statement, if you both agree on it, I'll |
| 10:14:21 | 7 | let it come in.  If not, I'll make the decision whether |
| 10:14:24 | 8 | or not it comes in or not.  But I would encourage you to |
| 10:14:27 | 9 | talk to each other as much as you can before, during and |
| 10:14:29 | 10 | after the trial to see what you can agree on because it |
| 10:14:31 | 11 | makes the trial for all sides much, much easier. |
| 10:14:34 | 12 | One of the things that you've got to be |
| 10:14:38 | 13 | careful on -- the only thing that really you can lose |
| 10:14:41 | 14 | the Court on, is if I sense any type of noncivility |
| 10:14:49 | 15 | between parties.  I really am very strong on that.  I |
| 10:14:52 | 16 | want these jurors when they leave here to think that |
| 10:14:55 | 17 | each side has the most respect for the other side as |
| 10:14:59 | 18 | possible as far as being an attorney goes.  You're |
| 10:15:01 | 19 | officers of the Court primarily.  And I want them to see |
| 10:15:04 | 20 | that the attorneys have respect for each other. |
| 10:15:07 | 21 | I don't care if you want to duke it out in |
| 10:15:10 | 22 | the alleys afterwards.  You go outside the presence of |
| 10:15:15 | 23 | the jury, have at it.  But in Court and in front of the |
| 10:15:17 | 24 | jury -- and if I see a lack of civility, I really do |
| 10:15:21 | 25 | come down hard on that.  That's the only thing you |

| | | |
|---|---|---|
| 10:15:24 | 1 | really have to be worried about as far as this Court is |
| 10:15:25 | 2 | concerned. |
| 10:15:26 | 3 | Let's see what else we have on this. |
| 10:15:35 | 4 | That's -- I think I've covered most of the things we |
| 10:15:38 | 5 | have as far as this Court and how we run it.  If you |
| 10:15:41 | 6 | have any questions, let me know. |
| 10:15:43 | 7 | I want to talk to you about timing.  When |
| 10:15:47 | 8 | you get into trial -- and this trial is set for the |
| 10:15:53 | 9 | 15th, I believe it is.  When you get into trial, I'll |
| 10:15:56 | 10 | bring you in at 9 o'clock in the morning.  We normally |
| 10:15:59 | 11 | start the trial about quarter of 10:00.  We go through |
| 10:16:02 | 12 | the voir dire. |
| 10:16:03 | 13 | But every day after the first day of trial, |
| 10:16:06 | 14 | we start at 8:30 in the morning.  And the jurors are run |
| 10:16:10 | 15 | very, very -- you can set your watch by it.  At 8:30 in |
| 10:16:13 | 16 | the morning we start.  Not at 8:31, not at 8:29.  Right |
| 10:16:18 | 17 | at 8:30 we'll start.  And we go from 8:30 in the morning |
| 10:16:21 | 18 | until 11:30, which is the three-hour block.  15-minute |
| 10:16:26 | 19 | break in that three-hour block. |
| 10:16:28 | 20 | From 11:30 until 1:00 we have lunch.  We'll |
| 10:16:32 | 21 | come back at 1 o'clock.  And, again, not 12:59 or 1:01. |
| 10:16:40 | 22 | Right at 1 o'clock we'll start.  And we end at |
| 10:16:43 | 23 | 4 o'clock.  That's another three-hour block.  You get |
| 10:16:46 | 24 | three hours in the morning, three hours in the |
| 10:16:47 | 25 | afternoon.  Taking out the 15-minute break we'll have in |

| | | |
|---|---|---|
| 10:16:51 | 1 | there. |
| 10:16:52 | 2 | Now, at 4 o'clock, if you're halfway through |
| 10:16:56 | 3 | a question, I'll be saying, Remember that question.  We |
| 10:16:59 | 4 | don't finish that question now.  At 4 o'clock we break. |
| 10:17:01 | 5 | And these jurors that we've pulled in against their will |
| 10:17:05 | 6 | have other lives they have to live, and I'm very, very |
| 10:17:08 | 7 | sensitive towards that.  They will know that at |
| 10:17:11 | 8 | 4 o'clock they can pick up their kids from school, |
| 10:17:13 | 9 | whatever it is.  They can walk out that door at |
| 10:17:16 | 10 | 4 o'clock.  So keep that in mind. |
| 10:17:22 | 11 | The -- I -- let's talk a little bit about |
| 10:17:26 | 12 | the time of this case, because I run this -- there are |
| 10:17:30 | 13 | two ways to run trial.  One way is for me to just be on |
| 10:17:34 | 14 | your back all the time saying, you know, repetitive |
| 10:17:38 | 15 | questions, you're taking too long, whatever.  I don't do |
| 10:17:41 | 16 | that.  I give time limits.  And I'll let you as the |
| 10:17:44 | 17 | attorneys and the experts figure out best to put your |
| 10:17:45 | 18 | case on within those time limits.  So absent any |
| 10:17:48 | 19 | objections made by the other side, no worry, it will not |
| 10:17:52 | 20 | interfere with the trial at all, as far as -- as your |
| 10:17:55 | 21 | questioning of the witnesses. |
| 10:17:56 | 22 | But I do give you time limits on this.  I've |
| 10:18:03 | 23 | gone through this.  And the reason I ask for your |
| 10:18:05 | 24 | witness list, which you've given me, and what is unique |
| 10:18:07 | 25 | about that testimony is because when I look at it, what |

| | |
|---|---|
| 10:18:11 | 1 |
| 10:18:13 | 2 |
| 10:18:14 | 3 |

subjects have to be covered and how long will it take to
cover that subject.

    I don't care about the number of witnesses.
You can ask one witness to cover it in an hour, or you
can ask ten witnesses.  I don't care how many witnesses
you call.  But you have a block of time to finish that
subject matter.

    And so -- in looking through this, you have
basically -- with the witnesses for sure that are going
to be called, about 11 of them.  Many of them -- one,
two, three, four, five of them both sides are going to
be calling.

    But the important thing is what they're
going to be testifying to.  There's really four areas:

    Infringement, whether or not there's
infringement there.

    Number 2 would be, what is the connection?
Because this is a contributory -- what is the connection
between this person and the infringing person?  In other
words, do they supply services or do they -- what's the
connection there.

    Number 3 is knowledge; that they knew that
they were infringing or should have known.

    Number 4, damages.

    You should be able to cover -- if I gave you

| | | |
|---|---|---|
| 10:19:22 | 1 | an hour to put on a seminar about just the infringement, |
| 10:19:24 | 2 | you could do that in an hour.  Any one of these subjects |
| 10:19:27 | 3 | you could do.  Maybe the connection might take a little |
| 10:19:29 | 4 | longer, an hour and a half.  Damages, you can do that in |
| 10:19:34 | 5 | say in an hour.  You can do that. |
| 10:19:36 | 6 | So you are looking at basically four to four |
| 10:19:38 | 7 | and a half hours that you absolutely need to try your |
| 10:19:41 | 8 | case in. |
| 10:19:42 | 9 | You might be able to do it faster, but at |
| 10:19:46 | 10 | least that much time. |
| 10:19:47 | 11 | Now, what I'm going to do is I'm going to |
| 10:19:51 | 12 | give you more than that time but not a whole lot.  I'm |
| 10:19:55 | 13 | going to be giving you almost double.  I'm going to be |
| 10:19:57 | 14 | giving you around eight hours.  I'll tell you on the day |
| 10:19:58 | 15 | of trial specifically how much time we give you.  It |
| 10:19:59 | 16 | will probably be about seven or eight hours. |
| 10:20:01 | 17 | But I'll break it up in, you know, three and |
| 10:20:03 | 18 | half hours for the defendants, four hours for the |
| 10:20:05 | 19 | plaintiff or whatever it is.  And I will tell you on the |
| 10:20:07 | 20 | day of trial.  But you can count on having around |
| 10:20:11 | 21 | four hours per side, maybe a little bit more, maybe a |
| 10:20:14 | 22 | little less, but about that time period. |
| 10:20:17 | 23 | Let me tell you how that works.  Any time |
| 10:20:19 | 24 | you are talking to a witness from the podium, your time |
| 10:20:27 | 25 | is running.  If you're on cross-examination -- any time |

| | | |
|---|---|---|
| 10:20:30 | 1 | you're at the podium talking to the witness, it's |
| 10:20:31 | 2 | running.  It doesn't run in opening statement.  It |
| 10:20:33 | 3 | doesn't run in closing argument.  But any time during |
| 10:20:35 | 4 | the trial in front of jury it's running. |
| 10:20:38 | 5 | So what happens?  Let's say you have four |
| 10:20:43 | 6 | hours.  And at the end of the -- you know, you finish |
| 10:20:46 | 7 | your four hours and the other side still has an hour and |
| 10:20:50 | 8 | a half left, that means they can ask questions and you |
| 10:20:53 | 9 | can't cross-examine.  You know, you run out of your |
| 10:20:56 | 10 | time, you run out of your time.  So be very careful. |
| 10:20:59 | 11 | Now I can tell you in the 19 years I've been |
| 10:21:02 | 12 | here, that's only happened twice.  These cases, they |
| 10:21:05 | 13 | almost always can be done very, very carefully within |
| 10:21:10 | 14 | the -- as long as you focus on what you want to go |
| 10:21:11 | 15 | into -- you don't go after red herrings and everything |
| 10:21:14 | 16 | else, it can be done in that period of time. |
| 10:21:17 | 17 | If for some reason it can't be, and the |
| 10:21:19 | 18 | interest of justice calls for me to have more time |
| 10:21:20 | 19 | because you put your case on efficiently and effectively |
| 10:21:24 | 20 | and you can't finish in that period of time, I'll give |
| 10:21:25 | 21 | you more time.  But again, it's only happened two or |
| 10:21:30 | 22 | three times in the 17 years I've been here.  I'm pretty |
| 10:21:32 | 23 | sure that that would not be a problem in this particular |
| 10:21:35 | 24 | case. |
| 10:21:36 | 25 | And I keep a running tab here of what your |

10:21:40  1   time is, your total time of direct or cross-examination.

10:21:44  2              During the case and at the end of every day,

10:21:46  3   I'll tell you how much time you have left.

10:21:48  4              I'll say you used, you know, 240 minutes,

10:21:51  5   you have another 67 minutes.  I'll tell you that at the

10:21:54  6   end of the day.

10:21:56  7              At the end of the day, let's assume a

10:21:59  8   scenario where it's 3:45 and you've run out of

10:22:06  9   witnesses, and you ask the Court, Can we break at 3:45,

10:22:10 10   I'm going to be telling you, Sure.  But that 15 comes

10:22:15 11   off your time.  So make sure you have witnesses

10:22:17 12   available.  This is a short case, so that should not be

10:22:21 13   a problem.  But make sure you have your witnesses

10:22:23 14   available so that you don't lose that time on it.

10:22:26 15              Well, listen, I have been talking a long

10:22:29 16   time here about -- oh, the other thing is we don't wait

10:22:33 17   for witnesses.  You know, if you say, My witness will be

10:22:34 18   here in 15 minutes, again, same thing, I'll break for

10:22:36 19   the 15 minutes but it comes off your time.  So make sure

10:22:39 20   you have the witnesses available all the way through.

10:22:42 21              Okay.  I've been rambling here and boring

10:22:45 22   you all these details.  Do you have any questions you

10:22:48 23   want to ask as to how the case would be run before we

10:22:53 24   break here?

10:22:53 25              Yes.

| 10:22:53 | 1 | MR. MASUR:  Given that you granted at least |
| 10:22:59 | 2 | tentatively both of the motions on the other side |
| 10:23:00 | 3 | experts, recognizing that their tentatives about |
| 10:23:03 | 4 | tentatives, the question obviously arises whether we |
| 10:23:07 | 5 | should have the extra time. |
| 10:23:09 | 6 | THE COURT:  I don't see -- I'm pretty solid |
| 10:23:14 | 7 | on the denial of the expert witnesses. |
|  | 8 | MR. MASUR:  Okay. |
| 10:23:20 | 9 | THE COURT:  Expert witnesses are overused in |
| 10:23:21 | 10 | cases.  The question is:  Do you really need expert |
| 10:23:23 | 11 | testimony in this field?  You've got to make sure that |
| 10:23:26 | 12 | you that understand that you're not talking about |
| 10:23:27 | 13 | percipient witness.  They can't talk about the facts |
| 10:23:30 | 14 | themselves.  All they can do is talk about |
| 10:23:31 | 15 | hypotheticals.  The jury many times can make their own |
| 10:23:35 | 16 | opinions on it.  It doesn't call for expert -- I'm |
| 10:23:37 | 17 | pretty sure that I would not be using expert witnesses |
| 10:23:40 | 18 | in this case. |
| 10:23:43 | 19 | So that's the best I can tell you.  I can't |
| 10:23:45 | 20 | tell you a hundred percent.  But I can tell you, you |
| 10:23:47 | 21 | know, 90 percent that you won't have experts. |
| 10:23:50 | 22 | MR. MASUR:  Understood.  And then I think |
| 10:23:51 | 23 | the other thing was, we've ordered -- I believe last |
| 10:23:54 | 24 | week -- or was it the week before, blurs to me, about |
| 10:23:58 | 25 | the -- about whether to put off the trial date given |

| | | |
|---|---|---|
| 10:24:02 | 1 | unavailability of witnesses. |
| 10:24:04 | 2 | THE COURT:  Oh, yeah.  I'm going to talk to |
| 10:24:07 | 3 | you.  This is when we have witnesses from outside? |
| 10:24:09 | 4 | MR. MASUR:  Yes, Your Honor. |
| 10:24:10 | 5 | THE COURT:  What I'm going to need is some |
| 10:24:14 | 6 | type of indication or proof they can't come in.  If |
| 10:24:18 | 7 | they're in a situation where they're outside the |
| 10:24:22 | 8 | country, and our Government is saying, You can't come |
| 10:24:23 | 9 | into this country, that may be good cause.  But, you |
| 10:24:25 | 10 | know, that changes from day-to-day.  And when it |
| 10:24:28 | 11 | changes, it's not going to go back.  So if they say you |
| 10:24:31 | 12 | can come in, I feel comfortable they can come in. |
| 10:24:35 | 13 | If they say you can't come in, you know, let |
| 10:24:37 | 14 | me know the week before the trial. |
| 10:24:39 | 15 | MR. MASUR:  Your Honor, the issue in many -- |
| 10:24:42 | 16 | in -- at least in the two cases of two that we called |
| 10:24:44 | 17 | out is probably less whether they can come to the U.S. |
| 10:24:47 | 18 | than whether they can return home, without going through |
| 10:24:51 | 19 | a quarantine. |
| 10:24:52 | 20 | THE COURT:  That's not going to help you. |
| 10:24:54 | 21 | If they can't come into the country, that's going to |
| 10:24:57 | 22 | help.  I appreciate that.  You know, it's like -- I |
| 10:25:02 | 23 | don't know if you -- if either one of you do much |
| 10:25:06 | 24 | criminal law. |
| 10:25:07 | 25 | MR. MASUR:  No. |

10:25:08   1           THE COURT:  But in criminal law if you have

10:25:10   2   a defendant who is outside the state, you have to

10:25:12   3   guarantee -- or the federal government will pick up the

10:25:17   4   expenses getting that criminal defendant out here to

10:25:21   5   California.  And give them subsidy for it.  They will

10:25:26   6   not allow return as far as the government paying for it.

10:25:31   7           So that's really what it comes down to.  If

10:25:34   8   you're talking about getting them here, that's a good

10:25:36   9   reason.  If you're talking about returning, probably

10:25:38  10   not.

10:25:39  11           MR. MASUR:  And I -- I believe that there

10:25:41  12   are problems on both sides of it.  I should say these

10:25:44  13   are both now third-party witnesses who we've got no

10:25:46  14   ability to compel.

10:25:48  15           THE COURT:  All I'm saying is let me know a

10:25:49  16   week before what the status is.

10:25:51  17           As of right now, can they come in?

10:25:55  18           MR. MASUR:  As of right now, it's unclear,

10:25:56  19   Your Honor.

          20           THE COURT:  Okay.

10:25:56  21           MR. MASUR:  Australia is -- it's a woman

10:25:58  22   from Australia which is further restricting flow at

10:26:00  23   their borders because of its proximity of India.

10:26:04  24           The other's in Portugal which the State

10:26:06  25   Department has declared at the highest risk level.  And

| | | |
|---|---|---|
| 10:26:09 | 1 | with -- no American citizen's allowed to travel there. |
| 10:26:12 | 2 | THE COURT:  Well, then, as I say, please let |
| 10:26:15 | 3 | me know a week before. |
| 10:26:16 | 4 | MR. MASUR:  Okay. |
| 10:26:17 | 5 | THE COURT:  Counsel. |
| 10:26:18 | 6 | MR. WESLEY:  Your Honor, in terms of timing, |
| 10:26:20 | 7 | should we communicate with the clerk or does the Court |
| 10:26:24 | 8 | have any advice? |
| 10:26:25 | 9 | THE COURT:  As far as what? |
| 10:26:26 | 10 | MR. WESLEY:  When can we come in and set up? |
| 10:26:29 | 11 | THE COURT:  The clerk will give you all that |
| 10:26:31 | 12 | information, yes. |
| 10:26:34 | 13 | Darn, when you first started talking I |
| 10:26:38 | 14 | thought of something I should tell you about.  It's gone |
| 10:26:44 | 15 | now.  Well, must not have been that important. |
| 10:26:48 | 16 | THE CLERK:  About mediation? |
| 10:26:52 | 17 | THE COURT:  Let me ask you, when did you |
| 10:26:53 | 18 | have your last mediation? |
| 10:26:55 | 19 | MR. WESLEY:  It's been some time, Your |
| 10:26:57 | 20 | Honor.  I'd say over -- probably over a year ago. |
| 10:27:03 | 21 | MR. MASUR:  I believe it was 2019. |
| 10:27:07 | 22 | THE COURT:  Okay.  Well, I'm -- if it had |
| 10:27:09 | 23 | only been three months, that's one thing.  You're way |
| 10:27:11 | 24 | outside the three months.  I'm going to order you both |
| 10:27:13 | 25 | into mediation then. |

```
10:27:15   1              I'm assuming, unless you have your own,
10:27:19   2    we'll do it with the magistrate judge?
10:27:20   3              MR. MASUR:  That's sounds great.
10:27:22   4              THE COURT:  Set it up with the clerk.
10:27:24   5    She'll set it up for you.
10:27:25   6              Anything else?
10:27:26   7              MR. KELLY:  Yes, Your Honor.  In terms of
10:27:28   8    exhibits, does the Court have a preference in terms of
10:27:30   9    plugging in computers to project them on the TV?
10:27:33  10              THE COURT:  She's going to tell you all
10:27:35  11    that.  You just think the judge runs the Court.  Never.
10:27:42  12    It's always the clerk.
10:27:45  13              Anything else?
10:27:44  14              Okay.  Thank you very much, Counsel.  We'll
          15    see you back here on the 15th.
10:27:48  16              Make sure you get that information to me if
          17    you need -- if you have a problem with the witnesses.
10:27:50  18              I'll keep my fingers crossed, maybe you guys
10:27:54  19    will resolve it.
          20              (PROCEEDINGS CONCLUDED.)
          21
          22
          23
          24
          25
```

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4   COUNTY OF LOS ANGELES      )
 5                              )  SS.
 6   STATE OF CALIFORNIA        )
 7
 8   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
 9   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
10   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
11   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
12   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
13   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
14   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
15   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
16   JUDICIAL CONFERENCE OF THE UNITED STATES.
17
18
19   DATE:  JUNE 4, 2021
20
21   /S/_____
22   SHERI S. KLEEGER, CSR
23   FEDERAL OFFICIAL COURT REPORTER
24
25
```

**/**

**/S** [1] - 24:22

**1**

**1** [6] - 4:18, 4:20, 4:22, 5:16, 13:22, 13:23
**10** [1] - 6:7
**10340** [1] - 1:20
**10:00** [1] - 13:12
**11** [1] - 15:11
**11:30** [2] - 13:19, 13:21
**12:59** [1] - 13:22
**14** [3] - 7:13, 7:14, 7:19
**15** [3] - 18:11, 18:19, 18:20
**15-minute** [2] - 13:19, 14:1
**15th** [2] - 13:10, 23:16
**17** [1] - 17:23
**19** [2] - 3:5, 17:12
**1:00** [1] - 13:21
**1:01** [1] - 13:22

**2**

**2** [4] - 4:18, 5:5, 5:6, 15:18
**20** [1] - 3:5
**2019** [1] - 22:22
**2021** [3] - 1:15, 3:1, 24:20
**213)894-6604** [1] - 1:22
**24** [2] - 1:15, 3:1
**240** [1] - 18:5
**28** [1] - 24:12

**3**

**3** [3] - 4:19, 5:12, 15:23
**312** [1] - 1:21
**3:45** [2] - 18:9, 18:10

**4**

**4** [12] - 4:19, 4:21, 5:12, 5:14, 5:25, 13:24, 14:3, 14:5, 14:9, 14:11, 15:25,

24:20
**402** [1] - 1:21
**4618** [1] - 3:6

**5**

**5** [4] - 5:25, 6:1, 6:3, 6:4

**6**

**6** [2] - 6:1, 6:4
**67** [1] - 18:6

**7**

**7** [2] - 6:2, 6:5
**753** [1] - 24:12

**8**

**8** [1] - 6:6
**8:29** [1] - 13:17
**8:30** [4] - 13:15, 13:16, 13:18
**8:31** [1] - 13:17

**9**

**9** [2] - 6:6, 13:11
**90** [1] - 19:22
**90012** [1] - 1:22

**A**

**A.M** [2] - 1:15, 3:2
**ability** [1] - 21:15
**able** [2] - 16:1, 16:10
**ABOVE** [1] - 24:15
**ABOVE-ENTITLED** [1] - 24:15
**absent** [1] - 14:19
**absolutely** [1] - 16:8
**addressing** [1] - 10:11
**adhere** [1] - 4:5
**advice** [1] - 22:9
**afternoon** [1] - 14:1
**afterwards** [1] - 12:23
**ago** [1] - 22:21
**agree** [4] - 11:23, 12:4, 12:7, 12:11
**ahead** [3] - 5:24, 9:20, 9:23
**alleys** [1] - 12:23

**allow** [1] - 21:7
**allowed** [1] - 22:2
**almost** [3] - 12:3, 16:14, 17:14
**AMERICA** [1] - 1:1
**American** [1] - 22:2
**AND** [3] - 24:9, 24:13, 24:15
**ANGELES** [4] - 1:16, 1:22, 3:1, 24:5
**anyway** [1] - 5:3
**appearances** [1] - 3:7
**APPEARANCES** [1] - 2:2
**appreciate** [1] - 20:23
**appropriate** [1] - 7:10
**area** [1] - 4:13
**areas** [2] - 11:18, 15:15
**argue** [2] - 9:12, 9:17
**argument** [2] - 9:19, 17:4
**arises** [1] - 19:5
**assume** [2] - 11:3, 18:8
**assuming** [1] - 23:2
**attorney** [1] - 12:19
**attorneys** [3] - 11:13, 12:21, 14:18
**Australia** [2] - 21:22, 21:23
**available** [3] - 18:13, 18:15, 18:21

**B**

**become** [1] - 4:4
**beforehand** [1] - 4:3
**BEHALF** [2] - 2:3, 2:6
**behalf** [2] - 3:12, 3:14
**bench** [4] - 7:16, 7:17, 8:19, 9:22
**benign** [1] - 7:5
**best** [2] - 14:18, 19:20
**better** [1] - 11:22
**between** [3] - 11:12, 12:16, 15:20
**between..** [1] - 11:14
**bit** [3] - 6:12, 14:12, 16:22
**block** [4] - 13:19, 13:20, 13:24, 15:7
**blurs** [1] - 19:25

**borders** [1] - 21:24
**boring** [1] - 18:22
**box** [1] - 7:13
**break** [8] - 10:2, 13:20, 14:1, 14:5, 16:18, 18:10, 18:19, 18:25
**briefly** [2] - 4:12, 9:15
**bring** [3] - 7:13, 8:24, 13:11
**Bubble** [1] - 3:6
**BUBBLE** [1] - 1:9

**C**

**California** [1] - 21:6
**CALIFORNIA** [6] - 1:2, 1:16, 1:22, 3:1, 24:7, 24:11
**cannot** [1] - 5:20
**care** [3] - 12:22, 15:4, 15:6
**careful** [2] - 12:14, 17:11
**carefully** [1] - 17:14
**case** [19] - 3:5, 5:8, 5:9, 5:10, 6:18, 6:23, 6:24, 7:2, 7:3, 14:13, 14:19, 16:9, 17:20, 17:25, 18:3, 18:13, 18:24, 19:19
**cases** [3] - 17:13, 19:11, 20:17
**CENTRAL** [2] - 1:2, 24:10
**CERTIFICATE** [1] - 24:3
**CERTIFIED** [1] - 1:6
**CERTIFY** [1] - 24:11
**cetera** [2] - 6:11, 11:5
**challenge** [6] - 7:17, 7:18, 8:4, 8:5, 8:15, 8:18
**challenges** [5] - 7:21, 7:24, 8:6, 8:17
**change** [1] - 4:3
**changes** [3] - 4:6, 20:11, 20:12
**citizen's** [1] - 22:2
**civil** [1] - 3:5
**civility** [1] - 12:25
**CLERK** [3] - 3:5, 22:17
**clerk** [6] - 11:10, 22:8, 22:12, 23:5, 23:13
**closing** [1] - 17:4

**CODE** [1] - 24:12
**comfortable** [1] - 20:13
**communicate** [1] - 22:8
**compel** [1] - 21:15
**complaint** [4] - 5:17, 5:19, 5:20
**computers** [1] - 23:10
**concerned** [3] - 3:25, 13:3
**CONCLUDED** [1] - 23:21
**CONFERENCE** [1] - 24:17
**confident** [1] - 9:21
**CONFORMANCE** [1] - 24:16
**connection** [4] - 15:18, 15:19, 15:22, 16:4
**consider** [2] - 7:8
**contact** [2] - 11:12, 11:13
**contributory** [1] - 15:19
**COPY** [1] - 1:6
**copyright** [1] - 7:2
**correct** [1] - 10:3
**CORRECT** [1] - 24:13
**corrected** [1] - 10:4
**Counsel** [3] - 3:7, 3:16, 23:15
**COUNSEL** [1] - 2:2
**counsel** [3] - 3:10, 3:13, 22:6
**count** [1] - 16:21
**country** [3] - 20:9, 20:10, 20:22
**COUNTY** [1] - 24:5
**Court** [24] - 3:19, 4:2, 4:6, 4:9, 4:25, 6:18, 6:20, 7:7, 7:8, 7:11, 7:12, 9:5, 9:20, 10:11, 12:15, 12:20, 12:24, 13:2, 13:6, 18:10, 22:8, 23:9, 23:12
**COURT** [24] - 1:1, 1:21, 3:10, 3:13, 3:16, 19:7, 19:10, 20:3, 20:6, 20:21, 21:2, 21:16, 21:21, 22:3, 22:6, 22:10, 22:12, 22:18, 22:23, 23:5, 23:11, 24:9, 24:10, 24:24
**Court's** [2] - 4:23, 7:9

**courtroom** [1] - 10:13
**courtrooms** [1] - 10:14
**cover** [4] - 3:23, 15:3, 15:5, 16:1
**covered** [2] - 13:5, 15:2
**criminal** [3] - 20:25, 21:2, 21:5
**cross** [3] - 17:1, 17:10, 18:2
**cross-examination** [2] - 17:1, 18:2
**cross-examine** [1] - 17:10
**crossed** [1] - 23:19
**CSR** [2] - 1:20, 24:23
**CV** [1] - 1:8

## D

**damages** [2] - 15:25, 16:5
**darn** [1] - 22:14
**date** [2] - 6:9, 20:1
**DATE** [1] - 24:20
**day-to-day** [1] - 20:11
**decide** [1] - 11:24
**decided** [1] - 9:20
**decision** [1] - 12:8
**declared** [1] - 22:1
**DEFENDANT** [1] - 2:6
**defendant** [4] - 3:15, 4:22, 21:3, 21:5
**defendant's** [2] - 4:20, 5:5
**Defendant's** [1] - 5:6
**defendants** [1] - 16:19
**DEFENDANTS** [1] - 1:10
**demonstrated** [1] - 4:25
**denial** [1] - 19:8
**denied** [11] - 5:12, 5:13, 5:15, 5:23, 6:1, 6:2, 6:4, 6:5, 6:6, 6:7
**deny** [1] - 4:19
**Department** [1] - 22:1
**details** [1] - 18:23
**differently** [1] - 6:19
**dire** [11] - 7:6, 7:7, 7:9, 7:11, 7:12, 7:15, 7:16, 8:25, 9:3, 9:4, 13:13

**direct** [1] - 18:2
**directly** [1] - 11:9
**disagree** [1] - 9:25
**discovery** [3] - 5:18, 5:22, 5:23
**DISTRICT** [5] - 1:1, 1:2, 1:4, 24:10, 24:11
**DIVISION** [1] - 1:2
**DO** [1] - 24:11
**done** [2] - 17:14, 17:17
**door** [1] - 14:10
**double** [1] - 16:14
**down** [4] - 4:16, 10:17, 13:1, 21:8
**duke** [1] - 12:22
**during** [7] - 4:3, 5:18, 12:5, 12:7, 12:10, 17:4, 18:3

## E

**ease** [1] - 3:21
**easier** [1] - 12:12
**effectively** [1] - 17:20
**efficiently** [1] - 17:20
**eight** [8] - 7:21, 7:22, 7:24, 8:2, 8:6, 9:1, 16:15, 16:17
**either** [2] - 10:3, 20:24
**encourage** [1] - 12:9
**end** [7] - 8:10, 13:23, 17:7, 18:3, 18:7, 18:8
**ENTITLED** [1] - 24:15
**ESQUIRE** [3] - 2:4, 2:7, 2:8
**et** [2] - 6:11, 11:5
**evidentiary** [3] - 4:2, 9:23, 10:18
**exact** [1] - 4:10
**exactly** [1] - 4:12
**examination** [2] - 17:1, 18:2
**examine** [1] - 17:10
**examining** [1] - 11:17
**exclude** [1] - 5:15
**excuse** [3] - 5:25, 8:19, 10:18
**excused** [2] - 8:21, 8:23
**exercise** [5] - 7:11, 7:18, 7:21, 7:23, 8:14
**exercised** [1] - 8:9
**exhibit** [4] - 10:19, 10:22, 11:1, 11:7

**exhibits** [4] - 10:19, 11:7, 11:15, 23:9
**expenses** [1] - 21:5
**expert** [8] - 4:22, 5:1, 5:2, 19:8, 19:10, 19:11, 19:17, 19:18
**experts** [3] - 14:18, 19:4, 19:22
**expressed** [1] - 5:18
**expressly** [1] - 5:16
**extra** [1] - 19:6
**extras** [1] - 7:23

## F

**fact** [1] - 10:13
**facts** [1] - 19:14
**far** [10] - 3:24, 5:22, 6:10, 9:22, 12:19, 13:2, 13:6, 14:21, 21:7, 22:10
**fast** [1] - 6:13
**faster** [1] - 16:10
**federal** [1] - 21:4
**FEDERAL** [2] - 1:21, 24:24
**few** [1] - 11:2
**field** [1] - 19:12
**figure** [1] - 14:18
**fine** [2] - 10:20, 10:25
**fingers** [1] - 23:19
**finish** [5] - 7:15, 14:5, 15:7, 17:7, 17:21
**first** [5] - 3:22, 7:21, 7:24, 13:14, 22:14
**five** [1] - 15:12
**flow** [1] - 21:23
**focus** [1] - 17:15
**follows** [1] - 4:18
**footing** [1] - 6:19
**FOR** [2] - 24:9, 24:10
**FOREGOING** [1] - 24:13
**form** [1] - 5:3
**FORMAT** [1] - 24:16
**four** [9] - 8:5, 15:12, 15:15, 16:7, 16:19, 16:22, 17:6, 17:8
**front** [8] - 9:19, 10:5, 10:11, 10:15, 10:16, 12:24, 17:5

## G

**GARY** [1] - 1:4
**given** [3] - 14:25,

19:2, 20:1
**Government** [1] - 20:9
**government** [2] - 21:4, 21:7
**grant** [2] - 4:18, 4:19
**granted** [7] - 4:21, 5:4, 5:6, 6:1, 6:5, 19:2
**granting** [1] - 4:23
**great** [1] - 23:4
**guarantee** [1] - 21:4
**guess** [1] - 10:21
**guys** [1] - 23:19

## H

**half** [4] - 16:5, 16:8, 16:19, 17:9
**halfway** [1] - 14:3
**hand** [4] - 11:8, 11:9, 11:10
**hard** [1] - 13:1
**hear** [2] - 9:7, 10:3
**hearsay** [1] - 9:12
**HELD** [1] - 24:14
**help** [2] - 20:21, 20:23
**HEREBY** [1] - 24:11
**herrings** [1] - 17:16
**highest** [1] - 22:1
**home** [1] - 20:19
**Honor** [8] - 3:8, 3:11, 20:5, 20:16, 21:20, 22:7, 22:21, 23:8
**HONORABLE** [1] - 1:4
**hour** [9] - 13:19, 13:20, 13:24, 15:5, 16:2, 16:3, 16:5, 16:6, 17:8
**hours** [10] - 13:25, 16:8, 16:15, 16:17, 16:19, 16:22, 17:7, 17:8
**hundred** [1] - 19:21
**hypotheticals** [1] - 19:16

## I

**identified** [1] - 5:17
**important** [3] - 11:20, 15:14, 22:16
**impress** [1] - 10:24
**IN** [3] - 24:9, 24:14, 24:16
**Inc** [1] - 3:6
**include** [1] - 7:9

**India** [1] - 21:24
**indication** [2] - 4:15, 20:7
**information** [2] - 22:13, 23:17
**infringement** [4] - 5:11, 15:16, 15:17, 16:2
**infringing** [2] - 15:20, 15:24
**insofar** [1] - 4:24
**instance** [1] - 12:4
**interest** [1] - 17:19
**interfere** [1] - 14:21
**interrupt** [1] - 11:4
**introduced** [1] - 11:2
**involved** [1] - 8:19
**IS** [2] - 24:13, 24:16
**issue** [1] - 20:16
**issues** [1] - 9:19
**item** [1] - 3:5
**itself** [2] - 6:9, 7:12

## J

**Jason** [1] - 3:11
**JASON** [1] - 2:7
**joint** [2] - 6:25, 7:4
**jointly** [1] - 11:22
**JOSHUA** [1] - 2:8
**Joshua** [1] - 3:14
**judge** [2] - 23:3, 23:12
**JUDGE** [1] - 1:4
**JUDICIAL** [1] - 24:17
**JUNE** [1] - 24:20
**juror** [1] - 8:1
**jurors** [9] - 5:2, 7:13, 7:24, 7:25, 8:20, 9:2, 12:17, 13:15, 14:6
**jury** [14] - 7:1, 7:22, 8:7, 8:15, 8:24, 9:19, 10:2, 10:6, 10:12, 10:24, 12:24, 12:25, 17:5, 19:16
**justice** [1] - 17:19
**justified** [1] - 5:2

## K

**keep** [6] - 8:9, 8:13, 8:25, 14:11, 18:1, 23:19
**Keith** [1] - 3:9
**KEITH** [1] - 2:4
**Kelly** [1] - 3:12
**KELLY** [3] - 2:7, 3:11, 23:8

**kids** [1] - 14:9
**kind** [2] - 4:5, 7:14
**KLAUSNER** [1] - 1:4
**KLEEGER** [3] - 1:20, 24:9, 24:23
**knowledge** [3] - 5:7, 5:11, 15:23
**known** [1] - 15:24

## L

**lack** [1] - 12:25
**last** [2] - 19:24, 22:19
**law** [2] - 20:25, 21:2
**least** [3] - 16:11, 19:2, 20:17
**leave** [1] - 12:17
**left** [3] - 8:11, 17:9, 18:4
**legal** [1] - 9:19
**less** [2] - 16:23, 20:18
**level** [1] - 22:1
**limine** [3] - 3:23, 4:1, 4:14
**Limine** [1] - 4:17
**limits** [3] - 14:17, 14:19, 14:23
**list** [1] - 14:25
**listen** [1] - 18:16
**live** [1] - 14:7
**lives** [1] - 14:7
**look** [2] - 9:8, 15:1
**looking** [3] - 6:24, 15:9, 16:7
**LOS** [4] - 1:16, 1:22, 3:1, 24:5
**lose** [4] - 8:4, 11:25, 12:14, 18:15
**lunch** [1] - 13:21

## M

**magistrate** [1] - 23:3
**mark** [1] - 4:16
**marks** [1] - 5:16
**MASUR** [14] - 2:8, 3:14, 19:2, 19:9, 19:23, 20:5, 20:16, 21:1, 21:12, 21:19, 21:22, 22:5, 22:22, 23:4
**Masur** [1] - 3:14
**matter** [2] - 9:16, 15:8
**MATTER** [1] - 24:15
**MAY** [2] - 1:15, 3:1
**means** [1] - 17:9

**mediation** [3] - 22:17, 22:19, 23:1
**mention** [1] - 5:24
**mentioned** [2] - 5:23, 12:5
**microphone** [1] - 10:16
**might** [2] - 16:4, 16:10
**mind** [3] - 8:13, 10:22, 14:11
**minutes** [4] - 18:5, 18:6, 18:19, 18:20
**misspoke** [1] - 6:3
**MONDAY** [2] - 1:15, 3:1
**months** [2] - 22:24, 22:25
**morning** [7] - 3:8, 3:11, 13:11, 13:15, 13:17, 13:18, 13:25
**most** [2] - 12:18, 13:5
**motion** [2] - 4:17, 4:20
**motions** [5] - 3:23, 4:1, 4:2, 4:14, 19:3
**Motions** [1] - 4:17
**MR** [19] - 3:8, 3:11, 3:14, 19:2, 19:9, 19:23, 20:5, 20:16, 21:1, 21:12, 21:19, 21:22, 22:5, 22:7, 22:11, 22:20, 22:22, 23:4, 23:8
**murder** [1] - 7:2
**must** [1] - 22:16

## N

**nature** [2] - 9:12, 9:13
**necessary** [1] - 10:22
**need** [5] - 5:1, 16:8, 19:11, 20:6, 23:18
**never** [2] - 11:9, 23:12
**next** [1] - 10:1
**noncivility** [1] - 12:15
**normally** [1] - 13:11
**NORTH** [1] - 1:21
**nothing** [1] - 9:18
**nothing's** [1] - 4:25
**number** [5] - 3:5, 4:18, 8:20, 9:22, 15:4
**Number** [27] - 4:18, 4:19, 4:20, 4:21, 4:22,

5:5, 5:6, 5:12, 5:14, 5:16, 5:25, 6:1, 6:2, 6:3, 6:4, 6:5, 6:6, 6:7, 15:18, 15:23, 15:25

## O

**o'clock** [8] - 13:11, 13:22, 13:23, 13:24, 14:3, 14:5, 14:9, 14:11
**object** [1] - 10:19
**objecting** [1] - 9:7
**objection** [14] - 9:6, 9:9, 9:10, 9:11, 9:12, 9:13, 9:14, 9:25, 10:20, 10:24, 11:3, 11:5
**objections** [5] - 9:23, 10:7, 10:18, 10:19, 14:20
**obviously** [1] - 19:5
**OF** [13] - 1:1, 1:2, 1:14, 2:2, 2:3, 2:6, 24:3, 24:5, 24:7, 24:11, 24:13, 24:16, 24:17
**offered** [1] - 9:16
**officers** [1] - 12:20
**OFFICIAL** [3] - 1:21, 24:9, 24:24
**ON** [2] - 2:3, 2:6
**one** [12] - 6:14, 7:19, 11:19, 11:24, 11:25, 12:13, 14:14, 15:5, 15:11, 16:3, 20:24, 22:24
**opening** [4] - 6:11, 12:6, 12:7, 17:3
**opinions** [2] - 5:3, 19:17
**order** [2] - 6:22, 22:25
**ordered** [1] - 19:24
**outside** [6] - 10:3, 12:23, 20:4, 20:8, 21:3, 22:25
**overused** [1] - 19:10
**own** [4] - 5:3, 7:11, 19:16, 23:2

## P

**pack** [1] - 7:14
**PAGE** [1] - 24:15
**part** [1] - 8:24
**particular** [1] - 17:24
**parties** [1] - 12:16
**party** [1] - 21:14

**pass** [5] - 8:3, 8:8, 8:9, 8:12, 8:13
**passes** [1] - 8:14
**paying** [1] - 21:7
**people** [1] - 8:18
**per** [1] - 16:22
**percent** [2] - 19:21, 19:22
**percipient** [1] - 19:14
**peremptory** [8] - 7:20, 7:23, 7:25, 8:4, 8:5, 8:6, 8:15, 8:16
**period** [2] - 16:23, 17:17, 17:21
**person** [2] - 15:20
**PH** [1] - 1:22
**physical** [1] - 11:13
**pick** [2] - 14:9, 21:4
**picking** [1] - 7:22
**place** [1] - 7:10
**plaintiff** [3] - 3:9, 3:12, 16:20
**PLAINTIFF** [1] - 1:7, 2:3
**plaintiff's** [2] - 4:17, 4:21
**plugging** [1] - 23:10
**podium** [5] - 10:12, 10:15, 10:16, 16:25, 17:2
**point** [3] - 7:9, 8:10, 9:1
**Portugal** [1] - 21:25
**possible** [2] - 5:11, 12:19
**preference** [1] - 23:9
**presence** [1] - 12:23
**PRESIDING** [1] - 1:4
**pretrial** [2] - 3:19, 6:17
**pretty** [3] - 17:23, 19:7, 19:18
**primarily** [1] - 12:20
**problem** [4] - 9:9, 17:24, 18:14, 23:18
**problems** [1] - 21:13
**procedures** [1] - 3:24
**proceed** [2] - 6:18, 9:2
**PROCEEDINGS** [3] - 1:14, 23:21, 24:14
**process** [1] - 9:1
**project** [1] - 23:10
**proof** [1] - 20:7
**provided** [1] - 6:21
**proximity** [1] - 21:24
**pulled** [1] - 14:6
**purpose** [1] - 3:19

**PURSUANT** [1] - 24:11
**put** [6] - 10:4, 12:6, 14:18, 16:2, 17:20, 20:1

## Q

**quarantine** [1] - 20:20
**quarter** [1] - 13:12
**questioning** [1] - 14:22
**questions** [7] - 7:7, 9:3, 11:17, 13:7, 14:16, 17:9, 18:23
**quickly** [2] - 3:23, 4:15

## R

**rambling** [1] - 18:22
**rather** [1] - 8:6
**read** [2] - 7:1, 7:7
**really** [9] - 4:23, 5:1, 12:14, 12:16, 12:25, 13:2, 15:15, 19:11, 21:8
**reason** [4] - 9:7, 14:24, 17:18, 21:10
**recognizing** [1] - 19:4
**record** [2] - 10:4, 10:5
**RED** [1] - 1:9
**red** [1] - 17:16
**Red** [1] - 3:6
**REGULATIONS** [1] - 24:16
**relevancy** [1] - 4:24
**relevant** [1] - 4:4
**Remember** [1] - 14:4
**repetitive** [1] - 14:15
**REPORTED** [1] - 24:14
**reporter** [1] - 10:16
**REPORTER** [4] - 1:21, 24:3, 24:9, 24:24
**REPORTER'S** [1] - 1:14
**request** [1] - 5:15
**resolve** [1] - 23:20
**respect** [2] - 12:18, 21:7
**respond** [1] - 9:15
**restricting** [1] - 21:23

**return** [2] - 20:19, 21:7
**returning** [1] - 21:10
**RGK** [1] - 3:6
**risk** [1] - 22:1
**ROOM** [1] - 1:21
**rules** [2] - 4:3, 9:5
**ruling** [2] - 9:21, 9:24
**rulings** [4] - 4:5, 4:10, 5:9, 6:14
**run** [11] - 6:20, 13:6, 13:15, 14:13, 14:14, 17:3, 17:4, 17:10, 17:11, 18:9, 18:24
**running** [4] - 17:1, 17:3, 17:5, 18:1
**runs** [4] - 3:20, 6:18, 11:22, 23:12

**S**

**scenario** [1] - 18:9
**school** [1] - 14:9
**sculpture** [1] - 12:1
**seats** [1] - 3:17
**seconds** [1] - 11:2
**SECTION** [1] - 24:12
**see** [8] - 4:25, 11:2, 12:11, 12:20, 12:25, 13:4, 19:7, 23:16
**seminar** [1] - 16:2
**sense** [1] - 12:15
**sensitive** [1] - 14:8
**sentences** [1] - 6:25
**services** [1] - 15:21
**SESSION** [2] - 1:15, 3:2
**set** [5] - 13:9, 13:16, 22:11, 23:5, 23:6
**seven** [5] - 8:18, 8:19, 8:20, 8:24, 16:17
**SHERI** [3] - 1:20, 24:9, 24:23
**short** [4] - 6:24, 7:3, 7:5, 18:13
**show** [4] - 5:7, 5:8, 5:10
**side** [13] - 7:16, 7:17, 8:11, 8:14, 9:4, 9:15, 11:24, 12:18, 14:20, 16:22, 17:8, 19:3
**side's** [1] - 11:25
**sides** [6] - 11:6, 11:21, 12:4, 12:12, 15:12, 21:13
**similar** [1] - 5:10
**situation** [1] - 20:8
**six** [3] - 7:14, 8:7

**six-pack** [1] - 7:14
**solid** [1] - 19:7
**someone** [1] - 8:1
**sometimes** [1] - 10:1
**sorry** [1] - 6:2
**sounds** [1] - 23:4
**specifically** [1] - 16:16
**SPRING** [1] - 1:21
**SS** [1] - 24:6
**stand** [6] - 8:21, 9:6, 9:9, 10:8, 10:20, 11:9
**start** [5] - 13:12, 13:15, 13:17, 13:18, 13:23
**started** [1] - 22:14
**state** [3] - 3:7, 9:11, 21:3
**STATE** [1] - 24:7
**State** [1] - 21:25
**statement** [8] - 6:23, 6:24, 6:25, 7:3, 7:5, 12:6, 12:7, 17:3
**statements** [1] - 6:11
**STATES** [6] - 1:1, 1:1, 1:4, 24:10, 24:12, 24:17
**status** [1] - 21:17
**STENOGRAPHICALLY** [1] - 24:14
**still** [2] - 8:9, 17:8
**STREET** [1] - 1:21
**strong** [1] - 12:16
**subject** [2] - 15:3, 15:8
**subjects** [1] - 15:2, 16:3
**submitted** [1] - 7:6
**subsidy** [1] - 21:6
**sued** [1] - 5:10
**suggested** [1] - 7:7
**supply** [1] - 15:21

**T**

**tab** [1] - 18:1
**ten** [1] - 15:6
**tentative** [3] - 4:5, 4:8, 4:18
**tentatively** [3] - 5:4, 5:5, 19:3
**tentatives** [4] - 4:8, 6:8, 19:4, 19:5
**terms** [3] - 22:7, 23:8, 23:9
**testifying** [1] - 15:15
**testimony** [4] - 5:1, 5:2, 15:1, 19:12
**THAT** [2] - 24:11,

24:15
**THE** [30] - 3:5, 3:10, 3:13, 3:16, 19:7, 19:10, 20:3, 20:6, 20:21, 21:2, 21:16, 21:21, 22:3, 22:6, 22:10, 22:12, 22:17, 22:18, 22:23, 23:5, 23:11, 24:10, 24:12, 24:13, 24:14, 24:15, 24:16, 24:17
**themselves** [1] - 19:15
**third** [1] - 21:14
**third-party** [1] - 21:14
**three** [12] - 8:7, 8:11, 13:19, 13:20, 13:24, 13:25, 15:12, 16:18, 17:23, 22:24, 22:25
**three-hour** [3] - 13:19, 13:20, 13:24
**timing** [2] - 13:8, 22:7
**TITLE** [1] - 24:12
**TO** [1] - 24:12
**together** [2] - 7:4, 11:21
**total** [1] - 18:2
**towards** [2] - 4:13, 14:8
**TRANSCRIPT** [3] - 1:14, 24:13, 24:15
**travel** [1] - 22:2
**trial** [23] - 3:18, 3:21, 3:25, 4:3, 4:10, 6:9, 10:2, 10:10, 11:22, 12:11, 12:12, 13:9, 13:10, 13:12, 13:14, 14:14, 14:21, 16:16, 16:21, 17:5, 20:1, 20:15
**TRUE** [1] - 24:13
**truth** [1] - 9:16
**try** [1] - 16:8
**TV** [2] - 10:13, 23:10
**twice** [1] - 17:13
**two** [15] - 5:3, 5:16, 6:25, 7:4, 7:23, 8:9, 8:10, 8:11, 11:21, 12:4, 14:14, 15:12, 17:22, 20:17
**type** [2] - 12:15, 20:7

**U**

**U.S** [1] - 20:18
**unavailability** [1] - 20:2

**unclear** [1] - 21:19
**understood** [1] - 19:23
**unique** [1] - 14:25
**UNITED** [6] - 1:1, 1:1, 1:4, 24:10, 24:12, 24:17
**unless** [2] - 4:6, 23:2
**up** [8] - 8:21, 10:20, 14:9, 16:18, 21:4, 22:11, 23:5, 23:6

**V**

**versus** [1] - 3:6
**video** [1] - 12:6
**voir** [11] - 7:6, 7:7, 7:9, 7:11, 7:12, 7:15, 8:25, 9:3, 9:4, 13:13
**VS** [1] - 1:8

**W**

**wait** [4] - 8:1, 10:9, 11:2, 18:17
**walk** [2] - 10:13, 14:10
**waste** [1] - 7:25
**watch** [1] - 13:16
**ways** [1] - 14:14
**week** [5] - 19:25, 20:15, 21:17, 22:4
**Wesley** [1] - 3:9
**WESLEY** [5] - 2:4, 3:8, 22:7, 22:11, 22:20
**WESTERN** [1] - 1:2
**whole** [1] - 16:13
**win** [1] - 11:25
**wish** [2] - 8:3
**WITH** [1] - 24:16
**witness** [11] - 10:11, 11:8, 11:9, 11:11, 14:25, 15:5, 16:25, 17:2, 18:18, 19:14
**witnesses** [20] - 4:22, 6:22, 11:13, 14:22, 15:4, 15:6, 15:10, 18:10, 18:12, 18:14, 18:18, 18:21, 19:8, 19:10, 19:18, 20:2, 20:4, 21:14, 23:18
**woman** [1] - 21:22
**words** [3] - 4:8, 8:20, 15:21
**works** [1] - 16:24
**worried** [1] - 13:2

**worry** [1] - 14:20

**Y**

**year** [1] - 22:21
**years** [3] - 9:22, 17:12, 17:23
**yourself** [1] - 12:1
**YYGMSA** [1] - 3:6