# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA, d/b/a Brandy Melville,<br><br>Plaintiff(s)<br><br>v.<br><br>Redbubble, Inc.,<br><br>Defendant(s). | CASE NUMBER:<br>2:19-cv-04618-RGK-JPR<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

    Redbubble, Inc.    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

for the withdrawal of  Joshua M. Masur of Zuber Lawler LLP

    ☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

*Street Address*

*City, State, Zip*    *E-Mail Address*

*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record.   Additional attorneys withdrawing:   Jennifer C. Kuhn; Jeffrey J. Zuber
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

    Dated _____    _____
                                                                                                                     U. S. District Judge/U.S. Magistrate Judge