# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Y.Y.G.M. SA, d/b/a Brandy Melville,

Plaintiff(s)

v.

Redbubble, Inc.,

Defendant(s).

CASE NUMBER: 2:19-cv-04618-RGK-JPR

**(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__Redbubble, Inc.__  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

for the withdrawal of  Joshua M. Masur of Zuber Lawler LLP

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

*Street Address*

*City, State, Zip*     *E-Mail Address*

*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record.  Additional attorneys withdrawing:  Jennifer C. Kuhn; Jeffrey J. Zuber

*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  January 7, 2022          /s/ R. GARY KLAUSNER
                                U. S. District Judge/U.S. Magistrate Judge