# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.Y.G.M. SA<br><br>PLAINTIFF(S)<br>v.<br>Redbubble, Inc.<br><br>DEFENDANT(S) | CASE NUMBER<br>2:19-cv-04618-RGK (JPRx)<br><br>NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: RDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Filed date: 1/7/2022    Document Number(s): 235

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: The stated document above was docketed without Silver Ball and No service via Electronically to all parties; Order has been re-docketed and served upon all parties as docket entry [236].

CLERK, U.S. DISTRICT COURT

Date: January 10, 2022    By: /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
                                Deputy Clerk

G-11 (06/14)                NOTICE OF CLERICAL ERROR