# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Y.Y.G.M. SA d.b.a. Brandy Melville

V.

Case Number: 2:19-cv-04618-RGK-JPR

Redbubble, Inc.

Judgment was entered in this action on __7/26/2021__ / __206__ against __Redbubble, Inc.__ .
                                          Date       Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | $400.00 |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | $6,576.90 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $136.00 |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $18,686.97 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | **$25,799.87** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✔] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

/s/ Keith J. Wesley
Signature

Keith J. Wesley
Print Name

Attorney for: Plaintiff Y.Y.G.M. SA d.b.a. Brandy Melville

Costs are taxed in the amount of $25,799.87

Kiry Gray
Clerk of Court

By: Sophorn Nhou
Deputy Clerk

5/6/2022
Date