UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Y.Y.G.M. SA, DBA Brandy Melville, a Swiss corporation,<br><br>          Plaintiff-Appellant,<br><br>  v.<br><br>REDBUBBLE, INC.,<br><br>          Defendant-Appellee. | No.   21-56150<br><br>D.C. No.<br>2:19-cv-04618-RGK-JPR<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| Y.Y.G.M. SA, DBA Brandy Melville, a Swiss corporation,<br><br>          Plaintiff-Appellee,<br><br>  v.<br><br>REDBUBBLE, INC.,<br><br>          Defendant-Appellant. | No.   21-56236<br><br>D.C. No.<br>2:19-cv-04618-RGK-JPR<br>Central District of California,<br>Los Angeles |

Before:  CALLAHAN, R. NELSON, and H.A. THOMAS, Circuit Judges.

   Respondent is directed to file a response to the Petition for Panel Rehearing and Rehearing En Banc within 21 days of the date of this order. The response shall not exceed 15 pages or 4,200 words.