UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Y.Y.G.M. SA, DBA Brandy Melville, a Swiss corporation,  Plaintiff-Appellant,  v.  REDBUBBLE, INC.,  Defendant-Appellee. | No.   21-56150  D.C. No. 2:19-cv-04618-RGK-JPR Central District of California, Los Angeles  ORDER |
| Y.Y.G.M. SA, DBA Brandy Melville, a Swiss corporation,  Plaintiff-Appellee,  v.  REDBUBBLE, INC.,  Defendant-Appellant. | No.   21-56236  D.C. No. 2:19-cv-04618-RGK-JPR |

Before: CALLAHAN, R. NELSON, and H.A. THOMAS, Circuit Judges.

The Motion to Stay the Mandate is **GRANTED.**