1    JOSEPH C. GRATZ (CA SBN 240676)
     jgratz@mofo.com
2    MORRISON & FOERSTER LLP
     425 Market Street
3    San Francisco, California 94105-2482
     Telephone:  415.268.7000
4    Facsimile:   415.268.7522

5    ALLYSON R. BENNETT (CA SBN 302090)
     abennett@mofo.com
6    KATHERINE E. McNUTT (CA SBN 320128)
     kmcnutt@mofo.com
7    MORRISON & FOERSTER LLP
     707 Wilshire Boulevard, Suite 6000
8    Los Angeles, California 90017-3543
     Telephone:  213.892.5200
9    Facsimile:   213.892.5454

10   KENNETH B. WILSON (CA SBN 130009)
     ken@coastsidelegal.com
11   COASTSIDE LEGAL
     455 1st Avenue
12   Half Moon Bay, California 94019
     Telephone:  650.440.4211

13
     Attorneys for Defendant
14   REDBUBBLE INC.

15                 UNITED STATES DISTRICT COURT

16            FOR THE CENTRAL DISTRICT OF CALIFORNIA

17

18   Y.Y.G.M. SA D.B.A. BRANDY           Case No. 2:19-cv-04618-RGK-JPR
19   MELVILLE,
                                          **DECLARATION OF JOSEPH C.**
20                Plaintiff,              **GRATZ IN SUPPORT OF JOINT**
                                          **MOTION TO VACATE THE**
21          v.                            **COURT'S APRIL 11, 2024**
                                          **ORDER PURSUANT TO FED. R.**
22   REDBUBBLE, INC.,                     **CIV. P. 60(b)**

23                Defendant.             Date:    May 28, 2024
                                         Time:    9:00 a.m.
24                                       Crtrm:   850
                                         Judge:   Hon. R. Gary Klausner
25

26

27

28

GRATZ DECLARATION ISO JOINT
MOTION TO VACATE COURT'S ORDER
CASE NO. 2:19-cv-04618-RGK-JPR

1   I, Joseph C. Gratz, declare as follows:

2       1.      I am an attorney at law licensed to practice in the state of California.  I

3   am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for

4   Defendant Redbubble, Inc.  I submit this declaration based on my personal

5   knowledge.

6       2.      On April 25, 2024, Plaintiff Y.Y.G.M. SA and Defendant Redbubble,

7   Inc. (the "Parties") reached a settlement agreement (the "Settlement Agreement") to

8   resolve this case.  In the Settlement Agreement, the Parties agree to file a joint

9   motion to vacate the Court's April 11, 2024 order pursuant to Fed. R. Civ. P. 60(b)

10  on Defendant's Motion for Judgment as a Matter of Law and Plaintiff's Motion for

11  a Permanent Injunction (ECF No. 247).  If the Court denies the joint motion to

12  vacate, the Settlement Agreement is null and void by its terms.

13      3.      I declare under penalty of perjury under the laws of the United States

14  of America that the foregoing is true and correct.  Executed on April 25, 2024, in

15  San Francisco, California.

16

17                                                   */s/ Joseph C. Gratz*
                                                     Joseph C. Gratz

18

19

20

21

22

23

24

25

26

27

28

GRATZ DECLARATION ISO JOINT
MOTION TO VACATE COURT'S ORDER          2
CASE NO. 2:19-CV-04618-RGK-JPR